IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____ / This Order Relates To: 23-cv-03846-JSC 23-cv-03970-JSC 23-cv-04012-JSC 23-cv-04302-JSC 23-cv-04364-JSC 23-cv-04706-JSC 23-cv-03945-HSG 23-cv-03956-HSG 23-cv-04301-HSG 23-cv-04367-HSG 23-cv-04744-HSG 23-cv-04374-JSC | Case No. 23-md-03084-CRB **ORDER RELATING CASES** |

Having reviewed Judge Corley's and Judge Gilliam's sua sponte referrals pursuant to Civil Local Rule 3-12(c), see Dkts. 3, 4, 7, the Court finds that the above-captioned cases are related to In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation, Case No. 23-md-3084. The Court therefore RELATES the cases and REASSIGNS the twelve above-captioned cases to this Court.

**IT IS SO ORDERED.**

Dated: October 16, 2023



CHARLES R. BREYER
United States District Judge