UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.L.,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | Case No. 3:23-cv-04972-JSC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED, to the Honorable Judge Breyer for consideration of whether the case is related to *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*, 3:23-md-03084.

**IT IS SO ORDERED.**

Dated: October 18, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge