UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.T.,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES INC., et al.,<br><br>        Defendants. | Case No. 23-cv-04310-JSW<br><br>**REFERRAL ORDER FOR PURPOSES OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 15 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Charles R. Breyer for consideration of whether the case is related to 23-md-3084, *In re Uber Technologies, Inc., Passenger Sexual Assault Litigation*.

**IT IS SO ORDERED**.

Dated: October 20, 2023

_____
JEFFREY S. WHITE
United States District Judge