# AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| United States District Court | United States District Court | District of Columbia, | 9603190 (2023-5726) |
| **Plaintiff / Petitioner:** Ariane Cunningham | | **Defendant / Respondent:** Uber Technologies | |
| **Received by:** Rush Intel Services | | **For:** Ariane Cunningham | |
| **To be served upon:** Raiser LLC C/O Diana Ruiz - CT Corporation, Registered Agent | | | |

I, Sterling Holt, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Rasier LLC C/O Diana Ruiz - CT Corporation, Registered Agent, 330 N Brand Blvd STE 700, Glendale, CA 91203
**Manner of Service:** Authorized, Sep 5, 2023, 12:22 am PDT
**Documents:** Summons, Complaint, Civil Cover sheet, Jury Trial Demanded, Errata

**Additional Comments:**
1) Successful Attempt: Sep 5, 2023, 12:22 am PDT at 330 N Brand Blvd STE 700, Glendale, CA 91203 received by Raiser LLC C/O Diana Ruiz - CT Corporation, Registered Agent.

_____  10/19/23
Sterling Holt                         Date
Los Angeles #
2022108796

Rush Intel Services
254 N lake Ave Suite 124
PASADENA, CA 91101
626-385-8662

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
10/19/2023        3/16/2027
Date                Commission Expires

KRISTINE GALOUSTIAN
Notary Public - California
Los Angeles County
Commission # 2438497
My Comm. Expires Mar 16, 2027