UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE CL 1, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., et al., <br><br> Defendants. | Case No. 23-cv-04772-HSG <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c) and Rule 7.2(a) of the Rules of Procedure of the U.S. Judicial Panel on Multidistrict Litigation, the above-entitled case is hereby REFERRED to the Honorable Judge Charles R. Breyer for consideration of whether the case is related to *In re: Uber Technologies, Inc.,* Case No. 23-md-03084-CRB.

**IT IS SO ORDERED.**

Dated:   10/20/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge