IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____ / This Order Relates To: 23-cv-04940-JST 23-cv-04175-VC 23-cv-04299-VC 23-cv-04306-VC 23-cv-04617-VC 23-cv-04643-VC 23-cv-04731-VC 23-cv-04939-VC 23-cv-04723-JD 23-cv-03951-JD | Case No.  23-md-03084-CRB<br><br>**ORDER RELATING CASES** |
|---|---|

Having reviewed several sua sponte referrals pursuant to Civil Local Rule 3-12(c), see Dkts. 23–25, the Court finds that the above-captioned cases are related to In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation, Case No. 23-md-3084.  The Court therefore reassigns the above-captioned cases to itself.

**IT IS SO ORDERED.**

Dated: October 23, 2023

_____
CHARLES R. BREYER
United States District Judge