1  Caitlin M. Nelson (CA SBN 335601)
   **LIEFF CABRASER HEIMANN**
2    **& BERNSTEIN**
   275 Battery Street, Fl. 29
3  San Francisco, CA 94111
   Telephone: (415) 956-1000
4  Email: cwoods@lchb.com

5

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                        SAN FRANCISCO DIVISION
9

10

11 | **IN RE: UBER TECHNOLOGIES, INC.,** | No. 3:23-md-03084-CRB
   | **PASSENGER SEXUAL ASSAULT** |
12 | **LITIGATION** | **NOTICE OF APPEARANCE OF CAITLIN M. NELSON**

13  This Document Relates to: | Judge: Honorable Charles R. Breyer

14  Case No. 2:23-cv-08115-AB-AS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that CAITLIN M. NELSON of the law firm of Lieff Cabraser Heimann & Bernstein, LLP hereby enters an appearance as counsel for for Plaintiff M.F.A. in Case No. 2:23-cv-08115-AB-AS, and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided and served upon:

Caitlin M. Nelson<br>
LIEFF CABRASER HEIMANN & BERNSTEIN<br>
275 Battery Street, Fl. 29<br>
San Francisco, CA 94111<br>
Telephone: (415) 956-1000<br>
cwoods@lchb.com

Dated: October 24, 2023                                         Respectfully submitted,

By: /s/ *Caitlin M. Nelson*

Caitlin M. Nelson (CA SBN 335601)
**LIEFF CABRASER HEIMANN
 & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
cwoods@lchb.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ *Caitlin M. Nelson*
Caitlin M. Nelson