Sarah R. London (CA SBN 267083)
**LIEFF CABRASER HEIMANN**
  **& BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
Email: slondon@lchb.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**NOTICE OF APPEARANCE OF SARAH R. LONDON**<br><br>Judge: Honorable Charles R. Breyer |
| This Document Relates to:<br><br>Case No. 2:23-cv-08115-AB-AS | |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that SARAH R. LONDON of the law firm of Lieff Cabraser Heimann & Bernstein, LLP hereby enters an appearance as counsel for Plaintiff M.F.A. in Case No. 2:23-cv-08115-AB-AS, and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided and served upon:

Sarah R. London<br>
LIEFF CABRASER HEIMANN & BERNSTEIN<br>
275 Battery Street, Fl. 29<br>
San Francisco, CA 94111<br>
Telephone: (415) 956-1000<br>
slondon@lchb.com

Dated: October 24, 2023                          Respectfully submitted,

By: /s/ *Sarah R. London*

Sarah R. London (CA SBN 267083)
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ *Sarah R. London*
    Sarah R. London