| | |
|---|---|
| 1 | RANDALL S. LUSKEY (SBN: 240915) |
| 2 | rluskey@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON** |
| 3 | **& GARRISON LLP**<br>535 Mission Street, 24th Floor |
| 4 | San Francisco, CA 94105<br>Telephone: (628) 432-5100 |
| 5 | Facsimile:  (628) 232-3101 |
| 6 | ROBERT ATKINS (*Pro Hac Vice forthcoming*) |
| 7 | ratkins@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON** |
| 8 | **& GARRISON LLP**<br>1285 Avenue of the Americas |
| 9 | New York, NY 10019<br>Telephone: (212) 373-300 |
| 10 | Facsimile:  (212) 757-3990 |
| 11 | *Attorneys for Defendants* |
| 12 | UBER TECHNOLOGIES, INC., RASIER, LLC,<br>and RASIER-CA, LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **NOTICE OF APPEARANCE OF RANDALL S. LUSKEY** |
| This Document Relates To:<br><br>ALL ACTIONS | Judge:    Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that attorney Randall S. Luskey of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, hereby makes an appearance as counsel of record on behalf of Defendants UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC in the above-captioned matter. Mr. Luskey, an active member of the State Bar of California, consents to electronic service of all papers in this action, and his address, telephone number, and email are listed as follows:

> Randall S. Luskey (SBN 240915)
> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
> 535 Mission Street, 24th Floor
> San Francisco, California 94105
> Telephone: (628) 432-5100
> Facsimile:  (628) 232-3101
> Email: RLuskey@paulweiss.com

DATED:  October 27, 2023

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:  /*s/ Randall S. Luskey*
     RANDALL S. LUSKEY

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC