# EXHIBIT A

## CASE STATUS CHART (MDL 3084)

| Case Name | Case Number | Filing District | MDL Transfer Status | Incident State | 1404(a) Motions | Motion to Dismiss | Potentially Duplicative JCCP Cases? |
|---|---|---|---|---|---|---|---|
| Jane Doe LSA 340 | 3:23-cv-01165 | N.D. Cal. | Transferred 10/4/2023 | CA | N/A | Filed 6/12/2023 Opp filed 7/24/2023 Reply filed 8/14/2023 | Unknown |
| Hylin | 3:23-cv-01630 | N.D. Cal. | Transferred 10/4/2023 | IL | Filed 6/5/2023 but then stayed per 8/3/2023 order | Filed 6/5/2023 but then stayed per 8/3/2023 order | Unknown |
| A.G. | 3:23-cv-02071 | N.D. Cal. | Transferred 10/4/2023 | TX | Filed 7/14/2023 but then stayed for 60 days per 8/18/2023 order | N/A | Yes |
| E.R. | 3:23-cv-02051 | N.D. Cal. | Transferred 10/4/2023 | PA | Filed 7/6/2023 but then stayed until 10/12/2023 per 8/10/2023 order | N/A | Yes |
| Gavin | 3:23-cv-02111 | N.D. Cal. | Transferred 10/4/2023 | NV | Filed 7/21/2023 but then stayed per 8/3/2023 order | N/A | Yes |
| Crawford | 3:23-cv-02290 | N.D. Cal. | Transferred 10/4/2023 | AR | Filed 7/28/2023 but then stayed per 8/9/2023 order | N/A | Yes |
| Sullivan | 1:23-cv-02767 3:23-cv-05418 | N.D. Ill | Transferred 10/4/2023 | IL | N/A | Filed 9/25/2023 | Yes |
| Murphy | 1:23-cv-03425 3:23-cv-05224 | N.D. Ill | Transferred 10/4/2023 | IL | N/A | N/A | Yes |
| C.S. | 1:23-cv-02766 3:23-cv-05115 | N.D. Ill | Transferred 10/4/2023 | IL | N/A | Filed 9/25/2023 | Yes |
| S.W. | 5:23-cv-00317 3:23-cv-05111 | E.D.N.C. | Transferred 10/4/2023 | NC | N/A | Filed 9/27/2023 | Yes |
| N.R. | 1:23-cv-02603 3:23-cv-05104 | N.D. Ga. | Transferred 10/4/2023 | GA | N/A | Filed 9/21/2023 | Yes |
| A.M. | 3:23-cv-03406 | N.D. Cal. | Transferred 10/4/2023 | WV | Filed 8/8/2023 but then stayed per 9/5/2023 order | Filed 8/8/2023 but then stayed per 9/5/2023 order | Yes |
| Beck Glaser | 1:23-cv-01734 3:23-cv-05226 | D. Colo. | Transferred 10/4/2023 | CO | N/A | Filed 9/1/2023 | Unknown |

