# EXHIBIT E

WILLIAM A. LEVIN (SBN 98592)
LAUREL L. SIMES (SBN 134637)
DAVID M. GRIMES (SBN 324292)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, CA 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001

*Co-Lead Counsel for Plaintiffs*

JOHN EDDIE WILLIAMS (*pro hac vice*)
JOHN BOUNDAS (*pro hac vice*)
WALT CUBBERLY (SBN 325163)
BRIAN ABRAMSON (*pro hac vice*)
**WILLIAMS HART & BOUNDAS LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (703) 230-2200
Facsimile: (713) 643-6226

*Co-Lead Counsel for Plaintiffs*

*[Additional Submitting Counsel on Following Page]*

**FILED**
San Francisco County Superior Court
AUG 2 5 2023
CLERK OF THE COURT
BY: _____ Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN FRANCISCO – UNLIMITED JURISDICTION

| | |
|---|---|
| Coordination Proceeding<br><br>*In Re: Uber Rideshare Cases*<br><br>This Document Relates to:<br><br>ALL ACTIONS | JUDICIAL COUNCIL COORDINATION PROCEEDING NO. 5188<br><br>Case No. CJC-21-005188<br><br>*(Assigned to Hon. Ethan P. Schulman, Dept. 304)*<br><br>**STIPULATION RE: CASE MANAGEMENT ISSUES IN JCCP NO. 5188** ; *ORDER* |

---

**STIPULATION RE: CASE MANAGEMENT ISSUES IN JCCP NO. 5188**

STEVE ESTEY (SBN 163093)
KRISTEN BARTON (SBN 303228)
**ESTEY & BOMBERGER, LLP**
2869 India Street
San Diego, California 92103
Telephone: (619) 295-0035
Facsimile: (619) 295-0172

*Co-Lead Counsel for Plaintiffs*

C. BROOKS CUTTER (SBN 121407)
CELINE E. CUTTER (SBN 312622)
**CUTTER LAW P.C.**
1999 Harrison Street, Suite 1400
Oakland, CA 94612
Telephone: (916) 290-9400

*Liaison Counsel for Plaintiffs*

RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.; RASIER, LLC;
and RASIER-CA, LLC

ROBERT ATKINS (*Admitted Pro Hac Vice*)
ratkins@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3183
Facsimile: (212) 492-0183

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.; RASIER, LLC;
and RASIER-CA, LLC

## STIPULATION

This Stipulation is entered by and among Plaintiffs and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Defendants," and collectively with Plaintiffs, the "Parties"), through the court-appointed Plaintiffs' Co-Lead Counsel.

**WHEREAS**, in an order entered on January 23, 2023 (the "FNC Order"), the Court granted Uber's motions to stay or dismiss *Jane Doe LSA 35* v. *Uber Techs., Inc., et al.*, CGC-21-592274 based on *forum non conveniens*;

**WHEREAS**, in an order entered on February 28, 2023 (the "February 28 Stipulated Order"), the Court ordered the FNC Order to apply to a list of the cases in this coordinated proceeding that arise from alleged incidents that occurred outside of California ("Non-California Cases");

**WHEREAS**, the Plaintiffs have filed notices of appeal from the FNC Order and the February 28 Stipulated Order (the "FNC Appeals");

**WHEREAS**, the Parties have agreed upon forms of the Model Plaintiff Fact Sheet and Model Defense Fact Sheet;

**WHEREAS**, Defendants' deadline to file an answer with respect to Plaintiffs' Amended Long-Form Complaint is currently August 23, 2023.

**NOW, THEREFORE, IT IS AGREED AND STIPULATED BY THE PARTIES THAT:**

1. Any cases involving an allegation of sexual assault or sexual misconduct occurring outside of California ("Non-California Cases"), which are ordered added to the JCCP after February 28, 2023, are deemed stayed upon entry of an order of coordination into this coordinated proceeding; provided, however, that within 15 days after resolution of the FNC Appeals in the Court of Appeal (the "Appellate Ruling"), the parties in such cases shall meet and confer to discuss a process for stipulating to or contesting the applicability of the Appellate Ruling to the Non-California Cases.

