# EXHIBIT G

FILED
Superior Court of California
County of San Francisco

AUG - 1 2022

CLERK OF THE COURT
BY: _____
                    Deputy Clerk

1  William A. Levin, Esq. (SBN 98592) Angela
   J. Nehmens, Esq. (SBN 309433) **LEVIN**
2  **SIMES ABRAMS LLP**
   1700 Montgomery Street, Suite 250
3  San Francisco, California 94111 Telephone:
   (415) 426-3000
4  Facsimile: (415) 426-3001
   Email: wlevin@levinsimes.com
5  Email: anehmens@levinsimes.com

6  Stephen J. Estey, Esq. (SBN 163093)
   R. Michael Bomberger, Esq. (SBN 169866)
7  Kristen K. Barton, Esq. (SBN 303228)
   **ESTEY & BOMBERGER, LLP**
8  2869 India Street
   San Diego, CA 92103
9  Telephone: (619) 295-0035
   Facsimile: (619) 295-0172
10 Email: steve@estey-bomberger.com
   Email: mike@estey-bomberger.com
11 Email: kristen@estey-bomberger.com
   Walt Cubberly, Esq. (SBN: 325163)
12 **WILLIAMS HART BOUNDAS**
   **EASTERBY, LLP**
13 8441 Gulf Freeway, Suite 600
   Houston, Texas 77017
14 Telephone: (713) 230-2200
   Facsimile: (713) 643-6226
15 Email: wcubberly@whlaw.com

16 *Attorneys for Plaintiffs*

   Warren Metlitzky, Esq. (SBN 220758)
   Gabriela Kipnis, Esq. (SBN 284965)
   **CONRAD | METLITZKY | KANE LLP**
   Four Embarcadero Center, Suite 1400
   San Francisco, CA 94111
   Telephone: (415) 343-7100
   Facsimile: (415) 343-7101
   Email: wmetlitzky@conmetkane.com
   Email: gkipnis@conmetkane.com

   Beth A. Stewart, Esq. (*pro hac vice*)
   Heidi H. Hubbard, Esq. (*pro hac vice*)
   Ana C. Reyes, Esq. (*pro hac vice*)
   David Randall J. Riskin, Esq. (*pro hac vice*)
   **WILLIAMS & CONNOLLY LLP**
   725 Twelfth Street, N.W.
   Washington, DC 20005
   Telephone: (202) 434-5000
   Facsimile: (202) 434-5029
   Email: bstewart@wc.com
   Email: hhubbard@wc.com
   Email: areyes@wc.com
   Email: driskin@wc.com

   *Attorneys for Defendant Lyft, Inc.*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN FRANCISCO

| | |
|---|---|
| Coordination Proceeding<br>Special Title (Rule 3.550)<br><br>**In re LYFT RIDESHARE CASES**<br><br>This Document Relates to:<br><br>All Actions | CASE NO. CJC-20-005061<br><br>JUDICIAL COUNCIL COORDINATION PROCEEDING NO. 5061<br><br>*Case Assigned to the Honorable Andrew Y.S. Cheng, Dept. 613*<br>**AND ORDER**<br>**STIPULATION REGARDING PROVISION OF RIDE-IDENTIFYING INFORMATION** |

1  WHEREAS, the Court held a case-management conference in this proceeding on June 23, 2022;

WHEREAS, the parties' June 20, 2022 case-management statement reflected Plaintiffs' counsel's agreement to provide information to Lyft in order to facilitate Lyft's identification of the Plaintiffs and rides at issue in the complaints filed by Plaintiffs' counsel;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:**

1. The parties request that the Court enter an order that for any complaint that will become part of this proceeding or is otherwise filed by any counsel in this proceeding, Plaintiffs' counsel will make best efforts to provide to counsel to Lyft the "true names" of all Plaintiffs prior to or contemporaneous with filing a complaint, but in all events no more than five days after filing that complaint; and

