William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Plaintiff*s

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB |
| | *Honorable Judge Charles R. Breyer* |
| | **NOTICE OF APPEARANCE OF SAMIRA J. BOKAIE** |
| This Document Relates to: | |
| Case No. 3:23-cv-01165-CRB | |
| Case No. 3:23-cv-03816-CRB | |
| Case No. 3:23-cv-03758-CRB | |
| Case No. 3:23-cv-03811-CRB | |
| Case No. 3:23-cv-03805-CRB | |
| Case No. 3:23-cv-03807-CRB | |
| Case No. 3:23-cv-03970-CRB | |
| Case No. 3:23-cv-03966-CRB | |
| Case No. 3:23-cv-03973-CRB | |
| Case No. 3:23-cv-03956-CRB | |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

| | |
|---|---|
| 1 | Case No. 3:23-cv-04008-CRB |
| 2 | Case No. 3:23-cv-04014-CRB |
| 3 | Case No. 3:23-cv-03995-CRB |
| 4 | Case No. 3:23-cv-04011-CRB |
| 5 | Case No. 3:23-cv-04010-CRB |
| 6 | Case No. 3:23-cv-04012-CRB |
| 7 | Case No. 3:23-cv-04365-CRB |
| 8 | Case No. 3:23-cv-04364-CRB |
| 9 | Case No. 3:23-cv-04374-CRB |
| 10 | Case No. 3:23-cv-04368-CRB |
| 11 | Case No. 3:23-cv-04372-CRB |
| 12 | Case No. 3:23-cv-04370-CRB |
| 13 | Case No. 3:23-cv-04373-CRB |
| 14 | Case No. 3:23-cv-04366-CRB |
| 15 | Case No. 3:23-cv-04393-CRB |
| 16 | Case No. 3:23-cv-04369-CRB |
| 17 | Case No. 3:23-cv-04385-CRB |
| 18 | Case No. 3:23-cv-04388-CRB |
| 19 | Case No. 3:23-cv-04387-CRB |
| 20 | Case No. 3:23-cv-04367-CRB |
| 21 | Case No. 3:23-cv-05183-CRB |
| 22 | Case No. 3:23-cv-05196-CRB |
| 23 | Case No. 3:23-cv-05187-CRB |
| 24 | Case No. 3:23-cv-05193-CRB |
| 25 | Case No. 3:23-cv-05219-CRB |
| 26 | Case No. 3:23-cv-05233-CRB |
| 27 | Case No. 3:23-cv-05230-CRB |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

1. Case No. 3:23-cv-05286-CRB
2. Case No. 3:23-cv-05282-CRB
3. Case No. 3:23-cv-05292-CRB
4. Case No. 3:23-cv-05293-CRB
5. Case No. 3:23-cv-05303-CRB
6. Case No. 3:23-cv-05319-CRB
7. Case No. 3:23-cv-05328-CRB
8. Case No. 3:23-cv-05324-CRB
9. Case No. 3:23-cv-05346-CRB
10. Case No. 3:23-cv-05368-CRB
11. Case No. 3:23-cv-05363-CRB
12. Case No. 3:23-cv-05359-CRB
13. Case No. 3:23-cv-05401-CRB
14. Case No. 3:23-cv-05371-CRB
15. Case No. 3:23-cv-05370-CRB
16. Case No. 3:23-cv-05413-CRB
17. Case No. 3:23-cv-05414-CRB
18. Case No. 3:23-cv-05433-CRB
19. Case No. 3:23-cv-05424-CRB
20. Case No. 3:23-cv-05416-CRB
21. Case No. 3:23-cv-05377-CRB
22. Case No. 3:23-cv-05409-CRB
23. Case No. 3:23-cv-05406-CRB
24. Case No. 3:23-cv-05387-CRB
25. Case No. 3:23-cv-05445-CRB
26. Case No. 3:23-cv-05410-CRB
27. Case No. 3:23-cv-04371-CRB

| | |
|---|---|
| 1 | Case No. 3:23-cv-05197-CRB |
| 2 | Case No. 3:23-cv-05232-CRB |
| 3 | Case No. 3:23-cv-05236-CRB |
| 4 | Case No. 3:23-cv-05237-CRB |
| 5 | Case No. 3:23-cv-05322-CRB |
| 6 | Case No. 3:23-cv-05372-CRB |
| 7 | Case No. 3:23-cv-05362-CRB |
| 8 | Case No. 3:23-cv-05415-CRB |
| 9 | Case No. 3:23-cv-05412-CRB |
| 10 | Case No. 3:23-cv-05442-CRB |
| 11 | Case No. 3:23-cv-05427-CRB |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that SAMIRA J BOKAIE of LEVIN SIMES LLP hereby enters an appearance as counsel for Plaintiffs in the below listed cases:

1. *Jane Doe LSA 340 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-01165-CRB
2. *Jane Doe LS 348 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-03816-CRB
3. *Jane Doe LS 16 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-03758-CRB
4. *Jane Doe LS 134 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-03811-CRB
5. *Jane Doe LS 75 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-03805-CRB
6. *Jane Doe LS 154 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-03807-CRB
7. *Jane Doe LS 218 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-03970-CRB
8. *Jane Doe LS 13 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-03966-CRB
9. *Jane Doe LS 237 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-03973-CRB
10. *Jane Doe LS 90 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-03956-CRB
11. *Jane Doe LS 149 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04008-CRB
12. *Jane Doe LS 257 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04014-CRB
13. *Jane Doe LS 250 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-03995-CRB

