John Eddie Williams, Jr. (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
**WILLIAM HART & BOUNDAS, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: wcubberly@whlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | **Case No. 23-md-03084-CRB** |
| This Document Relates to: *Jane Doe F-1 v. Uber Technologies, et al* Individual Case No. 23-cv-03945 *Jane Doe F-2 v. Uber Technologies, et al* Individual Case No. 23-cv-03949 *Jane Doe F-3 v. Uber Technologies, et al* Individual Case No. 23-cv-03951 | **APPEARANCE OF BATAMI BASKIN** Judge: Honorable Charles R. Breyer |

**TO THE COURT, PARTIES, AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Batami Baskin of the law firm of Williams Hart & Boundas, LLP hereby enters an appearance as counsel for Plaintiffs Jane Doe F-1 Individual Case No. 2:23-cv-03945, Jane Doe F-2 Individual Case No. 2:23-cv-03949, and Jane Doe F-3 Individual Case No. 2:23-cv-03951. I am admitted or otherwise authorized to practice in this court per an Order Granting Application Pro Hac Vice signed by the Honorable Haywood S.

Gilliam, Jr. on September 15, 2023. I request that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matters, be provided and served upon:

Batami Baskin<br>
WILLIAMS HART & BOUNDAS, LLP<br>
8441 Gulf Freeway, Suite 600<br>
Houston, Texas 77017-5051<br>
Telephone: (713) 230-2200<br>
Email: bbaskin@whlaw.com

Dated: October 31, 2023                     Respectfully submitted,

**WILLIAMS HART & BOUNDAS, LLP**

By:  */s/ Batami Baskin*
      Batami Baskin

8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Email: jwilliams@whlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

> /s/ *Batami Baskin*
> Batami Baskin