UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Order Relates To:

ALL ACTIONS

Case No. _____

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, _____, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: _____ in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: _____.

4647 N. 32nd Street, Suite 285
Phoenix, Arizona 85018
MY ADDRESS OF RECORD

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

MY TELEPHONE # OF RECORD

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

MY EMAIL ADDRESS OF RECORD

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _____ times in the 12 months preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.
4    Dated: _____

                                                            APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                                              UNITED STATES DISTRICT/MAGISTRATE JUDGE



# Supreme Court
### STATE OF ARIZONA
### ADMINISTRATIVE OFFICE OF THE COURTS

**ROBERT BRUTINEL**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **BARTLET A. BREBNER** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on January 5, 1988 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this ___OCTOBER 27 2023___.

_____
Aaron Nash
Associate Disciplinary Clerk

OR

_____
Kristina Tuba
Associate Disciplinary Clerk