UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.M.,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES INC., et al.,<br><br>        Defendants. | Case No.  23-cv-04313-RS<br><br>**REFERRAL FOR RELATED CASE DETERMINATION** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to Judge Charles R. Breyer for consideration of whether it is related to *In re Uber Technologies, Inc., Passenger Sexual Assault Litigation*, No. 23-md-3084-CRB.

**IT IS SO ORDERED**.

Dated: October 30, 2023

_____
RICHARD SEEBORG
Chief United States District Judge