1  [Submitting Counsel on Signature Page]

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  IN RE: UBER TECHNOLOGIES, INC.,          Case No.  3:23-md-03084-CRB
    PASSENGER SEXUAL ASSAULT
13  LITIGATION                               **PLAINTIFFS' RECOMMENDATIONS FOR
                                             SETTLEMENT MASTER PURSUANT TO
14                                           PRETRIAL ORDER NO. 1**

15  _____
    This Document Relates to:              **Judge:      Hon. Charles R. Breyer**
16                                          **Date:       November 3, 2023**
    All Cases                               **Time:       11:00 a.m.**
17                                          **Ctrm.:      6**

18

19

20

21

22

23

24

25

26

27

28

2870063.6

Per the Court's request in Pretrial Order No. 1 (ECF No. 2), the undersigned Plaintiffs' counsel propose the following candidates to serve as Settlement Master in this MDL: Judge Gail A. Andler, Judge Marina Corodemus, Randi Ellis, Chief Magistrate Judge Donna Ryu, Judge Winifred Y. Smith**,** Magistrate Judge Joseph C. Spero, and Judge Diane M. Welsh. Appointment of any of these individuals will facilitate expeditious, efficient, and just resolution of these complex proceedings.[1] They all have stellar reputations for fairmindedness and integrity and have demonstrated the ability to earn parties' trust and broker resolution across multiple jurisdictions.

**Judge Gail A. Andler (ret.):** Prior to joining JAMS as a full-time neutral, Judge Andler sat for more than 22 years on the Orange County Superior Court, where she served on the Complex Litigation Panel from 2007-2017 and two terms as Presiding Judge of the Superior Court's Appellate Division. Judge Andler has been praised for her compassion, persistence, and effectiveness in fashioning innovative and significant resolutions for litigants. Judge Andler serves as the Common Benefit Special Master and oversees the Personal Injury Settlement Program in *In re: Juul Labs Inc. Marketing, Sales Practices and Products Litigation*, which has largely resolved. She has substantial experience with personal injury mass torts and sexual misconduct matters, and has presented on best practices in litigation involving substantial emotional trauma. Judge Andler has confirmed her interest and availability to devote her time to this matter.

**Judge Marina Corodemus (ret.):** Judge Marina Corodemus is a highly experienced neutral with over 10 years of experience as New Jersey's sole Mass Tort Judge. On the bench, Judge Corodemus presided over large and complex pharmaceutical, tobacco, and environmental contamination cases. As an ADR professional, she has served over similar matters, including as Special Master for *In re: Vioxx Products Liability Litigation*. New Jersey Law Journal named her the Best Individual Arbitrator in 2017, among the Top 3 Mediators in 2018. Judge Corodemus' ADR firm has a national practice, serving clients in both state and federal court. She is well-respected in the mass tort field for her expertise, integrity, and diligence. She has confirmed that

---

[1] Assuming the Court does not intend to appoint a Settlement Master to perform or advise on adjudicatory functions, any appointment need not be pursuant to Federal Rule of Civil Procedure 53.

she is interested in and available to take on this matter.

**Randi Ellis:** Randi Ellis is a dispute resolution and settlement consulting attorney who specializes in resolution of complex civil disputes. Ms. Ellis has been appointed by federal and state courts both to facilitate settlements and oversee settlement administration. Ms. Ellis has served as a neutral in many MDLs, including *In re. 3M Combat Arms Earplug Products Liability Litigation* (mediation and settlement allocation); *In Re: National Prescription Opiate Litigation* (settlement allocation); *In re: Roundup Products Liability Litigation* (settlement allocation); and *In re: Yasmin and Yaz Marketing, Sales Practices and Products Litigation* (mediation and settlement allocation). Ms. Ellis' thoughtful approach and tireless work ethic contribute to her record of success. She has confirmed that she is interested in and available to take on this matter.

**Chief Magistrate Judge Donna Ryu:** Chief Magistrate Judge Donna Ryu joined the Northern District bench in 2010. Prior to her time on the bench, Judge Ryu gained substantial experience as a litigator and a legal educator, focusing on complex litigation, employment law, and civil rights. As the first Asian-American woman, the first Korean-American, and the first open lesbian to serve in the Northern District, Judge Ryu is widely recognized as a trailblazer. In 2023, Judge Ryu was elevated to Chief Magistrate Judge. In addition to her innate skills as a neutral, Judge Ryu's position at the Northern District has substantial efficiency and cost-saving benefits.

**Judge Winifred Y. Smith (ret.):** Judge Winifred Smith has 21 years of experience as a Judge of the Alameda County Superior Court and 26 years as Deputy Attorney General in the California Attorney General's Office. On the bench, Judge Smith served as a member of the Judicial Council, Supervising Judge of multiple courthouses, Supervising Judge of the court's Civil Division, and later as Presiding Judge. Judge Smith presided over nearly 100 cases to verdict. She managed a coordinated matter with 31,000 plaintiffs, and presided over the toxic tort trial that resulted in the largest civil jury award in California history. Judge Smith is particularly knowledgeable and familiar with employment, business, personal injury, and complex matters. She has been honored by many legal organizations for her commitment to judicial excellence, including being twice named Jurist of Distinction by the Women Lawyers of Alameda County

1    and as Trial Judge of the Year by the American Board of Trial Advocates (ABOTA) in 2021.

2    **Magistrate Judge Joseph C. Spero:**  Magistrate Judge Joseph C. Spero began his career

3    in 1981 as a law clerk on the Ninth Circuit Court of Appeals. He joined Skadden, Arps, et al. in

4    1982 and Coblentz, Patch, Duffy & Bass, LLP in 1984, becoming a partner in 1989. He worked

5    in this position and as a Judge Pro Tem for the San Francisco Superior Court until 1999. He was

6    appointed to the Northern District of California on March 13, 1999, and assumed the role of Chief

7    Magistrate in 2015. Since that time, Judge Spero has served as a settlement judge in over 1500

8    cases. Judge Spero is well-known by litigators and his Northern District colleagues for his success

9    in resolving cases, thanks to his creativity, empathy, and strategic intellect. Further, Judge Spero's

10    position at the Northern District has substantial efficiency and cost-saving benefits.

11    **Judge Diane M. Welsh (ret.):** Judge Diane M. Welsh served as a Magistrate Judge on the

12    District Court for the Eastern District of Pennsylvania from 1994-2005 before joining JAMS as a

13    full-time neutral. In both roles, she developed a strong record of success for resolving complex

14    cases, successfully bringing over 5,000 matters to a conclusion. She has particular experience in

15    employment matters, catastrophic personal injury and sex abuse cases, mass torts, and MDLs. She

16    was recognized as a 2016-2018 "ADR Champion" by the National Law Journal. She is known for

17    her sensitivity, patience, and persistence with high-stakes, multi-party, and emotionally-involved

18    cases.

19    * * *

20    For the reasons stated, undersigned Plaintiffs' counsel respectfully and wholeheartedly

21    recommend that the Court appoint Judge Gail A. Andler, Judge Marina Corodemus, Randi Ellis,

22    Chief Magistrate Judge Donna Ryu, Judge Winifred Y. Smith, Magistrate Judge Joseph C. Spero,

23    or Judge Diane M. Welsh as Settlement Master. Plaintiffs' counsel is happy to provide additional

24    information about the proposed Settlement Masters, including their curriculum vitaes or

25    experience generally, to further assist the Court if needed. In advance of the Initial Conference,

26    representatives for the undersigned Plaintiffs' counsel reached out to counsel for Uber and the

27    leadership in the JCCP to discuss these recommendations and look forward to having productive

28    discussions and reporting on status with the Court.

1    Dated:  October 31, 2023                    Respectfully submitted,

2
                                                By: */s/ Sarah R. London*
3                                                   Sarah R. London (State Bar No.
                                                    267083)
4
                                                **LIEFF CABRASER HEIMANN &**
5                                                **BERNSTEIN, LLP**
                                                275 Battery Street, 29th Floor
6                                                San Francisco, CA  94111-3339
                                                Telephone:  (415) 956-1000
7                                                Facsimile:  (415) 956-1008
                                                slondon@lchb.com
8

9                                               By: */s/ Rachel B. Abrams*
                                                    Rachel B. Abrams (State Bar No.
10                                                  209316)

11                                              **PEIFFER WOLF CARR KANE CONWAY**
                                                **& WISE, LLP**
12                                              555 Montgomery Street, Suite 820
                                                San Francisco, CA 94111
13                                              Telephone: (415) 426-5641
                                                Facsimile: (415) 840-9435
14                                              rabrams@peifferwolf.com

15
                                                By: */s/ Roopal P. Luhana*
16                                                  Roopal P. Luhana

17                                              **CHAFFIN LUHANA LLP**
                                                600 Third Avenue, 12th Floor
18                                              New York, NY 10016
                                                Telephone: (888) 480-1123
19                                              Facsimile: (888) 499-1123
                                                luhana@chaffinluhana.com
20

21                                              By: */s/ Bret Stanley*
                                                    Bret Stanley
22

23                                              **KHERKHER GARCIA, LLP**
                                                2925 Richmond Avenue, Suite 1560
24                                              Houston, TX 77098
                                                Telephone: (713) 333-1030
25                                              bstanley@kherkhergarcia.com

26

27

28

2870063.6                            - 5 -            PLFFS' RECS. FOR SPECIAL SETTLEMENT MASTER
                                                      CASE NO.  3:23-MD-03084-CRB

1

2           By: */s/ Michael Lee Nimmo*

3                Michael Lee Nimmo

4           **WAHLBERG WOODRUFF NIMMO & SLOANE LLP**

5           4601 DTC Boulevard, Suite 950
Denver, CO 80237

6           Telephone: (303) 835-9227
michael@denvertriallawyers.com

7

8           By: */s/ Eric D. Holland*

9                Eric D. Holland

10           **HOLLAND LAW FIRM**
211 North Broadway, Suite 2625
St. Louis, MO 63102

11           Telephone: (866) 471-3695
eholland@hollandtriallawyers.com

12

13           By: */s/ Charles Andrew Childers*

                Charles Andrew Childers

14

15           **CHILDERS, SCHLUETER & SMITH, LLC**
1932 N Druid Hills Road, Ste. 100

16           Atlanta, GA 30319
Telephone: (404) 419-9500

17           achilders@cssfirm.com

18

19           By: */s/ Bartlet Brebner*

                Bartlet Brebner

20           **BREBNER LAW FIRM PC**
4647 N 32nd St., Ste. 285

21           Phoenix, AZ 85018
Telephone: (602) 230-9554

22           bbrebner@brebnerlaw.com

23           By: */s/ Lauren A. Welling*

24                Lauren A. Welling

25           **SLATER SCHULMAN, LLP**
8383 Wilshire Blvd. Suite 255

26           Beverly Hills, CA 90211
Telephone: (310) 341-2086

27           lwelling@sssfirm.com

28

1

2          By: */s/ Paula Bliss*
               Paula Bliss

3
               Paula Bliss
4              Kimberly Dougherty
               **JUSTICE LAW COLLABORATIVE, LLC**
5              210 Washington Street
               North Easton, MA 02356
6              Telephone: (508) 230-2700
               paula@justicelc.com
7              kim@justicelc.com

8

9          By: */s/ Tracey Cowan*
               Tracey Cowan

10
               **CLARKSON LAW FIRM**
11             22525 Pacific Coast Highway
               Malibu, CA 90265
12             Telephone: (213) 788-4050
               tcowan@clarksonlawfirm.com

13

14         By: */s/ Karen Barth Menzies*
               Karen Barth Menzies

15
               **KBM LAW**
16             6701 Center Drive West, 1400
               Los Angeles, CA 90045
17             Telephone: (310) 363-0030 (Direct)
               kbm@kbmlaw.com

18

19         By: */s/ Layne C. Hilton*
               Layne C. Hilton

20
               **MEYER WILSON**
21             305 W. Nationwide Blvd
               Columbus, OH 43215
22             Telephone: (866) 827-6537 | (614) 255-
               2697(Direct)
23             lhilton@meyerwilson.com

24

25         By: */s/ Meredith Stratigopoulos*
               Meredith Stratigopoulos

26             **WATTS GUERRA LP**
               811 Barton Springs Rd #725
27             Austin, TX 78704
               Telephone: (512) 479-0500
28             mdrukker@wattsguerra.com

1

2

By: */s/ Sara Peters*
   Sara Peters

3

**WALKUP, MELODIA, KELLY &
SCHOENBERGER**
650 California St.
San Francisco, CA 94108
Telephone: (415) 981-7210
speters@walkuplawoffice.com

4

5

6

7

By: */s/ Marlene Goldenberg*
   Marlene Goldenberg

8

9

**NIGH GOLDENBERG RASO &
VAUGHN, PLLC**
14 Ridge Square NW Third Floor
Washington, D.C. 20016
Telephone: (202) 978-2228
mgoldenberg@nighgoldenberg.com

10

11

12

13

By: */s/ Erin Copeland*
   Erin Copeland

14

15

**FIBICH LEEBRON COPELAND &
BRIGGS**
1150 Bissonnet St.
Houston, TX 77005
Telephone: (713) 496-0549
ecopeland@fibichlaw.com

16

17

18

19

By: */s/ Benjamin T. Carroll*
   Benjamin T. Carroll

20

21

**KENNEY & CONLEY, P.C.**
100 Grandview Road, Suite 218
Braintree, MA 02184
Telephone: (781) 848-9891
Facsimile: (781) 843-4216
benjamin@kenneyconley.com

22

23

24

*Attorneys for Plaintiffs*

25

26

27

28

    - 8 -     PLFFS' RECS. FOR SPECIAL SETTLEMENT MASTER
CASE NO.  3:23-MD-03084-CRB