United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br>_____/<br><br>This Order Relates To:<br>23-cv-04313-RS | Case No. 23-md-03084-CRB<br><br>**ORDER RELATING CASES** |

Having reviewed Judge Seeborg's sua sponte referral pursuant to Civil Local Rule 3-12(c), see Dkt. 48, the Court finds that the above-captioned case is related to In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation, Case No. 23-md-3084. The Court therefore reassigns the above-captioned case to itself.

**IT IS SO ORDERED.**

Dated: November 1, 2023

CHARLES R. BREYER
United States District Judge