TRACEY B. COWAN (SBN 250053)
tcowan@clarksonlawfirm.com
ZARRINA OZARI (SBN 334443)
zozari@clarksonlawfirm.com
Clarkson Law Firm, P.C.
95 3rd Street, 2nd Floor
San Francisco, CA 94103
Telephone: (213) 788-4050

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION <br><br> This Document Relates to: <br><br> *A.M. v. Uber Technologies, et al* <br> *Case No. 23-cv-04939* <br><br> *N.M. v. Uber Technologies, et al* <br> *Case No. 23-cv-04940* <br><br> *C.L. v. Uber Technologies, et al* <br> *Case No. 23-cv-04972* <br><br> *S.A. v. Uber Technologies, et al* <br> *Case No. 23-cv-05524* <br><br> *M.H. v. Uber Technologies, et al* <br> *Case No. 23-cv-05569* <br><br> *T.V. v. Uber Technologies, et al* <br> *Case No. 23-cv-05609* | **Case No. 23-md-03084-CRB** <br><br> **NOTICE OF APPEARANCE OF ZARRINA OZARI** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Zarrina Ozari of Clarkson Law Firm, P.C., hereby enters an appearance of counsel for Plaintiffs A.M. Case No. 23-cv-04939, N.M. Case No. 23-cv-04940, C.L. Case No.23-cv-04972, M.H. Case No. 23-cv-05569, S.A. Case No. 23-cv-05524, and T.V. Case No. 23-

NOTICE OF APEARANCE

cv-05609, and hereby requests that all notices be given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided and served upon:

ZARRINA OZARI (SBN 334443)<br>
zozari@clarksonlawfirm.com<br>
Clarkson Law Firm, P.C.<br>
95 3rd Street, 2nd Floor<br>
San Francisco, CA 94103<br>
Telephone: (213) 788-4050

DATED:  November 1, 2023               Respectfully submitted,

By: */s/ Zarrina Ozari*
ZARRINA OZARI
zozari@clarksonlawfirm.com
Clarkson Law Firm, P.C.
95 3rd Street, 2nd Floor
San Francisco, CA 94103
Telephone: (213) 788-4050

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ Zarrina Ozari
Zarrina Ozari