RACHEL ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB<br><br>*Honorable Judge Charles R. Breyer*<br><br>**NOTICE OF APPEARANCE OF RACHEL ABRAMS** |
| This Document Relates to:<br><br>Case No. 3:23-cv-01630-CRB<br><br>Case No. 3:23-cv-02111-CRB<br><br>Case No. 3:23-cv-02290-CRB<br><br>Case No. 3:23-cv-02051-CRB<br><br>Case No. 3:23-cv-02071-CRB<br><br>Case No. 3:23-cv-03406-CRB<br><br>Case No. 3:23-cv-03482-CRB<br><br>Case No. 3:23-cv-03488-CRB<br><br>Case No. 3:23-cv-03846-CRB<br><br>Case No. 3:23-cv-03851-CRB | |

1

| | |
|---|---|
| 1 | Case No. 3:23-cv-03852-CRB |
| 2 | Case No. 3:23-cv-04617-CRB |
| 3 | Case No. 3:23-cv-04643-CRB |
| 4 | Case No. 3:23-cv-04705-CRB |
| 5 | |
| 6 | Case No. 3:23-cv-04706-CRB |
| 7 | Case No. 3:23-cv-04723-CRB |
| 8 | Case No. 3:23-cv-04731-CRB |
| 9 | Case No. 3:23-cv-04745-CRB |
| 10 | Case No. 3:23-cv-04745-CRB |
| 11 | Case No. 3:23-cv-05449-CRB |
| 12 | |
| 13 | Case No. 3:23-cv-05503-CRB |
| 14 | Case No. 3:23-cv-05526-CRB |
| 15 | Case No. 3:23-cv-05528-CRB |
| 16 | Case No. 3:23-cv-05547-CRB |
| 17 | Case No. 3:23-cv-05551-CRB |
| 18 | Case No. 3:23-cv-05611-CRB |
| 19 | Case No. 3:23-cv-05622-CRB |
| 20 | |
| 21 | Case No. 3:23-cv-05625-CRB |
| 22 | Case No. 3:23-cv-05115-CRB |
| 23 | Case No. 3:23-cv-05418-CRB |
| 24 | Case No. 3:23-cv-05224-CRB |
| 25 | Case No. 3:23-cv-05104-CRB |
| 26 | Case No. 3:23-cv-05111-CRB |
| 27 | Case No. 3:23-cv-05101-CRB |
| 28 | |

1 | Case No. 3:23-cv-05649-CRB

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that RACHEL ABRAMS of PEIFFER WOLF CARR KANE CONWAY AND WISE, LLP hereby enters an appearance as counsel for Plaintiffs in the below cases:

1. *Katherine Hylin v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-01630-CRB
2. *Taylor Gavin v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-02111-CRB
3. *Cynthia Crawford v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-02290-CRB
4. *E.R. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-02051-CRB
5. *A.G. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-02071-CRB
6. *A.M. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-03406-CRB
7. *A.H.M. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-03482-CRB
8. *H.B. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-03488-CRB
9. *D.P. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-03846-CRB
10. *Ashley Jones v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-03851-CRB
11. *S.D. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-03852-CRB
12. *H.D. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-04617-CRB
13. *K.O. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-04643-CRB
14. *Melanie Halstenberg v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-04705-CRB
15. *B.R. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-04706-CRB
16. *J.C. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-04723-CRB
17. *Heather Worzalla v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-04731-CRB
18. *E.E. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-04745-CRB

19. *Joshua Cormier v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-04745-CRB

20. *Marktez Govan v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05449-CRB

21. *R.H. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05503-CRB

22. *Marquita Harris v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05526-CRB

23. *A.K. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05528-CRB

24. *M.C.H. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05547-CRB

25. *P.S. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05551-CRB

26. *M.P. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05611-CRB

27. *Mildred Hunter v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05622-CRB

28. *T.R. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05625-CRB

29. *C.S. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05115-CRB

30. *Jillian Sullivan v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05418-CRB

31. *Elunda Murphy v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05224-CRB

32. *N.R. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05104-CRB

33. *S.W. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05111-CRB

34. *Aundreya Rollo v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05101-CRB

35. *L.W. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05649-CRB

As counsel for Plaintiffs, Rachel Abrams hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided, and served upon:

Rachel Abrams (Cal Bar No. 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com

| | |
|---|---|
| Dated: November 2, 2023 | Respectfully submitted, |
| | By: */s/ Rachel Abrams* |
| | RACHEL ABRAMS (Cal Bar No. 209316) |
| | ADAM B. WOLF (Cal Bar No. 215914) |
| | **Peiffer Wolf Carr Kane Conway & Wise, LLP** |
| | 555 Montgomery Street, Suite 820 |
| | San Francisco, CA 94111 |
| | Telephone: 415.766.3544 |
| | Facsimile: 415.840.9435 |
| | Email: rabrams@peifferwolf.com |
| | awolf@peifferwolf.com |
| | *Counsel for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of records.

*/s/Rachel Abrams*
Rachel Abrams