RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice forthcoming*)
  ratkins@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3183
Facsimile: (212) 492-0183

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**SUPPLEMENTAL STATUS REPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC**<br><br>Judge:   Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Date:   November 3, 2023<br>Time:   11:00 a.m. |

- 1 -

SUPPLEMENTAL STATUS REPORT OF DEFENDANTS UBER
TECHNOLOGIES, INC., RASIER, LLC AND RASIER-CA, LLC          Case No. 3:23-md-03084-CRB

- 2 -

1   In accordance with the Court's Pretrial Order No. 1, dated October 6, 2023, defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC (collectively "Uber"), hereby make this supplemental submission in advance of the Initial Case Status Conference ("Status Conference") scheduled for November 3, 2023.  This supplemental submission provides an update to the portion of Uber's Initial Conference Submission (Dkt. 38) that discusses the status of *In Re: Uber Rideshare Cases*, CJC-21-005188 (the "JCCP Action").

In an order entered on October 30, 2023 in the JCCP Action (attached here as Exhibit A), Judge Schulman declined to add any deadlines to the September 5, 2023 Scheduling Order (attached here as Exhibit B).

Also on October 30, 2023 in the JCCP Action, Judge Schulman entered an order (attached here as Exhibit C), in which he directed that all cases (98) for which Uber is not able to "identify a trip connected to the Uber platform" be "excluded from the bellwether selection process."

DATED:  November 2, 2023

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:  */s/ Randall S. Luskey*
RANDALL S. LUSKEY
ROBERT ATKINS

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC