# EXHIBIT A

FILED
San Francisco County Superior Court
OCT 3 0 2023
CLERK OF THE COURT
BY: _____ Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

DEPARTMENT 304

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE [RULE 3.550(c)]<br><br>UBER RIDESHARE CASES | Case No. CJC-21-005188<br>JUDICIAL COUNCIL COORDINATION PROCEEDING NO. 5188<br><br>ORDER AFTER OCTOBER 30, 2023 CASE MANAGEMENT CONFERENCE |

The Court held a Case Management Conference in this coordinated proceeding on October 30, 2023. Counsel for the parties were present. The appearances are as stated in the record. The matter was reported. Based on a review of the file and a detailed discussion with the parties, the case will proceed as follows:

1.    The Court declines to add any deadlines to the September 5, 2023 scheduling order requiring the parties to meet and confer in advance regarding their selected cases for inclusion in the Bellwether Discovery Pool, or governing the methodology for selecting the order of cases to be set for trial or for replenishing the cases in the event of settlements. The Court will retain flexibility, informed by the parties' views and the development of the cases, to modify or add to the scheduling order.

2.    The parties are directed to meet and confer regarding an ESI protocol, Uber's document

and data deletion and retention policies, Uber's litigation holds, custodians, search terms, the definition of "custodial file," and Uber's responses to Plaintiffs' requests for production of documents.

3. An Informal Discovery Conference is set for December 7, 2023 at 1:30 p.m. The Court will address the ESI protocol and any other discovery issues as to which the parties have fully met and conferred and reached impasse. A joint letter succinctly outlining the discovery dispute(s), not exceeding five pages, single-spaced, shall be emailed to ComplexLit@sftc.org by November 30, 2023.

IT IS SO ORDERED.

Dated: October 30, 2023

Ethan P. Schulman
Judge of the Superior Court

## CERTIFICATE OF ELECTRONIC SERVICE
(CCP 1010.6(6) & CRC 2.251)

I, Ericka Larnauti, a Deputy Clerk of the Superior Court of the County of San Francisco, certify that I am not a party to the within action.

On October 30, 2023, I electronically served the attached document via File & ServeXpress on the recipients designated on the Transaction Receipt located on the File & ServeXpress website.

Dated: October 30, 2023

Brandon E. Riley, Clerk

By: _____
Ericka Larnauti, Deputy Clerk