# EXHIBIT B

1  RANDALL S. LUSKEY (SBN: 240915)
   rluskey@paulweiss.com
2  **PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
3  535 Mission Street, 24th Floor
4  San Francisco, CA 94105
   Telephone: (628) 432-5100
5  Facsimile: (628) 232-3101

6  ROBERT ATKINS (*Admitted Pro Hac Vice*)
   ratkins@paulweiss.com
7  **PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
8  1285 Avenue of the Americas
9  New York, NY 10019
   Telephone: (212) 373-3183
10 Facsimile: (212) 492-0183

11
   *Attorneys for Defendants*
12 UBER TECHNOLOGIES, INC.; RASIER, LLC;
   and RASIER-CA, LLC
13

**FILED**
San Francisco County Superior Court

SEP 05 2023

CLERK OF THE COURT
BY: _____
               Deputy Clerk

### SUPERIOR COURT OF THE STATE OF CALIFORNIA

### COUNTY OF SAN FRANCISCO – UNLIMITED JURISDICTION

| | |
|---|---|
| Coordination Proceeding<br><br>*In Re: Uber Rideshare Cases*<br><br>This Document Relates to:<br><br>ALL ACTIONS | JUDICIAL COUNCIL COORDINATION PROCEEDING NO. 5188<br><br>Case No. CJC-21-005188<br><br>*(Assigned to Hon. Ethan P. Schulman, Dept. 304)*<br><br>[~~PROPOSED~~] SCHEDULING ORDER |

-1-

Based on a review of the Parties' joint filing and the file, the case will proceed as follows:

1. Uber shall provide Plaintiffs and file with Court an updated list of cases that will not be included in the bellwether pool by September 7, 2023.

2. The deadline for Plaintiffs to produce any additional information regarding the list of cases that will not be included in the Bellwether pool by September 22, 2023.

3. The parties will submit a final list of cases that will not be included in the Bellwether Pool by October 6, 2023.

4. The deadline for the filing of cross-complaints shall be held in abeyance pending further order of the Court, and shall be addressed in the parties' submission in advance of the October 19, 2023 case management conference. Uber will communicate the list of the cases in which Uber intends to file and pursue cross-complaints in advance of the case management submission for the October 19, 2023 case management conference.

5. The Court shall hold a Case Management Conference on October 19, 2023 at 10:00 (a.m.)/p.m.

6. The Court anticipates determining its methodology for selecting the First Bellwether Trial by October 19, 2023.

7. The Parties shall each select 10 cases (i.e., 20 total cases) for inclusion in the Bellwether Discovery Pool, with such selection subject to approval of the Court, by November 17, 2023. Mutual, focused discovery shall commence in these twenty cases immediately upon their selection.

8. The Parties shall file a ranking of, and information about, the Bellwether Discovery Pool cases with the Court by June 28, 2024.

9. The Court shall set the bellwether trial order by July 31, 2024.

10. Fact discovery shall close by January 15, 2025.

11. The parties shall disclose experts by January 31, 2025.

12. The Parties shall complete expert discovery by March 8, 2025.

13. The parties shall complete briefing on Motions for Summary Judgment and *Sargon* Motions, and the Court shall hold a hearing on these issues, by April 18, 2025.

14. The parties shall complete briefing on Motions *in Limine* and participate in a Final Pretrial Conference for the first bellwether trial by May 9, 2025.

15. The first bellwether trial shall begin on May 19, 2025.

DATED: Sept. 5, 2023

THE HONORABLE ETHAN P. SCHUMAN
JUDGE OF THE SUPERIOR COURT FOR
THE COUNTY OF SAN FRANCISCO

# CERTIFICATE OF ELECTRONIC SERVICE
(CCP 1010.6(6) & CRC 2.260(g))

I, Felicia Green, a Deputy Clerk of the Superior Court of the County of San Francisco, certify that I am not a party to the within action.

On September 5, 2023, I electronically served SCHEDULING ORDER via File & ServeXpress on the recipients designated on the Transaction Receipt located on the File & ServeXpress website.

Dated: SEP 0 5 2023

Brandon E. Riley, Court Executive Officer

By: _____
Felicia Green, Deputy Clerk