# EXHIBIT C

1  RANDALL S. LUSKEY (SBN: 240915)
   rluskey@paulweiss.com
2  **PAUL, WEISS, RIFKIND, WHARTON
3  & GARRISON LLP**
   535 Mission Street, 24th Floor
4  San Francisco, CA 94105
   Telephone: (628) 432-5100
5  Facsimile: (628) 232-3101

6  ROBERT ATKINS (*Admitted Pro Hac Vice*)
   ratkins@paulweiss.com
7  **PAUL, WEISS, RIFKIND, WHARTON
8  & GARRISON LLP**
   1285 Avenue of the Americas
9  New York, NY 10019
   Telephone: (212) 373-3183
10 Facsimile: (212) 492-0183

11 *Attorneys for Defendants*
12 UBER TECHNOLOGIES, INC.; RASIER, LLC;
   and RASIER-CA, LLP



FILED
San Francisco County Superior Court
OCT 30 2023
CLERK OF THE COURT
BY: _____ Deputy Clerk

13
14 *[Additional Counsel Listed on Following Page]*

15 **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
16 **COUNTY OF SAN FRANCISCO – UNLIMITED JURISDICTION**

| | |
|---|---|
| 18  Coordination Proceeding | JUDICIAL COUNCIL COORDINATION PROCEEDING NO. 5188 |
| 19  *In Re: Uber Rideshare Cases* | |
| 20  This Document Relates to: | Case No. CJC-21-005188 |
| 21  ALL ACTIONS | (*Assigned to Hon. Ethan P. Schulman*) |
| 22 | **[PROPOSED] ORDER RE: OCTOBER 18, 2023 JOINT CASE MANAGEMENT STATEMENT** |
| 23 | |
| 24 | Hearing Date: October 30, 2023 |
| 25 | Hearing Time: 10:00 a.m. |
| | Dept.:     304 |

-1-

WILLIAM A. LEVIN (SBN: 98592)
LAUREL L. SIMES (SBN: 134637)
**LEVIN SIMES ABRAMS LLP**
1700 Montgomery Street, Suite 250
San Francisco, CA 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001

*Co-Lead Counsel for Plaintiffs*

WALT CUBBERLY (SBN: 325163)
JOHN EDDIE WILLIAMS (pro hac vice)
JOHN BOUNDAS (pro hac vice)
BRIAN ABRAMSON (pro hac vice)
**WILLIAMS HART & BOUNDAS LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone: (703) 230-2200
Facsimile: (713) 643-6226

*Co-Lead Counsel for Plaintiffs*

STEVE ESTEY (SBN: 163093)
**ESTEY BOMBERGER**
2869 India Street
San Diego, California 92103
Telephone: (619) 295-0035
Facsimile: (619) 295-0172

*Co-Lead Counsel for Plaintiffs*

CELINE E. CUTTER (SBN: 312622)
**CUTTER LAW P.C.**
1999 Harrison Street, Suite 1400
Oakland, CA 94612
Telephone: (916) 290-9400

*Liaison Counsel for Plaintiffs*

-2-

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED:**

1. The Plaintiffs identified in Appendix A hereto are hereby excluded from the bellwether selection process.

2. There are 6 Levin Simes LLP cases, 6 Williams Hart & Boundas, LLP cases, and 1 Estey & Bomberger case which Plaintiffs believe can still be substantiated, and Defendants disagree. Plaintiffs believe these cases should be eligible for bellwether selection, and Defendants reserve all rights to argue that they should be ineligible for bellwether selection. These cases are reflected in Appendix B hereto.

3. If a Plaintiff submits their Plaintiff Fact Sheet after the August 30, 2023 deadline, and Uber can identify a trip connected to the Uber platform and can complete and serve a Defense Fact Sheet prior to bellwether selection, those Plaintiffs may re-enter the bellwether selection process and become eligible for selection in the bellwether pool.

**IT IS SO ORDERED.**

DATED: Oct. 30, 2023

THE HONORABLE ETHAN P. SCHULMAN
JUDGE OF THE SUPERIOR COURT FOR THE
COUNTY OF SAN FRANCISCO

# APPENDIX A

| No. | Plaintiff Identifier | Case Number | Complaint Filed | Plaintiff's Firm |
|---|---|---|---|---|
| 1 | Jane Doe LSA 19 | CGC-21-592191 | 6/14/2021 | Levin Simes, LLP |
| 2 | Jane Doe LSA 42 | CGC-21-592281 | 6/16/2021 | Levin Simes, LLP |
| 3 | Jane Doe LSA 58 | CGC-21-592359 | 6/18/2021 | Levin Simes, LLP |
| 4 | Jane Doe LSA 71 | CGC-21-592392 | 6/21/2021 | Levin Simes, LLP |
| 5 | Jane Doe LSA 104 | CGC-21-594122 | 7/26/2021 | Levin Simes, LLP |
| 6 | Jane Doe LSA 178 | CGC-21-597216 | 12/20/2021 | Levin Simes, LLP |
| 7 | Jane Doe | 21STCV46493 | 12/21/2021 | Downtown LA Law Group |
| 8 | Jane Doe WHBE 307 | CGC-22-597568 | 1/11/2022 | Williams Hart Boundas, LLP |
| 9 | Jane Doe WHBE 314 | CGC-22-597568 | 1/11/2022 | Williams Hart Boundas, LLP |
| 10 | Jane Doe WHBE 315 | CGC-22-597568 | 1/11/2022 | Williams Hart Boundas, LLP |
| 11 | Jane Doe WHBE 316 | CGC-22-597568 | 1/11/2022 | Williams Hart Boundas, LLP |
| 12 | Jane Doe WHBE 323 | CGC-22-597568 | 1/11/2022 | Williams Hart Boundas, LLP |
| 13 | Jane Doe WHBE 325 | CGC-22-597601 | 1/12/2022 | Williams Hart Boundas, LLP |
| 14 | Jane Doe WHBE 327 | CGC-22-597601 | 1/12/2022 | Williams Hart Boundas, LLP |
| 15 | Jane Doe WHBE 354 | CGC-22-597601 | 1/12/2022 | Williams Hart Boundas, LLP |
| 16 | Jane Doe WHBE 355 | CGC-22-597609 | 1/13/2022 | Williams Hart Boundas, LLP |
| 17 | Jane Doe WHBE 357 | CGC-22-597609 | 1/13/2022 | Williams Hart Boundas, LLP |
| 18 | Jane Doe WHBE 362 | CGC-22-597609 | 1/13/2022 | Williams Hart Boundas, LLP |
| 19 | Jane Doe WHBE 364 | CGC-22-597609 | 1/13/2022 | Williams Hart Boundas, LLP |
| 20 | Jane Doe WHBE 365 | CGC-22-597609 | 1/13/2022 | Williams Hart Boundas, LLP |
| 21 | Jane Doe WHBE 377 | CGC-22-597609 | 1/13/2022 | Williams Hart Boundas, LLP |
| 22 | Jane Doe WHBE 388 | CGC-22-597631 | 1/13/2022 | Williams Hart Boundas, LLP |
| 23 | Jane Doe WHBE 390 | CGC-22-597631 | 1/13/2022 | Williams Hart Boundas, LLP |
| 24 | Jane Doe WHBE 391 | CGC-22-597631 | 1/13/2022 | Williams Hart Boundas, LLP |
| 25 | Jane Doe WHBE 415 | CGC-22-597637 | 1/13/2022 | Williams Hart Boundas, LLP |
| 26 | Jane Doe WHBE 416 | CGC-22-597637 | 1/13/2022 | Williams Hart Boundas, LLP |
| 27 | Jane Doe WHBE 417 | CGC-22-597637 | 1/13/2022 | Williams Hart Boundas, LLP |

| No. | Plaintiff Identifier | Case Number | Complaint Filed | Plaintiff's Firm |
|---|---|---|---|---|
| 28 | Jane Doe WHBE 418 | CGC-22-597637 | 1/13/2022 | Williams Hart Boundas, LLP |
| 29 | Jane Doe WHBE 419 | CGC-22-597637 | 1/13/2022 | Williams Hart Boundas, LLP |
| 30 | Jane Doe WHBE 420 | CGC-22-597637 | 1/13/2022 | Williams Hart Boundas, LLP |
| 31 | Jane Doe WHBE 445 | CGC-22-597640 | 1/13/2022 | Williams Hart Boundas, LLP |
| 32 | Jane Doe WHBE 448 | CGC-22-597640 | 1/13/2022 | Williams Hart Boundas, LLP |
| 33 | Jane Doe WHBE 450 | CGC-22-597640 | 1/13/2022 | Williams Hart Boundas, LLP |
| 34 | Jane Doe WHBE 475 | CGC-22-597642 | 1/13/2022 | Williams Hart Boundas, LLP |
| 35 | Jane Doe WHBE 482 | CGC-22-597642 | 1/13/2022 | Williams Hart Boundas, LLP |
| 36 | Jane Doe WHBE 606 | CGC-22-598198 | 2/14/2022 | Williams Hart Boundas, LLP |
| 37 | Jane Doe WHBE 608 | CGC-22-598198 | 2/14/2022 | Williams Hart Boundas, LLP |
| 38 | Jane Doe WHBE 609 | CGC-22-598198 | 2/14/2022 | Williams Hart Boundas, LLP |
| 39 | Jane Doe WHBE 611 | CGC-22-598198 | 2/14/2022 | Williams Hart Boundas, LLP |
| 40 | Jane Doe WHBE 612 | CGC-22-598198 | 2/14/2022 | Williams Hart Boundas, LLP |
| 41 | John Doe LSA 204 | CGC-22-598208 | 2/15/2022 | Levin Simes, LLP |
| 42 | Jane Doe WHBE 626 | CGC-22-598229 | 2/17/2022 | Williams Hart Boundas, LLP |
| 43 | Jane Doe WHBE 650 | CGC-22-598231 | 2/18/2022 | Williams Hart Boundas, LLP |
| 44 | Jane Doe WHBE 655 | CGC-22-598231 | 2/18/2022 | Williams Hart Boundas, LLP |
| 45 | Jane Doe WHBE 675 | CGC-22-598231 | 2/18/2022 | Williams Hart Boundas, LLP |
| 46 | Jane Doe WHBE 692 | CGC-22-598263 | 2/23/2022 | Williams Hart Boundas, LLP |
| 47 | Jane Doe LSA 210 | CGC-22-598449 | 3/1/2022 | Levin Simes, LLP |
| 48 | Jane Doe LSA 213 | CGC-22-598449 | 3/1/2022 | Levin Simes, LLP |
| 49 | Jane Doe WHBE 753 | CGC-22-598743 | 3/17/2022 | Williams Hart Boundas, LLP |
| 50 | Jane Doe WHBE 837 | CGC-22-598770 | 3/18/2022 | Williams Hart Boundas, LLP |
| 51 | Jane Doe WHBE 848 | CGC-22-598770 | 3/18/2022 | Williams Hart Boundas, LLP |
| 52 | Jane Doe WHBE 853 | CGC-22-598891 | 3/25/2022 | Williams Hart Boundas, LLP |
| 53 | Jane Doe WHBE 864 | CGC-22-598891 | 3/25/2022 | Williams Hart Boundas, LLP |
| 54 | Jane Doe LSA 223 | CGC-22-598907 | 3/28/2022 | Levin Simes, LLP |
| 55 | Jane Doe LSA 235 | CGC-22-598907 | 3/28/2022 | Levin Simes, LLP |
| 56 | Jane Doe LSA 236 | CGC-22-598907 | 3/28/2022 | Peiffer Wolf Carr Kane Conway & Wise, LLP |

| No. | Plaintiff Identifier | Case Number | Complaint Filed | Plaintiff's Firm |
|---|---|---|---|---|
| 57 | Jane Doe WHBE 877 | CGC-22-599117 | 4/11/2022 | Williams Hart Boundas, LLP |
| 58 | Jane Doe WHBE 878 | CGC-22-599117 | 4/11/2022 | Williams Hart Boundas, LLP |
| 59 | Jane Doe WHBE 887 | CGC-22-599117 | 4/11/2022 | Williams Hart Boundas, LLP |
| 60 | Jane Doe WHBE 975 | CGC-22-599364 | 4/26/2022 | Williams Hart Boundas, LLP |
| 61 | Jane Doe WHBE 1008 | CGC-22-599437 | 5/2/2022 | Williams Hart Boundas, LLP |
| 62 | Jane Doe WHBE 1015 | CGC-22-599437 | 5/2/2022 | Williams Hart Boundas, LLP |
| 63 | Jane Doe WHBE 1052 | CGC-22-599912 | 5/31/2022 | Williams Hart Boundas, LLP |
| 64 | Jane Doe WHBE 1055 | CGC-22-599912 | 5/31/2022 | Williams Hart Boundas, LLP |
| 65 | Jane Doe WHBE 1130 | CGC-22-599920 | 6/1/2022 | Williams Hart Boundas, LLP |
| 66 | Jane Doe WHBE 1133 | CGC-22-599920 | 6/1/2022 | Williams Hart Boundas, LLP |
| 67 | Jane Doe WHBE 1139 | CGC-22-599920 | 6/1/2022 | Williams Hart Boundas, LLP |
| 68 | Jane Doe WHBE 1149 | CGC-22-599920 | 6/1/2022 | Williams Hart Boundas, LLP |
| 69 | Jane Doe LSA 242 | CGC-22-600037 | 6/6/2022 | Levin Simes, LLP |
| 70 | Jane Doe WHBE 1261 | CGC-22-600070 | 6/8/2022 | Williams Hart Boundas, LLP |
| 71 | Jane Doe WHBE 1267 | CGC-22-600070 | 6/8/2022 | Williams Hart Boundas, LLP |
| 72 | Jane Doe WHBE 1268 | CGC-22-600070 | 6/8/2022 | Williams Hart Boundas, LLP |
| 73 | Jane Doe WHBE 1296 | CGC-22-600121 | 6/10/2022 | Williams Hart Boundas, LLP |
| 74 | Jane Doe WHBE 1303 | CGC-22-600121 | 6/10/2022 | Williams Hart Boundas, LLP |
| 75 | Jane Doe WHBE 1316 | CGC-22-600121 | 6/10/2022 | Williams Hart Boundas, LLP |
| 76 | Jane Doe WHBE 1320 | CGC-22-600139 | 6/13/2022 | Williams Hart Boundas, LLP |
| 77 | Jane Doe WHBE 1337 | CGC-22-600139 | 6/13/2022 | Williams Hart Boundas, LLP |
| 78 | Jane Doe WHBE 1415 | CGC-22-600282 | 6/17/2022 | Williams Hart Boundas, LLP |
| 79 | Jane Doe WHBE 1418 | CGC-22-600282 | 6/17/2022 | Williams Hart Boundas, LLP |
| 80 | Jane Doe WHBE 1419 | CGC-22-600282 | 6/17/2022 | Williams Hart Boundas, LLP |
| 81 | Jane Doe WHBE 1434 | CGC-22-600282 | 6/17/2022 | Williams Hart Boundas, LLP |
| 82 | Jane Doe WHBE 1465 | CGC-22-600283 | 6/20/2022 | Williams Hart Boundas, LLP |
| 83 | Jane Doe WHBE 1466 | CGC-22-600283 | 6/20/2022 | Williams Hart Boundas, LLP |
| 84 | Jane Doe LSA 299 | CGC-22-602103 | 9/28/2022 | Levin Simes, LLP |
| 85 | Jane Doe LSA 310 | CGC-22-602103 | 9/28/2022 | Peiffer Wolf Carr Kane Conway & Wise, LLP |

| No. | Plaintiff Identifier | Case Number | Complaint Filed | Plaintiff's Firm |
|---|---|---|---|---|
| 86 | Jane Doe LSA 313 | CGC-22-602103 | 9/28/2022 | Levin Simes, LLP |
| 87 | Jane Doe LSA 316 | CGC-22-602103 | 9/28/2022 | Levin Simes, LLP |
| 88 | Jane Doe WHBE 1534 | CGC-22-602405 | 10/13/2022 | Williams Hart Boundas, LLP |
| 89 | Jane Doe WHBE 1547 | CGC-22-602405 | 10/13/2022 | Williams Hart Boundas, LLP |
| 90 | Jane Doe WHBE 1599 | CGC-22-602663 | 10/28/2022 | Williams Hart Boundas, LLP |
| 91 | Jane Doe SSS 44 | CGC-22-603373 | 12/9/2022 | Slater Slater Schulman LLP |
| 92 | Jane Doe LSA 341 | CGC-23-605506 | 3/29/2023 | Peiffer Wolf Carr Kane Conway & Wise, LLP |
| 93 | Jane Doe SSS 72 | CGC-23-608311 | 8/11/2023 | Slater Slater Schulman LLP |
| 94 | Jane Doe SSS 73 | CGC-23-608311 | 8/11/2023 | Slater Slater Schulman LLP |
| 95 | Jane Doe SSS 74 | CGC-23-608311 | 8/11/2023 | Slater Slater Schulman LLP |
| 96 | Jane Doe SSS 76 | CGC-23-608311 | 8/11/2023 | Slater Slater Schulman LLP |
| 97 | Jane Doe SSS 77 | CGC-23-608311 | 8/11/2023 | Slater Slater Schulman LLP |
| 98 | John Doe SSS 75 | CGC-23-608311 | 8/11/2023 | Slater Slater Schulman LLP |

## APPENDIX B

| No. | Plaintiff Identifier | Case Number | Complaint Filed | Plaintiff's Firm |
|---|---|---|---|---|
| 1 | Jane Doe WHBE 10 | CGC-21-590116 | 3/4/2021 | ADZ Law, LLP; Williams Hart Boundas, LLP |
| 2 | Jane Doe LSA 8 | CGC-21-591921 | 6/1/2021 | Levin Simes, LLP |
| 3 | Jane Doe LSA 83 | BCV-21-101470 | 6/25/2021 | Levin Simes, LLP |
| 4 | Jane Doe WHBE 332 | CGC-22-597601 | 1/12/2022 | Williams Hart Boundas, LLP |
| 5 | Jane Doe WHBE 446 | CGC-22-597640 | 1/13/2022 | Williams Hart Boundas, LLP |
| 6 | Jane Doe WHBE 1126 | CGC-22-599920 | 6/1/2022 | Williams Hart Boundas, LLP |
| 7 | Jane Doe WHBE 1494 | CGC-22-600286 | 6/21/2022 | Williams Hart Boundas, LLP |
| 8 | Jane Doe EB 31 | CGC-22-600524 | 7/1/2022 | Estey & Bomberger, LLP |
| 9 | Jane Doe JLG 1 | CGC-23-604910 | 2/28/2023 | Levin Simes, LLP; Johnson Law Group |
| 10 | Jane Doe WHBE 1656 | CGC-23-607119 | 6/20/2023 | Williams Hart Boundas, LLP |
| 11 | Jane Doe LS 371 | CGC-23-608077 | 8/1/2023; FAC 8/2/2023 | Levin Simes, LLP |
| 12 | Jane Doe LS 372 | CGC-23-608077 | 8/1/2023; FAC 8/2/2023 | Levin Simes, LLP |
| 13 | Jane Doe LS 374 | CGC-23-608820 | 9/1/2023 | Levin Simes, LLP |