| | |
|---|---|
| William A. Levin (SBN 98592) | John Eddie Williams, Jr. (*pro hac vice*) |
| Samira J. Bokaie (SBN 332782) | Walt Cubberly (SBN 325163) |
| **LEVIN SIMES LLP** | **WILLIAMS HART & BOUNDAS, LLP** |
| 1700 Montgomery Street, Suite 250 | 8441 Gulf Freeway, Suite 600 |
| San Francisco, California 94111 | Houston, TX 77017 |
| Telephone: (415) 426-3000 | Tel: (713) 230-2200 |
| Facsimile: (415) 426-3001 | Fax: (713) 643-6226 |
| Email: wlevin@levinsimes.com | Email: jwilliams@whlaw.com |
| Email: sbokaie@levinsimes.com | Email: wcubberly@whlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |
| | |
| Stephen J. Estey (SBN 163093) | C. Brooks Cutter (SBN 121407) |
| Angela J. Nehmens (SBN 309433) | Celine Cutter (SBN 312622) |
| **ESTEY & BOMBERGER, LLP** | **CUTTER LAW, PC** |
| 2869 India Street | 401 Watt Avenue |
| San Diego, CA 92103 | Sacramento, CA 95864 |
| Tel: (619) 295-0035 | Tel: (916) 290-9400 |
| Fax: (619) 295-0172 | Fax: (916) 588-9330 |
| Email: steve@estey-bomberger.com | Email: bcutter@cutterlaw.com |
| Email: angela@estey-bomberger.com | Email: ccutter@cutterlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**PLAINTIFFS' STATEMENT CONCERNING APPOINTMENT OF A SPECIAL SETTLEMENT MASTER**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Date: November 3, 2023<br>Time: 11:00 a.m. |

1

# PLAINTIFFS' SUBMISSION CONCERNING APPOINTMENT OF A SPECIAL SETTLEMENT MASTER

In accordance with the Court's Pretrial Order No. 1, dated October 6, 2023, the undersigned Plaintiffs respectfully suggest the following mediators as candidates to serve as special settlement master in this litigation. All of these mediators have handled cases involving allegations of sexual assault and sexual harassment. The following are their posted biographies from their mediation profiles.

1. **Cathy Yanni** is a full time specialist in ADR. Since joining JAMS in 1998, she has settled thousands of cases. Her practice includes mediation and Special Master work. Cathy Yanni's substantive knowledge, her focused attention to detail, and her persistent follow up are the keys to her high success. Ms. Yanni has regularly been included on the "National Mediators" List, Chambers USA since 2019, where she is acknowledged for her "'high-quality' reputation." Sources also praise her ability to "maintain good relations and credibility with both sides." Chambers USA (2020).

2. **Hon. Jay C. Gandhi (Ret.)** is known for his thorough, insightful, and candid approach to every engagement. The parties turn to Judge Gandhi to resolve complex disputes. For instance, Judge Gandhi presided over the $1 billion public-entity settlement involving PG&E and the California wildfires, the $725 million class action settlement accusing Facebook of allowing third parties, including Cambridge Analytica, to access users' private information, and the $648 million class action settlement over environmental contamination from polychlorinated biphenyls, or PCBs, made by the Monsanto Company. Judge Gandhi also specializes in sensitive, high-stakes commercial disputes, such as financial litigation (including with federal and state regulators), contractual and employment matters, and intellectual property and trade secret thefts, amongst others.

Judge Gandhi previously served for eight (8) years as a United States Magistrate Judge for the Central District of California, the nation's largest federal court. He received multiple honors for his judicial qualities and skills and oversaw the Court's Alternative Dispute Resolution program. Judge Gandhi was also an active, hands-on trial judge while on the Court. Before the bench, Judge Gandhi was a partner at Paul Hastings LLP. He spent 12 years litigating commercial cases and MDL/class actions in a variety of state and federal jurisdictions across the country.

**3.** For over 35 years, **Kenneth R. Feinberg** has been involved in resolving some of the nation's most protracted, complex, and emotional disputes involving a wide range of interests and clients. Mr. Feinberg is publicly recognized as redefining the practice of law, bringing opposing sides of legal disputes together. He is one of the nation's foremost mediators, arbitrators, and experts in other forms of alternative dispute resolution and negotiation strategy. From cases that affect only a few, to the largest, most complex disputes of our time, the Firm consistently bridges the gap between parties by creating imaginative and satisfying solutions. Most notably he served as Special Master of the Federal September 11 Victim Compensation Fund.

Mr. Feinberg is consistently retained by Fortune 500 companies, nationally recognized plaintiff counsel, insurers, government agencies, and state and federal courts to design, implement, and administer innovative and sophisticated settlement solutions. Serving either as a neutral or as settlement counsel to one of the parties, Mr. Feinberg provides services for all stages of dispute resolution: helping the parties achieve a comprehensive resolution of the dispute, devising strategies for a cost-effective settlement, designing systems and criteria to implement settlement terms, and developing distribution plans to achieve maximum benefits for all parties.

**4. Hon. William F. Downes (Ret.)** has successfully resolved disputes over diverse practice areas including energy, personal injury and professional liability. Drawing upon his 17 years of experience as a federal judge in the U.S. District Court of Wyoming, Judge Downes brings to his ADR practice a great deal of insight on the legal process and numerous subject matters, enabling him to efficiently guide parties to settlement.

Judge Downes handles high profile cases in multiple states and he is known for his attentive, reasonable, and focused manner. He is praised by counsel for being extremely prepared and having a quick grasp of complex issues. Judge Downes has an innate ability to understand the reputations, emotions, and ongoing dynamics of a dispute, while still focusing the parties on resolution.

DATED:  November 3, 2023

Respectfully Submitted,

**LEVIN SIMES LLP**

/s/ William A. Levin
_____
William A. Levin
*Attorney for Plaintiffs*

**WILLIAMS HART & BOUNDAS, LLP**

/s/ John Eddie Williams
_____
John Eddie Williams
*Attorney for Plaintiffs*

**ESTEY & BOMBERGER, LLP**

/s/ Stephen J. Estey
_____
Stephen J. Estey
*Attorney for Plaintiffs*

**CUTTER LAW, P.C.**

/s/ C. Brooks Cutter
_____
C. Brooks Cutter
Celine E. Cutter
*Attorneys for Plaintiffs*

4

Case No. 3:23-md-03084-CRB     PLAINTIFFS' STATEMENT RE SPECIAL SETTLEMENT MASTERS

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2023, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Celine E. Cutter*