IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br>_____/<br><br>This Order Relates To:<br><br>ALL ACTIONS | MDL No. 3084 CRB<br><br>**PRETRIAL ORDER NO. 3: APPLICATIONS FOR APPOINTMENT OF PLAINTIFFS' STEERING COMMITTEE** |

In Pretrial Order No. 1 (Dkt. No. 2), the Court noted that it intended to appoint a Plaintiffs' Steering Committee to conduct and coordinate the pretrial stage of this litigation with the defendants' representatives. The Court thus issues this Order to set forth the schedule and procedure for appointing the Plaintiffs' Steering Committee.

The Court requires individual application for a steering committee position. Any attorney who has filed an action in this MDL litigation may apply for a steering committee position. All applications must be e-filed in the master docket, 3:23-md-3084-CRB, on or before Friday, November 17, 2023.

Each attorney's application shall include a resume no longer than two pages and a letter no longer than three pages (single-spaced) addressing the following criteria:

(1) professional experience in this type of litigation, including MDL experience as lead or liaison counsel or service on any plaintiffs' committees or subcommittees;

(2) the names and contact information of judges before whom the applicant has appeared in the matters discussed in response to no. 1 above;

(3) willingness and ability to immediately commit to time-consuming litigation;

(4) willingness and ability to work cooperatively with other plaintiffs' counsel and defense counsel;

(5) access to resources to prosecute the litigation in a timely manner; and

(6) any other considerations that qualify counsel for a leadership position.

All responses or objections to applications must be e-filed in the master docket on or before Wednesday, November 22, 2023. Responses are likewise limited to three single-spaced pages. Presently the Court does not intend to hold a hearing on the steering committee applications.

**IT IS SO ORDERED.**

Dated: November 6, 2023

CHARLES R. BREYER
United States District Judge