Karen Barth Menzies (CA SBN 180234)
**KBM Law**
6701 Center Drive West, 1400
Los Angeles, California 90045
Telephone: (310) 363-0030
Email: kbm@kbmlaw.com

*Counsel for Plaintiff, Travon Brown*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**NOTICE OF APPEARANCE OF KAREN BARTH MENZIES** |
| This Document Relates to:<br><br>Case No. 3:23-cv-04175-CRB | Judge: Honorable Judge Charles R. Breyer |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that KAREN BARTH MENZIES of KBM Law hereby enters an appearance as counsel for Plaintiff, Travon Brown, in Case No. 3:23-cv-04175-CRB, and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided and served upon:

Karen Barth Menzies
KBM Law
6701 Center Drive West, 1400
Los Angeles, California 90045
Telephone: (310) 363-0030
Email: kbm@kbmlaw.com

Dated: November 9, 2023                    Respectfully submitted,

By:    */s/ Karen Barth Menzies*
KAREN BARTH MENZIES (CA SBN 180234)
KBM Law Corp.
6701 Center Drive West, #1400
Los Angeles, California 90045
Telephone: (310) 363-0030
Email: kbm@kbmlaw.com

*Counsel for Plaintiff, Travon Brown*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of records.

*/s/Karen Barth Menzies*
Karen Barth Menzies