RYAN J. CLARKSON (SBN 257074)
rclarkson@clarksonlawfirm.com
Clarkson Law Firm, P.C.
22525 Pacific Coast Hwy.
Malibu, CA 90265
Telephone: (213) 788-4050

TRACEY B. COWAN (SBN 250053)
tcowan@clarksonlawfirm.com
ZARRINA OZARI (SBN 334443)
zozari@clarksonlawfirm.com
Clarkson Law Firm, P.C.
95 3rd Street, 2nd Floor
San Francisco, CA 94103
Telephone: (213) 788-4050

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB<br><br>**NOTICE OF APPEARANCE OF RYAN J. CLARKSON** |
| This Document Relates to:<br><br>*A.M. v. Uber Technologies, et al*<br>*Case No. 23-cv-04939*<br><br>*N.M. v. Uber Technologies, et al*<br>*Case No. 23-cv-04940*<br><br>*C.L. v. Uber Technologies, et al*<br>*Case No. 23-cv-04972*<br><br>*S.A. v. Uber Technologies, et al*<br>*Case No. 23-cv-05524*<br><br>*L.E. v. Uber Technologies, et al*<br>*Case No. 23-cv-05567*<br><br>*M.H. v. Uber Technologies, et al*<br>*Case No. 23-cv-05569*<br><br>*T.V. v. Uber Technologies, et al*<br>*Case No. 23-cv-05609* | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

NOTICE OF APEARANCE

1  PLEASE TAKE NOTICE that Ryan J. Clarkson of Clarkson Law Firm, P.C., hereby enters an
2  appearance of counsel for Plaintiffs A.M. Case No. 23-cv-04939, N.M. Case No. 23-cv-04940, C.L.
3  Case No.23-cv-04972, L.E. Case No. 23-cv-05567, M.H. Case No. 23-cv-05569, S.A. Case No. 23-cv-
4  05524, and T.V. Case No. 23-cv-05609, and hereby requests that all notices be given or required to be
5  given, and all papers filed or served or required to be served in the above-captioned matter, be provided
6  and served upon:

RYAN J. CLARKSON (SBN 257074)
rclarkson@clarksonlawfirm.com
Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050

DATED:  November 9, 2023                             Respectfully submitted,

By: */s/ Ryan J. Clarkson*
RYAN J. CLARKSON
rclarkson@clarksonlawfirm.com
Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Ryan J. Clarkson*
 Ryan J. Clarkson