| | |
|---|---|
| 1 | RYAN J. CLARKSON (SBN 257074) |
|   | rclarkson@clarksonlawfirm.com |
| 2 | Clarkson Law Firm, P.C. |
|   | 22525 Pacific Coast Hwy. |
| 3 | Malibu, CA 90265 |
|   | Telephone: (213) 788-4050 |
| 4 | |
| 5 | TRACEY B. COWAN (SBN 250053) |
|   | tcowan@clarksonlawfirm.com |
|   | ZARRINA OZARI (SBN 334443) |
| 6 | zozari@clarksonlawfirm.com |
|   | Clarkson Law Firm, P.C. |
| 7 | 95 3rd Street, 2nd Floor |
|   | San Francisco, CA 94103 |
| 8 | Telephone: (213) 788-4050 |
| 9 | *Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | **Case No. 23-md-03084-CRB**<br><br>**NOTICE OF APPEARANCE OF ZARRINA OZARI** |
| This Document Relates to:<br><br>*L.E. v. Uber Technologies, et al*<br>*Case No. 23-cv-05567* | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Zarrina Ozari of Clarkson Law Firm, P.C., hereby enters an appearance of counsel for Plaintiff L.E. Case No. 23-cv-05567 and hereby requests that all notices be given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided and served upon:

ZARRINA OZARI (SBN 334443)
zozari@clarksonlawfirm.com
Clarkson Law Firm, P.C.
95 3rd Street, 2nd Floor
San Francisco, CA 94103
Telephone: (213) 788-4050

DATED: November 9, 2023

Respectfully submitted,

By: /s/ Zarrina Ozari
ZARRINA OZARI
zozari@clarksonlawfirm.com
Clarkson Law Firm, P.C.
95 3rd Street, 2nd Floor
San Francisco, CA 94103
Telephone: (213) 788-4050

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ *Zarrina Ozari*
         Zarrina Ozari