John Eddie Williams, Jr. (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Alejandro J. Salicrup (pro hac vice)
Batami Baskin (pro hac vice)
**WILLIAM HART & BOUNDAS, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email; jwilliams@whlaw.com
Email: babramson@whlaw.om
Email: mlecocke@whlaw.com
Email:  wcubberly@whlaw.com
Email: asalicrup@whlaw.com
Email: bbaskin@whlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | **Case No. 23-md-03084-CRB** <br><br> Judge: Honorable Charles R. Breyer |
| This Document Relates to: <br><br> *Jane Doe F-1 v. Uber Technologies, et al* <br> *Individual Case No. 23-cv-03945* | **NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**

PLEASE TAKE NOTICE that attorney ALEJANDRO J. SALICRUP of the law firm of Williams Hart & Boundas, LLP hereby withdraws as counsel for Plaintiff Jane Doe F-1 (Individual Case No. 2:23-cv-03945). Plaintiff is currently represented by one or more members of the firm who will continue to serve as counsel of record.

I request that I be removed from all notices given and all papers filed or served in the above-captioned matter for both the Uber MDL 3:23-md-03084-CRB and individual matter no. 3:23-cv-03945.

Dated: November 10, 2023                             Respectfully submitted,

**WILLIAMS HART & BOUNDAS, LLP**

By: /s/ Alejandro J. Salicrup
      Alejandro J. Salicrup

8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Email: asalicrup@whlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Alejandro J. Salicrup*
Alejandro J. Salicrup