RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
  ratkins@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**JOINT RESPONSE TO SUBMISSIONS CONCERNING APPOINTMENT OF A SPECIAL SETTLEMENT MASTER**<br><br>Judge:    Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

**JOINT RESPONSE TO SUBMISSIONS CONCERNING
APPOINTMENT OF A SPECIAL SETTLEMENT MASTER**

In accordance with the Court's Pretrial Order No. 1, dated October 6, 2023, the parties make the following joint submission regarding the suggestions previously filed by various parties concerning the appointment of a Special Settlement Master (Dkt. Nos. 56, 61, and 63).

While all of the candidates identified by the three submissions are qualified to mediate significant disputes, this case will require a Special Settlement Master with a unique background. Sexual assault cases are different in character than ordinary personal injury cases. Any Special Settlement Master should have experience resolving sexual assault cases and, in particular, experience evaluating and valuing complex personal injury cases of this nature and valuing ongoing trauma.

The parties have conferred, and currently agree to narrow the list of suggested candidates for Special Settlement Master to the following (listed alphabetically):

1. Hon. Gail Andler
2. Hon. Shelley Chapman

The parties welcome the Court's guidance on selecting the appropriate Special Settlement Master, including those who may not have been recommended by either party. But the parties believe this list, which consists of one candidate suggested by Plaintiffs and one candidate suggested by Defendants, is an appropriate list of qualified candidates to serve as the Special Settlement Master. The parties reserve all rights with respect to any proposed order of appointment.

///
///
///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: November 15, 2023 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 2 | | |
| 3 | | By: /s/ Randall S. Luskey |
| | | RANDALL S. LUSKEY (SBN 240915) |
| 4 | | 535 Mission Street, 24th Floor |
| | | San Francisco, CA 94105 |
| 5 | | Telephone: (628) 432-5100 |
| | | Email: rluskey@paulweiss.com |
| 6 | | ROBERT ATKINS (*pro hac vice*) |
| | | 1285 Avenue of the Americas |
| 7 | | New York, NY 10019 |
| | | Telephone: (202) 373-3000 |
| 8 | | Email: ratkins@paulweiss.com |
| 9 | | *Attorneys for Defendants* |
| | | UBER TECHNOLOGIES, INC., |
| 10 | | RASIER, LLC, and RASIER-CA, LLC |
| 11 | | |
| 12 | Dated: November 15, 2023 | **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP** |
| 13 | | |
| 14 | | By: /s/ Rachel B. Abrams |
| | | RACHEL B. ABRAMS (SBN 209316) |
| 15 | | 555 Montgomery Street, Suite 820 |
| | | San Francisco, CA 94111 |
| 16 | | Telephone: (415) 426-5641 |
| | | Facsimile: (415) 840-9435 |
| 17 | | Email: rabrams@peifferwolf.com |
| 18 | | *Attorneys for Plaintiffs, MDL Plaintiffs' Counsel* |
| 19 | | |
| 20 | | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 21 | | |
| 22 | | By: /s/ Sarah R. London |
| | | SARAH R. LONDON (SBN 267083) |
| 23 | | 275 Battery Street, 29th Floor |
| | | San Francisco, CA 94111 |
| 24 | | Telephone: (415) 956-1000 |
| | | Facsimile: (415) 956-1008 |
| 25 | | Email: slondon@lchb.com |
| 26 | | *Attorneys for Plaintiffs, MDL Plaintiffs' Counsel* |
| 27 | | |
| 28 | | |

**CHAFFIN LUHANA LLP**

By: /s/ Roopal P. Luhana
    ROOPAL P. LUHANA
    600 Third Avenue, 12th Floor
    New York, NY 10016
    Telephone: (888) 480-1123
    Facsimile: (888) 499-1123
    Email: luhana@chaffinluhana.com

*Attorneys for Plaintiffs, MDL Plaintiffs' Counsel*

**KHERKHER GARCIA, LLP**

By: /s/ Bret Stanley
    BRET STANLEY
    2925 Richmond Avenue, Suite 1560
    Houston, TX 77098
    Telephone: (713) 333-1030
    Email: bstanley@kherkhergarcia.com

*Attorneys for Plaintiffs, MDL Plaintiffs' Counsel*

**SLATER SCHULMAN, LLP**

By: /s/ Lauren A. Welling
    LAUREN A. WELLING
    8383 Wilshire Blvd. Suite 255
    Beverly Hills, CA 90211
    Telephone: (310) 341-2086
    Email: lwelling@sssfirm.com

*Attorneys for Plaintiffs, MDL Plaintiffs' Counsel*

**JUSTICE LAW COLLABORATIVE, LLC**

By: /s/ Paula Bliss
    PAULA BLISS
    KIMBERLY DOUGHERTY
    210 Washington Street
    North Easton, MA 02356
    Telephone: (508) 230-2700
    Email: paula@justicelc.com
    Email: kim@justicelc.com

*Attorneys for Plaintiffs, MDL Plaintiffs' Counsel*

1
2
3
4
5
6
7

        **CLARKSON LAW FIRM**

        By: */s/ Tracey Cowan*
            TRACEY COWAN
            22525 Pacific Coast Highway
            Malibu, CA 90265
            Telephone: (213) 788-4050
            Email: tcowan@clarksonlawfirm.com

*Attorneys for Plaintiffs, MDL Plaintiffs' Counsel*

8
9
10
11
12
13
14

**KBM LAW**

By: */s/ Karen Barth Menzies*
    KAREN BARTH MENZIES
    6701 Center Drive West, 1400
    Los Angeles, CA 90045
    Telephone: (310) 363-0030
    Email: kbm@kbmlaw.com

*Attorneys for Plaintiffs, MDL Plaintiffs' Counsel*

15
16
17
18
19
20
21

**MEYER WILSON**

By: */s/ Layne C. Hilton*
    LAYNE C. HILTON
    305 W. Nationwide Blvd.
    Columbus, OH 43215
    Telephone: (866) 827-6537
    Email: lhilton@meyerwilson.com

*Attorneys for Plaintiffs, MDL Plaintiffs' Counsel*

22
23
24
25
26
27
28

**WATTS GUERRA LP**

By: */s/ Meredith Stratigopoulos*
    MEREDITH STRATIGOPOULOS
    811 Barton Springs Road, #725
    Austin, TX 78704
    Telephone: (512) 479-0500
    Email: mdrukker@wattsguerra.com

*Attorneys for Plaintiffs, MDL Plaintiffs' Counsel*

**WALKUP, MELODIA, KELLY & SCHOENBERGER**

By: /s/ Sara Peters
    SARA PETERS
    650 California Street
    San Francisco, CA 94108
    Telephone: (415) 981-7210
    Email: speters@walkuplawoffice.com

*Attorneys for Plaintiffs, MDL Plaintiffs' Counsel*

**NIGH GOLDENBERG RASO & VAUGHN, PLLC**

By: /s/ Marlene Goldenberg
    MARLENE GOLDENBERG
    14 Ridge Square NW Third Floor
    Washington, D.C. 20016
    Telephone: (202) 978-2228
    Email: mgoldenberg@nighgoldenberg.com

*Attorneys for Plaintiffs, MDL Plaintiffs' Counsel*

**FIBICH LEEBRON COPELAND & BRIGGS**

By: /s/ Erin Copeland
    ERIN COPELAND
    1150 Bissonnet Street
    Houston, TX 77005
    Telephone: (713) 496-0549
    Email: ecopeland@fibichlaw.com

*Attorneys for Plaintiffs, MDL Plaintiffs' Counsel*

**LEVIN SIMES LLP**

By: /s/ William A. Levin
    WILLIAM A. LEVIN (SBN 98592)
    SAMIRA J. BOKAIE (SBN 332782)
    1700 Montgomery Street, Suite 250
    San Francisco, CA 94111
    Telephone: (415) 426-3000
    Facsimile: (415) 426-3001

*JCCP Co-Lead Counsel for Plaintiffs*

**WILLIAMS HART & BOUNDAS LLP**

By: */s/ John Eddie Williams*
    JOHN EDDIE WILLIAMS (*pro hac vice*)
    WALT CUBBERLY (SBN 325163)
    8441 Gulf Freeway, Suite 600
    Houston, Texas 77017
    Telephone: (703) 230-2200
    Facsimile: (713) 643-6226

*JCCP Co-Lead Counsel for Plaintiffs*

**ESTEY BOMBERGER**

By: */s/ Stephen J. Estey*
    STEPHEN J. ESTEY (SBN 163093)
    ANGELA J. NEHMENS (SBN 309433)
    2869 India Street
    San Diego, California 92103
    Telephone: (619) 295-0035
    Facsimile: (619) 295-0172

*JCCP Co-Lead Counsel for Plaintiffs*

**CUTTER LAW P.C.**

By: */s/ C. Brooks Cutter*
    C. BROOKS CUTTER (SBN 121407)
    CELINE E. CUTTER (SBN 312622)
    401 Watt Avenue
    Sacramento, CA 95864
    Tel: (916) 290-9400
    Fax: (916) 588-9330

*JCCP Liaison Counsel for Plaintiffs*

**WAHLBERG WOODRUFF NIMMO & SLOANE LLP**

By: */s/ Lee Nimmo*
    MICHAEL LEE NIMMO
    4601 DTC Boulevard, Suite 950
    Denver, CO 80237
    Telephone: (303) 835-9227
    Email: michael@denvertriallawyers.com

*Attorneys for Plaintiffs*

- 7 -

JOINT RESPONSE TO SPECIAL
SETTLEMENT MASTER SUBMISSIONS                                    Case No. 3:23-md-03084-CRB

**HOLLAND LAW FIRM**

By: /s/ Eric D. Holland
ERIC D. HOLLAND
211 North Broadway, Suite 2625
St. Louis, MO 63102
Telephone: (866) 471-3695
Email: eholland@hollandtriallawyers.com

*Attorneys for Plaintiffs*


**CHILDERS, SCHLUETER & SMITH, LLC**

By: /s/ Charles Andrew Childers
CHARLES ANDREW CHILDERS
1932 N Druid Hills Road, Ste. 100
Atlanta, GA 30319
Telephone: (404) 419-9500
Email: achilders@cssfirm.com

*Attorneys for Plaintiffs*


**BREBNER LAW FIRM PC**

By: /s/ Bartlet Brebner
BARTLET BREBNER
4647 N 32nd Street, Suite 285
Phoenix, AZ 85018
Telephone: (602) 230-9554
Email: bbrebner@brebnerlaw.com

*Attorneys for Plaintiffs*


**KENNEY & CONLEY, P.C.**

By: /s/ Benjamin T. Carroll
BENJAMIN T. CARROLL
100 Grandview Road, Suite 218
Braintree, MA 02184
Telephone: (781) 848-9891
Facsimile: (781) 843-4216
Email: benjamin@kenneyconley.com

*Attorneys for Plaintiffs*

**FILER'S ATTESTATION**

I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: November 15, 2023

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Randall S. Luskey*
 Randall S. Luskey