AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, Kate M. Fogarty, Clerk of this Court, certify that Marlene J. Goldenberg, Bar # 394943, was duly admitted to practice in this Court on 06/14/2013, and is in good standing as a member of the Bar of this Court.

Dated at St. Paul, Minnesota on 06/22/2023
   *(Location)*                                    *(Date)*

Kate M. Fogarty
*CLERK*

Kern O Adami
*DEPUTY CLERK*