AIMEE H. WAGSTAFF (SBN 278480)
awagstaff@wagstafflawfirm.com
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, Colorado 80203
Telephone:  (303) 376-6360
Facsimile:  (303) 376-6361

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**NOTICE OF APPEARANCE OF AIMEE H. WAGSTAFF**<br><br>Hon. Judge Charles R. Breyer |
| This Document Relates to:<br><br>Case No. 3:23-cv-05307-CRB<br>E.D. v. Uber Technologies, Inc., et al. | |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that AIMEE H. WAGSTAFF of Wagstaff Law Firm hereby enters an appearance as counsel for Plaintiff E.D. in Case No. 3:23-cv-05307-CRB, and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above captioned matter, be provided and served upon:

Aimee H. Wagstaff
WAGSTAFF LAW FIRM
940 N. Lincoln Street
Denver, CO 80203
Tel: 303-376-6360
Email: awagstaff@wagstafflawfirm.com

Dated: November 16, 2023   Respectfully submitted,

*/s/ Aimee H. Wagstaff*
Aimee H. Wagstaff (#278480)
WAGSTAFF LAW FIRM
940 N. Lincoln Street
Denver, CO 80203
Tel: 303-376-6360
Email: awagstaff@wagstafflawfirm.com

*Attorney for Plaintiff E.D.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of records.

*/s/ Aimee H. Wagstaff*