# EXHIBIT B



**Alyson Steele Beridon**
*Herzfeld, Suetholz, Gastel,
Leniski and Wall, PLLC*
600 Vine Street, Suite 2720
Cincinnati, Ohio 45202
(513) 381-2224
alyson@hsglawgroup.com

## Practice Areas

Complex Litigation including Class Action and Mass Torts, Data Breach, Civil Litigation, Consumer Fraud, and Labor & Employment

## Education

Salmon P. Chase College of Law at Northern Kentucky University (J.D. 2010)
University of Evansville (B.A. 1998)

## Admissions

Ohio, Kentucky, and Tennessee

U.S. District Courts for the Northern District of Ohio, Southern District of Ohio, Western District of Kentucky, Eastern District of Kentucky, Middle District of Tennessee, Western District of Tennessee, and Northern District of Illinois

U.S. Court of Appeals for the Sixth Circuit

## Appointments

*In re: East Palestine Train Derailment*, Case No. 4:23-CV-00242, Plaintiffs' Steering Committee

*In re: Tepezza Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 1:23-cv-03568, Plaintiffs' Executive Committee

## Professional Activities and Memberships

American Bar Association
Ohio Bar Association

1

Kentucky Bar Association
Tennessee Bar Association
Cincinnati Bar Association
American Association for Justice
Ohio Association for Justice
Potter Stewart Inn of Court
Society of Women Trial Lawyers

## Civic and Community Involvement

Southwest Ohio Regional Transit Authority, Vice Chair
2021 - Present

## Notable Cases

***Patient 1, et al. v. Vanderbilt Univ. Med. Ctr., et al.*, Case No. 23:-1025-I (Chancery Ct. for Davidson Cnty., Tenn.):** Tricia Herzfeld, Tony Orlandi, Alyson Steele Beridon, and Benjamin Gastel serve as counsel in class action alleging that defendant unlawfully disclosed PHI of patients at its transgender health clinic to state investigators.

***Slos v. Select Health Network, Inc.*, No. 71D05-2002-PL-000060 (St. Joseph Cnty. Super. Ct., Ind.):** Alyson Beridon served as counsel in data breach class action concerning a cyberattack. Case settled on a class basis including monetary relief, three years of credit monitoring and identity restoration services, and implementation of enhanced data security measures by the defendant.

***Staubus et al., v. Endo Pharmaceuticals, Inc., et al.*, C-41916 (Circuit Court for Sullivan County at Kingsport, Tennessee):** Attorneys served as counsel in a case involving claims on behalf of twenty seven cities and counties and one child born drug dependent in upper Northeast Tennessee against numerous prescription drug manufacturers and doctors under the Tennessee Drug Dealer Liability Act due to their participating in an illegal drug market for opioids. Two defendants, Purdue Pharma and Mallinckrodt, declared bankruptcy during the litigation. Plaintiffs reached a settlement with doctor defendants, and the remaining manufacturing defendants, Endo Pharmaceuticals, Inc., and Endo Health Solutions, Inc., settled the plaintiffs' claims on the eve of trial for $35 million, representing the largest per capita recovery against the Endo Defendants in any opioid-related litigation to that point.