# Lieff Cabraser Heimann & Bernstein

Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
t 415.956.1000
f 415.956.1008

November 17, 2023

Sarah R. London
Partner
slondon@lchb.com

**VIA ECF**

The Honorable Charles R. Breyer
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

RE:    *In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation*, MDL No.
3084 CRB

Your Honor:

I respectfully apply to serve as Co-Lead Counsel of the Plaintiffs' Steering Committee in this MDL. Managing this litigation, including addressing the public safety issues and urgent need for justice and closure for traumatized victims, will require robust leadership with demonstrated success in advancing complex litigation quickly and dedication to cooperation. I have nearly 15 years of experience prosecuting mass torts and other complex cases, including leading hundreds of lawyers and thousands of claimants across multiple jurisdictions to swift, successful resolution. I am honored to have the support of an experienced and diverse group of colleagues for my application.[1]

## Professional Experience in This Type of Litigation

My experience managing mass torts and complex litigation, combined with advocacy on behalf of women and trauma victims, makes me uniquely suited to lead here. I am an "all-around player," in that I have a strong background in building and managing effective teams to resolve complex legal and discovery issues, while also taking key depositions, handling significant experts, interfacing with the court on case management, and negotiating complex global settlements.

I currently serve as Liaison and Co-Lead Counsel in *In re Juul Labs, Inc., Mkt, Sales Prac. & Prods. Liab. Litig.*, No. 19-02913 (N.D. Cal.) (Judge Orrick). This matter involved more than 7,000 lawsuits on behalf of personal injury claimants, an economic injury class, government entities, school districts, and Native American tribes alleging that JLI and Altria's (formerly Philip Morris) conduct in marketing, design and distribution of the Juul e-cigarette contributed to a youth vaping epidemic that caused myriad public and individual harms.

I led a large team of law firms through intensive discovery, challenging legal briefing and arguments, multiple waves of pretrial preparation, bellwether trial, and ultimately, a historic resolution—all in record time. I also facilitated all communication and scheduling with both Judges Orrick and Corley. After less than two and a half years, I negotiated a global settlement with JLI and related Defendants for all four plaintiff groups, including a $255 million class settlement. Following the JLI settlements, I led our continued litigation against Altria, trying the first bellwether on behalf of San

---

[1] Exhibit A sets forth this support. My experience is also set forth in Exhibit B (Resume), and judges before whom I have appeared are listed in Exhibit C (Judges and Contact Information).

District Judge Charles R. Breyer
November 17, 2023
Page 2

Francisco Unified School District ("SFUSD") in April 2023. Immediately after SFUSD rested its case, we secured a second aggregate settlement with Altria totaling $235 million.

Before *Juul*, I litigated more than 3,000 tobacco cases in the Middle District of Florida. I managed all aspects of those cases, including motions, expert discovery, defeating due process and preemption challenges at the district, circuit, and certiorari stages, and trying thirteen jury trials to verdict, including two as lead trial counsel. I managed four trial teams involving three law firms, while simultaneously overseeing all aspects of pre-trial, post-trial, and settlement work over multiple waves of trials spanning two years. Our trial success and overall case management strategy led to an unprecedented $100 million settlement, the only group settlement to date of cigarette smokers' injury claims. I managed the settlement process, achieving 100 percent participation.

Additionally, I have served in leadership in several litigations, including on the executive committee in *Gilead Tenofovir Cases and Coordinated Actions*, JCCP No. 5043, where I am the Federal-State Liaison. I am also currently serving as Court-Appointed Settlement Class Counsel in the *In re Flint Water Cases*, No. 16-10444 (E.D. Mich.) litigation.

Throughout my career, I have litigated on behalf of women (as well as some men) who have suffered trauma and highly emotional and physical injuries. For example, I served as co-interim class counsel in the *In re Pacific Fertility Center Litigation*, No. 18-01586 (N.D. Cal.) (Judge Corley) and as Co-Liaison Counsel in a parallel state JCCP proceeding (JCCP No. 5021), advancing negligence and product liability claims on behalf of women and couples whose eggs and embryos were compromised when a fertility center storage freezer failed. These cases demanded urgency—every passing month, my clients' fertility options dwindled due to the unforgiving biological clock. Facing a nearly two-year stay on discovery in the JCCP after defendants appealed an order denying their motion to compel arbitration,[2] I coordinated with claimants in the federal court action to press ahead on common issues and discovery and ultimately facilitated global resolution in those cases, bringing closure and emotional relief to hundreds of families. In my formative years as a young associate, I worked on bellwether cases in the Yaz birth control injury litigation on behalf of young women, *Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*, MDL 2100, deposing fact witnesses and physicians and opposing motions. I also have successfully represented women who suffered serious and highly sensitive personal injuries—and related emotional and sexual trauma—due to complications from allegedly defective trans-vaginal surgical mesh.

Additional information regarding my experience and qualifications is contained in **Exhibit B**. I have provided a list of the names and contact information of judges before whom I have appeared in **Exhibit C**.

## Ability to Work Cooperatively With Others

My most valuable contribution to any coordinated litigation is my ability to work together with partnering and opposing counsel, utilizing a mix of communication, leadership, and social skills. In *Juul*, I managed ans effective, inclusive, and diverse team and coordinated across multiple jurisdictions. In particular, we worked together with independent leadership in a parallel JCCP, coordinating all aspects of discovery (core case management orders, depositions, document production, etc.) and pushing to global settlements. I am proud that many of my colleagues in *Juul* publicly tout that the litigation was the best-run and most enjoyable MDL in which they have ever participated. Additionally, then-Magistrate Judge Corley has remarked that *Juul* was a model MDL for its civility—a topic on which I recently presented at a national judge's conference with Juul's Liaison Counsel, Renee Smith.

In addition to my litigation work, I serve in a leadership role in several organizations, including co-chairing the Resource Board of the National Association of Women Judges. I was recently elected by

---

[2] Based on my clients' experiences, I lobbied in support of SB 263 to eliminate the automatic stay on discovery pending appeal of an order denying a motion to compel arbitration under the California Arbitration Act. Governor Newsom recently signed the bill and it is now in effect.

District Judge Charles R. Breyer
November 17, 2023
Page 3

my peers to serve as Financial Secretary and member of the Executive Committee for the Consumer Attorneys of California. Before law school, I was a Coro Fellow in Public Affairs, where I received intensive leadership training, and was a lobbyist for Planned Parenthood in Kansas, where I learned how to build coalitions, work across the aisle to find common ground, and resolve disputes respectfully.

Efforts to coordinate with other plaintiffs' counsel with diverse skills and backgrounds, many of whom support this application, are well underway, and will prepare us to efficiently prosecute this matter. I have given presentations to and led discussions with these lawyers on issues of import to the case, and in October 2023, my firm convened an all-hands meeting attended by over 25 plaintiffs' attorneys to update on the legal and factual issues driving the litigation and address issues of common strategy.

## Resources Available to Prosecute the Litigation in a Timely Manner

Lieff Cabraser Heimann and Bernstein ("LCHB") is a 126-plus lawyer AV-rated firm founded in 1972, headquartered in San Francisco with offices in New York and Nashville. As one of the nation's largest plaintiff-side firms, we can and will commit the human and financial resources necessary to prosecute this litigation. We have served as court-appointed counsel in hundreds of coordinated and complex litigations throughout the country. Recent examples in this District include *In re McKinsey & Co., Inc. National Prescription Opiate Consultant Litig.* (MDL 2996) and *In re Social Media Litigation* (MDL 3047). LCHB was also Co-Lead Trial Counsel in the Opioids MDL bellwether trial before this Court on behalf of the City of San Francisco. LCHB's main office is conveniently located near the Court. We have extensive facilities necessary to host depositions and conferences and to serve as litigation and trial team headquarters. Our team is also highly experienced in managing all administrative aspects of leading a modern MDL, including maintaining an updated case website, hosting virtual meetings, tracking filings, maintaining service lists, processing invoices, auditing timekeeping, and handling data.

## Present and Future Ability to Commit to Time-Consuming Litigation

I appreciate the time, energy, and resources necessary for effective leadership. With the *Juul* litigation largely resolved, I can confirm that I have sufficient time and capacity to lead this case. The experienced and diverse LCHB team anticipated to work on this matter also includes partners Elizabeth J. Cabraser and Andrew R. Kaufman, along with associates Caitlin Woods (Nelson) and Annie Wanless.

LCHB represents dozens of women who have suffered from sexual misconduct caused by Uber, including in 2 cases filed to date.[3] Not only am I an advocate, I am also a survivor of sexual assault. My personal experience shapes my perspective and fuels my drive to obtain justice. I look forward to the opportunity to use my skills, experience and resources to quickly and effectively drive resolution for victims and implement reforms that will make the industry safer for future passengers.

Respectfully,

Sarah R. London

2870143.2

---

[3] *M.FA. v. Uber Techs. Inc.*, No. 3:23-cv-05560; *M.S. v. Uber Techs., Inc.*, No. 3:23-cv-05915

# EXHIBIT A

# [Proposed] Plaintiffs' Leadership Group ("PLG")

## Co-Leads:

**Rachel Abrams**
Peiffer Wolf Carr Kane Conway & Wise
rabrams@peifferwolf.com

**Sarah London**
Lieff Cabraser Heimann & Bernstein
slondon@lchb.com

**Roopal Luhana**
Chaffin Luhana LLP
Luhana@chaffinluhana.com

## Plaintiffs' Executive Committee

**Marlene Goldenberg**
Nigh Goldenberg Raso & Vaughn
mgoldenberg@nighgoldenberg.com

**Ellyn Hurd**
Simmons Hanly Conroy
ehurd@simmonsfirm.com

**Sara Peters**
Walkup, Melodia, Kelly & Schoenberger
speters@walkuplawoffice.com

**Bret Stanley**
Pulaski Kherkher
bstanley@pulaskilawfirm.com

## Plaintiffs' Steering Committee

**Alyson Steele Beridon**
HSGLaW
alyson@hsglawgroup.com

**Andrea Hirsch**
Cohen Hirsch
andrea@cohenhirsch.com

**Michael Carney**
Slater Slater & Schulman
mcarney@sssfirm.com

**Sommer Luther**
Wagstaff Law
sluther@wagstafflawfirm.com

**Erin Copeland**
Fibich Law
ecopeland@fibichlaw.com

**Karen Barth Menzies**
KBM Law
kbm@kbmlaw.com

**Tracey Cowan**
Clarkson Law Firm
tcowan@clarksonlawfirm.com

**Meredith Stratigopoulos**
Watts Guerra
mdrukker@wattsguerra.com

**Adam Gomez**
Grant Eisenhofer
agomez@gelaw.com

**Alexandra Walsh**
Walsh Law
awalsh@alexwalshlaw.com

**Layne Hilton**
Meyer Wilson
lhilton@meyerwilson.com

## Plaintiffs' Liaison Counsel

**Khaldoun Baghdadi**
Walkup, Melodia, Kelly & Schoenberger
kbaghdadi@WalkupLawOffice.com

## Coordination with JCCP Counsel

The PLG has had ongoing discussions with members of the JCCP Leadership to coordinate proposed MDL leadership but has not reached an agreement. To facilitate coordination with the MDL and the JCCP, the PLG proposes that the following counsel be added to the Proposed Leadership Group.

**Brian Abramson as a member of the Plaintiffs' Steering Committee**
Williams Hart Boundas

**Celine Cutter (JCCP) as Plaintiffs' Liaison Counsel**
Cutter Law Group

**EXHIBIT B**

**SARAH R. LONDON**
**Lieff Cabraser Heimann & Bernstein, LLP**
*Complete curriculum vitae and profiles available at lieffcabraser.com*

| | |
|---|---|
| **EDUCATION:** | **University of California, Berkeley, School of Law (Berkeley Law), Berkeley, California, J.D. – 2009**<br>**Honors: Order of the Coif** |
| | **Northwestern University, Evanston, Illinois**<br>**B.A. (Cum Laude) – 2002** |
| **MDL EXPERIENCE:** | Ms. London has fifteen years of experience representing plaintiffs in aggregate litigation. She has served in court-appointed roles in MDLs, JCCPs, and class actions: Co-Lead and Liaison Counsel in *In re Juul Labs, Inc., Mkt, Sales Prac. & Prods. Liab. Litig.*, No. 19-02913 (N.D. Cal.) (Orrick, J.); Federal-State Liaison & Plaintiffs' Executive Committee, *Gilead Tenofovir Cases and Coordinated Actions*, JCCP No. 5043; Settlement Sub-Class Counsel, *In re Flint Water Cases*, No. 16-10444 (E.D. Mich.); Co-Interim Class Counsel, *In re Pacific Fertility Center Litigation*, No. 18-01586 (N.D. Cal.); Co-Liaison Counsel, *Pacific Fertility Cases*, JCCP No. 5021. |
| **PERSONAL PROFILE**: | Sarah London is a determined, skilled, and experienced advocate for the injured, employees, and consumers. Named as a 2023 Daily Journal Top Plaintiffs' Lawyer and Super Lawyer every year since 2019, Sarah had previously been named a Super Lawyers Rising Star from 2012 through 2019. She was 2015 finalist for the Consumer Attorneys of California Streetfighter of the Year Award, and has held multiple leadership positions in the Consumer Attorneys of California, including her current position as Parliamentarian on the Executive Committee. In September 2019, Sarah was appointed Chair of the Resource Board of the National Association of Women Judges. |
| | Sarah is an accomplished trial lawyer, having served (often in a lead role) on sixteen trial teams. Sarah's victories include a $41.1 million plaintiff's verdict. She regularly speaks on the topics of MDL leadership, pre-trial and trial skills, and litigating sexual assault cases. |
| **FIRM PROFILE:** | Lieff Cabraser has participated in many of the most important class and cases in the U.S., helping recover over $129 billion in verdicts and settlements for our clients nationwide. Our service as court-appointed |

counsel in MDLs and class actions includes 92 cases with verdicts or settlements valued at $100 million or more, with 28 cases in excess of $1 billion, including: $42 billion in Tobacco settlements (Lieff Cabraser represented several states' Attorneys General and 18 California cities and counties); over $14 billion paid in settlements of the Volkswagen "Clean Diesel" emissions fraud; over $11 billion paid in the BP Deepwater Horizon class settlement; $6.25 billion reparations to Holocaust victims in the Swiss Banks, Austrian, and German Holocaust Cases; $4.75 billion in Diet Drugs litigation (with over $350 million for individual clients); and over $5 billion in the Silicone Gel Breast Implants class action settlements and Dow Corning bankruptcy proceedings. In January of 2021, The American Lawyer named Lieff Cabraser its "Boutique/Specialty Litigation Firm of the Year." Six partners were named to Lawdragon's "500 Leading Lawyers" for 2021, with two partners named to the publication's "Hall of Fame." Best Lawyers' 2021 rankings include thirty individual "Best Lawyer" lawyer listings as well as thirteen tier-one placements (including national mass tort/class actions) and three California "Lawyer of the Year" rankings for antitrust, product liability, and mass tort class actions. In August of 2023, Law360 named our firm a "California Powerhouse," one of only six firms in the state that "scored billion-dollar settlements in large class actions, won victories against drug companies that contributed to the opioid epidemic, and managed significant deals even as the state's legal market shifted and attorneys returned to the office." For the last two consecutive years, U.S. News and Best Lawyers have ranked our firm in their National Tier 1 for Class Actions and Mass Tort Litigation. In 2022, the New York Law Journal named us its "Class Action Litigation Department" of the year. In April of 2021, Benchmark Litigation named Lieff Cabraser its "California Plaintiff Firm of the Year" for the third year in a row. In December 2019, *The American Lawyer* included Lieff Cabraser as the only all-plaintiff-side firm in its "Top 50 Litigation Departments in the U.S. In 2019, Law360 named Lieff Cabraser "Class Action Firm of the Year," and Public Justice awarded Lieff Cabraser its "Trial Lawyer of the Year" award.

# EXHIBIT C

## Sarah R. London

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor | San Francisco, CA  94111
Tel.: (415) 956-1000 | Fax: (415) 956-1008
slondon@lchb.com | www.lchb.com

## LIST OF NAMES AND CONTACT INFORMATION OF JUDGES

**Judge William H. Orrick**
U.S. District Judge, N.D. California
*In re Juul Labs, Inc., Mkt, Sales Prac. & Prods. Liab. Litig.*, No. 3:19-md-02913
San Francisco Courthouse, Courtroom 2
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 522-2077

**Judge Jacqueline Scott Corley**
U.S. District Judge, N.D. California
*In re Pacific Fertility Center Litigation*, Case No. 3:18-cv-01586
San Francisco Courthouse, Courtroom 8
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 522-2015

**Judge Judith E. Levy**
U.S. District Judge, E.D. Michigan
*In re Flint Water Cases*, No. 5:16-cv-10444
Federal Building
200 E. Liberty Street, Suite 300
Ann Arbor, MI 48104
(734) 887-4700

**Judge Teri L. Jackson**
Judge, Superior Court of California, County of San Francisco
*Pacific Fertility Cases*, Case No. CJC-19-005021, JCCP No. 5021
Superior Court of California, Department 206
400 McAllister Street
San Francisco, CA 94102
(415) 551-3840

**Judge Andrew Y.S. Cheng**
Judge, Superior Court of California, County of San Francisco
*Gilead Tenofovir Cases and Coordinated Actions*, JCCP No. 5043

2892075.2

Superior Court of California, Department 613
400 McAllister St.
San Francisco, CA 94102
(415) 551-3840

**Judge William G. Young**
U.S. District Judge, D. Massachusetts
*In re Engle Cases*, No. 3:09-cv-10000 (M.D. Fla.)
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210
(617) 748-9156

**Judge Anthony Porcelli**
U.S. Magistrate Judge, M.D. Florida
*In re Engle Cases*, No. 09-10000 (M.D. Fla.) (settlement proceedings)
Federal Building, Courtroom 10A
2110 First Street
Fort Myers, Florida 33901
(813) 301-5540

**Judge Timothy J. Corrigan**
U.S. District Judge, M.D. Florida
*In re Engle Cases*, No. 3:09-cv-10000 (M.D. Fla.)
Bryan Simpson United States Courthouse, Courtroom 10D
300 North Hogan Street
Jacksonville, FL 32202
(904) 549-1300

**Judge Ralph R. Erickson**
U.S. Court of Appeals Judge, 8th Circuit
*Kerrivan v. R.J. Reynolds Tobacco Co.*, No. 3:09-cv-13703 (M.D. Fla.)
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO. 63102
(701) 297-7080

**Judge Robert C. Jones**
Senior U.S. District Judge, D. Nevada
*Burkhart v. R.J. Reynolds Tobacco Co.*, No. 3:09-cv-10727 (M.D. Fla.)
Lloyd D George Courthouse
333 Las Vegas Blvd South
Las Vegas, NV 89101
(702) 464-5400

**Judge M. Casey Rodgers**
U.S. District Judge, N.D. Florida
*Reider v. R.J. Reynolds Tobacco Co.*, No. 3:09-cv-10465 (M.D. Fla.)

Winston E. Arnow Federal Building
100 N. Palafox St.
Pensacola, FL 32502
(850) 435-8448

**Judge Edmund A. Sargus, Jr.**
U.S. District Judge, S.D. Ohio
*Harris v. R.J. Reynolds Tobacco Co.*, Case No. 3:09-cv-13482 (M.D. Fla.)
Joseph P. Kinneary U.S. Courthouse, Room 301
85 Marconi Boulevard
Columbus, OH 43215
(614) 719-3240

**Judge K. Michael Moore**
U.S. District Judge, S.D. Florida
*Searcy v. R.J. Reynolds Tobacco Co.*, Case No. 3:09-cv-13723 (M.D. Fla.)
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue - Room 13-1
Miami, FL 33128
(305) 523-5160

**Judge Roger T. Benitez**
U.S. District Judge, S.D. California
*Gray v. R.J. Reynolds Tobacco Co.*, Case No. 3:09-cv-13603 (M.D. Fla.)
Edward J. Schwartz United States Courthouse
221 West Broadway, Courtroom 5A
San Diego, CA 92101
(619) 446-3589

## <u>SPECIAL MASTERS</u>

**Thomas Perrelli**
Partner and Chair of Jenner & Block
Settlement Special Master
*In re Juul Labs, Inc., Mkt, Sales Prac. & Prods. Liab. Litig.*, No. 3:19-md-02913
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900, Washington, DC 20001-4412
(202) 639-6004
Email: TPerrelli@jenner.com

**Judge Gail Andler (Ret.)**
Arbitrator/Mediator/Special Master
*In re Juul Labs, Inc., Mkt, Sales Prac. & Prods. Liab. Litig.*, No. 3:19-md-02913-WHO
*In re Pacific Fertility Center Litigation*, Case No. 3:18-cv-01586-JSC
JAMS
(714) 937-8258 (Administrative Practice Manager – Matthew Levington)
Email: gandler@jamsadr.com

**Deborah Greenspan**
Partner Mass Torts and Complex Disputes at Blank Rome
Special Master
*In re Flint Water Cases*, No. 5:16-cv-10444 (E.D. Mich.)
Blank Rome LLP
1825 Eye Street NW
Washington, DC 20006
(202) 420-3100
Email: deborah.greenspan@blankrome.com