# Exhibit A

# ROOPAL P. LUHANA

Roopal P. Luhana is a Founding Partner of Chaffin Luhana LLP. Ms. Luhana's parents migrated their family from India to the United States when Ms. Luhana was five to give their children a better life. They instilled a strong sense of compassion, work ethic, and drive in her from an early age. Those values shape Ms. Luhana's practice of law every day. Since joining the private sector, Ms. Luhana has focused on representing injured victims in mass tort, product liability, and catastrophic personal injury litigation. In 2010, Ms. Luhana co-founded her firm as a national plaintiffs-only law firm with Partner Eric Chaffin.

Ms. Luhana manages the firm's mass torts division. Over the course of her career, she has served on committees in MDLs involving over-the-counter consumer products and defective pharmaceuticals and medical devices.

Most recently, Ms. Luhana was appointed to leadership in the *In Re: Camp LeJeune Water Litigation* (E.D.N.C.) as part of the Plaintiffs' Steering Committee. She is currently serving on the Science and Experts Subcommittee that lies at the core of the litigation and is responsible for working with Plaintiffs' experts.

Ms. Luhana was also appointed by U.S. District Judge Nancy Rosenstengel in the *In re: Paraquat Products Liability Litigation* (S.D.Ill.) to the Plaintiffs' Executive Committee (PEC).

In 2020, Ms. Luhana was appointed by U.S. District Judge Robin L. Rosenberg to the Plaintiffs' Executive Committee (PEC) in the *In re: Zantac (Ranitidine) Products Liability Litigation* (S.D.FL.). Ms. Luhana was also one of six Chairs named in the Zantac MDL (ESI/Document Production Committee) and was one of 13 women named to leadership in the litigation.

In addition, Ms. Luhana previously served as one of only two court-appointed women on the Plaintiffs' Steering Committee in the *In Re: Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation* (S.D.Ill.). Ms. Luhana further worked closely with the firm's female clients and co-counsel on transvaginal mesh injury cases, including those that involved the Bard Avaulta Mesh, Mentor Sling, and the Gynecare Prolift.

Further, Ms. Luhana served on the Plaintiffs' Executive Committee in *In re: Sorin 3T Heater-Cooler System Prods. Liab. Litig.* (No. II), MDL No. 2816, which was largely resolved (in record time). She was also extensively involved in the denture cream litigation in federal and state courts and served as the Chair of the Law & Briefing Committee in the federal Denture Cream MDL.



### EDUCATION

**Seton Hall University School of Law**
*J.D., 2001, Merit Scholar*
**Rutgers University, New Brunswick**
*B.A., 1998*

### BAR ADMISSIONS

- State of New Jersey
- State of New York
- Commonwealth of Pennsylvania
- United States District Court, District of New Jersey
- United States District Court, Eastern District of New York
- United States District Court, Northern District of New York
- United States District Court, Southern District of New York

### PROFESSIONAL AFFILIATIONS

- American Association for Justice
- National Trial Lawyers
- Trustee, Chaffin Luhana Foundation
- Advisory Board, TAARA
- Member, Women En Mass
- Member, Injury Board

# ROOPAL P. LUHANA

Ms. Luhana also has litigated a number of significant nationwide class actions. For example, she served as class counsel in the *In Re: IPO Securities Litigation*, which recently settled for $586 million, and was also class counsel in the ETS nationwide litigation, which resulted in an $11.1 million settlement for teaching candidates who were inaccurately scored on PPLT tests. Additionally, she served as class counsel in a national consumer fraud action against IBM, resulting in a $35 million settlement for purchasers of defective IBM hard drives.

Over the course of her career, Ms. Luhana has been recognized by numerous courts for her commitment to women's causes. She was a featured panelist at the 2017 Duke Law Conference to discuss, "Increasing the Number of Women and Minority Lawyers Appointed to Leadership Positions in Class Actions and MDLs" and has been involved in drafting Multi-District Litigation (MDL) Best Practices for federal judges.

Ms. Luhana resides with her family in Brooklyn, New York. When she is not working on cases or with her clients, Ms. Luhana enjoys spending time with her husband and two daughters and giving back to her community.

## SELECT SUCCESSES

- Plaintiffs' Steering Committee Member, *In Re: Camp LeJeune Water Litigation* (E.D.N.C.)
- Plaintiffs' Executive Committee Member, *In re: Paraquat Products Liability Litigation* (S.D.FL.)
- Plaintiffs' Executive Committee Member, *In re: Zantac/Ranitidine Products Liability Litigation* (S.D.Ill.)
- Plaintiffs' Executive Committee Member in *In re: Sorin 3T Heater-Cooler System Prods. Liab. Litig.* (No. II), MDL No. 2816, MDL
- Plaintiffs' Steering Committee Member in *In Re: Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*, which resulted in over $2 billion in settlements for thousands of women
- Plaintiffs' Counsel in *In Re: Denture Cream Litigation*, which resulted in hundreds of millions of dollars in recoveries for individual plaintiffs
- $9 million individual single product liability settlement against a product manufacturer
- $2.9 million individual single product liability settlement against a hip implant manufacturer
- $1.75 million individual single product liability settlement against a birth control manufacturer

## HONORS/DISTINCTIONS

- Super Lawyer, New York, 2013-2023
- Super Lawyer Rising Star, New York, 2011 & 2012

## FIRM PROFILE

Chaffin Luhana LLP is a plaintiffs-only law firm with a national trial practice focused on representing injured victims in complex cases.

With over 200 years of experience and over $1 billion recovered by our attorneys, our hard-working team includes former federal and state prosecutors, former state and federal judicial law clerks, former large defense firm attorneys, court-appointed leaders in the national plaintiffs' bar and an on-staff social worker.

We have extensive experience that is nationally recognized, and we have achieved extraordinary results for our clients in the area of pharmaceutical and medical device litigation, product liability litigation and significant personal injury litigation in state and federal courts across the country.

Our overarching value is "*Doing Good by Doing Right.*™ Every Day. In Everything We Do." Through the Chaffin Luhana Foundation, which is funded with a portion of the profits from the firm, we carry out this mission in the communities where we practice. Through the Foundation, we have donated to dozens of charities, advanced scientific research of toxic exposure to zinc, worked to combat distracted driving, and provided scholarships to college to many high school students.