**EXHIBIT B**
**Judicial Contact Information**

| | |
|---|---|
| Judge Cynthia M. Rufe<br>United States District Court<br>Eastern District of Pennsylvania<br>James A. Byrne U.S. Courthouse<br>601 Market Street, Courtroom 12A<br>Philadelphia, PA 19106<br>Telephone: (267) 299-7490 | *In Re Avandia: Marketing, Sales Practices and Products Liability Litigation,* MDL 1871 |
| Judge Joseph R. Goodwin<br>United States District Court<br>Southern District of West Virginia<br>7009 Robert C. Byrd United States Courthouse<br>300 Virginia Street East<br>Charleston, WB 25301<br>Telephone: (304) 347-3192 | *American Medical Systems, Inc. Pelvic Repair Systems Products Liability Litigation* (MDL-02325), *Boston Scientific Corp., Pelvic Repair Systems Product Liability Litigation* (MDL-02326), *C.R. Bard, Inc., Pelvic Repair System Products Liability Litigation* ((MDL-02187), *Coloplast Corp. Pelvic Support Systems Product Liability Litigation* (MDL-02387) and *Ethicon Inc., Pelvic Repair Systems Products Liability Litigation* (MDL-02327) |
| Judge Cathy Seibel<br>United States District Court<br>Southern District of New York<br>The Hon. Charles L. Brieant Jr.<br>300 Quarropas Street, Courtroom 621<br>White Plains, NY 10601<br>Telephone: (914) 390-4271 | *In Re: Mirena IUD Products Liability Litigation* (MDL-2434) |
| Judge Frank Donovan<br>United States District Court<br>District of Minnesota<br>316 N. Robert Street<br>St. Paul, MN 55101<br>Telephone: (651) 848-1290 | *In Re: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation* (MDL-2441) |
| Judge Mathew Kennelly<br>United States District Court<br>Northern District of Illinois<br>316 N. Robert Street<br>St. Paul, MN 55101<br>Telephone: (651) 848-1290 | *In Re: Testosterone Replacement Therapy Products Liability Litigation* (MDL-2545) |

| | |
|---|---|
| Chief Judge Richard Seeborg<br>United States District Court<br>Northern District of California<br>Phillip Burton Federal Building<br>& United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Telephone: (415) 522-2123 | *In Re: Viagra (Sildenafil Citrate) Product Liability Litigation* (MDL- 2691) |
| Senior Judge William H. Orrick<br>United States District Court, NDCA<br>Phillip Burton Federal Building<br>& United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Telephone: (415) 522-2077 | *In Re: Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation* (MDL-02913) |