**Exhibit C**
**List of Filed MDL Uber Cases**

1. *Katherine Hylin v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-01630-CRB

2. *Taylor Gavin v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-02111-CRB

3. *Cynthia Crawford v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-02290-CRB

4. *E.R. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-02051-CRB

5. *A.G. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-02071-CRB

6. *A.M. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-03406-CRB

7. *A.H.M. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-03482-CRB

8. *H.B. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-03488-CRB

9. *D.P. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-03846-CRB

10. *Ashley Jones v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-03851-CRB

11. *S.D. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-03852-CRB

12. *H.D. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-04617-CRB

13. *K.O. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-04643-CRB

14. *Melanie Halstenberg v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-04705-CRB

15. *B.R. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-04706-CRB

16. *J.C. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-04723-CRB

17. *Heather Worzalla v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-04731-CRB

18. *E.E. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-04745-CRB

19. *Joshua Cormier v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-04745-CRB

20. *Marktez Govan v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05449-CRB

21. *R.H. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05503-CRB

22. *Marquita Harris v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05526-CRB

23. *A.K. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05528-CRB

24. *M.C.H. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05547-CRB

25. *P.S. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05551-CRB

26. *M.P. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05611-CRB

27. *Mildred Hunter v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05622-CRB

28. *T.R. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05625-CRB

29. *C.S. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05115-CRB

30. *Jillian Sullivan v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05418-CRB

31. *Elunda Murphy v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05224-CRB

32. *N.R. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05104-CRB

33. *S.W. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05111-CRB

34. *Aundreya Rollo v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05101-CRB

35. *L.W. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05649-CRB

36. *X.Y. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05679-CRB

37. *Marcy Geraghty v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05685-CRB

38. *C.W. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05795-CRB

39. *H.K. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05812-CRB

40. *A.M. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05807-CRB

41. *L.M. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05928-CRB

42. *J.R.M. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05840-CRB

43. *F.W. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05898-CRB

44. *H.K. v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05931- CRB

45. *Brianna Craig v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05932-CRB

46. *Keisha Grier v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05960-CRB