# **Exhibit B**

**Alexandra M. Walsh**

14 Ridge Square NW Suite 300 // Washington, DC 20016
awalsh@alexwalshlaw.com // 202.288.2507

**Law Firm Affiliations**

- Walsh Law PLLC.  Founding Partner.  January 2021 to present.
- Wilkinson Walsh LLC.  Founding Partner.  2016 to 2020.
- Paul, Weiss, Rifkind, Wharton & Garrison.  Litigation Partner.  2013 to 2016.
- Baker Botts.  Litigation Partner, 2010 to 2013.  Associate, 2004 to 2009.

**MDL and Complex Litigation Matters**

- *In re*: *Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*
    - Plaintiffs' Steering Committee Leadership
    - Hon. Yvonne Gonzalez Rogers. (510) 637-3540
- *In re: Johnson & Johnson Aerosol Sunscreen Marketing, Sales Practices and Products Liability Litigation,* 0:12-md-03015, S.D. Fla.
    - Liaison Class Counsel
    - Hon. Raag Singhal. (954) 769-5430
- *In re: 3M Combat Arms Earplug Products Liability Litigation,* 3:19-md-02885, N.D. Fla. *Carlos Montero v. 3M Company* 7:20-cv-00067, N.D. Fla. (bellwether).
    - MDL Presiding Judge: Hon. M. Casey Rodgers. (850) 435-8448
    - Bellwether Presiding Judge: Hon. K. Michael Moore. (305) 523-5160
- *Essure Product Cases*, JCCP004887, Cal. Super. Ct.
    - Lead trial counsel in personal injury action re Essure, permanent birth control. Resolved prior to trial.
    - Hon. Winifred Y. Smith (ret. 2021). Current Business Phone: (415) 772-0900
- *Farar v. Bayer AG, et al.* 3:14-cv-04601, N.D. Cal.
    - Lead trial counsel in consumer fraud class action involving One A Day Multivitamins.
    - Hon. William H. Orrick. (415) 522-2077
- *Cooney v. Janssen*, Case No. 160602012, Phila Ct. Common Pleas.
    - Lead trial counsel in bellwether for state court coordinated proceeding re Xarelto.
    - Hon. Teresa Sarmina (ret. 2019)
- *Galinis v. Bayer Corporation,* 09-CV-04980, N.D. Cal.
    - Lead trial counsel in personal injury action re Yaz/Yasmin. Resolved prior to trial.
    - Hon. Susan Illston. (415) 522-202a

8

- *Pesante v. Pfizer, Inc.* 122-CCO-2441-01, Mo. Cir. St. Louis, MO.
  *Robinson v. Wolters Kluwer Health Inc., et al.* Case No. 10700778, Phila Ct. Common Pleas.
    - Lead trial counsel in bellwethers for state court coordinated proceedings re Zoloft.
    - Missouri trial: Hon. Margaret Neill (ret. 2016)
    - Pennsylvania trial: Hon. Mark Bernstein (ret. 2016)

**Other Notable Representations**

- Trial counsel for Georgia-Pacific in a multi-billion-dollar federal class action alleging Sherman Act violations.
- Trial counsel for the NCAA in federal class action alleging rules limiting athletics-based financial aid and benefits violate the Sherman Act.
- Trial counsel for Liberty Media in action alleging securities fraud and breach of contract by French media conglomerate Vivendi SA.
- Member of trial team defending Scooter Libby, former Chief of Staff to Vice President Cheney, in criminal prosecution for alleged obstruction and false statements.

**Clerkships**

- Honorable Stephen G. Breyer, U.S. Supreme Court (October Term, 2003).
- Honorable Merrick B. Garland, Us. Court of Appeals for the D.C. Circuit (2001 Term).

**Education**

- Stanford University, J.D. 2001, with distinction. Order of the Coif.
  Managing Board, Law Review. Winner, Best Oralist, Kirkland Moot Court Competition.
- Bowdoin College, B.A. 1995. Summa Cum Laude. Phi Beta Kappa. Top Philosophy Prize.

**Community Involvement**

- Board Member, Washington, D.C. Legal Aid Society (providing legal services to lower-income D.C. residents).
- Board Member, LIFT-DC (providing financial and employment coaching to empower lower-income families to break the cycle of poverty).

**Recognition**

- American College of Trial Lawyers, inducted 2020.
- Chambers, Commercial Litigation Band 1, District of Columbia, 2020.
- *Law 360* Trial MVP, 2019; *Litigation Daily*, Litigator of the Week, September 2018.; *National Law Journal*, Elite Boutique Trailblazer, 2017; *Washingtonian* Top 40 Lawyers Under 40, 2008