# MeyerWilson

The Martindale-Hubbell AV-rated law firm of Meyer Wilson Co., LPA, is devoted to prosecuting consumer and securities class actions, representing patients harmed by dangerous drugs and medical devices, and representing investors with claims against the securities industry. The firm, and its 7 attorneys, prosecutes individual cases and class actions nationwide on behalf of individuals in arbitration and in court. Since its inception, Meyer Wilson has achieved jury verdicts, arbitration awards, and settlements with a combined value of hundreds of millions of dollars on behalf of its clients.

Meyer Wilson has prosecuted numerous nationwide class actions as court-appointed Lead and Co-Lead Class Counsel in federal and state courts throughout the country, including one class action that resulted in what is believed to be the largest jury verdict in Ohio's history at that time and was also reported to be the country's largest securities class action jury verdict in history. In that case, the firm's founding principal David Meyer was appointed Co-Lead Class Counsel action against Prudential Securities. The firm represented more than 250 investors from Marion, Ohio. The jury trial lasted several weeks and the jury returned a Plaintiffs' verdict in excess of $261 million. The case was *Burns, et al. v. Prudential Securities, Inc.*, Case No. 99CV0438, in the Court of Common Pleas of Marion County, Ohio. The case was pending for more than seven years. Following an appeal, Class Members received in excess of 100% recovery of their actual losses, even after payment of attorneys' fees and expenses.

Meyer Wilson has been appointed class counsel in numerous class actions that have resulted in significant recoveries. Successes in class actions matters in which Meyer Wilson served as Lead or Co-Lead counsel include:

- *Avetisyan v. United Health Centers of the San Joaquin Valley*, Case No. 22ECG00285 (Fresno County Superior Court) (Class counsel in a data breach suit alleging failure to protect sensitive medical information of patients from release. Final approval of a $1.65 million settlement granted in March 2023).

- *Myers v. Marietta Memorial Hospital et al.*, Case No. 2:15-cv-2956-ALM-CMV (S.D. Ohio) (Co-Lead Class Counsel in a case alleging wage-and-hour violations on behalf of nurses and other direct patient care workers. Final Approval of a $2.5 million settlement granted September 2022).

- *Brown & Szaller Co., LPA v. Waste Mgmt. of Ohio*, No. CV-16-859588 (Ohio C.P. Cuyahoga Cnty.) (Class counsel on behalf of business customers of Waste Management in Ohio, alleging overcharges. Class settlement of $30.5 million was approved August 2020).

Meyer Wilson currently serves as Class Counsel in numerous pending class actions throughout the country, including the following sample:

- *Beckman v. Robinhood Fin., LLC et al.*, No. 3:20-cv-01626 (N.D. Cal.) (Class Counsel in nationwide class action alleging online trading platform violated its duties to customers in allowing system to be shut down.  Final approval of class settlement pending).

- *Kinnie Ma IRA et al. v. Ascendent Capital, LLC et al.,* No. 19-cv-1050 (W.D.Tex.) (Class Counsel in a nationwide class action alleging fraud and securities violations in connection with the GPB investment products).

**LAYNE HILTON** is an attorney with the firm, and the lead counsel of the products liability and mass tort practice. She is based in Meyer Wilson's New Orleans office.  Layne graduated from Emory University School of Law and earned a Bachelor of Arts degree in English Literature from Mount Holyoke College.

Layne has currently been appointed to the Plaintiffs' Steering Committee for the *In re Valsartan, Losartan and Irbesartan Products Liability Litigation*, Case No. 1:19-md-0275 (D.N.J).  Layne has also been appointed Settlement Class Counsel in *HomeTrust Mortgage Co.*, Case No. 1:22-cv-01355 (W.D. Texas).

Prior to arriving at Meyer Wilson, Layne worked at a boutique law firm in New Orleans, representing insurance companies, managed care organizations and consumers in suits against pharmaceutical manufacturers alleging a variety of violations, including antitrust violations, conspiracy, and fraud violations of the Racketeering Influence and Corrupt Organizations ("RICO")

Layne  has been involved in the following litigations *Barba v. Shire U.S., Inc, et al*, Case No. 13-21158 (S.D. Fl) (antitrust pay-for-delay class action which resulted in a $14.75 million cash settlement on behalf of purchasers of Adderall XR); *In re Intuniv Antitrust Litigation*, Case No. 1:16-cv-12396 (D. Mass) (consumer antitrust suit against the manufacturers of Intuniv who resulted in a $3 million settlement for consumer purchasers of the drug; *Medical Mutual of Ohio v. Purdue Pharma L.P, et al.*, Case No. 1:18-cv-00716 (N.D. Ohio) (suit brought against more than 30 pharmaceutical manufacturers, distributors, and retailers for claims related to the marketing of opioid drugs*); Yuan v. HomeTrust Mortgage Co.*, Case No. 1:22-cv-01355 (W.D. Texas) ($700,000 settlement fund negotiated prior to the filing of any motions to dismiss, with a final settlement approval occurring on November 17, 2023).

Layne is a member of the Louisiana Bar Association, New Orleans Bar Association, and the American Association. As part of the American Association of Justice, Layne has been appointed to serve on the Law School Committee. Layne currently serves as a regional coordinator for the American Association of Justice's Student Trial Advocacy Competition.