# *Exhibit B*

## Judicial Information Related to Current MDL Appointments/Lead Counsel

| Case Information | Appointment(s) | Judge | Special Master/Magistrate |
|---|---|---|---|
| *In re Valsartan, Losartan and Irbesartan Products Liability Litigation*, Case No. 19-md-02875 | Plaintiffs' Steering Committee<br><br>Co-Chair of the Consumer Class Action Committee<br><br>Member of the Discovery Committee<br><br>Member of the Law and Briefing Committee | Judge Robert Kugler (District of New Jersey, Camden Vicinage)<br><br>Phone: (856) 757-969-5360 | Judge Thomas Vanaskie (Ret. 3rd Circuit) (discovery special master)<br><br>Phone: (570) 969-5360<br><br>Fmr. Magistrate Judge Joel Schneider<br><br>Phone: (856) 488-7797 |

## Judicial Information Related to Past MDL Appointments

| Case Information | Appointment(s) | Judge | Special Master/Magistrate |
|---|---|---|---|
| *In re Zantac (Ranitidine) Products Liability Litigation,* Case No. 9:20-md-02924 | Co-Chair of Consumer Class Representative Discovery Subcommittee (appointed by Lead Counsel) | Judge Robin Rosenberg (Southern District of Florida, West Palm Beach Vicinage)<br><br>Phone: (561) 803-3430 | Magistrate Judge Bruce Reinhart<br><br>Phone: (561) 513-3710 |