# Exhibit A

**STEPHEN J. ESTEY**
**ESTEY & BOMBERGER, LLP**
2869 India Street
San Diego, CA 92103
Tel: 619-295-0035 / Email: steve@estey-bomberger.com

## **EXPERIENCE**

**PARTNER • 1998 - PRESENT**
**Estey & Bomberger LLP – San Diego, CA**

*Tried seventeen cases to verdict including six involving sexual assault/abuse allegations
*Multiple published CA Supreme Court and appellate decisions (e.g. *Brown v. USA Taekwondo* 40 Cal.App.5th 1077 (Cal. Ct. App. 2019) and *Morris v. De la Torre* (2005) 36 Cal.4th 260).
*Responsible for settlement of thousands of cases resulting in hundreds of millions of dollars for clients

## **ACCOMPLISHMENTS**

- AV rating from Martindale-Hubbell
- ABOTA member
- Board Certified Trial Attorney
- Three Outstanding Trial Lawyer Awards
- Two Trial Attorney of the Year awards
- Finalist for the Consumer Attorneys of California's Consumer Attorney of the Year Award
- Top Plaintiff Attorney in the State of California for 2017 (Daily Journal)
- Leadership Committee in Uber JCCP sexual assault litigation
- Leadership Committee in Lyft JCCP sexual assault litigation
- Leadership Committee in Doe v. University of Michigan sexual assault litigation ($490M record breaking settlement)

## **EDUCATION**

- B.S. Criminal Justice, San Diego State University, 1989
- J.D. California Western School of Law, 1992