# John Eddie Williams, Jr.
Managing Partner

---

Williams Hart & Boundas, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Direct 713-230-2330
Direct Fax 713-643-6226
jwilliams@whlaw.com

---

## Areas of Practice
Mass tort cases involving:
    Pharmaceutical & Medical Device
    Asbestos
    Catastrophic Injuries
    Personal Injuries
    Major Plant Explosions
    Commercial Litigation

## Professional Experience
Mr. Williams is a strong advocate of workers and organized labor, representing members and their causes at every opportunity. He is specialized in representing plaintiffs in mass tort cases involving asbestos, silicosis, benzene, bad drugs, welding rod fumes, and toxic waste exposure. He represented the State of Texas in its lawsuit against the tobacco industry, resulting in the largest settlement in U.S. history of $17.6 billion. He has recovered over $20 billion for clients.

## Education
Graduated first in class from Baylor School of Law, 1978
- Served as editor-in-chief of *The Baylor Law Review*

Baylor University Bachelor of Business Administration, 1976
- Graduated cum laude

## Legal Memberships and Professional Affiliations
State Bar of Texas, 1978 to present
American Association for Justice
    Board of Governors, 2008 - 2019
    Executive Committee, 2008 - 2012
    Leaders Forum
    Members Founder Circle
Texas Trial Lawyers Association
    President, 2004
Houston Trial Lawyers Association

  Former President
Houston Trial Lawyers Foundation
  Former President
Certified by the Texas Board of Legal Specialization in personal injury trial law, 1982 - present
The James A. Baker III Institute for Public Policy at Rice University in Houston, TX
  Board of Advisers, 2011 - present
Houston Police Foundation
  Board of Directors, 2012 - present
Stellar Bank of Texas, N.A.
  Board of Directors, 2007 - present
  Since formation in 2007, until November 2017, Mr. Williams has served on the Board of Directors of its parent company, CBFH, Inc.
  Since an initial public offering in November 2017, Mr. Williams has served on the Board of Directors of its current parent company, CBTX, Inc.
Houston Astros
  Board of Directors, 2011 - present
Houston Bar Foundation
  Board of Directors, 2009 - 2017
  Chair, 2014

**Professional Honors**
Baylor University's "Lawyer of the Year" Award, 2002
Clarence Darrow Award Winner, 2008
David S. Shrager President's Award, 2009
Baylor University's "Alumnus of the Year" Award, 2012
Martindale- Hubbell AV Preeminent Rating, 1985 - present
Super Lawyer®, selected by practicing attorneys in Texas, 2003 - 2018
Texas' Top Rated Lawyers, 2012 Edition
Texas' Best Lawyers, 2013
The Best Lawyers in America, 2013 - present
Best Attorneys in Texas,  2006 - 2009 and 2013 - present
Top Attorneys in Texas, 2013 - present
Houston Bar Foundation's James B. Sales Pro Bono Leadership Award, 2015
Inducted into the Trial Lawyer Hall of Fame, located at Beasley School of Law at
  Temple University in Philadelphia, PA, 2018
Texas Trial Lawyers Association's Lifetime Achievement Award, 2018

**Licensed to Practice**
All state and federal district courts in Texas

**Community Affiliations**
Mr. Williams and his wife are very involved in the community, donating time and money to many worthy causes, including higher education and health care among others.