| | |
|---|---|
| 1 | RANDALL S. LUSKEY (SBN: 240915) |
| | rluskey@paulweiss.com |
| 2 | **PAUL, WEISS, RIFKIND, WHARTON** |
| | **& GARRISON LLP** |
| 3 | 535 Mission Street, 24th Floor |
| | San Francisco, CA 94105 |
| 4 | Telephone: (628) 432-5100 |
| | Facsimile: (628) 232-3101 |
| 5 | |
| | ROBERT ATKINS (*Pro Hac Vice* admitted) |
| 6 | ratkins@paulweiss.com |
| | **PAUL, WEISS, RIFKIND, WHARTON** |
| 7 | **& GARRISON LLP** |
| | 1285 Avenue of the Americas |
| 8 | New York, NY 10019 |
| | Telephone: (212) 373-3000 |
| 9 | Facsimile: (212) 757-3990 |
| 10 | Christopher G. Betke (BBO# 552588) |
| | Elizabeth A. Doubleday (BBO #666693) |
| 11 | Marc-Daniel Paul (BBO #709577) |
| | **COUGHLIN BETKE LLP** |
| 12 | 175 Federal Street |
| | Boston, MA 02110 |
| 13 | Telephone: (617) 988-8050 |
| | Email: cbetke@coughlinbetke.com |
| 14 |        edoubleday@coughlinbetke.com |
| |        mpaul@coughlinbetke.com |
| 15 | |
| | *Attorneys for Defendant* |
| 16 | UBER TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **NOTICE OF CHANGE IN COUNSEL FOR DEFENDANT UBER TECHNOLOGIES, INC.** |
| This Document Relates To: | |
| ALL ACTIONS | Judge: Hon. Charles R. Breyer |
| | Courtroom: 6 – 17th Floor |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Civil Local Rule 5-1(c)(2)(C), Defendant Uber Technologies, Inc. hereby notifies the Court that Christopher G. Betke, Elizabeth A. Doubleday, and Marc-Daniel Paul of Coughlin Betke LLP hereby withdraw as counsel of record for Uber Technologies, Inc. in this matter, and requests the clerk to terminate all CM/ECF notifications as to Mr. Betke, Ms. Doubleday, and Mr. Paul for this action.

Defendant Uber Technologies, Inc. will remain represented by attorneys Randall S. Luskey, Robert Atkins, Kyle N. Smith, Caitlin E. Grusauskas, and Andrea M. Keller, from the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, who will continue to serve as counsel of record for Uber Technologies, Inc. in this case.

Dated: November 17, 2023

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ *Randall S. Luskey*
   RANDALL S. LUSKEY
   ROBERT ATKINS
   KYLE N. SMITH
   CAITLIN E. GRUSAUSKAS
   ANDREA M. KELLER

*Attorneys for Defendant*
UBER TECHNOLOGIES, INC.

Dated: November 17, 2023

**COUGHLIN   BETKE   LLP**

By: /s/ *Elizabeth A. Doubleday*
   CHRISTOPHER G. BETKE
   ELIZABETH A. DOUBLEDAY
   MARC-DANIEL PAUL

*Former Attorneys for Defendant*
UBER TECHNOLOGIES, INC.

**FILER'S ATTESTATION**

I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: November 17, 2023            **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

                                    By: */s/ Randall S. Luskey*
                                        Randall S. Luskey