# EXHIBIT A

# MICHAEL CARNEY

8383 Wilshire Blvd, Suite 255 • Beverly Hills, CA 90211 • (310) 341-2086 • mcarney@sssfirm.com

## EDUCATION

**UNIVERSITY OF CALIFORNIA COLLEGE OF THE LAW, SAN FRANCISCO** *(formerly UC Hastings)*
Juris Doctor, 2005
- Third Year Class President, Associated Student Council, 2005
- Director of Community Affairs, Associated Student Council, 2004
- Teaching Assistant, Professional Responsibility and Ethics, 2004
- Teaching Assistant, Contract Law, 2003-2004

**UNIVERSITY OF NORTH CAROLINA, CHAPEL HILL**
Master of Business Administration, 2022-present

**UNIVERSITY OF CALIFORNIA, SAN DIEGO**
Bachelor of Science, Psychology, 2002
- Minor, Political Science

## PROFESSIONAL EXPERIENCE

**SLATER SLATER SCHULMAN, LLP**, Beverly Hills
Managing Partner and Lead Trial Attorney, 2020 - present
- Managing Partner of our California branch, supervising 25 attorneys and over 70 members of support staff.
- Lead attorney for over 600 clients with cases involving sexually abusive Catholic clergymen.
- Obtained settlements for over 500 plaintiffs sexually abused in relation to the Church of Latter-day Saints.
- Obtained settlements for over 100 plaintiffs sexually assaulted by rideshare app drivers.
- Counsel for an appointed member of the Diocese of Santa Rosa Bankruptcy Creditors Committee.
- Counsel for an appointed member of the Archdiocese San Francisco Bankruptcy Creditors Committee.
- Counsel for an appointed member of the Diocese of Oakland Bankruptcy Creditors Committee.
- Counsel for 1,800 creditors as a leader of the Coalition of Abused Scouts for Justice Ad Hoc Committee.

**OFFICE OF THE DISTRICT ATTORNEY, COUNTY OF RIVERSIDE**, Riverside
Senior Deputy District Attorney, 2006 - 2020
- Litigated over 80 jury trials to verdict.
- Homicide Unit, 2019-2020.
- Trial Team Leader of the Gang Crimes Unit, 2016-2018.
- Cold Case Homicide Unit, 2012-2013.
- Trial Team Leader of the Sexual Assault and Child Abuse Unit, 2010-2012.
- Homicide and Officer-Involved Shooting investigation on-scene, on-call duties, 2010-2020.

**OFFICE OF THE DISTRICT ATTORNEY, COUNTY OF ALAMEDA**, Oakland
Certified Law Clerk, 2004
- Conducted a misdemeanor jury trial and preliminary hearings.

## COMMENDATIONS

- Certificate of Recognition, California State Senate, 2018
- Community Service Award, Richard T. Fields Bar Association, 2018
- Employee of the Quarter, Riverside District Attorney's Office, 2015
- Felony Trial Prosecutor of the Year, Riverside District Attorney's Office, 2011
- Bulldog Award Winner, Riverside District Attorney's Office, 2010
- Excellence in Public Safety, Riverside District Attorney's Office, 2009
- Board Member of the Year, Hastings Student Council, 2004
- Best Oral Advocate, Trial Advocacy, 2003
- Best Oral Advocate, Honorable Mention, Moot Court, 2002
- Eagle Scout, 1995

## INSTRUCTION

**CO-CHAIR – "RIDESHARE ABUSE LITIGATION"**
*Harris Martin,* Webinar, 2023

**PANELIST – "LITIGATING SEXUAL ASSAULT CASES"**
*Mass Torts Made Perfect Seminar*, Las Vegas, 2022

**PANELIST – "RECENT SUCCESS IN SEXUAL ABUSE LITIGATION"**
*Mass Torts Made Perfect Seminar*, Las Vegas, 2021

**GUEST INSTRUCTOR – GANG INVESTIGATION TRAINING**
*Riverside County Sheriff's Department, Ben Clark Training Center,* 2016-2020
- Provided instruction to groups of over 30 members of law enforcement regarding gang crimes case law.

**INSTRUCTOR – LAW ENFORCEMENT INVESTIGATION TRAINING**
*Riverside Police Department, Riverside Sheriff's Department,* 2015-2018
- Conducted over 100 separate training sessions for police officers at numerous Law Enforcement agencies.

**INSTRUCTOR – GANG TASK FORCE TRAINING**
*Riverside County District Attorney's Office*, 2016-2017
- Conducted training presentations for Gang Crimes Investigators concerning case law and legal issues.

**GUEST INSTRUCTOR – SENATE BILL 1087:  EVIDENCE CODE SECTION 1560(F)**
*Inland Empire Economic Crimes Investigators Association*, 2016
- Instructed fraud investigators as to how to properly utilize a newly enacted Evidence Code section.

**GUEST INSTRUCTOR – ADDRESSING "CONTEMPT OF COP" ISSUES**
*Riverside County Law Enforcement Training Association (RCLETA)*, 2015
- Provided legal analysis to a group of Sergeants regarding common tense situations that officers face.

**GUEST INSTRUCTOR – IDENTITY THEFT INVESTIGATION TRAINING**
*Inland Empire Economic Crimes Investigators Association*, 2015
- Instructed over 30 fraud investigators on how to sufficiently prove identity theft crimes.

**GUEST INSTRUCTOR – FORENSIC EVIDENCE INVESTIGATION TRAINING**
*California Sexual Assault Investigators Association (CSAIA)*, San Luis Obispo, 2012
- Instructed over 100 investigators and attorneys on the topic of forensic evidence collection and investigation.

## COMMUNITY INVOLVEMENT

**COMMUNITY MENTORS PARTNERSHIP,** FOUNDER AND VOLUNTEER, 2015-2023
- Created a program in the Jurupa Unified School District to provide attorney mentors to at-risk youth.

**ASIAN-AMERICAN PROSECUTOR'S ASSOCIATION (AAPA),** BOARD MEMBER, 2013-2019
- Original board member of non-profit organization dedicated to promoting justice and diversity.

**RIVERSIDE COUNTY DEPUTY DISTRICT ATTORNEY'S ASSOCIATION**, BOARD MEMBER, 2011-2018

**RIVERSIDE UNIVERSITY HEALTH SYSTEM**, **ASIAN-AMERICAN TASK FORCE,** MEMBER, 2014-2017

**FILIPINO AMERICAN LAWYERS OF SAN DIEGO (FALSD),** LIFETIME MEMBER

**PHILIPPINE AMERICAN BAR ASSOCIATION (PABA-LA),** MEMBER

**ASIAN PACIFIC ISLANDER AMERICAN PUBLIC AFFAIRS ASSOCIATION (APABA),** LIFETIME MEMBER