# EXHIBIT A

# [Proposed] Plaintiffs' Leadership Group ("PLG")

## Co-Leads:

**Rachel Abrams**
Peiffer Wolf Carr Kane Conway & Wise
rabrams@peifferwolf.com

**Sarah London**
Lieff Cabraser Heimann & Bernstein
slondon@lchb.com

**Roopal Luhana**
Chaffin Luhana LLP
Luhana@chaffinluhana.com

## Plaintiffs' Executive Committee

**Marlene Goldenberg**
Nigh Goldenberg Raso & Vaughn
mgoldenberg@nighgoldenberg.com

**Ellyn Hurd**
Simmons Hanly Conroy
ehurd@simmonsfirm.com

**Sara Peters**
Walkup, Melodia, Kelly & Schoenberger
speters@walkuplawoffice.com

**Bret Stanley**
Pulaski Kherkher
bstanley@pulaskilawfirm.com

## Plaintiffs' Steering Committee

**Alyson Steele Beridon**
HSGLaW
alyson@hsglawgroup.com

**Michael Carney**
Slater Slater & Schulman
mcarney@sssfirm.com

**Erin Copeland**
Fibich Law
ecopeland@fibichlaw.com

**Tracey Cowan**
Clarkson Law Firm
tcowan@clarksonlawfirm.com

**Adam Gomez**
Grant Eisenhofer
agomez@gelaw.com

**Layne Hilton**
Meyer Wilson
lhilton@meyerwilson.com

**Andrea Hirsch**
Cohen Hirsch
andrea@cohenhirsch.com

**Sommer Luther**
Wagstaff Law
sluther@wagstafflawfirm.com

**Karen Barth Menzies**
KBM Law
kbm@kbmlaw.com

**Meredith Stratigopoulos**
Watts Guerra
mdrukker@wattsguerra.com

**Alexandra Walsh**
Walsh Law
awalsh@alexwalshlaw.com

## Plaintiffs' Liaison Counsel

**Khaldoun Baghdadi**
Walkup, Melodia, Kelly & Schoenberger
kbaghdadi@WalkupLawOffice.com

## Coordination with JCCP Counsel

The PLG has had ongoing discussions with members of the JCCP Leadership to coordinate proposed MDL leadership but has not reached an agreement. To facilitate coordination with the MDL and the JCCP, the PLG proposes that the following counsel be added to the Proposed Leadership Group.

**Brian Abramson as a member of the Plaintiffs' Steering Committee**
Williams Hart Boundas

**Celine Cutter (JCCP) as Plaintiffs' Liaison Counsel**
Cutter Law Group