# Sara M. Peters

650 California Street, 26th Floor, San Francisco, CA 94108, (415) 319-3272 (cell)
speters@walkuplawoffice.com

**Education**:

    Stanford Law School, J.D. 2008
        Activities:    Lead Editor, Journal of International Human Rights Executive Board; Stanford Mock Trial Team; Kirkwood Memorial Moot Court Competition

    University of California Los Angeles, B.A. 2005
        Honors:    *Summa cum laude*
        Activities:    Research assistant for Prof. Norman (Chair of Philosophy)
                          Peer tutor at UCLA
                          Volunteer tutor with BRITE (Bruins Reforming Incarceration through Education)

**Employment:**

    Walkup, Melodia, Kelly & Schoenberger
        *Shareholder* (2017-present)
        *Associate* (2008-2017)
        *Law Clerk* (2006-2008)

    Stanford Law School
        *Visiting Lecturer* (2018-present)
            Courses: Trial Advocacy

**Honors, Professional Affiliations and Associations**:

    Founder and Board Member, Attorneys Backing the Community, 501(c)3
    Co-Chair, SF Trial Lawyers Association Education Committee
    Mock Trial Coach, Stanford Law School
    Former Member, San Francisco Trial Lawyers Association Board of Directors
    Former Member, Bar Association of San Francisco Education Committee
    Martindale-Hubbell, "AV" Preeminent Rating