# CURRICULUM VITAE
## Khaldoun A. Baghdadi

**Education**:

    University of California, Irvine; B.A. 1994
        Honors:  *Cum Laude*

    University of California Hastings College of Law; J.D. 1997
        Managing Editor, Hastings International and Comparative Law Review
        Jessup International Moot Court Team

**Employment:**

    Walkup, Melodia, Kelly & Schoenberger
        Associate/Shareholder (1998 - Present)
            Trial attorney in personal injury and wrongful death matters in state and federal courts.  Experience in product defect, medical negligence, insurance disputes and civil rights claims.

**Academic Appointments:**

    University of California, Berkeley School of Law
        Lecturer (2010-present)
            Courses: Trial Advocacy, Evidence Advocacy

    University of California, Hastings College of the Law
        Adjunct Professor (1999-2002)
            Courses: Moot Court

**Honors, Professional Affiliations and Associations**:

    Fellow, American College of Trial Lawyers
    Associate, American Board of Trial Advocates
    Member, International Society of Barristers
    Member and Chair, San Francisco Human Rights Commission (2000-2006)
    Instructor, National Institute of Trial Advocacy
    Martindale-Hubbell, "AV" Preeminent Rating
    Bar Association of San Francisco, Committee on Judicial Nomination and Evaluation
    Board of Trustees, University of California Hastings Foundation

**Relevant Complex Litigation Leadership Experience:**

    *In Re Paraquat Litigation*
    MDL Case No. 3:21-md-03004-NJR
    The Honorable Nancy J. Rosenstengel
    USDC Southern Dist. of Illinois

*Paraquat Cases*
Cal. JCCP No. 5031
The Honorable Charles S. Treat, Dept. 12
The Honorable Edward G. Weil, Dept. 39
Contra Costa Superior Court

*In re: JUUL Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation*
MDL Case No. 3:19-md-02913-WHO
The Honorable William H. Orrick
USDC Northern Dist. of California

*In re: California North Bay Fire Cases*
Cal. JCCP No. 4955
The Honorable Andrew Cheng, Dept. 613
The Honorable Teri Jackson, Dept. 603
San Francisco Superior Court

*In Re Yosemite National Park Hantavirus Litigation*
MDL Case No. 3:14-md-02532-MMC
USDC Northern Dist. of California
The Honorable Maxine Chesney

*In Re DePuy Orthopaedics, Inc, Pinnacle Hip Implant Products Liability Litigation*
MDL Case No. 3:11-md-02244-K
The Honorable Ed Kinkeade
USDC Northern Dist. of Texas

*In Re DePuy ASR Hip Implant Cases*
MDL Docket No. 1:10-md-2197
The Honorable David Katz
USDC Northern Dist. of Ohio

*In Re Mentor Corp. Obtape Transobturator Sling Products Liability Litigation*
MDL Case No. 4:08-md-2004-CDL
The Honorable Clay D. Land
USDC Middle Dist. of Georgia

**Speaking and Additional Teaching Experience:**

Mr. Baghdadi has served as a guest lecturer or presenter on topics ranging from federal preemption of product defect claims to sharing provisions in protective orders.  He has been an invited speaker to organizations such as the American Bar Association, San Francisco Trial Lawyers Association, Consumer Attorneys of California, and the American Association for Justice.