# EXHIBIT A

# WILLIAM ANDREW LEVIN
**Curriculum Vitae**



## PROFESSIONAL BACKGROUND

Levin Simes, LLP[1]                  Co-Founder, Partner (2002-Present)
Brobeck Phleger & Harrison LLP      Partner (1990-2001); Associate (1985-1999)

## PROFESSIONAL HIGHLIGHTS

Plaintiffs Practice

*Rideshare and Sexual Assault Litigation*

- Represent over one thousand sexual assault victims in Lyft and Uber litigations.
- Appointed co-lead by Judge Schulman in *in re: Uber rideshare Cases*, JCCP 5188
- Appointed co-lead by Judge Cheng In the *in re: Lyft rideshare Cases*, JCCP 5061.
- Represents victims of sexual assault in institutional settings, including childhood sexual assault victims.

*Toxic Tort and Products Liability Litigation*

- Represent women with ovarian cancer in the Johnsons & Johson Talcum Powder cases, teenagers and young adults in JUUL litigation, and young people who are victims of exploding e-cigarette batteries against Samsung and LG.
- Represented hundreds of living mesothelioma victims, homeowners who lost homes in the North Bay fires, and mass tort victims in the Transvaginal Mesh coordinated proceedings.
- Tried and obtained a $200 million punitive damage award against Certainteed Corporation.
- Obtained a verdict against Lorillard Tobacco.
- Settled hundreds of mesothelioma cases and over a thousand pharmaceutical cases.

Defense Practice

- Served as the lead national counsel for Fibreboard Corporation, which was one of the primary defendants in the asbestos litigation.
- Lead trial counsel in the Cimino class action trial involving 2000 Plaintiffs.
- Took 100 cases to verdict in California, Texas, and Pennsylvania.
- Negotiated the $3.2 billion, Ahern Class Settlement.
- Personally settled over 100,000 cases for Fibreboard.
- Represented Owens Corning as co-national counsel after they bought Fibereboard.
- Represented Westinghouse and the Asbestos Claims Facility in asbestos litigation.
- Represented American Home Products and Mentor in breast implant litigation.

---

[1] The firm has had multiple name changes throughout its existence including Levin Simes Kaiser, LLP, Levin Simes Kasier and Gornick, LLP, and Levin Simes Abrams, LLP.

## EDUCATIONAL BACKGROUND

Brandeis University                                              (1972-1973)
University of Michigan, B.A. Psychology, *Cum Laude*   (1975)
Boston University, J.D.                                          (1981)

## PERSONAL BACKGROUND

- Born and raised in New York City
- Married my spouse, Laurel Simes, in 1995.
- We formed Levin Simes in 2002.
- Have four young adult children, including three daughters.
- Melissa Levin, clerked for Judge Seeborg, is now a fourth-year associate at Orrick.
- Jessica Levin is a counselor at Berkley high school.
- Rebekah Levin works for a media company and has a two-year-old son.
- Joseph Levin is a recent college graduate contemplating next steps.
- Hobbies include hiking and mountain biking.

## ADMISSIONS AND ASSOCIATIONS

- State Bar of California
- Northern and Eastern District of California
- United States Court of Appeals for the Ninth Circuit
- United States Supreme Court
- American Bar Association
- Consumer Attorneys of California
- National Leadership of Trial Lawyers Association (AAJ Leader's Forum)
- San Francisco Trial Lawyers Association