# Bret D. Stanley

2925 Richmond Ave., Suite 1560
Houston, Texas 77098
512.695.6146
*bstanley@pulaskilawfirm.com*

## EDUCATION

**Texas Southern University Thurgood Marshall School of Law**          *May* 2010
  Juris Doctor, with honors *Cum Laude.*

**The University of Texas at Austin**          *May 2006*
  Bachelor of Arts, History; Minor in Geography
  Texas State Board of Educators Certification, Social Studies Composite, Grades 8-12

## WORK EXPERIENCE

**Austin Independent School District, William B. Travis High School**    *August 2006 - May 2007*
  *Ninth Grade Geography Teacher, Baseball Coach*
    Taught ninth grade geography at a disadvantaged school in South Central Austin, TX with predominantly minority children. Head coach of the junior varsity baseball team, head assistant varsity baseball coach, assistant varsity football coach, and freshman football coach. Designed and implemented ninth grade curriculum and assessments, planned and lead daily practices for more than thirty players, scheduled and coached more than sixty baseball games for two junior varsity teams and the varsity team.

    Teaching afforded me the most valuable experience in my career concerning leadership, problem solving, communication, and empathy. This experience was life changing and formative to both my professional and personal life.

**Office of the Attorney General of Texas**          *May 2009 – Current*
  *Legal Clerkship*
    Legal Clerk in Human Resources and General Counsel Divisions with a focus on employment law, employment policy, and state regulations.

**Law Offices of A. Craig Eiland, PC**          *May 2008- September 2019*
  *Managing Attorney*
    Initially hired as a legal intern prior to becoming an attorney and rose to Managing Attorney. The Law Offices of A. Craig Eiland introduced me to litigation of mass torts and single event cases. I managed and litigated thousands of plaintiffs with transvaginal mesh (TVM) cases. I assisted TVM Plaintiffs' leadership in taking general causation corporate witness and expert depositions against the Boston Scientific and Coloplast Defendants, drafted discovery, drafted and responded to *Daubert* and dispositive motions, prepared initial bellwether Plaintiffs for trial, and assisted trial teams by providing documents and witness testimony used in trial. Presented more than 80 Plaintiffs for deposition and deposed more than 100 implanter/treating physicians in connection with a Trial Wave Order. Resolved thousands of cases against the manufacturers of TVM Products.

    Other Consolidated Litigaiton Work while at Eiland Law:
    *In Re Option Vena Cava Filter Litigation*, Philadelphia, PA – Plaintiff's Executive Committee. Sat first chair in most of the depositions taken in the litigation and was instrumental in discovery. Assisted the trial team in obtaining a $33,000,000 verdict in the only trial to occur in the litigation. Assisted in resolution of hundreds of cases in the litigation.

*Route 91 Las Vegas Shooting Consolidation*, Las Vegas, Nevada - Assisted in common benefit / general causation discovery concerning the Las Vegas Shooting litigation. Resolved hundreds of cases in connection to this litigation.

Tried single event cases in Galveston County District Court concerning motor vehicle accidents and first party insurance claims. Tried single event cases in the Southern District of Texas, Galveston Division concerning Longshore and Harbor Worker's Claims as well as Jones Act Claims.

**Pulaski Kherkher, PLLC. and Kherkher Garcia, LLP.**          *September 2019 – Present*
  *Partner*

Pulaski Kherkher, PLLC. and Kherkher Gacia, LLP. are sister firms in Houston, TX occupying two floors in the same building. Pulaski Kherkher, PLLC specializes in the management and litigation of Mass Torts. Kherkher Garcia, LLP specializes in the litigation of single event catastrophic injury cases. Uniquely, these firms collectively hired me to litigate both mass torts and single event cases in 2019.

Through Pulaski Kherkher, PLLC, I was named to leadership in the following: *IN RE: Farxiga Fournier's Gangrene Productions Liability Litigation* (Delaware) – Executive Committee; *IN RE: Jardiance Fournier's Gangrene Products Liability Litigaiton* (Connecticut) – Executive Committee; MDL No. 2924 - *In Re: Zantac (Ranitidine) Products Liability Litigation* – Deposition Committee, Discovery Committee; and Zantac State Court Consolidation (Superior Court of Delaware), Executive Committee. Through these litigations, I have filed cases on behalf of more than 9,000 Plaintiffs, taken Corporate Representative and fact witness depositions, assisted with expert preparation and motion practice.

Through Kherkher Garcia, LLP I have managed cases on more than 15,000 Uber Driver clients alleging employee status and failure for Uber Technologies, Inc. (Uber) to pay drivers a fair minimum wage. Over the past four years I have amassed thousands of pages Uber of documents through discovery, have taken more than 100 hours of sworn testimony of Uber Corporate Representatives (in deposition or trial), and obtained the first Final Arbitration Award against Uber in California where an Arbitrator found that an Uber Driver is an employee under the law and was not paid a fair minimum wage. I have sat first chair in ten (10) arbitration trials against Uber and have six (6) additional arbitration trials scheduled in 2024. I will act as trial counsel in the *Razak v. Uber Techs., Inc.,* matter (CIVIL ACTION NO. 16-573) concerning an Uber Black Driver Class Action in Pennsylvania. This class action is set for trial in early 2024.

Additionally, through Kherkher Garcia, in May of 2023, I sat first chair in trial in the *Cho vs. Coloplast Corp.*, 261st Dist. Court. Travis County, Austin, TX.  This three-week trial concerned allegations of injuries associated to Coloplast's transvaginal mesh products.