# Erin K. Copeland
**Fibich, Leebron, Copeland & Briggs, LLP**
1150 Bissonnet Street
Houston, Texas 77005
(713) 751-0025
ecopeland@fibichlaw.com

---

### EDUCATION

| | |
|---|---|
| Legal | SOUTH TEXAS COLLEGE OF LAW-Houston, Texas<br>J.D. Degree May 2000 |
| Undergraduate | UNIVERSITY OF HOUSTON-Houston, Texas<br>B.A. in Communications May 1997<br>Cum Laude |

### LICENSE/CERTIFICATION

Admitted, State Bar of Texas
Admitted, State Bar of Missouri
United States Supreme Court
Admitted, U.S. District Court, Southern District of Texas
Admitted, U.S. District Court, Northern District of Texas
Admitted, U.S. District Court, Eastern District of Texas, Texarkana Division
Currently admitted pro hac vice in:
- Northern District of California
- Northern District of Georgia

### SPECIALIZED TRAINING

General Mediation Training, September 2010
Family Mediation Training, October 2010

### LEGAL EXPERIENCE

| | |
|---|---|
| December 1999-Present | <u>Partner/Fibich, Leebron, Copeland & Briggs - Houston, Texas</u> |
| May 1998-December 1999 | <u>Legal Clerk, O'Quinn & Laminack-Houston, Texas</u> |
| February 1998-August 1998 | <u>Legal Assistant, Drilling & Marine Technology & Supply-Houston, Texas</u> |
| May 1994-August 1994 | <u>Legal Assistant, Gulf Coast Legal Foundation-Houston, Texas</u> |

1