# EXHIBIT A



6701 Center Drive West
Suite, 1400
T 310-363-0030
kbm@kbmlaw.com

**Practice Emphasis**

Sexual Assault and Harassment

Mass Personal Injury

**Education**

University of California, Davis King Hall School of Law, J.D., 1995.

Colorado State University, B.A., 1989.

**Admissions**

California State Bar 1995

U.S. Supreme Court 2008

U.S. Court of Appeals, Ninth Circuit, 1999

U.S. District Court, Central District of California, 1995

U.S. District Court, Southern District of California, 1999

U.S. District Court, Eastern Districts of California, 2006

U.S. District Court, Northern District of California, 2006

**Karen Barth Menzies | KBM Law**

Karen is the founder of KBM Law, recently formed and dedicated to representing and advocating for survivors of sexual assault. Karen has devoted her twenty-eight year career to advocating for women's health causes.

Karen is a nationally recognized mass tort attorney with more than twenty-five years of experience in federal and state litigation. Courts throughout the country have appointed Karen to serve in leadership positions including Lead Counsel, Liaison Counsel and Plaintiff Steering Committee in some of the largest pharmaceutical and device mass tort cases. Karen currently serves and has served in leadership positions in the Taxotere Litigation (federal court), Zoloft Birth Defect Litigation (federal and California state courts), Transvaginal Mesh Litigation (federal and California state courts), Fosamax Femur Fracture Litigation (California state court), Lexapro/Celexa Birth Defect Litigation (Missouri state court).

Karen represents survivors in high profile cases in the music and entertainment industry, including against well-known defendants such as Steven Tyler, Marilyn Manson, Nick Carter and others. She also represents survivors in the Boy Scouts of America bankruptcy, and survivors of clergy abuse.

Karen believes in advocating for the victims who've been taken advantage of by those in power. Her advocacy includes taking on the industries and institutions that silence survivors and foster and protect the sexual predators within their ranks. She has worked to help ensure drug safety in the face of profit-driven corporations that hide the risks of their products. She has testified twice before FDA advisory boards as well as the California State Legislature on drug safety concerns and the manufacturers' misconduct. She has also advised victim advocacy groups in their efforts to inform governmental agencies and legislative bodies of harms caused by corporations.

Karen frequently publishes and presents on issues involving sexual assault, secondary trauma, drug safety, mass tort litigation, FDA reform and federal preemption for both legal organizations (plaintiff and defense) and medical groups.

**Work Experience**

| | |
|---|---|
| KBM Law, Founder | 2022 – Present |
| Gibbs Law Group, Of Counsel | 2022 - Present |
| Gibbs Law Group, Partner | 2016 - 2022 |
| Robinson Calcagnie Robinson Shapiro & Davis, Partner | 2007 – 2016 |
| Baum, Hedlund, Aristei, Goldman & Menzies, Partner | 1995 – 2007 |

**Awards & Honors**

*AV Preeminent*® Peer Review Rated by Martindale-Hubbell
Best Lawyers in America, Personal Injury Litigation (2021)
Individual Recognition Chambers USA: Product Liability Plaintiffs (2020)
Southern California Super Lawyer (2004-2020)
Lawyer of the Year by *Lawyer's Weekly USA* (2004)
California Lawyer of the Year by *California Lawyer* magazine (2005)
Consumer Attorney of the Year Finalist by CAOC (2006)

## KARTH BARTH MENZIES, KBM LAW
## PLAINTIFF LEADERSHIP EXPERIENCE

| | |
|---|---|
| **Co-Lead** Plaintiff Counsel, Taxotere (Docetaxel) Products Liability Litigation, E.D. LA, MDL 2740 | 2017 |
| **Co-Liaison** Plaintiff Counsel, Zoloft Birth Defects Litigation, California, JCCP 4771 | 2014 |
| **Member**, Plaintiff Steering Committee, Effexor, E.D. PA, MDL 2458 | 2013 |
| **Co-Lead/Liaison** Plaintiff Counsel, Co-Liaison Settlement Counsel, Transvaginal Mesh Litigations, California JCCP 4733 | 2013 |
| **Co-Chair,** Commercial, Marketing and Sales Committee in Zoloft Birth Defects Litigation, E.D. PA, MDL 2342 | 2012 |
| **Member**, Plaintiff Steering Committee Transvaginal Mesh Litigations, S.D. West Virginia at Charleston, MDLs 2187, 2325, 2326, 2327, 2387 | 2012 |
| **Co-Lead/Liaison**, Coordinated Celexa/Lexapro Birth Defects Litigation, Circuit Court of Cole County, Missouri, 08AC-CC00566 | 2012 |
| **Lead/Liaison**, Plaintiffs' Executive Committee in Fosamax, California, JCCP 4644 | 2011 |
| **Member**, Science Committee, Heparin Products Liability, N.D. Ohio, MDL 1953 | 2009 |
| **Member**, Plaintiff Steering Committee, and **Co-Chair** Sales/Marketing Committee, Avandia Marketing, Sales and Product Liability, E.D. PA, MDL 1871 | 2008 |
| **Co-Lead/Liaison**, Paxil Birth Defects Litigation, Pennsylvania State Court, Mass Tort Program, Case No. 3220 | 2006 |
| **Lead** Plaintiff Counsel, Plaintiffs' Steering Committee, Paxil Products Liability Litigation (withdrawal cases), C.D. CA, MDL 1574 | 2003 |

Additionally, Ms. Menzies has had significant roles in the following mass tort litigations: Hemophilia AIDS cases (law and motion, 1997-99), Prozac Suicide MDL (2nd chair of bellwether trial, 1998-2000), Paxil Suicide Cases (bellwethers trial team) (2000-07), Zoloft Suicide/Homicide Cases (bellwethers trial team) (2000-2005), Paxil Birth Defects (bellwethers trial team) Fosamax (lead trial counsel, 2012, 2014) Taxotere (trial counsel, 2018, 2019). Ms. Menzies was also involved (in varying degrees) with the following litigations: TRT, Depuy/ASR, Yaz, Actos, Accutane, Reglan, Medtronic, Tobacco, Toyota (2006-2019).

**PAULA BLISS & KIM DOUGHERTY, JUSTICE LAW COLLABORATIVE**
**PLAINTIFF LEADERSHIP EXPERIENCE**

Ms. Dougherty has served in leadership on multiple MDLs and consolidated litigations, including the following:

- Plaintiffs Steering Committee *In re New England Compounding Center MDL*
- Plaintiffs Co-Liaison Counsel *In re Zofran MDL*
- Plaintiffs Executive Committee JCCP Consolidation of Essure in California
- Plaintiffs Co-Liaison Counsel in Boston Scientific Transvaginal Mesh Consolidation in Massachusetts
- Plaintiffs Steering Committee *In re Atrium C Qur Hernia Mesh MDL*
- Plaintiffs Co-Liaison Covidien Hernia Mesh Consolidation in Massachusetts

Ms. Bliss has also served in leadership in multiple mass tort litigations, including:

- Lead Counsel in Tobacco Consolidation in Massachusetts
- Plaintiffs Steering Committee in Fresenius Consolidation in Massachusetts