# COHEN HIRSCH
### A LAW FIRM DEDICATED TO YOU

**Brooke F. Cohen, Esq.**
*Licensed in TX & AZ*
Direct: 214-384-0537
brooke@cohenhirsch.com

5256 Peachtree Road Suite 195-E
Atlanta, GA 30341
o. 678-268-4683 f. 678-669-1520

**Andrea S. Hirsch, Esq.**
*Licensed in GA*
Direct: 678-362-4444
andrea@cohenhirsch.com

November 17, 2023

Via ECF
Hon. Charles R. Breyer
United States District Judge
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation
     Case No. 3:23-md-03084-CRB

Dear Judge Breyer:

Pursuant to Pretrial Order No. 3; Applications for Appointment of Plaintiffs' Steering Committee (ECF 70), I, Andrea S. Hirsch respectfully submit my Application for Appointment to the Plaintiffs' Steering Committee (PSC) for the Court's consideration. I am a named partner with the law firm Cohen Hirsch, LP, which I founded with my law partner, Brooke F. Cohen at the beginning of 2021. Prior to starting my own law firm, I was a partner at Herman Gerel where I led its Atlanta office handling its mass tort practice, at which time, I held leadership roles in two multidistrict litigations.

I have been practicing law for over 25 years and for the past 15 years my practice has primarily involved representing individual clients in mass torts and multi-district litigations. I have significant experience in mass tort and multidistrict litigation and have a full understanding of the commitments required of large MDL cases such as this one.

I am licensed to practice law in Georgia, and I have been admitted p*ro hac vice* in state and federal courts throughout the United States.

1. Professional Experience with this Type of Litigation/MDLs

I have many years of experience representing plaintiffs in class action and mass tort litigation. See attached, as Exhibit B is my resume. A significant part of my practice focuses on sexual assault litigation. Representing survivors in my practice has been an honor; the import of sexual assault litigation cannot be underscored enough in my opinion. My work with survivors to date includes the representation of plaintiffs in the Boy Scouts of America case, gymnasts sexually abused by their coaches in the USAG litigation, and students at the University of Michigan who were sexually assaulted by a university doctor. I currently also represent multiple

women in a sex trafficking case pending in the Central District of California, *see Acevedo v. eXp Realty et al.*, Case No2:23-cv-01304-AB-AGR. I also have over 60 clients who will be filing cases into this MDL.

In addition to my work representing sexual assault survivors, I have personally been involved in more than fifteen multi-district litigations and have been appointed to serve on two Plaintiff Steering Committees in the following MDLs: *In re Fluoroquinolone* and *In re Morcellator*. While serving on the PSC in the Fluoroquinolone MDL, I was one of the main drafters of the response to the motion to dismiss and successfully argued the motion before Judge Tunheim. Analyzing and briefing the law to make it clear, comprehensive, and digestible is one of the skills I bring to the table; my ability to be exceedingly organized and methodical in my work is another.

2. <u>Most Relevant Judicial Contact Information</u>

    A. *In re: Ethicon, Inc., Power Morcellator Products Liability Litigation*; MDL 2652 (D.KS), Judge Kathryn H. Vratil, contact info: 913-735-2300
    B. *In re: Fluoroquinolone Litigation*, MDL 2642 (D. MN), Judge John R. Tunheim, contact info: 612-664-5080
    C. *Acevedo v. eXp Realty et al.*, Case No. 2:23-cv-01304-AB-AGR, (C.D. CA), Judge Andre Birotte, Jr., contact info: 669-254-5252

3. <u>Willingness and Availability to Commit Time to this Litigation</u>

I commit fully, immediately and without any hesitation whatsoever to this litigation, as does my firm. I do not currently hold any leadership positions and will be able to dedicate a significant amount of my time to the Uber Plaintiffs' Steering Committee. I am dedicated to the representation of individuals who have been sexually assaulted and presently represent over 60 women who have been sexually assaulted during an Uber ride.

My experiences in all types of litigation, including most substantially in complex, multi-district litigation, have given me a clear understanding of the substantial commitment of time, energy, skills, and resources required to manage and to prosecute cases of this kind efficiently and to a just conclusion. I absolutely understand the amount of intense and hard work needed in this case, and I welcome the opportunity to do so. My law firm is dedicated to this litigation, and I will put in the time and resources to work cooperatively and professionally with all counsel in this litigation, as well as with the Court and its staff, in a leadership position.

4. <u>Willingness and Ability to Work Cooperatively with Other Counsel</u>

While there are some attorneys who prefer to work in silos, I am not one. In cases such as the one before you, the ability to work cooperatively is an absolute must. This litigation is bigger than any one lawyer and any one firm; I understand that the success of the MDL will be in the hands of many people with various skills and strengths, all working together toward successful resolution of this case. I have successfully litigated with many of the law firms and attorneys

representing parties who are seeking leadership positions in this litigation as seen on Exhibit A. I fully support these applicants and attest that I have their support as well.

Throughout my legal career, my colleagues have relied on me to provide high-quality written and oral advocacy, comprehensive legal research, and insightful litigation strategy and analysis on challenging issues. I fully intend to dedicate myself to providing that level of expertise to this litigation. I also take great pride in having earned an excellent reputation for professionalism before every federal court I have practiced in throughout my career. I hope to have the opportunity to earn that respect from you as well.

5. <u>Resources Available to Prosecute this Litigation in a Timely Manner</u>

My firm is committed and able to provide the funding, the time, and the resources necessary for this litigation. In addition to myself, my law partner Brooke F. Cohen, has significant experience representing survivors of sexual assault and is equally committed to working on this litigation alongside me. Her commitment to this litigation is on par with my own, and she fully intends to assist with whatever work that needs to be done. My firm also has an experienced associate and two paralegals who, all have extensive experience in mass tort litigation, and more specifically, in representing survivors of sexual assault.

6. <u>Additional Considerations for Appointment</u>

I am the co-founder of a woman owned mass tort litigation firm, and I am one of the few female mass tort attorneys in the State of Georgia. I do not plan to apply for any other leadership roles while this case is pending, and therefore, can dedicate substantial time and resources to this important litigation. My firm currently represents over 60 women who have been sexually assaulted while riding in an Uber, and I am committed to represent my clients zealously, as their counsel, and as part of the leadership team.

In addition to being a co-founder of my firm, I created a mass tort litigation support company years ago. In that role, I created techniques that I have brought to my firm that allow us to handle large amounts of data and to create efficiencies while still treating each client as an individual. Dealing with a mass tort of this nature requires such a skillset, and I believe I can bring this unique skillset as well to this team.

For the reasons set forth above, I ask that this Court appoint me as a member of the Plaintiffs' Steering Committee. If appointed, I certify that I will personally commit my time and energy to this litigation as a matter of highest priority.

Sincerely,

*Andrea S. Hirsch*

Andrea S. Hirsch

Encl.

# EXHIBIT A

# [Proposed] Plaintiffs' Leadership Group ("PLG")

## Co-Leads:

**Rachel Abrams**
Peiffer Wolf Carr Kane Conway & Wise
rabrams@peifferwolf.com

**Sarah London**
Lieff Cabraser Heimann & Bernstein
slondon@lchb.com

**Roopal Luhana**
Chaffin Luhana LLP
Luhana@chaffinluhana.com

## Plaintiffs' Executive Committee

**Marlene Goldenberg**
Nigh Goldenberg Raso & Vaughn
mgoldenberg@nighgoldenberg.com

**Ellyn Hurd**
Simmons Hanly Conroy
ehurd@simmonsfirm.com

**Sara Peters**
Walkup, Melodia, Kelly & Schoenberger
speters@walkuplawoffice.com

**Bret Stanley**
Pulaski Kherkher
bstanley@pulaskilawfirm.com

## Plaintiffs' Steering Committee

**Alyson Steele Beridon**
HSGLaW
alyson@hsglawgroup.com

**Michael Carney**
Slater Slater & Schulman
mcarney@sssfirm.com

**Erin Copeland**
Fibich Law
ecopeland@fibichlaw.com

**Tracey Cowan**
Clarkson Law Firm
tcowan@clarksonlawfirm.com

**Adam Gomez**
Grant Eisenhofer
agomez@gelaw.com

**Layne Hilton**
Meyer Wilson
lhilton@meyerwilson.com

**Andrea Hirsch**
Cohen Hirsch
andrea@cohenhirsch.com

**Sommer Luther**
Wagstaff Law
sluther@wagstafflawfirm.com

**Karen Barth Menzies**
KBM Law
kbm@kbmlaw.com

**Meredith Stratigopoulos**
Watts Guerra
mdrukker@wattsguerra.com

**Alexandra Walsh**
Walsh Law
awalsh@alexwalshlaw.com

## Plaintiffs' Liaison Counsel

**Khaldoun Baghdadi**
Walkup, Melodia, Kelly & Schoenberger
kbaghdadi@WalkupLawOffice.com

## Coordination with JCCP Counsel

The PLG has had ongoing discussions with members of the JCCP Leadership to coordinate proposed MDL leadership but has not reached an agreement. To facilitate coordination with the MDL and the JCCP, the PLG proposes that the following counsel be added to the Proposed Leadership Group.

**Brian Abramson as a member of the Plaintiffs' Steering Committee**
Williams Hart Boundas

**Celine Cutter (JCCP) as Plaintiffs' Liaison Counsel**
Cutter Law Group

# Exhibit B

## Andrea Solomon Hirsch
## Cohen Hirsch, LP

### LEGAL EXPERIENCE

**Cohen Hirsch, LP**, Atlanta, GA
Founding Partner                                                            January 2021-Present

**Hirsch Law Firm, LLC**, Atlanta, GA
Founding Partner                                                            January 2018 – Present

**Herman Gerel, LLP**, Atlanta, GA
Partner                                                                     August 2006-December 2017

**Freeman Mathis & Gary**, Atlanta, GA
Associate                                                                   February 2000-July 2006

**Georgia Attorney General's Office**, Atlanta, GA
Assistant Attorney General                                                  Sept. 1998-February 2000

**Gwinnet County State Court**, Atlanta, GA
Judicial Law Clerk                                                          August 1997-August 1998

### PROFESSIONAL EXPERIENCE

**Mass Tort Support, LLC**, Atlanta, GA
Founder and CEO                                                             January 2018 – Present
- Mass Tort Support is a litigation support company that provides customized litigation services to law firms in their representation of plaintiffs in mass tort litigation.

### EDUCATION

**University of Georgia**, Athens, GA                                       1997
Juris Doctor, cum laude

**University of Michigan**, Ann Arbor, MI                                   1994
Bachelor of Arts, cum laude

### COMMUNITY INVOLVEMENT

**Dunwoody Bar Association**, Dunwoody, GA
Founder and Co-President                                                    2019-Present

### BAR ADMISSIONS
**Georgia**, Admitted 1997
**United States District Court, Northern District of Georgia, Middle District of Georgia, Southern District of Georgia**, Admitted 1997