William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Doe LS Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB<br><br>*Honorable Judge Charles R. Breyer*<br><br>**[PROPOSED] ORDER GRANTING LEVIN SIMES PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PARTIALLY UNDER SEAL THE OPPOSITION TO THE APPLICATION FOR CO-LEAD COUNSEL OF RACHEL ABRAMS** |
| This Document Relates to:<br><br>ALL ACTIONS | |

1

CASE NO. 3:23-MD-03084-CRB         [PROPOSED] ORDER GRANTING LEVIN SIMES PLAINTIFFS'
ADMINISTRATIVE MOTION TO FILE PARTIALLY UNDER SEAL

1  **THIS MATTER**, came before the Court on Levin Simes Plaintiffs' Administrative
2  Motion to File Partially Under Seal the Opposition to the Application for Co-Lead Counsel of
3  Rachel Abrams. The Court, having reviewed and considered the briefing and arguments on this
4  motion and all relevant factual statements therein, hereby grants the Administrative Motion, as
5  follows:

6  The Opposition to the Application for Co-Lead Counsel of Rachel Abrams be filed
7  partially under seal. Only the Court, Peiffer Wolf, Levin Simes, and counsel for Uber will be able
8  to view the sealed portions of this document. The attached Exhibit A and B to the opposition will
9  be filed completely under seal.

10  **IT IS SO ORDERED.**

11
12
13  DATED _____          _____
14                                         HONORABLE CHARLES R. BREYER
                                           UNITED STATES DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

CASE NO. 3:23-MD-03084-CRB          [PROPOSED] ORDER GRANTING LEVIN SIMES PLAINTIFFS'
                                    ADMINISTRATIVE MOTION TO FILE PARTIALLY UNDER SEAL