Alyson S. Beridon (OH #87496)
**Herzfeld, Suetholz, Gastel, Leniski**
  **& Wall, PLLC**
600 Vine St., Suite 2720
Cincinnati, OH 45202
Ph: (513) 381-2224
Fax: (615) 994-8625
Email: alyson@hsglawgroup.com
*Counsel for Plaintiff F.W.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANSISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB <br><br> Hon. Charles R. Breyer |
| This Document Relates to: <br><br> Case No. 3:23-cv-05898-CRB <br> *F.W. V. UBER TECHNOLOGIES, INC.,* et al, | **NOTICE OF APPEARANCE OF ALYSON S. BERIDON** |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Please take Notice that Alyson S. Beridon of Herzfeld, Suetholz, Gastel, Leniski & Wall, PLLC hereby enters an appearance as counsel for Plaintiff F.W. in Case No. 3:23-cv-05898-CRB, and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above captioned matter, be provided and served upon:

Alyson S. Beridon
**Herzfeld, Suetholz, Gastel, Leniski & Wall, PLLC**
600 Vine St., Ste 2720
Cincinnati, OH 452202
Tel: 513-381-2224
Fax: 615-994-8625
Email: alyson@hsglawgroup.com

NOTICE OF APPEARANCE OF ALYSON S. BERIDON - 1

Dated this 27th day of November, 2023.

                Respectfully Submitted by:

                */s/ Alyson S. Beridon*
                Alyson Steele Beridon* (OH #87496)
                **Herzfeld, Suetholz, Gastel, Leniski & Wall, PLLC**
                600 Vine Street, Suite 2720
                Cincinnati, OH 45202
                Phone: (513) 381-2224
                Fax: (615) 994 - 8625
                alyson@hsglawgroup.com

                *Admitted Pro Hac Vice*

### CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of records.

                */s/ Alyson S. Beridon*
                Alyson S. Beridon

NOTICE OF APPEARANCE OF ALYSON S. BERIDON - 2