Benjamin A. Gastel (TN #28699)
**Herzfeld, Suetholz, Gastel, Leniski**
  **& Wall, PLLC**
223 Rosa L. Parks Ave, Ste 300
Nashville, TN 37203
Ph: (615) 800-6225
Fax: (615) 994-8625
Email: ben@hsglawgroup.com
*Counsel for Plaintiff F.W.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANSISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES INC., PASSENGER SEXUAL ASSAULT LITIGATION  ___  This Document Relates to:  Case No. 3:23-cv-05898-CRB  *F.W. V. UBER TECHNOLOGIES, INC.,* et al, | Case No.: 3:23-md-03084-CRB  Hon. Charles R. Breyer  **NOTICE OF APPEARANCE OF BENJAMIN A. GASTEL** |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Please take Notice that Benjamin A. Gastel of Herzfeld, Suetholz, Gastel, Leniski & Wall, PLLC hereby enters an appearance as counsel for Plaintiff F.W. in Case No. 3:23-cv-05898-CRB, and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above captioned matter, be provided and served upon:

Benjamin A. Gastel
**Herzfeld, Suetholz, Gastel, Leniski & Wall, PLLC**
223 Rosa L. Parks Ave., Ste 300
Nashville, TN 37203
Tel: 615-800-6225
Fax: 615-994-8625
Email: ben@hsglawgroup.com

NOTICE OF APPEARANCE OF BENJAMIN A. GASTEL - 1

Dated this 27th day of November, 2023.

           Respectfully Submitted by:

           */s/ Benjamin A. Gastel*
           Benjamin A. Gastel* (TN #28699)
           **Herzfeld, Suetholz, Gastel, Leniski**
             **& Wall, PLLC**
           223 Rosa L. Parks Ave, Ste 300
           Nashville, TN 37203
           Phone: (615) 800-6225
           Fax: (615) 994 - 8625
           ben@hsglawgroup.com

           *Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 27, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of records.

           */s/ Benjamin A. Gastel*
           Benjamin A. Gastel

NOTICE OF APPEARANCE OF BENJAMIN A. GASTEL - 2