Roopal Luhana
Chaffin Luhana, LLP
600 Third Avenue, 12th Floor
New York, NY 10016
Phone: 347-269-4461
Fax: 888-499-1123
Email: Luhana@ChaffinLuhana.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Steven Webb, an individual, | Case No. |
| Plaintiff, | **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, Inclusive, | |
| Defendants. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

///

///

///

///

| | |
|---|---|
| Dated: November 29, 2023 | Respectfully submitted, |
| | By: */s/ Roopal Luhana* |
| | Roopal Luhana |
| | Chaffin Luhana, LLP |
| | 600 Third Avenue, 12th Floor New York, NY 100016 |
| | Phone: 347-269-4461 |
| | Fax: 888-499-1123 |
| | Email: Luhana@ChaffinLuhana.com |
| | *Counsel for Plaintiff* |