William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Plaintiff*s

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: *UBER TECHNOLOGIES, INC.*, PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>*Honorable Judge Charles R. Breyer*<br><br>**DECLARATION OF WILLIAM A. LEVIN IN SUPPORT OF ADMINISTRATIVE MOTION TO PARTIALLY SEAL RESPONSE TO RACHEL ABRAMS' NOVEMBER 27, 2023 LETTER** |
| This Document Relates to:<br><br>ALL ACTIONS | |

I, William A. Levin, declare as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California. I am a Founding Partner at the law firm Levin Simes LLP, and counsel of record for all Jane Doe LSA and Jane Doe LS Plaintiffs in 90 actions tagged into the MDL. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2. This declaration is made in support of Levin Simes Plaintiffs' Administrative Motion to File Partially Under Seal the Response to Rachel Abrams' November 27, 2023 Letter.

1

Case No. 3:23-md-03084-CRB    DECLARATION OF WILLIAM A. LEVIN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

3. The attached letter includes confidential and sensitive information regarding Rachel Abrams. This information is the subject of a private arbitration between Levin Simes and Pieffer Wolf and Rachel Abrams, pending before the Hon. Rebecca Westerfield (Ret.). The trial of that suit is set for April 15, 2024.

4. The portions of the document that are redacted include references to statements made by Ms. Abrams under oath in the arbitration that contradict statements made in her November 27, 2023 letter to the Court. The context of the redacted portions are such that they do not bear on any issue other than Mr. Abrams' appointment as co-lead, and are only relevant to her application to the Court.

5. As a consequence, due to the confidential and sensitive nature of the redacted portions, we believe it would be best to be viewed only by those who are necessary to resolve this issue --Your Honor, Ms. Abrams, and opposing counsel. However, if Rachel Abrams chooses to share this with other fellow PLG applicants, we would have no objection.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 30, 2023, in San Francisco, California.

/s/ William A. Levin
William A. Levin
*Attorney for the Doe LS Plaintiffs*

2
CASE NO. 3:23-MD-03084-CRB   DECLARATION OF WILLIAM A. LEVIN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ William A. Levin*
William A. Levin

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

3
CASE NO. 3:23-MD-03084-CRB   DECLARATION OF WILLIAM A. LEVIN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL