# EXHIBIT A

**From:** Rachel Abrams
**To:** John Boundas; Lyft PLC
**Subject:** Re: Uber FNC -- to appeal or not, deadline March 24
**Date:** Tuesday, March 7, 2023 7:05:31 PM
**Attachments:** image920328.png
image638778.png
image527598.png
image814402.png
image890618.png

Personally, I think we should appeal. It's the right thing to do, if not for these clients and this litigation, for future CA JCCPs. Defendants will use this and gain traction in the future.



Rachel Abrams, Esq.
**LEVIN SIMES ABRAMS LLP**
1700 Montgomery Street, Suite 250
San Francisco, CA  94111
Direct 415.426.3133
Main 415.426.3000 :: Main Fax 415.426.3001