William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Doe LS Plaintiff*s

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>*Honorable Judge Charles R. Breyer*<br><br>**[PROPOSED] ORDER GRANTING LEVIN SIMES PLAINTIFFS' ADMINISTRATIVE MOTION TO PARTIALLY SEAL RESPONSE TO RACHEL ABRAMS' NOVEMBER 27, 2023 LETTER** |

    **THIS MATTER**, came before the Court on Levin Simes Plaintiffs' Administrative Motion to File Partially Under Seal the Response to Rachel Abrams' November 27, 2023 Letter. The Court, having reviewed and considered the briefing and arguments on this motion and all relevant factual statements therein, hereby grants the Administrative Motion, as follows:

    The Response to Rachel Abrams' November 27, 2023 Letter be filed partially under seal. Only the Court, Peiffer Wolf, Levin Simes, and counsel for Uber will be able to view the sealed portions of this document.

    **IT IS SO ORDERED.**

DATED  December 8, 2023



HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

CASE NO. 3:23-MD-03084-CRB

[PROPOSED] ORDER GRANTING LEVIN SIMES PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PARTIALLY UNDER SEAL