UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC.,<br>PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 |

**ORDER**

When this litigation was commenced on July 14, 2023, with the filing of a motion by various plaintiffs for transfer pursuant to 28 U.S.C. § 1407, the Clerk of the Panel captioned it as IN RE: Uber Technologies, Inc., Passenger Sexual Assault Litigation.

Following centralization of this docket by the Panel in the Northern District of California before the Honorable Charles R. Breyer, defendants Rasier, LLC, Rasier-CA, LLC, and Uber Technologies, Inc., now move to rename MDL No. 3084 IN RE: Uber Rideshare Litigation. The current name is consistent with the Panel's naming conventions. It also accurately reflects the subject matter of the litigation, which will assist litigants and the courts in identifying actions that may be potentially related to this litigation.

IT IS THEREFORE ORDERED that the motion to rename this litigation is DENIED.

FOR THE PANEL:

_____
Tiffaney D. Pete
Clerk of the Panel