# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO AMEND CASE SCHEDULE |

The Court hereby GRANTS the parties' stipulation to amend the case schedule as follows:

- The initial case management conference is reset for January 19, 2024;
- The deadline to file the joint submission required by Pretrial Order No. 4 is extended to December 21, 2023;
- The deadline to file the joint proposed conference agenda is extended to January 15, 2023;
- The parties may jointly submit the proposed protective orders required by Pretrial Order No. 4 with a letter brief not to exceed five pages noting any disputed issues; and
- The parties may confer regarding the most useful and appropriate format for the other proposed orders required by Pretrial Order No. 4 and may stipulate to an alternative format (not to exceed the total page limits stated in Pretrial Order No. 4).

**IT IS SO ORDERED.**

1  Date: December 14 , 2023

   _____
   HON. CHARLES R. BREYER
   United States District Judge