[Submitting counsel below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PTO NO. 2 AND TO COMPEL DEFENDANTS TO PRODUCE LITIGATION HOLD AND PRESERVATION INFORMATION** |
| This Document Relates to:<br><br>All Cases | Judge: Honorable Charles R. Breyer<br>Date: January 19, 2024<br>Time: 10:00 AM<br>Courtroom: 6 – 17th Floor (by Zoom) |

I, Roopal P. Luhana, declare and state as follows:

1. I am an attorney and partner at Chaffin Luhana LLP, counsel for Plaintiffs and Court-appointed Co-Lead Counsel in this action. I am a member in good standing of the State Bars of New York, New Jersey, and Pennsylvania, and am admitted *pro hac vice* in this coordinated action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this Declaration in support of Plaintiffs' motion to enforce PTO No. 2 and to compel Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively "Uber") to produce litigation hold and preservation information.

3. On November 17, 2023, Plaintiffs' Counsel met and conferred with Defendants' counsel regarding concerning the steps Uber has taken to preserve potentially relevant ESI, and the discovery of such, per the Court's November 3, 2023 Order (PTO No. 2) (ECF No. 65).

1      4.      On December 11, 2023, the parties met and conferred about this Motion. There
2 were subsequent emails exchanged between counsel about the same on December 12 and 13,
3 2023.
4      5.      Filed Under Seal as **Exhibit A** is a true and correct copy of a December 1, 2023
5 Letter from Uber to Plaintiffs.
6      6.      Filed Under Seal as **Exhibit B** is a true and correct copy of a December 13, 2023
7 Email from Defendants to Plaintiffs.
8      7.      Filed Under Seal as **Exhibit C** is a true and correct copy of a November 22, 2023
9 Letter from Plaintiffs to Defendants.
10      8.      Filed Under Seal as **Exhibit D** is a true and correct copy of a December 12, 2023
11 Email from Defendants to Plaintiffs.
12      I declare under penalty of perjury that the foregoing is true and correct.  Executed on
13 December 14, 2023, in New York, New York.

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*