1  [Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
|---|---|

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Under Civil Local Rules 7-11 and 79-5(f), Plaintiffs move the Court to consider whether certain materials regarding the preservation of electronically stored information should be sealed. The materials are filed as Exhibits A-D to Plaintiffs' Motion to Enforce PTO No. 2 and to Compel Defendants to Produce Litigation Hold and Preservation Information and are partially reproduced and discussed in that Motion.

**Material to Be Filed Under Seal**

Although the Parties do not yet have a protective order, they have agreed to maintain confidentiality of sensitive documents. Specifically, Uber's counsel has requested that certain communications with Plaintiffs' counsel regarding the preservation of electronically stored documents remain confidential. Thus, Plaintiffs request the Court consider whether the following documents should be filed under seal:

| **Document** | **Description** | **Designating Party** |
|---|---|---|
| Plaintiffs' Motion to Enforce PTO No. 2 and to Compel Defendants to Produce Litigation | Quotes from and references to Exhibits A-D. | Uber |

| Hold and Preservation Information | | |
|---|---|---|
| Exhibit A | Letter from Uber's counsel to Plaintiffs' counsel dated 12/1/23. | Uber |
| Exhibit B | Email from Uber's counsel to Plaintiffs' counsel dated 12/13/23. | Uber |
| Exhibit C | Letter from Plaintiffs' counsel to Uber's counsel dated 11/22/23. | Uber |
| Exhibit D | Email from Uber's counsel to Plaintiffs' counsel dated 12/12/23. | Uber |

Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules. None of the information at issue was marked confidential by Plaintiffs. Plaintiffs take no position at this time on whether the designated documents satisfy the requirements for sealing, and reserve the right to challenge the sealability of these documents under Civil Local Rule 79-5.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Sarah R. London in Support of this Motion; and
2. A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: December 14, 2023         Respectfully submitted,

By: */s/ Sarah R. London*_____
Sarah R. London (SBN 267093)

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
slondon@lchb.com

By: */s/ Rachel B. Abrams*_____
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com


By: */s/ Roopal P. Luhana*_____
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*