IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF SARAH R. LONDON IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
|---|---|

I, Sarah R. London, declare:

1. I am an attorney in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, appointed Co-Lead counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein

2. Counsel for Uber requested that Plaintiffs' counsel preserve the confidentiality of the materials below:

| Document | Description | Designating Party |
|---|---|---|
| Plaintiffs' Motion to Enforce PTO No. 2 and to Compel Defendants to Produce Litigation Hold and Preservation Information | Quotes from and references to Exhibits A-D. | Uber |
| Exhibit A | Letter from Uber's counsel to Plaintiffs' counsel dated 12/1/23. | Uber |

- 1 -

| Exhibit B | Email from Uber's counsel to Plaintiffs' counsel dated 12/13/23. | Uber |
|---|---|---|
| Exhibit C | Letter from Plaintiffs' counsel to Uber's counsel dated 11/22/23. | Uber |
| Exhibit D | Email from Uber's counsel to Plaintiffs' counsel dated 12/12/23. | Uber |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of December, 2023 in San Francisco, California.

*/s/ Sarah R. London*
Sarah R. London