IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
|---|---|

Having considered Plaintiffs' December 14, 2023 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, related to Plaintiffs' Motion to Enforce PTO No. 2 and to Compel Defendants to Produce Litigation Hold Information, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Plaintiffs' Motion to Enforce PTO No. 2 and to Compel Defendants to Produce Litigation Hold and Preservation Information | Quotes from and references to Exhibits A-D. | Uber |
| Exhibit A | Letter from Uber's counsel to Plaintiffs' counsel dated 12/1/23. | Uber |
| Exhibit B | Email from Uber's counsel to Plaintiffs' counsel dated 12/13/23. | Uber |
| Exhibit C | Letter from Plaintiffs' counsel to Uber's counsel dated 11/22/23. | Uber |

| | | |
|---|---|---|
| Exhibit D | Email from Uber's counsel to Plaintiffs' counsel dated 12/12/23. | Uber |

**IT IS SO ORDERED.**

Dated: _____

                          HON. CHARLES R. BREYER
                          United States District Court Judge