UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE LS 340, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., et al., <br><br> Defendants. | Case No. 23-md-03084-CRB (LJC) <br><br> **ORDER RE: MOTION TO ENFORCE PTO NO. 2 AND TO COMPEL DEFENDANTS TO PRODUCE LITIGATION HOLD AND PRESERVATION INFORMATION** <br><br> Re: ECF No. 159 |

Pending before the Court is Plaintiffs' Motion to Enforce PTO No. 2 and to Compel Defendants to Produce Litigation Hold and Preservation Information. ECF No. 159. This discovery dispute will be heard and decided by the undersigned. Defendants shall file their response to Plaintiffs' motion pursuant to Civil Local Rule 7-3 no later than December 20, 2023. The parties shall appear for a hearing on December 22, 2023, at 10:30 a.m. via Zoom videoconference. The parties, however, may request to appear in person by contacting the undersigned's courtroom deputy no later than December 19, 2023.

**IT IS SO ORDERED.**

Dated: December 15, 2023

LISA J. CISNEROS
United States Magistrate Judge