RANDALL S. LUSKEY (SBN: 240915)
    rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
    ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
    cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
    akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXPEDITED BRIEFING SCHEDULE FOR PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ENFORCE PTO NO. 2 AND TO COMPEL DEFENDANTS TO PRODUCE LITIGATION HOLD AND PRESERVATION INFORMATION**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

| | | |
|---|---|---|
| 1 | KYLE N. SMITH (*Pro Hac Vice* admitted)<br>ksmith@paulweiss.com | SARAH R. LONDON (SBN 267083)<br>**LIEFF CABRASER HEIMANN &** |
| 2 | **PAUL, WEISS, RIFKIND, WHARTON<br>& GARRISON LLP** | **BERNSTEIN**<br>275 Battery Street, Fl. 29 |
| 3 | 2001 K Street, NW<br>Washington DC, 2006 | San Francisco, CA 94111 |
| 4 | Telephone: (202) 223-7300<br>Facsimile:  (202) 223-7420 | Telephone: (415) 956-1000<br>Email: slondon@lchb.com |
| 5 | | |
| 6 | *Attorney for Defendants*<br>UBER TECHNOLOGIES, INC., | |
| 7 | RASIER, LLC, and RASIER-CA, LLC | RACHEL B. ABRAMS (SBN 209315)<br>**PEIFFER WOLF CARR KANE** |
| 8 | | **CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820 |
| 9 | | San Francisco, CA 94111<br>Telephone: (415) 426-5641 |
| 10 | | Email: rabrams@peifferwolf.com |
| 11 | | |
| 12 | | ROOPAL P. LUHANA *(Pro Hac Vice)*<br>**CHAFFIN LUHANA LLP** |
| 13 | | 600 Third Avenue, Fl. 12<br>New York, NY 10016 |
| 14 | | Telephone: (888) 480-1123<br>Email: luhana@chaffinluhana.com |
| 15 | | |
| 16 | | *Co-Lead Counsel for Plaintiffs* |

**STIPULATION**

**WHEREAS,** on December 14, 2023, Plaintiffs filed their Motion to Enforce PTO No. 2 and to compel Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively "Uber") to produce litigation hold and preservation information (the "Motion"); and

**WHEREAS,** the parties have met and conferred about the issues in dispute in Plaintiffs' Motion and an expedited briefing schedule for said Motion; and

**WHEREAS,** the parties agreed to resolve Plaintiffs' Motion on an expedited briefing schedule with Defendants' Response to Plaintiffs' Motion due on December 22, 2023 and Plaintiffs waiving the filing of a Reply to Defendants' Response; and

**WHEREAS**, on December 15, 2023, Judge Cisneros ordered that Defendants' Response to Plaintiffs' Motion would be due on December 20, 2023 and the hearing would take place on December 22, 2023 at 10:30 a.m.; and

**WHEREAS**, the parties agree to adhere to their originally agreed upon schedule; and

**THEREFORE,** the parties respectfully request the Court enter the parties' stipulation that:

- Defendants' Response to Plaintiffs' Motion shall be due on or before December 22, 2023;
- Plaintiffs shall not file a Reply to Defendants' Response; and
- The December 22, 2023 hearing is adjourned and will be reset for a date and time deemed suitable by the Court.

**IT IS SO STIPULATED.**

Dated: December 15, 2023
        **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

        By: */s/ Robert Atkins*
           ROBERT ATKINS
           RANDALL S. LUSKEY
           KYLE N. SMITH
           CAITLIN E. GRUSAUSKAS
           ANDREA M. KELLER

        *Attorneys for Defendants*
        UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

| | |
|---|---|
| Dated:  December 15, 2023 | By: */s/ Sarah R. London*<br>Sarah R. London (SBN 267083)<br>**LIEFF CABRASER HEIMANN & BERNSTEIN**<br>275 Battery Street, Fl. 29<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>slondon@lchb.com |
| | By: */s/ Rachel B. Abrams*<br>Rachel B. Abrams (SBN 209315)<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: (415) 426-5641<br>rabrams@peifferwolf.com |
| | By: */s/ Roopal P. Luhana*<br>Roopal P. Luhana<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Floor 12<br>New York, NY 10016<br>Telephone: (888) 480-1123<br>luhana@chaffinluhana.com |
| | *Co-Lead Counsel for Plaintiffs* |

**FILER'S ATTESTATION**

I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated:  December 15, 2023        By:     */s/ Robert Atkins*
                                                         Robert Atkins

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO HAVE AN EXPEDITED BRIEFING SCHEDULE FOR PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ENFORCE PTO NO. 2 AND TO COMPEL DEFENDANTS TO PRODUCE LITIGATION HOLD AND PRESERVATION INFORMATION** |

The Court hereby GRANTS the parties' stipulation as follows:

- Defendants' Response to Plaintiffs' Motion to Enforce PTO No. 2 and to compel Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively "Uber") to produce litigation hold and preservation information shall be due on or before December 22, 2023;

- Plaintiffs shall not file a Reply to Defendants' Response; and

- The December 22, 2023 hearing is adjourned and will be reset for a date and time deemed suitable by the Court.

**IT IS SO ORDERED.**

Date: _____, 2023

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE