UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**ORDER AS MODIFIED GRANTING STIPULATION TO HAVE AN EXPEDITED BRIEFING SCHEDULE FOR PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ENFORCE PTO NO. 2 AND TO COMPEL DEFENDANTS TO PRODUCE LITIGATION HOLD AND PRESERVATION INFORMATION** |

The Court hereby GRANTS the parties' stipulation as follows:

- Defendants' Response to Plaintiffs' Motion to Enforce PTO No. 2 and to compel Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively "Uber") to produce litigation hold and preservation information shall be due on or before December 22, 2023;

- Plaintiffs shall not file a Reply to Defendants' Response; and

- The December 22, 2023 hearing is adjourned and will be reset for January 4, 2023 at 1:30 p.m. via Zoom. Any party may request an in-person appearance, and notice of such a request must be filed by December 22, 2023.

**IT IS SO ORDERED.**

Date: December 18, 2023

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE