[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Stipulated Order Relates to:<br><br>*ALL ACTIONS* | Case No. 23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFFS WHO WISH TO PROCEED ANONYMOUSLY** |

The Court has determined that the "plaintiffs' need to proceed anonymously outweighs the prejudice to the defendants and the public's interest in knowing the parties' identities" in these cases. ECF 147; s*ee Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000). Accordingly, the parties hereby stipulate to and petition the Court to enter the following Stipulated Order Regarding Plaintiffs Who Wish to Proceed Anonymously.

All plaintiffs who wish to proceed anonymously may do so, provided they comply with the following procedures:

a. Individual complaints shall be filed using the plaintiff's initials or other pseudonym (e.g., "Jane Doe").

b. Plaintiffs agree to provide their true names to defendants within 7 days of Defendants' request of such information. Defendants agree that the true names shall be kept confidential.

c. To the greatest extent possible, the parties agree to refer to plaintiffs by their designated pseudonyms in all filings. Where impossible, such documents shall be filed under seal.

1

2    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

3

4

5    Dated:  December 21, 2023                    Respectfully submitted,

6                                                By: /s/ Sarah R. London
                                                 Sarah R. London (SBN 267083)
7                                                **LIEFF CABRASER HEIMANN &**
                                                 **BERNSTEIN**
8                                                275 Battery Street, Fl. 29
9                                                San Francisco, CA 94111
                                                 Telephone: (415) 956-1000
10                                               slondon@lchb.com

11

12                                               By: /s/ Rachel B. Abrams
                                                 Rachel B. Abrams (SBN 209315)
13                                               **PEIFFER WOLF CARR KANE**
                                                 **CONWAY & WISE, LLP**
14                                               555 Montgomery Street, Suite 820
15                                               San Francisco, CA 94111
                                                 Telephone: (415) 426-5641
16                                               rabrams@peifferwolf.com

17                                               By: /s/ Roopal P. Luhana
18                                               Roopal P. Luhana
                                                 **CHAFFIN LUHANA LLP**
19                                               600 Third Avenue, Fl. 12
                                                 New York, NY 10016
20                                               Telephone: (888) 480-1123
                                                 luhana@chaffinluhana.com
21

22                                               *Co-Lead Counsel for Plaintiffs*

23

24

25

26

27

28

1

2                                       By: */s/ Robert Atkins*＿＿＿＿＿＿＿

3                                       Robert A. Atkins
**PAUL, WEISS, RIFKIND, WHARTON &**

4                                       **GARRISON LLP**
1285 6th Avenue

5                                       New York, NY 10019
Telephone: (212) 373-10019

6                                       ratkins@paulweiss.com

7                                       By: */s/ Randall S. Luskey*＿＿＿＿＿＿＿

8                                       **PAUL, WEISS, RIFKIND, WHARTON &**
**GARRISON LLP**

9                                       535 Mission Street, 24th Floor
San Francisco, CA 94105

10                                      Telephone: (628) 432-5100
Facsimile: (628) 232-3101

11                                      rluskey@paulweiss.com

12                                       *Attorneys for Defendants*

13

14

15

16

17     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18

19

20     Dated: ＿＿＿＿＿＿＿＿             ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

21                                         Hon. Charles R. Breyer
United States District Court Judge

22

23

24

25

26

27

28