# Addendum 1

## CASE STATUS CHART (MDL 3084)

| # | Case Name | Case Number | Filing District | Incident State | MDL Transfer Status |
|---|---|---|---|---|---|
| 1 | Jane Doe LSA 340 | 3:23-cv-01165 | N.D. Cal. | CA | Transferred 10/4/2023 |
| 2 | Hylin | 3:23-cv-01630 | N.D. Cal. | IL | Transferred 10/4/2023 |
| 3 | A.G. | 3:23-cv-02071 | N.D. Cal. | TX | Transferred 10/4/2023 |
| 4 | E.R. | 3:23-cv-02051 | N.D. Cal. | PA | Transferred 10/4/2023 |
| 5 | Gavin | 3:23-cv-02111 | N.D. Cal. | NV | Transferred 10/4/2023 |
| 6 | Crawford | 3:23-cv-02290 | N.D. Cal. | AR | Transferred 10/4/2023 |
| 7 | Sullivan | 1:23-cv-02767<br>3:23-cv-05418 | N.D. Ill. | IL | Transferred 10/4/2023 |
| 8 | Murphy | 1:23-cv-03425<br>3:23-cv-05224 | N.D. Ill. | IL | Transferred 10/4/2023 |
| 9 | C.S. | 1:23-cv-02766<br>3:23-cv-05115 | N.D. Ill. | IL | Transferred 10/4/2023 |
| 10 | S.W. | 5:23-cv-00317<br>3:23-cv-05111 | E.D.N.C. | NC | Transferred 10/4/2023 |
| 11 | N.R. | 1:23-cv-02603<br>3:23-cv-05104 | N.D. Ga. | GA | Transferred 10/4/2023 |
| 12 | A.M. | 3:23-cv-03406 | N.D. Cal. | WV | Transferred 10/4/2023 |
| 13 | Beck Glaser | 1:23-cv-01734<br>3:23-cv-05226 | D. Colo. | CO | Transferred 10/4/2023 |
| 14 | M.H. | 1:23-cv-01735<br>3:23-cv-05265 | D. Colo. | CO | Transferred 10/4/2023 |
| 15 | Kelly Cowsert | 2:23-cv-04133<br>3:23-cv-05110 | W.D. Mo. | MO | Transferred 10/4/2023 |
| 16 | Aundreya Rollo | 3:23-cv-00216<br>3:23-cv-05105 | S.D. Tex. | TX | Transferred 10/4/2023 |
| 17 | Katie Espinosa | 3:23-cv-01519<br>3:23-cv-05417 | N.D. Tex. | TX | Transferred 10/4/2023 |
| 18 | A.H.M. | 3:23-cv-03482 | N.D. Cal. | NY | Transferred 10/4/2023 |
| 19 | H.B. | 3:23-cv-03488 | N.D. Cal. | NC | Transferred 10/4/2023 |
| 20 | Jessica Freshwater | 5:23-cv-00246<br>3:23-cv-05103 | M.D. Ga. | GA | Transferred 10/4/2023 |
| 21 | Adorno | 2:23-cv-00875<br>3:23-cv-05101 | D. Ariz. | AZ | Transferred 10/4/2023 |
| 22 | Jane Doe | 1:23-cv-10745<br>3:23-cv-05227 | D. Mass. | MA | Transferred 10/4/2023 |
| 23 | V.R. | 3:23-cv-00198<br>3:23-cv-05264 | S.D. Oh. | OH | Transferred 10/13/2023 |
| 24 | Jane Doe LS 16 | 3:23-cv-03758 | N.D. Cal. | AZ | Transferred 10/31/2023 |
| 25 | Jane Doe LS 75 | 3:23-cv-03805 | N.D. Cal. | IL | Transferred 10/31/2023 |
| 26 | Jane Doe LS 134 | 4:23-cv-03811 | N.D. Cal. | IL | Transferred 10/20/2023 |

**CASE STATUS CHART (MDL 3084)**

| # | Case Name | Case Number | Filing District | Incident State | MDL Transfer Status |
|---|---|---|---|---|---|
| 27 | Jane Doe LS 154 | 3:23-cv-03807 | N.D. Cal. | AZ | Transferred 10/20/2023 |
| 28 | Jane Doe LS 348 | 4:23-cv-03816 | N.D. Cal. | AZ | Transferred 10/20/2023 |
| 29 | D.P. | 3:23-cv-03846 | N.D. Cal. | NJ | Transferred 10/16/2023 |
| 30 | Ashley Jones | 3:23-cv-03851 | N.D. Cal. | GA | Transferred 10/31/2023 |
| 31 | S.D. | 4:23-cv-03852 | N.D. Cal. | TX | Transferred 10/23/2023 |
| 32 | Jane Doe F-1 | 4:23-cv-03945 | N.D. Cal. | MA | Transferred 10/16/2023 |
| 33 | Jane Doe F-2 | 3:23-cv-03949 | N.D. Cal. | MA | Transferred 10/23/2023 |
| 34 | Jane Doe F-3 | 3:23-cv-03951 | N.D. Cal. | NC | Transferred 10/23/2023 |
| 35 | Jane Doe LS 90 | 4:23-cv-03956 | N.D. Cal. | AL | Transferred 10/16/2023 |
| 36 | Jane Doe LS 13 | 3:23-cv-03966 | N.D. Cal. | AL | Transferred 10/20/2023 |
| 37 | Jane Doe LS 218 | 3:23-cv-03970 | N.D. Cal. | AR | Transferred 10/16/2023 |
| 38 | Jane Doe LS 237 | 3:23-cv-03973 | N.D. Cal. | FL | Transferred 10/20/2023 |
| 39 | Jane Doe LS 250 | 3:23-cv-03995 | N.D. Cal. | IL | Transferred 10/31/2023 |
| 40 | Jane Doe LS 149 | 3:23-cv-04008 | N.D. Cal. | MD | Transferred 10/20/2023 |
| 41 | Jane Doe LS 320 | 3:23-cv-04010 | N.D. Cal. | MA | Transferred 10/20/2023 |
| 42 | Jane Doe LS 260 | 3:23-cv-04011 | N.D. Cal. | MN | Transferred 10/20/2023 |
| 43 | Jane Doe LS 63 | 3:23-cv-04012 | N.D. Cal. | NC | Transferred 10/16/2023 |
| 44 | Jane Doe LS 257 | 3:23-cv-04014 | N.D. Cal. | MO | Transferred 10/20/2023 |
| 45 | Ariane Cunningham | 1:23-cv-02347<br>3:23-cv-05376 | D.D.C. | DC | Transferred 10/13/2023 |
| 46 | N.F. | 1:23-cv-11859<br>3:23-cv-05306 | D. Mass. | MA | Transferred 10/13/2023 |
| 47 | Travon Brown | 3:23-cv-04175 | N.D. Cal. | CT | Transferred 10/23/2023 |
| 48 | E.D. | 1:23-cv-11896<br>3:23-cv-05307 | D. Mass. | MA | Transferred 10/13/2023 |
| 49 | R.T. | 4:23-cv-04301 | N.D. Cal. | NY | Transferred 10/16/2023 |
| 50 | R.M. | 3:23-cv-04302 | N.D. Cal. | IL | Transferred 10/16/2023 |
| 51 | E.C. | 3:23-cv-04299 | N.D. Cal. | FL | Transferred 10/23/2023 |
| 52 | C.T. | 4:23-cv-04310 | N.D. Cal. | NV | Transferred 10/23/2023 |
| 53 | E.M. | 3:23-cv-04313 | N.D. Cal. | OR | Transferred 11/1/2023 |
| 54 | M.R. | 4:23-cv-04316 | N.D. Cal. | VA | Transferred 10/23/2023 |
| 55 | A.P. | 3:23-cv-04308 | N.D. Cal. | FL | Transferred 10/23/2023 |
| 56 | J.B. | 3:23-cv-04306 | N.D. Cal. | LA | Transferred 10/23/2023 |
| 57 | Jane Doe LS 293 | 4:23-cv-04364 | N.D. Cal. | TX | Transferred 10/16/2023 |
| 58 | Jane Doe LS 159 | 4:23-cv-04365 | N.D. Cal. | PA | Transferred 10/20/2023 |
| 59 | Jane Doe LS 67 | 3:23-cv-04366 | N.D. Cal. | UT | Transferred 10/20/2023 |
| 60 | Jane Doe LS 231 | 4:23-cv-04367 | N.D. Cal. | NY | Transferred 10/16/2023 |
| 61 | Jane Doe LS 91 | 3:23-cv-04368 | N.D. Cal. | VA | Transferred 10/20/2023 |
| 62 | Jane Doe LS 249 | 3:23-cv-04369 | N.D. Cal. | FL | Transferred 10/20/2023 |
| 63 | Jane Doe LS 259 | 3:23-cv-04370 | N.D. Cal. | KY | Transferred 10/20/2023 |

## CASE STATUS CHART (MDL 3084)

| # | Case Name | Case Number | Filing District | Incident State | MDL Transfer Status |
|---|---|---|---|---|---|
| 64 | Jane Doe LS 203 | 3:23-cv-04371 | N.D. Cal. | FL | Transferred 10/20/2023 |
| 65 | Jane Doe LS 238 | 3:23-cv-04372 | N.D. Cal. | MN | Transferred 10/20/2023 |
| 66 | Jane Doe LS 164 | 3:23-cv-04373 | N.D. Cal. | FL | Transferred 10/20/2023 |
| 67 | Jane Doe LS 155 | 3:23-cv-04374 | N.D. Cal. | NY | Transferred 10/16/2023 |
| 68 | Jane Doe LS 37 | 4:23-cv-04393 | N.D. Cal. | PA | Transferred 10/20/2023 |
| 69 | Jane Doe LS 144 | 3:23-cv-04388 | N.D. Cal. | IN | Transferred 10/20/2023 |
| 70 | Jane Doe LS 158 | 3:23-cv-04385 | N.D. Cal. | PA | Transferred 10/20/2023 |
| 71 | Jane Doe LS 354 | 3:23-cv-04387 | N.D. Cal. | VA | Transferred 10/20/2023 |
| 72 | H.D. | 3:23-cv-04617 | N.D. Cal. | CA | Transferred 10/23/2023 |
| 73 | K.O. | 3:23-cv-04643 | N.D. Cal. | MA | Transferred 10/23/2023 |
| 74 | B.R. | 3:23-cv-04706 | N.D. Cal. | AL | Transferred 10/16/2023 |
| 75 | Melanie Halstenberg | 3:23-cv-04705 | N.D. Cal. | DC | Transferred 10/23/2023 |
| 76 | J.C. | 3:23-cv-04723 | N.D. Cal. | IL | Transferred 10/23/2023 |
| 77 | Heather Worzalla | 4:23-cv-04731 | N.D. Cal. | IL | Transferred 10/23/2023 |
| 78 | E.E. | 3:23-cv-04744 | N.D. Cal. | NY | Transferred 10/16/2023 |
| 79 | Joshua Cormier | 3:23-cv-04745 | N.D. Cal. | NY | Transferred 10/23/2023 |
| 80 | M.F.A. | 2:23-cv-08115 3:23-cv-05560 | C.D. Cal. | CA | Transferred 10/12/2023 |
| 81 | A.I. | 3:23-cv-04740 | N.D. Cal. | NY | Transferred 10/30/2023 |
| 82 | Jane Roe CL 1 | 3:23-cv-04772 | N.D. Cal. | IL | Transferred 10/23/2023 |
| 83 | Jane Roe CL 2 | 3:23-cv-04772 | N.D. Cal. | TN | Transferred 10/23/2023 |
| 84 | Jane Roe CL 3 | 3:23-cv-04772 | N.D. Cal. | VA | Transferred 10/23/2023 |
| 85 | John Roe CL 1 | 3:23-cv-04772 | N.D. Cal. | AZ | Transferred 10/23/2023 |
| 86 | N.M. | 4:23-cv-04940 | N.D. Cal. | VA | Transferred 10/23/2023 |
| 87 | A.M. (2) | 3:23-cv-04939 | N.D. Cal. | AZ | Transferred 10/23/2023 |
| 88 | C.L. | 3:23-cv-04972 | N.D. Cal. | VA-MD | Transferred 10/23/2023 |
| 89 | L.M. | 1:23-cv-14205 3:23-cv-05928 | N.D. Ill. | IL | Transferred 10/27/2023 |
| 90 | Jane Doe LS 117 | 3:23-cv-05196 | N.D. Cal. | KY | Direct Filed 10/11/2023 |
| 91 | Jane Doe LS 346 | 3:23-cv-05193 | N.D. Cal. | IL | Direct Filed 10/11/2023 |
| 92 | Jane Doe LS 376 | 3:23-cv-05183 | N.D. Cal. | CO | Direct Filed 10/11/2023 |
| 93 | Jane Doe LS 251 | 3:23-cv-05187 | N.D. Cal. | FL | Direct Filed 10/11/2023 |
| 94 | Jane Doe LS 383 | 3:23-cv-05197 | N.D. Cal. | LA | Direct Filed 10/11/2023 |
| 95 | Jane Doe LS 177 | 3:23-cv-05219 | N.D. Cal. | MD | Direct Filed 10/12/2023 |
| 96 | Jane Doe LS 107 | 3:23-cv-05232 | N.D. Cal. | OH | Direct Filed 10/12/2023 |
| 97 | Jane Doe LS 364 | 3:23-cv-05237 | N.D. Cal. | WA | Direct Filed 10/12/2023 |
| 98 | Jane Does LS 35 | 3:23-cv-05233 | N.D. Cal. | TX | Direct Filed 10/12/2023 |
| 99 | Jane Doe LS 253 | 3:23-cv-05236 | N.D. Cal. | TX | Direct Filed 10/12/2023 |
| 100 | Jane Doe LS 375 | 3:23-cv-05230 | N.D. Cal. | NC | Direct Filed 10/12/2023 |
| 101 | Jane Doe LS 112 | 3:23-cv-05286 | N.D. Cal. | CO | Direct Filed 10/16/2023 |

**CASE STATUS CHART (MDL 3084)**

| # | Case Name | Case Number | Filing District | Incident State | MDL Transfer Status |
|---|---|---|---|---|---|
| 102 | Jane Doe LS 163 | 3:23-cv-05282 | N.D. Cal. | AZ | Direct Filed 10/16/2023 |
| 103 | Jane Doe LS 384 | 3:23-cv-05292 | N.D. Cal. | FL | Direct Filed 10/17/2023 |
| 104 | Jane Doe LS 336 | 3:23-cv-05293 | N.D. Cal. | GA | Direct Filed 10/17/2023 |
| 105 | Jane Doe LS 349 | 3:23-cv-05303 | N.D. Cal. | CO | Direct Filed 10/17/2023 |
| 106 | Jane Doe LS 76 | 3:23-cv-05319 | N.D. Cal. | FL | Direct Filed 10/18/2023 |
| 107 | Jane Doe LS 264 | 3:23-cv-05322 | N.D. Cal. | FL | Direct Filed 10/18/2023 |
| 108 | Jane Doe LS 57 | 3:23-cv-05324 | N.D. Cal. | GA | Direct Filed 10/18/2023 |
| 109 | Jane Doe LS 365 | 3:23-cv-05328 | N.D. Cal. | FL | Direct Filed 10/18/2023 |
| 110 | Jane Does LS 74 | 3:23-cv-05362 | N.D. Cal. | MD | Direct Filed 10/19/2023 |
| 111 | Jane Doe LS 388 | 3:23-cv-05346 | N.D. Cal. | FL | Direct Filed 10/19/2023 |
| 112 | Jane Doe LS 284 | 3:23-cv-05363 | N.D. Cal. | MI | Direct Filed 10/19/2023 |
| 113 | Jane Doe LS 97 | 3:23-cv-05368 | N.D. Cal. | SC | Direct Filed 10/19/2023 |
| 114 | Jane Doe LS 265 | 3:23-cv-05377 | N.D. Cal. | FL | Direct Filed 10/20/2023 |
| 115 | Jane Doe LS 200 | 3:23-cv-05387 | N.D. Cal. | IL | Direct Filed 10/20/2023 |
| 116 | Jane Doe LS 353 | 3:23-cv-05401 | N.D. Cal. | IL | Direct Filed 10/20/2023 |
| 117 | Jane Doe LS 174 | 3:23-cv-05359 | N.D. Cal. | GA | Direct Filed 10/19/2023 |
| 118 | Jane Doe LS 311 | 3:23-cv-05406 | N.D. Cal. | IL | Direct Filed 10/20/2023 |
| 119 | Jane Doe LS 126 | 3:23-cv-05370 | N.D. Cal. | AZ | Direct Filed 10/19/2023 |
| 120 | Jane Doe LS 168 | 3:23-cv-05371 | N.D. Cal. | CO | Direct Filed 10/19/2023 |
| 121 | Jane Doe LS 244 | 3:23-cv-05372 | N.D. Cal. | FL | Direct Filed 10/19/2023 |
| 122 | Jane Doe LS 256 | 3:23-cv-05410 | N.D. Cal. | NC | Direct Filed 10/20/2023 |
| 123 | Jane Doe LS 98 | 3:23-cv-05412 | N.D. Cal. | FL | Direct Filed 10/20/2023 |
| 124 | Jane Doe LS 241 | 3:23-cv-05413 | N.D. Cal. | TX | Direct Filed 10/20/2023 |
| 125 | Jane Doe LS 66 | 3:23-cv-05414 | N.D. Cal. | NY | Direct Filed 10/20/2023 |
| 126 | Jane Doe LS 326 | 3:23-cv-05415 | N.D. Cal. | MD | Direct Filed 10/20/2023 |
| 127 | Jane Doe LS 266 | 3:23-cv-05416 | N.D. Cal. | MD | Direct Filed 10/20/2023 |
| 128 | Jane Doe LS 390 | 3:23-cv-05409 | N.D. Cal. | CO | Direct Filed 10/20/2023 |
| 129 | Jane Doe LS 234 | 3:23-cv-05433 | N.D. Cal. | ID | Direct Filed 10/23/2023 |
| 130 | Jane Doe LS 33 | 3:23-cv-05427 | N.D. Cal. | CO | Direct Filed 10/23/2023 |
| 131 | Jane Doe LS 317 | 3:23-cv-05424 | N.D. Cal. | AZ | Direct Filed 10/23/2023 |
| 132 | Audriauna Fittro | 3:23-cv-05421 | N.D. Cal. | NV | Direct Filed 10/23/2023 |
| 133 | Jane Doe LS 25 | 3:23-cv-05445 | N.D. Cal. | NC | Direct Filed 10/23/2023 |
| 134 | Jane Doe LS 103 | 3:23-cv-05442 | N.D. Cal. | IL | Direct Filed 10/23/2023 |
| 135 | Marktez Govan | 3:23-cv-05449 | N.D. Cal. | NV | Direct Filed 10/24/2023 |
| 136 | R.H. | 3:23-cv-05503 | N.D. Cal. | OH | Direct Filed 10/25/2023 |
| 137 | S.A. | 3:23-cv-05524 | N.D. Cal. | OK | Transferred 10/30/2023 |
| 138 | Marquita Harris | 3:23-cv-05526 | N.D. Cal. | IL | Direct Filed 10/26/2023 |
| 139 | A.K. | 3:23-cv-05528 | N.D. Cal. | MN | Direct Filed 10/26/2023 |
| 140 | M.C.H. | 3:23-cv-05547 | N.D. Cal. | MN | Direct Filed 10/27/2023 |
| 141 | P.S. | 3:23-cv-05551 | N.D. Cal. | WI | Direct Filed 10/27/2023 |

**CASE STATUS CHART (MDL 3084)**

| # | Case Name | Case Number | Filing District | Incident State | MDL Transfer Status |
|---|---|---|---|---|---|
| 142 | M.H. (2) | 3:23-cv-05569 | N.D. Cal. | OR | Direct Filed 10/27/2023 |
| 143 | L.E. | 3:23-cv-05567 | N.D. Cal. | NY | Direct Filed 10/27/2023 |
| 144 | Jane Doe LS 302 | 3:23-cv-05577 | N.D. Cal. | NY | Direct Filed 10/28/2023 |
| 145 | Jane Doe LS 377 | 3:23-cv-05576 | N.D. Cal. | AZ | Direct Filed 10/28/2023 |
| 146 | Jane Doe LS 59 | 3:23-cv-05575 | N.D. Cal. | TN | Direct Filed 10/28/2023 |
| 147 | Jane Doe LS 191 | 3:23-cv-05573 | N.D. Cal. | CO | Direct Filed 10/28/2023 |
| 148 | Jane Doe LS 322 | 3:23-cv-05572 | N.D. Cal. | MS | Direct Filed 10/28/2023 |
| 149 | Kayanna Ayles | 3:23-cv-00327 3:23-cv-05927 | S.D. Oh. | OH | Transferred 11/6/2023 |
| 150 | T.R. | 3:23-cv-05625 | N.D. Cal. | CA | Direct Filed 10/31/2023 |
| 151 | M.P. | 3:23-cv-05611 | N.D. Cal. | FL | Direct Filed 10/31/2023 |
| 152 | T.V. | 3:23-cv-05609 | N.D. Cal. | OR | Direct Filed 10/31/2023 |
| 153 | Mildred Hunter | 3:23-cv-05622 | N.D. Cal. | CA | Direct Filed 10/31/2023 |
| 154 | Jane Roe CL 4 | 3:23-cv-05647 | N.D. Cal. | HI | Direct Filed 11/1/2023 |
| 155 | Jane Roe CL 5 | 3:23-cv-05647 | N.D. Cal. | IL | Direct Filed 11/1/2023 |
| 156 | Jane Roe CL 6 | 3:23-cv-05647 | N.D. Cal. | IL | Direct Filed 11/1/2023 |
| 157 | L.W. | 3:23-cv-05649 | N.D. Cal. | VA | Direct Filed 11/2/2023 |
| 158 | X.Y. | 3:23-cv-05679 | N.D. Cal. | FL | Direct Filed 11/3/2023 |
| 159 | Marcy Geraghty | 3:23-cv-05685 | N.D. Cal. | NJ | Direct Filed 11/3/2023 |
| 160 | D.B. | 1:23-cv-01172 | W.D. Tex. | TX | Pending |
| 161 | C.W. | 3:23-cv-05795 | N.D. Cal. | FL | Direct Filed 11/9/2023 |
| 162 | A.M. (3) | 3:23-cv-05807 | N.D. Cal. | TX | Direct Filed 11/10/2023 |
| 163 | H.K. | 3:23-cv-05812 | N.D. Cal. | FL | Direct Filed 11/10/2023 |
| 164 | J.R.M. | 3:23-cv-05840 | N.D. Cal. | MI | Direct Filed 11/13/2023 |
| 165 | M.S. | 3:23-cv-05874 | N.D. Cal. | OR | Direct Filed 11/14/2023 |
| 166 | K.F. | 3:23-cv-05867 | N.D. Cal. | NJ | Direct Filed 11/14/2023 |
| 167 | J.B. (2) | 3:23-cv-05876 | N.D. Cal. | IL | Direct Filed 11/14/2023 |
| 168 | S.E. | 3:23-cv-05869 | N.D. Cal. | NY | Direct Filed 11/14/2023 |
| 169 | Jane Doe EB 1 | 3:23-cv-05870 | N.D. Cal. | VA | Direct Filed 11/14/2023 |
| 170 | Jane Doe EB 2 | 3:23-cv-05870 | N.D. Cal. | FL | Direct Filed 11/14/2023 |
| 171 | J.S. | 3:23-cv-05871 | N.D. Cal. | LA | Direct Filed 11/14/2023 |
| 172 | N.W. | 3:23-cv-05864 | N.D. Cal. | NH | Direct Filed 11/14/2023 |
| 173 | M.S. (2) | 3:23-cv-05915 | N.D. Cal. | NJ | Direct Filed 11/15/2023 |
| 174 | Jane Doe LS 285 | 3:23-cv-05919 | N.D. Cal. | DE | Direct Filed 11/15/2023 |
| 175 | F.W. | 3:23-cv-05898 | N.D. Cal. | FL | Direct Filed 11/15/2023 |
| 176 | Jane Doe LS 185 | 3:23-cv-05922 | N.D. Cal. | TX | Direct Filed 11/16/2023 |
| 177 | Jane Doe LS 396 | 3:23-cv-05939 | N.D. Cal. | NJ | Direct Filed 11/16/2023 |
| 178 | Jane Doe LS 245 | 3:23-cv-05944 | N.D. Cal. | FL | Direct Filed 11/16/2023 |
| 179 | Jane Doe LS 381 | 3:23-cv-05942 | N.D. Cal. | NJ | Direct Filed 11/16/2023 |
| 180 | Jane Doe LS 56 | 3:23-cv-05943 | N.D. Cal. | DC | Direct Filed 11/16/2023 |

**CASE STATUS CHART (MDL 3084)**

| # | Case Name | Case Number | Filing District | Incident State | MDL Transfer Status |
|---|---|---|---|---|---|
| 181 | Jane Doe LS 387 | 3:23-cv-05934 | N.D. Cal. | AZ | Direct Filed 11/16/2023 |
| 182 | Jane Doe LS 308 | 3:23-cv-05945 | N.D. Cal. | FL | Direct Filed 11/16/2023 |
| 183 | Jane Doe LS 333 | 3:23-cv-05930 | N.D. Cal. | CO | Direct Filed 11/16/2023 |
| 184 | Jane Doe LS 273 | 3:23-cv-05946 | N.D. Cal. | FL | Direct Filed 11/16/2023 |
| 185 | O.W. | 3:23-cv-05936 | N.D. Cal. | PA | Direct Filed 11/16/2023 |
| 186 | H.K. (2) | 3:23-cv-05931 | N.D. Cal. | OK | Direct Filed 11/16/2023 |
| 187 | Brianna Craig | 3:23-cv-05932 | N.D. Cal. | IL | Direct Filed 11/16/2023 |
| 188 | H.B. (2) | 3:23-cv-05949 | N.D. Cal. | FL | Direct Filed 11/17/2023 |
| 189 | Keisha Grier | 3:23-cv-05960 | N.D. Cal. | SC | Direct Filed 11/17/2023 |
| 190 | Steven Webb | 3:23-cv-06191 | N.D. Cal. | MO | Direct Filed 11/30/2023 |
| 191 | Cecilia Cazares | 3:23-cv-06190 | N.D. Cal. | IL | Direct Filed 11/30/2023 |
| 192 | M.H. (3) | 3:23-cv-06200 | N.D. Cal. | MO | Direct Filed 11/30/2023 |
| 193 | T.H. | 1:23-cv-16502 3:23-cv-06533 | N.D. Ill. | IL | Transferred 12/18/2023 |
| 194 | Jane Roe CL 7 | 4:23-cv-06149 | N.D. Cal. | FL | Pending |
| 195 | Jane Roe CL 8 | 4:23-cv-06149 | N.D. Cal. | KY | Pending |
| 196 | Jane Roe CL 9 | 4:23-cv-06149 | N.D. Cal. | CT | Pending |
| 197 | Jane Roe CL 10 | 4:23-cv-06149 | N.D. Cal. | TX | Pending |
| 198 | A.P. (2) | 3:23-cv-06357 | N.D. Cal. | IL | Direct Filed 12/9/2023 |
| 199 | Bronwyn Mouton | 3:23-cv-06429 | N.D. Cal. | TX | Direct Filed 12/14/2023 |
| 200 | S.R. | 3:23-cv-06534 | N.D. Cal. | GA | Direct Filed 12/19/2023 |