1  ROBERT ATKINS (*Admitted Pro Hac Vice*)
       ratkins@paulweiss.com
2  **PAUL, WEISS, RIFKIND, WHARTON**
       **& GARRISON LLP**
3  1285 Avenue of the Americas
   New York, NY 10019
4  Telephone: (212) 373-3183
5  Facsimile: (212) 492-0183

6  RANDALL S. LUSKEY (SBN: 240915)
       rluskey@paulweiss.com
7  **PAUL, WEISS, RIFKIND, WHARTON**
       **& GARRISON LLP**
8  535 Mission Street, 24th Floor
9  San Francisco, CA 94105
   Telephone: (628) 432-5100
10 Facsimile: (628) 232-3101

11 *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC., RASIER, LLC,
12 and RASIER-CA, LLC

13

14              **UNITED STATES DISTRICT COURT**

15              **NORTHERN DISTRICT OF CALIFORNIA**

16                   **SAN FRANCISCO DIVISION**

17

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| ──────────────────────────── | **DECLARATION OF WILLIAM ANDERSON IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PTO NO. 2 AND TO COMPEL DEFENDANTS TO PRODUCE LITIGATION HOLD AND PRESERVATION INFORMATION** |
| This Document Relates To: | |
| ALL ACTIONS | |
| | Judge: Honorable Lisa J. Cisneros |
| | Date:    January 4, 2024 |
| | Time:    1:30 PM |
| | Courtroom: G – 15th Floor |

3:23-MD-3084-CRB

DECLARATION OF WILLIAM ANDERSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION TO ENFORCE PTO NO. 2 AND TO COMPEL DEFENDANTS
TO PRODUCE LITIGATION HOLD AND PRESERVATION INFORMATION

I, William Anderson, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and a resident of Denver, CO. I submit this declaration in support of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Opposition to Plaintiffs' Motion to Enforce PTO No. 2 and to Compel Defendants to Produce Litigation Hold and Preservation Information.

2. I am presently employed by Uber Technologies, Inc. as Sr. eDiscovery Analyst II. I have been employed by Uber since 2016. In my role, I am familiar with Uber's various platforms and the functionality of Uber's litigation hold systems and processes, including those utilized in the above captioned matter. I am familiar with the statements made in this declaration and, if called as a witness, I could and would competently and truthfully testify thereto.

3. Uber has a series of policies related to the retention and automatic deletion of different sources of electronic data.

4. Under Uber's current email retention policy, which has been in place since January 2023, emails are automatically retained for 24 months. Prior to that, emails were automatically retained for at least 6 months.

5. Under Uber's current retention policies, Google Drive documents are not automatically deleted at any point in time.

6. Uber has additional policies in place that provide for the automatic retention of other electronic data sources for services used by Uber employees, such as Slack and Box.

7. Under all of these policies, including the prior email retention policy, there is an exception to automatic deletion for current or former employees whose account is subject to a legal hold.

8. When a current or former employee's account is placed on a legal hold, the individual's electronic materials are preserved regardless of the subject matter of the litigation.

9. Uber has placed legal holds in connection with this litigation with respect to the accounts of approximately 5,500 current and former employees. In total, there are approximately 15,700 current and former employees at Uber who are subject to legal holds, including the hold

- 1 -

3:23-MD-3084-CRB
DECLARATION OF WILLIAM ANDERSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION TO ENFORCE PTO NO. 2 AND TO COMPEL DEFENDANTS
TO PRODUCE LITIGATION HOLD AND PRESERVATION INFORMATION

1  for this matter.

2      I declare under penalty of perjury that the foregoing is true and correct.

4  Executed on December 22, 2023

DocuSigned by:
*William Anderson*
4DAD6A689831456...
William Anderson

- 2 -

3:23-MD-3084-CRB

DECLARATION OF WILLIAM ANDERSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION TO ENFORCE PTO NO. 2 AND TO COMPEL DEFENDANTS
TO PRODUCE LITIGATION HOLD AND PRESERVATION INFORMATION

**FILER'S ATTESTATION**

I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

DATED: December 22, 2023

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Randall S. Luskey
Randall S. Luskey
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
rluskey@paulweiss.com

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

- 3 -

3:23-MD-3084-CRB

DECLARATION OF WILLIAM ANDERSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PTO NO. 2 AND TO COMPEL DEFENDANTS TO PRODUCE LITIGATION HOLD AND PRESERVATION INFORMATION