UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-MD-3084-CRB<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO ENFORCE PTO NO. 2 AND TO COMPEL DEFENDANTS TO PRODUCE LITIGATION HOLD AND PRESERVATION INFORMATION**<br><br>Judge: Honorable Lisa J. Cisneros<br>Date:   January 4, 2024<br>Time:   1:30 p.m.<br>Courtroom:  Courtroom G – 15th Floor |

**<u>ORDER</u>**

This Court, having considered Plaintiffs' Motion to Enforce PTO No. 2 and to Compel Defendants to Produce Litigation Hold and Preservation Information in the above-captioned action, rules as follows:

It is hearby ORDERED that Plaintiffs' Motion is DENIED.

**IT IS SO ORDERED.**

Dated: _____
                                                                    _____
                                                                    HON. LISA J. CISNEROS
                                                                    UNITED STATES MAGISTRATE JUDGE