1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING STAY OF PROCEEDINGS PENDING DECISION FROM THE COURT OF APPEALS FOR THE NINTH CIRCUIT ON THE PETITION FOR A WRIT OF MANDAMUS**<br><br>Judge:      Honorable Charles R. Breyer<br>Date:       January 26, 2024<br>Time:       10:00 a.m.<br>Courtroom:  6 – 17th Floor |
|---|---|

## [PROPOSED] ORDER

The Court having considered Defendants' Motion to Stay Proceedings Pending Decision from the Court of Appeals for the Ninth Circuit on the Petition for a Writ of Mandamus, all other papers and evidence submitted in support and opposition, the pertinent pleadings and papers on file in this action, and the arguments of counsel, and all other matters presented to the Court, the Court here rules as follows:

1. Defendants' Motion to Stay Proceedings Pending Decision from the Court of Appeals for the Ninth Circuit on the Petition for a Writ of Mandamus is GRANTED.

2. All proceedings in this matter shall be stayed for 60 days from the entry of this Order.

3. All current deadlines shall be vacated and rescheduled by future order of this Court.

4. Defendants shall notify the Court in writing within 3 days of any decision by the Ninth Circuit on Defendants' pending Petition for a Writ of Mandamus.

**IT IS SO ORDERED.**

Date: _____, 2023        _____
                              HON. CHARLES R. BREYER
                              UNITED STATES DISTRICT JUDGE