[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Stipulated Order Relates to:<br><br>*ALL ACTIONS* | Case No. 23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFFS WHO WISH TO PROCEED ANONYMOUSLY** |

The Court has determined that the "plaintiffs' need to proceed anonymously outweighs the prejudice to the defendants and the public's interest in knowing the parties' identities" in these cases. ECF 147; s*ee Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000). Accordingly, the parties hereby stipulate to and petition the Court to enter the following Stipulated Order Regarding Plaintiffs Who Wish to Proceed Anonymously.

All plaintiffs who wish to proceed anonymously may do so, provided they comply with the following procedures:

a. Individual complaints shall be filed using the plaintiff's initials or other pseudonym (e.g., "Jane Doe").

b. Plaintiffs agree to provide their true names to defendants within 7 days of Defendants' request of such information. Defendants agree that the true names shall be kept confidential.

c. To the greatest extent possible, the parties agree to refer to plaintiffs by their designated pseudonyms in all filings. Where impossible, such documents shall be filed under seal.

- 1 -

1
2  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
3
4
5  Dated:  December 21, 2023                           Respectfully submitted,
6
7                                                     By: /s/ *Sarah R. London*
                                                      Sarah R. London (SBN 267083)
                                                      **LIEFF CABRASER HEIMANN &**
8                                                     **BERNSTEIN**
                                                      275 Battery Street, Fl. 29
9                                                     San Francisco, CA 94111
                                                      Telephone: (415) 956-1000
10                                                    slondon@lchb.com
11
                                                      By: /s/ *Rachel B. Abrams*
12                                                    Rachel B. Abrams (SBN 209315)
                                                      **PEIFFER WOLF CARR KANE**
13                                                    **CONWAY & WISE, LLP**
14                                                    555 Montgomery Street, Suite 820
                                                      San Francisco, CA 94111
15                                                    Telephone: (415) 426-5641
                                                      rabrams@peifferwolf.com
16
17                                                    By: /s/ *Roopal P. Luhana*
                                                      Roopal P. Luhana
18                                                    **CHAFFIN LUHANA LLP**
                                                      600 Third Avenue, Fl. 12
19                                                    New York, NY 10016
20                                                    Telephone: (888) 480-1123
                                                      luhana@chaffinluhana.com
21
22                                                    *Co-Lead Counsel for Plaintiffs*
23
24
25
26
27
28

- 2 -

STIP. & PO RE: PLAINTIFFS WHO WISH
TO PROCEED ANONYMOUSLY
CASE NO. 23-MD-03084-CRB

By: /s/ Robert Atkins
Robert A. Atkins
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 6th Avenue
New York, NY 10019
Telephone: (212) 373-10019
ratkins@paulweiss.com

By: /s/ Randall S. Luskey
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
rluskey@paulweiss.com

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 28, 2023

_____
Hon. Charles R. Breyer
United States District Judge