1 | RANDALL S. LUSKEY (SBN: 240915)
    rluskey@paulweiss.com
2 | **PAUL, WEISS, RIFKIND, WHARTON**
    **& GARRISON LLP**
3 | 535 Mission Street, 24th Floor
   San Francisco, CA 94105
4 | Telephone: (628) 432-5100
   Facsimile:  (628) 232-3101
5 |
6 | ROBERT ATKINS (*Pro Hac Vice* admitted)
    ratkins@paulweiss.com
   CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
7 |    cgrusauskas@paulweiss.com
   ANDREA M. KELLER (*Pro Hac Vice* admitted)
8 |    akeller@paulweiss.com
   **PAUL, WEISS, RIFKIND, WHARTON**
9 |    **& GARRISON LLP**
   1285 Avenue of the Americas
10 | New York, NY 10019
   Telephone: (212) 373-3000
11 | Facsimile:  (212) 757-3990
12 | *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.,
13 | RASIER, LLC, and RASIER-CA, LLC
14 | *[Additional Counsel Listed on Following Page]*

15 |

16 | **UNITED STATES DISTRICT COURT**

17 | **NORTHERN DISTRICT OF CALIFORNIA**

18 | **SAN FRANCISCO DIVISION**

19 |

20 | IN RE: UBER TECHNOLOGIES, INC.,
   PASSENGER SEXUAL ASSAULT
21 | LITIGATION

22 | ───────────────
   This Document Relates to:
23 |
   ALL ACTIONS
24 |
25 |

26 |

27 |

28 |

Case No. 3:23-md-03084-CRB

**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON PLAINTIFFS' MOTION TO ENFORCE PTO NO. 2 AND TO COMPEL DEFENDANTS TO PRODUCE LITIGATION HOLD AND PRESERVATION INFORMATION**

Judge:        Hon. Lisa J. Cisneros
Courtroom:  G – 15th Floor

- 1 -

KYLE N. SMITH (*Pro Hac Vice* admitted)
    ksmith@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP**
2001 K Street, NW
Washington DC, 2006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

SARAH R. LONDON (SBN 267083)
**LIEFF CABRASER HEIMANN &
BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
Email: slondon@lchb.com

RACHEL B. ABRAMS (SBN 209315)
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

ROOPAL P. LUHANA *(Pro Hac Vice)*
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

**WHEREAS,** on December 14, 2023, Plaintiffs filed their Motion to Enforce PTO No. 2 and to compel Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively "Uber") to produce litigation hold and preservation information (the "Motion");

**WHEREAS,** the parties have met and conferred about the issues in dispute in Plaintiffs' Motion and an expedited briefing schedule for said Motion;

**WHEREAS,** the parties agreed to resolve Plaintiffs' Motion on an expedited briefing schedule with Defendants' Response to Plaintiffs' Motion due on December 22, 2023 and Plaintiffs waiving the filing of a Reply to Defendants' Response;

**WHEREAS**, on December 18, 2023, Judge Cisneros ordered that Defendants' Response to Plaintiffs' Motion would be due on December 22, 2023 and reset the hearing to January 4, 2024 at 1:30 p.m.;

**WHEREAS**, Uber's counsel handling the argument of this Motion is unable to attend the January 4, 2024 hearing due to an unexpected serious illness;

**WHEREAS**, Plaintiffs' counsel handling the argument of this Motion is traveling internationally the morning of January 10, 2024 and therefore agreed as a matter of professional courtesy to a continuance of the hearing until Monday, January 8 or Tuesday, January 9, 2024 before 1:30 p.m. PT; and

**THEREFORE,** the parties respectfully request the Court enter the parties' stipulation that:

    1. The January 4, 2024 hearing on Plaintiffs' Motion to Enforce PTO No. 2 and to Compel Defendants to Produce Litigation Hold and Preservation Information is adjourned and will be continued to Monday, January 8 or Tuesday, January 9, 2024 before 1:30 p.m. PT.

**IT IS SO STIPULATED.**

1   Dated:  January 3, 2024

2

3

4

5

6

7

8

9   Dated:  January 3, 2024

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP

By: */s/ Robert Atkins*
    ROBERT ATKINS
    RANDALL S. LUSKEY
    KYLE N. SMITH
    CAITLIN E. GRUSAUSKAS
    ANDREA M. KELLER

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC


By: */s/ Sarah R. London*
    Sarah R. London (SBN 267083)
    **LIEFF CABRASER HEIMANN
    & BERNSTEIN**
    275 Battery Street, Fl. 29
    San Francisco, CA 94111
    Telephone: (415) 956-1000
    slondon@lchb.com

By: */s/ Rachel B. Abrams*
    Rachel B. Abrams (SBN 209315)
    **PEIFFER WOLF CARR KANE
    CONWAY & WISE, LLP**
    555 Montgomery Street, Suite 820
    San Francisco, CA 94111
    Telephone: (415) 426-5641
    rabrams@peifferwolf.com


By: */s/ Roopal P. Luhana*
    Roopal P. Luhana
    **CHAFFIN LUHANA LLP**
    600 Third Avenue, Floor 12
    New York, NY 10016
    Telephone: (888) 480-1123
    luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

- 4 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **FILER'S ATTESTATION**

I, Robert Atkins, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated:  January 3, 2024                         By:     */s/ Robert Atkins*

Robert Atkins

STIPULATION AND [PROPOSED] ORDER                         Case No. 3:23-md-03084-CRB

1
2
3
4
5
6
7 **UNITED STATES DISTRICT COURT**
8 **NORTHERN DISTRICT OF CALIFORNIA**
9 **SAN FRANCISCO DIVISION**
10

11 | IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| --- | --- |
| This Document Relates to: ALL ACTIONS | **[PROPOSED] ORDER GRANTING STIPULATION REGARDING HEARING ON PLAINTIFFS' MOTION TO ENFORCE PTO NO. 2 AND TO COMPEL DEFENDANTS TO PRODUCE LITIGATION HOLD AND PRESERVATION INFORMATION** |

The Court hereby GRANTS the parties' stipulation as follows:

1. The January 4, 2024 hearing on Plaintiffs' Motion to Enforce PTO No. 2 and to Compel Defendants to Produce Litigation Hold and Preservation Information is adjourned and will be continued to Monday, January 8 or Tuesday, January 9, 2024 before 1:30 p.m. PT.

**IT IS SO ORDERED.**

Date: _____, 2024

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE