RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
  ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
  cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
  akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON PLAINTIFFS' MOTION TO ENFORCE PTO NO. 2 AND TO COMPEL DEFENDANTS TO PRODUCE LITIGATION HOLD AND PRESERVATION INFORMATION**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

| | | |
|---|---|---|
| 1 | KYLE N. SMITH (*Pro Hac Vice* admitted)<br>ksmith@paulweiss.com | SARAH R. LONDON (SBN 267083)<br>**LIEFF CABRASER HEIMANN &** |
| 2 | **PAUL, WEISS, RIFKIND, WHARTON**<br>**& GARRISON LLP** | **BERNSTEIN**<br>275 Battery Street, Fl. 29 |
| 3 | 2001 K Street, NW<br>Washington DC, 2006 | San Francisco, CA 94111<br>Telephone: (415) 956-1000 |
| 4 | Telephone: (202) 223-7300<br>Facsimile:  (202) 223-7420 | Email: slondon@lchb.com |

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

RACHEL B. ABRAMS (SBN 209315)
**PEIFFER WOLF CARR KANE**
**CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

ROOPAL P. LUHANA *(Pro Hac Vice)*
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**STIPULATION**

**WHEREAS,** on December 14, 2023, Plaintiffs filed their Motion to Enforce PTO No. 2 and to compel Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively "Uber") to produce litigation hold and preservation information (the "Motion");

**WHEREAS,** the parties have met and conferred about the issues in dispute in Plaintiffs' Motion and an expedited briefing schedule for said Motion;

**WHEREAS,** the parties agreed to resolve Plaintiffs' Motion on an expediated briefing schedule with Defendants' Response to Plaintiffs' Motion due on December 22, 2023 and Plaintiffs waiving the filing of a Reply to Defendants' Response;

**WHEREAS**, on December 18, 2023, Judge Cisneros ordered that Defendants' Response to Plaintiffs' Motion would be due on December 22, 2023 and reset the hearing to January 4, 2024 at 1:30 p.m.;

**WHEREAS**, Uber's counsel handling the argument of this Motion is unable to attend the January 4, 2024 hearing due to an unexpected serious illness;

**WHEREAS**, Plaintiffs' counsel handling the argument of this Motion is traveling internationally the morning of January 10, 2024 and therefore agreed as a matter of professional courtesy to a continuance of the hearing until Monday, January 8 or Tuesday, January 9, 2024 before 1:30 p.m. PT; and

**THEREFORE,** the parties respectfully request the Court enter the parties' stipulation that:

1. The January 4, 2024 hearing on Plaintiffs' Motion to Enforce PTO No. 2 and to Compel Defendants to Produce Litigation Hold and Preservation Information is adjourned and will be continued to Monday, January 8 or Tuesday, January 9, 2024 before 1:30 p.m. PT.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: January 3, 2024 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 2 | | |
| 3 | | By: */s/ Robert Atkins* |
| | | ROBERT ATKINS |
| 4 | | RANDALL S. LUSKEY |
| | | KYLE N. SMITH |
| 5 | | CAITLIN E. GRUSAUSKAS |
| | | ANDREA M. KELLER |
| 6 | | *Attorneys for Defendants* |
| 7 | | UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC |

Dated: January 3, 2024

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209315)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**<u>FILER'S ATTESTATION</u>**

I, Robert Atkins, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: January 3, 2024  By:  */s/ Robert Atkins*
                              Robert Atkins

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>[~~PROPOSED~~] ORDER **AS MODIFIED** GRANTING STIPULATION REGARDING HEARING ON PLAINTIFFS' MOTION TO ENFORCE PTO NO. 2 AND TO COMPEL DEFENDANTS TO PRODUCE LITIGATION HOLD AND PRESERVATION INFORMATION |

The Court hereby GRANTS the parties' stipulation as follows:

1. The January 4, 2024 hearing on Plaintiffs' Motion to Enforce PTO No. 2 and to Compel Defendants to Produce Litigation Hold and Preservation Information is adjourned and will be continued to Monday, January 8 **at 12:30 pm via Zoom** ~~or Tuesday, January 9, 2024 before 1:30 p.m. PT~~.

**IT IS SO ORDERED.**

Date: January 3, 2024

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE