IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br>_____/<br><br>This Order Relates To:<br>23-cv-06149-AMO | Case No. 23-md-03084-CRB<br><br>**ORDER RELATING CASES** |
|---|---|

      Having reviewed Judge Martinez-Olguín's sua sponte referral pursuant to Civil Local Rule 3-12(c) and Rule 7.2(a) of the Rules of Procedure of the U.S. Judicial Panel on Multidistrict Litigation, the Court finds that the above-captioned case is related to In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation, Case No. 23-md-3084. The Court therefore reassigns the above-captioned case to itself.

**IT IS SO ORDERED.**

Dated: January 3, 2024

                                            CHARLES R. BREYER
United States District Judge