UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**SUPPLEMENTAL DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PTO NO. 2 AND TO COMPEL DEFENDANTS TO PRODUCE LITIGATION HOLD AND PRESERVATION INFORMATION** |
| This Document Relates to:<br><br>All Cases | Judge: Honorable Lisa J. Cisneros<br>Date: January 8, 2024<br>Time: 12:30 PM<br>Courtroom: 6 – 17th Floor (by Zoom) |

I, Roopal P. Luhana, declare and state as follows:

1. I am an attorney and partner at Chaffin Luhana LLP, counsel for Plaintiffs and Court-appointed Co-Lead Counsel in this action. I am a member in good standing of the State Bars of New York, New Jersey, and Pennsylvania, and am admitted *pro hac vice* in this coordinated action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this Supplemental Declaration in support of Plaintiffs' Motion to Enforce PTO No. 2 and to compel Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively "Uber") to produce litigation hold and preservation information.

3. On January 4, 2024, Uber produced a list of the job titles of past and current Uber employees subject to a legal hold.

1       4.     Filed Under Seal as **Exhibit A** is a true and correct copy of a January 4, 2024 List of the job titles of past and current Uber employees subject to a legal hold produced from Uber to Plaintiffs (marked as Confidential by Uber).

      I declare under penalty of perjury that the foregoing is true and correct. Executed on January 8, 2024, in New York, New York.

*/s/ Roopal P. Luhana*
Roopal P. Luhana

- 2 -