IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF SARAH R. LONDON IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

I, Sarah R. London, declare:

1. I am an attorney in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, appointed Co-Lead counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein

2. Counsel for Uber requested that Plaintiffs' counsel preserve the confidentiality of the materials below:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit A to the Supplemental Declaration of Roopal P. Luhana in Support of Plaintiffs' Motion to Enforce PTO No. 2 and to Compel Defendants to Produce Litigation Hold and Preservation Information | List of the job titles of past and current Uber employees subject to a legal hold | Uber |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of January, 2024 in San Francisco, California.

                                            */s/ Sarah R. London*
                                              Sarah R. London