IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
|---|---|

Having considered Plaintiffs' January 8, 2024 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, related to Exhibit A to the Supplemental Declaration of Roopal P. Luhana in Support of Plaintiffs' Motion to Enforce PTO No. 2 and to compel Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively "Uber") to produce litigation hold and preservation information, the Court hereby **DENIES** the Motion and **ORDERS** that the following materials shall not be sealed:

| **Document** | **Description** | **Designating Party** |
|---|---|---|
| Exhibit A to the Supplemental Declaration of Roopal P. Luhana in Support of Plaintiffs' Motion to Enforce PTO No. 2 and to Compel Defendants to Produce Litigation Hold and Preservation Information | List of the job titles of past and current Uber employees subject to a legal hold | Uber |

**IT IS SO ORDERED.**

Dated: _____

HON. LISA J. CISNEROS
United States Magistrate Court Judge