# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

| **Date:** January 8, 2024 | **Time:** 12:32 p.m.- 1:25 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.**: 3:23-md-03084-CRB | **Case Name:** In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation | |

**For Plaintiff:**  Roopal P. Luhana, Chaffin Luhana LLP; Sarah R. London, Lieff Cabraser Heiman & Bernstein LLP; Rachel B. Abrams, Peiffer Wolf Carr Kane Conway & Wise LLP, Co-Lead counsel for plaintiffs.

**For Defendant:** Robert Atkins and Kyle Smith, Paul Weiss Rifkind Wharton and Garrison LLP, counsel for Defendants.

**Deputy Clerk:** Brittany Sims                **Reported by via Zoom:** 12:32 p.m.- 1:25 p.m.

## PROCEEDINGS

Motion to Enforce PTO No. and to Compel Defendants to Produce Litigation Hold and Preservation Information (ECF 159) hearing held. The Court takes the matter under submission. The Court will issue a written order.