RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
  ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
  cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
  akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SUBMIT JOINT OR COMPETING PROPOSED ORDERS AND FACTS SHEETS**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

| | |
|---|---|
| KYLE N. SMITH (*Pro Hac Vice* admitted)<br>    ksmith@paulweiss.com<br>JESSICA E. PHILLIPS (*Pro Hac Vice* pending)<br>    jphillips@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON<br>    & GARRISON LLP**<br>2001 K Street, NW<br>Washington DC, 2006<br>Telephone: (202) 223-7300<br>Facsimile:  (202) 223-7420<br><br>*Attorney for Defendants*<br>UBER TECHNOLOGIES, INC.,<br>RASIER, LLC, and RASIER-CA, LLC | SARAH R. LONDON (SBN 267083)<br>**LIEFF CABRASER HEIMANN &<br>BERNSTEIN**<br>275 Battery Street, Fl. 29<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Email: slondon@lchb.com<br><br>RACHEL B. ABRAMS (SBN 209315)<br>**PEIFFER WOLF CARR KANE<br>CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: (415) 426-5641<br>Email: rabrams@peifferwolf.com<br><br>ROOPAL P. LUHANA *(Pro Hac Vice)*<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Fl. 12<br>New York, NY 10016<br>Telephone: (888) 480-1123<br>Email: luhana@chaffinluhana.com<br><br>*Co-Lead Counsel for Plaintiffs* |

**STIPULATION**

**WHEREAS,** on October 6, 2023, the Court ordered that "all outstanding discovery proceedings are stayed, and no further discovery shall be initiated." Pretrial Order No. 1, Dkt. No. 2;

**WHEREAS,** on December 6, 2023, the Court ordered Plaintiffs' Liaison Counsel and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively "Uber") to jointly file a proposed pretrial order regarding a discovery plan and schedule for filing a master complaint and initial motions. Pretrial Order No. 4, Dkt. No. 152 at 5;

**WHEREAS,** the parties were unable to agree on the terms of such an order, and on December 21, they submitted competing proposals and supporting memoranda. Dkt. Nos. 168, 171;

**WHEREAS,** on December 28, 2023, the Court established a schedule regarding discovery and initial motions. Pretrial Order No. 5, Dkt. No. 175;

**WHEREAS,** the Court ordered Plaintiffs' Liaison Counsel to meet and confer with Uber regarding, among other things, the scope and terms of Plaintiff-related discovery, including plaintiff and defense fact sheets. Pretrial Order No. 5, Dkt. No. 175 at 3. The Court further ordered the parties to submit joint or competing proposed orders, along with joint or competing fact sheets, by January 15, 2024. Id.; and

**WHEREAS,** the parties have exchanged draft fact sheets and scheduled a meet and confer to discuss the issues in dispute and agree that extending the deadline to submit joint or competing proposed orders, along with joint or competing fact sheets, to January 24, 2024, will facilitate the efficient resolution of those disputes and conserve judicial resources;

**THEREFORE,** the parties respectfully request the Court enter the parties' stipulation that:

By January 24, 2024, the parties shall submit joint or competing proposed orders, along with joint or competing fact sheets. If the parties submit competing proposals, each shall submit a memorandum (not to exceed ten pages) explaining why the Court should adopt that party's proposal.

1 | **IT IS SO STIPULATED.**
2 |
3 | Dated: January 11, 2024          **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Randall S. Luskey*
    ROBERT ATKINS
    RANDALL S. LUSKEY
    KYLE N. SMITH
    JESSICA E. PHILLIPS
    CAITLIN E. GRUSAUSKAS
    ANDREA M. KELLER

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Dated: January 11, 2024

By: */s/ Sarah R. London*
    Sarah R. London (SBN 267083)
    **LIEFF CABRASER HEIMANN & BERNSTEIN**
    275 Battery Street, Fl. 29
    San Francisco, CA 94111
    Telephone: (415) 956-1000
    slondon@lchb.com

By: */s/ Rachel B. Abrams*
    Rachel B. Abrams (SBN 209315)
    **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
    555 Montgomery Street, Suite 820
    San Francisco, CA 94111
    Telephone: (415) 426-5641
    rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
    Roopal P. Luhana
    **CHAFFIN LUHANA LLP**
    600 Third Avenue, Floor 12
    New York, NY 10016
    Telephone: (888) 480-1123
    luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated:  January 11, 2024                    By:      */s/ Randall S. Luskey*
                                                            Randall S. Luskey

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME TO SUBMIT JOINT OR COMPETING PROPOSED ORDERS AND FACTS SHEETS** |

The Court hereby GRANTS the parties' stipulation as follows:

By January 24, 2024, the parties shall submit joint or competing proposed orders, along with joint or competing fact sheets. If the parties submit competing proposals, each shall submit a memorandum (not to exceed ten pages) explaining why the Court should adopt that party's proposal.

**IT IS SO ORDERED.**

Date: _____, 2024

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE