UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

Case No. 3:23-md-03084-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, /s/Tiffany Ellis, an active member in good standing of the bar of Michigan, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Courtney Wilson in the above-entitled action. My local co-counsel in this case is not required per PTO-1 [Dkt. 2], an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: N/A.

| 2229 Trumbull St., Detroit, MI 48216 | N/A |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 313-210-1559 | N/A |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| tellis@peifferwolf.com | N/A |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: P81456.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.
4   Dated: 1/12/2024                            /s/Tiffany Ellis
                                                APPLICANT
5
6
7
8                       ORDER GRANTING APPLICATION
9                  FOR ADMISSION OF ATTORNEY PRO HAC VICE
10
11  IT IS HEREBY ORDERED THAT the application of /s/Tiffany Ellis is
12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney
13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-
14  counsel designated in the application will constitute notice to the party.
15  Dated: 1/12/2024

17                                              _____
18                                              UNITED STATES DISTRICT/MAGISTRATE JUDGE

# STATE BAR OF MICHIGAN

## CERTIFICATE OF GOOD STANDING

This certifies that Tiffany Ellis, P81456 of Detroit, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on March 08, 2017 in Wayne County and became a member of the State Bar of Michigan on March 10, 2017.



Peter W. Cunningham, Executive Director
January 12, 2024