RANDALL S. LUSKEY (SBN: 240915)
    rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
    ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
    cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
    akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

[*Additional Counsel Listed on Following Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:       Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

| | | |
|---|---|---|
| 1 | KYLE N. SMITH (*Pro Hac Vice* admitted) | SARAH R. LONDON (SBN 267083) |
| | ksmith@paulweiss.com | **LIEFF CABRASER HEIMANN &** |
| 2 | JESSICA E. PHILLIPS (*Pro Hac Vice* admitted) | **BERNSTEIN** |
| | jphillips@paulweiss.com | 275 Battery Street, Fl. 29 |
| 3 | **PAUL, WEISS, RIFKIND, WHARTON** | San Francisco, CA 94111 |
| | **& GARRISON LLP** | Telephone: (415) 956-1000 |
| 4 | 2001 K Street, NW | Email: slondon@lchb.com |
| | Washington DC, 2006 | |
| 5 | Telephone: (202) 223-7300 | *Liaison Counsel for Plaintiffs* |
| | Facsimile:  (202) 223-7420 | |

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**STIPULATION**

**WHEREAS,** on January 8, 2024, Plaintiffs filed their Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (hereinafter, the "Motion"), regarding the materials filed as Exhibit A to the Supplemental Declaration of Roopal P. Luhana in Support of Plaintiffs' Motion to Enforce PTO No. 2 and to compel Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively "Uber") to produce litigation hold and preservation information (ECF No. 185); and

**WHEREAS,** the parties agreed to extend Uber's deadline to respond to Plaintiffs' Motion by one week, until January 23, 2024, so that Uber may further consider whether to seek to keep Exhibit A under seal;

**THEREFORE,** the parties respectfully request the Court enter the parties' stipulation that:

Defendants' Response to Plaintiffs' Motion shall be due on or before January 23, 2024.

**IT IS SO STIPULATED.**

Dated: January 16, 2024                    **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Randall S. Luskey*
ROBERT ATKINS
RANDALL S. LUSKEY
KYLE N. SMITH
CAITLIN E. GRUSAUSKAS
JESSICA E. PHILLIPS
ANDREA M. KELLER

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Dated: January 16, 2024

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com

*Liaison Counsel for Plaintiffs*

## **FILER'S ATTESTATION**

I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated:  January 16, 2024

By:   */s/ Randall S. Luskey*
Randall S. Luskey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME TO FILE RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

The Court hereby GRANTS the parties' stipulation as follows:

Defendants' Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed shall be due on or before January 23, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____, 2024

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE