UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME TO FILE OPPOSITON TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

The Court hereby GRANTS the parties' stipulation as follows:

Defendants' Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed shall be due on or before January 23, 2024.

**PURSUANT OT STIPULATION, IT IS SO ORDERED.**

Date: January 17, 2024

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE

- 5 -

STIPULATION AND ORDER                                    Case No. 3:23-md-03084-CRB