RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
  ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
  cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
  akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-MD-3084-CRB<br><br>**STIPULATION REGARDING SEALING MATERIALS PRODUCED ON JANUARY 16, 2024 PURSUANT TO JANUARY 9, 2024 ORDER**<br><br>Judge:         Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor<br><br>*(Filed Concurrently with Administrative Motion to Seal Materials, Notice of Lodging of Materials, Declaration of Randall S. Luskey, and [Proposed] Order)* |

---

-1-

STIPULATION REGARDING SEALING MATERIALS PRODUCED         Case No. 3:23-MD-3084-CRB
ON JANUARY 16, 2024 PURSUANT TO COURT'S JANUARY 9, 2024 ORDER

-2-

| | |
|---|---|
| KYLE N. SMITH (*Pro Hac Vice* admitted)<br>    ksmith@paulweiss.com<br>JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)<br>    jphillips@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON**<br>    **& GARRISON LLP**<br>2001 K Street, NW<br>Washington DC, 2006<br>Telephone: (202) 223-7300<br>Facsimile:  (202) 223-7420<br><br>*Attorney for Defendants*<br>UBER TECHNOLOGIES, INC.,<br>RASIER, LLC, and RASIER-CA, LLC | SARAH R. LONDON (SBN 267083)<br>**LIEFF CABRASER HEIMANN &**<br>**BERNSTEIN**<br>275 Battery Street, Fl. 29<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Email: slondon@lchb.com<br><br>RACHEL B. ABRAMS (SBN 209315)<br>**PEIFFER WOLF CARR KANE**<br>**CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: (415) 426-5641<br>Email: rabrams@peifferwolf.com<br><br>ROOPAL P. LUHANA *(Pro Hac Vice)*<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Fl. 12<br>New York, NY 10016<br>Telephone: (888) 480-1123<br>Email: luhana@chaffinluhana.com<br><br>*Co-Lead Counsel for Plaintiffs* |

-2-

STIPULATION REGARDING SEALING MATERIALS PRODUCED                    Case No. 3:23-MD-3084-CRB
ON JANUARY 16, 2024 PURSUANT TO COURT'S JANUARY 9, 2024 ORDER

**STIPULATION**

**WHEREAS**, on January 9, 2024, the Court granted in part and denied in part Plaintiffs' Motion to Enforce PTO No. 2 and to Compel Defendants to Produce Litigation Hold and Preservation Information ("January 9 Order");

**WHEREAS,** on January 16, 2024, Uber produced to Plaintiffs the letter and charts included in Exhibit A to Uber's Notice of Lodging of Materials Produced on January 16, 2024 pursuant to the Court's January 9, 2024 Order ("Exhibit A");

**WHEREAS,** on January 19, 2024, this Court held a Case Management Conference at which Uber proposed making an "under seal submission" of the Exhibit A materials to Magistrate Judge Cisneros, Tr. 34:17-24;

**WHEREAS,** Magistrate Judge Cisneros agreed and instructed Uber to submit the Exhibit A materials "under seal," Tr. 35:4–5, 14–17; and

**WHEREAS,** Counsel for Plaintiffs expressed that she had "no concerns" about Uber's filing the Exhibit A materials under seal, Tr. 35:2–3.

**THEREFORE**, the parties respectfully request the Court enter the parties' stipulation that:

The materials filed as Exhibit A to Uber's Notice of Lodging of Materials Produced on January 16, 2024 pursuant to the Court's January 9, 2024 Order be filed under seal.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: January 23, 2024 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 2 | | |
| 3 | | By: /s/ *Randall S. Luskey*<br>  ROBERT ATKINS |
| 4 | | RANDALL S. LUSKEY<br>KYLE N. SMITH |
| 5 | | JESSICA E. PHILLIPS<br>CAITLIN E. GRUSAUSKAS<br>ANDREA M. KELLER |
| 6 | | |
| 7 | | *Attorneys for Defendants*<br>UBER TECHNOLOGIES, INC., |
| 8 | | RASIER, LLC, and RASIER-CA, LLC |

Dated: January 23, 2024

By: /s/ *Sarah R. London*
Sarah R. London (SBN 267083)
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com


By: /s/ *Rachel B. Abrams*
Rachel B. Abrams (SBN 209315)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com


By: /s/ *Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

## FILER'S ATTESTATION

I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: January 23, 2024          By:   */s/ Randall S. Luskey*
                                       Randall S. Luskey