1  ROBERT ATKINS (*Admitted Pro Hac Vice*)
       ratkins@paulweiss.com
2  CAITLIN E. GRUSAUSKAS (*Admitted Pro Hac Vice*)
       cgrusauskas@paulweiss.com
3  ANDREA M. KELLER (*Admitted Pro Hac Vice*)
       akeller@paulweiss.com
4  **PAUL, WEISS, RIFKIND, WHARTON**
     **& GARRISON LLP**
5  1285 Avenue of the Americas
   New York, NY 10019
6  Telephone: (212) 373-3000

7  RANDALL S. LUSKEY (SBN: 240915)
       rluskey@paulweiss.com
8  MARC PRICE WOLF
       mpricewolf@paulweiss.com (SBN: 254495)
9  **PAUL, WEISS, RIFKIND, WHARTON**
     **& GARRISON LLP**
10 535 Mission Street, 24th Floor
   San Francisco, CA 94105
11 Telephone: (628) 432-5100

12 *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.;
13 RASIER, LLC; and RASIER-CA, LLC

14 *[Additional Counsel Listed on Following Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-MD-3084-CRB<br><br>**DECLARATION OF RANDALL S. LUSKEY IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL MATERIALS PRODUCED ON JANUARY 16, 2024 PURSUANT TO JANUARY 9, 2024 ORDER**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor<br><br>*(Filed Concurrently with Administrative Motion to Seal Materials, Stipulation, Notice of Lodging of Materials, [Proposed] Order)* |

1  KYLE SMITH (*Admitted Pro Hac Vice*)
     ksmith@paulweiss.com
2  JESSICA PHILLIPS (*Admitted Pro Hac Vice*)
     jphillips@paulweiss.com
3  **PAUL, WEISS, RIFKIND, WHARTON**
     **& GARRISON LLP**
4  2001 "K" Street, NW
   Washington, DC 20006
5  Telephone: (202) 223-7300

6  *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.; RASIER, LLC;
7  and RASIER-CA, LLC

**DECLARATION OF RANDALL S. LUSKEY**

I, Randall S. Luskey, declare as follows:

1. I am a partner at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, representing Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Uber"). I am a member in good standing of the Bar of the State of California. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2. I respectfully make this declaration in support of Uber's Administrative Motion to seal Exhibit A to Uber's Notice of Lodging of Materials Produced on January 16, 2024 pursuant to the Court's January 9, 2024 Order ("Exhibit A"), pursuant to Civil Local Rules 7-11 and 79-5. I have reviewed Exhibit A filed in connection with the Administrative Motion to Seal.

3. Exhibit A includes a list of the full legal names, business titles and employment dates for over 15,000 current and former Uber employees. Exhibit A also includes detailed information about Uber's custodial and non-custodial ESI Sources, such as the specific software systems Uber employs (both at present and historically) for various operational purposes, information related to the manner and methods with which Uber employees communicate with one another and conduct the company's business, and internal corporate policies regarding information retention protocols.

4. The information contained in Exhibit A includes private, commercially sensitive, and proprietary business information about Uber's employees and operations. Exhibit A could reveal Uber's organizational structure, allocation of resources to different facets of the company, and its operational tools and methods. Exhibit A would also expose the personal, private information of over 15,000 individuals. In other words, Exhibit A contains competitively sensitive and proprietary information, the disclosure of which could cause harm to Uber.

5. The Exhibit A materials to be sealed contain only the sensitive information which Uber's Motion is intended to protect from public dissemination.

6. Uber designated and stamped all materials contained in Exhibit A as "CONFIDENTIAL" under the Protective Order governing this litigation at the time it produced those materials to Plaintiffs on January 16, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 23, 2024 in San Francisco, California.

*/s/ Randall S. Luskey*
Randall S. Luskey