1  ROBERT ATKINS (*Admitted Pro Hac Vice*)
      ratkins@paulweiss.com
2  CAITLIN E. GRUSAUSKAS (*Admitted Pro Hac Vice*)
      cgrusauskas@paulweiss.com
3  ANDREA M. KELLER (*Admitted Pro Hac Vice*)
      akeller@paulweiss.com
4  **PAUL, WEISS, RIFKIND, WHARTON**
      **& GARRISON LLP**
5  1285 Avenue of the Americas
   New York, NY 10019
6  Telephone: (212) 373-3000

7  RANDALL S. LUSKEY (SBN: 240915)
      rluskey@paulweiss.com
8  MARC PRICE WOLF
      mpricewolf@paulweiss.com (SBN: 254495)
9  **PAUL, WEISS, RIFKIND, WHARTON**
      **& GARRISON LLP**
10 535 Mission Street, 24th Floor
   San Francisco, CA 94105
11 Telephone: (628) 432-5100

12 *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.;
13 RASIER, LLC; and RASIER-CA, LLC

14 *[Additional Counsel Listed on Following Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-MD-3084-CRB<br><br>**NOTICE OF LODGING OF MATERIALS PRODUCED ON JANUARY 16, 2024 PURSUANT TO COURT'S JANUARY 9, 2024 ORDER**<br><br>Judge:       Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor<br><br>*(Filed Concurrently with Administrative Motion to Seal Materials, Stipulation, Declaration of Randall S. Luskey, and [Proposed] Order)* |

-2-

1  KYLE SMITH (*Admitted Pro Hac Vice*)
      ksmith@paulweiss.com
2  JESSICA PHILLIPS (*Admitted Pro Hac Vice*)
      jphillips@paulweiss.com
3  **PAUL, WEISS, RIFKIND, WHARTON**
      **& GARRISON LLP**
4  2001 "K" Street, NW
   Washington, DC 20006
5  Telephone: (202) 223-7300

6  *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.; RASIER, LLC;
7  and RASIER-CA, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# NOTICE OF LODGING

Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Uber") hereby provide the Court with a copy of the materials it produced to Plaintiffs on January 16, 2024 pursuant to the Court's January 9, 2024 Order (ECF No. 159). Those materials are attached as **Exhibit A** to this Notice.

This Notice is filed concurrently with an Administrative Motion to Seal Exhibit A, in accordance with the colloquy with the Court during the January 19, 2024 Case Management Conference. Tr. at 35: 4–5, 14–19 ("Please submit it to my chambers under seal. . . . And just to be clearer, could you file it as opposed to just sending it to my chambers, but file it under seal[.]").

DATED:  January 23, 2024

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /*s/ Randall S. Luskey*
     RANDALL S. LUSKEY
     ROBERT ATKINS

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

# EXHIBIT A
# CONFIDENTIAL
# FILED UNDER SEAL