ROBERT ATKINS (*Admitted Pro Hac Vice*)
  ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Admitted Pro Hac Vice*)
  cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Admitted Pro Hac Vice*)
  akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000

RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
MARC PRICE WOLF
  mpricewolf@paulweiss.com (SBN: 254495)
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Following Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-MD-3084-CRB<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor<br><br>*(Filed Concurrently with Administrative Motion to Seal Materials, Stipulation, Declaration of Randall S. Luskey, Notice of Lodging of Materials, and [Proposed] Order)* |

CERTIFICATE OF SERVICE                                Case No. 3:23-MD-3084

KYLE SMITH (*Admitted Pro Hac Vice*)
  ksmith@paulweiss.com
JESSICA PHILLIPS (*Admitted Pro Hac Vice*)
  jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
2001 "K" Street, NW
Washington, DC 20006
Telephone: (202) 223-7300

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.; RASIER, LLC;
and RASIER-CA, LLC

# CERTIFICATE OF SERVICE

I, Randall S. Luskey, declare that I am a citizen of the United States and employed in the City and County of San Francisco, CA. I am over the age of 18 and not a party to this action. I am a Partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP and my business address is 535 Mission Street, 24th Floor, San Francisco, CA 94105.

I further declare that on January 23, 2024, a true and correct copy of the <u>Non-Redacted</u> version of the following document:

**EXHIBIT A TO DEFENDANTS' NOTICE OF LODGING OF MATERIALS PRODUCED ON JANUARY 16, 2024 PURSUANT TO JANUARY 9, 2024 ORDER**

was served pursuant to Civil L.R. 5(a) by providing a true copy thereof addressed to each of the persons named below:

| | |
|---|---|
| Sarah R. London | Rachel B. Abrams |
| **LIEFF CABRASER HEIMANN & BERNSTEIN** | **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP** |
| 275 Battery Street, Floor 29 | 555 Montgomery Street, Suite 820 |
| San Francisco, CA 94111 | San Francisco, CA 94111 |
| Email: slondon@lchb.com | Email: rabrams@peifferwolf.com |

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 23, 2024, at San Francisco, California.

*/s/ Randall S. Luskey*
Randall S. Luskey