ROBERT ATKINS (*Admitted Pro Hac Vice*)
   ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Admitted Pro Hac Vice*)
   cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Admitted Pro Hac Vice*)
   akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000

RANDALL S. LUSKEY (SBN: 240915)
   rluskey@paulweiss.com
MARC PRICE WOLF
   mpricewolf@paulweiss.com (SBN: 254495)
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-MD-3084-CRB<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:     Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

1  KYLE SMITH (*Admitted Pro Hac Vice*)
    ksmith@paulweiss.com
2  JESSICA PHILLIPS (*Admitted Pro Hac Vice*)
    jphillips@paulweiss.com
3  **PAUL, WEISS, RIFKIND, WHARTON**
    **& GARRISON LLP**
4  2001 "K" Street, NW
   Washington, DC 20006
5  Telephone: (202) 223-7300

6  *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.;
7  RASIER, LLC; and RASIER-CA, LLC

## STATEMENT OF NON-OPPOSITION

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Uber") hereby submit this statement in response to Plaintiffs' Administrative Motion to Consider whether Another Party's Material Should be Sealed (hereinafter, the "Motion"), filed on January 8, 2024. The Motion addressed whether the materials filed as Exhibit A to the Supplemental Declaration of Roopal P. Luhana in Support of Plaintiffs' Motion to Enforce PTO No. 2 and to compel Uber to produce litigation hold and preservation information (ECF No. 185). On January 16, 2024, the Parties filed a stipulation to a one-week extension of the time for Uber to respond to Plaintiffs' Administrative Motion, so that Uber may further consider whether to keep Exhibit A under seal. The Court granted the stipulation on January 17, 2024. Uber hereby states that it does not seek to maintain Exhibit A (ECF No. 184-1) under seal.

DATED:  January 23, 2024

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:   /*s/ Randall S. Luskey*
        RANDALL S. LUSKEY
        ROBERT ATKINS

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC