UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTATIVE MOTION TO ENLARGE TIME TO SUBMIT COMPETING PROPOSED ORDERS AND FACTS SHEETS PURSUANT TO CIVIL L.R. 6-3**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

**[PROPOSED] ORDER**

The Court having considered Defendants' Administrative Motion to Enlarge Time to Submit Joint or Competing Proposed Orders and Facts Sheets (the "Motion"), all other papers and evidence submitted in support and opposition, the pertinent pleadings and papers on file in this action, and the arguments of counsel, and all other matters presented to the Court, the Court hereby rules as follows:

1. Defendants' Motion is GRANTED.

2. The deadline for the parties to submit joint or competing proposed orders and facts sheets shall be extended to January 31, 2024.

**IT IS SO ORDERED.**

Date: _____, 2024            _____
                                        HON. CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE