# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO SEAL MATERIALS PRODUCED ON JANUARY 16, 2024 PURSUANT TO JANUARY 9, 2024 ORDER<br><br>Judge:    Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

**[PROPOSED] ORDER**

Having considered Defendants' January 23, 2024 Administrative Motion to Seal related to Exhibit A of Defendants' Notice of Lodging of Materials Produced on January 16, 2024 Pursuant to January 9, 2024 Order, the Court for good cause hereby **ORDERS** that the following materials remain under seal:

| Document |
|---|
| Exhibit A to Defendants' Notice of Lodging of Materials Produced on January 16, 2024 Pursuant to January 9, 2024 Order. ECF No. 217-4 |

**IT IS SO ORDERED.**

Dated: 1/24/24

HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE