| | |
|---|---|
| 1 | RANDALL S. LUSKEY (SBN: 240915) |
| | rluskey@paulweiss.com |
| 2 | **PAUL, WEISS, RIFKIND, WHARTON** |
| | **& GARRISON LLP** |
| 3 | 535 Mission Street, 24th Floor |
| | San Francisco, CA 94105 |
| 4 | Telephone: (628) 432-5100 |
| | Facsimile:  (628) 232-3101 |
| 5 | |
| 6 | ROBERT ATKINS (*Pro Hac Vice* admitted) |
| | ratkins@paulweiss.com |
| 7 | CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted) |
| | cgrusauskas@paulweiss.com |
| 8 | ANDREA M. KELLER (*Pro Hac Vice* admitted) |
| | akeller@paulweiss.com |
| 9 | **PAUL, WEISS, RIFKIND, WHARTON** |
| | **& GARRISON LLP** |
| 10 | 1285 Avenue of the Americas |
| | New York, NY 10019 |
| 11 | Telephone: (212) 373-3000 |
| | Facsimile:  (212) 757-3990 |

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING LETTER BRIEFING ON PRODUCTION OF DOCUMENTS FROM OTHER SEXUAL ASSAULT CASES UNDER PTO NO. 5 AND EXTENSION OF TIME IN WHICH TO SUBMIT PROPOSED PRIVILEGE LOG ORDERS AND PROPOSED FACT SHEETS** |
| This Document Relates to: | |
| ALL ACTIONS | Judge:       Hon. Lisa J. Cisneros |
| | Courtroom: G – 15th Floor |

| | |
|---|---|
| 1  KYLE N. SMITH (*Pro Hac Vice* admitted)<br>   ksmith@paulweiss.com<br>2  JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)<br>   jphillips@paulweiss.com<br>3  **PAUL, WEISS, RIFKIND, WHARTON<br>   & GARRISON LLP**<br>4  2001 K Street, NW<br>   Washington DC, 2006<br>5  Telephone: (202) 223-7300<br>   Facsimile:  (202) 223-7420<br><br>*Attorneys for Defendants*<br>UBER TECHNOLOGIES, INC.,<br>RASIER, LLC, and RASIER-CA, LLC | SARAH R. LONDON (SBN 267083)<br>**LIEFF CABRASER HEIMANN &<br>BERNSTEIN**<br>275 Battery Street, Fl. 29<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Email: slondon@lchb.com<br><br>RACHEL B. ABRAMS (SBN 209315)<br>**PEIFFER WOLF CARR KANE<br>CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: (415) 426-5641<br>Email: rabrams@peifferwolf.com<br><br>ROOPAL P. LUHANA *(Pro Hac Vice)*<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Fl. 12<br>New York, NY 10016<br>Telephone: (888) 480-1123<br>Email: luhana@chaffinluhana.com<br><br>*Co-Lead Counsel for Plaintiffs* |

**STIPULATION**

**WHEREAS,** on December 28, 2023, the Court ordered Defendants to produce "all documents Defendants produced in any other Uber sexual assault cases, including arbitrations, and any other cases about the 'Safe Rides Fee,' including any associated privilege logs," setting February 8, 2024, as the date by when Defendants shall endeavor to complete those productions. Pretrial Order No. 5, Dkt. No. 175 at 4.

**WHEREAS,** on January 19, 2024, Defendants raised at the Case Management Conference concerns regarding the production of case-specific documents from previously-resolved cases.

**WHEREAS,** on January 19, 2024, the parties agreed to submit a stipulated order setting a briefing schedule concerning Defendants' motion to modify Pretrial Order No. 5.

**WHEREAS,** on December 28, 2023, the Court ordered that by "January 15, 2024, Co-Lead Counsel and Defendants shall submit joint or competing proposed orders, along with joint or competing facts sheets." Pretrial Order No. 5, Dkt. No. 175 at 3.

**WHEREAS,** on January 11, 2024, the parties filed a joint stipulation stating that they would file by January 24, 2024, their "joint or competing proposed orders, along with joint or competing fact sheets." Dkt. No. 198 at 3.

**WHEREAS,** on January 15, 2024, the parties stated in their Joint Case Management Conference Statement that they would file joint or competing Privileged Materials Order proposals by January 24, 2024. Dkt. No. 207 at 4-5.

**WHEREAS,** the parties are meeting and conferring regarding the fact sheets and the Privileged Materials Order and require a short extension of the deadline for both submissions in order to further narrow the disputes and thoroughly brief the remaining areas of disagreement.

**WHEREAS,** on January 23, 2024, Uber filed a motion for an extension of time in which to file the proposed plaintiff and defense fact sheets in part because of a family tragedy that Plaintiffs' counsel was unaware of. Dkt. No. 219.

**WHEREAS,** Uber agreed to withdraw its motion for an extension of time in which to file the proposed plaintiff and defense fact sheets in light of this stipulation.

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:23-MD-03084

**THEREFORE,** the parties respectfully request the Court enter the parties' stipulation that:

(1)   With regard to Uber's motion to modify Pretrial Order No 5, Uber shall file its opening brief of no more than ten (10) pages on the scope of discovery required for productions of other case documents, with an opening brief due by February 6, 2024.  Plaintiffs shall file their opposition brief of no more than ten (10) pages by February 20, 2024.  Subject to the Court's availability, a hearing date shall be set for February 22, 2024.

(2)   With regard to the privileged materials submission, the parties will file joint or competing Privileged Materials Order proposals by January 26, 2024.  The parties will hold a final meet and confer no later than noon PST on January 25, 2024.

(3)   With regard to the proposed plaintiff and defense fact sheets, the parties will file joint or competing plaintiff and defense fact sheets by January 31, 2024.  The parties will exchange their final proposals no later than close of business PST on January 26, 2024, and will hold a final meet and confer no later than close of business PST on January 29, 2024.

**IT IS SO STIPULATED.**

Dated: January 24, 2024

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Randall S. Luskey*
    ROBERT ATKINS
    RANDALL S. LUSKEY
    KYLE N. SMITH
    JESSICA E. PHILLIPS
    CAITLIN E. GRUSAUSKAS
    ANDREA M. KELLER

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

| | |
|---|---|
| Dated: January 24, 2024 | Respectfully submitted,<br><br>By: */s/ Sarah R. London*<br>    Sarah R. London<br>    (SBN 267083)<br><br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>slondon@lchb.com<br><br>By: */s/ Rachel B. Abrams*<br>    Rachel B. Abrams<br>    (SBN 209316)<br><br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: (415) 426-5641<br>Facsimile: (415) 840-9435<br>rabrams@peifferwolf.com<br><br>By: */s/ Roopal P. Luhana*<br>    Roopal P. Luhana<br><br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, 12th Floor<br>New York, NY 10016<br>Telephone: (888) 480-1123<br>Facsimile: (888) 499-1123<br>luhana@chaffinluhana.com<br><br>*Co-Lead Counsel* |

**FILER'S ATTESTATION**

I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated:  January 24, 2024     By:     */s/ Randall S. Luskey*
                                     Randall S. Luskey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING LETTER BRIEFING ON PRODUCTION OF DOCUMENTS FROM OTHER SEXUAL ASSAULT CASES UNDER PTO NO. 5 AND EXTENSION OF TIME IN WHICH TO SUBMIT PROPOSED PRIVILEGE LOG ORDERS AND PROPOSED FACT SHEETS**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

The Court hereby GRANTS the parties' stipulation as follows:

1. With regard to Uber's motion to modify Pretrial Order No 5, Uber shall file its opening brief of no more than ten (10) pages on the scope of discovery required for productions of other case documents, with an opening brief due by February 6, 2024. Plaintiffs shall file their opposition brief of no more than ten (10) pages by February 20, 2024. A hearing date shall be set for February 22, 2024.

2. With regard to the privileged materials submission, the parties will file joint or competing Privileged Materials Order proposals by January 26, 2024. The parties will hold a final meet and confer by noon PST on January 25, 2024.

3. With regard to the proposed plaintiff and defense fact sheets, the parties will file joint or competing plaintiff and defense fact sheets by January 31, 2024. If the parties submit competing proposals, each shall submit a memorandum (not to exceed ten pages) in support of each party's proposed plaintiff fact sheet and a memorandum (not to exceed ten pages) in support of each party's proposed defense fact sheet. The parties will exchange their final proposals no later than close of business PST on January 26, 2024, and will hold a final meet and confer no later than close of business PST on January 29, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____, 2024

HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE