UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER AS MODIFIED REGARDING LETTER BRIEFING ON PRODUCTION OF DOCUMENTS FROM OTHER SEXUAL ASSAULT CASES UNDER PTO NO. 5 AND EXTENSION OF TIME IN WHICH TO SUBMIT PROPOSED PRIVILEGE LOG ORDERS AND PROPOSED FACT SHEETS**<br><br>Judge:     Hon. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

The Court hereby GRANTS the parties' stipulation as follows:

1. With regard to Uber's motion to modify Pretrial Order No 5, Uber shall file its opening brief of no more than ten (10) pages on the scope of discovery required for productions of other case documents, with an opening brief due by February 6, 2024. Plaintiffs shall file their opposition brief of no more than ten (10) pages by 12:00 p.m. on February 20, 2024. A hearing date shall be set for February 22, 2024, at 3:00 p.m., via Zoom videoconference.

2. With regard to the privileged materials submission, the parties will file joint or competing Privileged Materials Order proposals by January 26, 2024. The parties will hold a final meet and confer by noon PST on January 25, 2024.

3. With regard to the proposed plaintiff and defense fact sheets, the parties will file joint or competing plaintiff and defense fact sheets by January 31, 2024. If the parties submit competing proposals, each shall submit a memorandum (not to exceed ten pages) in support of each party's proposed plaintiff fact sheet and a memorandum (not to exceed ten pages) in support of each party's proposed defense fact sheet. The parties will exchange their final proposals no later than close of business PST on January 26, 2024, and will hold a final meet and confer no later than close of business PST on January 29, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: January 24, 2024

HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE