1  RANDALL S. LUSKEY (SBN: 240915)
      rluskey@paulweiss.com
2  **PAUL, WEISS, RIFKIND, WHARTON**
      **& GARRISON LLP**
3  535 Mission Street, 24th Floor
   San Francisco, CA 94105
4  Telephone: (628) 432-5100
   Facsimile:  (628) 232-3101
5
   ROBERT ATKINS (*Pro Hac Vice* admitted)
6     ratkins@paulweiss.com
   CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
7     cgrusauskas@paulweiss.com
   ANDREA M. KELLER (*Pro Hac Vice* admitted)
8     akeller@paulweiss.com
   **PAUL, WEISS, RIFKIND, WHARTON**
9     **& GARRISON LLP**
   1285 Avenue of the Americas
10 New York, NY 10019
   Telephone: (212) 373-3000
11 Facsimile:  (212) 757-3990

12 *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.,
13 RASIER, LLC, and RASIER-CA, LLC

14 *[Additional Counsel Listed on Following Page]*

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                         **SAN FRANCISCO DIVISION**

18

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO ENLARGE TIME TO SUBMIT COMPETING PROPOSED ORDERS AND FACTS SHEETS PURSUANT TO CIVIL L.R. 6-3**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

---

NOTICE OF WITHDRAWAL OF DEFENDANTS'
ADMINISTRATIVE MOTION TO ENLARGE TIME                            Case No. 3:23-md-3084-CRB

- 2 -

1  KYLE N. SMITH (*Pro Hac Vice* admitted)
      ksmith@paulweiss.com
2  JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
      jphillips@paulweiss.com
3  **PAUL, WEISS, RIFKIND, WHARTON**
      **& GARRISON LLP**
4  2001 K Street, NW
   Washington DC, 2006
5  Telephone: (202) 223-7300
   Facsimile:  (202) 223-7420
6
   *Attorney for Defendants*
7  UBER TECHNOLOGIES, INC.,
   RASIER, LLC, and RASIER-CA, LLC
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF WITHDRAWAL OF DEFENDANTS'
ADMINISTRATIVE MOTION TO ENLARGE TIME                                    Case No. 3:23-md-3084-CRB

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Uber Technologies, Inc., Rasier, LLC and Rasier-CA, LLC (collectively, "Uber") respectfully submits this notice of withdrawal of their motion pursuant to Civil Local Rule 7-7(e).

On December 28, 2023, the Court issued Pretrial Order No. 5: Discovery Schedule and Initial Motions ("Pretrial Order No. 5") and ordered the parties to meet and confer regarding "the scope and terms of Plaintiff-related discovery, including plaintiff and defense fact sheets." ECF No. 175 at 3. Pretrial Order No. 5 further directed the parties to submit joint or competing proposed orders, along with joint or competing fact sheets, by January 15, 2024. *Id.* On January 11, 2024, the Court granted the parties' stipulation to extend the deadline for submitting joint or competing proposals to January 24, 2024. ECF No. 198 at 3, 6.

On January 23, 2024, Uber filed a motion ("Motion") to enlarge the time to submit competing proposed orders and fact sheets pursuant to Civil Local Rule 6-3. ECF No. 219. The Motion requested that the January 24, 2024 deadline be extended to January 31, 2024. *Id.* at 1. On January 24, 2024, the parties filed a stipulation agreeing to extend the January 24, 2024 deadline for submitting proposed orders and fact sheets to January 31, 2024. ECF No. 222 at 4.

Accordingly, Uber respectfully requests that the Court take the Motion off calendar. Filing of this notice of withdrawal is timely pursuant to Civil Local Rule 7-7(e).

DATED: January 24, 2024

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:   */s/ Randall S. Luskey*
   RANDALL S. LUSKEY
   ROBERT ATKINS

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC