# EXHIBIT A
# [previously filed under seal at ECF 185-3]

## Business Title

Accommodations Program Manager
Account Coordinator
Account Coordinator, Eats SMB (Sales Plan)
Account Coordinator, Eats SMB ANZ (Sales Plan)
Account Coordinator, Uber for Business
Account Executive
Account Executive
Account Executive
Account Executive
Account Executive
Account Executive
Account Executive
Account Executive
Account Executive
Account Executive
Account Executive
Account Executive
Account Executive
Account Executive
Account Executive
Account Executive
Account Executive
Account Executive - North New Jersey
Account Executive - Upstate New York
Account Executive - Upstate New York
Account Executive Enterprise, Uber Shuttle Brazil
Account Executive Mid-Market, Uber for Business
Account Executive Mid-Market, Uber for Business
Account Executive, Brooklyn
Account Executive, Brooklyn
Account Executive, Carrier Sales
Account Executive, Eats (Annual Plan)
Account Executive, Eats Enterprise
Account Executive, Eats Enterprise (Sales Plan)
Account Executive, Eats SMB (Sales Plan)
Account Executive, Grocery & Retail
Account Executive, Grocery & Retail
Account Executive, Grocery & Retail
Account Executive, Manhattan
Account Executive, Manhattan
Account Executive, Mid - Market
Account Executive, New Verticals
Account Executive, New York City
Account Executive, New York City
Account Executive, North Jersey
Account Executive, Portland
Account Executive, Portland

UBER-MDL3084-000000001

Account Executive, Queens
Account Executive, SMB
Account Executive, U4B
Account Executive, U4B Enterprise (Sales Plan)
Account Executive, U4B Enterprise (Sales Plan)
Account Executive, Uber for Business
Account Executive, Uber Health
Account Management Lead, Uber Health
Account Manager
Account Manager
Account Manager
Account Manager
Account Manager
Account Manager
Account Manager
Account Manager
Account Manager
Account Manager
Account Manager
Account Manager
Account Manager
Account Manager
Account Manager
Account Manager
Account Manager
Account Manager
Account Manager
Account Manager
Account Manager
Account Manager
Account Manager
Account Manager
Account Manager (Automotive Vertical), Uber for Business
Account Manager I
Account Manager I (Annual Plan)
Account Manager I (Annual Plan)
Account Manager I (Annual Plan)
Account Manager I (Annual Plan)
Account Manager I (Annual Plan)
Account Manager I (Annual Plan)
Account Manager I (Annual Plan)
Account Manager II (Annual Plan)
Account Manager, Ads Sales (Sales Plan)
Account Manager, Atlanta
Account Manager, Brooklyn
Account Manager, Brooklyn
Account Manager, Eats Enterprise
Account Manager, Eats Enterprise
Account Manager, Eats Enterprise (Sales Plan)
Account Manager, Eats SMB
Account Manager, Freight
Account Manager, Freight
Account Manager, Freight (Sales Plan)

UBER-MDL3084-000000002

Account Manager, Freight (Sales Plan) - Uber Freight
Account Manager, Grocery & Retail
Account Manager, Miami
Account Manager, North New Jersey/Staten Island
Account Manager, NV Intl Enterprise (Sales Plan)
Account Manager, SMB
Account Manager, Southeast
Account Manager, U4B
Account Manager, Uber Direct, Eats / Restaurants
Account Manager, Uber Eats
Account Manager, Uber for Business
Account Manager, Uber Freight
Account Manager, Uber Freight
Account Manager, Uber Health
Account Manager, Uber Health
Account Manager, Uber Health
Account Operations Manager
Account Payable Specialist
Account Representative
Account Representative
Account Representative
Account Representative
Account Representative
Account Representative
Account Representative
Account Representative
Account Representative
Account Representative
Account Representative
Account Representative
Account Representative - New York City
Account Representative - NYC
Account Representative - Upstate New York
Account Representative - Upstate New York
Account Representative / Account Executive, Philadelphia & NJ
Account Representative, Brooklyn
Account Representative, Chicago
Account Representative, Eats
Account Representative, Eats
Account Representative, Eats
Account Representative, Eats
Account Representative, Eats
Account Representative, Eats SMB ANZ (Sales Plan)
Account Representative, Egypt
Account Representative, Grocery & Retail
Account Representative, Grocery & Retail
Account Representative, Los Angeles
Account Representative, Manhattan
Account Representative, Manhattan
Account Representative, Manhattan
Account Representative, New Verticals
Account Representative, New York City
Account Representative, North New Jersey
Account Representative, NYC

UBER-MDL3084-000000003

Account Representative, NYC
Account Representative, NYC Suburbs
Account Representative, NYC Suburbs
Account Representative, Sacramento
Account Representative, San Francisco
Account Representative, SMB, Uber for Business
Account Representative, Uber Eats
Account Representative, Uber Eats
Account Representative, Uber Eats
Account Representative, Uber Eats - Italy
Account Representative/Account Executive - New York City (Chinese/Spanish)
Account Representative-Greater Midwest, Uber Eats
Accounts Payable Specialist
Accounts Payable Specialist
Accounts Payable Specialist
Accounts Payable Specialist
Accounts Receivable Shared Services Specialist
Accounts Receivable Specialist
Accounts Receivable Specialist
Acquisition Lead, Global Membership
Acquisitions Manager
Acquisitions Manager
Acquisitions Sr. Manager
Actuarial Analyst
Actuarial Analyst
Actuarial Analyst
Actuarial Analyst
Actuarial Analyst
Actuary
Actuary
Actuary
Actuary
Actuary, Claims
Actuary, Reserving
Administration
Administrative Business Partner
Administrative Business Partner I
Administrative Coordinator
Agente de Atendimento
Agente de Atendimento
Agente de Atendimento
Alliance Partnership Management
Alliance Partnerships Manager, Uber Health
Alliance Partnerships Manager, Uber Health
Ambassador (Event Ops)
Ambassador (Event Ops)
Analyst
Analyst
Analyst
Analyst
Analyst
Analyst
Analyst I
Analyst I

Analyst II
Analyst II
Analyst II, Integrations
Analyst II, Payments
Analyst-Risk and Threat Analysis
Android Engineer - Premium and Reservations
Android Engineer I
Android Engineer II - Rider App
ANZ Platform Safety Lead
AP Operations Specialist
APACx Performance Marketing - Strategy & Planning Manager
APM Program Lead
Applications Developer I
Applications Developer II
Applications Developer II
Applications Developer II
Applications Developer II
Applications Developer II
Applications Developer II
Applications Developer II
Applications Developer II
Applications Developer II
Applications Developer II
Applications Developer II
Applications Developer II
Applications Developer II
Applied Science Manager II
Applied Scientist I
Applied Scientist I
Applied Scientist II
Applied Scientist II
Applied Scientist II
Applied Scientist II
Applied Scientist II
Applied Scientist II
Applied Scientist II
Applied Scientist II
Applied Scientist II
Applied Scientist II
Applied Scientist II
Applied Scientist II
Applied Scientist II
Applied Scientist II
Applied Scientist II
Applied Scientist II
Applied Scientist II
Applied Scientist II
Applied Scientist II
Applied Scientist II
Applied Scientist II
Applied Scientist II
Applied Scientist II
Applied Scientist II
Applied Scientist II

Applied Scientist II
Applied Scientist II
Applied Scientist II
Applied Scientist II
Applied Scientist II - Marketplace Fairness
Applied Scientist II, Legal Data & Economics
Applied Scientist PhD Intern
Applied Scientist PhD Intern
Apprentice Manager
Apprentice Manager
Apprentice Manager
Apprentice Manager, Data Analyst
Apprentice Manager, Data Science
Apprentice Manager, Engineering
Apprentice Manager, Risk Strategy
Art Director
Art Director
Art Director I
Art Director, Digital
Art Director, Editorial
ASR Project Manager
Asset Protection Manager
Assistant Paralegal II, Employment
Assistant Paralegal, Corporate
Assoc Manager, Account Management
Assoc Manager, Carrier Sales
Assoc Manager, Freight Account Management
Assoc Manager, Freight Account Management
Associate - Strategic Finance - Community Operations
Associate Account Executive, Eats Enterprise (Sales Plan)
Associate Account Executive, Eats Enterprise (Sales Plan)
Associate Account Manager, Eats Enterprise (Sales Plan)
Associate Client Partner, New Verticals
Associate Counsel, Privacy & Cybersecurity
Associate Counsel, Privacy & Cybersecurity, APAC
Associate Counsel, Regulatory, New Mobility
Associate Counsel, West Region
Associate Creative Director
Associate Creative Director, Delivery
Associate Creative Director, Delivery
Associate Creative Director, Mobility
Associate Creative Director, Mobility
Associate Creative Director, Mobility
Associate Creative Resource Manager
Associate Design Director, Brand Experiences
Associate Design Director, Digital
Associate Design Director, Illustration
Associate Designer, Performance Creative
Associate Employee Relations Partner
Associate General Counsel
Associate General Counsel, APAC
Associate General Counsel, Corporate Legal and Assistant Corporate Secretary
Associate General Counsel, EMEA & APAC
Associate General Counsel, Enterprise Commercial

Associate General Counsel, Global Compliance
Associate General Counsel, Global Labor and Employment
Associate General Counsel, IP & Marketing
Associate General Counsel, IP, Ads & Marketing
Associate General Counsel, LATAM
Associate General Counsel, LATAM
Associate General Counsel, Litigation, Regulatory & Competition
Associate General Counsel, Privacy & Cybersecurity
Associate General Counsel, Safety & Core Services
Associate GM - Current Operations
Associate HR Business Partner
Associate HR Business Partner
Associate HR Business Partner
Associate HR Business Partner
Associate HR Business Partner
Associate Implementation Manager, Uber for Business
Associate Manager II, Data Analytics
Associate Manager, Implementation, Uber for Business
Associate Manager, Load Visibility
Associate Partner Manager
Associate Partner Manager
Associate Partner Manager
Associate Partner Manager
Associate Partner Manager, National
Associate Partner Manager, National
Associate Partner Manager, Regional Enterprise
Associate Product Manager
Associate Product Manager
Associate Product Manager
Associate Product Manager
Associate Product Manager
Associate Product Manager
Associate Product Manager
Associate Product Manager
Associate Product Manager
Associate Product Manager
Associate Product Manager
Associate Product Manager
Associate Product Manager
Associate Product Manager
Associate Product Manager
Associate Product Manager
Associate Product Manager
Associate Product Manager
Associate Program Manager
Associate Program Manager
Associate Program Manager
Associate Program Manager
Associate Program Manager - Operational Safety
Associate Program Manager, Growth & Incubation
Associate Program Manager, On-Demand Learning
Associate Program Manager, Tech
Associate Program Specialist

Associate Sales Manager, Eats SMB
Associate Technical Sourcer
Associate, Insurance Finance
Associate, Strategic Finance
Associate, Strategic Finance
Associate, Strategic Finance- Marketing
Associate, Strategic Finance, Eats
Associate, Strategy & Planning
ATG Chief Scientist, Head of Uber ATG Toronto
ATG Engineering Lead
Attorney
Australia-Researcher
Autonomy Engineer
Autonomy Hardware Engineer I
Autonomy Hardware Engineer II
Autonomy Hardware Engineer II
Autonomy Hardware Engineer II
Autonomy Hardware Engineer II
Autonomy Hardware Engineer II
Autonomy Hardware Engineer II
Autonomy Test Analyst II
B2B Marketing Manager II, Uber Freight
Backend Engineer - Uber Connect
Backend Engineer II
Backend Engineer II
Backend Engineer II
Backend Engineer II - Customer Platform
Backend Engineer II - Customer Platform
Backend Engineer II - Identity Platform
Backend Engineer II - Rider Verticals, Premium & Reservations
Backend Engineer- Rider Personalization
Backend Engineer- Rider Verticals
Backend Software Engineer
Backend Software Engineer II - Driver Hailables
Bilingual Account Representative - New York City
Bilingual Client Success Specialist, New York City
Bilingual Client Success Specialist, New York City
Board Member
Board Member
Brand & Campaigns Sr. Manager
Brand Designer
Brand Manager I
Brand Manager II, Brand & Campaigns
Brand Marketing Manager II, Delivery
Brazil Public Policy Manager
Business Affairs Manager
Business Analyst
Business Analyst
Business Analyst
Business Analyst - Field Ops
Business Analyst - Field Ops
Business Analyst - Field Ops
Business Analyst - Resource Planning
Business Analyst, Operations II

Business Continuity/Crisis Management Lead
Business Development Associate
Business Development Associate
Business Development Associate
Business Development Director, APAC
Business Development Director, B2B Services
Business Development Director, Brazil
Business Development Director, Earners & Payment
Business Development Director, Payments and Product BD
Business Development Director, Tech & Infrastructure
Business Development Manager
Business Development Manager
Business Development Manager
Business Development Manager
Business Development Manager
Business Development Manager
Business Development Manager
Business Development Manager
Business Development Manager
Business Development Manager
Business Development Manager
Business Development Manager - Platform Strategic Partnerships
Business Development Manager- Colombia, Panama and Caribbean
Business Development Manager, Consumers
Business Development Manager, Earners
Business Development Manager, Enterprise Partnerships
Business Development Manager, Modalities
Business Development Manager, Southern Cone
Business Development Manager, Uber Eats EMEA
Business Development Rep
Business Development Representative
Business Development Representative - Mid Market U4B
Business Development Representative ENT U4B
Business Development Representative Enterprise U4B France
Business Development Representative Mid Market U4B
Business Development Representative Mid Market U4B UK&I
Business Development Representative U4B Mid Market Uk&I
Business Development Representative, U4B
Business Development Representative, U4B
Business Development Representative, Uber for Business
Business Development Representative, Uber for Business
Business Development Representative, Uber for Business
Business Development Representative, Uber for Business
Business Development Representative, Uber for Business
Business Development Representative, Uber for Business
Business Development Representative, Uber for Business
Business Development Representative, Uber for Business
Business Development Representative, Uber for Business
Business Development Representative, Uber for Business
Business Development Representative, Uber for Business
Business Development Representative, Uber for Business
Business Development Representative, Uber Health
Business Development Specialist II
Business Development Team Lead, Uber Health

Business Development, JUMP
Business Intelligence Analyst
Business Intelligence Analyst
Business Operations
Business Programs Manager
Business System Analyst
Business Title Operations Program Manager
Business Unit Controller, JUMP
Canada-EATS Partner Associate
CAO and Global Corporate Controller
Capacity Planner
Capital Markets Reporting Lead - Xchange Leasing
Cargo Claims Sr. Advocate
Cargo Claims Sr. Advocate
Central Marketing Operations Manager
Central Operations Group Lead
Central Operations Group Lead
Central Operations Group Lead
Central Operations Lead
Central Operations Lead - Future of Earners
Central Operations Lead, JUMP
Central Operations Lead, KPIs and Analytics
Central Operations Manager
Central Operations Manager
Central Operations Manager
Central Operations Manager
Central Operations Manager
Central Operations Manager
Central Operations Manager
Central Operations Manager
Central Operations Manager
Central Operations Manager
Central Operations Manager
Central Operations Manager
Central Operations Manager
Central Operations Manager
Central Operations Manager
Central Operations Manager
Central Operations Manager
Central Operations Manager
Central Operations Manager JUMP - EMEA
Central Operations Manager, Eats Operations
Central Operations Manager, JUMP - EMEA
Central Operations Manager, Rider Ops
Central Operations Restaurant Onboarding Lead
Central Ops Comms Specialist
Channel Manager
Chief Business Development Officer
Chief Customer Officer, Drizly
Chief D&I Officer
Chief Economist/VP, Applied Science
Chief Ethics & Compliance Officer
Chief Executive Officer
Chief Executive Officer

Chief Executive Officer
Chief Executive Officer, Korea
Chief Financial Officer
Chief Financial Officer, Korea
Chief Information Officer
Chief Information Officer
Chief Information Security Officer
Chief Legal Officer, General Counsel and Corporate Secretary
Chief Marketing Officer
Chief Marketing Officer
Chief of Staff
Chief of Staff - Core Services
Chief of Staff to the CEO
Chief of Staff, Business Development
Chief of Staff, Business Development, EMEA
Chief of Staff, Freight Operations
Chief of Staff, Global Mobility
Chief of Staff, JUMP
Chief of Staff, Marketing
Chief of Staff, Payments Risk & Identity
Chief of Staff, Product
Chief of Staff, Security
Chief of Staff, US&C Delivery
Chief of Staff, US&C Mobility
Chief Operating Officer
Chief Operations Officer Uber Payments
Chief People Officer
Chief Product and Technology Officer, Drizly
Chief Product Counsel
Chief Product Officer
Chief Product Officer and SVP Engineering
Chief Risk and Compliance Officer
Chief Sales Officer, Korea
Chief Security Officer
Chief Technology Officer
Chief Technology Officer
Chief Technology Officer
Chief Trust & Security Officer
Chief Trust & Security Officer
Citations & Tolls Manager
Citations & Tolls Specialist
Citations & Tolls Specialist
Cities & Launch - Competitive 4
City Fleet Manager
City Fleet Manager, Xchange Leasing
City General Manager - JUMP
City General Manager (ATL) - Scooters
City General Manager (Chicago) - JUMP
City General Manager (Miami) - Scooters
City General Manager (Sacramento) - JUMP
City General Manager (San Diego) - Scooters
City General Operations Manager
City Manager
City Manager

MDL 3084

City Manager
City Manager
City Manager
City Manager
City Marketing Manager - UberEATS Sydney
City Operations
City Operations
City Operations
City Operations
City Operations
City Operations
City Operations
City Operations Manager
City Operations Manager
City Operations Manager, Italy - Uber Eats
City Project Manager - France
Claim Manager - APAC
Claims Actuary
Claims Actuary
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate
Claims Advocate

Claims Advocate 3
Claims Advocate, Emerging Products
Claims Analyst
Claims Assistant
Claims Assistant
Claims Associate
Claims Associate
Claims Associate
Claims Associate
Claims Associate
Claims Associate
Claims Associate
Claims Associate
Claims Associate
Claims Associate
Claims Associate
Claims Associate
Claims Associate
Claims Associate
Claims Associate
Claims Associate
Claims Associate
Claims Associate
Claims Associate
Claims Associate
Claims Associate
Claims Associate
Claims Associate
Claims Associate
Claims Associate
Claims Associate
Claims Associate
Claims Associate
Claims Associate - Weekend
Claims Lead
Claims Lead
Claims Lead
Claims Lead
Claims Lead
Claims Systems Analyst
Claims Team Lead, Weekend Shift
Client Partner, Grocery & Retail
Client Partner, Grocery & Retail
Client Partner, Grocery & Retail
Client Partner, New Verticals
Client Partner, Regional
Client Partner, Regional
Client Strategy Manager, Ads (Uber Eats)
Client Success Carrier Sales
Client Success Specialist
Client Success Specialist
Client Success Specialist, Brooklyn
Client Success Specialist, Dallas - Uber Eats
Client Success Specialist, Los Angeles
Client Success Specialist, Manhattan

13                UBER-MDL3084-000000013

Client Success Specialist, New Jersey/Staten Island
Client Success Specialist, New Orleans
Client Success Specialist, Princeton, New Jersey
Client Success Specialist, Princeton, New Jersey
Client Success Specialist, Queens & Bronx
Client Success Specialist, Uber Eats (Miami)
Client Success, Carrier Sales
Client Success, Carrier Sales
Client Success, Carrier Sales
Client Success, Carrier Sales
COE CSR
COE CSR
COE CSR
COE CSR
COE CSR
COE CSR
COE CSR
COE CSR
COE CSR
COE CSR
COE CSR
COE CSR
COE Learning Lead
COE Specialist - ANZ Eats Marketplace
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I

MDL 3084

COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I
COE Specialist I - ANZ SORT
COE Specialist I - ANZ SORT
COE Specialist I - EMEA Uber Kiosk
COE Specialist I - Global Safety (Manila)
COE Specialist I - GSS APAC MFI
COE Specialist I - U4B
COE Specialist I - US&C CAS - ASR
COE Specialist I - US&C Outreach Innovation
COE Specialist I - USC ASR
COE Specialist I - USC ASR
COE Specialist I - USC ASR
COE Specialist I - USC ASR
COE Specialist I - USC ASR
COE Specialist I - USC ASR
COE Specialist I - USC ASR
COE Specialist I - USC DACT
COE Specialist I - USC Funnel Concierge
COE Specialist I - USC IRT
COE Specialist I - USC IRT
COE Specialist I - USC IRT
COE Specialist I - USC IRT Mixed Safety Initiatives
COE Specialist I - USC IRT Mixed Safety Initiatives
COE Specialist I - USC IRT Mixed Safety Initiatives
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II

CONFIDENTIAL                    15                    UBER-MDL3084-000000015

COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II

COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II

COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II

COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II

MDL 3084

COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II

UBER-MDL3084-000000020

COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II

COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II
COE Specialist II - Freight TONU
COE Specialist II - G&SS GFPS Risk Investigator
COE Specialist II - G&SS Global U4B
COE Specialist II - SME
COE Specialist II - SME
COE Specialist II - U4B
COE Specialist II - U4B
COE Specialist III
COE Specialist III
COE Specialist III
COE Specialist III
COE Specialist III
COE Specialist III
COE Specialist III

COE Specialist III
COE Specialist III
COE Specialist III
COE Specialist III
COE Specialist III
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead
COE Team Lead I
COE Team Lead I

COE Team Lead I
COE Team Lead I
COE Team Lead I
COE Team Lead I
COE Team Lead I
COE Team Lead I
COE Team Lead I
COE Team Lead I
COE Team Lead I
COE Team Lead I
COE Team Lead I
COE Team Lead I
COE Team Lead I
COE Team Lead I
COE Team Lead I
COE Team Lead I
COE Team Lead I
COE Team Lead I
COE Team Lead I
COE Team Lead I
COE Team Lead I
COE Team Lead I
COE Team Lead I
COE Team Lead I
COE Team Lead I
COE Team Lead I
COE Team Lead I
COE Team Lead I - UCS Rides Insights
COE Team Lead I - US Freight
COE Team Lead II
COE Team Lead II
COE Team Lead II
COE Team Lead II
COE Team Lead II
COE Team Lead II
COE Team Lead II
COE Team Lead II
COE Team Lead II
COE Team Lead II
COE Team Lead II
COE Team Lead II
COE Team Lead II
COE Team Lead II
COE Team Lead II
COE Team Lead, SPOT
COE Team Lead, SPOT
COE Team Lead, SPOT
Commercial Strategy and Planning Manager
Communication Associate
Communications Associate
Communications Associate I
Communications Associate I
Communications Associate II
Communications Associate, Central

Communications Designer I
Communications Intern
Communications Lead
Communications Lead, CEE
Communications Lead, Portugal
Communications Lead, Spain
Communications Lead, West
Communications Lead, West
Communications Manager
Communications Manager
Communications Manager, Delivery
Communications Manager, Delivery
Communications Manager, North Region
Communications Manager, Pacific Northwest
Communications Manager, Product
Communications Manager, Safety & Product
Communications Manager, UberEverything
Community Engagement Manager
Community Engagement Manager
Community Manager
Community Manager
Community Manager
Community Manager
Community Operations Associate
Community Operations Manager
Community Operations Manager
Community Operations Manager
Community Operations Manager
Community Operations Manager
Community Operations Manager
Community Operations Manager
Community Operations Manager
Community Operations Manager
Community Operations Manager
Community Operations Manager
Community Operations Manager
Community Operations Manager
Community Operations Manager
Community Operations Manager
Community Operations Manager
Community Operations Manager
Community Operations Manager
Community Operations Manager
Community Operations Manager
Community Operations Manager
Community Operations Manager
Community Operations Manager
Community Operations Manager
Community Operations Manager
Community Operations Manager
Community Operations Manager

Community Operations Manager
Community Operations Manager
Community Operations Manager
Community Operations Manager - Earner Video
Community Operations Manager - Escalation Support
Community Operations Manager - Escalations Support
Community Operations Manager - Escalations Support
Community Operations Manager - Merchant
Community Operations Manager - Merchant
Community Operations Manager - Premium Support
Community Operations Manager - Risk & Compliance
Community Operations Manager - Screenings
Community Operations Manager - Trust & Safety
Community Operations Manager - U4B/Health
Community Operations Manager - US&C IRT
Community Operations Manager, COE
Community Operations Manager, Learning
Community Operations Manager, Special Projects
Community Operations Manager, Strategic Projects
Community Operations Specialist
Community Operations Specialist
Community Outreach Associate II
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative

UBER-MDL3084-000000026

Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative
Community Support Representative (CSR)
Company Secretary
Compensation Business Partner
Complex Claims, Advocate
Complex Claims, Cargo Advocate
Complex Claims, Sr. Advocate
Compliance and Assurance Manager
Compliance and Systems Specialist
Compliance Associate, US Central Ops
Compliance Manager, Sanctions Screening
Compliance Program Lead
Consumer Communications Lead, EMEA
Consumer Communications Lead, UKI
Content Coordinator
Content Coordinator
Content Coordinator
Content Coordinator
Content Designer II
Content Designer II
Content Designer II - Rides Studios
Content Designer II, Product Equity
Content Manager
Content Manager, Security
Content Operations Strategist, US&C
Content Program Specialist
Content Program Specialist
Content Specialist
Content Specialist II - US&C Content
Content Specialist II - US&C Content
Content Specialist III
Content Specialist III
Content Specialist III
Content Specialist III - US&C Content
Content Strategist
Content Strategist/Copywriter II
Content/Project Manager
Contingent Workforce Program Manager EMEA
Controller and Chief Accountant
Copy Director

Copy Director
Copywriter
Copywriter I
Copywriter II
Copywriter II
Cornershopp Employee
Cornershopp Employee
Cornershopp Employee
Cornershopp Employee
Cornershopp Employee
Cornershopp Employee
Cornershopp Employee
Cornershopp Employee
Cornershopp Employee
Cornershopp Employee
Cornershopp Employee
Cornershopp Employee
Cornershopp Employee
Cornershopp Employee
Cornershopp Employee
Cornershopp Employee
Cornershopp Employee
Cornershopp Employee
Cornershopp Employee
Cornershopp Employee
Cornershopp Employee
Cornershopp Employee
Corporate Communications Lead
Corporate Communications Lead, UKI
Corporate Communications, Japan
Corporate Legal Assistant
Counsel
Counsel
Counsel, Central and Eastern Europe
Counsel, Corporate
Counsel, Corporate
Counsel, Delivery
Counsel, Delivery
Counsel, Delivery
Counsel, Delivery
Counsel, Delivery
Counsel, Driver Policy, US
Counsel, Employment, US
Counsel, IP
Counsel, Labour & Employment, North Asia
Counsel, Labour & Employment, Northern & Eastern Europe
Counsel, Litigation
Counsel, Litigation
Counsel, Marketing & Advertising
Counsel, NeMo, EMEA
Counsel, Political Law
Counsel, Privacy & Cybersecurity
Counsel, Privacy & Cybersecurity
Counsel, Privacy & Cybersecurity
Counsel, Privacy & Cybersecurity
Counsel, Product, Eats

Counsel, Product, Rides & Consumer Platform
Counsel, Product, Rides & Consumer Platform
Counsel, Product, U4B
Counsel, Regulatory, Delivery
Counsel, Safety & Insurance Litigation, Brazil
Counsel, Safety & Insurance Litigation, Delivery, US&CAN
Counsel, Safety & Insurance Litigation, High Exposure, AL, US East
Counsel, Safety & Insurance Litigation, High Exposure, GL, US Central
Counsel, Safety & Insurance Litigation, High Exposure, GL, US West
Counsel, Safety & Insurance Litigation, Mobility Volume, US Central & Canada
Counsel, Safety & Insurance Litigation, Mobility Volume, US Central & Canada
Counsel, Safety & Insurance Litigation, Mobility Volume, US Central & Canada
Counsel, Safety & Insurance Litigation, Mobility Volume, US New York
Counsel, Safety & Insurance Litigation, Mobility Volume, US New York
Counsel, Safety & Insurance Litigation, Mobility Volume, US New York
Counsel, Safety & Insurance Litigation, Mobility Volume, US New York
Counsel, Safety & Insurance Litigation, Mobility Volume, US New York
Counsel, Safety & Insurance Litigation, Mobility Volume, US Northeast
Counsel, Safety & Insurance Litigation, Mobility Volume, US Northeast
Counsel, Safety & Insurance Litigation, Mobility Volume, US Northeast
Counsel, Safety & Insurance Litigation, Mobility Volume, US Southeast
Counsel, Safety & Insurance Litigation, US Northwest
Counsel, Safety & Insurance Litigation, US Northwest
Counsel, Safety & Insurance Litigation, US Southwest
Counsel, Safety & Insurance Litigation, US Southwest
Counsel, UK&I
Counsel, UK&I
Counsel, West Region
Country Manager - East Africa
Country Manager, Uber for Business, ANZ
Country Operations Manager - Czech Republic
Country Operations Manager - Romania
Courier Operations Manager, Uber Eats - Netherlands
Creative Associate
Creative Designer I
Creative Designer II
Creative Designer II
Creative Designer II
Creative Designer II
Creative Director
Creative Director
Creative Director
Creative Director, Brand & Campaign Design
Creative Director, Design
Creative Director, Design
Creative Director, Film & Motion
Creative Director, Motion Design
Creative Director, Performance Creative
Creative Manager II
Creative Manager II
Creative Manager II
Creative Operations Lead
Creative Producer

Creative Producer
CRM Associate
CRM Associate
CRM Dev and Data Lead
CRM Manager
CRM Marketing Manager
CRM Marketing Manager
CRM Marketing Manager
CRM Marketing Manager
CRM Marketing Manager
CRM Marketing Manager
CRM Marketing Manager I
CRM Marketing Manager II
CRM Marketing Manager II
CRM Marketing Manager II
CRM Marketing Manager II
CRM Marketing Manager II
CRM Marketing Manager II
CRM Marketing Manager II
CRM Marketing Manager II
CRM Marketing Manager II
CRM Marketing Manager II
CRM Marketing Manager II
CRM Marketing Manager II
CRM Marketing Manager II, U4B
CRM Marketing Manager, Eater Engagement & Co-Marketing
CRM Marketing Manager, Promotions & Incentives
CRM Onboarding Manager
CRM Onboarding Manager I
CRM Onboarding Manager II
CRM Program Manager
CRM Solutions Manager
CRM, Driver Lifecycle Marketing Manager
Croatia Local Operations Manager
CSR Lead
CSR Lead
CSR Lead
CSR Lead
CSR Lead
CSR Lead
CSR Lead
Customer Advocacy Associate
Customer Advocacy Associate
Customer Advocacy Associate
Customer Advocacy Associate
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist

UBER-MDL3084-000000030

Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Care Specialist
Customer Engagement & Operations Specialist, Uber Health
Customer Experience Sr Manager, Germany
Customer Relationship Manager, Driver Lifecycle Lead
Customer Service & Collections (Partner Account) Manager
Customer Service & Collections (Partner Account) Manager
Customer Service & Collections (Partner Account) Manager
Customer Service & Collections Manager
Customer Service & Collections Manager
Customer Service & Collections Training Lead - Xchange Leasing
Customer Service & Collections, Manager
Customer Service and Collections Specialist
Customer Service Specialist
Customer Specialist, C360
Customer Specialist, C360
Customer Specialist, C360
Customer Specialist, C360
Customer Specialist, C360
Customer Specialist, C360
Customer Specialist, C360
Customer Specialist, C360
Customer Specialist, C360
Customer Specialist, C360
Customer Specialist, C360
Customer Specialist, C360
Customer Specialist, C360
Customer Specialist, C360
Customer Specialist, C360
Customer Specialist, C360
Customer Specialist, C360
Customer Specialist, C360
Customer Specialist, C360 Escalation
Customer Specialist, C360 Escalation
Customer Specialist, C360 Escalation
Customer Specialist, C360 Escalation

Customer Specialist, C360 Escalation
Customer Specialist, C360 Escalation
Customer Specialist, C360 Escalation
Customer Specialist, C360 Escalation
Customer Specialist, C360 Escalation
Customer Specialist, C360 Escalation
Customer Success Coordinator
Customer Success Coordinator
Customer Success Coordinator
Customer Success Coordinator - Uber Freight
Customer Success Executive
Customer Success Executive
Customer Success Manager - Online Sales & Success
Customer Support Manager
Customer Support Manager
Customer Support Manager
Customer Support Manager
Customer Support Manager
Customer Support Manager, Night Shift
Customer Support Manager, Transit
Customer Support Specialist, Escalations
Customer Support Specialist, Escalations
Customer Support Team Lead - Merchant Support
Cyber Security Auditor
Data Analyst
Data Analyst
Data Analyst I
Data Analyst I
Data Analyst I
Data Analyst I, Tech
Data Analyst I, Tech
Data Analyst I, Tech
Data Analyst I, Tech
Data Analyst II
Data Analyst II
Data Analyst II
Data Analyst II
Data Analyst II
Data Analyst II
Data Analyst II
Data Analyst II
Data Analyst II
Data Analyst II
Data Analyst II, Business Development
Data Analyst II, CLO Business Operations
Data Analyst II, Global Business Development
Data Analyst II, Global Business Development
Data Analyst II, Tech
Data Analyst II, Tech
Data Analyst II, Tech
Data Analyst II, Tech
Data Analyst II, Tech
Data Analyst II, Tech

UBER-MDL3084-000000032

Data Analyst II, Tech
Data Analyst II, Tech
Data Analyst II, Tech
Data Analyst II, Tech
Data Analyst II, Tech
Data Analyst II, Tech
Data Analyst II, Tech
Data Analyst II, Tech
Data Analyst II, Uber for Business
Data Analyst, Uber for Business
Data Analytics Specialist III - SPOT
Data Analytics Specialist III - SPOT
Data Analytics Specialist III - SPOT
Data Analytics Specialist IV
Data Analytics Specialist IV
Data Analytics Specialist IV - SPOT
Data Analytics Specialist IV - SPOT
Data Analytics Specialist, Risk & Compliance
Data Operations Manager
Data Science and Analytics Lead
Data Science Intern
Data Scientist
Data Scientist
Data Scientist - Core Services, Product Analytics
Data Scientist - Economics & Legal
Data Scientist I
Data Scientist I
Data Scientist I
Data Scientist I
Data Scientist I
Data Scientist I
Data Scientist I
Data Scientist I, Tech
Data Scientist I, Tech
Data Scientist I, Tech
Data Scientist I, Tech
Data Scientist I, Tech
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II

UBER-MDL3084-000000033

Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II
Data Scientist II, Performance Marketing
Data Scientist II, Policy
Data Scientist II, Tech
Data Scientist II, Tech
Data Scientist II, Tech
Data Scientist II, Tech
Data Scientist II, Tech
Data Scientist II, Tech
Data Scientist II, Tech
Data Scientist II, Tech
Data Scientist II, Tech
Data Scientist II, Tech
Data Scientist II, Tech
Data Scientist II, Tech
Data Scientist II, Tech
Data Scientist II, Tech
Data Scientist II, Tech
Data Scientist II, Tech
Data Scientist II, Tech
Data Scientist II, Tech
Data Scientist II, Tech
Data Scientist II, Tech
Data Scientist II, Tech
Data Scientist II, Tech
Data Scientist II, Tech
Data Scientist, Tech Apprentice
Data Scientist, Tech Apprentice
Data Scientist, Tech Apprenticeship
Dealer Support Specialist
Dealer Support Specialist
Dealer Support Specialist
Dealership Account Manager - Xchange Leasing
Decision Scientist - Risk
Decision Scientist - Risk

Decision Scientist - Risk
Decision Scientist / Data Scientist
Decision Scientist I
Decision Scientist I
Decision Scientist I
Decision Scientist I
Decision Scientist I
Decision Scientist II
Decision Scientist II
Decision Scientist II
Decision Scientist II
Decision Scientist II
Decision Scientist II
Decision Scientist II
Decision Scientist II
Decision Scientist II
Decision Scientist II
Decision Scientist II
Decision Scientist II
Decision Scientist II
Decision Scientist II
Decision Scientist II
Decision Scientist II
Decision Scientist, Risk
Decision Scientist, Risk
Defect Rate Lead, US&C Strategic Operations
Delivery Engineering Lead
Deputy Chief of Staff, Uber Eats US/Can
Design Apprentice
Design Apprentice
Design Apprentice
Design Director
Design Engineer II - Base Studio, Design Systems
Design Manager I
Design Manager II
Design Manager II
Design Manager II - Rides Studio
Design Operations Program Manager, Learning & Development
Design Program Manager
Design Program Manager
Design Researcher
Designer
Designer
Designer I, Performance Creative
Designer I, Performance Creative
Designer I, Tech
Designer I, Tech
Designer I, Tech
Designer II
Designer II
Designer II
Designer II
Designer II
Designer II
Designer II

Designer II, Delivery
Designer II, Illustration
Designer II, Illustration
Designer II, Motion
Designer II, Performance Creative
Designer II, Performance Creative
Designer II, Performance Creative
Designer II, Performance Creative
Designer II, Tech
Designer II, Tech
Designer II, Tech
Designer, Digital
Digital Designer
Dir, Enterprise Security
Dir, Head of Finance - Community Operations
Dir, Security Assurance
Direct Commercial S&P, Lead
Director
Director - Security Engineering
Director Business Development, Brand
Director Financial Systems
Director Global Security
Director GM US, Grocery & Retail
Director Head of APAC Mobility Finance
Director Head of Payments, APAC
Director I, Consumer Products
Director I, Emerging Technologies
Director I, Employment, EMEA
Director I, Global Regulatory
Director I, Regulatory
Director I, Transactions
Director II, Transactions
Director II, US Competition
Director of Business Development, ANZ
Director of Communications, ANZ
Director of Compensation
Director of Corporate Communications
Director of Corporate Development and Capital Market
Director of Corporate, Internal, and Product Communications
Director of Engineering
Director of Engineering - Advanced Programs
Director of Engineering Tech Wide Programs
Director of Finance Transformation
Director of Human Resources
Director of Legal & Public Affairs
Director of Marketing, UberFreight
Director of Marketplace & Delivery Partner Operations, Eats ANZ
Director of Operations, NeMo
Director of People Data & Analytics Strategy
Director of Performance Marketing, Uber Eats
Director of Policy and Communication
Director of Policy, Cities and Sustainability
Director of Product
Director of Product - Driver Experience

Director of Product - Vehicles
Director of Product Operations
Director of Programs, Strategy, and Analytics
Director of Public Affairs, Central
Director of Public Policy & Government Affairs, Latin America
Director of Public Policy & Government Relations, Japan
Director of Public Policy, Economics and Research
Director of Public Policy, Payments
Director of Regional Safety, APAC
Director of Risk Management
Director of Sales, Eats Japan
Director of Sales, Uber Works
Director of Strategic Operations, Uber for Business
Director of Strategy & Operations, Customer Engagement Programs
Director of Technical Accounting & Financial Reporting
Director or Tech Efficiency and Innovation
Director, Account Management
Director, Accounting
Director, Accounting
Director, Accounting Transformation
Director, Actuary
Director, Actuary
Director, Ads & Marketing
Director, ANZ
Director, ANZ Mobility Operations
Director, APACx
Director, Applied Science
Director, Applied Science
Director, Applied Science
Director, Applied Science
Director, Applied Science
Director, Applied Science
Director, Autonomous Mobility & Delivery
Director, Business Development
Director, Business Development
Director, Business Development
Director, Business Development
Director, Business Development
Director, Business Development
Director, Business Development
Director, Business Development
Director, Business Development
Director, Business Development Central Operations
Director, Business Development, Consumer, US&C
Director, Business Development, Earners
Director, Business Development, India & SA
Director, Business Development, Japan
Director, Business Development, Middle East and Africa
Director, Business Development, Northern & Eastern Europe
Director, Business Development, Payments
Director, Business Development, U4B
Director, Business Development, Western & Central Eastern Europe
Director, Business Development, Western & Southern Europe
Director, Business Improvement, EMEA

Director, Business Operations
Director, Business Systems
Director, Business Systems
Director, Canada
Director, Capital Markets, Governance and Securities, Assistant Corporate Secretary
Director, Central Operations
Director, Central Operations
Director, Central Operations
Director, Central Operations
Director, Central Operations
Director, Central Operations
Director, Central Ops, Comm Ops
Director, Chief of Staff to Chief Legal Officer
Director, Claims
Director, Claims
Director, Claims
Director, Commerce Operations - EMEA
Director, Commercial & COE
Director, Commercial Transactions
Director, Communications
Director, Communications
Director, Communications
Director, Communications
Director, Communications
Director, Communications
Director, Communications
Director, Communications
Director, Communications
Director, Communications
Director, Communications
Director, Communications - Mexico
Director, Communications India & South Asia
Director, Community Operations
Director, Community Operations
Director, Community Operations
Director, Competition
Director, Competition
Director, Competition
Director, Consumer Operations
Director, Core Ops
Director, Core Technologies
Director, Corporate Development
Director, Corporate Development
Director, Corporate Development
Director, Corporate Development & Capital Markets
Director, Corporate Risk
Director, Counsel
Director, Counsel
Director, Counsel
Director, Counsel
Director, Creative Design
Director, CRM
Director, Customer Experience & Enablement

UBER-MDL3084-000000038

Director, Cyber Defense Engineering
Director, Data Science
Director, Data Science
Director, Data Science
Director, Data Science, Tech
Director, Delivery
Director, Delivery
Director, Delivery Operations - Canada
Director, Delivery Sales Operations
Director, Design
Director, Diversity & Inclusion
Director, Driver Experience
Director, Driver Policy - Litigation, US
Director, Driver Policy, US
Director, Driver Policy, US
Director, Earner Ops
Director, Employee & Executive Communications
Director, Employee Relations
Director, Employment, US
Director, Employment, US
Director, Employment, US
Director, Employment, US
Director, Employment, US
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering

Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering
Director, Engineering - Data Platforms
Director, Engineering - Developer Platforms
Director, Engineering Tools and Experiences
Director, Equity Compensation & HR M&A
Director, ESG Strategy & Engagement
Director, Ethics & Compliance Investigations
Director, Ethics & Compliance, APAC
Director, Ethics & Compliance, EMEA
Director, Ethics & Compliance, LATAM
Director, Executive Recruiting
Director, Financial Operations
Director, Financial Planning & Analysis
Director, Financial Risk Management
Director, FP&A
Director, FP&A
Director, FP&A
Director, FP&A
Director, Freight
Director, Freight Sales (Sales Plan) - Uber Freight
Director, General Manager ACAC (Andean, Central America and the Caribbean)
Director, General Manager Uber Direct ANZ
Director, General Manager, Grocery & Retail Japan
Director, Global Business Development, Central Operations
Director, Global Consumer Lifecycle CRM
Director, Global Content
Director, Global Delivery Partnerships
Director, Global Employment Tax
Director, Global Expansion Products
Director, Global Head of Service Experience
Director, Global Investigations (Americas)
Director, Global Investigations (APAC & EMEA)
Director, Global Investigations (APAC & EMEA)
Director, Global Membership Marketing
Director, Global Operations Strategy & Planning, Uber Eats
Director, Global Ops Compliance
Director, Global Programs & Tech Initiatives, Public Safety
Director, Global Public Safety Response
Director, Global Research & Insights
Director, Global Security
Director, Global Security - Americas
Director, Global Security - Central Programs
Director, Global Security NORAM & LATAM
Director, Global Security, APAC & EMEA
Director, Global Strategic Accounts, Uber for Business
Director, Global Talent & Growth Initiatives

Director, GM
Director, GM
Director, GM
Director, GM
Director, GM
Director, GM
Director, GM
Director, GM
Director, GM
Director, GM
Director, GM
Director, GM
Director, GM
Director, GM
Director, GM
Director, GM
Director, GM
Director, GM - FSA
Director, GM - UKI
Director, GM Andean, Central America and the Caribbean
Director, GM Eats SouthEast US
Director, GM Head of France, Germany & NEE, Uber for Business
Director, GM Head of Uber Transit
Director, GM Head of UK, Uber for Business
Director, GM Northeast
Director, GM, Canada Mobility Operations
Director, GM, Eats, US, West
Director, GM, MENAP - Rides
Director, GM, Mexico
Director, GM, New York & New Jersey
Director, GM, Northeast
Director, GM, Postmates
Director, GM, Southeast
Director, GM, Southwest
Director, Government Affairs & Public Policy Mexico
Director, Grocery & Retail Partnerships
Director, Grocery and Grocery & Retail
Director, Growth Marketing
Director, Head of Central Operations, Airports
Director, Head of Central Operations, MEA
Director, Head of Central Operations, Vehicles
Director, Head of Central Safety
Director, Head of Consumer and Safety Product Marketing
Director, Head of Delivery Brand
Director, Head of Delivery Experience
Director, Head of Earner PMM
Director, Head of Finance - EMEA Mobility
Director, Head of Global Brand
Director, Head of Global Media
Director, Head of Global Partnership Marketing
Director, Head of Global Production
Director, Head of Global U4B Marketing Programs and Operations
Director, Head of Marketing India
Director, Head of Marketing, APAC

Director, Head of North US - Rides
Director, Head of Regional Safety LATAM
Director, Head of Safety, Autonomous Mobility & Delivery
Director, Head of South US - Rides
Director, Head of Strategic Ops, US&C Delivery
Director, Head of Total Rewards
Director, Head of US&C Mobility Marketing
Director, Head of US/CAN Field Operations, Comm Ops
Director, HR Business Partner
Director, HR Business Partner
Director, HR Business Partner
Director, HR Business Partner
Director, HR Business Partner
Director, HR Business Partner
Director, HR Business Partner
Director, HR Business Partner
Director, HR Business Partner
Director, HR Business Partner
Director, HR Business Partner
Director, HRBP
Director, Insurance
Director, Insurance Law, US&CAN
Director, Internal Audit
Director, Internal Audit
Director, Internal Audit
Director, Internal Audit
Director, Internal Audit
Director, Internal Audit
Director, Internal Audit
Director, Internal Audit
Director, Internal Audit, Fraud & Investigations
Director, Internal Communications
Director, International Diversity & Inclusion
Director, Investor Relations
Director, IP
Director, IP
Director, IP
Director, IP
Director, Labour & Employment, EMEA
Director, Legal Compliance
Director, Legal Compliance
Director, Legal Compliance
Director, Litigation
Director, Litigation
Director, M&A
Director, M&A
Director, M&A Finance and Procure to Pay
Director, M&A Legal
Director, M&A Legal Integration
Director, M&A People
Director, Market Entry
Director, Marketing
Director, Marketing
Director, Marketing & Advertising

Director, Marketing Creative
Director, Marketing Operations, US&Canada
Director, Marketing Research Mobility & Platform
Director, Marketing Strategic Initiatives
Director, Marketing Strategy
Director, Marketing Technology
Director, Marketing Technology
Director, Marketing Technology
Director, Marketing Technology
Director, Marketing Technology, Global Channels
Director, Marketing, Brand
Director, Marketplace and Courier Operations
Director, Membership Marketing
Director, Mexico
Director, Mexico, ACAC
Director, Mobility & Marketplace
Director, Mobility Marketing
Director, National Enterprise Partnerships
Director, New Verticals
Director, Operations Compliance
Director, Patent Litigation
Director, Payment Operations
Director, Payments
Director, Payments
Director, Payments, EMEA & APAC
Director, People Development
Director, People Operations
Director, People Partner
Director, Performance Marketing
Director, Performance Marketing
Director, Performance Marketing
Director, Performance Marketing
Director, Performance Marketing
Director, Performance Marketing
Director, Platform Engineering
Director, Policy & Communications
Director, Policy & Communications
Director, Policy & Communications
Director, Postmates Marketing
Director, Privacy & Cybersecurity
Director, Privacy & Cybersecurity
Director, Privacy & Cybersecurity
Director, Privacy & Cybersecurity
Director, Privacy & Cybersecurity, APAC
Director, Privacy & Cybersecurity, EMEA
Director, Product
Director, Product - Maps Experiences
Director, Product - Rider
Director, Product & Commercial, EMEA
Director, Product Design
Director, Product Design
Director, Product Design
Director, Product Design Ops
Director, Product Management

Director, Product Management
Director, Product Management
Director, Product Management
Director, Product Management
Director, Product Management
Director, Product Management
Director, Product Management
Director, Product Management
Director, Product Management
Director, Product Management
Director, Product Management
Director, Product Management
Director, Product Management
Director, Product Management
Director, Product Management
Director, Product Management
Director, Product Management
Director, Product Management
Director, Product Management
Director, Product Management
Director, Product Management
Director, Product Management - Consumer
Director, Product Marketing, Consumer
Director, Product Marketing, Earner
Director, Product Operations
Director, Product Operations
Director, Product Operations
Director, Product Operations
Director, Product, Eats
Director, Product, JUMP
Director, Program Management
Director, Program Management
Director, Program Management
Director, Program Management, Tech
Director, Program Management, Tech
Director, Program Management, Tech
Director, Program Management, Tech
Director, Program Management, Tech
Director, Program Management, Tech
Director, Public Policy
Director, Public Policy
Director, Public Policy
Director, Public Policy
Director, Public Policy
Director, Public Policy
Director, Public Policy
Director, Public Policy
Director, Public Policy
Director, Public Policy
Director, Public Policy - Canada
Director, Public Policy - US West
Director, Public Policy France & Benelux
Director, Public Safety - Americas
Director, Public Safety - Analysis & Insights
Director, Real Estate

Director, Real Estate
Director, Real Estate
Director, Regional Cities Operations
Director, Regional Consumer Operations
Director, Regional Courier Operations
Director, Regional General Manager Rides, SCEE
Director, Regional General Manager, Rides Middle East and Africa
Director, Regional Marketplace Operations
Director, Regional Operations, Uber Eats US/Can
Director, Regulatory, Health & Eats
Director, Regulatory, Mobility
Director, Regulatory, New Mobility
Director, Risk
Director, Safety & Insurance Litigation, Delivery, US&CAN
Director, Safety & Insurance Litigation, High Exposure - AL, US&CAN
Director, Safety & Insurance Litigation, High Exposure, US&CAN
Director, Safety & Insurance Litigation, Mobility Volume, US Central & Canada
Director, Safety & Insurance Litigation, Mobility Volume, US East
Director, Safety & Insurance Litigation, Mobility Volume, US&CAN
Director, Safety & Insurance Litigation, Product & Strategy, US&CAN
Director, Safety Legal, Global
Director, Safety Legal, Global
Director, Safety Marketing
Director, Sales Operations
Director, SDV Operations
Director, Security Engineering
Director, Security Engineering
Director, Security Engineering
Director, Security Engineering
Director, Service Design and Global Operalization
Director, SMB Sales, Uber Eats US/Can
Director, Software Engineering
Director, Software Engineering
Director, Stock Administration
Director, Stock Administration
Director, Strategic Finance
Director, Strategic Finance
Director, Strategic Finance
Director, Strategic Finance
Director, Strategic Finance
Director, Strategic Finance Latin America
Director, Strategic Finance, Marketing & Core Services
Director, Strategic Initiatives
Director, Strategic Initiatives
Director, Strategic Initiatives, Uber Eats US/Can
Director, Strategic Sourcing
Director, Strategy & Planning
Director, Strategy & Planning
Director, Strategy & Planning
Director, Strategy & Planning
Director, Strategy & Planning, Rides - EMEA
Director, Strategy & Planning, Uber Eats US/Can
Director, Strategy & Planning, US&C
Director, Tax

Director, Tax Counsel - Global Tax Planning & Strategy
Director, Tax Operations
Director, Technical Accounting
Director, Technical Accounting
Director, Technical Program Management
Director, Technical Program Management
Director, Technical Program Management
Director, Technical Program Management
Director, Treasury
Director, Treasury
Director, Uber Health & U4B Government
Director, US City Ops
Director, US Insurance
Director, US&C Eats Marketing
Director, US&Canada, Strategy & Planning, Comm Ops
Director, UXR and Content Design
Director, Western & Southern Europe
Director, Western & Southern Europe, EU Legal Affairs, Competition, EMEA
Distinguished Engineer
Distinguished Engineer
Distinguished Engineer
Distinguished Engineer
Distinguished Engineer
Distinguished Engineer
Distinguished Engineer, TLM
Diver Operations Specialist - Legal & Tax Special Projects
Diversity & Inclusion Business Partner, CommOps
Diversity & Inclusion Business Partner, EMEA
Diversity & Inclusion Partner
Diversity & Inclusion Partner
Document Analyst
Driver Growth Manager CEE
Driver Partnership Manager
Driver Strategy Lead, LatAm
Drizly Controller
East Africa UberEats Operations and strategy Analyst
Eater Operations Manager - Strategic Spends
Eats CSR
EATS Restaurant Partnerships Representative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative

EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative

EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS RestaurantPartnershipsRepresentative
EATS Sales Coordinator
Economics Manager
ECR II
ECR II
ECR II
ECR II
ECR II
ECR II
ECR II
ECR II
ECR II
EFT II
EFT II
EFT II
eGRC Analyst
eGRC Analyst
eGRC Analyst
eGRC Analyst
eGRC Senior Analyst
eGRC Senior Analyst
eGRC Senior Analyst
eGRC Senior Analyst
Electrical Engineer II
Electrification Lead
EMEA Content Program Manager
EMEA Regional Head of Security
EMEA Regional Operations Manager, Compliance and Fraud
EMEA Security Engineering Lead
EMEA Vehicle Solutions Lead
Employee Relations Manager
Employee Relations Manager
Employee Relations Manager
Employee Relations Manager
Employee Relations Partner
Employee Relations Partner
Employee Relations Partner
Employee Relations Partner
Employee Relations Partner
Employee Relations Partner
Employee Relations Specialist
Employee Relations Specialist
Employer Brand Manager I

Employer Brand Manager II
Engineering Manager
Engineering Manager
Engineering Manager
Engineering Manager
Engineering Manager
Engineering Manager
Engineering Manager
Engineering Manager 2
Engineering Manager 2 - Earner Experience
Engineering Manager 2, Driver
Engineering Manager I
Engineering Manager II
Engineering Manager II
Engineering Manager II
Engineering Manager II
Engineering Manager II
Engineering Manager II
Engineering Manager II
Engineering Manager II
Engineering Manager II
Engineering Manager II
Engineering Manager II
Engineering Manager II
Engineering Manager II
Engineering Manager II
Engineering Manager II
Engineering Manager II
Engineering Manager II
Engineering Manager II
Engineering Manager II
Engineering Manager II
Engineering Manager II
Engineering Manager II
Engineering Manager II
Engineering Manager II
Engineering Manager II
Engineering Manager II
Engineering Manager II
Engineering Manager II - Driver
Engineering Manager II - Rider
Engineering Manager II - Rider Verticals
Engineering Manager II - Rider Verticals
Engineering Manager II- Rider Personalization
Engineering Manager II, Booking Experience
Engineering Manager, II
Engineering Manager, Visualization
Engineering Technician II
Engineering Technician II
Engineering Technician II
Enterprise Account Executive - Uber for Business
Enterprise Account Executive (Automotive Vertical), Uber for Business
Enterprise Account Executive, Freight Sales

Enterprise Account Executive, U4B
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business

UBER-MDL3084-000000050

Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber for Business
Enterprise Account Executive, Uber Health
Enterprise Account Executive, Uber Health
Enterprise Account Manager
Enterprise Account Manager, Uber for Business
Enterprise Account Manager, Uber for Business
Enterprise Account Manager, Uber for Business
Enterprise Acquisition Representative, New Verticals
Enterprise Associate Partner Manager
Enterprise Associate Partner Manager
Enterprise Business Development Representative, Uber for Business
Enterprise Business Development Representative, Uber for Business
Enterprise Business Development Representative, Uber for Business
Enterprise Business Development Representative, Uber for Business
Enterprise Business Development Representative, Uber for Business
Enterprise Business Development Representative, Uber for Business
Enterprise Business Development Representative, Uber for Business
Enterprise Business Development Representative, Uber for Business
Enterprise Business Development Representative, Uber for Business
Enterprise Business Development Representative, Uber for Business
Enterprise Business Development Representative, Uber for Business
Enterprise Business Development Representative, Uber for Business
Enterprise Business Development Representative, Uber for Business
Enterprise Business Development Representative, Uber for Business
Enterprise Client Partner
Enterprise Client Partner, Uber Advetising
Enterprise National Partner Manager
Enterprise Operations Coordinator
Enterprise Operations Coordinator
Enterprise Partner Manager
Enterprise Partner Manager, Regional
Enterprise Partner Success Manager
Enterprise Sales Manager, Uber for Business
Enterprise Sales Manager, Uber for Business
Enterprise Sales Manager, Uber for Business, ANZ
Enterprise Sales Manager, Uber for Business, Brazil
Enterprise Sales Manager, Uber for Business, Canada
Enterprise Sales Manager, Uber for Business, Mexico
Enterprise Sales Operations Analyst
Equity Engineering Technical Lead
Espec de Atendimento
Espec de Atendimento II
Event Operations Coordinator
Event Operations Coordinator
Event Operations Manager - DC / LA
Executive Assistant
Executive Assistant Business Partner for VP Mobility LATAM
Executive Assistant Business Partner I

Executive Assistant Business Partner I
Executive Assistant Business Partner I
Executive Assistant Business Partner I
Executive Assistant Business Partner I
Executive Assistant Business Partner I, HRBP People
Executive Assistant Business Partner I/II, Product Management (NY)
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II
Executive Assistant Business Partner II, Marketing
Executive Assistant Business Partner II, Uber for Business
Executive Assistant Business Partner II, Uber for Business
Executive Assistant Business Partner III
Executive Assistant Business Partner III
Executive Assistant Business Partner III
Executive Assistant Business Partner III
Executive Assistant Business Partner III
Executive Assistant Business Partner III
Executive Assistant Business Partner III
Executive Assistant Business Partner III
Executive Assistant Business Partner III
Executive Assistant Business Partner III
Executive Assistant Business Partner III
Executive Assistant Business Partner III
Executive Assistant Business Partner III
Executive Assistant Business Partner III
Executive Assistant Business Partner III
Executive Assistant Business Partner III
Executive Assistant Business Partner III, Policy

Executive Assistant I
Executive Assistant II
Executive Creative Director, International
Executive Recruiting Coordinator Lead
Executive Tech Support II 4
Expert I
Expert I
Expert I
Expert I
Expert I
Expert I
Expert I
Expert I
Expert I
Expert I
Expert I
Expert II
Expert II
Expert II
Expert II
Expert II
Expert II
Expert II
Expert II
Expert II
Expert III
Expert III
Expert III
Expert III
Expert III
Expert II
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant

External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
External Consultant
Facilities Management Global Lead
Facilities Operations Manager
Facilities Site Lead II
Facilities Site Lead III
Facility Project Manager - Special Projects
Facility Service Delivery Manager - West
Facility Site Lead I
Fed Gov Business Development Representative, Uber for Business
Federal Affairs, Sr. Manager
Federal Lobbyist
Field Sales Representative
Field Service Technician II
Field Service Technician II
Field Service Technician II
Field Technician I (Jump)
Fin Ops Analyst
Fin Ops Analyst
Finance Product Manager - Accounting
Financial Projects Specialist
Financing Specialist
Financing Specialist
Financing Specialist
Financing Specialist
Financing Specialist
Financing Specialist
Financing Specialist
Financing Specialist
Financing Specialist
Financing Specialist
Financing Specialist

Financing Specialist Lead
Financing Specialist Lead
Financing Specialist Lead
Financing Specialist, Xchange Leasing
Financing Specialist, Xchange Leasing
Financing Specialist, Xchange Leasing
FinTech Analyst I
FinTech Analyst I
FinTech Analyst II
Fleet Associate
Fleet Associate
Fleet Associate
Fleet Associate
Fleet Coordinator I
Fleet Services Lead Technician
Flight Manager
Foreign Legal Consultant/Sr. Counsel, Delivery
Founder / Board Member
Fraud & Investigation Project Manager, Internal Audit
Fraud Specialist
Fraud Specialist
Fraud Specialist
Freight Operations Coordinator
Freight Operations Coordinator
Frontend Engineer
Frontend Engineer
Frontend Engineer II
Frontend Engineer, Driver
Frontend Engineer, Driver
Frontend Software Engineer
Frontend Software Engineer
Frontend Software Engineer - CO
Frontend Software Engineer - Customer Identity Platform
Front-End Software Engineer - Customer Obsession
Funnel Operations, Supervisor
Funnel Operations, Supervisor
General Counsel
General Counsel
General Counsel and Compliance Officer, Korea
General Counsel, Drizly
General Manager
General Manager
General Manager
General Manager
General Manager
General Manager
General Manager
General Manager
General Manager
General Manager
General Manager
General Manager
General Manager
General manager

General Manager - Benelux
General Manager - California, JUMP US&C
General Manager - Central, JUMP US&C
General Manager - Expansion (SE Asia)
General Manager - Infrastructure, New Mobility
General Manager - Israel & Greece
General Manager - Las Vegas
General Manager - Nordics
General Manager - Northeast, JUMP US&C
General Manager - Taiwan
General Manager - Toronto
General Manager - UAE, Uber Eats
General Manager - UberEATS
General Manager (NorCal) - JUMP
General Manager (Northwest) - JUMP Bikes
General Manager (Xchange Leasing)
General Manager Austria
General Manager I
General Manager I
General Manager I
General Manager I
General Manager I
General Manager I
General Manager I
General Manager I
General Manager I
General Manager I
General Manager I
General Manager I
General Manager I
General Manager I
General Manager I
General Manager I
General Manager I
General Manager I
General Manager II
General Manager II
General Manager II
General Manager II
General Manager II
General Manager II
General Manager II
General Manager III
General Manager III
General Manager III
General Manager III
General Manager Postmates
General Manager Thailand Expansion
General Manager U4B
General Manager, Cartop Advertising, Uber Advertising
General Manager, Central and Eastern Europe
General Manager, Eats New Zealand
General Manager, Head of Nordics
General Manager, Italy

MDL 3084

General Manager, JUMP - Berlin
General Manager, JUMP - UK & Ireland
General Manager, Market Entry
General Manager, Mobility Taiwan
General Manager, Panama & Caribbean
General Manager, Portugal - Uber Eats
General Manager, Routematch by Uber
General Manager, Southern Europe - Uber Eats
General Manager, U4B APAC
General Manager, Uber Eats - Egypt
General Manager, Uber Eats, Czech Republic
General Manager, Western Switzerland
General Manager-Malaysia & Thailand
Gestionnaire des affaires publiques. Quebec // Public Affairs Manager - Quebec
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert

UBER-MDL3084-000000057

GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert

GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert

GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert

GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert

GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert

GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert

GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert
GL Expert I
GL Expert I
GL Expert I
GL Expert I
GL Expert I
GL Specialist I
GL Specialist I
GL Specialist I
GL Specialist I
GL Specialist II
GL Specialist II
GL Specialist II
GL Specialist II
GL Team Lead
GL Team Lead
GL Team Lead
GL Team Lead
GL Team Lead
GL Team Lead
GL Team Lead
GL Team Lead
GL Team Lead
GL Team Lead
GL Team Lead
GL Team Lead
GL Team Lead
GL Team Lead
GL Team Lead

GL Team Lead
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead I
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II

GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
GL Team Lead II
Global Associate Program Manager
Global Audience Strategy Manager, Uber Advertising
Global Brand Manager
Global Business Resilience Manager
Global Capacity Planning - Manager
Global Chief of Staff, Uber for Business
Global Claims Quality and Compliance Manager
Global Creative Director
Global Creative Director, Brand Experience
Global Creative Director, Mobility
Global CRM Lead, Uber Advertising
Global Customer Experience Design
Global Delivery Partnerships Program Manager
Global Electrical Infrastructure Engineer
Global Emerging Programs, Sr. Advocate
Global Head - Growth Business Support Operations
Global Head - Social Media Support & Brand Reputation
Global Head of Brand Partnerships, Finance and Travel
Global Head of Business & Corporate Development
Global Head of Community Operations
Global Head of Customer Growth and Operations, Uber Health
Global Head of Customer Success & Operations, Uber Transit
Global Head of Disbursements
Global Head of Finance Operations
Global Head of Information Governance and eDiscovery
Global Head of Internal Audit

Global Head of Media
Global Head of Mobility and Masterbrand
Global Head of Ops Commander
Global Head of Organizational & People Development
Global Head of People & Places
Global Head of Sales Enablement, Uber for Business
Global Head of Sales Operations, Uber Eats - San Francisco
Global Head of Sales, Uber Health
Global Head of Social
Global Head of SORT, Tools & System Administration
Global Head of Strategic Accounts, Uber for Business
Global Head of Strategic Sourcing and Supply Chain for New Mobility
Global Head of Treasury
Global Head of Vehicle Solutions
Global Head Travel & Expense Management
Global Head, U4B Support Strategy
Global Incident Response Program Manager
Global Law Enforcement Operations Program Manager
Global Law Enforcement Response Team Manager
Global Lead, Vehicle Solutions
Global Leader, Content Strategy and Operations
Global Membership Lead, Mobility
Global Partner Manager
Global Presentation Designer
Global Program Lead, Sales Systems
Global Program Lead, Sales Systems
Global Program Leader, CommOps - U4B
Global Program Manager
Global Program Manager
Global Program Manager [Support Abuse]
Global Projects Manager, Community Operations
Global Safety Assurance Lead
Global Safety Deactivations Lead
Global Safety Education Lead
Global Safety Operations Manager
Global Safety Response Specialist
Global Sales Enablement Manager, Uber for Business
Global Scheduling - Scheduler I
Global Security Lead
Global Security Lead
Global Security Operations Center Manager
Global Security System Deployment Manager
Global Social Impact Manager II
Global Special Projects Manager
Global Strategic Account Executive, Uber for Business
Global Strategic Account Executive, Uber for Business
Global Strategic Account Executive, Uber for Business
Global Strategic Account Executive, Uber for Business
Global Strategic Client Partner, Uber for Business
Global Strategic Client Partner, Uber for Business
Global Strategic Client Partner, Uber for Business
Global Strategic Client Partner, Uber for Business
Global Strategic Client Partner, Uber for Business
Global Strategic Client Partner, Uber for Business

Global Strategic Client Partner, Uber for Business
Global Strategy & Design Program Manager
Global Strategy & Design Program Manager
Global Supply Manager
Global Supply Manager
Global Technical Support Lead
Global Threat Analysis Manager
Global Treasurer
GM - Nordics
GM HCV, EMEA & India
GM London, Uber Eats
GM UberEATS Stockholm
GM, Consumer Vehicles
GM, Delivery, Uber Advertising
GM, NY City, Uber Eats
GM, Regional Operations
GM, Uber Direct
GM, Uber Freight Canada
Go-to-Market Senior Associate, Global Sales Operations - New Verticals
Government Account Executive, Uber for Business
GPV & Mutombo Program & Strategy Lead
Greenlight Coordinator
Greenlight Coordinator
Greenlight Coordinator
Greenlight Expert
Greenlight Expert
Greenlight Expert
Greenlight Expert
Greenlight Expert I
Greenlight Expert I
Greenlight Expert I
Greenlight Expert I
Greenlight Expert I
Greenlight Expert I
Greenlight Expert I
Greenlight Expert I
Greenlight Expert II
Greenlight Hub Manager
Greenlight Inventory Specialist
Greenlight Inventory Specialist
Greenlight Lead - US&C East
Greenlight Lead - US&C West
Greenlight Manager
Greenlight Manager
Greenlight Manager
Greenlight Manager
Greenlight Manager
Greenlight Manager
Greenlight Manager
Greenlight Manager
Greenlight Manager
Greenlight Manager

Greenlight Manager
Greenlight Manager
Greenlight Manager
Greenlight Manager
Greenlight Manager
Greenlight Manager
Greenlight Manager
Greenlight Manager
Greenlight Manager - Los Angeles
Greenlight Manager - US&C
Greenlight Manager II
Greenlight Operations Administrator
Greenlight Specialist II
Greenlight Specialist II
Greenlight Supervisor
Greenlight Supervisor
Greenlight Supervisor
Greenlight Supervisor
Greenlight Supervisor
Greenlight Supervisor
Greenlight Supervisor
Greenlight Supervisor
Greenlight Supervisor
Greenlight Team Lead
Group CRM Manager
Group CRM Manager
Group Manager, Product Operations
Group Manager, Product Operations
Group Manager, Product Operations
Group Manager, Product Operations
Group Marketing Manager, Digital
Group Marketing Strategy Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager

Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager
Group Product Manager - Core Infrastructure
Group Product Manager - Driving Experience
Group Product Manager - Form Factory
Group Product Manager - U4B
Group Product Manager and Site Lead - Maps
Group Product Manager, Marketplace
Group Product Manager, Marketplace Fares
Group Product Manager, Product Intelligence
Group Product Manager, Rider Personalization
Group Product Marketing Manager
Group Product Marketing Manager
Group Product Operations Manager
Group Product Operations Manager
Group Product Operations Manager
Group Product Operations Manager
Group Product Operations Manager
Group Product Operations Manager
Group Product Operations Manager - New Verticals
Growth Data Analyst
Growth Lead
Growth Lead, New Verticals
Growth Marketing Manager
Growth Marketing Manager I
Growth Marketing Manager II
Growth Portfolio Safety Lead
Hardware Engineer II
Hardware Engineer II
Hardware Engineer II
Hardware Engineer II
Hardware Support Tech
Hardware Support Technician
Hardware Support Technician
Hardware Support Technician
Hardware Support Technician
HCV Sales Specialist
Head - Policy and Safety Communications, India & South Asia
Head - Regional Operations, India South Asia

Head - Supply (Channels & Vehicles)
Head - Xchange Leasing India & SA
Head of Account Strategy, Uber for Business, US/CAN
Head of Ads and UberDirect
Head of Ads Partner Solutions, Uber Advertising
Head of AM&D Strategy and Partnerships
Head of Analytics and Insights - Sales Ops
Head of ATG Strategy
Head of B2B Content
Head of B2B OTC, Finops
Head of Baltics
Head of Business Affairs
Head of Business Development
Head of Business Development
Head of Business Development Mexico
Head of Business Development, JUMP
Head of Business Development, Korea
Head of Business Intelligence, Xchange Leasing
Head of Central Community Operations - EMEA
Head of Central Delivery Safety
Head of Central Operations
Head of Central Operations
Head of Central Operations - JUMP Bikes
Head of Central Operations, JUMP - EMEA
Head of Central Operations, Uber EATS
Head of Central Operations, US & Canada Rides
Head of Central Ops and Strategy
Head of Channel Experience - EMEA
Head of Cities, France
Head of Cities, Postmates
Head of City Operations - UberEATS
Head of CLO Operations
Head of Communications (Southeast Asia)
Head of Communications , India & South Asia
Head of Communications for South Cone
Head of Communications, Australia & New Zealand
Head of Communications, Chile
Head of Communications, DACH
Head of Communications, Italy
Head of Communications, North America
Head of Communications, North Asia
Head of Communications, Northern and Eastern Europe.
Head of Community Engagement
Head of Community Operations Mobility
Head of Community Operations, Rides, UKI
Head of Compliance, UK&I
Head of Consumer Strategy & Operations
Head of Corporate Communication
Head of Corporate Partners
Head of Creative Management
Head of Croatia
Head of Dark Kitchens
Head of Delivery Policy
Head of Design Operations

Head of Driver (ANZ)
Head of Driver CRM
Head of Driver Experience - Comm Ops EMEA
Head of Driver Growth - FSA
Head of Driver Operations - MENA
Head of Driver Operations, LATAM
Head of Driver Operations, UK&I
Head of Earner PMM
Head of Eater Operations
Head of Eats for Business
Head of Eats Regional Operations
Head of Elevate
Head of Employer Marketing
Head of Enterprise Business Development
Head of Enterprise Partner Management, Grocery & Retail
Head of Enterprise Sales
Head of Enterprise Sales, Grocery & Retail
Head of Enterprise Sales, Uber Eats
Head of Enterprise Sales, Uber for Business
Head of Enterprise Sales, Uber for Business US
Head of Enterprise Sales, Uber for Business, West Coast
Head of Enterprise, Canada
Head of Exclusives, Sales
Head of Executive Operations, U4B and BD
Head of Expansion - JUMP
Head of Expansion - Scooters
Head of Finance, XChange
Head of Financial Technology
Head of Fleet Operations
Head of Fleet Sales
Head of FP&A Postmates
Head of Fraud Data Science
Head of Global Account Actioning
Head of Global Delivery Partnerships
Head of Global Delivery Partnerships
Head of Global Delivery Partnerships
Head of Global Delivery Partnerships
Head of Global Delivery Partnerships, Canada
Head of Global Distribution
Head of Global Employee Relations
Head of Global Growth & Expansion, Uber For Business
Head of Global Logistics and Distribution
Head of Global Partnerships, Entertainment, Tech & Auto
Head of Global Public Policy
Head of Global Recruiting
Head of Global Safety Operations
Head of Global Security
Head of Global Supply Chain & Business Operations, ATG
Head of Globalization GSS
Head of Governance, Risk & Compliance
Head of Grocery, Uber Direct
Head of Growth & Analytics (Core)
Head of Growth and Analytics
Head of Growth Operations, Delivery Japan

Head of Growth, Uber Health
Head of Guest Products and Services
Head of Hardware and Infrastructure, New Mobility
Head of HCV - MEA
Head of Inclusive Engagement & Partnerships
Head of Insurance
Head of International Partnership Marketing
Head of Interpersonal Safety
Head of Inventory
Head of Inventory
Head of Ireland
Head of Labour Relations, EMEA
Head of Launch - UberEVERYTHING
Head of Learning & Development, US&C
Head of Legal, Eats ANZ
Head of Local Operations - Uber Eats, Italy
Head of Loss Mitigation - Xchange Leasing
Head of Market Intelligence LatAm
Head of Marketing Applied Science, Special Projects
Head of Marketing Innovation
Head of Marketing Intelligence, Delivery
Head of Marketing Transformation
Head of Marketing, Eats WSE
Head of Marketing, JUMP
Head of Marketing, Uber Freight
Head of Marketplace - EMEA
Head of Marketplace & Delivery Partner
Head of Marketplace Policy, Fairness and Research
Head of Marketplace, Operations - ME
Head of Media Strategy
Head of Media, US&C
Head of Member Growth, Uber Carshare
Head of Merchant Operations
Head of Merchant Operations, US&C Eats
Head of Mid Market, Uber for Business USCAN
Head of Mid-Market Sales, Uber for Business, US
Head of National Ops - Mexico
Head of National Partners
Head of National Partnerships
Head of National Partnerships
Head of National Partnerships, East
Head of NeMo Robotics & Platform
Head of New Growth Bets
Head of North America Insurance
Head of OFD, Uber Direct
Head of Operational & Compliance Controls - Xchange Leasing
Head of Operations
Head of Operations, Regional Greenlight
Head of Operations, Regional Greenlight
Head of Operations, Uber Direct
Head of Partner Channels - Central Ops EMEA
Head of Partner Management, Business Development
Head of People Analytics
Head of People Analytics

Head of People Development
Head of Performance Marketing
Head of Platform Access
Head of Platform Safety, EMEA
Head of Platform Safety, US&C
Head of Platform Strategy
Head of Platforms, Uber Direct
Head of Policy & Communications, EMEA
Head of Policy (Marketplace)
Head of Policy, Bikes and Scooters
Head of Policy, Uber Elevate & Autonomous Vehicles
Head of Postmates Eater Operations and Pricing
Head of Postmates Exclusives
Head of Pricing Strategy & Analytics, Uber for Business
Head of Procurement - Xchange Leasing
Head of Product - Transit Agency Solutions
Head of Product ATG
Head of Product Connection & Launch at JUMP
Head of Product Content
Head of Product Launch Ops
Head of Product Operations
Head of Product Partnerships
Head of Product Strategy, Elevate
Head of Product, Uber Eats
Head of Product, Uber for Business
Head of Program Management, Global Marketing
Head of Public Policy & Government Affairs, ANZ
Head of Public Policy & Government Affairs, Taiwan
Head of Public Policy- Andean, Central America & Caribbean
Head of Public Policy Russia and CIS
Head of Public Policy, Accessibility and Underserved Communities
Head of Public Policy, Algorithmic Fairness
Head of Public Policy, Central & Eastern Europe
Head of Public Policy, North Asia & India
Head of Public Safety Liaison, US
Head of Recruiting, India
Head of Regional Enterprise Partnerships
Head of Regional Marketing - NEE
Head of Regional Merchant Operations
Head of Regional Operations
Head of Regional Operations
Head of Regional Operations, Eater
Head of Regional Partners
Head of Regional Partners, South
Head of Regional Risk & Compliance and Program Management Operations
Head of Regulatory Operations
Head of Remarketing - Xchange Leasing
Head of Restaurant Growth Analytics and Insights, Uber Eats - San Francisco
Head of Restaurant Operations - MENA, Uber Eats
Head of Retail Strategy, Business Development, and Operations
Head of Retailer, Internal, and Ops Tech
Head of Rider - UKI
Head of Rider & Safety - Mexico
Head of Rider and Safety - Mexico

Head of Ridesharing - APAC
Head of Risk and Compliance
Head of Risk and Identity Ops - US&C
Head of Risk and Safety Platform
Head of Risk Management
Head of Road Safety Operations
Head of Romania
Head of S&P and Restaurants - EMEA Delivery
Head of S&P GSS
Head of Safety
Head of Safety and Consumer Protection Public Policy
Head of Safety Communications
Head of Safety, Risk, and Compliance
Head of Safety, UK&I
Head of Sales
Head of Sales & Partnerships, Uber Transit
Head of Sales Operations and Analytics, Revenue Operations, Uber for Business
Head of Sales Operations, APAC
Head of Sales Operations, Health & Transit Sales
Head of Sales Operations, Systems, and Tools, Uber for Business
Head of Sales Operations, Uber for Business US/CAN
Head of Sales Operations, Uber for Business, EMEA & APAC
Head of Sales Ops
Head of Sales Programs & Operations, EMEA
Head of Sales, Northern & Eastern Europe
Head of Sales, Uber for Business, Egypt
Head of Sales, UK - Uber for Business
Head of Scaled Safety Controls
Head of Search & Experimentation
Head of Security - New Mobility
Head of Security Operations
Head of SMB (Inside Sales), Uber Eats - UK&I
Head of SMB and BDR, Uber for Business US/CAN
Head of SMB, Uber Eats - LatAm
Head of Solution Consulting
Head of Special Projects, Uber Eats
Head of Specialized Delivery, Uber Direct
Head of Strategic Accounts, West
Head of Strategic Operations, Employee Programs, Uber for Business
Head of Strategic Operations, Grocery & Retail
Head of Strategic Operations, Uber Health
Head of Strategic Verticals Sales, Uber Ads
Head of Strategy & Operations, Core Business
Head of Strategy & Planning - Mexico
Head of Strategy & Planning, Global Sustainability
Head of Strategy & Planning, North Asia UberEATS
Head of Strategy & Planning, Postmates
Head of Strategy & Planning, Uber Family
Head of Strategy and Operations, Customer Success, Uber for Business
Head of Strategy, Uber Shuttle (HCV)
Head of Supply
Head of Supply Ops
Head of Talent Management
Head of Tech & Solutions Operations, Uber Advertising

Head of Tech Strategy
Head of Technology Services
Head of Territories - Mexico
Head of Territory Operations, Midwest
Head of Territory Operations, NY & NJ
Head of Territory Operations, South Central - Uber Eats
Head of Territory Operations, Southeast
Head of Territory Ops, Southeast Eats
Head of Uber Advanced Technologies Group
Head of Uber for Business Self-Serve
Head of Uber for Business, Europe
Head of Uber for Business, MEA
Head of Uber Freight, Finance
Head of Uber Health, GM
Head of Uber Rentals, Sales and Product
Head of UK Public Policy
Head of US & Canada Greenlight Operations
Head of US BevAlc, Grocery & Retail
Head of US Eater Marketing
Head of US&C Central Operations - JUMP
Head of US&C Delivery Ad Sales
Head of US&C Indirect Tax Strategy, Controversy and Advisory
Head of US&C Rides Compliance Strategy & Operations
Head of Victoria & Tasmania, ANZ
Head of Virtual Restaurants, Regional Operations
Head of West - IndiaSA Ridesharing
Head of West India - IndiaSA Ridesharing
Head, Cars
Head, Future Mobility
Head, New Mobility
Head, Rider Operations
Health System Account Executive, Uber Health
HOST Coordinator
HOST Coordinator
HR Business Partner
HR Business Partner
HR Business Partner
HR Business Partner
HR Business Partner
HR Business Partner
HR Business Partner
HR Business Partner
HR Business Partner
HR Business Partner
HR Business Partner
HR Business Partner
HR Business Partner
HR Business Partner
HR Business Partner
HR Business Partner
HR Business Partner
HR Business Partner
HR Business Partner
HR Business Partner
HR Business Partner

UBER-MDL3084-000000076

HR Business Partner
HR Business Partner
HR Business Partner
HR Business Partner
HR Business Partner
HR Business Partner
HR Business Partner
HR Business Partner EMEA
HR Business Partner, Marketing
HR Coordinator
HR Coordinator
HR Generalist
HR Process & Compliance Associate
HR Programs Manager
HR Specialist
HR Specialist
HR Specialist
HR Specialist
HR Specialist Manager
HR Specialist Manager
Human Resources Business Partner
IC Executive Sourcing Lead
Identity Program Manager - US&C
Implementation Lead, Government Partnerships, Uber for Business
Implementation Lead, U4B USCAN
Implementation Lead, Uber for Business
Implementation Lead, Uber for Business
Implementation Lead, Uber for Business
Implementation Lead, Uber for Business
Implementation Lead, Uber for Business
Implementation Lead, Uber for Business
Implementation Lead, Uber for Business
Implementation Lead, Uber for Business
Implementation Lead, Uber for Business
Implementation Lead, Uber for Business
Implementation Lead, Uber for Business
Implementation Lead, Uber for Business
Implementation Manager, Uber for Business
Implementation Specialist, Uber for Business
Implementation Specialist, Uber for Business
Implementation Specialist, Uber for Business
Implementation Specialist, Uber for Business
Implementation Specialist, Uber for Business
Implementation Specialist, Uber for Business
Implementation Specialist, Uber for Business
Impound & Abandon Specialist
Impound & Abandon Specialist
Impound & Abandon Specialist
Incident Response Representative
Incident Response Representative
Incident Response Representative
Incubation Manager - New Mobility EMEA
India-Lease Support Representative

India-Lease Support Representative
India-Lease Support Representative
India-Operations Support
Industrial Designer
Industrial Designer II
Industrial Designer II
Industrial Designer II
Industrial Designer II
Industrial Designer II
Industry Partnerships Consultant
Industry Team Lead, Entertainment, Uber Advertising
Information Security Analyst Intern
Infrastructure Engineer II
Inside Sales Representative
Inside Sales Representative
Instructional Designer
Instructional Designer, Uber for Business
Insurance and Total Loss Specialist
Insurance Claims Lead
Insurance Process and Quality Lead
Insurance Program Manager
Integrated Producer
Intel Analyst II - EMEA
Interim General Manager UKI
Internal Audit Senior Analyst
Internal Audit, Product & Quality Lead
Internal Communications Lead, ANZ & NA
Internal Communications Manager
International Program Manager, Uber Health
International Recruiting Coordinator Lead
Inventory Management Specialist
Investigation Specialist
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II

Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations II
Investigations Lead
Investigations Lead, Crash
Investigations Lead, SIU
Investigations Lead, SIU
Investigations Operations Manager
Investigations Operations Manager
Investigations Team Lead
Investigations Team Lead I
Investigations Team Lead I
Investigations Team Lead I
Investigations Team Lead I
Investigations Team Lead I
Investigations Team Lead I
Investigations Team Lead I
Investigations Team Lead I
Investigations Team Lead I
Investigations Team Lead I
Investigative Assistant
Investigative Assistant - EMEA
Investigative Specialist, Global
Investigative Specialist, US&C
Investigator I
Investigator I
Investigator I
Investigator II
Investigator II
Investigator II
Investigator II

Investigator II
Investigator II
Investigator II
Investigator II
Investigator II
Investigator II
Investigator II
Investigator II
Investigator II
Investigator II
Investigator II
Investigator II
Investigator II
Investigator II
Investigator II
Investigator II
Investigator Special Investigations Unit
Investigator, EMEA
Investigator, Special Investigations Unit
Investigator, Special Investigations Unit
Investigator, Special Investigations Unit
Investigator, Special Investigations Unit
Investigator, US&C
Investor Relations Senior Associate
Invoicing Specialist
Invoicing Specialist
iOS Engineer
iOS Engineer 2
iOS Engineer II - Rider App
IRT II
IRT II
IT Operations Tech III
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee

MDL 3084

JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee

JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee

JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP employee
JUMP Field Technician I (Bikes)
JUMP Launcher - ANZ
Jump Representative

Jump Representative
Jump Representative
Jump Representative
Key Account Director
Key Account Manager Junior CPGs
Knowledge Manager, Global GSIRP
Knowledge Manager, Global Production, Delivery & GPI
Knowledge Manager, Global Production, Mobility & PIR
Knowledge Program Manager, Global Innovation
Knowledge Program Manager, Global Knowledge Agent Experience
Knowledge Specialist II, Global Production
Knowledge Specialist III, Global Production
Knowledge Specialist III, Global Production
Knowledge Specialist III, Global Production
Knowledge Specialist III, Global Production
Knowledge Specialist III, Global Production
Knowledge Specialist III, Global Production
Knowledge Specialist III, Global Production
Knowledge Specialist III, Global Production
Knowledge Specialist III, Global Production
Knowledge Specialist III, Global Production
Knowledge Specialist III, Global Production
Knowledge Specialist III, Global Production
Knowledge Specialist III, Global Production
Knowledge Specialist III, Global Production
Knowledge Specialist III, Global Production
Knowledge Specialist III, Global Production
Knowledge Specialist III, Global Production
Knowledge Specialist III, Global Production
Knowledge Specialist III, Global Production
Knowledge Specialist III, Global Production
LATAM Data Scientist
LATAM Marketplace & Road Safety Lead
LatAm Operations Coordinator, Marketplace
LATAM Regional Head of Security
LATAM Rides Brand Manager
LATAM Rides Sr Researcher
Launch General Manager
Launch General Manager, JUMP
Launch General Manager, JUMP Scooters - EMEA
Launcher
Launcher
Launcher - JUMP
Launcher (Austin) - Scooters
Launcher (Chicago) - Scooters
Launcher (Chicago) - Scooters
Launcher (NYC) - Scooters
Launcher (SF) - JUMP
Launcher UberEATS
Law Enforcement Outreach Lead - MENA
Law Enforcement Outreach Lead - North and East India
Law Enforcement Response Team Lead, APACx
Law Enforcement Specialist
Law Enforcement Specialist

Lead - Chennai
Lead - Driver Operations
Lead - HCV
Lead - Platform Pricing & Incentives
Lead - Punjab and Rajasthan
Lead - Sri Lanka
Lead Account Executive (Annual Plan)
Lead Account Manager (Annual Plan)
Lead Account Manager, Eats SMB (Sales Plan)
Lead Account Manager, Uber for Business
Lead Account Manager, Uber for Business
Lead Client Success Manager, U4B
Lead Colombo
Lead Driver Growth
Lead Field Service Technician
Lead Field Technician
Lead Investigator, India SA
Lead Kochi
Lead Leasing Specialist
Lead Leasing Specialist - Pittsburgh
Lead Mechanic
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager

Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager
Lead Product Manager - Driver App Experience
Lead Product Manager - Privacy
Lead Product Operations Manager
Lead Product Operations Manager
Lead Security Analyst
Lead Security Analyst
Lead Security Analyst
Lead Technical Investigator, APAC
Lead Vehicles S&P
Lead, Airports & Places
Lead, Central Operations
Lead, Communications (Consumer Tech, IndiaSA)
Lead, Future Mobility
Lead, Marketplace & Courier Operations
Lead, Paralegal, Corporate
Lead, Paralegal, Employment, US
Lead, Paralegal, Government Investigations & Special Matters
Lead, Paralegal, Litigation
Lead, Paralegal, Litigation
Lead, Paralegal, Real Estate
Lead, Paralegal, Safety & Insurance Litigation, US&CAN
Lead, Pricing Strategy (T&D, Pricing model, Elasticity)
Lead, Product Operations
Lead, Product Operations
Lead, Product Operations
Lead, Product Operations
Lead, Product Operations
Lead, Product Operations
Lead, Product Operations
Lead, Product Operations
Lead, Program Management
Lead, Public Safety Liaison, EUROPE
Lead, Public Safety Response, AMERICAS
Lead, Public Safety Response, AMERICAS
Lead, Public Safety Response, Data & QA
Lead, Public Safety Response, EMEA
Lead, Regional Marketplace Product and Operations
Lead, Strategic Initiatives
Lead, Strategy & Planning
Lead, Strategy & Planning
Lead, Supply Acquisition
Leader in Residence
Leader, Strategic Initiatives - Equity
Leader, Trust and Safety - Americas
Leader, Trust and Safety - Strategy and Planning
Leader, Trust and Safety - Trust and Process
Learning & Development Manager - Learning Delivery

Learning & Development Specialist II
Learning & Development Specialist II
Learning & Development Specialist II
Learning & Development Specialist III
Learning and Development Manager
Learning and Development Specialist II
Learning Manager, Delivery US&C
Learning Program Manager, US&C
Learning Program Manager, US&C
Learning Specialist II - APAC L&D
Learning Specialist II - Delivery
Learning Specialist III
Learning Specialist III
Learning Specialist III
Learning Specialist III - Delivery
Learning Specialist III- UberEats
Learning Specialist IV - APAC L&D
Lease Support Representative
Lease Support Representative
Lease Support Representative
Lease Support Representative
Lease Support Representative
Lease Support Representative
Lease Support Representative
Lease Support Representative
Lease Support Representative
Lease Support Representative
Lease Support Representative
Lease Support Representative
Lease Support Representative
Lease Support Representative
Lease Support Representative
Lease Support Representative
Lease Support Representative
Lease Support Representative
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist

Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist
Leasing Specialist - Baltimore
Leasing Specialist - Washington D.C.
Leasing Specialist - Washington D.C.
Leasing Specialist - Washington D.C.
Leasing Specialist - Xchange
Leasing Specialist - Xchange - Atlanta
Leasing Specialist - Xchange - Atlanta
Leasing Specialist - Xchange - Atlanta
Leasing Specialist - Xchange - Atlanta
Leasing Specialist - Xchange - Atlanta
Leasing Specialist - Xchange - Atlanta
Leasing Specialist - Xchange - Atlanta
Leasing Specialist - Xchange - Atlanta
Leasing Specialist - Xchange - Boston
Leasing Specialist - Xchange - Gaithersburg
Leasing Specialist - Xchange - Hayward, CA
Leasing Specialist - Xchange - Hayward, CA
Leasing Specialist - Xchange - Hayward, CA
Leasing Specialist - Xchange - Hayward, CA
Leasing Specialist - Xchange - Inglewood, CA
Leasing Specialist - Xchange - Inglewood, CA
Leasing Specialist - Xchange - Inglewood, CA
Leasing Specialist - Xchange - Inglewood, CA
Leasing Specialist - Xchange - Nashville
Leasing Specialist - Xchange - North Hollywood
Leasing Specialist - Xchange - North Hollywood, CA
Leasing Specialist - Xchange - North Hollywood, CA

Leasing Specialist - Xchange - Orange County
Leasing Specialist - Xchange - Orange County
Leasing Specialist - Xchange - Orange County
Leasing Specialist - Xchange - San Diego
Leasing Specialist - Xchange - San Francisco
Leasing Specialist - Xchange - San Jose, CA
Leasing Specialist - Xchange - San Jose, CA
Leasing Specialist (XCL)
Leasing Specialist, Xchange Leasing - Atlanta
Legal Assistant, Employment, US
Legal Coordinator, Employment, US
Legal Director I, EMEA
Legal Director I, Security
Legal Director, ANZ
Legal Director, APAC, Southeast Asia
LERT Specialist - NORAM
LERT Triage
LERT Triage
LERT Triage
LERT Triage
LERT Triage
LERT Triage
LERT Triage
LERT Triage
LERT Triage
LERT Triage
LERT Triage
Lidar Operations-Senior Engineering Technician
LM Insurance Manager - Xchange Leasing
LM Insurance Manager - Xchange Leasing
LM Operations Sr Manager - Xchange Leasing
LM Quality Assurance Manager - Xchange Leasing
LM Quality Assurance Sr Manager - Xchange Leasing
Local Marketing Strategist II - Rider
Local Operations Manager, New York
Logistics Program Manager (Maps), Americas
Loss Mitigation Insurance & Total Loss Specialist
Loss Mitigation Insurance & Total Loss Specialist
Loss Mitigation Reinstatement Specialist
Lot Manager
Lot Manager/Inventory Coordinator
Lot Technician
Loyalty Project Manager
LTL Account Executive
Machine Learning Engineer
Machine Learning Engineer II
Machine Learning Engineer II - Rider Intelligence Team
Machine Learning Engineer II - Rider Intelligence Team
Machine Learning Engineer II - Rider Intelligence Team
Machine Learning Software Engineer
Mailroom Supervisor
Maintenance Manager
Maintenance Manager
Manager - Internal Audit

Manager - IT, Financial Risk Management
Manager - Xchange Leasing - Miami
Manager Applied Science
Manager Data Science
Manager Engineering
Manager Greenlight Programs
Manager Growth - Xchange Leasing
Manager I
Manager I, Creative Design
Manager I, SEO
Manager II
Manager II
Manager II - Offensive Security
Manager II, Application Security
Manager II, Applications Development
Manager II, Applications Development
Manager II, Applications Development
Manager II, Applied Science
Manager II, Applied Science
Manager II, Applied Science
Manager II, Applied Science
Manager II, Applied Science
Manager II, Applied Science
Manager II, Applied Science
Manager II, Applied Science
Manager II, Applied Science
Manager II, Applied Science
Manager II, Applied Science
Manager II, Applied Science
Manager II, Applied Science
Manager II, Applied Science
Manager II, Applied Science
Manager II, Applied Science
Manager II, Applied Science
Manager II, Applied Science, Legal Data & Economics
Manager II, Content Design
Manager II, Creative Production
Manager II, Data Analyst, Tech
Manager II, Data Analyst, Tech
Manager II, Data Analytics
Manager II, Data Analytics
Manager II, Data Analytics
Manager II, Data Analytics
Manager II, Data Science
Manager II, Data Science
Manager II, Data Science
Manager II, Data Science
Manager II, Data Science, Tech
Manager II, Data Science, Tech
Manager II, Data Science, Tech
Manager II, Data Science, Tech
Manager II, Data Science, Tech

Manager II, Data Science, Tech
Manager II, Data Science, Tech
Manager II, Decision Science
Manager II, Decision Science
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering

Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering
Manager II, Engineering (5B)
Manager II, Global Ops Compliance, Tech - Data Compliance
Manager II, Global Ops Compliance, Tech - Delivery
Manager II, Global Ops Compliance, Tech - Delivery & Core Technologies
Manager II, Global Ops Compliance, Tech - GRC
Manager II, Global Ops Compliance, Tech - Innovation
Manager II, Global Ops Compliance, Tech - Mobility
Manager II, Integrations
Manager II, Marketing Applied Science
Manager II, Marketing Data Science
Manager II, Marketing Data Science
Manager II, Marketing Data Science, Tech
Manager II, Marketing Data Science, Tech
Manager II, Partner Engineering, Uber for Business
Manager II, PgM, Tech
Manager II, PgM, Tech
Manager II, PgM, Tech
Manager II, PgM, Tech

Manager II, Product Analytics
Manager II, Product Design
Manager II, Product Design
Manager II, Product Design
Manager II, Product Design
Manager II, Risk
Manager II, Risk Management
Manager II, Risk Strategy
Manager II, Risk Strategy
Manager II, Security Engineering
Manager II, Security Engineering
Manager II, Security Engineering
Manager II, Security Engineering
Manager II, Security Engineering
Manager II, Security Engineering
Manager II, Security Engineering
Manager II, Security Investigations and Automation
Manager II, Security Technologist
Manager II, Security Technologist
Manager II, Security Technologist
Manager II, Technical Program Management
Manager II, Technical Program Management
Manager II, Technical Program Management
Manager II, Technical Program Management
Manager II, Technical Program Management
Manager II, Technical Program Management
Manager II, Technical Program Management
Manager II, Technical Program Management
Manager II, Technical Program Management
Manager II, Technical Program Management
Manager II, Technical Program Manager
Manager II, Technical Program Manager
Manager II, Technical Program Manager
Manager II, Technical Program Manager
Manager II, User Experience Research
Manager II, User Experience Research - Earner
Manager, Account Management
Manager, Account Management - Grocery & Retail
Manager, Account Management (Annual Plan)
Manager, Account Management (sales plan)
Manager, Account Manager, Eats Enterprise (Sales Plan)
Manager, Accounting
Manager, Accounting
Manager, Accounts Payable
Manager, ANZ Marketplace
Manager, ANZ Marketplace
Manager, Applications Development
Manager, Applications Development
Manager, Applications Development
Manager, Applications Security
Manager, Applications Support
Manager, Applied Science
Manager, Applied Science
Manager, Applied Science

Manager, Associate General Manager
Manager, Associate General Manager
Manager, Autonomous Mobility & Delivery
Manager, Autonomous Mobility & Delivery
Manager, Autonomous Mobility & Delivery
Manager, Autonomous Mobility & Delivery
Manager, BD Music & Entertainment
Manager, Business Development
Manager, Business Development
Manager, Business Development
Manager, Business Development
Manager, Business Development
Manager, Business Development
Manager, Business Development
Manager, Business Development
Manager, Business Development
Manager, Business Development
Manager, Business Development
Manager, Business Development
Manager, Business Development
Manager, Business Development
Manager, Business Development Representatives, Uber for Business
Manager, Business Development Representatives, Uber for Business
Manager, Business Development, Airports
Manager, Business Operations
Manager, Business Operations & Strategy, Payments
Manager, Business Systems
Manager, Business Systems
Manager, Carrier Operations
Manager, Central Operations
Manager, Central Operations
Manager, Central Operations
Manager, Central Operations
Manager, Central Operations
Manager, Central Operations
Manager, Central Operations
Manager, Central Operations
Manager, Central Operations
Manager, Central Operations
Manager, Central Operations
Manager, Central Operations
Manager, Central Operations
Manager, Central Operations
Manager, Central Operations
Manager, Central Operations
Manager, Central Operations
Manager, Central Operations
Manager, Central Operations
Manager, Central Operations
Manager, Central Operations
Manager, Central Operations
Manager, Central Operations

Manager, Central Operations
Manager, Central Operations - JUMP Bikes
Manager, Central Operations - Personal Safety
Manager, Central Operations, Airport Partnerships
Manager, Central Operations, Airports Growth & Analytics
Manager, Central Operations, Airports Partnerships
Manager, Central Operations, Airports Partnerships
Manager, City Performance
Manager, Claims
Manager, Claims
Manager, Claims
Manager, Claims
Manager, Claims
Manager, Claims
Manager, Claims
Manager, Claims
Manager, Claims
Manager, Claims SIU
Manager, CLO Business Operations
Manager, CLO Tech Operations
Manager, CLO Vendor Operations
Manager, Communications
Manager, Communications
Manager, Communications
Manager, Communications
Manager, Communications
Manager, Communications
Manager, Communications
Manager, Communications
Manager, Communications
Manager, Communications
Manager, Communications
Manager, Communications
Manager, Communications
Manager, Communications
Manager, Communications
Manager, Communications
Manager, Communications
Manager, Communications
Manager, Communications
Manager, Communications
Manager, Communications
Manager, Communications
Manager, Communications
Manager, Communications
Manager, Communications
Manager, Communications
Manager, Communications - ANZ
Manager, Communications, Business Products
Manager, Communications, MENA
Manager, Compliance
Manager, Consumer Engagement

Manager, Consumer Experience
Manager, Consumer Growth & Access
Manager, Consumer Incentives
Manager, Consumer Rentals
Manager, Consumer Rentals
Manager, Consumer Vehicles S&P
Manager, Corporate
Manager, Corporate
Manager, Corporate
Manager, Corporate Development
Manager, Creative Design I
Manager, D&I Strategy & Planning
Manager, Data Analytics
Manager, Data Protection, Global
Manager, Data Science
Manager, Data Science
Manager, Data Science, Tech
Manager, Data Science, Tech
Manager, Data Science, Tech
Manager, Decision Science
Manager, Decision Science
Manager, Decision Science
Manager, Design
Manager, Design
Manager, Earner & Vehicle Operations, Canada
Manager, Earner Access
Manager, Earner Experience
Manager, Earner Marketplace
Manager, Earner Promotions
Manager, Earner Relationship & Care
Manager, Eats Sales
Manager, Electrification
Manager, Employee Relations
Manager, Engineering
Manager, Engineering
Manager, Engineering
Manager, Engineering
Manager, Engineering
Manager, Engineering
Manager, Engineering
Manager, Engineering
Manager, Engineering
Manager, Engineering
Manager, Engineering
Manager, Engineering
Manager, Engineering
Manager, Ethics & Compliance
Manager, Ethics & Compliance Programs
Manager, Ethics & Compliance Programs
Manager, Ethics & Compliance, APAC
Manager, Ethics & Compliance, EMEA
Manager, Ethics & Compliance, EMEA

Manager, Executive and Employee Communications (Tech)
Manager, Executive Compensation & Benefits
Manager, External Affairs
Manager, External Affairs
Manager, Facilities
Manager, Fares & Pricing Ops
Manager, Federal Campaigns
Manager, Fleets & 3P Supply
Manager, Fleets & 3P Supply
Manager, FP&A
Manager, FP&A
Manager, Freight Account Management
Manager, General Manager
Manager, General Manager
Manager, Global Benefits, Inclusive Benefit Program
Manager, Global Customs Compliance
Manager, Global Earners
Manager, Global Earners
Manager, Global Intel
Manager, Global Investigations, EMEA
Manager, Global Ops Compliance, Mobility+
Manager, Global Ops Compliance, Tech - Core Technologies
Manager, Global Ops Compliance, Tech - Data Compliance
Manager, Global Ops Compliance, Tech - Data Compliance
Manager, Global Ops Compliance, Tech - Delivery
Manager, Global Ops Compliance, Tech - Delivery
Manager, Global Ops Compliance, Tech - Innovation
Manager, Global Ops Compliance, Tech - Innovation
Manager, Global Ops Compliance, Tech - Mobility
Manager, Global Security
Manager, Global Security Planning
Manager, Global Strategic Accounts, Uber for Business
Manager, Global Strategic Accounts, Uber for Business
Manager, Global Trade Compliance
Manager, GM
Manager, GM
Manager, GM
Manager, Greenlight Programs
Manager, Head of Core Experience & Engagement, Canada
Manager, Head of Eastern Canada
Manager, Head of Midwest & New England
Manager, Head of US South
Manager, Head of US West Regulatory Strategy and Operations
Manager, Indirect Tax
Manager, Insurance Strategy & Operations
Manager, Internal Audit
Manager, Internal Audit
Manager, Internal Audit
Manager, Internal Audit
Manager, Internal Audit
Manager, Internal Audit
Manager, Internal Audit
Manager, Internal Audit
Manager, Internal Audit

Manager, Internal Audit
Manager, Internal Audit
Manager, Internal Communications - Tech/Eng
Manager, Law Enforcement Response Team
Manager, Legal Compliance
Manager, Legal Compliance
Manager, Local Marketing
Manager, Local Operations
Manager, Local Operations
Manager, Local Operations
Manager, Local Operations
Manager, Local Operations
Manager, Local Operations
Manager, Local Operations
Manager, Logistics Operations
Manager, Marketing Applied Science
Manager, Marketing Data Science
Manager, Marketplace & Planning, Canada
Manager, Mobility Solutions, Events & Complex Venues
Manager, Mobility Solutions, Marketplace
Manager, Money Ops
Manager, Money Ops
Manager, National Fleet
Manager, National Fleet
Manager, New Verticals
Manager, Northeast Ops
Manager, Northwest Ops
Manager, One Ops
Manager, Ops Compliance, Freight, Global
Manager, Ops Compliance, Process Innovation, Global
Manager, Ops Compliance, Product Innovation, Global
Manager, Ops Compliance, Rides, APAC, EMEA & US&C
Manager, Partner Engineering
Manager, Payment Risk
Manager, Payments Operations
Manager, Payroll
Manager, Payroll
Manager, People Development
Manager, People Development
Manager, People Partner
Manager, PgM, Tech
Manager, PgM, Tech
Manager, PgM, Tech
Manager, PgM, Tech
Manager, Physical Security
Manager, Powerloop
Manager, Premium Products
Manager, Premium Products
Manager, Pricing, Fares, Incentives
Manager, Product Design
Manager, Product Operations
Manager, Program Management
Manager, Program Management
Manager, Program Management

MDL 3084

Manager, Program Management
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy
Manager, Public Policy - California
Manager, Public Policy Central America and Caribbean
Manager, Public Policy, Women's Safety
Manager, Public Safety Liaison, NorAm (West)
Manager, Public Safety Response, AMERICAS
Manager, Public Safety Response, NorAm
Manager, Recruiting
Manager, Recruiting
Manager, Recruiting
Manager, Regional Operations (Marketplace Health), Uber Eats - EMEA
Manager, Regulatory Operations & Safety
Manager, Regulatory Operations & Safety, Canada
Manager, Risk Ops Strategy
Manager, Risk Strategy
Manager, Risk Strategy
Manager, Risk Strategy
Manager, Risk Strategy
Manager, Risk Strategy
Manager, Safety Communications
Manager, Safety Investigations, Global
Manager, Safety Investigations, Global
Manager, Sales Enablement

UBER-MDL3084-000000099

Manager, Sales Enablement
Manager, Sales Enablement
Manager, Sales Enablement
Manager, Sales Enablement, Uber for Business EMEA
Manager, Sales Strategy & Operations
Manager, Sales Strategy & Operations
Manager, Security Analytics
Manager, Security Engineering
Manager, SEO
Manager, Shipper Operations
Manager, Shipper Platform EU
Manager, Solutions Team
Manager, Southwest Ops
Manager, Special Projects (Eats)
Manager, Special Projects (SPOT)
Manager, Staffing Operations - Uber Works
Manager, Stock Administration
Manager, Stock Administration
Manager, Stock Administration
Manager, Stock Administration
Manager, Strategic Finance
Manager, Strategic Finance
Manager, Strategic Finance
Manager, Strategic Finance
Manager, Strategic Finance
Manager, Strategic Finance
Manager, Strategic Finance
Manager, Strategic Finance - CBP
Manager, Strategic Finance, Safety & Insurance
Manager, Strategic Initiatives
Manager, Strategic Sourcing
Manager, Strategic Sourcing
Manager, Strategic Sourcing
Manager, Strategy & Planning
Manager, Strategy & Planning
Manager, Strategy & Planning
Manager, Strategy & Planning
Manager, Strategy & Planning
Manager, Strategy & Planning
Manager, Strategy & Planning
Manager, Strategy & Planning
Manager, Strategy & Planning
Manager, Strategy & Planning
Manager, Strategy & Planning
Manager, Strategy & Planning
Manager, Strategy & Planning
Manager, Strategy & Planning
Manager, Strategy & Planning
Manager, Strategy & Planning
Manager, Strategy & Planning
Manager, Strategy & Planning
Manager, Strategy & Planning

Manager, Strategy & Special Projects
Manager, Supply Chain
Manager, Sustainability
Manager, Tax
Manager, Tax
Manager, Tax Information Reporting & Withholding
Manager, Tax Operations - US
Manager, Tax Technology Global
Manager, Taxi & Hailables
Manager, Tech Services
Manager, Technical Accounting
Manager, Territory Operations
Manager, Territory Operations
Manager, Territory Operations
Manager, Territory Operations
Manager, Test Execution
Manager, Test Operations Engineering
Manager, U4B Sales
Manager, Uber Charter
Manager, Uber Health
Manager, Uber Reserve & Uber Connect
Manager, Urban Planning
Manager, US Mobility Insurance Strategy
Manager, US&C Consumer Economy Products
Manager, Vehicle Operations
Manager, Vehicle Ops
Manager, Xchange Leasing Operations
Managing Director, Payments
Manufacturing Engineer II
Marketing and Market Expansion Lead, Uber Transit
Marketing Applied Scientist II
Marketing Applied Scientist II
Marketing Assistant
Marketing Associate
Marketing Associate, Co-Marketing
Marketing Associate, Content
Marketing Communications Manager
Marketing Data Scientist I
Marketing Data Scientist I
Marketing Data Scientist I
Marketing Data Scientist II
Marketing Data Scientist II
Marketing Data Scientist II
Marketing Data Scientist II
Marketing Data Scientist II
Marketing Director
Marketing Intelligence Manager II, Delivery
Marketing Intelligence Manager II, Earner
Marketing Intern
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager

Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager I
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager
Marketing Manager - Uber Freight
Marketing Manager - UberEATS
Marketing Manager I
Marketing Manager I - Uber EATS
Marketing Manager I, ANZ
Marketing Manager I, APAC Social Media
Marketing Manager I, B2B Content
Marketing Manager I, B2B Content
Marketing Manager I, B2B Events

Marketing Manager I, EMEA Brand Marketing
Marketing Manager I, France
Marketing Manager I, Trust & Safety
Marketing Manager I, US&C
Marketing Manager I, US&C Brand Marketing
Marketing Manager I, US&C Brand Marketing
Marketing Manager I, US&C Brand Marketing
Marketing Manager I, US&C Brand Marketing
Marketing Manager I, US&C Brand Marketing
Marketing Manager II
Marketing Manager II
Marketing Manager II, ANZ
Marketing Manager II, ANZ B2B
Marketing Manager II, Brazil
Marketing Manager II, UKI
Marketing Manager II, US& C Brand Marketing
Marketing Manager II, US&C
Marketing Manager II, US&C Co-marketing
Marketing Manager II, US&C Delivery
Marketing Manager II, US&C Delivery Marketing
Marketing Manager II, US&C Mobility Marketing
Marketing Manager II, YouTube + Content
Marketing Manager, Campaigns
Marketing Manager, Content Strategist
Marketing Manager, CRM & Content
Marketing Manager, Cross-Channel Media
Marketing Manager, Cross-Channel Media
Marketing Manager, Denver
Marketing Manager, Partnerships
Marketing Manager, Partnerships
Marketing Manager, Programmatic Display
Marketing Manager, Strategic Restaurant Partners - Uber Eats
Marketing Manager, UberEATS
Marketing Manager, UberEATS LA
Marketing Manager, UberEATS Queensland
Marketing Manager, US & Canada Community & Culture
Marketing Manager, US & Canada, Rides
Marketing Manager, US&C Co-Marketing
Marketing Operations Manager I
Marketing Program Manager
Marketing Program Manager
Marketing Program Manager II
Marketing Program Manager II, EMEA
Marketing Program Manager, Campaigns
Marketing Program Manager, Campaigns
Marketing Solutions I
Marketing Solutions I
Marketing Solutions II
Marketing Solutions II
Marketing Solutions II, Data Engineer, CRM Marketing
Marketing Strategist
Marketing Strategist
Marketing Strategist II
Marketing Strategist II

Marketing Strategist II
Marketing Strategist II
Marketing Strategist II
Marketing Strategist II
Marketing Strategist II
Marketing Technology Associate
Marketing Technology Associate
Marketing Technology Associate
Marketing Technology Associate
Marketing Technology Associate
Marketing Technology Associate
Marketing Technology Associate
Marketing Technology Associate
Marketing Technology Associate
Marketing Technology Associate
Marketing Technology Manager I
Marketing Technology Manager I
Marketing Technology Manager I
Marketing Technology Manager I
Marketing Technology Manager I
Marketing Technology Manager I
Marketing Technology Manager I
Marketing Technology Manager I
Marketing Technology Manager I
Marketing Technology Manager I
Marketing Technology Manager I
Marketing Technology Manager I
Marketing Technology Manager I
Marketing Technology Manager I
Marketing Technology Manager I
Marketing Technology Manager I
Marketing Technology Manager I
Marketing Technology Manager I
Marketing Technology Manager I
Marketing Technology Manager I
Marketing Technology Manager I
Marketing Technology Manager I
Marketing Technology Manager I
Marketing Technology Manager I
Marketing Technology Manager I, App Store Optimization
Marketing Technology Manager I, Continuous Improvement
Marketing Technology Manager I, Creative Optimization
Marketing Technology Manager I, Creative Optimization
Marketing Technology Manager I, Data Flow
Marketing Technology Manager I, Influencer
Marketing Technology Manager I, Measurement and Tracking
Marketing Technology Manager I, Programmatic Display
Marketing Technology Manager II
Marketing Technology Manager II
Marketing Technology Manager II
Marketing Technology Manager II
Marketing Technology Manager II
Marketing Technology Manager II

Marketing Technology Manager II
Marketing Technology Manager II
Marketing Technology Manager II
Marketing Technology Manager II
Marketing Technology Manager II
Marketing Technology Manager II
Marketing Technology Manager II
Marketing Technology Manager II
Marketing Technology Manager II
Marketing Technology Manager II
Marketing Technology Manager II
Marketing Technology Manager II
Marketing Technology Manager II
Marketing Technology Manager II
Marketing Technology Manager II
Marketing Technology Manager II
Marketing Technology Manager II, Ad Ops
Marketing Technology Manager II, Continuous Improvement
Marketing Technology Manager II, Continuous Improvement Lead
Marketing Technology Manager II, CRM Deployment
Marketing Technology Manager II, CRO
Marketing Technology Manager II, Head of Affiliates
Marketing Technology Manager II, Measurement and Tracking
Marketing Technology Manager II, Product Operations
Marketing Technology Manager II, Programmatic Display
Marketing Technology Manager II, Resolution Ops
Marketing Technology Manager II, SEM
Marketing Technology Manager II, SpendOps
Marketing Technology Manager II, Web Ops
Marketing Technology Manager III
Marketing Technology Manager III, Programmatic Display
Marketplace & Platforms TPM
Marketplace Analyst II
Marketplace Lead - UberEats
Marketplace Lead, Uber Money - LatAm
Marketplace Leader, CommOps
Marketplace Manager - Courier Pricing
Marketplace Operations Manager
MEA Strategy and Planning Manager
Media Manager
Media Manager II, US&C Mobility
Merchandising Manager - Grocery & Retail
Merchandising Manager - Grocery & Retail
Merchant Experience and Product Specialist
Merchant Experience and Product Strategy Lead
Merchant Operations Lead - New Verticals
Merchant Strategy & Operations Manager
Mid Market Account Executive
Mid Market Account Executive, France, Uber for Business
Mid Market Account Executive, Uber for Business
Mid Market Account Executive, Uber for Business
Mid Market Account Executive, Uber for Business
Mid Market Account Executive, Uber for Business Spain
Mid Market Account Executive, Uber for Business, France
Mid Market Account Executive, Uber for Business, France

Mid Market Business Development Representative, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business

Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business
Mid-Market Account Executive, Uber for Business, UK
Mid-Market Account Executive, Uber for Business, UK
Mid-Market Account Executive, Uber Health
Mid-Market Account Executive, Uber Health
Mid-Market Business Development Representative, Uber for Business
Mid-Market Business Development Representative, Uber for Business
Mid-Market Business Development Representative, Uber for Business
Mid-Market Business Development Representative, Uber for Business
Mid-Market Business Development Representative, Uber for Business
Mid-Market Business Development Representative, Uber for Business
Mid-Market Business Development Representative, Uber for Business
Mid-Market Business Development Representative, Uber for Business
Mid-Market Business Development Representative, Uber for Business
Mid-Market Business Development Representative, Uber for Business
Mid-Market Sales Manager, Uber for Business
Mid-Market Sales Manager, Uber for Business
Mid-Market Sales Manager, Uber for Business
Mid-Market Sales Manager, Uber for Business
Mid-Market Sales Manager, Uber for Business, ANZ
Mid-Market Sales Manager, Uber for Business, Brazil
Mid-Market Sales Manager, Uber for Business, France
Mid-Market Sales Manager, Uber for Business, Mexico
Mid-Market Sales Manager, Uber for Business, Spain
Mid-Market Sales Manager, Uber for Business, UK
Mission Manager
Mission Manager
Mission Manager
Mission Manager
Mission Specialist
Mission Specialist
Mission Specialist
Mobile Platforms and Release TPM
Mobility Experience Program Leader, EMEA CommOps
Mobility TPM Lead
Monitor de Atendimento
Monitor de Atendimento
Multilingual City Manager, New York City
National Operations & Logistics Manager
New Fulfilment Lead ANZ
New Suits Processor
New Suits Processor
New Suits Processor
New Suits Processor
New Verticals & Ads lead
New Verticals Lead

New Verticals Safety Lead
New Verticals Snr Operations Manager, ANZ
NorthAm BPO Learning Lead
Office Manager
Office Manager
Onboarding & Support Representative
Onboarding & Support Representative
Onboarding & Support Representative
Onboarding & Support Representative
Onboarding & Support Representative
Onboarding & Support Representative
Onboarding & Support Representative
Onboarding Specialist
Onboarding Specialist
Onboarding Specialist
Operational Performance Analyst II
Operations & Logistics Associate
Operations & Logistics Coordinator
Operations & Logistics Manage
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager

UBER-MDL3084-000000108

Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager

UBER-MDL3084-000000109

Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager

Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager
Operations & Logistics Manager - Auckland
Operations & Logistics Manager - Brussels
Operations & Logistics Manager - EATS
Operations & Logistics Manager - Indonesia Expansion
Operations & Logistics Manager - Indonesia Expansion
Operations & Logistics Manager - Indonesia Expansion
Operations & Logistics Manager (Lead)
Operations & Logistics Manager (Lead)
Operations & Logistics Manager (Lead)
Operations & Logistics Manager (Lead)
Operations & Logistics Manager (Lead)
Operations & Logistics Manager (Lead)
Operations & Logistics Manager (Lead)
Operations & Logistics Manager (Lead)
Operations & Logistics Manager (Lead)
Operations & Logistics Manager (Lead)
Operations & Logistics Manager (Lead)

Operations & Logistics Manager (Lead)
Operations & Logistics Manager (Lead)
Operations & Logistics Manager (Lead)
Operations & Logistics Manager (Lead)
Operations & Logistics Manager (Lead)
Operations & Logistics Manager (Lead)
Operations & Logistics Manager (Lead)
Operations & Logistics Manager (Lead)
Operations & Logistics Manager (Lead)
Operations & Logistics Manager (Lead)
Operations & Logistics Manager (Lead)
Operations & Logistics Manager (Multiple Cities)
Operations & Logistics Manager (Multiple Cities)
Operations & Logistics Manager 3
Operations & Logistics Manager, Colombo
Operations & Logistics Manager, UberEATS
Operations and Logistics Coordinator
Operations and Logistics Intern
Operations and Logistics Manager
Operations and Logistics Manager
Operations and Logistics Manager
Operations and Logistics Manager
Operations and Logistics Manager
Operations and Logistics Manager
Operations and Logistics Manager
Operations and Logistics Manager
Operations and Logistics Manager
Operations and Logistics Manager
Operations and Logistics Manager
Operations and Logistics Manager
Operations and Logistics Manager
Operations and Logistics Manager
Operations and Logistics Manager
Operations and Logistics Manager
Operations and Logistics Manager
Operations and Logistics Manager
Operations and Logistics Manager
Operations and Logistics Manager - EATS
Operations and Logistics Manager - Rider CRM
Operations and Logistics Manager - UberEATS Sydney
Operations and Logistics Manager, CDTA
Operations and Logistics Manager, Florida
Operations and Logistics Manager, Ho Chi Minh City
Operations Associate
Operations Associate
Operations Associate
Operations Associate
Operations Associate
Operations Associate
Operations Associate
Operations Associate
Operations Associate
Operations Associate
Operations Associate

Operations Associate
Operations Associate
Operations Associate
Operations Associate
Operations Associate
Operations Associate
Operations Associate
Operations Associate
Operations Associate
Operations Associate
Operations Associate
Operations Associate
Operations Associate - UberMOTO
Operations Commander Manager
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator
Operations Coordinator - Bangalore
Operations Coordinator - Bucharest
Operations Coordinator - France, Switzerland & Austria (Compliance)
Operations Engineering Project Manager
Operations Excellence, India
Operations Intern

Operations Intern, Uber for Business
Operations Lead, Canada
Operations Lead, Strategic Initiatives
Operations Lead, Strategic Initiatives, Uber Direct
Operations Manager
Operations Manager
Operations Manager
Operations Manager
Operations Manager
Operations Manager
Operations Manager
Operations Manager
Operations Manager - Customer Success
Operations Manager - Customer Success
Operations Manager - UberEATS
Operations Manager (D.C.) - JUMP
Operations Manager (Nashville) - JUMP Scooters
Operations Manager (New Products) - SSA
Operations Manager (Phoenix) - JUMP Scooters
Operations Manager (Sacramento) - JUMP
Operations Manager (San Diego) - Scooters
Operations Manager (Santa Monica) - Scooters
Operations Manager (SF) - JUMP
Operations Manager UberEATS Courier
Operations Manager, East India
Operations Manager, Field
Operations Manager, Field
Operations Manager, Freight Account Management
Operations Manager, Greenlight - Seattle
Operations Manager, Xchange
Operations Program Manager
Operations Program Manager - Tech
Operations Program Manager, Scooters
Operations Specialist
Operations Specialist
Operations Specialist
Operations Specialist II
Operations Specialist II
Operations Specialist II
Operations Support
Operations Support
Operations Support
Operations Support
Operations Support
Operations Support
Operations Support
Operations Support
Operations Team Lead
Operator
Operator II
Ops Commander
Ops Commander
Ops Global Lead

Ops Manager
OS Operator I
OS Operator I
OS Operator II
Outreach Coordinator, JUMP
Outreach Innovation Specialist
Outreach Innovation Specialist
Outreach Innovation Specialist
Outreach Innovation Specialist
Outreach Innovation Specialist
Outreach Innovation Specialist
Outreach Innovation Specialist
Outreach Innovation Specialist
Outreach Innovation Specialist
Outreach Innovation Team Lead
Outreach Innovation Team Lead
Outreach Innovation Team Lead
Outreach Innovation Team Lead
Outreach Innovation Team Lead
Paralegal II, Emerging Technologies
Paralegal II, Marketing & Advertising
Paralegal, Delivery
Paralegal, Driver Policy, US
Paralegal, Employment, US
Paralegal, Employment, US
Paralegal, Freight
Paralegal, IP
Paralegal, Litigation
Paralegal, Litigation
Paralegal, Litigation
Paralegal, Marketing & Advertising
Paralegal, New England, US Regulatory
Paralegal, NorCal & Southwest, US Regulatory
Paralegal, Safety & Insurance Litigation, High Exposure, US East
Paralegal, Safety & Insurance Litigation, High Exposure, US West
Paralegal, Safety & Insurance Litigation, Mass Torts
Paralegal, Safety & Insurance Litigation, US East
Paralegal, Safety & Insurance Litigation, US East
Paralegal, Safety & Insurance Litigation, US West
Paralegal, Safety & Insurance Litigation, US West
Paralegal, US Central Ops
Partner Associate
Partner Associate
Partner Associate
Partner Associate
Partner Associate
Partner Associate
Partner Associate
Partner Associate
Partner Associate
Partner Associate
Partner Engineer I
Partner Engineer I
Partner Engineer II

UBER-MDL3084-000000115

Partner Engineer II, LATAM
Partner Engineer II, Uber for Business
Partner Engineer II, Uber for Business
Partner Engineer II, Uber for Business
Partner Lifecycle - Driver Acquisition
Partner Management Lead, Grocery & Retail
Partner Management Lead, Uber Direct US&C
Partner Manager
Partner Manager
Partner Manager
Partner Manager
Partner Manager
Partner Manager
Partner Manager
Partner Manager
Partner Manager
Partner Manager
Partner Manager
Partner Manager
Partner Manager
Partner Manager
Partner Manager, Ads Strategic Verticals
Partner Manager, Grocery & Retail
Partner Manager, Grocery & Retail
Partner Manager, Grocery & Retail
Partner Manager, Grocery & Retail
Partner Manager, Grocery & Retail
Partner Manager, Regional
Partner Manager, Regional
Partner Manager, Regional
Partner Manager, Strategic Verticals Ads
Partner Manager, Uber Direct
Partner Manager, Uber Direct
Partner Payments Analyst, Americas
Partner Success Specialist
Partner Success Specialist
Partner Support Representative
Partner Support Representative
Partner Support Representative
Partner Support Representative
Partner Support Representative
Partner Support Representative
Partner Support Representative
Partner Support Representative
Partnerships Coordinator, Uber Health
Partnerships Coordinator, Uber Health
Payment Partnerships Manager
Payment Partnerships Support Specialist
Payments Lead
Payments Operations Manager
PD Engineering Project Manager
People Business Partner
People Business Partner
People Development - Systems and Data Manager
People Operations Generalist

UBER-MDL3084-000000116

People Operations Generalist
People Operations Specialist, US&C People Operations
People Partner
People Partner
People Partner
People Partner
People Partner
People Partner
People Partner
People Partner
People Partner
People Partner
People Partner
People Partner
People Partner
People Partner
Performance Analyst Lead
Performance Analyst Lead
Performance Marketing & DS Ops
Performance Marketing Associate
Performance Marketing Associate
Performance Marketing Associate, Earner CRM
Performance Marketing Associate, Membership CRM
Performance Marketing Associate, New Verticals
Performance Marketing Associate, Regional Performance Ops, APAC
Performance Marketing Associate, Rider CRM
Performance Marketing Manager I
Performance Marketing Manager I
Performance Marketing Manager I
Performance Marketing Manager I
Performance Marketing Manager I
Performance Marketing Manager I
Performance Marketing Manager I
Performance Marketing Manager I
Performance Marketing Manager I
Performance Marketing Manager I
Performance Marketing Manager I
Performance Marketing Manager I
Performance Marketing Manager I, B2B CRM
Performance Marketing Manager I, Earner CRM
Performance Marketing Manager I, Earner CRM
Performance Marketing Manager I, Earner CRM
Performance Marketing Manager I, Eater CRM
Performance Marketing Manager I, Eater CRM
Performance Marketing Manager I, Line of Business, Eats
Performance Marketing Manager I, Line of Business, Rides
Performance Marketing Manager I, Merchants CRM
Performance Marketing Manager I, Regional CRM, US/CA
Performance Marketing Manager I, Rider CRM
Performance Marketing Manager II
Performance Marketing Manager II
Performance Marketing Manager II
Performance Marketing Manager II
Performance Marketing Manager II
Performance Marketing Manager II

Performance Marketing Manager II
Performance Marketing Manager II
Performance Marketing Manager II
Performance Marketing Manager II
Performance Marketing Manager II
Performance Marketing Manager II
Performance Marketing Manager II
Performance Marketing Manager II
Performance Marketing Manager II, Delivery
Performance Marketing Manager II, Earner CRM
Performance Marketing Manager II, Eater CRM
Performance Marketing Manager II, Line of Business, Eats
Performance Marketing Manager II, Line of Business, Mobility
Performance Marketing Manager II, Line of Business, US/CA Delivery
Performance Marketing Manager II, Line of Business, USCA Mobility
Performance Marketing Manager II, New Verticals CRM
Performance Marketing Manager II, Paid Social Ad Tech
Performance Marketing Manager II, Regional CRM, US/CA
Performance Marketing Manager II, Regional Performance Ops, LATAM
Performance Marketing Manager II, Rider CRM
Performance Marketing Manager II, Rider CRM
Performance Marketing Manager II, Rider CRM
Performance Marketing Manager III, Line of Business, Rides
Performance Marketing Manager I, App Store
Performance Marketing Manager, App Store
Performance Marketing Manager, Display
Performance Marketing Manager, Merchant CRM
Performance Marketing Manager, Paid Search
Performance Marketing Manager, Programs
Performance Marketing Manager, Social
Photo Lead
Physical Security & Intel Manager
Physical Security Systems Manager II
Poland-City Operations
Policy & Procedure Lead
Policy Scientist I
Policy Scientist I
Policy Scientist II
Policy Scientist II
Policy Scientist II
Policy Scientist II
Position Xchange Inventory Management Specialist
Post Production Producer
Postdoctoral Research Scientist
Postdoctoral Research Scientist
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

UBER-MDL3084-000000119

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

MDL 3084

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

MDL 3084

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee
Postmates Employee

Postmates Employee
Premium Support Specialist
President, Uber Eats, Japan
Pricing Specialist, Earner Promotions
Pricing Specialist, Earner Promotions
Pricing Specialist, UberX & Specialty Products
Principal Design Engineer
Principal Engineer
Principal Engineer
Principal Engineer
Principal Engineer
Principal Engineer
Principal Engineer
Principal Engineer
Principal Engineer
Principal Engineer
Principal Engineer
Principal Engineer
Principal Engineer
Principal Engineer
Principal Engineer
Principal Engineer
Principal Engineer
Principal Engineer
Principal Engineer
Principal Engineer - Driver Engineering
Principal Engineer - Search
Principal Engineer TLM, Data Center Engineering
Principal Engineer, TLM
Principal Engineer, TLM
Principal Executive Sourcer
Principal Mobile Engineer, Rider
Principal Recruiter
Principal Software Engineer, ML
Principal Sourcer
Principal Sourcer
Principal Technical Program Manager
Principal Technical Recruiter
Principal, Applied Science
Principal, PMO - Fintech
Principle Infrastructure Engineer
Privacy & Cybersecurity Specialist
Process & Technology Specialist
Process Specialist
Process Specialist
Producer, Ops
Product Analyst - Uber Everything
Product Analyst I
Product Analyst I
Product Analyst I
Product Analyst I
Product Analyst I
Product Analyst II
Product Analyst II

Product Analyst II
Product Analyst II
Product Analyst II
Product Analyst II
Product Data Analyst II
Product Design I
Product Design Lead, People Tech
Product Designer - Product Equity
Product Designer - Uber for Business
Product Designer I
Product Designer I
Product Designer I
Product Designer II
Product Designer II
Product Designer II
Product Designer II
Product Designer II
Product Designer II
Product Designer II
Product Designer II
Product Designer II
Product Designer II
Product Designer II
Product Designer II
Product Designer II
Product Designer II
Product Designer II - Rider Verticals
Product Designer II - Uber for Business
Product Designer II, Design Systems
Product Designer II, Earner
Product Designer II, Earner
Product Director, Grocery
Product Experience Lead, UK and Ireland
Product Manager
Product Manager
Product Manager
Product Manager
Product Manager
Product Manager
Product Manager
Product Manager
Product Manager - Customer Obsession
Product Manager - Customer Obsession - Channel Experience
Product Manager - Driver Benefits
Product Manager - Identity
Product Manager - Identity
Product Manager - Investigation, Money Movement Risk
Product Manager - Marketplace Matching
Product Manager - Marketplace Matching
Product Manager - Marketplace, Driver Pricing
Product Manager - Price Reliability
Product Manager - Uber Eats
Product Manager - Uber Eats - Marketplace
Product Manager - UberEverything - UberEATS, International Growth
Product Manager 2, Data Platform

Product Manager I
Product Manager I
Product Manager I
Product Manager I
Product Manager I
Product Manager I
Product Manager I
Product Manager I
Product Manager I
Product Manager I
Product Manager I, CRM & Automation Platform
Product Manager I, Tech
Product Manager I, Tech
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II

Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II

Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II
Product Manager II - Driver App Experience
Product Manager II - Global Intelligence
Product Manager II - Maps Routing
Product Manager II - Marketplace Matching
Product Manager II - Marketplace Matching
Product Manager II - Merchant Performance
Product Manager II - Offer Experience
Product Manager II - Privacy
Product Manager II - Privacy
Product Manager II - Reserve Experience
Product Manager II - Rider Experience
Product Manager II - Uber Reserve
Product Manager II - User Safety
Product Manager II- Payment Risk
Product Manager II, CRM/Creative Authoring
Product Manager II, Equity
Product Manager II, Mobile Marketing & Ingestion
Product Manager II, Tech
Product Manager, Earner Quality
Product Manager, Global Intelligence
Product Manager, Help Center Platform
Product Manager, Identity
Product Manager, Mobility Verticals
Product Manager, Safety Experience
Product Manager, Sign-up & Login
Product Marketing Associate, Earner
Product Marketing Associate, Earner
Product Marketing Associate, Earner
Product Marketing Associate, Eats
Product Marketing Associate, Safety
Product Marketing Manager - Uber Eats Merchants
Product Marketing Manager I
Product Marketing Manager I, B2B
Product Marketing Manager I, B2B
Product Marketing Manager I, Consumer
Product Marketing Manager I, Consumer
Product Marketing Manager I, Consumer
Product Marketing Manager I, Earner
Product Marketing Manager I, Earner
Product Marketing Manager I, Earner
Product Marketing Manager I, Earner
Product Marketing Manager I, Earner
Product Marketing Manager I, Earner
Product Marketing Manager I, Earner
Product Marketing Manager I, Freight
Product Marketing Manager I, Freight
Product Marketing Manager I, Rider

Product Marketing Manager I, Rider Platform
Product Marketing Manager I, Tech
Product Marketing Manager II
Product Marketing Manager II
Product Marketing Manager II
Product Marketing Manager II
Product Marketing Manager II
Product Marketing Manager II
Product Marketing Manager II, B2B Transit
Product Marketing Manager II, Cities
Product Marketing Manager II, Consumer
Product Marketing Manager II, Consumer
Product Marketing Manager II, Consumer
Product Marketing Manager II, Delivery
Product Marketing Manager II, Delivery
Product Marketing Manager II, Delivery
Product Marketing Manager II, Driver Earnings
Product Marketing Manager II, Earner
Product Marketing Manager II, Earner
Product Marketing Manager II, Earner
Product Marketing Manager II, Earner
Product Marketing Manager II, Earner
Product Marketing Manager II, Eats
Product Marketing Manager II, Freight
Product Marketing Manager II, Membership
Product Marketing Manager II, Money
Product Marketing Manager II, Rider
Product Marketing Manager II, Rider
Product Marketing Manager II, Safety & Sustainability
Product Marketing Manager III, Freight
Product Marketing Manager, Uber for Business
Product Operations II
Product Operations II
Product Operations II
Product Operations II
Product Operations II
Product Operations II
Product Operations II
Product Operations II
Product Operations II
Product Operations II
Product Operations II
Product Operations II
Product Operations II
Product Operations II
Product Operations Lead - Rider Expansion
Product Operations Manager
Product Operations Manager
Product Operations Manager
Product Operations Manager
Product Operations Manager
Product Operations Manager

Product Operations Manager
Product Operations Manager
Product Operations Manager
Product Operations Manager
Product Operations Manager
Product Operations Manager
Product Operations Manager
Product Operations Manager
Product Operations Manager
Product Operations Manager
Product Operations Manager
Product Operations Manager
Product Operations Manager
Product Operations Manager
Product Operations Manager
Product Operations Manager
Product Operations Manager - Courier
Product Operations Manager - Eater
Product Operations Manager - Enterprise
Product Operations Manager - Enterprise
Product Operations Manager - International
Product Operations Manager - Restaurant
Product Operations Manager - Rider Experience
Product Operations Manager - Rider Verticals
Product Operations Manager - Uber Eats
Product Operations Manager, Courier
Product Operations Manager, Expansion
Product Operations Manager, Marketplace
Product Operations Manager, Marketplace
Product Operations Senior Manager
Product Operations Senior Manager
Product Operations Specialist
Product Operations Specialist - Content Platform
Product Operations Specialist - Customer Obsession
Product Operations Specialist - VS Onboarding
Product Operations Specialist I
Product Operations Specialist II - Driver Progression
Product Operations Specialist, Money
Product Operations Specialist, UberFamily
Product Operations Strategy & Planning Associate
Product Planning & Operations Senior Program Manager, Conversational AI
Product Planning & Operations Sr Program Manager, Product Usability & Experience
Product Quality Lead, JUMP
Product Specialist
Product Specialist - Uber Freight
Product Support Specialist
Product Testing Coordinator
Production Supervisor
Program Lead
Program Lead - Consumer Experience
Program Lead - Customer Advocacy Team
Program Lead - Customer Pain Points
Program Lead - Earner Access
Program Lead - Earner Channel & Infrastructure

Program Lead - Earner Experience
Program Lead - Earner Growth & Vehicles
Program Lead - Earner Regulatory Benefits
Program Lead - Eater Customer Experience
Program Lead - Escalations & Customer Pain Points
Program Lead - Escalations & Customer Pain Points
Program Lead - Escalations, Operations & Enablement
Program Lead - Field Ops
Program Lead - Global Customer Insights & Advocacy
Program Lead - Global Risk Support
Program Lead - Grocery & Retail Customer Experience
Program Lead - High-Value Earner Support
Program Lead - Merchant Customer Experience
Program Lead - Merchant Growth
Program Lead - Merchant Onboarding & ELC
Program Lead - New Verticals and Strategic Operations
Program Lead - Performance & Org Excellence
Program Lead - Planning & Support
Program Lead - Scaled Sales
Program Lead - Screenings
Program Lead (U4B)
Program Lead, Eater Experience
Program Lead, Product Insight & Rollout, US&C Agent Platform
Program Lead, SPOT
Program Lead, Strategic Initiatives - Global Service Design
Program Leader, B2B and New Business Support Experience
Program Leader, Comm Ops
Program Leader, Comm Ops
Program Leader, Comm Ops
Program Leader, Comm Ops
Program Leader, Comm Ops
Program Leader, Comm Ops
Program Leader, Comm Ops
Program Leader, Comm Ops
Program Leader, Comm Ops
Program Leader, Comm Ops
Program Leader, Comm Ops
Program Leader, Employee Experience
Program Leader, Global Community Operations Learning & Development
Program Leader, HCV
Program Leader, Investigations
Program Leader, Product Payments
Program Leader, Service Design and Content
Program Leader, Service Quality
Program Leader, Special Projects
Program Manager
Program Manager
Program Manager
Program Manager
Program Manager
Program Manager
Program Manager
Program Manager

Program Manager
Program Manager
Program Manager
Program Manager
Program Manager
Program Manager
Program Manager
Program Manager
Program Manager
Program Manager
Program Manager
Program Manager - Consumer Experience
Program Manager - Customer Advocacy Team
Program Manager - Customer Advocacy Team
Program Manager - Customer Advocacy Team
Program Manager - Digital Strategy & Innovation, Automation
Program Manager - Documents
Program Manager - Earner Account
Program Manager - Earner Account
Program Manager - Engineering Experience
Program Manager - Escalations, Operations & Enablement
Program Manager - Incubations Mobility
Program Manager - Marketing Localization
Program Manager - Merchant Growth
Program Manager - Merchant Growth
Program Manager - Performance & Org Excellence
Program Manager - Planning & Support
Program Manager - Quality, Safety and Compliance
Program Manager - RUSH Launch
Program Manager - Scaled Sales
Program Manager - Screenings
Program Manager - Screenings
Program Manager - SPOT
Program Manager - SPOT
Program Manager - Uber Direct Customer Experience
Program Manager - Uber Eats Restaurant Growth
Program Manager - Vehicles
Program Manager Executive Onboarding
Program Manager Food - HQ, US+C, LATAM
Program Manager I, Creative
Program Manager I, Tech
Program Manager I, Tech
Program Manager I, Tech
Program Manager I, Tech
Program Manager II
Program Manager II
Program Manager II
Program Manager II
Program Manager II, Tech
Program Manager II, Tech
Program Manager II, Tech
Program Manager II, Tech
Program Manager II, Tech
Program Manager II, Tech

Program Manager II, Tech
Program Manager II, Tech
Program Manager II, Tech
Program Manager II, Tech
Program Manager II, Tech
Program Manager II, Tech
Program Manager II, Tech
Program Manager II, Tech
Program Manager II, Tech
Program Manager II, Tech
Program Manager II, Tech
Program Manager II, Tech
Program Manager II, Tech
Program Manager II, Tech
Program Manager II, Tech
Program Manager II, Tech
Program Manager II, Tech
Program Manager II, Tech
Program Manager- People Experience
Program Manager, Background Checks
Program Manager, Critical Customer Support
Program Manager, Customer Insights
Program Manager, Delivery Partner
Program Manager, Driver Account Support
Program Manager, Driver Accounts Support
Program Manager, Driver Trips
Program Manager, Driver Trips
Program Manager, Financial Risk Management
Program Manager, Global Safety Support
Program Manager, HR Infrastructure & Operations
Program Manager, HR Operations & Infrastructure
Program Manager, I
Program Manager, II
Program Manager, II
Program Manager, Learning & Development
Program Manager, Merchant Customer Experience
Program Manager, New Mobility
Program Manager, NorthAm Content Management & Strategy
Program Manager, People Data
Program Manager, People Ops
Program Manager, Policy & Planning, Map Operations
Program Manager, Public Sector & B2B Proposals, Uber for Business
Program Manager, Recovery Support
Program Manager, Regulatory, Mobility
Program Manager, Risk & Compliance
Program Manager, Safety Policy & Standards
Program Manager, Security
Program Manager, Security
Program Manager, Segmented Support
Program Manager, Service Design & Strategy
Program Manager, SMB Customer Success
Program Manager, Special Projects
Program Manager, Strategy and Planning
Program Manager, Sub Regional Campaigns

UBER-MDL3084-000000165

MDL 3084

Program Manager, Tech
Program Manager, Tech
Program Manager, Tech
Program Manager, Tech
Program Manager, Tech
Program Manager, Tech II
Program Manager, Trade Compliance, EMEA
Program Manager, Transit Proposals, Uber Transit
Program Manager, Uber for Business
Program Manager, Uber Health
Program Manager, UberEverything - EMEA
Program Manager, US&C
Program Specialist II
Program Specialist II
Program Specialist II
Program Specialist II
Program Specialist II
Program Specialist II
Program Specialist II
Program Specialist II
Program Specialist II
Program Specialist II
Program Specialist II
Program Specialist II - QCIC COE Enablement
Program Specialist III
Program Specialist III
Program Specialist III
Program Specialist III
Program Specialist III
Program Specialist III
Program Specialist III
Program Specialist III
Program Specialist III
Program Specialist III
Program Specialist III
Program Specialist III
Program Specialist III
Program Specialist III
Program Specialist III
Program Specialist III - Investigations
Program Specialist III - Risk & Compliance
Program Specialist III - Risk & Compliance
Program Specialist III - Risk & Compliance
Program Specialist III - Risk and Compliance
Program Specialist III - SPOT
Program Specialist III - SPOT
Program Specialist III - SPOT
Program Specialist III - SPOT
Program Specialist III - SPOT
Program Specialist III - SPOT
Program Specialist III - SPOT
Program Specialist III - SPOT

Program Specialist III - SPOT
Program Specialist III - SPOT
Program Specialist III - SPOT
Program Specialist III - SPOT
Program Specialist III - US&C Compliance Ops
Program Specialist III- Global Configurations
Program Specialist III-Field Ops
Program Specialist III-Performance & Org Excellence
Program Specialist III-Planning & Support
Program Specialist III-Planning & Support
Program Specialist IV
Program Specialist IV
Program Specialist IV
Program Specialist IV
Program Specialist IV
Program Specialist IV
Program Specialist IV
Program Specialist IV
Program Specialist IV
Program Specialist IV
Program Specialist IV
Program Specialist IV
Program Specialist IV
Program Specialist IV
Program Specialist IV
Program Specialist IV
Program Specialist IV
Program Specialist IV
Program Specialist IV
Program Specialist IV
Program Specialist IV
Program Specialist IV - ANZ COE P&E Communications, Engagement, and Recognition
Program Specialist IV - Central Innovation Specialist
Program Specialist IV - Customer Advocacy Team
Program Specialist IV - Customer Advocacy Team
Program Specialist IV - Customer Pain Points
Program Specialist IV - Customer Pain Points
Program Specialist IV - Customer Pain Points
Program Specialist IV - Customer Pain Points
Program Specialist IV - Employee Experience
Program Specialist IV - Employee Experience
Program Specialist IV - Employee Experience
Program Specialist IV - Employee Experience
Program Specialist IV - Escalations
Program Specialist IV - Global Safety, Identity, Risk and Payments Support
Program Specialist IV - Investigations
Program Specialist IV - Investigations
Program Specialist IV - Performance & Org Excellence
Program Specialist IV - Planning & Support
Program Specialist IV - Planning & Support
Program Specialist IV - Planning & Support
Program Specialist IV - Risk & Compliance
Program Specialist IV - Risk & Compliance

Program Specialist IV - Risk & Compliance
Program Specialist IV - Senior Ops Commander
Program Specialist IV - SPOT
Program Specialist IV - SPOT
Program Specialist IV - SPOT
Program Specialist IV - SPOT
Program Specialist IV - SPOT
Program Specialist IV - SPOT
Program Specialist IV - SPOT
Program Specialist IV - SPOT
Program Specialist IV - SPOT
Program Specialist IV - SPOT
Program Specialist IV - SPOT
Program Specialist IV - SPOT
Program Specialist IV - SPOT
Program Specialist IV - SPOT
Program Specialist IV - SPOT
Program Specialist IV - SPOT
Program Specialist IV - SPOT
Program Specialist IV - SPOT
Program Specialist IV - SPOT
Program Specialist IV - SPOT
Program Specialist IV - Strategy & Planning
Program Specialist IV - Time & Attendance
Program Specialist IV-P4P Automation
Project Manager
Project Manager
Project Manager
Project Manager
Project Manager - Learning Experience
Project Manager I
Project Manager I
Project Manager II
Project Manager II
Project Manager II
Project Manager II
Project Manager II
Project Manager II
Project Manager II
Project Manager II
Project Manager, COE
Project Manager, Content Creation
Project Manager, Eater
Project Manager, Internal Audit (APAC & Global Cybersecurity)
Project Manager, Learning Systems
Project Manager, Partner Services
Project Manager, Tech
Project Manager, Tech
Project Manager, Tech
Project Specialist
Project Specialist IV
Project Specialist, Risk & Compliance
Project Specialist, Risk & Compliance
Protective Intelligence Analyst

168                    UBER-MDL3084-000000168

Protective Services Lead
Protective Services Lead
Protective Services Lead
Protective Services Manager
Protective Services Manager
Protective Services Project Specialist
Protective Services Sr. Lead
Public Affairs Manager
Public Affairs Manager, Atlanta
Public Affairs Manager, North Region
Public Affairs Manager, West Region
Public Policy Associate, France
Public Policy Lead, Privacy and Security
Public Policy Lead, Regulatory
Public Policy Manager, ANZ
Public Policy Manager, Canada
Public Policy Manager, Chile
Public Policy Manager, Desert Region
Public Policy Manager, Mexico
Public Policy Manager, Mexico
Public Policy Manager, New England
Public Policy Manager, New Mobility Products
Public Policy Manager, Norther California
Public Policy Manager, Safety
Public Policy Senior Associate, Spain
Public Policy Sr Associate - EU
QA Specialist II
QA Specialist II - US&C
Quality Analyst
Quality Assurance Reviewer
Quality Assurance Specialist
Quality Assurance Specialist
Quality Assurance Specialist
Quality Assurance Specialist
Quality Manager
Quality Manager, Rides Support - Phoenix
Quality Specialist
Quality Specialist
Quality Specialist
Quality Specialist II
Quality Specialist II - Screenings
Quality Specialist II - Screenings
Quality Specialist II - Screenings
Quality Specialist II - US&C
Quality Specialist II - US&C
Quality Specialist II - US&C
Quality Specialist II - US&C
Quality Specialist II - US&C
Quality Specialist II - US&C Service Quality
Quality Specialist II - US&C Service Quality
Quality Specialist II - US&C Service Quality
Quality Specialist III
Quality Specialist III - US&C
Quality Specialist III - US&C

UBER-MDL3084-000000169

Quality Specialist III - US&C Service Quality
Quality Specialist III - US&C Service Quality
Quality Specialist III - US&C Service Quality
Quality Specialist III - US&C Service Quality
Quality Specialist Reviewer
Quality Specialist III
Real Estate Lead, Manager Uber For Business
Real Time Analyst I
Real Time Analyst I
Real Time Analyst I
Real Time Analyst I
Real Time Analyst II
Recovery Specialist
Recovery Specialist
Recruiter
Recruiter
Recruiter
Recruiter
Recruiting Coordinator
Regional Account Operations Manager (Analytics) - Uber Freight EU
Regional Analytics Manager, APAC- UberEATS
Regional CommOps Lead - Iberia
Regional Community Operations Manager - Eats WSE
Regional Community Operations Manager, Delivery Italy
Regional Director, Safety - US&C
Regional Director, Safety - US&C
Regional General Manager
Regional General Manager
Regional General Manager II
Regional General Manager II, Eats US & Canada
Regional General Manager UKI
Regional General Manager, EATS EMEA
Regional General Manager, EATS LatAm
Regional General Manager, EATS US & Canada
Regional General Manager, JUMP- US&C
Regional General Manager, SEA & ANZ
Regional Greenlight Manager
Regional Greenlight Manager
Regional Head of Business Development
Regional Lead, Community Operations
Regional Manager of Trust & Safety, East
Regional Marketing Lead
Regional Marketing Lead, Midwest
Regional Marketing Lead, South
Regional Marketing Lead, West
Regional Operations Analyst
Regional Operations Coordinator
Regional Operations Lead, Business Intelligence
Regional Operations Lead, Courier
Regional Operations Lead, Courier Earnings
Regional Operations Lead, Courier Onboarding
Regional Operations Lead, Eater Growth
Regional Operations Lead, Marketplace
Regional Operations Lead, Marketplace

Regional Operations Lead, Merchant
Regional Operations Manager
Regional Operations Manager
Regional Operations Manager
Regional Operations Manager
Regional Operations Manager
Regional Operations Manager
Regional Operations Manager
Regional Operations Manager
Regional Operations Manager
Regional Operations Manager
Regional Operations Manager
Regional Operations Manager
Regional Operations Manager
Regional Operations Manager
Regional Operations Manager
Regional Operations Manager
Regional Operations Manager
Regional Operations Manager - Cities
Regional Operations Manager - Quality
Regional Operations Manager - Rider Ops
Regional Operations Manager (Eater), Uber Eats - EMEA
Regional Operations Manager (Quality), Uber Freight
Regional Operations Manager (Restaurant), Uber Eats - EMEA
Regional Operations Manager I
Regional Operations Manager I
Regional Operations Manager I
Regional Operations Manager I
Regional Operations Manager I
Regional Operations Manager I
Regional Operations Manager I
Regional Operations Manager I
Regional Operations Manager I, Rider Operations
Regional Operations Manager II
Regional Operations Manager II
Regional Operations Manager II
Regional Operations Manager II
Regional Operations Manager II
Regional Operations Manager II
Regional Operations Manager II
Regional Operations Manager II
Regional Operations Manager II
Regional Operations Manager II
Regional Operations Manager II - Driver Earnings
Regional Operations Manager II - Rider Pricing & Incentives
Regional Operations Manager, ANZ
Regional Operations Manager, ANZ
Regional Operations Manager, Cities
Regional Operations Manager, Customer Engagagement
Regional Operations Manager, Marketplace
Regional Operations Manager, Marketplace
Regional Operations Manager, Supply Engagement & Retention
Regional Operations Manager, Vehicle Solutions

Regional Operations Manager, West Coast
Regional Operations, Head of Marketplace ANZ
Regional Partner Support Center Manager
Regional Partnerships Manager, Mexico
Regional Partnerships Manager, Vehicle solutions
Regional Partnerships Manager, Vehicle Solutions (Europe)
Regional Portfolio Manager
Regional Product Operations Manager, Merchant
Regional Product Operations Specialist - India
Regional Remarketing Manager - Xchange Leasing
Regional Remarketing Manager - Xchange Leasing
Regional Remarketing Manager - Xchange Leasing
Regional Security Lead, North Asia
Regional Security Manager - Advanced Technology Group
Regional Security Manager - APAC
Regional Security Manager - Brazil and South Cone
Regional Security Manager - Europe
Regional Security Manager (EMEA/APAC)
Regional Security Manager, North America
Regional Shipper Ops Manager, Onboarding
Regional Strategic Operations Lead, Meal Programs & Membership, Uber for Business, APAC
Regional Web Content Lead
Regulatory & Compliance Specialist
Regulatory Operations Manager
Regulatory Strategy & Operations Manager
Regulatory Strategy & Operations Manager
Reinstatement Specialist
Reinstatement Specialist
Reinstatement Specialist
Reinstatement Specialist
Reinstatement Specialist
Research & Insights Manager II
Research & Insights Manager II, APAC
Research & Insights Manager II, Core Business
Research & Insights Manager II, Global Brand
Research & Insights Manager III, Core Business
Rest Ops Manager
Rest Ops Manager
Rest Ops Manager- Mumbai
Restaurant Account Manager
Restaurant Community Manager, ANZ
Restaurant Expert
Restaurant Operations Manager
Restaurant Operations Manager
Restaurant Operations Manager, UberEATS - Milan
Restaurant Partnership Manager
Restaurant Product Operations Manager
Revenue Accounting Manager
RGM, LatAm, Delivery
Rider Growth Manager, Central & Eastern Europe
Rider Lifecycle Marketing Manager, LATAM
Risk & Compliance Specialist, SPOT
Risk & Compliance Specialist, SPOT
Risk & Compliance Specialist, SPOT

Risk & Compliance Specialist, SPOT
Risk & Compliance Specialist, SPOT
Risk & Compliance Specialist, SPOT
Risk & Compliance Specialist, SPOT
Risk & Compliance Specialist, SPOT
Risk & Compliance Specialist, SPOT
Risk & Compliance Specialist, SPOT
Risk & Compliance Specialist, SPOT
Risk & Compliance Specialist, SPOT
Risk & Compliance Specialist, SPOT
Risk & Compliance Specialist, SPOT
Risk & Compliance Specialist, SPOT
Risk & Compliance Specialist, SPOT
Risk & Compliance Specialist, SPOT
Risk & Compliance Specialist, SPOT
Risk & Threat Analyst Intern
Risk and Compliance Project Specialist
Risk and Compliance Project Specialist
Risk and Compliance Project Specialist
Risk and Compliance Project Specialist
Risk and Compliance Project Specialist
Risk and Compliance Specialist
Risk and compliance specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist

Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist
Risk and Compliance Specialist I - US&C ASR Messaging
Risk and Compliance Specialist I - US&C ASR Messaging
Risk and Compliance Specialist I - US&C ASR Messaging
Risk and Compliance Specialist I - US&C ASR Messaging
Risk and Compliance Specialist I - US&C ASR Outbound Phones
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II

Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II

Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II
Risk and Compliance Specialist II - G&SS GFPS
Risk and Compliance Specialist II - G&SS GFPS
Risk and Compliance Specialist II - G&SS GFPS
Risk and Compliance Specialist II - G&SS GFPS
Risk and Compliance Specialist II - NIRC
Risk and Compliance Specialist II - SPOT
Risk and Compliance Specialist II - SPOT
Risk and Compliance Specialist II - SPOT
Risk and Compliance Specialist II - SPOT
Risk and Compliance Specialist II - SPOT
Risk and Compliance Specialist II - SPOT
Risk and Compliance Specialist II - SPOT
Risk and Compliance Specialist II - SPOT
Risk and Compliance Specialist II - SPOT
Risk and Compliance Specialist II - SPOT
Risk and Compliance Specialist II - SPOT
Risk and Compliance Specialist II - SPOT
Risk and Compliance Specialist II - SPOT
Risk and Compliance Specialist II - SPOT
Risk and Compliance Specialist II - SPOT
Risk and Compliance Specialist II - SPOT
Risk and Compliance Specialist II - SPOT
Risk and Compliance Specialist II - SPOT

Risk and Compliance Specialist II - US&C Compliance Ops
Risk and Compliance Specialist II - US&C Compliance Ops
Risk and Compliance Specialist II - US&C Compliance Ops
Risk and Compliance Specialist II - US&C Compliance Ops
Risk and Compliance Specialist II - US&C Compliance Ops
Risk and Compliance Specialist II - US&C Compliance Ops
Risk and Compliance Specialist II - US&C Operations Insights
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III
Risk and Compliance Specialist III - G&SS GFPS
Risk and Compliance Specialist III - G&SS GFPS
Risk and Compliance Specialist III - SPOT

Risk and Compliance Specialist III - SPOT
Risk and Compliance Specialist III - US&C Compliance Ops
Risk and Compliance Specialist III - US&C Service Quality
Risk and Threat Analyst
Risk Data Scientist II
Risk Insights Lead
Risk Product and CSAT Lead
Risk Strategy Analyst I
Risk Strategy Analyst I
Risk Strategy Analyst II
Risk Strategy Analyst II
Risk Strategy Analyst II
Risk Strategy Analyst II
Risk Strategy Analyst II
Risk Strategy Analyst II
Risk Strategy Analyst II
Risk Strategy Analyst II
Risk Strategy Analyst II
Risk Strategy Analyst II
Risk Strategy Analyst II
Risk Strategy Analyst II
Risk Strategy Analyst II
Risk Strategy Analyst II
Risk Strategy Analyst II
Risk Strategy Analyst II
Risks and Controls Manager (LCR)
S&P Associate - Planning
S&P Lead, Global Support Operations
Safety & Reputation Manager II
Safety & Reputation Manager II
Safety Communications Lead
Safety Initiatives Program Manager
Safety Investigation Specialist II - MNL USI Food Safety
Safety Investigations Specialist I - US&C CAS
Safety Investigations Specialist I - US&C CAS
Safety Investigations Specialist I - US&C CAS
Safety Investigations Specialist I - US&C CAS
Safety Investigations Specialist I - US&C CAS
Safety Investigations Specialist I - US&C CAS
Safety Investigations Specialist I - US&C CAS
Safety Investigations Specialist I - US&C CAS
Safety Investigations Specialist I - US&C CAS
Safety Investigations Specialist I - US&C CAS IRT Non-Urgent
Safety Investigations Specialist I - US&C IRT Non-Urgent
Safety Investigations Specialist I - US&C IRT Non-Urgent
Safety Investigations Specialist I - US&C IRT Non-Urgent
Safety Investigations Specialist I - US&C IRT Non-Urgent
Safety Investigations Specialist I - US&C IRT Non-Urgent
Safety Investigations Specialist I - US&C IRT Non-Urgent
Safety Investigations Specialist I - US&C IRT Non-Urgent
Safety Investigations Specialist I - US&C IRT Non-Urgent
Safety Investigations Specialist I - US&C IRT Non-Urgent
Safety Investigations Specialist I - USC Global Safety Audit Operations
Safety Investigations Specialist II

Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II

Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II
Safety Investigations Specialist II - CRK USI Food Safety
Safety Investigations Specialist II - US&C CAS
Safety Investigations Specialist II - US&C CAS
Safety Investigations Specialist II - US&C CAS IRT Non-Urgent
Safety Investigations Specialist II - US&C DACT
Safety Investigations Specialist II - US&C DACT
Safety Investigations Specialist II - US&C IRT Non-Urgent
Safety Investigations Specialist II - US&C Mixed Safety Initiatives
Safety Investigations Specialist II - US&C Mixed Safety Initiatives
Safety Investigations Specialist II - US&C Mixed Safety Initiatives
Safety Investigations Specialist II - US&C Mixed Safety Initiatives
Safety Investigations Specialist II - US&C Mixed Safety Initiatives
Safety Investigations Specialist II - US&C Mixed Safety Initiatives
Safety Investigations Specialist II - US&C Mixed Safety Initiatives
Safety Investigations Specialist II - US&C Mixed Safety Initiatives
Safety Investigations Specialist II - US&C Policy Adjudication
Safety Investigations Specialist II - US&C Policy Adjudication
Safety Investigations Specialist II - US&C Policy Adjudication
Safety Investigations Specialist II - US&C Policy Adjudication
Safety Investigations Specialist II - US&C USI
Safety Investigations Specialist II - US&C USI
Safety Investigations Specialist II - US&C USI
Safety Investigations Specialist II - US&C USI
Safety Investigations Specialist II - US&C USI
Safety Investigations Specialist II - US&C USI
Safety Investigations Specialist II - US&C USI
Safety Investigations Specialist II - US&C USI
Safety Investigations Specialist II - US&C USI
Safety Investigations Specialist II - US&C USI
Safety Investigations Specialist II - US&C USI
Safety Investigations Specialist II - US&C USI
Safety Investigations Specialist II - US&C USI
Safety Investigations Specialist II - US&C USI
Safety Investigations Specialist II - US&C USI
Safety Investigations Specialist II - US&C USI
Safety Investigations Specialist II - US&C USI
Safety Investigations Specialist II - US&C USI
Safety Investigations Specialist II - US&C USI Food Safety
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III

MDL 3084

Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist I
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III
Safety Investigations Specialist III - ANZ IRT Urgent
Safety Investigations Team Lead I
Safety Investigations Team Lead I
Safety Investigations Team Lead I
Safety Investigations Team Lead I
Safety Investigations Team Lead I

Safety Investigations Team Lead I
Safety Investigations Team Lead I
Safety Investigations Team Lead I
Safety Investigations Team Lead I
Safety Investigations Team Lead I
Safety Investigations Team Lead I
Safety Investigations Team Lead I
Safety Investigations Team Lead I
Safety Investigations Team Lead I
Safety Investigations Team Lead I
Safety Investigations Team Lead I
Safety Investigations Team Lead I
Safety Investigations Team Lead I - US&C Mixed Safety Initiatives
Safety Investigations Team Lead II
Safety Operations Lead
Safety Operations Lead
Safety Operations Lead
Safety Operations Manager
Safety Operations Manager
Safety Operations Manager - US&C Screenings
Safety Response Lead
Sales Asset Manager
Sales Development Representative, Brazil
Sales Director
Sales Enablement Associate, Uber for Business
Sales Enablement Specialist
Sales Enablement Specialist
Sales Lead, Oregon & Utah
Sales Manager
Sales Manager
Sales Manager
Sales Manager
Sales Manager - Enterprise
Sales Manager, Ads Sales (Sales Plan)
Sales Manager, Eats SMB
Sales Manager, Grocery & Retail
Sales Manager, Mid-Market
Sales Manager, Uber Eats
Sales Manager, Uber for Business, SSA
Sales Manager, Uber Health UK
Sales Operations Associate
Sales Operations Associate, Uber for Business
Sales Operations Associate, Uber for Business
Sales Operations Associate, Uber for Business
Sales Operations Lead
Sales Operations Lead , Uber for Business
Sales Operations Lead, US/CAN
Sales Operations Program Manager, ANZ
Sales Operations Sr. Program Manager, US & CAN
Sales Systems & Compliance Lead
Sales Systems Manager
Sales Training Facilitator II
Salesforce Administrator
Scaled Account Management Lead

Scaled Account Manager, Uber Eats
Scaled Account Manager, Uber Eats
Scaled Engagement Programs Manager
SCM Business Process Expert
Screenings Specialist
Screenings Specialist
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)

UBER-MDL3084-000000183

Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security (Badge Only)
Security Analyst
Security Analyst

MDL 3084

Security Analyst
Security Analyst
Security Analyst
Security Analyst I
Security Analyst I
Security Analyst I
Security Analyst I
Security Analyst III
Security Associate II
Security Campaign Manager
Security Center Analyst I
Security Center Analyst I
Security Center Operator II
Security Communications Manager
Security Engineer II
Security Engineer II
Security Engineer II
Security Engineer II
Security Engineer II
Security Engineer II - Instrumentation
Security Engineer II, Application Security
Security Engineer II, Instrumentation
Security Engineer II, Response
Security Engineer Intern
Security Engineer, Response
Security Engineer, Response
Security Engineer, Response
Security Lead
Security Lead - Andean & Central America
Security Lead - Indonesia
Security Lead - North & East India, Bangladesh
Security Lead - South & West India, Sri Lanka
Security Lead, West Coast
Security Operator (ATC)
Security Operator (ATC)
Security Operator (ATC)
Security Operator (ATC)
Security Operator (ATC)
Security Software Engineer II
Security Software Engineer II
Security Software Engineer II
Security Software Engineer II
Security Specialist
Security Specialist
Security Specialist
Security Specialist
Security Specialist
Security Specialist
Security Specialist
Security Specialist
Security Specialist
Security Specialist
Security Supervisor
Security Supervisor

UBER-MDL3084-000000185

Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor

Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Supervisor
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Support
Security Systems Administrator
Security Systems Administrator
Security Systems Administrator
Security Systems Administrator
Security Systems Administrator

Security Systems Administrator
Security Systems Administrator
Security Systems Administrator
Security Systems Administrator
Security Systems Administrator
Security Systems Administrator
Security Systems Administrator
Security Systems Administrator
Security Systems Administrator
Security Systems Administrator
Security Technologist - Offensive Security
Security Technologist - Offensive Security
Security Technologist II
Security Technologist II
Security Technologist II
Security Technologist II
Security Technologist II
Security Technologist II - Investigations
Security Technologist II - Offensive Security
Security Technologist II - Penetration Testing
Security Technologist II, Incident Command
Security Technologist II, Investigations
Security Technologist II, Investigations
Security Technologist II, Investigations
Security Technologist II, Investigations
Security Technologist II, Threat Intelligence
Security Vendor Management Lead
Security Vendor Management Lead
Security Vendor Management Lead
Security Vendor Management Lead
Segmentation & Personalization Manager, Customer Engagement
Self-Driving Operator IV
Self-Driving Operator V
Self-Driving Operator V
Senior Account Executive
Senior Account Executive, Eats for Business
Senior Account Executive, Egypt
Senior Account Executive, Mid Market - U4B
Senior Account Executive, Mid Market, Uber for Business
Senior Account Executive, Mid-Market, U4B
Senior Account Executive, National Partnerships, Uber Health
Senior Account Executive, Uber Transit Partnerships
Senior Account Executive, Uber Transit Partnerships
Senior Account Executive, Uber Transit Partnerships
Senior Account Executive, Uber Transit Partnerships
Senior Account Manager
Senior Account Manager
Senior Account Manager, Eats SMB (Sales Plan)
Senior Account Manager, Uber for Business
Senior Account Manager, Uber for Business
Senior Account Manager, Uber for Business
Senior Account Manager, Uber for Business
Senior Account Manager, Uber Health
Senior Account Manager, Uber Health

Senior Accountant
Senior Accounting Manager
Senior Actuarial Analyst
Senior Actuarial Analyst
Senior Actuarial Analyst - Claims
Senior Actuary, Reserving (Remote)
Senior Administrative Assistant
Senior Advocate II
Senior Advocate II
Senior Airport Operations Manager, Traffic & Congestion
Senior Analyst
Senior Analyst Restaurant Growth Analytics and Insights (Global Strategy and Planning)
Senior Analytics & Insights Data Analyst
Senior Art Director, Delivery
Senior Associate - Strategic Finance, Corporate Finance
Senior Associate - Strategic Finance, Uber Eats
Senior Associate, Corporate Development
Senior Associate, M&A Integration
Senior Associate, Pricing Strategy & Deal Desk, Uber for Business
Senior Automotive Account Executive, Uber for Business
Senior Backend Engineer
Senior Backend Engineer - Customer Identity Platform
Senior Backend Engineer - Driver Documents
Senior Backend Engineer - Identity Platform
Senior Backend Engineer - Identity Platform
Senior Backend Engineer - Rider Experience
Senior Backend Engineer - Rider Personalization
Senior Backend Engineer- Rider Verticals
Senior Brand Manager
Senior Business Development Associate
Senior Business Development Associate
Senior Business Development Associate
Senior Business Development Associate, JUMP
Senior Business Development Associate, Modalities - San Francisco
Senior Business Development Associate, Partner Management
Senior Business Development Associate, Partner Management, EMEA
Senior Business Development Manager, Consumer
Senior Business Development Manager, Consumer (Sports & Entertainment)
Senior Business Development Manager, EMEA Central BD
Senior Business Development Manager, Japan
Senior Business Development Manager, MEA
Senior Business Development Manager, MENAP
Senior Business Development Manager, Platforms
Senior Business Development Manager, Taiwan and Hong Kong
Senior Business Development Manager, Tech & Infrastructure
Senior Business Development Manager, Tech & Infrastructure
Senior Business Development Manager, Uber Health
Senior Central Operations Manager
Senior Central Operations Manager
Senior Central Operations Manager
Senior Central Operations Manager
Senior Central Operations Manager
Senior Central Operations Manager
Senior Central Operations Manager

Senior Central Operations Manager
Senior Central Operations Manager
Senior Central Operations Manager
Senior Central Operations Manager
Senior Central Operations Manager
Senior Central Operations Manager
Senior Central Operations Manager
Senior Central Operations Manager
Senior Central Operations Manager
Senior Central Operations Manager
Senior Central Operations Manager - Airports Growth & Analytics
Senior Central Operations Manager, Compliance Strategy
Senior Central Operations Manager, Rideshare Operations (Chicago)
Senior City Manager
Senior Claims Advocate
Senior Claims Advocate II
Senior Claims Advocate, Large Loss Claims Management
Senior Claims Advocate, Large Loss Claims Management
Senior Claims Advocate, Large Loss Claims Management
Senior Claims Advocate, Large Loss Claims Management
Senior Claims Advocate, Large Loss Claims Management
Senior Client Partner
Senior Client Partner
Senior Client Partner
Senior Client Partner
Senior Client Partner, GroCoHol
Senior Client Partner, Regional
Senior Client Success, Carrier Sales - Carrier Wallet
Senior Cloud Security Engineer
Senior COE Specialist
Senior COE Specialist
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I

Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I

Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I

Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist I
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II

Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II

Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior COE Specialist II
Senior Comm Ops Manager
Senior Communications Associate
Senior Communications Associate, Safety
Senior Community Operations Manager
Senior Compliance Officer - Payments
Senior Compliance Operations Analyst
Senior Consultant, Special Projects, Uber for Business
Senior Content Designer
Senior Content Strategist/Copywriter I
Senior Copywriter, Delivery
Senior Copywriter, Delivery
Senior Copywriter, Mobility
Senior Counsel, Employment
Senior Counsel, Global Compliance
Senior Counsel, Litigation
Senior Counsel, Regulatory
Senior Counsel, Regulatory and Global Insurance
Senior Counsel, Transactions
Senior Counsel, Vehicle Leasing
Senior Country Manager, Uber for Business Canada
Senior Creative Producer
Senior Creative Producer
Senior Creative Producer
Senior Customer Success Manager, Transit
Senior Customer Success Manager, Uber Eats
Senior Customer Success Manager, Uber Transit
Senior Customer Success Manager, Uber Transit
Senior Customer Support Manager
Senior Customer Support Manager
Senior Data Analyst, Uber for Business
Senior Design Engineer
Senior Design Manager
Senior Design Manager
Senior Design Manager
Senior Design Manager
Senior Design Manager
Senior Design Manager - Rides Studio, Foundations
Senior Designer

Senior Designer
Senior Designer
Senior Designer
Senior Designer
Senior Designer
Senior Designer
Senior Designer
Senior Designer, Delivery
Senior Designer, Mobility
Senior Designer, Postmates
Senior DevOps Engineer
Senior Director - Global Equity Operations
Senior Director of Policy & Communications, APAC
Senior Director of Product
Senior Director Product Management - Payments
Senior Director Simulation ATG
Senior Director, Central Operations - LatAm, Rides
Senior Director, Central Operations, EMEA
Senior Director, Communications, EMEA
Senior Director, Communications, LatAm
Senior Director, Community Operations, US&Canada
Senior Director, Engineering - Customer Obsession
Senior Director, General Manager Rides, UK&I
Senior Director, Global Advertising Sales, Uber Advertising
Senior Director, Global Earners
Senior Director, Global Head of Mobility Marketing
Senior Director, Global Head of Safety Operations
Senior Director, Global Head of Safety Operations
Senior Director, Global Head of Strategy & Operations, Uber for Business
Senior Director, Global Head of Sustainability
Senior Director, Global Head of Uber Direct
Senior Director, Global Memberships
Senior Director, GM Head of Uber Health
Senior Director, GM, HCV
Senior Director, GM, US&Canada, Grocery & Retail, Delivery
Senior Director, Head of EMEA BD
Senior Director, Head of Global Strategy & Planning, Delivery
Senior Director, Head of Safety, Identity, Risk & Payments, Community Operations
Senior Director, Organizational Development
Senior Director, Privacy
Senior Director, Product Communications
Senior Director, Product Partnerships & US/CAN Business Development
Senior Director, Public Policy
Senior Director, Public Policy, Federal Affairs & Communications
Senior Director, RGM Head of EMEA, Uber for Business
Senior Director, RGM Head of LATAM, Uber for Business
Senior Director, RGM Head of US and Canada, Uber for Business
Senior Director, Security Engineering
Senior Director, Software Engineering
Senior Electrical Engineer
Senior Employer Brand Manager
Senior Engineer
Senior Engineering Manager
Senior Engineering Manager

Senior Engineering Manager - Enterprise Identity
Senior Engineering Manager (Marketplace, Pricing) - Freight
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber for Business
Senior Enterprise Account Executive, Uber Health
Senior Enterprise Account Executive, Uber Health
Senior Enterprise Account Executive, Uber Health
Senior Enterprise Account Manager, Uber for Business
Senior Enterprise Account Manager, Uber for Business
Senior Enterprise Account Manager, Uber for Business
Senior Enterprise Account Manager, Uber for Business
Senior Enterprise Operations Manager
Senior Enterprise Operations Manager
Senior Enterprise Sales Manager, Uber for Business
Senior Enterprise Sales Manager, Uber for Business
Senior Enterprise Sales Manager, Uber for Business, US
Senior Executive Assistant Business Partner I
Senior Executive Assistant Business Partner II
Senior Executive Assistant Business Partner II
Senior Firmware Engineer

Senior Franchise Partner
Senior Franchise Partner, GroCoHol
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert

Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Expert
Senior GL Specialist
Senior GL Specialist I
Senior GL Specialist I
Senior GL Specialist I
Senior Global Client Partner
Senior Global Client Partner
Senior Government Account Executive, Uber for Business
Senior Government Account Manager, Uber for Business
Senior Greenlight Manager - Southern Europe
Senior Greenlight Manager - Sub-Saharan Africa
Senior Hardware Engineer
Senior HR Business Partner
Senior HR Business Partner
Senior HR Business Partner, Uber for Business
Senior Implementation Lead, Uber for Business
Senior Implementation Lead, Uber for Business
Senior Implementation Lead, Uber for Business
Senior Internal Communications Associate
Senior Investigator
Senior iOS Engineer - Customer Identity Platform
Senior Knowledge Manager, Global Production
Senior Knowledge Program Specialist, Global Production
Senior Knowledge Program Specialist, Global Production
Senior Knowledge Program Specialist, Global Production
Senior Knowledge Program Specialist, Global Production
Senior Knowledge Program Specialist, Global Production
Senior Knowledge Program Specialist, Global Production
Senior Knowledge Specialist, Global Governance & Process
Senior Loss Mitigation Department Operations Manager - Xchange Leasing
Senior Loss Mitigation Department Operations Manager - Xchange Leasing
Senior Loss Mitigation Department Operations Manager - Xchange Leasing
Senior Machine Learning Engineer - Rider Intelligence Team
Senior Manager - Shared Rides (HCV)

Senior Manager Business Development WSE
Senior Manager of Professional Development & Training Global Security & Global Investigations
Senior Manager, Accounting
Senior Manager, Airport Partner Management (West) & Airport Marketplace
Senior Manager, APAC Regional Head of Merchant and Membership
Senior Manager, Applied Science
Senior Manager, Business Development
Senior Manager, Business Operations
Senior Manager, Carshare
Senior Manager, Compliance Ops
Senior Manager, Consumer Ops, Canada
Senior Manager, Corporate Business Ops
Senior Manager, Corporate Business Ops
Senior Manager, Corporate Business Ops
Senior Manager, Corporate Communications
Senior Manager, Corporate Communications
Senior Manager, Earner Experience
Senior Manager, Earner Growth
Senior Manager, Earner Marketplace
Senior Manager, Employee Relations
Senior Manager, Engineering
Senior Manager, Enterprise & Automotive Partnerships, Uber for Business
Senior Manager, Enterprise & Government Partnerships, Uber for Business
Senior Manager, Enterprise Freight Sales
Senior Manager, Enterprise Operations
Senior Manager, Fleets & 3P Supply
Senior Manager, Global Investigations, Americas
Senior Manager, Global Investigations, APAC
Senior Manager, Global Investigations, Global
Senior Manager, Global Security Analysis
Senior Manager, Global Strategic Accounts, Uber for Business
Senior Manager, Global Strategic Accounts, Uber for Business
Senior Manager, Global Strategy & Operations
Senior Manager, Global Tax Provision, International
Senior Manager, GM - Uber Freight Canada
Senior Manager, Head of Electrification - US&C
Senior Manager, Head of Media Operations
Senior Manager, Head of Paid Marketing Channels (Mobility)
Senior Manager, Internal Audit
Senior Manager, IT Financial Risk Management
Senior Manager, IT Financial Risk Management
Senior Manager, M&A Finance and Integration
Senior Manager, M&A Integration
Senior Manager, Marketplace
Senior Manager, Marketplace & Planning, Canada
Senior Manager, Merchant Operations
Senior Manager, Mobility Solutions
Senior Manager, Payments
Senior Manager, Product Design, Uber Freight
Senior Manager, Product Operations
Senior Manager, Product Operations
Senior Manager, Product Operations
Senior Manager, Public Policy
Senior Manager, Public Policy

Senior Manager, Public Policy
Senior Manager, Research & Insights, Central & US&C
Senior Manager, Reservations
Senior Manager, Revenue Operations
Senior Manager, Sales Operations- Uber Eats
Senior Manager, Security Awareness & Training Program
Senior Manager, Strategic Finance
Senior Manager, Strategic Finance - Growth & Product
Senior Manager, Strategic Fleet Partnerships
Senior Manager, Strategic Initiatives
Senior Manager, Strategy & Planning
Senior Manager, Technical Program Manager, Developer Platform
Senior Manager, U4B
Senior Manager, UberX & Specialty Products
Senior Manager, Vehicle Strategy and Partnerships
Senior Manager, Vehicles Program Management
Senior Manager, Web
Senior Manager, West Ops
Senior Marketing Associate
Senior Marketing Associate
Senior Marketing Associate
Senior Marketing Associate
Senior Marketing Associate
Senior Marketing Associate
Senior Marketing Associate
Senior Marketing Director
Senior Marketing Manager
Senior Marketing Manager
Senior Marketing Manager
Senior Marketing Manager
Senior Marketing Manager
Senior Marketing Strategist
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business

Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Executive, Uber for Business
Senior Mid-Market Account Manager, Uber for Business
Senior Mid-Market Account Manager, Uber for Business
Senior Mid-Market Business Development Representative, Uber for Business
Senior Mid-Market Business Development Representative, Uber for Business
Senior Motion Designer
Senior Motion Designer
Senior Operations & Growth Manager
Senior Operations & Logistics Manager
Senior Operations & Logistics Manager
Senior Operations & Logistics Manager
Senior Operations & Logistics Manager
Senior Operations & Logistics Manager
Senior Operations & Logistics Manager II
Senior Operations and Logistics Manager
Senior Operations and Logistics Manager
Senior Operations Fraud Risk Manager
Senior Operations Manager
Senior Operations Manager
Senior Operations Manager
Senior Operations Manager (Courier), Uber Eats - UK&I
Senior Operations Manager- Funding
Senior Operations Manager- Funding
Senior Operations Manager, Canada
Senior Operations Manager, Cartops
Senior Operations Manager, Contracts - JUMP
Senior Operations Manager, Strategic Initiatives
Senior Operations Manager, Uber Eats - Italy
Senior Operations Optimization Specialist
Senior Operations Strategy Manager
Senior Operations Strategy Manager
Senior Ops Manager, Future Mobility
Senior Paralegal, Corporate
Senior Partner Engineer
Senior Partner Manager
Senior Partner Manager
Senior Partner Manager
Senior Partner Manager
Senior Partner Manager
Senior Partner Manager
Senior Partner Manager, Uber Direct
Senior People Strategy Manager
Senior PM - Driver Growth
Senior PM II - Customer Engagement

Senior Product Designer
Senior Product Designer - Product Lifecycle Tools
Senior Product Designer I
Senior Product Designer I
Senior Product Designer I
Senior Product Designer I
Senior Product Designer II
Senior Product Designer, Uber Freight
Senior Product Manager
Senior Product Manager
Senior Product Manager
Senior Product Manager
Senior Product Manager - Customer Obsession - Grocery
Senior Product Manager - Driver Onboarding
Senior Product Manager - Earner Access
Senior Product Manager - Fleets
Senior Product Manager - Reservations Platform
Senior Product Manager - Search and Places
Senior Product Manager - Shared Rides
Senior Product Manager - Uber Grocery
Senior Product Manager - User Safety
Senior Product Manager I
Senior Product Manager I
Senior Product Manager I
Senior Product Manager I
Senior Product Manager I
Senior Product Manager II
Senior Product Manager II
Senior Product Manager II
Senior Product Manager II - Vehicle Solutions
Senior Product Manager, Data and Real Time Insights
Senior Product Manager, Data Infrastructure
Senior Product Manager, Expansion
Senior Product Manager, Experimentation & Measurement
Senior Product Manager, Help Center Platform & Planning
Senior Product Manager, Marketplace Risk-Earner
Senior Product Manager, Tech
Senior Product Manager, Tech
Senior Product Manager, Vehicles
Senior Product Marketing Manager, Delivery
Senior Product Marketing Manager, Earner
Senior Product Operations Manager
Senior Product Operations Manager
Senior Product Operations Manager
Senior Product Operations Manager - Marketplace
Senior Product Operations Manager II
Senior Product Operations Manager, Marketplace
Senior Program Manager
Senior Program Manager - Content Strategy
Senior Program Manager - Customer Advocacy Team
Senior Program Manager - Customer Advocacy Team
Senior Program Manager - Digital Strategy & Innovation, Channels
Senior Program Manager - Employee Experience
Senior Program Manager - Field Ops

Senior Program Manager - Global Head of ERGs
Senior Program Manager - Safety Support
Senior Program Manager - Uber Freight Support
Senior Program Manager, Creative
Senior Program Manager, FinTech
Senior Program Manager, Global Account Actioning
Senior Program Manager, Global Merchant Risk
Senior Program Manager, Global Strategic Initiatives
Senior Program Manager, Launch & Implementation, Uber Transit
Senior Program Manager, Uber Eats Foodservice Partnerships
Senior Program Manager, Women's Safety
Senior Program Manager-Scaled Sales
Senior Project Manager, US&C COE
Senior Public Policy Associate
Senior Public Policy Associate, Safety
Senior Public Policy Associate, Work & Economic Policy
Senior Quality Specialist - US&C
Senior Recoveries Vendor Manager - Xchange Leasing
Senior Recoveries Vendor Manager - Xchange Leasing
Senior Recruiter - Uber for Business
Senior Regional Community Operations Manager - Rides Pakistan
Senior Regional Community Operations Manager - Rides PL/ SL
Senior Regional Operations Manager
Senior Regional Operations Manager
Senior Regional Operations Manager
Senior Regional Operations Manager - Uber Eats, APAC
Senior Regional Operations Manager (Consumer Operations), Uber Eats - EMEA
Senior Regional Operations Manager (Marketplace) - EMEA
Senior Regional Operations Manager (Marketplace), Uber Eats - EMEA
Senior Regional Operations Manager, Business Intelligence
Senior Regional Operations Manager, Consumer
Senior Regional Operations Manager, Consumer
Senior Regional Operations Manager, Courier
Senior Regional Operations Manager, Courier
Senior Regional Operations Manager, INSA Mobility
Senior Regional Operations Manager, Merchant
Senior Regional Operations Manager, Uber Eats
Senior Restaurant Operations Manager
Senior Risk Advisor, Internal Audit
Senior Risk Advisor, Internal Audit
Senior Risk Advisor, Internal Audit
Senior S&P Associate - Strategy
Senior Safety Manager - EMEA
Senior Sales Operations Analyst, Uber for Business
Senior Sales Operations Analyst, Uber for Business
Senior Sales Operations Associate, Uber for Business
Senior Sales Operations Associate, Uber for Business
Senior Sales Operations Associate, Uber for Business, APAC
Senior Security Engineer
Senior Security Engineer
Senior Security Engineer - Defense Platform (Remote)
Senior Security Engineer, Application Security
Senior Security Strategist-Governance and Risk Management
Senior Service Quality, Risk, and Compliance Specialist III

Senior SMB Account Executive, Uber for Business
Senior SMB Account Executive, Uber for Business
Senior SMB Account Executive, Uber for Business
Senior SMB Account Executive, Uber for Business
Senior SMB Account Executive, Uber for Business
Senior SMB Account Executive, Uber for Business
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer
Senior Software Engineer - Customer Platform
Senior Software Engineer - Customer Platform
Senior Software Engineer - Developer Platform
Senior Software Engineer I
Senior Software Engineer II
Senior Software Engineer II
Senior Software Engineer, Backend (Communications Platform)
Senior Software Engineer, Backend (Risk)
Senior Software Engineer, Backend- Risk

Senior Software Engineer, Backend- Safety
Senior Software Engineer, Machine Learning
Senior Software Engineer, ML
Senior Software Engineer, Risk Platforms
Senior Special Projects Associate
Senior Staff Android Engineer - Rider
Senior Staff Data Scientist
Senior Strategic Implementation Lead, Uber for Business
Senior Strategic Implementation Lead, Uber for Business
Senior Strategic Operations Associate
Senior Strategic Operations Associate, Carshare
Senior Strategic Operations Associate, City Performance
Senior Strategic Operations Associate, Compliance Ops
Senior Strategic Operations Associate, Compliance Ops
Senior Strategic Operations Associate, Compliance Ops
Senior Strategic Operations Associate, Consumer Engagement
Senior Strategic Operations Associate, Consumer Experience
Senior Strategic Operations Associate, Consumer Growth & Access
Senior Strategic Operations Associate, Consumer Rentals
Senior Strategic Operations Associate, Consumer Rentals
Senior Strategic Operations Associate, Consumer Rentals
Senior Strategic Operations Associate, Earner Access
Senior Strategic Operations Associate, Earner Access
Senior Strategic Operations Associate, Earner Experience
Senior Strategic Operations Associate, Earner Experience
Senior Strategic Operations Associate, Earner Growth
Senior Strategic Operations Associate, Earner Growth
Senior Strategic Operations Associate, Earner Marketplace
Senior Strategic Operations Associate, Earner Marketplace
Senior Strategic Operations Associate, Earner Marketplace
Senior Strategic Operations Associate, Earner Promotions
Senior Strategic Operations Associate, Earner Relationship & Care
Senior Strategic Operations Associate, Earner Relationship & Care
Senior Strategic Operations Associate, Employee Programs, Uber for Business
Senior Strategic Operations Associate, Fleets & 3P Supply
Senior Strategic Operations Associate, Investment Allocation
Senior Strategic Operations Associate, Investment Allocation
Senior Strategic Operations Associate, Marketplace & Planning, Canada
Senior Strategic Operations Associate, Marketplace & Planning, Canada
Senior Strategic Operations Associate, Marketplace & Planning, Canada/Associe principal aux operations strate
Senior Strategic Operations Associate, Midwest & South Ops
Senior Strategic Operations Associate, Midwest & South Ops
Senior Strategic Operations Associate, Midwest & South Ops
Senior Strategic Operations Associate, Mobility Solutions, Growth & Experience
Senior Strategic Operations Associate, Northeast Ops
Senior Strategic Operations Associate, Northeast Ops
Senior Strategic Operations Associate, Northeast Ops
Senior Strategic Operations Associate, Premium Products
Senior Strategic Operations Associate, Reservations
Senior Strategic Operations Associate, Strategy & Planning
Senior Strategic Operations Associate, Strategy & Planning
Senior Strategic Operations Associate, Strategy & Planning
Senior Strategic Operations Associate, Strategy and Planning
Senior Strategic Operations Associate, Taxi & Hailables

Senior Strategic Operations Associate, Taxi & Hailables
Senior Strategic Operations Associate, Uber for Business
Senior Strategic Operations Associate, Uber for Business
Senior Strategic Operations Associate, Uber for Business
Senior Strategic Operations Associate, Uber for Business
Senior Strategic Operations Associate, Uber for Business
Senior Strategic Operations Associate, UberX & Specialty Products
Senior Strategic Operations Associate, UberX and Specialty Products
Senior Strategic Operations Associate, Vehicle Ops
Senior Strategic Operations Manager
Senior Strategic Operations Manager - Rider Growth & Analytics
Senior Strategic Operations Manager, Grocery & Retail
Senior Strategic Operations Manager, RegOps - Rides
Senior Strategic Partnerships Manager
Senior Strategist
Senior Strategy & Planning Associate
Senior Strategy & Planning Associate
Senior Strategy & Planning Associate APAC
Senior Strategy & Planning Associate, Global Business Development
Senior Strategy & Planning Associate, Uber for Business
Senior Strategy & Planning Associate, Uber Health
Senior Strategy & Planning Manager, Uber for Busines US/CAN
Senior Strategy & Planning Manager, Uber for Business
Senior Strategy & Planning Manager, Uber for Business, APAC
Senior Support Specialist
Senior Talent Coordinator
Senior Team Manager, Product Operations
Senior Team Manager, Product Operations
Senior Team Manager, Product Operations
Senior Team Manager, Product Operations
Senior Technical Investigator, Americas
Senior Technical Operations Manager, Uber Transit
Senior Technical Program Manager
Senior Technical Program Manager
Senior Technical Program Manager
Senior Technical Program Manager, Earner
Senior Technical Program Manager, Global Payments
Senior Technical Writer
Senior Technical Writer
Senior Threat Detection Engineer
Senior Transit Operations Manager, Uber Transit
Senior User Experience Researcher II
Senior User Experience Researcher II, Ads
Senior User Experience Researcher, Safety
Senior UX Research Manager
Senior UX Researcher I
Senior UX Researcher I
Senior UX Researcher I
Senior UX Researcher I
Senior UX Researcher I
Senior UX Researcher I
Senior UX Researcher II
Senior Vice President, Chief Legal Officer and Corporate Secretary
Senior Vice President, Mobility and Business Operations

Senior Video Editor
Service Delivery Manager
Service Delivery Manager - EMEA
Service Quality Risk & Compliance Specialist I
Service Quality Specialist II
Service Quality Specialist II
Service Quality Specialist II
Service Quality Specialist II
Service Quality Specialist II
Service Quality Specialist II
Service Quality Specialist II
Service Quality Specialist II
Service Quality Specialist II - US&C Quality
Service Quality Specialist III
Service Quality Specialist III
Service Quality Specialist III
Service Quality Specialist III
Service Quality Specialist III
Service Quality Specialist III
Service Quality Specialist III
Service Quality Specialist III
Service Quality Specialist III
Service Quality Specialist III
Service Quality Specialist III
Service Quality Specialist III
Service Quality Specialist III
Service Quality Specialist III
Service Quality Specialist III
Service Quality Specialist III
Service Quality Specialist III
Service Quality Specialist III
Service Quality Specialist III
Service Quality Specialist III
Service Quality Specialist III - US&C Quality
Service Quality, Risk, and Compliance Specialist II
Service Quality, Risk, and Compliance Specialist II
Service Quality, Risk, and Compliance Specialist II
Service Quality, Risk, and Compliance Specialist II
Service Quality, Risk, and Compliance Specialist II
Service Quality, Risk, and Compliance Specialist II
Service Quality, Risk, and Compliance Specialist II
Service Quality, Risk, and Compliance Specialist II
Service Quality, Risk, and Compliance Specialist II
Service Quality, Risk, and Compliance Specialist II
Service Quality, Risk, and Compliance Specialist II
Service Quality, Risk, and Compliance Specialist II
Service Quality, Risk, and Compliance Specialist II
Service Quality, Risk, and Compliance Specialist II
Service Quality, Risk, and Compliance Specialist II
Service Quality, Risk, and Compliance Specialist II
Service Quality, Risk, and Compliance Specialist II - US&C
Service Team Analyst I
Service Team Analyst II
Service Team Analyst II - HR Shared Services Triage Coordinator

Service Team Analyst II - HRIS+BGC Coordinator
Service Team Analyst II - HRIS+BGC Coordinator
Service Team Analyst II - QCIC COE CIA
Service Team Analyst II US&C Voice of the Customer (VOC)
Service Team Analyst III
Service Team Analyst III
Service Team Analyst III
Service Team Analyst III - Ops Commander
Service Team Analyst III - Ops Commander
Service Team Analyst III - Ops Commander
Service Team Analyst III - Ops Commander
Service Team Analyst III - Ops Commander
Service Team Analyst III - Ops Commander
Service Team Analyst III - Ops Commander
Service Team Analyst III - Ops Commander
Service Team Analyst III - Ops Commander
Service Team Analyst III - Ops Commander
Service Team Anaylst III - Ops Commander
Service Team Anaylst III - Ops Commander
Service Team Anaylst III - Ops Commander
Service Team Anaylst III - Ops Commander
Service Team Lead I
Service Team Lead I
Service Team Lead I
Service Team Lead I
Service Team Lead I
Service Team Lead I
Service Team Lead I
Service Team Lead I
Service Team Lead I
Service Team Lead I
Service Team Lead I
Service Team Lead I
Service Team Lead I
Service Team Lead I
Service Team Lead I
Service Team Lead I
Service Team Lead I
Service Team Lead I - G&SS GFPS
Service Team Lead I - G&SS GFPS
Service Team Lead I - G&SS Quality
Service Team Lead I - SPOT
Service Team Lead I - SPOT
Service Team Lead I - SPOT
Service Team Lead I - US&C Service Quality
Service Team Lead I (QC)
Service Team Lead I (QC)
Service Team Lead I (QC)
Service Team Lead I (QC) - US&C Operations & Insights
Service Team Lead I (WSP)
Service Team Lead I [QC] - US&C ASR Messaging
Service Team Lead I [QC] - US&C ASR Messaging
Service Team Lead II

Service Team Lead II
Service Team Lead II - Senior Ops Commander
Service Team Lead II - Senior Ops Commander
Service Team Lead II - US&C Service Quality
Service Team Lead II - US&C Service Quality
Service Team Lead II - US&C Service Quality
Service Team Lead II (WSP) - Ops Commander Senior Team Lead
Shift Manager
Showroom Manager
Site Leader, PHX COE
SMB Account Executive, Uber for Business
SMB Account Executive, Uber for Business
SMB Account Executive, Uber for Business
SMB Account Executive, Uber for Business
SMB Account Executive, Uber for Business
SMB Account Executive, Uber for Business
SMB Account Executive, Uber for Business
SMB Account Executive, Uber for Business
SMB Account Executive, Uber for Business
SMB Account Executive, Uber for Business
SMB Account Executive, Uber for Business
SMB Account Executive, Uber for Business
SMB Inside Account Executive - Eats Outbound Sales
SMB Inside Account Representative - Eats Outbound Sales
SMB Program Manager, Uber Eats - Brazil
SMB Regional Sales Manager - Eats Sales
SMB Sales Consultant, Uber for Business
SMB Sales Consultant, Uber for Business
SMB Sales Consultant, Uber for Business
SMB Sales Consultant, Uber for Business
SMB Sales Consultant, Uber for Business
SMB Sales Consultant, Uber for Business
SMB Sales Consultant, Uber for Business
SMB Sales Consultant, Uber for Business
SMB Sales Consultant, Uber for Business
SMB Sales Consultant, Uber for Business
SMB Sales Consultant, Uber for Business
SMB Sales Consultant, Uber for Business
SMB Sales Manager, ANZ
SMB Sales Manager, Uber for Business
SMB Sales Manager, Uber for Business, US/CAN
SMB Sales Manager, Uber for Business, US/CAN
Snr CommOps Manager
Snr Community Operations Manager II - Limerick
Snr Manager - Vulnerabilty Platform
Snr Strategy & Ops Mngr II
SOC Manager
Social Media Manager
Social Media Manager
Social Media Manager
Social Media Manager I
Social Media Manager II
Social Media Manager II
Social Media Manager II

Social Media Manager II, Postmates
Social Media Manager, Mobility
Social Media Senior Associate
Social Media Senior Associate
Software Developer II
Software Engineer
Software Engineer
Software Engineer
Software Engineer
Software Engineer - Customer Platform
Software Engineer Apprentice
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I
Software Engineer I, Machine Learning
Software Engineer II
Software Engineer II

UBER-MDL3084-000000211

Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II

Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II

Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II

Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II
Software Engineer II - Backend
Software Engineer II - Customer Platform
Software Engineer II - Driver Compliance Enforcement
Software Engineer II - Financial Products
Software Engineer II - Trusted Identity
Software Engineer II, Backend (Driver Experience)
Software Engineer II, Backend- Risk
Software Engineer II, Backend- Risk
Software Engineer II, Backend- Safety
Software Engineer II, Backend- Safety
Software Engineer II, Backend-Risk
Software Engineer II, Backend-Risk
Software Engineer II, Backend-Risk
Software Engineer II, iOS - Safety
Software Engineer II, Machine Learning
Software Engineer II, ML
Software Engineer II, ML
Software Engineer III
Software Engineer ll - IT Eng
Software Engineer ll - Surge (Dynamic Pricing)
Software Engineer, Frontend - Driver Onboarding
Software Engineer, Frontend - Driver Onboarding
Software Engineer, Web/Fullstack - Core Services
Software Engineering Intern
Solution Consultant
Solution Consultant
Solutions Architect
SORT Project Manager
Sourcer, Core Business
Sourcer, Talent Acquisition Academy Program, TAAP
Sourcing Large DTI, Manager
Sourcing Manager

Southwest General Manager
Special Project Manager
Special Projects Manager
Special Projects Manager
Specialist, Public Safety Response, AMERICAS
Specialist, Public Safety Response, AMERICAS
Specialist, Public Safety Response, NorAm
Specialist, Public Safety Response, US&C
Specialist, Public Safety Response, US&C
SPOT Team Member
Sr Account Executive
Sr Account Executive, U4B
Sr Account Executive, U4B Enterprise (Sales Plan)
Sr Account Executive, U4B Enterprise (Sales Plan)
Sr Account Executive, U4B Mid Market (Sales Plan)
Sr Account Executive, U4B Mid Market (Sales Plan)
Sr Account Executive, U4B Mid Market (Sales Plan)
Sr Account Manager (Sales Plan)
Sr Account Manager, NV Intl Enterprise (Sales Plan)
Sr Account Manager, U4B
Sr Account Manager, U4B (Sales Plan)
Sr Account Manager, U4B (Sales Plan)
Sr Account Representative II, SMB, U4B (Sales Plan)
Sr Accountant
Sr Accountant
Sr Accountant
Sr Accountant, Financial Reporting
Sr Acquisition Mid-Market Account Executive, LTL, Uber Freight
Sr Actuarial Analyst
Sr Actuary
Sr Actuary
Sr Actuary
Sr Actuary
Sr Analyst, Indirect Tax
Sr Analyst, Tax Operations - US
Sr Applications Administrator
Sr Applications Administrator
Sr Applications Developer
Sr Applications Developer
Sr Applications Developer
Sr Applications Developer
Sr Applications Developer
Sr Applications Developer
Sr Applications Developer
Sr Applications Developer
Sr Applications Developer
Sr Applications Developer
Sr Applications Developer
Sr Applications Developer
Sr Applications Developer
Sr Applications Developer
Sr Applied Scientist
Sr Applied Scientist
Sr Applied Scientist

Sr Applied Scientist
Sr Applied Scientist
Sr Applied Scientist
Sr Applied Scientist
Sr Applied Scientist
Sr Applied Scientist
Sr Applied Scientist
Sr Applied Scientist
Sr Applied Scientist
Sr Applied Scientist
Sr Applied Scientist
Sr Applied Scientist
Sr Applied Scientist
Sr Applied Scientist
Sr Applied Scientist
Sr Applied Scientist
Sr Applied Scientist I
Sr Applied Scientist I
Sr Applied Scientist I
Sr Applied Scientist I
Sr Applied Scientist I
Sr Applied Scientist I
Sr Applied Scientist I
Sr Applied Scientist II
Sr Associate - Business Analytics - Xchange Leasng
Sr Associate- Strategic Finance, US & Canada Rides
Sr Associate, Business Development, Brand & Media
Sr Associate, Federal Affairs
Sr Associate, Insurance Finance
Sr Associate, Strategic Finance
Sr Associate, Strategic Finance
Sr Associate, Strategic Finance
Sr Associate, Strategic Finance
Sr Associate, Strategic Finance
Sr Associate, Strategic Finance
Sr Associate, Strategic Finance
Sr Associate, Strategic Finance
Sr Autonomy Hardware Engineer
Sr Autonomy Hardware Engineer
Sr Autonomy Hardware Engineer
Sr Autonomy Hardware Engineer
Sr Autonomy Hardware Engineer
Sr Autonomy Hardware Engineer
Sr Autonomy Hardware Engineer
Sr Autonomy Hardware Engineer II
Sr Autonomy Hardware Engineer II
Sr Autonomy Hardware Engineer II
Sr Autonomy Hardware Engineer II
Sr Autonomy Hardware Engineer II
Sr Autonomy Hardware Engineer II
Sr Backend Engineer I - Rider Personalization
Sr Business Development Associate
Sr Business Development Associate
Sr Business Development Associate

Sr Business Development Associate
Sr Business Development Associate, Brazil
Sr Business Development Manager
Sr Business Development Manager
Sr Business Development Manager
Sr Business Development Manager
Sr Business Development Manager
Sr Business Development Manager, Payments
Sr Business Process Analyst
Sr Business Support Manager - Xchange Leasing
Sr Buyer Specialist - Xchange Leasing
Sr Central Operations Manager
Sr Central Operations Manager
Sr Central Operations Manager
Sr Central Operations Manager
Sr Central Operations Manager
Sr Central Operations Manager
Sr Central Operations Manager
Sr Central Operations Manager - JUMP
Sr Central Operations Manager - JUMP Bikes
Sr Central Operations Manager (Growth)
Sr Central Operations Manager, Analytics - JUMP
Sr Central Operations Manager, Events
Sr Central Operations Manager, Product Connection - JUMP
Sr Central Operations Manager, Product Connection - JUMP Bikes
Sr Central Operations Manager, Product Connection - JUMP Bikes
Sr City Manager
Sr City Strategist
Sr Claims Advocate
Sr Claims Advocate
Sr Claims Advocate
Sr Claims Advocate
Sr Claims Advocate
Sr Claims Advocate
Sr Claims Advocate
Sr Claims Advocate
Sr Claims Advocate
Sr Claims Advocate
Sr Client Success Manager, U4B
Sr Client Success Manager, Uber Health
Sr Client Success, Carrier Sales - Uber Freight
Sr Communications Associate
Sr Communications Associate
Sr Communications Associate
Sr Communications Associate
Sr Communications Associate
Sr Communications Associate
Sr Communications Associate
Sr Communications Associate
Sr Communications Associate
Sr Communications Associate
Sr Communications Designer I
Sr Community Operations Manager
Sr Community Operations Manager

Sr Community Operations Manager
Sr Community Operations Manager
Sr Community Operations Manager
Sr Community Operations Manager
Sr Community Operations Manager
Sr Community Operations Manager
Sr Community Operations Manager
Sr Community Operations Manager, Screenings
Sr Community Support Representative
Sr Compensation Analyst
Sr Complex Claims Advocate
Sr Content Designer
Sr Content Designer II
Sr Counsel
Sr Counsel
Sr Country Manager
Sr Country Manager
Sr Country Manager
Sr Country Manager
Sr Country Manager
Sr Country Manager, U4B
Sr Country Manager, U4B
Sr Country Manager, U4B (Sales Plan)
Sr Country Manager, U4B (Sales Plan)
Sr Creative Designer
Sr Creative Designer
Sr Creative Designer
Sr Creative Designer
Sr Creative Designer
Sr Creative Designer
Sr Creative Designer
Sr CRM Deployment Manager
Sr CRM Marketing Manager
Sr CRM Marketing Manager
Sr CRM Marketing Manager I
Sr CRM Marketing Manager I
Sr CRM Marketing Manager II
Sr CRM Marketing Manager II
Sr CRM Solutions Manager
Sr CRM Solutions Manager
Sr Data Analyst II, Tech
Sr Data Analyst, Tech
Sr Data Analyst, Tech
Sr Data Analyst, Tech
Sr Data Analyst, Tech
Sr Data Analyst, Tech
Sr Data Analyst, Tech
Sr Data Analyst, Tech
Sr Data Analyst, Tech
Sr Data Analyst, Tech
Sr Data Center Engineer
Sr Data Scientist
Sr Data Scientist
Sr Data Scientist

Sr Data Scientist
Sr Data Scientist
Sr Data Scientist
Sr Data Scientist
Sr Data Scientist
Sr Data Scientist
Sr Data Scientist - Customer Obsession
Sr Data Scientist II
Sr Data Scientist II
Sr Data Scientist II
Sr Data Scientist II
Sr Data Scientist II
Sr Data Scientist II
Sr Data Scientist II, TLM
Sr Data Scientist, Apprentice TLM
Sr Data Scientist, Tech
Sr Data Scientist, Tech
Sr Data Scientist, Tech
Sr Data Scientist, Tech
Sr Data Scientist, Tech
Sr Data Scientist, Tech
Sr Data Scientist, Tech
Sr Data Scientist, Tech
Sr Data Scientist, Tech
Sr Data Scientist, Tech
Sr Data Scientist, Tech
Sr Data Scientist, Tech
Sr Data Scientist, Tech
Sr Data Scientist, Tech
Sr Data Scientist, Tech
Sr Data Scientist, Tech
Sr Data Scientist, Tech
Sr Data Scientist, Tech
Sr Data Scientist, Tech
Sr Data Scientist, Tech
Sr Data Scientist, Tech
Sr Data Scientist, Tech
Sr Data Scientist, Tech
Sr Data Scientist, Tech - TLM
Sr Data Scientist, TLM
Sr Data Scientist, TLM
Sr Data Scientist, TLM
Sr Data Scientist, TLM
Sr Decision Scientist I
Sr Decision Scientist I
Sr Decision Scientist I
Sr Decision Scientist I, TLM
Sr Decision Scientist, TLM
Sr Design Engineer
Sr Design Engineer - Design Systems
Sr Design Manager
Sr Design Program Manager
Sr Design Program Manager - Uber Design, Base Studio

Sr Design Program Manager II
Sr Design Program Manager II
Sr Design Program Manager II
Sr Design Program Manager II
Sr Designer II, Tech
Sr Designer, Tech
Sr Designer, Tech
Sr Designer, Tech
Sr Designer, Tech
Sr Designer, Tech
Sr Designer, Tech
Sr Director
Sr Director
Sr Director
Sr Director, Accounting
Sr Director, Applications Development
Sr Director, Applied Science
Sr Director, Applied Science
Sr Director, Applied Science
Sr Director, Applied Science
Sr Director, Brand
Sr Director, Business Development
Sr Director, Business Development
Sr Director, Central Operations
Sr Director, Communications
Sr Director, Communications - APAC
Sr Director, Community Operations
Sr Director, Community Operations
Sr Director, Corporate Communications
Sr Director, CRM
Sr Director, Employee Relations
Sr Director, Engineering
Sr Director, Engineering
Sr Director, Engineering
Sr Director, Engineering
Sr Director, Engineering
Sr Director, Engineering
Sr Director, Engineering
Sr Director, Engineering
Sr Director, Engineering
Sr Director, Engineering
Sr Director, Engineering
Sr Director, Engineering
Sr Director, Engineering
Sr Director, Engineering
Sr Director, Engineering
Sr Director, Engineering
Sr Director, Engineering - AI Platform
Sr Director, Enterprise Marketing U4B
Sr Director, Federal Affairs
Sr Director, Global Security & Investigations
Sr Director, Global Tax Provision and US Tax Compliance
Sr Director, GM

Sr Director, GM
Sr Director, GM
Sr Director, GM
Sr Director, GM
Sr Director, GM
Sr Director, GM
Sr Director, GM
Sr Director, GM
Sr Director, GM
Sr Director, GM
Sr Director, GM
Sr Director, GM
Sr Director, GM, Direct US&C
Sr Director, Head of City Operations, US - Rides
Sr Director, Head of Finance - Global Mobility
Sr Director, Head of Global Marketing Operations
Sr Director, Head of Global Social Impact
Sr Director, Head of LATAM Marketing
Sr Director, Head of Marketing US&Canada
Sr Director, HR & Executive Talent
Sr Director, HR Business Partner
Sr Director, HR Business Partner
Sr Director, HR Business Partner
Sr Director, Internal Audit
Sr Director, Internal Audit
Sr Director, PgM, Tech
Sr Director, Physical Security
Sr Director, Policy & Communications
Sr Director, Product
Sr Director, Product Communications
Sr Director, Product Management
Sr Director, Product Management
Sr Director, Product Management
Sr Director, Product Management
Sr Director, Product Management
Sr Director, Product Management
Sr Director, Product Management
Sr Director, Product Management
Sr Director, Product Management
Sr Director, Product Management
Sr Director, Public Policy
Sr Director, Public Policy
Sr Director, Public Policy
Sr Director, Public Policy
Sr Director, Public Policy
Sr Director, Public Policy - EMEA
Sr Director, Recruiting
Sr Director, RGM Mobility Latam
Sr Director, Rides
Sr Director, Sales Operations
Sr Director, Security Engineering
Sr Director, SEO
Sr Director, Strategic Finance
Sr Director, Strategic Finance

Sr Director, Strategic Finance
Sr Director, Strategic Sourcing
Sr Director, Strategy & Planning
Sr Director, Strategy & Planning
Sr Director, Strategy & Planning
Sr Director, Strategy & Planning
Sr Director, Talent Development & Growth
Sr Director, Tax
Sr Director, Tax
Sr Director, Tech HRBP & People Experience
Sr Director, US&C Marketing
Sr Diversity & Inclusion Business Partner
Sr Employee Benefits Manager EMEA
Sr Employee Relations Manager
Sr Employee Relations Partner
Sr Employee Relations Partner
Sr Eng Security Manager, Security Compliance
Sr Engineer, Security
Sr Engineer, Security
Sr Engineer, Security
Sr Engineer, Security
Sr Engineer, Security
Sr Engineer, Security
Sr Engineer, Security
Sr Engineering Manager
Sr Engineering Manager
Sr Engineering Technician
Sr Enterprise Account Executive, Freight
Sr Enterprise Account Executive, U4B
Sr Executive Assistant Business Partner II
Sr Executive Assistant Business Partner II
Sr Executive Assistant Business Partner II
Sr Executive Assistant I
Sr Executive Assistant I
Sr Executive Assistant III
Sr Facilities Site Lead
Sr Frontend Engineer
Sr Frontend Engineer, Driver
Sr Frontend Engineer, Driver
Sr Frontend Engineer, Driver
Sr Fulfillment Operations Manager, Supply Chain
Sr Geospatial Technical Program Manager
Sr Geospatial Technical Program Manager
Sr GL Expert
Sr Global Operations Manager
Sr Greenlight Manager
Sr Hardware Engineer
Sr Hardware Engineer
Sr Hardware Engineer
Sr Hardware Engineer
Sr Hardware Engineer
Sr HR Business Partner
Sr HR Business Partner
Sr HR Business Partner

Sr HR Business Partner
Sr HR Business Partner
Sr HR Business Partner
Sr HR Business Partner
Sr HR Business Partner
Sr HR Business Partner
Sr HR Business Partner
Sr HR Business Partner
Sr HR Business Partner
Sr HR Business Partner
Sr HR Business Partner, Mobility - EMEA
Sr Industrial Designer
Sr Industrial Designer
Sr Industrial Designer II
Sr Information Security Analyst
Sr Information Security Analyst
Sr Information Security Analyst
Sr Information Security Analyst II
Sr Infrastructure Associate - JUMP
Sr Infrastructure Engineer
Sr Infrastructure Engineer
Sr Infrastructure Engineer
Sr Infrastructure Engineer
Sr Infrastructure Engineer
Sr Infrastructure Engineer
Sr Infrastructure Engineer
Sr Internal Audit Analyst
Sr Internal Audit Analyst
Sr Investigations I
Sr Investigations I
Sr Investigations I
Sr Investigations I
Sr Investigations I
Sr Investigations I
Sr Investigations I
Sr Investigations I
Sr Investigations I
Sr Investigations I
Sr Investigations I
Sr Investigations I
Sr Investigations I
Sr Investigations I
Sr Investigations I
Sr Investigations I
Sr Investigations I
Sr Investigations I
Sr Investigations I
Sr Investigations I
Sr Investigations I
Sr Investigations I
Sr Investigations I
Sr Investigations I
Sr Investigations I
Sr Investigator I

Sr Launcher
Sr Learning Program Manager, Central
Sr Learning Program Manager, Programs Central
Sr Learning Specialist - Delivery
Sr Learning Specialist - Delivery
Sr Learning Specialist - Delivery
Sr LTL Account Executive, Uber Freight
Sr Machine Learning Engineer
Sr Maintenance Manager
Sr Manager
Sr Manager of Corporate Sales & Operations
Sr Manager, Accounting
Sr Manager, Accounting
Sr Manager, Applications Development
Sr Manager, Applications Development
Sr Manager, Applications Development
Sr Manager, Applications Development
Sr Manager, Applications Development
Sr Manager, Applications Development
Sr Manager, Applied Science
Sr Manager, Applied Science
Sr Manager, Applied Science
Sr Manager, Applied Science
Sr Manager, Applied Science
Sr Manager, Applied Science
Sr Manager, Applied Science
Sr Manager, Applied Science
Sr Manager, Applied Science
Sr Manager, Autonomy Engineering
Sr Manager, Business Development
Sr Manager, Business Development
Sr Manager, Business Development & Program
Sr Manager, Business Development, Earners
Sr Manager, Business Development, NEE
Sr Manager, Capacity & Efficiency Management
Sr Manager, Central Operations
Sr Manager, Central Operations
Sr Manager, Central Operations
Sr Manager, Central Operations
Sr Manager, Central Operations
Sr Manager, Central Operations
Sr Manager, Central Operations
Sr Manager, Central Operations
Sr Manager, Central Operations
Sr Manager, Central Operations
Sr Manager, Central Operations
Sr Manager, Central Operations
Sr Manager, Central Operations
Sr Manager, Central Operations
Sr Manager, Central Operations
Sr Manager, Central Operations
Sr Manager, Central Operations
Sr Manager, Central Operations

Sr Manager, Claims
Sr Manager, Claims
Sr Manager, Claims
Sr Manager, Claims
Sr Manager, Claims
Sr Manager, Communications
Sr Manager, Communications
Sr Manager, Communications
Sr Manager, Communications
Sr Manager, Communications
Sr Manager, Communications
Sr Manager, Communications
Sr Manager, Communications
Sr Manager, Communications
Sr Manager, Communications
Sr Manager, Communications
Sr Manager, Communications
Sr Manager, Communications
Sr Manager, Communications
Sr Manager, Communications
Sr Manager, Communications - Benelux
Sr Manager, Communications - Central America and the Caribbean (CAC)
Sr Manager, Compensation
Sr Manager, Consumer Growth & Access
Sr Manager, Consumer Rentals
Sr Manager, Content Design
Sr Manager, Content Design
Sr Manager, Corporate Communications
Sr Manager, Corporate Development
Sr Manager, Data Science
Sr Manager, Data Science
Sr Manager, Data Science, Tech
Sr Manager, Data Science, Tech
Sr Manager, Data Science, Tech
Sr Manager, Data Science, Tech
Sr Manager, Decision Science
Sr Manager, Decision Science
Sr Manager, Decision Science
Sr Manager, Design
Sr Manager, Design
Sr Manager, Design
Sr Manager, Design
Sr Manager, Design
Sr Manager, Diversity & Inclusion
Sr Manager, Diversity & Inclusion
Sr Manager, Electrical Engineering
Sr Manager, EMEA Talent Acquisition
Sr Manager, Employee Relations
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering

Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering

Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering
Sr Manager, Engineering - Marketplace Dynamics
Sr Manager, Engineering Enablement
Sr Manager, Freight Sales
Sr Manager, Global Marketing Operations
Sr Manager, Global Procurement
Sr Manager, Global Sales Compensation
Sr Manager, Global Security
Sr Manager, Global Security Tech
Sr Manager, Global Security Tech
Sr Manager, Global Solutions Engineering, Uber for Business
Sr Manager, Global Tax Provision
Sr Manager, GM
Sr Manager, GM
Sr Manager, GM
Sr Manager, GM
Sr Manager, GM
Sr Manager, GM
Sr Manager, GM
Sr Manager, GM
Sr Manager, GM
Sr Manager, GM
Sr Manager, GM
Sr Manager, GM
Sr Manager, GM
Sr Manager, GM
Sr Manager, GM of Airports & Travel
Sr Manager, Growth Marketing I
Sr Manager, Head of Performance & Talent
Sr Manager, HR Business Partner
Sr Manager, HR Business Partner
Sr Manager, HR Business Partner
Sr Manager, HR Business Partner
Sr Manager, HR Service Delivery
Sr Manager, Indirect Tax
Sr Manager, Information Security
Sr Manager, Infrastructure
Sr Manager, Infrastructure
Sr Manager, Infrastructure

Sr Manager, Internal Communications - Tech/Eng
Sr Manager, IT Financial Risk Management
Sr Manager, Law Enforcement - APAC
Sr Manager, Local Operations
Sr Manager, Local Operations
Sr Manager, Local Operations
Sr Manager, Local Operations
Sr Manager, Local Operations
Sr Manager, Local Operations
Sr Manager, Local Operations
Sr Manager, Marketing
Sr Manager, Marketing & Policy Science
Sr Manager, Marketing Applied Science
Sr Manager, Marketing Applied Science
Sr Manager, Payment and MarketPlace Risk
Sr Manager, Payroll
Sr Manager, People Analytics
Sr Manager, Performance Marketing
Sr Manager, PgM, Tech
Sr Manager, PgM, Tech
Sr Manager, PgM, Tech
Sr Manager, Policy Science
Sr Manager, Policy Science
Sr Manager, Policy Science
Sr Manager, Premium Rides
Sr Manager, Product Design
Sr Manager, Product Design
Sr Manager, Product Design
Sr Manager, Product Design
Sr Manager, Product Design
Sr Manager, Product Design
Sr Manager, Product Design - Earner
Sr Manager, Product Equity Design
Sr Manager, Program Management
Sr Manager, Program Management
Sr Manager, Program Management
Sr Manager, Program Management
Sr Manager, Program Management
Sr Manager, Program Management, Workplace
Sr Manager, Public Affairs
Sr Manager, Public Affairs
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy

Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy
Sr Manager, Public Policy - Peru, Bolivia and Ecuador
Sr Manager, Public Policy - Rio de Janeiro
Sr Manager, Recruiting
Sr Manager, Recruiting
Sr Manager, Recruiting
Sr Manager, Regional Workplace
Sr Manager, Regional Workplace
Sr Manager, Revenue Accounting
Sr Manager, Risk
Sr Manager, Risk
Sr Manager, Risk Data Science
Sr Manager, Risk Intelligence
Sr Manager, Risk Strategy
Sr Manager, Risk Strategy
Sr Manager, Sales (Annual Plan)
Sr Manager, Sales (Annual Plan)
Sr Manager, Security Engineering
Sr Manager, Security Engineering
Sr Manager, Security Engineering
Sr Manager, Security Engineering
Sr Manager, Security Engineering
Sr Manager, Security Engineering
Sr Manager, Security Engineering
Sr Manager, Security Engineering
Sr Manager, Security Response & Investigations
Sr Manager, SEO
Sr Manager, Shared Rides
Sr Manager, Sourcing
Sr Manager, Space & Design
Sr Manager, Strategic Finance
Sr Manager, Strategic Finance
Sr Manager, Strategic Finance
Sr Manager, Strategic Finance
Sr Manager, Strategic Finance

Sr Manager, Strategic Finance
Sr Manager, Strategic Finance
Sr Manager, Strategic Finance
Sr Manager, Strategic Finance
Sr Manager, Strategic Finance
Sr Manager, Strategic Finance, CommOps
Sr Manager, Strategic Finance, Performance Marketing and Analytics
Sr Manager, Strategic Initatives
Sr Manager, Strategic Initiatives
Sr Manager, Strategic Sourcing
Sr Manager, Tax
Sr Manager, Tax
Sr Manager, Tax
Sr Manager, Tax
Sr Manager, Tech Sourcing
Sr Manager, Technical Program Management
Sr Manager, Technical Program Management
Sr Manager, Technical Program Management
Sr Manager, Technical Program Management
Sr Manager, Technical Program Management
Sr Manager, Technical Program Management
Sr Manager, Technical Program Management
Sr Manager, Test Operations
Sr Manager, U4B Sales (Sales Plan)
Sr Manager, UX Research
Sr Manager, Xchange Operations
Sr Manufacturing Engineer
Sr Marketing Applied Scientist
Sr Marketing Applied Scientist
Sr Marketing Applied Scientist
Sr Marketing Data Scientist
Sr Marketing Data Scientist
Sr Marketing Data Scientist
Sr Marketing Data Scientist
Sr Marketing Insights Manager II
Sr Marketing Intelligence Manager, Mobility
Sr Marketing Intelligence Manager, Policy & Communications
Sr Marketing Manager
Sr Marketing Manager
Sr Marketing Manager
Sr Marketing Manager
Sr Marketing Manager
Sr Marketing Manager
Sr Marketing Manager
Sr Marketing Manager
Sr Marketing Manager
Sr Marketing Manager
Sr Marketing Manager
Sr Marketing Manager
Sr Marketing Manager
Sr Marketing Manager
Sr Marketing Manager
Sr Marketing Manager

Sr Marketing Manager
Sr Marketing Manager
Sr Marketing Manager, EMEA B2B
Sr Marketing Manager, US&C
Sr Marketing Manager, US&C
Sr Marketing Manager, US&C Brand Marketing
Sr Marketing Manager, US&C Delivery
Sr Marketing Strategy Manager I
Sr Marketing Strategy Manager I
Sr Marketing Strategy Manager I
Sr Marketing Strategy Manager I - GLH
Sr Marketing Strategy Manager II
Sr Marketing Strategy Manager II
Sr Marketing Technology Manager
Sr Marketing Technology Manager
Sr Marketing Technology Manager
Sr Marketing Technology Manager
Sr Marketing Technology Manager
Sr Marketing Technology Manager
Sr Marketing Technology Manager
Sr Marketing Technology Manager
Sr Marketing Technology Manager
Sr Marketplace Operations Manager
Sr Mechanical Engineer
Sr Mid Market Account Executive, Benelux, Uber for Business
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager

Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager

Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager
Sr Operations & Logistics Manager - Dallas
Sr Operations & Logistics Manager - Jump
Sr Operations & Logistics Manager 4
Sr Operations & Logistics Manager II
Sr Operations & Logistics Manager II
Sr Operations & Logistics Manager II
Sr Operations & Logistics Manager II
Sr Operations & Logistics Manager II
Sr Operations & Logistics Manager II
Sr Operations & Logistics Manager II
Sr Operations & Logistics Manager II
Sr Operations & Logistics Manager II
Sr Operations & Logistics Manager II
Sr Operations & Logistics Manager II
Sr Operations & Logistics Manager II
Sr Operations & Logistics Manager II
Sr Operations & Logistics Manager II
Sr Operations & Logistics Manager II
Sr Operations & Logistics Manager II
Sr Operations & Logistics Manager II
Sr Operations & Logistics Manager II
Sr Operations & Logistics Manager II
Sr Operations & Logistics Manager II
Sr Operations & Logistics Manager II
Sr Operations & Logistics Manager II
Sr Operations & Logistics Manager II

Sr Operations & Logistics Manager II
Sr Operations & Logistics Manager II
Sr Operations & Logistics Manager II
Sr Operations Lead
Sr Operations Lead
Sr Operations Manager
Sr Operations Manager - Scooters
Sr Operations Manager (Austin) - Scooters
Sr Operations Manager (Austin) - Scooters
Sr Operations Manager (Boston) - JUMP
Sr Operations Manager, Global 3P Micromobility
Sr Operations Manager, New Products, Uber Eats
Sr Operations Specialist
Sr Ops Manager - Pricing, Expansion & Competition
Sr Partnership Manager
Sr People Development Associate
Sr People Insights Analyst
Sr Performance Marketing Manager
Sr Performance Marketing Manager
Sr Performance Marketing Manager
Sr Performance Marketing Manager
Sr Performance Marketing Manager
Sr Performance Marketing Manager
Sr Performance Marketing Manager I
Sr Performance Marketing Manager I
Sr Performance Marketing Manager I
Sr Performance Marketing Manager I
Sr Performance Marketing Manager I
Sr Performance Marketing Manager II
Sr Performance Marketing Manager, Earner CRM
Sr Performance Marketing Manager, Line of Business, Freight
Sr Performance Marketing Manager, Marketing Experimentation
Sr Performance Marketing Manager, Paid Search & YouTube
Sr Performance Marketing Manager, Rider CRM
Sr Policy Scientist
Sr Policy Scientist
Sr Policy Scientist
Sr Policy Scientist
Sr Policy Scientist
Sr Policy Scientist
Sr Policy Scientist
Sr Policy Scientist
Sr Policy Scientist
Sr Procurement Analyst
Sr Product Analyst
Sr Product Analyst
Sr Product Designer
Sr Product Designer
Sr Product Designer - Base Studio, Product Experience Tools
Sr Product Designer - Rides Studio, Rider
Sr Product Designer I
Sr Product Designer I
Sr Product Designer I
Sr Product Designer I

Sr Product Designer II
Sr Product Designer II
Sr Product Designer II
Sr Product Designer II
Sr Product Designer II
Sr Product Designer II
Sr Product Designer II
Sr Product Designer II
Sr Product Designer II
Sr Product Designer II
Sr Product Designer II
Sr Product Designer II
Sr Product Designer II
Sr Product Designer II
Sr Product Designer II
Sr Product Designer II
Sr Product Designer L5a
Sr Product Designer, CO
Sr Product Designer, Design Systems
Sr Product Designer, Tech
Sr Product Designer, Uber Grocery & New Verticals
Sr Product Manager
Sr Product Manager
Sr Product Manager
Sr Product Manager
Sr Product Manager
Sr Product Manager
Sr Product Manager
Sr Product Manager
Sr Product Manager
Sr Product Manager
Sr Product Manager - Core Banking
Sr Product Manager - Developer Analytics
Sr Product Manager - Marketplace Matching
Sr Product Manager - Marketplace Matching
Sr Product Manager - Marketplace Matching
Sr Product Manager - Marketplace Prediction
Sr Product Manager - Routing and Navigation
Sr Product Manager - Uber Eats - Delivery Pricing
Sr Product Manager I
Sr Product Manager I
Sr Product Manager II, Risk Management
Sr Product Manager II, Tech
Sr Product Manager II, Tech
Sr Product Manager II, Tech
Sr Product Manager II, Tech
Sr Product Manager II, Tech
Sr Product Manager II, Tech
Sr Product Manager II, Tech
Sr Product Manager II, Tech
Sr Product Manager II, Tech
Sr Product Manager II, Tech
Sr Product Manager II, Tech

Sr Product Manager II, Tech
Sr Product Manager II, Tech
Sr Product Manager II, Tech
Sr Product Manager II, Tech
Sr Product Manager II, Tech
Sr Product Manager II, Tech
Sr Product Manager II, Tech
Sr Product Manager II, Tech
Sr Product Manager II, Tech
Sr Product Manager II, Tech
Sr Product Manager, Airports & Travel
Sr Product Manager, Enterprise Identity and Access Management
Sr Product Manager, Equity
Sr Product Manager, Growth Insights
Sr Product Manager, Safety
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech

UBER-MDL3084-000000237

Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech
Sr Product Manager, Tech, Targeting Platform
Sr Product Marketing Manager

Sr Product Marketing Manager
Sr Product Marketing Manager
Sr Product Marketing Manager, B2B
Sr Product Marketing Manager, Earner
Sr Product Marketing Manager, Earner
Sr Product Marketing Manager, Eats
Sr Product Marketing Manager, Membership
Sr Product Marketing Manager, U4B
Sr Product Marketing Manager, Vehicle Solutions
Sr Product Operations
Sr Product Operations
Sr Product Operations
Sr Product Operations
Sr Product Operations
Sr Product Operations
Sr Product Operations
Sr Product Operations
Sr Product Operations
Sr Product Operations
Sr Product Operations
Sr Product Operations
Sr Product Operations
Sr Product Operations
Sr Product Operations
Sr Product Operations
Sr Product Operations
Sr Product Operations
Sr Product Operations
Sr Product Operations
Sr Product Operations
Sr Product Operations
Sr Product Operations
Sr Product Operations
Sr Product Operations
Sr Product Operations Manager
Sr Product Operations Manager
Sr Product Operations Manager, Ads
Sr Product Operations Manager, Marketplace
Sr Production Manager
Sr Program Lead, Product Insight & Rollout, US&C
Sr Program Leader - New Verticals and Uber Direct Customer Experience
Sr Program Leader, Comm Ops
Sr Program Leader, CommOps
Sr Program Leader, Courier Customer Experience
Sr Program Leader, Global Identity Support
Sr Program Manager
Sr Program Manager
Sr Program Manager
Sr Program Manager
Sr Program Manager
Sr Program Manager
Sr Program Manager
Sr Program Manager
Sr Program Manager

Sr Program Manager
Sr Program Manager
Sr Program Manager
Sr Program Manager
Sr Program Manager
Sr Program Manager
Sr Program Manager
Sr Program Manager
Sr Program Manager - Global Liaison and Partnerships, Public Safety
Sr Program Manager - New Mobility - Scooters
Sr Program Manager / Business Analyst - M&A and Business Transformations
Sr Program Manager II
Sr Program Manager II, Tech
Sr Program Manager II, Tech
Sr Program Manager Role, Strategic Action Planning
Sr Program Manager TLM, Tech
Sr Program Manager, ATO and Risk Standards
Sr Program Manager, Exec Onboarding
Sr Program Manager, Global Strategy & Design
Sr Program Manager, HR Operations & Infrastructure
Sr Program Manager, Operations & Enablement
Sr Program Manager, People Operations
Sr Program Manager, People Ops
Sr Program Manager, People Ops
Sr Program Manager, People Ops
Sr Program Manager, Product Insight & Rollout (US&C)
Sr Program Manager, Product Insight & Rollout (US&C)
Sr Program Manager, Public Safety Liaison & Initiatives
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech

Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Tech
Sr Program Manager, Trust & Safety
Sr Program Manager, Workplace
Sr Project Manager, Legal
Sr Project Manager, Legal
Sr Project Manager, Tech
Sr Project Specialist, Risk & Compliance
Sr Project Specialist, Risk & Compliance
Sr Project Specialist, Risk & Compliance - SPOT
Sr Public Policy Associate
Sr Public Policy Associate
Sr Public Policy Associate
Sr Public Policy Associate
Sr Public Policy Associate
Sr Public Policy Associate
Sr Public Policy Associate
Sr Public Policy Associate
Sr Public Policy Associate
Sr Public Policy Associate
Sr Public Policy Associate
Sr Public Policy Associate
Sr Public Policy Associate, ACAC
Sr Public Policy Associate, California
Sr Public Policy Manager, Northeast Policy
Sr Recruiter
Sr Recruiter
Sr Recruiting Lead
Sr Regional Marketing Manager (Central) - JUMP
Sr Regional Marketing Manager (East Coast)
Sr Regional Operations Manager (Merchants)
Sr Regional Operations Manager, Safety
Sr Regional Operations Manager, Uber Eats - LatAm
Sr Regulatory & Compliance Specialist
Sr Regulatory & Compliance Specialist
Sr Research & Insights Manager
Sr Research & Insights Manager
Sr Research Scientist
Sr Research Scientist
Sr Revenue Accountant
Sr Revenue Accountant
Sr Risk Analyst
Sr Risk Analyst
Sr Risk Manager
Sr Risk Strategy Analyst
Sr Risk Strategy Analyst
Sr Risk Strategy Analyst I

Sr Risk Strategy Analyst I
Sr Risk Strategy Analyst I
Sr Risk Strategy Analyst I
Sr Risk Strategy Analyst I
Sr Risk Strategy Analyst II
Sr Sales Ops Associate
Sr Security Engineer
Sr Security Engineer
Sr Security Engineer
Sr Security Engineer
Sr Security Engineer II
Sr Security Engineer II
Sr Security Engineer II
Sr Security Engineer II
Sr Security Engineer II
Sr Security Engineer II
Sr Security Engineer II
Sr Security Engineer II
Sr Security Engineer II, Instrumentation
Sr Security Engineer, Instrumentation
Sr Security Engineer, Instrumentation
Sr Security Engineer, Instrumentation
Sr Security Engineer, Response
Sr Security Engineering Manager - Response and Investigation
Sr Security Strategist, Security Engagement
Sr Security Technologist
Sr Security Technologist
Sr Security Technologist
Sr Security Technologist
Sr Security Technologist
Sr Security Technologist
Sr Security Technologist
Sr Security Technologist I
Sr Security Technologist I, Bug Bounty
Sr Security Technologist, Incident Command
Sr Security Technologist, Incident Command
Sr Security Technologist, Incident Command
Sr Security Technologist, Investigations
Sr Security Technologist, Threat Intelligence
Sr SMB Sales Consultant, Uber for Business
Sr Software Developer
Sr Software Eng
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer

Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer

Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer

Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer

Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer

Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer

Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer
Sr Software Engineer - AdTech
Sr Software Engineer - Identity
Sr Software Engineer - Identity
Sr Software Engineer - iOS
Sr Software Engineer - Machine Learning
Sr Software Engineer - Machine Learning
Sr Software Engineer - Machine Learning, Cognitive Platform
Sr Software Engineer - Web Frontend
Sr Software Engineer - Web Frontend
Sr Software Engineer 5
Sr Software Engineer I
Sr Software Engineer I - Android
Sr Software Engineer I - iOS
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II

UBER-MDL3084-000000248

Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II
Sr Software Engineer II, Apprentice TLM
Sr Software Engineer II, Apprentice TLM
Sr Software Engineer II, TLM
Sr Software Engineer II, TLM
Sr Software Engineer II, TLM
Sr Software Engineer II, TLM
Sr Software Engineer II, TLM
Sr Software Engineer Rider- Consumer Experience
Sr Software Engineer, Apprentice Manager
Sr Software Engineer, Backend- Safety
Sr Software Engineer, Backend- Safety
Sr Software Engineer, iOS -Safety
Sr Software Engineer, Machine Learning
Sr Staff Applications Developer
Sr Staff Applications Developer
Sr Staff Applied Scientist
Sr Staff Applied Scientist
Sr Staff Applied Scientist
Sr Staff Applied Scientist
Sr Staff Data Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer

Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer
Sr Staff Engineer - Driver Compliance
Sr Staff Engineer, TLM
Sr Staff Engineer, TLM
Sr Staff Engineer, TLM

Sr Staff Engineer, TLM
Sr Staff Engineer, TLM
Sr Staff Infrastructure Engineer
Sr Staff Infrastructure Engineer
Sr Staff Infrastructure Engineer
Sr Staff Infrastructure Engineer, TLM
Sr Staff Infrastructure Engineer, TLM
Sr Staff Mobile Engineer
Sr Staff Program Manager, Tech
Sr Staff Security Engineer
Sr Staff Security Engineer
Sr Staff Security Engineer
Sr Staff Software Engineer
Sr Staff Software Engineer
Sr Staff Software Engineer
Sr Staff Technical Program Manager
Sr Staff Technical Program Manager
Sr Staff Technical Program Manager
Sr Staff Technical Program Manager
Sr Staff Technical Program Manager
Sr Staff Technical Program Manager
Sr Staff Technical Program Manager
Sr Stock Administrator
Sr Strategic Initiatives Associate
Sr Strategic Operations Associate, Premium Products
Sr Strategic Operations Manager, Sales Ops
Sr Strategic Operations Manager, Strategic Initiatives
Sr Strategic Planning & Pricing Associate
Sr Strategic Planning & Pricing Associate
Sr Strategic Projects Associate
Sr Strategic Sourcing Analyst
Sr Strategy & Planning Analyst
Sr Strategy & Planning Analyst
Sr Strategy & Planning Analyst
Sr Strategy & Planning Analyst
Sr Strategy & Planning Analyst
Sr Strategy & Planning Associate
Sr Strategy & Planning Associate
Sr Strategy & Planning Associate
Sr Strategy & Planning Associate
Sr Strategy & Planning Associate
Sr Strategy & Planning Associate
Sr Strategy & Planning Associate
Sr Strategy & Planning Associate
Sr Strategy & Planning Associate
Sr Strategy & Planning Associate
Sr Strategy & Planning Associate
Sr Strategy & Planning Associate
Sr Strategy & Planning Associate
Sr Strategy & Planning Associate
Sr Strategy & Planning Associate
Sr Strategy & Planning Associate

Sr Strategy & Planning Associate
Sr Strategy & Planning Associate
Sr Strategy & Planning Associate
Sr Strategy & Planning Associate
Sr Strategy & Planning Associate - Community Operations
Sr Strategy & Planning Associate - JUMP
Sr Strategy & Planning Associate, Uber Eats - Mexico
Sr Strategy & Planning Manager, LatAm
Sr Strategy & Planning, Manager
Sr Strategy Manager II
Sr Systems Engineer
Sr Systems Engineer
Sr Tax Manager Western Europe & UK/IN
Sr Team Manager, Marketplace and Courier, Product Operations
Sr Team Manager, Uber Market, Product Operations
Sr Technical Program Management, Release
Sr Technical Program Manager
Sr Technical Program Manager
Sr Technical Program Manager
Sr Technical Program Manager
Sr Technical Program Manager
Sr Technical Program Manager
Sr Technical Program Manager
Sr Technical Program Manager
Sr Technical Program Manager
Sr Technical Program Manager
Sr Technical Program Manager
Sr Technical Program Manager
Sr Technical Program Manager
Sr Technical Program Manager
Sr Technical Program Manager
Sr Technical Program Manager
Sr Technical Program Manager
Sr Technical Program Manager
Sr Technical Program Manager
Sr Technical Program Manager
Sr Technical Program Manager
Sr Technical Program Manager
Sr Technical Program Manager
Sr Technical Program Manager
Sr Technical Program Manager
Sr Technical Program Manager
Sr Technical Program Manager - Identity
Sr Technical Program Manager II
Sr Technical Program Manager II
Sr Technical Program Manager II
Sr Technical Program Manager II, TLM
Sr Technical Program Manager, Core Infrastructure
Sr Technical Sourcer
Sr Technical Writer
Sr Treasury Analyst
Sr University Recruiter
Sr User Experience (UX) Researcher
Sr User Experience Researcher

Sr User Experience Researcher II
Sr UX Research Manager
Sr UX Research Operations Specialist I
Sr UX Researcher - Product Equity
Sr UX Researcher - Uber Cross Team
Sr UX Researcher II
Sr UX Researcher- Rides Studio, Safety
Sr Vice President, Business
Sr Vice President, Core Services
Sr Vice President, Delivery
Sr Vice President, Finance
Sr Vice President, Operations
Sr Vice President, Policy & Strategy
Sr Workforce Management Program Manager
Sr Workforce Management Program Manager
Sr Workforce Management Program Manager
Sr Workforce Management Program Manager
Sr Xchange Business Support Manager
Sr Xchange LM Operations Manager
Sr Xchange LM Specialist
Sr Xchange LM Specialist
Sr. Account Executive
Sr. Account Executive - Transit Partnerships
Sr. Account Executive, Grocery & Retail
Sr. Account Manager
Sr. Account Manager
Sr. Account Manager
Sr. Account Manager
Sr. Account Manager
Sr. Account Manager
Sr. Account Manager
Sr. Account Manager
Sr. Account Manager
Sr. Account Manager
Sr. Account Manager
Sr. Account Manager
Sr. Account Manager
Sr. Account Manager
Sr. Actuarial Analyst
Sr. Actuarial Analyst
Sr. Actuarial Analyst
Sr. Actuarial Analyst
Sr. Analyst II, eDiscovery
Sr. Analyst II, eDiscovery
Sr. Analyst II, eDiscovery
Sr. Applied Scientist I, Legal Data & Economics
Sr. Art Director
Sr. Art Director
Sr. Art Director
Sr. Art Director I
Sr. Art Director I
Sr. Associate, Business Development
Sr. Associate, Consumer Communications
Sr. Associate, Emerging Ads Surfaces

Sr. Associate, National Partnerships
Sr. Associate, Sales Compensation and Analytics
Sr. Associate, US & Canada Rides Finance
Sr. Business Analyst - Field Ops
Sr. Business Analyst, Risk & Compliance - SPOT
Sr. Business Development Associate
Sr. Business Development Associate
Sr. Business Development Associate
Sr. Business Development Associate, Channel Markets + Direct
Sr. Business Development Associate, Consumer
Sr. Business Development Associate, Partner Management
Sr. Business Development Manager
Sr. Business Development Manager
Sr. Business Development Manager
Sr. Business Development Manager
Sr. Business Development Manager
Sr. Business Development Manager, Airports
Sr. Business Development Manager, Consumer
Sr. Business Development Manager, Payments
Sr. Business Development Manager, Sustainability
Sr. Business Intelligence Analyst
Sr. Business Programs Manager, Amsterdam
Sr. Central Operations Manager
Sr. Central Operations Manager
Sr. Central Operations Manager
Sr. Central Operations Manager
Sr. Central Operations Manager
Sr. Central Operations Manager
Sr. Central Operations Manager
Sr. Central Operations Manager
Sr. Central Operations Manager
Sr. Central Operations Manager
Sr. Central Operations Manager
Sr. Central Operations Manager
Sr. Central Operations Manager
Sr. Central Operations Manager
Sr. Central Operations Manager
Sr. Central Operations Manager
Sr. Central Operations Manager
Sr. Central Operations Manager, Airports Partnerships
Sr. Central Operations Manager, Events
Sr. Central Operations Manager, Knowledge Management
Sr. Central Operations Manager, Vehicles Strategy & Analysis
Sr. City Manager
Sr. City Manager
Sr. City Manager
Sr. City Manager
Sr. City Manager
Sr. City Manager
Sr. City Manager
Sr. City Manager
Sr. City Manager
Sr. City Manager
Sr. City Manager
Sr. City Manager

Sr. City Manager
Sr. City Manager
Sr. City Manager
Sr. City Manager
Sr. City Manager
Sr. City Manager
Sr. City Manager
Sr. Claim Advocate 2, L&D
Sr. Claim Manager, Carrier Relationship Operations
Sr. Claims Advocate
Sr. Claims Advocate
Sr. Claims Advocate II
Sr. Claims Advocate II
Sr. Claims Advocate, Emerging Products
Sr. Claims Advocate, Emerging Products
Sr. Claims Advocate, Emerging Products
Sr. Claims Advocate, Emerging Products
Sr. Claims Advocate, Emerging Products
Sr. Claims Manager, Large Loss
Sr. Client Partner, Ads Enterprise
Sr. Client Partner, Ads Enterprise
Sr. Client Partner, Ads Enterprise
Sr. Client Partner, Grocery & Retail
Sr. Client Partner, Grocery & Retail
Sr. Client Partner, Uber Direct
Sr. Client Partner, Uber Direct
Sr. Communications Associate
Sr. Community Operations Manager - Escalations Support
Sr. Community Operations Manager - Merchant Support
Sr. Community Operations Manager - Merchant Support
Sr. Community Operations Manager - Screenings
Sr. Community Operations Manager - SPOT
Sr. Community Operations Manager - Trust & Safety
Sr. Community Operations Manager II - US&C Earner Video
Sr. Complex Claims Advocate
Sr. Content/VUI Designer I
Sr. Copywriter
Sr. Counsel, Ads & Marketing
Sr. Counsel, Benefits
Sr. Counsel, Canada
Sr. Counsel, Canada
Sr. Counsel, Canada
Sr. Counsel, Commercial & COE
Sr. Counsel, Compliance, Uber Health
Sr. Counsel, Core Technologies
Sr. Counsel, Delivery
Sr. Counsel, Delivery
Sr. Counsel, Delivery
Sr. Counsel, Delivery
Sr. Counsel, Delivery
Sr. Counsel, Delivery
Sr. Counsel, Delivery
Sr. Counsel, Delivery Marketing
Sr. Counsel, Delivery, ANZ

UBER-MDL3084-000000255

Sr. Counsel, Driver Policy, US
Sr. Counsel, Driver Policy, US
Sr. Counsel, East Region
Sr. Counsel, Employment
Sr. Counsel, Employment, US
Sr. Counsel, Employment, US
Sr. Counsel, Employment, US
Sr. Counsel, Employment, US
Sr. Counsel, Freight
Sr. Counsel, Government Investigations & Special Matters
Sr. Counsel, IP
Sr. Counsel, IP
Sr. Counsel, Japan
Sr. Counsel, Legal Compliance
Sr. Counsel, Litigation
Sr. Counsel, Litigation
Sr. Counsel, Litigation
Sr. Counsel, Litigation
Sr. Counsel, Litigation
Sr. Counsel, Marketing & Advertising
Sr. Counsel, Mobility & Marketplace
Sr. Counsel, Mobility & Marketplace
Sr. Counsel, Mobility & Marketplace
Sr. Counsel, Mobility & Vehicles
Sr. Counsel, Mobility Product & Ops
Sr. Counsel, Mobility, ANZ
Sr. Counsel, North Region
Sr. Counsel, Payments
Sr. Counsel, Payments, APAC
Sr. Counsel, Payments, APACx
Sr. Counsel, Privacy & Cybersecurity
Sr. Counsel, Privacy & Cybersecurity
Sr. Counsel, Product, Emerging Tech
Sr. Counsel, Product, Emerging Tech
Sr. Counsel, Product, Platforms & Services
Sr. Counsel, Product, Rides & Consumer Platform
Sr. Counsel, Product, Rides & Consumer Platform
Sr. Counsel, Regulatory, Delivery
Sr. Counsel, Regulatory, Health & Eats
Sr. Counsel, Regulatory, Mexico
Sr. Counsel, Regulatory, Mobility
Sr. Counsel, Risk, Identity & Fraud, Global
Sr. Counsel, Safety & Insurance Litigation, Delivery, US&CAN
Sr. Counsel, Safety & Insurance Litigation, Delivery, US&CAN
Sr. Counsel, Safety & Insurance Litigation, Delivery, US&CAN
Sr. Counsel, Safety & Insurance Litigation, Delivery, US&CAN
Sr. Counsel, Safety & Insurance Litigation, High Exposure
Sr. Counsel, Safety & Insurance Litigation, High Exposure - AL, US Central & CAN
Sr. Counsel, Safety & Insurance Litigation, High Exposure - AL, US Northwest
Sr. Counsel, Safety & Insurance Litigation, High Exposure - AL, US Southwest
Sr. Counsel, Safety & Insurance Litigation, High Exposure - GL, US & CAN West
Sr. Counsel, Safety & Insurance Litigation, High Exposure - GL, US Central & CAN
Sr. Counsel, Safety & Insurance Litigation, High Exposure, GL, US West
Sr. Counsel, Safety & Insurance Litigation, High Exposure, US East

Sr. Counsel, Safety & Insurance Litigation, High Exposure, US&CAN
Sr. Counsel, Safety & Insurance Litigation, Mobility Volume, US New York
Sr. Counsel, Safety & Insurance Litigation, Mobility Volume, US Northeast
Sr. Counsel, Safety & Insurance Litigation, Mobility Volume, US Southeast
Sr. Counsel, Safety & Insurance Litigation, Mobility Volume, US Southeast
Sr. Counsel, Safety & Insurance Litigation, Product & Strategy
Sr. Counsel, Safety & Insurance Litigation, Product & Strategy, US&CAN
Sr. Counsel, Safety & Insurance Litigation, Product & Strategy, US&CAN
Sr. Counsel, Safety & Insurance Litigation, US East
Sr. Counsel, Safety & Insurance Litigation, US Northwest
Sr. Counsel, Safety & Insurance Litigation, US West
Sr. Counsel, Safety & Insurance Litigation, US West
Sr. Counsel, Safety Legal, Background Checks & Screening, Global
Sr. Counsel, Safety Legal, Global
Sr. Counsel, South & MidWest Regions
Sr. Counsel, Sub-Saharan Africa
Sr. Counsel, U4B
Sr. Counsel, Uber Eats Northern & Eastern Europe
Sr. Counsel, UK&I
Sr. Counsel, UK&I
Sr. Counsel, West Region
Sr. Creative Operations Manager II
Sr. CRM Marketing Manager - Driver Relationship
Sr. Cyber Threat Intelligence Analyst
Sr. Data Scientist
Sr. Data Scientist
Sr. Decision Scientist
Sr. Design Program Manager II
Sr. Design Program Manager, Delivery
Sr. Design Program Manager, Earner
Sr. Director - Engineering
Sr. Director Enterprise, US&C Delivery
Sr. Director FinOps
Sr. Director HR Business Partner
Sr. Director of Engineering, TPM/Learning
Sr. Director of Public Policy & Government Affairs, APAC
Sr. Director, Business Development
Sr. Director, Business Development
Sr. Director, Canada
Sr. Director, Chief Actuary
Sr. Director, Compensation
Sr. Director, Corporate and Assistant Corporate Secretary
Sr. Director, Corporate Development
Sr. Director, Delivery
Sr. Director, Delivery and AM&D
Sr. Director, Diversity & Inclusion
Sr. Director, Driver Policy Counsel
Sr. Director, Ethics & Compliance Programs
Sr. Director, Freight
Sr. Director, Global Data Protection Office
Sr. Director, Global Mobility
Sr. Director, GM, California & PNW
Sr. Director, GM, Midwest
Sr. Director, GM, Uber Eats Canada

Sr. Director, Head of Delivery Marketing
Sr. Director, Head of Federal Affairs
Sr. Director, Head of Global Creative
Sr. Director, Head of Global Marketing Intelligence
Sr. Director, Head of International Marketing
Sr. Director, Head of Key Markets, Uber Grocery
Sr. Director, Head of Latam Business Development
Sr. Director, Head of U4B Marketing
Sr. Director, HR Business Partner
Sr. Director, Insurance Law, Global
Sr. Director, IP
Sr. Director, IP
Sr. Director, Labor & Employment
Sr. Director, Legal Compliance
Sr. Director, Litigation
Sr. Director, Litigation
Sr. Director, M&A
Sr. Director, Marketing & Policy Science
Sr. Director, Mobility & Marketplace
Sr. Director, Northern & Eastern Europe
Sr. Director, Payments
Sr. Director, Payments
Sr. Director, Payments
Sr. Director, People Business Operations
Sr. Director, Performance Marketing and CRM
Sr. Director, Privacy & Cybersecurity
Sr. Director, Product Management
Sr. Director, Public Safety - Global
Sr. Director, Regulatory, Delivery
Sr. Director, Regulatory, Mobility & Political Law
Sr. Director, Safety & Insurance Litigation, Global
Sr. Director, Safety Legal, Global
Sr. Director, Tech Strategy & Execution
Sr. Director, U4B
Sr. Director, Vehicles & Fleet Operations
Sr. Engineering Manager
Sr. Engineering Manager, Marketplace Matching
Sr. Enterprise Account Executive, Uber for Business
Sr. Enterprise Client Partner, Uber Advertising
Sr. Enterprise Client Partner, Uber Advertising
Sr. Executive Assistant Business Partner II
Sr. Executive Assistant Business Partner III
Sr. Executive Assistant Business Partner III
Sr. Expansion Manager
Sr. Field Account Executive, SMB Strategic Accounts, Uber Eats (Los Angeles)
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert

UBER-MDL3084-000000258

Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert

Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. GL Expert
Sr. Global Claims Process Specialist
Sr. Global Claims Quality and Compliance Specialist
Sr. Global Claims Quality and Compliance Specialist
Sr. Global Claims Quality and Compliance Specialist
Sr. Global Claims Quality and Compliance Specialist
Sr. Global Claims Quality and Compliance Specialist II
Sr. Global Operations Manager, Rider Rentals
Sr. Global Program Manager, People Programs and Planning
Sr. Global Quality and Compliance Specialist
Sr. Global Trainer
Sr. Greenlight Manager
Sr. Greenlight Manager
Sr. Greenlight Manager
Sr. Greenlight Manager
Sr. Greenlight Manager
Sr. Greenlight Manager - US&C
Sr. Greenlight Manager - US&C
Sr. Greenlight Manager - US&C
Sr. Greenlight Manager II

Sr. Growth Marketing Manager
Sr. HR Business Partner
Sr. HR Specialist
Sr. HR Specialist
Sr. HR Specialist
Sr. Implementation Lead
Sr. Investigator I, SIU
Sr. Investigator I, SIU
Sr. Investigator I, SIU
Sr. Investigator I, SIU
Sr. Investigator I, SIU
Sr. Investigator I, SIU
Sr. Machine Learning Engineer
Sr. Manager - Engineering
Sr. Manager Global Delivery Center
Sr. Manager of Strategy and Planning - Global Investigations
Sr. Manager, Business Development, ANZ
Sr. Manager, Business Development, Earners
Sr. Manager, Central Operations
Sr. Manager, CLO Business Operations
Sr. Manager, Cloud Transformation, Operations, & Partnership
Sr. Manager, Communications
Sr. Manager, Eater Operations
Sr. Manager, Engineering
Sr. Manager, Ethics & Compliance Programs
Sr. Manager, Ethics & Compliance, APAC
Sr. Manager, Executive and Employee Communications
Sr. Manager, Executive and Employee Communications
Sr. Manager, Federal Affairs
Sr. Manager, Federal Affairs
Sr. Manager, Global Ethics & Compliance
Sr. Manager, Global Insider Threat Program
Sr. Manager, Global Security
Sr. Manager, Global Trade Compliance
Sr. Manager, Head of California
Sr. Manager, Head of Culture
Sr. Manager, Head of Gulf Coast
Sr. Manager, Head of Midwest & New England
Sr. Manager, Head of South
Sr. Manager, Insider Threat Strategy and Planning
Sr. Manager, Integration & Experience
Sr. Manager, Labor & Employment Legal
Sr. Manager, Marketing Applied Science
Sr. Manager, Marketing Data Sceince
Sr. Manager, Marketing Technology Operations
Sr. Manager, Ops & Political Law
Sr. Manager, Ops Compliance, UK&I
Sr. Manager, Powerloop
Sr. Manager, Privacy & Cybersecurity
Sr. Manager, Product Design
Sr. Manager, Protective Services
Sr. Manager, Public Safety Liaison, Canada
Sr. Manager, Public Safety Liaison, SSA
Sr. Manager, Public Safety Response, AMERICAS

Sr. Manager, Public Safety Response, EMEA
Sr. Manager, Public Safety Response, Operations
Sr. Manager, Regional Liaison, US
Sr. Manager, Risk
Sr. Manager, S&P - Planning
Sr. Manager, S&P Lead, Safety
Sr. Manager, Safety & Core Services + CLO Tech Operations
Sr. Manager, Security Engineering
Sr. Manager, Security Technologist
Sr. Manager, Strategy and Planning
Sr. Manager, Systems Engineering
Sr. Manager, TA Process Optimization
Sr. Manager, Test Operations
Sr. Marketing Manager
Sr. Marketing Manager
Sr. Marketing Manager
Sr. Marketing Manager, Partnerships
Sr. Marketing Strategist
Sr. Marketing Strategist
Sr. Marketing Strategist
Sr. Marketing Strategist
Sr. Marketing Strategist
Sr. Marketing Strategist - Airports
Sr. Motion Designer, Illustrator
Sr. Operations & Logistics Manager
Sr. Operations & Logistics Manager
Sr. Operations and Logistics Manager, UberEATS Mexico City
Sr. Operations Audit Associate
Sr. Operations Manager
Sr. Operations Manager
Sr. Operations Manager
Sr. Operations Manager
Sr. Operations Manager
Sr. Operations Manager (Montreal) - JUMP Bikes
Sr. Operations Manager, Marketplace & Courier
Sr. Operations Manager, Marketplace & Courier
Sr. Operations Manager, Marketplace & Courier
Sr. Operations Manager, Merchant
Sr. Operations Manager, New Verticals
Sr. Operations Manager, Strategic Initiatives
Sr. Operations Manager, Strategy & Planning
Sr. Operations Manager, Strategy & Planning
Sr. Paralegal, Ads & Marketing
Sr. Paralegal, Ads & Marketing
Sr. Paralegal, Ads & Marketing
Sr. Paralegal, Commercial & COE
Sr. Paralegal, Freight
Sr. Paralegal, Freight
Sr. Paralegal, Insurance Law, Global
Sr. Paralegal, IP
Sr. Paralegal, Marketing & Advertising
Sr. Paralegal, Safety & Insurance Litigation, High Exposure Mobility & Delivery
Sr. Paralegal, Safety & Insurance Litigation, High Exposure, Mass Tort
Sr. Paralegal, Safety & Insurance Litigation, High Exposure, US Central & CAN

Sr. Paralegal, Safety & Insurance Litigation, High Exposure, US&CAN
Sr. Paralegal, Safety & Insurance Litigation, Mobility Volume, US&CAN
Sr. Paralegal, Safety & Insurance Litigation, US Central & Intake
Sr. Paralegal, Safety & Insurance Litigation, US East
Sr. Paralegal, Safety & Insurance Litigation, US Northeast
Sr. Paralegal, West Region (PNW) & Eats
Sr. Partner Engineer
Sr. Partner Engineer, Uber for Business
Sr. Performance Manager, Digital
Sr. Performance Marketing Manager
Sr. Performance Marketing Manager, Digital - EATS
Sr. Product Designer
Sr. Product Designer I
Sr. Product Designer I, Maps
Sr. Product Designer II
Sr. Product Designer II, Delivery
Sr. Product Designer, Delivery
Sr. Product Designer, Earner
Sr. Product Designer, Rider Studio
Sr. Product Designer, Rider Studio
Sr. Product Designer, Tools
Sr. Product Manager - AV
Sr. Product Manager - Finance & Data
Sr. Product Manager - Rider Experience
Sr. Product Manager - U4B
Sr. Product Manager, JUMP
Sr. Product Manager, Road Safety
Sr. Product Marketing Manager, Earner
Sr. Program Leader - B2B Support
Sr. Program Leader - Consumer Account, Payment, & Risk
Sr. Program Leader - Customer Advocacy Team
Sr. Program Leader - Delivery Strategic Initiatives
Sr. Program Leader - Digital Strategy & Innovation
Sr. Program Leader - Earner Access & Engagement
Sr. Program Leader - Eater Customer Experience
Sr. Program Leader - Escalations & Customer Pain Points
Sr. Program Leader - Escalations Support
Sr. Program Leader - Field Ops
Sr. Program Leader - Merchant Customer Experience
Sr. Program Leader - New Verticals and Strategic Operations
Sr. Program Leader - Quality
Sr. Program Leader - Safety Support
Sr. Program Leader - SPOT
Sr. Program Leader - Trust & Safety
Sr. Program Leader - US&C Greenlight
Sr. Program Leader, Comm Ops
Sr. Program Manager
Sr. Program Manager
Sr. Program Manager
Sr. Program Manager
Sr. Program Manager
Sr. Program Manager - Consumer Experience
Sr. Program Manager - Documents
Sr. Program Manager - Driver Trips

Sr. Program Manager - Earner Access
Sr. Program Manager - Earner Access
Sr. Program Manager - Employee Experience
Sr. Program Manager - Field Ops
Sr. Program Manager - Field Ops
Sr. Program Manager - Field Ops
Sr. Program Manager - Global Customer Insights & Advocacy
Sr. Program Manager - Global Customer Insights & Advocacy
Sr. Program Manager - Global Customer Insights & Advocacy
Sr. Program Manager - Greenlight Support Strategy
Sr. Program Manager - Merchant Customer Experience
Sr. Program Manager - Merchant Growth
Sr. Program Manager - New Verticals and Strategic Operations
Sr. Program Manager - Outreach Innovation
Sr. Program Manager - Safety Support
Sr. Program Manager - Safety Support
Sr. Program Manager - Scaled Sales
Sr. Program Manager - Scaled Sales
Sr. Program Manager - SPOT
Sr. Program Manager - Tech
Sr. Program Manager - Vehicle Solutions & Fleets
Sr. Program Manager, Consumer Experience
Sr. Program Manager, Courier Customer Experience
Sr. Program Manager, East Region
Sr. Program Manager, Employment, US
Sr. Program Manager, Ethics & Compliance, EMEA
Sr. Program Manager, FinTech
Sr. Program Manager, Global Ops Compliance, Data Compliance
Sr. Program Manager, Global Ops Compliance, Tech - Core Technologies
Sr. Program Manager, Global Ops Compliance, Tech - Mobility
Sr. Program Manager, Legal
Sr. Program Manager, Legal Compliance
Sr. Program Manager, Ops Compliance, Product Innovation, Global
Sr. Program Manager, Ops Compliance, Rides, US&C
Sr. Program Manager, Ops Compliance, Rides, US&C
Sr. Program Manager, Regulatory, Mobility
Sr. Program Manager, Regulatory, Mobility
Sr. Program Manager, Shipper Operations
Sr. Program Manager, Uber Direct Customer Experience
Sr. Program Manager, US&C CommOps
Sr. Project Manager
Sr. Public Policy Associate
Sr. Public Policy Manager, Accessibility and Underserved Communities
Sr. Public Policy Manager, Public Transit
Sr. Regional Operations Manager
Sr. Regional Operations Manager - Cities & Launch, National Competition
Sr. Regional Operations Manager, Vehicle Solutions
Sr. Regional Operatonis Manager, Cities & Launch - Competitive 4
Sr. Regulatory Operations Manager
Sr. Regulatory Strategy & Operations Manager
Sr. Regulatory Strategy & Operations Manager
Sr. Risk Advisor, Internal Audit
Sr. S&P Associate, UET
Sr. Safety Communications Associate, SOCO

Sr. Safety Operations Manager
Sr. Safety Operations Manager
Sr. Safety Operations Manager
Sr. Safety Operations Manager
Sr. Safety Operations Manager
Sr. Safety Operations Manager
Sr. Safety Operations Manager, Identity
Sr. Sales Manager, Eats SMB (Sales Plan)
Sr. Security Engineer - Investigations
Sr. Security Lead, East Coast
Sr. Security Strategist
Sr. Shop Manager
Sr. Social Impact Manager
Sr. Software Engineer
Sr. Software Engineer
Sr. Software Engineer
Sr. Software Engineer
Sr. Software Engineer
Sr. Software Engineer
Sr. Software Engineer
Sr. Software Engineer
Sr. Software Engineer
Sr. Software Engineer
Sr. Software Engineer (Backend) - Global Screenings
Sr. Software Engineer II
Sr. Specialist, Ethics & Compliance, Brazil
Sr. Staff Applied Scientist
Sr. Staff Engineer
Sr. Staff TLM
Sr. Staff TLM
Sr. Strategic Operations Manager
Sr. Strategic Operations Manager, Eater
Sr. Strategic Operations Manager, Employee Programs, Uber for Business
Sr. Strategic Operations Manager, New Verticals
Sr. Strategic Operations Manager, U4B EMEA
Sr. Strategic Project Manager, Strategy & Planning
Sr. Strategic Project Manager, Strategy & Planning
Sr. Strategy & Planning Analyst
Sr. Strategy & Planning Analyst
Sr. Strategy & Planning Associate
Sr. Strategy & Planning Associate
Sr. Strategy & Planning Associate
Sr. Strategy & Planning Associate, Core Services Analytics
Sr. Systems Engineer II, TLM
Sr. Talent Coordinator
Sr. Tax Counsel, Tax Controversy
Sr. Technical Lead Investigator II
Sr. Technical Program Manager
Sr. Technical Program Manager
Sr. Technical Program Manager - Uber AI
Sr. Technical Program Manager - Uber Maps
Sr. Technical Program Manager- Uber Maps
Sr. Territory Operations Manager
Sr. Territory Operations Manager

Sr. Territory Operations Manager
Sr. Test Operations Engineer
Sr. Test Operations Specialist
Sr. Threat Detection Engineer
Sr. UX Researcher - Maps
Sr. UX Researcher, Rider
Sr. UX Researcher, Rider
Sr. Verint System Administrator
Sr. Workforce Management Program Manager
Sr. Workforce Management Program Manager
Sr. Workforce Management Real Time Analyst
Sr.HR Specialist
Sr.Staff Engineer - Infra
Staff Accountant, JUMP
Staff Android Engineer - Airports
Staff Applications Developer
Staff Applications Developer
Staff Applications Developer
Staff Applications Developer
Staff Applications Developer
Staff Applied Scientist
Staff Applied Scientist
Staff Applied Scientist
Staff Applied Scientist
Staff Applied Scientist
Staff Applied Scientist
Staff Applied Scientist
Staff Applied Scientist
Staff Applied Scientist
Staff Applied Scientist - Regulatory Policy
Staff Applied Scientist, TLM
Staff Applied Scientist, TLM
Staff Applied Scientist, TLM
Staff Autonomy Hardware Engineer
Staff Autonomy Hardware Engineer
Staff Autonomy Hardware Engineer
Staff Backend Engineer
Staff Backend Engineer - Rider Personalization
Staff Content Designer
Staff Cyber Intelligence Lead
Staff Data Scientist
Staff Data Scientist, Tech
Staff Data Scientist, Tech
Staff Data Scientist, Tech, TLM
Staff Data Scientist, TLM
Staff Data Scientist, TLM, Tech
Staff Decision Scientist
Staff Decision Scientist, TLM
Staff Design Engineer
Staff Design Program Manager
Staff Designer, Tech
Staff Designer, Tech
Staff Designer, Tech

UBER-MDL3084-000000266

Staff Engineer
Staff Engineer
Staff Infrastructure Engineer
Staff Infrastructure Engineer, TLM
Staff Infrastructure Engineer, TLM
Staff Marketing Applied Scientist
Staff Marketing Applied Scientist
Staff Marketing Applied Scientist
Staff Marketing Data Scientist
Staff Marketing Data Scientist
Staff Marketing Data Scientist
Staff Marketing Solutions
Staff Policy Scientist
Staff Policy Scientist
Staff Product Designer
Staff Product Designer
Staff Product Designer
Staff Product Designer
Staff Product Designer
Staff Program Manager
Staff Program Manager, Growth and Marketing Platform
Staff Program Manager, Tech
Staff Program Manager, Tech
Staff Program Manager, Tech
Staff Program Manager, Tech
Staff Security Engineer
Staff Security Engineer
Staff Security Engineer
Staff Security Engineer
Staff Security Engineer
Staff Security Engineer
Staff Security Engineer
Staff Security Engineer
Staff Security Engineer
Staff Security Engineer
Staff Security Engineer, TLM
Staff Security Software Engineer
Staff Security Strategist, eGRC
Staff Security Technologist
Staff Security Technologist
Staff Security Technologist
Staff SEO Strategist
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer

Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer

Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer

Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer
Staff Software Engineer

Staff Software Engineer
Staff Software Engineer - Developer Platform
Staff Software Engineer - Rider Personalization
Staff Software Engineer, Customer Platform
Staff Software Engineer, Customer Platform
Staff Software Engineer, ML
Staff Software Engineer, ML
Staff Software Engineer, Platform Security
Staff Software Engineer, Risk Platforms
Staff Software Engineer, TLM
Staff Software Engineer, TLM
Staff Software Engineer, TLM
Staff Software Engineer, TLM
Staff Software Engineer, TLM
Staff Software Engineer, TLM
Staff Software Engineer, TLM
Staff Software Engineer, TLM
Staff Software Engineer, TLM
Staff Software Engineer, TLM
Staff Software Engineer, TLM
Staff Software Engineer, TLM
Staff Software Engineer, TLM
Staff Software Engineer, TLM
Staff Software Engineer, TLM
Staff Software Engineer, TLM
Staff Technical Partner Manager
Staff Technical Program Manager
Staff Technical Program Manager
Staff Technical Program Manager
Staff Technical Program Manager
Staff Technical Program Manager
Staff Technical Program Manager
Staff Technical Program Manager
Staff Technical Program Manager
Staff Technical Program Manager
Staff Technical Program Manager
Staff Technical Program Manager
Staff Technical Program Manager
Staff Technical Program Manager
Staff Technical Program Manager
Staff Technical Program Manager
Staff Technical Program Manager
Staff Technical Program Manager
Staff Technical Program Manager
Staff Technical Program Manager
Staff Technical Program Manager
Staff Technical Program Manager
Staff Technical Program Manager
Staff Technical Program Manager, AI/ML
Staff Technical Program Manager, Data
Staff Threat Detection Engineer
Strategic Account Executive, Global Strategic Accounts Team

Strategic Accounts Business Development Representative, Uber for Business
Strategic Advisor to the CEO
Strategic Business Development Representative, Uber for Business
Strategic Client Partner & Head of Implementation EMEA, Uber for Business
Strategic Client Partner, Uber for Business
Strategic Client Partner, Uber for Business
Strategic Finance Associate
Strategic Finance Development Program Analyst
Strategic Implementation Lead, Uber for Business
Strategic Implementation Lead, Uber for Business
Strategic Inside Sales Representative, Uber for Business
Strategic Operation Lead, Sales Ops
Strategic Operations Associate
Strategic Operations Associate, Airport Partner
Strategic Operations Associate, Cities & Driver Operations, Canada
Strategic Operations Associate, Cities & Driver Operations, Canada/Associe aux operations strategiques, Villes
Strategic Operations Associate, City Performance
Strategic Operations Associate, City Performance
Strategic Operations Associate, City Performance
Strategic Operations Associate, City Performance
Strategic Operations Associate, Compliance Ops
Strategic Operations Associate, Consumer Engagement
Strategic Operations Associate, Consumer Engagement
Strategic Operations Associate, Consumer Engagement
Strategic Operations Associate, Earner Access
Strategic Operations Associate, Earner Growth
Strategic Operations Associate, Earner Promotions
Strategic Operations Associate, Fares & Pricing Ops
Strategic Operations Associate, Fleets & 3P Supply
Strategic Operations Associate, Midwest & South Ops
Strategic Operations Associate, Mobility Solutions, Events & Complex Venues
Strategic Operations Associate, Mobility Solutions, Events & Complex Venues
Strategic Operations Associate, Mobility Solutions, Events & Complex Venues
Strategic Operations Associate, Mobility Solutions, Events & Complex Venues
Strategic Operations Associate, Mobility Solutions, Marketplace
Strategic Operations Associate, Northeast Ops
Strategic Operations Associate, Premium Products
Strategic Operations Associate, Premium Products
Strategic Operations Associate, Reservations
Strategic Operations Associate, Taxi & Hailables
Strategic Operations Associate, UberX & Specialty Products
Strategic Operations Associate, West Ops
Strategic Operations Lead, B2B Gift Cards
Strategic Operations Lead, Courier
Strategic Operations Lead, Grocery & Retail
Strategic Operations Lead, Grocery & Retail
Strategic Operations Lead, Grocery & Retail
Strategic Operations Lead, Marketplace
Strategic Operations Lead, Merchant
Strategic Operations Lead, Sales Ops
Strategic Operations Lead, Sales Ops
Strategic Operations Manager
Strategic Operations Manager
Strategic Operations Manager

Strategic Operations Manager
Strategic Operations Manager
Strategic Operations Manager - Rides (NYC)
Strategic Operations Manager, City Operations - Rides (SF)
Strategic Operations Manager, Courier
Strategic Operations Manager, Employee Programs, Uber for Business
Strategic Operations Manager, Grocery & Retail
Strategic Operations Manager, Grocery & Retail
Strategic Operations Manager, Marketplace
Strategic Operations Manager, Merchant
Strategic Operations Manager, Restaurant (Uber Eats)
Strategic Operations Manager, Rideshare Operations (NYC)
Strategic Operations Manager, Rideshare Operations (Santa Monica)
Strategic Operations Manager, Sales Ops
Strategic Pricing Associate
Strategic Program Specialist
Strategic Projects and Initiatives Manager
Strategic Retail Partnership Manager
Strategy & Operations Lead, Customer Engagement
Strategy & Operations Lead, Customer Engagement
Strategy & Operations Manager (Merchant), Uber Eats - UK&I
Strategy & Operations Manager, Consumer Growth
Strategy & Planning
Strategy & Planning Analyst
Strategy & Planning Analyst
Strategy & Planning Analyst
Strategy & Planning Associate
Strategy & Planning Associate
Strategy & Planning Associate
Strategy & Planning Associate
Strategy & planning associate
Strategy & Planning Associate
Strategy & Planning Associate Business Development EMEA
Strategy & Planning Director, Latin America - Rides
Strategy & Planning Lead
Strategy & Planning Lead
Strategy & Planning Lead
Strategy & Planning Lead
Strategy & Planning Lead
Strategy & Planning Lead
Strategy & Planning Lead
Strategy & Planning Lead
Strategy & Planning Lead
Strategy & Planning Lead
Strategy & Planning Lead (Expansion), Uber Eats
Strategy & Planning Lead APAC
Strategy & Planning Lead, CommOps
Strategy & Planning Lead, Uber Direct
Strategy & Planning Manager
Strategy & Planning Manager
Strategy & Planning Manager
Strategy & Planning Manager
Strategy & Planning Manager - APAC

Strategy & Planning Manager - Business Development
Strategy & Planning Manager, Business Development
Strategy & Planning Manager, Eats for Business
Strategy & Planning Manager, Global Public Safety
Strategy & Planning Manager, North America
Strategy & Planning Manager, Uber Advertising
Strategy & Planning, Associate
Strategy & Planning, EATS APAC
Strategy and Planning Manager
Strategy Manager
Strategy Operations Analytics Manager
Supplier Quality engineer
Supply Growth Analyst I
Supply Product Marketing Manager - Existing Supply
Support Experience Lead
SVP of Communications and Public Policy
SVP of Engineering
SVP, Chief People Officer
SVP, Leadership & Strategy
SVP, Marketing and Public Affairs
System Technician
Systems Engineer II
Systems Engineer II
Systems Engineer II
Systems Engineer II
Taiwan-EATS Restaurant Partnerships Representative
Talent Coordinator
Talent Coordinator
Talent Coordinator
Talent Coordinator
Talent Coordinator
Talent Coordinator Lead
Talent Coordinator, LATAM
Tax Analyst - Xchange Leasing
Tax Counsel - Tax Controversies
Tax Director, Technology and Operations PMO
Team Lead I
Team Lead, Enterprise
Technical Account Manager II, Uber for Business
Technical Accounting Manager
Technical Data Analyst
Technical Investigator
Technical Investigator II
Technical Investigator Lead - APAC
Technical Investigator, US&C
Technical Lead - Offensive Security
Technical Lead Manager, Business Intelligence
Technical Lead, Global Security
Technical Lead, Global Security
Technical Lead, Global Security
Technical Process Analyst
Technical Program Manager
Technical Program Manager - Hardware Supply Chain and Logistics, Maps
Technical Program Manager for Safety

UBER-MDL3084-000000274

Technical Program Manager I
Technical Program Manager I
Technical Program Manager I - Localization Operations
Technical Program Manager II
Technical Program Manager II
Technical Program Manager II
Technical Program Manager II, Marketplace
Technical Program Manager, Hardware Supply Chain
Technical Program Manager, II
Technical Project Manager
Technical Recruiter
Technical Recruiter
Technical Security Project Lead - ATG
Technical Sourcer
Technical Specialist, LATAM
Technical Trainer
Technical Writer, II
Technology Strategy Lead
Territory Account Manager
Territory Lead
Territory Lead
Territory Lead, Chicago
Territory Lead, Eats
Territory Lead, GA & SC
Territory Lead, Italy - Uber Eats
Territory Lead, Manhattan
Territory Lead, North Florida & Gulf States
Territory Lead, South Florida
Territory Lead, Texas
Territory Lead, TN & NC
Territory Lead, Washington D.C.
Territory Manager
Territory Manager
Territory Operations & Logistics Manager, Uber Eats
Territory Operations & Logistics Manager, Uber Eats
Territory Operations Manager
Test Operations Specialist I
Test Operations Specialist I
Test Operations Specialist I
Test Operations Specialist II
Test Operations Specialist II
Test Operations Specialist II
Test Support Specialist
Test Support Specialist II
Test Support Specialist II
Threat Detection Engineer II
Threat Detection. Security Engineering Manager
Title Registration Specialist
Title Specialist
Title Specialist
Title Specialist
Title Specialist
Title Specialist
Title Specialist

UBER-MDL3084-000000275

Title Specialist
Tools & Metrics Program Manager
Top Cities General Manager, UberEats
Tracking and Logistics Manager
Tracking Operations Team Lead I
Tracking Specialist II
Tracking Support Agent I
Training Specialist
Transaction Management/Program Global Lead
Transport Supervisor
Transportation Specialist
Transportation Specialist
Transportation Specialist
Transportation Specialist
Treasury Manager
U4B Account Executive for Mid Market
U4B III
U4B Top Accounts Executive
Uber Direct Strategic Account Manager
Uber Eats Customer Success Executive
Uber Eats Customer Success Executive
Uber Eats Customer Success Executive
Uber Eats Data Analyst
Uber Eats Enterprise Partner Success Associate
Uber Eats Head of Customer Strategy and Operations
Uber Eats Head of Delivery Partner Operations, ANZ
Uber Eats Head of Eater Operations, ANZ
Uber Eats Head of Online Sales, ANZ
Uber Eats Head of Strategy & Planning
Uber Eats Marketing Manager, Australia & New Zealand
Uber Eats Mid-Market Account Executive
Uber Eats Onboarding Executive, ANZ
Uber Eats Operations Manager, Melbourne
Uber Eats Senior Operations Manager New Zealand
Uber Eats SMB Account Executive
Uber Eats SMB Account Executive
Uber Eats State Manager, NSW
Uber Expert
UberEATs - Sr Restaurant Operations Manager
UberEATS Senior Delivery Operations Manager, Perth
UberEATS SMB Sales Manager, ANZ
UKI Marketplace Lead
United Kingdom-EATS Restaurant Partnerships Representative
United States-Analyst-Risk and Threat Analysis
United States-EATS Account Coordinator
United States-EATS Account Coordinator
United States-EATS Account Coordinator
United States-EATS Account Coordinator
United States-EATS Restaurant Partnerships Representative
United States-EATS Restaurant Partnerships Representative
United States-EATS Restaurant Partnerships Representative
United States-EATS Restaurant Partnerships Representative
United States-EATS Restaurant Partnerships Representative
United States-EATS Restaurant Partnerships Representative

United States-EATS Restaurant Partnerships Representative
United States-EATS Restaurant Partnerships Representative
United States-EATS Restaurant Partnerships Representative
United States-EATS Restaurant Partnerships Representative
United States-EATS Restaurant Partnerships Representative
United States-EATS Restaurant Partnerships Representative
United States-EATS Restaurant Partnerships Representative
United States-EATS Restaurant Partnerships Representative
United States-EATS Restaurant Partnerships Representative
United States-EATS Restaurant Partnerships Representative
United States-EATS Restaurant Partnerships Representative
United States-EATS Restaurant Partnerships Representative
United States-EATS Restaurant Partnerships Representative
United States-EATS Restaurant Partnerships Representative
United States-EATS Restaurant Partnerships Representative
United States-EATS Restaurant Partnerships Representative
United States-EATS Restaurant Partnerships Representative
United States-EATS Restaurant Partnerships Representative
United States-EATS Restaurant Partnerships Representative
United States-EATS Restaurant Partnerships Representative
United States-EATS Restaurant Partnerships Representative
United States-Email Marketing Developer
United States-Employee Relations Partner
United States-Full Stack Engineer
United States-JUMP Lead Brand Ambassador
United States-JUMP Lead Field Technician (Bikes)
United States-LERT Triage
United States-LERT Triage
United States-LERT Triage
United States-LERT Triage
United States-Operations Coordinator
United States-Operator II
United States-People Operations Coordinator
United States-Program Manager
United States-Program Manager
United States-Project Manager I
United States-Security Specialist
United States-Security Specialist
United States-Security Support
US & Canada Delivery HR Business Partner
US & Canada Restaurant Customer Experience Program Manager
US (West), LatAm, APAC, Communications
US East Policy Lead
US Midwest Sr. Communications Associate
US South Manager, Vehicle Solutions
US&C Membership Brand Marketing Lead
User Acquisition Manager
User Experience Researcher
User Experience Researcher II
User Experience Researcher II, Foundations
UX Research Director
UX Research Manager I
UX Research Operations Specialist
UX Research Operations Specialist II

UX Research Operations Specialist II
UX Research Operations Specialist II
UX Researcher
UX Researcher II
UX Researcher II
UX Researcher II
UX Researcher II
UX Researcher II
UX Researcher II
UX Researcher II
UX Researcher II
UX Researcher II
UX Writer
Vehicle Logistics Manager
Vehicle Operations Specialist
Vendor / Consultant
Vendor Account Manager
Vendor Manager
Vice President Engineering
Vice President Engineering
Vice President Engineering
Vice President Engineering
Vice President Engineering, Core Infrastructure
Vice President Finance
Vice President of Product Design
Vice President of Strategic Operations
Vice President Software Engineering, ATG
Vice President, Applied Science
Vice President, Applied Science
Vice President, Applied Science
Vice President, Chief Deputy General Counsel
Vice President, Chief Deputy General Counsel and Deputy Corporate Secretary
Vice President, Corporate Development
Vice President, Corporate Development & Capital Markets
Vice President, Corporate Development and Capital Markets
Vice President, Deputy General Counsel
Vice President, Deputy General Counsel & Deputy Corporate Secretary
Vice President, Deputy General Counsel and Deputy Corporate Secretary
Vice President, Engineering
Vice President, Engineering
Vice President, Engineering
Vice President, Engineering
Vice President, Global Head of Recruiting
Vice President, Global Head of Talent Acquisition
Vice President, Global Marketing
Vice President, Growth
Vice President, Head of Product Design
Vice President, Human Resources
Vice President, Insurance
Vice President, Internal Audit
Vice President, Marketing
Vice President, Mobile Partnerships
Vice President, Payments, Risk, and Identity
Vice President, Platform Engineering

UBER-MDL3084-000000278

Vice President, Policy & Communications
Vice President, Product Management
Vice President, Product Management
Vice President, Product Management
Vice President, Regional General Counsel, EMEA
Vice President, Revenue
Vice President, RGM EMEA Mobility
Vice President, Strategic Finance
Vice President, Tax
Vice President, Tax & Accounting
VP - Global Head of Uber for Business and Business Development
VP & Chief Product Officer
VP & Head of New Mobility
VP Finance, Delivery
VP of Marketing
VP, Central Policy
VP, Chief Information Security Officer
VP, Communications
VP, Corporate Development
VP, Corporate Finance
VP, Delivery
VP, Finance
VP, Global Public Policy
VP, Global Rewards and People Infrastructure
VP, GM, Uber Advertising
VP, Grocery and New Verticals
VP, New Verticals
VP, Operations
VP, Operations
VP, Operations
VP, Operations
VP, Operations
VP, Platform & Customer Engagement
VP, RGM US&C Delivery
VP, Uber Everything
VP, Uber Freight
VP, Workplace
Warehouse Pick & Packer (badge only)
Web Analyst
Web Front End Engineer II for TOP (Trip Operations Platform) team
WFM Program Manager
Work Communications
Workforce Management Analyst
Workforce Management Forecast Process Specialist
Workforce Management Program Leader - US&C
Workforce Management Program Leader - US&C
Workforce Management Real Time Analyst
Workforce Management Scheduler
Workforce Management Specialist II / Real Time Analyst I
Workforce Management Specialist III
Workforce Management Specialist III
Workforce Management Specialist IV
Workforce Management Specialist IV
Workforce Management Specialist IV

Workforce Management Sr. Real Time Analyst
Workforce Management Team Manager - Center of Excellence
Workforce Manager Global Network
WPRE Facility Management
WPRE Facility Management
WPRE Facility Management
Xchange Business Support Manager
Xchange Buyer Specialist
Xchange Buyer Specialist
Xchange Buyer Specialist
Xchange Citation & Toll Specialist
Xchange Citation & Toll Specialist
Xchange Citation & Toll Specialist
Xchange City Operations Manager
Xchange City Operations Manager
Xchange City Operations Manager
Xchange City Operations Manager
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist

Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Customer Service and Collections Specialist
Xchange Financing Specialist
Xchange Financing Specialist Lead
Xchange Financing Specialist Lead
Xchange Financing Specialist Lead
Xchange Financing Specialist Lead
Xchange Financing Specialist Lead
Xchange Financing Specialist Lead
Xchange Financing Specialist Lead
Xchange Financing Specialist Lead
Xchange Financing Specialist Lead
Xchange Financing Specialist Lead
Xchange Financing Specialist Lead
xChange Leasing Employee
xChange Leasing Employee
xChange Leasing Employee
xChange Leasing Employee
xChange Leasing Employee
xChange Leasing Employee
Xchange Leasing Intern
Xchange Leasing Specialist
Xchange LM Manager
Xchange LM Manager
Xchange Operations Lead
Xchange Operations Lead
Xchange Operations Lead
Xchange Operations Lead
Xchange Operations Lead
Xchange Operations Lead
Xchange Operations Lead
Xchange Operations Lead
Xchange Operations Manager
Xchange Operations Manager
Xchange Operations Manager
Xchange Operations Manager
Xchange Operations Manager
Xchange Operations Manager
Xchange Operations Manager
Xchange Operations Manager
Xchange Operations Manager

Xchange Operations Manager
Xchange Operations Manager
Xchange Operations Manager
Xchange Operations Manager
Xchange Operations Manager- Inventory Management
Xchange Operations Manager- Title Servicing
Xchange Training & Workforce Specialist

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]

[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]

[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]

[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]

[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]

[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]

[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]

[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]

[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]

CONFIDENTIAL

UBER-MDL3084-000000290

[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]

[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]

[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]

[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]

[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]

[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]
[Business Title Blank]