1   RACHEL B. ABRAMS (Cal Bar No. 209316)
    ADAM B. WOLF (Cal Bar No. 215914)
2   **Peiffer Wolf Carr Kane Conway & Wise, LLP**
    555 Montgomery Street, Suite 820
3   San Francisco, CA 94111
    Telephone: 415.766.3544
4   Facsimile: 415.840.9435
    Email: rabrams@peifferwolf.com
5   Email: awolf@peifferwolf.com

6   TIFFANY R. ELLIS (*Admitted PHV*)
    **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7   2229 Trumbull St.
    Detroit, MI 48216
8   Telephone: 313.210.1559
    Facsimile: 415.840.9435
9   Email: tellis@peifferwolf.com

10  *Counsel for Plaintiff*

11

12                    **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
13                       **SAN FRANCISCO DIVISION**

14   IN RE: UBER TECHNOLOGIES, INC.,
     PASSENGER SEXUAL ASSAULT          )   No. 3:23-md-03084-CRB
15   LITIGATION                        )
                                       )   **NOTICE OF FILING OF NEW ACTION**
16                                     )
                                       )
17   _____       )
                                       )
18   *This document relates to:*        )
                                       )
19   *Angela Springs v. UBER*           )
     *TECHNOLOGIES, INC., et al., 3:24-cv-*   )
20   *00535-CRB*                         )
                                       )
21                                     )

22

23          Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

24   with Jury Demand in the above-referenced action was filed on January 29, 2024.

25   ///

26   ///

27   ///

28

1

Dated: January 30, 2024                    Respectfully submitted,

2

By: */s/ Rachel B. Abrams*

3

RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)

4

**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820

5

San Francisco, CA 94111
Telephone: 415.766.3544

6

Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com

7

awolf@peifferwolf.com

8

TIFFANY R. ELLIS (*Admitted PHV*)

9

**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.

10

Detroit, MI 48216
Telephone: 313.210.1559

11

Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

12

*Counsel for Plaintiff*

13

14

15

## CERTIFICATE OF SERVICE

16

I hereby certify that on January 30, 2024, I electronically transmitted the foregoing

17

**NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System

18

for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

19

20

*/s/ Rachel B. Abrams*
Rachel B. Abrams

21

22

23

24

25

26

27

28