[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
|---|---|
| This Document Relates to: ALL CASES | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Under Civil Local Rules 7-11 and 79-5(f), Plaintiffs move the Court to consider whether certain material should be sealed. The material is discussed in Plaintiff's Brief In Support of Proposed Defendant Fact Sheet.

**Material to Be Filed Under Seal**

Although the Parties do not yet have a protective order, they have agreed to maintain confidentiality of sensitive documents. Plaintiff's Brief In Support of Proposed Defendant Fact Sheet includes information regarding Uber's data systems, some or all of which may be confidential. Thus, Plaintiffs request the Court consider whether the following documents should be filed under seal:

| Document | Description | Designating Party |
|---|---|---|
| Plaintiffs' Brief in Support of Proposed Defendant Fact Sheet | References to Uber's data systems. | Uber |

1  Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish
2  that all of the designated material is sealable, and must "file a statement and/or declaration as
3  described in subsection (c)(1)" of the Local Rules.  None of the information at issue was
4  marked confidential by Plaintiffs.  Plaintiffs take no position at this time on whether the
5  designated material satisfies the requirements for sealing, and reserve the right to challenge
6  the sealability of these documents under Civil Local Rule 79-5.

7  This motion complies with Civil Local Rule 7-11 and 79-5, and the following
8  attachments accompany this motion:

9      1.   The Declaration of Sarah R. London in Support of this Motion; and
10     2.   A Proposed Order that lists in tabular format all material sought to be sealed.

12  Dated: January 31, 2024              Respectfully submitted,

13                                       By: */s/ Sarah R. London*_____
                                         Sarah R. London (SBN 267093)

15                                       **LIEFF CABRASER HEIMANN &
                                         BERNSTEIN, LLP**
16                                       275 Battery Street, 29th Floor
                                         San Francisco, CA 94111-3339
17                                       Telephone: (415) 956-1000
                                         Facsimile: (415) 956-1008
18                                       slondon@lchb.com

22                                       By: */s/ Rachel B. Abrams*_____
                                         Rachel B. Abrams (SBN 209316)

23                                       **PEIFFER WOLF CARR KANE
24                                       CONWAY & WISE, LLP**
                                         555 Montgomery Street, Suite 820
25                                       San Francisco, CA 94111
                                         Telephone: (415) 426-5641
26                                       Facsimile: (415) 840-9435
                                         rabrams@peifferwolf.com

28                                       By: */s/ Roopal P. Luhana*_____

- 2 -                               ADMIN MOT. TO SEAL
                                    CASE NO. 23-MD-03084-CRB

Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*