IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF SARAH R. LONDON IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

I, Sarah R. London, declare:

1. I am an attorney in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, appointed Co-Lead counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein

2. In an abundance of caution, Plaintiffs elected to maintain the potential confidentiality of the materials below, given references to Uber's data systems, by filing under seal:

| Document | Description | Designating Party |
|---|---|---|
| Plaintiffs' Brief in Support of Proposed Defendant Fact Sheet | References to Uber's data systems. | Uber |

1
2    I declare under penalty of perjury that the foregoing is true and correct.
3
     Executed this 31st day of January, 2024 in San Francisco, California.
4
5                                            */s/ Sarah R. London*
                                                 Sarah R. London
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28