IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
|---|---|

Having considered Plaintiffs' January 31, 2024 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, related to Plaintiffs' Brief in Support of Proposed Defendant Fact Sheet, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| **Document** | **Description** | **Designating Party** |
|---|---|---|
| Plaintiffs' Brief in Support of Proposed Defendant Fact Sheet | References to Uber's data systems. | Uber |

**IT IS SO ORDERED.**

Dated: _____

HON. CHARLES R. BREYER
United States District Court Judge

- 1 -   [PROPOSED] ORDER RE: ADMIN MOT. TO SEAL
CASE NO. 23:MD-03084-CRB