# EXHIBIT 4

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5    JANE DOE, an individual using   )
      a pseudonym,                    )
 6                                    )
             Plaintiff,                )
 7                                    )
        vs.                           ) CASE NO.
 8                                    ) 3:19-cv-03310-JSC
      UBER TECHNOLOGIES, INC.,        )
 9    et al.,                         )
                                      )
10           Defendants.              )
      _____ )
11
12
13
14              REMOTE PROCEEDINGS OF THE
15     VIDEOTAPED DEPOSITION OF UBER TECHNOLOGIES, INC.
16                BY: MATTHEW BAKER, PMQ
17                     VOLUME I
18                MONDAY, AUGUST 9, 2021
19
20
21    Stenographically Reported by:
      LISA RICHARDSON, RMR, CRR, RPR, CSR No. 5883
22
23    Job No. 4692763
24
25    PAGES 1 - 319
```

Page 1

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Did Uber reactivate him on probation? |
| 3 | A | Can you clarify the terminology? |
| 4 | Q | Well, was his status, for example, as |

5      reflected in Exhibit 4, any different than his         11:08:09

6      status as it had been before this report of a sexual

7      assault?

8              MS. HUSSEY:  Objection; vague.

9              THE WITNESS:  When we are referring to

10     "Status" here, I was looking at Exhibit 4 in the       11:08:22

11     second column, the Status was put back to Active.

12     So that active status is the same active status as

13     it was prior to the report.  There's no indication

14     within the Status of any type of probation or

15     anything of that nature.                               11:08:39

16     BY MS. PETERS:

17         Q   And on January 5 when he had been

18     deactivated for a short time, Mr. Sherman was unable

19     to log in to the driver app, right?

20         A   Yes.                                           11:08:52

21         Q   On January 6th when he was reactivated, he

22     could again log in to the driver app, right?

23         A   Yes.

24         Q   And on January 6th when he was reactivated,

25     Mr. Sherman could again accept rides that he was      11:09:04

```
 1     matched with through the Uber app, right?
 2         A    Yes.
 3              MS. HUSSEY:  Objection; vague.
 4     BY MS. PETERS:
 5     [REDACTED]
       [REDACTED]
       [REDACTED]
       [REDACTED]
 9         Q    But he could be matched with any other
10     riders, including women as well as men, right?          11:09:27
11         A    Yes.
12     [REDACTED]
       [REDACTED]
       [REDACTED]
       [REDACTED]                                              11:09:39
16         Q    And Uber did not put any warnings on
17     Mr. Sherman's account that would be received by
18     riders that he was picking up regarding the fact
19     that he had been accused of a sexual assault, true?
20              MS. HUSSEY:  Objection; vague, lacks           11:09:52
21     foundation.
22              THE WITNESS:  Could you ask the question
23     again?  I want to make sure I understand.
24     BY MS. PETERS:
25         Q    On January 6th when Mr. Sherman was allowed    11:10:01
```

Page 85

```
 1        STENOGRAPHIC COURT REPORTER'S CERTIFICATE
 2
 3            I, the undersigned, a Stenographic
 4     Certified Shorthand Reporter of the State of
 5     California, do hereby certify:
 6            That the foregoing proceedings were taken
 7     before me remotely; that any witnesses in the
 8     foregoing proceedings, prior to testifying, were
 9     duly sworn; that a verbatim record of the
10     proceedings was made by me using stenographic
11     machine shorthand, to the best of my ability, which
12     was thereafter transcribed under my direction; that
13     the foregoing transcript is an accurate
14     transcription thereof.
15            I further certify I am neither financially
16     interested in the action nor a relative or employee
17     of any attorney or any of the parties.
18            IN WITNESS WHEREOF, I have this date
19     subscribed my name.
20
21            Dated: August 19, 2021
22
23
24            _____
25            LISA RICHARDSON, RPR, CRR, RMR
              CSR No. 5883
```

Page 319