# EXHIBIT 5

Back to previous view

[SAFE-862911] 04-Mar-2018 - San Diego / 21 / United States / West / US West / US & Canada - L3 - Non-Consensual Touching - Non-Sexual Body Part  Created: 04/Mar/18  Updated: 12/Apr/19  Resolved: 08/Mar/18

| Status: | Done |
|---|---|
| Project: | Safety Case Management |
| Component/s: | San Diego / 21 / United States / West / US West / US & Canada |
| Security Level: | BPO-Hidden |

Matthew Baker   01/05/2022
**EXHIBIT 48**
Kyung Lee-Green

| Type: | Global Incident / Accident | | |
|---|---|---|---|
| Reporter: | Faith Frias [X] (Inactive) | Assignee: | Kayla Williams [X] (Inactive) |
| Resolution: | Done | Votes: | 0 |
| Labels: | None | | |
| Remaining Estimate: | Not Specified | | |
| Time Spent: | Not Specified | | |
| Original Estimate: | Not Specified | | |

| Attachments: | [redacted] |
|---|---|
| Date of Incident: | 04/Mar/18 |
| Incident - Type: | Sexual Assault - Non-Consensual Touching - Non-Sexual Body Part |
| Source of Incident: | In-App Support (Bliss) |
| Ticket Attributes: | Invalid and Excluded |
| Executive summary: | Description of Allegation:<br><br>- The rider reported she took a trip with the wrong driver that was not<br><br>Status of Comms:<br><br>- Rider: completed<br>- Driver: none<br><br>Any Action Taken:<br><br>- followed up with the rider<br>  -Re funded the rider's canceled trip<br>  -No notation on the driver's account as he was not at fault<br>  -Driver is active<br><br>Next Steps:<br><br>As per USL provide the rider with LERT<br><br>Resolution<br><br>The case is unfounded as the rider got in a vehicle with a non Uber Driver<br><br>No LE outreach no media coverage and no injuries reported. |
| Rider Name: | [redacted] |
| Rider Ticket: | https://bliss.uberinternal.com/contacts/8c4c860d-2bce-4d88-9def-dd4216f3e2bc |
| Rider Tools Link: | https://toolshed.uberinternal.com/t2/clients/cc284f2b-e5b1-4af9-9532-a62c02426e11 |
| Driver Name: | [redacted] |
| Driver Tools Link: | https://toolshed.uberinternal.com/tools/drivers/dade708b-8e88-487a-8907-9a62315de527 |
| Trip Link: | https://toolshed.uberinternal.com/t2/trips/c3c22769-e83d-4356-9149-2567bf5d9b8f |
| Rider's Side: | 3/4/2018, 4:33:44 PM Attempted Outreach Via LiveOps<br><br>SIU communication (Updating)<br><br>==The rider mentioned that she was waiting to take her Uber and a GMC pulled up and she did not verify who the driver was==<br>The rider mentioned that she was sitting in the front seat and that the driver was asking her where she was going and she was very confused as the driver had her location and was not sure why he would ask that question<br>The rider mentioned the driver began touching her inappropriately and tried to touch her private but instead touched her stoma<br>==The rider mentioned that after a few minuted the driver called her to let her know he was waiting for her and that is when she cancelled and realized that she was not in an Uber== |
| Background Data: | The driver has zero incidents reported. Please re view the driver's tools page and the safety Lens<br><br>Driver Tools:https://toolshed.uberinternal.com/tools/partners/dade708b-8e88-487a-8907-9a62315de527/summary<br><br>N/A |

|  | Safety Lens: https://safety-lens.uberinternal.com/history/driver/dade708b-8e88-487a-8907-9a62315de527 |
|---|---|
|  | N/A |
| **SAFE Claims Reviewed:** | YES |
| **Reporting Party:** | Rider (Account Holder) |
| **Incident Reported Against:** | Other Third Party |
| **Action On Reported Account:** | No Action |

### Comments

Comment by Kayla Williams [X] (Inactive) [ 07/Mar/18 ]

Mickey Terreault [X] for awareness

Comment by +safety_data_healing [ 12/Apr/19 ]

**PLEASE READ BEFORE EDITING THIS TICKET** The fields Incident Type, Incident Type Detail, Reporter, Incident Reported Against, and Invalid Ticket have been reviewed and potentially corrected as part of the global safety data audit. **Please do NOT make any changes to these fields** before contacting the Global Safety Ticket Auditing Admin Group (GSTA-admin-group@uber.com). See here for more details. Results of the audit by data field below:

Incident Type: From "Sexual Assault" to "Sexual Assault"

Incident Type Detail: From "Non-Consensual Touching - Sexual Body Part" to "Non-Consensual Touching - Non-Sexual Body Part"

Incident Reported Against: From "Driver" to "Other Third Party"

Reporter: From "Client" to "Rider (Account Holder)"

Invalid Ticket: From "YES" to "YES"