# EXHIBIT 6

ID: 326289d8-60ea-440b-856c-d68e0461399c
Title:
User Type: client



January 05, 2018 at 19:13:52 UTC
via inappsupport (external)

When my passenger became one, I was asked for a phone number and refused. Then it was taken to a direction different from the destination and asked to ▆▆▆▆▆▆▆ even if he refused. When continuing to refuse, I parked in the dead end, parked in the dead end, attacked to cover up from the driver 's seat, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆, so I felt fear and got off to escape.

Nitish Rawat
January 05, 2018 at 21:00:15 UTC
via agent (internal)

Thank you for reaching out, ▆

What you described here is concerning and we want to make sure that it's handled appropriately. A member of our team will be in touch with you shortly to discuss this matter further. We appreciate your patience. If you have anything further to share in the meantime, please reply back and let us know.

Marchie Valdos
January 05, 2018 at 21:03:15 UTC
via agent (external)

Rider > IRT: Incidents > Sexual Misconduct > Explicit Inappropriate Comments

Marchie Valdos
January 05, 2018 at 21:03:15 UTC
via agent (internal)

routing to urgent

Rhanzel Claude Tuano
January 05, 2018 at 21:20:06 UTC
via agent (internal)

Hi ▆

Najah here with the Uber Team. Thanks for reaching out and reporting this situation to us.

I just tried reaching you at he number associated with your Uber account and left a message.

We wanted to immediately let you know that we've received your message, and a senior member of our team will check in with you as soon as possible.

Should any additional questions or issues arise, please don't hesitate to reach out again.

**EXHIBIT 5**

Najah Fakhruddin<br>
January 05, 2018 at 21:34:06 UTC<br>
via agent (external)

- Pairing blocked
- Rider refunded

Triage: Left Voicemail https://uber.hostedcc.com/html/play.cgi?session_id=346626816
JIRA

DO: https://bliss.uberinternal.com/contacts/1db15841-4944-461c-aaa7-aee926704171

Trip:
https://toolshed.uberinternal.com/t2/trips/407085c5-153f-47b8-af6e-5615b7374411

Najah Fakhruddin<br>
January 05, 2018 at 21:34:06 UTC<br>
via agent (internal)

Hello ▮

Briana again from Uber's Investigations Team. Thank you for speaking with me and sharing those additional details about your report over the phone. We're sorry to hear about the experience you described with this Driver. We appreciate your courageous act of coming forward and for your professionalism regarding this heightened matter. Due to the nature of your report, we have initiated an internal investigation.

Please know that we are dedicated to improving safety for both drivers and riders. Any incident that threatens the safety or well being of either party is one we take very seriously.

While our Privacy Policy limits me from sharing the actions taken on another account, I can tell you that users have been deactivated for reports of much less.

Furthermore, please know that we have a Law Enforcement Response Team that works with local authorities. In the event that law enforcement should need to obtain any private information, they may complete the data request process through the Uber Law Enforcement Portal HERE. Requests for information received from authorized law enforcement authorities will be responded to according to Uber policies, terms, and applicable laws. The Portal is a central place for law enforcement to communicate securely with our LERT Specialists when submitting preservation requests or legal process, getting status updates on responses to legal process, receiving responsive information, and asking questions.

Please know that reports of this nature are taken seriously, and we will cooperate with law enforcement's investigation through the necessary channels.

Please let us know if there is anything we can do. We are here and happy to help.

Briana Lambert<br>
January 05, 2018 at 23:57:01 UTC<br>
via agent (external)

The driver asked for her phone number, she said no, he continued to ask, then he went a different route.

Rider states that the partner continued to ask "why won't you ▮, you don't like me?"
Rider states after that, he pulled over at a dead-end, took his seat belt and leaned over to try to ▮, but she unlocked the door and ran away.
Rider states that after she ran away and the driver went the other way.
Rider states that he ▮, she told him to stop.

Briana Lambert

January 05, 2018 at 23:57:01 UTC
via agent (internal)

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC

Uber_DOE_0000703