# EXHIBIT 7

ID: 1db15841-4944-461c-aaa7-aee926704171
Title: A message from Uber
User Type: driver

Hi Brandon,

We are investigating a report from a rider on one of your recent trips. Your account has been placed on hold while we look into this report.

Please note that this investigation can only be completed by a member of our Incident Response Team and cannot be handled at a Greenlight Hub location.

Thank you for your patience while we look into this matter. You should expect to hear from a member of our team soon.

Najah Fakhruddin
January 05, 2018 at 21:33:33 UTC
via agent (external)

---

Pending comms

Account wait-listed

JIRA

Rider ticket: https://bliss.uberinternal.com/contacts/326289d8-60ea-440b-856c-d68e0461399c

Trip:
https://toolshed.uberinternal.com/t2/trips/407085c5-153f-47b8-af6e-5615b7374411

Najah Fakhruddin
January 05, 2018 at 21:33:30 UTC
via agent (internal)

---

Hi Brandon,

Thank you for speaking with me on the phone.

As we discussed, we are investigating a claim from a rider on one of your previous trips. We have temporarily restricted access to your account while we look into this.

We appreciate your patience and cooperation while we work on resolving this issue.

Briana Lambert
January 06, 2018 at 22:13:02 UTC
via agent (external)

---

Updating JIRA

Briana Lambert
January 06, 2018 at 22:13:02 UTC
via agent (internal)

---

Hi Brandon,

Briana again here with the Uber Support Team. I hope this message reaches you at a good time. I'm

**Exhibit 0006**

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC    Uber_DOE_0000691

reaching out to you because, as you know, we received a concerning report from one of your riders on a recent Uber trip. Your rider claims that some of your actions may have come off as flirtatious, or as advances towards them.

Uber works to maintain a safe and comfortable experience for all Riders and Partners using the app. Partners who are inappropriate or unprofessional may lose access to the Uber platform. At this time due to the nature of the feedback, I've noted your account accordingly, and this will serve as a first and final warning. Further feedback of this nature could result in the permanent deactivation of your account.

Please refrain from discussing topics of appearance, race, sex, sexual orientation, politics, religion, relationships, and anything in the vicinity of. If you would like to just have a conversation, please discuss sports, weather or something that cannot be misconstrued or offensive.

We appreciate and value you as a Uber partner, and we want to make sure this privilege is always available to you as long as the Community Guidelines are respected and followed. I can confirm that your account is now active and you will be able to accept trip requests effective of this email, Brandon.

Briana Lambert<br>
January 06, 2018 at 22:32:02 UTC<br>
via agent (external)

NFA

final warning issued

Briana Lambert<br>
January 06, 2018 at 22:32:02 UTC<br>
via agent (internal)

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC

Uber_DOE_0000692