```
 1  RANDALL S. LUSKEY (SBN: 240915)
         rluskey@paulweiss.com
 2  PAUL, WEISS, RIFKIND, WHARTON
         & GARRISON LLP
 3  535 Mission Street, 24th Floor
    San Francisco, CA 94105
 4  Telephone: (628) 432-5100
    Facsimile:  (628) 232-3101
 5
    ROBERT ATKINS (Pro Hac Vice admitted)
 6       ratkins@paulweiss.com
    CAITLIN E. GRUSAUSKAS (Pro Hac Vice admitted)
 7       cgrusauskas@paulweiss.com
    ANDREA M. KELLER (Pro Hac Vice admitted)
 8       akeller@paulweiss.com
    PAUL, WEISS, RIFKIND, WHARTON
 9       & GARRISON LLP
    1285 Avenue of the Americas
10  New York, NY 10019
    Telephone: (212) 373-3000
11  Facsimile:  (212) 757-3990

12  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.,
13  RASIER, LLC, and RASIER-CA, LLC

14  [Additional Counsel Listed on Following Page]
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF JESSICA E. PHILLIPS IN SUPPORT OF DFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S PROPOSED PRETRIAL ORDER REGARDING PLAINTIFF FACT SHEET**<br><br>Judge:    Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

-ii-

1  KYLE N. SMITH (*Pro Hac Vice* admitted)
       ksmith@paulweiss.com
2  JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
       jphillips@paulweiss.com
3  **PAUL, WEISS, RIFKIND, WHARTON**
       **& GARRISON LLP**
4  2001 K Street, NW
   Washington DC, 2006
5  Telephone: (202) 223-7300
   Facsimile:  (202) 223-7420
6
   *Attorneys for Defendants*
7  UBER TECHNOLOGIES, INC.,
   RASIER, LLC, and RASIER-CA, LLC

## DECLARATION OF JESSICA E. PHILLIPS

I, Jessica E. Phillips, declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, (collectively, "Uber").  I respectfully submit this declaration in support of Uber's Proposed Pretrial Order Regarding Plaintiff Fact Sheet.  I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so.

2. Attached hereto as Exhibit A is a true and correct copy of the plaintiff fact sheet that Uber proposes the parties use in this litigation.

3. Attached hereto as Exhibit B is a true and correct copy of Case Management Order No. 8: Fact Sheet Implementation Order entered in *In re Juul Labs Inc., Marketing Sales Practices & Products Liability Litigation*, Case No. 19-md-02913-WHO, ECF 406.

4. Attached hereto as Exhibit C is a true and correct copy of the proposed plaintiff fact sheet that Plaintiffs sent Uber, through counsel, on January 9, 2024.

5. Attached hereto as Exhibit D is a true and correct copy of the proposed plaintiff fact sheet that Uber sent Plaintiffs, through counsel, on January 18, 2024.

6. Attached hereto as Exhibit E is a true and correct copy of the plaintiff fact sheet currently being used in *In re Uber Rideshare Cases*, Case No. CJC-21-005188 (S.F. Super. Ct.) ("JCCP").

7. Attached hereto as Exhibit F is a true and correct copy of the proposed plaintiff fact sheet that Plaintiffs sent Uber, through counsel, on January 26, 2024.

8. Attached hereto as Exhibit G is a true and correct copy of the proposed plaintiff fact sheet that Plaintiffs sent Uber, through counsel, on January 22, 2024.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on January 31, 2024, in Washington DC.

    /s/ *Jessica E. Phillips*
    Jessica E. Phillips