1  RANDALL S. LUSKEY (SBN: 240915)
      rluskey@paulweiss.com
2  **PAUL, WEISS, RIFKIND, WHARTON**
      **& GARRISON LLP**
3  535 Mission Street, 24th Floor
   San Francisco, CA 94105
4  Telephone: (628) 432-5100
   Facsimile:  (628) 232-3101
5
   ROBERT ATKINS (*Pro Hac Vice* admitted)
6     ratkins@paulweiss.com
   CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
7     cgrusauskas@paulweiss.com
   ANDREA M. KELLER (*Pro Hac Vice* admitted)
8     akeller@paulweiss.com
   **PAUL, WEISS, RIFKIND, WHARTON**
9     **& GARRISON LLP**
   1285 Avenue of the Americas
10 New York, NY 10019
   Telephone: (212) 373-3000
11 Facsimile:  (212) 757-3990

12 *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.,
13 RASIER, LLC, and RASIER-CA, LLC

14 *[Additional Counsel Listed on Following Page]*

15
                          **UNITED STATES DISTRICT COURT**
16
                          **NORTHERN DISTRICT OF CALIFORNIA**
17
                                **SAN FRANCISCO DIVISION**
18

19

20 | IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
   |---|---|
   | This Document Relates To: ALL ACTIONS | **DECLARATION OF JESSICA E. PHILLIPS IN SUPPORT OF DFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S PROPOSED PRETRIAL ORDER REGARDING DEFENSE FACT SHEET**<br><br>Judge:   Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

---

J. PHILLIPS DECLARATION IN SUPPORT OF DEFENDANTS'
PROPOSED PRETRIAL ORDER RE DEFENSE FACT SHEET          CASE NO. 3:23-MD-03084-CRB

-ii-

1   KYLE N. SMITH (*Pro Hac Vice* admitted)
        ksmith@paulweiss.com
2   JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
        jphillips@paulweiss.com
3   **PAUL, WEISS, RIFKIND, WHARTON
        & GARRISON LLP**
4   2001 K Street, NW
    Washington DC, 2006
5   Telephone: (202) 223-7300
    Facsimile:  (202) 223-7420

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# DECLARATION OF JESSICA E. PHILLIPS

I, Jessica E. Phillips, declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, (collectively, "Uber"). I respectfully submit this declaration in support of Uber's Proposed Pretrial Order Regarding Defense Fact Sheet. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so.

2. Attached hereto as Exhibit A is a true and correct copy of the defense fact sheet that Uber proposes the parties use in this litigation.

3. Attached hereto as Exhibit B is a true and correct copy of the proposed defense fact sheet that Plaintiffs sent Uber, through counsel, on January 26, 2024.

4. Attached hereto as Exhibit C is a true and correct copy of the defense fact sheet currently being used in *In re Uber Rideshare Cases*, Case No. CJC-21-005188 (S.F. Super. Ct.) ("JCCP").

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 31, 2024, in Washington DC.

                                               /s/ *Jessica E. Phillips*
                                                        Jessica E. Phillips

-1-

J. PHILLIPS DECLARATION IN SUPPORT OF DEFENDANTS'
PROPOSED PRETRIAL ORDER RE DEFENSE FACT SHEET      CASE NO. 3:23-MD-03084-CRB