RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
  ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
  cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
  akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SUBMIT A JOINT OR COMPETING ESI PROTOCOL**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | KYLE N. SMITH (*Pro Hac Vice* admitted)<br>  ksmith@paulweiss.com<br>JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)<br>  jphillips@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON**<br>  **& GARRISON LLP**<br>2001 K Street, NW<br>Washington DC, 2006<br>Telephone: (202) 223-7300<br>Facsimile:  (202) 223-7420<br><br>*Attorney for Defendants*<br>UBER TECHNOLOGIES, INC.,<br>RASIER, LLC, and RASIER-CA, LLC | SARAH R. LONDON (SBN 267083)<br>**LIEFF CABRASER HEIMANN &**<br>**BERNSTEIN**<br>275 Battery Street, Fl. 29<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Email: slondon@lchb.com<br><br>RACHEL B. ABRAMS (SBN 209315)<br>**PEIFFER WOLF CARR KANE**<br>**CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: (415) 426-5641<br>Email: rabrams@peifferwolf.com<br><br>ROOPAL P. LUHANA *(Pro Hac Vice)*<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Fl. 12<br>New York, NY 10016<br>Telephone: (888) 480-1123<br>Email: luhana@chaffinluhana.com<br><br>*Co-Lead Counsel for Plaintiffs* |

**STIPULATION**

**WHEREAS,** on December 28, 2023, the Court issued an order regarding discovery and initial motions. Pretrial Order No. 5, Dkt. No. 175;

**WHEREAS,** the Court ordered Plaintiffs' Co-Lead Counsel and the PSC to meet and confer with Uber regarding, among other things, the ESI protocols that will be followed in this case. Pretrial Order No. 5, Dkt. No. 175 at 6. The Court further ordered the parties to submit a joint or competing ESI Protocol by February 4, 2024. *Id.*; and

**WHEREAS,** the Plaintiffs have provided a draft ESI Protocol to Defendants, Defendants have provided revisions to Plaintiffs' draft ESI protocol, and the parties have met and conferred to discuss the issues in dispute, and agree that extending the deadline to submit a joint or competing ESI Protocol to February 12, 2024, will facilitate the efficient resolution of those disputes and conserve judicial resources;

**THEREFORE,** the parties respectfully request the Court enter the parties' stipulation that:

By February 12, 2024, the parties shall submit a joint or competing ESI Protocol. If the parties submit competing ESI Protocols, each shall submit its own proposed order regarding production of ESI with a memorandum (not to exceed 15 pages) explaining why the Court should adopt that party's proposal.

**IT IS SO STIPULATED.**

Dated: February 2, 2024

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Randall S. Luskey*
    ROBERT ATKINS
    RANDALL S. LUSKEY
    KYLE N. SMITH
    JESSICA E. PHILLIPS
    CAITLIN E. GRUSAUSKAS
    ANDREA M. KELLER

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

| | | |
|---|---|---|
| 1 | Dated: February 2, 2024 | By: */s/ Sarah R. London* |
| 2 | | Sarah R. London (SBN 267083) |
| | | **LIEFF CABRASER HEIMANN** |
| 3 | | **& BERNSTEIN** |
| | | 275 Battery Street, Fl. 29 |
| 4 | | San Francisco, CA 94111 |
| | | Telephone: (415) 956-1000 |
| 5 | | slondon@lchb.com |

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209315)
**PEIFFER WOLF CARR KANE**
**CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated:  February 2, 2024            By:    */s/ Randall S. Luskey*
                                                                    Randall S. Luskey

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME TO SUBMIT A JOINT OR COMPETING ESI PROTOCOL** |

The Court hereby GRANTS the parties' stipulation as follows:

By February 12, 2024, the parties shall submit a joint or competing ESI Protocol. If the parties submit competing ESI Protocols, each shall submit its own proposed order regarding production of ESI with a memorandum (not to exceed 15 pages) explaining why the Court should adopt that party's proposal.

**IT IS SO ORDERED.**

Date: _____, 2024

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE