UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME TO SUBMIT A JOINT OR COMPETING ESI PROTOCOL** |

The Court hereby GRANTS the parties' stipulation as follows:

By February 12, 2024, the parties shall submit a joint or competing ESI Protocol. If the parties submit competing ESI Protocols, each shall submit its own proposed order regarding production of ESI with a memorandum (not to exceed 15 pages) explaining why the Court should adopt that party's proposal.

**IT IS SO ORDERED.**

Date: February 5, 2024

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE