1   RANDALL S. LUSKEY (SBN: 240915)
        rluskey@paulweiss.com
2   **PAUL, WEISS, RIFKIND, WHARTON**
        **& GARRISON LLP**
3   535 Mission Street, 24th Floor
    San Francisco, CA 94105
4   Telephone: (628) 432-5100
    Facsimile:  (628) 232-3101
5
    ROBERT ATKINS (*Pro Hac Vice* admitted)
6       ratkins@paulweiss.com
    CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
7       cgrusauskas@paulweiss.com
    ANDREA M. KELLER (*Pro Hac Vice* admitted)
8       akeller@paulweiss.com
    **PAUL, WEISS, RIFKIND, WHARTON**
9       **& GARRISON LLP**
    1285 Avenue of the Americas
10  New York, NY 10019
    Telephone: (212) 373-3000
11  Facsimile:  (212) 757-3990

12  *Attorneys for Defendants*
    UBER TECHNOLOGIES, INC.,
13  RASIER, LLC, and RASIER-CA, LLC

14  *[Additional Counsel Listed on Following Page]*

15

16                      **UNITED STATES DISTRICT COURT**

17                     **NORTHERN DISTRICT OF CALIFORNIA**

18                            **SAN FRANCISCO DIVISION**

19

| | |
|---|---|
| 20  IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| 22  This Document Relates to:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENDED BRIEFING SCHEDULE AND ENLARGEMENT OF PAGE LIMITS FOR TERMS OF USE MOTION**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

26

27

28

| | |
|---|---|
| 1  KYLE N. SMITH (*Pro Hac Vice* admitted)<br>      ksmith@paulweiss.com<br>2  JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)<br>      jphillips@paulweiss.com<br>3  **PAUL, WEISS, RIFKIND, WHARTON**<br>      **& GARRISON LLP**<br>4  2001 K Street, NW<br>   Washington DC, 2006<br>5  Telephone: (202) 223-7300<br>   Facsimile:  (202) 223-7420<br><br>7  *Attorney for Defendants*<br>   UBER TECHNOLOGIES, INC.,<br>   RASIER, LLC, and RASIER-CA, LLC | SARAH R. LONDON (SBN 267083)<br>**LIEFF CABRASER HEIMANN &**<br>**BERNSTEIN**<br>275 Battery Street, Fl. 29<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Email: slondon@lchb.com<br><br>RACHEL B. ABRAMS (SBN 209315)<br>**PEIFFER WOLF CARR KANE**<br>**CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: (415) 426-5641<br>Email: rabrams@peifferwolf.com<br><br>ROOPAL P. LUHANA *(Pro Hac Vice)*<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Fl. 12<br>New York, NY 10016<br>Telephone: (888) 480-1123<br>Email: luhana@chaffinluhana.com<br><br>*Co-Lead Counsel for Plaintiffs* |

## STIPULATION

**WHEREAS,** on December 28, 2023, the Court issued an order regarding discovery and initial motions. Pretrial Order No. 5, Dkt. No. 175;

**WHEREAS,** the Court ordered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively "Uber") to "file any pretrial motion raising arguments about its Terms of Use Agreement(s) and their effect on Plaintiffs' ability to bring their claims in a coordinated or consolidated proceeding (the "Terms of Use Motion")" by February 9, 2024. Id. at 5. The Court further ordered Plaintiffs to file their oppositions to any such motion by February 23, 2024, and Defendants to file any replies in support of such motion by March 1, 2024. Id.

**WHEREAS,** Uber asserts that the legal and factual analysis required for Uber's Terms of Use Motion cannot adequately be set forth within the 15-page limit provided by the Court's General Standing Order for Civil and Criminal Cases, and thus Uber requests leave to exceed such page limit, such that it would be granted an additional 15 pages for its Terms of Use Motion, for a total page limit of 30 pages;

**WHEREAS,** the parties agreed that Plaintiffs may receive a reciprocal extension of the page limit for their opposition, extending the limit for the opposition to a total of 30 pages;

**WHEREAS,** the parties have met and conferred about the issues in dispute and agree that an extended briefing schedule will facilitate the efficient resolution of those disputes and thereby conserve judicial resources;

**WHEREAS,** in view of the above, the parties agree to an extended briefing schedule and an additional 15 pages for Uber's Terms of Use Motion, with an opening brief (not to exceed 30 pages) due on February 9, 2024, an opposition brief (not to exceed 30 pages) due on March 8, 2024, and a reply brief due on March 22, 2024;

**THEREFORE,** the parties respectfully request the Court enter the parties' stipulation that:

1. Uber shall be granted an additional 15 pages for its Terms of Use Motion, for a total of 30 pages. Defendants' Motion shall remain due February 9, 2024;
2. Plaintiffs' Opposition to Defendants' Motion shall be due March 8, 2024, and Plaintiffs shall be granted an additional 15 pages for their Opposition to the Terms of

Use Motion, for a total of 30 pages;

3. Defendants' Reply shall be due March 22, 2024; and

4. A hearing on the Motion will be set for a date and time deemed suitable by the Court.

**IT IS SO STIPULATED.**

Dated: February 6, 2024

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Randall S. Luskey*
    ROBERT ATKINS
    RANDALL S. LUSKEY
    KYLE N. SMITH
    JESSICA E. PHILLIPS
    CAITLIN E. GRUSAUSKAS
    ANDREA M. KELLER

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Dated: February 6, 2024

By: */s/ Sarah R. London*
    Sarah R. London (SBN 267083)
    **LIEFF CABRASER HEIMANN & BERNSTEIN**
    275 Battery Street, Fl. 29
    San Francisco, CA 94111
    Telephone: (415) 956-1000
    slondon@lchb.com

By: */s/ Rachel B. Abrams*
    Rachel B. Abrams (SBN 209315)
    **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
    555 Montgomery Street, Suite 820
    San Francisco, CA 94111
    Telephone: (415) 426-5641
    rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: February 6, 2024             By:   */s/ Randall S. Luskey*
                                          Randall S. Luskey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENDED BRIEFING SCHEDULE AND ENLARGEMENT OF PAGE LIMITS FOR TERMS OF USE MOTION** |
|---|---|

The Court hereby GRANTS the parties' stipulation as follows:

1. Uber shall be granted an additional 15 pages for its Terms of Use Motion, for a total of 30 pages. Defendants' Motion shall remain due February 9, 2024;

2. Plaintiffs' Opposition to Defendants' Motion shall be due March 8, 2024, and Plaintiffs shall be granted an additional 15 pages for their Opposition to the Terms of Use Motion, for a total of 30 pages;

3. Defendants' Reply shall be due March 22, 2024; and

4. A hearing on the Motion will be set for a date and time deemed suitable by the Court.

**IT IS SO ORDERED.**

Date: _____, 2024    _____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE