RANDALL S. LUSKEY (SBN: 240915)
　　rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
　　**& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
　　ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
　　cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
　　akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
　　**& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF RANDALL S. LUSKEY IN SUPPORT OF STIPULATION REGARDING EXTENDED BRIEFING SCHEDULE AND ENLARGEMENT OF PAGE LIMITS FOR TERMS OF USE MOTION**<br><br>Judge:　　Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

- 2 -

1  KYLE N. SMITH (*Pro Hac Vice* admitted)
   ksmith@paulweiss.com
2  JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
   jphillips@paulweiss.com
3  **PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
4  2001 K Street, NW
   Washington DC, 2006
5  Telephone: (202) 223-7300
   Facsimile:  (202) 223-7420
6
   *Attorney for Defendants*
7  UBER TECHNOLOGIES, INC.,
   RASIER, LLC, and RASIER-CA, LLC
8

## DECLARATION OF RANDALL S. LUSKEY

I, Randall S. Luskey, declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, (collectively, "Uber"). I respectfully submit this declaration in support of Uber's Stipulation and [Proposed] Order Regarding Extended Briefing Schedule and Enlargement of Page Limits for Terms of Use Motion. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so.

2. The Court ordered Uber to "file any pretrial motion raising arguments about its Terms of Use Agreement(s) and their effect on Plaintiffs' ability to bring their claims in a coordinated or consolidated proceeding (the "Terms of Use Motion")" by February 9, 2024. Pretrial Order No. 5, Dkt. No. 175 at 5.

3. The parties have met and conferred regarding the issues in dispute and agree that an extended briefing schedule will facilitate the efficient resolution of those disputes and thereby conserve judicial resources.

4. If the Court grants the parties' Stipulation Regarding Extended Briefing Schedule and Enlargement of Page Limits for Terms of Use Motion, Plaintiffs' Opposition to Defendants' Motion will be due on March 8, 2024 and Uber's Reply will be due on March 22, 2024. It is anticipated that this request will not otherwise impact the schedule of this action.

5. To the best of my knowledge, the previous time modifications in this case, whether by stipulation or Court order are:

    a. On December 14, 2023, the Court granted the stipulation to extend the deadline for filing the joint submission required by Pretrial Order No 4. to December 21, 2023 (ECF 158);

    b. On December 14, 2023, the Court granted the stipulation to extend the deadline for filing the joint proposed conference agenda to January 15, 2024 (ECF 158);

    c.    On December 18, 2023, the Court granted the stipulation to extend Defendants' deadline to respond to Plaintiffs' motion to enforce Pretrial Order No. 2 and to compel Defendants to produce litigation hold and preservation information to December 22, 2023 (ECF 163);

    d.    On January 11, 2024, the Court granted the stipulation to extend the deadline for filing joint or competing fact sheets and supporting statements to January 24, 2024 (ECF 198);

    e.    On January 17, 2024, the Court granted the stipulation to extend Defendants' deadline to respond to Plaintiffs' administrative motion to consider whether another party's material should be sealed to January 23, 2024 (ECF 209);

    f.    On January 24, 2024, the Court granted the stipulation regarding the extension of time in which to submit proposed privilege orders to January 26, 2014 (ECF 223);

    g.    On January 24, 2024, the Court granted the stipulation regarding the extension of time for filing proposed joint or competing fact sheets and supporting statements to January 31, 2024 (ECF 223); and

    h.    On February 5, 2024, the Court granted the stipulation extending time to submit a joint or competing ESI protocol to February 12, 2024 (ECF 247).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 6, 2024, in San Francisco, California.

                              /s/ *Randall S. Luskey*
                                Randall S. Luskey