|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 |   |
| 10 |   |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-3084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO MODIFY PRETRIAL ORDER NO. 5**<br><br>Judge:      Honorable Lisa J. Cisneros<br>Date:        February 22, 2024<br>Time:       3:00 PM via Zoom<br>Courtroom: G – 15th Floor |

## [PROPOSED] ORDER

The Court, having considered Defendants' Motion to Modify Pretrial Order No. 5 (the "Motion"), all other papers and evidence submitted in support and opposition, the pertinent pleadings and papers on file in this action, and the arguments of counsel, and all other matters presented to the Court, the Court hereby rules as follows:

1. Defendants' Motion is GRANTED.

2. Pretrial Order No. 5, ¶ 6.C, is modified to the extent that Uber shall not be required to produce plaintiff- and case-specific documents it produced in other sexual assault cases.

3. Pretrial Order No. 5 is further modified to limit the requirement for production of documents "pertaining to alleged individual incidents" pursuant to ¶ 6.B of the Order, unless the documents address the individual incidents alleged by Plaintiffs in this MDL.

**IT IS SO ORDERED.**

Date: _____, 2024

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE