RANDALL S. LUSKEY (SBN: 240915)
    rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
    **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
    ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
    cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
    akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
    **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

[Additional Counsel Listed on Following Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENDED BRIEFING SCHEDULE AND ENLARGEMENT OF PAGE LIMITS FOR TERMS OF USE MOTION**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

1  KYLE N. SMITH (*Pro Hac Vice* admitted)
       ksmith@paulweiss.com
2  JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
       jphillips@paulweiss.com
3  **PAUL, WEISS, RIFKIND, WHARTON
       & GARRISON LLP**
4  2001 K Street, NW
   Washington DC, 2006
5  Telephone: (202) 223-7300
   Facsimile:  (202) 223-7420
6
7  *Attorney for Defendants*
   UBER TECHNOLOGIES, INC.,
   RASIER, LLC, and RASIER-CA, LLC

SARAH R. LONDON (SBN 267083)
**LIEFF CABRASER HEIMANN &
BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
Email: slondon@lchb.com


RACHEL B. ABRAMS (SBN 209315)
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com


ROOPAL P. LUHANA *(Pro Hac Vice)*
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**STIPULATION**

**WHEREAS,** on December 28, 2023, the Court issued an order regarding discovery and initial motions. Pretrial Order No. 5, Dkt. No. 175;

**WHEREAS,** the Court ordered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively "Uber") to "file any pretrial motion raising arguments about its Terms of Use Agreement(s) and their effect on Plaintiffs' ability to bring their claims in a coordinated or consolidated proceeding (the "Terms of Use Motion")" by February 9, 2024. Id. at 5. The Court further ordered Plaintiffs to file their oppositions to any such motion by February 23, 2024, and Defendants to file any replies in support of such motion by March 1, 2024. Id.

**WHEREAS,** Uber asserts that the legal and factual analysis required for Uber's Terms of Use Motion cannot adequately be set forth within the 15-page limit provided by the Court's General Standing Order for Civil and Criminal Cases, and thus Uber requests leave to exceed such page limit, such that it would be granted an additional 15 pages for its Terms of Use Motion, for a total page limit of 30 pages;

**WHEREAS,** the parties agreed that Plaintiffs may receive a reciprocal extension of the page limit for their opposition, extending the limit for the opposition to a total of 30 pages;

**WHEREAS,** the parties have met and conferred about the issues in dispute and agree that an extended briefing schedule will facilitate the efficient resolution of those disputes and thereby conserve judicial resources;

**WHEREAS,** in view of the above, the parties agree to an extended briefing schedule and an additional 15 pages for Uber's Terms of Use Motion, with an opening brief (not to exceed 30 pages) due on February 9, 2024, an opposition brief (not to exceed 30 pages) due on March 8, 2024, and a reply brief due on March 22, 2024;

**THEREFORE,** the parties respectfully request the Court enter the parties' stipulation that:

1. Uber shall be granted an additional 15 pages for its Terms of Use Motion, for a total of 30 pages. Defendants' Motion shall remain due February 9, 2024;
2. Plaintiffs' Opposition to Defendants' Motion shall be due March 8, 2024, and Plaintiffs shall be granted an additional 15 pages for their Opposition to the Terms of

1  Use Motion, for a total of 30 pages;

2  3. Defendants' Reply shall be due March 22, 2024; and

3  4. A hearing on the Motion will be set for a date and time deemed suitable by the Court.

**IT IS SO STIPULATED.**

Dated: February 6, 2024

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Randall S. Luskey*
    ROBERT ATKINS
    RANDALL S. LUSKEY
    KYLE N. SMITH
    JESSICA E. PHILLIPS
    CAITLIN E. GRUSAUSKAS
    ANDREA M. KELLER

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Dated: February 6, 2024

By: */s/ Sarah R. London*
    Sarah R. London (SBN 267083)
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com

By: */s/ Rachel B. Abrams*
    Rachel B. Abrams (SBN 209315)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated:  February 6, 2024                              By:     */s/ Randall S. Luskey*
                                                                      Randall S. Luskey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR EXTENDED BRIEFING SCHEDULE AND ENLARGEMENT OF PAGE LIMITS FOR TERMS OF USE MOTION |

The Court hereby GRANTS the parties' stipulation as follows:

1. Uber shall be granted an additional 15 pages for its Terms of Use Motion, for a total of 30 pages. Defendants' Motion shall remain due February 9, 2024;

2. Plaintiffs' Opposition to Defendants' Motion shall be due March 8, 2024, and Plaintiffs shall be granted an additional 15 pages for their Opposition to the Terms of Use Motion, for a total of 30 pages;

3. Defendants' Reply shall be due March 22, 2024; and

4. A hearing on the Motion will be set for a date and time deemed suitable by the Court.

**IT IS SO ORDERED.**

Date: ___February 7___, 2024          _____
                                       HON. CHARLES R. BREYER
                                       UNITED STATES DISTRICT JUDGE

RANDALL S. LUSKEY (SBN: 240915)
    rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
    **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
    ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
    cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
    akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
    **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF RANDALL S. LUSKEY IN SUPPORT OF STIPULATION REGARDING EXTENDED BRIEFING SCHEDULE AND ENLARGEMENT OF PAGE LIMITS FOR TERMS OF USE MOTION**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

KYLE N. SMITH (*Pro Hac Vice* admitted)
 ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
 jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP**
2001 K Street, NW
Washington DC, 2006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

## DECLARATION OF RANDALL S. LUSKEY

I, Randall S. Luskey, declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, (collectively, "Uber"). I respectfully submit this declaration in support of Uber's Stipulation and [Proposed] Order Regarding Extended Briefing Schedule and Enlargement of Page Limits for Terms of Use Motion. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so.

2. The Court ordered Uber to "file any pretrial motion raising arguments about its Terms of Use Agreement(s) and their effect on Plaintiffs' ability to bring their claims in a coordinated or consolidated proceeding (the "Terms of Use Motion")" by February 9, 2024. Pretrial Order No. 5, Dkt. No. 175 at 5.

3. The parties have met and conferred regarding the issues in dispute and agree that an extended briefing schedule will facilitate the efficient resolution of those disputes and thereby conserve judicial resources.

4. If the Court grants the parties' Stipulation Regarding Extended Briefing Schedule and Enlargement of Page Limits for Terms of Use Motion, Plaintiffs' Opposition to Defendants' Motion will be due on March 8, 2024 and Uber's Reply will be due on March 22, 2024. It is anticipated that this request will not otherwise impact the schedule of this action.

5. To the best of my knowledge, the previous time modifications in this case, whether by stipulation or Court order are:

   a. On December 14, 2023, the Court granted the stipulation to extend the deadline for filing the joint submission required by Pretrial Order No 4. to December 21, 2023 (ECF 158);

   b. On December 14, 2023, the Court granted the stipulation to extend the deadline for filing the joint proposed conference agenda to January 15, 2024 (ECF 158);

|   |   |   |
|---|---|---|
| 1 | c. | On December 18, 2023, the Court granted the stipulation to extend Defendants' deadline to respond to Plaintiffs' motion to enforce Pretrial Order No. 2 and to compel Defendants to produce litigation hold and preservation information to December 22, 2023 (ECF 163); |
| 2 | d. | On January 11, 2024, the Court granted the stipulation to extend the deadline for filing joint or competing fact sheets and supporting statements to January 24, 2024 (ECF 198); |
| 3 | e. | On January 17, 2024, the Court granted the stipulation to extend Defendants' deadline to respond to Plaintiffs' administrative motion to consider whether another party's material should be sealed to January 23, 2024 (ECF 209); |
| 4 | f. | On January 24, 2024, the Court granted the stipulation regarding the extension of time in which to submit proposed privilege orders to January 26, 2014 (ECF 223); |
| 5 | g. | On January 24, 2024, the Court granted the stipulation regarding the extension of time for filing proposed joint or competing fact sheets and supporting statements to January 31, 2024 (ECF 223); and |
| 6 | h. | On February 5, 2024, the Court granted the stipulation extending time to submit a joint or competing ESI protocol to February 12, 2024 (ECF 247). |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 6, 2024, in San Francisco, California.

 /s/ *Randall S. Luskey*
Randall S. Luskey

- 4 -
DECLARATION OF RANDALL S. LUSKEY IN SUPPORT
OF STIPULATION REGARDING TERMS OF USE MOTION           Case No. 3:23-md-03084-CRB