1  RANDALL S. LUSKEY (SBN: 240915)
       rluskey@paulweiss.com
2  **PAUL, WEISS, RIFKIND, WHARTON**
       **& GARRISON LLP**
3  535 Mission Street, 24th Floor
   San Francisco, CA 94105
4  Telephone: (628) 432-5100
   Facsimile:  (628) 232-3101

5
   ROBERT ATKINS (*Pro Hac Vice* admitted)
6     ratkins@paulweiss.com
   CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
7     cgrusauskas@paulweiss.com
   ANDREA M. KELLER (*Pro Hac Vice* admitted)
8     akeller@paulweiss.com
   **PAUL, WEISS, RIFKIND, WHARTON**
9      **& GARRISON LLP**
   1285 Avenue of the Americas
10 New York, NY 10019
   Telephone: (212) 373-3000
11 Facsimile:  (212) 757-3990

12 *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.,
13 RASIER, LLC, and RASIER-CA, LLC

14 *[Additional Counsel Listed on Following Page]*

15                **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17                  **SAN FRANCISCO DIVISION**

18

19

20 | IN RE: UBER TECHNOLOGIES, INC.,   | Case No. 3:23-md-03084-CRB
   | PASSENGER SEXUAL ASSAULT
21 | LITIGATION                        | **DECLARATION OF JESSICA E. PHILLIPS IN**
                                       | **SUPPORT OF DFENDANTS' STATEMENT IN**
22 |                                   | **SUPPORT OF PLAINTIFFS' ADMINISTRATIVE**
                                       | **MOTION TO CONSIDER WHETHER**
23 | This Document Relates To:         | **ANOTHER PARTY'S MATERIAL SHOULD BE**
                                       | **SEALED**
24 | ALL ACTIONS

25 |                                   | Judge:    Hon. Charles R. Breyer
                                       | Courtroom:  6 – 17th Floor
26

27

28

KYLE N. SMITH (*Pro Hac Vice* admitted)
    ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
    jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
    **& GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

-ii-

## <u>DECLARATION OF JESSICA E. PHILLIPS</u>

I, Jessica E. Phillips, declare pursuant to 28 U.S.C. § 1746:

1.      I am an attorney at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, (collectively, "Uber").  I respectfully submit this declaration in support of Uber's Statement In Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.  I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so.

2.      On January 31, 2024, Plaintiffs filed Plaintiffs' Brief in Support of Proposed Defendant Fact Sheet.  ECF 234-3.

3.      Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Plaintiffs' Brief in Support of Proposed Defendant Fact Sheet that Uber requests the Court file publicly to the docket. Uber has redacted the material at 3:16–4:7 as this material should remain under seal.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 7, 2024, in Washington DC.


　　　　　　 /s/ *Jessica E. Phillips*
　　　　　　　　　Jessica E. Phillips