1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |
|---|---|

**[PROPOSED] ORDER**

Plaintiffs have filed an Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal ("Plaintiffs' Motion"), ECF 234, pursuant to Civil Local Rule 79-5. Plaintiffs' Motion identified Plaintiffs' Brief in Support of Proposed Defendant Fact Sheet, ECF 234-3, as potentially containing confidential information regarding Defendants.

On February 7, 2024, Defendants filed a statement and declarations in support of sealing a certain portion of the material identified in Plaintiffs' Motion.

Good cause having been shown, the Court hereby **GRANTS** Defendants' request that a certain portion of the material identified in Plaintiffs' Motion shall remain sealed and **ORDERS** that the following material shall be sealed:

| DOCUMENT | PORTION TO BE SEALED | DESCRIPTION |
|---|---|---|
| Plaintiffs' Brief in Support of Proposed Defendant Fact Sheet | 3:16–4:7 | Discussion of an internal data management tool Uber uses in connection with its business. |

**IT IS SO ORDERED.**

Date: _____, 2024

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE