[Submitting Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALL PLAINTIFFS' COUNSEL REGARDING RIDE RECEIPT PRODUCTION** |

**WHEREAS**, on December 28, 2023, the Court ordered Plaintiffs to produce a bona fide ride receipt from the Uber trip connected to the alleged incident, or the following information: "(1) [an explanation of] why the receipt is unavailable; (2) the name, phone number, and email address of the accountholder who ordered the ride; (3) the date of the ride, with as much precision as is reasonably possible; (4) the starting location and ending location of the ride, with as much precision as is reasonably possible; (5) any other basic information that may assist Defendants in identifying the ride; and (6) if items (2) through (5) cannot be provided with precision or cannot be provided at all, an explanation as to why the information is not readily ascertainable," by February 15, 2024 or, for cases filed after February 1, 2024, within 14 days of the case being filed in, removed to, or transferred to the MDL.  Pretrial Order No. 5, Dkt. No. 175 at 2-3.

**WHEREAS,** the parties agreed that Plaintiffs shall upload the ride receipts or, in the alternative, the other information requested by the Court in Pretrial Order No. 5 to the MDL

1  Centrality Portal administered by Brown Greer PLC.  *See* 1/19/24 Hearing Tr. at 26.

2  **WHEREAS,** the MDL Centrality Portal is now ready for use and all current Plaintiffs'
3  counsel received information about the Portal via email from the Plaintiffs' Steering Committee
4  on February 2, 2024.

5  **WHEREAS,** the parties agree it would further the interests of the MDL proceedings to
6  enter on the docket a notice to all present and future Plaintiffs' counsel regarding the MDL
7  Centrality Portal system.

8  **THEREFORE**, the parties respectfully request the Court enter the parties' stipulation to
9  provide the following information to all present and future Plaintiffs' counsel:

- Pursuant to Pretrial Order No. 5, Dkt. No. 175 at 2-3, every Plaintiff must upload a bona fide ride receipt, or the following information: "(1) [an explanation of] why the receipt is unavailable; (2) the name, phone number, and email address of the accountholder who ordered the ride; (3) the date of the ride, with as much precision as is reasonably possible; (4) the starting location and ending location of the ride, with as much precision as is reasonably possible; (5) any other basic information that may assist Defendants in identifying the ride; and (6) if items (2) through (5) cannot be provided with precision or cannot be provided at all, an explanation as to why the information is not readily ascertainable," which information shall be transmitted via an "Uber Ride Information Form," within 14 days of the case being filed in, removed to, or transferred to the MDL. If the case was filed in, removed to, or transferred to the MDL on or before February 1, 2024, the ride receipt or the other information requested by the Court in Pretrial Order No. 5 must be produced by February 15, 2024.

- Plaintiffs must use the MDL Centrality Portal, administered by Brown Greer PLC, to upload the ride receipt or to fill out the Uber Ride Information Form if no ride receipt is available.  Plaintiffs must then produce the receipt or Uber Ride Information Form to Uber through the MDL Centrality Portal.

- Plaintiffs' counsel who have already appeared in the MDL should have received an email on January 31, 2024 with an invitation to join the MDL Centrality Portal.  All counsel

who need to upload ride receipts or submit Uber Ride Information Forms can request access to the portal by emailing MDL Centrality at Uber@browngreer.com.  There is no charge for accounts, and each person using the Portal should have their own account.

- Technical questions about the MDL Centrality Portal can be directed to Uber@browngreer.com.  Other questions about ride receipt or Uber Ride Information Form production can be directed to Plaintiffs' Steering Committee members Sara Peters (speters@walkuplawoffice.com) and Meredith Stratigopoulos (mdrukker@wattsguerra.com).

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: February 8, 2024 | Respectfully submitted, |

By: */s/ Sarah R. London*
    Sarah R. London (SBN 267083)

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
slondon@lchb.com

By: */s/ Rachel B. Abrams*
    Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
    Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 8, 2024 | By: */s/ Robert Atkins* |
| | | Robert Atkins |
| 3 | | |
| 4 | | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 5 | | By: /s/ Robert Atkins<br>ROBERT ATKINS |
| | | RANDALL S. LUSKEY |
| 6 | | KYLE N. SMITH |
| | | JESSICA E. PHILLIPS |
| 7 | | CAITLIN E. GRUSAUSKAS |
| | | ANDREA M. KELLER |
| 8 | | 535 Mission Street, 24th Floor |
| | | San Francisco, CA 94105 |
| 9 | | Telephone: (628) 432-5100 |
| | | Facsimile: (628) 232-3101 |
| 10 | | |
| 11 | | *Attorneys for Defendants*<br>UBER TECHNOLOGIES, INC., |
| | | RASIER, LLC, and RASIER-CA, |
| 12 | | LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER TO ALL PLAINITFFS' COUNSEL REGARDING RIDE RECEIPT PRODUCTION** |

The Court hereby GRANTS the parties' stipulation as follows:

1. Pursuant to Pretrial Order No. 5, Dkt. No. 175 at 2-3, every Plaintiff must upload a bona fide ride receipt, or the following information: "(1) [an explanation of] why the receipt is unavailable; (2) the name, phone number, and email address of the accountholder who ordered the ride; (3) the date of the ride, with as much precision as is reasonably possible; (4) the starting location and ending location of the ride, with as much precision as is reasonably possible; (5) any other basic information that may assist Defendants in identifying the ride; and (6) if items (2) through (5) cannot be provided with precision or cannot be provided at all, an explanation as to why the information is not readily ascertainable," which information shall be transmitted via an "Uber Ride Information Form," within 14 days of the case being filed in, removed to, or transferred to the MDL. If the case was filed in, removed to, or transferred to the MDL on or before February 1, 2024, the ride receipt or the other information requested by the Court in Pretrial Order No. 5 must be produced by February 15, 2024.

2. Plaintiffs shall use the MDL Centrality Portal, administered by Brown Greer PLC, to

upload the ride receipt or to fill out the Uber Ride Information Form if no ride receipt is available. Plaintiffs shall then produce the receipt or Uber Ride Information Form to Uber through the MDL Centrality Portal.

3. Plaintiffs' counsel who have already appeared in the MDL should have received an email on January 31, 2024 with an invitation to join the MDL Centrality Portal.  All counsel who need to upload ride receipts or submit Uber Ride Information Forms can request access to the portal by emailing MDL Centrality at Uber@browngreer.com.  There is no charge for accounts, and each person using the Portal should have their own account.

5. Technical questions about the MDL Centrality Portal can be directed to Uber@browngreer.com.  Other questions about ride receipt or Uber Ride Information Form production can be directed to Plaintiffs' Steering Committee members Sara Peters (speters@walkuplawoffice.com) and Meredith Stratigopoulos (mdrukker@wattsguerra.com).

**IT IS SO ORDERED.**

Date: _____, 2024

HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE