1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION REGARDING UBER'S TERMS OF USE BAR ON PARTICIPATION IN COORDINATED OR CONSOLIDATED PROCEEDINGS**<br><br>Judge:    Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

- 2 -

## [PROPOSED] ORDER

Having considered Defendants' Motion Regarding Uber's Terms of Use Bar on Participation in Coordinated or Consolidated Proceedings (the "Motion"), all other papers and evidence submitted in support and opposition, the pertinent pleadings and papers on file in this action, and the arguments of counsel, and all other matters presented to the Court, it is hereby **ORDERED** that the Motion is **GRANTED**.

Date: _____, 2024

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE