UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 3:23-md-03084-CRB<br><br>[~~PROPOSED~~] **ORDER TO ALL PLAINITFFS' COUNSEL REGARDING RIDE RECEIPT PRODUCTION** |

The Court hereby GRANTS the parties' stipulation as follows:

1. Pursuant to Pretrial Order No. 5, Dkt. No. 175 at 2-3, every Plaintiff must upload a bona fide ride receipt, or the following information: "(1) [an explanation of] why the receipt is unavailable; (2) the name, phone number, and email address of the accountholder who ordered the ride; (3) the date of the ride, with as much precision as is reasonably possible; (4) the starting location and ending location of the ride, with as much precision as is reasonably possible; (5) any other basic information that may assist Defendants in identifying the ride; and (6) if items (2) through (5) cannot be provided with precision or cannot be provided at all, an explanation as to why the information is not readily ascertainable," which information shall be transmitted via an "Uber Ride Information Form," within 14 days of the case being filed in, removed to, or transferred to the MDL.  If the case was filed in, removed to, or transferred to the MDL on or before February 1, 2024, the ride receipt or the other information requested by the Court in Pretrial Order No. 5 must be produced by February 15, 2024.

2. Plaintiffs shall use the MDL Centrality Portal, administered by Brown Greer PLC, to

upload the ride receipt or to fill out the Uber Ride Information Form if no ride receipt is available. Plaintiffs shall then produce the receipt or Uber Ride Information Form to Uber through the MDL Centrality Portal.

3. Plaintiffs' counsel who have already appeared in the MDL should have received an email on January 31, 2024 with an invitation to join the MDL Centrality Portal.  All counsel who need to upload ride receipts or submit Uber Ride Information Forms can request access to the portal by emailing MDL Centrality at Uber@browngreer.com.  There is no charge for accounts, and each person using the Portal should have their own account.

5. Technical questions about the MDL Centrality Portal can be directed to Uber@browngreer.com.  Other questions about ride receipt or Uber Ride Information Form production can be directed to Plaintiffs' Steering Committee members Sara Peters (speters@walkuplawoffice.com) and Meredith Stratigopoulos (mdrukker@wattsguerra.com).

**IT IS SO ORDERED.**

Date: February 12, 2024



HON. _____
UNITED STATES JUDGE