UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>All Cases | No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE PTO NO. 5 RELATED TO GOVERNMENT INVESTIGATION DOCUMENTS**<br><br>Judge: Honorable Lisa J. Cisneros<br>Date: February 22, 2024 or at the Court's earliest convenience<br>Time: 3:00 pm<br>Via Zoom Videoconference |

Before the Court is Plaintiffs' Motion to Enforce PTO No. 5 regarding Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively "Uber") failure to produce documents and privilege logs previously produced to legislative, regulatory, or enforcement entities in connection with government investigations or inquiries of Uber within the United States with respect to sexual assault, including attempted assaults. Having considered the motion, the Court rules as follows:

For the reasons stated therein, it is hereby ORDERED that Plaintiffs' Motion is GRANTED. Within seven (7) days of this Order, Defendants must (1) produce here all documents, data, and materials produced to the CPUC relating to its inquiry into sexual assault; (2) disclose to Plaintiffs all government investigations or inquiries of Uber within the United

States with respect to sexual assault, including attempted assaults; (3) confirm whether or not Uber produced any documents in those proceedings; (4) produce all documents produced in those proceedings; (5) certify under oath that Uber has fully complied with Paragraph 6(B) of PTO No. 5; and (6) comply with any other relief this Court deems appropriate under the circumstances.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2024

_____
HON. LISA J. CISNEROS
United States Magistrate Judge