1
2
3
4
5
6      UNITED STATES DISTRICT COURT
7      NORTHERN DISTRICT OF CALIFORNIA
8      SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIS, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME FOR UBER'S RESPONSE TO MOTION TO ENFORCE PTO NO. 5 RELATED TO GOVERNMENT INVESTIGATION DOCUMENTS** |
|---|---|

Having considered Plaintiffs' Administrative Motion to Shorten Time for Defendant Uber's Response to Plaintiffs' Motion to Enforce PTO No. 5 Related to Government Investigation Documents, the Court hereby **GRANTS** Plaintiffs' Motion and **ORDERS** that Uber respond by February 19, 2024. Plaintiffs waive their right to file a reply brief. The matter will be heard at the discovery conference set for February 22, 2024.

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE LISA J. CISNEROS
United States Magistrate Judge