# EXHIBIT C

*(Excerpted Due to Length)*

```
                                                                    1
 1              THE SUPERIOR COURT OF CALIFORNIA
 2                   COUNTY OF SAN FRANCISCO
 3         BEFORE THE HONORABLE ETHAN P. SCHULMAN, JUDGE
 4                        DEPARTMENT 304
 5                          ---oOo---
 6    COORDINATION PROCEEDINGS
 7
 8    In Re: Uber Rideshare Cases    Case No. CJC-21-005188
      _____/
 9
10
11
12
13             REPORTER'S TRANSCRIPT OF PROCEEDINGS
14                   Thursday, December 7, 2023
15
16
17
18
19
20
21    Reported by:
22    Natalie Y. Botelho
23    CSR No. 9897
24
25    Job No. 6295542
```

```
                                                              2
 1    APPEARANCES:
 2
 3    For Jane Doe LSA & LS Plaintiffs:
 4         LEVIN SIMES ABRAMS LLP
           BY:  WILLIAM A. LEVIN, ESQ.
 5         BY:  DAVID B. GRIMES, ESQ.
           BY:  BELA VEKSLER (via Zoom)
 6         1700 Montgomery Street, Suite 250
           San Francisco, CA  94111
 7         (415)426-3000
           wlevin@levinsimes.com
 8         dgrimes@levinsimes.com
 9    For Jane Doe WHBE Plaintiffs:
10         WILLIAMS HART BOUNDAS
           BY:  BRIAN ABRAMSON, ESQ.
11         BY:  JOHN EDDIE WILLIAMS, ESQ.
           BY:  WALT CUBBERLY, ESQ.
12         8441 Gulf Freeway, Suite 600
           Houston, TX  77017
13         (713)230-2200
           babramson@whlaw.com
14         jwilliams@whlaw.com
           wcubberly@whlaw.com
15
      For Plaintiff Jane Doe EB:
16
           ESTEY & BOMBERGER
17         BY:  STEPHEN ESTEY, ESQ. (via Zoom)
           2869 Indiana Street
18         San Diego, CA  92103-6011
           (619)295-0035
19         steve@estey-bomberger.com
20    For Plaintiffs:
21         PEIFFER WOLF CARR CANE CONWAY & WISE, LLP
           BY:  ANGELA J. NEHMENS, ESQ.
22         4 Embarcadero Center, Suite 1400
           San Francisco, CA  94111
23         (415)636-8482
           anehmens@peifferwolf.com
24
25
```

```
 1   APPEARANCES (continued):
 2
 3   For Defendants Uber Technologies, Inc. and Rasier, LLC:
 4           PAUL WEISS RIFKIND WHARTON & GARRISON LLP
             BY:  KYLE SMITH, ESQ.
 5           BY:  CAITLIN E. GRUSAUSKAS, ESQ.
             1285 Avenue of the Americas
 6           New York, NY  10019
             (212)373-3573
 7           ksmith@paulweiss.com
             cgrusauskas@paulweiss.com
 8
             PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
 9           BY:  RANDY LUSKEY, ESQ.
             535 Mission Street, 24th Floor
10           San Francisco, CA  94105
             (628)432-5112
11           rluskey@paulweiss.com
12
13   Also Present:  Multiple unidentified counsel
14
15
16
17
18
19
20
21
22
23
24
25
```

129

1  perhaps there's coding bias in the initial review.
2  That's our problem to eat, not theirs.
3           At the end of the day, our concern is getting
4  the protocol nailed down, not turning it into a big
5  expert fight.  Just use Relativity's built-in Elusion
6  with Recall software and produce all of the data.
7           I think that's the second part that
8  Ms. Grusauskas kind of glided over a little bit, is we
9  want a more robust set of data reported at the end of a
10 validation test, which Relativity's test automatically
11 outputs.  It puts out a whole set of data, whereas
12 they're offering us, I think, four or five really
13 discrete items of data that really enables, I think,
14 cherrypicking, misleading statistics.
15          We just want the full transparency, and the
16 best way to get full transparency is use the software
17 off the shelf and just tell us all the data that comes
18 out of it and not turn it into a convoluted expert fight
19 and et cetera.  We're trying to avoid that for you, for
20 ourselves, for Uber.  Just keep it simple.  Use the
21 off-the-shelf product, listen to what it says.
22          THE COURT:  All right.  Look, it's the end of
23 the day.  I've been doing my best to follow along with
24 all this stuff.  Needless to say, you folks understand
25 it far better than I.  I'm just going to give you this

1  feedback, which is I am not inclined to try and
2  micromanage how Uber reviews and produces documents,
3  particularly where they're relying on expert who
4  apparently you acknowledge is an expert in the field.
5          MR. GRIMES:  Well, I do, but she also makes
6  some statements in her declaration in support of them
7  that are contradicted by statements she made in other
8  litigations, so...
9          THE COURT:  It's at a level of detail that I'm
10 unlikely to be persuaded to intervene on.  I will
11 encourage you, as I do on every topic, to continue to
12 meet and confer.  I mean, maybe there is a way -- if
13 what you're asking for are certain reports that are
14 available as defaults within this tool, maybe there's a
15 way that Uber can provide those or a sampling of those
16 along the way to give you some assurance that the way
17 they're doing this is coming out roughly the same way
18 that the way you would have them do it is.
19         But I just -- as I say, I don't think
20 perfection is the standard here.  I think it's
21 reasonableness.  And I don't see -- I mean, I'll look at
22 the cases if you force me to, but I don't see that I'm
23 going to have a basis for saying that Uber can't do this
24 the way they want to do it based on expert advice that
25 they've got.  It's just not within my portfolio.

141

1
2
3
4           I, the undersigned, a Certified Shorthand
5   Reporter of the State of California, do hereby certify;
6           That the foregoing proceedings were taken
7   before me at the time and place herein set forth, and
8   that a verbatim record of the proceedings was made by me
9   using machine shorthand which was thereafter transcribed
10  under my direction; further, that the foregoing is an
11  accurate transcription thereof.
12          I further certify that I am neither
13  financially interested in the action nor a relative or
14  employee of any attorney or any of the parties.
15          IN WITNESS WHEREOF, I have this date
16  subscribed my name.
17
18  Dated:  December 11, 2023
19
20
21  _____
        NATALIE Y. BOTELHO
22      CSR No. 9897
23
24
25