# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 |
| **This Document Relates to:** | Case No. 3:23-md-03084-CRB |
| *J.B. v. Uber Technologies, Inc. et al.* (Case No. 3:23-cv-05876) | **NOTICE OF COMPLIANCE** |
| *J.B. v. Uber Technologies, Inc. et al.* (Case No. 3:23-cv-04306) | |
| *E.C. v. Uber Technologies, Inc. et al.* (Case No. 3:23-cv-04299) | |
| *S.E. v. Uber Technologies, Inc. et al.* (Case No. 3:23-cv-05869) | |
| *K.F. v. Uber Technologies, Inc. et al.* (Case No. 3:23-cv-05867) | |
| *Maria Gacovino. v. Uber Technologies, Inc. et al.* (Case No. 3:24-cv-00501) | |
| *A.I. v. Uber Technologies, Inc. et al.* (Case No. 3:23-cv-04740) | |
| *E.M. v. Uber Technologies, Inc. et al.* (Case No. 3:23-cv-04313) | |
| *R.M. v. Uber Technologies, Inc. et al.* (Case No. 3:23-cv-04302) | |
| *Amber Moye. v. Uber Technologies, Inc. et al.* (Case No. 3:24-cv-00695) | |
| *A.P. v. Uber Technologies, Inc. et al.* (Case No. 3:23-cv-04308) | |
| *S.R. v. Uber Technologies, Inc. et al.* (Case No. 3:23-cv-06534) | |
| *M.R. v. Uber Technologies, Inc. et al.* (Case No. 3:23-cv-04316) | |

*M.S. v. Uber Technologies, Inc. et al.*
(Case No. 3:23-cv-05874)

*J.S. v. Uber Technologies, Inc. et al.*
(Case No. 3:23-cv-05871)

*C.T. v. Uber Technologies, Inc. et al.*
(Case No. 3:23-cv-04310)

*R.T. v. Uber Technologies, Inc. et al.*
(Case No. 3:23-cv-04301)

*N.W. v. Uber Technologies, Inc. et al.*
(Case No. 3:23-cv-05864)

## NOTICE OF COMPLIANCE WITH PRE-TRIAL ORDER NO. 5

**PLEASE TAKE NOTICE** that Plaintiffs identified above have served a receipt or disclosures relating to a receipt on Defendants through Uber MDL Centrality in compliance with Section 4 of Pretrial Order No. 5.

Dated: February 13, 2024                                  Respectfully submitted,

*/s/ Lauren Welling, Esq.*
Lauren Welling, Esq.
**SLATER SLATER SCHULMAN LLP**
8383 Wilshire Boulevard, Suite No. 255
Beverly Hills, California 90211
Tel: (310) 341-2086
Email: lwelling@sssfirm.com

*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 13, 2024, I electronically filed the foregoing Notice of Compliance with the Clerk of Court using the CM/ECF system in Civil Action No. 3:23-md-03084-CRB in the Northern District of California, which shall send notification of such filing to all counsel of record.

                                                  */s/ Lauren Welling*
                                                  Lauren Welling