| | |
|---|---|
| 1 | RANDALL S. LUSKEY (SBN: 240915) |
| | rluskey@paulweiss.com |
| 2 | **PAUL, WEISS, RIFKIND, WHARTON** |
| |     **& GARRISON LLP** |
| 3 | 535 Mission Street, 24th Floor |
| | San Francisco, CA 94105 |
| 4 | Telephone: (628) 432-5100 |
| | Facsimile:  (628) 232-3101 |
| 5 | |
| | ROBERT ATKINS (*Pro Hac Vice* admitted) |
| 6 |   ratkins@paulweiss.com |
| | CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted) |
| 7 |   cgrusauskas@paulweiss.com |
| | ANDREA M. KELLER (*Pro Hac Vice* admitted) |
| 8 |   akeller@paulweiss.com |
| | **PAUL, WEISS, RIFKIND, WHARTON** |
| 9 |     **& GARRISON LLP** |
| | 1285 Avenue of the Americas |
| 10 | New York, NY 10019 |
| | Telephone: (212) 373-3000 |
| 11 | Facsimile:  (212) 757-3990 |
| 12 | *Attorneys for Defendants* |
| | UBER TECHNOLOGIES, INC., |
| 13 | RASIER, LLC, and RASIER-CA, LLC |
| 14 | *[Additional Counsel Listed on Following Page]* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-MD-3084-CRB |
| | **DECLARATION OF KYLE SMITH IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S BRIEF IN OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME** |
| This Document Relates to: | |
| ALL ACTIONS | |
| | Judge:        Hon. Lisa J. Cisneros |
| | Courtroom:  G – 15th Floor |

-ii-

KYLE N. SMITH (*Pro Hac Vice* admitted)
    ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
    jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# DECLARATION OF KYLE SMITH

I, Kyle Smith, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Arlington, Virginia. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Uber's") Opposition to Plaintiff's Motion to Shorten Time for Defendant Uber's Response to Plaintiffs' Motion to Enforce PTO No. 5 Related to Government Investigation Documents.

2. On January 31, 2024, Uber produced documents responsive to Paragraph 6B of the Court's Pretrial Order No. 5 ("PTO 5") that it had identified for production as of that time, including documents produced in response to five government inquiries covered by Paragraph 6B of PTO 5.

3. Uber has continued to search for documents responsive to Paragraph 6B since its January 31, 2024 production.

4. The parties held a meet and confer on February 7, 2024, in which Plaintiffs raised certain concerns about Uber's production, and Uber indicated that its search efforts to identify documents responsive to Paragraph 6B were ongoing. Following that meet and confer, Uber provided written correspondence to Plaintiffs dated February 8, 2024 addressing Plaintiffs' concerns. A copy of that letter is attached hereto as **Exhibit A**.

5. The February 8, 2024 letter indicated that Uber had identified additional responsive documents that it would be producing to plaintiffs beginning February 8, 2024, through to the following week. The February 8 letter also indicated that Uber's search efforts continued. Uber also identified in the February 8 letter the investigations or inquiries responsive to Paragraph 6B of which Uber was aware, beyond those reflected in the documents that had already been produced. Finally, the February 8 letter also expressed Uber's receptiveness to engage with Plaintiffs with a view towards narrowing any existing disputes, as well as a discussion of a compromise on an agreed schedule for shortening time on a motion to enforce, if one was filed, which would have required Uber's opposition to be filed within 11 days of the Plaintiffs' motion.

6. On February 8, February 12, February 13, and February 14, 2024, Uber has produced multiple additional documents to Plaintiffs responsive to Paragraph 6B.

7. Plaintiffs' Motion to Enforce is premature in light of Uber's ongoing discovery productions pursuant to PTO 5, and there is no reason that the motion should be heard on a shortened schedule.

8. Plaintiffs have not made meaningful efforts to obtain a stipulation regarding a shortened briefing schedule for the Motion to Enforce. Plaintiffs' motion does not address prior discussions the parties had regarding a shortened briefing schedule, in which Uber stated that it was willing to agree to a shortened briefing schedule in which its opposition would be submitted 11 days after the opening brief was filed, with a hearing to follow shortly thereafter.

9. Uber should not be deprived of the opportunity to respond to the Plaintiffs' Motion to Enforce in the normal allotted time for response to motions, given that Plaintiffs have failed to provide any fact justifying the rapidly accelerated response time that Plaintiffs propose.

10. A copy of counsel for Plaintiffs' email to counsel for Uber dated February 8, 2024 is attached hereto as **Exhibit B**.

11. A copy of the email exchange between counsel for Plaintiffs and counsel for Uber dated February 9, 2024 is attached hereto as **Exhibit C**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 14, 2024, in Washington, D.C.

_____
Kyle Smith

---