# EXHIBIT A

# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(202) 223-7407

WRITER'S DIRECT FACSIMILE

(202) 379-4099

WRITER'S DIRECT E-MAIL ADDRESS

ksmith@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

1313 NORTH MARKET STREET, SUITE 806
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
WILL AITKEN-DAVIES*
JARRYD E. ANDERSON
STEFAN ARNOLD-SOULBY*
JONATHAN H. ASHTOR
BRIAN E. ATKINS
KANESH BALASUBRAMANIAM*
SCOTT A. BARSHAY
PAUL M. BASTA
LYNN B. BAYARD
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
BRIAN BOLIN
ANGELO BONVINO
ANDRE G. BOUCHARD*
PAUL D. BRACHMAN
ROBERT A. BRITTON
BRAD BROWN
WALTER F. BROWN*
SUSANNA M. BUERGEL
JESSICA S. CAREY
JOHN P. CARLIN
DAVID CARMONA
BONNIE CHEN
GEOFFREY R. CHEPIGA
ELLEN M. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
REBECCA S. COCCARO
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
TINITINA DAGNEW
THOMAS V. DE LA BASTIDE III
MEREDITH R. DEARBORN*
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
CAROLINE B. EPSTEIN
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
KATHERINE B. FORREST
VICTORIA S. FORRESTER
HARRIS B. FREIDUS
MANUEL S. FREY
DAVID P. FRIEDMAN
MATTHEW R. FRIEDMAN
KENNETH A. GALLO
REUVEN P. GARRETT
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
BENJAMIN GOODCHILD
MARTHA L. GOODMAN
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
JOE GRAHAM
BRIAN S. GRIEVE
UDI GROFMAN
MELINDA HAAG*
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
IAN M. HAZLETT
BRIAN S. HERMANN
JOSHUA HILL JR.
MICHELE HIRSHMAN
JARRETT R. HOFFMAN
ROBERT HOLO
CHRISTOPHER HOPKINS
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
SOHAIL ITANI
JAREN JANGHORBANI
BRIAN M. JANSON
LUKE JENNINGS
JEH C. JOHNSON
ROGER JOHNSON*
DEIRDRE JONES*
MATTHEW B. JORDAN
CHRISTODOULOS KAOUTZANIS
BRAD S. KARP
JOHN C. KENNEDY
ROBERT A. KILLIP
BRIAN KIM
KYLE J. KIMPLER
ROBERT A. KINDLER

ALEXIA D. KORBERG
NINA KOVALENKO
DANIEL J. KRAMER
ANDREW D. KRAUSE
BRIAN KRAUSE
CAITH KUSHNER
DAVID K. LAKHDHIR
GREGORY F. LAUFER
BRIAN C. LAVIN
MATTHEW N. LEIST*
XIAOYU GREG LIU
TIMOTHY LOWE*
RANDY LUSKEY*
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
ELIZABETH R. McCOLM
ANNE MCGINNIS
JEAN M. MCLOUGHLIN
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
MATTHEW MERKLE
WILLIAM B. MICHAEL
SEAN A. MITCHELL
ERIN J. MORGAN
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
CIAN O'CONNOR*
BRAD R. OKUN
SUNG PAK
CRYSTAL L. PARKER
LINDSAY B. PARKS
ANDREW M. PARLEN
JOHN PATTEN*
DANIELLE C. PENNHALL
CHARLES J. PESANT
ANASTASIA V. PETERSON
ANDREAS PHILIPSON*
JESSICA E. PHILLIPS*
AUSTIN S. POLLET*
RAVI PURHOHIT
VALERIE E. RADWANER
JEFFREY J. RECHER
LORIN L. REISNER
WALTER G. RICKE
ANDREW N. ROSENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
NEEL V. SACHDEV*
JEFFREY B. SAMUELS
PAUL L. SANDLER
AARON J. SCHLAPHOFF
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM
SCOTT A. SHER*
SAURAN SHIM
MANAS S. SHIN
ANUSHA SIMHA
CULLEN L. SINCLAIR
MAURY SLEVIN
KYLE SMITH
AUDRA J. SOLOWAY
SCOTT M. SONTAG
JOSHUA H. SOVEN*
MEGAN SPELMAN
ROBERT Y. SPERLING
EYITAYO ST. MATTHEW-DANIEL
SARAH STASNY
BEN STEADMAN
AIDAN SYNNOTT
ROBERT D. TANANBAUM
BRETTE TANNENBAUM
RICHARD C. TARLOWE
DAVID TARR
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
KRISHNA VEERARAGHAVAN
JEREMY M. VEIT
LIZA M. VELAZQUEZ
MICHAEL VOGEL
ANDREA WAHLQUIST BROWN
JOHN WEBER
THEODORE V. WELLS, JR.
ERIC J. WEDEL
SAMUEL J. WELT
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
STACI YABLON
BOSCO YIU*
TONG YU
KENNETH S. ZIMAN
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

February 8, 2024

## VIA EMAIL

Roopal P. Luhana, Esq.
Chaffin Luhana LLP
600 Third Avenue
12th Floor
New York, NY 10016
Luhana@chaffinluhana.com

Sarah R. London, Esq.
Lieff Cabraser Heimann & Bernstein LLP
275 Battery Street
Suite 2900
San Francisco, CA 94111
slondon@lchb.com

Rachel B. Abrams, Esq.
Peiffer Wolf Carr Kane Conway & Wise LLP
555 Montgomery Stret
Suite 820
San Francisco, CA 94111
rabrams@peifferwolf.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Roopal P. Luhana, Esq., Sarah R. London, Esq., Rachel B. Abrams, Esq.                    2

<u>Re: MDL 3084 – Letter following 2/7/2024 Meet and Confer re: PTO5</u>

Counsel,

Thank you for the productive meet and confer yesterday to discuss Uber's production of documents based on Pretrial Order No. 5 ("PTO5"), ¶ 6(B) which states "Uber is ordered to produce all documents Uber has previously produced to legislative, regulatory, or enforcement entities in connection with government investigations or inquiries within the United States of Uber with respect to sexual assault, including attempted assaults (except those investigations or inquiries conducted pursuant to grand jury subpoena), including all those by the California Public Utilities Department, and any associated privilege logs." We write to discuss and follow-up on a number of issues you raised, and that we raised with you, during the call.

First, as we informed you during yesterday's call, Uber endeavored to complete its production of documents pursuant to ¶ 6(B) by January 31, 2024, but its search efforts still continue. Uber has determined that there are additional responsive documents to produce. Accordingly, today and into next week, you will continue to receive from Uber additional rolling productions of documents produced to the Massachusetts Department of Public Utilities and to the California Public Utilities Commission. We expect additional rolling productions will follow thereafter with respect to documents produced to the Iowa Department of Transportation.

We also wish to continue to engage with you to make sure the parties have a productive dialogue about the scope of what is responsive to the Court's requirement. You mentioned on our call that Plaintiffs received a number of "FOIA documents," which we understand to refer to documents provided by governmental entities to you pursuant to public records requests. You refused to identify what you requested (*i.e.*, you refused to explain what the request is or whether it aligns with the Court's PTO5, ¶ 6(B)) and what those "FOIA documents" are. We reiterate our request that you identify that information.

In any event, your reference to "FOIA documents" suggests that you may be interpreting ¶ 6(B) to require production of documents produced by Uber to governmental entities based on regular, ongoing statutory or administrative reporting requirements. But that is not what PTO5 provides; it requires production of documents produced by Uber to "legislative, regulatory, or enforcement entities <u>in connection with government investigations or inquiries within the United States of Uber</u> with respect to sexual assault . . . ." Documents provided to regulators pursuant to legislative or regulatory reporting requirements, without an underlying "government investigation or inquiry of Uber," are not within the scope of PTO5. We can continue to confer with you about this if you have a different understanding.

You also discussed on our call that you expected Uber would produce documents that had been provided to the San Francisco and Los Angeles District Attorneys based on investigations or inquiries of Uber that they conducted in or around 2014-2016. A 2014 lawsuit brought by the District Attorneys of San Francisco and Los Angeles asserted

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Roopal P. Luhana, Esq., Sarah R. London, Esq., Rachel B. Abrams, Esq.                    3

claims regarding Uber's representations to customers, Uber's calculation of fares, Uber's operations at California airports, and fees charged to customers. *People of the State of California* v. *Uber Technologies, Inc.*, *et al.*, No. CGC-14-543120 (San Fran Sup. Ct.), Amended Complaint (August 8, 2015), ¶ 10. Uber does not view this lawsuit as falling within the scope of PTO5 ¶ 6(B). If you believe that this lawsuit is within the scope of ¶ 6(B), please explain the basis for your position so that we may discuss further.

You also mentioned on the call your belief that documents within the scope of PTO5 were provided to "other DAs" and "other governments" beyond the CPUC and the San Francisco and Los Angeles District Attorneys. We asked on the call that you identify the "other DAs" and "other governments" you are referencing, but you refused to do so. We reiterate our request that you provide that information so that we may have a further discussion with you about whether or why documents provided to such "other DAs" or "other governments" will or will not be provided based on the scope of PTO5.

You requested that Uber provide, by the end of the week, a list of the "government investigations or inquiries within the United States of Uber with respect to sexual assault, including attempted assaults (except those investigations or inquiries conducted pursuant to grand jury subpoena)" in which documents were produced by Uber. We have identified those investigations and inquiries by virtue of the production made on January 31, 2024, and the information described in this letter. If you believe there are other such investigations or inquiries, please identify them so we may have a discussion with you about them.

You also requested that Uber confirm whether it has produced to Plaintiffs the documents that Uber produced to Congress in connection with its investigation or inquiry with respect to sexual assault. Uber confirms that it has produced the documents provided to Congress in response to this inquiry.

We also wish to raise one other interpretational issue regarding the scope of ¶ 6(B). It provides that the relevant governmental investigations or inquiries of Uber are those "with respect to sexual assault, including attempted assaults." First, as to "attempted assault," we understand that to mean "attempted sexual assaults." Second, ¶ 6(B) specifically references "sexual assault," but does not reference "sexual misconduct." In an abundance of caution, Uber has construed the references to "sexual assault" in Paragraph 6(B) as also encompassing "sexual misconduct."

You also stated on yesterday's call that Plaintiffs intend to file a motion with respect to their position on these issues, should a resolution of the disputes not be reached, and that such a motion would be filed on an order shortening time. As outlined above, Uber is continuing to make prompt productions of materials, and is prepared and willing to continue meeting and conferring with Plaintiffs to further discuss these issues. Therefore, there is no impasse on which a motion could be based. In any event, if Plaintiffs proceed with filing a motion despite the lack of impasse or any issue requiring court intervention, Uber respectfully requests that Plaintiffs explain their bases for filing the motion under shortened time. Subject to receiving that explanation, Uber is prepared to consider

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Roopal P. Luhana, Esq., Sarah R. London, Esq., Rachel B. Abrams, Esq.                    4

agreeing to a briefing schedule that would shorten time such that the matter can be heard
by Judge Cisneros on February 22, 2024, provided the Court is available for further
proceedings that day. Under that briefing schedule, Uber would file its response brief by
February 20, 2024, assuming Plaintiffs file their motion by February 9, 2024. There
would be no reply brief.

We are available to further meet and confer to discuss these issues further, and look
forward to doing so. Please send some proposed times next week when you are available.

Sincerely,

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: /s/ Kyle Smith

Kyle Smith
2001 K Street, NW
Washington, DC 20006-1047
(202)223-7407
ksmith@paulweiss.com

cc:    Marlene Goldenberg
       Caitlin M. Woods