# EXHIBIT B

| | |
|---|---|
| **From:** | London, Sarah R. |
| **To:** | Smith, Kyle; Marlene Goldenberg |
| **Cc:** | Keller, Andrea M; Luskey, Randy; Atkins, Robert A; Clague, Ronan; Woods, Caitlin M.; Kawamura, Jennifer; Phillips, Jessica E; Roopal Luhana; Rachel Abrams; Tipton, Alex; Svistovski, France |
| **Subject:** | RE: [EXT] RE: Uber productions -- URGENT |
| **Date:** | Thursday, February 8, 2024 1:10:03 PM |

Hi all, wanted to follow up and confirm what we discussed yesterday.

1.  Plaintiffs intend to file a motion to enforce PTO 5 as outlined below on Friday, February 9 and also file a motion to shorten time.
2.  We asked that you provide or confirm before then the following:
    a.  Provide a list of all government investigations or inquiries within the United States of Uber with respect to sexual assault, including attempted assaults
        i.  Upon receipt, we will identify any investigations or inquiries we believe are missing from your list
    b.  Confirm whether documents were produced in connection with each of these inquiries or investigations
    c.  Confirm that you have produced all documents Uber produced to the CPUC in connection with its investigation or inquiry with respect to sexual assault, including attempted assaults
        i.  IF not, please confirm whether you will do so, and if so, when.
    d.  Confirm that you have produced all documents Uber produced to Congress (including any individual member) in connection with its investigation or inquiry with respect to sexual assault, including attempted assaults
        i.  IF not, please confirm whether you will do so, and if so, when.
3.  We also asked you to stipulate to a briefing schedule that would tee up this issue with Judge Cisneros for her 2/22 hearing.

We look forward to your urgent attention to this issue.

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

**Sarah R. London**
slondon@lchb.com
t 415.956.1000
f 415.956.1008
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

---

**From:** Smith, Kyle <ksmith@paulweiss.com>
**Sent:** Wednesday, February 7, 2024 11:35 AM
**To:** Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>
**Cc:** Keller, Andrea M <akeller@paulweiss.com>; Luskey, Randy <rluskey@paulweiss.com>; Atkins, Robert A <ratkins@paulweiss.com>; Clague, Ronan <rclague@paulweiss.com>; Woods, Caitlin M. <cwoods@lchb.com>; Kawamura, Jennifer <jkawamura@lchb.com>; Phillips, Jessica E