# EXHIBIT C

| | |
|---|---|
| **From:** | Smith, Kyle |
| **To:** | Beth Wilkins; Svistovski, France; Phillips, Jessica E; ratkins@paulweiss.com; Tipton, Alex |
| **Cc:** | Roopal Luhana; Sarah London; Rachel Abrams; Marlene Goldenberg |
| **Subject:** | RE: Uber"s production of documents related to governmental investigations |
| **Date:** | Monday, February 12, 2024 3:45:28 PM |

Counsel:

Thank you for your email. Plaintiffs have not articulated a valid basis for shortening time as to this forthcoming motion. Uber is prepared to proceed on a normal noticed motion schedule and to meet and confer on a hearing date under such a schedule. If Plaintiffs nevertheless plan to seek to shorten time, even though no valid basis for doing so has been set out as yet, as we indicated in last week's correspondence, to avoid motion practice on the issue of shortening time, Uber is willing to compromise this and shorten the time for Uber's response to the motion. To that end, if Plaintiffs file their motion today (2/12), Uber is willing to agree to respond by February 23 (*i.e.*, the same time interval that would have applied under the previously agreed shortened-time schedule, had a motion been filed on February 9), with a hearing to be scheduled before Judge Cisneros thereafter.

Furthermore, as you know, and further to the correspondence we sent last week, Uber's productions are continuing and more will be coming this week. Thus, to the extent Plaintiffs continue to plan file a motion, and it depends on the contents of Uber's productions, please be aware those productions are continuing on a rolling basis.

Best,
Kyle


**Kyle Smith** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7407 (Direct Phone)
+1 202 929 9909 (Cell)
ksmith@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him*

**From:** Beth Wilkins <Wilkins@chaffinluhana.com>
**Sent:** Friday, February 9, 2024 8:49 PM
**To:** Svistovski, France <fsvistovski@paulweiss.com>; Smith, Kyle <ksmith@paulweiss.com>; Phillips, Jessica E <jphillips@paulweiss.com>; ratkins@paullweiss.com; Tipton, Alex <atipton@paulweiss.com>
**Cc:** Roopal Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@lchb.com>; Rachel Abrams <rabrams@peifferwolf.com>; Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>
**Subject:** Uber's production of documents related to governmental investigations

Counsel,
Although we were prepared to file our motion regarding Uber's production of documents related to

governmental investigations pursuant to PTO5 today, Uber's production last evening has required more time than expected to review. We intend to file our motion on Monday and would like to seek your agreement to a shortened briefing schedule so this can be teed up for consideration on February 22.

Please advise whether you agree to a shortened briefing schedule. We appreciate your cooperation.