1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-MD-3084-CRB |
| | **[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME** |
| This Document Relates to: | |
| ALL ACTIONS | Judge:        Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

Having considered Plaintiffs' Administrative Motion to Shorten Time for Uber's Response to Motion to Enforce PTO No. 5 Related to Government Investigation Documents, (the "Motion"), all other papers and evidence submitted in support and opposition, the pertinent pleadings and papers on file in this action, and the arguments of counsel, and all other matters presented to the Court, it is hereby **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE