**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>**This Document Relates to:**<br><br>***L.M., an individual v. UBER TECHNOLOGIES, INC., et al.***<br>**Case No.: 3:23-cv-05928-CRB** | **Case No. 3:23-md-03084-CRB**<br><br>**NOTICE OF COMPLIANCE WITH PRETRIAL ORDER NO. 5** |

PLEASE TAKE NOTICE that Plaintiff identified above has served a receipt or disclosures relating to a receipt on Defendants through Uber MDL Centrality in compliance with Section 4 of Pretrial Order No. 5.

Dated: February 15, 2024

Respectfully submitted,

GUERRA LLP
875 E. Ashby Place, Suite 1200
San Antonio, Texas 78212
Telephone: (210) 447.0500
Facsimile: (210) 447.0501

By: */s/ Meredith D. Stratigopoulos*
MEREDITH D. STRATIGOPOULOS
TX Bar No. 24110416
mdrukker@guerrallp.com
CHLOE SHRODE
TX Bar No. 24108874
cshrode@guerrallp.com

***Counsel for Plaintiff L.M., an individual***

NOTICE OF COMPLIANCE

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that on February 15, 2024,  a copy of the foregoing was electronically filed

3

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to

4

all CM/ECF participants registered to receive service in this matter.

5

6

_/s/ Meredith Stratigopoulos_
Meredith Stratigopoulos

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF COMPLIANCE