IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>**This Document Relates to:**<br><br>A.M. v. Uber Technologies, Inc., *et al.* (Case No. 3:23-cv-05807)<br><br>M.C. v. Uber Technologies, Inc., *et al.* (Case No. 3:24-cv-00024) | MDL No. 3084<br><br>Case No. 3:23-md-03084-CRB<br><br>NOTICE OF COMPLIANCE |

## NOTICE OF COMPLIANCE WITH PRE-TRIAL ORDER NO. 5

**PLEASE TAKE NOTICE** that Plaintiffs identified above have served a receipt or disclosures relating to a receipt on Defendants through Uber MDL Centrality in compliance with Section 4 of Pretrial Order No. 5

Dated: February 15, 2024

Respectfully submitted,

/s/ *Andrea S Hirsch*

Brooke F. Cohen (TX Bar No. 24007019)
Andrea S. Hirsch (GA Bar No. 666557)
Cohen Hirsch, LP
5256 Peachtree Rd., Ste. 195E
Atlanta, GA 30341
Phone: 678-362-4444
Fax: 678-669-1520
Email: Brooke@cohenhirsch.com
Email: Andrea@cohenhirsch.com

Attorneys for the Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2024, I electronically filed the foregoing Notice of Compliance with the Clerk of Court using the CM/ECF system in Civil Action No. 3:23-md-03084-CRB in the Northern District of California, which shall send notification of such filing to all counsel of record.

*Andrea S Hirsch*
Andrea S. Hirsch, Esq.