**Appendix A**

**Uber Safety Advertisements**

**Advertisement 1**



**Advertisement 2**

UBER

Because nobody wants to be the designated driver.

Have fun tonight. We'll handle the rest. Our inexpensive transporation service will get you where you need to go and even let you choose how you get there. You can select between our different vehicle options: UberX, UberSUV, UberBLACK, and UberXL. Our mobile app lets you enter your route prior to request, providing you with and estimate of the trip cost, so there won't be any surprises. Visit www.uber.com and download the mobile app for iPhone/Android and your first ride is on us.

**Advertisement 3**






**Advertisement 4**

UBER

Safe, reliable rides
at the tap of a button.

*Showgoers new to Uber can enjoy their first Uber ride free (up to $15) by signing up at https://get.uber.com/go/SEMASHOW.*

**Advertisement 5**

SCAN TO RECEIVE $20 UBER CREDIT
OR ENTER CODE TXDOT20 IN THE UBER APP

Keep the holidays safe.
Don't drink and drive.

This campaign is a collaboration of the Texas Department of Transportation with the Governors Highway Safety Association and Uber. Credit is valid through January 14th, 2022 from 5pm-5am. Ride credits are subject to change. Available while supplies last.

Save a Life
#EndTheStreakTX

GHSA
Governors Highway Safety Association
The States' Voice on Highway Safety

Uber

**Advertisement 6**

Uber Ride Drive Business Uber Eats About EN Help Log in Sign up

## Our commitment to safety

We want you to move freely, make the most of your time, and be connected to the people and places that matter most to you.

That's why we're committed to safety—from the creation of new standards to the development of technology with the aim of reducing incidents.



**Advertisement 7**

Uber Ride Drive Business Uber Eats About EN Help Log in Sign up

## Ride with confidence

The Uber platform was built with safety in mind. Through incident prevention tools, insurance coverage, and technology that keeps you connected, we're dedicated to helping you move safely and focus on what matters most.[1]



**Advertisement 8**

Uber Ride Drive Business Uber Eats About EN Help Log in Sign up

Driving women's safety forward

Safety features built into every ride

We're dedicated to building a platform where women feel safe. That's why we partner with and learn from women who use our app, women's safety experts, and advocates to build innovative safety features and policies that empower our community of users.

**Advertisement 9**

Uber Ride Drive Business Uber Eats About EN Help Log in Sign up

Protect your safety while riding with Uber

From helping make sure you get in the right car to knowing where you're going and when to call for assistance, these tips, created in collaboration with law enforcement, can help make every ride a safe one.

**Advertisement 10**

## Building safer journeys for everyone

Learn more about safety at Uber.





**Rider safety**

Millions of rides are requested every day. Every rider has access to safety features built into the app. And every ride has a support team if you need them.

Learn more

**Our commitment to safety**

Uber is committed to your safety. Learn about our commitment and how safety is built into the rider and driver experiences, in the app and beyond.

Learn more

**Advertisement 11**

uber



**Advertisement 12**

uber

"I'M THE LEAST DRUNK OF MY FRIENDS"

26,265 views

uber Don't look for a reason to drive when there are so many reasons to ride.

**Advertisement 13**

Uber

December 31, 2014

Safety is our top priority especially when ringing in the New Year! Get to know our safety features better as you make your way out for the celebration: t.uber.com/nye2014tips1 #NYEtips

UBER

#1

NEW YEAR'S EVE

PRO TIPS

**Advertisement 14**

Uber
July 2, 2015

"In the 20 years that I was a paramedic I saw more drunk-driving tragedies than anybody should ever have to see. Driving with Uber makes me proud that I can get people home safe."

UBER | madd

UBR.TO
**Uber | MADD**
Janet Weiser is an Uber Driver-Partner in Portland, Oregon and a former ambulance medic. Ple...

**Advertisement 15**



**Advertisement 16**

Uber
March 25, 2015 ·
There's a real layer of safety and security getting into an Uber. See why Anne and others choose Uber.
0:21 / 1:31

**Advertisement 17**



**Advertisement 18**

Uber
December 28, 2017 ·

Jillian Bell is leaving her keys at home—how about you?

Tag a friend below who you'll be living that #DesignatedRider life with this New Year's Eve.

OH!

0:10 / 0:22

**Advertisement 19**



**Advertisement 20**

Uber
April 15, 2017 ·
Don't miss a beat at Coachella with reliable rides at the tap of a button: ubr.to/coachella17

**Advertisement 21**



**Advertisement 22**

Uber
October 12, 2018

We've partnered with Mothers Against Drunk Driving (MADD) to help make sure your last call is always a safe ride home. https://ubr.to/reasons-to-ride

0:08 / 1:00

**Advertisement 23**



**Advertisement 24**

Uber
June 13, 2018

The perfect end to the perfect night out? Letting your friends know you made it home safely with the features in our Safety Toolkit. See how it's done with Say Yes Blog: ubr.to/2MnfETv

**Advertisement 25**



**Advertisement 26**

Uber
June 7, 2018
The safety of you and your drivers is our priority. That's why we're excited to introduce new safety tips and features.
ubr.to/safetycommitments

**Advertisement 27**



**Advertisement 28**

Uber
September 23, 2019
We're committed to your safety, that's why 911 help is a swipe away. When you call, your ride info is available in-app for you to share with 911.
Learn more about emergency assistance → ubr.to/safety

911 help is a swipe away

**Advertisement 29**



**Advertisement 30**

Uber
September 9, 2019
We're committed to your safety, that's why drivers are background checked every year.
Learn more about driver screening → ubr.to/driverscreening
Driving History
Criminal History
Ongoing Checks
5,035 Trips
4.8 Rating
1.9 Years

**Advertisement 31**



**Advertisement 32**

Uber
October 9, 2019
With RideCheck, we can help detect if your trip goes unusually off course and provide support — because safety never stops.

0:10 / 0:15

**Advertisement 33**



**Advertisement 34**



"I work events late at night, and with Uber, I feel safer knowing I don't have to go wait outside and hope I can flag down a ride."

Brittany,
Rider from Portland

**Advertisement 35**



RIDE > SAFETY

Trip safety

Our commitment to riders

Uber is dedicated to keeping people safe on the road. Our technology enables us to focus on rider safety before, during, and after every trip.

**Advertisement 36**

UBER Ride Drive Cities

Safe rides, safer cities

Going the distance for everyone on the road



Riders and Drivers

A ride you can trust