```
1   RYAN J. CLARKSON (SBN 257074)
    rclarkson@clarksonlawfirm.com
2   OLIVIA E. DAVIS (SBN 353041)
    odavis@clarksonlawfirm.com
3   Clarkson Law Firm, P.C.
    22525 Pacific Coast Hwy.
4   Malibu, CA 90265
5   Telephone: (213) 788-4050

6   TRACEY B. COWAN (SBN 250053)
    tcowan@clarksonlawfirm.com
7   ZARRINA OZARI (SBN 334443)
    zozari@clarksonlawfirm.com
8   Clarkson Law Firm, P.C.
    95 3rd Street, 2nd Floor
9   San Francisco, CA 94103
10  Telephone: (213) 788-4050
```

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | **Case No. 23-md-03084-CRB**<br><br>**NOTICE OF COMPLIANCE** |
|---|---|
| This Document Relates to:<br><br>*A.M. v. Uber Technologies, et al*<br>*Case No. 23-cv-04939*<br><br>*N.M. v. Uber Technologies, et al*<br>*Case No. 23-cv-04940*<br><br>*C.L. v. Uber Technologies, et al*<br>*Case No. 23-cv-04972*<br><br>*S.A. v. Uber Technologies, et al*<br>*Case No. 23-cv-05524*<br><br>*L.E. v. Uber Technologies, et al*<br>*Case No. 23-cv-05567*<br><br>*M.H. v. Uber Technologies, et al*<br>*Case No. 23-cv-05569*<br><br>*T.V. v. Uber Technologies, et al*<br>*Case No. 23-cv-05609*<br><br>*T.S. v. Uber Technologies, et al*<br>*Case No. 24-cv-00635* | |

## NOTICE OF COMPLIANCE WITH PRE-TRIAL ORDER NO. 5

PLEASE TAKE NOTICE that Plaintiffs identified above have served a receipt or disclosures relating to a receipt on Defendants through Uber MDL Centrality in compliance with Section 4 of Pretrial Order No. 5.

DATED:  February 15, 2024

Respectfully submitted,

By: */s/ Tracey Cowan*
TRACEY B. COWAN (SBN 250053)
tcowan@clarksonlawfirm.com
ZARRINA OZARI (SBN 334443)
zozari@clarksonlawfirm.com
Clarkson Law Firm, P.C.
95 3rd Street, 2nd Floor
San Francisco, CA 94103
Telephone: (213) 788-4050

RYAN J. CLARKSON (SBN 257074)
rclarkson@clarksonlawfirm.com
OLIVIA E. DAVIS (SBN 353041)
odavis@clarksonlawfirm.com
Clarkson Law Firm, P.C.
22525 Pacific Coast Hwy.
Malibu, CA 90265
Telephone: (213) 788-4050

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: <u>*/s/ Tracey Cowan*</u>
     Tracey Cowan