UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>*Jane Doe LSA 140 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-01165-CRB<br><br>*Jane Doe LS 308 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05945-CRB<br><br>*Jane Doe LS 251 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05187-CRB<br><br>*Jane Doe LS 376 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05183-CRB<br><br>*Jane Doe LS 117 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05196-CRB<br><br>*Jane Doe LS 346 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05193-CRB<br><br>*Jane Doe LS 383 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05197-CRB<br><br>*Jane Doe LS 253 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05236-CRB<br><br>*Jane Doe LS 177 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05219-CRB<br><br>*Jane Doe LS 35 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05233-CRB | Case No. 3:23-md-03084-CRB<br><br>*Honorable Judge Charles R. Breyer*<br><br>**NOTICE OF COMPLIANCE WITH PRE-TRIAL ORDER NO. 5** |

1  *Jane Doe LS 107 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05232-CRB

2

3  *Jane Doe LS 375 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05230-CRB

4

5  *Jane Doe LS 364 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05237-CRB

6  *Jane Doe LS 112 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05286-CRB

7

8  *Jane Doe LS 163 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05282-CRB

9

10  *Jane Doe LS 218 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03970-CRB

11

12  *Jane Doe LS 63 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04012-CRB

13

14  *Jane Doe LS 293 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04364-CRB

15  *Jane Doe LS 90 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03956-CRB

16

17  *Jane Doe LS 231 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04367-CRB

18

19  *Jane Doe LS 155 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04374-CRB

20

21  *Jane Doe LS 384 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05292-CRB

22

23  *Jane Doe LS 336 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05293-CRB

24

25  *Jane Doe LS 349 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05303-CRB

26  *Jane Doe LS 76 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05319-CRB

27

28

*Jane Doe LS 264 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05322-CRB

*Jane Doe LS 57 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05324-CRB

*Jane Doe LS 365 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05328-CRB

*Jane Doe LS 259 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04370-CRB

*Jane Doe LS 348 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03816-CRB

*Jane Doe LS 134 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03811-CRB

*Jane Doe LS 67 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04366-CRB

*Jane Doe LS 159 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04365-CRB

*Jane Doe LS 91 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04368-CRB

*Jane Doe LS 249 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04369-CRB

*Jane Doe LS 164 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04373-CRB

*Jane Doe LS 237 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03973-CRB

*Jane Doe LS 257 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04014-CRB

*Jane Doe LS 154 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03807-CRB

*Jane Doe LS 354 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04387-CRB

*Jane Doe LS 203 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04371-CRB

*Jane Doe LS 149 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04008-CRB+

*Jane Doe LS 260 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04011-CRB

*Jane Doe LS 320 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04010-CRB

*Jane Doe LS 144 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04388-CRB

*Jane Doe LS 37 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04393-CRB

*Jane Doe LS 13 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03966-CRB

*Jane Doe LS 158 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04385-CRB

*Jane Doe LS 238 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04372-CRB

*Jane Doe LS 388 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05346-CRB

*Jane Doe LS 74 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05362-CRB

*Jane Doe LS 174 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05359-CRB

*Jane Doe LS 97 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05368-CRB

*Jane Doe LS 284 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05363-CRB

*Jane Doe LS 311 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05406-CRB

1. *Jane Doe LS 266 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05416-CRB

2. *Jane Doe LS 390 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05409-CRB

3. *Jane Doe LS 98 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05412-CRB

4. *Jane Doe LS 241 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05413-CRB

5. *Jane Doe LS 66 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05414-CRB

6. *Jane Doe LS 265 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05377-CRB

7. *Jane Doe LS 126 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05370-CRB

8. *Jane Doe LS 317 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05424-CRB

9. *Jane Doe LS 234 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05433-CRB

10. *Jane Doe LS 200 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05387-CRB

11. *Jane Doe LS 326 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05415-CRB

12. *Jane Doe LS 256 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05410-CRB

13. *Jane Doe LS 33 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05427-CRB

14. *Jane Doe LS 103 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05442-CRB

15. *Jane Doe LS 25 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05445-CRB

16. *Jane Doe LS 168 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05371-CRB

*Jane Doe LS 244 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05372-CRB

*Jane Doe LS 353 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05401-CRB

*Jane Doe LS 377 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05576-CRB

*Jane Doe LS 302 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05577-CRB

*Jane Doe LS 191 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05573-CRB

*Jane Doe LS 322 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05572-CRB

*Jane Doe LS 59 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05575-CRB

*Jane Doe LS 250 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03995-CRB

*Jane Doe LS 75 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03805-CRB

*Jane Doe LS 16 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03758-CRB

*Jane Doe LS 285 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05919-CRB

*Jane Doe LS 387 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05934-CRB

*Jane Doe LS 185 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05922-CRB

*Jane Doe LS 333 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05930-CRB

*Jane Doe LS 396 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05939-CRB

*Jane Doe LS 273 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05946-CRB

*Jane Doe LS 56 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05943-CRB

*Jane Doe LS 245 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05944-CRB

*Jane Doe LS 381 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05942-CRB

## **NOTICE OF COMPLIANCE WITH PRE-TRIAL ORDER NO. 5**

PLEASE TAKE NOTICE that Plaintiffs identified above have served a receipt or disclosures relating to a receipt on Defendants through Uber MDL Centrality in compliance with Section 4 of Pretrial Order No. 5.

DATED: February 15, 2024            Respectfully Submitted,

          */s/ William A. Levin*
William A. Levin
Samira J. Bokaie
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, CA 94111
Phone: (415) 426-3000
Fax: (415) 426-3001
Email: wlevin@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ *William A. Levin*
William A. Levin