[Submitting Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RIDE RECEIPT PRODUCTION** |
| This Document Relates to:<br><br>*L.L. v. Uber Technologies, Inc., et al*; *S.B. v. Uber Technologies, Inc., et al*; *K.L. v. Uber Technologies, Inc., et al*; *M.H. v. Uber Technologies, Inc., et al*; and *N.R. v. Uber Technologies, Inc., et al.* | |

**WHEREAS**, on December 28, 2023, the Court ordered Plaintiffs to produce a bona fide ride receipt from the Uber trip connected to the alleged incident, or the following information: "(1) [an explanation of] why the receipt is unavailable; (2) the name, phone number, and email address of the accountholder who ordered the ride; (3) the date of the ride, with as much precision as is reasonably possible; (4) the starting location and ending location of the ride, with as much precision as is reasonably possible; (5) any other basic information that may assist Defendants in identifying the ride; and (6) if items (2) through (5) cannot be provided with precision or cannot be provided at all, an explanation as to why the information is not readily ascertainable," by February 15, 2024 or, for cases filed after February 1, 2024, within 14 days of the case being filed in, removed to, or transferred to the MDL. Pretrial Order No. 5, Dkt. No. 175 at 2-3 (the "Ride Receipt Deadline").

1    **WHEREAS,** five Plaintiffs require an extension of the deadline.

2    **WHEREAS,** Uber has agreed, in the spirit of cooperation, to assent to such an extension
3    for those five Plaintiffs.

4    **THEREFORE**, the parties respectfully request the Court enter the parties' stipulation to
5    extend the Ride Receipt Deadline for the plaintiff in the following five cases from February 15,
6    2024, to February 22, 2024:

7    - *L.L. v. Uber Technologies, Inc., et al*, Case No. 3:23-cv-6599;
8    - *S.B. v. Uber Technologies, Inc., et al*, Case No. 3:23-cv-6613;
9    - *K.L. v. Uber Technologies, Inc., et al*, Case No. 3:23-cv-6701;
10   - *M.H. v. Uber Technologies, Inc., et al*, Case No. 3:23-cv-6200; and
11   - *N.R. v. Uber Technologies, Inc., et al*, Case No. 3:23-2603.

13   **IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: February 15, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */s/ Sarah R. London* |
| | | Sarah R. London (SBN 267083) |
| 4 | | |
| 5 | | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 6 | | 275 Battery Street, 29th Floor |
| | | San Francisco, CA 94111-3339 |
| 7 | | Telephone: (415) 956-1000 |
| | | Facsimile: (415) 956-1008 |
| 8 | | slondon@lchb.com |
| 9 | | By: */s/ Rachel B. Abrams* |
| | | Rachel B. Abrams (SBN 209316) |
| 10 | | |
| 11 | | **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP** |
| 12 | | 555 Montgomery Street, Suite 820 |
| 13 | | San Francisco, CA 94111 |
| | | Telephone: (415) 426-5641 |
| 14 | | Facsimile: (415) 840-9435 |
| | | rabrams@peifferwolf.com |
| 15 | | |
| 16 | | By: */s/ Roopal P. Luhana* |
| | | Roopal P. Luhana |
| 17 | | |
| 18 | | **CHAFFIN LUHANA LLP** |
| | | 600 Third Avenue, 12th Floor |
| 19 | | New York, NY 10016 |
| | | Telephone: (888) 480-1123 |
| 20 | | Facsimile: (888) 499-1123 |
| | | luhana@chaffinluhana.com |
| 21 | | |
| 22 | | By: */s/ Bret D. Stanley* |
| | | Bret D. Stanley |
| 23 | | **PULASKI KHERKHER PLLC** |
| 24 | | 2925 Richmond Avenue, Suite 1725 |
| | | Houston, TX 77098 |
| 25 | | Telephone: (713) 664-4555 |
| | | Facsimile: (713) 664-7543 |
| 26 | | bstanley@pulaskilawfirm.com |
| | | *Counsel for Plaintiffs* |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 15, 2024 | By: */s/ Robert Atkins* |
| 3 | | Robert Atkins |
| 4 | | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 5 | | By: /s/ Robert Atkins<br>ROBERT ATKINS |
| 6 | | RANDALL S. LUSKEY<br>KYLE N. SMITH |
| 7 | | CAITLIN E. GRUSAUSKAS<br>ANDREA M. KELLER |
| 8 | | 535 Mission Street, 24th Floor<br>San Francisco, CA 94105 |
| 9 | | Telephone: (628) 432-5100<br>Facsimile: (628) 232-3101 |
| 10 | | *Attorneys for Defendants* |
| 11 | | UBER TECHNOLOGIES, INC.,<br>RASIER, LLC, and RASIER-CA, LLC |