UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING RIDE RECEIPT PRODUCTION** |
| This Document Relates to:<br><br>*L.L. v. Uber Technologies, Inc., et al*; *S.B. v. Uber Technologies, Inc., et al*; *K.L. v. Uber Technologies, Inc., et al*; *M.H. v. Uber Technologies, Inc., et al*; and *N.R. v. Uber Technologies, Inc., et al*. | |

The Court hereby GRANTS the parties' stipulation as follows:

The deadline for Plaintiffs in the following cases to submit a bona fide ride receipt from the Uber trip connected to the alleged incident, or the following information: "(1) [an explanation of] why the receipt is unavailable; (2) the name, phone number, and email address of the accountholder who ordered the ride; (3) the date of the ride, with as much precision as is reasonably possible; (4) the starting location and ending location of the ride, with as much precision as is reasonably possible; (5) any other basic information that may assist Defendants in identifying the ride; and (6) if items (2) through (5) cannot be provided with precision or cannot be provided at all, an explanation as to why the information is not readily ascertainable," is hereby extended from February 15, 2024, to February 22, 2024:

- *L.L. v. Uber Technologies, Inc., et al*, Case No. 3:23-cv-6599;
- *S.B. v. Uber Technologies, Inc., et al*, Case No. 3:23-cv-6613;

- *K.L. v. Uber Technologies, Inc., et al*, Case No. 3:23-cv-6701;
- *M.H. v. Uber Technologies, Inc., et al*, Case No. 3:23-cv-6200; and
- *N.R. v. Uber Technologies, Inc.*, et al, Case No. 3:23-2603.

**IT IS SO ORDERED.**

Date: _____, 2024

HON. CHARLES BREYER
UNITED STATES DISTRICT JUDGE