# Exhibit 5

**From:** **Smith, Kyle** ksmith@paulweiss.com 📎
**Subject:** RE: MDL 3084 - Letter re Uber's Obligations under Judge Cisneros' 1.9.24 Order & PTO5
**Date:** February 9, 2024 at 5:12 PM
**To:** Roopal Luhana Luhana@chaffinluhana.com, Michael Sweet sweet@chaffinluhana.com, Phillips, Jessica E
jphillips@paulweiss.com, Ray, Christine Mullen cray@paulweiss.com
**Cc:** Sarah London slondon@lchb.com, Rachel Abrams rabrams@peifferwolf.com, Marlene Goldenberg
mgoldenberg@nighgoldenberg.com, Layne Hilton lhilton@meyerwilson.com, Bret Stanley bstanley@kherkhergarcia.com,
Beth Wilkins Wilkins@chaffinluhana.com, Michael Sweet sweet@chaffinluhana.com, Steven Cohn cohn@chaffinluhana.com

Counsel:

Uber has not failed to comply with the orders of the Court. As I said below, we will be
responding to the letter you sent regarding the submission of information made in
response to the January 9, 2024 order, and we look forward to further conferrals on those
issues. That response will address what you refer to as "other ESI issues" and well the
assertions you have made with respect to the information provided in response to the
January 9 order.

We look forward to further discussion on these issues, and will be in touch next week to
respond to the correspondence you sent on January 29.

Thank you, and have a nice weekend,
Kyle

**Kyle Smith** I Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW I Washington, DC 20006-1047
+1 202 223 7407 (Direct Phone)
+1 202 929 9909 (Cell)
ksmith@paulweiss.com I www.paulweiss.com
*Pronouns: He/Him*

**From:** Roopal Luhana <Luhana@chaffinluhana.com>
**Sent:** Friday, February 9, 2024 5:08 PM
**To:** Smith, Kyle <ksmith@paulweiss.com>; Michael Sweet <sweet@chaffinluhana.com>;
Phillips, Jessica E <jphillips@paulweiss.com>; Ray, Christine Mullen
<cray@paulweiss.com>
**Cc:** Sarah London <slondon@lchb.com>; Rachel Abrams <rabrams@peifferwolf.com>;
Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>; Layne Hilton
<lhilton@meyerwilson.com>; Bret Stanley <bstanley@kherkhergarcia.com>; Roopal
Luhana <Luhana@chaffinluhana.com>; Beth Wilkins <Wilkins@chaffinluhana.com>;
Michael Sweet <sweet@chaffinluhana.com>; Steven Cohn <cohn@chaffinluhana.com>;
Roopal Luhana <Luhana@chaffinluhana.com>
**Subject:** Re: MDL 3084 - Letter re Uber's Obligations under Judge Cisneros' 1.9.24
Order & PTO5

Kyle, the Jan. 24 meet and confer was only an hour and touched on 2 key issues:
Uber's failure to comply with Judge Cisneros' Jan. 9, 2024 Order; and Uber's
obligation to confer with Plaintiffs per PTO 5 re custodial, non-custodial and other
ESI sources per PTO No. 5. There were numerous unanswered questions including
why Defendants have failed to comply with Judge Cisneros' Order.

While we understand you may need more time for other ESI issues (beyond the 2

While we understand you may need more time for other ESI issues (beyond the 2 weeks we provided), Defendants were required to comply with Judge Cisneros' Order by Jan. 16. You have still failed to do so. We intend to move before Judge Cisneros on this immediately.

Best,
Roopal

---

**From:** Smith, Kyle <ksmith@paulweiss.com>
**Sent:** Thursday, February 8, 2024 12:53 AM
**To:** Michael Sweet <sweet@chaffinluhana.com>; Phillips, Jessica E <jphillips@paulweiss.com>; Ray, Christine Mullen <cray@paulweiss.com>
**Cc:** Roopal Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@lchb.com>; Rachel Abrams <rabrams@peifferwolf.com>; Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>; Layne Hilton <lhilton@meyerwilson.com>; Bret Stanley <bstanley@kherkhergarcia.com>
**Subject:** RE: MDL 3084 - Letter re Uber's Obligations under Judge Cisneros' 1.9.24 Order & PTO5

Michael: We wanted to touch base with you to confirm receipt of your letter following the lengthy meet and confer we had, and to confirm for you (as I'm sure you know already) that we are working on a response. The response may not be sent by February 9 but we do intend to respond as soon as we are able - - we anticipate next week if not by the 9th - - and we look forward to further productive discussions with you on these topics.

**Kyle Smith** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7407 (Direct Phone)
+1 202 929 9909 (Cell)
ksmith@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him*

---

**From:** Michael Sweet <sweet@chaffinluhana.com>
**Sent:** Monday, January 29, 2024 8:16 PM
**To:** Smith, Kyle <ksmith@paulweiss.com>; Phillips, Jessica E <jphillips@paulweiss.com>; Ray, Christine Mullen <cray@paulweiss.com>
**Cc:** Roopal Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@lchb.com>; Rachel Abrams <rabrams@peifferwolf.com>; Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>; Layne Hilton <lhilton@meyerwilson.com>; Bret Stanley <bstanley@kherkhergarcia.com>
**Subject:** MDL 3084 - Letter re Uber's Obligations under Judge Cisneros' 1.9.24 Order & PTO5

Good evening Counsel,

Please find the attached letter regarding Uber's obligations under Judge Cisneros' Jan. 9, 2024 Order & PTO5.

Thank you.


Michael


Michael Sweet*

*Associate*




CHAFFIN LUHANA LLP

www.ChaffinLuhana.com

www.ChaffinLuhanaFoundation.org


*New York, New York*

600 Third Ave., 12th Floor

New York, New York 10016

Toll Free Telephone: (888) 480-1123

Toll Free Fax: (888) 499-1123

Direct Line: (412) 752-7518

*admitted only in Massachusetts


*Pittsburgh, Pennsylvania*

615 Iron City Drive

Pittsburgh, PA 15205


*Weirton, West Virginia (by appointment only):*

3200 Main St.

Weirton, WV 26062

Weirton, WV 26062

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.