UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>**This Document Relates to:**<br><br>*K.D., an individual v. UBER TECHNOLOGIES, INC., et al.*<br>Case No.: 3:24-cv-01006 | Case No. 3:23-md-03084-CRB<br><br>NOTICE OF FILING OF NEW ACTION |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on February 20, 2024.

Dated: February 20, 2024

Respectfully submitted,

GUERRA LLP
875 E. Ashby Place, Suite 1200
San Antonio, Texas 78212
Telephone: (210) 447.0500
Facsimile: (210) 447.0501

By: */s/ Meredith D. Stratigopoulos*
MEREDITH D. STRATIGOPOULOS
TX Bar No. 24110416
mdrukker@guerrallp.com
CHLOE SHRODE
TX Bar No. 24108874
cshrode@guerrallp.com

***Counsel for Plaintiff K.D., an individual***

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 20, 2024, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants registered to receive service in this matter.

                                                     /s/ Meredith Stratigopoulos
                                                     Meredith Stratigopoulos

NOTICE OF FILING OF NEW ACTION