1  [Submitting Counsel on Signature Page]

2

3

4

5                    UNITED STATES DISTRICT COURT

6                  NORTHERN DISTRICT OF CALIFORNIA

7                     SAN FRANCISCO DIVISION

8

9  IN RE: UBER TECHNOLOGIS, INC.              MDL No. 3084 CRB
   PASSENGER SEXUAL ASSAULT
10 LITIGATION                                 **NOTICE REGARDING [PROPOSED]
                                              PRETRIAL ORDER NO. ___: COMMON
11 _____        BENEFIT ORDER—TIMEKEEPING AND
                                              EXPENSES PROTOCOL**
12 This Document Relates to:

13 ALL ACTIONS

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1      As anticipated by Pretrial Order No. 4 (ECF No. 152 at 5), Plaintiffs' Co-Lead Counsel

2  submit as **Exhibit 1** [Proposed] Pretrial Order No. __: Common Benefit Order—Timekeeping

3  and Expenses Protocol.

4      The proposed order sets out guidelines and rules for work done and expenses incurred for

5  the common benefit of all Plaintiffs in this MDL.

6      Should the Court have any questions, Co-Lead Counsel will be prepared to address them

7  at the next status conference.

8

9  Dated:  February 22, 2024           Respectfully submitted,

10

11                      By: */s/ Sarah R. London*
                            Sarah R. London (SBN

12                            267083)

13                      **LIEFF CABRASER HEIMANN &**
                      **BERNSTEIN, LLP**

14                      275 Battery Street, 29th Floor
                      San Francisco, CA 94111-3339

15                      Telephone: (415) 956-1000
                      Facsimile: (415) 956-1008

16                      slondon@lchb.com

17                      By: */s/ Rachel B. Abrams*
                            Rachel B. Abrams (SBN

18                            209316)

19                      **PEIFFER WOLF CARR KANE**
                      **CONWAY & WISE, LLP**

20                      555 Montgomery Street, Suite 820
                      San Francisco, CA 94111

21                      Telephone: (415) 426-5641
                      Facsimile: (415) 840-9435

22                      rabrams@peifferwolf.com

23

24

25

26

27

28

1

2

By: */s/ Roopal P. Luhana*
     Roopal P. Luhana

3

4

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

5

6

7

*Co-Lead Counsel for Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE RE: [PROPOSED] PTO NO. __
COMMON BEN. ORDER—TIME AND EXP. PROT.
MDL NO. 3084