# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## Northern District of California
# CIVIL MINUTES

| Date: February 22, 2024 | Time: 3:05 p.m.- 4:06 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| Case No.: 3:23-md-03084-CRB | Case Name: In re: Uber Technologies, Inc. v. | |

**For Plaintiff:** Sarah London, Lieff Cabraser Heimann & Bernstein LLP; Rachel Abrams, Peiffe Wolf Carr Kan Conway &Wise, LLP; Roopal Luhana, Chaffin Luhana LLP; An Truong, Simmons Hanly Conroy, counsel for Plaintiffs.

**For Defendants:** Jessica Phillips, Paul Weiss Rifkind Wharton Garrison LLP, counsel for Defendants

| **Deputy Clerk:** Brittany Sims | **Recorded via Zoom:** 3:05 p.m.- 4:06 p.m. |
|---|---|

## PROCEEDINGS

Discovery Hearing re Defendants' Motion to Enforce PTO No. 5 held (ECF 251). The parties are permitted until February 26, 2024, to file up to five examples of settlement agreements and protective orders pertaining to cases involving alleged sexual assaults by drivers using the Uber application. The parties may file this material with motions to seal.