1  RANDALL S. LUSKEY (SBN: 240915)
       rluskey@paulweiss.com
2  **PAUL, WEISS, RIFKIND, WHARTON**
       **& GARRISON LLP**
3  535 Mission Street, 24th Floor
   San Francisco, CA 94105
4  Telephone: (628) 432-5100
   Facsimile:  (628) 232-3101
5
   ROBERT ATKINS (*Pro Hac Vice* admitted)
6      ratkins@paulweiss.com
   CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
7      cgrusauskas@paulweiss.com
   ANDREA M. KELLER (*Pro Hac Vice* admitted)
8      akeller@paulweiss.com
   **PAUL, WEISS, RIFKIND, WHARTON**
9      **& GARRISON LLP**
   1285 Avenue of the Americas
10 New York, NY 10019
   Telephone: (212) 373-3000
11 Facsimile:  (212) 757-3990

12 *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.,
13 RASIER, LLC, and RASIER-CA, LLC

14 *[Additional Counsel Listed on Following Page]*

15

16                **UNITED STATES DISTRICT COURT**

17            **NORTHERN DISTRICT OF CALIFORNIA**

18                  **SAN FRANCISCO DIVISION**

19

20 | IN RE: UBER TECHNOLOGIES, INC., | Case No. 3:23-md-03084-CRB |
   | PASSENGER SEXUAL ASSAULT | |
21 | LITIGATION | **STIPULATION AND [PROPOSED] ORDER** |
   | | **EXTENDING TIME TO SUBMIT JOINT OR** |
22 | | **COMPETING DEPOSITION AND EXPERT** |
   | | **DISCOVERY PROTOCOLS** |
23 | This Document Relates to: | |
   | | |
24 | ALL ACTIONS | Judge:      Hon. Lisa J. Cisneros |
   | | Courtroom:  G – 15th Floor |
25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER                                   Case No. 3:23-md-03084-CRB

KYLE N. SMITH (*Pro Hac Vice* admitted)
  ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
  jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

SARAH R. LONDON (SBN 267083)
**LIEFF CABRASER HEIMANN &**
**BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
Email: slondon@lchb.com

RACHEL B. ABRAMS (SBN 209315)
**PEIFFER WOLF CARR KANE**
**CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

ROOPAL P. LUHANA *(Pro Hac Vice)*
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

STIPULATION AND [PROPOSED] ORDER                    Case No. 3:23-md-03084-CRB

1

**STIPULATION**

2      **WHEREAS,** on December 28, 2023, the Court established a schedule regarding discovery

3 and initial motions.  Pretrial Order No. 5, Dkt. No. 175;

4      **WHEREAS,** the Court ordered Plaintiffs' Liaison Counsel to meet and confer with Uber

5 regarding, among other things, a pre-trial order regarding the timing of deposition discovery, a

6 protocol for depositions, and expert discovery (the "Deposition and Expert Discovery Protocols")

7 that will be followed in this case.  Pretrial Order No. 5, Dkt. No. 175 at 4-5.  The Court further

8 ordered the parties to submit joint or competing Protocols by February 23, 2024.  *Id.*; and

9      **WHEREAS,** the parties have exchanged draft Deposition and Expert Discovery Protocols,

10 and met and conferred to discuss the issues in dispute, and agree that extending the deadline to

11 submit a joint or competing Protocols to February 27, 2024, will facilitate the efficient resolution

12 of those disputes and conserve judicial resources;

13      **THEREFORE,** the parties respectfully request the Court enter the parties' stipulation that:

14      By February 27, 2024, the parties shall submit a joint or competing Deposition and Expert

15 Discovery Protocols.  If the parties submit competing Deposition and Expert Discovery Protocols,

16 each shall submit its own proposed order regarding the timing of deposition discovery, a protocol

17 for depositions, and expert discovery with a memorandum (not to exceed 10 pages) explaining why

18 the Court should adopt that party's proposal.

19

20 **IT IS SO STIPULATED.**

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                                          Case No. 3:23-md-03084-CRB

Dated: February 23, 2024

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**

By: */s/ Randall S. Luskey*
    ROBERT ATKINS
    RANDALL S. LUSKEY
    KYLE N. SMITH
    JESSICA E. PHILLIPS
    CAITLIN E. GRUSAUSKAS
    ANDREA M. KELLER

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Dated: February 23, 2024

By: */s/ Sarah R. London*
    Sarah R. London (SBN 267083)
    **LIEFF CABRASER HEIMANN
    & BERNSTEIN**
    275 Battery Street, Fl. 29
    San Francisco, CA 94111
    Telephone: (415) 956-1000
    slondon@lchb.com

By: */s/  Rachel B. Abrams*
    Rachel B. Abrams (SBN 209315)
    **PEIFFER WOLF CARR KANE
    CONWAY & WISE, LLP**
    555 Montgomery Street, Suite 820
    San Francisco, CA 94111
    Telephone: (415) 426-5641
    rabrams@peifferwolf.com

By: */s/    Roopal P. Luhana*
    Roopal P. Luhana
    **CHAFFIN LUHANA LLP**
    600 Third Avenue, Floor 12
    New York, NY 10016
    Telephone: (888) 480-1123
    luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

- 4 -

**FILER'S ATTESTATION**

I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated:  February 23, 2024                        By:      */s/ Randall S. Luskey*
                                                                   Randall S. Luskey

STIPULATION AND [PROPOSED] ORDER                        Case No. 3:23-md-03084-CRB

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME TO SUBMIT JOINT OR COMPETING DEPOSITION AND EXPERT DISCOVERY PROTOCOLS** |
| ALL ACTIONS | |

The Court hereby GRANTS the parties' stipulation as follows:

By February 27, 2024, the parties shall submit a joint or competing Deposition and Expert Discovery Protocols.  If the parties submit competing protocols regarding the timing of deposition discovery, a protocol for depositions, and expert discovery, each shall submit its own proposed order regarding the timing of deposition discovery, a protocol for depositions, and expert discovery (not to exceed 10 pages) explaining why the Court should adopt that party's proposal.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____, 2024        _____
                                     HON. LISA J. CISNEROS
                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER                     Case No. 3:23-md-03084-CRB