1  RANDALL S. LUSKEY (SBN: 240915)
       rluskey@paulweiss.com
2  **PAUL, WEISS, RIFKIND, WHARTON**
       **& GARRISON LLP**
3  535 Mission Street, 24th Floor
   San Francisco, CA 94105
4  Telephone: (628) 432-5100
   Facsimile:  (628) 232-3101
5
   ROBERT ATKINS (*Pro Hac Vice* admitted)
6      ratkins@paulweiss.com
   CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
7      cgrusauskas@paulweiss.com
   ANDREA M. KELLER (*Pro Hac Vice* admitted)
8      akeller@paulweiss.com
   **PAUL, WEISS, RIFKIND, WHARTON**
9      **& GARRISON LLP**
   1285 Avenue of the Americas
10 New York, NY 10019
   Telephone: (212) 373-3000
11 Facsimile:  (212) 757-3990

12 *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.,
13 RASIER, LLC, and RASIER-CA, LLC

14 *[Additional Counsel Listed on Following Page]*

15

16                         **UNITED STATES DISTRICT COURT**

17                         **NORTHERN DISTRICT OF CALIFORNIA**

18                                **SAN FRANCISCO DIVISION**

19

| | |
|---|---|
| 20 IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SUBMIT JOINT OR COMPETING DEPOSITION AND EXPERT DISCOVERY PROTOCOLS** |
| This Document Relates to: | |
| ALL ACTIONS | Judge:      Hon. Lisa J. Cisneros |
| | Courtroom: G – 15th Floor |

- 1 -

| | | |
|---|---|---|
| 1 | KYLE N. SMITH (*Pro Hac Vice* admitted)<br>ksmith@paulweiss.com | SARAH R. LONDON (SBN 267083)<br>**LIEFF CABRASER HEIMANN &** |
| 2 | JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)<br>jphillips@paulweiss.com | **BERNSTEIN**<br>275 Battery Street, Fl. 29 |
| 3 | **PAUL, WEISS, RIFKIND, WHARTON<br>& GARRISON LLP** | San Francisco, CA 94111<br>Telephone: (415) 956-1000 |
| 4 | 2001 K Street, NW<br>Washington DC, 20006 | Email: slondon@lchb.com |
| 5 | Telephone: (202) 223-7300<br>Facsimile:  (202) 223-7420 | |
| 6 | | RACHEL B. ABRAMS (SBN 209315) |
| 7 | *Attorney for Defendants*<br>UBER TECHNOLOGIES, INC., | **PEIFFER WOLF CARR KANE<br>CONWAY & WISE, LLP** |
| 8 | RASIER, LLC, and RASIER-CA, LLC | 555 Montgomery Street, Suite 820<br>San Francisco, CA 94111 |
| 9 | | Telephone: (415) 426-5641<br>Email: rabrams@peifferwolf.com |
| 10 | | |
| 11 | | |
| 12 | | ROOPAL P. LUHANA *(Pro Hac Vice)*<br>**CHAFFIN LUHANA LLP** |
| 13 | | 600 Third Avenue, Fl. 12<br>New York, NY 10016 |
| 14 | | Telephone: (888) 480-1123<br>Email: luhana@chaffinluhana.com |
| 15 | | |
| 16 | | *Co-Lead Counsel for Plaintiffs* |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

## STIPULATION

**WHEREAS,** on December 28, 2023, the Court established a schedule regarding discovery and initial motions. Pretrial Order No. 5, Dkt. No. 175;

**WHEREAS,** the Court ordered Plaintiffs' Liaison Counsel to meet and confer with Uber regarding, among other things, a pre-trial order regarding the timing of deposition discovery, a protocol for depositions, and expert discovery (the "Deposition and Expert Discovery Protocols") that will be followed in this case. Pretrial Order No. 5, Dkt. No. 175 at 4-5. The Court further ordered the parties to submit joint or competing Protocols by February 23, 2024. *Id.*; and

**WHEREAS,** the parties have exchanged draft Deposition and Expert Discovery Protocols, and met and conferred to discuss the issues in dispute, and agree that extending the deadline to submit a joint or competing Protocols to February 27, 2024, will facilitate the efficient resolution of those disputes and conserve judicial resources;

**THEREFORE,** the parties respectfully request the Court enter the parties' stipulation that:

By February 27, 2024, the parties shall submit a joint or competing Deposition and Expert Discovery Protocols. If the parties submit competing Deposition and Expert Discovery Protocols, each shall submit its own proposed order regarding the timing of deposition discovery, a protocol for depositions, and expert discovery with a memorandum (not to exceed 10 pages) explaining why the Court should adopt that party's proposal.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: February 23, 2024 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 2 | | |
| 3 | | By: */s/ Randall S. Luskey*<br>     ROBERT ATKINS<br>     RANDALL S. LUSKEY |
| 4 | |     KYLE N. SMITH<br>     JESSICA E. PHILLIPS |
| 5 | |     CAITLIN E. GRUSAUSKAS<br>     ANDREA M. KELLER |
| 6 | | |
| 7 | | *Attorneys for Defendants*<br>UBER TECHNOLOGIES, INC., |
| 8 | | RASIER, LLC, and RASIER-CA, LLC |
| 9 | Dated: February 23, 2024 | By: */s/ Sarah R. London* |
| 10 | |     Sarah R. London (SBN 267083)<br>    **LIEFF CABRASER HEIMANN** |
| 11 | |     **& BERNSTEIN**<br>    275 Battery Street, Fl. 29 |
| 12 | |     San Francisco, CA 94111<br>    Telephone: (415) 956-1000 |
| 13 | |     slondon@lchb.com |
| 14 | | |
| 15 | | By: */s/  Rachel B. Abrams*<br>    Rachel B. Abrams (SBN 209315) |
| 16 | |     **PEIFFER WOLF CARR KANE**<br>    **CONWAY & WISE, LLP** |
| 17 | |     555 Montgomery Street, Suite 820<br>    San Francisco, CA 94111 |
| 18 | |     Telephone: (415) 426-5641<br>    rabrams@peifferwolf.com |
| 19 | | |
| 20 | | By: */s/   Roopal P. Luhana* |
| 21 | |     Roopal P. Luhana<br>    **CHAFFIN LUHANA LLP** |
| 22 | |     600 Third Avenue, Floor 12<br>    New York, NY 10016 |
| 23 | |     Telephone: (888) 480-1123<br>    luhana@chaffinluhana.com |
| 24 | | |
| 25 | | *Co-Lead Counsel for Plaintiffs* |
| 26 | | |
| 27 | | |
| 28 | | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED]** **ORDER GRANTING STIPULATION EXTENDING TIME TO SUBMIT JOINT OR COMPETING DEPOSITION AND EXPERT DISCOVERY PROTOCOLS** |

The Court hereby GRANTS the parties' stipulation as follows:

By February 27, 2024, the parties shall submit a joint or competing Deposition and Expert Discovery Protocols. If the parties submit competing protocols regarding the timing of deposition discovery, a protocol for depositions, and expert discovery, each shall submit its own proposed order regarding the timing of deposition discovery, a protocol for depositions, and expert discovery (not to exceed 10 pages) explaining why the Court should adopt that party's proposal.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: January 23, 2024

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE