1  RANDALL S. LUSKEY (SBN: 240915)
       rluskey@paulweiss.com
2  **PAUL, WEISS, RIFKIND, WHARTON**
       **& GARRISON LLP**
3  535 Mission Street, 24th Floor
   San Francisco, CA 94105
4  Telephone: (628) 432-5100
   Facsimile:  (628) 232-3101
5
   ROBERT ATKINS (*Pro Hac Vice* admitted)
6      ratkins@paulweiss.com
   CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
7      cgrusauskas@paulweiss.com
   ANDREA M. KELLER (*Pro Hac Vice* admitted)
8      akeller@paulweiss.com
   **PAUL, WEISS, RIFKIND, WHARTON**
9      **& GARRISON LLP**
   1285 Avenue of the Americas
10 New York, NY 10019
   Telephone: (212) 373-3000
11 Facsimile:  (212) 757-3990

12 *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.,
13 RASIER, LLC, and RASIER-CA, LLC

14 *[Additional Counsel Listed on Following Page]*

15
16                  **UNITED STATES DISTRICT COURT**
17                  **NORTHERN DISTRICT OF CALIFORNIA**
18                       **SAN FRANCISCO DIVISION**
19

| 20 | IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
|---|---|---|
| 21 | | **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S PROPOSED ESI PROTOCOL** |
| 22 | | |
| 23 | This Document Relates To: | |
| 24 | ALL ACTIONS | |
| 25 | | Judge:    Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

26
27
28

-ii-

1 | KYLE N. SMITH (*Pro Hac Vice* admitted)
       ksmith@paulweiss.com
2 | JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
       jphillips@paulweiss.com
3 | **PAUL, WEISS, RIFKIND, WHARTON**
       **& GARRISON LLP**
4 | 2001 K Street, NW
Washington DC, 20006
5 | Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively "Uber"), respectfully submit this Notice of Supplemental Authority in Support of their Proposed ESI Protocol, ECF No. 262-2. Attached hereto as Exhibit A is a copy of a recent order issued in the United Sates District Court for the Northern District of California by Magistrate Judge Peter Kang regarding the parties' ESI protocol disputes in *In re Social Media Adolescent Addition/Personal Injury Products Liability Litigation*, Case No. 4:22-md-3047-YGR (PHK), ECF No. 623.

DATED: February 23, 2024

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:  /s/ Randall S. Luskey
RANDALL S. LUSKEY
ROBERT ATKINS

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC