1  RANDALL S. LUSKEY (SBN: 240915)
       rluskey@paulweiss.com
2  **PAUL, WEISS, RIFKIND, WHARTON**
       **& GARRISON LLP**
3  535 Mission Street, 24th Floor
   San Francisco, CA 94105
4  Telephone: (628) 432-5100
   Facsimile:  (628) 232-3101
5
   ROBERT ATKINS (*Pro Hac Vice* admitted)
6      ratkins@paulweiss.com
   CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
7      cgrusauskas@paulweiss.com
   ANDREA M. KELLER (*Pro Hac Vice* admitted)
8      akeller@paulweiss.com
   **PAUL, WEISS, RIFKIND, WHARTON**
9      **& GARRISON LLP**
   1285 Avenue of the Americas
10 New York, NY 10019
   Telephone: (212) 373-3000
11 Facsimile:  (212) 757-3990

12 *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.,
13 RASIER, LLC, and RASIER-CA, LLC

14 *[Additional Counsel Listed on Following Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-MD-3084-CRB<br><br>**DECLARATION OF KYLE SMITH IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PTO NO. 5**<br><br>Hearing Date: February 29, 2024<br>Hearing Time: 2:30 p.m.<br><br>Judge:        Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

-ii-

KYLE N. SMITH (*Pro Hac Vice* admitted)
 ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
 jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# DECLARATION OF KYLE SMITH

I, Kyle Smith, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Arlington, Virginia. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Uber's") Opposition to Plaintiff's Motion to Enforce PTO No. 5 Related to Government Investigation Documents.

2. On January 31, 2024, Uber produced documents responsive to Paragraph 6B of the Court's Pretrial Order No. 5 ("PTO No. 5") that it had identified for production as of that time, including documents produced in response to five government inquiries covered by Paragraph 6B of PTO No. 5. A copy of the cover letter for this production is attached hereto as **Exhibit 1**.

3. Uber has continued to search for documents responsive to Paragraph 6B since its January 31, 2024 production.

4. The parties held a meet and confer on February 7, 2024, in which Plaintiffs raised certain concerns about Uber's production, and Uber indicated that its search efforts to identify documents responsive to Paragraph 6B were ongoing. Following that meet and confer, Uber provided written correspondence to Plaintiffs dated February 8, 2024 addressing Plaintiffs' concerns. A copy of that letter was attached as Exhibit A to Uber's Opposition to Plaintiffs' Motion to Shorten Time, ECF. No. 266-2.

5. A copy of counsel for Plaintiffs' email to counsel for Uber dated February 8, 2024 was attached as Exhibit B to Uber's Opposition to Plaintiffs' Motion to Shorten Time, ECF No. 266-3.

6. A copy of the email exchange between counsel for Plaintiffs and counsel for Uber dated February 9, 2024 was attached as Exhibit C to Uber's Opposition to Plaintiffs' Motion to Shorten Time, ECF No. 266-4.

7. Following receipt of Uber's February 8 meet and confer letter, which included an offer to meet and confer further, Plaintiffs did not accept Uber's offer to engage in a further meet and confer. At no point after Uber sent its February 8 letter did Plaintiffs provide Uber with a list

-1-

DECLARATION OF KYLE SMITH IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PTO NO. 5        CASE NO. 3:23-MD-3084-CRB

of investigations or inquiries that Plaintiffs believe are encompassed by Paragraph 6B of PTO 6, but that are omitted from the list Uber provided.

8. On February 8, February 12, February 13, and February 14, 2024, Uber produced multiple additional documents to Plaintiffs, totaling approximately 1,800 pages, responsive to Paragraph 6B.

 a. The February 8 production consisted of approximately 250 pages of documents previously produced to the Massachusetts Department of Public Utilities ("DPU") in response to the Inquiry Regarding Transportation Network Company (TNC) Complaint Reporting (D.P.U. Docket 23-33). A copy of the cover letter for this production is attached hereto as **Exhibit 2**.

 b. The February 12 production consisted of Uber's Response to the Iowa DOT 2018 Inquiry. A copy of the cover letter for this production is attached hereto as **Exhibit 3**.

 c. The February 13 production consisted of over 1,500 pages of documents provided to the California Public Utilities Commission ("CPUC") in response to the CPUC Request for Information Related to Training Documents and Investigative Policies dated February 12, 2024. A copy of the cover letter for this production is attached hereto as **Exhibit 4**.

 d. The February 14 production consisted of Uber's Response to the Iowa DOT 2019 Inquiry. A copy of the cover letter for this production is attached as **Exhibit 5**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 23, 2024, in Washington, D.C.

Kyle Smith