# EXHIBIT 2

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS        NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(202) 223-7338

WRITER'S DIRECT FACSIMILE
(202) 315-3802

WRITER'S DIRECT E-MAIL ADDRESS
jphillips@paulweiss.com

February 8, 2024

**VIA EMAIL**

Sarah R. London
Lieff Cabraser Heimann & Bernstein
275 Battery Street, Fl. 29
San Francisco, CA 94111
Slondon@lchb.com

Rachel B. Abrams
Peiffer Wolf Carr Kane Conway & Wise, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Rabrams@peifferwolf.com

Roopal P. Luhana, Esq.
Chaffin Luhana LLP
600 Third Avenue, F. 12
New York, NY 10016
Luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

        Re:    *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*, Pretrial Order No. 5 Document Production

Dear Plaintiffs' Co-Lead Counsel:

      On behalf of our clients, Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"), we are producing documents via secure file transfer in response to Judge Breyer's Pretrial Order No. 5: Discovery Schedule and Initial Motions dated December 28, 2023.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

The documents have been marked with Bates numbers UBER-MDL3084-000000359-UBER-MDL3084-000001287.

Uber reserves the right to amend, supplement, correct, or modify the information contained herein and in the associated documents, if and as we obtain additional information.

By: /s/ Jessica Phillips

Jessica Phillips
2001 K Street, NW
Washington, DC 20006-1047
+1 202 223 7338
jphillips@paulweiss.com