# EXHIBIT 3

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS   NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

WRITER'S DIRECT DIAL NUMBER

(202) 223-7407

WRITER'S DIRECT FACSIMILE

(202) 379-4099

WRITER'S DIRECT E-MAIL ADDRESS

ksmith@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

February 12, 2024

**VIA EMAIL**

Sarah R. London
Lieff Cabraser Heimann & Bernstein
275 Battery Street, Fl. 29
San Francisco, CA 94111
Slondon@lchb.com

Rachel B. Abrams
Peiffer Wolf Carr Kane Conway & Wise, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Rabrams@peifferwolf.com

Roopal P. Luhana, Esq.
Chaffin Luhana LLP
600 Third Avenue, F. 12
New York, NY 10016
Luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

        Re:    *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*, Pretrial Order No. 5

Dear Plaintiffs' Co-Lead Counsel:

      On behalf of our clients, Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"), we are producing documents via secure file transfer in response to Judge Breyer's Pretrial Order No. 5: Discovery Schedule and Initial Motions dated December 28, 2023. The documents have been marked with Bates numbers UBER-MDL3084-000001289-UBER-

**HIGHLY CONFIDENTIAL**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

MDL3084-000001294.  This production has been marked confidential and Uber has redacted information contained in these documents that does not pertain to the subject matter set out in Pretrial Order No. 5, Paragraph 6(B).

Uber reserves the right to amend, supplement, correct, or modify the information contained herein and in the associated documents, if and as we obtain additional information.

By: /s/ Kyle Smith

Kyle Smith
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7407
ksmith@paulweiss.com