UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-MD-3084-CRB<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO ENFORCE PTO NO. 5 RELATED TO GOVERNMENT INVESTIGATION DOCUMENTS**<br><br>Judge:        Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

Having considered Plaintiffs' Motion to Enforce PTO No. 5 Related to Government Investigation Documents, (the "Motion"), all other papers and evidence submitted in support and opposition, the pertinent pleadings and papers on file in this action, and the arguments of counsel, and all other matters presented to the Court, it is hereby **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: _____, 2024

HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE