UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ARIANE CUNNINGHAM**,

Plaintiff(s),

v.

**UBER TECHNOLOGIES, INC., RASIER, LLC., and DOES 1 through 50**,

Defendant(s).

Case No. **3:23-md-03084-CRB**

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, **Eric Chaffin**, an active member in good standing of the bar of **the State of New York**, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: **Ariane Cunningham** in the above-entitled action. My local co-counsel in this case is **N/A**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: **N/A**.

| | |
|---|---|
| 600 Third Ave., 12th Floor New York, New York 10016 | N/A |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (347) 269-4460 | N/A |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| chaffin@chaffinluhana.com | N/A |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **4148136**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court **0** times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

_____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE