IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF SARAH R. LONDON IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

I, Sarah R. London, declare:

1. I am an attorney in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, appointed Co-Lead counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein

2. Because the materials at issue were designated confidential by the parties in other matters, Plaintiffs filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit A to the London Decl. | Confidential settlement agreement and release of all claims between Uber and Peiffer Wolf client[1] | Uber |
| Exhibit B to the London Decl. | Exemplar confidential settlement and release of all claims agreement with Uber | Uber |

---

[1] The plaintiff's personal identifying information has been redacted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of February, 2024 in Park City, Utah.

                */s/ Sarah R. London*
                    Sarah R. London