1  [Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**RESPONSE TO MINUTE ENTRY FOLLOWING FEBRUARY 22, 2024 DISCOVERY HEARING** |

Following the February 22, 2024 Discovery Hearing regarding Uber's Motion to Modify PTO No. 5, the Court invited the parties to file "examples of settlement agreements and protective orders pertaining to cases involving alleged sexual assaults by drivers using the Uber application." ECF No. 283. Attached to this Response as Exhibits A and B are two such examples of protective orders for the Court's consideration. Plaintiffs also provide examples of such settlement agreements, filed separately under seal.

Dated: February 26, 2024

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
slondon@lchb.com

- 1 -

ADMIN MOT. TO SEAL
CASE NO. 23-MD-03084-CRB

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com


By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*