| | |
|---|---|
| 1 | RANDALL S. LUSKEY (SBN: 240915) |
|   | rluskey@paulweiss.com |
| 2 | **PAUL, WEISS, RIFKIND, WHARTON** |
|   | **& GARRISON LLP** |
| 3 | 535 Mission Street, 24th Floor |
|   | San Francisco, CA 94105 |
| 4 | Telephone: (628) 432-5100 |
|   | Facsimile:  (628) 232-3101 |
| 5 | |
| 6 | ROBERT ATKINS (*Pro Hac Vice* admitted) |
|   | ratkins@paulweiss.com |
|   | CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted) |
| 7 | cgrusauskas@paulweiss.com |
|   | ANDREA M. KELLER (*Pro Hac Vice* admitted) |
| 8 | akeller@paulweiss.com |
|   | **PAUL, WEISS, RIFKIND, WHARTON** |
| 9 | **& GARRISON LLP** |
|   | 1285 Avenue of the Americas |
| 10 | New York, NY 10019 |
|   | Telephone: (212) 373-3000 |
| 11 | Facsimile:  (212) 757-3990 |

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br><br> This Document Relates to: <br><br> ALL ACTIONS | Case No. 3:23-md-03084-CRB <br><br> **DECLARATION OF RANDALL S. LUSKEY IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL AGREEMENTS AND RELATED MATERIALS PROVIDED TO THE COURT PURSUANT TO THE FEBRUARY 22, 2024 ORDER** <br><br> Judge:      Hon. Lisa J. Cisneros <br> Courtroom:  G – 15th Floor <br><br> *(Filed Concurrently with Administrative Motion to Seal, Notice of Lodging, and [Proposed] Order)* |

-ii-

1  KYLE N. SMITH (*Pro Hac Vice* admitted)
      ksmith@paulweiss.com
2  JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
      jphillips@paulweiss.com
3  **PAUL, WEISS, RIFKIND, WHARTON
      & GARRISON LLP**
4  2001 K Street, NW
   Washington DC, 20006
5  Telephone: (202) 223-7300
   Facsimile:  (202) 223-7420
6
   *Attorney for Defendants*
7  UBER TECHNOLOGIES, INC.,
   RASIER, LLC, and RASIER-CA, LLC

**DECLARATION OF RANDALL S. LUSKEY**

I, Randall S. Luskey, declare as follows:

1. I am a partner at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, representing Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Uber"). I am a member in good standing of the Bar of the State of California. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2. I respectfully make this declaration in support of Uber's Administrative Motion to seal Exhibit A containing confidential settlement agreements and stipulated protective orders from other court cases that were lodged with the Court on February 26, 2024, pursuant to Civil Local Rules 7-11 and 79-5. I have reviewed Exhibit A filed in connection with the Administrative Motion to Seal.

3. The Exhibit A materials include personal identifying information of non-parties involved in other unrelated cases and financial information relating to the non-parties.

4. The language contained in the confidential agreements submitted to the Court contain clear language evidencing an intent to maintain the agreements as confidential between the parties.

5. The materials in Exhibit A contain confidential information that would cause harm if publicly disseminated.

6. Uber files redacted versions of these confidential agreements under seal pursuant to the Court's express instruction at the February 22, 2024 hearing. *See* Tr. at 45:11–15;[1] *see also* Minute Entry, 3:23-md-3084-CRB, ECF No. 283 (Feb. 22, 2024) ("The parties may file this material with motions to seal."). Because this motion for leave to file under seal is made in accordance with express Court instruction, Uber has not endeavored to obtain a stipulation from Plaintiffs.

---

[1] "MAGISTRATE JUDGE CISNEROS: So just for clarity, if you all could file … File under seal, you know, one to five exemplars of these confidentiality provisions. And I would prefer to get the entire settlement agreement with the identifying information redacted."

-1-

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.

4  DATED: February 26, 2024          */s/ Randall S. Luskey*
                                                           Randall S. Luskey