1  RANDALL S. LUSKEY (SBN: 240915)
       rluskey@paulweiss.com
2  **PAUL, WEISS, RIFKIND, WHARTON**
       **& GARRISON LLP**
3  535 Mission Street, 24th Floor
   San Francisco, CA 94105
4  Telephone: (628) 432-5100
   Facsimile:  (628) 232-3101
5
   ROBERT ATKINS (*Pro Hac Vice* admitted)
6      ratkins@paulweiss.com
   CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
7      cgrusauskas@paulweiss.com
   ANDREA M. KELLER (*Pro Hac Vice* admitted)
8      akeller@paulweiss.com
   **PAUL, WEISS, RIFKIND, WHARTON**
9      **& GARRISON LLP**
   1285 Avenue of the Americas
10 New York, NY 10019
   Telephone: (212) 373-3000
11 Facsimile:  (212) 757-3990

12 *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.,
13 RASIER, LLC, and RASIER-CA, LLC

14 *[Additional Counsel Listed on Following Page]*

15

**UNITED STATES DISTRICT COURT**

16

**NORTHERN DISTRICT OF CALIFORNIA**

17

**SAN FRANCISCO DIVISION**

18

| 19 | IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-3084-CRB |
|---|---|---|
| 20 | | |
| 21 | | **NOTICE OF LODGING OF CONFIDENTIAL AGREEMENTS AND RELATED MATERIALS PROVIDED TO THE COURT PURSUANT TO THE FEBRUARY 22, 2024 ORDER** |
| 22 | This Document Relates to: | |
| 23 | ALL ACTIONS | |
| 24 | | Judge:    Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |
| 25 | | *(Filed Concurrently with Administrative Motion to Seal, Declaration of Randall S. Luskey, and [Proposed] Order)* |
| 26 | | |
| 27 | | |
| 28 | | |

-i-

-ii-

KYLE SMITH (*Admitted Pro Hac Vice*)
    ksmith@paulweiss.com
JESSICA PHILLIPS (*Admitted Pro Hac Vice*)
    jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP**
2001 "K" Street, NW
Washington, DC 20006
Telephone: (202) 223-7300

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.; RASIER, LLC;
and RASIER-CA, LLC

# NOTICE OF LODGING

Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Uber") hereby provide the Court with a copy of the Settlement Agreement and Protective Orders, along with related documents, lodged with the Court on February 26, 2024 pursuant to the Court's February 22, 2024 Order (ECF No. 283). Those materials are attached as **Exhibit A** to this Notice.

This Notice is filed concurrently with an Administrative Motion to Seal in accordance with the Court's instruction during the February 22, 2024 hearing. *See* Tr. at 45:11-15;[1] *see also* Minute Entry, 3:23-md-3084-CRB, ECF No. 283 (Feb. 22, 2024) ("The parties may file this material with motions to seal.").

DATED: February 26, 2024

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:  /s/ *Randall S. Luskey*
RANDALL S. LUSKEY
ROBERT ATKINS

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

---

[1] "MAGISTRATE JUDGE CISNEROS: So just for clarity, if you all could file … File under seal, you know, one to five exemplars of these confidentiality provisions. And I would prefer to get the entire settlement agreement with the identifying information redacted."