1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL AGREEMENTS AND RELATED MATERIALS PROVIDED TO THE COURT PURSUANT TO THE FEBRUARY 22, 2024 ORDER**<br><br>Judge:        Hon. Lisa J. Cisneros<br>Courtroom:    G – 15th Floor |

# [PROPOSED] ORDER

Having considered Defendants' February 26, 2024 Administrative Motion to Seal related to Exhibit A of Defendants' Notice of Lodging of Confidential Agreements and Related Materials Provided to the Court Pursuant to the February 22, 2024 Order, the Court hereby **ORDERS** that the following materials remain under seal:

| Document |
| --- |
| Exhibit A to Defendants' Notice of Lodging of Confidential Agreements and Related Materials Provided to the Court Pursuant to the February 22, 2024 Order. |

**IT IS SO ORDERED.**

Dated: _____

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE