1 | RANDALL S. LUSKEY (SBN: 240915)
       rluskey@paulweiss.com
2 | **PAUL, WEISS, RIFKIND, WHARTON**
       **& GARRISON LLP**
3 | 535 Mission Street, 24th Floor
    San Francisco, CA 94105
4 | Telephone: (628) 432-5100
    Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
    ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
    cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
    akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
    **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

[*Additional Counsel Listed on Following Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-3084-CRB<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:        Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor<br><br>*(Filed Concurrently with Administrative Motion to Seal, Declaration of Randall S. Luskey, Notice of Lodging of Materials, and [Proposed] Order)* |

| | |
|---|---|
| 1 | KYLE SMITH (*Admitted Pro Hac Vice*) |
| | ksmith@paulweiss.com |
| 2 | JESSICA PHILLIPS (*Admitted Pro Hac Vice*) |
| | jphillips@paulweiss.com |
| 3 | **PAUL, WEISS, RIFKIND, WHARTON** |
| | **& GARRISON LLP** |
| 4 | 2001 "K" Street, NW |
| | Washington, DC 20006 |
| 5 | Telephone: (202) 223-7300 |
| 6 | |
| | *Attorneys for Defendants* |
| 7 | UBER TECHNOLOGIES, INC.; RASIER, LLC; and RASIER-CA, LLC |

-ii-

| | |
|---|---|
| CERTIFICATE OF SERVICE | Case No. 3:23-md-3084 |

# CERTIFICATE OF SERVICE

I, Randall S. Luskey, declare that I am a citizen of the United States and employed in the City and County of San Francisco, CA. I am over the age of 18 and not a party to this action. I am a Partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP and my business address is 535 Mission Street, 24th Floor, San Francisco, CA 94105.

I further declare that on February 26, 2024, a true and correct copy of the UNREDACTED version of the following document:

**EXHIBIT A TO DEFENDANTS' NOTICE OF LODGING OF CONFIDENTIAL AGREEMENTS AND RELATED MATERIALS PROVIDED TO THE COURT PURSUANT TO THE FEBRUARY 22, 2024 ORDER**

was served pursuant to Civil L.R. 5(a) by providing a true copy thereof addressed to each of the persons named below:

| | |
|---|---|
| Sarah R. London<br>**LIEFF CABRASER<br>HEIMANN & BERNSTEIN**<br>275 Battery Street, Floor 29<br>San Francisco, CA 94111<br>Email: slondon@lchb.com | Rachel B. Abrams<br>**PEIFFER WOLF CARR KANE<br>CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Email: rabrams@peifferwolf.com |

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 26, 2024, at San Francisco, California.

*/s/ Randall S. Luskey*
Randall S. Luskey