RANDALL S. LUSKEY (SBN: 240915)
 rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
 ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
 cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
 akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS' RULE 26 INITIAL DISCLOSURES**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

| | |
|---|---|
| KYLE N. SMITH (*Pro Hac Vice* admitted)<br>　ksmith@paulweiss.com<br>JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)<br>　jphillips@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON<br>　& GARRISON LLP**<br>2001 K Street, NW<br>Washington DC, 20006<br>Telephone: (202) 223-7300<br>Facsimile:  (202) 223-7420<br><br>*Attorney for Defendants*<br>UBER TECHNOLOGIES, INC.,<br>RASIER, LLC, and RASIER-CA, LLC | SARAH R. LONDON (SBN 267083)<br>**LIEFF CABRASER HEIMANN &<br>BERNSTEIN**<br>275 Battery Street, Fl. 29<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Email: slondon@lchb.com<br><br>RACHEL B. ABRAMS (SBN 209315)<br>**PEIFFER WOLF CARR KANE<br>CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: (415) 426-5641<br>Email: rabrams@peifferwolf.com<br><br>ROOPAL P. LUHANA *(Pro Hac Vice)*<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Fl. 12<br>New York, NY 10016<br>Telephone: (888) 480-1123<br>Email: luhana@chaffinluhana.com<br><br>*Co-Lead Counsel for Plaintiffs* |

**STIPULATION**

**WHEREAS,** on December 28, 2023, the Court established a schedule regarding discovery and initial motions. Pretrial Order No. 5, Dkt. No. 175;

**WHEREAS,** the Court ordered Defendants to serve their Rule 26 Initial Disclosures by February 29, 2024. *Id*. at 3;

**WHEREAS**, the parties have met and conferred to discuss the current deadline, and agree to additional time for Defendants to review the relevant documentation and information necessary to satisfy their initial disclosure obligations. This change will not alter the date of any other event or deadline already fixed by Court order; and

**WHEREAS,** the parties agree to a one-week extension for Defendants to serve their Rule 26 Initial Disclosures to March 7, 2024;

**THEREFORE,** the parties respectfully request the Court enter the parties' stipulation that: Defendants shall serve their Rule 26 Initial Disclosures by March 7, 2024.

**IT IS SO STIPULATED.**

Dated: February 27, 2024

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Randall S. Luskey*
  ROBERT ATKINS
  RANDALL S. LUSKEY
  KYLE N. SMITH
  JESSICA E. PHILLIPS
  CAITLIN E. GRUSAUSKAS
  ANDREA M. KELLER

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

| | |
|---|---|
| Dated: February 27, 2024 | By: */s/ Sarah R. London*<br>Sarah R. London (SBN 267083)<br>**LIEFF CABRASER HEIMANN & BERNSTEIN**<br>275 Battery Street, Fl. 29<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>slondon@lchb.com |
| | By: */s/ Rachel B. Abrams*<br>Rachel B. Abrams (SBN 209315)<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: (415) 426-5641<br>rabrams@peifferwolf.com |
| | By: */s/ Roopal P. Luhana*<br>Roopal P. Luhana<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Floor 12<br>New York, NY 10016<br>Telephone: (888) 480-1123<br>luhana@chaffinluhana.com |

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated:  February 27, 2024					By:	*/s/ Randall S. Luskey*
								Randall S. Luskey

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANTS' RULE 26 INITIAL DISCLOSURES** |
|---|---|

The Court hereby GRANTS the parties' stipulation as follows:

Defendants shall serve their Rule 26 Initial Disclosures by March 7, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____, 2024

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE