**THE WAGSTAFF LAW FIRM, PC**
Aimee Wagstaff, (SBN 278480)
Kathryn Forgie (SBN 110404)
Sommer D. Luther (CO Bar #35053)*
1901 Harrison Street, STE 1100
Oakland, CA 94612
Tel: (303) 376-6360
Fax: (303) 376-6361
awagstaff@wagstafflawfirm.com
kforgie@wagstafflawfirm.com
sluther@wagstafflawfirm.com
*Admitted Pro Hac Vice

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| *This document relates to:*<br><br>JANE DOE T.T.,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., & RASIER, LLC.,<br><br>Defendants. | **NOTICE OF FILING OF NEW ACTION** |

     Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on February 14, 2024.

Dated: February 27, 2024

**THE WAGSTAFF LAW FIRM, PC**
Aimee Wagstaff, (SBN 278480)
Kathryn Forgie (SBN 110404)
Sommer D. Luther (CO Bar #35053)*
1901 Harrison Street, STE 1100
Oakland, CA 94612
Tel: (303) 376-6360
Fax: (303) 376-6361
awagstaff@wagstafflawfirm.com
kforgie@wagstafflawfirm.com
sluther@wagstafflawfirm.com
*Admitted Pro Hac Vice*

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2024, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Sommer D. Luther*

Sommer D. Luther

CASE NO. 3:23-md-03084-CRB                                    NOTICE OF FILING OF NEW ACTION