**THE WAGSTAFF LAW FIRM, PC**
Aimee Wagstaff, (SBN 278480)
Kathryn Forgie (SBN 110404)
Sommer D. Luther (CO Bar #35053)*
1901 Harrison Street, STE 1100
Oakland, CA 94612
Tel: (303) 376-6360
Fax: (303) 376-6361
awagstaff@wagstafflawfirm.com
kforgie@wagstafflawfirm.com
sluther@wagstafflawfirm.com
*Admitted Pro Hac Vice

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| *This document relates to:*<br><br>JANE DOE S.W.,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLIGIES, INC., & RASIER, LLC.,<br><br>Defendants. | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on February 14, 2024.

| | |
|---|---|
| Dated: February 27, 2024 | **THE WAGSTAFF LAW FIRM, PC**<br>Aimee Wagstaff, (SBN 278480)<br>Kathryn Forgie (SBN 110404)<br>Sommer D. Luther (CO Bar #35053)*<br>1901 Harrison Street, STE 1100<br>Oakland, CA 94612<br>Tel: (303) 376-6360<br>Fax: (303) 376-6361<br>awagstaff@wagstafflawfirm.com<br>kforgie@wagstafflawfirm.com<br>sluther@wagstafflawfirm.com<br>*Admitted Pro Hac Vice*<br><br>*Counsel for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2024, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Sommer D. Luther*

Sommer D. Luther