1
2
3
4
5
6
7                              UNITED STATES DISTRICT COURT

8                          NORTHERN DISTRICT OF CALIFORNIA

9                              SAN FRANCISCO DIVISION

10

11   | IN RE: UBER TECHNOLOGIES, INC., | Case No. 3:23-md-03084-CRB |
12   | PASSENGER SEXUAL ASSAULT LITIGATION | **ORDER GRANTING STIPULATION EXTENDING TIME** |
13   | This Document Relates to: | **FOR DEFENDANTS' RULE 26 INITIAL DISCLOSURES** |
14   | ALL ACTIONS | |
15
16

17   The Court hereby GRANTS the parties' stipulation as follows:

18          Defendants shall serve their Rule 26 Initial Disclosures by March 7, 2024.

19

20          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

22   Date: February 27, 2024                _____

23                                          HON. LISA J. CISNEROS
                                            UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28