RANDALL S. LUSKEY (SBN: 240915)
    rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
    **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
    ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
    cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
    akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
    **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**NOTICE OF APPEARANCE OF MICHAEL B. SHORTNACY** |
| This Document Relates to:<br><br>ALL ACTIONS | Judge:         Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

---

NOTICE OF APPEARANCE
OF MICHAEL B. SHORTNACY                                        Case No. 3:23-md-3084-CRB

-ii-

1  KYLE N. SMITH (*Pro Hac Vice* admitted)
     ksmith@paulweiss.com
2  JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
     jphillips@paulweiss.com
3  **PAUL, WEISS, RIFKIND, WHARTON
     & GARRISON LLP**
4  2001 K Street, NW
   Washington DC, 20006
5  Telephone: (202) 223-7300
   Facsimile: (202) 223-7420

7  PATRICK OOT (*Pro Hac Vice* forthcoming)
     oot@shb.com
8  **SHOOK, HARDY & BACON L.L.P.**
   1800 K St NW #1000
9  Washington, DC 20006
   Telephone:    (202) 783-8400
10 Facsimile:    (202) 783-4211

12 MICHAEL B. SHORTNACY (SBN 277035)
     mshortnacy@shb.com
   **SHOOK, HARDY & BACON L.L.P.**
13 2049 Century Park East, Suite 3000
   Los Angeles, CA 90067
14 Telephone:    (424) 324-3494
   Facsimile:    (424) 204-9093

17 *Attorney for Defendants*
   UBER TECHNOLOGIES, INC.,
   RASIER, LLC, and RASIER-CA, LLC

NOTICE OF APPEARANCE
OF MICHAEL B. SHORTNACY                                Case No. 3:23-md-3084-CRB

TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:

Please take Notice that Michael B. Shortnacy of Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendants Uber Technologies Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber") in Case No. 3:23-cv05898-CRB, and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above captioned matter, be provided and served upon:

> Michael B. Shortnacy
> **SHOOK, HARDY & BACON L.L.P.**
> 2049 Century Park East, Suite 3000
> Los Angeles, CA 90067
> Telephone:   (424) 324-3494
> Facsimile:   (424) 204-9093
> Email: mshortnacy@shb.com

DATED: February 28, 2024

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Michael B. Shortnacy*
    Michael B. Shortnacy

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC