```
 1  RANDALL S. LUSKEY (SBN: 240915)
        rluskey@paulweiss.com
 2  PAUL, WEISS, RIFKIND, WHARTON
        & GARRISON LLP
 3  535 Mission Street, 24th Floor
    San Francisco, CA 94105
 4  Telephone: (628) 432-5100
    Facsimile:  (628) 232-3101
 5
    ROBERT ATKINS (Pro Hac Vice admitted)
 6      ratkins@paulweiss.com
    CAITLIN E. GRUSAUSKAS (Pro Hac Vice admitted)
 7      cgrusauskas@paulweiss.com
    ANDREA M. KELLER (Pro Hac Vice admitted)
 8      akeller@paulweiss.com
    PAUL, WEISS, RIFKIND, WHARTON
 9      & GARRISON LLP
    1285 Avenue of the Americas
10  New York, NY 10019
    Telephone: (212) 373-3000
11  Facsimile:  (212) 757-3990

12  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.,
13  RASIER, LLC, and RASIER-CA, LLC

14  [Additional Counsel Listed on Following Page]
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**NOTICE OF ATTACHMENT OF CERTIFICATES OF GOOD STANDING FOR APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (DKT. 302)** |

| | |
|---|---|
| 1 | KYLE N. SMITH (*Pro Hac Vice* admitted) |
|   |   ksmith@paulweiss.com |
| 2 | JESSICA E. PHILLIPS (*Pro Hac Vice* admitted) |
|   |   jphillips@paulweiss.com |
| 3 | **PAUL, WEISS, RIFKIND, WHARTON** |
|   |   **& GARRISON LLP** |
| 4 | 2001 K Street, NW |
|   | Washington DC, 20006 |
| 5 | Telephone: (202) 223-7300 |
|   | Facsimile:  (202) 223-7420 |

PATRICK OOT (*Pro Hac Vice* pending)
  oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St NW #1000
Washington, DC 20006
Telephone:     (202) 783-8400
Facsimile:     (202) 783-4211

MICHAEL B. SHORTNACY (SBN 277035)
  mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone:     (424) 324-3494
Facsimile:     (424) 204-9093

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

1  TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:

2  The undersigned applicant for counsel *pro hac vice* hereby submits the attached certificates

3  of good standing in reference to the application filed with this Court on February 28, 2024.

5  DATED: February 29, 2024

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Patrick Oot*
    Patrick Oot

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

-1-
NOTICE OF ATTACHMENTS　　　　　　　　　　　　　　　　　　　　　Case No. 3:23-md-3084-CRB