# UNITED STATES DISTRICT COURT
## District of Massachusetts

**CERTIFICATE OF**

**GOOD STANDING**

I, Robert M. Farrell, Clerk of this Court, certify that **Patrick Leo Oot**, Bar **651747**, was duly admitted to practice in this Court on **November 01, 2016**, and is in good standing as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **February 27, 2024**



**Robert M. Farrell**
CLERK