[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | MDL No. 3084<br><br>**RESPONSE TO FEBRUARY 27, 2024 COURT ORDER ON MOTIONS TO SEAL** |

On February 29, 2024, the Court denied without prejudice Plaintiffs' February 27, 2024 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, and ordered Plaintiffs to filed a renewed motion. ECF 305 (order); ECF 298 (motion). In lieu of a renewed motion, Plaintiffs respectfully submit this response.

Plaintiffs' Administrative Motion sought to file under seal Plaintiffs' Response to Defendants' Argument in Connection with Filing of Settlement Agreements and Protective Orders. Plaintiffs file this document under seal only because it refers to and quotes documents that Uber earlier filed under seal. Plaintiff's Motion expressly took no position on whether the material actually merited sealing, noting that: "Under Local Rule 79-5(f)(3), Defendants bear the responsibility to establish that all of the designated material is sealable." ECF 305.

Plaintiffs therefore do not take any position on whether their Administrative Motion should be granted. For that reason, Plaintiffs are unable to file a renewed motion and respectfully direct the Court to Uber's forthcoming response to the Court's Order.

| | | |
|---|---|---|
| 1 | Dated: February 29, 2024 | Respectfully submitted, |
| 2 | | By: */s/ Sarah R. London* |
| 3 | | Sarah R. London (SBN 267093) |
| 4 | | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 5 | | 275 Battery Street, 29th Floor |
| | | San Francisco, CA 94111-3339 |
| 6 | | Telephone: (415) 956-1000 |
| 7 | | Facsimile: (415) 956-1008 |
| | | slondon@lchb.com |
| 8 | | |
| 9 | | By: */s/ Rachel B. Abrams* |
| | | Rachel B. Abrams (SBN 209316) |
| 10 | | |
| 11 | | **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP** |
| 12 | | 555 Montgomery Street, Suite 820 |
| | | San Francisco, CA 94111 |
| 13 | | Telephone: (415) 426-5641 |
| | | Facsimile: (415) 840-9435 |
| 14 | | rabrams@peifferwolf.com |
| 15 | | |
| 16 | | By: */s/ Roopal P. Luhana* |
| | | Roopal P. Luhana |
| 17 | | |
| 18 | | **CHAFFIN LUHANA LLP** |
| | | 600 Third Avenue, 12th Floor |
| 19 | | New York, NY 10016 |
| | | Telephone: (888) 480-1123 |
| 20 | | Facsimile: (888) 499-1123 |
| | | luhana@chaffinluhana.com |
| 21 | | |
| 22 | | *Co-Lead Counsel for Plaintiffs* |

- 2 -

RESPONSE TO COURT ORDER
MDL NO. 3084