1  RANDALL S. LUSKEY (SBN: 240915)
        rluskey@paulweiss.com
2  **PAUL, WEISS, RIFKIND, WHARTON**
        **& GARRISON LLP**
3  535 Mission Street, 24th Floor
   San Francisco, CA 94105
4  Telephone: (628) 432-5100
   Facsimile:  (628) 232-3101
5
   ROBERT ATKINS (*Pro Hac Vice* admitted)
6        ratkins@paulweiss.com
   CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
7        cgrusauskas@paulweiss.com
   ANDREA M. KELLER (*Pro Hac Vice* admitted)
8        akeller@paulweiss.com
   **PAUL, WEISS, RIFKIND, WHARTON**
9        **& GARRISON LLP**
   1285 Avenue of the Americas
10 New York, NY 10019
   Telephone: (212) 373-3000
11 Facsimile:  (212) 757-3990

12 *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.,
13 RASIER, LLC, and RASIER-CA, LLC

14 *[Additional Counsel Listed on Following Page]*

15

16             **UNITED STATES DISTRICT COURT**

17             **NORTHERN DISTRICT OF CALIFORNIA**

18                 **SAN FRANCISCO DIVISION**

19

20 IN RE: UBER TECHNOLOGIES, INC.,      Case No. 3:23-md-03084-CRB
   PASSENGER SEXUAL ASSAULT
21 LITIGATION                           **STIPULATION AND [PROPOSED] ORDER**
                                        **EXTENDING TIME FOR PROPOSALS**
22 ─────────────────────────────        **REGARDING SHORT FORM COMPLAINTS**

23 This Document Relates to:

24 ALL ACTIONS                          Judge:      Hon. Charles R. Breyer
                                        Courtroom:  6 – 17th Floor
25

26

27

28

KYLE N. SMITH (*Pro Hac Vice* admitted)
    ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
    jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

SARAH R. LONDON (SBN 267083)
**LIEFF CABRASER HEIMANN &
BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
Email: slondon@lchb.com

RACHEL B. ABRAMS (SBN 209315)
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

ROOPAL P. LUHANA *(Pro Hac Vice)*
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

STIPULATION AND [PROPOSED] ORDER                    Case No. 3:23-md-03084-CRB

1

**STIPULATION**

2      **WHEREAS,** on December 28, 2023, the Court established a schedule regarding discovery

3  and initial motions.  Pretrial Order No. 5, Dkt. No. 175;

4      **WHEREAS,** the Court ordered the parties to file joint or competing proposals regarding

5  the form and procedure for Short Form Complaints, including deadlines, by February 29, 2024.

6  *Id*. at 5;

7      **WHEREAS,** the parties have met and conferred regarding the form and procedure for Short

8  Form Complaints, including deadlines;

9      **WHEREAS,** on February 26, 2024, Plaintiffs provided Uber with a draft Short Form

10  Complaint and Implementation Order.

11      **WHEREAS,** Uber has agreed to respond to Plaintiffs' current proposal by March 1, 2024;

12      **WHEREAS,** the parties agree that extending the deadline to submit a joint or competing

13  proposals will facilitate the efficient resolution of any areas of disagreement among the parties;

14      **WHEREAS,** Plaintiffs agreed to an extension of the deadline until March 5, 2024 on the

15  condition that Uber respond to Plaintiffs' current proposal by March 1, 2024;

16      **THEREFORE,** the parties respectfully request the Court enter the parties' stipulation that:

17      The parties shall file joint or competing proposals regarding the form and procedure for

18  Short Form Complaints, including deadlines, by March 5, 2024.

19

20  **IT IS SO STIPULATED.**

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

2  Dated: February 29, 2024                   **PAUL, WEISS, RIFKIND, WHARTON &**
                                             **GARRISON LLP**
3
                                             By: */s/ Randall S. Luskey*
4                                                ROBERT ATKINS
                                                 RANDALL S. LUSKEY
5                                                KYLE N. SMITH
                                                 JESSICA E. PHILLIPS
6                                                CAITLIN E. GRUSAUSKAS
                                                 ANDREA M. KELLER
7
                                             *Attorneys for Defendants*
8                                            UBER TECHNOLOGIES, INC.,
                                             RASIER, LLC, and RASIER-CA, LLC
9

10  Dated: February 29, 2024                 By: */s/ Sarah R. London*
                                                 Sarah R. London (SBN 267083)
11                                               **LIEFF CABRASER HEIMANN**
                                                 **& BERNSTEIN**
12                                               275 Battery Street, Fl. 29
                                                 San Francisco, CA 94111
13                                               Telephone: (415) 956-1000
                                                 slondon@lchb.com
14

15                                           By: */s/ Rachel B. Abrams*
                                                 Rachel B. Abrams (SBN 209315)
16                                               **PEIFFER WOLF CARR KANE**
                                                 **CONWAY & WISE, LLP**
17                                               555 Montgomery Street, Suite 820
                                                 San Francisco, CA 94111
18                                               Telephone: (415) 426-5641
                                                 rabrams@peifferwolf.com
19

20

21                                           By: */s/ Roopal P. Luhana*
                                                 Roopal P. Luhana
22                                               **CHAFFIN LUHANA LLP**
                                                 600 Third Avenue, Floor 12
23                                               New York, NY 10016
                                                 Telephone: (888) 480-1123
24                                               luhana@chaffinluhana.com

25                                           *Co-Lead Counsel for Plaintiffs*

26

27

28

1

**FILER'S ATTESTATION**

2      I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this

3  document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories

4  identified above has concurred in this filing.

5

6  Dated:  February 29, 2024         By:   */s/ Randall S. Luskey*

7                                      Randall S. Luskey

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME FOR PROPOSALS REGARDING SHORT FORM COMPLAINTS** |

The Court hereby GRANTS the parties' stipulation as follows:

The parties shall file joint or competing proposals regarding the form and procedure for Short Form Complaints, including deadlines, by March 5, 2024.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Date: _____, 2024

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE