1               UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3

4  IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION      Case No. 3:23-md-03084-CRB

5

6             **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)

7  This Order Relates To:

8   ALL ACTIONS

9

10    I, __Myles Shaw__, an active member in good standing of the bar of

11  __Texas__, hereby respectfully apply for admission to practice pro hac

12  vice in the Northern District of California representing: __Plaintiffs Jane Doe F-1, F-2, F-3__ in the

13  above-entitled action. My local co-counsel in this case is __not required per PTO-1__, an

14  attorney who is a member of the bar of this Court in good standing and who maintains an office

15  within the State of California.  Local co-counsel's bar number is: __N/A__.

16

17  8441 Gulf Fwy #600, Houston, TX 77017      N/A
      MY ADDRESS OF RECORD         LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18  (713) 230-2200          N/A
      MY TELEPHONE # OF RECORD      LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

19

20  mshaw@whlaw.com        N/A
      MY EMAIL ADDRESS OF RECORD     LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22    I am an active member in good standing of a United States Court or of the highest court of

23  another State or the District of Columbia, as indicated above; my bar number is: __24108431__.

24    A true and correct copy of a certificate of good standing or equivalent official document

25  from said bar is attached to this application.

26    I have been granted pro hac vice admission by the Court ___0___ times in the 12 months

27  preceding this application.

28

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: _March 1, 2024_____                          Myles Shaw_____
                                                        APPLICANT

5

6  =================================================================================

7

8                          ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of _Myles Shaw_____ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____

16

17                              _____
                                UNITED STATES DISTRICT/MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

February 06, 2024

Re: Myles Ian Shaw, State Bar Number 24108431

To Whom It May Concern:

This is to certify that Myles Ian Shaw was licensed to practice law in Texas on October 12, 2022, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167