1 | RANDALL S. LUSKEY (SBN: 240915)
       rluskey@paulweiss.com
2 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
3 | 535 Mission Street, 24th Floor
     San Francisco, CA 94105
4 | Telephone: (628) 432-5100
     Facsimile: (628) 232-3101
5 |
     ROBERT ATKINS (*Pro Hac Vice* admitted)
6 |     ratkins@paulweiss.com
     CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
7 |     cgrusauskas@paulweiss.com
     ANDREA M. KELLER (*Pro Hac Vice* admitted)
8 |     akeller@paulweiss.com
     **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
9 |
     1285 Avenue of the Americas
10 | New York, NY 10019
     Telephone: (212) 373-3000
11 | Facsimile: (212) 757-3990

12 | *Attorneys for Defendants*
     UBER TECHNOLOGIES, INC.,
13 | RASIER, LLC, and RASIER-CA, LLC

14 | *[Additional Counsel Listed on Following Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PROPOSALS REGARDING SHORT FORM COMPLAINTS**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

| | | |
|---|---|---|
| 1 | KYLE N. SMITH (*Pro Hac Vice* admitted)<br>    ksmith@paulweiss.com | SARAH R. LONDON (SBN 267083)<br>**LIEFF CABRASER HEIMANN &** |
| 2 | JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)<br>    jphillips@paulweiss.com | **BERNSTEIN**<br>275 Battery Street, Fl. 29 |
| 3 | **PAUL, WEISS, RIFKIND, WHARTON**<br>    **& GARRISON LLP** | San Francisco, CA 94111<br>Telephone: (415) 956-1000 |
| 4 | 2001 K Street, NW<br>Washington DC, 20006 | Email: slondon@lchb.com |
| 5 | Telephone: (202) 223-7300<br>Facsimile:  (202) 223-7420 | |
| 6 | | RACHEL B. ABRAMS (SBN 209315) |
| 7 | *Attorney for Defendants*<br>UBER TECHNOLOGIES, INC., | **PEIFFER WOLF CARR KANE**<br>**CONWAY & WISE, LLP** |
| 8 | RASIER, LLC, and RASIER-CA, LLC | 555 Montgomery Street, Suite 820<br>San Francisco, CA 94111 |
| 9 | | Telephone: (415) 426-5641<br>Email: rabrams@peifferwolf.com |
| 10 | | |
| 11 | | ROOPAL P. LUHANA *(Pro Hac Vice)* |
| 12 | | **CHAFFIN LUHANA LLP** |
| 13 | | 600 Third Avenue, Fl. 12<br>New York, NY 10016 |
| 14 | | Telephone: (888) 480-1123<br>Email: luhana@chaffinluhana.com |
| 15 | | *Co-Lead Counsel for Plaintiffs* |

## **STIPULATION**

**WHEREAS,** on December 28, 2023, the Court established a schedule regarding discovery and initial motions. Pretrial Order No. 5, Dkt. No. 175;

**WHEREAS,** the Court ordered the parties to file joint or competing proposals regarding the form and procedure for Short Form Complaints, including deadlines, by February 29, 2024. *Id*. at 5;

**WHEREAS,** the parties have met and conferred regarding the form and procedure for Short Form Complaints, including deadlines;

**WHEREAS,** on February 26, 2024, Plaintiffs provided Uber with a draft Short Form Complaint and Implementation Order.

**WHEREAS,** Uber has agreed to respond to Plaintiffs' current proposal by March 1, 2024;

**WHEREAS,** the parties agree that extending the deadline to submit a joint or competing proposals will facilitate the efficient resolution of any areas of disagreement among the parties;

**WHEREAS,** Plaintiffs agreed to an extension of the deadline until March 5, 2024 on the condition that Uber respond to Plaintiffs' current proposal by March 1, 2024;

**THEREFORE,** the parties respectfully request the Court enter the parties' stipulation that:

The parties shall file joint or competing proposals regarding the form and procedure for Short Form Complaints, including deadlines, by March 5, 2024.

**IT IS SO STIPULATED.**

///
///
///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 29, 2024 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 3 | | |
| 4 | | By: */s/ Randall S. Luskey* |
| | | ROBERT ATKINS |
| 5 | | RANDALL S. LUSKEY |
| | | KYLE N. SMITH |
| 6 | | JESSICA E. PHILLIPS |
| | | CAITLIN E. GRUSAUSKAS |
| 7 | | ANDREA M. KELLER |
| 8 | | *Attorneys for Defendants* |
| | | UBER TECHNOLOGIES, INC., |
| 9 | | RASIER, LLC, and RASIER-CA, LLC |
| 10 | Dated: February 29, 2024 | By: */s/ Sarah R. London* |
| 11 | | Sarah R. London (SBN 267083) |
| | | **LIEFF CABRASER HEIMANN** |
| 12 | | **& BERNSTEIN** |
| | | 275 Battery Street, Fl. 29 |
| 13 | | San Francisco, CA 94111 |
| 14 | | Telephone: (415) 956-1000 |
| | | slondon@lchb.com |
| 15 | | |
| 16 | | By: */s/ Rachel B. Abrams* |
| | | Rachel B. Abrams (SBN 209315) |
| 17 | | **PEIFFER WOLF CARR KANE** |
| | | **CONWAY & WISE, LLP** |
| 18 | | 555 Montgomery Street, Suite 820 |
| | | San Francisco, CA 94111 |
| 19 | | Telephone: (415) 426-5641 |
| | | rabrams@peifferwolf.com |
| 20 | | |
| 21 | | By: */s/ Roopal P. Luhana* |
| | | Roopal P. Luhana |
| 22 | | **CHAFFIN LUHANA LLP** |
| 23 | | 600 Third Avenue, Floor 12 |
| | | New York, NY 10016 |
| 24 | | Telephone: (888) 480-1123 |
| | | luhana@chaffinluhana.com |
| 25 | | |
| 26 | | *Co-Lead Counsel for Plaintiffs* |
| 27 | | |
| 28 | | |

- 4 -

STIPULATION AND [~~PROPOSED~~] ORDER                                Case No. 3:23-md-03084-CRB

**FILER'S ATTESTATION**

I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: February 29, 2024					By:	*/s/ Randall S. Luskey*
								Randall S. Luskey

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION EXTENDING TIME FOR PROPOSALS REGARDING SHORT FORM COMPLAINTS |

The Court hereby GRANTS the parties' stipulation as follows:

The parties shall file joint or competing proposals regarding the form and procedure for Short Form Complaints, including deadlines, by March 5, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: __March 1__, 2024          _____
                                  HON. CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER                              Case No. 3:23-md-03084-CRB