# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

| **Date:** February 29, 2024 | **Time:** 2:37 p.m.-3:18 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:23-md-03084-CRB | **Case Name:** In re: Uber Technologies, Inc. v. | |

**For Plaintiff:** Sarah London, Lieff Cabraser Heimann & Bernstein LLP; Rachel Abrams, Peiffe Wolf Carr Kan Conway & Wise, LLP; Roopal Luhana, Chaffin Luhana LLP; Khaldoun Baghdadi, Walkup Melodia Kelly & Schoenberger, counsel for Plaintiffs.

**For Defendant:** Michael Shortnacy and Patrick Oot, Shook, Hardy & Bacon LLP, counsel for Defendants.

**Deputy Clerk:** Brittany Sims              **Recorded via Zoom:** 2:37 p.m.-3:18 p.m.

## PROCEEDINGS

Hearing re Plaintiff's Motion to Enforce PTO No. 5 Related to Government Investigation Documents, ECF No. 259 held.