| | |
|---|---|
| 1 | RACHEL B. ABRAMS (Cal Bar No. 209316) |
| | ADAM B. WOLF (Cal Bar No. 215914) |
| 2 | **Peiffer Wolf Carr Kane Conway & Wise, LLP** |
| | 555 Montgomery Street, Suite 820 |
| 3 | San Francisco, CA 94111 |
| | Telephone: 415.766.3544 |
| 4 | Facsimile: 415.840.9435 |
| | Email: rabrams@peifferwolf.com |
| 5 | Email: awolf@peifferwolf.com |
| 6 | TIFFANY R. ELLIS (*Admitted PHV*) |
| | **Peiffer Wolf Carr Kane Conway & Wise, LLP** |
| 7 | 2229 Trumbull St. |
| | Detroit, MI 48216 |
| 8 | Telephone: 313.210.1559 |
| | Facsimile: 415.840.9435 |
| 9 | Email: tellis@peifferwolf.com |

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *Damien Milhouse v. UBER TECHNOLOGIES, INC., et al., 3:24-cv-01201-CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on February 28, 2024.

///

///

///

CASE NO. 3:23-md-03084-CRB         1         NOTICE OF FILING OF NEW ACTION

| | |
|---|---|
| Dated: March 1, 2024 | Respectfully submitted, |
| | By: */s/ Rachel B. Abrams* <br> RACHEL B. ABRAMS (Cal Bar No. 209316) <br> ADAM B. WOLF (Cal Bar No. 215914) <br> **Peiffer Wolf Carr Kane Conway & Wise, LLP** <br> 555 Montgomery Street, Suite 820 <br> San Francisco, CA 94111 <br> Telephone: 415.766.3544 <br> Facsimile: 415.840.9435 <br> Email: rabrams@peifferwolf.com <br>         awolf@peifferwolf.com |
| | TIFFANY R. ELLIS (*Admitted PHV*) <br> **Peiffer Wolf Carr Kane Conway & Wise, LLP** <br> 2229 Trumbull St. <br> Detroit, MI 48216 <br> Telephone: 313.210.1559 <br> Facsimile: 415.840.9435 <br> Email: tellis@peifferwolf.com |
| | *Counsel for Plaintiff* |

# CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2024, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Rachel B. Abrams*
Rachel B. Abrams