```
 1  RANDALL S. LUSKEY (SBN: 240915)
        rluskey@paulweiss.com
 2  PAUL, WEISS, RIFKIND, WHARTON
        & GARRISON LLP
 3  535 Mission Street, 24th Floor
    San Francisco, CA 94105
 4  Telephone: (628) 432-5100
    Facsimile:  (628) 232-3101
 5
    ROBERT ATKINS (Pro Hac Vice admitted)
 6      ratkins@paulweiss.com
    CAITLIN E. GRUSAUSKAS (Pro Hac Vice admitted)
 7      cgrusauskas@paulweiss.com
    ANDREA M. KELLER (Pro Hac Vice admitted)
 8      akeller@paulweiss.com
    PAUL, WEISS, RIFKIND, WHARTON
 9      & GARRISON LLP
    1285 Avenue of the Americas
10  New York, NY 10019
    Telephone: (212) 373-3000
11  Facsimile:  (212) 757-3990

12  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.,
13  RASIER, LLC, and RASIER-CA, LLC

14  [Additional Counsel Listed on Following Page]
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF RANDALL S. LUSKEY IN SUPPORT OF DFENDANTS' STATEMENT IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:   Hon. Lisa J. Cisneros<br>Courtroom:  6 – 15th Floor |

-ii-

1  KYLE N. SMITH (*Pro Hac Vice* admitted)
       ksmith@paulweiss.com
2  JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
       jphillips@paulweiss.com
3  **PAUL, WEISS, RIFKIND, WHARTON
       & GARRISON LLP**
4  2001 K Street, NW
   Washington DC, 20006
5  Telephone: (202) 223-7300
   Facsimile:  (202) 223-7420
6
   *Attorneys for Defendants*
7  UBER TECHNOLOGIES, INC.,
   RASIER, LLC, and RASIER-CA, LLC

R. LUSKEY DECLARATION ISO DEFENDANTS'
STATEMENT ISO PLAINTIFFS' ADMINISTRATIVE MOTION     CASE NO. 3:23-MD-03084-CRB

# DECLARATION OF RANDALL S. LUSKEY

I, Randall S. Luskey, declare pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, (collectively, "Uber"). I am a member in good standing of the Bar of the State of California. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so. I respectfully submit this declaration in support of Uber's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal.

2. I have reviewed Exhibit A [ECF 291-3] and Exhibit B [ECF 291-4] to the Declaration of Sarah R. London in Support of Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal [ECF 291-1].

3. Exhibit A is a redacted version of an exemplar settlement agreement between Uber and an individual plaintiff.

4. Upon information and belief, the plaintiff that agreed to the settlement in Exhibit A was an independent driver instead of a rider on a trip requested via the Uber app.

5. Exhibit B is an exemplar of a settlement agreement between Uber and an individual plaintiff.

6. Exhibit A and B contain confidential information that would cause undue harm and violate the individual plaintiffs' expectation of privacy if publicly disseminated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 1, 2024, in San Francisco, California.

                             /s/ *Randall S. Luskey*
                             Randall S. Luskey