UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: RENEWED ADMINISTRATIVE MOTION TO SEAL THE SETTLEMENT AND RELEASE AGREEMENT AND QUOTED LANGUAGE PROVIDED TO THE COURT PURSUANT TO THE FEBRUARY 29, 2024 ORDER**<br><br>Judge:       Hon. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

-1-

[PROPOSED] ORDER RE: RENEWED ADMINISTRATIVE MOTION TO SEAL SETTLEMENT AGREEMENT AND QUOTED LANGUAGE PROVIDED ON MARCH 1, 2024                                                      Case No. 3:23-md-03084-CRB

## [PROPOSED] ORDER

Having considered Defendants' March 1, 2024 Administrative Motion to Seal related to Exhibit A of Defendants' Notice of Lodging of Materials Provided to the Court on March 1, 2024 Pursuant to February 22, 2024 Order, the Court hereby **ORDERS** that the following materials remain under seal:

| DOCUMENT | PORTION TO BE SEALED | DESCRIPTION |
| --- | --- | --- |
| Exhibit 1 – Submission Titled: "Defendants' Submission of Settlement Agreements and Protective Orders" | Sealed in Part: Quoted Language from the exemplar Settlement and Release Agreement | Language quoted from exemplar confidential Settlement and Release Agreement |
| Exhibit 2 – Submission of Settlement Agreements and Protective Orders (June 18, 2021 Settlement Agreement) | Sealed in its entirety | Exemplar confidential settlement agreement from unrelated case involving other non-parties |

| DOCUMENT | PORTION TO BE SEALED | DESCRIPTION |
|---|---|---|
| Exhibit 3 – Plaintiffs' Response to Defendants' Argument in Connection with filing of Settlement Agreements and Protective Orders (ECF No. 298-3) | Sealed in Part: Quoted Language from the confidential Settlement and Release Agreements | Language quoted from exemplar confidential Settlement and Release Agreement |

**IT IS SO ORDERED.**

Dated: _____

HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE