```
RANDALL S. LUSKEY (SBN: 240915)
    rluskey@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (Pro Hac Vice admitted)
    ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (Pro Hac Vice admitted)
    cgrusauskas@paulweiss.com
ANDREA M. KELLER (Pro Hac Vice admitted)
    akeller@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990
```

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-MD-3084-CRB<br><br>**RENEWED NOTICE OF LODGING OF SETTLEMENT AND RELEASE AGREEMENT AND QUOTED LANGUAGE PROVIDED TO THE COURT ON MARCH 1, 2024 PURSUANT TO COURT'S FEBRUARY 22, 2024 ORDER**<br><br>Judge:       Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor<br><br>*(Filed Concurrently with Administrative Motion to Seal Materials, Declaration of Michael B. Shortnacy, and [Proposed] Order)* |

**NOTICE OF LODGING**

Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC hereby provide the Court with a copy of: (1) the Settlement and Release Agreement dated June 18, 2021; (2) Defendants' Submission of Settlement Agreements and Protective Orders with language quoted from the Agreement; and (3) Plaintiffs' Response to Defendants' Argument in Connection with filing of Settlement Agreements and Protective Orders (ECF No. 298-3) with language quoted from confidential settlement agreements, filed with the Court on March 1, 2024 pursuant to the Court's February 29, 2024 Order (ECF No. 305). Those materials are attached to this Notice.

This Notice is filed concurrently with an Administrative Motion to Seal Exhibits 1-3, in accordance with the Court's instruction during the February 22, 2024 hearing. *See* Tr. at 45:11–15;[1] *see also* Minute Entry, 3:23-md-3084-CRB, ECF No. 283 (Feb. 22, 2024) ("The parties may file this material with motions to seal.").

---

[1] "MAGISTRATE JUDGE CISNEROS: So just for clarity, if you all could file … File under seal, you know, one to five exemplars of these confidentiality provisions. And I would prefer to get the entire settlement agreement with the identifying information redacted."

-2-
DEFENDANTS' RENEWED NOTICE OF LODGING OF SETTLEMENT AND RELEASE
AGREEMENT AND QUOTED LANGUAGE PROVIDED ON
MARCH 1, 2024 PURSUANT TO THE COURT'S FEBRUARY 29, 2024 ORDER. Case No. 3:23-MD-3084-CRB

| | |
|---|---|
| DATED: March 1, 2024 | **SHOOK HARDY & BACON LLP**<br><br>By: */s/ Michael B. Shortnacy*<br>       MICHAEL B. SHORTNACY<br><br>MICHAEL B. SHORTNACY (SBN: 277035)<br>   mshortnacy@shb.com<br>**SHOOK, HARDY & BACON LLP**<br>2049 Century Park East, Ste. 3000<br>Los Angeles, CA 90067<br>Telephone: (424) 285-8330<br>Facsimile: (424) 204-9093<br><br>PATRICK OOT (*Admitted Pro Hac Vice*)<br>   oot@shb.com<br>**SHOOK, HARDY & BACON LLP**<br>1800 K St. NW Ste. 1000<br>Washington, DC 20006<br>Telephone: (202) 783-8400<br>Facsimile: (202) 783-4211<br><br>KYLE N. SMITH (*Pro Hac Vice* admitted)<br>   ksmith@paulweiss.com<br>JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)<br>   jphillips@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON**<br>   **& GARRISON LLP**<br>2001 K Street, NW<br>Washington DC, 20006<br>Telephone: (202) 223-7300<br>Facsimile:  (202) 223-7420<br><br>*Attorney for Defendants*<br>UBER TECHNOLOGIES, INC.,<br>RASIER, LLC, and RASIER-CA, LLC |

-3-

DEFENDANTS' RENEWED NOTICE OF LODGING OF SETTLEMENT AND RELEASE AGREEMENT AND QUOTED LANGUAGE PROVIDED ON MARCH 1, 2024 PURSUANT TO THE COURT'S FEBRUARY 29, 2024 ORDER. Case No. 3:23-MD-3084-CRB