# EXHIBIT E



2101 N Front Street
Governor's Plaza North, Building #2,
Harrisburg, PA 17110
717-728-9740
www.respecttogether.org

 

February 26, 2024

Magistrate Judge Lisa J. Cisneros,

I serve as the CEO of Respect Together, overseeing both the National Sexual Violence Resource Center and the Pennsylvania Coalition to Advance Respect. Our organization collaborates with leaders across various sectors, including Uber, and advocates nationwide to prevent harassment, misconduct, and abuse.

As advocates for survivors of all forms of sexual violence, we are deeply concerned that survivors' rights to privacy may be jeopardized. Specifically, requiring Uber to share the personal information of sexual assault victims would further violate individuals who have already been victimized and discourage other companies from accurately tracking and taking reports of sexual abuse. Survivors should always have the option to make decisions about whether, when, and where to report incidents of abuse. Requiring Uber to share their information takes this choice away from survivors.

As trusted experts, we know that sexual assault is a widespread societal problem that happens in all contexts – workplaces, campuses, homes, transportation, and more. Unfortunately, no setting, including rideshares, is immune from sexual harassment, misconduct, and abuse. When companies like Uber demonstrate their commitment to addressing these problems in many ways, including sharing data on safety incidents experienced on their platform openly and publicly, they should be commended as an example for others to follow, not penalized. Standardized, reliable data-driven information about sexual misconduct and sexual assault is critical to helping businesses and organizations measure and improve safety for their customers and employees.

Sexual assault is not just one company's problem or issue. It occurs in every mode of transportation and impacts every industry. If we want to prevent sexual harassment, misconduct, and abuse, we must encourage more companies and organizations to transparently gather sexual assault data, while prioritizing the privacy of survivors of sexual violence by only sharing summarized, de-identified information.

Magistrate Judge Lisa J. Cisneros, your dedication to safety and commitment to mitigating incidents of sexual assault in transportation and other industries are deeply appreciated. Given this commitment, we kindly urge you to reconsider this specific strategy, as it can potentially cause significant harm.

Sincerely,

Yolanda Edrington

Respect Together, CEO