# EXHIBIT G


January 16, 2020

California Public Utilities Commission,

As CEO of the Pennsylvania Coalition Against Rape and National Sexual Violence Resource Center, I am writing to urge you to reconsider your recent request asking Uber to disclose the names, contact information, and other private and sensitive information of sexual assault victims. As leading national experts on sexual harassment, misconduct, and abuse and strategies for prevention, we are greatly concerned by your request. One of the most fundamental principles of our work is the importance of returning control and autonomy to victims, in as many ways as possible, following an assault or other severe boundary violation.  This includes protecting their privacy and allowing them to make decisions about whether, when, and where to report incidents.

Over the past few years, we have worked closely with Uber and advised them on safety matters.  Some have criticized them for not automatically reporting all incidences of sexual assault to the police for investigation. We, along with many other organizations in our field, have strongly advised against this.  Victims of sexual assault should always be given the option of reporting to the police or other regulatory bodies if they choose. Many opt to do so, and others do not. It is vital that it is their choice – and hopefully an informed choice. One reason this is so imperative is because for too many victims, the process of reporting or moving forward with the criminal justice system is more traumatizing than the original assault.

As experts, we know that sexual assault happens in every setting and context – on college campuses, in faith communities, on sports teams, in workplaces, in families, and yes – also in rideshares.  The fact that sexual assaults happen within the context of Uber rides is not surprising or unusual, unfortunately. What is very unusual, and unprecedented, is Uber's commitment to address these problems in many different ways, including sharing data on safety incidents experienced on their platform openly and publicly. We believe that sexual violence thrives in silence and secrecy. This is why it's so important that more companies and organizations share accurate data, while prioritizing the privacy of victims of sexual assault who chose not to report. These are necessary steps enabling us to turn the tide in how our country responds to survivors and to prevent further abuses.

Requiring Uber to share personal information of sexual assault victims would further violate people who have already been victimized, have a chilling effect on future victims reporting incidents, and discourage other companies from accurately tracking and sharing information about sexual abuse.  I appreciate your attention to safety and commitment to helping reduce incidents of sexual assault in transportation and other industries. With this commitment in mind, we respectfully ask you to rethink this particular strategy, which has the potential of doing much harm.

Sincerely,

*Karen L. Baker*

Karen L. Baker, LMSW
PCAR/NSVRC CEO