RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
  ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
  cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
  akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.; RASIER, LLC;
and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-MD-3084-CRB<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:        Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor<br><br>*(Filed Concurrently with Administrative Motion to Seal Materials, Declaration of Michael B. Shortnacy, Notice of Lodging of Materials, and [Proposed] Order)* |

# CERTIFICATE OF SERVICE

I, Michael B. Shortnacy, declare that I am a citizen of the United States and employed in the City and County of Los Angeles, CA. I am over the age of 18 and not a party to this action. I am a Partner with the law firm of Shook, Hardy & Bacon LLP and my business address is 2049 Century Park East, Ste. 3000, Los Angeles, California 900067.

I further declare that on March 1, 2024, a true and correct copy of the Redacted version of the following document:

- **Exhibit 1: DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S SUBMISSION OF SETTLEMENT AGREEMENTS AND PROTECTIVE ORDERS**
- **Exhibit 2: CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS**
- **Exhibit 3: PLAINTIFFS' RESPONSE TO DEFENDANTS' ARGUMENT IN CONNECTION WITH FILING OF SETTLEMENT AGREEMENTS AND PROTECTIVE ORDERS**

was served pursuant to Civil L.R. 5(a) by providing a true copy thereof addressed to each of the persons named below:

| | |
|---|---|
| Sarah R. London | Rachel B. Abrams |
| **LIEFF CABRASER HEIMANN & BERNSTEIN** | **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP** |
| 275 Battery Street, Floor 29 | 555 Montgomery Street, Suite 820 |
| San Francisco, CA 94111 | San Francisco, CA 94111 |
| Email: slondon@lchb.com | Email: rabrams@peifferwolf.com |

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s)

relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 1, 2024, at Los Angeles, California.

*/s/ Michael B. Shortnacy*
Michael B. Shortnacy

-3-
CERTIFICATE OF SERVICE                                                                              Case No. 3:23-MD-3084