UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:     Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

# ORDER

Plaintiffs have filed an Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal ("Plaintiffs' Motion"), ECF 291, pursuant to Civil Local Rule 79-5. Plaintiffs' Motion identified two exhibits to the Declaration of Sarah R. London, ECF 291-3 and ECF 291-4, as potentially containing confidential information regarding Defendants.

On March 1, 2024, Defendants filed a statement and declaration in support of sealing the exhibits to the London Declaration.

Good cause having been shown, the Court hereby **GRANTS** Defendants' request that the exhibits to the London Declaration shall remain sealed and **ORDERS** that the following material shall be sealed:

| DOCUMENT | PORTION TO BE SEALED | DESCRIPTION |
|---|---|---|
| Exhibit A to the London Decl. | Sealed in its entirety | Confidential settlement agreement and release of all claims between Uber and Peiffer Wolf client |
| Exhibit B to the London Decl. | Sealed in its entirety | Exemplar confidential settlement agreement and release of claims |

**IT IS SO ORDERED.**

Date: March 4, 2024

HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE