[Submitting Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3084 CRB<br><br>**NOTICE REGARDING [PROPOSED] SHORT FORM COMPLAINT TEMPLATE AND PRETRIAL ORDER NO. \_\_\_: ADOPTION OF MASTER AND SHORT FORM COMPLAINTS** |

As anticipated by Pretrial Order No. 5 (ECF No. 175) and the Court's March 1, 2024 Order granting the parties' stipulation (ECF No. 315), attached to this Notice are the following jointly proposed documents:

- **Exhibit A**: Short-Form Complaint Template; and
- **Exhibit B**: PTO No. __: Adoption of Master and Short-Form Complaints.

Dated:  March 5, 2024

Respectfully submitted,

By: */s/ Sarah R. London*
    Sarah R. London (SBN 267083)

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
slondon@lchb.com

By: */s/ Rachel B. Abrams*
    Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
    Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

| | |
|---|---|
| 1 | |
| 2 | By: */s/ Randall S. Luskey* |
| 3 | Randall S. Luskey |
| 4 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 5 | 535 Mission Street, 24th Floor<br>San Francisco, CA 94105 |
| 6 | Telephone: (628) 432-5100<br>Facsimile:  (628) 232-3101 |
| 7 | rluskey@paulweiss.com |
| 8 | *Attorneys for Defendants* UBER TECHNOLOGIES, INC., |
| 9 | RASIER, LLC, and RASIER-CA, LLC |

2956896.2

- 2 -

NOTICE RE: [PROPOSED] SFC
AND ADOPTION PTO
MDL NO. 3084