# EXHIBIT B

[Submitting counsel below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | MDL No. 3084<br><br>Hon. Charles R. Breyer<br><br>**PTO NO. ___: ADOPTION OF MASTER AND SHORT FORM COMPLAINTS** |
| This Document Relates to:<br><br>ALL CASES | |

This Stipulated Order shall govern all cases in MDL No. 3084. In light of the number of complaints filed and anticipated in this Multi-District Litigation, the inefficiency of drafting individual Complaints and Answers to those Complaints, and in order to streamline the process for the Court's consideration of dispositive motions, the Parties have agreed to the use of master pleadings. This Order sets forth the procedures governing this process.

**I.     APPLICABILITY OF ORDER**

1. This Order applies to all cases currently pending in MDL No. 3084 and to all actions that have or will be filed in, transferred, removed or otherwise assigned, to this proceeding. This Order is binding on all Parties and their counsel in all such cases. This Order is

1  not intended to alter the applicable provisions of the Federal Rules of Civil Procedure or the

2  Local Rules of this Court, except as specified herein or in any subsequent Pretrial Order.

## II. MASTER PLEADINGS

2. On February 15, 2024, the Plaintiffs' Steering Committee ("PSC") filed Plaintiffs' Master Long-Form Complaint ("Master Complaint") on behalf of all Plaintiffs in this MDL proceeding. ECF No. 269. This Order applies to all parties named in the Master Complaint.

3. Attached as **EXHIBIT A** is a template Short Form Complaint ("SFC"). The SFC is an abbreviated form that each individual Plaintiff will complete to indicate their individual claims, adopt the factual allegations set forth in the Master Complaint as the basis for those claims, and provide additional factual allegations, if any. By this process, all allegations set forth in the Master Complaint shall be deemed pleaded against all relevant parties named in each SFC.

4. Each SFC filed in this MDL proceeding shall indicate the federal district in which the individual Plaintiff originally filed or would have originally filed their Complaint.

5. By stipulating to the procedures for filing SFCs, Defendants do not agree to or admit the allegations set forth in the SFC template or that may be added by any individual who completes the template.  Defendants do not waive, and expressly preserve the right to dispute the legal validity of the claims and allegations set forth in the Master Complaint and SFCs, and any other right, defense, affirmative defense, or objection Defendants may have, including with respect to challenges regarding subject matter, venue, forum, personal jurisdiction, and/or service of process.

6. Each Plaintiff with a case pending in this MDL as of the date of this Order shall file a SFC within 21 days of entry of this Order naming each diverse Defendant against whom Plaintiff is asserting claims, by placing a check-mark in the box next to the diverse Defendant's name to select each applicable diverse Defendant against whom claims are alleged.

7. Any Plaintiff may file a SFC directly into the MDL pursuant to PTO 6.

8. Each Plaintiff with a case transferred into this MDL after the date of this Order shall file a SFC, within 21 days of transfer into this MDL, naming each diverse Defendant against

whom Plaintiff is asserting claims by placing a check-mark in the box next to the diverse Defendant's name to select each applicable diverse Defendant against whom claims are alleged.

9. Plaintiff should only select Defendants (by placing a check-mark next to the Defendants name) if Diversity exists. The Court expects that each Plaintiff and their counsel will make a carefully individualized evaluation of the basis for naming appropriate Defendants in the filed SFC.

10. For purposes of the calculating the statutes of limitation and/or repose as to previously filed cases, the date that the Plaintiff first started an action by filing an original Complaint or other pleading in either state or federal court shall be deemed the relevant date of first filing (not the later date when the SFC was filed).

11. All provisions of this order that apply to the Master Complaint apply with equal force and effect to any Amended Master Complaints. All Short Form complaints filed or to be filed in this MDL are deemed to incorporate any Amended Master Complaints without the need for any Plaintiff to take action to amend their Short Form Complaint upon the filing of an Amended Master Complaint.

**III.   RESPONSE TO MASTER COMPLAINT AND SHORT FORM COMPLAINTS**

12. To eliminate potential delays and to promote judicial efficiency with respect to the administration of this MDL proceedings, all Defendants named in the Master Complaint need not answer or otherwise respond to any SFC filed in this MDL proceeding until ordered to do so by the Court.

**IV.   SERVICE OF PROCESS**

13. Defendants have stipulated to e-mail service under Pretrial Order No. 6. ECF No. 177. A Plaintiff serving a SFC pursuant to PTO 6 is not required to serve a copy of the Master Complaint by e-mail upon Defendants.

15. Neither the existence of this Order nor any of its terms shall in any manner burden Defendants' right to assert defenses available under Federal Rule of Civil Procedure 12(b) or otherwise challenge the sufficiency of any claim in the Master Complaint under the applicable laws.

2956909.1                                    - 3 -                     PTO NO. __: ADOPTION OF MASTER AND
                                                                      SHORT FORM COMPLAINTS; MDL 3084

**IT IS SO ORDERED.**

Dated: _____                    _____
                                             Hon. Charles R. Breyer
                                             United States District Judge