RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
  ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
  cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
  akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

[*Additional Counsel Listed on Signature Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-MD-3084-CRB |
| | **NOTICE OF LODGING OF MATERIALS PURSUANT TO THE COURT'S MARCH 1, 2024 ORDER (ECF No. 327)** |
| This Document Relates to:<br>ALL ACTIONS | Judge:       Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

NOTICE OF LODGING

Case No. 3:23-MD-3084-CRB

# NOTICE OF LODGING

As directed by the Court's March 1, 2024 Order (ECF No. 327), Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber") respectfully provide the Court copies of the correspondence that Uber received in 2014 from the District Attorney's Office for the City and County of San Francisco and the Los Angeles County District Attorney's Office (jointly, the "District Attorneys") initiating a joint inquiry of Uber relating to certain of Uber's marketing practices at the time. The 2014 Letter from the District Attorneys is attached to this Notice as Exhibit A. After a diligent search, Uber has not located any accompanying document requests or subpoenas served by the District Attorneys.

As directed in the March 1 Order, Uber will set forth in a submission filed with the Court on March 8 Uber's position on whether the 2014 inquiry is within the purview of PTO 5. In the spirit of transparency and candor to the Court, Uber notes that following the letter, the District Attorneys later commenced a civil litigation against Uber on December 9, 2014. While Uber believes that any "documents requests" served by the District Attorneys in the later civil litigation are likewise outside of the purview of PTO 5, in the spirit of cooperation, Uber will agree to produce these written document requests to Plaintiffs on March 8, 2024, subject to Uber's reservation of all rights to redact for relevancy, responsiveness, and/or confidentiality.

DATED: March 1, 2024

Respectfully submitted,

**SHOOK HARDY & BACON L.L.P.**

By: */s/ Michael B. Shortnacy*
    MICHAEL B. SHORTNACY

MICHAEL B. SHORTNACY (SBN: 277035)
    mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2049 Century Park East, Ste. 3000
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (*Admitted Pro Hac Vice*)
    oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**

1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

KYLE N. SMITH (*Pro Hac Vice* admitted)
  ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
  jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

3

NOTICE OF LODGING
.                                                    Case No. 3:23-MD-3084-CRB