# EXHIBIT A

CITY AND COUNTY OF SAN FRANCISCO        OFFICE OF THE DISTRICT ATTORNEY



George Gascón
District Attorney

JUNE D. CRAVETT
Assistant Chief District Attorney
DIRECT DIAL:  (415) 551-9537
E-MAIL: JUNE.CRAVETT@SFGOV.ORG

September 24, 2014

Travis Kalanick, CEO
Uber Technologies, Inc.
1455 Market Street, 4th Floor
San Francisco, CA 94102

        Re: *Ongoing Violations of State and Local Laws*

Dear Mr. Kalanick:

        The San Francisco District Attorney and the Los Angeles County District Attorney have conducted a joint investigation and have concluded that Uber Technologies, Inc. (Uber) has engaged, and continues to engage, in the following unlawful business practices:

- Making false representations on or through Uber's mobile app, website, public statements, and customer receipts that Uber drivers pass an "industry leading" background check;

- Failing and refusing to submit Uber's mobile app for approval by the California Department of Food and Agriculture, Division of Measurement Standards (DMS), in violation of Business and Professions Code section 12500.5;

- Operating at California airports in violation of local ordinances and regulations and in violation of the terms of the license granted by the California Public Utilities Commission; and

- Calculating "UberPool" fares on an individual-fare basis in violation of Public Utilities Code section 5401.

        Our offices are prepared to file an action against Uber seeking injunctive relief and civil penalties pursuant to Business and Professions Code sections 17200 *et seq*. and 17500 *et seq*. It is our policy in such matters to provide prospective defendants with the opportunity to meet with us and discuss the possibility of settlement before filing. Given Uber's ongoing violations of law and continuing threat to consumers and the public, any pre-filing meeting in this matter must take place by no later than October 8, 2014, and you must be prepared to discuss with us how and when Uber will do the following:

CITY AND COUNTY OF SAN FRANCISCO      OFFICE OF THE DISTRICT ATTORNEY

Travis Kalanick, CEO
September 24, 2014
Page 2

1. Remove all references to "industry leading" background checks from Uber's mobile app, website, public statements, and customer receipts;

2. Submit equipment, software, and any other information required by DMS for type approval of Uber's commercial measuring technology;

3. Stop drivers from operating at any California airport unless expressly authorized by the airport authority; and

4. Remove UberPool from the Uber platform.

Each of these measures can be implemented quickly, easily and without impacting Uber's ability to continue operating.

Please contact us by Monday, September 29th to discuss this matter.

Very truly yours,

GEORGE GASCÓN
District Attorney
City and County of San Francisco

June D. Cravett
Assistant Chief District Attorney


JACKIE LACEY
District Attorney
Los Angeles County

Gregory Alker
Deputy District Attorney



GEORGE GASCÓN, DISTRICT ATTORNEY
Website: www.sfdistrictattorney.org

## HANSEN PANG
CRIMINAL INVESTIGATOR
CITY AND COUNTY OF SAN FRANCISCO

OFFICE OF THE DISTRICT ATTORNEY
BUREAU OF INVESTIGATIONS
732 BRANNAN STREET
SAN FRANCISCO, CA 94103

PHONE: (415) 581-9804
FAX: (415) 551-9504
EMAIL: hansen.pang@sfgov.org