RANDALL S. LUSKEY (SBN: 240915)
   rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
   ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
   cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
   akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENDED BRIEFING SCHEDULE FOR TERMS OF USE MOTION** |
| ALL ACTIONS | Judge:     Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

KYLE N. SMITH (*Pro Hac Vice* admitted)
    ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
    jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
    **& GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

SARAH R. LONDON (SBN 267083)
**LIEFF CABRASER HEIMANN &**
**BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
Email: slondon@lchb.com

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE**
**CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

ROOPAL P. LUHANA *(Pro Hac Vice)*
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

STIPULATION AND [PROPOSED] ORDER                    Case No. 3:23-md-03084-CRB

1

**STIPULATION**

2          **WHEREAS,** on December 28, 2023, the Court issued an order regarding discovery and

3    initial motions.  Pretrial Order No. 5, ECF 175;

4          **WHEREAS,** the Court ordered Defendants Uber Technologies, Inc., Rasier, LLC, and

5    Rasier-CA, LLC (collectively "Uber") to "file any pretrial motion raising arguments about its

6    Terms of Use Agreement(s) and their effect on Plaintiffs' ability to bring their claims in a

7    coordinated or consolidated proceeding (the 'Terms of Use Motion')" by February 9, 2024.  Id. at

8    5.  The Court further ordered Plaintiffs to file their oppositions to any such motion by February 23,

9    2024, and Uber to file any replies in support of such motion by March 1, 2024.  Id.;

10         **WHEREAS,** on February 6, 2024, the parties filed a joint stipulation for an extended

11   briefing schedule and an additional 15 pages for Uber's Terms of Use Motion, with an opening

12   brief (not to exceed 30 pages) due on February 9, 2024, an opposition brief (not to exceed 30 pages)

13   due on March 8, 2024, and a reply brief due on March 22, 2024.  ECF 250 at 3–4;

14         **WHEREAS,** on February 7, 2024, the Court ordered that Uber shall be granted an

15   additional 15 pages for its Terms of Use Motion (for a total of 30 pages), due February 9, 2024;

16   Plaintiffs shall be granted an additional 15 pages for their Opposition brief (for a total of 30 pages),

17   due March 8, 2024; and Uber's Reply shall be due March 22, 2024.  ECF 252 at 7.  The Court

18   further ordered that a "hearing on the Motion shall be set for a date and time deemed suitable by

19   the Court."  Id.;

20         **WHEREAS,** Uber filed its Terms of Use Motion on February 9, 2024.  ECF 257;

21         **WHEREAS,** the parties agree that a further extended briefing schedule will facilitate the

22   efficient resolution of the issues raised in Uber's Terms of Use Motion and thereby conserve

23   judicial resources;

24         **WHEREAS,** in view of the above, the parties agree to extend the deadline for Plaintiffs'

25   Opposition brief to March 12, 2024, and to extend the deadline for Uber's Reply to April 2, 2024;

26   and

27         **WHEREAS,** this change will not alter the date of any other event or deadline already fixed

28   by Court order.

**THEREFORE,** the parties respectfully request the Court enter the parties' stipulation that:

1.     Plaintiffs' Opposition to the Terms of Use Motion shall be due March 12, 2024; and

2.     Uber's Reply in support of the Terms of Use Motion shall be due April 2, 2024.

**IT IS SO STIPULATED.**

Dated: March 7, 2024                    **PAUL, WEISS, RIFKIND, WHARTON &**
                                                        **GARRISON LLP**

                                                        By: */s/ Randall S. Luskey*
                                                              ROBERT ATKINS
                                                              RANDALL S. LUSKEY
                                                              KYLE N. SMITH
                                                              JESSICA E. PHILLIPS
                                                              CAITLIN E. GRUSAUSKAS
                                                              ANDREA M. KELLER

                                                        *Attorneys for Defendants*
                                                        UBER TECHNOLOGIES, INC.,
                                                        RASIER, LLC, and RASIER-CA, LLC

Dated: March 7, 2024                    By: */s/ Sarah R. London*
                                                              Sarah R. London (SBN 267083)
                                                              **LIEFF CABRASER HEIMANN**
                                                              **& BERNSTEIN**
                                                              275 Battery Street, Fl. 29
                                                              San Francisco, CA 94111
                                                              Telephone: (415) 956-1000
                                                              slondon@lchb.com

                                                        By: */s/ Rachel B. Abrams*
                                                              Rachel B. Abrams (SBN 209316)
                                                              **PEIFFER WOLF CARR KANE**
                                                              **CONWAY & WISE, LLP**
                                                              555 Montgomery Street, Suite 820
                                                              San Francisco, CA 94111
                                                              Telephone: (415) 426-5641
                                                              rabrams@peifferwolf.com

- 4 -

By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated:  March 7, 2024                    By:    */s/ Randall S. Luskey*
                                                 Randall S. Luskey

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER GRANTING STIPULATION REGARDING EXTENDED BRIEFING SCHEDULE FOR TERMS OF USE MOTION** |
| This Document Relates to: | |
| ALL ACTIONS | |

The Court hereby GRANTS the parties' stipulation as follows:

     1.     Plaintiffs' Opposition to the Terms of Use Motion shall be due March 12, 2024; and

     2.     Defendants' Reply in support of the Terms of Use Motion shall be due April 2, 2024.


     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Date: _____, 2024

                          _____

                          HON. CHARLES R. BREYER
                          UNITED STATES DISTRICT JUDGE