1  RANDALL S. LUSKEY (SBN: 240915)
       rluskey@paulweiss.com
2  **PAUL, WEISS, RIFKIND, WHARTON
       & GARRISON LLP**
3  535 Mission Street, 24th Floor
   San Francisco, CA 94105
4  Telephone: (628) 432-5100
   Facsimile:  (628) 232-3101
5
   ROBERT ATKINS (*Pro Hac Vice* admitted)
6      ratkins@paulweiss.com
   CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
7      cgrusauskas@paulweiss.com
   ANDREA M. KELLER (*Pro Hac Vice* admitted)
8      akeller@paulweiss.com
   **PAUL, WEISS, RIFKIND, WHARTON
9      & GARRISON LLP**
   1285 Avenue of the Americas
10 New York, NY 10019
   Telephone: (212) 373-3000
11 Facsimile:  (212) 757-3990

12 *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.,
13 RASIER, LLC, and RASIER-CA, LLC

14 *[Additional Counsel Listed on Following Page]*

15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18                         **SAN FRANCISCO DIVISION**

19

| 20 | IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
|---|---|---|
| 21 | | **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENDED BRIEFING SCHEDULE FOR TERMS OF USE MOTION** |
| 22 | This Document Relates to: | |
| 23 | ALL ACTIONS | Judge:        Hon. Charles R. Breyer |
| 24 | | Courtroom:  6 – 17th Floor |

25

26

27

28

1 | KYLE N. SMITH (*Pro Hac Vice* admitted)
    ksmith@paulweiss.com
2 | JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
    jphillips@paulweiss.com
3 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
4 | 2001 K Street, NW
    Washington DC, 20006
5 | Telephone: (202) 223-7300
    Facsimile: (202) 223-7420

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

SARAH R. LONDON (SBN 267083)
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
Email: slondon@lchb.com

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

ROOPAL P. LUHANA *(Pro Hac Vice)*
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**STIPULATION**

**WHEREAS,** on December 28, 2023, the Court issued an order regarding discovery and initial motions.  Pretrial Order No. 5, ECF 175;

**WHEREAS,** the Court ordered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively "Uber") to "file any pretrial motion raising arguments about its Terms of Use Agreement(s) and their effect on Plaintiffs' ability to bring their claims in a coordinated or consolidated proceeding (the 'Terms of Use Motion')" by February 9, 2024.  Id. at 5.  The Court further ordered Plaintiffs to file their oppositions to any such motion by February 23, 2024, and Uber to file any replies in support of such motion by March 1, 2024.  Id.;

**WHEREAS,** on February 6, 2024, the parties filed a joint stipulation for an extended briefing schedule and an additional 15 pages for Uber's Terms of Use Motion, with an opening brief (not to exceed 30 pages) due on February 9, 2024, an opposition brief (not to exceed 30 pages) due on March 8, 2024, and a reply brief due on March 22, 2024.  ECF 250 at 3–4;

**WHEREAS,** on February 7, 2024, the Court ordered that Uber shall be granted an additional 15 pages for its Terms of Use Motion (for a total of 30 pages), due February 9, 2024; Plaintiffs shall be granted an additional 15 pages for their Opposition brief (for a total of 30 pages), due March 8, 2024; and Uber's Reply shall be due March 22, 2024.  ECF 252 at 7.  The Court further ordered that a "hearing on the Motion shall be set for a date and time deemed suitable by the Court." Id.;

**WHEREAS,** Uber filed its Terms of Use Motion on February 9, 2024.  ECF 257;

**WHEREAS,** the parties agree that a further extended briefing schedule will facilitate the efficient resolution of the issues raised in Uber's Terms of Use Motion and thereby conserve judicial resources;

**WHEREAS,** in view of the above, the parties agree to extend the deadline for Plaintiffs' Opposition brief to March 12, 2024, and to extend the deadline for Uber's Reply to April 2, 2024; and

**WHEREAS,** this change will not alter the date of any other event or deadline already fixed by Court order.

**THEREFORE,** the parties respectfully request the Court enter the parties' stipulation that:

1. Plaintiffs' Opposition to the Terms of Use Motion shall be due March 12, 2024; and
2. Uber's Reply in support of the Terms of Use Motion shall be due April 2, 2024.

**IT IS SO STIPULATED.**

Dated: March 7, 2024          **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Randall S. Luskey*
ROBERT ATKINS
RANDALL S. LUSKEY
KYLE N. SMITH
JESSICA E. PHILLIPS
CAITLIN E. GRUSAUSKAS
ANDREA M. KELLER

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Dated: March 7, 2024          By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

## FILER'S ATTESTATION

I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated:  March 7, 2024                By:    */s/ Randall S. Luskey*
                                            Randall S. Luskey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION REGARDING EXTENDED BRIEFING SCHEDULE FOR TERMS OF USE MOTION |

The Court hereby GRANTS the parties' stipulation as follows:

1. Plaintiffs' Opposition to the Terms of Use Motion shall be due March 12, 2024; and

2. Defendants' Reply in support of the Terms of Use Motion shall be due April 2, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: __March 7__, 2024               _____
                                       HON. CHARLES R. BREYER
                                       UNITED STATES DISTRICT JUDGE