TRACEY B. COWAN (Cal Bar No. 250053)
*tcowan@clarksonlawfirm.com*
**CLARKSON LAW FIRM, P.C.**
95 3rd Street, 2nd Floor
San Francisco, CA 94103
Telephone: (213) 788-4050

RYAN J. CLARKSON (Cal Bar No. 257074)
*rclarkson@clarksonlawfirm.com*
OLIVIA E. DAVIS (Cal Bar No. 353041)
*odavis@clarksonlawfirm.com*
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | **Case No. 23-md-03084-CRB**<br><br>**NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to:<br><br>*A.R.. v. Uber Technologies, et al*<br>*Case No. 3:24-cv-01467-CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on March 11, 2024.

Dated: March 11, 2024                Respectfully submitted,

By: */s/ Tracey B. Cowan*
Tracey B. Cowan
*tcowan@clarksonlawfirm.com*
**CLARKSON LAW FIRM, P.C.**
95 3rd Street, 2nd Floor
San Francisco, CA 94103

Telephone: (213) 788-4050

Ryan J. Clarkson
*rclarkson@clarksonlawfirm.com*
Olivia E. Davis
*odavis@clarksonlawfirm.com*
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2024, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Tracey B. Cowan*
Tracey B. Cowan

---

NOTICE OF FILING OF NEW ACTION                                CASE NO. 23-md-03084-CRB