[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

Under Civil Local Rules 7-11 and 79-5(f), Plaintiffs move the Court to consider whether material designated confidential by Uber should be sealed.

Following the February 29, 2024 discovery hearing, the Court authorized the parties to file two-page letter briefs regarding whether a joint investigation by the San Francisco and Los Angeles District Attorneys fell within the purview of Pretrial Order No. 5. ECF No. 327. On March 11, 2024, Uber produced to Plaintiffs document requests from the DA inquiry. *See* ECF No. 337.

Plaintiffs' letter brief refers to a set of Demands for Production of Documents from the DAs' lawsuit which Uber designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

**Material To Be Filed Under Seal**

The material to be filed under seal is a portion of Plaintiffs' letter brief and an exhibit containing the Demands for Production of Documents. Thus, Plaintiffs request the Court consider whether the following should be filed under seal:

| Document | Description | Designating Party |
|---|---|---|
| Plaintiffs' Letter Brief Re: San Francisco and Los Angeles DA Investigation | Portion of briefing referring to documents Defendants filed under seal | Uber |
| Exhibit B to Plaintiffs' Letter Brief | UBER-MDL3084-000053407-53446 (First Set of Demands For Production of Documents to Uber Technologies, Inc., *People of the State of California v. Uber Technologies, Inc. et al.* Case No. CGC-14-543120 (S.F. Sup. Ct.) | Uber |

Under Local Rule 79-5(f)(3), Uber bears the responsibility to establish that all of the designated material is sealable.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Sarah R. London in Support of this Motion; and
2. A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: March 11, 2024

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
slondon@lchb.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111

Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com


By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

- 3 -

ADMIN MOT. TO CONSIDER WHETHER
ANOTHER PARTY'S MAT. SHOULD BE SEALED
CASE NO. 23-MD-03084-CRB