IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF SARAH R. LONDON IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

I, Sarah R. London, declare:

1.      I am an attorney in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, appointed Co-Lead and Liaison Counsel for Plaintiffs in the above-captioned Multi-District Litigation.  I am a member of the State Bar of California and am admitted to practice before this Court.  I make this declaration based on my own personal knowledge.  If called upon to testify, I could and would testify competently to the truth of the matters stated herein

2.      Because the materials at issue were designated by Uber as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY", Plaintiffs filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| Plaintiffs' Letter Brief Re: San Francisco and Los Angeles DA Investigation | Portion of briefing referring to documents Defendants filed under seal | Uber |
| Exhibit B to Plaintiffs' Letter Brief | UBER-MDL3084-000053407-53446 (First Set of Demands For Production of Documents to Uber Technologies, Inc., *People of the State of California v.* | Uber |

| | *Uber Technologies, Inc. et al.* Case No. CGC-14-543120 (S.F. Sup. Ct.) | |
|---|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of March, 2024 in Oakland, California.


*/s/ Sarah R. London*
Sarah R. London

SRL DECL ISO ADMIN MOT.
RE: ANOTHER PARTY'S MATERIAL
CASE NO. 23-MD-03084-CRB