IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| This Document Relates to: | **[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SESAL** |
| ALL CASES | |

Having considered Plaintiffs' March 11, 2024 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| DOCUMENT | DESCRIPTION | PORTION TO BE SEALED |
|---|---|---|
| Plaintiffs' Letter Brief Re: San Francisco and Los Angeles DA Investigation | Portion of briefing referring to documents Defendants filed under seal | |
| Exhibit B to Plaintiffs' Letter Brief | UBER-MDL3084-000053407-53446 (First Set of Demands For Production of Documents to Uber Technologies, Inc., *People of the State of California v. Uber Technologies, Inc. et al.* Case No. CGC-14-543120 (S.F. Sup. Ct.) | |

1
2

**IT IS SO ORDERED.**

3

Dated: _____

4

_____
HON. LISA J. CISNEROS
United States Magistrate Court Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER RE: ADMIN MOT. TO SEAL
CASE NO. 23:MD-03084-CRB