1  [Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
|---|---|
| This Document Relates to:<br><br>ALL CASES | **CERTIFICATE OF SERVICE** |

I certify that, on March 11, 2024, a true and correct copy of the UNSEALED/UNREDACTED versions of the following documents:

**UNREDACTED Letter Brief Re: SF/LA DA Investigation**

**UNSEALED Exhibit B to Letter Brief Re: SF/LA DA Investigation**

were served pursuant to Civil L.R. 5 (a) to each person named below:

Randall Luskey (rluskey@paulweiss.com)
Marc Price Wolf (mpricewolf@paulweiss.com)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100

Robert Atkins (ratkins@paulweiss.com)
Caitlin Grusauskas (cgrusauskas@paulweiss.com)
Andrea Keller (akeller@paulweiss.com)
Marcelo Triana (mtriana@paulweiss.com)
Malika Amaru (mamaru@paulweiss.com)
Louis Murray (lmurray@paulweiss.com)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000

Kyle Smith (ksmith@paulweiss.com)

| | |
|---|---|
| 1 | Jessica Phillips (jphillips@paulweiss.com) |
| 2 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>2001 K Street, NW |
| 3 | Washington, DC 20006<br>Telephone: (202) 223-7407 |
| 4 | |
| 5 | Michael Brian Shortnancy (mshortnancy@shb.com)<br>**SHOOK, HARDY & BACON LLP** |
| 6 | 2049 Century Park East, Suite 3000<br>Los Angeles, CA 90067 |
| 7 | Telephone: (424) 285-8330 |
| 8 | Patrick Leo Oot, Jr. (oot@shb.com)<br>**SHOOK, HARDY & BACON LLP** |
| 9 | 1800 K Street NW, 10th Floor<br>Washington, DC 20006 |
| 10 | Telephone: (202) 639-5645 |
| 11 | Service E-mail |
| 12 | MDL3084-service-Uber@paulweiss.com |

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 11, 2024 in Oakland, CA.

By: */s Caitlin M. Nelson*
Caitlin M. Nelson