# EXHIBIT G

**Plaintiffs by Date of Assault**

| Plaintiff Name | N.D. Cal Case No. | Date of Assault |
|---|---|---|
| Jane Doe LS 91 | 3:23-cv-04368 | 8/6/2016 |
| Jane Doe LS 256 | 3:23-cv-05410 | 8/17/2016 |
| Jane Doe LS 90 | 3:23-cv-03956 | 9/3/2016 |
| Jane Doe LS 158 | 3:23-cv-04385 | 10/9/2016 |
| Jane Doe LS 249 | 3:23-cv-04369 | 1/27/2017 |
| Jane Doe LS 75 | 3:23-cv-03805 | 8/12/2017 |
| Jane Doe LS 37 | 3:23-cv-04393 | 1/1/2018 |
| Jane Doe LS 164 | 3:23-cv-04373 | 1/12/2018 |
| Jane Doe LS 56 | 3:23-cv-05943 | 12/1/2018 |
| Jane Doe LS 177 | 3:23-cv-05219 | 12/30/2018 |
| Jane Doe LS 251 | 3:23-cv-05187 | 1/1/2019 |
| Jane Doe LS 16 | 3:23-cv-03758 | 7/21/2019 |
| Jane Doe LS 163 | 3:23-cv-05282 | 9/13/2019 |
| Jane Doe LS 237 | 3:23-cv-03973 | 10/2/2019 |
| Jane Doe LS 168 | 3:23-cv-05371 | 10/17/2019 |
| R.T. | 3:23-cv-04301 | 11/6/2019 |
| **NON-CONSOLIDATION CLAUSE AMENDED TO APPLY OUTSIDE OF ARBITRATION CONTEXT - 11/12/19** | | |
| Jane Doe LS 348 | 3:23-cv-03816 | 1/18/2020 |
| Jane Doe LS 257 | 3:23-cv-04014 | 2/1/2020 |
| E.M. | 3:23-cv-04313 | 5/30/2020 |
| R.M. | 3:23-cv-04302 | 8/13/2020 |
| Jane Doe LS 250 | 3:23-cv-03995 | 10/24/2020 |
| Jane Doe LS 244 | 3:23-cv-05372 | 12/17/2020 |
| Jane Doe LS 74 | 3:23-cv-05362 | 1/1/2021 |
| **FORUM SELECTION CLAUSE ADDED - 1/18/21** | | |
| Jane Doe LS 265 | 3:23-cv-05377 | 4/4/2021 |
| C.T. | 3:23-cv-04310 | 4/29/2021 |
| Jane Doe LS 259 | 3:23-cv-04370 | 7/10/2021 |
| Jane Doe LS 349 | 3:23-cv-05303 | 9/1/2021 |
| Jane Doe F-3 | 3:23-cv-03951 | 9/4/2021 |
| Taylor Gavin | 3:23-cv-02111 | 12/17/2021 |