# EXHIBIT H

**Procedural History and Date of Alleged Assent to TOU**

| Plaintiff Name | N.D. Cal Case No. | Date Filed in CA Court | Date Filed in N.D. Cal | Date Uber Says Plaintiff Assented to TOU |
|---|---|---|---|---|
| Jane Doe LS 91 | 3:23-cv-04368 | 7/9/2021 | 8/24/2023 | 1/28/2023 |
| Jane Doe LS 256 | 3:23-cv-05410 | 6/6/2022 | 10/20/2023 | 7/9/2023 |
| Jane Doe LS 90 | 3:23-cv-03956 | 7/9/2021 | 8/7/2023 | 2/18/2023 |
| Jane Doe LS 158 | 3:23-cv-04385 | 12/2/2021 | 8/25/2023 | 2/3/2023 |
| Jane Doe LS 249 | 3:23-cv-04369 | 6/6/2022 | 8/24/2023 | 1/19/2023 |
| Jane Doe LS 75 | 3:23-cv-03805 | 6/22/2021 | 7/31/2023 | 1/28/2023 |
| Jane Doe LS 37 | 3:23-cv-04393 | 6/16/2021 | 8/25/2023 | 1/19/2022 |
| Jane Doe LS 164 | 3:23-cv-04373 | 12/2/2021 | 8/24/2023 | 2/11/2023 |
| Jane Doe LS 56 | 3:23-cv-05943 | 6/18/2021 | 11/16/2023 | 2/10/2023 |
| Jane Doe LS 177 | 3:23-cv-05219 | 12/20/2021 | 10/12/2023 | 2/3/2023 |
| Jane Doe LS 251 | 3:23-cv-05187 | 6/6/2022 | 10/11/2023 | 10/4/2023 |
| Jane Doe LS 163 | 3:23-cv-05282 | 12/2/2021 | 10/16/2023 | 2/4/2023 |
| Jane Doe LS 237 | 3:23-cv-03973 | 3/28/2022 | 8/7/2023 | 1/18/2023 |
| Jane Doe LS 168 | 3:23-cv-05371 | 12/2/2021 | 10/19/2023 | 1/28/2023 |
| R.T. | 3:23-cv-04301 | 11/2/2022 | 8/23/2023 | 3/10/2023 |
| Jane Doe LS 348 | 3:23-cv-03816 | 5/18/2023 | 7/31/2023 | 1/21/2023 |
| Jane Doe LS 257 | 3:23-cv-04014 | 6/6/2022 | 8/8/2023 | 12/31/2021 |
| E.M. | 3:23-cv-04313 | 5/19/2022 | 8/23/2023 | 1/31/2023 |
| R.M. | 3:23-cv-04302 | 8/2/2022 | 8/23/2023 | 1/23/2023 |
| Jane Doe LS 250 | 3:23-cv-03995 | 6/6/2022 | 8/8/2023 | 4/4/2023 |
| Jane Doe LS 244 | 3:23-cv-05372 | 6/6/2022 | 10/19/2023 | 12/20/2021 |
| Jane Doe LS 74 | 3:23-cv-05362 | 6/22/2021 | 10/19/2023 | 1/30/2023 |
| Jane Doe LS 265 | 3:23-cv-05377 | 7/7/2022 | 10/20/2023 | 1/19/2023 |
| C.T. | 3:23-cv-04310 | 3/9/2023 | 8/23/2023 | 12/22/2021 |
| Jane Doe LS 16 | 3:23-cv-03758 | 6/14/2021 | 7/27/2023 | 1/20/2023 |
| Jane Doe LS 259 | 3:23-cv-04370 | 7/7/2022 | 8/24/2023 | 1/22/2023 |
| Jane Doe LS 349 | 3:23-cv-05303 | 5/18/2023 | 10/17/2023 | 4/28/2023 |
| Jane Doe F-3 | 3:23-cv-03951 | 2/22/2022 | 8/7/2023 | 1/20/2023 |
| Taylor Gavin | 3:23-cv-02111 | 6/6/2022 | 5/1/2023 | 1/29/2023 |