# EXHIBIT I

### Date Preservation Letter Sent to Uber

| Plaintiff Name | N.D. Cal Case No. | Date Preservation Letter Sent |
|---|---|---|
| Jane Doe LS 75 | 3:23-cv-03805 | 4/8/2020 |
| Jane Doe LS 56 | 3:23-cv-05943 | 6/25/2020 |
| Jane Doe LS 90 | 3:23-cv-03956 | 9/17/2020 |
| Jane Doe LS 16 | 3:23-cv-03758 | 12/16/2020 |
| **FORUM SELECTION CLAUSE ADDED - 1/18/21** | | |
| Jane Doe LS 249 | 3:23-cv-04369 | 1/26/2021 |
| Jane Doe LS 74 | 3:23-cv-05362 | 2/8/2021 |
| Jane Doe LS 250 | 3:23-cv-03995 | 2/11/2021 |
| Jane Doe LS 37 | 3:23-cv-04393 | 3/5/2021 |
| Jane Doe LS 244 | 3:23-cv-05372 | 3/12/2021 |
| Jane Doe LS 91 | 3:23-cv-04368 | 3/24/2021 |
| Jane Doe LS 265 | 3:23-cv-05377 | 4/15/2021 |
| Jane Doe LS 251 | 3:23-cv-05187 | 5/4/2021 |
| Jane Doe LS 164 | 3:23-cv-04373 | 11/5/2021 |
| Jane Doe LS 237 | 3:23-cv-03973 | 1/26/2022 |