UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF WILLIAM A. LEVIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION REGARDING UBER'S TERMS OF USE BAR ON PARTICIPATION IN COORDINATED OR CONSOLIDATED PROCEEDINGS**<br><br>Judge: Honorable Charles R. Breyer<br>Date:   TBD<br>Time:   TBD<br>Courtroom:  6-17th Floor |

I, William A. Levin, declare as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California. I am a Founding Partner at the law firm Levin Simes LLP, and counsel of record for all Jane Doe LSA and Jane Doe LS Plaintiffs in 90 actions tagged into the MDL, including 23 of the cases (the "LS Plaintiffs") that are subject to Defendants' Motion Regarding Uber's Terms of Use Bar On Participation In Coordinated Or Consolidated Proceedings

2. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. Prior to issuance of the Terms of Use captured in Exhibit D to the Sauerwein Declaration, all of the LS Plaintiffs had already been sexually assaulted by their Uber Driver. Many of these clients had also sent Uber a preservation letter or filed suit against Uber.

1

4. Although not attached as an exhibit to Uber's motion, the January 18, 2021, TOU represents the very first attempt by Uber to alter the Terms of Use in a manner which purport to negate Uber's prior promise that the clients could sue in <u>any</u> court of competent jurisdiction.

5. Nineteen of the LS Plaintiffs were sexually assaulted prior to January 18, 2021.

6. A preservation letter was sent to Uber with respect to Levin Simes' representation of Jane Doe LS 16 on December 16, 2020. (Jane Doe LS 16's federal complaint mistakenly says she was assaulted on June 21, 2021. The correct date is July 21, 2019.)

7. A preservation letter was sent to Uber with respect to Levin Simes' representation of Jane Doe LS 75 on April 8, 2020.

8. A preservation letter was sent to Uber with respect to Levin Simes' representation of Jane Doe LS 90 on September 17, 2020.

9. A preservation letter was sent to Uber with respect to Levin Simes' representation of Jane Doe LS 56 on June 25, 2020.

10. A preservation letter was sent to Uber with respect to Levin Simes' representation of Jane Doe LS 237 on January 26, 2022.

11. A preservation letter was sent to Uber with respect to Levin Simes' representation of Jane Doe LS 250 on February 11, 2021.

12. A preservation letter was sent to Uber with respect to Levin Simes' representation of Jane Doe LS 91 on March 24, 2021.

13. A preservation letter was sent to Uber with respect to Levin Simes' representation of Jane Doe LS 249 on January 26, 2021.

14. A preservation letter was sent to Uber with respect to Levin Simes' representation of Jane Doe LS 164 on November 5, 2021.

15. A preservation letter was sent to Uber with respect to Levin Simes' representation of Jane Doe LS 37 on March 5, 2021.

16. A preservation letter was sent to Uber with respect to Levin Simes' representation of Jane Doe LS 74 on February 8, 2021.

2

CASE NO. 3:23-MD-03084-CRB    DECLARATION OF WILLIAM A. LEVIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION REGARDING UBER'S TERMS OF USE BAR

17. A preservation letter was sent to Uber with respect to Levin Simes' representation of Jane Doe LS 244 on March 12, 2021.

18. A preservation letter was sent to Uber with respect to Levin Simes' representation of Jane Doe LS 265 on April 15, 2021.

19. A preservation letter was sent to Uber with respect to Levin Simes' representation of Jane Doe LS 251 on May 4, 2021.

20. With the exception of three cases, all the dates Uber identifies in Exhibit C to the Sauerwein Declaration occurred after the LS Plaintiffs had already filed suit or sent a preservation letter to Uber.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 12, 2024, in San Francisco, California.

_____
William A. Levin
*Attorney for the LS Plaintiffs*