1  Sarah R. London (CA Bar No. 267083)
   LIEFF CABRASER HEIMANN & BERNSTEIN
2  275 Battery Street, 29th Floor
   San Francisco, CA 94111
3  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
4

5  *Attorneys for Plaintiff K.K.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 |
|---|---|
| _____ | **NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to: | |
| *K.K. v. Uber Technologies, Inc., et al.* Case No. 3:24-cv-01514 | |

1  Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint
2  with Jury Demand in the above-referenced action was filed on March 12, 2024.

4  Dated: March 13, 2024                    Respectfully submitted,

   */s/ Sarah R. London*
   Sarah R. London (CA Bar No. 267083)
   Caitlin M. Nelson (CA Bar No. 335601)
   Annie M. Wanless (CA Bar No. 339635)
   **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
   275 Battery Street, 29th Floor
   San Francisco, CA 94111
   Telephone: (415) 956-1000
   slondon@lchb.com
   cwoods@lchb.com
   awanless@lchb.com

   Andrew R. Kaufman (MDL *pro hac vice*)
   222 Second Ave. S., Suite 1640
   Nashville, TN 37201
   Phone: (615) 313-9000
   akaufman@lchb.com

   *Attorneys for Plaintiff K.K.*