RANDALL S. LUSKEY (SBN: 240915)
    rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
    ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
    cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
    akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S STATEMENT WITH RESPECT TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL (ECF NO. 339)**<br><br>Judge:   Hon. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

1         Pursuant to Civil Local Rule 79-5(f)(3), Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC (collectively "Uber"), submit this statement to notify the Court that Uber does not seek the sealing of the documents identified in Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal, dated March 11, 2024 (ECF No. 339).  As explained below, Uber will therefore not be filing a declaration or other support for sealing the material identified in Plaintiffs' Administrative Motion.

        On March 1, 2024, the Court directed Uber to produce to Plaintiffs certain documents that Uber had previously produced in other litigations.  (ECF No. 321.)  In the Court's March 1 Order, the Court stated that it "believes that designation by Uber of any case-specific and plaintiff-specific documents produced to Plaintiffs as 'Highly Confidential – Attorneys' Eyes Only' is appropriate under these circumstances." (*Id.* at 11.)  At the same time Uber was preparing the production of documents in response to the Court's March 1 Order relating to other litigations, Uber was also preparing the production of documents that Uber agreed to voluntarily produce from a civil litigation with the San Francisco and Los Angeles District Attorneys.  (*See* ECF 337 "Though outside of PTO 5, in the spirit of cooperation, Uber is producing 19 document requests, containing 186 pages from the DA inquiry.").  In preparing these two documents productions simultaneously, the Requests for Production at issue in Plaintiffs' Administrative Motion (UBER-MDL3084-000053407-53446) were inadvertently designated as "Highly Confidential - Attorneys' Eyes Only" like the case-specific documents being produced from the other litigations, as directed by the Court.  Uber has now withdrawn the inadvertent designation of UBER-MDL3084-000053407-53446 and has informed Plaintiffs of the de-designation, and Uber has provided Plaintiffs with a replacement production of these documents with the correct designation.

        Plaintiffs, however, did not confer with Uber in advance of filing their Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal (ECF No. 339).  Had they done so, the need for an Administration Motion may have been obviated.

2

UBER'S STATEMENT WITH RESPECT TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL.

Case No. 3:23-MD-3084-CRB

| | |
|---|---|
| DATED: March 18, 2024 | Respectfully submitted, |
| | |
| | **SHOOK HARDY & BACON L.L.P.** |
| | |
| | By: /s/ *Michael B. Shortnacy* |
| |     MICHAEL B. SHORTNACY |
| | |
| | MICHAEL B. SHORTNACY (SBN: 277035) |
| |    mshortnacy@shb.com |
| | **SHOOK, HARDY & BACON L.L.P.** |
| | 2049 Century Park East, Ste. 3000 |
| | Los Angeles, CA 90067 |
| | Telephone: (424) 285-8330 |
| | Facsimile: (424) 204-9093 |
| | |
| | PATRICK OOT (Admitted *Pro Hac Vice*) |
| |    oot@shb.com |
| | **SHOOK, HARDY & BACON L.L.P.** |
| | 1800 K St. NW Ste. 1000 |
| | Washington, DC 20006 |
| | Telephone: (202) 783-8400 |
| | Facsimile: (202) 783-4211 |
| | |
| | KYLE N. SMITH (*Pro Hac Vice* admitted) |
| |    ksmith@paulweiss.com |
| | JESSICA E. PHILLIPS (*Pro Hac Vice* admitted) |
| |    jphillips@paulweiss.com |
| | **PAUL, WEISS, RIFKIND, WHARTON** |
| |    **& GARRISON LLP** |
| | 2001 K Street, NW |
| | Washington DC, 20006 |
| | Telephone: (202) 223-7300 |
| | Facsimile:  (202) 223-7420 |
| | |
| | *Attorney for Defendants* |
| | UBER TECHNOLOGIES, INC., |
| | RASIER, LLC, and RASIER-CA, LLC |

3

UBER'S STATEMENT WITH RESPECT TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL.
Case No. 3:23-MD-3084-CRB