RANDALL S. LUSKEY (SBN: 240915)
    rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
    ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
    cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
    akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| ——————————————— | **DECLARATION OF MICHAEL B. SHORTNACY IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR COMPLIANCE WITH THE COURT'S MARCH 15 ORDER (ECF NO. 344)** |
| This Document Relates to: | |
| ALL ACTIONS | |
| | Judge:       Hon. Lisa J. Cisneros |
| | Courtroom:  G – 15th Floor |

I, Michael B. Shortnacy, declare as follows:

1.      I am a partner at the law firm of Shook, Hardy & Bacon, LLP, representing Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Uber").  I am a member in good standing of the Bar of the States of California, New York, and the District of Columbia. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2.      On March 8, Uber produced 158,655 pages of documents from 87 other litigations. The documents Uber produced on March 8 included documents Uber had previously produced in a civil litigation captioned *The People of the State of California v. Uber Technologies, Inc., et al.*, Case No. CGC-14-5430120 (SF Super. Ct.), which stemmed from a joint investigation conducted in or around 2014–2016 by the District Attorney's Offices for the Cities and Counties of San Francisco and Los Angeles into certain of Uber's then marketing practices (the "DA Case" and the "DA Investigation," respectively).

3.      Uber made this production voluntarily prior to the Court's March 15, 2024 Order (ECF No. 344) resolving an ongoing dispute by the parties' over the scope of PTO 5.

4.      On March 8, 2024, notwithstanding its objection to Plaintiffs' interpretation of the scope of PTO 5, Uber also lodged with the Court a letter from the DA investigation and the civil complaint in the DA Case, and voluntarily produced to Plaintiffs a set of written document requests served by SF/LA District Attorneys in the civil litigation.

5.      On March 21, I confirmed in writing to Plaintiffs that no documents or privilege logs were produced by Uber in the pre-suit investigation phase of the DA Investigation.

6.      While reserving all objections to relevance and admissibility, Uber has also agreed to voluntarily produce to Plaintiffs Uber's written discovery responses from the DA Case.  Uber expects to complete this voluntary production, made in the spirit of cooperation, by the Court's current March 22 deadline.

7.      Uber has located certain "post-stipulated judgment review documents" previously provided by Uber to the District Attorneys subsequent to the entry of the stipulated judgment, and is preparing the documents covered by the March 15 Order for production. (See ECF No. 344, p.2).

8.      Despite its diligent efforts to locate these documents from a 10-year old proceeding and collect the documents from prior outside counsel, and the significant resources Uber has dedicated to electronically processing the data to prepare it for production, the volume of the material makes it infeasible for Uber to complete delivery of the material to Plaintiffs by the current March 22 deadline.

9.      On March 20, 2024 I sought Plaintiffs' agreement by email that Plaintiffs do not oppose Uber's proposed requested relief in the accompanying motion for an eleven day extension of the March 22 deadline.  On March 22, 2024, Plaintiffs confirmed in writing by reply email that they do not oppose this relief and that Uber's unopposed motion is ripe for immediate determination by the Court.

10.     No other request to extend the March 22 deadline has previously been made, and the requested extension will not affect other Court ordered deadlines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 21, 2024                    By: */s/ Michael B. Shortnacy*_____
                                             Michael B. Shortnacy

DECLARATION OF MICHAEL B. SHORTNACY                    Case No. 3:23-MD-3084-CRB