UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR COMPLIANCE WITH THE COURT'S MARCH 15 ORDER (ECF NO. 344)**<br><br>Judge:       Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's ("Uber") Unopposed Motion to Extend the Deadline for Compliance with the Court's March 15 Order (ECF No. 344), and for good cause shown, the Court hereby **GRANTS** the motion as follows:

Uber's deadline for compliance with the Court's March 15 Order (ECF No. 344) is April 2, 2024.

**IT IS SO ORDERED.**

Dated: March 22, 2024

Hon. Lisa J. Cisneros
United States Magistrate Judge