UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>[PROPOSED] ORDER GRANTING STIPULATION AS MODIFIED REGARDING ENLARGEMENT OF PAGE LIMITS FOR MOTIONS TO DISMISS |

The Court hereby GRANTS the parties' stipulation as follows:

1. Uber shall be granted up to 30 pages for each of its five (5) Initial Rule 12 Motions;
2. Plaintiffs shall be granted up to 30 pages for any Opposition to the Initial Rule 12 Motions; and
3. Uber shall be granted 15 pages for each of its replies in support of its Initial Rule 12 Motions.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: March 25, 2024

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

- 7 -

STIPULATION AND [PROPOSED] ORDER                    Case No. 3:23-md-03084-CRB