Sarah R. London (SBN 267083)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
slondon@lchb.com

*Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**  <br><br> This Document Relates to: <br><br> ALL ACTIONS | No. 3:23-md-03084-CRB <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING THE PLAINTIFF FACT SHEET FORM** |

1

## STIPULATION

2  **WHEREAS**, on March 19, 2024, the Court entered PTO No. 10, requiring Plaintiffs to

3  produce Plaintiff Fact Sheets to Defendants. *See* PTO No. 10.

4  **WHEREAS**, PTO No. 10 incorporated a Plaintiff Fact Sheet that had non-substantive

5  errors. *See* Exhibit 1, Plaintiff Fact Sheet Redline.

6  **WHEREAS,** PTO No. 10 granted the parties until March 25, 2024 to stipulate to limited

7  amendments to the Plaintiff Fact Sheet. *See* PTO No. 10.

8  **THEREFORE**, the parties respectfully request the Court enter the parties' stipulation

9  amending the Plaintiff Fact Sheet that corrects non-substantive errors in numbering. *See* Exhibit

10  2, Amended Plaintiff Fact Sheet.

11

12  **IT IS SO STIPULATED.**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | Dated: March 25, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */s/ Sarah R. London* |
| | | Sarah R. London (SBN 267083) |
| 4 | | |
| 5 | | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 6 | | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339 |
| 7 | | Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>slondon@lchb.com |
| 8 | | |
| 9 | | By: */s/ Rachel B. Abrams* |
| 10 | | Rachel B. Abrams (SBN 209316) |
| 11 | | **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP** |
| 12 | | 555 Montgomery Street, Suite 820<br>San Francisco, CA 94111 |
| 13 | | Telephone: (415) 426-5641<br>Facsimile: (415) 840-9435 |
| 14 | | rabrams@peifferwolf.com |
| 15 | | |
| 16 | | By: */s/ Roopal P. Luhana*<br>Roopal P. Luhana |
| 17 | | **CHAFFIN LUHANA LLP** |
| 18 | | 600 Third Avenue, 12th Floor<br>New York, NY 10016 |
| 19 | | Telephone: (888) 480-1123<br>Facsimile: (888) 499-1123 |
| 20 | | luhana@chaffinluhana.com |
| 21 | | *Co-Lead Counsel* |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 25, 2024 | By: */s/ Robert Atkins* |
| | | Robert Atkins |
| 3 | | |
| 4 | | **PAUL, WEISS, RIFKIND,** |
| | | **WHARTON & GARRISON LLP** |
| | | ROBERT ATKINS |
| 5 | | RANDALL S. LUSKEY |
| | | KYLE N. SMITH |
| 6 | | JESSICA E. PHILLIPS |
| | | CAITLIN E. GRUSAUSKAS |
| 7 | | ANDREA M. KELLER |
| | | 535 Mission Street, 24th Floor |
| 8 | | San Francisco, CA 94105 |
| | | Telephone: (628) 432-5100 |
| 9 | | Facsimile: (628) 232-3101 |
| 10 | | *Attorneys for Defendants* |
| | | UBER TECHNOLOGIES, INC., |
| 11 | | RASIER, LLC, and RASIER-CA, |
| | | LLC |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

                                              By: */s/ Sarah R. London*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** <br><br> This Document Relates to: <br><br> ALL ACTIONS | No. 3:23-md-03084-CRB <br><br> **[PROPOSED] ORDER GRANTING STIPULATION REGARDING THE PLAINTIFF FACT SHEET FORM** |

The Court hereby GRANTS the parties' stipulation as follows:

1. The attached Amended Plaintiff Fact Sheet shall be used in all cases pursuant to the terms identified in PTO No. 10. See, Exhibit 2 (Amended Plaintiff Fact Sheet).

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____, 2024

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE