Sarah R. London (SBN 267083)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
slondon@lchb.com

*Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING THE PLAINTIFF FACT SHEET FORM** |
| This Document Relates to: | |
| ALL ACTIONS | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## STIPULATION

**WHEREAS**, on March 19, 2024, the Court entered PTO No. 10, requiring Plaintiffs to produce Plaintiff Fact Sheets to Defendants. *See* PTO No. 10.

**WHEREAS**, PTO No. 10 incorporated a Plaintiff Fact Sheet that had non-substantive errors. *See* Exhibit 1, Plaintiff Fact Sheet Redline.

**WHEREAS,** PTO No. 10 granted the parties until March 25, 2024 to stipulate to limited amendments to the Plaintiff Fact Sheet. *See* PTO No. 10.

**THEREFORE**, the parties respectfully request the Court enter the parties' stipulation amending the Plaintiff Fact Sheet that corrects non-substantive errors in numbering. *See* Exhibit 2, Amended Plaintiff Fact Sheet.

**IT IS SO STIPULATED.**

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:23-MD-03084

1    Dated: March 25, 2024                  Respectfully submitted,

2

3                                          By: */s/ Sarah R. London*
                                              Sarah R. London (SBN

4                                               267083)

5                                            **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

6                                            275 Battery Street, 29th Floor
                                           San Francisco, CA 94111-3339

7                                            Telephone: (415) 956-1000
                                           Facsimile: (415) 956-1008

8                                            slondon@lchb.com

9                                          By: */s/ Rachel B. Abrams*

10                                              Rachel B. Abrams (SBN 209316)

11                                            **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**

12                                            555 Montgomery Street, Suite 820
                                           San Francisco, CA 94111

13                                            Telephone: (415) 426-5641
                                           Facsimile: (415) 840-9435

14                                            rabrams@peifferwolf.com

15

16                                          By: */s/ Roopal P. Luhana*

17                                            Roopal P. Luhana

18                                            **CHAFFIN LUHANA LLP**
                                           600 Third Avenue, 12th Floor

19                                            New York, NY 10016
                                           Telephone: (888) 480-1123

20                                            Facsimile: (888) 499-1123
                                           luhana@chaffinluhana.com

21                                            *Co-Lead Counsel*

22

23

24

25

26

27

28

1

2   Dated: March 25, 2024                    By: */s/ Robert Atkins*
                                                Robert Atkins
3

4                                            **PAUL, WEISS, RIFKIND,**
                                             **WHARTON & GARRISON LLP**
                                             ROBERT ATKINS
5                                            RANDALL S. LUSKEY
                                             KYLE N. SMITH
6                                            JESSICA E. PHILLIPS
                                             CAITLIN E. GRUSAUSKAS
7                                            ANDREA M. KELLER
                                             535 Mission Street, 24th Floor
8                                            San Francisco, CA 94105
                                             Telephone: (628) 432-5100
9                                            Facsimile: (628) 232-3101

10                                           *Attorneys for Defendants*
                                             UBER TECHNOLOGIES, INC.,
11                                           RASIER, LLC, and RASIER-CA,
                                             LLC
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Sarah R. London*

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:23-MD-03084

1

2                        UNITED STATES DISTRICT COURT

3                     NORTHERN DISTRICT OF CALIFORNIA

4                        SAN FRANCISCO DIVISION

5

6    **IN RE: UBER TECHNOLOGIES, INC.,**          No. 3:23-md-03084-CRB
     **PASSENGER SEXUAL ASSAULT**
7    **LITIGATION**                               **[PROPOSED] ORDER GRANTING**
                                                   **STIPULATION REGARDING THE**
8                                                  **PLAINTIFF FACT SHEET FORM**

9
     This Document Relates to:
10
     ALL ACTIONS
11

12

13         The Court hereby GRANTS the parties' stipulation as follows:

14         1.     The attached Amended Plaintiff Fact Sheet shall be used in all cases pursuant to

15   the terms identified in PTO No. 10. See, Exhibit 2 (Amended Plaintiff Fact Sheet).

16

17         **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18

19   Date:  March 26      , 2024              _____
                                              HON. CHARLES                    DGE
20                                            UNITED              IT IS SO ORDERED

21                                                        Judge Charles R. Breyer

22

23

24

25

26

27

28