# EXHIBIT A

**IN RE JUUL LABS INC. LITIGATION**
**MONTHLY TIME REPORT**

Firm Name: _____

Date: _____

**Categories:** 1. Lead Counsel Calls/Mee ings 2. PSC Calls/Mee ings 3. Lead Counsel/PSC Duties 4. Administrative 5. MDL Status Conf. 6. Court Appearance 7. Research 8. Discovery 9. Doc. Review 10. Litigation Strategy & Analysis 11. Depo (Notice, Prep, Take, Defend) 12. Pleadings/Briefs/Pre-trial Motions/Legal 13. Experts/Consultants 14. Settlement 15. Bellwether Selection/Trial Prep/Trial 16. Trial Prep 17. Trial  18. Appeal 19. Miscellaneous (describe)

| Last Name, First Name | Professional level:  Partner (PT), Of Counsel (OC), Associate (A), Staff Attorney (SA), Contract Attorney (CA), or Paralegal/Staff (PL) | Date of Service: | Category Code: | Detailed Description of Work performed: | Co-Lead Counsel Who Assigned or Approved Work | Billing Rate: | Time spent (by 0.1 increments) | Fees Total: |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | **Total** | | |

**IN RE JUUL LABS INC. LITIGATION**
**MONTHLY TIME REPORT**

**Categories**: 1. Assessment Fees 2. Federal Express/Local Courier, etc. 3. Postage Charges 4. Facsimile Charges 5. Long Distance 6. In-House Photocopying 7. Outside Photocopying 8. Hotels 9. Meals 10. Mileage 11. Air Travel 12. Deposition Costs 13. Lexis/Westlaw 14. Court Fees 15. Witness/Expert Fees 16. Investigation Fees/Service Fees 17. Transcripts 18. Ground Transportation (i.e., rental, Taxis, etc.) 19. Miscellaneous (Describe)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*ALL ORIGINAL RECEIPTS MUST BE ATTACHED TO THIS EXPENSE SHEET\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Date: | Last Name, First Name | Category Code: | Detailed Description: | Co-Lead Counsel Who Assigned or Approved Cost (Hard Costs Only) | Amount: | Receipt Provided: Yes / No (if no, provide reason) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | Total | | |

**IN RE JUUL LABS INC. LITIGATION**
**MONTHLY TIME REPORT**

**Categories**: 1. Assessment Fees 2. Federal Express/Local Courier, etc. 3. Postage Charges 4.  Facsimile Charges 5. Long Distance 6.  In-House Photocopying 7. Outside Photocopying 8. Hotels 9. Meals 10. Mileage 11. Air Travel 12. Deposition Costs 13. Lexis/Westlaw 14. Court Fees 15. Witness/Expert Fees 16. Investigation Fees/Service Fees 17. Transcripts 18. Ground Transportation (i.e., rental, Taxis, etc.) 19. Miscellaneous (Describe)

***********************ALL ORIGINAL RECEIPTS MUST BE ATTACHED TO THIS EXPENSE SHEET***************************

| Date | Last Name, First Name | Category Code | Detailed Description | Co-Lead Counsel Who Assigned or Approved Cost (Hard Costs Only) | Amount | Receipt Provided Yes / No (if no, provide reason) |
|------|----------------------|---------------|----------------------|------------------------------------------------------------------|--------|---------------------------------------------------|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |