1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES,
INC., PASSENGER SEXUAL
ASSAULT LITIGATION              ,

            Plaintiff(s),

       v.

                                ,

            Defendant(s).

Case No. 3:23-md-03084-CRB

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

       I, Jeff P. Johnson          , an active member in good standing of the bar of

DC, VA, MO                    , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC         in the

above-entitled action. My local co-counsel in this case is Michael B. Shortnacy         , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California. Local co-counsel's bar number is: 277035          .

190 Carondelet Plaza, Ste. 1350, St. Louis, MO 63105
MY ADDRESS OF RECORD

314-690-0240
MY TELEPHONE # OF RECORD

jpjohnson@shb.com
MY EMAIL ADDRESS OF RECORD

2049 Century Park E, Ste 3000, Los Angeles, CA 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

424-285-8330
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

mshortnacy@shb.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

       I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is:  DC 102921; VA 86830; MO 73249      .

       A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

       I have been granted pro hac vice admission by the Court 0 times in the 12 months

preceding this application.

American LegalNet, Inc.
www.FormsWorkFlow.com

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules. I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: <u>March 28, 2024</u>                              <u>/s/ Jeff P. Johnson</u>
                                                                         APPLICANT
5                                                                        Jeff P. Johnson

6

7

8                    ORDER GRANTING APPLICATION

9                 FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11  IT IS HEREBY ORDERED THAT the application of <u>Jeff P. Johnson</u>                    is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated:  <u>                              </u>

16

17                                              <u>                                        </u>
                                                   UNITED STATES DISTRICT/MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28



United States District Court
Northern District of California