UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER <br> (CIVIL LOCAL RULE 11-3) |

I, __Jacqueline P. Rubin__, an active member in good standing of the bar of __New York, 1st Department__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC__ in the above-entitled action. My local co-counsel in this case is __Randall S. Luskey__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __240915__.

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas, New York, NY 10019
MY ADDRESS OF RECORD

Paul, Weiss, Rifkind, Wharton & Garrison LLP
535 Mission Street, 24th Fl., San Francisco, CA 94105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 373-3000
MY TELEPHONE # OF RECORD

(628) 432-5100
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jrubin@paulweiss.com
MY EMAIL ADDRESS OF RECORD

rluskey@paulweiss.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __3993789__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.
4  Dated: March 27, 2024                                              */s/ Jacqueline P. Rubin*
                                                                                    APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of ___Jacqueline P. Rubin___ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 28, 2024

UNITED STATES DISTRICT/MAGISTRATE JUDGE