1
2
3
4
5
6
7                            UNITED STATES DISTRICT COURT

8                          NORTHERN DISTRICT OF CALIFORNIA

9

10  IN RE: UBER TECHNOLOGIS, INC.              MDL No. 3084 CRB
    PASSENGER SEXUAL ASSAULT
11  LITIGATION
                                               **[PROPOSED] FIRST AMENDED
12                                             PRETRIAL ORDER NO. 12: COMMON
                                               BENEFIT ORDER—TIMEKEEPING AND
13  This Document Relates to:                  EXPENSES PROTOCOL**

    ALL ACTIONS
14

15          This Order amends Pretrial Order No. 12, the Common Benefit Order—Timekeeping and

16  Expenses Protocol. This Order modifies Exhibit A to PTO 12 to require reporting of: (1) a

17  monthly time report; (2) a monthly expense report; (3) a supplemental time report; and (4) a

18  supplemental expense report. Modified **Exhibit A** is attached to this Order.

19

20  **IT IS SO ORDERED.**

21  **DATED:**

22

23                                             _____

24                                             Hon. Charles R. Breyer
                                               United States District Court Judge
25

26

27

28