# EXHIBIT A

**In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation**
**MONTHLY TIME REPORT**

**Firm Name:** _____

**Date:** _____

**Categories:** 1. Investigation/Factual Research  2. Attorney Meetings/Strategy  3. Leadership Case Management Duties  4. Court Appearances  5. Pleadings  6. Written Discovery  7. Plaintiff Discovery (Doc. Production, DME)  8. Document Review  9. Legal Research/Memoranda  10. Scientific Research  11. Motions/Briefs  12. Depositions (Prepare/Take/Defend) 13. Experts/Consultants  14. Settlement/Mediation  16. Bellwether Selection 17. Trial Preparation  17. Trial  18. Appeal  19. Client Communications  20. Miscellaneous

| Last Name, First Name | Professional level:  Partner (PT), Of Counsel (OC), Associate (A), Staff Attorney (SA), Contract Attorney (CA), or Paralegal/Staff (PL) | Date of Service: | Category Code: | Detailed Description of Work performed: | Lead Counsel Who Assigned or Approved Work | Billing Rate: | Time spent (by 0.1 increments) | Fees Total: |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation**
**MONTHLY Expense REPORT**

**Firm Name:** _____

**Date:** _____

Categories: 1. Assessment Fees 2. Federal Express / Local Courier, etc. 3. Postage Charges 4. Facsimile Charges 5. Long Distance 6. In-House Photocopying 7. Outside Photocopying 8. Hotels 9. Meals 10. Mileage 11. Air Travel 12. Deposition Costs 13. Lexis/Westlaw 14. Court Fees 15. Witness / Expert Fees 16. Investigation Fees / Service Fees 17. Transcripts 18. Ground Transportation (i.e. Rental, Taxis, etc.) 19. Miscellaneous (Describe)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*ALL ORIGINAL RECEIPTS MUST BE ATTACHED TO THIS EXPENSE SHEET\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Last Name, First Name | Date: | Category Code: | Detailed Description: | Lead Counsel Who Assigned or Approved Cost (Hard Costs Only) | Amount: | Receipt Provided: Yes / No (if no, provide reason) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation**
**SUPPLEMENTAL TIME REPORT**

**Firm Name:**

**Date:**

**Categories:** 1. Investigation/Factual Research   2. Attorney Meetings/Strategy   3. Leadership Case Management Duties   4. Court Appearances   5. Pleadings   6. Written Discovery   7. Plaintiff Discovery (Doc. Production, DME)   8. Document Review   9. Legal Research/Memoranda   10. Scientific Research   11. Motions/Briefs   12. Depositions (Prepare/Take/Defend) 13. Experts/Consultants   14. Settlement/Mediation   16. Bellwether Selection 17. Trial Preparation  17. Trial   18. Appeal   19. Client Communications   20. Miscellaneous

| Last Name, First Name | Professional Level:  Partner (PT), Of Counsel (OC), Associate (A), Staff Attorney (SA), Contract Attorney (CA), or Paralegal/Staff (PL) | Date of Service: | Category Code: | Detailed Description of Work performed: | Lead Counsel Who Assigned or Approved Work | Billing Rate: | Time spent (by 0.1 increments) | Fees Total: |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation |
| --- |
| **SUPPLEMENTAL EXPENSE REPORT** |

**Firm Name:** _____

**Date:** _____

**Categories:** 1. Assessment Fees 2. Federal Express / Local Courier, etc. 3. Postage Charges 4. Facsimile Charges 5. Long Distance 6. In-House Photocopying 7. Outside Photocopying 8. Hotels 9. Meals 10. Mileage 11. Air Travel 12. Deposition Costs 13. Lexis/Westlaw 14. Court Fees 15. Witness / Expert Fees 16. Investigation Fees / Service Fees 17. Transcripts 18. Ground Transportation (i.e. Rental, Taxis, etc.) 19. Miscellaneous (Describe)

**************************ALL ORIGINAL RECEIPTS MUST BE ATTACHED TO THIS EXPENSE SHEET**************************

| Last Name, First Name | Date: | Category Code: | Detailed Description: | Lead Counsel Who Assigned or Approved Cost (Hard Costs Only) | Amount: | Receipt Provided: Yes / No (if no, provide reason) |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |