fALEXANDRA M. WALSH
PAIGE N. BOLDT (Cal Bar No. 308772)
**Walsh Law PLLC**
14 Ridge Square NW, Suite 342
Washington, DC 20016
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: awalsh@alexwalshlaw.com
Email: pboldt@alexwalshlaw.com

WILLIAM L. SMITH (Cal Bar No. 324235)
**Walsh Law PLLC**
13428 Maxella Ave., Ste. 203
Marina del Rey, CA  90292-5620
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: wsmith@alexwalshlaw.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*A.S. v. Uber Technologies, Inc., et al.*<br>Case No. 3:24-cv-01924 | MDL: No. 3084<br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on March 28, 2024.

///

///

///

///

CASE NO. 3:24-cv-1924                    1          NOTICE OF FILING OF NEW ACTION

| | | |
|---|---|---|
| 1 | Dated: April 1, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | By: /s/ *Alexandra M. Walsh*<br>ALEXANDRA M. WALSH |
| 4 | | PAIGE N. BOLDT (Cal Bar No. 308772)<br>**Walsh Law PLLC** |
| 5 | | 14 Ridge Square NW, Suite 342<br>Washington, DC  20016 |
| 6 | | Telephone: 202.780.3014<br>Facsimile: 202.780.3678 |
| 7 | | Email: awalsh@alexwalshlaw.com<br>Email: pboldt@alexwalsh.com |
| 8 | | |
| 9 | | By: /s/ *William L. Smith*<br>WILLIAM L. SMITH (Cal Bar No. 324235) |
| 10 | | **Walsh Law PLLC**<br>13427 Maxella Avenue, Suite 203 |
| 11 | | Marina del Rey, CA  90292<br>Telephone: 202.780.3014 |
| 12 | | Facsimile: 202.780.3678<br>Email: wsmith@alexwalshlaw.com |
| 13 | | |
| 14 | | *Counsel for Plaintiff* |