UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIS, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3084 CRB<br><br>[PROPOSED] FIRST AMENDED PRETRIAL ORDER NO. 12: COMMON BENEFIT ORDER—TIMEKEEPING AND EXPENSES PROTOCOL |

This Order amends Pretrial Order No. 12, the Common Benefit Order—Timekeeping and Expenses Protocol. This Order modifies Exhibit A to PTO 12 to require reporting of: (1) a monthly time report; (2) a monthly expense report; (3) a supplemental time report; and (4) a supplemental expense report. Modified **Exhibit A** is attached to this Order.

**IT IS SO ORDERED.**

**DATED:** April 1, 2024

_____
Hon. Charles R. Breyer
United States District Judge

- 1 -

[PROPOSED] FIRST AMENDED PRETRIAL ORDER NO. 12: TIMEKEEPING AND EXPENSES PROTOCOL