1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*K.P.* v. *Uber Technologies, Inc., et al.*, 24-cv-00772 | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND RASIER, LLC'S MOTION TO DISMISS PLAINTIFF K.P.'S COMPLAINT**<br><br>Judge:      Honorable Charles R. Breyer<br>Courtroom: 6 – 17th Floor |
|---|---|

Having considered Defendants' Motion to Dismiss Plaintiff K.P.'s Complaint (the "Motion"), all other papers and evidence submitted in support and opposition, the pertinent pleadings and papers on file in this action, and the arguments of counsel, and all other matters presented to the Court, it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE