DocuSign Envelope ID: AC8A49B8-5EEC-42BE-819C-8BC12A38169C

RANDALL S. LUSKEY (SBN: 240915)
    rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
    ratkins@paulweiss.com
JACQUELINE P. RUBIN (*Pro Hac Vice* admitted)
    jrubin@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
    cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
    akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

[*Additional Counsel Listed on Following Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LSA 340* v. *Uber Technologies, Inc., et al.*, 3:23-cv-01165-CRB<br><br>*H.D.* v. *Uber Technologies, Inc.*, et al., 3:23-cv-04617-CRB | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF PETER SAUERWEIN IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS PLAINTIFFS' MASTER LONG-FORM COMPLAINT PURSUANT TO CALIFORNIA LAW**<br><br>Judge:        Honorable Charles R. Breyer<br>Date:         TBD<br>Time:         TBD<br>Courtroom:  6 – 17th Floor |

DocuSign Envelope ID: AC8A49B8-5EEC-42BE-819C-8BC12A38169C

1

2
*M.F.A.* v. *Uber Technologies, Inc., et al.*,
3:23-cv-05560-CRB

3
*Hunter* v. *Uber Technologies, Inc., et al.*,
3:23-cv-05622-CRB
4

5
*T.R.* v. *Uber Technologies, Inc.*, et al., 3:23-
cv-05625-CRB

6

7
*J.B.* v. *Uber Technologies, Inc.*, et al., 3:23-
cv-06692-CRB

8
*T.M.* v. *Uber Technologies, Inc.*, et al.,
3:23-cv-06705-CRB
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

DECLARATION OF PETER SAUERWEIN IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'
LONG-FORM COMPLAINT PURSUANT TO CALIFORNIA LAW        Case No. 3:23-md-03084-CRB

DocuSign Envelope ID: AC8A49B8-5EEC-42BE-819C-8BC12A38169C

1    KYLE N. SMITH (*Pro Hac Vice* admitted)
      ksmith@paulweiss.com
2    JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
      jphillips@paulweiss.com
3    **PAUL, WEISS, RIFKIND, WHARTON**
      **& GARRISON LLP**
4    2001 K Street, NW
   Washington DC, 20006
5    Telephone: (202) 223-7300
   Facsimile:  (202) 223-7420
6

7    *Attorney for Defendants*
   UBER TECHNOLOGIES, INC.,
   RASIER, LLC, and RASIER-CA, LLC
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- iii -

DECLARATION OF PETER SAUERWEIN IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'
LONG-FORM COMPLAINT PURSUANT TO CALIFORNIA LAW    Case No. 3:23-md-03084-CRB

DocuSign Envelope ID: AC8A49B8-5EEC-42BE-819C-8BC12A38169C

## **DECLARATION OF PETER SAUERWEIN**

I, Peter Sauerwein, hereby declare pursuant to 28 U.S.C. § 1746:

1.      I am over the age of 18 and a resident of Seattle, Washington. I submit this declaration in support of Defendants Uber Technologies, Inc., Rasier LLC, and Rasier-CA LLC's (collectively "Uber") Motion to Dismiss Plaintiffs' Long-Form Complaint Pursuant to California Law (the "Motion"). I have personal knowledge of each fact stated in this declaration and, if called as a witness, I could and would competently and truthfully testify thereto. I am authorized to make these statements on behalf of Uber.

2.      I am currently employed at Uber as the Senior Manager for Corporate Business Operations. Prior to my current role, I was employed by Uber from November 2016 through January 2021. I was first employed as an Operations and Logistics Manager in Denver, Colorado, from November 2016 through August 2018, and a Senior Operations and Logistics Manager in Denver, Colorado, from August 2018 through January 2019. In January 2019, I moved to San Francisco and became Head of Regulatory Strategy and Operations for the U.S. West region. Then, starting in November 2020, I was employed as Territory Lead for UberEats, and I remained in that role until I left the company in January 2021. I returned to Uber in April 2022 as the Senior Manager for Corporate Business Operations.

3.      In my position at Uber, I have access to Uber's business records regarding users and independent drivers who use Uber's mobile application (the "Uber App") and the trips they made using Uber's software applications, and I have access to those records in the regular course of business.

### ***McKnight* Settlement**

4.      To date, Uber has identified 21 Plaintiffs who allege incidents in California, Florida, Illinois, New York, or Texas who released claims pursuant to the June 1, 2017 Settlement in the class action *McKnight* v. *Uber Technologies, Inc.*, No. 14-cv-05615 (N.D. Cal.).[1] Additional

---

[1] Those Plaintiffs are Jane Doe LS 98, 23-cv-05412; M.M., 24-cv-00299; Jane Doe LS 154, 23-cv-03807; Jane Doe 91, 23-cv-04368; Jane Doe LS 158, 23-cv-04385; Jane Doe LS 249, 23-cv-04369; Marquita Harris, 23-cv-05526; Sullivan, 23-cv-05418; Jane Doe LS 203, 23-cv-04371; Jane Doe LS 16, 23-cv-03758; Ashley Jones, 23-cv-03851; C.L., 23-cv-04972; Courtney Wilson, 24-cv-00203; C.O., 24-cv-00136; Jane Doe LS 159, 23-cv-04365; Mildred

DECLARATION OF PETER SAUERWEIN IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'
LONG-FORM COMPLAINT PURSUANT TO CALIFORNIA LAW      Case No. 3:23-md-03084-CRB

DocuSign Envelope ID: AC8A49B8-5EEC-42BE-819C-8BC12A38169C

1  Plaintiffs who released their claims under the *McKnight* Settlement may be identified as discovery

2  proceeds.

3      I declare under the penalty of perjury under the laws of the United States that the foregoing

4  is true and correct.

5      Executed at Seattle, Washington, this 1st day of April, 2024.

6                                   *Peter Sauerwein*

7                                   PETER SAUERWEIN

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  Hunter, 23-cv-05622; Jane Doe LS 177, 23-cv-05219; Jane Doe LS 388, 23-cv-05346; N.M., 23-cv-04940; A.R., 24-cv-01467; Jane Doe EB 1, 23-cv-05870.  The 21 Plaintiffs were identified based on payments made to them under the *McKnight* Settlement Agreement, as well as records of their trips taken during the *McKnight* class period.

28                                   - 2 -

DECLARATION OF PETER SAUERWEIN IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'
LONG-FORM COMPLAINT PURSUANT TO CALIFORNIA LAW      Case No. 3:23-md-03084-CRB