1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT 12  LITIGATION | Case No. 3:23-md-03084-CRB **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS PLAINTIFFS' MASTER LONG-FORM COMPLAINT PURSUANT TO CALIFORNIA LAW** Judge:        Honorable Charles R. Breyer Courtroom:   6 – 17th Floor |
| 13  14  This Document Relates to: 15  *Jane Doe LSA 340* v. *Uber Technologies, Inc., et al.*, 3:23-cv-01165-CRB 16  17  *H.D.* v. *Uber Technologies, Inc.*, et al., 3:23-cv-04617-CRB 18  19  *M.F.A.* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05560-CRB 20  *Hunter* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05622-CRB 21  22  *T.R.* v. *Uber Technologies, Inc.*, et al., 3:23-cv-05625-CRB 23  24  *J.B.* v. *Uber Technologies, Inc.*, et al., 3:23-cv-06692-CRB 25  26  *T.M.* v. *Uber Technologies, Inc.*, et al., 3:23-cv-06705-CRB | |

27
28

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Dismiss Plaintiffs' Master Long-Form Complaint Pursuant to California Law (the "Motion"), all other papers and evidence submitted in support and opposition, the pertinent pleadings and papers on file in this action, and the arguments of counsel, and all other matters presented to the Court, it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____, 2024

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE