UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*A.H.M.* v. *Uber Technologies, Inc.*, et al., 3:23-cv-03482-CRB<br><br>*R.T.* v. *Uber Technologies, Inc.*, et al., 3:23-cv-04301-CRB<br><br>*Jane Doe LS 231* v. *Uber Technologies, Inc.*, et al., 3:23-cv-04367-CRB<br><br>*Jane Doe LS 155* v. *Uber Technologies, Inc., et al.*, 3:23-cv-04374-CRB<br><br>*A.I.* v. *Uber Technologies, Inc., et al.*, 3:23-cv-04740-CRB<br><br>*E.E.* v. *Uber Technologies, Inc., et al.*, 3:23-cv-04744-CRB<br><br>*Jane Doe LS 66* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05414-CRB<br><br>*L.E.* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05567-CRB | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS PLAINTIFFS' MASTER LONG-FORM COMPLAINT PURSUANT TO NEW YORK LAW**<br><br>Judge:       Honorable Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

*Jane Doe LS 302* v. *Uber Technologies, Inc.*, et al., 3:23-cv-05577-CRB

*S.E.* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05869-CRB

*Moore* v. *Uber Technologies, Inc., et al.*, 3:24-cv-00482-CRB

*Gacovino* v. *Uber Technologies, Inc.*, et al., 3:24-cv-00501-CRB

*Moye* v. *Uber Technologies, Inc., et al.*, 3:24-cv-00695-CRB

*M.C.* v. *Uber Technologies, Inc., et al.*, 3:24-cv-01347-CRB

*B.C.* v. *Uber Technologies, Inc., et al.*, 3:24-cv-01917-CRB

*S.M.* v. *Uber Technologies, Inc., et al.*, 3:24-cv-01920-CRB

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
TO DISMISS PLAINTIFFS' LONG-FORM COMPLAINT        Case No. 3:23-md-03084-CRB

**[PROPOSED] ORDER**

1  
2    Having considered Defendants' Motion to Dismiss Plaintiffs' Master Long-Form
3  Complaint Pursuant to New York Law (the "Motion"), all other papers and evidence submitted in
4  support and opposition, the pertinent pleadings and papers on file in this action, and the arguments
5  of counsel, and all other matters presented to the Court, it is hereby **ORDERED** that the Motion
6  is **GRANTED**.

7    **IT IS SO ORDERED.**

9  Dated: _____, 2024

                                      HON. CHARLES R. BREYER
                                      UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
TO DISMISS PLAINTIFFS' LONG-FORM COMPLAINT        Case No. 3:23-md-03084-CRB