**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS PLAINTIFFS' MASTER LONG-FORM COMPLAINT PURSUANT TO FLORIDA LAW** |
| This Document Relates to: | |
| *Jane Doe LS 237* v. *Uber Technologies, Inc.*, et al., 3:23-cv-03973-CRB | Judge:      Honorable Charles R. Breyer<br>Courtroom:  6 – 17th Floor |
| *E.C.* v. *Uber Technologies, Inc., et al.*, 3:23-cv-04299-CRB | |
| *A.P.* v. *Uber Technologies, Inc., et al.*, 3:23-cv-04308-CRB | |
| *Jane Doe LS 249* v. *Uber Technologies, Inc., et al.*, 3:23-cv-04369-CRB | |
| *Jane Doe LS 203* v. *Uber Technologies, Inc., et al.*, 3:23-cv-04371-CRB | |
| *Jane Doe LS 164* v. *Uber Technologies, Inc., et al.*, 3:23-cv-04373-CRB | |
| *Jane Doe LS 251* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05187-CRB | |
| *Jane Doe LS 384* v. *Uber Technologies, Inc.*, et al., 3:23-cv-05292-CRB | |

*Jane Doe LS 76* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05319-CRB

*Jane Doe LS 264* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05322-CRB

*Jane Doe LS 365* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05328-CRB

*Jane Doe LS 388* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05346-CRB

*Jane Doe LS 244* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05372-CRB

*Jane Doe LS 265* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05377-CRB

*Jane Doe LS 98* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05412-CRB

*X.Y.* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05679-CRB

*C.W.* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05795-CRB

*H.K.* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05812-CRB

*Jane Doe EB 1, et al.* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05870-CRB

*F.W.* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05898-CRB

*Jane Doe LS 245* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05944-CRB

*Jane Doe LS 308* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05945-CRB

*Jane Doe LS 273* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05946-CRB

*H.B.* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05949-CRB

- ii -

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
TO DISMISS PLAINTIFFS' LONG-FORM COMPLAINT          Case No. 3:23-md-03084-CRB

*Jane Roes CL 7 through 10* v. *Uber Technologies, Inc., et al.*, 3:23-cv-06149-CRB

*N.A.* v. *Uber Technologies, Inc., et al.*, 3:24-cv-01520-CRB

*M.Y.* v. *Uber Technologies, Inc., et al.*, 3:24-cv-01821-CRB

*A.M.* v. *Uber Technologies, Inc., et al.*, 3:24-cv-01829-CRB

*Ortego* v. *Uber Technologies, Inc., et al.*, 3:24-cv-01914-CRB

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
TO DISMISS PLAINTIFFS' LONG-FORM COMPLAINT          Case No. 3:23-md-03084-CRB

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Dismiss Plaintiffs' Master Long-Form Complaint Pursuant to Florida Law, (the "Motion"), all other papers and evidence submitted in support and opposition, the pertinent pleadings and papers on file in this action, and the arguments of counsel, and all other matters presented to the Court, it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
TO DISMISS PLAINTIFFS' LONG-FORM COMPLAINT          Case No. 3:23-md-03084-CRB