1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT<br>12  LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS PLAINTIFFS' MASTER LONG-FORM COMPLAINT PURSUANT TO TEXAS LAW**<br><br>Judge:   Honorable Charles R. Breyer<br>Courtroom:   6 – 17th Floor |
| 13 | |
| 14  This Document Relates to: | |
| 15  *A.G. v. Uber Technologies, Inc., et al.*, 3:23-cv-02071-CRB | |
| 16 | |
| 17  *S.D. v. Uber Technologies, Inc., et al.*, 3:23-cv-03852-CRB | |
| 18 | |
| 19  *Jane Doe LS 293 v. Uber Technologies, Inc., et al.*, 3:23-cv-04364-CRB | |
| 20  *Rollo v. Uber Technologies, Inc., et al.*, 3:23-cv-05105-CRB | |
| 21 | |
| 22  *Jane Doe LS 35 v. Uber Technologies, Inc., et al.*, 3:23-cv-05233-CRB | |
| 23 | |
| 24  *Jane Doe LS 253 v. Uber Technologies, Inc., et al.*, 3:23-cv-05236-CRB | |
| 25  *Jane Doe LS 241 v. Uber Technologies, Inc., et al.*, 3:23-cv-05413-CRB | |
| 26 | |
| 27  *Espinosa v. Uber Technologies, Inc., et al.*, 3:23-cv-05417-CRB | |
| 28 | |

*A.M. v. Uber Technologies, Inc., et al.*, 3:23-cv-05807-CRB

*Jane Doe LS 185 v. Uber Technologies, Inc., et al.*, 3:23-cv-05922-CRB

*Jane Roes CL 7 through 10 v. Uber Technologies, Inc., et al.*, 3:23-cv-06149-CRB

*Mouton v. Uber Technologies, Inc., et al.*, 3:23-cv-06429-CRB

*Wilson v. Uber Technologies, Inc., et al.*, 3:24-cv-00203-CRB

*Springs v. Uber Technologies, Inc., et al.*, 3:24-cv-00535-CRB

*P.K. v. Uber Technologies, Inc., et al.*, 3:24-cv-00572-CRB

*K.D. v. Uber Technologies, Inc., et al.*, 3:24-cv-01006-CRB

*N.A.* v. *Uber Technologies, Inc., et al.*, 3:24-cv-01042-CRB

*Milhouse* v. *Uber Technologies, Inc., et al.*, 3:24-cv-01201-CRB

-2-

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
TO DISMISS PLAINTIFFS' LONG-FORM COMPLAINT         Case No. 3:23-md-03084-CRB

## [PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Plaintiffs' Master Long-Form Complaint Pursuant to Texas Law (the "Motion"), all other papers and evidence submitted in support and opposition, the pertinent pleadings and papers on file in this action, and the arguments of counsel, and all other matters presented to the Court, it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____, 2024

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE