1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT 12  LITIGATION | Case No. 3:23-md-03084-CRB  **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS PLAINTIFFS' MASTER LONG-FORM COMPLAINT PURSUANT TO ILLINOIS LAW**  Judge:  Honorable Charles R. Breyer  Courtroom:  6 – 17th Floor |
| 13  14  This Document Relates to:  15  *Hylin* v. *Uber Technologies, Inc., et al.*, 3:23-cv-01630-CRB  16  17  *Jane Doe LS 75* v. *Uber Technologies, Inc., et al.*, 3:23-cv-03805-CRB  18  19  *Jane Doe LS 134* v. *Uber Technologies, Inc., et al.*, 3:23-cv-03811-CRB  20  *Jane Doe LS 250* v. *Uber Technologies, Inc., et al.*, 3:23-cv-03995-CRB  21  22  *R.M.* v. *Uber Technologies, Inc., et al.*, 3:23-cv-04302-CRB  23  24  *J.C.* v. *Uber Technologies, Inc., et al.*, 3:23-cv-04723-CRB  25  *Worzalla* v. *Uber Technologies, Inc., et al.*, 3:23-cv-04731-CRB  26  27  *Jane Roe CL 1, et al.* v. *Uber Technologies, Inc., et al.*, 3:23-cv-04772-28  CRB | |

*C.S.* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05115-CRB

*Jane Doe LS 346* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05193-CRB

*Murphy* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05224-CRB

*Jane Doe LS 200* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05387-CRB

*Jane Doe LS 353* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05401-CRB

*Jane Doe LS 311* v. *Uber Technologies, Inc., et al.*,  3:23-cv-05406-CRB

*Sullivan* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05418-CRB

*Jane Doe LS 103* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05442-CRB

*Harris* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05526-CRB

*Jane Roes CL 4 through 6* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05647-CRB

*J.B.* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05876-CRB

*L.M.* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05928-CRB

*Craig* v. *Uber Technologies, Inc., et al.*, 3:23-cv-05932-CRB

*Cazares* v. *Uber Technologies, Inc., et al.*, 3:23-cv-06190-CRB

*A.P.* v. *Uber Technologies, Inc., et al.*, 3:23-cv-06357-CRB

| | |
|---|---|
| 1 | *T.H.* v. *Uber Technologies, Inc., et al.*, 3:23-cv-06533-CRB |
| 2 | |
| 3 | *C.O.* v. *Uber Technologies, Inc., et al.*, 3:24-cv-00136-CRB |

-3-
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
TO DISMISS PLAINTIFFS' LONG-FORM COMPLAINT          Case No. 3:23-md-03084-CRB

-4-

## [PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Plaintiffs' Master Long-Form Complaint Pursuant to Illinois Law (the "Motion"), all other papers and evidence submitted in support and opposition, the pertinent pleadings and papers on file in this action, and the arguments of counsel, and all other matters presented to the Court, it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____, 2024

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE