[Submitting counsel below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB<br><br>**STIPULATION REGARDING STIPULATED AND [PROPOSED] PRETRIAL ORDER NO. __: FEDERAL RULE OF EVIDENCE 502(D) AND PRIVILEGED MATERIALS** |
| This Document Relates to:<br><br>ALL ACTIONS | |

**WHEREAS,** on March 28, 2024, the Court entered a Privileged Materials Order ruling on the Parties' proposals and disputes regarding how privileged materials will be handled in this multi-district litigation. (ECF No. 366)

**WHEREAS,** the Court's order required the Parties to incorporate the Court's rulings into a "final Stipulated and [Proposed] Pretrial Order No. __: Federal Rule of Evidence 502(d) and Privileged Materials that shall be filed with the Court by April 3, 2024."

**WHEREAS** the Parties have complied with this order by drafting and submitting the stipulated and proposed order filed herewith. The Parties have made three non-substantive edits based on what the Parties agree was the Court's intent (specifically: "work product production"

changed to "work product protection" in paragraph 19; "addresses" changed to "addressees" in paragraph 19(d); and "A Receiving Party make seek…" changed to "A Receiving Party may seek…" in paragraph 19).

**THEREFORE,** the Parties respectfully request the Court enter the Parties' proposed order, filed herewith.

**IT IS SO STIPULATED.**

Dated: April 3, 2024                              Respectfully Submitted:

By: /*s/ Sarah R. London*
Sarah R. London (SBN 267083)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
slondon@lchb.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Plaintiffs' Co-Lead Counsel*

Respectfully submitted,

**SHOOK HARDY & BACON L.L.P.**

By: */s/ Michael B. Shortnacy*
    MICHAEL B. SHORTNACY (SBN: 277035)
    mshortnacy@shb.com
    **SHOOK, HARDY & BACON L.L.P.**
    2049 Century Park East, Ste. 3000
    Los Angeles, CA 90067
    Telephone: (424) 285-8330
    Facsimile: (424) 204-9093

PATRICK OOT (Admitted *Pro Hac Vice*)
oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

KYLE N. SMITH (Admitted *Pro Hac Vice*)
ksmith@paulweiss.com
JESSICA E. PHILLIPS (Admitted *Pro Hac Vice*)
jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

**FILER'S ATTESTATION**

I, Michael B. Shortnacy, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: April 3, 2024                     By: */s/ Michael B. Shortnacy*
                                              Michael B. Shortnacy