IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ This Order Relates To: ALL ACTIONS | Case No. 23-md-03084-CRB **ORDER REGARDING SCHEDULE FOR BRIEFING DEFENDANTS' MOTIONS TO DISMISS** |

The Court indicated at the March 29 status conference that it was considering shortening the briefing schedule for Uber's motions to dismiss the Master Long-Form Complaint. The Court now orders that the briefing schedule is amended as follows: Plaintiffs' response briefs are due April 30, 2024, and Uber's replies are due May 14, 2024.

This schedule will not be amended without the Court's approval. A hearing on the motions will be set at a later date.

**IT IS SO ORDERED.**

Dated: April 4, 2024

_____
CHARLES R. BREYER
United States District Judge