1    ALYSON STEELE BERIDON (*Admitted PHV*)
     **Herzfeld, Suetholz, Gastel, Leniski**
2        **& Wall, PLLC**
     600 Vine St., Suite 2720
3    Cincinnati, Ohio 45202
     (513) 381-2224
4    Email: alyson@hsglawgroup.com

5    *Counsel for Plaintiff*

6    *Additional counsel listed on signature page*

7

8                           **UNITED STATES DISTRICT COURT**
                         **NORTHERN DISTRICT OF CALIFORNIA**
9                            **SAN FRANCISCO DIVISION**

10   IN RE: UBER TECHNOLOGIES, INC.,              MDL No. 3084 CRB
     PASSENGER SEXUAL ASSAULT
11   LITIGATION                                   Honorable Charles R. Breyer

12                                                JURY TRIAL DEMANDED

13   This Document Relates to:

14   *F.W. v. Uber Technologies, Inc., et al; 3:23-cv-*
     *5898-CRB*
15

16          **SHORT-FORM COMPLAINT AND DEMAND FOR JURY TRIAL**

17          The Plaintiff named below files this *Short-Form Complaint and Demand for Jury Trial*

18   against Defendants named below by and through the undersigned counsel. Plaintiff incorporates

19   by reference the allegations contained in *Plaintiffs' Master Long-Form Complaint* in *In Re: Uber*

20   *Technologies, Inc., Passenger Sexual Assault Litigation,* MDL No. 3084 in the United States

21   District Court for the Northern District of California. Plaintiff files this *Short-Form Complaint* as

22   permitted by Case Management Order No. 11 of this Court.

23          Plaintiff selects and indicates by checking-off where requested, the Parties and Causes of

24   Actions specific to this case.

25          Plaintiff, by and through their undersigned counsel, allege as follows:

26

27

28

                                    1                    SHORT-FORM COMPLAINT

## I.   DESIGNATED FORUM[1]

1.   Identify the Federal District Court in which the Plaintiff would have filed in the absence of direct filing:

United States District Court for the Northern District of California.

("Transferee District Court").

## II.   IDENTIFICATION OF PARTIES

### A.   PLAINTIFF

1.   *Injured Plaintiff:* Name of the individual who alleges they were sexually assaulted, battered, harassed, or otherwise attacked by a driver with whom they were paired while using the Uber platform:

F.W., an individual

("Plaintiff").

2.   At the time of the filing of this *Short-Form Complaint*, Plaintiff resides at:

Orlando, Orange County, Florida

3.   (If applicable) _____ is filing this case in a representative capacity as the _____ of the _____, and has authority to act in this representative capacity because _____.

### B.   DEFENDANT(S)

1.   Plaintiff names the following Defendants in this action.

☑ UBER TECHNOLOGIES, INC.;[2]

☑ RASIER, LLC;[3]

☐ RASIER-CA, LLC.[4]

---

[1] *See* Pretrial Order No. 6, at II(C) (ECF No. 177).

[2] Delaware corporation with a principal place of business in California.

[3] A limited liability company whose sole member, Uber Technologies, Inc., is a citizen of Delaware and California.

[4] A limited liability company whose sole member, Uber Technologies, Inc., is a citizen of Delaware and California.

☐ OTHER (specify): _____. This

defendant's residence is in (specify state): _____.

**C.     RIDE INFORMATION**

1.     The Plaintiff was sexually assaulted, harassed, battered, or otherwise attacked by an Uber driver in connection with a ride facilitated on the Uber platform in Harris County on <u>July 1, 2023</u>.

2.     The Plaintiff was the account holder of the Uber account used to request the relevant ride.

3.     The Plaintiff provides the following additional information about the ride:

**[PLEASE SELECT/COMPLETE ONE]**

☑      The Plaintiff hereby incorporates Plaintiff's disclosure of ride information produced pursuant to Pretrial Order No. 5 ¶ 4 on February 15, 2024 or to be produced in compliance with deadlines set forth in Pretrial Order No. 5 ¶ 4, and any amendments or supplements thereto.

☐      The origin of the relevant ride was _____. The requested destination of the relevant ride was _____. The driver was named _____.

**III.     CAUSES OF ACTION ASSERTED**

1.     The Causes of Action asserted in the *Plaintiffs' Master Long-Form Complaint,* and the allegations with regard thereto in the *Plaintiffs' Master Long-Form Complaint,* are adopted in this *Short-Form Complaint* by reference, except that Plaintiff opts out of and excludes the causes of action specified below:

| Check any EXCLUDED causes of action | Cause of Action Number | Cause of Action |
|---|---|---|
| ☐ | I | NEGLIGENCE (including Negligent Hiring, Retention, Supervision, and Entrustment) |

| Check any EXCLUDED causes of action | Cause of Action Number | Cause of Action |
|---|---|---|
| ☐ | II | FRAUD AND MISREPRESENTATION |
| ☐ | III | NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS |
| ☐ | IV | COMMON CARRIER'S NON-DELEGABLE DUTY TO PROVIDE SAFE TRANSPORTATION[5] |
| ☐ | V | OTHER NON-DELEGABLE DUTIES TO PROVIDE SAFE TRANSPORTATION[6] |
| ☐ | VI | VICARIOUS LIABILITY FOR DRIVERS' TORTS – EMPLOYEE |
| ☐ | VII | VICARIOUS LIABILITY FOR DRIVERS' TORTS – APPARENT AGENCY |
| ☐ | VIII | VICARIOUS LIABILITY FOR DRIVERS' TORTS – RATIFICATION |
| ☐ | IX | VICARIOUS LIABILITY FOR DRIVERS' TORTS – Cal. Public Utilities Code § 535 |
| ☐ | X | STRICT PRODUCTS LIABILITY – DESIGN DEFECT |
| ☐ | XI | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| ☐ | XII | STRICT PRODUCTS LIABILITY – PRODUCT LIABILITY ACTS |
| ☐ | XIII | UNFAIR COMPETITION LAW – Cal. Bus. & Prof. Code § 17200 et seq. |

## IV.   ADDITIONAL CAUSES OF ACTION AND/OR ALLEGATIONS

### NOTE

If Plaintiff wants to allege additional Cause(s) of Action other those selected in paragraph III, the specific facts supporting any such additional Cause(s) of Action, must be pled in a manner complying with the requirements of the Federal Rules of Civil Procedure (*see* paragraph III). In doing so you may attach additional pages to this *Short-Form Complaint*.

---

[5] This claim is pleaded in the *Plaintiffs' Master Long-Form Complaint* under the laws of every state **except**: **Arizona, Colorado**, **District of Columbia**, **Illinois** (for incidents prior to August 11, 2023), **Michigan**, **Montana** (for incidents prior to April 23, 2023), **New York**, **Pennsylvania**, **Wisconsin**, and **Wyoming.**

[6] This claim is pleaded in *Plaintiffs' Master Long-Form Complaint* under the laws of every state **except**: District **of Columbia**, **Michigan**, **New York, Pennsylvania**.

1.   Plaintiff asserts the following additional theories against the Defendants designated in paragraph III above:

N/A

2.   If Plaintiff has additional factual allegations not set forth in *Plaintiffs' Master Long-Form Complaint*, they may be set forth below or in additional pages:

N/A

**WHEREFORE**, Plaintiff prays for relief and judgment against Defendants for economic and non-economic compensatory and punitive and exemplary damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper, and such further relief as the Court deems equitable and just, and as set forth in *Plaintiffs' Master Long-Form Complaint*.

<u>**JURY DEMAND**</u>

Plaintiff hereby demands a trial by jury as to all claims in this action.

Dated: April 10, 2024                    Respectfully submitted,

By: <u>*/s/ Alyson Steele Beridon*</u>
Alyson Steele Beridon* (OH #87496)
Herzfeld, Suetholz, Gastel, Leniski
  & Wall, PLLC
600 Vine Street, Suite 2720
Cincinnati, OH 45202
Phone: (513) 381-2224
alyson@hsglawgroup.com

Benjamin A. Gastel* (TN #28699)
Herzfeld, Suetholz, Gastel, Leniski

& Wall, PLLC
223 Rosa L. Parks Ave., Suite 300
Nashville TN 37203
Phone: (615) 800-6225
Fax: (615) 994 - 8625
ben@hsglawgroup.com

Rachel Abrams
Peiffer Wolf Carr Kane & Conway LLC
Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: 415-766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com

*admitted *pro hac vice*

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2024, I electronically transmitted the foregoing **SHORT-FORM COMPLAINT** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants. Additionally, the foregoing was served on Defendants' counsel via email at: MDL3084-service-Uber@paulweiss.com.

*/s/ Alyson Steele Beridon*
Alyson Steele Beridon