C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine E. Cutter (SBN 312622)
**CUTTER LAW, P.C.**
401 Watt Ave.
Sacramento, CA 95864
(916) 290-9400
bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com

*ATTORNEYS FOR PLAINTIFFS*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB<br><br>*Hon. Judge Charles R. Breyer* |
| THIS DOCUMENT RELATES TO:<br><br>*CL 1, et al. v. Uber Technologies, Inc., et al., Case No. 3:23-cv-04772*<br><br>*Roe CL 4, et al. v. Uber Technologies, Inc., et al., Case No. 3:23-cv-05647*<br><br>*Roe CL 7, et al. v. Uber Technologies, Inc., et al., Case No. 3:23-cv-06149* | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Pretrial Order No. 6 that Short Form Complaints and Jury Demands have been filed on behalf of Plaintiffs Jane Roe CL 1, Jane Roe CL 2, Jane Roe CL 3, Jane Roe CL 5, Jane Roe CL 6, Jane Roe CL 7, Jane Roe CL 8, Jane Roe CL 9, Jane Roe CL 10, and John Roe CL 1.

1  DATED:  April 11, 2024           Respectfully submitted,

2

3                              /s/ Jennifer S. Domer

4                           Jennifer S. Domer

5                           C. Brooks Cutter

Jennifer S. Domer

6                           Celine E. Cutter

CUTTER LAW, P.C.

7                           401 Watt Avenue

Sacramento, CA 95864

8                           (916) 290-9400

9                           bcutter@cutterlaw.com

jdomer@cutterlaw.com

10                         ccutter@cutterlaw.com

11                         *ATTORNEYS FOR PLAINTIFFS*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF FILING SHORT FORM COMPLAINT

1

**PROOF OF SERVICE**

2          I am employed in the County of Sacramento.  I am over the age of eighteen years and not a

3   party to the within entitled action; my business address is Cutter Law P.C., 401 Watt Avenue,

4   Sacramento, California 95864.

5          On the date below, I served a copy of the following document(s) described as Short Form

6   Complaints for Jane Roe CL 1, Jane Roe CL 2, Jane Roe CL 3, Jane Roe CL 5, Jane Roe CL 6, Jane

7   Roe CL 7, Jane Roe CL 8, Jane Roe CL 9, Jane Roe CL 10, and John Roe CL 1 on the interested

8   party(ies) in this action as follows:

9

10

| **X** | **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  Based on Pretrial Order No. 6: Direct Filing, whereby defense agreed to waive formal service of summons, I caused the documents to be sent from **ebell@*cutterlaw.com*** to the person(s) at the e-mail address MDL3084-service-Uber@paulweiss.com. |
|---|---|

11

12

13

14

15   Executed on April 10, 2024 at Sacramento, California.

16

17

18                                                        *Elaine Bell*

19                                                        Elaine Bell

20

21

22

23

24

25

26

27

28

NOTICE OF FILING SHORT FORM COMPLAINT