# Exhibit C

Exhibit C

[Submitting counsel below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF PLAINTIFFS' POSITION FOR THE PARTIES' JOINT DISCOVERY LETTER** |
| This Document Relates to:<br><br>All Cases | Judge: Honorable Lisa J. Cisneros<br>Date: TBD<br>Time: TBD<br>Courtroom: TBD |

I, Roopal P. Luhana, declare and state as follows:

1. I am an attorney and partner at Chaffin Luhana LLP, counsel for Plaintiffs and Court-appointed Co-Lead Counsel in this action. I am a member in good standing of the State Bars of New York, New Jersey, Pennsylvania, and Connecticut and am admitted *pro hac vice* in this coordinated action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this Declaration in support of Plaintiffs' Position for the Parties Joint Discovery Letter as required by this Court under Pretrial Order ("PTO') No. 8 (ECF No. 323).

3. The parties met and conferred as required by PTO No. 9 (ECF No. 345) on March 27, 2024 and April 2, 2024 to discuss potential solutions to the remaining ESI disputes.

4. I was involved in the meet and confers on March 27, 2024 and April 2, 2024.

5. Attached hereto as **Exhibit A** is a true and correct copy of the Declaration of Douglas Forrest in Support of Plaintiffs' Position for the Parties Joint Discovery Letter.

6. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiffs' Proposal and Methodology for Contemporaneous Hyperlinked Documents.

7. Attached hereto as **Exhibit G** is a true and correct copy of email correspondence between the parties dating March 21, 2024 through March 25, 2024.

8. Attached hereto as **Exhibit H** is a true and correct copy of a list of 23 questions send to Defendants by Plaintiffs on March 21, 2024.

9. Attached hereto as **Exhibit I** is a true and correct copy of email correspondence between the parties dating March 29, 2024 through April 11, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 12, 2024, in San Francisco, California.

*/s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com
*Co-Lead Counsel for Plaintiffs*