# Exhibit G

# RE: Uber MDL - Questions for Defendants re PTO No. 9

Oot, Patrick L. (SHB) <OOT@shb.com>
Mon 3/25/2024 9:12 AM

To: Michael Sweet <sweet@chaffinluhana.com>; Shortnacy, Michael (SHB) <mshortnacy@shb.com>; Smith, Kyle <ksmith@paulweiss.com>; Grusauskas, Caitlin E <cgrusauskas@paulweiss.com>; Triana, Marcelo <mtriana@paulweiss.com>; Wikler, Jeremy (SHB) <JWIKLER@shb.com>
Cc: Roopal Luhana <Luhana@chaffinluhana.com>; Steven Cohn <cohn@chaffinluhana.com>; Beth Wilkins <Wilkins@chaffinluhana.com>; Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>; Layne Hilton <lhilton@meyerwilson.com>; Brian Abramson <babramson@whlaw.com>; Bret Stanley <bstanley@pulaskilawfirm.com>; David Grimes <dgrimes@levinsimes.com>

Hi Michael. I was tied of most of the weekend for a Lambda fundraiser and just seeing your e-mail this morning.

We will be prepared to discuss your Thursday questions on our call this week. If you require formal written responses, we can discuss that then.

Best,

Patrick

**Patrick Oot**
Shook, Hardy & Bacon L.L.P.
1800 K Street NW - Suite 1000
Washington, DC 20006
202.639.5645 | oot@shb.com

MAY CONTAIN CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION CONTAINING WORK PRODUCT AND/OR ATTORNEY-CLIENT PRIVILEGED COMMUNICATIONS FROM RETAINED OUTSIDE COUNSEL

---

**From:** Michael Sweet <sweet@chaffinluhana.com>
**Sent:** Sunday, March 24, 2024 10:13 PM
**To:** Oot, Patrick L. (SHB) <OOT@shb.com>; Shortnacy, Michael (SHB) <mshortnacy@shb.com>; Smith, Kyle <ksmith@paulweiss.com>; Grusauskas, Caitlin E <cgrusauskas@paulweiss.com>; Triana, Marcelo <mtriana@paulweiss.com>; Wikler, Jeremy (SHB) <JWIKLER@shb.com>
**Cc:** Roopal Luhana <Luhana@chaffinluhana.com>; Steven Cohn <cohn@chaffinluhana.com>; Beth Wilkins <Wilkins@chaffinluhana.com>; Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>; Layne Hilton <lhilton@meyerwilson.com>; Brian Abramson <babramson@whlaw.com>; Bret Stanley <bstanley@pulaskilawfirm.com>; David Grimes <dgrimes@levinsimes.com>
**Subject:** Re: Uber MDL - Questions for Defendants re PTO No. 9

**EXTERNAL**
Hi Patrick,

Thank you. Are you able to provide a timeline for when Plaintiff will receive the written responses? We believe the meet and confer will be more open and productive if we are able to receive and review prior to the meeting.

Thank you!

Michael

**From:** Oot, Patrick L. (SHB) <OOT@shb.com>
**Sent:** Friday, March 22, 2024 5:37 PM
**To:** Michael Sweet <sweet@chaffinluhana.com>; Shortnacy, Michael (SHB) <mshortnacy@shb.com>; Smith, Kyle <ksmith@paulweiss.com>; Grusauskas, Caitlin E <cgrusauskas@paulweiss.com>; Triana, Marcelo <mtriana@paulweiss.com>; Wikler, Jeremy (SHB) <JWIKLER@shb.com>
**Cc:** Roopal Luhana <Luhana@chaffinluhana.com>; Steven Cohn <cohn@chaffinluhana.com>; Beth Wilkins <Wilkins@chaffinluhana.com>; Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>; Layne Hilton <lhilton@meyerwilson.com>; Brian Abramson <babramson@whlaw.com>; Bret Stanley <bstanley@pulaskilawfirm.com>; David Grimes <dgrimes@levinsimes.com>
**Subject:** RE: Uber MDL - Questions for Defendants re PTO No. 9

Hi All.

Wednesday, March 27, 2024, between 4:00 - 5:00 pm ET would be best given the time needed for any follow-up on the specific areas you have requested yesterday.

Best,

Patrick

**Patrick Oot**
Shook, Hardy & Bacon L.L.P.
1800 K Street NW - Suite 1000
Washington, DC 20006
202.639.5645 | oot@shb.com

MAY CONTAIN CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION CONTAINING WORK PRODUCT AND/OR ATTORNEY-CLIENT PRIVILEGED COMMUNICATIONS FROM RETAINED OUTSIDE COUNSEL

---

**From:** Michael Sweet <sweet@chaffinluhana.com>
**Sent:** Thursday, March 21, 2024 10:42 AM
**To:** Shortnacy, Michael (SHB) <mshortnacy@shb.com>; Oot, Patrick L. (SHB) <oot@shb.com>; Smith, Kyle <ksmith@paulweiss.com>; Grusauskas, Caitlin E <cgrusauskas@paulweiss.com>; Triana, Marcelo <mtriana@paulweiss.com>
**Cc:** Roopal Luhana <Luhana@chaffinluhana.com>; Steven Cohn <cohn@chaffinluhana.com>; Beth Wilkins <Wilkins@chaffinluhana.com>; Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>; Layne Hilton <lhilton@meyerwilson.com>; Brian Abramson <babramson@whlaw.com>; Bret Stanley <bstanley@pulaskilawfirm.com>; David Grimes <dgrimes@levinsimes.com>
**Subject:** Re: Uber MDL - Questions for Defendants re PTO No. 9

**EXTERNAL**
Counsel,

I apologize, it appears that members of Paul Weiss were not on this original email chain. I am reattaching the document and copying them here.

Michael

---

**From:** Michael Sweet
**Sent:** Thursday, March 21, 2024 10:32 AM
**To:** Shortnacy, Michael (SHB) <mshortnacy@shb.com>; Oot, Patrick L. (SHB) <oot@shb.com>
**Cc:** Roopal Luhana <Luhana@chaffinluhana.com>; Steven Cohn <cohn@chaffinluhana.com>; Beth Wilkins <Wilkins@chaffinluhana.com>; Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>; Layne Hilton <lhilton@meyerwilson.com>; Brian Abramson <babramson@whlaw.com>; Bret Stanley

<bstanley@pulaskilawfirm.com>; David Grimes <dgrimes@levinsimes.com>
**Subject:** Uber MDL - Questions for Defendants re PTO No. 9

Good morning Counsel,

I hope this email finds you well.  As you know, as part of PTO No. 9, Judge Cisneros ordered the parties to complete their investigation related to the remaining ESI disputes, including cloud-stored documents, by March 22, and subsequently meet and confer by March 27.  PTO No. 9 at 21, 26.  As directed by Judge Cisneros, and surely addressing issues you're investigating as well, we are attaching a list of questions related to the remaining disputes and asking for a written response.  We believe the answers to these questions will help us understand your position and guide the parties to an appropriate resolution.

We believe it appropriate to meet and confer for approximately an hour on these issues.  As a result, and as directed by Judge Cisneros, we are available to meet and confer on:
·        Monday, March 25, 2024, between 2:30 - 5:00PM ET;
·        Tuesday, March 26, 2024, between 2:00 - 5:00pm ET; and
·        Wednesday, March 27, 2024, between 4:00 - 5:00pm ET
We kindly ask that you get back to us today if possible given the number of schedules being coordinated.

We look forward to hearing your availability and receiving your responses to the attached.

Sincerely,

Michael Sweet*
*Associate*



CHAFFIN LUHANA LLP
www.ChaffinLuhana.com
www.ChaffinLuhanaFoundation.org

*New York, New York*
600 Third Ave., 12th Floor
New York, New York 10016
Toll Free Telephone: (888) 480-1123
Toll Free Fax: (888) 499-1123
Direct Line: (412) 752-7518
*admitted only in Massachusetts

*Pittsburgh, Pennsylvania*
615 Iron City Drive
Pittsburgh, PA 15205

*Weirton, West Virginia (by appointment only):*
3200 Main St.
Weirton, WV 26062

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.