Paula S. Bliss, Esq. (BBO #652361)
Kimberly A. Dougherty, Esq. (BBO #658014)
Justice Law Collaborative, LLC
210 Washington Street
North Easton, MA 02356
Tel: 508-230-2700
Fax: 385-278-0287
paula@justicelc.com
kim@justicelc.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANSISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *E.D. v. Uber Technologies, Inc., et al.*, 3:23-cv-05307-CRB | |
| *K.P. v. Uber Technologies, Inc., et al.*, 3:24-cv-00772-CRB | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Short Form Complaints with Jury Demand in the above-referenced actions were filed on April 10, 2024.

Dated: April 15, 2024               Respectfully submitted,

*/s/ Paula S. Bliss*
Paula S. Bliss, Esq. (BBO #652361)
Kimberly A. Dougherty, Esq. (BBO #658014)
**Justice Law Collaborative, LLC**
210 Washington Street
North Easton, MA 02356
Tel: 508-230-2700
Fax: 385-278-0287
Email: paula@justicelc.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Paula S. Bliss, hereby certify that on this 15th day of April, 2024, I electronically filed the foregoing Notice of Filing of New Action via the CM/ECF system which will transmit a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Paula S. Bliss
Paula S. Bliss, Esq.