1  Sarah R. London (SBN 267083)
2  LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
5  slondon@lchb.com

6  *Liaison Counsel for Plaintiffs*

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO DIVISION

10

11 **IN RE: UBER TECHNOLOGIES, INC.,**     No. 3:23-md-03084-CRB
   **PASSENGER SEXUAL ASSAULT**
12 **LITIGATION**                          **STIPULATION AND [PROPOSED]**
                                           **ORDER REGARDING PAGE LIMITS FOR**
13                                         **PLAINTIFFS' OPPOSITION TO**
                                           **DEFENDANTS' MOTIONS TO DISMISS**
14                                         **THE LONG-FORM MASTER**
                                           **COMPLAINT**
15

16 This Document Relates to:               Judge:    Hon. Charles R. Breyer
                                           Courtroom: 6 – 17th Floor
17 ALL ACTIONS

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | **WHEREAS,** on March 25, 2024, the Court ordered that Defendants be granted up to 30 |
| 3 | pages for each of its five initial Rule 12 Motions, and that Plaintiffs be granted up to 30 pages for |
| 4 | any opposition to any of those Motions, and that Defendants be granted up to 15 pages for each of |
| 5 | its replies in support of its Rule 12 Motions. ECF 358. |
| 6 | **WHEREAS**, on April 1, 2024, Defendants filed five 30-page motions to dismiss the |
| 7 | Master Long-Form Complaint, totaling 150 pages. ECF 384, 385, 386, 387, 388. |
| 8 | **WHEREAS**, on April 4, 2024, the Court accelerated Plaintiffs' deadline to respond to |
| 9 | Defendants' motions from May 22 to April 30. ECF 397. |
| 10 | **WHEREAS**, Plaintiffs desire to file a single omnibus opposition in response to the five |
| 11 | motions, rather than five separate oppositions. |
| 12 | **THEREFORE**, the parties respectfully request the Court enter the parties' stipulation |
| 13 | that: |
| 14 | Plaintiffs may file a single omnibus opposition, up to 150 pages, to Defendants' five |
| 15 | motions to dismiss the master long-form complaint; and |
| 16 | Defendants may file up to five reply briefs, totaling up to 75 pages, in support of |
| 17 | Defendants' five motions to dismiss.  Defendants may elect to divide the 75 pages among the five |
| 18 | reply briefs in any amount provided that the reply briefs do not exceed 75 pages.[1] |
| 19 | |
| 20 | **IT IS SO STIPULATED.** |

---

[1] Defendants also may file a single reply brief of up to 15 pages in support of their motion to dismiss the *K.P.* action.

| | | |
|---|---|---|
| 1 | Dated: April 16, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */s/ Sarah R. London* |
| | | Sarah R. London (SBN 267083) |
| 4 | | |
| 5 | | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 6 | | 275 Battery Street, 29th Floor |
| | | San Francisco, CA 94111-3339 |
| 7 | | Telephone: (415) 956-1000 |
| | | Facsimile: (415) 956-1008 |
| 8 | | slondon@lchb.com |
| 9 | | By: */s/ Rachel B. Abrams* |
| | | Rachel B. Abrams (SBN 209316) |
| 10 | | |
| 11 | | **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP** |
| 12 | | 555 Montgomery Street, Suite 820 |
| | | San Francisco, CA 94111 |
| 13 | | Telephone: (415) 426-5641 |
| | | Facsimile: (415) 840-9435 |
| 14 | | rabrams@peifferwolf.com |
| 15 | | |
| 16 | | By: */s/ Roopal P. Luhana* |
| | | Roopal P. Luhana |
| 17 | | |
| 18 | | **CHAFFIN LUHANA LLP** |
| | | 600 Third Avenue, 12th Floor |
| 19 | | New York, NY 10016 |
| | | Telephone: (888) 480-1123 |
| 20 | | Facsimile: (888) 499-1123 |
| | | luhana@chaffinluhana.com |
| 21 | | *Co-Lead Counsel* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Dated: April 16, 2024 | By: */Robert Atkins*<br>Robert Atkins<br><br>**PAUL, WEISS, RIFKIND,**<br>**WHARTON & GARRISON LLP**<br>ROBERT ATKINS<br>RANDALL S. LUSKEY<br>KYLE N. SMITH<br>CAITLIN E. GRUSAUSKAS<br>ANDREA M. KELLER<br>535 Mission Street, 24th Floor<br>San Francisco, CA 94105<br>Telephone: (628) 432-5100<br>Facsimile: (628) 232-3101<br><br>*Attorneys for Defendants*<br>UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Sarah R. London*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING EXPEDITED LETTER BRIEFING ON PRODUCTION OF DOCUMENTS FROM OTHER SEXUAL ASSAULT CASES UNDER PTO NO. 5**<br><br>Judge:    Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

The Court hereby GRANTS the parties' stipulation as follows:

Plaintiffs may file a single omnibus opposition, up to 150 pages, to Defendants' five motions to dismiss the master long-form complaint and Defendants may file up to five reply briefs, totaling up to 75 pages, in support of Defendants' five motions to dismiss. Defendants may elect to divide the 75 pages among the five reply briefs in any amount provided that the reply briefs do not exceed 75 pages.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____, 2024

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE