[Submitting Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RESCHEDULING OF DISCOVERY STATUS CONFERENCE** |

**WHEREAS**, on March 28, 2024 the Court entered an Order Regarding Deposition Protocol where the Judge scheduled a discovery status conference on April 24, 2024 at 10:00 am to discuss the timing for when depositions may begin, the number of depositions, the amount of time for each deposition, their coordination with the JCCP, and authentication of documents. ECF No. 371.

**WHEREAS,** the Court's Order allowed for the parties to stipulate holding this conference at a later date should they determine a later conference to be more effective.

**WHEREAS,** the parties have conferred and agreed to schedule the discovery status conference on May 9, 2024.

**THEREFORE**, the parties respectfully request the Court enter the parties' stipulation to reschedule the April 24, 2024 discovery status conference to May 9, 2024.

1  **IT IS SO STIPULATED.**

Dated: April 18, 2024

Respectfully submitted,

By: */s/ Sarah R. London*
   Sarah R. London (SBN: 267083)

   **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
   275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
   slondon@lchb.com

By: */s/ Rachel B. Abrams*
   Rachel B. Abrams (SBN 209316)

   **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
   555 Montgomery Street, Suite 820
   San Francisco, CA 94111
   Telephone: (415) 426-5641
   Facsimile: (415) 840-9435
   rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
   Roopal P. Luhana

   **CHAFFIN LUHANA LLP**
   600 Third Avenue, 12th Floor
   New York, NY 10016
   Telephone: (888) 480-1123
   Facsimile: (888) 499-1123
   luhana@chaffinluhana.com

   *Co-Lead Counsel for Plaintiffs*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 18, 2024 | By: */s/ Robert Atkins* |
| 3 | | Robert Atkins |

Dated: April 18, 2024

By: */s/ Robert Atkins*
Robert Atkins

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
ROBERT ATKINS
RANDALL S. LUSKEY
KYLE N. SMITH
CAITLIN E. GRUSAUSKAS
ANDREA M. KELLER
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101


By:  */s/ Michael B. Shortnacy*
MICHAEL B. SHORTNACY (SBN: 277035)
PATRICK OOT
**SHOOK, HARDY & BACON, L.L.P.**
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:23-MD-03084

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

Dated: April 18, 2024     By: /s/Sarah R. London
                              Sarah R. London

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING RESCHEDULING OF DISCOVERY STATUS CONFERENCE** |

The Court hereby GRANTS the parties' stipulation as follows:

The discovery status conference previously scheduled for April 24, 2024 is hereby rescheduled for May 9, 2024.

**IT IS SO ORDERED.**

Date: _____, 2024

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE