UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 3:23-md-03084-CRB<br><br>**ORDER REGARDING RESCHEDULING OF DISCOVERY STATUS CONFERENCE** |

The Court hereby GRANTS the parties' stipulation as follows:

The discovery status conference previously scheduled for April 24, 2024 is hereby rescheduled for May 9, 2024 at 10:00 a.m. via Zoom.

**IT IS SO ORDERED.**

Date: April 19, 2024

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE