| | |
|---|---|
| 1 | ROSEMARIE RIDDELL BOGDAN |
| 2 | rrbuber@1800law1010.com<br>**HARDING MAZZOTTI, LLP** |
| 3 | 1 Wall Street, PO Box 15141<br>Albany, NY  12212-5141 |
| 4 | Telephone: 518-862-1200<br>Fax: 518-389-6679 |
| 5 | Attorneys for Plaintiff |
| 6 | *Appearance pro hac vice* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | ) No. 3:23-md-03084-CRB<br>)<br>) **NOTICE OF FILING OF NEW ACTION**<br>)<br>)<br>) |
| *This document relates to:* | )<br>) |
| *A.H. v. UBER TECHNOLOGIES, INC., et al.,*<br>*3:24-cv-00499-CRB* | )<br>)<br>)<br>) |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Amended Complaint with Jury Demand in the above-referenced action was filed on April 10, 2024.

Dated: April 25, 2024                    Respectfully submitted,

By: */s/ Rosemarie Riddell Bogdan*
ROSEMARIE RIDDELL BOGDAN
HARDING MAZZOTTI, LLP
1 Wall Street, PO Box 15141
Albany, NY  12212-5141
Telephone: 518-862-1200
Facsimile: 518-389-6744
Email: rrbuber@1800law1010.com
Attorneys for Plaintiff
*Appearance pro hac vice*

CASE NO. 3:23-md-03084-CRB                    1                    NOTICE OF FILING OF NEW ACTION

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2024, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan