**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB |
| | **NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS FOR MEREDITH DRUKKER STRATIGOPOULOS** |
| **This Document Relates to:** | |
| ***L.M., an individual v. UBER TECHNOLOGIES, INC., et al.* Case No.: 3:23-cv-05928-CRB** | Judge: Hon. Charles R. Breyer Courtroom: 6 – 17th Floor |
| ***K.D., an individual v. UBER TECHNOLOGIES, INC., et al.* Case No.: 3:24-cv-01006-CRB** | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Meredith Drukker Stratigopoulos is no longer affiliated with Watts Guerra LLP. Ms. Stratigopoulos is now affiliated with Edelson PC. Ms. Stratigopoulos and Edelson PC will now represent Plaintiffs L.M. and K.D. in the above-captioned matter. Effective immediately, all notices, including electronic ("ECF") notices, given or required to be given, and all papers filed or served or required to be served in the above- captioned matter, should be provided to or served upon counsel at the address set forth below:

Meredith Drukker Stratigopoulos
mdrukker@edelson.com
Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378

Respectfully submitted,

Dated: April 29, 2024                    By: /s/ Meredith Drukker Stratigopoulos

Meredith Drukker Stratigopoulos (admitted *pro hac vice*)
mdrukker@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378

*Counsel for Plaintiffs L.M., an individual, and K.D., an individual.*

1

## **CERTIFICATE OF SERVICE**

2   I hereby certify that on April 29, 2024, I electronically filed the foregoing document with the

3 Clerk of the Court using the CM/ECF system, which will automatically send notification of the

4 filing to all counsel of record.

5

6              _/s/ Meredith Drukker Stratigopoulos_

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28