[Submitting Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**STIPULATION REGARDING PROPOSED FINAL ESI PROTOCOL** |
| This Document Relates to:<br><br>ALL ACTIONS | |

**WHEREAS**, on April 23, 2024, the Court entered an Order resolving the parties' outstanding ESI Protocol Disputes. ECF No. 511.

**WHEREAS,** the Court addressed the parties' disagreements as presented in their Joint Discovery Letter (ECF No. 499) and ordered them to incorporate its rulings from PTO No. 9 (ECF No. 345) and its April 23 Order (ECF. No. 511) into a final Stipulated and [Proposed] ESI Protocol.

**WHEREAS,** the parties have conferred and agreed to the attached Proposal.

**THEREFORE**, the parties respectfully request the Court enter the parties' Final Stipulated ESI Protocol.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: April 30, 2024 | Respectfully submitted, |
| | By: */s/ Sarah R. London* |
| |     Sarah R. London (SBN: 267083) |
| | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111-3339 |
| | Telephone: (415) 956-1000 |
| | Facsimile: (415) 956-1008 |
| | slondon@lchb.com |
| | |
| | By: */s/ Rachel B. Abrams* |
| |     Rachel B. Abrams (SBN 209316) |
| | **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP** |
| | 555 Montgomery Street, Suite 820 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 426-5641 |
| | Facsimile: (415) 840-9435 |
| | rabrams@peifferwolf.com |
| | |
| | By: */s/ Roopal P. Luhana* |
| |     Roopal P. Luhana |
| | **CHAFFIN LUHANA LLP** |
| | 600 Third Avenue, 12th Floor |
| | New York, NY 10016 |
| | Telephone: (888) 480-1123 |
| | Facsimile: (888) 499-1123 |
| | luhana@chaffinluhana.com |
| | |
| | *Co-Lead Counsel for Plaintiffs* |

| | |
|---|---|
| 1 | |
| 2  Dated: April 30, 2024 | By: */s/ Michael B. Shortnacy* |
| 3 | Michael B. Shortnacy |
| 4 | MICHAEL B. SHORTNACY (SBN: 277035) |
| 5 | mshortnacy@shb.com |
| | **SHOOK, HARDY & BACON, L.L.P.** |
| 6 | 2049 Century Park East, Suite 3000 |
| 7 | Los Angeles, CA 90067 |
| | Telephone: (424) 285-8330 |
| 8 | Facsimile: (424) 204-9093 |
| 9 | PATRICK OOT (*Pro Hac Vice* admitted) |
| | oot@shb.com |
| 10 | **SHOOK, HARDY & BACON, L.L.P.** |
| 11 | 1800 K St. NW, Suite 1000 |
| | Washington, D.C. 20006 |
| 12 | Telephone: (202) 783-8400 |
| 13 | Facsimile: (202) 783-4211 |
| 14 | JEREMIAH S. WIKLER (*Pro Hac Vice* admitted) |
| 15 | jwikler@shb.com |
| | **SHOOK, HARDY & BACON, L.L.P.** |
| 16 | 2555 Grand Blvd. |
| 17 | Kansas City, MO 64108 |
| | Telephone: (816) 474-6550 |
| 18 | Facsimile: (816) 421-5547 |
| 19 | By: */s/ Randall S. Luskey* |
| 20 | Randall S. Luskey |
| 21 | RANDALL S. LUSKEY |
| | rluskey@paulweiss.com |
| 22 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 23 | 535 Mission Street, 24th Floor |
| | San Francisco, CA 94105 |
| 24 | Telephone: (628) 432-5100 |
| | Facsimile: (628) 232-3101 |
| 25 | |
| 26 | ROBERT ATKINS (*Pro Hac Vice* admitted) |
| | ratkins@paulweiss.com |
| 27 | CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted) |
| 28 | cgrusauskas@paulweiss.com |
| | ANDREA M. KELLER (*Pro Hac Vice* |

- 3 -

admitted)
akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

Dated: April 30, 2024        By: /s/Roopal P. Luhana
                                  Roopal P. Luhana

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING FINAL ESI PROTOCOL** |
| This Document Relates to:<br><br>ALL ACTIONS | |

The Court hereby GRANTS the parties' Joint Proposed ESI Protocol.

**IT IS SO ORDERED.**

Date: _____, 2024

HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE