Mark Potter, Esq., Cal. Bar. No. 166317
Sarah Anastasi, Esq., Cal. Bar. No. 322091
**Potter Handy, LLP**
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
Email: rsa@potterhandy.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *M.A. v. UBER TECHNOLOGIES, INC., et al.,* 3:24-cv-02568-CRB | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on April 29, 2024.

///

///

///

Dated: May 1, 2024              Respectfully submitted,

By: */s/ Sarah Anastasi*
Sarah Anastasi (Cal Bar No. 322091)
**Potter Handy, LLP**
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2024, Plaintiff electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Sarah Anastasi*
Sarah Anastasi