1   [Submitting Counsel on Signature Page]

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                         NORTHERN DISTRICT OF CALIFORNIA

8                            SAN FRANCISCO DIVISION

9

10  **IN RE: UBER TECHNOLOGIES, INC.,**          No. 3:23-md-03084-CRB
    **PASSENGER SEXUAL ASSAULT**
11  **LITIGATION**                               **STIPULATION AND [PROPOSED]**
                                                 **ORDER REGARDING RESCHEDULING**
12                                               **OF DISCOVERY STATUS CONFERENCE**

13  This Document Relates to:

14  ALL ACTIONS

15

16      **WHEREAS**, on March 28, 2024 the Court entered an Order Regarding Deposition

17  Protocol where the Judge scheduled a discovery status conference on April 24, 2024 at 10:00 am

18  to discuss the timing for when depositions may begin, the number of depositions, the amount of

19  time for each deposition, their coordination with the JCCP, and authentication of documents. ECF

20  No. 371.

21      **WHEREAS,** the Court's Order allowed for the parties to stipulate holding this conference

22  at a later date should they determine a later conference to be more effective.

23      **WHEREAS**, the Court continued the conference to May 9, 2024, based on the parties'

24  stipulation.  ECF 509 (Apr. 19, 2024).

25      **WHEREAS,** since that time, the parties have met and conferred, including with the JCCP

26  counsel, and agreed to request the Court continue the discovery status conference to May 16,

27  2024, to allow additional time to meet and confer.

28

1
2
3
4
5

    **THEREFORE**, the parties respectfully request the Court enter the parties' stipulation to reschedule the May 9, 2024 discovery status conference to May 16, 2024.  By May 14, 2024, the parties shall submit their respective updated proposals as to a deposition protocol and they shall indicate whether their proposals incorporate or differ from the positions of their JCCP counterparts in any manner.

6
7

**IT IS SO STIPULATED.**

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   Dated: May 2, 2024                                       Respectfully submitted,

2

3                                                            By: */s/ Sarah R. London*
                                                                 Sarah R. London (SBN:
4                                                                267083)

5                                                            **LIEFF CABRASER HEIMANN &
                                                             BERNSTEIN, LLP**
6                                                            275 Battery Street, 29th Floor
                                                             San Francisco, CA 94111-3339
7                                                            Telephone: (415) 956-1000
                                                             Facsimile: (415) 956-1008
8                                                            slondon@lchb.com

9                                                            By: */s/ Rachel B. Abrams*
                                                                 Rachel B. Abrams (SBN
10                                                               209316)

11                                                           **PEIFFER WOLF CARR KANE
                                                             CONWAY & WISE, LLP**
12                                                           555 Montgomery Street, Suite 820
                                                             San Francisco, CA 94111
13                                                           Telephone: (415) 426-5641
                                                             Facsimile: (415) 840-9435
14                                                           rabrams@peifferwolf.com

15

16                                                           By: */s/ Roopal P. Luhana*
                                                                 Roopal P. Luhana
17
                                                             **CHAFFIN LUHANA LLP**
18                                                           600 Third Avenue, 12th Floor
                                                             New York, NY 10016
19                                                           Telephone: (888) 480-1123
                                                             Facsimile: (888) 499-1123
20                                                           luhana@chaffinluhana.com

21                                                           *Co-Lead Counsel for Plaintiffs*

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:23-MD-03084

1

2   Dated: May 2, 2024                          By: */s/ Robert Atkins*
                                                    Robert Atkins
3
                                                **PAUL, WEISS, RIFKIND, WHARTON**
4                                               **& GARRISON LLP**
                                                ROBERT ATKINS
5                                               RANDALL S. LUSKEY
                                                KYLE N. SMITH
6                                               CAITLIN E. GRUSAUSKAS
                                                ANDREA M. KELLER
7                                               535 Mission Street, 24th Floor
                                                San Francisco, CA 94105
8                                               Telephone: (628) 432-5100
                                                Facsimile: (628) 232-3101
9

10                                              By: */s/ Michael B. Shortnacy*
                                                MICHAEL B. SHORTNACY (SBN:
11                                              277035)
                                                PATRICK OOT
12                                              **SHOOK, HARDY & BACON, L.L.P.**
                                                2049 Century Park East, Suite 3000
13                                              Los Angeles, CA 90067
                                                Telephone: (424) 285-8330
14                                              Facsimile: (424) 204-9093
15
                                                *Attorneys for Defendants*
16                                              UBER TECHNOLOGIES, INC.,
                                                RASIER, LLC, and RASIER-CA, LLC
17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

Dated: May 2, 2024                    By: */s/ Michael B. Shortnacy*
                                                        Michael B. Shortnacy

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:23-MD-03084

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER REGARDING RESCHEDULING OF DISCOVERY STATUS CONFERENCE** |
| This Document Relates to: | |
| ALL ACTIONS | |

The Court hereby GRANTS the parties' stipulation as follows:

The discovery status conference previously scheduled for May 9, 2024 is hereby rescheduled for May 16, 2024.  By May 14, 2024, the parties shall submit their respective updated proposals as to a deposition protocol and they shall indicate whether their proposals incorporate or differ from the positions of their JCCP counterparts in any manner.

**IT IS SO ORDERED.**

Date: _____, 2024

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE