UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 3:23-md-03084-CRB<br><br>**ORDER REGARDING RESCHEDULING OF DISCOVERY STATUS CONFERENCE** |

The Court hereby GRANTS the parties' stipulation as follows:

The discovery status conference previously scheduled for May 9, 2024 is hereby rescheduled for May 16, 2024. By May 14, 2024, the parties shall submit their respective updated proposals as to a deposition protocol and they shall indicate whether their proposals incorporate or differ from the positions of their JCCP counterparts in any manner.

**IT IS SO ORDERED.**

Date: May 3, 2024

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE