RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
  ratkins@paulweiss.com
JACQUELINE P. RUBIN (*Pro Hac Vice* admitted)
  jrubin@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
  cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
  akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RESCHEDULING OF DISCOVERY STATUS CONFERENCE**<br><br>Judge:    Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

| | | |
|---|---|---|
| 1 | KYLE N. SMITH (*Pro Hac Vice* admitted)<br>    ksmith@paulweiss.com | SARAH R. LONDON (SBN 267083)<br>**LIEFF CABRASER HEIMANN &** |
| 2 | JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)<br>    jphillips@paulweiss.com | **BERNSTEIN**<br>275 Battery Street, Fl. 29 |
| 3 | **PAUL, WEISS, RIFKIND, WHARTON<br>    & GARRISON LLP** | San Francisco, CA 94111<br>Telephone: (415) 956-1000 |
| 4 | 2001 K Street, NW<br>Washington DC, 20006 | Email: slondon@lchb.com |
| 5 | Telephone: (202) 223-7300<br>Facsimile:  (202) 223-7420 | RACHEL B. ABRAMS (SBN 209316) |
| 6 | *Attorney for Defendants* | **PEIFFER WOLF CARR KANE<br>CONWAY & WISE, LLP** |
| 7 | UBER TECHNOLOGIES, INC.,<br>RASIER, LLC, and RASIER-CA, LLC | 555 Montgomery Street, Suite 820<br>San Francisco, CA 94111 |
| 8 | | Telephone: (415) 426-5641<br>Email: rabrams@peifferwolf.com |
| 9 | MICHAEL B. SHORTNACY (SBN: 277035)<br>mshortnacy@shb.com | |
| 10 | **SHOOK, HARDY & BACON, L.L.P.**<br>2049 Century Park East, Suite 3000 | ROOPAL P. LUHANA *(Pro Hac Vice)*<br>**CHAFFIN LUHANA LLP** |
| 11 | Los Angeles, CA 90067<br>Telephone: (424) 285-8330 | 600 Third Avenue, Fl. 12<br>New York, NY 10016 |
| 12 | Facsimile:  (424) 204-9093 | Telephone: (888) 480-1123<br>Email: luhana@chaffinluhana.com |
| 13 | PATRICK OOT (*Pro Hac Vice* admitted)<br>oot@shb.com | *Co-Lead Counsel for Plaintiffs* |
| 14 | **SHOOK, HARDY & BACON, L.L.P.**<br>1800 K St. NW, Suite 1000 | |
| 15 | Washington, D.C. 20006<br>Telephone: (202) 783-8400 | |
| 16 | Facsimile:  (202) 783-4211 | |
| 17 | JEREMIAH S. WIKLER (*Pro Hac Vice* admitted)<br>jwikler@shb.com | |
| 18 | **SHOOK, HARDY & BACON, L.L.P.**<br>2555 Grand Blvd. | |
| 19 | Kansas City, MO 64108<br>Telephone: (816) 474-6550 | |
| 20 | Facsimile:  (816) 421-5547 | |
| 21 | *Attorney for Defendants*<br>UBER TECHNOLOGIES, INC., | |
| 22 | RASIER, LLC, and RASIER-CA, LLC | |

## STIPULATION

**WHEREAS**, on March 28, 2024 the Court entered an Order Regarding Deposition Protocol where the Judge scheduled a discovery status conference on April 24, 2024 at 10:00 am to discuss the timing for when depositions may begin, the number of depositions, the amount of time for each deposition, their coordination with the JCCP, and authentication of documents. ECF No. 371.

**WHEREAS,** the Court's Order allowed for the parties to stipulate holding this conference at a later date should they determine a later conference to be more effective.

**WHEREAS**, the Court continued the conference to May 9, 2024, based on the parties' stipulation. ECF 509 (Apr. 19, 2024).

**WHEREAS**, the Court further continued the conference to May 16, 2024, based on the parties' stipulation. ECF 523 (May 3, 2024).

**WHEREAS,** since that time, the parties have met and conferred, including with the JCCP counsel, and agreed to request the Court continue the discovery status conference to June 11, 2024, to allow additional time to meet and confer.

**THEREFORE**, the parties respectfully request the Court enter the parties' stipulation to reschedule the May 16, 2024 discovery status conference to June 11, 2024. By June 7, 2024, which is two business days before the conference, the parties shall submit their respective updated proposals as to a deposition protocol and they shall indicate whether their proposals incorporate or differ from the positions of their JCCP counterparts in any manner.

**IT IS SO STIPULATED.**

///
///
///
///
///
///
///

Dated: May 9, 2024

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Randall S. Luskey*
    ROBERT ATKINS
    RANDALL S. LUSKEY
    KYLE N. SMITH
    JACQUELINE P. RUBIN
    JESSICA E. PHILLIPS
    CAITLIN E. GRUSAUSKAS
    ANDREA M. KELLER

**SHOOK, HARDY & BACON, L.L.P.**

By: */s/ Michael B. Shortnacy*
    MICHAEL B. SHORTNACY
    PATRICK OOT
    JEREMIAH S. WIKLER

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Dated: May 9, 2024

By: */s/ Sarah R. London*
    Sarah R. London (SBN 267083)
    **LIEFF CABRASER HEIMANN & BERNSTEIN**
    275 Battery Street, Fl. 29
    San Francisco, CA 94111
    Telephone: (415) 956-1000
    slondon@lchb.com

By: */s/ Rachel B. Abrams*
    Rachel B. Abrams (SBN 209316)
    **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
    555 Montgomery Street, Suite 820
    San Francisco, CA 94111
    Telephone: (415) 426-5641
    rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
    Roopal P. Luhana
    **CHAFFIN LUHANA LLP**
    600 Third Avenue, Floor 12
    New York, NY 10016
    Telephone: (888) 480-1123
    luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

| | |
|---|---|
| Dated: May 9, 2024 | By:   */s/ Randall S. Luskey*<br>      Randall S. Luskey |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING RESCHEDULING OF DISCOVERY STATUS CONFERENCE** |

  The Court hereby GRANTS the parties' stipulation as follows:

  The discovery status conference previously scheduled for May 16, 2024 is hereby rescheduled for June 11, 2024. By June 7, 2024, the parties shall submit their respective updated proposals as to a deposition protocol and they shall indicate whether their proposals incorporate or differ from the positions of their JCCP counterparts in any manner.

  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____, 2024

                           _____
                           HON. LISA J. CISNEROS
                           UNITED STATES MAGISTRATE JUDGE

- 6 -

STIPULATION AND [PROPOSED] ORDER                  Case No. 3:23-md-03084-CRB