UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>[**PROPOSED**] ORDER **AS MODIFIED** REGARDING RESCHEDULING OF DISCOVERY STATUS CONFERENCE |

The Court hereby GRANTS the parties' stipulation as follows:

The discovery status conference previously scheduled for May 16, 2024 is hereby rescheduled for June 11, 2024 **at 2:00 pm**. By June ~~7~~4, 2024, the parties shall provide **a Joint Status Report that sets forth the status of discovery, the parties' progress in meeting discovery deadlines, any issues or challenges to discovery that the parties have encountered that may impact the discovery schedule.  In addition, the parties shall** submit their respective updated proposals as to a deposition protocol and they shall indicate whether their proposals incorporate or differ from the positions of their JCCP counterparts in any manner.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: May 10, 2024

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE