1  Mark Potter, Esq., Cal. Bar. No. 166317
   Sarah Anastasi, Esq., Cal. Bar. No. 322091
2  **Potter Handy, LLP**
   100 Pine St., Ste 1250
3  San Francisco, CA 94111
   (858) 375-7385; (888) 422-5191 fax
4  Email: rsa@potterhandy.com

5  *Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB  **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:*  [K.O. v. UBER TECHNOLOGIES, INC., et al., 3:24-cv-2849] | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on May 11, 2024.

///

///

///

Dated: May 13, 2024                    Respectfully submitted,

                                       By: */s/ Sarah Anastasi*
                                       Sarah Anastasi (Cal Bar No. 322091)
                                       **Potter Handy, LLP**
                                       *Counsel for Plaintiff*

CASE NO. 3:23-md-03084-CRB        1        NOTICE OF FILING OF NEW ACTION

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2024, Plaintiff electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Sarah Anastasi*
Sarah Anastasi