Meredith D. Stratigopoulos (admitted *pro hac vice*)
mdrukker@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

Chloe Shrode (admitted *pro hac vice*)
cshrode@guerrallp.com
GUERRA LLP
875 E. Ashby Place, Suite 1200
San Antonio, Texas 78212
Telephone: (210) 447-0500
Facsimile: (210) 447-0501

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| | Judge: Hon. Charles R. Breyer |
| **This Document Relates to:** | Courtroom: 6 – 17th Floor |
| ***T.S. v. Uber Technologies, Inc.., et al.*** **Case No. 3:24-cv-02887** | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on May 13, 2024.

Respectfully submitted,

Dated: May 13, 2024     By: /s/ *Meredith D. Stratigopoulos*

Meredith D. Stratigopoulos (admitted *pro hac vice*)

- 1 -

mdrukker@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378

Chloe Shrode (admitted *pro hac vice*)
cshrode@guerrallp.com
GUERRA LLP
875 E. Ashby Place, Suite 1200
San Antonio, Texas 78212
Telephone: (210) 447-0500
Facsimile: (210) 447-0501

*Counsel for Plaintiff T.S., an individual.*