| | |
|---|---|
| 1 | Mark Potter, Esq., Cal. Bar. No. 166317 |
| 2 | Sarah Anastasi, Esq., Cal. Bar. No. 322091<br>**Potter Handy, LLP** |
| 3 | 100 Pine St., Ste 1250<br>San Francisco, CA 94111 |
| 4 | (858) 375-7385; (888) 422-5191 fax<br>Email: rsa@potterhandy.com |
| 5 | *Counsel for Plaintiff* |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:*<br><br>[S.A. v. UBER TECHNOLOGIES, INC., et al., 3:24-cv-02845] | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on May 10, 2024.

///

///

///

Dated: May 14, 2024         Respectfully submitted,

By: */s/ Sarah Anastasi*
Sarah Anastasi (Cal Bar No. 322091)
**Potter Handy, LLP**
*Counsel for Plaintiff*

Case 3:23-md-03084-CRB   Document 532   Filed 05/14/24   Page 2 of 2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2024, Plaintiff electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Sarah Anastasi*
Sarah Anastasi

CASE NO. 3:23-md-03084-CRB        2        NOTICE OF FILING OF NEW ACTION