# EXHIBIT A

**Uber Technologies, Inc. Passenger Sexual Assault Litigation (MDL 3084CRB)**

| Firm Name: | | | | | | TOTAL TIME (.1 hour increments): | 0.0 | |
|---|---|---|---|---|---|---|---|---|
| **Categories:** 1. Investigation/Factual Research 2. Attorney Meetings/Strategy 3. Leadership Case Management Duties 4. Court Appearances 5. Pleadings 6. Written Discovery 7. Plaintiff Discovery (Doc. Production, DME) 8. Document Review 9. Legal Research/Memoranda 10. Scientific Research 11. Motions/Briefs 12. Depositions (Prepare/Take/Defend) 13. Experts/Consultants 14. Settlement/Mediation 15. Bellwether Selection 16. Trial Preparation 17. Trial 18. Appeal 19. Client Communications 20. Miscellaneous | | | | | | | | |
| Last Name, First Name | Professional level: Partner (PT), Of Counsel (OC), Associate (A), Staff Attorney (SA), Contract Attorney (CA), or Paralegal/Staff (PL) | Date of Service | Category Code | Detailed Description of Work performed | Lead Counsel Who Assigned or Approved Work | Billing Rate | Time spent (by 0.1 increments) | Fees Total |
| | | | | | | | | |
| | | | | | | | | |

**Uber Technologies, Inc. Passenger Sexual Assault Litigation (MDL 3084CRB)**

| Firm Name: | | | | TOTAL AMOUNT OF EXPENSES INCURRED: | $   - | |
|---|---|---|---|---|---|---|
| **Categories:** 1. Assessment Fees 2. Federal Express / Local Courier, etc. 3. Postage Charges 4. Facsimile Charges 5. Long Distance 6. In-House Photocopying 7. Outside Photocopying 8. Hotels 9. Meals 10. Mileage 11. Air Travel 12. Deposition Costs 13. Lexis/Westlaw 14. Court Fees 15. Witness / Expert Fees 16. Investigation Fees / Service Fees 17. Transcripts 18. Ground Transportation (i.e. Rental, Taxis, etc.) 19. Miscellaneous (Describe) | | | | | | |
| Last Name, First Name | Date | Category Code | Detailed Description | Lead Counsel Who Authorized or Approved Cost (Hard Costs Only) | Amount | Supporting Documentation File Name (Note: These should each be unique file names, if adding multiple PDF files for an expense entry separate file names with a semicolon.) |
| | | | | | | |