Sarah R. London (CA Bar No. 267083)
LIEFF CABRASER HEIMANN & BERNSTEIN
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiff LCHB061*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*LCHB061  v. Uber Technologies, Inc., et al.*<br>Case No. 3:24-cv-02790 | MDL No. 3084<br><br>**NOTICE OF FILING OF NEW ACTION** |

1

2

      Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

with Jury Demand in the above-referenced action was filed on May 9, 2024.

3

4

Dated: May 14, 2024                   Respectfully submitted,

5

6

*/s/ Sarah R. London*
Sarah R. London (CA Bar No. 267083)

7

Caitlin M. Nelson (CA Bar No. 335601)
Annie M. Wanless (CA Bar No. 339635)

8

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

9

275 Battery Street, 29th Floor

10

San Francisco, CA 94111
Telephone: (415) 956-1000

11

slondon@lchb.com
cwoods@lchb.com

12

awanless@lchb.com

13

Andrew R. Kaufman (MDL *pro hac vice*)

14

222 Second Ave. S., Suite 1640
Nashville, TN 37201

15

Phone: (615) 313-9000
akaufman@lchb.com

16

17

*Attorneys for Plaintiff LCHB061*

18

19

20

21

22

23

24

25

26

27

28