ALEXANDRA M. WALSH
PAIGE N. BOLDT (Cal Bar No. 308772)
**Walsh Law PLLC**
14 Ridge Square NW, Suite 342
Washington, DC 20016
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: awalsh@alexwalshlaw.com
Email: pboldt@alexwalshlaw.com

WILLIAM L. SMITH (Cal Bar No. 324235)
**Walsh Law PLLC**
13428 Maxella Ave., Ste. 203
Marina del Rey, CA  90292-5620
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: wsmith@alexwalshlaw.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB <br><br> Honorable Charles R. Breyer <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |
| This Document Relates to: <br><br> *H.B., an individual v. UBER TECHNOLOGIES, INC., et al.*, Case No. 3:23-cv-05949 | |

PLEASE TAKE NOTICE that Kimberly J. Channick is no longer an attorney at the law firm of Walsh Law PLLC, and therefore hereby withdraws as attorney for Plaintiff H.B. (Individual Case No. 3:23-cv-05949) and should be removed from all papers filed or served in the above-captioned matter for both the Uber MDL 3:23-md-03084-CRB and Individual Case No. 3:23-cv-05949.  Plaintiff is currently represented by one or more members of the Walsh Law PLLC who will continue to serve as counsel of record.

Dated: May 15, 2024          Respectfully submitted,

By: */s/ Alexandra M. Walsh*
ALEXANDRA M. WALSH
PAIGE N. BOLDT (Cal Bar No. 308772)
**Walsh Law PLLC**
14 Ridge Square NW, Suite 342
Washington, DC  20016
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: awalsh@alexwalshlaw.com
Email: pboldt@alexwalshlaw.com

WILLIAM L. SMITH (Cal Bar No. 324235)
**Walsh Law PLLC**
13427 Maxella Avenue, Suite 203
Marina del Rey, CA  90292
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: wsmith@alexwalshlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2024, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Alexandra M. Walsh*