1  Sarah R. London (CA Bar No. 267083)
   LIEFF CABRASER HEIMANN & BERNSTEIN
2  275 Battery Street, 29th Floor
   San Francisco, CA 94111
3  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
4
5  *Attorneys for Plaintiff LCHB107*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 |
|---|---|
| | **NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to: | |
| *LCHB107 v. Uber Technologies, Inc., et al.* Case No. 3:24-cv-02787 | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on May 9, 2024.

Dated: May 15, 2024

Respectfully submitted,

*/s/ Sarah R. London*
Sarah R. London (CA Bar No. 267083)
Caitlin M. Nelson (CA Bar No. 335601)
Annie M. Wanless (CA Bar No. 339635)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com
cwoods@lchb.com
awanless@lchb.com

Andrew R. Kaufman (MDL *pro hac vice*)
222 Second Ave. S., Suite 1640
Nashville, TN 37201
Phone: (615) 313-9000
akaufman@lchb.com

*Attorneys for Plaintiff LCHB107*