IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ This Order Relates To: ALL ACTIONS | Case No. 23-md-03084-CRB **ORDER RE: HEARINGS ON MOTIONS TO DISMISS** |

On June 7, 2024, at 1 p.m., the Court will hold a hearing on Uber's motions to dismiss pursuant to California law (dkt. 384) and Texas law (dkt. 387). The week of the hearing, the Court will issue a further order listing certain issues that the parties should be prepared to address. The Court expects to hold a hearing or hearings on the remaining motions at a later date, likely after it has ruled on the California and Texas motions.[1]

**IT IS SO ORDERED.**

Dated: May 20, 2024

CHARLES R. BREYER
United States District Judge

---

[1] Uber's separate motion to dismiss *K.P. v. Uber Technologies, Inc. et al.*, No. 24-cv-00772-CRB, is deemed moot because that action has been voluntarily dismissed.