1  Mark Potter, Esq., Cal. Bar. No. 166317
   Sarah Anastasi, Esq., Cal. Bar. No. 322091
2  **Potter Handy, LLP**
   100 Pine St., Ste 1250
3  San Francisco, CA 94111
   (858) 375-7385; (888) 422-5191 fax
4  Email: rsa@potterhandy.com

5  *Counsel for Plaintiff*

6
               **UNITED STATES DISTRICT COURT**
7               **NORTHERN DISTRICT OF CALIFORNIA**
                   **SAN FRANCISCO DIVISION**
8

9  IN RE: UBER TECHNOLOGIES, INC.,        ) No. 3:23-md-03084-CRB
   PASSENGER SEXUAL ASSAULT               )
10 LITIGATION                             ) **NOTICE OF FILING OF NEW ACTION**
                                          )
11                                        )
                                          )
12                                        )
                                          )
13 *This document relates to:*            )
                                          )
14 [L.R. v. UBER TECHNOLOGIES, INC., et   )
   al., 3:24-cv-2850]                     )
15                                        )
                                          )
16                                        )

17

18       Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

19 with Jury Demand in the above-referenced action was filed on May 11, 2024.

20 ///

21 ///

22 ///

23
   Dated: May 20, 2024                Respectfully submitted,
24
                                      By: */s/ Sarah Anastasi*
25                                    Sarah Anastasi (Cal Bar No. 322091)
                                      **Potter Handy, LLP**
26                                    *Counsel for Plaintiff*

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2024, Plaintiff electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Sarah Anastasi*
Sarah Anastasi