# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California

## CIVIL MINUTES

| **Date:** May 29, 2024 | **Time:** 1:00 p.m.-1:22 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:23-md-03084-CRB | **Case Name:** In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation | |

**For Plaintiff:** Marlene Goldenberg, Nigh Goldenberg Raso & Vaughn, counsel for Plaintiffs

**For Defendant:** Michael Shortnacy, Shook, Hardy & Bacon LLP, counsel for Defendants

**Deputy Clerk:** Brittany Sims          **Recorded via AT&T Conference:** 1:00 p.m.-1:22 p.m.

## PROCEEDINGS

Telephonic Conference held. The Court spoke with the parties regarding Joint Administrative Motion (ECF. 562). The parties provided information regarding the status of non-party objections to the subpoenas. The Court will issue a written order.