IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

I, Roopal P. Luhana, declare:

1. I am an attorney in the law firm of Chaffin Luhana, LLP, appointed Co-Lead counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am admitted *pro hac vice* in this coordinated action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein

2. Because the materials at issue were designated confidential by the parties in other matters, Plaintiffs filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| The Parties' Letter Brief re: the production of safety data and statistics | Portions of briefing referring to documents the Parties filed under seal | Uber |
| Exhibit [C] to the Parties' Letter Brief | A document produced by Uber in this litigation | Uber |
| Exhibit [D] to the Parties' Letter Brief | The declaration of Katherine MacDonald filed under seal in Case No. CJ-21-005188. | Uber |
| Exhibit [G] to the Parties' Letter Brief | The declaration of Randall Luskey filed under seal in Case No. CJ-21-005188. | Uber |

SRL DECL ISO ADMIN MOT.
CASE NO. 23-MD-03084-CRB

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of June, 2024 in New York, NY.

*/s/ Roopal P. Luhana*
Roopal P. Luhana