[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**CERTIFICATE OF SERVICE** |

I certify that, on June 5, 2024, a true and correct copy of the UNSEALED and UNREDACTED version of the following documents:

**Joint PTO 8 Letter Brief re: Safety Data, and Exhibits C, D, and G to same.**

were served pursuant to Civil L.R. 5 (a) to each person named below:

Randall Luskey (rluskey@paulweiss.com)
Marc Price Wolf (mpricewolf@paulweiss.com)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100

Robert Atkins (ratkins@paulweiss.com)
Caitlin Grusauskas (cgrusauskas@paulweiss.com)
Andrea Keller (akeller@paulweiss.com)
Marcelo Triana (mtriana@paulweiss.com)
Malika Amaru (mamaru@paulweiss.com)
Louis Murray (lmurray@paulweiss.com)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000

| | |
|---|---|
| 1 | Kyle Smith (ksmith@paulweiss.com) |
| 2 | Jessica Phillips (jphillips@paulweiss.com) |
| | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 3 | 2001 K Street, NW |
| | Washington, DC 20006 |
| 4 | Telephone: (202) 223-7407 |

Patrick L. Oot, Jr. (oot@shb.com)
**SHOOK, HARDY & BACON, LLP**
1800 K Street, NW
10th Floor
Washington, DC 20006

Michael B. Shortnacy (mshortnacy@shb.com)
**SHOOK, HARDY & BACON, LLP**
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: (424) 285-8330

Service E-mail
MDL3084-service-Uber@paulweiss.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 5, 2024 in New York, NY.

By: */s Roopal Luhana*
Roopal Luhana