WARREN METLITZKY (CA Bar No. 220758)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: wmetlitzky@conmetkane.com

*Attorney for Non-Party Lyft, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**NOTICE OF APPEARANCE OF WARREN METLITZKY** |

**TO THE CLERK OF COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Warren Metlitzky, of the law firm Conrad | Metlitzky | Kane LLP, hereby enters his appearance as counsel for non-party Lyft, Inc. in the above-captioned action for the purposes of addressing a Federal Rule 45 subpoena served on Lyft. The name, office address, telephone number, and email address of the associated counsel are as follows:

I, Warren Metlitzky, declare as follows:

WARREN METLITZKY (CA Bar No. 220758)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:  (415) 343-7101
Email: wmetlitzky@conmetkane.com

DATED: June 6, 2024

Respectfully submitted,

**CONRAD | METLITZKY | KANE LLP**

*/s/ Warren Metlitzky*
WARREN METLITZKY

*Attorney for Non-Party Lyft, Inc.*