TRACEY B. COWAN (SBN 250053)
tcowan@clarksonlawfirm.com
ZARRINA OZARI (SBN 334443)
zozari@clarksonlawfirm.com
Clarkson Law Firm, P.C.
95 3rd Street, 2nd Floor
San Francisco, CA 94103
Telephone: (213) 788-4050

RYAN J. CLARKSON (SBN 257074)
rclarkson@clarksonlawfirm.com
OLIVIA E. DAVIS (SBN 353041)
odavis@clarksonlawfirm.com
Clarkson Law Firm, P.C.
22525 Pacific Coast Hwy.
Malibu, CA 90265
Telephone: (213) 788-4050

*Attorneys for Plaintiff M.T.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | **MDL No. 3084 CRB**<br><br>**NOTICE OF FILING NEW ACTION** |
| This Document Relates to:<br><br>*M.T. v. Uber Technologies, Inc., et al.*<br>Case No. 3:24-cv-03416 | |

    Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on June 6, 2024.

DATED:  June 6, 2024                                         Respectfully submitted,

                                                                           s/ *Tracey B. Cowan*
                                                                           TRACEY B. COWAN (SBN 250053)
                                                                           tcowan@clarksonlawfirm.com
                                                                           ZARRINA OZARI (SBN 334443)
                                                                           zozari@clarksonlawfirm.com
                                                                           Clarkson Law Firm, P.C.
                                                                           95 3rd Street, 2nd Floor
                                                                           San Francisco, CA 94103
                                                                           Telephone: (213) 788-4050

RYAN J. CLARKSON (SBN 257074)
rclarkson@clarksonlawfirm.com
OLIVIA E. DAVIS (SBN 353041)
odavis@clarksonlawfirm.com
Clarkson Law Firm, P.C.
22525 Pacific Coast Hwy.
Malibu, CA 90265
Telephone: (213) 788-4050

*Attorneys for Plaintiff M.T.*