[*Submitting Listed on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**PLAINTIFFS' REPORT ON THIRD PARTY SUBPOENAS**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

In accordance with the Court's Order Regarding Joint Administrative Motion for an Order Regarding the Parties' Submission of Discovery Disputes [Dkt. 562], Plaintiffs hereby make this Report concerning third party discovery. This Report (a) lists the objecting nonparties that have been served with subpoenas in which compliance is required outside of the Northern District of California, (b) specifies whether the contested subpoena is for a pretrial deposition and/or documents or other tangible things, and (c) indicates whether the nonparties consent to having the dispute transferred to the Northern District of California for adjudication or appeal. While not requested by the Court, this Report also identifies pending motions to transfer and compel.

To date, Plaintiffs have been able to serve all but three subpoenas.[1] Plaintiffs offered extensions to May 31, 2024 to all subpoenaed entities that contacted Plaintiffs to request an extension; however, not all subpoenaed entities responded to Plaintiffs. On May 10, two days after the original date for compliance, Plaintiffs sent letters to each of the subpoenaed entities that failed to respond indicating that Plaintiffs planned to file motions to compel in the event the entities failed to respond by May 31. Several of these subpoenaed entities contacted Plaintiffs to request an extension and/or file objections, but Nexar, Inc. and the Rape Abuse and Incest National Network (RAINN) failed to do so. Plaintiffs filed motions to transfer and compel as to both entities.[2] After filing, RAINN electronically served objections on Plaintiffs.

The following chart lists the district where compliance is required for each objecting entity outside of the Northern District of California, whether it has served objections, and whether consents to transfer of any disputes to the Northern District of California. If a subpoenaed entity did not respond

---

[1] Plaintiffs have not been able to serve Chambers Conlon & Hartwell (compliance location: Washington, DC), RALIANCE (compliance location: Washington, DC), Tai Ginsberg & Associates (compliance location: Washington, DC).

[2] The motion concerning Nexar, Inc. was filed in S.D.N.Y. and the motion concerning RAINN was filed in D.D.C.

to Plaintiffs' inquiry regarding consent to transfer, Plaintiffs have indicated "Unknown and/or Undecided."

| Objecting Entity or Person | District Where Compliance is Required | Consent to Jurisdiction of N.D. Cal. |
|---|---|---|
| Ballard Partners | D.D.C. | Yes |
| Brownstein Hyatt Farber Scheck LLP | D.D.C. | Yes |
| Cambridge Mobile Telematics | D.Mass. | No |
| Capitol Tax Partners | D.D.C. | No |
| Chambers Conlon & Hartwell | D.D.C. | Unknown and/or Undecided |
| Corrie Yakulic[3] | D.D.C. | Yes |
| Doerrer Group | D.D.C. | No |
| Federal Hill Group | D.D.C. | No |
| Franklin Square Group | D.D.C. | Unknown and/or Undecided |
| Hirease | C.D.Cal. | Unknown and/or Undecided |
| HireRight LLC | M.D.Tenn. | Unknown and/or Undecided |
| Mayer Brown LLP | D.D.C. | Yes |
| National Sexual Violence Resource Center (NSVRC) | M.D.Pa. | Unknown and/or Undecided |
| Nexar, Inc. | S.D.N.Y. | Motion to Transfer and Compel filed 05/31/2024 |
| Rape Abuse and Incest National Network (RAINN) | D.D.C. | Motion to Transfer and Compel filed 05/31/2024 |
| Rapid SOS | S.D.N.Y. | Unknown and/or Undecided |
| Summit Strategies and Government Affairs | D.D.C. | No |
| The Chertoff Group | D.D.C. | Yes |
| Tremont Strategies Group | D.Mass. | Unknown and/or Undecided |
| Ulman Public Policy & Federal Relations LLC | D.D.C. | Unknown and/or Undecided |
| Urban Institute | D.D.C. | No |

The following chart lists the entities from whom objections have not been received and the district where compliance is required.

| Subpoenaed Entity or Person | District Where Compliance is Required |
|---|---|
| Chambers Conlon & Hartwell | D.D.C. |
| Invariant | D.D.C. |
| RALIANCE | D.D.C. |
| Tai Ginsberg & Associates | D.D.C. |

---

[3] Plaintiff attorney Corrie Yakulic has not filed objections but has not provided responses. Instead, Ms. Yakulic is waiting for court authorization to comply with the subpoena before providing documents.

The following chart lists the entities located in the Northern District of California and whether they will be included in the first set of briefing, as agreed upon by the Parties.

| Subpoenaed Entity or Person | Selected for First Round of Briefing |
|---|---|
| 7x7 Experience | Yes |
| Checkr, Inc. | Yes |
| Lyft | Yes |
| Nauto, Inc. | No |
| Sara Peters | Yes |

At this time, no entity has filed a Motion to Quash, but in accordance with the Court's Order, Plaintiffs will file Notices on the docket to the extent that changes.

Dated: June 7, 2024

Respectfully submitted,

By: */s/ Marlene J. Goldenberg*
Marlene J. Goldenberg
Samantha V. Hoefs
**Nigh Goldenberg Raso & Vaughn PLLC**
14 Ridge Square NW
Third Floor
Washington, D.C. 20016
Telephone: (202) 978-2228
Facsimile: (202) 792-7927

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
slondon@lchb.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Counsel for Plaintiffs*