UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>*Jane Doe LSA 340 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-01165-CRB<br><br>*Jane Doe LS 308 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05945-CRB<br><br>*Jane Doe LS 251 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05187-CRB<br><br>*Jane Doe LS 376 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05183-CRB<br><br>*Jane Doe LS 117 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05196-CRB<br><br>*Jane Doe LS 346 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05193-CRB<br><br>*Jane Doe LS 383 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05197-CRB<br><br>*Jane Doe LS 253 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05236-CRB<br><br>*Jane Doe LS 177 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05219-CRB<br><br>*Jane Doe LS 107 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05232-CRB | Case No. 3:23-md-03084-CRB<br><br>*Honorable Judge Charles R. Breyer*<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE OF LEVIN SIMES LLP PLAINTIFFS** |

1

CASE NO. 3:23-MD-03084-CRB     STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE OF LEVIN SIMES LLP PLAINTIFFS

*Jane Doe LS 375 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05230-CRB

*Jane Doe LS 364 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05237-CRB

*Jane Doe LS 112 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05286-CRB

*Jane Doe LS 163 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05282-CRB

*Jane Doe LS 218 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03970-CRB

*Jane Doe LS 293 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04364-CRB

*Jane Doe LS 90 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03956-CRB

*Jane Doe LS 231 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04367-CRB

*Jane Doe LS 155 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04374-CRB

*Jane Doe LS 384 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05292-CRB

*Jane Doe LS 336 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05293-CRB

*Jane Doe LS 349 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05303-CRB

*Jane Doe LS 76 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05319-CRB

*Jane Doe LS 264 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05322-CRB

*Jane Doe LS 57 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05324-CRB

2

CASE NO. 3:23-MD-03084-CRB   STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE OF LEVIN SIMES LLP PLAINTIFFS

1 | *Jane Doe LS 365 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05328-CRB

2

3 | *Jane Doe LS 259 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04370-CRB

4

5 | *Jane Doe LS 348 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03816-CRB

6 | *Jane Doe LS 134 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03811-CRB

7

8 | *Jane Doe LS 67 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04366-CRB

9

10 | *Jane Doe LS 159 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04365-CRB

11

12 | *Jane Doe LS 91 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04368-CRB

13

14 | *Jane Doe LS 249 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04369-CRB

15 | *Jane Doe LS 164 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04373-CRB

16

17 | *Jane Doe LS 154 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03807-CRB

18

19 | *Jane Doe LS 354 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04387-CRB

20

21 | *Jane Doe LS 203 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04371-CRB

22

23 | *Jane Doe LS 149 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04008-CRB

24

25 | *Jane Doe LS 260 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04011-CRB

26

27 | *Jane Doe LS 320 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04010-CRB

28

*Jane Doe LS 144 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04388-CRB

*Jane Doe LS 37 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04393-CRB

*Jane Doe LS 13 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03966-CRB

*Jane Doe LS 158 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04385-CRB

*Jane Doe LS 388 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05346-CRB

*Jane Doe LS 74 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05362-CRB

*Jane Doe LS 174 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05359-CRB

*Jane Doe LS 97 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05368-CRB

*Jane Doe LS 284 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05363-CRB

*Jane Doe LS 311 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05406-CRB

*Jane Doe LS 266 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05416-CRB

*Jane Doe LS 390 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05409-CRB

*Jane Doe LS 98 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05412-CRB

*Jane Doe LS 241 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05413-CRB

*Jane Doe LS 66 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05414-CRB

4

CASE NO. 3:23-MD-03084-CRB   STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE OF LEVIN SIMES LLP PLAINTIFFS

*Jane Doe LS 265 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05377-CRB

*Jane Doe LS 126 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05370-CRB

*Jane Doe LS 317 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05424-CRB

*Jane Doe LS 234 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05433-CRB

*Jane Doe LS 200 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05387-CRB

*Jane Doe LS 326 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05415-CRB

*Jane Doe LS 256 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05410-CRB

*Jane Doe LS 33 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05427-CRB

*Jane Doe LS 103 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05442-CRB

*Jane Doe LS 25 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05445-CRB

*Jane Doe LS 168 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05371-CRB

*Jane Doe LS 244 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05372-CRB

*Jane Doe LS 353 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05401-CRB

*Jane Doe LS 377 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05576-CRB

*Jane Doe LS 302 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05577-CRB

*Jane Doe LS 191 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05573-CRB

5

CASE NO. 3:23-MD-03084-CRB    STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE OF LEVIN SIMES LLP PLAINTIFFS

1. *Jane Doe LS 322 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05572-CRB

2. *John Doe LS 59 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05575-CRB

3. *Jane Doe LS 250 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03995-CRB

4. *Jane Doe LS 75 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03805-CRB

5. *Jane Doe LS 16 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03758-CRB

6. *Jane Doe LS 285 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05919-CRB

7. *Jane Doe LS 387 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05934-CRB

8. *Jane Doe LS 185 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05922-CRB

9. *Jane Doe LS 333 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05930-CRB

10. *Jane Doe LS 396 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05939-CRB

11. *Jane Doe LS 273 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05946-CRB

12. *Jane Doe LS 245 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05944-CRB

13. *Jane Doe LS 381 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05942-CRB

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Plaintiffs identified below (collectively, the "Dismissing Plaintiffs") and Defendants,

6

CASE NO. 3:23-MD-03084-CRB   STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE OF LEVIN SIMES LLP PLAINTIFFS

that all claims of each Dismissing Plaintiff against Defendants are hereby dismissed without prejudice. The list of Dismissing Plaintiffs is as follows:

1. Jane Doe LS 13 (3:23-cv-03966)
2. Jane Doe LS 16 (3:23-cv-03758)
3. Jane Doe LS 25 (3:23-cv-05445)
4. Jane Doe LS 33 (3:23-cv-05427)
5. Jane Doe LS 37 (3:23-cv-04393)
6. Jane Doe LS 57 (3:23-cv-05324)
7. John Doe LS 59 (3:23-cv-05575)
8. Jane Doe LS 66 (3:23-cv-05414)
9. Jane Doe LS 67 (3:23-cv-04366)
10. Jane Doe LS 74 (3:23-cv-05362)
11. Jane Doe LS 75 (3:23-cv-03805)
12. Jane Doe LS 76 (3:23-cv-05319)
13. Jane Doe LS 90 (3:23-cv-03956)
14. Jane Doe LS 91 (3:23-cv-04368)
15. Jane Doe LS 97 (3:23-cv-05368)
16. Jane Doe LS 98 (3:23-cv-05412)
17. Jane Doe LS 103 (3:23-cv-05442)
18. Jane Doe LS 107 (3:23-cv-05232)
19. Jane Doe LS 112 (3:23-cv-05286)
20. Jane Doe LS 117 (3:23-cv-05196)
21. Jane Doe LS 126 (3:23-cv-05370)
22. Jane Doe LS 134 (3:23-cv-03811)
23. Jane Doe LS 144 (3:23-cv-04388)
24. Jane Doe LS 149 (3:23-cv-04008)
25. Jane Doe LS 154 (3:23-cv-03807)

26. Jane Doe LS 155 (3:23-cv-04374)
27. Jane Doe LS 158 (3:23-cv-04385)
28. Jane Doe LS 159 (3:23-cv-04365)
29. Jane Doe LS 163 (3:23-cv-05282)
30. Jane Doe LS 164 (3:23-cv-04373)
31. Jane Doe LS 168 (3:23-cv-05371)
32. Jane Doe LS 174 (3:23-cv-05359)
33. Jane Doe LS 177 (3:23-cv-05219)
34. Jane Doe LS 185 (3:23-cv-05922)
35. Jane Doe LS 191 (3:23-cv-05573)
36. Jane Doe LS 200 (3:23-cv-05387)
37. Jane Doe LS 203 (3:23-cv-04371)
38. Jane Doe LS 218 (3:23-cv-03970)
39. Jane Doe LS 231 (3:23-cv-04367)
40. Jane Doe LS 234 (3:23-cv-05433)
41. Jane Doe LS 241 (3:23-cv-05413)
42. Jane Doe LS 244 (3:23-cv-05372)
43. Jane Doe LS 245 (3:23-cv-05944)
44. Jane Doe LS 249 (3:23-cv-04369)
45. Jane Doe LS 250 (3:23-cv-03995)
46. Jane Doe LS 251 (3:23-cv-05187)
47. Jane Doe LS 253 (3:23-cv-05236)
48. Jane Doe LS 256 (3:23-cv-05410)
49. Jane Doe LS 259 (3:23-cv-04370)
50. Jane Doe LS 260 (3:23-cv-04011)
51. Jane Doe LS 264 (3:23-cv-05322)
52. Jane Doe LS 265 (3:23-cv-05377)
53. Jane Doe LS 266 (3:23-cv-05416)

| | |
|---|---|
| 1 | 54. Jane Doe LS 273 (3:23-cv-05946) |
| 2 | 55. Jane Doe LS 284 (3:23-cv-05363) |
| 3 | 56. Jane Doe LS 285 (3:23-cv-05919) |
| 4 | 57. Jane Doe LS 293 (3:23-cv-04364) |
| 5 | 58. Jane Doe LS 302 (3:23-cv-05577) |
| 6 | 59. Jane Doe LS 308 (3:23-cv-05945) |
| 7 | 60. Jane Doe LS 311 (3:23-cv-05406) |
| 8 | 61. Jane Doe LS 317 (3:23-cv-05424) |
| 9 | 62. Jane Doe LS 320 (3:23-cv-04010) |
| 10 | 63. Jane Doe LS 322 (3:23-cv-05572) |
| 11 | 64. Jane Doe LS 326 (3:23-cv-05415) |
| 12 | 65. Jane Doe LS 333 (3:23-cv-05930) |
| 13 | 66. Jane Doe LS 336 (3:23-cv-05293) |
| 14 | 67. Jane Doe LSA 340 (3:23-cv-01165) |
| 15 | 68. Jane Doe LS 346 (3:23-cv-05193) |
| 16 | 69. Jane Doe LS 348 (3:23-cv-03816) |
| 17 | 70. Jane Doe LS 349 (3:23-cv-05303) |
| 18 | 71. Jane Doe LS 353 (3:23-cv-05401) |
| 19 | 72. Jane Doe LS 354 (3:23-cv-04387) |
| 20 | 73. Jane Doe LS 364 (3:23-cv-05237) |
| 21 | 74. Jane Doe LS 365 (3:23-cv-05328) |
| 22 | 75. Jane Doe LS 375 (3:23-cv-05230) |
| 23 | 76. Jane Doe LS 376 (3:23-cv-05183) |
| 24 | 77. Jane Doe LS 377 (3:23-cv-05576) |
| 25 | 78. Jane Doe LS 381 (3:23-cv-05942) |
| 26 | 79. Jane Doe LS 383 (3:23-cv-05197) |
| 27 | 80. Jane Doe LS 384 (3:23-cv-05292) |
| 28 | 81. Jane Doe LS 387 (3:23-cv-05934) |

82. Jane Doe LS 388 (3:23-cv-05346)

83. Jane Doe LS 390 (3:23-cv-05409)

84. Jane Doe LS 396 (3:23-cv-05939)

**IT IS SO STIPULATED.**

DATED:  June 7, 2024                              Respectfully Submitted,

                                                                           _____
                                                                           William A. Levin
                                                                           Samira J. Bokaie
                                                                           *Attorneys for Dismissing Plaintiffs*
                                                                           **LEVIN SIMES LLP**
                                                                           1700 Montgomery Street, Suite 250
                                                                           San Francisco, CA 94111
                                                                           Phone: (415) 426-3000
                                                                           Fax: (415) 426-3001
                                                                           Email: wlevin@levinsimes.com
                                                                           Email: sbokaie@levinsimes.com
                                                                           *Attorneys for Plaintiff*


                                                                           _____
                                                                           Robert Atkins
                                                                           Randall S. Luskey
                                                                           Kyle N. Smith
                                                                           *Attorneys for Defendants*
                                                                           **PAUL, WEISS, RIFKIND,
                                                                           WHARTON & GARRISON LLP**
                                                                           535 Mission Street, 24th Floor
                                                                           San Francisco, CA 94105
                                                                           Telephone: (628) 432-5100
                                                                           Facsimile: (628) 232-3101
                                                                           *Attorneys for Defendants*
                                                                           UBER TECHNOLOGIES, INC.,
                                                                           RASIER, LLC, and RASIER-CA,
                                                                           LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ William Levin*
William A. Levin