UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>*Honorable Judge Charles R. Breyer*<br><br>**[PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE OF LEVIN SIMES LLP PLAINTIFFS** |
| This Document Relates to: | |
| *Jane Doe LSA 340 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-01165-CRB | |
| *Jane Doe LS 308 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05945-CRB | |
| *Jane Doe LS 251 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05187-CRB | |
| *Jane Doe LS 376 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05183-CRB | |
| *Jane Doe LS 117 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05196-CRB | |
| *Jane Doe LS 346 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05193-CRB | |
| *Jane Doe LS 383 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05197-CRB | |
| *Jane Doe LS 253 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05236-CRB | |
| *Jane Doe LS 177 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05219-CRB | |
| *Jane Doe LS 107 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05232-CRB | |

12

CASE NO. 3:23-MD-03084-CRB    STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE OF LEVIN SIMES LLP PLAINTIFFS

1  *Jane Doe LS 375 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05230-CRB

2

3  *Jane Doe LS 364 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05237-CRB

4

5  *Jane Doe LS 112 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05286-CRB

6  *Jane Doe LS 163 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05282-CRB

7

8  *Jane Doe LS 218 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03970-CRB

9

10  *Jane Doe LS 293 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04364-CRB

11

12  *Jane Doe LS 90 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03956-CRB

13

14  *Jane Doe LS 231 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04367-CRB

15  *Jane Doe LS 155 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04374-CRB

16

17  *Jane Doe LS 384 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05292-CRB

18

19  *Jane Doe LS 336 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05293-CRB

20

21  *Jane Doe LS 349 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05303-CRB

22

23  *Jane Doe LS 76 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05319-CRB

24

25  *Jane Doe LS 264 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05322-CRB

26  *Jane Doe LS 57 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05324-CRB

27

28

| | |
|---|---|
| 1 | *Jane Doe LS 365 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05328-CRB |
| 2 | |
| 3 | *Jane Doe LS 259 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04370-CRB |
| 4 | |
| 5 | *Jane Doe LS 348 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03816-CRB |
| 6 | *Jane Doe LS 134 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03811-CRB |
| 7 | |
| 8 | *Jane Doe LS 67 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04366-CRB |
| 9 | |
| 10 | *Jane Doe LS 159 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04365-CRB |
| 11 | |
| 12 | *Jane Doe LS 91 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04368-CRB |
| 13 | |
| 14 | *Jane Doe LS 249 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04369-CRB |
| 15 | *Jane Doe LS 164 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04373-CRB |
| 16 | |
| 17 | *Jane Doe LS 154 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03807-CRB |
| 18 | |
| 19 | *Jane Doe LS 354 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04387-CRB |
| 20 | |
| 21 | *Jane Doe LS 203 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04371-CRB |
| 22 | |
| 23 | *Jane Doe LS 149 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04008-CRB |
| 24 | |
| 25 | *Jane Doe LS 260 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04011-CRB |
| 26 | *Jane Doe LS 320 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04010-CRB |
| 27 | |
| 28 | |

1  *Jane Doe LS 144 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04388-CRB

2

3  *Jane Doe LS 37 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04393-CRB

4

5  *Jane Doe LS 13 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03966-CRB

6  *Jane Doe LS 158 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-04385-CRB

7

8  *Jane Doe LS 388 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05346-CRB

9

10 *Jane Doe LS 74 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05362-CRB

11

12 *Jane Doe LS 174 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05359-CRB

13

14 *Jane Doe LS 97 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05368-CRB

15 *Jane Doe LS 284 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05363-CRB

16

17 *Jane Doe LS 311 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05406-CRB

18

19 *Jane Doe LS 266 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05416-CRB

20

21 *Jane Doe LS 390 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05409-CRB

22

23 *Jane Doe LS 98 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05412-CRB

24

25 *Jane Doe LS 241 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05413-CRB

26 *Jane Doe LS 66 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05414-CRB

27

28

1 | *Jane Doe LS 265 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05377-CRB

2

3 | *Jane Doe LS 126 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05370-CRB

4

5 | *Jane Doe LS 317 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05424-CRB

6 | *Jane Doe LS 234 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05433-CRB

7

8 | *Jane Doe LS 200 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05387-CRB

9

10 | *Jane Doe LS 326 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05415-CRB

11

12 | *Jane Doe LS 256 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05410-CRB

13

14 | *Jane Doe LS 33 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05427-CRB

15

16 | *Jane Doe LS 103 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05442-CRB

17 | *Jane Doe LS 25 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05445-CRB

18

19 | *Jane Doe LS 168 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05371-CRB

20 | *Jane Doe LS 244 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05372-CRB

21

22 | *Jane Doe LS 353 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05401-CRB

23

24 | *Jane Doe LS 377 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05576-CRB

25

26 | *Jane Doe LS 302 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05577-CRB

27

28 | *Jane Doe LS 191 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05573-CRB

16

CASE NO. 3:23-MD-03084-CRB    STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE OF LEVIN SIMES LLP PLAINTIFFS

*Jane Doe LS 322 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05572-CRB

*John Doe LS 59 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05575-CRB

*Jane Doe LS 250 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03995-CRB

*Jane Doe LS 75 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03805-CRB

*Jane Doe LS 16 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-03758-CRB

*Jane Doe LS 285 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05919-CRB

*Jane Doe LS 387 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05934-CRB

*Jane Doe LS 185 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05922-CRB

*Jane Doe LS 333 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05930-CRB

*Jane Doe LS 396 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05939-CRB

*Jane Doe LS 273 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05946-CRB

*Jane Doe LS 245 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05944-CRB

*Jane Doe LS 381 v. Uber Technologies, Inc. et al.,* Case No. 3:23-cv-05942-CRB

17

CASE NO. 3:23-MD-03084-CRB   STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE OF LEVIN SIMES LLP PLAINTIFFS

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT THE CLAIMS OF THE FOLLOWING PLAINTIFFS ARE DISMISSED WITHOUT PREJUDICE:**

1. Jane Doe LS 13 (3:23-cv-03966)
2. Jane Doe LS 16 (3:23-cv-03758)
3. Jane Doe LS 25 (3:23-cv-05445)
4. Jane Doe LS 33 (3:23-cv-05427)
5. Jane Doe LS 37 (3:23-cv-04393)
6. Jane Doe LS 57 (3:23-cv-05324)
7. John Doe LS 59 (3:23-cv-05575)
8. Jane Doe LS 66 (3:23-cv-05414)
9. Jane Doe LS 67 (3:23-cv-04366)
10. Jane Doe LS 74 (3:23-cv-05362)
11. Jane Doe LS 75 (3:23-cv-03805)
12. Jane Doe LS 76 (3:23-cv-05319)
13. Jane Doe LS 90 (3:23-cv-03956)
14. Jane Doe LS 91 (3:23-cv-04368)
15. Jane Doe LS 97 (3:23-cv-05368)
16. Jane Doe LS 98 (3:23-cv-05412)
17. Jane Doe LS 103 (3:23-cv-05442)
18. Jane Doe LS 107 (3:23-cv-05232)
19. Jane Doe LS 112 (3:23-cv-05286)
20. Jane Doe LS 117 (3:23-cv-05196)
21. Jane Doe LS 126 (3:23-cv-05370)
22. Jane Doe LS 134 (3:23-cv-03811)
23. Jane Doe LS 144 (3:23-cv-04388)

24. Jane Doe LS 149 (3:23-cv-04008)

25. Jane Doe LS 154 (3:23-cv-03807)

26. Jane Doe LS 155 (3:23-cv-04374)

27. Jane Doe LS 158 (3:23-cv-04385)

28. Jane Doe LS 159 (3:23-cv-04365)

29. Jane Doe LS 163 (3:23-cv-05282)

30. Jane Doe LS 164 (3:23-cv-04373)

31. Jane Doe LS 168 (3:23-cv-05371)

32. Jane Doe LS 174 (3:23-cv-05359)

33. Jane Doe LS 177 (3:23-cv-05219)

34. Jane Doe LS 185 (3:23-cv-05922)

35. Jane Doe LS 191 (3:23-cv-05573)

36. Jane Doe LS 200 (3:23-cv-05387)

37. Jane Doe LS 203 (3:23-cv-04371)

38. Jane Doe LS 218 (3:23-cv-03970)

39. Jane Doe LS 231 (3:23-cv-04367)

40. Jane Doe LS 234 (3:23-cv-05433)

41. Jane Doe LS 241 (3:23-cv-05413)

42. Jane Doe LS 244 (3:23-cv-05372)

43. Jane Doe LS 245 (3:23-cv-05944)

44. Jane Doe LS 249 (3:23-cv-04369)

45. Jane Doe LS 250 (3:23-cv-03995)

46. Jane Doe LS 251 (3:23-cv-05187)

47. Jane Doe LS 253 (3:23-cv-05236)

48. Jane Doe LS 256 (3:23-cv-05410)

49. Jane Doe LS 259 (3:23-cv-04370)

50. Jane Doe LS 260 (3:23-cv-04011)

51. Jane Doe LS 264 (3:23-cv-05322)

1. 52. Jane Doe LS 265 (3:23-cv-05377)
2. 53. Jane Doe LS 266 (3:23-cv-05416)
3. 54. Jane Doe LS 273 (3:23-cv-05946)
4. 55. Jane Doe LS 284 (3:23-cv-05363)
5. 56. Jane Doe LS 285 (3:23-cv-05919)
6. 57. Jane Doe LS 293 (3:23-cv-04364)
7. 58. Jane Doe LS 302 (3:23-cv-05577)
8. 59. Jane Doe LS 308 (3:23-cv-05945)
9. 60. Jane Doe LS 311 (3:23-cv-05406)
10. 61. Jane Doe LS 317 (3:23-cv-05424)
11. 62. Jane Doe LS 320 (3:23-cv-04010)
12. 63. Jane Doe LS 322 (3:23-cv-05572)
13. 64. Jane Doe LS 326 (3:23-cv-05415)
14. 65. Jane Doe LS 333 (3:23-cv-05930)
15. 66. Jane Doe LS 336 (3:23-cv-05293)
16. 67. Jane Doe LSA 340 (3:23-cv-01165)
17. 68. Jane Doe LS 346 (3:23-cv-05193)
18. 69. Jane Doe LS 348 (3:23-cv-03816)
19. 70. Jane Doe LS 349 (3:23-cv-05303)
20. 71. Jane Doe LS 353 (3:23-cv-05401)
21. 72. Jane Doe LS 354 (3:23-cv-04387)
22. 73. Jane Doe LS 364 (3:23-cv-05237)
23. 74. Jane Doe LS 365 (3:23-cv-05328)
24. 75. Jane Doe LS 375 (3:23-cv-05230)
25. 76. Jane Doe LS 376 (3:23-cv-05183)
26. 77. Jane Doe LS 377 (3:23-cv-05576)
27. 78. Jane Doe LS 381 (3:23-cv-05942)
28. 79. Jane Doe LS 383 (3:23-cv-05197)

20

CASE NO. 3:23-MD-03084-CRB   STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE OF LEVIN SIMES LLP PLAINTIFFS

80. Jane Doe LS 384 (3:23-cv-05292)
81. Jane Doe LS 387 (3:23-cv-05934)
82. Jane Doe LS 388 (3:23-cv-05346)
83. Jane Doe LS 390 (3:23-cv-05409)
84. Jane Doe LS 396 (3:23-cv-05939)

Date: _____, 2024

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE