# EXHIBIT C

1    [Submitting counsel below]

2

3

4                UNITED STATES DISTRICT COURT

5             NORTHERN DISTRICT OF CALIFORNIA

6                 SAN FRANCISCO DIVISION

7

8   **IN RE: UBER TECHNOLOGIES, INC.,**      No. 3:23-md-03084-CRB
    **PASSENGER SEXUAL ASSAULT**

9   **LITIGATION**                       **DECLARATION OF MARLENE J.**
                                  **GOLDENBERG IN SUPPORT OF**

10                                   **PLAINTIFFS' PTO 8 LETTER BREIF**
                                  **REGARDING CUSTODIAL FILES**

11   This Document Relates to:

12   All Cases

13

14

15   I, Marlene J. Goldenberg, declare and state as follows:

16        1.     I submit this Declaration in support of Plaintiffs' PTO 8 Letter Brief regarding

17 Custodial Files.

18        2.     I participated in meet and confer discussions with counsel for Uber to discuss

19 discovery status, including search terms and custodians, on the following dates: May 7, 2024;

20 May 10, 2024; May 16, 2024; May 20, 2024; and May 24, 2024.

21        3.     On April 26, 2024, Uber provided Plaintiffs with a list of 29 custodians that Uber

22 represented as meeting their discovery obligations in this case. At no time prior to Uber's May

23 30, 2024 email (attached as Exhibit 6 to the June 7, 2024 Luhana Declaration), did Uber seek

24 Plaintiffs' position on Uber's custodians or ask whether Plaintiffs "accepted" or "rejected" any of

25 Uber's proposed custodians individual or collectively. Nor did Uber offer to provide additional

26 information about their selections or otherwise attempt to engage on the merits of their selections.

27

28

However, Plaintiffs continually communicated to Uber that its list of 29 proposed custodians was insufficient to meet the needs of this litigation. Uber was unwilling to engage in further discussion regarding their proposed list of custodians, aside from insisting they had done their due diligence and that their proposal met their discovery obligations.

4.      On May 3, 2024, Plaintiffs provided Uber with a list of 100 custodians that Plaintiffs believed most likely to possess information responsive to Plaintiffs' First Requests for Production. During meet and confer discussions on May 7, May 16, May 20, and May 24, Plaintiffs asked Uber to provide Uber's position on Plaintiffs' custodian list. On each occasion, Uber answered that it was unprepared to discuss Plaintiffs' custodians. To date, Uber has not attempted to engage on the merits of any of Plaintiffs' proposed custodians.

5.      On May 16, 2024, Plaintiffs asked Uber to provide their rationale for choosing their custodians, as required by the ESI Order (ECF 524). In response, Uber asked Plaintiffs to provide Plaintiffs' rationale for Plaintiffs' custodian selections. Prior to this time, Uber had not indicated the need for any additional information from Plaintiffs in order for Uber to be in a position to review Plaintiffs' custodian proposals. Since this time, Uber has not asked Plaintiffs to provide any additional information regarding Plaintiffs' custodian proposals.

6.      At no time during the meet and confer process since April 26 to present has Uber sought or offered to engage in discussions about the work duties, titles, or reasons why individual custodians might have relevant (or duplicative) information, aside from a broad-brush explanation that their chosen custodians cover various areas, including safety and marketing, and are sufficient to respond to Plaintiffs' allegations. Nor has Uber offered to engage in identifying which of Plaintiff's proposed custodians might be better than Uber's proposed custodians, or to address any gaps in coverage.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June

1  | 7, 2024, in New York, New York.

2  | /s/ Marlene J. Goldenberg
   | Marlene J. Goldenberg

3  | **Nigh Goldenberg Raso & Vaughn PLLC**
   | 14 Ridge Square NW

4  | Third Floor
   | Washington, DC 20016

5  | mgoldenberg@nighgoldenberg.com

6  | *Counsel for Plaintiffs*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28