# EXHIBIT 4

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Previous Title(s) and Further Description of Work** | **Years of Employment** | **Legal Hold Date** |
| Akamine, Mike | Director, Product Management | • Involved in creation and implementation of driver and passenger safety features. | Oct. 2019-Present | 11/29/2023 |
| Anthony, Brittany | Head of Global Women's Safety Policy. | • Previous titles:<br>　○ 2019-2020 – Senior Program Manager, Safety & Transparency.<br>• Involved with 2017-2018 Safety Report | Feb. 2019-May 2021 | 3/9/2020<br>5/30/2020<br>7/7/2020<br>12/4/2020<br>8/13/2020<br>12/3/2020<br>5/25/2021<br>11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Previous Title(s) and Further Description of Work** | **Years of Employment** | **Legal Hold Date** |
| Baker, Matthew | Sr. Program Leader - Safety Support | • Previous titles:<br>  ○ 2020-2021 – Sr. Program Manager, Safety Support<br>  ○ 2016-2020 – Program Manager, Safety Support<br>  ○ 2014-2016 – Community Operations Manager<br>• Custodian of relevant policies and procedures, including "Knowledge Base" documents. | July 2014-Present | 12/15/2021<br>7/19/2023<br>11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Previous Title(s) and Further Description of Work** | **Years of Employment** | **Legal Hold Date** |
| Boman, Emilie | Director, Public Policy | • Previous titles:<br>   ◦ 2020-2023 – Director, Global Public Policy, Safety & Delivery<br>   ◦ 2017-2020 – Global Head of Public Policy, Uber Eats & Delivery<br>   ◦ 2016-2017 – Public Policy, U.K. & Ireland<br>• Involved in 2019-2020 Safety Report.<br>• Women's Safety Team reports to her.<br>• Involved in managing relationships with external partners related to safety. | April 2016-Present | 11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Previous Title(s) and Further Description of Work** | **Years of Employment** | **Legal Hold Date** |
| Breeden, Tracey | Head of Global Women's Safety and Gender-Based Violence Strategy, Programs and Operations | ● Previous titles:<br>　○ 2016-2018 – Safety Communications Sr. Manager<br>● Advised on safety and inclusion products<br>● Involved in Uber's human trafficking prevention initiative | July 2016-Sept. 2020 | 1/4/2022<br>11/29/2023 |
| Brown, Greg | Regional Director, Safety - US&C | ● Previous titles:<br>　○ 2019-2020 – Sr. Program Lead, Safety & Risk<br>　○ 2017-2019 – Program Lead Safety<br>　○ 2015- 2017 – Sr. Operations Manager<br>　○ 2014-2015 Operations and Logistics Manager | July 2014-Dec. 2020; Sept. 2022-Present | 7/19/2023<br>11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Previous Title(s) and Further Description of Work** | **Years of Employment** | **Legal Hold Date** |
| | | • Supervisor for driver onboarding and background screening. | | |
| Cardenas, Philip | Head of Safety | • Oversaw safety in earlier years of the Company.<br>• Predecessor to Uber-proposed custodian Gus Fuldner in safety function.<br>• Led Safety Operations prior to Uber-proposed custodian Roger Kaiser. | 2014-2016 | 7/31/2015<br>11/29/2023 |
| Cinelli, Dennis | VP, Operations | • Previous titles<br>  ○ 2021-2022 – Vice President, Head of Mobility, U.S. & Canada<br>  ○ 2016-2021 – VP, Global Head of Strategic Finance | June 2016-June 2022 | 11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Previous Title(s) and Further Description of Work** | **Years of Employment** | **Legal Hold Date** |
| | | ○ 2019-2020 Head of Jump (eScooter and eBikes)<br>● Led rides business in US (2021-2022), prior to Uber-proposed custodians Irving and Sheridan, and after Uber-proposed custodian Holt. | | |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Previous Title(s) and Further Description of Work** | **Years of Employment** | **Legal Hold Date** |
| Freivogel, Cory | Head of Platform Safety, US&C | • Previous titles<br>  ○ 2021-2022 – U.S. & Canada Safety Operations Lead Platform Safety<br>  ○ 2020-2021 – U.S. Canada Safety Operations Lead \| Uber Eats<br>  ○ 2019-2020 – Sr. Program Manager \| Safety Support<br>  ○ 2017-2019 – Program Manager \| Safety Support<br>  ○ 2017-2017 – Project Manager \| Safety Support<br>  ○ 2015-2017 – Community Operations Manager | Aug. 2015-Present | 7/4/2019<br>12/3/2020<br>12/15/2021<br>7/19/2023<br>11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Previous Title(s) and Further Description of Work** | **Years of Employment** | **Legal Hold Date** |
| | | • Responsible for independent driver rating system.<br>• Involved in managing relationships with external partners.<br>• Custodian for relevant policies and procedures, as well as "Knowledge Base" printouts. | | |
| Fuldner, Gus | Sr. Vice President, Core Services | • Previous titles<br>  ○ 2021-2022 – VP, Core Services<br>  ○ 2018-2021 – VP, Safety and Insurance<br>  ○ 2017-2018 – Senior Director, Head of Safety and Insurance<br>  ○ 2015-2017 – Senior Director, Global Head of Insurance | Nov. 2013-Present | 7/13/2017<br>11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Previous Title(s) and Further Description of Work** | **Years of Employment** | **Legal Hold Date** |
| | | <ul><li>○ 2013-2015 – Director, Head of Insurance</li></ul><ul><li>Executive Leadership Team (ELT) member responsible for Community Operations (CommOps).</li></ul><ul><li>CommOps, safety, safety operations, safety product, incident response, engineering teams report into him.</li></ul> | | |
| Gibbons, Catherine | Senior Director, Global Head of Platform Safety, Identity, Risk & Payments Support | <ul><li>Previous titles</li><ul><li>○ 2022-2023 - Director, Global Head of Platform Safety, Identity, Risk & Payments, CommOps</li><li>○ 2021-2023 - Director, Global Head of Platform Safety and Identity, CommOps</li></ul></ul> | May 2018 - Present | 8/5/2022 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Previous Title(s) and Further Description of Work** | **Years of Employment** | **Legal Hold Date** |
| | | ○ 2019-2021 - Senior Manager, Global Safety Support, Core Services<br>○ 2018-2019 - Manager, Global Safety Support, Core Services<br>● Responsible for systems and processes for safety incident identification and response. | | |
| Hazelbaker, Jill | SVP, Marketing and Public Affairs | ● ELT member responsible for public policy, marketing, and communications depts.<br>● Heads media relations team responsible for communicating about issues related to sexual assault or sexual misconduct. | Nov. 2015-Present | 11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Previous Title(s) and Further Description of Work** | **Years of Employment** | **Legal Hold Date** |
| | | • Responsible for public-policy related communications with local, state, and federal officials. | | |
| Holt, Rachel | VP & Head of New Mobility | • Previous titles <br> ○ 2016-2018 – VP and Regional General Manager, U.S. & Canada <br> ○ 2015-2016 – Regional General Manager, East & West Coast <br> ○ 2013–2015 – Regional General Manager, East <br> ○ 2011–2013 – General Manager, Washington, D.C. <br> • Responsible for customer support. <br> • Oversaw rides business prior to Uber-proposed | Oct. 2011-2020 | 11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Previous Title(s) and Further Description of Work** | **Years of Employment** | **Legal Hold Date** |
| | | custodians Irving, Cinelli, and Sherdian. | | |
| Irving, Camiel | VP, Operations | <ul><li>Previous titles<ul><li>2021-2022 – Director, Head of Marketplace – U.S. & Canada Mobility</li><li>2019-2021 – Sr. Manager, Rider Engagement and Pricing</li><li>U.S. & Canada Mobility Operations</li><li>2018-2019 Rider Pricing Lead – U.S. & Canada Mobility Operations</li></ul></li><li>Head of rides business, following Uber-proposed custodians Sheridan, Cinelli, and Holt.</li></ul> | Aug. 2018-Present | 11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Previous Title(s) and Further Description of Work** | **Years of Employment** | **Legal Hold Date** |
| | | • Oversees new features in the Uber App related to rides | | |
| Kaiser, Roger | Senior Director, Global Head of Safety Operations | • Previous titles<br>  ○ 2017-2021 – Director, Community Operations<br>  ○ 2016-2017 – Head of Customer Support, U.S. Safety and Risk Incidents<br>  ○ 2014-2016 – Law Enforcement Engagement Operations<br>• Leads Safety Operations, succeeding Uber-proposed custodian Cardenas.<br>• Led threat operations team..<br>• Responsibility for background checks.<br>• Held law enforcement liaison role in SF. | Sept. 2014-Present | 12/15/2021<br>7/19/2023<br>11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Previous Title(s) and Further Description of Work** | **Years of Employment** | **Legal Hold Date** |
| Kalanick, Travis | Founder, CEO, Board Member | ● Previous CEO.<br>● Co-Founder. | 2009-2017 | 11/29/2023<br>11/29/2023 |
| Khosrowshahi, Dara | CEO | ● Current CEO. | 2017-Present | 11/29/2023 |
| Lake, Carley | Marketing Manager | ● Previous titles<br>  ○ 2019 - Senior Global Product Marketing + Program Manager – Safety & Insurance<br>  ○ 2017-2019 – Global Product Marketing + Program Manager II – Safety & Insurance<br>  ○ 2016-2017 – Regional Marketing Strategist – U.S. & Canada, Campaigns<br>  ○ 2016 – Marketing Manager Lead – Southern California, Brand & Content | Jan. 2014-Mar. 2020 | 11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Previous Title(s) and Further Description of Work** | **Years of Employment** | **Legal Hold Date** |
| | | ○ 2014-2016 – Launcher – Southern California<br>● Marketing manager with responsibility for safety marketing. | | |
| Madsen, Alex | Head of Interpersonal Safety | ● Previous titles<br>○ 2021-2022 – Global Head Women's Safety<br>● Responsible for Uber strategy and policies related to interpersonal and women's safety. | Sept. 2021-Present | 12/15/2021<br>11/29/2023 |
| Maiolino, Elise | Manager, Public Policy, Women's Safety | ● Works with Uber-proposed custodian Emilie Boman on women's safety efforts.<br>● Responsible for external partnerships related to women's safety. | Sept 2021 - Present | 11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Previous Title(s) and Further Description of Work** | **Years of Employment** | **Legal Hold Date** |
| McDonald, Katherine | Director, Data Science, Tech | <ul><li>Previous titles<ul><li>2021-2023 - Senior Manager</li><li>Data Analytics Manager II, Safety and Insurance</li><li>2018-2019 – Data Analytics Manager, Safety and Insurance</li><li>2018-2019 – Risk Strategy Analyst II</li><li>2016-2017 – Strategy Analyst, Trust and Safety</li><li>2016 - Trust and Safety Development Specialist</li><li>2014-2016 - Operations and Logistics Manager</li></ul></li><li>Involved with 2017-2018 and 2019-2020 Safety Reports</li><li>Maintains safety incident data</li></ul> | Aug. 2014-Present | |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Previous Title(s) and Further Description of Work** | **Years of Employment** | **Legal Hold Date** |
| McLoughlin, Lourdes | Director, Public Safety - Americas | <ul><li>Previous titles<ul><li>2019-Present – Director Law Enforcement Operation LATAM at Uber</li><li>2019-Present Head of Law Enforcement Operations Latin America</li></ul></li><li>Leads Public Safety Liaison team in the US; responsible for Uber's interactions with law-enforcement related to alleged safety incidents.</li></ul> | Feb. 2019-Present | 11/29/2023 |
| Parker, Kate | Director, Safety Marketing | <ul><li>Responsible for strategy for launching and scaling efforts related to women's safety.</li></ul> | June 2016-June 2020 | 11/29/2023 |
| Payne, Rebecca | Group Product Manager - Safety | <ul><li>Previous titles<ul><li>2018-2022 – Senior Product Manager</li></ul></li><li>Safety product lead.</li><li>Involved in creation and implementation of driver</li></ul> | Mar. 2018-Present | 12/15/2021<br>5/8/2023<br>7/19/2023<br>11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Previous Title(s) and Further Description of Work** | **Years of Employment** | **Legal Hold Date** |
| | | and passenger safety features | | |
| Pimentel, Andi | Sr Product Manager, Tech | <ul><li>Previous titles<ul><li>2016-2018 Chief of Staff to COO</li><li>2014-2016 – Business Development</li><li>2012-2014 - Operations</li></ul></li><li>Responsible for audio recordings and dashcams, including interactions with external parties related to dashcams.</li></ul> | Oct. 2012-Present | 11/29/2023 |
| Richter-Eason, Emily | Sr Program Leader, Comm Ops | <ul><li>Previous titles<ul><li>2020-2021 – Sr. Program Manager, Platform Identity Operations Program</li><li>2018-2020 – Program Manager, Global Safety Support Quality and Compliance</li></ul></li><li>Responsible for internal documentation of complaints.</li><li>Supports safety data auditing, safety policy</li></ul> | July 2018-Present | 11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Previous Title(s) and Further Description of Work** | **Years of Employment** | **Legal Hold Date** |
| | | compliance, and deactivation reviews. | | |
| Sheridan, Danielle | Senior Director, Global Memberships | • Previous titles<br>  ○ 2020-2022- Senior & General Manager, Head of U.S. Cities<br>  ○ 2017-2020 – Director, Head of U.S. & C Safety & Quality<br>  ○ 2015-2017 – Senior Manager, Driver Growth & Experience<br>  ○ 2014-2015 – Head of Driver Operations, State of Indiana, Oklahoma<br>• Interim head of rides business, before Uber-proposed custodian Irving and prior to Uber-proposed custodians Cinelli and Holt.<br>• Responsibility for independent driver growth and experience. | Dec. 2014-Nov. 2022; Sept. 2023-Present | 11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Previous Title(s) and Further Description of Work** | **Years of Employment** | **Legal Hold Date** |
| Silver, Nick | Director, Head of US&C Mobility Marketing | <ul><li>Previous titles</li><ul><li>2021-2022 – Global of Consumer Product Marketing and Safety Marketing</li><li>2019-2021 – Head of Product Marketing – Safety</li><li>2017-2019 – Senior Product Marketing Manager – Safety</li></ul><li>Led rider marketing efforts, including safety-related marketing.</li></ul> | Dec. 2017-Present | 11/29/2023 |
| Stevenson, Troy | Global Head of Community Operations ("CommOps") | <ul><li>Oversees multiple trust, safety, and investigation teams across the organization.</li></ul> | Oct. 2016-Present | 8/3/2022 11/29/2023 |