# EXHIBIT 8

UBER MDL DRAFT DISCOVERY SCHEDULE

|   | Plaintiffs' Proposed Dates | Uber's Proposed Dates and add'l Milestones | Milestone |
|---|---|---|---|
| 1 | April 18, 2024 | April 26, 2024 | **Uber** shall provide (1) a list of proposed custodians. For each custodian, Uber shall provide all job titles and dates for which the custodian held that title, as well as the date(s) for any litigation holds; (2) provide a list of non-custodial files that can be produced without the use of search terms and a date certain for production. |
| 2 | April 19, 2024 | April 29, 2024 | **Meet and confer** re: Uber's proposed list of custodians and production of non-custodial files. |
| 3 | April 23, 2024 | May 3, 2024 | **Uber shall:**<br><br>(1) serve any initial objections to First RFPs that would result in the withholding of large portions of documents (i.e., objections that would be made to multiple First RFPS);<br><br>(2) identify any First RFPs that objects to into their entirety; (3) identify any First RFPs that are fully covered by documents already produced in the JCCP and provide a date certain for producing those documents to Plaintiffs.<br><br>**Plaintiffs** will submit a proposed list of initial custodians. |

|   | **Plaintiffs' Proposed Dates** | **Uber's Proposed Dates and add'l Milestones** | Milestone |
|---|---|---|---|
| 4 | **April 26, 2024** | **May 10, 2024** | **Uber** shall identify the custodians for which Uber will produce documents. |
| 5 | **May 1, 2024** | **May 13, 2024** | **Meet and confer** regarding search terms, custodians, and objections and responses to First RFPs. |
| 6 | **May 3, 2024** | **May 20, 2024** | **Final meet and confer** regarding search terms, custodians, and responses to First RFPs. |
| 7 | **May 7, 2024** | **June 6, 2024** | **The parties** will submit any dispute over search terms or custodians to the Court. |
| 8 | **May 15, 2024** | **May 21, 2024** | **Uber** shall serve responses and begin a rolling production of documents, pursuant to Plaintiffs' May 3 proposal and the parties' April 29 and May 13 discussions. |

|    | **Plaintiffs' Proposed Dates** | **Uber's Proposed Dates and add'l Milestones** | **Milestone** |
|----|--------------------------------|------------------------------------------------|---------------|
| 9  | **May 29, 2024**               | **May 29, 2024**                               | Uber shall serve initial objections to First Rog's and First RFA's. |
| 10 |                                | **June 20, 2024**                              | **Uber** shall serve final objections and responses to First Rog's and First RFA's. (Subject to amendment or supplementation following substantial completion of non-privileged responsive documents in response to First Set of RFPs.) |
| 11 |                                | **June 27, 2024**                              | **Uber** shall serve final responses and objections to First RFPs. (Date subject to change, depending upon guidance from the court.) |
| 12 | **September 1, 2024**          | **September 1, 2024**                          | **Uber substantially complete** productions of non-privileged responsive documents in response to First Set of RFPs. |