# EXHIBIT E1

Plaintiffs' Initial Proposed Custodians
1

| Employee Last Name | Employee First Name | Job Title |
|---|---|---|
| Alexander | Eric | Regional Head of Business Development |
| Alshihabi | Amr | Staff Technical Partner Manager |
| Amodeo | Michael | Sr Manager, Communications |
| Anderson | Brooke | Sr Director, Product Communications |
| Ashok | Pooja | Chief of Staff, Security |
| Ayento | Randy | Sr Manager, Claims,Cornershopp Employee |
| Baker | Ed | Vice President, Growth |
| Baldwin | Darren | Sr. Program Leader - Trust & Safety |
| Barnes | William | Director, GM |
| Barreto | Amos | Sr Staff Data Engineer |
| Benincasa | Nic (Nicole) | Head of CLO Operations |
| Blinick | Adam | Sr Director, Public Policy |
| Burke | Jordan | Director, Global Research & Insights |
| Byrne | Andrew | VP, Global Public Policy |
| Cabrera | Ashley | Sr. Program Manager - Safety Support |
| Camp | Garrett | Founder / Board Member |
| Chang | Frank | Vice President, Applied Science,Mid-Market Account Executive, Uber for Business |
| Chevaleau | Ruffin | Director, Central Ops, Comm Ops |
| Coker | Lucas | Investigations Operations Manager |
| Dhawan | Akankshu | Director, Product Management |
| Ding | Abbie | Strategy & Planning Manager, Uber Advertising |
| Dixon | Allen | Senior Business Development Manager, Tech & Infrastructure |
| Dobbs | Chad | Director, Head of U.S. City Operations |
| Eisler | Rachel | Safety Investigations Specialist III |
| Esteves | Marianna | Group Product Manager |
| Farrow | Caitlin | Investigations Team Lead I |
| Feijoo | Sara | Sr Program Manager, Tech |
| Figueroa | Joseph | Sr Learning Specialist - Delivery |
| Flynn | John ("Four") | Chief Information Security Officer |
| Fogg | Chad | Sr. Manager, Global Ethics & Compliance |
| Foran | Timothy | Product Manager II |
| Garrett | Billie | Sr Investigations I |
| Gittelman | Ryan | Safety Investigations Specialist III |
| Goodman | Jesse | Director, Global Programs & Tech Initiatives, Public Safety |
| Graves | Ryan | Sr Vice President, Operations |
| Handley | Jen | Sr. Director, Safety Legal, Global |
| Hasbun | Andrew | Director, Communications |
| Hawk | Cassie | Program Specialist III - Investigations |
| Hendrick | Susan | Manager, External Affairs |

Plaintiffs' Initial Proposed Custodians
2

| | | |
|---|---|---|
| Henley | Mat | Director, Engineering |
| Herrera | Daniel | Sr. Claims Advocate, Emerging Products |
| Hourdajian | Nairi | Director of Corporate Product Communication |
| Jain | Sundeep | Chief Product Officer and SVP Engineering |
| Johnson | Brian | Regional Operations Manager |
| Jones | Mark | Director, Public Safety - Analysis & Insights |
| Jones | Laura | Sr. Director, Global Mobility |
| Joyce | Meghan | Sr. Director, Head of City Opersations, US - Rides |
| Junio | Jads | Senior Claims Advocate, Large Loss Claims Management |
| Justice | Andrew | Strategy & Planning Lead |
| Kallman | Matt | VP, Communications |
| Kansal | Sachin | Vice President, Product Management |
| Kintz | Justin | Vice President, Policy & Communications |
| Lambert | Brigid | Director, Communications |
| Lavin | Ann | VP, Central Policy |
| Lewis (Avallon) | Jenny | Director, Marketing Strategic Initiatives |
| Lozan | Miguel | Community Operations Manager - Trust & Safety,Postmates Employee |
| MacDonald | Andrew | Senior Vice President, Mobility and Business Operations |
| Maher | Kevin | Sr Manager, Security Engineering,Sr Manager, Security Engineering |
| Malkani | Jai | Sr Director, Product Management |
| Maredia | Sarfraz | VP, RGM US&C Delivery |
| Marshall | Jeff | Regional Lead, Community Operations |
| McCaleb Sinha | Jennifer | Sr. Manager, Head of California |
| Michael | Emil | Sr Vice President, Business |
| Mochalski | Steven | Sr Operations & Logistics Manager |
| Moroney | Joshua | Sr. Community Operations Manager - Trust & Safety |
| Orth | Sarah | Program Lead - Escalations & Customer Pain Points,Postmates Employee |
| Patel | Niraj | GM, Consumer Vehicles |
| Payne | Rebecca | Group Product Manager |
| Pham | Thuan | Chief Technology Officer |
| Picinich | Paul | Senior Manager, Fleets & 3P Supply |
| Plouffe | David | Sr Vice President, Policy & Strategy |
| Poetzscher | Cameron | VP, Corporate Development |
| Ranese | Thomas | Chief Marketing Officer |
| Rikhye | Vaibhav | Sr. Director, Strategy & Planning |
| Rosenthal | Brad | Director, M&A Legal Integration |
| Ross | Lizzie | Product Marketing Manager II, Safety & Sustainability |
| Roth | Kevin | Sr Staff Engineer |
| Ruttledge | Florence | Sr Operations & Logistics Manager |
| Sandi | Jose | Product Manager II |
| Sauerwein | Peter | Senior Manager, Corporate Business Ops |

| | | |
|---|---|---|
| Schroeder | Eric | Various, including Senior Manager, Head of Safety & Consumer Protection Pubilc Policy |
| Shuping | Valerie | Sr. Program Manager, Tech |
| Sipf | Danielle | Director, Core Ops |
| Soloj | Gustavo | Investigations Lead, SIU |
| Stanford | Jeff | Sr. Manager, Public Safety Response, AMERICAS,Postmates Employee |
| Stormer | Wade | Head of Public Safety Liaison, US |
| Sullivan | Joseph | Chief Security Officer |
| Sullivan | Mike | Sr. Director, Public Safety - Global |
| Swartz (Bryson) | Steffi | Head of Safety and Consumer Protection Public Policy |
| Twomey | Pat | Director, Data Science |
| VanWaes | Matt | Director, Global Investigations (Americas) |
| Waddell | Alyssa | Manager, Claims |
| Waters | Sam | Senior Strategic Operations Associate, Earner Growth |
| Weber | Christopher | Senior Product Manager, Expansion |
| West | Tony | Senior Vice President, Chief Legal Officer and Corporate Secretary |
| Whaling | Kayla | Work Communications |
| Whetstone | Rachel | SVP of Communications and Public Policy |
| White | Davis | Director, Policy & Communications |
| Wing | Matthew | Director, Head of Earner PMM |
| Wuu | Jena | Senior Public Policy Associate, Safety |