# EXHIBIT E2

| | | MDL 3084- Plaintiffs' Preliminary Custodian List | | | | |
|---|---|---|---|---|---|---|
| **Employee Last Name** | **Employee First Name** | **Job Title** | **Employment Start Date** | **Employment End Date** | **Earliest Litigation Hold** | **Rationale** |
| Alexander | Eric | Regional Head of Business Development | 2014-07-14 | 2017-06-07 | 2015-06-23 | Heavy involvement in investigating the 2014 Delhi incident and response to that and other sexual assault claims during 2014-2017 time frame. |
| Alshihabi | Amr | Staff Technical Partner Manager | 2014-04-07 | 2020-08-14 | 2013-12-04 | Covered business development activities for Uber's safety & compliance initiatives, including RideCheck Safety tool and Emergency Button. |
| Amodeo | Michael | Sr Manager, Communications | 2014-09-03 | 2019-09-13 | 2017-03-06 | High level communications manager during critical time period, often cited by media as an Uber spokesperson, including on sexual assault matters, safety issues, driver incentives, rental car partnerships, and local regulations. |
| Anderson | Brooke | Sr Director, Product Communications | 2015-03-16 | 2024-05-31 | 2016-05-19 | Head of Global Safety Communications from 2016 through 2019, and was intimately involved in "winning strategy" communications and other public campaigns. |
| Ashok | Pooja | Chief of Staff, Security | 2015-08-03 | 2018-01-05 | 2017-05-02 | Chief of Staff under Mike Sullivan, Head of Global Security Business Operations. Instrumental in establishing security as a brand differentiator. Responsible for building central operations team to thwart digital and physical threats. |
| Ayento | Randy | Sr Manager, Claims,Cornershopp Employee | 2021-02-16 | 2024-05-21 | 2015-12-29 | Ayento is/was a Senior Manager in the Claims department and noted to be a member of the Incident Response Team, with a high propensity to be involved in complaint tickets. |
| Baker | Ed | Vice President, Growth | 2013-09-03 | 2017-03-03 | 2013-12-04 | Vice President of Growth.  Heavily involved in strategy and policies for bringing in new drivers including incentives and background checks. |
| Baldwin | Darren | Sr. Program Leader - Trust & Safety | 2018-03-19 | 2024-05-31 | 2019-07-18 | Leadership/managerial role in incident resolution including in Special Investigations Unit. |

| Last | First | Title | | | | Description |
|---|---|---|---|---|---|---|
| Barnes | William | Director, GM | 2012-03-05 | 2017-10-25 | 2016-03-24 | First 50 employee, Director, GM and at Uber for critical years of 2012 through 2017, managed operations for several states; oversaw inception of customer support org and driver empathy programs. |
| Barreto | Amos | Sr Staff Data Engineer | 2011-09-05 | 2017-08-01 | 2015-06-23 | High level data/software engineer. Created and led the Marketplace organization, responsible for providing efficient and reliable transport of passengers including dispatch optimization algorithms, supply positioning, and logistics. |
| Benincasa | Nic (Nicole) | Head of CLO Operations | 2022-06-06 | 2024-05-21 | 2017-03-06 | Led team that handled operations for Uber's Chief Legal Office, including ethics & compliance and Trust & Safety.  Important to concepts of rider safety and Uber's transparency. |
| Blinick | Adam | Sr Director, Public Policy | 2014-08-11 | 2024-05-21 | 2017-05-14 | High level public policy manager/director involved in significant lobbying/communications with governmental leaders regarding  regulatory compliance including background checks and TNC status |
| Burke | Jordan | Director, Global Research & Insights | 2015-06-08 | 2020-09-11 | 2017-03-10 | Responsible for consumer and market research; responsible for reputation studies and marketing towards brand safety with focus on rider assaults; significant political/governmental ties. |
| Byrne | Andrew | VP, Global Public Policy | 2024-11-24 | 2024-05-31 | 2017-03-06 | Oversight of public policy team, responsible for coordinating lobbying efforts to ensure Uber remains in good standing with local officials and to fend off regulatory efforts that might negatively affect Uber |
| Cabrera | Ashley | Sr. Program Manager - Safety Support | 2016-12-08 | 2024-05-31 | 2019-08-23 | Uber employee for nearly a decade in the Safety Support department; managed critical issues within investigations department and provided branded support to customers; heavily involved with high priority cases with great visibility and used JIRA to prepare stakeholders for response |
| Camp | Garrett | Founder / Board Member | 2009* | 2020* | 2014-12-19 | Co-Founder of Uber. |

| Last | First | Title | Start | End | Date | Description |
|---|---|---|---|---|---|---|
| Chang | Frank | Vice President, Applied Science, Mid-Market Account Executive, Uber for Business | Mar. 2014* | Presnt* | 2019-10-03 | Lead data scientist and data and product analyst; Involved in the creation of systems and processes for handling misconduct allegations. Headed team and involved/responsible for taxonomy for safety report. |
| Chevaleau | Ruffin | Director, Central Ops, Comm Ops | 2017-01-30 | 2024-05-31 | 2019-07-18 | Director of Central Ops and Comm Ops; head of virtual and in-person support centers for community operations |
| Coker | Lucas | Investigations Operations Manager | 2015-10-21 | 2019-08-02 | 2017-07-13 | Investigations Operations Manager for a key department; heavily involved responding to incident reports; in informing policies and procedures for trust and safety teams |
| Dhawan | Akankshu | Director, Product Management | 2017-03-06 | 2023-09-20 | 2020-06-24 | Involved in rider safety research and initiatives, including in-app safety features design, safety center content, and user experience |
| Ding | Abbie | Strategy & Planning Manager, Uber Advertising | 2017-12-11 | 2024-05-21 | 2020-06-24 | Led insights function for Uber's Global Safety team during timeframe of Safety Reports (2017-2021). |
| Dixon | Allen | Senior Business Development Manager, Tech & Infrastructure | 2020-10-05 | 2024-05-31 | 2022-07-13 | Knowledge of technology initiatives to increase safety including budgeting for safety improvements |
| Dobbs | Chad | Director, Head of U.S. City Operations | 2013-04-22 | 5/312024 | 2013-12-04 | Involved in broad areas of importance including background checks, safety report budgeting, peer-to-peer regulatory and legal issues, emergency call button feature, taxi regulations; has served as witness/provided declarations in lawsuits regarding independent contractor status, driver compensation |
| Eisler | Rachel | Safety Investigations Specialist III | 2015-11-25 | 2024-05-31 | 2020-06-24 | worked directly with Uber partner drivers, Uber customers and third parties involved with the Uber experience during sometimes difficult and emotionally sensitive incidences and accidents; oversaw projects for the Incidence Response Team. |
| Esteves | Mariana | Group Product Manager | 2017-03-15 | 2024-05-31 | 2023-01-24 | Involved in strategizing engineering aspects of the Uber App; including understanding of Uber mission and strategies including Uber's Safety team; partner with User experience research, Operations and Support teams. |

| Last | First | Title | | | | Notes |
|---|---|---|---|---|---|---|
| Farrow | Caitlin | Investigations Team Lead I | 2025-08-10 | 2020-04-12 | 2019-07-22 | Involved in managing and providing detailed reports and using Zendesk to respond to urgent customer incidents; provided strategic plans for process improvements within Jira; managed end-to-end investigation support experiences; crafted strategies to elevate an empathetic response for customers |
| Feijoo | Sara | Sr Program Manager, Tech | 2019-09-03 | 2024-05-31 | 2020-12-03 | Managed large inventory of claims to evaluate liability exposure; established action plan based on case facts, best practices, protocols, and regulatory issues; responsible for stewarding high severity serious safety incident claims and major media cases |
| Figueroa | Joseph | Sr Learning Specialist - Delivery | 2018-01-01 | 2024-05-31 | 2020-06-24 | Focused on Safety Investigations Training using Emotional Intelligence and Trauma Informed Care Practices; developed expertise in Sensitive Conversations and Crisis Management |
| Flynn | John ("Four") | Chief Information Security Officer | 2015-07-06 | 2020-07-27 | 2017-05-02 | Detailed knowledge of Uber's information systems and infrastructure |
| Fogg | Chad | Sr. Manager, Global Ethics & Compliance | 2015-05-11 | 2024-05-21 | 2016-03-24 | Involved in legal and regulatory compliance including in relation to rider assault claims. |
| Foran | Timothy | Product Manager II | 2013-09-23 | 2020-12-04 | 2013-12-04 | Significant involvement in driver onboarding, led program and operations management for all aspects of driver background checks in US; development of regulatory compliance processes and protocols; built program for automating background checks |
| Garrett | Billie | Sr Investigations I | 2017-01-23 | 2022-02-23 | 2020-06-24 | Highly involved with incident response- managed critical incidents end to end; managed customer service process and crisis management; handled very sensitive cases and potentially emotional riders and drivers; worked on investigations of incidents |

| | | | | | | |
|---|---|---|---|---|---|---|
| Gittelman | Ryan | Safety Investigations Specialist III | 2017-03-13 | 2024-05-31 | 2020-01-21 | Responsible for making initial contact on sexual assault reports and conducting investigations including communications with law enforcement. |
| Goodman | Jesse | Director, Global Programs & Tech Initiatives, Public Safety | 2016-09-06 | 2024-05-21 | 2023-07-13 | Managed global strategy and budget for safety team, including data scientists, engineers, and program managers; created product for government data sharing; developed data science models for safety risk insights |
| Graves | Ryan | Sr Vice President, Operations | 2010-03-05 | 2017-12-01 | 2013-12-04 | First Uber employee, involved with all aspects of Uber in formative years |
| Handley | Jen | Sr. Director, Safety Legal, Global | 2018-12-03 | 2024-05-31 | 2019-10-03 | Knowledge of sexual assault training and education at Uber, sexual assault reports and prevention efforts. |
| Hasbun | Andrew | Director, Communications | 2016-12-12 | 2024-05-21 | 2019-04-06 | Head of Global Safety Communications, led a team focused on safety related press communications; responsible for press strategy regarding in-app safety features, safety policies, and safety incidents. |
| Hawk | Cassie | Program Specialist III - Investigations | 2017-04-03 | 2024-05-31 | 2020-06-24 | Created "playbooks" for investigations and collecting and analyzing quality assurance and trend data; improving investigations processes |
| Hendrick | Susan | Manager, External Affairs | 2016-05-09 | 4/32/2021 | 2017-07-13 | Often quoted by media including in response to sexual assault claims; served in Safety Communications and Federal Communicaitons roles. |
| Henley | Mat | Director, Engineering | 2015-06-15 | 2018-05-04 | 2015-03-04 | Head of Global Threat Operations; Led team of engineers, analysts and investigators for rider safety. |
| Herrera | Daniel | Sr. Claims Advocate, Emerging Products | May 2015* | Present* | 2019-07-18 | As a Senior Claims Advocate has intimate knowledge regarding claim analysis. |
| Hourdajian | Nairi | Director of Corporate Product Communication | Jun. 2013* | Oct. 2016* | 2015-01-26 | Uber's first communications employee; built out the role over the course of 3 years; knowledge of Uber legal and regulatory obstacles. |
| Jain | Sundeep | Chief Product Officer and SVP Engineering | 2018-10-31 | 2024-05-31 | 2020-06-24 | Responsible for global Mobility and Delivery products, including engineering, product management, design, applied/data science, and product operations. |
| Johnson | Brian | Regional Operations Manager | 2016-12-12 | 2024-05-31 | 2022-06-13 | Involved in customer safety initiatives, review and response to incident reporting |

| Last | First | Title | | | | Description |
|---|---|---|---|---|---|---|
| Jones | Mark | Director, Public Safety - Analysis & Insights | 2015-04-13 | 2023-08-01 | 2016-05-19 | Head of investigations and law enforcement operations/liaison; director of public safety; understands how data can be used to assist investigators and law enforcement; safety initiative strategy |
| Jones | Laura | Sr. Director, Global Mobility | 2015-06-08 | 2024-05-10 | 2020-06-24 | Lead product marketing for drivers and riders; responsible for setting global Rides marketing strategy and budget |
| Joyce | Meghan | Sr. Director, Head of City Opersations, US - Rides | 2013-04-30 | 2019-04-12 | 2013-12-04 | Responsible for business outcomes and rider and driver experience in communities across the US & Canada; oversaw driver screening system, involved in lobbying, has spoken publicly about safety concerns for women riders |
| Junio | Jads | Senior Claims Advocate, Large Loss Claims Management | 2019-07-22 | 2022-12-15 | 2020-03-09 | Significant involvement in oversight and resolution of sexual assault claims |
| Justice | Andrew | Strategy & Planning Lead | 2019-04-30 | 2024-05-31 | 2019-11-27 | High level strategy and operations decisions, including related to safety. |
| Kallman | Matt | VP, Communications | 2015-09-02 | 2024-05-31 | 2017-03-10 | As a VP of communications at the very least, has intimate knowledge on business and strategic dealings directly related to elements and issues in this litigation. Career spanning over a decade at Uber with over 20 litigation holds. |
| Kansal | Sachin | Vice President, Product Management | 2017-06-12 | 2024-05-31 | 2020-06-24 | Intimate knowledge of the development of safety features for drivers and riders, including verification and dashcam policies. |
| Kintz | Justin | Vice President, Policy & Communications | 2013-09-09 | 2021-02-01 | 2016-05-19 | Registered as lobbyist on behalf of Uber in numerous jurisdictions; considered public policy spokesperson for Uber; worked to educate lawmakers and policymakers about Uber's business model |

| Last Name | First Name | Title | Start | End | Date | Description |
|---|---|---|---|---|---|---|
| Lambert | Brigid | Director, Communications | 2016-06-20 | Present | 2019-05-16 | Described as Chief of Staff on global Public Policy, Communications, and Marketing team |
| Lavin | Ann | VP, Central Policy | 2018-02-12 | Present | 2019-10-29 | Head of central policy unit which develops Uber's policies involving regulation and privacy, working closely with lobbyists |
| Lewis (Avallon) | Jenny | Director, Marketing Strategic Initiatives | 2014-07-07 | 2021-10-15 | 2016-12-29 | Led Uber's most innovative marketing campaigns to help drive rocket ship growth |
| Lozan | Miguel | Community Operations Manager - Trust & Safety, Postmates Employee | 2021-01-19 | Present | 2020-01-21 | Involved in responding to incident reports |
| MacDonald | Andrew | Senior Vice President, Mobility and Business Operations | 2012-05-21 | Present | 2015-03-12 | Oversees teams that manage Global Rides business, Community Operations, Safety; one of the longest-tenured members of executive team; made public statements about in-app panic button |
| Maher | Kevin | Sr Manager, Security Engineering,Sr Manager, Security Engineering | 2016-09-01 | Present | 2017-05-02 | Integral part of marketplace analytics team during significant time period |
| Malkani | Jai | Sr Director, Product Management | 2017-07-17 | Present | 2020-06-24 | Leads technology and strategy for customer support, responsible for e-technology to deliver proactive and high-touch support experiences for Safety |
| Maredia | Sarfraz | VP, RGM US&C Delivery | 2014-09-15 | Present | 2017-07-13 | Prior to current role, considered to be the man who "ran" uber in NY; made public comments about improving safety using emergency button in response to kidnapping of female passenger in NY; involved in responding to incident reports |
| Marshall | Jeff | Regional Lead, Community Operations | 4/2015* | 4/2018* | 2015-07-31 | Part of Safety Response Team for deactivations; manager within safety investigations team 2015-2018 |
| McCaleb Sinha | Jennifer | Sr. Manager, Head of California | 2016-08-29 | 2020-06-17 | 2019-07-15 | Involved in incident responses and women's safety initiatives |
| Michael | Emil | Sr Vice President, Business | 2013-09-03 | 2017-06-11 | 2016-11-09 | Uber Chief Business Officer during critical time period; takes credit for leading Uber through a period of exponential growth |
| Mochalski | Steven | Sr Operations & Logistics Manager | 2016-10-17 | 2020-06-17 | 2017-08-11 | Involved in strategy during critical time period; one of |
| Moroney | Joshua | Sr. Community Operations Manager - Trust & Safety | 2017-04-10 | Present | 2019-07-18 | Involved in responding to incident reports during critical time period |
| Orth | Sarah | Program Lead - Escalations & Customer Pain Points,Postmates Employee | 2018-04-02 | Present | 2022-06-21 | Customer support for incidents, escalation, social media |

| Last | First | Title | Start | End | Date | Description |
|---|---|---|---|---|---|---|
| Patel | Niraj | GM, Consumer Vehicles | 2014-08-04 | Present | 2017-06-03 | High level strategy manager who led projects across core business functions including strategy, operations, marketing, customer support; involved in managing internal communications; implementing customer support response policies |
| Payne | Rebecca | Group Product Manager | 2018-03-19 | Present | 2020-06-24 | Involved in building technology to make the Uber platform safer for riders |
| Pham | Thuan | Chief Technology Officer | 2013-04-15 | 2020-05-16 | 2015-03-04 | One of the longest-serving top executives at Uber, was part of Kalanick's "A team" of trusted advisers. Was involved with "building Uber" |
| Picinich | Paul | Senior Manager, Fleets & 3P Supply | 2015-05-11 | 2024-05-31 | 2015-12-29 | Leads vision, team design, and active management of a geo-distributed team of Regulatory Strategy & Operations Managers with focus on driver safety screenings, incidents, government data reporting, customer support, marketplace and regulatory strategy |
| Plouffe | David | Sr Vice President, Policy & Strategy | 2014-09-29 | 2017-02-28 | 2018-12-20 | Was involved in negotiating ride share laws using connections to lawmakers and politicians; central figure in Uber's global lobbying effort |
| Poetzscher | Cameron | VP, Corporate Development | 2014-03-31 | 2018-10-24 | 2016-11-09 | Head of finance involved in measures to cut costs including related to background checks |
| Ranese | Thomas | Chief Marketing Officer | 2019-09-23 | 2022-01-18 | 2020-06-24 | Involved in social impact and corporate initiatives to rebuild trust and reputation including women's safety; involved in sexual misconduct education for drivers |
| Rikhye | Vaibhav | Sr. Director, Strategy & Planning | 2014-10-20 | 2021-04-23 | 2017-03-10 | Involved in discussions re: streamlining background check process for more efficient driver onboarding process |
| Rosenthal | Brad | Director, M&A Legal Integration | 11/1/2014* | Present | 2013-12-04 | Heavily involved in P2P operations startup strategy, background checks. Testified that Uber would be required to shut down for a year in CA if required to reclassify drivers as employees rather than contractors. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Ross | Lizzie | Product Marketing Manager II, Safety & Sustainability | 2018-03-05 | 2024-05-31 | 2018-07-03 | Involved in development of SA education programs for drivers, involved in RAINN and taxonomy trainings |
| Roth | Kevin | Sr Staff Engineer | | | 2016-03-24 | Long-time software engineer; involved in streamlining onboarding process, background checks including requirement of social security numbers and peer-to-peer (P2P) background check integration |
| Ruttledge | Florence | Sr Operations & Logistics Manager | 2018-09-10 | 2021-03-24 | 2018-11-19 | Worked closely with Product and Engineering to support compliance with legislation and responded to contentious and dynamic regulatory environment; spearheaded business and product implementation of Prop 22 to solidify independent contributor status and new benefits for drivers |
| Sandi | Jose | Product Manager II | 2016-04-12 | 2024-05-31 | 2020-06-24 | Focus on machine learning models and timely interventions to help reduce safety incidents and the most sensitive safety events on the Uber platform; project manager for safety tooling, incident prevention and uber-wide deactivations. Owned tooling mechanisms used to conduct safety investigations |
| Sauerwein | Peter | Senior Manager, Corporate Business Ops | 2019-08-26 | 2022-04-11 | Present | Lead RegOps team, which manages regulatory compliance including background checks; involved in safety policy discussions |
| Schroeder | Eric | Various, including Senior Manager, Head of Safety & Consumer Protection Pubilc Policy | 2/2015* | 1/2021* | 2016-11-11 | Lead global safety operations; significant involvement in sexual misconduct policy discussions as well as individual incident reports |
| Shuping | Valerie | Sr. Program Manager, Tech | 2015-03-23 | 2021-06-04 | 2016-07-15 | Operations and Logistics 3/15-1/19, then Global Safety manager 1/19-6/21. Involved with assessing driver safety risk and applicable driver policies based on risk assessment; work on driver appeals process; involved in analyzing Sexual Misconduct policy and suggesting updates to policy. |

| Last | First | Title | Start | End | Hold Date | Notes |
|---|---|---|---|---|---|---|
| Sipf | Danielle | Director, Core Ops | 2014-12-02 | Present | 2016-07-15 | Long-time employee, huge number of litigation holds. In declaration to CPUC, stated under oath that she is "familiar with all operational aspects of Uber's business in California." |
| Soloj | Gustavo | Investigations Lead, SIU | 2016-06-01 | 2021-03-07 | 2020-06-24 | Incident investigator over critical time period involved in numerous investigations of sexual assault reports |
| Stanford | Jeff | Sr. Manager, Public Safety Response, AMERICAS, Postmates Employee | 2019-01-01 | Present | 2022-06-21 | Senior manager of the America's "hub" of the global Public Safety response team, which leads public safety reporting and reviews and responds to law enforcement and legal requests. |
| Stormer | Wade | Head of Public Safety Liaison, US | 2016-03-07 | 2023-05-01 | 2016-05-19 | Served as law enforcement liaison on team focused on assisting police with data from the Uber App that can be helpful in an investigation |
| Sullivan | Joseph | Chief Security Officer | 2015-04-27 | 2017-11-21 | 2015-03-04 | Uber's first Chief Security Officer, hired at a time when Uber was experiencing multiple safety issues; focus on safety of riders and drivers |
| Sullivan | Mike | Sr. Director, Public Safety - Global | 2016-10-10 | Present | 2017-03-06 | Leads global team responsible for protecting the safety of those who interface with Uber locally and globally where in which Uber operates; 100+ former attorneys, law enforcement professionals, military, intelligence officers, data scientists, and product engineers, bringing extensive and wide-ranging experience in public safety operations, counterterrorism, insider threat assessment, data privacy, global governance, risk management, technology innovation, and business continuity. Oversees liaison network and 24-7 public safety & health response team that fields requests from and deals with law enforcement and public health agencies to address serious incidents and emerging safety issues |

| Last Name | First Name | Title | Start | End | | Description |
|---|---|---|---|---|---|---|
| Swartz (Bryson) | Steffi | Head of Safety and Consumer Protection Public Policy | 2016-07-11 | 2020-01-10 | 2017-03-10 | Involved in consumer protection including privacy and data security; supported global policy teams on strategic negotiations and legislative developments. Involvement in updating Uber community guidelines; commented on inadequacy of guidelines with respect to reducing number of incidents. |
| Twomey | Pat | Director, Data Science | 2012-06-04 | 2019-09-06 | 2013-12-04 | Analytics leadership roles on numerous teams including Growth, Data Science, and Product Strategy. Involved with driver activation and analyzing and maintaining driver supply. |
| VanWaes | Matt | Director, Global Investigations (Americas) | 2017-12-18 | 5/31/2024* | 2018-04-05 | Global Investigations Manager on Security team, oversees team engagement with law enforcement and other public entities to investigate and make proactive referrals regarding serious criminal behavior. |
| Waddell | Alyssa | Manager, Claims | 2018-07-30 | Present | 2019-05-08 | Heavy involvement in responding to sexual response incident reports |
| Waters | Sam | Senior Strategic Operations Associate, Earner Growth | 1/10/2022* | Present | 2018-03-12 | Involved in reviewing driver deactivation/reactivation after rider complaints; part of team involved with women's safety |
| Weber | Christopher | Senior Product Manager, Expansion | 2013-06-26 | 2021-04-09 | 2013-12-04 | Early employee through important 2015-2018 time period; involved in background check development; public statements about "glaring" cultural problems within the company that surfaced in 2016-2017 that he attributes to "growing too quickly," and that business successes were "covering up some deficiencies in how we ran the business, how people were treated in the business." |
| West | Tony | Senior Vice President, Chief Legal Officer and Corporate Secretary | 2017-11-20 | Present | 2017-11-17 | Leads Uber's Ethics functions; introduced transparency initiatives; Safety Reports released under his leadership. |
| Whaling | Kayla | Work Communications | 7/18/2016* | 2021-09-21 | 2015-07-31 | Worked closely with Jodi Kawada Page. Worked in Safety Communications from 8/2016-10/2021. Responded to media re: sexual assault investigation, background checks, in-app emergency assistance, Safety Toolkit, Real-Time ID check, Verify Your Ride |

| Last | First | Title | Start | End | Date | Notes |
|---|---|---|---|---|---|---|
| Whetstone | Rachel | SVP of Communications and Public Policy | 2015-06-08 | 2017-10-11 | 2016-05-19 | Head of policy and communications, media spokesperson; reported as someone who spoke freely within the company; direct involvement with handling of Delhi case |
| White | Davis | Director, Policy & Communications | 2016-02-01 | 2021-07-01 | 2019-10-03 | Involved with efforts regarding Uber's "kill list" of legislation Uber considers "anti-Uber"; involved considerations of background check requirements; worked with journalists to publish Uber pieces |
| Wing | Matthew | Director, Head of Earner PMM | 2015-01-20 | 2022-08-01 | 2017-03-06 | Media spokesperson related to safety communications; decisionmaker regarding how and when to issue public response to sexual assault issues; involved in pressuring media to kill or change reports |
| Wuu | Jena | Senior Public Policy Associate, Safety | 2012-09-10 | 2018-03-01 | 2016-05-19 | Early date of employment and employment through the Kalanick years; claims to be one of the "First 100" at Uber. Was involved with public policy, governmental interactions, and strategy; advocated for adoption of model rideshare safety legislation; development and implementation of core business operating principles regarding women's safety. |