# EXHIBIT A

DocuSign Envelope ID: 22624E0E-3E94-4B63-A991-C04EE11ACCAB

| | |
|---|---|
| 1 | RANDALL S. LUSKEY (SBN: 240915) |
| | rluskey@paulweiss.com |
| 2 | **PAUL, WEISS, RIFKIND, WHARTON** |
| | **& GARRISON LLP** |
| 3 | 535 Mission Street, 24th Floor |
| | San Francisco, CA 94105 |
| 4 | Telephone: (628) 432-5100 |
| | Facsimile:  (628) 232-3101 |
| 5 | |
| | ROBERT ATKINS (*Pro Hac Vice* admitted) |
| 6 | ratkins@paulweiss.com |
| | CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted) |
| 7 | cgrusauskas@paulweiss.com |
| | ANDREA M. KELLER (*Pro Hac Vice* admitted) |
| 8 | akeller@paulweiss.com |
| | **PAUL, WEISS, RIFKIND, WHARTON** |
| 9 | **& GARRISON LLP** |
| | 1285 Avenue of the Americas |
| 10 | New York, NY 10019 |
| | Telephone: (212) 373-3000 |
| 11 | Facsimile:  (212) 757-3990 |
| 12 | *Attorneys for Defendants* |
| | UBER TECHNOLOGIES, INC.; |
| 13 | RASIER, LLC; and RASIER-CA, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF BRIAN JOHNSON** |
| This Document Relates to: | Judge:        Hon. Lisa J. Cisneros |
| ALL ACTIONS | Courtroom: G – 15th Floor |

I, Brian Johnson, having personal knowledge of the following state:

1. I have attained the age of eighteen years old.

2. I am an employee of Uber Technologies, Inc., ("Uber"), and I am a Regional Operations Manager on the Safety Operations team. I have worked on the Safety Operations team for five years.

3. My job responsibilities include managing relationships with various technology vendors, including 7x7 Experience. In performing these tasks, I have gained personal knowledge of the information in this declaration.

4. Uber operates in a highly competitive industry. Protecting its proprietary information, including trade secrets, algorithms, and business strategies, is essential to maintaining Uber's competitive edge. Unauthorized disclosure or access to this information could compromise Uber's market position and hinder its ability to innovate and deliver superior services.

5. As a global entity, Uber is subject to various legal and regulatory requirements regarding data protection and privacy. Compliance with these regulations is not only a legal obligation but also a testament to Uber's commitment to ethical business practices. Ensuring the confidentiality and integrity of sensitive information helps Uber meet these obligations and avoid potential legal and financial repercussions.

6. 7x7 Experience provides webinar courses on safety and professionalism for rideshare drivers. The courses do not provide any sexual assault or sexual harassment training. Uber has worked with 7x7 Experience since 2014.

7. To enable these webinar courses, Uber and 7x7 have each provided significant proprietary information on their respective platforms to each other, including technical data on workflow processes that are highly proprietary, in addition to driver eligibility data.

8. Uber's agreement with 7x7 Experience recognizes that the parties have proprietary rights in data obtained under it.

9. The agreement also requires that 7x7 Experience protect Uber's confidential information and only to use that information for the purposes of their engagement.

10. Without these confidentiality provisions that encourage the exchange of information, 7x7 Experience's services would be substantially impaired to Uber's detriment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 7, 2024.

*Brian Johnson*
Brian Johnson