# EXHIBIT B

ALLYSON BROWNE (SBN 295139), pro hac vice
1730 Clement Street
San Francisco, CA. 94121
Telephone: (678) 938-3445
Email: Allysonbrowne11@gmail.com

Attorney for 7x7 EXPERIENCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>THIS DOCUMENT REALTES TO: ALL CASES | Civil Action. No. 3:23-md-03084-CRB<br><br>OBJECTIONS OF 7X7 EXPERIENCE TO SUBPOENA DUCES TECUM |
|---|---|

Pursuant to Federal Rules of Civil Procedure ["FRCP"] Rule 45(d)(2)(B), 7X7 EXPERIENCE ["7x7"] objects to Plaintiffs' subpoena duces tecum on the following grounds:

7x7 is informed and believes that plaintiffs failed to comply with the requirements of FRCP Rule 45(a)(1)(D)(4) and 45(b)(1) in that plaintiffs failed to serve notice and a copy of the subpoena on each party in advance of service on 7x7; and, plaintiffs failed to serve notice on 7x7. (*Biocore Med. Technologies, Inc. v. Khosrowshahi*, 181 FRD 660, 667 (D KS 1998); *Pagan-Colon v. Walgreens of San Patricio, Inc.*, 264 F.R.D. 25, 28 (D.P.R. 2010).)

The subpoena is overly broad, unduly burdensome and oppressive in purporting to require production of documents in an unreasonably short time period (9 business days).

7x7 objects to the categories of documents listed in Schedule A of the subpoena as follows:

**1.** This category objected to on the grounds that it is overly broad, unduly burdensome and oppressive. This category is also objected to on the grounds that it is vague and ambiguous. This category is also objected to on the grounds that it seeks production of competitively sensitive trade secret information, the disclosure of which could be

OBJECTIONS OF 7X7 EXPERIENCE TO SUBPOENA DUCES TECUM - 1

highly damaging to 7x7's business. This category is also objected to on the grounds that it invades the privacy of third parties.

2. This category objected to on the grounds that it is overly broad, unduly burdensome and oppressive. This category is also objected to on the grounds that it is vague and ambiguous. This category is also objected to on the grounds that it seeks production of competitively sensitive trade secret information, the disclosure of which could be highly damaging to 7x7's business. This category is also objected to on the grounds that it invades the privacy of third parties.

3. This category objected to on the grounds that it is overly broad, unduly burdensome and oppressive. This category is also objected to on the grounds that it is vague and ambiguous. This category is also objected to on the grounds that it seeks production of competitively sensitive trade secret information, the disclosure of which could be highly damaging to 7x7's business.

4. This category objected to on the grounds that it is overly broad, unduly burdensome and oppressive. This category is also objected to on the grounds that it is vague and ambiguous. This category is also objected to on the grounds that it seeks production of competitively sensitive trade secret information, the disclosure of which could be highly damaging to 7x7's business.

5. This category objected to on the grounds that it is overly broad, unduly burdensome and oppressive. This category is also objected to on the grounds that it is vague and ambiguous. This category is also objected to on the grounds that it seeks production of competitively sensitive trade secret information, the disclosure of which could be highly damaging to 7x7's business.

6. This category objected to on the grounds that it is overly broad, unduly burdensome and oppressive. This category is also objected to on the grounds that it is vague and ambiguous. This category is also objected to on the grounds that it seeks production of competitively sensitive trade secret information, the disclosure of which could be highly damaging to 7x7's business.

7. This category objected to on the grounds that it is overly broad, unduly burdensome and oppressive. This category is also objected to on the grounds that it is vague and ambiguous. This category is also objected to on the grounds that it seeks production of competitively sensitive trade secret information, the disclosure of which could be highly damaging to 7x7's business.

DATED: 05/06/2024

*Allyson Browne*
ALLYSON BROWNE, ESQ., pro hac vice
Attorneys for Respondent, 7x7 EXPERIENCE

OBJECTIONS TO UBER CASE SUBPOENA

OBJECTIONS OF 7X7 EXPERIENCE TO SUBPOENA DUCES TECUM - 3

1  STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

2  I am over the age of 18 years, and not a party to this action.  My business address is 1730 Clement Street,

3  San Francisco, California, 94121, which is in San Francisco County, California.

4  By 05/08/2024, the document named below will be served on the parties in this action as follows:

5  **DOCUMENT SERVED:**          **OBJECTIONS OF 7X7 EXPERIENCE**
                                  **TO SUBPOENA DUCES TECUM**
6

7  **SERVED UPON:**              **SEE BELOW**

8  X___(By Electronic Mail Where Indicated) I verify that the above-referenced document will be transmitted via

9  electronic service to the parties named below on 05/07/2024.

10 X___(By Personal Service) I verify that the above-referenced document will be personally served on the parties

11 named below on or by 05/08/2024, with Proof of Service on the following page.

12

13                                          _____
                                            
14                                          By: Allyson Browne, Esq.

15

16 By email & personal service:

17 SAMANTHA HOEFS
   NIGH GOLDENBERG RASO & VAUGHN
18 275 Battery Street
   29th Floor
19 San Francisco, CA 94111-3339
   Phone: (612) 445-0202
20 Email: shoefs@nighgoldenberg.com

21

22

23

24

25

26

27

28

OBJECTIONS OF 7X7 EXPERIENCE TO SUBPOENA DUCES TECUM - 4

CASE NAME: UBER; USDC CASE NUMBER 3:23-md-03084-CRB

AMENDMENT TO PROOF OF SERVICE

On May 7, 2024, Respondent 7x7 EXPERIENCE ("7x7") attempted personal service of the documents named below, on the party as specified on the subpoena duces tecum, but no such named party existed at the address provided. Counsel for 7x7 was later notified by Plaintiff's counsel as follows, via email:

"Service by email is fine with Plaintiffs. However, if you do still personally serve the objections, that is the office address for co-lead counsel in the MDL at Leiff Cabraser."

Accordingly, Plaintiff has accepted service via email, and 7x7 will not pursue additional methods of service as to not further burden 7x7.

**DOCUMENT SERVED:**          **OBJECTIONS OF 7X7 EXPERIENCE TO SUBPOENA DUCES TECUM**

**SERVED UPON:**              **SEE BELOW**

By email (service accepted):

SAMANTHA HOEFS
NIGH GOLDENBERG RASO & VAUGHN
Email: shoefs@nighgoldenberg.com

The signatories declare under penalty of perjury that this information is true.

Date: 05/07/2024                    _____
                                    ALLYSON BROWNE, ESQ., pro hac vice
                                    Attorneys for Respondent, 7x7 EXPERIENCE

OBJECTIONS OF 7X7 EXPERIENCE TO SUBPOENA DUCES TECUM - 5