# EXHIBIT C

ALLYSON BROWNE (SBN 295139), pro hac vice
1730 Clement Street
San Francisco, CA. 94121
Telephone: (678) 938-3445
Email: Allysonbrowne11@gmail.com

Attorney for 7x7 EXPERIENCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION  THIS DOCUMENT REALTES TO: ALL CASES | Civil Action. No. 3:23-md-03084-CRB  SUPPLEMENTAL OBJECTIONS OF 7X7 EXPERIENCE TO SUBPOENA DUCES TECUM |
|---|---|

Pursuant to Federal Rules of Civil Procedure ["FRCP"] Rule 45(d)(2)(B), 7X7 EXPERIENCE ["7x7"] objects to Plaintiffs' subpoena duces tecum in these Supplemental Objections. These objections supplement and incorporate by reference our prior objections served on 05/07/2024 (the "Initial Objections").

7x7 objects to the validity of the service of process attempted by Plaintiff under FRCP Rule 45(b)(1) on the grounds that the attempted service was made on an individual residing in a property owned by an authorized agent of 7x7, but who does not represent and is not authorized to accept service on behalf of 7x7. Further, Plaintiff subsequently failed to serve amended details of the subpoena on 7x7, including a revised response date from 05/08/2024 to 05/31/2024, resulting in undue burden of response on 7x7. Together, these errors constitute a failure of proper service of process on 7x7.

In addition to the objections raised in the Initial Objections and 7x7's objections on service of process, 7x7 objects to the subpoena on the following grounds:

1. The discovery sought is unduly burdensome, unreasonably cumulative and duplicative because it can be obtained from the Defendant. The subpoena is an

SUPPLEMENTAL OBJECTIONS OF 7X7 EXPERIENCE TO SUBPOENA DUCES TECUM - 1

attempt to avoid the normal discovery process and places an undue burden on non-parties. (*Nidec Corp. v. Victor Co. of Japan, Ltd.,* 249 F.R.D. 575 (N.D. Cal. 2007); *Moon v. SCP Pool Corp.*, 232 F.R.D. 633 (C.D. Cal. 2005).)

2. 7x7 does not offer any products that address or pertain to sexual assault and therefore has not provided any products to the Defendant on this subject. For this reason alone, 7x7 is not aware of any communications, documents or other materials related to the Defendant that would be of relevance in this matter.

On the basis of 7x7's Initial Objections and these Supplemental Objections, 7x7 does not intend to produce any documents responsive to the subpoena, and we respectfully request Plaintiff to withdraw the subpoena.

DATED: 05/22/2024

*/s/ Allyson Browne*
ALLYSON BROWNE, ESQ., pro hac vice
Attorneys for Respondent, 7x7 EXPERIENCE

SUPPLEMENTAL OBJECTIONS TO UBER CASE SUBPOENA

SUPPLEMENTAL OBJECTIONS OF 7X7 EXPERIENCE TO SUBPOENA DUCES TECUM - 2

CASE NAME: UBER; USDC CASE NUMBER 3:23-md-03084-CRB

1  STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

2  I am over the age of 18 years, and not a party to this action.  My business address is 1730 Clement Street,

3  San Francisco, California, 94121, which is in San Francisco County, California.

4  On 05/22/2024, the document named below will be served on the parties in this action as follows:

5  **DOCUMENT SERVED:**          **OBJECTIONS OF 7X7 EXPERIENCE**
                                 **TO SUBPOENA DUCES TECUM**
6

7  **SERVED UPON:**              **SEE BELOW**

8  X    (By Electronic Mail Where Indicated) I verify that the above-referenced document will be transmitted via

9  electronic service to the parties named below on 05/22/2024.

10

11  _____

12  By: Allyson Browne, Esq.

13

14  By email:

15  SAMANTHA HOEFS
    NIGH GOLDENBERG RASO & VAUGHN
16  275 Battery Street
    29th Floor
17  San Francisco, CA 94111-3339
    Phone: (612) 445-0202
18  Email: shoefs@nighgoldenberg.com

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL OBJECTIONS OF 7X7 EXPERIENCE TO SUBPOENA DUCES TECUM - 3