1  RACHEL B. ABRAMS (Cal Bar No. 209316)
   ADAM B. WOLF (Cal Bar No. 215914)
2  **Peiffer Wolf Carr Kane Conway & Wise, LLP**
   555 Montgomery Street, Suite 820
3  San Francisco, CA 94111
   Telephone: 415.766.3544
4  Facsimile: 415.840.9435
   Email: rabrams@peifferwolf.com
5  Email: awolf@peifferwolf.com

6  TIFFANY R. ELLIS (*Admitted PHV*)
   **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7  2229 Trumbull St.
   Detroit, MI 48216
8  Telephone: 313.210.1559
   Facsimile: 415.840.9435
9  Email: tellis@peifferwolf.com

10 *Counsel for Plaintiff*

11
                    **UNITED STATES DISTRICT COURT**
12                 **NORTHERN DISTRICT OF CALIFORNIA**
                     **SAN FRANCISCO DIVISION**
13

14 IN RE: UBER TECHNOLOGIES, INC.,
   PASSENGER SEXUAL ASSAULT        )  No. 3:23-md-03084-CRB
15 LITIGATION                      )
                                   )  **NOTICE OF FILING OF NEW ACTION**
16                                 )
                                   )
17 _____ )
                                   )
18 *This document relates to:*      )
                                   )
19 *B.S. v. UBER TECHNOLOGIES, INC., et* )
   *al., 3:24-cv-03443-CRB*         )
20                                 )
                                   )
21                                 )

22
        Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint
23
24 with Jury Demand in the above-referenced action was filed on June 7, 2024.

25 ///

26 ///

27 ///

28

   CASE NO. 3:23-md-03084-CRB          1      NOTICE OF FILING OF NEW ACTION

1

Dated: June 10, 2024                    Respectfully submitted,

2

By: */s/ Rachel B. Abrams*
RACHEL B. ABRAMS (Cal Bar No. 209316)

3

ADAM B. WOLF (Cal Bar No. 215914)

4

**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820

5

San Francisco, CA 94111
Telephone: 415.766.3544

6

Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com

7

awolf@peifferwolf.com

8

TIFFANY R. ELLIS (*Admitted PHV*)

9

**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.

10

Detroit, MI 48216
Telephone: 313.210.1559

11

Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

12

*Counsel for Plaintiff*

13

14

15

## CERTIFICATE OF SERVICE

16

   I hereby certify that on June 10, 2024, I electronically transmitted the foregoing

17

**NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System

18

for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

19

20

*/s/ Rachel B. Abrams*
Rachel B. Abrams

21

22

23

24

25

26

27

28