Sarah R. London (CA Bar No. 267083)
LIEFF CABRASER HEIMANN & BERNSTEIN
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiff Nyakor Chawech*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>_____<br><br>This Document Relates to:<br><br>*Nyakor Chawech v. Uber Technologies, Inc., et al. Case No. 3:24-cv-03390* | MDL No. 3084<br><br>**NOTICE OF FILING OF NEW ACTION** |

1

2          Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

3      with Jury Demand in the above-referenced action was filed on June 5, 2024.

4

5      Dated: June 10, 2024                    Respectfully submitted,

6                                              */s/ Sarah R. London*
                                               Sarah R. London (CA Bar No. 267083)
7                                              Caitlin M. Nelson (CA Bar No. 335601)
                                               Annie M. Wanless (CA Bar No. 339635)
8                                              **LIEFF CABRASER HEIMANN & BERNSTEIN,
                                               LLP**
9                                              275 Battery Street, 29th Floor
10                                             San Francisco, CA 94111
                                               Telephone: (415) 956-1000
11                                             slondon@lchb.com
                                               cwoods@lchb.com
12                                             awanless@lchb.com

13                                             Andrew R. Kaufman (MDL *pro hac vice*)
14                                             222 Second Ave. S., Suite 1640
                                               Nashville, TN 37201
15                                             Phone: (615) 313-9000
                                               akaufman@lchb.com
16
17                                             *Attorneys for Plaintiff Nyakor Chawech*

18

19

20

21

22

23

24

25

26

27

28