OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** June 11, 2024 | **Time:** 2:08 p.m.- 2:50 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:23-md-03084-CRB | **Case Name:** In re: Uber Technologies, Inc. v. | |

**For Plaintiffs:** Roopal Luhana, Chaffin Luhana LLP; Rachel Abrams, Peiffer Wolf Carr Kane Conway Wise, LLP; Marlene Goldenberg, Nigh Goldernberg Raso & Vaughn; Khaldoun Baghdadi, Walkup Melodia Kelly & Schoenberger; Randy Luskey; Ellyn Hurd, Simmons Hanly Conroy LLP; Sarah London, Lieff Cabraser Heimann & Bernstein LLP; Tiffany Ellis, Peiffer Wolf Carr Kane Conway Wise, LLP; Walter Cubberly, William Hart & Boundas, LLP; Elizabeth Wilkins, Chaffin Luhana LLP; Celina Cutter, Cutter Law PC; Bret Stanley, Johnson Law Group.

**For Defendants:** Michael Shortnacy, Patrick Oot, Shook, Hardy & Bacon LLP; Jacquelin Rubin, Paul Weiss Rifkind Wharton & Garrison LLP counsel for Defendants.

**Deputy Clerk:** Brittany Sims                **Reported by:** Ana Dub

PROCEEDINGS

Discovery Status Conference held. The Court heard from both parties in regards to the noncustodial sources and addressed the related dispute described in the discovery status report.

The Court set a hearing for the discovery disputes concerning safety data (ECF No. 592) and custodians (ECF No. 607) for June 13, 2024 at 9:00 a.m. via Zoom.

The Court will also hold a hearing regarding the disputes concerning the third party subpoenas, as previously scheduled, on June 21, 2024 at 11:30 am via Zoom. ECF No. 574. The hearing will address the letter briefs filed in regard to third parties Checkr, Lyft, Sara Peters, and 7x7 Experience. At the same date and time, the Court will hear argument regarding the parties' competing proposals for deposition protocols (ECF Nos. 586, 587).