RANDALL S. LUSKEY (SBN: 240915)
 rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
 ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
 cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
 akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF MICHAEL B. SHORTNACY IN SUPPORT OF DEFENDANTS' STATEMENT IN SUPPORT OF PLAINTIFFS' ADMINISTRATION MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:     Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

## DECLARATION OF MICHAEL B. SHORTNACY

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm of Shook, Hardy & Bacon LLP, attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, (collectively, "Uber"). I am a member in good standing of the Bars of the State of California, the State of New York, and the District of Columbia. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so. I respectfully submit this declaration in support of Uber's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal.

2. I have reviewed the Parties' Letter Brief regarding the production of safety data and statistics and corresponding Exhibits C, D and G, ECF 592, as referenced in the Declaration of Roopal P. Luhana in Support of Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal [ECF 591].

3. Portions of the Parties' Letter Brief contain redacted material sourced from documents that Uber has designated highly confidential under the protective order entered in the Judicial Council Coordination Proceeding (JCCP) No. 5188, case no. CJC-21-05188, *In Re Uber Rideshare Cases* pending in the Superior Court of San Francisco County, California ("the Uber JCCP"), and that Uber has filed under seal in the Uber JCCP.

4. Exhibit C to the Parties' Letter Brief is a slide deck with title "CommOps Monthly Business Review – November 2018," which was designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Uber in this litigation pursuant to the Court's December 28, 2023 protective order (ECF 176). On information and belief, it consists solely of non-public information that is economically and commercially sensitive, and contains trade secrets, confidential research and development information, technical analysis, and strategic business planning information.

5. Exhibit D to the Parties' Letter Brief is a Declaration by Katherine MacDonald that has been filed under seal in Case No. CJ-21-005188 (the Uber JCCP). On information and belief, it

contains wholly non-public information that is confidential research and development information, technical analysis, and strategic business planning information.

6. Exhibit G to the Parties' Letter Brief is a Declaration by Randall Luskey, counsel for Uber in this litigation, that has been filed under seal in Case No. CJ-21-005188 (the Uber JCCP).  On information and belief, it contains non-public information that detail Uber's disclosure of corporate systems.

7. Portions of the Parties' Letter Brief referring to redacted material and corresponding Exhibits C, D & G, ECF 592, contain confidential and proprietary business information that will cause undue harm if publicly disseminated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 12, 2024, in Los Angeles, California.

/s/ *Michael B. Shortnacy*
Michael B. Shortnacy