1  [Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**ADMINISTRATIVE MOTION FOR REMOVAL AND REPLACEMENT OF DISCOVERY LETTER BRIEF RELATED TO SAFETY DATA AND STATISTICS (DOC. 592)** |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD**:

Plaintiffs hereby respectfully request the removal of the Parties' Joint Discovery Letter Brief Related to Safety and Data Statistics (Doc. 592) and the replacement of that document with a corrected brief, attached hereto as Exhibit A. It has come to the Parties' attention that under certain conditions, a portion of the content that was intended to be redacted can be viewed. Plaintiffs' counsel has conferred with counsel for Uber, who consents to the requested relief.

Dated: June 13, 2024

Respectfully submitted,

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

By: */s/ Sarah R. London*

- 1 -

ADMIN MOT. TO SEAL
CASE NO. 23-MD-03084-CRB

|   |   |
|---|---|
| 1 | Sarah R. London (SBN 267093) |
| 2 | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 3 | 275 Battery Street, 29th Floor |
| 4 | San Francisco, CA 94111-3339 |
|   | Telephone: (415) 956-1000 |
| 5 | Facsimile: (415) 956-1008 |
| 6 | slondon@lchb.com |
| 7 | By: */s/ Rachel B. Abrams* |
| 8 | Rachel B. Abrams (SBN 209316) |
| 9 | **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP** |
| 10 | 555 Montgomery Street, Suite 820 |
| 11 | San Francisco, CA 94111 |
|    | Telephone: (415) 426-5641 |
| 12 | Facsimile: (415) 840-9435 |
|    | rabrams@peifferwolf.com |
| 13 | |
| 14 | *Co-Lead Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2024 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

Dated: June 13, 2024         By: /s/Roopal P. Luhana
                                 Roopal P. Luhana