IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| This Document Relates to:<br><br>ALL CASES | **[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION FOR REMOVAL OF AND LEAVE TO REFILE DISCOVERY LETTER BRIEF RELATED TO SAFETY DATA AND STATISTICS (DOC. 592)** |

The Court hereby GRANTS Plaintiffs' motion for the removal and replacement of the Parties' Discovery Letter Brief Related to Safety Data and Statistics (Doc. 592).

**IT IS SO ORDERED.**

Dated: _____         _____

HON. LISA J. CISNEROS
United States Magistrate Court Judge