# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California
# CIVIL MINUTES

| **Date:** June 13, 2024 | **Time:** 9:04 a.m.- 10:33 a.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.**: 3:23-md-03084-CRB | **Case Name:** In re: Uber Technologies, Inc. v. | |

**For Plaintiffs:** Roopal Luhana, Chaffin Luhana LLP; Rachel Abrams, Peiffer Wolf Carr Kane Conway Wise, LLP; Marlene Goldenberg, Nigh Goldernberg Raso & Vaughn; Khaldoun Baghdadi, Walkup Melodia Kelly & Schoenberger; Ellyn Hurd, Simmons Hanly Conroy LLP; Sarah London, Lieff Cabraser Heimann & Bernstein LLP; Walter Cubberly, William Hart & Boundas, LLP; Elizabeth Wilkins, Chaffin Luhana LLP; Celina Cutter, Cutter Law PC.

**For Defendants:** Michael Shortnacy, Patrick Oot and Jeremy Wikler, Shook, Hardy & Bacon LLP; Jacquelin Rubin and Kyle Smith, Paul Weiss Rifkind Wharton & Garrison LLP.

**Deputy Clerk:** Brittany Sims                **Reported by:** Stephen Franklin

## PROCEEDINGS

Discovery Hearing held. The Court heard from both parties concerning the discovery disputes regarding safety data (ECF No. 592) and custodians (ECF No. 607). The Court sets a discovery status conference for July 18, 2024, at 10:00 a.m. via Zoom. The Court informs the parties that another status conference will be set in August. The Court takes both matters under submission and will issue a written order.