**U.S. DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| Plaintiffs,<br>v.<br><br>Defendants. | Case No.: 3:23-md-03084-CRB<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Sadi R. Antonmattei-Goitia an active member in good standing of the bar of the Southern District of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: [PLAINTIFF] in the above titled action. Pursuant to Paragraph 8 of Pretrial Order No. 1, IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, "the requirement that pro hac vice counsel retain local counsel, see N.D. Cal. Civil Local Rule 11-3(a)(3) and 11-3(f), is waived and does not apply to this MDL action."

My address of record: 2925 Richmond Ave #1560, Houston, TX 77098

My phone number of record: 713 333 1030

My email of record: sadi@kherkhergarcia.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: Texas 24091383 and SDTX 3244833.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero (0) times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

DATED: <u>Sadi R. Antonmattei-Goitia</u>
APPLICANT

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sadi R. Antonmattei-Goitia is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Pursuant to Paragraph 8 of Pretrial Order No. 1, IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, "the requirement that pro hac vice counsel retain local counsel, see N.D. Cal. Civil Local Rule 11-3(a)(3) and 11-3(f), is waived and does not apply to this MDL action.".

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE