1   RANDALL S. LUSKEY (SBN: 240915)
        rluskey@paulweiss.com
2   **PAUL, WEISS, RIFKIND, WHARTON
        & GARRISON LLP**
3   535 Mission Street, 24th Floor
    San Francisco, CA 94105
4   Telephone: (628) 432-5100
    Facsimile:  (628) 232-3101

5   ROBERT ATKINS (*Pro Hac Vice* admitted)
        ratkins@paulweiss.com
6   CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
        cgrusauskas@paulweiss.com
7   ANDREA M. KELLER (*Pro Hac Vice* admitted)
        akeller@paulweiss.com
8   **PAUL, WEISS, RIFKIND, WHARTON
        & GARRISON LLP**
9   1285 Avenue of the Americas
    New York, NY 10019
10  Telephone: (212) 373-3000
    Facsimile:  (212) 757-3990
11

12  *Attorneys for Defendants*
    UBER TECHNOLOGIES, INC.;
13  RASIER, LLC; and RASIER-CA, LLC

14
    *[Additional Counsel Listed on Signature Page]*
15

16                  **UNITED STATES DISTRICT COURT**

17                  **NORTHERN DISTRICT OF CALIFORNIA**

18                  **SAN FRANCISCO DIVISION**

19

20  IN RE: UBER TECHNOLOGIES, INC.,      Case No. 3:23-md-03084-CRB
    PASSENGER SEXUAL ASSAULT
21  LITIGATION                           **NOTICE OF CHANGE OF ATTORNEY
                                         BUSINESS ADDRESS**

22  This Document Relates to:            Judge:       Hon. Lisa J. Cisneros
                                         Courtroom:   G – 15th Floor
23  ALL ACTIONS

24

25

26

27

28

1    TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF

2 RECORD:

3    PLEASE TAKE NOTICE the business address for Michael B. Shortnacy has changed to:

4

5 Michael B. Shortnacy
  SHOOK, HARDY & BACON, L.L.P.
6 2121 Avenue of the Stars, Suite 1400
  Los Angeles, CA 90067
7

8    The telephone number and email address remain the same.

9    It is respectfully requested that all service lists in this action be updated to reflect counsel's

10 new contact information and that copies of all pleadings and notices pertaining to the above-entitled

11 matter be forwarded to counsel at the new address.

12 DATED: June 17, 2024                    Respectfully submitted,

13
                                          **SHOOK HARDY & BACON L.L.P.**
14
                                          By: */s/ Michael B. Shortnacy*
15                                             MICHAEL B. SHORTNACY

16                                        MICHAEL B. SHORTNACY (SBN: 277035)
                                             mshortnacy@shb.com
17                                        **SHOOK, HARDY & BACON L.L.P.**
                                          2121 Avenue of the Stars
18                                        Los Angeles, CA 90067
                                          Telephone: (424) 285-8330
19                                        Facsimile: (424) 204-9093

20                                        PATRICK OOT (Admitted *Pro Hac Vice*)
                                             oot@shb.com
21                                        **SHOOK, HARDY & BACON L.L.P.**
                                          1800 K St. NW Ste. 1000
22                                        Washington, DC 20006
                                          Telephone: (202) 783-8400
23                                        Facsimile: (202) 783-4211

24                                        KYLE N. SMITH (*Pro Hac Vice* admitted)
                                             ksmith@paulweiss.com
25                                        JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
                                             jphillips@paulweiss.com
26                                        **PAUL, WEISS, RIFKIND, WHARTON
                                             & GARRISON LLP**
27                                        2001 K Street, NW
                                          Washington DC, 20006
28                                        Telephone: (202) 223-7300

NOTICE OF CHANGE OF ATTORNEY BUSINESS ADDRESS          Case No. 3:23-MD-3084-CRB

Facsimile:  (202) 223-7420

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

NOTICE OF CHANGE OF ATTORNEY BUSINESS ADDRESS          Case No. 3:23-MD-3084-CRB