1  Rod M. Fliegel, Bar No. 168289
   rfliegel@littler.com
2  LITTLER MENDELSON, P.C.
   101 Second Street
3  Suite 1000
   San Francisco, California  94105
4  Telephone:    415.433.1940
   Fax No.:       415.399.8490
5
   Attorneys for Nonparty
6  Checkr, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 IN RE: UBER TECHNOLOGIES, INC.,        Case No. 3:23-md-03084-CRB
   PASSENGER SEXUAL ASSAULT
13 LITIGATION                             **CHECKR, INC.'S ADMINISTRATIVE**
                                          **MOTION FOR LEAVE TO FILE A**
14                                        **RESPONSE TO PLAINTIFFS' JULY 14,**
                                          **2024 LETTER**
15

16 This Document Relates to:

17 ALL ACTIONS

18

19             **MEMORANDUM OF POINTS AND AUTHORITIES**

20        Pursuant to Civil Local Rule 7-11, nonparty Checkr, Inc. ("Checkr"), in an abundance of

21 caution, hereby respectfully moves this Court for leave to file a response to Plaintiffs' June 14, 2024

22 letter to the Court regarding Plaintiffs' subpoena to Checkr. *See* Dkt. 633. Checkr makes this motion

23 on the grounds that Plaintiffs' letter to the Court makes various representations about Plaintiffs'

24 subpoena to Checkr and the related communications with Checkr's counsel that warrant a brief

25 response from Checkr.

26        This is the type of submission that, in the law and motion context (*e.g.*, surreplies), courts

27 routinely deem appropriate.

28

LITTLER
MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA
94105
415.433.1940

CHECKR, INC.'S ADMINISTRATIVE
MOTION FOR LEAVE TO FILE A
RESPONSE TO PLAINTIFFS' JULY 14, 2024
LETTER 3:23-MD-03084-CRB

Given how Plaintiffs' sweeping subpoena demands massive amounts of documents from Checkr, including ESI, it is fair and reasonable for Checkr to seek to submit a brief response. On the other hand, granting Checkr's motion will not prejudice Plaintiffs.

Accordingly, Checkr respectfully requests that the Court grant Checkr leave to file the attached proposed further letter to the Court, attached hereto as Exhibit A.[1]

Dated: June 18, 2024

LITTLER MENDELSON, P.C.

*/s/ Rod M. Fliegel*
Rod M. Fliegel

Attorneys for Nonparty
Checkr, Inc.

4890-1252-9353.1 / 091435-1534

---

[1] For avoidance of doubt, nothing stated herein is intended to imply that Checkr is assuming any burden the law imposes on Plaintiffs. By rule, Checkr has a right to stand on its objections, and Checkr has elected to exercise that right. Fed. R. Civ. P. 45(d)(2)(B); *Ex. Dev. Can. v. E.S.E. Elec.*, No. 17-mc-80003, 2017 WL 2500906, at *2 (N.D. Cal. June 9, 2017).

LITTLER
MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA
94105
415.433.1940

CHECKR, INC.'S ADMINISTRATIVE
MOTION FOR LEAVE TO FILE A
RESPONSE TO PLAINTIFFS' JULY 14,
2024 LETTER 3:23-MD-03084-CRB