IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>[PROPOSED] ORDER AS MODIFIED RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SESAL |
|---|---|

Having considered Plaintiffs' June 5, 2024 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, and Uber's Statement pursuant to Civil Local Rule 79-5(f)(3) and (c)(1) (Dkt. No. 623), the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| The Parties' Letter Brief re: the production of safety data and statistics | Portions of briefing referring to documents the Parties filed under seal | Uber |
| Exhibit [C] to the Parties' Letter Brief | A document produced by Uber in this litigation | Uber |
| Exhibit [D] to the Parties' Letter Brief | The declaration of Katherine MacDonald filed under seal in Case No. CJ-21-005188. | Uber |
| Exhibit [G] to the Parties' Letter Brief | The declaration of Randall Luskey filed under seal in Case No. CJ-21-005188. | Uber |

**IT IS SO ORDERED.**

Dated: June 20, 2024

_____
HON. LISA J. CISNEROS
United States Magistrate Court Judge

- 1 -    [PROPOSED] ORDER RE: ADMIN MOT. TO SEAL
CASE NO. 23:MD-03084-CRB