IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>[PROPOSED] ORDER **AS MODIFIED** RE: ADMINISTRATIVE MOTION FOR REMOVAL OF AND LEAVE TO REFILE DISCOVERY LETTER BRIEF RELATED TO SAFETY DATA AND STATISTICS (DOC. 592) |

The Court hereby GRANTS Plaintiffs' motion for the removal and replacement of the Parties' Discovery Letter Brief Related to Safety Data and Statistics (Doc. 592). The Clerk of the Court is directed to lock Dkt. No. 592 currently available on the public docket. Plaintiffs shall refile the discovery letter no later than seven days from the date of this Order.

**IT IS SO ORDERED.**

Dated: June 20, 2024

HON. LISA J. CISNEROS
United States Magistrate Court Judge