[Submitting counsel below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>All Cases | No. 3:23-md-03084-CRB<br><br>**PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO CHECKR'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFFS' JULY 14, 2024 LETTER** |

  Plaintiffs do not oppose Checkr's request to file the reply attached to its administrative motion for leave to file a reply. The reply does not appear to add much other than block-quotes and paraphrasing of Uber's letter brief.

| | |
|---|---|
| Dated: June 20, 2024 | Respectfully submitted,<br><br>By: */s/ Sarah R. London*<br>　　Sarah R. London (SBN 267083)<br><br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>slondon@lchb.com<br><br>By: */s/ Rachel B. Abrams*<br>　　Rachel B. Abrams (SBN 209316)<br><br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: (415) 426-5641<br>Facsimile: (415) 840-9435<br>rabrams@peifferwolf.com<br><br>By: */s/ Roopal P. Luhana*<br>　　Roopal P. Luhana<br><br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, 12th Floor<br>New York, NY 10016<br>Telephone: (888) 480-1123<br>Facsimile: (888) 499-1123<br>luhana@chaffinluhana.com<br><br>*Co-Lead Counsel* |

**CERTIFICATE OF SERVICE**

I certify that on June 20, 2024 I served a true and correct copy of the foregoing on all counsel of record via ECF.

<u>/s/ Samantha Hoefs</u>

Samantha Hoefs