| | |
|---|---|
| 1 | RANDALL S. LUSKEY (SBN: 240915) |
| 2 | rluskey@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON** |
| 3 | **& GARRISON LLP**<br>535 Mission Street, 24th Floor |
| 4 | San Francisco, CA 94105<br>Telephone: (628) 432-5100 |
| 5 | Facsimile:  (628) 232-3101 |
| 6 | ROBERT ATKINS (*Pro Hac Vice* admitted)<br>ratkins@paulweiss.com |
| 7 | CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)<br>cgrusauskas@paulweiss.com |
| 8 | ANDREA M. KELLER (*Pro Hac Vice* admitted)<br>akeller@paulweiss.com |
| 9 | **PAUL, WEISS, RIFKIND, WHARTON**<br>**& GARRISON LLP** |
| 10 | 1285 Avenue of the Americas<br>New York, NY 10019 |
| 11 | Telephone: (212) 373-3000<br>Facsimile:  (212) 757-3990 |
| 12 | *Attorneys for Defendants* |
| 13 | UBER TECHNOLOGIES, INC.;<br>RASIER, LLC; and RASIER-CA, LLC |
| 14 | [Additional Counsel Listed on Signature Page] |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DEFENDANT UBER TECHNOLOGIES, INC., RASIER LLC AND RASIER-CA, LLC'S REQUEST FOR JUDICIAL NOTICE** |
| This Document Relates to:<br><br>ALL ACTIONS | Judge:        Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

# REQUEST FOR JUDICIAL NOTICE

Pursuant to Rule 201 of the Federal Rules of Evidence, Uber Technologies, Inc., Rasier LLC and Rasier-CA, LLC ("Uber"), respectfully requests that the Court take judicial notice of the documents attached hereto as **Exhibits A–D**:

1) An exhibit filed by plaintiffs in support of their Motion for In Camera Review to challenge the status of privileged documents in the matter of *Jane Doe v. Uber Technologies, Inc.*, Case No. 2020-67824, filed in Harris County, Texas on March 10, 2023, attached as **Exhibit A**.

2) The Reporter's Record of a hearing held on August 21, 2023 in the matter of *Jane Doe v. Uber Technologies, Inc.,* Case No. 2020-67824, filed in Harris County, Texas, attached as **Exhibit B**.

3) The declaration of Matthew Baker which was filed in support of Uber's Opposition to Plaintiff's Motion to Compel dated April 28, 2023, for the matter of *Jane Doe v. Uber Technologies, Inc.,* Case No. 2020-67824, filed in Harris County, Texas, attached as **Exhibit C**.

4) The declaration of Catherine Gibbons which was filed in support of Uber's Opposition to Plaintiff's Motion to Compel dated April 27, 2023, for the matter of *Jane Doe v. Uber Technologies, Inc.,* Case No. 2020-67824, filed in Harris County, Texas, attached as **Exhibit D**.

A court may judicially notice a fact that is not subject to reasonable dispute if it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2). A court may take judicial notice on its own; or must take judicial notice if a party requests it and the court is supplied with the necessary information. *Id.* 201(c). Pursuant to Federal Rule of Evidence 201, the Court may take judicial notice of papers filed in other courts." *Hott v. City of San Jose*, 92 F. Supp. 2d 996, 998 (N.D. Cal. 2000) (citing *Burbank–Glendale–Pasadena Airport Auth. v. City of Burbank*, 136 F.3d 1360, 1364 (9th Cir. 1998)).

Exhibit A-D are properly subject to judicial notice because they are all judicial

proceedings that occurred in other courts. Exhibits A-D are all non-citable documents that were filed in Harris County, Texas in the matter of *Jane Doe v. Uber Technolgoies, Inc.,* Case No. 2020-67824. Therefore, Uber requests the Court take judicial notice of these documents in its consideration of the pending Discovery Letter brief .

DATED: June 24, 2024            Respectfully submitted,

**SHOOK HARDY & BACON L.L.P.**

By: */s/ Michael B. Shortnacy*
    MICHAEL B. SHORTNACY

MICHAEL B. SHORTNACY (SBN: 277035)
    mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (Admitted *Pro Hac Vice*)
    oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

KYLE N. SMITH (*Pro Hac Vice* admitted)
    ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
    jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC