# EXHIBIT A

| No. | Bates Nos. | Document/Presentation Title | Description of redacted page | Privilege claimed | Court's Ruling |
|---|---|---|---|---|---|
| 1 | 2419 | Safety Deactivations Overview | Fully redacted slide following slide titled "Incidents merit different treatment based on level of severity" | Not listed in Uber's privilege log | Overruled / Sustained |
| 2 | 2422 | Safety Deactivations Overview | Fully redacted slide following slide title "Policies are input into SIPS, which triggers DACT tickets" | Not listed in Uber's privilege log | Overruled / Sustained |
| 3 | 2426 - 2428 | Safety Deactivations Overview | Fully redacted slides following slide titled "Examples" | Not listed in Uber's privilege log | Overruled / Sustained |
| 4 | 2430 - 2431 | Safety Deactivations Overview | Fully redacted slides following slide titled "Planned Improvements" | Not listed in Uber's privilege log | Overruled / Sustained |
| 5 | 6723 | STAND for Safety Executive Committee, 9/14/18 | Fully redacted slide following "S-RAD Update" slide.  "S-RAD" is "data analysis that we use to help us better predict and prevent sexual violence."  Alicia Kedambadi deposition,  64:15-16. | Presentation containing legal advice of counsel re: legal risk related to driver conduct | Overruled / Sustained |
| 6 | 6726 - 6728 | STAND for Safety Executive Committee, 9/14/18 | Fully redacted slides following "Support policies" | Presentation containing legal advice of counsel re: legal risk related to driver conduct | Overruled / Sustained |
| 7 | 6730 - 6736 | STAND for Safety Executive Committee, 9/14/18 | Fully redacted slides following "Sexual Assault Policy" slide | Presentation containing legal advice of counsel re: legal risk related to driver conduct | Overruled / Sustained |
| 8 | 6740 - 6742 | STAND for Safety Executive Committee, 9/14/18 | Fully redacted slides following "Appendix" slide | Presentation containing legal advice of counsel re: legal risk related to driver conduct | Overruled / Sustained |
| 9 | 6760 | Safety On-platform Standards, 5/31/2016 | "Drivers with unconfirmed L3s remain active". Examples are redacted. | Not listed in Uber's privilege log | Overruled / Sustained |
| 10 | 6762 | Safety On-platform Standards, 5/31/2016 | Fully Redacted slide titled "Phase 1: Points system" | Not listed in Uber's privilege log | Overruled / Sustained |
| 11 | 6773 | Safety On-platform Standards, 5/31/2016 | L1 Examples.  Sexual misconduct example is redacted | Not listed in Uber's privilege log | Overruled / Sustained |
| 12 | 6811 - 6812 | SA/SM Standard Discussion, September 2018 | Fully redacted slides following "Current Deactivation/Ban Metrics" slide | Presentation containing legal advice of counsel re: legal risk related to driver conduct | Overruled / Sustained |
| 13 | 6817 | SA/SM Standard Discussion, September 2018 | Redacted example of inconclusive report that would lead to deactivation | Presentation containing legal advice of counsel re: legal risk related to driver conduct | Overruled / Sustained |

| | | | | | |
|---|---|---|---|---|---|
| 14 | 6818 | SA/SM Standard Discussion, September 2018 | Redacted example of inconclusive report that would not lead to deactivation | Presentation containing legal advice of counsel re: legal risk related to driver conduct | Overruled / Sustained |
| 15 | 6845 - 6857 | US/CAN Business Policy Leadership Check-In, 8/21/2017 | Fully redacted slides following intro title slides | Presentation containing legal advice of counsel re: legal risk related to driver conduct | Overruled / Sustained |
| 16 | 7045-7046 | Overview of US&C Driver Deactivation Processes, August 2019 | Fully redacted slides following slide titled "The dynamic deactivation threshold varies by driver tenure, driver rating and geography | Presentation containing legal advice of counsel re: legal risk related to driver conduct | Overruled / Sustained |
| 17 | 7050-7051 | Overview of US&C Driver Deactivation Processes, August 2019 | Fully redacted slides following the slide titled "DACT driver IPC - included contact types" | Presentation containing legal advice of counsel re: legal risk related to driver conduct | Overruled / Sustained |
| 18 | 7063-7064 | Overview of US&C Driver Deactivation Processes, August 2019 | Fully redacted slides following the slide title "The standard takes into account the severity of the incident type" | Presentation containing legal advice of counsel re: legal risk related to driver conduct | Overruled / Sustained |
| 19 | 7118 - 7123 | Overview of US&C Driver Deactivation Processes, August 2019 | Fully redacted slides following the slide titled "The types of communication to drivers vary by the type of complaint and business standard | Presentation containing legal advice of counsel re: legal risk related to driver conduct | Overruled / Sustained |
| 20 | 7137 - 7140 | Overview of US&C Driver Deactivation Processes, August 2019 | Fully redacted slides following the a slide discussing driver screening process | Presentation containing legal advice of counsel re: legal risk related to driver conduct | Overruled / Sustained |
| 21 | 8211 | US & Canada Business Standards, Follow Up Meeting High Priority Safety Policies | Action Item for Sexual Misconduct | Presentation containing legal advice of counsel re: safety policy issue. | Overruled / Sustained |
| 22 | 8212 | US & Canada Business Standards, Follow Up Meeting High Priority Safety Policies | "Pain Points" for Sexual Misconduct | Presentation containing legal advice of counsel re: safety policy issue. | Overruled / Sustained |
| 23 | 8217 | US & Canada Business Standards, Follow Up Meeting High Priority Safety Policies | Threshold analysis/strike proposal | Presentation containing legal advice of counsel re: safety policy issue. | Overruled / Sustained |
| 24 | 8345- 8351 | Deactivated Driver Sizing and Opportunity Update, April 2021 | Fully redacted slides following intro title slide | Presentation containing legal advice of counsel re: safety policy issue | Overruled / Sustained |
| 25 | 8353 - 8355 | Deactivated Driver Sizing and Opportunity Update, April 2021 | Fully redacted slides following "Appendix" slide | Presentation containing legal advice of counsel re: safety policy issue | Overruled / Sustained |
| 26 | 8358 | Safety Deactivation/Reactivation Principles | Bottom is paragraph is redacted on slide discussing safety deactivations | Presentation containing legal advice of counsel re: legal risk related to conduct | Overruled / Sustained |

| | | | | | |
|---|---|---|---|---|---|
| 27 | 8396 - 8379 | Overview of US&C Driver Deactivation Processes, December 2019 | Fully redacted slides following slide titled "Drivers are deactivated when they reach three notations" | Not listed in Uber's privilege log | Overruled / Sustained |
| 28 | 8426 - 8429 | Overview of US&C Driver Deactivation Processes, December 2019 | Fully redacted slides following slide titled "The types of communications to drivers vary by the type of complaint and business standard" | Not listed in Uber's privilege log | Overruled / Sustained |
| 29 | 8559 | IRT Urgent (IRT = incident response team) | Fully redacted slide following slide title "Sexual Assault" | Not listed in Uber's privilege log | Overruled / Sustained |
| 30 | 8562 | IRT Urgent (IRT = incident response team) | Fully redacted slide following slide titled "Stalking" | Not listed in Uber's privilege log | Overruled / Sustained |
| 31 | 8568 - 8583 | IRT Urgent (IRT = incident response team) | Fully redacted slides following slides titled "Incident Identification and application" | Not listed in Uber's privilege log | Overruled / Sustained |
| 32 | 8599 - 8603 | 2022 Central Safety Planning (Personal Safety (SA/SM) Brainstorming Session | Fully redacted slides following slide title "Limitations on our Insights" | Not listed in Uber's privilege log | Overruled / Sustained |
| 33 | 8695 | Earner deactivation overview, December 2021 | Risk rating criteria slide is redacted | Not listed in Uber's privilege log | Overruled / Sustained |
| 34 | 8753 | Introduction to DACT 3.0 | Fully redacted slide following slide which says "We find a list of similar drivers to show, driver similar to this driver is indeed at high risks" | Not listed in Uber's privilege log | Overruled / Sustained |
| 35 | 8764 | Introduction to DACT 3.0 | Fully redacted slide following slide discussing increase in "lift" for flagging more drivers under new modeling | Not listed in Uber's privilege log | Overruled / Sustained |
| 36 | 8719 | Personal Safety Strategy Brief, June 2018 | Fully redacted slide following slide titled "Metrics Update" | Not listed in Uber's privilege log | Overruled / Sustained |
| 37 | 8933 | Safety Deactivation and DACT Deep Dive | Fully redacted slide following slide title "non serious incidents" which discusses driver deactivation | Not listed in Uber's privilege log | Overruled / Sustained |
| 38 | 8934 | Safety Deactivation and DACT Deep Dive | Partially redacted slide discussing DACT process and driver appeals | Not listed in Uber's privilege log | Overruled / Sustained |
| 39 | 8935 -8940 | Safety Deactivation and DACT Deep Dive | Fully redacted slides following slide discussing DACT process and driver appeals | Not listed in Uber's privilege log | Overruled / Sustained |
| 40 | 8943 | Safety Deactivation and DACT Deep Dive | Fully redacted slide following slide titled "What is a Policy Deviation process and How it works." | Not listed in Uber's privilege log | Overruled / Sustained |

| | | | | | |
|---|---|---|---|---|---|
| 41 | 8950 | Safety Deactivation and DACT Deep Dive | Examples redacted from slide titled "Our Safety Policies define what we allow in the platform while our Standards and Processes help us identify and deal with users who present a threat to the platform and to the safety of others" | Not listed in Uber's privilege log | Overruled / Sustained |
| 42 | 8956 | Safety Deactivation and DACT Deep Dive | Fully redacted slide following slide titled "DACT prevents incidents by flagging high risk users for account adjudication" | Not listed in Uber's privilege log | Overruled / Sustained |
| 43 | 8958 | Safety Deactivation and DACT Deep Dive | Fully redacted slides following slide discussing DACT process and driver appeals | Not listed in Uber's privilege log | Overruled / Sustained |
| 44 | 8959 - 8964 | Safety Deactivation and DACT Deep Dive | Fully redacted slides following slide discussing DACT process and driver appeals | Not listed in Uber's privilege log | Overruled / Sustained |
| 45 | 8973 - 8984 | Safety Deactivation and DACT Deep Dive | Fully redacted slides following "Appendix" slide | Not listed in Uber's privilege log | Overruled / Sustained |
| 46 | 8991 | Safety Deactivation and DACT Deep Dive | Fully redacted slide following slide titled "Review of DACT Evolution" | Not listed in Uber's privilege log | Overruled / Sustained |
| 47 | 9006 -9007 | Personal Safety Risks and Trends | Fully redacted slides following slide discussing old challenges | Not listed in Uber's privilege log | Overruled / Sustained |
| 48 | DAVISUBER_PRLOG000262 | Re: Documents for Propose Zero Tolerance Changes | Document has not been produced.  All individuals on e-mail string are non-lawyers | Email string seeking and providing legal advice of counsel re: user deactivation policy. | Overruled / Sustained |
| 49 | DAVISUBER_PRLOG000420 | Re: [Review Requested] Sexual Misconduct Policy & Standard | Document has not been produced.  All individuals on the e-mail string are non-lawyers | Email string seeking and providing legal advice of counsel re: user conduct issues. | Overruled / Sustained |
| 50 | DAVISUBER_PRLOG000421 | Re: [Review Requested] Sexual Misconduct Policy & Standard | Document has not been produced.  All individuals on the e-mail string are non-lawyers | Email string seeking and providing legal advice of counsel re: user conduct issues. | Overruled / Sustained |
| 51 | DAVISUBER_PRLOG000480 | SA-SM Standard Discussion_1BBwwMY1v_vw2QlMHBfXYMdIAPbRwonl3- bPEZN4KBlg.pptx | Document has not been produced.  SA & SM are "Sexual Assault" and "Sexual Misconduct" respectively | Presentation containing legal advice of counsel re: legal risk related to driver deactivation. | Overruled / Sustained |
| 52 | DAVISUBER_PRLOG000489 | Safety Criteria Update Comms Plan_1P6A6gAXHJnk80bXa_n3gdDj1XOIQ6zTGjbGbmcNaCw w.docx | Document has not ben produce, but title refers to safety criteria | Document containing legal advice of counsel re: safety policy issues | Overruled / Sustained |
| 53 | DAVISUBER_PRLOG000490 | US & Canada Standard- Master External Fa_1AnmAbkBlbk0sh1YtwnB512wzsLwTl53nqUIAH0GrOxE.d ocx | Document has not been produced, but title refers to standard.  "Standards" are Uber's safety criteria | Document containing legal advice of counsel re: risk related to driver conduct | Overruled / Sustained |