# EXHIBIT 1

DOCUMENT PROPOSED TO BE FILED UNDER SEAL