# EXHIBIT 5



Tiffany R. Ellis | Partner
Detroit, MI
313-210-1559    415-840-9435    tellis@peifferwolf.com

May 20, 2024

**Via e-mail**

MICHAEL B. SHORTNACY
mshortnacy@shb.com
SHOOK, HARDY & BACON L.L.P.
2049 Century Park East, Ste. 3000
Los Angeles, CA 90067

PATRICK OOT
oot@shb.com
SHOOK, HARDY & BACON L.L.P.
1800 K St. NW Ste. 1000
Washington, DC 20006

KYLE N. SMITH
ksmith@paulweiss.com
JESSICA E. PHILLIPS
jphillips@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
2001 K Street, NW
Washington DC, 20006

*In Re: Uber Technologies, Inc. Passenger Assault Litigation*
*NOTICE OF CLAWBACK CHALLENGE*
Case No. 3:23-md-03084-CRB

Counsel:

I write on behalf of Plaintiffs in response to your May 10, 2024 letter regarding purportedly privileged documents produced in this litigation.

Although your letter references the Protective Order, Dkt. No. 176, the Privilege Order (PTO 14) most certainly applies to this dispute. The Protective Order clearly contemplates that the parties may meet and confer to agree upon additional protections

Peiffer Wolf Main Office
935 Gravier St., Suite 1600
New Orleans, LA 70112
Main: (504) 523-2434

Los Angeles
(213) 866-9662
Cleveland
(216) 589-9280

San Francisco
(415) 766-3544
St. Louis
(314) 833-4826

New York
(585) 310-5140
Chicago
(312) 374-8261

NOTICE OF CLAWBACK CHALLENGE
May 20, 2024
Page 2

and modification of the order or seek Court resolution if unable to reach an agreement. As you know, after months of negotiations and briefing, the Court entered PTO 14 on April 4, 2024. The processes outlined by PTO 14 govern here. In accordance with that order, the following documents have been sequestered except to contest Uber's assertion of privilege.

| Beginning Bates Number | Ending Bates number |
|---|---|
| UBER-MDL-3084- 000093375 | UBER-MDL3084- 000093384 |
| UBER-MDL-3084- 000093385 | UBER-MDL3084- 000093390 |
| UBER-MDL-3084- 000093391 | UBER-MDL3084- 000093396 |
| UBER-MDL-3084- 000093397 | UBER-MDL3084- 000093420 |
| UBER-MDL-3084- 000093421 | UBER-MDL3084- 000093431 |

**Applicability of Protective Order**

Even if the Protective Order solely applies, Uber did not follow its procedure. First, it appears by clawing these documents back in their entirety, Uber has made overly broad designations at best. Section 5.1 of the Protective Order reads:

> If only a limited and clearly delineated part of the materials, documents, items, or oral or written communications qualify for protection, The Designating Party shall, to the extent practicable, make all reasonable efforts to designate for protection only those parts that qualify.
>
> Mass, indiscriminate, or routinized designations are prohibited. Designations that are shown to be clearly unjustified or that have been made for an improper purpose (e.g., to unnecessarily encumber or retard the case development process or to impose unnecessary expenses and burdens on other parties) may expose the Designating Party to sanctions, just as disclosure of Protected Material in violation of this order would do.

NOTICE OF CLAWBACK CHALLENGE
May 20, 2024
Page 3

Second, to date we have not received replacement copies of the documents in question as required by Section 5.3. Without appropriate replacements the time frames for dispute outlined in the Protective Order have not yet begun to run.

## Notice of Clawback Challenge

In accordance with Section B(6) of PTO 14, Plaintiffs dispute the privilege asserted for the documents listed in your May 10, 2024 letter.[1] The reasons asserted for privilege in your letter are insufficient.

First, you cite to a privilege log that applied to these documents in the underlying litigation in which they were produced. Yet Uber has represented on numerous occasions in this MDL that *no* privilege logs were produced in *any* of those 86 cases.

After Plaintiffs provided exemplar documents from your productions with problematic redactions, Uber changed its position and now says it has identified eight (8) privilege logs. You have yet to produce any of those logs or identify whether any of those logs applies to the documents subject to Uber's Notice of Clawback.

Consistent with our related redaction discussions, we expect by Tuesday, May 21, you will produce the log applicable to the Clawbacked documents along with the other seven (7) you recently discovered. We also ask you to confirm the cases in which these logs were produced and that these eight (8) logs are the only logs that exist and relate to sexual-assault litigations.

Further, the mere fact that documents were withheld in earlier litigation – improperly perhaps – does not allow them to be withheld in this MDL. In addition, the mere fact that an attorney is included on a document (or any portion thereof) does not automatically implicate privilege.

No later than May 30, 2024, or within seven (7) business days, please either (i) withdraw Uber's claim of privilege or (ii) state the reasons for Uber's claims of privilege in detail, as required by PTO 14 and Federal Rule of Civil Procedure 26(b)(5).

As a reminder, Uber "retains the burden of establishing the applicability of the privilege or other protection as to any inadvertently produced materials and bears the

---

[1] In the unlikely event the Protective Order alone governs this dispute, Plaintiffs additionally dispute privilege in accordance with Section 6 of the Stipulated Protected Order. Dkt. No. 176.

NOTICE OF CLAWBACK CHALLENGE
May 20, 2024
Page 4

burden of making the disputed materials available to the Court for *in camera* review." PTO 14 at 3.

        Sincerely,

        Tiffany R. Ellis
        tellis@peifferwolf.com

        Rachel B. Abrams
        Peiffer Wolf Carr Kane Conway & Wise, LLP
        555 Montgomery Street, Suite 820
        San Francisco, CA 94111
        Rabrams@peifferwolf.com

        Sarah R. London
        Lieff Cabraser Heimann & Bernstein
        275 Battery Street, Fl. 29
        San Francisco, CA 94111
        Slondon@lchb.com

        Roopal P. Luhana, Esq.
        Chaffin Luhana LLP
        600 Third Avenue, F. 12
        New York, NY 10016
        Luhana@chaffinluhana.com

cc:    Jeff P. Johnson
        jpjohnson@shb.com
        Shook, Hardy & Bacon L.L.P.

        ubermdldiscovery@chaffinluhana.com