# EXHIBIT 7

IN RE: UBER TECHNOLOGIES, INC. SEXUAL ASSAULT LITIGATION No. 3:23-md-03084-CRB May 28, 2024

| Log No. | Attachment IDs | Attachment Count | Beginning Bates | Ending Bates | Beginning Attachment | Ending Attachment | Author | Custodian All | Date | Document Title | File Name | Email Subject | Email From | Email To | Email CC | Email BCC | Privilege Assertion | Privileged Name(s) | Production - Redacted | Production - Volume | Privileged Document Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 0 | UBER-MDL3084-000003882 | UBER-MDL3084-000003882 | UBER-MDL3084-000003882 | UBER-MDL3084-000003882 | | Uber Technologies, Inc. | 4/9/2019 | CPUC Unaudited Sheet - 2013-2017_1-Naq1bpEfeZWqkYHjRPpnIckmXEt_2iHpE33W7Uy_-Y.xlsx | CPUC Unaudited Sheet - 2013-2017_1-Naq1bpEfeZWqkYHjRPpnIckmXEt_2iHpE33W7Uy_-Y.xlsx | | | | | | Attorney-Client | | Y | UBER-MDL-008 | Redacted information reflecting request for legal advice of Uber counsel relating to sexual assault data prepared for regulatory authorities |
| 2 | | 0 | UBER-MDL3084-000003920 | UBER-MDL3084-000003921 | UBER-MDL3084-000003920 | UBER-MDL3084-000003921 | | Uber Technologies Inc. | 8/10/2022 | UBER-CPUC-OII_000010_11YrJJDST4SRBKXkFFfQaYop4DXuJrqzC.pdf | UBER-CPUC-OII_000010_11YrJJDST4SRBKXkFFfQaYop4DXuJrqzC.pdf | | | | | | Attorney-Client; Attorney Work Product | Sedgani, Yasi* | Y | UBER-MDL-008 | Redacted incident report reflecting legal advice of Uber counsel relating to claimant's report of sexual assault or sexual misconduct; prepared in anticipation of litigation |
| 3 | | 0 | UBER-MDL3084-000003967 | UBER-MDL3084-000003968 | UBER-MDL3084-000003967 | UBER-MDL3084-000003968 | | Uber Technologies Inc. | 8/10/2022 | UBER-CPUC-OII_000267_1HHW7UIFpas2mKV7ut2tOCZ4QxGXwNQON.pdf | UBER-CPUC-OII_000267_1HHW7UIFpas2mKV7ut2tOCZ4QxGXwNQON.pdf | | | | | | Attorney-Client; Attorney Work Product | Gordon, Cam* | Y | UBER-MDL-008 | Redacted incident report reflecting legal advice of Uber counsel relating to claimant's report of sexual assault or sexual misconduct; prepared in anticipation of litigation |
| 4 | | 0 | UBER-MDL3084-DFS00000168 | UBER-MDL3084-DFS00000171 | | | | Uber | 1/22/2021 | 1306_40_K.S. (Sline, Katherine) - req 31d_4.pdf | 1306_40_K.S. (Sline, Katherine) - req 31d_4.pdf | | | | | | Attorney-Client; Attorney Work Product | Wolkomir, Joshua*; Keegan, Jeannie* | Y | Defense Fact Sheet | Redacted incident report reflecting legal advice of Uber counsel relating to claimant's report of sexual assault or sexual misconduct; prepared in anticipation of litigation |
| 5 | | 0 | UBER-MDL3084-DFS00000211 | UBER-MDL3084-DFS00000215 | | | | Uber | 11/25/2022 | 1307_40_B.C. (Collins, Brittany) - req 31d_9.pdf | 1307_40_B.C. (Collins, Brittany) - req 31d_9.pdf | | | | | | Attorney-Client; Attorney Work Product | Gordon, Cam* | Y | Defense Fact Sheet | Redacted incident report reflecting legal advice of Uber counsel relating to claimant's report of sexual assault or sexual misconduct; prepared in anticipation of litigation |
| 6 | | 0 | UBER-MDL3084-DFS00000346 | UBER-MDL3084-DFS00000348 | | | | Uber | 3/4/2024 | 1309_40_A.S. (Sullivan, Alexandra) - req 31d_1.pdf | 1309_40_A.S. (Sullivan, Alexandra) - req 31d_1.pdf | | | | | | Attorney-Client; Attorney Work Product | Bullard, Suzanne* | Y | Defense Fact Sheet | Redacted incident report reflecting legal advice of Uber counsel relating to claimant's report of sexual assault or sexual misconduct; prepared in anticipation of litigation |
| 7 | | 0 | UBER-MDL3084-000093375 | UBER-MDL3084-000093384 | | | | Uber | 4/10/23 | XXXXXUBER_PRLOG000262.pdf | XXXXXUBER_PRLOG000262.pdf | | | | | | Not subject to PTO 5; Attorney-Client Privilege | Aaron Brand*; Jonathan Lieberman*;Lisa Tse*; Nancy Allred*; Scott Binnings* | N | UBER-MDL-009 | This is an internal document reviewed and edited by Uber's legal counsel directing Uber employees on the effect of a law and Uber's policies. Document was not produced in underlying litigation so it is not subject to PTO 5. |
| 8 | | 0 | UBER-MDL3084-000093385 | UBER-MDL3084-000093390 | | | | Uber | 4/10/23 | XXXXXUBER_PRLOG000420.pdf | XXXXXUBER_PRLOG000420.pdf | | | | | | Not subject to PTO 5; Attorney-Client Privilege; Attorney Work Product Doctrine | Maureen Frangopoulos* | N | UBER-MDL-009 | This is an internal communication between Uber employees and Uber's in-house legal counsel asking for counsel review and providing legal advice on the contours and legal implications of a proposed Uber policy. The legal advice includes mental impressions of the policies' effect on a particular pending case. Document was not produced in underlying litigation so it is not subject to PTO 5. |
| 9 | | 0 | UBER-MDL3084-000093391 | UBER-MDL3084-000093396 | | | | Uber | 4/10/23 | XXXXXUBER_PRLOG000421.pdf | XXXXXUBER_PRLOG000421.pdf | | | | | | Not subject to PTO 5; Attorney-Client Privilege; Attorney Work Product Doctrine | Kristen Liu;* Maureen Frangopoulos*; | N | UBER-MDL-009 | This is an internal communication between Uber employees and Uber's in-house legal counsel asking for counsel review and providing legal advice on the contours and legal implications of a proposed Uber policy. The legal advice includes mental impressions of the policies' effect on a particular pending case. Document was not produced in underlying litigation so it is not subject to PTO 5. |
| 10 | | 0 | UBER-MDL3084-000093397 | UBER-MDL3084-000093420 | | | | Uber | 4/10/23 | XXXXXUBER_PRLOG000480.pdf | XXXXXUBER_PRLOG000480.pdf | | | | | | Not subject to PTO 5; Attorney-Client Privilege | | N | UBER-MDL-009 | This is an internal presentation created by Uber's in-house legal counsel communicating advice to Uber decision makers on the contours, legal implications, and applications of a proposed Uber policy. Document was not produced in underlying litigation so it is not subject to PTO 5. |
| 11 | | 0 | UBER-MDL3084-000093421 | UBER-MDL3084-000093431 | | | | Uber | 4/10/23 | XXXXXUBER_PRLOG000489.pdf | XXXXXUBER_PRLOG000489.pdf | | | | | | Not subject to PTO 5; Attorney-Client Privilege | Nic Benincasa*, Matt Burton*; | N | UBER-MDL-009 | This is an internal document reflecting review and revisions made by Uber's in-house legal counsel reflecting legal advice and direction to Uber employees on the effect of a law and Uber's policies. Document was not produced in underlying litigation so it is not subject to PTO 5. |