# EXHIBIT 9

1  RANDALL S. LUSKEY (SBN: 240915)
      rluskey@paulweiss.com
2  **PAUL, WEISS, RIFKIND, WHARTON**
      **& GARRISON LLP**
3  535 Mission Street, 24th Floor
   San Francisco, CA 94105
4  Telephone: (628) 432-5100
   Facsimile:  (628) 232-3101
5
   ROBERT ATKINS (*Pro Hac Vice* admitted)
6     ratkins@paulweiss.com
   CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
7     cgrusauskas@paulweiss.com
   ANDREA M. KELLER (*Pro Hac Vice* admitted)
8     akeller@paulweiss.com
   **PAUL, WEISS, RIFKIND, WHARTON**
9     **& GARRISON LLP**
   1285 Avenue of the Americas
10 New York, NY 10019
   Telephone: (212) 373-3000
11 Facsimile:  (212) 757-3990

12 *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.;
13 RASIER, LLC; and RASIER-CA, LLC

14

15

16                    **UNITED STATES DISTRICT COURT**

17                   **NORTHERN DISTRICT OF CALIFORNIA**

18                           **SAN FRANCISCO DIVISION**

19

20 | IN RE: UBER TECHNOLOGIES, INC., | Case No. 3:23-md-03084-CRB |
   | PASSENGER SEXUAL ASSAULT |  |
21 | LITIGATION | **DECLARATION OF NICOLE** |
   |  | **BENINCASA** |
22 | This Document Relates to: | Judge:       Hon. Lisa J. Cisneros |
   |  | Courtroom:  G – 15th Floor |
23 | ALL ACTIONS |  |

24

25

26

27

28

DECLARATION OF NICOLE BENINCASA                               Case No. 3:23-MD-3084-CRB

I, Nicole Benincasa having personal knowledge of the following state:

1. I have attained the age of eighteen years old.

2. I am an attorney licensed to practice law in the State of New York. I am an employee of Uber Technologies, Inc., ("Uber"). My current title is Senior Counsel, Regulatory, Delivery. I have been employed by Uber for nine of the last eleven years, and in 2015 and 2016, my job title at Uber was Northeast Regional Associate Counsel, Regulatory.

3. My job responsibilities when I held the title of Northeast Regional Associate Counsel, entailed providing legal advice to Uber's Public Policy, Communications, and Operations Teams ("Communications and Public Policy Teams"), among others, on a variety of matters, including the effect of legislation and regulation on Uber's business and policies, and strategy regarding legislative developments and regulatory compliance. I have personal knowledge of the information set forth in this declaration, and would, if called, competently testify to these matters.

4. I am familiar with the document that has a beginning Bates number of UBER-MDL3084-000093421, and bears a title on the face of the document the title, "Safety Criteria Update Comms Plan" (the "Safety Criteria Update"). I recognize this document from my work providing legal advice to the Communications and Public Policy Teams in late 2015 and early 2016. This document was prepared by the Communications and Public Policy Teams in late 2015 or early 2016 in connection with Uber's internal decision making regarding Uber company policies in light of California's Proposition 47.

5. The Safety Criteria Update is an internal company document that was prepared by the Communications and Public Policy Teams and, to my knowledge, it was not shared with anyone outside the company.

6. The Safety Criteria Update was shared with other Uber in-house attorneys in early January 2016 for the purpose of obtaining legal review and advice. Specifically, on January 3, 2016, the document was shared with Uber in-house lawyer, Matt Burton, Legal Director II, Regulatory Development, for the purpose of obtaining legal review and advice. Thereafter, and for the same purpose, it was shared with me.

7. It is customary that attorneys for the Regulatory Team review Uber's documents such as the Safety Criteria Update relating to company policy changes that Uber considers and deliberates on from time to time with the input and guidance from legal counsel.

8. As in-house attorneys for the Regulatory Team, our reviews of documents like the Safety Criteria Update Plan entail, for example, evaluating the correctness of statements about the change in law, advising Uber on its regulatory and legal responsibilities under the law, and the impact of regulatory changes on those using the Uber marketplace platform, including riders and independent drivers. This legal review and advice are intended to help ensure that Uber does not communicate the wrong information about its policies.

9. The Safety Criteria Update Plan reflects such legal advice and judgment on Uber's statements and the effect of the law and its policies.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2024.

Nicole Benincasa