IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br>_____/<br><br>This Order Relates To:<br>ALL ACTIONS | Case No. 23-md-03084-CRB<br><br>**ORDER SETTING FILING CUTOFF DATE** |

On June 24, 2024, the Court of Appeal issued its opinion in the JCCP forum non conveniens appeal. See Doe v. Uber Technologies, Inc., No. A167458 (Cal. Ct. App. Jun. 24, 2024). The opinion upheld the coordination trial judge's forum non conveniens order, which applied to "non-California cases" in the JCCP. Id. at *1. Consistent with the understanding reached between the Court and the parties during the May 31, 2024 Case Management Conference, the JCCP cases affected by the Court of Appeal's opinion are now subject to a filing cutoff date of 60 days from the date of this order. Any JCCP cases to be filed after that date will require leave of court to do so.

**IT IS SO ORDERED.**

Dated: June 26, 2024

CHARLES R. BREYER
United States District Judge