# OFFICE OF THE CLERK

## UNITED STATES DISTRICT COURT

### Northern District of California

### CIVIL MINUTES

| **Date:** June 21, 2024 | **Time:** 11:36 a.m.-1:47 p.m. (2 hours and 1 minute) | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:23-md-03084-CRB (LJC) | **Case Name:**  In re: Uber Technologies, Inc. | |

**For Plaintiffs:** Roopal Luhana, Chaffin Luhana LLP; Rachel Abrams, Peiffer Wolf Carr Kane Conway Wise, LLP; Marlene Goldenberg, Nigh Goldernberg Raso & Vaughn; Ellyn Hurd, Simmons Hanly Conroy LLP; Sarah London, Lieff Cabraser Heimann & Bernstein LLP; Walter Cubberly, William Hart & Boundas, LLP; Celina Cutter, Cutter Law PC; Samantha Hoefs, Nigh Goldenberg Rasso Vaugh, PLLC; Sara Peters

**For Defendants:** Michael Shortnacy, Shook, Hardy & Bacon LLP; Randy Luskey, Paul, Weiss, Rifkind, Wharton & Garrison, LLP

**For Third-Party Lyft**: David Riskin, Williams & Connolly LLP; Warren Metlitzky, Conrad, Metlitzky Kane LLP

**For Non-Party 7x7 and Sara Peters:** Michael Shortnacy, Shook, Hardy & Bacon LLP

**For Non-Party Checkr:** Rod Fliegel, Littler Mendelson, P.C.

 **Deputy Clerk:** Karen Hom                                **Reported by:** Kendra Steppler

### PROCEEDINGS

Discovery Hearing held. The Court heard from all parties concerning the discovery disputes regarding the subpoenas.

Plaintiffs shall file the subpoenas as to 7x7 and Sara Peters by the close of business today (6/21/2024).

Court orders a hybrid meet and confer, with two lead counsel per side attending in-person, on July 8, 2024 at 9:00 AM at 450 Golden Gate Avenue, Courtroom G, San Francisco, CA regarding the number of custodians and the appropriate custodians. If an agreement is reached the date will be vacated.

Court to issue written order.