| | |
|---|---|
| 1 | RANDALL S. LUSKEY (SBN: 240915) |
| 2 | rluskey@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON** |
| 3 | **& GARRISON LLP**<br>535 Mission Street, 24th Floor |
| 4 | San Francisco, CA 94105<br>Telephone: (628) 432-5100 |
| 5 | Facsimile:  (628) 232-3101 |
| 6 | ROBERT ATKINS (*Pro Hac Vice* admitted)<br>ratkins@paulweiss.com |
| 7 | CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)<br>cgrusauskas@paulweiss.com |
| 8 | ANDREA M. KELLER (*Pro Hac Vice* admitted)<br>akeller@paulweiss.com |
| 9 | **PAUL, WEISS, RIFKIND, WHARTON**<br>**& GARRISON LLP** |
| 10 | 1285 Avenue of the Americas<br>New York, NY 10019 |
| 11 | Telephone: (212) 373-3000<br>Facsimile:  (212) 757-3990 |
| 12 | *Attorneys for Defendants* |
| 13 | UBER TECHNOLOGIES, INC.;<br>RASIER, LLC; and RASIER-CA, LLC |
| 14 | [Additional Counsel Listed on Signature Page] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**NOTICE OF CHANGE IN COUNSEL FOR DEFENDANTS UBER TECHNOLOGIES, INC., RASIER LLC AND RASIER-CA, LLC**<br><br>Judge:          Hon. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Civil Local Rule 5-1(c)(2)(C), Defendants Uber Technologies, Inc., Rasier LLC and Rasier-CA, LLC ("Defendants') hereby notifies the Court that Jeff P. Johnson of Shook, Hardy & Bacon L.L.P. hereby withdraws as counsel of record for Defendants in this matter, and requests the clerk to terminate all CM/ECF notifications as to Mr. Johnson for this action.

Defendants will remain represented by attorneys Michael B. Shortnacy and Patrick Oot from the law firm of Shook, Hardy & Bacon L.L.P. and Randall S. Luskey, Robert Atkins, Kyle N. Smith, Caitlin E. Grusauskas, and Andrea M. Keller, from the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, who will continue to serve as counsel of record for Defendants in this case.

DATED: July 3, 2024

Respectfully submitted,

**SHOOK HARDY & BACON L.L.P.**

By: */s/ Michael B. Shortnacy*
      MICHAEL B. SHORTNACY

MICHAEL B. SHORTNACY (SBN: 277035)
   mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (Admitted *Pro Hac Vice*)
   oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

KYLE N. SMITH (*Pro Hac Vice* admitted)
   ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
   jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300

Facsimile: (202) 223-7420

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC