1    RACHEL B. ABRAMS (Cal Bar No. 209316)
     ADAM B. WOLF (Cal Bar No. 215914)
2    **Peiffer Wolf Carr Kane Conway & Wise, LLP**
     555 Montgomery Street, Suite 820
3    San Francisco, CA 94111
     Telephone: 415.766.3544
4    Facsimile: 415.840.9435
     Email: rabrams@peifferwolf.com
5    Email: awolf@peifferwolf.com

6    TIFFANY R. ELLIS (*Admitted PHV*)
     **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7    2229 Trumbull St.
     Detroit, MI 48216
8    Telephone: 313.210.1559
     Facsimile: 415.840.9435
9    Email: tellis@peifferwolf.com

10   *Counsel for Plaintiff*

11
                        **UNITED STATES DISTRICT COURT**
12                     **NORTHERN DISTRICT OF CALIFORNIA**
                           **SAN FRANCISCO DIVISION**
13

14   IN RE: UBER TECHNOLOGIES, INC.,
     PASSENGER SEXUAL ASSAULT            )   No. 3:23-md-03084-CRB
     LITIGATION                          )
15                                       )   **NOTICE OF FILING OF NEW ACTION**
                                         )
16                                       )
                                         )
17   _____        )
                                         )
18   *This document relates to:*         )
                                         )
19   *J.D. v. UBER TECHNOLOGIES, INC., et*  )
     *al., 3:24-cv-03919-CRB*            )
20                                       )
                                         )
21                                       )

22

23        Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

24   with Jury Demand in the above-referenced action was filed on June 28, 2024.

25   ///

26   ///

27   ///

28


     CASE NO. 3:23-md-03084-CRB        1        NOTICE OF FILING OF NEW ACTION

| | |
|---|---|
| 1 | Dated: July 9, 2024 |
| | |

Dated: July 9, 2024

Respectfully submitted,

By: */s/ Rachel B. Abrams*
RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
            awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.
Detroit, MI 48216
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2024, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Rachel B. Abrams*
Rachel B. Abrams