RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.
Detroit, MI 48216
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| *This document relates to:* | **NOTICE OF FILING OF NEW ACTION** |
| *M.S. v. UBER TECHNOLOGIES, INC., et al.*, 3:24-cv-03907-CRB | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on June 28, 2024.

///

///

///

CASE NO. 3:23-md-03084-CRB          1          NOTICE OF FILING OF NEW ACTION

| | | |
|---|---|---|
| 1 | Dated: July 9, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */s/ Rachel B. Abrams* |
| | | RACHEL B. ABRAMS (Cal Bar No. 209316) |
| 4 | | ADAM B. WOLF (Cal Bar No. 215914) |
| | | **Peiffer Wolf Carr Kane Conway & Wise, LLP** |
| 5 | | 555 Montgomery Street, Suite 820 |
| | | San Francisco, CA 94111 |
| 6 | | Telephone: 415.766.3544 |
| | | Facsimile: 415.840.9435 |
| 7 | | Email: rabrams@peifferwolf.com |
| | | awolf@peifferwolf.com |

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.
Detroit, MI 48216
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2024, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Rachel B. Abrams*
Rachel B. Abrams