Sarah R. London (CA Bar No. 267083)
LIEFF CABRASER HEIMANN & BERNSTEIN
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiff Angela Poveromo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br>_____<br>This Document Relates to:<br>*Angela Poveromo v. Uber Technologies, Inc., et al.*<br>Case No. 3:24-cv-04164 | MDL No. 3084<br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on July 10, 2024.

Dated: July 11, 2024

Respectfully submitted,

*/s/ Sarah R. London*
Sarah R. London (CA Bar No. 267083)
Caitlin M. Nelson (CA Bar No. 335601)
Annie M. Wanless (CA Bar No. 339635)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com
cwoods@lchb.com
awanless@lchb.com

Andrew R. Kaufman (MDL *pro hac vice*)
222 Second Ave. S., Suite 1640
Nashville, TN 37201
Phone: (615) 313-9000
akaufman@lchb.com

*Attorneys for Plaintiff Angela Poveromo*