```
 1   RACHEL B. ABRAMS (Cal Bar No. 209316)
     ADAM B. WOLF (Cal Bar No. 215914)
 2   Peiffer Wolf Carr Kane Conway & Wise, LLP
     555 Montgomery Street, Suite 820
 3   San Francisco, CA 94111
     Telephone: 415.766.3544
 4   Facsimile: 415.840.9435
     Email: rabrams@peifferwolf.com
 5   Email: awolf@peifferwolf.com

 6   TIFFANY R. ELLIS (Admitted PHV)
     Peiffer Wolf Carr Kane Conway & Wise, LLP
 7   2229 Trumbull St.
     Detroit, MI 48216
 8   Telephone: 313.210.1559
     Facsimile: 415.840.9435
 9   Email: tellis@peifferwolf.com

10   Counsel for Plaintiff
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| *This document relates to:* | **NOTICE OF FILING OF NEW ACTION** |
| *Quinn Herbert v. UBER TECHNOLOGIES, INC., et al., 3:24-cv-04189-CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on July 15, 2024.

///

///

///

---

CASE NO. 3:23-md-03084-CRB          1          NOTICE OF FILING OF NEW ACTION

Dated: July 15, 2024                     Respectfully submitted,

By: */s/ Rachel B. Abrams*
RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
          awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.
Detroit, MI 48216
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2024, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

                              */s/ Rachel B. Abrams*
                              Rachel B. Abrams