WILLIAM L. SMITH (Cal Bar No. 324235)
**Walsh Law PLLC**
13428 Maxella Ave., Ste. 203
Marina del Rey, CA 90292-5620
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: wsmith@alexwalshlaw.com

HOLLY DOLEJSI (Pro Hac Vice Forthcoming)
Walsh Law PLLC
14 Ridge Square NW, Suite 342
Washington, DC 20016
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: hdolejsi@alexwalshlaw.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL: No. 3084 <br><br> **NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to: <br><br> *H.S. v. Uber Technologies, Inc., et al.* <br> Case No. 3:24-cv-04192-CRB | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on July 11, 2024.

///

///

///

///

CASE NO. 3:24-cv-04192-CRB     1     NOTICE OF FILING OF NEW ACTION

Dated: July 17, 2024

Respectfully submitted,

By: */s/ William L. Smith*
WILLIAM L. SMITH (Cal Bar No. 324235)
**Walsh Law PLLC**
13427 Maxella Avenue, Suite 203
Marina del Rey, CA  90292
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: wsmith@alexwalshlaw.com

HOLLY DOLEJSI (Pro Hac Vice Forthcoming)
Walsh Law PLLC
14 Ridge Square NW, Suite 342
Washington, DC 20016
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: hdolejsi@alexwalshlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2024, I electronically transmitted the forgoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ William L. Smith*
William L. Smith