UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>All Cases | No. 3:23-md-03084-CRB<br><br>[PROPOSED] ORDER EXTENDING THE FILING CUTOFF DATE<br><br>Judge: Honorable Charles R. Breyer |

The Court hereby **GRANTS** the California JCCP Plaintiffs' Motion to Extend the Court's Order Setting Filing Cutoff Date. The JCCP cases affected by the California Court of Appeal's opinions are now subject to a filing cutoff date of 60 days after the date the California Supreme Court grants or denies the California JCCP Plaintiffs' petition for review.

**IT IS SO ORDERED.**

Dated: _____          _____

HON. CHARLES R. BREYER
**UNITED STATES DISTRICT COURT**