IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br>_____/<br><br>This Order Relates To:<br>ALL ACTIONS | Case No. 23-md-03084-CRB<br><br>**ORDER DENYING CALIFORNIA JCCP PLAINTIFFS' MOTION TO EXTEND FILING CUTOFF DATE**<br><br>Re: Dkt. No. 700 |

The California JCCP Plaintiffs' motion to extend the filing cutoff date for cases affected by the Court of Appeal's forum non conveniens decision is denied. The purpose of an MDL is the expeditious and efficient resolution of complex cases. The JCCP Plaintiffs' proposal is at odds with that purpose and will create further delay.

**IT IS SO ORDERED.**

Dated: July 22, 2024

_____
CHARLES R. BREYER
United States District Judge