Steve Schulte (TX SBN 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, TX 75231
Phone: (214) 890-0711
Direct: (972) 581-9778
schulte@ntrial.com
jraggio@ntrial.com
afurness@ntrial.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIF
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL No. 3084 CRB**<br><br>**Honorable Charles R. Breyer** |
| **This Document Relates to:**<br><br>*JANE DOE (BW.), V. Uber Technologies, Inc., et al.*<br>**Case No.: 3:24-cv-4308** | **NOTICE OF FILING OF NEW ACTION** |

   Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on July 18, 2024.

 Dated: July 23, 2024                           **NACHAWATI LAW GROUP**

                                                */s./ Steven S. Schulte*
                                                Steve Schulte (TX SBN 24051306)
                                                *Appearance Pro Hac Vice*
                                                Arati Furness (CA Bar No. 225435)
                                                5489 Blair Road, Dallas, TX 75231
                                                Phone: (214) 890-0711
                                                Direct: (972) 581-9778
                                                schulte@ntrial.com
                                                afurness@ntrial.com
                                                **ATTORNEYS FOR PLAINTIFF**