Steve Schulte (TX SBN 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, TX  75231
Phone: (214) 890-0711
Direct: (972) 581-9778
schulte@ntrial.com
jraggio@ntrial.com
afurness@ntrial.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIF
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br><br> **This Document Relates to:** <br><br> *JANE DOE (SR), v. Uber Technologies, Inc., et al.* <br> **Case No.: 3:24-cv-4332** | **MDL No. 3084 CRB** <br><br> **Honorable Charles R. Breyer** <br><br><br><br> **NOTICE OF FILING OF NEW ACTION** |

  Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on July 18, 2024.

 Dated: July 23, 2024                                    **NACHAWATI LAW GROUP**

                                                        */s./ Steven S. Schulte*
                                                        Steve Schulte (TX SBN 24051306)
                                                        *Appearance Pro Hac Vice*
                                                        Arati Furness (CA Bar No. 225435)
                                                        5489 Blair Road, Dallas, TX  75231
                                                        Phone: (214) 890-0711
                                                        Direct: (972) 581-9778
                                                        schulte@ntrial.com
                                                        afurness@ntrial.com
                                                        **ATTORNEYS FOR PLAINTIFF**