Steve Schulte (TX SBN 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, TX  75231
Phone: (214) 890-0711
Direct: (972) 581-9778
schulte@ntrial.com
jraggio@ntrial.com
afurness@ntrial.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIF**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>**This Document Relates to:**<br><br>*JANE DOE (MC), v. Uber Technologies, Inc., et al.*<br>**Case No.: 3:24-cv-4334** | **MDL No. 3084 CRB**<br><br>**Honorable Charles R. Breyer**<br><br><br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on July 18, 2024.

| | |
|---|---|
| Dated: July 23, 2024 | **NACHAWATI LAW GROUP**<br><br>*/s./ Steven S. Schulte*<br>Steve Schulte (TX SBN 24051306)<br>*Appearance Pro Hac Vice*<br>Arati Furness (CA Bar No. 225435)<br>5489 Blair Road, Dallas, TX  75231<br>Phone: (214) 890-0711<br>Direct: (972) 581-9778<br>schulte@ntrial.com<br>afurness@ntrial.com<br>**ATTORNEYS FOR PLAINTIFF** |