1  Steve Schulte (TX SBN 24051306)
   *Appearance Pro Hac Vice*
2  John Raggio (CA Bar No. 338261)
   Arati Furness (CA Bar No. 225435)
3  **NACHAWATI LAW GROUP**
4  5489 Blair Road
   Dallas, TX  75231
5  Phone: (214) 890-0711
   Direct: (972) 581-9778
6  schulte@ntrial.com
7  jraggio@ntrial.com
   afurness@ntrial.com
8  *Attorneys for Plaintiff*

9               **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIF**
10              **SAN FRANCISCO DIVISION**

11

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL No. 3084 CRB** |
|---|---|
|  | **Honorable Charles R. Breyer** |
| **This Document Relates to:** |  |
| *JANE DOE (SW), v. Uber Technologies, Inc., et al.* **Case No.: 3:24-cv-4358** | **NOTICE OF FILING OF NEW ACTION** |

17

18        Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

19  with Jury Demand in the above-referenced action was filed on July 18, 2024.

20

21   Dated: July 23, 2024                    **NACHAWATI LAW GROUP**

22                                          */s./ Steven S. Schulte*
                                            Steve Schulte (TX SBN 24051306)
23                                          *Appearance Pro Hac Vice*
                                            Arati Furness (CA Bar No. 225435)
24                                          5489 Blair Road, Dallas, TX  75231
                                            Phone: (214) 890-0711
25                                          Direct: (972) 581-9778
                                            schulte@ntrial.com
26                                          afurness@ntrial.com
27                                          **ATTORNEYS FOR PLAINTIFF**

28

1