**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**CIVIL MINUTES**

| **Date:** July 18, 2024 | **Time:** 10:13 a.m.-12:02 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:23-md-03084-CRB | **Case Name:** In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation | |

**Attorneys for Plaintiffs:** Roopal Luhana, Chaffin Luhana LLP; Sarah London, Lieff Cabraser Heimann & Bernstein LLP; Khaldoun Baghdadi, Walkup Melodia Kelly & Schoenberger; Marlene Goldenberg, Nigh Goldernberg Raso & Vaughn: Elizabeth Wilkins, Chaffin Luhana LLP; Tiffany Ellis, Peiffer Wolf Carr Kane Conway & Wise LLP; Bret Stanley, Johnson Law Group; lead counsel for Plaintiffs

**Attorneys for Defendants:** Michael Shortnacy, Patrick Oot, Veronica Gromada and Jeremy Wikler, Shook, Hardy & Bacon LLP; Jacquelin Rubin and Randy Luskey, Paul Weiss Rifkind Wharton & Garrison LLP.

**Deputy Clerk:** Brittany Sims                    **Reported by:** Kendra Steppler

**PROCEEDINGS**

Discovery Status Conference held. The Court heard from both parties regarding the Discovery Status Report and progress in the discovery process.  ECF Nos. 693, 698.  The item emailed by counsel for Defendants to the Court and Plaintiffs' Lead Counsel on Thursday, July 18, 2024 9:25 AM shall be filed by Defendants on the court docket, along with any accompanying motion to seal pursuant to Civil Local Rule 79-5 by July 26, 2024.