1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

18

19

20

21

22

23

24

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br><br> This Document Relates to: <br><br> ALL ACTIONS | Case No. 3:23-md-03084-CRB <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO SEAL THE JOINT DISCOVERY LETTER AND EXHIBITS FOR THE CLAWBACK CHALLENGE** <br><br> Judge:       Hon. Lisa J. Cisneros <br> Courtroom:  G – 15th Floor |

25

26

27

28

ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S
ADMINISTRATIVE MOTION TO SEAL THE JOINT DISCOVERY LETTER AND EXHIBITS FOR THE
CLAWBACK CHALLENGE                                                    Case No. 3:23-MD-3084-CRB,

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC (collectively "Uber") Administrative Motion to Seal the Joint Discovery Letter and Exhibits for the Clawback Challenge, dated June 24, 2024, ECF 663, the Court hereby ORDERS that the following materials remain under seal:

| Document | Description | Designating Party |
|---|---|---|
| The Parties' Letter Brief re: Clawback Challenge | Portions of briefing referring to documents the Parties filed under seal | Uber |
| Ex. 1 UBERMDL3084-0000933385 | A document subject to the Clawback Challenge produced and marked by Uber as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY by Uber in this litigation. | Uber |
| Ex. 2 UBERMDL3084-000093391 | A document subject to the Clawback Challenge produced and marked by Uber as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY in this litigation. | Uber |
| Ex. 3 UBERMDL3084-000093421 | A document subject to the Clawback Challenge produced and marked by Uber as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" in this litigation. | Uber |

**IT IS SO ORDERED.**

Dated: July 25, 2024

Hon. Lisa J. Cisneros
United States Magistrate Judge

2

ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO SEAL THE JOINT DISCOVERY LETTER AND EXHIBITS FOR THE CLAWBACK CHALLENGE                                             Case No. 3:23-MD-3084-CRB