WARREN METLITZKY (CA Bar No. 220758)
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: wmetlitzky@conmetkane.com


DAVID RANDALL J. RISKIN (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Ave., S.W.
Washington, DC 20024
Tel:   (202) 434-5000
Fax:   (202) 434-5029
Email: bstewart@wc.com
Email: driskin@wc.com

*Attorneys for Lyft, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING NON-PARTY LYFT, INC.'S DEADLINE TO OBJECT TO MAGISTRATE JUDGE'S ORDER REGARDING THIRD-PARTY SUBPOENA DISPUTES (ECF 395)** |

WHEREAS, Magistrate Judge Cisneros granted in part and denied in part non-party Lyft, Inc.'s letter request to quash a Rule 45 subpoena on July 14, 2024 (ECF 695);

WHEREAS, non-party Lyft is considering whether to seek leave from Magistrate Judge Cisneros to file a motion for reconsideration of that discovery order;

WHEREAS, the deadline for Lyft to object to the Court's order under Federal Rule of Civil Procedure 72(a) and Civil Local Rule 72-2 is July 29, 2024;

WHEREAS, to avoid burdening the Court with discovery-related briefing while Lyft potentially pursues relief before Magistrate Judge Cisneros, Lyft and the parties agree that Lyft's current objection deadline should be extended until August 16, 2024 or, in the event Lyft files a motion seeking reconsideration, until fourteen days after the Magistrate Judge's ruling on Lyft's motion;

NOW, THEREFORE, under Civil Local Rule 7-12, the parties hereby stipulate that the deadline for Lyft to object to the Court's July 14, 2024 order under Federal Rule of Civil Procedure 72(a) and Civil Local Rule 72-2 is extended until August 16, 2024 or, in the event Lyft files a motion seeking reconsideration, until fourteen days after the Magistrate Judge's ruling on Lyft's motion.

**IT IS SO STIPULATED.**

Dated: July 25, 2024                Respectfully submitted,

By: */s/ Warren Metlitzky*

Warren Metlitzky
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:  (415) 343-7101
Email: wmetlitzky@conmetkane.com

David Randall J. Riskin
WILLIAMS & CONNOLLY LLP
680 Maine Ave., S.W.
Washington, DC 20024
Tel:   (202) 434-5000
Fax:  (202) 434-5029
Email: bstewart@wc.com
Email: driskin@wc.com

*Attorneys for Lyft, Inc.*

By: */s/ Marlene J. Goldenberg*

MARLENE J. GOLDENBERG
SAMANTHA V. HOEFS
NIGH GOLDENBERG RASO & VAUGHN PLLC
14 Ridge Square NW, Third Floor
Washington, D.C. 20016
Tel:   (202) 978-2228
Fax:  (202) 792-7927
Email: mgoldenberg@nighgoldenberg.com
Email: shoefs@nighgoldenberg.com

*Attorneys for Plaintiffs*

By: */s/ Michael B. Shortnacy*

MICHAEL B. SHORTNACY
SHOOK HARDY & BACON
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Tel:   (424) 285-8330
Email: mshortnacy@shb.com

*Attorneys for Defendants*

**ATTESTATION**

Under Civil Local Rule 5-1(h)(3), I hereby attest that each of the other signatories have concurred in the filing of this document.

DATED: July 25, 2024              */s/ Warren Metlitzky*
                                  Warren Metlitzky

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER CONTINUING NON-PARTY LYFT, INC.'S DEADLINE TO OBJECT TO MAGISTRATE JUDGE'S ORDER REGARDING THIRD-PARTY SUBPOENA DISPUTES (ECF 395)** |

The Court hereby GRANTS non-party Lyft, Inc. and the parties' stipulation as follows: The deadline for Lyft to object to the Court's July 14, 2024 order under Federal Rule of Civil Procedure 72(a) and Civil Local Rule 72-2 is extended until August 16, 2024 or, in the event Lyft files a motion seeking reconsideration, until fourteen days after the Magistrate Judge's ruling on Lyft's motion.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: _____

                                            HON. CHARLES R. BREYER
                                            UNITED STATES DISTRICT JUDGE