# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

| **Date:** July 25, 2024 | **Time:** 10:07 a.m.-11:35 a.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:23-md-03084-CRB | **Case Name:** In re: Uber Technologies, Inc. v. | |

**For Plaintiffs:** Roopal Luhana, Beth Wilkins and Steven Cohn, Chaffin Luhana LLP; Rachel Abrams and Tiffany Ellis, Peiffer Wolf Carr Kane Conway Wise, LLP; Khaldoun Baghdadi, Walkup Melodia Kelly & Schoenberger; Ellyn Hurd, Simmons Hanly Conroy LLP; Sarah London, Lieff Cabraser Heimann & Bernstein LLP; William Levin; Levin Simes LLP.

**For Defendants:** Michael Shortnacy and Jeremy Wikler, Shook, Hardy & Bacon LLP; Randy Luskey, Rifkind, Wharton & Garrison, LLP

| **Deputy Clerk:** Brittany Sims | **Recorded via Zoom:** Public Hearing: 10:07a.m-10:57 a.m. Sealed Hearing: 11:01 a.m.- 11:35 a.m. |
|---|---|

## PROCEEDINGS

Discovery Hearing held. The Court heard from the parties regarding the Discovery Letters at ECF Nos. 586, 587, 664. The Court sets a discovery status conference for August 8, 2024, at 2:00 p.m. via Zoom.

Portion of hearing is sealed. The Court grants counsel of record only access to the transcript for the sealed proceeding. By August 6, 2024, the parties shall file a Joint Status Report that describes the status of discovery, the parties' progress in meeting discovery deadlines, any issues or challenges to discovery that the parties have encountered that may impact the discovery schedule.