UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | Case No. 23-md-03084-CRB   (LJC)<br><br>**ORDER RE: AUGUST 8, 2024 DISCOVERY STATUS CONFERENCE AND NONPARTY PARTICIPATION** |

The Court has recently ruled on several subpoena-related disputes, and on August 8, 2024, the Court will hold a Discovery Status Conference via Zoom. *See* Dkt. No. 748. Any nonparty that has been ordered to produce discovery in response to a subpoena arising from this MDL may appear at the Discovery Status Conference. In addition, the nonparty may file a brief report jointly with Plaintiffs and Defendants that describes the status of such nonparty discovery and raises any issues that the nonparty would like to address with the Court. Any such report shall be filed by August 5, 2024.

**IT IS SO ORDERED.**

Dated: 7/29/2024

LISA J. CISNEROS
United States Magistrate Judge