UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF SARAH R. LONDON IN SUPPORT OF PLAINTIFFS' PORTION OF PTO 8 LETTER BRIEF REGARDING REDACTIONS** |
|---|---|
| This Document Relates to:<br><br>All Cases | Judge: Honorable Lisa J. Cisneros |

I, Sarah R. London, hereby declare as follows:

1. I am a partner of Lieff Cabraser Heimann & Bernstein, LLP, an attorney licensed in the State of California and duly admitted to practice before this Court, and appointed co-lead counsel in the above captioned action.

2. I submit this declaration in support of Plaintiffs' portion of the joint letter brief concerning Uber's redactions of documents produced under PTO 5.

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

4. As required by PTO 8, I attest that Plaintiffs met and conferred with Defendants to obtain the sought-after discovery without court action.

5. Attached as **Exhibit A** is a true and correct copy of a document Uber produced under PTO 5 with a bates stamp beginning UBER-MDL3084-000001290. Because Uber marked this document Confidential, it has been filed under seal.

6. Attached as **Exhibit B** is a true and correct copy of a document Uber produced under PTO 5 bates-stamped UBER-MDL3084-000048774. Because Uber marked this document Highly Confidential, it has been filed under seal.

7. Attached as **Exhibit C** is a true and correct copy of a document Uber produced under PTO 5 bates-stamped UBER-MDL3084-000033294. Because Uber marked this document Highly Confidential, it has been filed under seal.

8. Attached as **Exhibit D** is a true and correct copy of a document Uber produced under PTO 5 with a bates stamp beginning UBER-MDL3084-000032853. Because Uber marked this document Highly Confidential, it has been filed under seal.

9. Attached as **Exhibit E** is a true and correct copy of a document Uber produced under PTO 5 bates-stamped UBER-MDL3084-000034701. Because Uber marked this document Highly Confidential, it has been filed under seal.

10. Attached as **Exhibit F** is a true and correct copy of a document Uber produced under PTO 5 bates-stamped UBER-MDL3084-000004053. Because Uber marked this document Highly Confidential, it has been filed under seal.

1    11.    Attached as **Exhibit G** is a true and correct copy of a document Uber produced under PTO 5 bates-stamped UBER-MDL-3084-000055512. Because Uber marked this document Highly Confidential, it has been filed under seal.

    12.    Attached as **Exhibit H** is a true and correct copy of a document Uber produced under PTO 5 bates-stamped UBER-MDL3084-000048716. Because Uber marked this document Highly Confidential, it has been filed under seal.

    13.    Attached as **Exhibit I** is a true and correct copy of a document Uber produced under PTO 5 bates-stamped UBER-MDL3084-000018830. Because Uber marked this document Highly Confidential, it has been filed under seal.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on this 30th day of July 2024 in San Francisco, California.

                                  */s/ Sarah R. London*
                                  Sarah R. London