[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
|---|---|

Under Civil Local Rules 7-11 and 79-5(f), Plaintiffs move the Court to consider whether material designated confidential by Uber should be sealed.

On July 30, 2024, Plaintiffs filed a joint letter brief under PTO 8 regarding Uber's redactions to documents produced under PTO 5. The letter brief attaches several documents Uber designated either Confidential or Highly Confidential – Attorneys' Eyes Only under the protective order (ECF 176).

**Material To Be Filed Under Seal**

The material to be filed under seal are portions of letter brief and several exhibits::

| **Document** | **Description** | **Designating Party** |
|---|---|---|
| Exhibit A to letter brief | UBER-MDL3084-000001290 | Uber |
| Exhibit B to letter brief | UBER-MDL3084-000048774 | Uber |
| Exhibit C to letter brief | UBER-MDL3084-000033294 | Uber |
| Exhibit D to letter brief | UBER-MDL3084-000032853 | Uber |
| Exhibit E to letter brief | UBER-MDL3084-000034701 | Uber |
| Exhibit F to letter brief | UBER-MDL3084-000004053 | Uber |
| Exhibit G to letter brief | UBER-MDL-3084-000055512 | Uber |
| Exhibit H to letter brief | UBER-MDL3084-000048716 | Uber |
| Exhibit I to letter brief | UBER-MDL3084-000018830 | Uber |

3069796.1

- 1 -

ADMIN MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MAT. SHOULD BE SEALED
CASE NO. 23-MD-03084-CRB

1    Under Local Rule 79-5(f)(3), Uber bears the responsibility to establish that all of the designated material is sealable.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Sarah R. London in Support of this Motion; and
2. A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: July 30, 2024                                  Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
slondon@lchb.com


By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com


By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*