IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF SARAH R. LONDON IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL** |
|---|---|

I, Sarah R. London, declare:

1. I am a partner of Lieff Cabraser Heimann & Bernstein, LLP, an attorney licensed in the State of California and duly admitted to practice before this Court, and appointed co-lead counsel in the above captioned action.

2. I submit this declaration in support of Plaintiffs' Administrative Motion to Determine Whether Another Party's Material Should be Filed Under Seal.

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

4. Attached hereto are true and correct copies of the following documents designated by Uber under the protective order.

| Document | Description | Designating Party |
|---|---|---|
| Exhibit A to letter brief | UBER-MDL3084-000001290 | Uber |
| Exhibit B to letter brief | UBER-MDL3084-000048774 | Uber |
| Exhibit C to letter brief | UBER-MDL3084-000033294 | Uber |
| Exhibit D to letter brief | UBER-MDL3084-000032853 | Uber |
| Exhibit E to letter brief | UBER-MDL3084-000034701 | Uber |

| | | |
|---|---|---|
| Exhibit F to letter brief | UBER-MDL3084-000004053 | Uber |
| Exhibit G to letter brief | UBER-MDL-3084-000055512 | Uber |
| Exhibit H to letter brief | UBER-MDL3084-000048716 | Uber |
| Exhibit I to letter brief | UBER-MDL3084-000018830 | Uber |

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 30, 2024 in San Francisco, California.

*/s/ / Sarah R. London*