IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SESAL** |
|---|---|

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| **Document** | **Description** | **Designating Party** |
|---|---|---|
| Exhibit A to letter brief | UBER-MDL3084-000001290 | Uber |
| Exhibit B to letter brief | UBER-MDL3084-000048774 | Uber |
| Exhibit C to letter brief | UBER-MDL3084-000033294 | Uber |
| Exhibit D to letter brief | UBER-MDL3084-000032853 | Uber |
| Exhibit E to letter brief | UBER-MDL3084-000034701 | Uber |
| Exhibit F to letter brief | UBER-MDL3084-000004053 | Uber |
| Exhibit G to letter brief | UBER-MDL-3084-000055512 | Uber |
| Exhibit H to letter brief | UBER-MDL3084-000048716 | Uber |
| Exhibit I to letter brief | UBER-MDL3084-000018830 | Uber |

**IT IS SO ORDERED.**

Dated: _____

HON. LISA J. CISNEROS

- 1 -   [PROPOSED] ORDER RE: ADMIN MOT. TO SEAL
CASE NO. 23:MD-03084-CRB

United States Magistrate Court Judge