# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>**This Document Relates to:**<br>**S.K. v. Uber Technologies, Inc et al** | **MDL No. 3084**<br>**3:23-md-03084**<br>**Case No.: 3:24-cv-04669** |

## NOTICE OF THE FILING OF A NEW ACTION

Pursuant to Pretrial Order No. 6, notice is hereby given that the Complaint with Jury Demand in the above-captioned action was filed on August 1, 2024.

Dated: August 1, 2024

Respectfully submitted,

*/s/ Marlene Goldenberg*
Marlene Goldenberg
Nigh Goldenberg Raso & Vaughn, PLLC
14 Ridge Square NW, Third Floor
Washington, DC 20016
(202) 978-2228
mgoldenberg@nighgoldenberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Dated: August 1, 2024                            Respectfully submitted,

*/s/ Marlene Goldenberg*
Marlene Goldenberg
Nigh Goldenberg Raso & Vaughn, PLLC
14 Ridge Square NW, Third Floor
Washington, DC 20016
(202) 978-2228
mgoldenberg@nighgoldenberg.com