# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UDNER SEAL**<br><br>Judge:       Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

Having considered Plaintiffs' July 30, 2024 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal (Dkt. No. 762), and Uber's Statement pursuant to Civil Local Rule 79-5(f)(3) and (c)(1) (Dkt. No. __), the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit A to the Parties' Letter Brief | UBER-MDL3084-000001290 | Uber |
| Exhibit B to the Parties' Letter Brief | UBER-MDL3084-000048774 | Uber |
| Exhibit C to the Parties' Letter Brief | UBER-MDL3084-000033294 | Uber |
| Exhibit D to the Parties' Letter Brief | UBER-MDL3084-000032853 | Uber |
| Exhibit E to the Parties' Letter Brief | UBER-MDL3084-000034701 | Uber |
| Exhibit F to the Parties' Letter Brief | UBER-MDL3084-000004053 | Uber |
| Exhibit G to the Parties' Letter Brief | UBER-MDL-3084-000055512 | Uber |
| Exhibit H to the Parties' Letter Brief | UBER-MDL3084-000048716 | Uber |
| Exhibit I to the Parties' Letter Brief | UBER-MDL3084-000018830 | Uber |

**IT IS SO ORDERED.**

Dated: _____                                              _____
                                                                                                    HON. LISA J. CISNEROS
                                                                                                    United States Magistrate Court Judge