```
 1 │ John Eddie Williams, Jr. (pro hac vice)
   │ Brian Abramson (pro hac vice)
 2 │ Margret Lecocke (pro hac vice)
   │ Walt Cubberly (SBN 325163)
 3 │ Batami Baskin (pro hac vice)
   │ WILLIAM HART & BOUNDAS, LLP
 4 │ 8441 Gulf Freeway, Suite 600
   │ Houston, Texas 77017-5051
 5 │ Telephone: (713) 230-2200
   │ Facsimile: (713) 643-6226
 6 │ Email: jwilliams@whlaw.com
   │ Email: babramson@whlaw.com
 7 │ Email: mlecocke@whlaw.com
   │ Email: wcubberly@whlaw.com
 8 │ Email: bbaskin@whlaw.com
   │
 9 │ Attorneys for Plaintiff
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL NO. 3084 CRB |
| This Document Relates to:<br><br>*WHB 191 v. UBER TECHNOLOGIES, INC., et al.* – Case No. 3:24-cv-04847 | **NOTICE OF FILING OF NEW ACTION** |

## NOTICE OF FILING OF NEW ACTION

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 7, 2024.

Dated: August 8, 2024

Respectfully Submitted,

**WILLIAMS HART & BOUNDAS, LLP**

/s/Walt Cubberly_____
John Eddie Williams, Esq.
Brian Abramson, Esq.
Margret Lecocke, Esq.

Walt Cubberly, Esq.
Batami Baskin, Esq.

***Attorneys for Plaintiff***

### CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2024 I electronically transmitted the foregoing Notice of Filing of New Action to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/Walt Cubberly
Walt Cubberly