1   [Submitting Counsel on Signature Page]

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8                            SAN FRANCISCO DIVISION

9

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB<br><br>**STIPULATION REGARDING [PROPOSED] PRETRIAL ORDER NO. __: DEPOSITION PROTOCOL** |
| --- | --- |
| This Document Relates to:<br><br>ALL ACTIONS | |

16

17       **WHEREAS**, on March 29, 2024, the Court entered an Order ruling in part on the parties'

18   disputes regarding a deposition protocol for this multi-district litigation. ECF No. 371.

19       **WHEREAS**, on August 1, 2024, the Court entered an Order ruling on the parties'

20   remaining disputes regarding a deposition protocol for this multi-district litigation. ECF No. 771.

21       **WHEREAS**, the Court's August 1 Order required the parties "to incorporate the Court's

22   rulings from Dkt. No. 371 and from this Order into a final Stipulated and [Proposed] Deposition

23   Protocol, to be submitted to the Court by August 8, 2024." *Id.* at 14.

24       **WHEREAS,** the parties have complied with the Court's order by drafting and submitting

25   the Stipulated and [Proposed] Deposition Protocol, attached hereto as **Exhibit A**.

26       **THEREFORE**, the parties respectfully request that the Court enter the parties' Stipulated

27   and [Proposed] Deposition Protocol.

28

1    **IT IS SO STIPULATED.**

2    Dated: August 8, 2024                    Respectfully submitted,

3

4                                             By: */s/ Sarah R. London*
                                                 Sarah R. London (SBN
5                                                267083)

6                                             **LIEFF CABRASER HEIMANN &**
                                              **BERNSTEIN, LLP**
7                                             275 Battery Street, 29th Floor
                                              San Francisco, CA 94111-3339
8                                             Telephone: (415) 956-1000
                                              Facsimile: (415) 956-1008
9                                             slondon@lchb.com

10                                            By: */s/ Rachel B. Abrams*
                                                 Rachel B. Abrams (SBN
11                                               209316)

12                                            **PEIFFER WOLF CARR KANE**
                                              **CONWAY & WISE, LLP**
13                                            555 Montgomery Street, Suite 820
                                              San Francisco, CA 94111
14                                            Telephone: (415) 426-5641
                                              Facsimile: (415) 840-9435
15                                            rabrams@peifferwolf.com

16

17                                            By: */s/ Roopal P. Luhana*
                                                 Roopal P. Luhana
18

19                                            **CHAFFIN LUHANA LLP**
                                              600 Third Avenue, 12th Floor
                                              New York, NY 10016
20                                            Telephone: (888) 480-1123
                                              Facsimile: (888) 499-1123
21                                            luhana@chaffinluhana.com

22                                            *Co-Lead Counsel for Plaintiffs*

23

24   Dated: August 8, 2024                    By: */s/ Randall S. Luskey*

25

26                                            *Attorneys for Defendants*
                                              UBER TECHNOLOGIES, INC.,
27                                            RASIER, LLC, and RASIER-CA,
                                              LLC

28