1 | John Eddie Williams, Jr. (pro hac vice)
2 | Brian Abramson (pro hac vice)
  | Margret Lecocke (pro hac vice)
3 | Walt Cubberly (SBN 325163)
  | Batami Baskin (pro hac vice)
4 | Myles Shaw (pro hac vice)
  | WILLIAM HART & BOUNDAS, LLP
5 | 8441 Gulf Freeway, Suite 600
  | Houston, Texas 77017-5051
6 | Telephone: (713) 230-2200
  | Facsimile: (713) 643-6226
7 | Email: jwilliams@whlaw.com
  | Email: babramson@whlaw.com
8 | Email: mlecocke@whlaw.com
  | Email: wcubberly@whlaw.com
9 | Email: bbaskin@whlaw.com
  | Email: mshaw@whlaw.com
  | *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL NO. 3084 CRB |
|---|---|
| This Document Relates to: *WHB 1841 v. UBER TECHNOLOGIES, INC., et al.* – Case No. 3:24-cv-04799 | **NOTICE OF FILING OF NEW ACTION** |

### NOTICE OF FILING OF NEW ACTION

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 7, 2024.

Dated: August 9, 2024                              Respectfully Submitted,

**WILLIAMS HART & BOUNDAS, LLP**

/s/Walt Cubberly_____
John Eddie Williams, Esq.
Brian Abramson, Esq.

|   |   |
|---|---|
| 1 | Margret Lecocke, Esq. |
| 2 | Walt Cubberly, Esq. |
|   | Batami Baskin, Esq. |
| 3 | Myles Shaw, Esq. |
| 4 | ***Attorneys for Plaintiff*** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2024 I electronically transmitted the foregoing Notice of Filing of New Action to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/Walt Cubberly_____
Walt Cubberly