1

2     *[Counsel Listed on Signature Page]*

3

4

5                    **UNITED STATES DISTRICT COURT**

6                   **NORTHERN DISTRICT OF CALIFORNIA**

7                      **SAN FRANCISCO DIVISION**

8
      IN RE: UBER TECHNOLOGIES, INC.,          Case No. 3:23-md-03084-CRB
9     PASSENGER SEXUAL ASSAULT
      LITIGATION                               **STIPULATION REGARDING DEADLINE
10                                             FOR COMPLIANCE WITH THE COURT'S
                                               AUGUST 1, 2024 ORDER [ECF 767]**
11
      This Document Relates to:
12                                             Judge:        Hon. Lisa J. Cisneros
      ALL ACTIONS                              Courtroom:    G – 15th Floor
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING                                    Case No. 3:23-md-03084-CRB
COMPLIANCE WITH AUGUST 1, 2024 ORDER

1

**STIPULATION**

2      **WHEREAS**, on August 1, 2024, the Court issued an Order on the dispute over redactions

3 made in Uber's productions pursuant to Pretrial Order No. 5 ("PTO 5") (ECF 767, the "Order").

4      **WHEREAS,** the Order provided that: (1) "Uber is not required to remove redactions that

5 were in place at the time documents were produced in previous litigation or investigations"; (2)

6 "Uber shall remove all new redactions applied to employee first and last names [but] may maintain

7 redactions to other PII besides drivers' and employees' names in this production of documents";

8 and (3) "As a general rule, Uber must produce documents without redactions for relevance. If Uber

9 believes that a limited number of exceptionally sensitive and entirely irrelevant portions of

10 documents warrant special treatment, it must address those documents specifically with Plaintiffs

11 and explain what relevance redactions Uber believes should be allowed."

12      **WHEREAS**, Uber has agreed to remove all redactions based on relevance from its PTO 5

13 productions.

14      **WHEREAS,** Uber agreed to complete production of PTO 5 documents in accord with the

15 Court's order by August 16, 2024.

16      **THEREFORE**, the parties agree that:

17 The deadline for Uber to complete its productions pursuant to the Order is August 16, 2024.

18      **IT IS SO STIPULATED.**

19

20   DATED: August 9, 2024              Respectfully submitted,

21

22                                      By: */s/ Rachel B. Abrams*
                                            Rachel B. Abrams
23                                          **PEIFFER WOLF CARR KANE**
                                            **CONWAY & WISE, LLP**
24                                          555 Montgomery Street, Suite 820
                                            San Francisco, CA 94111
25                                          Telephone: (415) 426-5641
                                            rabrams@peifferwolf.com
26

27                                          Sarah R. London
                                            **LIEFF CABRASER HEIMANN &**
28                                          **BERNSTEIN**

---

275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**SHOOK HARDY & BACON L.L.P.**

By: */s/ Michael B. Shortnacy*
     MICHAEL B. SHORTNACY

MICHAEL B. SHORTNACY (SBN: 277035)
   mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2049 Century Park East, Ste. 3000
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (Admitted *Pro Hac Vice*)
   oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

KYLE N. SMITH (*Pro Hac Vice* admitted)
   ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
   jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorneys for Defendants*

-2-

STIPULATION REGARDING
COMPLIANCE WITH AUGUST 1, 2024 ORDER

Case No. 3:23-md-03084-CRB

1    UBER TECHNOLOGIES, INC.,
     RASIER, LLC, and RASIER-CA, LLC

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-