| | |
|---|---|
| 1 | John Eddie Williams, Jr. (pro hac vice) |
| 2 | Brian Abramson (pro hac vice) |
|   | Margret Lecocke (pro hac vice) |
| 3 | Walt Cubberly (SBN 325163) |
|   | Batami Baskin (pro hac vice) |
| 4 | Myles Shaw (pro hac vice) |
|   | WILLIAM HART & BOUNDAS, LLP |
| 5 | 8441 Gulf Freeway, Suite 600 |
|   | Houston, Texas 77017-5051 |
| 6 | Telephone: (713) 230-2200 |
|   | Facsimile: (713) 643-6226 |
| 7 | Email: jwilliams@whlaw.com |
|   | Email: babramson@whlaw.com |
| 8 | Email: mlecocke@whlaw.com |
|   | Email: wcubberly@whlaw.com |
| 9 | Email: bbaskin@whlaw.com |
|   | Email: mshaw@whlaw.com |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL NO. 3084 CRB |
| This Document Relates to: | **NOTICE OF FILING OF NEW ACTION** |
| *WHB 1623 v. UBER TECHNOLOGIES, INC., et al.* – Case No. 3:24-cv-04986 | |

## NOTICE OF FILING OF NEW ACTION

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 9, 2024.

Dated: August 10, 2024                    Respectfully Submitted,

**WILLIAMS HART & BOUNDAS, LLP**

/s/Walt Cubberly
John Eddie Williams, Esq.

Brian Abramson, Esq.
Margret Lecocke, Esq.
Walt Cubberly, Esq.
Batami Baskin, Esq.
Myles Shaw, Esq.

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2024 I electronically transmitted the foregoing Notice of Filing of New Action to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/Walt Cubberly
Walt Cubberly