```
1  John Eddie Williams, Jr. (pro hac vice)
   Brian Abramson (pro hac vice)
2  Margret Lecocke (pro hac vice)
   Walt Cubberly (SBN 325163)
3  Batami Baskin (pro hac vice)
   Myles Shaw (pro hac vice)
4  WILLIAM HART & BOUNDAS, LLP
   8441 Gulf Freeway, Suite 600
5  Houston, Texas 77017-5051
   Telephone: (713) 230-2200
6  Facsimile: (713) 643-6226
   Email: jwilliams@whlaw.com
7  Email: babramson@whlaw.com
   Email: mlecocke@whlaw.com
8  Email: wcubberly@whlaw.com
   Email: bbaskin@whlaw.com
9  Email: mshaw@whlaw.com
```

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL NO. 3084 CRB** |
| This Document Relates to: *WHB 203 v. UBER TECHNOLOGIES, INC., et al.* – Case No. 3:24-cv-04912 | **NOTICE OF FILING OF NEW ACTION** |

**NOTICE OF FILING OF NEW ACTION**

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 8, 2024.

Dated: August 12, 2024                    Respectfully Submitted,

**WILLIAMS HART & BOUNDAS, LLP**

/s/Walt Cubberly
John Eddie Williams, Esq.

Brian Abramson, Esq.
Margret Lecocke, Esq.
Walt Cubberly, Esq.
Batami Baskin, Esq.
Myles Shaw, Esq.

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2024 I electronically transmitted the foregoing Notice of Filing of New Action to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/Walt Cubberly
Walt Cubberly