```
1   John Eddie Williams, Jr. (pro hac vice)
    Brian Abramson (pro hac vice)
2   Margret Lecocke (pro hac vice)
    Walt Cubberly (SBN 325163)
3   Batami Baskin (pro hac vice)
    Myles Shaw (pro hac vice)
4   WILLIAM HART & BOUNDAS, LLP
    8441 Gulf Freeway, Suite 600
5   Houston, Texas 77017-5051
    Telephone: (713) 230-2200
6   Facsimile: (713) 643-6226
    Email: jwilliams@whlaw.com
7   Email: babramson@whlaw.com
    Email: mlecocke@whlaw.com
8   Email: wcubberly@whlaw.com
    Email: bbaskin@whlaw.com
9   Email: mshaw@whlaw.com

10  *Attorneys for Plaintiff*
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL NO. 3084 CRB |
| This Document Relates to: *WHB 1865 v. UBER TECHNOLOGIES, INC., et al.* – Case No. 3:24-cv-05089 | **NOTICE OF FILING OF NEW ACTION** |

### NOTICE OF FILING OF NEW ACTION

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 13, 2024.

Dated: August 14, 2024                    Respectfully Submitted,

**WILLIAMS HART & BOUNDAS, LLP**

/s/Walt Cubberly
John Eddie Williams, Esq.

Brian Abramson, Esq.
Margret Lecocke, Esq.
Walt Cubberly, Esq.
Batami Baskin, Esq.
Myles Shaw, Esq.

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2024 I electronically transmitted the foregoing Notice of Filing of New Action to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/Walt Cubberly
Walt Cubberly