```
 1 │ John Eddie Williams, Jr. (pro hac vice)
   │ Brian Abramson (pro hac vice)
 2 │ Margret Lecocke (pro hac vice)
   │ Walt Cubberly (SBN 325163)
 3 │ Batami Baskin (pro hac vice)
   │ Myles Shaw (pro hac vice)
 4 │ WILLIAM HART & BOUNDAS, LLP
   │ 8441 Gulf Freeway, Suite 600
 5 │ Houston, Texas 77017-5051
   │ Telephone: (713) 230-2200
 6 │ Facsimile: (713) 643-6226
   │ Email: jwilliams@whlaw.com
 7 │ Email: babramson@whlaw.com
   │ Email: mlecocke@whlaw.com
 8 │ Email: wcubberly@whlaw.com
   │ Email: bbaskin@whlaw.com
 9 │ Email: mshaw@whlaw.com
```

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL NO. 3084 CRB |
| This Document Relates to:<br><br>*WHB 1967 v. UBER TECHNOLOGIES, INC., et al.* – Case No. 3:24-cv-05094 | **NOTICE OF FILING OF NEW ACTION** |

## NOTICE OF FILING OF NEW ACTION

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 13, 2024.

Dated: August 14, 2024                    Respectfully Submitted,

**WILLIAMS HART & BOUNDAS, LLP**

/s/Walt Cubberly
John Eddie Williams, Esq.

Brian Abramson, Esq.
Margret Lecocke, Esq.
Walt Cubberly, Esq.
Batami Baskin, Esq.
Myles Shaw, Esq.

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2024 I electronically transmitted the foregoing Notice of Filing of New Action to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/Walt Cubberly
Walt Cubberly