1  Steve Schulte (TX SBN 24051306)
   *Appearance Pro Hac Vice*
2  John Raggio (CA Bar No. 338261)
   Arati Furness (CA Bar No. 225435)
3  **NACHAWATI LAW GROUP**
   5489 Blair Road
4  Dallas, TX  75231
5  Phone: (214) 890-0711
   Direct: (972) 581-9778
6  schulte@ntrial.com
7  jraggio@ntrial.com
   afurness@ntrial.com
8  *Attorneys for Plaintiff*

9              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIF**
10                **SAN FRANCISCO DIVISION**

11 | | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL No. 3084 CRB** |
| | **Honorable Charles R. Breyer** |
| **This Document Relates to:** | |
| *JOHN DOE (D.G.), v. Uber Technologies, Inc., et al.* | |
| **Case No.: 3:24-cv-5169** | **NOTICE OF FILING OF NEW ACTION** |

17

18     Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

19  with Jury Demand in the above-referenced action was filed on July 18, 2024.

20
21   Dated: August 15, 2024                    **NACHAWATI LAW GROUP**

22                                             */s./ Steven S. Schulte*
                                               Steve Schulte (TX SBN 24051306)
23                                             *Appearance Pro Hac Vice*
                                               Arati Furness (CA Bar No. 225435)
24                                             5489 Blair Road, Dallas, TX  75231
                                               Phone: (214) 890-0711
25                                             Direct: (972) 581-9778
                                               schulte@ntrial.com
26                                             afurness@ntrial.com
27                                             **ATTORNEYS FOR PLAINTIFF**
28