1  Steve Schulte (TX SBN 24051306)
   *Appearance Pro Hac Vice*
2  John Raggio (CA Bar No. 338261)
   Arati Furness (CA Bar No. 225435)
3  **NACHAWATI LAW GROUP**
4  5489 Blair Road
   Dallas, TX 75231
5  Phone: (214) 890-0711
   Direct: (972) 581-9778
6  schulte@ntrial.com
7  jraggio@ntrial.com
   afurness@ntrial.com
8  *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIF**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL No. 3084 CRB** |
| | **Honorable Charles R. Breyer** |
| **This Document Relates to:** | |
| *JANE DOE (K.H.), v. Uber Technologies, Inc., et al.* | |
| **Case No.: 3:24-cv-5174** | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on July 18, 2024.

Dated: August 15, 2024                     **NACHAWATI LAW GROUP**

                                           */s./ Steven S. Schulte*
                                           Steve Schulte (TX SBN 24051306)
                                           *Appearance Pro Hac Vice*
                                           Arati Furness (CA Bar No. 225435)
                                           5489 Blair Road, Dallas, TX 75231
                                           Phone: (214) 890-0711
                                           Direct: (972) 581-9778
                                           schulte@ntrial.com
                                           afurness@ntrial.com
                                           **ATTORNEYS FOR PLAINTIFF**