```
1    John Eddie Williams, Jr. (pro hac vice)
     Brian Abramson (pro hac vice)
2    Margret Lecocke (pro hac vice)
     Walt Cubberly (SBN 325163)
3    Batami Baskin (pro hac vice)
     Myles Shaw (pro hac vice)
4    WILLIAM HART & BOUNDAS, LLP
     8441 Gulf Freeway, Suite 600
5    Houston, Texas 77017-5051
     Telephone: (713) 230-2200
6    Facsimile: (713) 643-6226
     Email: jwilliams@whlaw.com
7    Email: babramson@whlaw.com
     Email: mlecocke@whlaw.com
8    Email: wcubberly@whlaw.com
     Email: bbaskin@whlaw.com
9    Email: mshaw@whlaw.com
```

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL NO. 3084 CRB** |
| This Document Relates to: *WHB 451 v. UBER TECHNOLOGIES, INC., et al.* – Case No. 3:24-cv-05256 | **NOTICE OF FILING OF NEW ACTION** |

## NOTICE OF FILING OF NEW ACTION

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 16, 2024.

Dated: August 16, 2024                    Respectfully Submitted,

**WILLIAMS HART & BOUNDAS, LLP**

/s/Walt Cubberly
John Eddie Williams, Esq.

Brian Abramson, Esq.
Margret Lecocke, Esq.
Walt Cubberly, Esq.
Batami Baskin, Esq.
Myles Shaw, Esq.

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2024 I electronically transmitted the foregoing Notice of Filing of New Action to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/Walt Cubberly
Walt Cubberly