| | |
|---|---|
| 1 | William A. Levin (CA Bar No. 98592) |
| 2 | Laurel L. Simes (CA Bar No. 134637) |
|   | David M. Grimes (CA Bar No. 324292) |
| 3 | Samira J. Bokaie (CA Bar No. 332782) |
|   | **LEVIN SIMES LLP** |
| 4 | 1700 Montgomery Street, Suite 250 |
|   | San Francisco, California 94111 |
| 5 | Telephone: (415) 426-3000 |
| 6 | Facsimile:  (415) 426-3001 |
|   | Email: wlevin@levinsimes.com |
| 7 | Email: llsimes@levinsimes.com |
|   | Email: dgrimes@levinsimes.com |
| 8 | Email: sbokaie@levinsimes.com |
|   | *Attorneys for Plaintiff Jane Doe LS 448* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Doe LS 448 v. Uber Technologies, Inc., et al., Case No. 3:24-05201-CRB* | |

### **PLAINTIFF JANE DOE LS 448'S NOTICE OF NEW ACTION FILED**

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 14, 2024.

Dated: August 16, 2024

Respectfully Submitted,

**LEVIN SIMES LLP**

By: */s/ William A. Levin*
William A. Levin
Laurel L. Simes
David M. Grimes
Samira J. Bokaie
*Attorneys for Plaintiff Jane Doe 448*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ William A. Levin*
William A. Levin