WARREN METLITZKY (CA Bar No. 220758)
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Tel:     (415) 343-7100
Fax:     (415) 343-7101
Email: wmetlitzky@conmetkane.com


DAVID RANDALL J. RISKIN (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Ave., S.W.
Washington, DC 20024
Tel:     (202) 434-5000
Fax:     (202) 434-5029
Email: driskin@wc.com

*Attorneys for Lyft, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING NON-PARTY LYFT, INC.'S DEADLINE TO OBJECT TO MAGISTRATE JUDGE'S ORDER REGARDING THIRD-PARTY SUBPOENA DISPUTES (ECF 395)** |
| This Document Relates to: | |
| ALL ACTIONS | |

WHEREAS, Judge Cisneros granted in part and denied in part non-party Lyft, Inc.'s motion to quash a Rule 45 subpoena on July 14, 2024 (ECF 695);

WHEREAS, based on Lyft and the parties' prior stipulation (ECF 747), the Court continued Lyft's deadline to object to that order from July 29, 2024 until August 16, 2024 or, in the event Lyft filed a motion seeking reconsideration, until fourteen days after Judge Cisneros' ruling on Lyft's motion (ECF 751);

WHEREAS, on July 29, 2024, Judge Cisneros issued an order inviting non-parties who have been ordered to produce discovery in response to a subpoena arising from this proceeding, such as Lyft, to file a brief report, among other things, "rais[ing] any issues that the nonparty would like to address with the Court," and permitting non-parties to appear at an August 8, 2024 status conference (ECF 755);

WHEREAS, on August 5, 2024 Lyft filed a report jointly with the parties raising an issue regarding the scope of documents potentially subject to Judge Cisneros' subpoena order (ECF 774);

WHEREAS, Judge Cisneros stated she will issue an order regarding Lyft discovery (ECF 867);

WHEREAS, Lyft and Plaintiffs have been conferring on the subpoena, which may yield further issues to present to Judge Cisneros for decision; and

WHEREAS, under the Court's prior order (ECF 751), the parties understand that Lyft's deadline to object to Judge Cisneros' subpoena order now is fourteen days after Judge Cisneros' last ruling on Lyft discovery;

NOW, THEREFORE, under Civil Local Rule 7-12, the parties hereby stipulate and confirm that the deadline for Lyft to object to the Court's July 14, 2024 order under Federal Rule of Civil Procedure 72(a) and Civil Local Rule 72-2 is extended until fourteen days after Judge Cisneros's last order regarding Lyft discovery.

**IT IS SO STIPULATED.**

Dated:  August 15, 2024

Respectfully submitted,

By: */s/ Warren Metlitzky*

Warren Metlitzky
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Tel:    (415) 343-7100
Fax:    (415) 343-7101
Email: wmetlitzky@conmetkane.com

David Randall J. Riskin
WILLIAMS & CONNOLLY LLP
680 Maine Ave., S.W.
Washington, DC 20024
Tel:    (202) 434-5000
Fax:    (202) 434-5029
Email: driskin@wc.com

*Attorneys for Lyft, Inc.*

By: */s/ Samantha V. Hoefs*

MARLENE J. GOLDENBERG
SAMANTHA V. HOEFS
NIGH GOLDENBERG RASO & VAUGHN PLLC
14 Ridge Square NW, Third Floor
Washington, D.C. 20016
Tel:    (202) 978-2228
Fax:    (202) 792-7927
Email: mgoldenberg@nighgoldenberg.com
Email: shoefs@nighgoldenberg.com

*Attorneys for Plaintiffs*

By: */s/ Michael B. Shortnacy*

MICHAEL B. SHORTNACY
SHOOK HARDY & BACON
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel:    (424) 285-8330
Email: mshortnacy@shb.com

*Attorneys for Defendants*

1

**ATTESTATION**

2

Under Civil Local Rule 5-1(h)(3), I hereby attest that each of the other signatories have

3

concurred in the filing of this document.

4

5

DATED:  August 15, 2024                    */s/ Warren Metlitzky*

6

Warren Metlitzky

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER
SEXUAL ASSAULT LITIGATION

Case No. 3:23-md-03084-CRB (LJC)

[PROPOSED] ORDER CONTINUING
NON-PARTY LYFT, INC.'S DEADLINE
TO OBJECT TO MAGISTRATE
JUDGE'S ORDER REGARDING
THIRD-PARTY SUBPOENA DISPUTES
(ECF 395)

This Document Relates to:

ALL ACTIONS

The Court hereby GRANTS non-party Lyft, Inc.'s and the parties' stipulation as follows:
The Court confirms that the deadline for Lyft to object to the Court's July 14, 2024 order under
Federal Rule of Civil Procedure 72(a) and Civil Local Rule 72-2 is fourteen days after Judge
Cisneros's last order regarding Lyft discovery.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE:   August 16, 2024

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

4