[Submitting Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 3:23-md-03084-CRB<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING CERTAIN FACT SHEET DEADLINES<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6, 17th Floor |

**WHEREAS**, on March 19, 2024, the Court entered Pretrial Order No. 10 that stated the ride receipt or information deadline is to be "within 14 days of filing, transfer, or removal to this Court for all cases filed, transferred, or removed after February 1, 2024." Mar. 19, 2024 Pretrial Order No. 10: Fact Sheet Implementation Order, Dkt. 348. The Court also set the PFS and DFS deadlines for cases filed after March 26, 2024 as follows: "[E]ach Plaintiff must complete and submit a PFS and execute applicable Authorizations within 30 days of the case being filed in, removed to, or transferred to MDL 3084. The Uber Defendants must complete and submit a DFS and produce Responsive Documents, within 30 days after a given plaintiff serves the ride receipt or ride information form . . . ." *Id*.

**WHEREAS**, on June 26, 2024, the Court entered an order that set a filing cutoff date of 60 days from the order's date for JCCP cases affected by the Court of Appeal's JCCP forum non con-

veniens opinion (Court's filing cutoff date). *See* June 26, 2024 Order Setting Filing Cutoff Date, Dkt. 669.

**WHEREAS**, on July 17, 2024, the JCCP Plaintiffs requested to extend the Court's filing cutoff date to 60 days after the Supreme Court grants or denies the petition for review. *See* July 17, 2024 California JCCP Plaintiffs' Motion to Extend the Court's Order Setting Filing Cutoff Date, Dkt. 700.

**WHEREAS**, on July 22, 2024, the Court denied the JCCP Plaintiffs' request. *See* July 22, 2024, Order Denying California JCCP Plaintiffs' Motion to Extend Filing Cutoff Date, Dkt. 709.

**WHEREAS**, anticipating approximately 500 cases affected by the Court of Appeal's JCCP forum non conveniens opinion (the recent WHB cases), on August 14, 2024, Williams Hart & Boundas, LLP (WHB) reached out to both MDL Co-Lead Counsel and counsel for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, the parties) to discuss, among other things, the extension of the PFS and DFS deadlines applicable to the recent WHB cases. An extension would provide for more time to submit accurate fact sheets and a uniform deadline for their submission.

**WHEREAS**, the parties agreed the PFSs for the recent WHB cases would be due on November 1, 2024, the DFSs for the recent WHB cases would be due on January 17, 2025, and these deadlines may be subject to revision based on further discussion and agreement amongst the parties (or, in the absence of agreement, via application to the Court) about why changed circumstances (*e.g.*, a significant additional volume of filings of cases by other law firms) may warrant further adjustment to the deadlines. Nothing about this stipulation changes any obligations of the parties with respect to requirements set out in prior orders as to inclusion of the applicable authorizations/responsive documents.

**THEREFORE**, the parties respectfully request the Court enter the parties' stipulation establishing PFSs for the recent WHB cases are due on November 1, 2024, DFSs for the recent WHB cases are due on January 17, 2025, and these deadlines may be subject to further revision as described in the preceding WHEREAS clause.

1  **IT IS SO STIPULATED.**

                                              Respectfully submitted,

Dated: August 19, 2024  By: */s/ Brian Abramson*
                                              John Eddie Williams, Jr. (*Pro Hac Vice*)
                                              Brian Abramson (*Pro Hac Vice*)
                                              Margret Lecocke (*Pro Hac Vice*)
                                              Walt Cubberly (SBN 325163)
                                              Batami Baskin (*Pro Hac Vice*)
                                              Myles Shaw (*Pro Hac Vice*)
                                              **WILLIAMS HART & BOUNDAS, LLP**
                                              8441 Gulf Freeway, Suite 600
                                              Houston, TX 77017
                                              Tel: (713) 230-2200
                                              Fax: (713) 643-6226
                                              jwilliams@whlaw.com
                                              babramson@whlaw.com
                                              mlecocke@whlaw.com
                                              wcubberly@whlaw.com
                                              bbaskin@whlaw.com
                                              mshaw@whlaw.com

                                              *Counsel for WHB Plaintiffs*

Dated: August 19, 2024  By: */s/ Sarah London*
                                              Sarah R. London (SBN 267083)
                                              **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
                                              275 Battery Street, 29th Floor
                                              San Francisco, CA 94111
                                              Tel: (415) 956-1000
                                              Fax: (415) 956-1008
                                              slondon@lchb.com

                                        By: */s/ Rachel Abrams*
                                              Rachel B. Abrams (SBN 209316)
                                              **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
                                              555 Montgomery Street, Suite 820
                                              San Francisco, CA 94111
                                              Tel: (415) 426-5641
                                              Fax: (415) 840-9435
                                              rabrams@peifferwolf.com

                                        By: */s/ Roopal Luhana*
                                              Roopal P. Luhana (*Pro Hac Vice*)
                                              **CHAFFIN LUHANA LLP**

|   |   |   |
|---|---|---|
| 1 |  | 600 Third Avenue, 12th Floor |
| 2 |  | New York, NY 10016 |
|   |  | Tel: (888) 480-1123 |
| 3 |  | Fax: (888) 499-1123 |
|   |  | luhana@chaffinluhana.com |
| 4 |  |  |
|   |  | *Co-Lead Counsel for Plaintiffs* |
| 5 |  |  |
|   | Dated: August 19, 2024 | By: */s/ Kyle Smith*_____ |
| 6 |  | Kyle N. Smith (*Pro Hac Vice*) |
| 7 |  | Jessica E. Phillips (*Pro Hac Vice*) |
|   |  | **PAUL, WEISS, RIFKIND, WHARTON &** |
| 8 |  | **GARRISON LLP** |
|   |  | 2001 K Street, NW |
| 9 |  | Washington, DC 20006 |
|   |  | Telephone: (202) 223-7300 |
| 10 |  | Facsimile: (202) 223-7420 |
|   |  | ksmith@paulweiss.com |
| 11 |  | jphillips@paulweiss.com |
| 12 |  |  |
|   |  | Randall S. Luskey (SBN 240915) |
| 13 |  | **PAUL, WEISS, RIFKIND, WHARTON** |
|   |  | **GARRISON LLP** |
| 14 |  | 535 Mission Street, 24th Floor |
| 15 |  | San Francisco, CA 94105 |
|   |  | Tel: (628) 432-5100 |
| 16 |  | Fax: (628) 232-3101 |
|   |  | rluskey@paulweiss.com |
| 17 |  |  |
|   |  | Robert Atkins (*Pro Hac Vice*) |
| 18 |  | Jacqueline P. Rubin (*Pro Hac Vice*) |
| 19 |  | Caitlin E. Grusauskas (*Pro Hac Vice*) |
|   |  | Andrea M. Keller (*Pro Hac Vice*) |
| 20 |  | **PAUL, WEISS, RIFKIND, WHARTON &** |
|   |  | **GARRISON LLP** |
| 21 |  | 1285 Avenue of the Americas |
| 22 |  | New York, NY 10019 |
|   |  | Tel: (212) 373-3000 |
| 23 |  | Fax: (212) 757-3990 |
|   |  | ratkins@paulweiss.com |
| 24 |  | jrubin@paulweiss.com |
|   |  | cgrusauskas@paulweiss.com |
| 25 |  | akeller@paulweiss.com |
| 26 |  |  |
|   |  | Michael B. Shortnacy (SBN 277035) |
| 27 |  | **SHOOK, HARDY & BACON, L.L.P.** |
|   |  | 2049 Century Park East, Suite 3000 |
| 28 |  |  |

4

| CASE NO. 3:23-MD-03084 | STIPULATION AND [PROPOSED] ORDER REGARDING CERTAIN FACT SHEET DEADLINES |
|---|---|

Los Angeles, CA 90067
Tele: (424) 285-8330
Fax: (424) 204-9093
mshortnacy@shb.com

Patrick Oot (*Pro Hac Vice*)
**SHOOK, HARDY & BACON, L.L.P.**
1800 K St. NW, Suite 1000
Washington, DC 20006
Tel: (202) 783-8400
Fax: (202) 783-4211
oot@shb.com

*Counsel for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC*

**FILER'S ATTESTATION**

I, Brian Abramson, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: August 19, 2024					By:	*/s/ Brian Abramson*
								Brian Abramson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 3:23-md-03084-CRB<br><br>[PROPOSED] ORDER REGARDING CERTAIN FACT SHEET DEADLINES |

The Court hereby GRANTS the parties' stipulation as follows: the PFSs for WHB cases filed on or after July 27, 2024 in connection with the Court of Appeal's JCCP forum non conveniens opinion (the recent WHB cases) are due on November 1, 2024, the DFSs for the recent WHB cases are due on January 17, 2025, and these deadlines may be subject to revision as described in the final WHEREAS clause of the parties' stipulation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____, 2024

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE