1  William A. Levin (CA Bar No. 98592)
   Laurel L. Simes (CA Bar No. 134637)
2  David M. Grimes (CA Bar No. 324292)
   Samira J. Bokaie (CA Bar No. 332782)
3  **LEVIN SIMES LLP**
4  1700 Montgomery Street, Suite 250
   San Francisco, California 94111
5  Telephone: (415) 426-3000
   Facsimile:  (415) 426-3001
6  Email: wlevin@levinsimes.com
7  Email: llsimes@levinsimes.com
   Email: dgrimes@levinsimes.com
8  Email: sbokaie@levinsimes.com
   *Attorneys for Plaintiff Jane Doe LS 199*
9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
|---|---|
| | Honorable Charles R. Breyer |
| This Document Relates to: *Jane Doe LS 199 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05402 | |

**PLAINTIFF'S NOTICE OF NEW ACTION FILED**

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 19, 2024.

Dated: August 19, 2024                      Respectfully Submitted,

                                            **LEVIN SIMES LLP**

                                            By: /s/ *William A. Levin*
                                                William A. Levin
                                                Laurel L. Simes
                                                David M. Grimes
                                                Samira J. Bokaie
                                                *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

                                            /s/ *William A. Levin*
                                            William A. Levin