| | |
|---|---|
| 1 | C. Brooks Cutter (SBN 121407) |
| 2 | Jennifer S. Domer (SBN 305822) |
|   | Celine E. Cutter (SBN 312622) |
| 3 | **CUTTER LAW, P.C.** |
|   | 401 Watt Ave. |
| 4 | Sacramento, CA 95864 |
|   | (916) 290-9400 |
| 5 | bcutter@cutterlaw.com |
|   | jdomer@cutterlaw.com |
| 6 | ccutter@cutterlaw.com |
| 7 | |
|   | *ATTORNEYS FOR PLAINTIFFS* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB<br><br>*Hon. Judge Charles R. Breyer* |
| THIS DOCUMENT RELATES TO:<br><br>*Roe CL 11, et al. v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-04672<br><br>*Roe CL 14, et al. v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-04680<br><br>*Roe CL 15, et al. v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-04681<br><br>*Roe CL 16, et al. v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-04837<br><br>*Roe CL 17, et al. v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-04915<br><br>*Roe CL 18, et al. v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-04989<br><br>*Roe CL 19, et al. v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-04991<br><br>*Roe CL 20, et al. v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-04992 | |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Pretrial Order No. 6 that Short Form Complaints and Jury Demands have been filed on behalf of Plaintiffs Jane Roe CL 11, Jane Roe CL 14, Jane Roe CL 15, Jane Roe CL 16, Jane Roe CL 17, Jane Roe CL 18, Jane Roe CL 19, and Jane Roe CL 20.

DATED:  August 19, 2024

Respectfully submitted,

/s/ Jennifer S. Domer
Jennifer S. Domer

C. Brooks Cutter
Jennifer S. Domer
Celine E. Cutter
CUTTER LAW, P.C.
401 Watt Avenue
Sacramento, CA 95864
(916) 290-9400
bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com

*ATTORNEYS FOR PLAINTIFFS*

**PROOF OF SERVICE**

I am employed in the County of Sacramento.  I am over the age of eighteen years and not a party to the within entitled action; my business address is Cutter Law P.C., 401 Watt Avenue, Sacramento, California 95864.

On the date below, I served a copy of the following document(s) described as Short Form Complaints for Plaintiffs Jane Roe CL 11, Jane Roe CL 14, Jane Roe CL 15, Jane Roe CL 16, Jane Roe CL 17, Jane Roe CL 18, Jane Roe CL 19, and Jane Roe CL 20 on the interested party(ies) in this action as follows:

| X | **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  Based on Pretrial Order No. 6: Direct Filing, whereby defense agreed to waive formal service of summons, I caused the documents to be sent from **ebell@*cutterlaw.com*** to the person(s) at the e-mail address MDL3084-service-Uber@paulweiss.com. |
|---|---|

Executed on August 19, 2024 at Sacramento, California.

_Elaine Bell_
Elaine Bell

---

3
NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING