1  William A. Levin (CA Bar No. 98592)
2  Laurel L. Simes (CA Bar No. 134637)
   David M. Grimes (CA Bar No. 324292)
3  Samira J. Bokaie (CA Bar No. 332782)
   **LEVIN SIMES LLP**
4  1700 Montgomery Street, Suite 250
   San Francisco, California 94111
5  Telephone: (415) 426-3000
   Facsimile:  (415) 426-3001
6  Email: wlevin@levinsimes.com
7  Email: llsimes@levinsimes.com
   Email: dgrimes@levinsimes.com
8  Email: sbokaie@levinsimes.com
   *Attorneys for Plaintiff Jane Doe LS 275*

9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br>Honorable Charles R. Breyer |
|---|---|
| This Document Relates to:<br>*Jane Doe LS 275 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05415 | |

**PLAINTIFF'S NOTICE OF NEW ACTION FILED**

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 19, 2024.

Dated: August 19, 2024                                   Respectfully Submitted,

                                                         **LEVIN SIMES LLP**

                                                         By: /s/ *William A. Levin*
                                                              William A. Levin
                                                              Laurel L. Simes
                                                              David M. Grimes
                                                              Samira J. Bokaie
                                                              *Attorneys for Plaintiff*

1

PLAINTIFF'S NOTICE OF NEW ACTION FILED

# CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *William A. Levin*
William A. Levin