[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

ALL CASES

Case No. 23-md-03084-CRB

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**

Under Civil Local Rules 7-11 and 79-5(f), Plaintiffs move the Court to consider whether certain material should be sealed. Plaintiffs file these materials under seal out of an abundance of caution because they contain references to documents marked confidential by Uber.

**Material To Be Filed Under Seal**

The material to be filed under seal are portions of Plaintiffs' Motion to Compel Custodial Discovery and related attachments and addenda. Thus, Plaintiffs request the Court consider whether the following should be filed under seal:

| Document | Description | Designating Party |
|---|---|---|
| Ex. 4 to Declaration of Roopal Luhana | A document created by Uber marked Highly Confidential – Attorneys' Eyes Only. | Uber |
| Ex. 7 to Declaration of Roopal Luhana | References to sealed material. | Uber |
| Ex. 8 to Declaration of Roopal Luhana | References to sealed material. | Uber |
| Ex. 9 to Declaration of Roopal Luhana | References to sealed material. | Uber |

| Ex. 10 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
|---|---|---|
| Ex. 11 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 12 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 13 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 14 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 15 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 16 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 17 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 18 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 19 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 20 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 21 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 22 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 23 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 24 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 25 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |

| Ex. 26 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
|---|---|---|
| Ex. 27 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 28 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 29 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 30 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 31 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 32 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 33 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 34 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 35 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 36 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 37 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 37 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 38 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 39 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |

| Ex. 40 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
|---|---|---|
| Ex. 41 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 42 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 43 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 44 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 45 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 46 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 47 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 48 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 49 to Declaration of Roopal Luhana | References to sealed material. | Uber |

Under Local Rule 79-5(f)(3), the Designating Party bears the responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules.  None of the information at issue was marked confidential by Plaintiffs.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

    1.    The Declaration of Sarah R. London in Support of this Motion; and

    2.    A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: August 19, 2024

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
slondon@lchb.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2024, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system, which will automatically send notification

of the filing to all counsel of record.

Dated: August 19, 2024

By: /s/ Sarah R. London
Sarah R. London