IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF SARAH R. LONDON IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
|---|---|

I, Sarah R. London, declare:

1. I am an attorney in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, appointed Co-Lead counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein

2. Because the material was designated confidential by Uber, Plaintiffs filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| Ex. 4 to Declaration of Roopal Luhana | A document created by Uber marked Highly Confidential – Attorneys' Eyes Only. | Uber |
| Ex. 7 to Declaration of Roopal Luhana | References to sealed material. | Uber |
| Ex. 8 to Declaration of Roopal Luhana | References to sealed material. | Uber |
| Ex. 9 to Declaration of Roopal Luhana | References to sealed material. | Uber |

| Ex. 10 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
|---|---|---|
| Ex. 11 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 12 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 13 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 14 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 15 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 16 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 17 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 18 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 19 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 20 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 21 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 22 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 23 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 24 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 25 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |

| | | |
|---|---|---|
| Ex. 26 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 27 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 28 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 29 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 30 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 31 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 32 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 33 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 34 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 35 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 36 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 37 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 37 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 38 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 39 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |

SRL DECL ISO ADMIN MOT.
CASE NO. 3:23-MD-03084

| | | |
|---|---|---|
| Ex. 40 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 41 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 42 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 43 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 44 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 45 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 46 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 47 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 48 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 49 to Declaration of Roopal Luhana | References to sealed material. | Uber |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of August, 2024 in San Francisco, CA.

*/s/ Sarah R. London*
Sarah R. London