IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SESAL** |
|---|---|

Having considered Plaintiffs' August 19, 2024 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Ex. 4 to Declaration of Roopal Luhana | A document created by Uber marked Highly Confidential – Attorneys' Eyes Only. | Uber |
| Ex. 7 to Declaration of Roopal Luhana | References to sealed material. | Uber |
| Ex. 8 to Declaration of Roopal Luhana | References to sealed material. | Uber |
| Ex. 9 to Declaration of Roopal Luhana | References to sealed material. | Uber |
| Ex. 10 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 11 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |

| | | |
|---|---|---|
| Ex. 12 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 13 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 14 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 15 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 16 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 17 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 18 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 19 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 20 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 21 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 22 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 23 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 24 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 25 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 26 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |

[PROPOSED] ORDER RE: ADMIN MOT. TO SEAL
CASE NO. 3:23:MD-03084

| | | |
|---|---|---|
| Ex. 27 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 28 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 29 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 30 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 31 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 32 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 33 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 34 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 35 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 36 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 37 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 37 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 38 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 39 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 40 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |

| Ex. 41 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
|---|---|---|
| Ex. 42 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 43 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 44 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 45 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 46 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 47 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 48 to Declaration of Roopal Luhana | A document produced by Uber in this litigation | Uber |
| Ex. 49 to Declaration of Roopal Luhana | References to sealed material. | Uber |

**IT IS SO ORDERED.**

Dated: _____

HON. LISA J. CISNEROS
United States Magistrate Court Judge