IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**CERTIFICATE OF SERVICE** |

I certify that, on August 19, 2024, a true and correct copy of the UNSEALED/UNREDACTED versions of the following documents:

**UNSEALED Exhibits 4, 7-49 to the Declaration of Roopal Luhana**

were served pursuant to Civil L.R. 5 (a) to each person named below:

Randall Luskey (rluskey@paulweiss.com)
Marc Price Wolf (mpricewolf@paulweiss.com)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100

Robert Atkins (ratkins@paulweiss.com)
Caitlin Grusauskas (cgrusauskas@paulweiss.com)
Andrea Keller (akeller@paulweiss.com)
Marcelo Triana (mtriana@paulweiss.com)
Malika Amaru (mamaru@paulweiss.com)
Louis Murray (lmurray@paulweiss.com)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000

Kyle Smith (ksmith@paulweiss.com)
Jessica Phillips (jphillips@paulweiss.com)

- 1 -

CERTIFICATE OF SERVICE
CASE NO. 3:23-MD-03084

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7407

Michael Brian Shortnacy (mshortnacy@shb.com)
**SHOOK, HARDY & BACON LLP**
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: (424) 285-8330

Patrick Leo Oot, Jr. (oot@shb.com)
**SHOOK, HARDY & BACON LLP**
1800 K Street NW, 10th Floor
Washington, DC 20006
Telephone: (202) 639-5645

Service E-mail
MDL3084-service-Uber@paulweiss.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 19, 2024 in San Francisco, CA.

By: */s Sarah R. London*
Sarah R. London