# EXHIBIT 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Alexander | Eric | Regional Head of Business Development | 2014-07-14 | 2017-06-07 | 2015-06-23 | 2023-10-23 | Heavy involvement in investigating the 2014 Delhi incident and response to that and other sexual assault claims during 2014-2017 time frame. | Y | Not relevant; involvement is ex-US, was President of Business for Uber Asia Pacific; to the extent relevant, cumulative/duplicative of proposed custodian Pimentel. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Amodeo | Michael | Sr Manager, Communications | 2014-09-03 | 2019-09-13 | 2017-03-06 | 2015-07-31 | High level communications manager during critical time period, often cited by media as an Uber spokesperson, including on sexual assault matters, safety issues, driver incentives, rental car partnerships, and local regulations. | N | Cumulative and duplicative of proposed custodian Holt. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Anderson | Brooke | Sr Director, Product Communications | 2015-03-16 | Present | 2016-05-19 | 2017-07-13 | Head of Global Safety Communications from 2016 through 2019, and was intimately involved in "winning strategy" communications and other public campaigns. | Y | Limited relevance due to global role since 2016; cumulative and duplicative of the following proposed custodians:  Boman, Breeden, Cardenas, Hazelbaker, as to U.S. safety communications. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Ayento | Randy | Sr Manager, Claims,Corn ersho pp Employee | 2014-11-01 | Present | 2015-12-29 | 2017-07-13 | Ayento is/was a Senior Manager in the Claims department and noted to be a member of the Incident Response Team, with a high propensity to be involved in complaint tickets. | N | Not relevant; outside of Rides business. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Baker | Ed | Vice President, Growth | 2013-09-03 | 2017-03-03 | 2013-12-04 | 2023-11-29 | Vice President of Growth. Heavily involved in strategy and policies for bringing in new drivers including incentives and checks. | Y | Relevant communications likely to be in Kalanick's file: also cumulative and duplicative of Cinelli, Sheridan. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Barnes | William | Director, GM | 2012-03-05 | 2017-10-25 | 2016-03-24 | 2015-07-31 | First 50 employee, Director, GM and at Uber for critical years of 2012 through 2017, managed operations for several states; oversaw inception of customer support org and driver empathy programs. | N | Cumulative and duplicative of the following proposed custodians: Holt, Kalanick, Kaiser. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Barreto | Amos | Sr Staff Data Engineer | 2011-09-05 | 2017-08-01 | 2015-06-23 | none | High level data/software engineer. Created and led the Marketplace organization, responsible for providing efficient and reliable transport of passengers including dispatch optimization algorithms, supply positioning, and logistics. | N | Not relevant; role is attenuated from core issues in this litigation; to the extent relevant, cumulative and duplicative of proposed custodian Freivogel. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Blinick | Adam | Sr Director, Public Policy | 2014-08-11 | Present | 2017-05-14 | 2023-11-29 | High level public policy manager/director involved in significant lobbying/communications with governmental leaders regarding regulatory compliance including background checks and TNC status. | Y | Attenuated relevance due to Canadian role from 2017-2019; cumulative and duplicative of the following proposed custodians: Hazelbaker, Breeden. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Burke | Jordan | Director, Global Research & Insights | 2015-06-08 | 2020-09-11 | 2017-03-10 | none | Responsible for consumer and market research; responsible for reputation studies and marketing towards brand safety with focus on rider assaults; significant political/ governmental ties. | Y | Limited relevance due to global role; inasmuch as relevant, cumulative and duplicative of the following proposed custodians: Hazelbaker, Holt, Lake, Parker, Silver. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Byrne | Andrew | VP, Global Public Policy | 2014-11-24 | Present | 2017-03-06 | 2023-11-29 | Oversight of public policy team, responsible for coordinating lobbying efforts to ensure Uber remains in good standing with local officials and to fend off regulatory efforts that might negatively affect Uber. | Y | Global role - especially prior to 2019 when responsibilities were Europe-Focused Cumulative and duplicative of the following proposed custodians:  Boman, Breeden, Hazelbaker, McLoughlin, Maiolino. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Cabrera | Ashley | Sr. Program Manager - Safety Support | 2016-12-08 | 2024-05-31 | 2019-08-23 | 2020-10-30 | Uber employee for nearly a decade in the Safety Support department; managed critical issues within investigations department and provided branded support to customers: heavily involved with high priority cases with great visibility and used JIRA to prepare stakeholders for response | N | Cumulative and duplicative of the following proposed custodians: Baker, Freivogel, Gibbons, Kaiser, Richter-Eason, Stevenson. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Chang | Frank | Vice President, Applied Science,Mid-Market Account Executive, Uber for Business | 2014-03-01 | Present | 2019-10-03 | 2021-12-15 | Lead data scientist and data and product analyst: Involved in the creation of systems and processes for handling misconduct allegations. Headed team and involved/responsible for taxonomy for safety report. | Y | Global role - burdensome and disproportional due to wide scope of responsibilities outside the scope of this litigation; to the extent relevant, cumulative and duplicative of the following proposed custodians:  McDonald, Freivogel, Fuldner, Kaiser, Parker. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Coker | Lucas | Investigations Operations Manager | 2015-10-21 | 2019-08-02 | 2017-07-13 | 2017-07-13 | Investigations Operations Manager for a key department; heavily involved responding to incident reports; in informing policies and procedures for trust and safety teams. | N | Cumulative and duplicative of the following proposed custodians: Brown, Gibbons, Richter-Eason, Stevenson. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Dobbs | Chad | Director, Head of U.S. City Operations | 2013-04-22 | Present | 2013-12-04 | 2021-12-15 | Involved in broad areas of importance including background checks, safety report budgeting, peer-to-peer regulatory and legal issues, emergency call button feature, taxi regulations; has served as witness/provided declarations in lawsuits regarding independent contractor status, driver compensation. | N | Cumulative and duplicative of the following proposed custodians: Cinelli, Irving, Sheridan. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Farrow | Caitlin | Investigations Team Lead I | 2015-08-10 | 2020-04-12 | 2019-07-22 | 2019-05-08 | Involved in managing and providing detailed reports and using Zendesk to respond to urgent customer incidents; provided strategic plans for process improvements within Jira; managed end-to-end investigation support experiences; crafted strategies to elevate an empathetic response for customers. | N | Cumulative and duplicative of the following proposed custodians: Baker, Cardenas. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Flynn | John ("Four") | Chief Information Security Officer | 2015-07-06 | 2020-07-27 | 2017-05-02 | 2023-11-29 | Detailed knowledge of Uber's information systems and infrastructure. | Y | CISO role is very broad in scope and of limited relevance here: the following custodians have knowledge about relevant data systems: Baker, Freivogel. |
| Fogg | Chad | Sr. Manager, Global Ethics & Compliance | 2015-05-11 | Present | 2016-03-24 | 2021-12-15 | Involved in legal and regulatory compliance including in relation to rider assault claims. | N | Global role Cumulative and duplicative of the following proposed custodians:  Cinelli, Holt. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Foran | Timothy | Product Manager II | 2013-09-23 | 2020-12-04 | 2013-12-04 | 2017-07-13 | Significant involvement in driver onboarding, led program and operations management for all aspects of driver background checks in US; development of regulatory compliance processes and protocols; built program for automating background checks. | N | Limited role in core issues in this litigation; inasmuch as relevant, cumulative and duplicative of the following proposed custodians: Brown, Freivogel, Irving. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Graves | Ryan | Sr Vice President, Operations | 2010-03-05 | 2017-12-01 | 2013-12-04 | 2023-11-29 | First Uber employee, involved with all aspects of Uber in formative years. | Y | Limited relevance, global role - title was SVP of Global Operations; inasmuch as relevant, cumulative and duplicative of the following proposed custodians:  Holt, Kalanick. |
| Hawk | Cassie | Program Specialist III - Investigations | 2017-04-03 | Present | 2020-06-24 | 2021-01-29 | Created "playbooks" for investigations and collecting and analyzing quality assurance and trend data; improving investigations processes. | N | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Hendrick | Susan | Manager, External Affairs | 2016-05-09 | Present | 2017-07-13 | 2017-07-13 | in response to sexual assault claims; served in Safety Communications and Federal Communicaitons roles. | N | Cumulative and duplicative of the following proposed custodians: Boman, Breeden, Cardenas, Hazelbaker, Maiolino, Richer-Eason. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Henley | Mat | Director, Engineering | 2015-06-15 | 2018-05-04 | 2015-03-04 | 2023-11-29 | Head of Global Threat Operations; Led team of engineers, analysts and investigators for rider safety. Uber s first communications | Y | Not relevant; focus on cybersecurity that is far attenuated from core issues in this litigation. Inasmuch as relevant, culumative and duplicative of proposed custodian Kalanick. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Hourdajian | Nairi | Director of Corporate Product Communication | 2013-06-01 | 2016-10-01 | 2015-01-26 | 2023-11-29 | employee: built out the role over the course of 3 years: knowledge of Uber legal and regulatory obstacles. | Y | Cumulative and duplicative of the following proposed custodians: Carley, Hazelbaker, Holt |
| Johnson | Brian | Regional Operations Manager | 2016-12-12 | Present | 2022-06-13 | 2023-11-29 | Involved in customer safety initiatives, review and response to incident reporting. | Y | Cumulative and duplicative of the following proposed custodians: Akamine, Freivogel, Pimentel. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Jones | Mark | Director, Public Safety - Analysis & Insights | 2015-04-13 | 2023-08-01 | 2016-05-19 | 2015-07-31 | Head of investigations and law enforcement operations/liaison; director of public safety; understands how data can be used to assist investigators and law enforcement; safety initiative strategy. | Y | Cumulative and duplicative of the following proposed custodians: Kaiser, McLoughlin. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Joyce | Meghan | Sr. Director, Head of City Operations, US - Rides | 2013-04-30 | 2019-04-12 | 2013-12-04 | 2023-11-29 | Responsible for business outcomes and rider and driver experience in communities across the US & Canada; oversaw driver screening system, involved in lobbying, has spoken publicly about safety concerns for women riders. | N | Cumulative and duplicative of the following proposed custodians: Brown, Fuldner, Kaiser, Stevenson. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Kawada Page | Jodi | Director, Chief of Staff to Chief Legal Officer | 2016-12-12 | Present | 2019-04-06 | 2019-08-26 | Significant role in legal department and communications over important time period. | Y | Not relevant due to Legal Department role; cumulative and duplicative of the following proposed custodians as to U.S. Safety Reports:  Anthony, Boman, Fuldner, Hazelbaker, McDonald, Parker. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Kintz | Justin | Vice President, Policy & Communications | 2013-09-09 | 2021-02-01 | 2016-05-19 | 2023-11-29 | Registered as lobbyist on behalf of Uber in numerous jurisdictions; considered public policy spokesperson for Uber; worked to educate lawmakers and policymakers about Uber's business model. | Y | Limited relevance due to significant ex-US involvement, including as VP Global Public Policy; inasmuch as relevant, cumulative and duplicative of the following proposed custodians: Hazelbaker, Breeden. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Lewis (Avallon) | Jenny | Director, Marketing Strategic Initiatives | 2014-07-07 | 2021-10-15 | 2016-12-29 | 2023-11-29 | Led Uber's most innovative marketing campaigns to help drive rocket ship growth. | Y | Cumulative and duplicative of the following proposed custodians: Hazelbaker, Holt, Lake, Parker, Silver. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| MacDonald | Andrew | Senior Vice President, Mobility and Business Operations | 2012-05-21 | Present | 2015-03-12 | 2023-11-29 | Oversees teams that manage Global Rides business, Community Operations, Safety: one of the longest-tenured members of executive team; made public statements about in-app panic button. | Y | As Judge Schulman noted, cumulative and duplicative of the following proposed custodians with national roles:  Cinelli, Holt, Irving. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Maredia | Sarfraz | VP, RGM US&C Delivery | 2014-09-15 | Present | 2017-07-13 | 2017-07-13 | Prior to current role, considered to be the man who "ran" uber in NY; made public comments about improving safety using emergency button in response to kidnapping of female passenger in NY; involved in responding to incident reports. | Y | Limited relevance due to current non-Rides role and significant prior responsibilities outside of Rides business (VP for Uber Eats, Postmates before current role of Head of Americas, Delivery); to the extent relevant, cumulative and duplicative of the following proposed custodians:  Holt, Akamine, Payne. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Marshall | Jeff | Regional Lead, Community Operations | 2015-04-01 | 2018-04-01 | 2015-07-31 | 2015-07-31 | Part of Safety Response Team for deactivations; manager within safety investigations team 2015-2018. | N | Cumulative and duplicative of the following proposed custodians: Baker, Kaiser. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Michael | Emil | Sr Vice President, Business | 2013-09-03 | 2017-06-11 | 2016-11-09 | 2023-11-29 | Uber Chief Business Officer during critical time period; takes credit for leading Uber through a period of exponential growth. | Y | Cumulative and duplicative of the following proposed custodians: Fuldner, Hazelbaker, Kalanick as to ELT development; cumulative duplicative of Cinelli, Irving, Sheridan as to business role. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Patel | Niraj | GM, Consumer Vehicles | 2014-08-04 | Present | 2017-06-03 | 2023-11-29 | High level strategy manager who led projects across core business functions including strategy, operations, marketing, customer support; involved in managing internal communications; implementing customer support response policies. | N | Cumulative and duplicative of the following proposed custodians: Holt, Irving, Sheridan. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Pham | Thuan | Chief Technology Officer | 2013-04-15 | 2020-05-16 | 2015-03-04 | 2023-11-29 | One of the longest-serving top executives at Uber, was part of Kalanick's "A team" of trusted advisers. Was involved with "building Uber." | Y | CTO role - limited involvement in issues in this litigation; inasmuch as relevant, cumulative and duplicative of the following proposed custodians:  Fuldner, Kalanick. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Picinich | Paul | Senior Manager, Fleets & 3P Supply | 2015-05-11 | Present | 2015-12-29 | 2021-12-15 | Leads vision, team design, and active management of a geo-distributed team of Regulatory Strategy & Operations Managers with focus on driver safety screenings, incidents, government data reporting, customer support, marketplace and regulatory strategy. | N | Limited relevance, outside of Rides business (fleets): to the extent relevant, cumulative and duplicative of proposed custodian Sheridan. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Poetzscher | Cameron | VP, Corporate Development | 2014-03-31 | 2018-10-24 | 2016-11-09 | 2023-11-29 | Head of finance involved in measures to cut costs including related to background checks. | Y | Limited involvement in issues related to this litigation: inasmuch as relevant, cumulative and duplicative of proposed custodian Cinelli. |
| Rikhye | Vaibhav | Sr. Director, Strategy & Planning | 2014-10-20 | 2021-04-23 | 2017-03-10 | 2023-11-29 | Involved in discussions re: streamlining background check process for more efficient driver onboarding process. | Y | Cumulative and duplicative of the following proposed custodians: Brown, Freivogel, Irving. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Schroeder | Eric | Various, including Senior Manager, Head of Safety & Consumer Protection Pubilc Policy | 2015-02-01 | 2021-01-01 | 2016-11-11 | 2021-12-15 | Lead global safety operations; significant involvement in sexual misconduct policy discussions as well as individual incident reports. | Y | Limited relevance due to global role (Head of Global Safety Operations 2018-2021); to the extent relevant, cumulative and duplicative of the following proposed custodians:  Brown, Fuldner, Freivogel, Gibbons, Kaiser, Richter-Eason, Stevenson. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Shuping | Valerie | Sr. Program Manager, Tech | 2015-03-23 | 2021-06-04 | 2016-07-15 | 2022-01-06 | Operations and Logistics 3/151/19, then Global Safety manager 1/19-6/21. Involved with assessing driver safety risk and applicable driver policies based on risk assessment; work on driver appeals process; involved in analyzing Sexual Misconduct policy and suggesting updates to | N | Limited relevance due to global role (Global Safety Manager Program Mgr or Sr. Global Safety Program Mgr. 2019-2021); to the extent relevant, cumulative and duplicative of the following proposed custodians:  Breeden, Gibbons, Payne, Sheridan |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Sullivan | Mike | Sr. Director, Public Safety - Global | 2016-10-10 | Present | 2017-03-06 | 2023-11-29 | protecting the safety of those who interface with Uber locally and globally where in which Uber operates; 100+ former attorneys, law enforcement professionals, military, intelligence officers, data scientists, and product engineers, bringing extensive and wide-ranging experience in public safety operations, counterterrorism, insider threat assessment, data privacy, global governance, risk management, technology innovation, and business continuity. Oversees liaison network and 24-7 public safety & health response team that fields requests from and deals with law enforcement and public health agencies to address serious incidents and emerging safety issues.<br>Uber s first Chief Security Officer, | Y | Attorney who oversees team of attorneys; to the extent relevant, cumulative and duplicative of the following proposed custodians on the business side:  Kaiser, McLoughlin. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Sullivan | Joseph | Chief Security Officer | 2015-04-27 | 2017-11-21 | 2015-03-04 | none | hired at a time when Uber was experiencing multiple safety issues; focus on safety of riders and drivers | Y | CISO role is very broad in scope and of limited relevance here: the following custodians have knowledge about relevant data systems:  Baker, Freivogel. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Twomey | Pat | Director, Data Science | 2012-06-04 | 2019-09-06 | 2013-12-04 | none | Analytics leadership roles on numerous teams including Growth, Data Science, and Product Strategy. Involved with driver activation and analyzing and maintaining driver supply. | N | Cumulative and duplicative of the following proposed custodians: Brown, Cinelli, Holt, Kalanick, McDonald, Pimentel. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Weber | Christopher | Senior Product Manager, Expansion | 2013-06-26 | 2021-04-09 | 2013-12-04 | 2023-11-29 | Early employee through important 2015-2018 time period; involved in background check development; public statements about "glaring" cultural problems within the company that surfaced in 20162017 that he attributes to "growing too quickly," and that business successes were "covering up some deficiencies in how we ran the business, how people were treated in the business." | Y | Not relevant due to global and non-rides roles - Global Head of Kitchen Collectives organization within Uber. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| West | Tony | Senior Vice President, Chief Legal Officer and Corporate Secretary | 2017-11-20 | Present | 2017-11-17 | 2023-11-29 | Leads Uber's Ethics functions; introduced transparency initiatives; Safety Reports released under his leadership. | Y | Attorney and CLO: cumulative and duplicative of the following proposed custodians as to US Safety Reports:  Anthony, Boman, Hazelbaker, McDonald. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Whaling | Kayla | Work Communications | 2016-07-18 | 2021-09-21 | 2015-07-31 | 2015-07-31 | Worked closely with Jodi Kawada Page. Worked in Safety Communications from 8/201610/2021. Responded to media re: sexual assault investigation, background checks, in-app emergency assistance, Safety Toolkit, Real-Time ID check, Verify Your Ride. | N | Cumulative and duplicative of the following proposed custodians: Boman, Breeden, Cardenas, Hazelbaker, Richter-Eason. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Whetstone | Rachel | SVP of Communications and Public Policy | 2015-06-08 | 2017-10-11 | 2016-05-19 | 2023-11-29 | Head of policy and communications, media spokesperson: reported as someone who spoke freely within the company; direct involvement with handling of Delhi case. | Y | Limited relevance due to global role; cumulative and duplicative of the following proposed custodians:  Breeden, Hazelbaker, Kalanick. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| White | Davis | Director, Policy & Communications | 2016-02-01 | 2021-07-01 | 2019-10-03 | 2023-11-29 | Involved with efforts regarding Uber's "kill list" of legislation Uber considers "anti-Uber"; involved considerations of background check requirements; worked with journalists to publish Uber pieces. | Y | Limited relevance to core issues in this litigation; to the extent relevant, cumulative and duplicative of the following proposed custodians:  Breeden, Hazelbaker. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Wing | Matthew | Director, Head of Earner PMM | 2015-01-20 | 2022-08-01 | 2017-03-06 | 2017-07-13 | Media spokesperson related to safety communications; decisionmaker regarding how and when to issue public response to sexual assault issues; involved in pressuring media to kill or change reports | N | Cumulative and duplicative of the following proposed custodians: Hazelbaker, Lake, Parker. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Uber's 6.19.2024 Response to Plaintiffs' 50 Priority Custodians. Columns A-I as provided by Pltfs. 6.17.2014

| Last Name | First Name | Title | Employment Start Date (approx) | Employment End Date (approx) | First Litigation Hold | First Sexual Assault Litigation Hold | Plaintiff's Raionale for Inclusion | On JCCP proposed 143 | Uber Response |
|---|---|---|---|---|---|---|---|---|---|
| Wuu | Jena | Senior Public Policy Associate, Safety | 2012-09-10 | 2018-03-01 | 2016-05-19 | 2017-07-13 | Early date of employment and employment through the Kalanick years; claims to be one of the "First 100" at Uber. Was involved with public policy, governmental interactions, and strategy; advocated for adoption of model rideshare safety legislation; development and implementation of core business operating principles regarding women's safety. | N | Not relevant; had primarily ex-US responsibilities; to the extent relevant, cumulative and duplicative of the following proposed custodians:  Hazelbaker, Holt, Kalanick. |