# EXHIBIT 3

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Former Title(s)** | **Years of Employment** | **Legal Hold Date** |
| Akamine, Mike | Director, Product Management | [none] | Oct. 2019- Present | 11/29/2023 |
| Anthony, Brittany | Public Policy Manager, Safety | • 2020-2021 – Head of Global Women's Safety Policy<br>• 2019 -2020 – Senior Program Manager, Safety & Transparency | Feb. 2019- May 2021 | 3/9/2020 5/30/2020 7/7/2020 12/4/2020 8/13/2020 12/3/2020 5/25/2021 11/29/2023 |
| Baker, Matthew | Sr. Program Leader - Safety Support | • 2022- Present – Sr. Program Leader, Safety Support<br>• 2021-2022 – Program Lead, Safety Support<br>• 2020-2021 – Sr. Program Manager, Safety Support<br>• 2016-2020 – Program Manager, Safety Support<br>• 2014-2016 – Community Operations Manager | July 2014- Present | 12/15/2021 7/19/2023 11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Former Title(s)** | **Years of Employment** | **Legal Hold Date** |
| Boman, Emilie | Director, Public Policy | • 2023- Present – Director, Global Public Policy, Safety, Privacy & Consumer Protection<br>• 2020-2023 – Director, Global Public Policy, Safety & Delivery<br>• 2017-2020 – Global Head of Public Policy, Uber Eats & Delivery<br>• 2016-2017 – Public Policy, U.K. & Ireland | April 2016-Present | 11/29/2023 |
| Breeden, Tracey | Head of Global Women's Safety and Gender-Based Violence Strategy, Programs and Operations | • 2018-2020 – Head of Global Women's Safety & Gender-Based Violence Programs<br>• 2016-2018 – Safety Communications Sr. Manager | July 2016-Sept. 2020 | 1/4/2022 11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Former Title(s)** | **Years of Employment** | **Legal Hold Date** |
| Brown, Greg | Regional Director, Safety - US&C | • 2022-Present – Director of Safety, U.S. & Canada<br>• 2019-2020 – Senior Program Lead, Safety & Risk<br>• 2017-2019 – Program Lead Safety<br>• 2015- 2017 – Senior Operations Manager<br>• 2014-2015 Operations and Logistics Manager | July 2014- Dec. 2020; Sept. 2022-Present | 7/19/2023 11/29/2023 |
| Cardenas, Philip | Head of Safety | 2014-2016 - Safety and Security | 2014-2016 | 7/31/2015 11/29/2023 |
| Cinelli, Dennis | VP, Operations | • 2021-2022 – Vice President, Head of Mobility, U.S. & Canada<br>• 2016-2021 – VP, Global Head of Strategic Finance<br>• 2019-2020 Head of Jump (eScooter and eBikes) | June 2016- June 2022 | 11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Former Title(s)** | **Years of Employment** | **Legal Hold Date** |
| Freivogel, Cory | Head of Platform Safety, US&C | • 2022-Present – U.S. & Canada Head of Platform Safety Operations<br>• 2021-2022 – U.S. & Canada Safety Operations Lead \|Platform Safety<br>• 2020-2021 – U.S. Canada Safety Operations Lead \| Uber Eats<br>• 2019-2020 – Sr. Program Manager \| Safety Support<br>• 2017-2019 – Program Manager \| Safety Support<br>• 2017-2017 – Project Manager \|Safety Support<br>• 2015-2017 – Community Operations Manager | Aug. 2015-Present | 7/4/2019<br>12/3/2020<br>12/15/2021<br>7/19/2023<br>11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Former Title(s)** | **Years of Employment** | **Legal Hold Date** |
| Fuldner, Gus | Sr Vice President, Core Services | • 2022-Present – SVP, Core Services<br>• 2021-2022 – VP, Core Services<br>• 2018-2021 – VP, Safety and Insurance<br>• 2017-2018 – Senior Director, Head of Safety and Insurance<br>• 2015-2017 – Senior Director, Global Head of Insurance<br>• 2013-2015 – Director, Head of Insurance | Nov. 2013-Present | 7/13/2017<br>11/29/2023 |
| Gibbons, Catherine | Senior Director, Global Head of Platform Safety, Identity, Risk & Payments Support | • 2023-Present - Senior Director, Head of Platform Safety, Identity, Risk & Payments, Community Operations<br>• 2022 - Director, Global Head of Platform Safety, Identity, Risk & Payments, Community Operations<br>• 2021-2023 - Director, Global Head of Platform Safety and Identity, Community Operations<br>• 2019-2021 - Senior Manager, Global Safety Support, Core Services | May 2018 - Present | 8/5/2022 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Former Title(s)** | **Years of Employment** | **Legal Hold Date** |
| | | • 2018-2019 - Manager, Global Safety Support, Core Services | | |
| Hazelbaker, Jill | SVP, Marketing and Public Affairs | [none] | Nov. 2015-Present | 11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Former Title(s)** | **Years of Employment** | **Legal Hold Date** |
| Holt, Rachel | VP & Head of New Mobility | • 2018-2020 – VP/Head of New Mobility<br>• 2016-2018 – VP and Regional  General Manager, U.S. & Canada<br>• 2015-2016 – Regional General Manager, East & West Coast<br>• 2013–2015 – Regional General Manager, East<br>• 2011–2013 – General Manager, Washington, D.C. | Oct. 2011-2020 | 11/29/2023 |
| Irving, Camiel | VP, Operations | • 2022–Present VP, General Manager of U.S. & Canada Mobility Operations<br>• 2021-2022 – Director, Head of Marketplace – U.S. & Canada Mobility<br>• 2019-2021 – Sr. Manager, Rider Engagement and Pricing – U.S. & Canada Mobility Operations<br>• 2018-2019 Rider Pricing Lead – U.S. & Canada Mobility Operations | Aug. 2018-Present | 11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Former Title(s)** | **Years of Employment** | **Legal Hold Date** |
| Kaiser, Roger | Senior Director, Global Head of Safety Operations | • 2021-Present – Head of Safety<br>• 2017-2021 – Director, Community Operations<br>• 2016-2017 – Head of Customer Support, U.S. Safety and Risk Incidents<br>• 2014-2016 – Law Enforcement Engagement Operations | Sept. 2014-Present | 12/15/2021<br>7/19/2023<br>11/29/2023 |
| Kalanick, Travis | Founder, CEO, Board Member | [none] | 2009-2017 | 11/29/2023<br>11/29/2023 |
| Khosrowshahi, Dara | CEO | [none] | 2017-Present | 11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Former Title(s)** | **Years of Employment** | **Legal Hold Date** |
| Lake, Carley | Marketing Manager | • 2019-2020 – Global Product Marketing Director – Safety & Insurance<br>• 2019 -  Senior  Global Product Marketing + Program Manager – Safety & Insurance<br>• 2017-2019 – Global Product Marketing + Program Manager II – Safety & Insurance<br>• 2016-2017 – Regional Marketing Strategist – U.S. & Canada, Campaigns<br>• 2016 – Marketing Manager Lead – Southern California, Brand & Content<br>• 2014-2016 – Launcher – Southern California | Jan. 2014-Mar. 2020 | 11/29/2023 |
| Madsen, Alex | Head of Interpersonal Safety | • 2022-Present Global Head of Interpersonal Violence<br>• 2021-2022 – Global Head Women's Safety | Sept. 2021-Present | 12/15/2021<br>11/29/2023 |
| Maiolino, Elise | Manager, Public Policy, Women's Safety | 2021-Present - Global Head, Women's and Personal Safety Policy | Sept 2021 - Present | 11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Former Title(s)** | **Years of Employment** | **Legal Hold Date** |
| McDonald, Katherine | Director, Data Science, Tech | • 2023-Present Director<br>• 2021-2023 - Senior Manager<br>• Data Analytics Manager II, Safety and Insurance<br>• 2018-2019 – Data Analytics Manager, Safety and Insurance<br>• 2018-2019 – Risk Strategy Analyst II<br>• 2016-2017 – Strategy  Analyst, Trust and Safety<br>• 2016 - Trust and Safety Development Specialist<br>• 2014-2016 - Operations and Logistics Manager | Aug. 2014-Present | |
| McLoughlin, Lourdes | Director, Public Safety - Americas | • 2023-Present Director, Public Safety – Americas<br>• 2019-Present – Director Law Enforcement Operation LATAM at Uber<br>• 2019-Present Head of Law Enforcement Operations Latin America | Feb. 2019-Present | 11/29/2023 |
| Parker, Kate | Director, Safety Marketing | [none] | June 2016-June 2020 | 11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Former Title(s)** | **Years of Employment** | **Legal Hold Date** |
| Payne, Rebecca | Group Product Manager | • 2023-Present – Group Product Manager – Uber Grocery, Delivery Experience<br>• 2022-2023 – Group Product Manager – Safety<br>• 2018-2022 – Senior Product Manager | Mar. 2018-Present | 12/15/2021<br>5/8/2023<br>7/19/2023<br>11/29/2023 |
| Pimentel, Andi | Sr Product Manager, Tech | • 2019-Present – Chief of Staff to the CEO<br>• 2016-2018 Chief of Staff to COO<br>• 2014-2016 – Business Development<br>• 2012-2014 - Operations | Oct. 2012-Present | 11/29/2023 |
| Richter-Eason, Emily | Sr Program Leader, Comm Ops | • 2021-Present – Senior Program Leader, Global Safety Compliance Operations<br>• 2020-2021 – Sr. Program Manager, Platform Identity Operations Program<br>• 2018-2020 – Program Manager, Global Safety Support Quality and Compliance | July 2018-Present | 11/29/2023 |

| MDL 3084 - Proposed Uber Custodian List | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Former Title(s)** | **Years of Employment** | **Legal Hold Date** |
| Sheridan, Danielle | Senior Director, Global Memberships | • 2023-Present – Senior Director & General Manager, Head of Global Membership <br> • 2020-2022- Senior & General Manager, Head of U.S. Cities <br> • 2017-2020 – Director, Head of U.S. & C Safety & Quality <br> • 2015-2017 – Senior Manager, Driver Growth & Experience <br> • 2014-2015 – Head of Driver Operations, State of Indiana, Oklahoma | Dec. 2014- Nov. 2022; Sept. 2023- Present | 11/29/2023 |
| Silver, Nick | Director, Head of US&C Mobility Marketing | • 2021-Present – Head of Marketing, U.S. & Canada <br> • 2021-2022 – Global of Consumer Product Marketing and Safety Marketing <br> • 2019-2021 – Head of Product Marketing – Safety <br> • 2017-2019 – Senior Product Marketing Manager – Safety | Dec. 2017- Present | 11/29/2023 |
| Stevenson, Troy | Global Head of Community Operations | 2016-Present - Global Head of Customer Operations | Oct. 2016- Present | 8/3/2022 11/29/2023 |