# EXHIBIT 5

| | |
|---|---|
| **From:** | LJC CRD |
| **To:** | Sara Peters |
| **Cc:** | Oot, Patrick L. (SHB); Roopal Luhana; Gromada, Veronica G. (SHB); Beth Wilkins |
| **Subject:** | RE: Report on Uber MDL M&C |
| **Date:** | Monday, July 8, 2024 7:52:22 PM |
| **Attachments:** | image002.png |

Hello All,

The Judge would like to congratulate the parties on their progress and has said the parties are free to go.

Thank You,

**Brittany Nicole Sims**
*Courtroom Deputy to the Honorable Magistrate Judge Lisa J. Cisneros*
United States District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102
Phone: 415-522-2043
Brittany_Sims@cand.uscourts.gov

---

**From:** Sara Peters <speters@WalkupLawOffice.com>
**Sent:** Monday, July 8, 2024 5:45 PM
**To:** LJC CRD <LJCCRD@cand.uscourts.gov>
**Cc:** Oot, Patrick L. (SHB) <OOT@shb.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Gromada, Veronica G. (SHB) <vgromada@shb.com>; Beth Wilkins <Wilkins@chaffinluhana.com>
**Subject:** Report on Uber MDL M&C

**CAUTION - EXTERNAL:**

Dear Ms. Sims:

The parties have a report following today's in-person meet and confer process.

The parties reached an agreement as to 55 total custodians that will be for both the JCCP and the MDL. These 55 custodians must include 9 for whom production has already begun. The plaintiffs reserve the right to request additional custodians for good cause if the need arises as discovery progresses.

Search term negotiations for the MDL are ongoing, and will apply to these custodians.

There is not yet agreement about the names of the custodians. In order to avoid delay in moving toward a production date, the parties have agreed to the following schedule moving

forward:
1. By July 10 or 11: Uber will provide metadata regarding the dates covered by the 26 custodians already chosen in the JCCP.
2. On July 12 (or 15 at the latest), the plaintiffs will provide a list of custodians.
3. By July 26 (or July 29 if the plaintiffs sent their list on the 15th rather than the 12th) Uber will provide a response with specific objections detailing their rationale. Uber will endeavor to provide metadata for any custodians to whom it objects.
4. The parties will meet and confer, including during a Zoom meeting on July 30, with the goal of reaching an agreement and avoiding the need for briefing.
5. By August 5, if the parties are not able to reach agreement re custodians, Uber will provide its PTO 8 re any remaining disputes to plaintiffs.
6. The parties would like to leave some flexibility to negotiate a slightly longer schedule for responsive briefing than the schedule outline in PTO 8 (depending on the number of custodians Uber disputes) but the intention is to fully brief any disputes by August 16.



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.