UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL CUSTODIAL DISCOVERY** |
| This Document Relates to:<br><br>All Cases | Judge: Honorable Lisa J. Cisneros<br>Date:<br>Time:<br>Via: |

1  Before the Court is Plaintiffs' Motion to Compel Custodial Discovery. Having considered
2  the Motion, the Court orders Uber to produce complete custodial files for the following
3  custodians: (1) Brooke Anderson, (2) Ed Baker, (3) Adam Blinick, (4) Frank Chang, (5) Ryan
4  Graves, (6) Mat Henley, (7) Nairi Hourdajian, (8) Meghan Joyce, (9) Matt Kallman, (10) Justin
5  Kintz, (11) Andrew MacDonald, (12) Emil Michael, (13) Thuan Pham, (14) Cameron Poetzscher,
6  (15) David Richter, (16) Joe Sullivan, (17) Pat Twomey, (18) Tony West, and (19) Rachel
7  Whetstone.

**IT IS SO ORDERED.**

Dated: _____

HON. LISA J. CISNEROS
United States Magistrate Judge