1     [Submitting Counsel below]

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8     IN RE: UBER TECHNOLOGIES, INC.,          Case No. 23-md-03084-CRB
      PASSENGER SEXUAL ASSAULT
9     LITIGATION
                                               **ADMINISTRATIVE MOTION TO**
10                                             **REMOVE INCORRECTLY FILED**
      This Document Relates to:                **DOCUMENT**
11
      ALL CASES
12

13

14          Plaintiffs respectfully request that the Court remove two incorrectly filed documents,

15   which Plaintiffs filed on August 19, 2024 as Exhibits 1 and 2 to Plaintiffs' Motion to Compel

16   Custodial Discovery. ECF Nos. 1137-2, 1137-3. The documents have been designated as

17   confidential by Uber, which has requested their removal from the public docket.

18          Plaintiffs will file a separate Administrative Motion to Consider Whether Another Party's

19   Material Should Be Sealed pursuant to Civil Local Rule 79-5(f) regarding these documents.

20          This Motion is accompanied by a Proposed Order.

21

22   Dated: August 20, 2024                    Respectfully submitted,

23                                             By: */s/ Sarah R. London*
                                               Sarah R. London (SBN 267093)
24

25                                             **LIEFF CABRASER HEIMANN &**
                                               **BERNSTEIN, LLP**
26                                             275 Battery Street, 29th Floor
                                               San Francisco, CA 94111-3339
27                                             Telephone: (415) 956-1000
                                               Facsimile: (415) 956-1008
28                                             slondon@lchb.com

                                 - 1 -         ADMIN MOT. TO SEAL
                                               CASE NO. 23-MD-03084-CRB

1

2          By: */s/ Rachel B. Abrams*
           Rachel B. Abrams (SBN 209316)
3

4          **PEIFFER WOLF CARR KANE
           CONWAY & WISE, LLP**
5          555 Montgomery Street, Suite 820
           San Francisco, CA 94111
6          Telephone: (415) 426-5641
           Facsimile: (415) 840-9435
7          rabrams@peifferwolf.com

8

9          By: */s/ Roopal P. Luhana*
           Roopal P. Luhana
10

11         **CHAFFIN LUHANA LLP**
           600 Third Avenue, 12th Floor
12         New York, NY 10016
           Telephone: (888) 480-1123
13         Facsimile: (888) 499-1123
           luhana@chaffinluhana.com
14

15         *Co-Lead Counsel for Plaintiffs*

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMIN MOT. TO SEAL
                                   CASE NO. 23-MD-03084-CRB