1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6

7               FOR THE NORTHERN DISTRICT OF CALIFORNIA

8    IN RE: UBER TECHNOLOGIES, INC.,          Case No. 23-md-03084-CRB
     PASSENGER SEXUAL ASSAULT
9    LITIGATION
                                              **[PROPOSED] ORDER GRANTING**
10   _____           **ADMINISTRATIVE MOTION TO**
                                              **REMOVE INCORRECTLY FILED**
11   This Document Relates to:                **DOCUMENT**

     ALL CASES
12

13

14          Having considered Plaintiffs' Administrative Motion to Remove Incorrectly Filed

15   Document, the Court hereby GRANTS the Motion. The Clerk of the Court is directed to lock

16   ECF Nos. 1137-2 and 1137-3, currently available on the public docket.

17

18   **IT IS SO ORDERED.**

19

20   Dated:                                   _____
                                              HON. LISA J. CISNEROS
21                                            United States Magistrate Judge

22

23

24

25

26

27

28