1   [Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
|---|---|
| This Document Relates to:<br><br>ALL CASES | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

Under Civil Local Rules 7-11 and 79-5(f), Plaintiffs move the Court to consider whether certain documents marked confidential by Uber should be sealed.

**Material To Be Filed Under Seal**

The documents to be filed under seal are Exhibits to Plaintiffs' Motion to Compel Custodial Discovery (ECF No. 1137). Plaintiffs request the Court consider whether the following should be filed under seal:

| **Document** | **Description** | **Designating Party** |
|---|---|---|
| ECF No. 1137-2, Exhibit 1 to the Declaration of Roopal Luhana In Support of Plaintiffs' Motion to Compel Custodial Discovery | A document created by Uber marked Highly Confidential – Attorneys' Eyes Only. | Uber |
| ECF No. 1137-3, Exhibit 2 to the Declaration of Roopal Luhana In Support of Plaintiffs' Motion to Compel Custodial Discovery | A document created by Uber marked Highly Confidential – Attorneys' Eyes Only. | Uber |

Under Local Rule 79-5(f)(3), the Designating Party bears the responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules. None of the information at issue was marked confidential by Plaintiffs.

This motion complies with Civil Local Rule 7-11 and 79-5, and is accompanied by the following attachments:

    1.    The Declaration of Sarah R. London in Support of this Motion; and

    2.    A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: August 20, 2024

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
slondon@lchb.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123

Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*