1
2
3
4
5
IN THE UNITED STATES DISTRICT COURT
6
FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8  IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

Case No. 23-md-03084-CRB

This Document Relates to:

ALL CASES

**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SESAL**

Having considered Plaintiffs' August 20, 2024 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| ECF No. 1137-2, Exhibit 1 to the Declaration of Roopal Luhana In Support of Plaintiffs' Motion to Compel Custodial Discovery | A document created by Uber marked Highly Confidential – Attorneys' Eyes Only. | Uber |
| ECF No. 1137-3, Exhibit 2 to the Declaration of Roopal Luhana In Support of Plaintiffs' Motion to Compel Custodial Discovery | A document created by Uber marked Highly Confidential – Attorneys' Eyes Only. | Uber |

1  **IT IS SO ORDERED.**

Dated:

HON. LISA J. CISNEROS
United States Magistrate Judge