```
1   William A. Levin (CA Bar No. 98592)
    Laurel L. Simes (CA Bar No. 134637)
2   David M. Grimes (CA Bar No. 324292)
    Samira J. Bokaie (CA Bar No. 332782)
3   LEVIN SIMES LLP
    1700 Montgomery Street, Suite 250
4   San Francisco, California 94111
5   Telephone: (415) 426-3000
    Facsimile:  (415) 426-3001
6   Email: wlevin@levinsimes.com
7   Email: llsimes@levinsimes.com
    Email: dgrimes@levinsimes.com
8   Email: sbokaie@levinsimes.com
```
*Attorneys for Plaintiff Jane Doe LS 307*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Doe LS 307 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05569 | |

## PLAINTIFF'S NOTICE OF NEW ACTION FILED

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 21, 2024.

Dated: August 21, 2024                    Respectfully Submitted,

                                          **LEVIN SIMES LLP**

                                          By: /s/ *William A. Levin*
                                              William A. Levin
                                              Laurel L. Simes
                                              David M. Grimes
                                              Samira J. Bokaie
                                              *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *William A. Levin*
William A. Levin