1  William A. Levin (CA Bar No. 98592)
2  Laurel L. Simes (CA Bar No. 134637)
   David M. Grimes (CA Bar No. 324292)
3  Samira J. Bokaie (CA Bar No. 332782)
   **LEVIN SIMES LLP**
4  1700 Montgomery Street, Suite 250
   San Francisco, California 94111
5  Telephone: (415) 426-3000
   Facsimile:  (415) 426-3001
6  Email: wlevin@levinsimes.com
7  Email: llsimes@levinsimes.com
   Email: dgrimes@levinsimes.com
8  Email: sbokaie@levinsimes.com
   *Attorneys for Plaintiff Jane Doe LS 228*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
|---|---|
| This Document Relates to:<br><br>*Jane Doe LS 228 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05575 | |

## PLAINTIFF'S NOTICE OF NEW ACTION FILED

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 21, 2024.

Dated: August 21, 2024                    Respectfully Submitted,

**LEVIN SIMES LLP**

By: /s/ *William A. Levin*
     William A. Levin
     Laurel L. Simes
     David M. Grimes
     Samira J. Bokaie
     *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

 I hereby certify that on August 21, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

        /s/ *William A. Levin*
        William A. Levin