IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

Having considered Plaintiffs' Administrative Motion to Remove Incorrectly Filed Document, the Court hereby GRANTS the Motion. The Clerk of the Court is directed to lock ECF Nos. 1137-2 and 1137-3, currently available on the public docket.

**IT IS SO ORDERED.**

Dated: August 21, 2024

HON. LISA J. CISNEROS
United States Magistrate Judge