```
 1  John Eddie Williams, Jr. (pro hac vice)
    Brian Abramson (pro hac vice)
 2  Margret Lecocke (pro hac vice)
    Walt Cubberly (SBN 325163)
 3  Batami Baskin (pro hac vice)
    Myles Shaw (pro hac vice)
 4  WILLIAM HART & BOUNDAS, LLP
    8441 Gulf Freeway, Suite 600
 5  Houston, Texas 77017-5051
    Telephone: (713) 230-2200
 6  Facsimile: (713) 643-6226
    Email: jwilliams@whlaw.com
 7  Email: babramson@whlaw.com
    Email: mlecocke@whlaw.com
 8  Email: wcubberly@whlaw.com
    Email: bbaskin@whlaw.com
 9  Email: mshaw@whlaw.com

10  *Attorneys for Plaintiff*
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL NO. 3084 CRB** |
| This Document Relates to:<br><br>*WHB 1413 v. UBER TECHNOLOGIES, INC., et al.* – Case No. 3:24-cv-05620 | **NOTICE OF FILING OF NEW ACTION** |

## NOTICE OF FILING OF NEW ACTION

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 21, 2024.

Dated: August 21, 2024                     Respectfully Submitted,

                                           **WILLIAMS HART & BOUNDAS, LLP**

                                           /s/Walt Cubberly_____
                                           John Eddie Williams, Esq.

Brian Abramson, Esq.
Margret Lecocke, Esq.
Walt Cubberly, Esq.
Batami Baskin, Esq.
Myles Shaw, Esq.

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2024 I electronically transmitted the foregoing Notice of Filing of New Action to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/Walt Cubberly_____
Walt Cubberly