1  William A. Levin (CA Bar No. 98592)
2  Laurel L. Simes (CA Bar No. 134637)
   David M. Grimes (CA Bar No. 324292)
3  Samira J. Bokaie (CA Bar No. 332782)
   **LEVIN SIMES LLP**
4  1700 Montgomery Street, Suite 250
   San Francisco, California 94111
5  Telephone: (415) 426-3000
   Facsimile:  (415) 426-3001
6  Email: wlevin@levinsimes.com
7  Email: llsimes@levinsimes.com
   Email: dgrimes@levinsimes.com
8  Email: sbokaie@levinsimes.com
   *Attorneys for Plaintiff Jane Doe LS 423*

9

10                        **UNITED STATES DISTRICT COURT**

11                        **NORTHERN DISTRICT OF CALIFORNIA**

12                              **SAN FRANCISCO DIVISION**

13

14  | IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
    |---|---|
    |  | Honorable Charles R. Breyer |
15
16
17  This Document Relates to:

18  *Jane Doe LS 423 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05676

19                     **PLAINTIFF'S NOTICE OF NEW ACTION FILED**

20  Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with

21  Jury Demand in the above-referenced action was filed on August 22, 2024.

22

23  Dated: August 22, 2024                          Respectfully Submitted,

24                                                  **LEVIN SIMES LLP**

25                                                  By: /s/ *William A. Levin*
                                                        William A. Levin
26                                                      Laurel L. Simes
                                                        David M. Grimes
27                                                      Samira J. Bokaie
                                                        *Attorneys for Plaintiff*
28

                                                 1
                           PLAINTIFF'S NOTICE OF NEW ACTION FILED

# CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *William A. Levin*
William A. Levin