1  Sarah R. London (CA Bar No. 267083)
   LIEFF CABRASER HEIMANN & BERNSTEIN
2  275 Battery Street, 29th Floor
   San Francisco, CA 94111
3  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
4

5  *Attorneys for Plaintiff LCHB136*

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | IN RE: UBER TECHNOLOGIES, INC.          | MDL No. 3084
   | PASSENGER SEXUAL ASSAULT                |
13 | LITIGATION                              | **NOTICE OF FILING OF NEW ACTION**

14

15   This Document Relates to:

16   *LCHB136 v. Uber Technologies, Inc., et al.*
     Case No. 3:24-cv-05168
17

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 15, 2024.

Dated: August 22, 2024

Respectfully submitted,

*/s/ Sarah R. London*
Sarah R. London (CA Bar No. 267083)
Caitlin M. Nelson (CA Bar No. 335601)
Annie M. Wanless (CA Bar No. 339635)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com
cwoods@lchb.com
awanless@lchb.com

Andrew R. Kaufman (MDL *pro hac vice*)
222 Second Ave. S., Suite 1640
Nashville, TN 37201
Phone: (615) 313-9000
akaufman@lchb.com

*Attorneys for Plaintiff LCHB136*

- 1 -

3083629.1

NOTICE OF FILING OF NEW ACTION
CASE NO. 3:24-CV-05168