1    [Submitting Counsel on Signature Page]

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                        **NORTHERN DISTRICT OF CALIFORNIA**

8                            **SAN FRANCISCO DIVISION**

9

10   **IN RE: UBER TECHNOLOGIES, INC.,**          No. 3:23-md-03084-CRB
     **PASSENGER SEXUAL ASSAULT**
11   **LITIGATION**                               **STIPULATION AND [PROPOSED]**
                                                  **ORDER REGARDING**
12                                                **CERTAIN FACT SHEET DEADLINES**

13   This Document Relates to:                    Judge: Hon. Charles R. Breyer
                                                  Courtroom: 6, 17th Floor
14   ALL ACTIONS

15

16

17         **WHEREAS**, on March 19, 2024, the Court entered Pretrial Order No. 10 that stated the ride

18   receipt or information deadline is to be "within 14 days of filing, transfer, or removal to this Court

19   for all cases filed, transferred, or removed after February 1, 2024." Mar. 19, 2024 Pretrial Order No.

20   10: Fact Sheet Implementation Order, Dkt. 348. The Court also set the PFS and DFS deadlines for

21   cases filed after March 26, 2024 as follows: "[E]ach Plaintiff must complete and submit a PFS and

22   execute applicable Authorizations within 30 days of the case being filed in, removed to, or trans-

23   ferred to MDL 3084. The Uber Defendants must complete and submit a DFS and produce Respon-

24   sive Documents, within 30 days after a given plaintiff serves the ride receipt or ride information

25   form . . . ." *Id*.

26         **WHEREAS**, on June 26, 2024, the Court entered an order that set a filing cutoff date of 60

27   days from the order's date for JCCP cases affected by the Court of Appeal's JCCP forum non con-

28

                                               1

veniens opinion (Court's filing cutoff date). *See* June 26, 2024 Order Setting Filing Cutoff Date, Dkt. 669.

**WHEREAS**, on July 17, 2024, the JCCP Plaintiffs requested to extend the Court's filing cutoff date to 60 days after the Supreme Court grants or denies the petition for review. *See* July 17, 2024 California JCCP Plaintiffs' Motion to Extend the Court's Order Setting Filing Cutoff Date, Dkt. 700.

**WHEREAS**, on July 22, 2024, the Court denied the JCCP Plaintiffs' request. *See* July 22, 2024, Order Denying California JCCP Plaintiffs' Motion to Extend Filing Cutoff Date, Dkt. 709.

**WHEREAS**, anticipating approximately 500 cases affected by the Court of Appeal's JCCP forum non conveniens opinion (the recent WHB cases), on August 14, 2024, Williams Hart & Boundas, LLP (WHB) reached out to both MDL Co-Lead Counsel and counsel for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, the parties) to discuss, among other things, the extension of the PFS and DFS deadlines applicable to the recent WHB cases. An extension would provide for more time to submit accurate fact sheets and a uniform deadline for their submission.

**WHEREAS**, the parties agreed the PFSs for the recent WHB cases would be due on November 1, 2024, the DFSs for the recent WHB cases would be due on January 17, 2025, and these deadlines may be subject to revision based on further discussion and agreement amongst the parties (or, in the absence of agreement, via application to the Court) about why changed circumstances (*e.g.*, a significant additional volume of filings of cases by other law firms) may warrant further adjustment to the deadlines. Nothing about this stipulation changes any obligations of the parties with respect to requirements set out in prior orders as to inclusion of the applicable authorizations/responsive documents.

**THEREFORE**, the parties respectfully request the Court enter the parties' stipulation establishing PFSs for the recent WHB cases are due on November 1, 2024, DFSs for the recent WHB cases are due on January 17, 2025, and these deadlines may be subject to further revision as described in the preceding WHEREAS clause.

1    **IT IS SO STIPULATED.**

2                                          Respectfully submitted,

3    Dated: August 19, 2024               By:  */s/ Brian Abramson*_____
4                                               John Eddie Williams, Jr. (*Pro Hac Vice*)
                                                Brian Abramson (*Pro Hac Vice*)
5                                               Margret Lecocke (*Pro Hac Vice*)
                                                Walt Cubberly (SBN 325163)
6                                               Batami Baskin (*Pro Hac Vice*)
                                                Myles Shaw (*Pro Hac Vice*)
7                                               **WILLIAMS HART & BOUNDAS, LLP**
8                                               8441 Gulf Freeway, Suite 600
                                                Houston, TX 77017
9                                               Tel: (713) 230-2200
                                                Fax: (713) 643-6226
10                                              jwilliams@whlaw.com
                                                babramson@whlaw.com
11                                              mlecocke@whlaw.com
                                                wcubberly@whlaw.com
12                                              bbaskin@whlaw.com
                                                mshaw@whlaw.com
13

14                                              *Counsel for WHB Plaintiffs*

15   Dated: August 19, 2024               By:  */s/ Sarah London*_____
16                                              Sarah R. London (SBN 267083)
                                                **LIEFF CABRASER HEIMANN &**
17                                              **BERNSTEIN, LLP**
                                                275 Battery Street, 29th Floor
18                                              San Francisco, CA 94111
                                                Tel: (415) 956-1000
19                                              Fax: (415) 956-1008
                                                slondon@lchb.com
20

21                                         By:  */s/ Rachel Abrams*_____
                                                Rachel B. Abrams (SBN 209316)
22                                              **PEIFFER WOLF CARR KANE**
                                                **CONWAY & WISE, LLP**
23                                              555 Montgomery Street, Suite 820
                                                San Francisco, CA 94111
24                                              Tel: (415) 426-5641
                                                Fax: (415) 840-9435
25                                              rabrams@peifferwolf.com
26

27                                         By:  */s/ Roopal Luhana*_____
                                                Roopal P. Luhana (*Pro Hac Vice*)
28                                              **CHAFFIN LUHANA LLP**

                                                3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

600 Third Avenue, 12th Floor
New York, NY 10016
Tel: (888) 480-1123
Fax: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

Dated: August 19, 2024          By:  */s/ Kyle Smith*_____
                                     Kyle N. Smith (*Pro Hac Vice*)
                                     Jessica E. Phillips (*Pro Hac Vice*)
                                     **PAUL, WEISS, RIFKIND, WHARTON &**
                                     **GARRISON LLP**
                                     2001 K Street, NW
                                     Washington, DC 20006
                                     Telephone: (202) 223-7300
                                     Facsimile: (202) 223-7420
                                     ksmith@paulweiss.com
                                     jphillips@paulweiss.com

                                     Randall S. Luskey (SBN 240915)
                                     **PAUL, WEISS, RIFKIND, WHARTON**
                                     **GARRISON LLP**
                                     535 Mission Street, 24th Floor
                                     San Francisco, CA 94105
                                     Tel: (628) 432-5100
                                     Fax: (628) 232-3101
                                     rluskey@paulweiss.com

                                     Robert Atkins (*Pro Hac Vice*)
                                     Jacqueline P. Rubin (*Pro Hac Vice*)
                                     Caitlin E. Grusauskas (*Pro Hac Vice*)
                                     Andrea M. Keller (*Pro Hac Vice*)
                                     **PAUL, WEISS, RIFKIND, WHARTON &**
                                     **GARRISON LLP**
                                     1285 Avenue of the Americas
                                     New York, NY 10019
                                     Tel: (212) 373-3000
                                     Fax: (212) 757-3990
                                     ratkins@paulweiss.com
                                     jrubin@paulweiss.com
                                     cgrusauskas@paulweiss.com
                                     akeller@paulweiss.com

                                     Michael B. Shortnacy (SBN 277035)
                                     **SHOOK, HARDY & BACON, L.L.P.**
                                     2049 Century Park East, Suite 3000

4

Los Angeles, CA 90067
Tele: (424) 285-8330
Fax: (424) 204-9093
mshortnacy@shb.com

Patrick Oot (*Pro Hac Vice*)
**SHOOK, HARDY & BACON, L.L.P.**
1800 K St. NW, Suite 1000
Washington, DC 20006
Tel: (202) 783-8400
Fax: (202) 783-4211
oot@shb.com

*Counsel for Defendants Uber Technologies, Inc.,*
*Rasier, LLC, and Rasier-CA, LLC*

CASE NO. 3:23-MD-03084          STIPULATION AND [PROPOSED] ORDER REGARDING CERTAIN
                               FACT SHEET DEADLINES

1

## **FILER'S ATTESTATION**

2

3
I, Brian Abramson, am the ECF User whose ID and password are being used to file this

4
document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories

5
identified above has concurred in this filing.

6
Dated: August 19, 2024                    By: */s/ Brian Abramson*_____

7
                                              Brian Abramson

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | [~~PROPOSED~~] ORDER REGARDING CERTAIN FACT SHEET DEADLINES |
| This Document Relates to: | |
| ALL ACTIONS | |

The Court hereby GRANTS the parties' stipulation as follows: the PFSs for WHB cases filed on or after July 27, 2024 in connection with the Court of Appeal's JCCP forum non conveniens opinion (the recent WHB cases) are due on November 1, 2024, the DFSs for the recent WHB cases are due on January 17, 2025, and these deadlines may be subject to revision as described in the final WHEREAS clause of the parties' stipulation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: ____August 22____, 2024

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE