1 William A. Levin (CA Bar No. 98592)
Laurel L. Simes (CA Bar No. 134637)
2 David M. Grimes (CA Bar No. 324292)
Samira J. Bokaie (CA Bar No. 332782)
3 **LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
4 San Francisco, California 94111
Telephone: (415) 426-3000
5 Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
6 Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
7 Email: sbokaie@levinsimes.com
*Attorneys for Plaintiff Jane Doe LS 496*
8
9

10                  **UNITED STATES DISTRICT COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12                      **SAN FRANCISCO DIVISION**

13 | IN RE: UBER TECHNOLOGIES, INC., | MDL No. 3084 CRB |
PASSENGER SEXUAL ASSAULT
14 LITIGATION | Honorable Charles R. Breyer |
15

16 This Document Relates to:

17 *Jane Doe LS 496 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05528-CRB*
18

19          **PLAINTIFF JANE DOE LS 496'S NOTICE OF NEW ACTION FILED**

20          Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the

21 Complaint with Jury Demand in the above-referenced action was filed on August 20, 2024.

22
Dated: August 22, 2024                          Respectfully Submitted,
23
24                                               **LEVIN SIMES LLP**

25                                               By: */s/ William A. Levin*
                                                     William A. Levin
26                                                   Laurel L. Simes
                                                     David M. Grimes
27                                                   Samira J. Bokaie
                                                     *Attorneys for Plaintiff Jane Doe 496*
28

---

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ William A. Levin*
William A. Levin