1  William A. Levin (CA Bar No. 98592)
Laurel L. Simes (CA Bar No. 134637)
2  David M. Grimes (CA Bar No. 324292)
Samira J. Bokaie (CA Bar No. 332782)
3  **LEVIN SIMES LLP**
4  1700 Montgomery Street, Suite 250
San Francisco, California 94111
5  Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
6  Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
7  Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
8  *Attorneys for Plaintiff Jane Doe LS 502*
9

10  **UNITED STATES DISTRICT COURT**

11  **NORTHERN DISTRICT OF CALIFORNIA**

12  **SAN FRANCISCO DIVISION**

13  IN RE: UBER TECHNOLOGIES, INC.,     MDL No. 3084 CRB
PASSENGER SEXUAL ASSAULT
14  LITIGATION                          Honorable Charles R. Breyer

15

16  This Document Relates to:

17  *Jane Doe LS 502 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05548-CRB*

18

19

       **PLAINTIFF JANE DOE LS 502'S NOTICE OF NEW ACTION FILED**
20
       Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the
21
22  Complaint with Jury Demand in the above-referenced action was filed on August 20, 2024.

23  Dated: August 22, 2024                    Respectfully Submitted,

24                                            **LEVIN SIMES LLP**

25                                            By: */s/ William A. Levin*
                                                  William A. Levin
26                                                Laurel L. Simes
                                                  David M. Grimes
27                                                Samira J. Bokaie
                                                  *Attorneys for Plaintiff Jane Doe 502*
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: _/s/ William A. Levin_
William A. Levin

---

2