```
 1  John Eddie Williams, Jr. (pro hac vice)
    Brian Abramson (pro hac vice)
 2  Margret Lecocke (pro hac vice)
    Walt Cubberly (SBN 325163)
 3  Batami Baskin (pro hac vice)
    Myles Shaw (pro hac vice)
 4  WILLIAM HART & BOUNDAS, LLP
    8441 Gulf Freeway, Suite 600
 5  Houston, Texas 77017-5051
    Telephone: (713) 230-2200
 6  Facsimile: (713) 643-6226
    Email: jwilliams@whlaw.com
 7  Email: babramson@whlaw.com
    Email: mlecocke@whlaw.com
 8  Email: wcubberly@whlaw.com
    Email: bbaskin@whlaw.com
 9  Email: mshaw@whlaw.com

10  *Attorneys for Plaintiff*

11

12                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
13                        SAN FRANCISCO DIVISION

14  IN RE: UBER TECHNOLOGIES, INC.,      MDL NO. 3084 CRB
    PASSENGER SEXUAL ASSAULT
15  LITIGATION

16  ─────────────────────────────

17  This Document Relates to:              NOTICE OF FILING OF NEW ACTION

18  *WHB 1869 v. UBER TECHNOLOGIES, INC.,
    et al. – Case No. 3:24-cv-05694*
19

20
                    NOTICE OF FILING OF NEW ACTION
21
         Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the
22
    Complaint with Jury Demand in the above-referenced action was filed on August 22, 2024.
23

24  Dated: August 22, 2024              Respectfully Submitted,
25
                                        **WILLIAMS HART & BOUNDAS, LLP**
26
                                        /s/Walt Cubberly_____
27                                      John Eddie Williams, Esq.

28

                                        1
```

Brian Abramson, Esq.
Margret Lecocke, Esq.
Walt Cubberly, Esq.
Batami Baskin, Esq.
Myles Shaw, Esq.

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2024 I electronically transmitted the foregoing Notice of Filing of New Action to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/Walt Cubberly
Walt Cubberly