1  John Eddie Williams, Jr. (pro hac vice)
   Brian Abramson (pro hac vice)
2  Margret Lecocke (pro hac vice)
   Walt Cubberly (SBN 325163)
3  Batami Baskin (pro hac vice)
   Myles Shaw (pro hac vice)
4  WILLIAM HART & BOUNDAS, LLP
   8441 Gulf Freeway, Suite 600
5  Houston, Texas 77017-5051
   Telephone: (713) 230-2200
6  Facsimile: (713) 643-6226
   Email: jwilliams@whlaw.com
7  Email: babramson@whlaw.com
   Email: mlecocke@whlaw.com
8  Email: wcubberly@whlaw.com
   Email: bbaskin@whlaw.com
   Email: mshaw@whlaw.com
9

*Attorneys for Plaintiff*

10

11

12                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
13                      **SAN FRANCISCO DIVISION**

14  IN RE: UBER TECHNOLOGIES, INC.,          **MDL NO. 3084 CRB**
    PASSENGER SEXUAL ASSAULT
15  LITIGATION

16
    ─────────────────────────────
17  This Document Relates to:                **NOTICE OF FILING OF NEW ACTION**

18  *WHB 1484 v. UBER TECHNOLOGIES, INC.,*
    *et al. – Case No. 3:24-cv-05779*
19

20

21              <u>**NOTICE OF FILING OF NEW ACTION**</u>

22          Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the

23  Complaint with Jury Demand in the above-referenced action was filed on August 23, 2024.

24
    Dated: August 23, 2024                   Respectfully Submitted,
25
                                             **WILLIAMS HART & BOUNDAS, LLP**
26
                                             /s/Walt Cubberly_____
27                                           John Eddie Williams, Esq.

28

                                     1

Brian Abramson, Esq.
Margret Lecocke, Esq.
Walt Cubberly, Esq.
Batami Baskin, Esq.
Myles Shaw, Esq.

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2024 I electronically transmitted the foregoing Notice of Filing of New Action to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/Walt Cubberly_____
Walt Cubberly

2

CASE NO. 3:23-MD-03084-CRB                                    NOTICE OF FILING OF NEW ACTION