| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 19 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

No. 24-4145

D.C. No. MDL-3084-CRB
Northern District of California
San Francisco

ORDER

The petition for permission to appeal [DE 1] is GRANTED and petitioner's request for a stay pending appeal is DENIED.

This appeal is hereby consolidated with the appeal in *Uber Technologies, Inc., et al. v. United States Judicial Panel on Multidistrict Litigation* (No. 23-3445). Oral argument will be heard in both appeals on October 8, 2024 at 9:00 AM – Courtroom 1, San Francisco.

No later than 14 days from the date of this order, the parties may file supplemental briefs, not to exceed 5000 words in length, addressing any additional issues raised by this consolidated case.

Petitioner's motion for leave to file a reply brief in support of its petition [DE 14] is DENIED as moot.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT