|   |   |
|---|---|
| 1 | Stephen J. Estey (SBN 163093) |
| 2 | R. Michael Bomberger (SBN 169866) |
|   | Angela J. Nehmens (SBN 309433) |
| 3 | **ESTEY & BOMBERGER, LLP** |
|   | 2869 India Street |
| 4 | San Diego, CA 92103 |
|   | Tel: (619) 295-0035 |
| 5 | Fax: (619) 295-0172 |
|   | Email: steve@estey-bomberger.com |
| 6 | Email: mike@estey-bomberger.com |
| 7 | Email: angela@estey-bomberger.com |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
|---|---|
|  | **NOTICE OF FILING OF NEW ACTIONS** |
| This Document Relates to: | Judge: Hon. Charles R. Breyer |
| *RACHEL STEVENS v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05167 |  |
| *JANE DOE EB 3 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05180 |  |
| *JANE DOE EB 4 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05185 |  |
| *JANE DOE EB 5 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05186 |  |
| *JANE DOE EB 6 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05188 |  |
| *JANE DOE EB 7 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05189 |  |
| *JANE DOE EB 8 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05190 |  |

1. *JANE DOE EB 9 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05194
2. *JANE DOE EB 10 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05197
3. *JANE DOE EB 11 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05199
4. *JANE DOE EB 12 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05203
5. *JANE DOE EB 13 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05208
6. *JANE DOE EB 14 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05210
7. *JANE DOE EB 15 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05212
8. *JANE DOE EB 16 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05213
9. *JANE DOE EB 17 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05214
10. *JANE DOE EB 18 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05215
11. *JANE DOE EB 19 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05217

## NOTICE OF FILING OF NEW ACTIONS

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that Short Form Complaints with Jury Demands in the above-referenced actions were filed on August 15, 2024.

DATED:  August 23, 2024

Respectfully Submitted,

**ESTEY & BOMBERGER, LLP**

*/S/ Angela Nehmens, Esq.*
Stephen J. Estey
Angela J. Nehmens
***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2024, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */S/ Angela J. Nehmens*