Stephen J. Estey (SBN 163093)
R. Michael Bomberger (SBN 169866)
Angela J. Nehmens (SBN 309433)
**ESTEY & BOMBERGER, LLP**
2869 India Street
San Diego, CA 92103
Tel: (619) 295-0035
Fax: (619) 295-0172
Email: steve@estey-bomberger.com
Email: mike@estey-bomberger.com
Email: angela@estey-bomberger.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>**NOTICE OF FILING OF NEW ACTIONS** |
| This Document Relates to:<br><br>*JANE DOE EB 20 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05221<br><br>*JANE DOE EB 21 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05225<br><br>*JANE DOE EB 22 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05245<br><br>*JANE DOE EB 23 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05247<br><br>*JANE DOE EB 24 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05253<br><br>*JANE DOE EB 25 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05255<br><br>*JANE DOE EB 26 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05266 | Judge: Hon. Charles R. Breyer |

*RACHAEL MARKIEWICZ v. UBER TECHNOLOGIES, INC., et al.*
Case No. 3:24-cv-05271

*JANE DOE EB 27 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05276

*JANE DOE EB 28 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05285

*ALANA MCCORMICK v. UBER TECHNOLOGIES, INC., et al.*
Case No. 3:24-cv-05295

*ANTOINETTE MONACO v. UBER TECHNOLOGIES, INC., et al.*
Case No. 3:24-cv-05299

*JANE DOE EB 29 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05309

*NICOLE NACCARATO v. UBER TECHNOLOGIES, INC., et al.*
Case No. 3:24-cv-05312

*JANE DOE EB 30 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05313

## NOTICE OF FILING OF NEW ACTIONS

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that Short Form Complaints with Jury Demands in the above-referenced actions were filed on August 16, 2024.

DATED:  August 23, 2024

Respectfully Submitted,

**ESTEY & BOMBERGER, LLP**

*/S/ Angela Nehmens, Esq.*
Stephen J. Estey
Angela J. Nehmens
***Attorney for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2024, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */S/ Angela J. Nehmens*