Stephen J. Estey (SBN 163093)
R. Michael Bomberger (SBN 169866)
Angela J. Nehmens (SBN 309433)
**ESTEY & BOMBERGER, LLP**
2869 India Street
San Diego, CA 92103
Tel: (619) 295-0035
Fax: (619) 295-0172
Email: steve@estey-bomberger.com
Email: mike@estey-bomberger.com
Email: angela@estey-bomberger.com

*Attorneys for Plaintiff*s

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>**NOTICE OF FILING OF NEW ACTIONS** |
| This Document Relates to:<br><br>*JANE DOE EB 31 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05345<br>*JANE DOE EB 32 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05349<br>*JANE DOE EB 33 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05350<br>*JANE DOE EB 34 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05353<br>*JANE DOE EB 35 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05359<br>*AALIYAH SEIFULLAH v. UBER TECHNOLOGIES, INC., et al.* Case No. 3:24-cv-05367<br>*JANE DOE EB 36 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05370 | Judge: Hon. Charles R. Breyer |

1  *JANE DOE EB 37 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05374

2  *JANE DOE EB 38 v. UBER TECHNOLOGIES, INC., et al.* Case No. 3:24-cv-05376

3  *JANE DOE EB 39 v. UBER TECHNOLOGIES, INC., et al.* Case No. 3:24-cv-05378

4  *REBEKAH SPROUS v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05380

5  *JANE DOE EB 40 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05382

6  *MAXINE TRAN v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05384

7  *KARILYN TRINIDAD v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05386

8  *JANE DOE EB 41 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05388

9  *JANE DOE EB 42 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05389

10 *JANE DOE EB 43 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05392

11 *JANE DOE EB 44 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05395

12 *ZINA WILLOUGHBY v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05396

13 *DAYZI WILMSMEYER v. UBER TECHNOLOGIES, INC., et al.* Case No. 3:24-cv-05399

## NOTICE OF FILING OF NEW ACTIONS

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that Short Form Complaints with Jury Demands in the above-referenced actions were filed on August 19, 2024.

DATED:  August 23, 2024

Respectfully Submitted,

**ESTEY & BOMBERGER, LLP**

*/S/ Angela Nehmens, Esq.*
Stephen J. Estey
Angela J. Nehmens
***Attorney for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2024, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */S/ Angela J. Nehmens*