Stephen J. Estey (SBN 163093)
R. Michael Bomberger (SBN 169866)
Angela J. Nehmens (SBN 309433)
**ESTEY & BOMBERGER, LLP**
2869 India Street
San Diego, CA 92103
Tel: (619) 295-0035
Fax: (619) 295-0172
Email: steve@estey-bomberger.com
Email: mike@estey-bomberger.com
Email: angela@estey-bomberger.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | **NOTICE OF FILING OF NEW ACTIONS** |
| This Document Relates to: | Judge: Hon. Charles R. Breyer |
| *JANE DOE EB 45 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05497 | |
| *JANE DOE EB 46 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05502 | |
| *JANE DOE EB 47 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05505 | |
| *JANE DOE EB 48 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05506 | |
| *JANE DOE EB 49 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05507 | |
| *JANE DOE EB 50 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05510 | |

1 | *JANE DOE EB 51 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05512

2 |
3 | *JANE DOE EB 52 v. UBER TECHNOLOGIES, INC., et al.,* Case No. 3:24-cv-05514

4 | *JANE DOE EB 53 v. UBER TECHNOLOGIES, INC., et al.* Case No. 3:24-cv-05518

5 | *JANE DOE EB 54 v. UBER TECHNOLOGIES, INC., et al.* Case No. 3:24-cv-05522
6 |
7 | *CAMBRIELLE MACON v. UBER TECHNOLOGIES, INC., et al.*
  | Case No. 3:24-cv-05520
8 |

9 |

10 | <u>**NOTICE OF FILING OF NEW ACTIONS**</u>

11 |     Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that Short Form

12 | Complaints with Jury Demands in the above-referenced actions were filed on August 20, 2024.

13 |

14 | DATED:  August 23, 2024

                                          Respectfully Submitted,

15 |                                           **ESTEY & BOMBERGER, LLP**

16 |                                           */S/ Angela J. Nehmens, Esq.*
   | Stephen J. Estey
17 | Angela J. Nehmens
   | ***Attorney for Plaintiffs***

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

### CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2024, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */S/ Angela J. Nehmens*