1  William A. Levin (CA Bar No. 98592)
   Laurel L. Simes (CA Bar No. 134637)
2  David M. Grimes (CA Bar No. 324292)
   Samira J. Bokaie (CA Bar No. 332782)
3  **LEVIN SIMES LLP**
4  1700 Montgomery Street, Suite 250
   San Francisco, California 94111
5  Telephone: (415) 426-3000
   Facsimile:  (415) 426-3001
6  Email: wlevin@levinsimes.com
7  Email: llsimes@levinsimes.com
   Email: dgrimes@levinsimes.com
8  Email: sbokaie@levinsimes.com
   *Attorneys for Plaintiff Jane Doe LS 207*
9

10                       **UNITED STATES DISTRICT COURT**

11                       **NORTHERN DISTRICT OF CALIFORNIA**

12                            **SAN FRANCISCO DIVISION**

13

14 | IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
   |---|---|
   | | Honorable Charles R. Breyer |
   | This Document Relates to: | |
   | *Jane Doe LS 207 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05965 | |

20              **PLAINTIFF'S NOTICE OF NEW ACTION FILED**

21 Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with

22 Jury Demand in the above-referenced action was filed on August 26, 2024.

23 Dated: August 26, 2024                          Respectfully Submitted,

24                                                 **LEVIN SIMES LLP**

25
                                                   By: /s/ *William A. Levin*
26                                                 William A. Levin
                                                   Laurel L. Simes
27                                                 David M. Grimes
                                                   Samira J. Bokaie
28                                                 *Attorneys for Plaintiff*

                                    1

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *William A. Levin*
William A. Levin
