UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NOS. 1135 AND 1158]**<br><br>Judge:     Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

Having considered Plaintiffs' August 19, and August 20, 2024 Administrative Motions to Consider Whether Another Party's Material Should Be Filed Under Seal (Dkt. Nos. 1135 and 1158), and Uber's Statement Pursuant to Civil Local Rule 79-5(f)(3) and (c)(1) (Dkt. No. _____), the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit 1 to the Declaration of Roopal Luhana In Support of Plaintiffs' Motion to Compel Custodial Discovery | A document containing employee names and confidential employment information, created by Uber for purposes of meet and conferrals by the Parties, designated Highly Confidential – Attorneys' Eyes Only. | Uber |
| Ex. 2 to Declaration of Roopal Luhana | A document containing employee names and confidential employment information, created by Uber for purposes of meet and conferrals by the Parties, designated Highly Confidential – Attorneys' Eyes Only. | Uber |
| Ex. 4 to Declaration of Roopal Luhana | A document containing employee names and confidential employment information, created by Uber for purposes of meet and conferrals by the Parties, designated Highly Confidential – Attorneys' Eyes Only. | Uber |
| Ex. 7 to Declaration of Roopal Luhana | A chart created by Uber for purposes of meet and conferrals by the Parties, containing confidential material, designated Highly Confidential – Attorneys' Eyes Only. | Uber |

| Document | Description | Designating Party |
|---|---|---|
| Ex. 8 to Declaration of Roopal Luhana | A chart created by Uber for purposes of meet and conferrals by the Parties, containing confidential material, designated Highly Confidential – Attorneys' Eyes Only. | Uber |
| Ex. 9 to Declaration of Roopal Luhana | A chart created by Plaintiffs for purposes of meet and conferrals by the Parties, containing confidential material. | Uber |
| Ex. 10 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Highly Confidential – Attorneys' Eyes Only. | Uber |
| Ex. 11 to Declaration of Roopal Luhana | A document containing confidential material, including employment information. | Uber |
| Ex. 12 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Highly Confidential – Attorneys' Eyes Only. | Uber |
| Ex. 13 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Confidential. | Uber |
| Ex. 14 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Highly Confidential – Attorneys' Eyes Only. | Uber |
| Ex. 15 to Declaration of Roopal Luhana | An internal presentation produced by Uber in this litigation, containing confidential business information, designated Highly Confidential – Attorneys' Eyes Only. | Uber |
| Ex. 16 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Confidential. | Uber |
| Ex. 17 to Declaration of Roopal Luhana | A compliance report containing confidential business information provided to a regulator and produced by Uber in this litigation, designated Highly Confidential – Attorneys' Eyes Only. | Uber |
| Ex. 18 to Declaration of Roopal Luhana | A transcript of the deposition of an Uber employee containing confidential information, produced by Uber in this litigation, designated Highly Confidential – Attorneys' Eyes Only. | Uber |
| Ex. 19 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Highly Confidential – Attorneys' Eyes Only. | Uber |
| Ex. 20 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Confidential. | Uber |
| Ex. 21 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Confidential. | Uber |
| Ex. 22 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Confidential. | Uber |
| Ex. 23 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Highly Confidential – Attorneys' Eyes Only. | Uber |
| Ex. 24 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Highly Confidential – Attorneys' Eyes Only. | Uber |

| Document | Description | Designating Party |
|---|---|---|
| Ex. 25 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Confidential. | Uber |
| Ex. 26 to Declaration of Roopal Luhana | A chart containing confidential business and employment information.. | Uber |
| Ex. 27 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Confidential. | Uber |
| Ex. 28 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Confidential. | Uber |
| Ex. 29 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Confidential. | Uber |
| Ex. 30 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Confidential. | Uber |
| Ex. 31 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Highly Confidential – Attorneys' Eyes Only. | Uber |
| Ex. 32 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Confidential. | Uber |
| Ex. 33 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Confidential. | Uber |
| Ex. 34 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Confidential. | Uber |
| Ex. 35 to Declaration of Roopal Luhana | A document produced by Uber in this litigation containing confidential business and employment information, designated Confidential. | Uber |
| Ex. 36 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Confidential. | Uber |
| Ex. 37 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Highly Confidential – Attorneys' Eyes Only. | Uber |
| Ex. 38 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Highly Confidential – Attorneys' Eyes Only. | Uber |
| Ex. 39 to Declaration of Roopal Luhana | A transcript of the deposition of an Uber employee, produced by Uber in this litigation, designated Highly Confidential – Attorneys' Eyes Only. | Uber |
| Ex. 40 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Highly Confidential – Attorneys' Eyes Only. | Uber |
| Ex. 41 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Highly Confidential – Attorneys' Eyes Only. | Uber |
| Ex. 42 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Highly Confidential – Attorneys' Eyes Only. | Uber |
| Ex. 43 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Confidential. | Uber |
| Ex. 44 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Highly Confidential – Attorneys' Eyes Only. | Uber |

| Document | Description | Designating Party |
|---|---|---|
| Ex. 45 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Confidential. | Uber |
| Ex. 46 to Declaration of Roopal Luhana | An email produced by Uber in this litigation, designated Confidential. | Uber |
| Ex. 47 to Declaration of Roopal Luhana | A document produced by Uber in this litigation containing confidential business policies and procedures, designated Confidential. | Uber |
| Ex. 48 to Declaration of Roopal Luhana | A document produced by Uber in this litigation containing confidential business policies and procedures, designated Confidential. | Uber |
| Ex. 49 to Declaration of Roopal Luhana | A chart created by Uber for purposes of meet and conferrals by the Parties, containing confidential material. | Uber |

**IT IS SO ORDERED.**

Dated:_____                              _____

                                                                         HON. LISA J. CISNEROS

                                                                         United States Magistrate Court Judge

4

[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NOS. 1135 AND 1158]

Case No. 3:23-MD-3084-CRB