RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.
Detroit, MI 48216
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *L.M. v. UBER TECHNOLOGIES, INC., et al.,* 3:24-cv-05179-CRB | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 15, 2024.

///

///

///

| | |
|---|---|
| Dated: August 26, 2024 | Respectfully submitted, |
| | By: */s/ Rachel B. Abrams* <br> RACHEL B. ABRAMS (Cal Bar No. 209316) <br> ADAM B. WOLF (Cal Bar No. 215914) <br> **Peiffer Wolf Carr Kane Conway & Wise, LLP** <br> 555 Montgomery Street, Suite 820 <br> San Francisco, CA 94111 <br> Telephone: 415.766.3544 <br> Facsimile: 415.840.9435 <br> Email: rabrams@peifferwolf.com <br>           awolf@peifferwolf.com |
| | TIFFANY R. ELLIS (*Admitted PHV*) <br> **Peiffer Wolf Carr Kane Conway & Wise, LLP** <br> 2229 Trumbull St. <br> Detroit, MI 48216 <br> Telephone: 313.210.1559 <br> Facsimile: 415.840.9435 <br> Email: tellis@peifferwolf.com |
| | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2024, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

            */s/ Rachel B. Abrams* 
            Rachel B. Abrams