## CASE STATUS CHART (MDL 3084)

| Case Name | Case Number | Filing District | MDL Transfer Status | Incident State | 1404(a) Motions | Motion to Dismiss | Potentially Duplicative JCCP Cases? |
|---|---|---|---|---|---|---|---|
| M.H. | 1:23-cv-01735 3:23-cv-05265 | D. Colo. | Transferred 10/4/2023 | CO | N/A | Filed 9/15/2023 | Unknown |
| Kelly Cowsert | 2:23-cv-04133 3:23-cv-05110 | W.D. Mo. | Transferred 10/4/2023 | MO | N/A | Filed 9/1/2023 | Unknown |
| Aundreya Rollo | 3:23-cv-00216 3:23-cv-05105 | S.D. Tex. | Transferred 10/4/2023 | TX | N/A | N/A | Unknown |
| Katie Espinosa | 3:23-cv-01519 3:23-cv-05417 | N.D. Tex. | Transferred 10/4/2023 | TX | N/A | Filed 9/8/2023 | Unknown |
| A.H.M. | 3:23-cv-03482 | N.D. Cal. | Transferred 10/4/2023 | NY | Filed 8/9/2023 but then stayed per 9/22/2023 order | Filed 8/9/2023 but then stayed per 9/22/2023 order | Yes |
| H.B. | 3:23-cv-03488 | N.D. Cal. | Transferred 10/4/2023 | NC | Filed 8/8/2023 but then stayed per 8/9/2023 order | Filed 8/8/2023 but then stayed per 8/9/2023 order | Yes |
| Jessica Freshwater | 5:23-cv-00246 3:23-cv-05103 | M.D. Ga. | Transferred 10/4/2023 | GA | N/A | N/A | Unknown |
| Adorno | 2:23-cv-00875 3:23-cv-05101 | D. Ariz. | Transferred 10/4/2023 | AZ | N/A | N/A | Unknown |
| Jane Doe | 1:23-cv-10745 3:23-cv-05227 | D. Mass. | Transferred 10/4/2023 | MA | N/A | Filed 4/11/2023 Opp filed 4/24/2023 | Unknown |
| V.R. | 3:23-cv-00198 3:23-cv-05264 | S.D. Oh. | Transferred 10/13/2023 | OH | N/A | N/A | Unknown |
| Jane Doe LS 16 | 3:23-cv-03758 | N.D. Cal. | Pending | AZ | Filed 9/15/2023 but then stayed per 9/18/2023 order | N/A | Unknown |
| Jane Doe LS 75 | 3:23-cv-03805 | N.D. Cal. | Pending | IL | Filed 9/22/2023 but then stayed per 9/26/2023 order | N/A | Yes |
| Jane Doe LS 134 | 4:23-cv-03811 | N.D. Cal. | Transferred 10/20/2023 | IL | Filed 9/8/2023 Opp filed 9/22/2023 Reply filed 9/29/2023 | N/A | Unknown |
| Jane Doe LS 154 | 3:23-cv-03807 | N.D. Cal. | Transferred 10/20/2023 | AZ | N/A | N/A | Yes |

# CASE STATUS CHART (MDL 3084)

| Case Name | Case Number | Filing District | MDL Transfer Status | Incident State | 1404(a) Motions | Motion to Dismiss | Potentially Duplicative JCCP Cases? |
|---|---|---|---|---|---|---|---|
| Jane Doe LS 348 | 4:23-cv-03816 | N.D. Cal. | Transferred 10/20/2023 | AZ | Filed 9/29/2023 but then stayed per 10/6/2023 stip | N/A | Unknown |
| D.P. | 3:23-cv-03846 | N.D. Cal. | Transferred 10/16/2023 | NJ | Filed 8/31/2023 | Filed 8/31/2023 | Unknown |
| Ashley Jones | 3:23-cv-03851 | N.D. Cal. | Pending | GA | Filed 8/28/2023 but then stayed per 8/29/2023 order | Filed 8/28/2023 but then stayed per 8/29/2023 order | Unknown |
| S.D. | 4:23-cv-03852 | N.D. Cal. | Transferred 10/23/2023 | TX | Filed 8/29/2023 but then stayed per 10/2/2023 order | Filed 8/29/2023 but then stayed per 10/2/2023 order | Unknown |
| Jane Doe F-1 | 4:23-cv-03945 | N.D. Cal. | Transferred 10/16/2023 | MA | N/A | N/A | Unknown |
| Jane Doe F-2 | 3:23-cv-03949 | N.D. Cal. | Transferred 10/23/2023 | MA | N/A | N/A | Unknown |
| Jane Doe F-3 | 3:23-cv-03951 | N.D. Cal. | Transferred 10/23/2023 | NC | N/A | N/A | Unknown |
| Jane Doe LS 90 | 4:23-cv-03956 | N.D. Cal. | Transferred 10/16/2023 | AL | N/A | N/A | Yes |
| Jane Doe LS 13 | 3:23-cv-03966 | N.D. Cal. | Transferred 10/20/2023 | AL | N/A | N/A | Yes |
| Jane Doe LS 218 | 3:23-cv-03970 | N.D. Cal. | Transferred 10/16/2023 | AR | N/A | N/A | Yes |
| Jane Doe LS 237 | 3:23-cv-03973 | N.D. Cal. | Transferred 10/20/2023 | FL | N/A | N/A | Yes |
| Jane Doe LS 250 | 3:23-cv-03995 | N.D. Cal. | Pending | IL | N/A | N/A | Yes |
| Jane Doe LS 149 | 3:23-cv-04008 | N.D. Cal. | Transferred 10/20/2023 | MD | N/A | N/A | Yes |
| Jane Doe LS 320 | 3:23-cv-04010 | N.D. Cal. | Transferred 10/20/2023 | MA | N/A | N/A | Yes |
| Jane Doe LS 260 | 3:23-cv-04011 | N.D. Cal. | Transferred 10/20/2023 | MN | N/A | N/A | Yes |

## CASE STATUS CHART (MDL 3084)

| Case Name | Case Number | Filing District | MDL Transfer Status | Incident State | 1404(a) Motions | Motion to Dismiss | Potentially Duplicative JCCP Cases? |
|---|---|---|---|---|---|---|---|
| Jane Doe LS 63 | 3:23-cv-04012 | N.D. Cal. | Transferred 10/16/2023 | NC | N/A | N/A | Yes |
| Jane Doe LS 257 | 3:23-cv-04014 | N.D. Cal. | Transferred 10/20/2023 | MO | N/A | N/A | Yes |
| Ariane Cunningham | 1:23-cv-02347 3:23-cv-05376 | D.D.C. | Transferred 10/13/2023 | DC | N/A | N/A | Unknown |
| N.F. | 1:23-cv-11859 3:23-cv-05306 | D. Mass. | Transferred 10/13/2023 | MA | N/A | N/A | Unknown |
| Travon Brown | 3:23-cv-04175 | N.D. Cal. | Transferred 10/23/2023 | CT | N/A | N/A | Unknown |
| E.D. | 1:23-cv-11896 3:23-cv-05307 | D. Mass. | Transferred 10/13/2023 | MA | N/A | N/A | Unknown |
| R.T. | 4:23-cv-04301 | N.D. Cal. | Transferred 10/16/2023 | NY | N/A | N/A | Yes |
| R.M. | 3:23-cv-04302 | N.D. Cal. | Transferred 10/16/2023 | IL | N/A | N/A | Yes |
| E.C. | 3:23-cv-04299 | N.D. Cal. | Transferred 10/23/2023 | FL | N/A | N/A | Yes |
| C.T. | 4:23-cv-04310 | N.D. Cal. | Transferred 10/23/2023 | NV | N/A | N/A | Yes |
| E.M. | 3:23-cv-04313 | N.D. Cal. | Pending | OR | N/A | N/A | Yes |
| M.R. | 4:23-cv-04316 | N.D. Cal. | Transferred 10/23/2023 | VA | N/A | N/A | Yes |
| A.P. | 3:23-cv-04308 | N.D. Cal. | Transferred 10/23/2023 | FL | N/A | N/A | Yes |
| J.B. | 3:23-cv-04306 | N.D. Cal. | Transferred 10/23/2023 | LA | N/A | N/A | Yes |
| Jane Doe LS 293 | 4:23-cv-04364 | N.D. Cal. | Transferred 10/16/2023 | TX | N/A | N/A | Yes |

## CASE STATUS CHART (MDL 3084)

| Case Name | Case Number | Filing District | MDL Transfer Status | Incident State | 1404(a) Motions | Motion to Dismiss | Potentially Duplicative JCCP Cases? |
|---|---|---|---|---|---|---|---|
| Jane Doe LS 159 | 4:23-cv-04365 | N.D. Cal. | Transferred 10/20/2023 | PA | N/A | N/A | Yes |
| Jane Doe LS 67 | 3:23-cv-04366 | N.D. Cal. | Transferred 10/20/2023 | UT | N/A | N/A | Yes |
| Jane Doe LS 231 | 4:23-cv-04367 | N.D. Cal. | Transferred 10/16/2023 | NY | N/A | N/A | Yes |
| Jane Doe LS 91 | 3:23-cv-04368 | N.D. Cal. | Transferred 10/20/2023 | VA | N/A | N/A | Yes |
| Jane Doe LS 249 | 3:23-cv-04369 | N.D. Cal. | Transferred 10/20/2023 | FL | N/A | N/A | Yes |
| Jane Doe LS 259 | 3:23-cv-04370 | N.D. Cal. | Transferred 10/20/2023 | KY | N/A | N/A | Yes |
| Jane Doe LS 203 | 3:23-cv-04371 | N.D. Cal. | Transferred 10/20/2023 | FL | N/A | N/A | Yes |
| Jane Doe LS 238 | 3:23-cv-04372 | N.D. Cal. | Transferred 10/20/2023 | MN | N/A | N/A | Yes |
| Jane Doe LS 164 | 3:23-cv-04373 | N.D. Cal. | Transferred 10/20/2023 | FL | N/A | N/A | Yes |
| Jane Doe LS 155 | 3:23-cv-04374 | N.D. Cal. | Transferred 10/16/2023 | NY | N/A | N/A | Yes |
| Jane Doe LS 37 | 4:23-cv-04393 | N.D. Cal. | Transferred 10/20/2023 | PA | N/A | N/A | Yes |
| Jane Doe LS 144 | 3:23-cv-04388 | N.D. Cal. | Transferred 10/20/2023 | IN | N/A | N/A | Yes |
| Jane Doe LS 158 | 3:23-cv-04385 | N.D. Cal. | Transferred 10/20/2023 | PA | N/A | N/A | Yes |
| Jane Doe LS 354 | 3:23-cv-04387 | N.D. Cal. | Transferred 10/20/2023 | VA | N/A | N/A | Yes |
| H.D. | 3:23-cv-04617 | N.D. Cal. | Transferred 10/23/2023 | CA | N/A | N/A | Unknown |

## CASE STATUS CHART (MDL 3084)

| Case Name | Case Number | Filing District | MDL Transfer Status | Incident State | 1404(a) Motions | Motion to Dismiss | Potentially Duplicative JCCP Cases? |
|---|---|---|---|---|---|---|---|
| K.O. | 3:23-cv-04643 | N.D. Cal. | Transferred 10/23/2023 | MA | N/A | N/A | Unknown |
| B.R. | 3:23-cv-04706 | N.D. Cal. | Transferred 10/16/2023 | AL | N/A | N/A | Unknown |
| Melanie Halstenberg | 3:23-cv-04705 | N.D. Cal. | Transferred 10/23/2023 | DC | N/A | N/A | Unknown |
| J.C. | 3:23-cv-04723 | N.D. Cal. | Transferred 10/23/2023 | IL | N/A | N/A | Unknown |
| Heather Worzalla | 4:23-cv-04731 | N.D. Cal. | Transferred 10/23/2023 | IL | N/A | N/A | Unknown |
| E.E. | 3:23-cv-04744 | N.D. Cal. | Transferred 10/16/2023 | NY | N/A | N/A | Unknown |
| Joshua Cormier | 3:23-cv-04745 | N.D. Cal. | Transferred 10/23/2023 | NY | N/A | N/A | Unknown |
| M.F.A. | 2:23-cv-08115 | C.D. Cal. | Transferred 10/12/2023 | CA | N/A | N/A | Unknown |
| A.I. | 3:23-cv-04740 | N.D. Cal. | Pending | NY | N/A | N/A | Unknown |
| Jane Roe CL 1 | 3:23-cv-04772 | N.D. Cal. | Transferred 10/23/2023 | IL | N/A | N/A | Unknown |
| Jane Roe CL 2 | 3:23-cv-04772 | N.D. Cal. | Transferred 10/23/2023 | TN | N/A | N/A | Unknown |
| Jane Roe CL 3 | 3:23-cv-04772 | N.D. Cal. | Transferred 10/23/2023 | VA | N/A | N/A | Unknown |
| John Roe CL 1 | 3:23-cv-04772 | N.D. Cal. | Transferred 10/23/2023 | AZ | N/A | N/A | Unknown |
| N.M. | 4:23-cv-04940 | N.D. Cal. | Transferred 10/23/2023 | VA | N/A | N/A | Unknown |
| A.M. (2) | 3:23-cv-04939 | N.D. Cal. | Transferred 10/23/2023 | AZ | N/A | N/A | Unknown |
| C.L. | 3:23-cv-04972 | N.D. Cal. | Transferred 10/23/2023 | VA-MD | N/A | N/A | Unknown |

## CASE STATUS CHART (MDL 3084)

| Case Name | Case Number | Filing District | MDL Transfer Status | Incident State | 1404(a) Motions | Motion to Dismiss | Potentially Duplicative JCCP Cases? |
|---|---|---|---|---|---|---|---|
| L.M. | 1:23-cv-14205 | N.D. Ill. | Pending | IL | N/A | N/A | Unknown |
| Jane Doe LS 117 | 3:23-cv-05196 | N.D. Cal. | Direct Filed 10/11/2023 | KY | N/A | N/A | Yes |
| Jane Doe LS 346 | 3:23-cv-05193 | N.D. Cal. | Direct Filed 10/11/2023 | IL | N/A | N/A | Yes |
| Jane Doe LS 376 | 3:23-cv-05183 | N.D. Cal. | Direct Filed 10/11/2023 | CO | N/A | N/A | Yes |
| Jane Doe LS 251 | 3:23-cv-05187 | N.D. Cal. | Direct Filed 10/11/2023 | FL | N/A | N/A | Yes |
| Jane Doe LS 383 | 3:23-cv-05197 | N.D. Cal. | Direct Filed 10/11/2023 | LA | N/A | N/A | Yes |
| Jane Doe LS 177 | 3:23-cv-05219 | N.D. Cal. | Direct Filed 10/12/2023 | MD | N/A | N/A | Yes |
| Jane Doe LS 107 | 3:23-cv-05232 | N.D. Cal. | Direct Filed 10/12/2023 | OH | N/A | N/A | Yes |
| Jane Doe LS 364 | 3:23-cv-05237 | N.D. Cal. | Direct Filed 10/12/2023 | WA | N/A | N/A | Yes |
| Jane Does LS 35 | 3:23-cv-05233 | N.D. Cal. | Direct Filed 10/12/2023 | TX | N/A | N/A | Yes |
| Jane Doe LS 253 | 3:23-cv-05236 | N.D. Cal. | Direct Filed 10/12/2023 | TX | N/A | N/A | Yes |
| Jane Doe LS 375 | 3:23-cv-05230 | N.D. Cal. | Direct Filed 10/12/2023 | NC | N/A | N/A | Yes |
| Jane Doe LS 112 | 3:23-cv-05286 | N.D. Cal. | Direct Filed 10/16/2023 | CO | N/A | N/A | Yes |
| Jane Doe LS 163 | 3:23-cv-05282 | N.D. Cal. | Direct Filed 10/16/2023 | AZ | N/A | N/A | Yes |
| Jane Doe LS 384 | 3:23-cv-05292 | N.D. Cal. | Direct Filed 10/17/2023 | FL | N/A | N/A | Yes |
| Jane Doe LS 336 | 3:23-cv-05293 | N.D. Cal. | Direct Filed 10/17/2023 | GA | N/A | N/A | Yes |

## CASE STATUS CHART (MDL 3084)

| Case Name | Case Number | Filing District | MDL Transfer Status | Incident State | 1404(a) Motions | Motion to Dismiss | Potentially Duplicative JCCP Cases? |
|---|---|---|---|---|---|---|---|
| Jane Doe LS 349 | 3:23-cv-05303 | N.D. Cal. | Direct Filed 10/17/2023 | CO | N/A | N/A | Yes |
| Jane Doe LS 76 | 3:23-cv-05319 | N.D. Cal. | Direct Filed 10/18/2023 | FL | N/A | N/A | Yes |
| Jane Doe LS 264 | 3:23-cv-05322 | N.D. Cal. | Direct Filed 10/18/2023 | FL | N/A | N/A | Yes |
| Jane Doe LS 57 | 3:23-cv-05324 | N.D. Cal. | Direct Filed 10/18/2023 | GA | N/A | N/A | Yes |
| Jane Doe LS 365 | 3:23-cv-05328 | N.D. Cal. | Direct Filed 10/18/2023 | FL | N/A | N/A | Yes |
| Jane Does LS 74 | 3:23-cv-05362 | N.D. Cal. | Direct Filed 10/19/2023 | MD | N/A | N/A | Yes |
| Jane Doe LS 388 | 3:23-cv-05346 | N.D. Cal. | Direct Filed 10/19/2023 | FL | N/A | N/A | Yes |
| Jane Doe LS 284 | 3:23-cv-05363 | N.D. Cal. | Direct Filed 10/19/2023 | MI | N/A | N/A | Yes |
| Jane Doe LS 97 | 3:23-cv-05368 | N.D. Cal. | Direct Filed 10/19/2023 | SC | N/A | N/A | Yes |
| Jane Doe LS 265 | 3:23-cv-05377 | N.D. Cal. | Direct Filed 10/20/2023 | FL | N/A | N/A | Yes |
| Jane Doe LS 200 | 3:23-cv-05387 | N.D. Cal. | Direct Filed 10/20/2023 | IL | N/A | N/A | Yes |
| Jane Doe LS 353 | 3:23-cv-05401 | N.D. Cal. | Direct Filed 10/20/2023 | IL | N/A | N/A | Yes |
| Jane Doe LS 174 | 3:23-cv-05359 | N.D. Cal. | Direct Filed 10/19/2023 | GA | N/A | N/A | Yes |
| Jane Doe LS 311 | 3:23-cv-05406 | N.D. Cal. | Direct Filed 10/20/2023 | IL | N/A | N/A | Yes |
| Jane Doe LS 126 | 3:23-cv-05370 | N.D. Cal. | Direct Filed 10/19/2023 | AZ | N/A | N/A | Yes |

## CASE STATUS CHART (MDL 3084)

| Case Name | Case Number | Filing District | MDL Transfer Status | Incident State | 1404(a) Motions | Motion to Dismiss | Potentially Duplicative JCCP Cases? |
|---|---|---|---|---|---|---|---|
| Jane Doe LS 168 | 3:23-cv-05371 | N.D. Cal. | Direct Filed 10/19/2023 | CO | N/A | N/A | Yes |
| Jane Doe LS 244 | 3:23-cv-05372 | N.D. Cal. | Direct Filed 10/19/2023 | FL | N/A | N/A | Yes |
| Jane Doe LS 256 | 3:23-cv-05410 | N.D. Cal. | Direct Filed 10/20/2023 | NC | N/A | N/A | Yes |
| Jane Doe LS 98 | 3:23-cv-05412 | N.D. Cal. | Direct Filed 10/20/2023 | FL | N/A | N/A | Yes |
| Jane Doe LS 241 | 3:23-cv-05413 | N.D. Cal. | Direct Filed 10/20/2023 | TX | N/A | N/A | Yes |
| Jane Doe LS 66 | 3:23-cv-05414 | N.D. Cal. | Direct Filed 10/20/2023 | NY | N/A | N/A | Yes |
| Jane Doe LS 326 | 3:23-cv-05415 | N.D. Cal. | Direct Filed 10/20/2023 | MD | N/A | N/A | Yes |
| Jane Doe LS 266 | 3:23-cv-05416 | N.D. Cal. | Direct Filed 10/20/2023 | MD | N/A | N/A | Yes |
| Jane Doe LS 390 | 3:23-cv-05409 | N.D. Cal. | Direct Filed 10/20/2023 | CO | N/A | N/A | Unknown |
| Jane Doe LS 234 | 3:23-cv-05433 | N.D. Cal. | Direct Filed 10/23/2023 | ID | N/A | N/A | Yes |
| Jane Doe LS 33 | 3:23-cv-05427 | N.D. Cal. | Direct Filed 10/23/2023 | CO | N/A | N/A | Yes |
| Jane Doe LS 317 | 3:23-cv-05424 | N.D. Cal. | Direct Filed 10/23/2023 | AZ | N/A | N/A | Yes |
| Audriauna Fittro | 3:23-cv-05421 | N.D. Cal. | Direct Filed 10/23/2023 | NV | N/A | N/A | Unknown |
| Jane Doe LS 25 | 3:23-cv-05445 | N.D. Cal. | Direct Filed 10/23/2023 | NC | N/A | N/A | Yes |
| Jane Doe LS 103 | 3:23-cv-05442 | N.D. Cal. | Direct Filed 10/23/2023 | IL | N/A | N/A | Yes |

## CASE STATUS CHART (MDL 3084)

| Case Name | Case Number | Filing District | MDL Transfer Status | Incident State | 1404(a) Motions | Motion to Dismiss | Potentially Duplicative JCCP Cases? |
|---|---|---|---|---|---|---|---|
| Marktez Govan | 3:23-cv-05449 | N.D. Cal. | Direct Filed 10/24/2023 | NV | N/A | N/A | Unknown |
| R.H. | 3:23-cv-05503 | N.D. Cal. | Direct Filed 10/25/2023 | OH | N/A | N/A | Unknown |