2. In any case involving an allegation of sexual assault or sexual misconduct occurring inside of California ("California Cases"), which is ordered added to the JCCP after

February 28, 2023, each Plaintiff shall complete and serve a verified fact sheet providing information requested in the Model Plaintiff Fact Sheet no later than 60 days from the date of the relevant order of coordination. Uber shall complete and serve a verified Model Defense Fact Sheet as to each Plaintiff no later than 120 days from the date of the relevant order of coordination.

3. The Parties have also agreed that Plaintiffs do not need to file each individual fact sheet with the Court. In lieu of this, Plaintiffs agree to serve the Plaintiff Fact sheets upon Uber. Plaintiffs also agree to file a pleading with the Court, by September 30, 2023, identifying the cases wherein fact sheets have been served and the date on which they were served. This pleading will be amended every three months to include newly served Plaintiff Fact Sheets. Defendants will also file an analogous pleading with the Court identifying the cases wherein Defense Fact Sheets have been served and the date on which they were served, by November 30, 2023, which will also be amended and updated every three months.

4. Defendants' deadline to file an answer with respect to Plaintiffs' Amended Long-Form Complaint shall be extended to September 6, 2023.

DATED: August 23, 2023    **LEVIN SIMES LLP**

By: /s/ *William A. Levin*
    WILLIAM A. LEVIN
    LAUREL L. SIMES
    DAVID M. GRIMES

*Co-Lead Counsel for Plaintiffs*

DATED: August 23, 2023    **WILLIAMS HART & BOUNDAS, LLP**

By: /s/ *John Boundas*
    JOHN EDDIE WILLIAMS, JR.
    JOHN BOUNDAS
    BRIAN ABRAMSON
    MARGET LECOCKE
    WALT CUBBERLY

*Co-Lead Counsel for Plaintiffs*

DATED:  August 23, 2023      **ESTEY & BOMBERGER, LLP**

By: */s/ Stephen J. Estey*
      STEPHEN J. ESTEY
      KRISTEN BARTON

*Co-Lead Counsel for Plaintiff*

DATED:  August 23, 2023      **CUTTER LAW, P.C.**

By: */s/ Celine E. Cutter*
      CELINE E. CUTTER

*Liaison Counsel for Plaintiffs*

DATED:  August 23, 2023      **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Robert Atkins*
      ROBERT ATKINS

*ATTORNEYS FOR DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC AND RASIER-CA, LLC*

---

5

**STIPULATION RE: CASE MANAGEMENT ISSUES IN JCCP NO. 5188**

## [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED:**

1. This Order shall be binding on all Plaintiffs whose claims are hereafter coordinated into this coordination proceeding.

2. Accordingly, Non-California Cases which are added to the JCCP after February 28, 2023, are deemed stayed upon entry of an order of coordination into this coordinated proceeding; provided, however, that within 15 days after resolution of the FNC Appeals in the Court of Appeal (the "Appellate Ruling"), the parties in such cases shall meet and confer to discuss a process for stipulating to or contesting the applicability of the Appellate Ruling to the Non-California Cases.

3. With respect to any California cases which are added to the JCCP after February 28, 2023, each Plaintiff shall complete and serve a verified fact sheet providing information requested in the Model Plaintiff Fact Sheet no later than 60 days from the date of the relevant order of coordination. Uber shall complete and serve a verified Model Defense Fact Sheet as to each Plaintiff no later than 120 days from the date of the relevant order of coordination.

4. The Parties have also agreed that Plaintiffs do not need to file each individual fact sheet with the Court. In lieu of this, Plaintiffs agree to file a pleading with the Court identifying the cases wherein fact sheets have been served by September 30, 2023. This pleading will be amended every three months to include newly served Plaintiff Fact Sheets. Defendants will also file an equivalent pleading with the Court identifying the cases wherein Defense Fact Sheets have been served by November 30, 2023, which will also be amended every three months.

5. Defendants' deadline to file an answer to Plaintiffs' Amended Long-Form Complaint shall be extended to September 6, 2023.

///

///

**IT IS SO ORDERED.**

DATED: Aug. 25, 2023

*[signature]*
THE HONORABLE ETHAN P. SCHULMAN
JUDGE OF THE SUPERIOR COURT FOR THE
COUNTY OF SAN FRANCISCO

**STIPULATION RE: CASE MANAGEMENT ISSUES IN JCCP NO. 5188**