2. The parties request that the Court enter an order that for any complaint filed after the date of the order, Plaintiffs' counsel will make best efforts to provide information sufficient to identify the ride at issue either in the complaint itself, or separately to Lyft's counsel contemporaneously with filing the complaint, but in all events no more than seven days after filing that complaint. The information Plaintiffs' counsel shall make best efforts to provide includes (a) a bona fide "ride receipt" and a brief description of the allegations; and/or (b) the name, phone number and email address of the account-holder who ordered the ride, the date and city/state of the ride, a brief description of the allegations, and such other basic information as may be necessary to identify the ride, such as pick-up and drop-off location, driver name, etc.; and

3. The parties request that the Court ender an order that for any complaint that has already been filed and for which Plaintiffs' counsel has not yet provided the information reflected in paragraph 1 and 2 above, Plaintiffs' counsel will provide this information on a rolling basis, and shall endeavor to provide all such information to counsel to Lyft by no later than July 31, 2022.

**IT IS SO STIPULATED.**

1

CASE NO. CJC-20-00506   STIP AND [PROPOSED] ORDER RE PROVISION OF RIDE-IDENTIFYING INFORMATION

Respectfully submitted,

Dated: July 14, 2022          By: /s/ Angela N.
                              William A. Levin
                              Angela J. Nehmens
                              **LEVIN SIMES ABRAMS LLP**

                              *Attorneys for Plaintiffs*

Dated: July 14, 2022          By: /s/
                              Stephen J. Estey
                              R. Michael Bomberger
                              Kristen K. Barton
                              **ESTEY & BOMBERGER, LLP**

Dated: July 14, 2022          By: /s/
                              Walt Cubberly
                              **WILLIAMS HART BOUNDAS EASTERBY, LLP**

                              *Attorneys for Plaintiffs*

Dated: July 15, 2022          By: /s/ Warren Metlitzky
                              Warren Metlitzky
                              Gabriela Kipnis
                              **CONRAD | METLITZKY | KANE LLP**

                              Heidi Hubbard
                              Beth Stewart
                              Ana Reyes
                              David Randall J. Riskin
                              **WILLIAMS & CONNOLLY LLP**

                              *Attorneys for Defendant Lyft, Inc.*

AC

**[PROPOSED] ORDER REGARDING PROVISION OF RIDE-IDENTIFYING INFORMATION**

Having reviewed the stipulation jointly filed by Plaintiffs' counsel and counsel for Lyft, Inc., the Court:

1. Orders that for any complaint against Lyft that will become part of this proceeding or is otherwise filed by any counsel involved in this proceeding, counsel filing the complaint will make best efforts to provide to counsel for Lyft the "true names" of each Plaintiff in that complaint prior to, in, or contemporaneous with filing the complaint, and in all events no more than five days after filing the complaint;

2. Orders that for any future complaint against Lyft that will become part of this proceeding or is otherwise filed by any counsel in this proceeding, counsel filing the complaint will make best efforts to provide information sufficient to identify the ride or rides at issue in the complaint or, if not in the complaint, to counsel for Lyft contemporaneously with filing the complaint, but in all events no more than seven days after filing that complaint.. The information Plaintiffs' counsel shall make best efforts to provide incudes (a) a bona fide "ride receipt" and a brief description of the allegations; and/or (b) the name, phone number and email address of the account-holder who ordered the ride, the date and city/state of the ride, a brief description of the allegations, and such other basic information as may be necessary to identify the ride, such as pick-up and drop-off location, driver name, etc.

3. Orders that for any complaint that has already been filed and for which Plaintiffs' counsel has not yet provided the information reflected in paragraphs 1 and 2 above, counsel will provide this information on a rolling basis, and shall endeavor to provide all such information to counsel to Lyft by no later than July 31, 2022.

**IT IS SO ORDERED**

Dated: 8/1/22

Hon. Andrew Y.S. Cheng
Judge of the Superior Court