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

14. *Jane Doe LS 260 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04011-CRB
15. *Jane Doe LS 320 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04010-CRB
16. *Jane Doe LS 63 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04012-CRB
17. *Jane Doe LS 159 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04365-CRB
18. *Jane Doe LS 293 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04364-CRB
19. *Jane Doe LS 155 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04374-CRB
20. *Jane Doe LS 91 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04368-CRB
21. *Jane Doe LS 238 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04372-CRB
22. *Jane Doe LS 259 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04370-CRB
23. *Jane Doe LS 164 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04373-CRB
24. *Jane Doe LS 67 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04366-CRB
25. *Jane Doe LS 37 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04393-CRB
26. *Jane Doe LS 249 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04369-CRB
27. *Jane Doe LS 158 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04385-CRB
28. *Jane Doe LS 144 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04388-CRB
29. *Jane Doe LS 354 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-04387-CRB
30. *Jane Doe LS 231 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-04367-CRB
31. *Jane Doe LS 376 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05183-CRB
32. *Jane Doe LS 117 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05196-CRB
33. *Jane Doe LS 251 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05187-CRB
34. *Jane Doe LS 346 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05193-CRB
35. *Jane Doe LS 177 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05219-CRB
36. *Jane Doe LS 35 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05233-CRB
37. *Jane Doe LS 375 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05230-CRB
38. *Jane Doe LS 112 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05286-CRB
39. *Jane Doe LS 163 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05282-CRB
40. *Jane Doe LS 384 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05292-CRB
41. *Jane Doe LS 336 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05293-CRB

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

| | | |
|---|---|---|
| 1 | 42. | *Jane Doe LS 349 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05303-CRB |
| 2 | 43. | *Jane Doe LS 76 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05319-CRB |
| 3 | 44. | *Jane Doe LS 365 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05328-CRB |
| 4 | 45. | *Jane Doe LS 57 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05324-CRB |
| 5 | 46. | *Jane Doe LS 388 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05346-CRB |
| 6 | 47. | *Jane Doe LS 97 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05368-CRB |
| 7 | 48. | *Jane Doe LS 284 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05363-CRB |
| 8 | 49. | *Jane Doe LS 174 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05359-CRB |
| 9 | 50. | *Jane Doe LS 353 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05401-CRB |
| 10 | 51. | *Jane Doe LS 168 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05371-CRB |
| 11 | 52. | *Jane Doe LS 126 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05370-CRB |
| 12 | 53. | *Jane Doe LS 241 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05413-CRB |
| 13 | 54. | *Jane Doe LS 66 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05414-CRB |
| 14 | 55. | *Jane Doe LS 234 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05433-CRB |
| 15 | 56. | *Jane Doe LS 317 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05424-CRB |
| 16 | 57. | *Jane Doe LS 266 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05416-CRB |
| 17 | 58. | *Jane Doe LS 265 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05377-CRB |
| 18 | 59. | *Jane Doe LS 390 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05409-CRB |
| 19 | 60. | *Jane Doe LS 311 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05406-CRB |
| 20 | 61. | *Jane Doe LS 200 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05387-CRB |
| 21 | 62. | *Jane Doe LS 25 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05445-CRB |
| 22 | 63. | *Jane Doe LS 256 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05410-CRB |
| 23 | 64. | *Jane Doe LS 203 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-04371-CRB |
| 24 | 65. | *Jane Doe LS 383 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05197-CRB |
| 25 | 66. | *Jane Doe LS 107 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05232-CRB |
| 26 | 67. | *Jane Doe LS 253 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05236-CRB |
| 27 | 68. | *Jane Doe LS 364 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05237-CRB |
| 28 | 69. | *Jane Doe LS 264 v. Uber Technologies, Inc., et al.* Case No. 3:23-cv-05322-CRB |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

70. *Jane Doe LS 244 v. Uber Technologies, Inc.*, *et al.* Case No. 3:23-cv-05372-CRB

71. *Jane Doe LS 74 v. Uber Technologies, Inc.*, *et al.* Case No. 3:23-cv-05362-CRB

72. *Jane Doe LS 326 v. Uber Technologies, Inc.*, *et al.* Case No. 3:23-cv-05415-CRB

73. *Jane Doe LS 98 v. Uber Technologies, Inc.*, *et al.* Case No. 3:23-cv-05412-CRB

74. *Jane Doe LS 103 v. Uber Technologies, Inc.*, *et al.* Case No. 3:23-cv-05442-CRB

75. *Jane Doe LS 33 v. Uber Technologies, Inc.*, *et al.* Case No. 3:23-cv-05427-CRB

As counsel for Plaintiffs, William A. Levin hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided, and served upon:

Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: sbokaie@levinsimes.com

DATED:  October 28, 2023                               Respectfully Submitted,

**LEVIN SIMES LLP**

 */s/ Samira J. Bokaie*
Samira J. Bokaie
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Samira J. Bokaie*
Samira J. Bokaie

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax