1  William A. Levin (CA Bar No. 98592)
   Laurel L. Simes (CA Bar No. 134637)
2  David M. Grimes (CA Bar No. 324292)
   Samira J. Bokaie (CA Bar No. 332782)
3  **LEVIN SIMES LLP**
4  1700 Montgomery Street, Suite 250
   San Francisco, California 94111
5  Telephone: (415) 426-3000
   Facsimile: (415) 426-3001
6  Email: wlevin@levinsimes.com
   Email: llsimes@levinsimes.com
7  Email: dgrimes@levinsimes.com
8  Email: sbokaie@levinsimes.com
   *Attorneys for Plaintiff Jane Doe LS 179*

9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

**SAN FRANCISCO DIVISION**

12

13

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |

14

15

16

17  This Document Relates to:

18  *Jane Doe LS 179 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05904-CRB*

19

20  **PLAINTIFF JANE DOE LS 179'S NOTICE OF NEW ACTION FILED**

21      Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

22  with Jury Demand in the above-referenced action was filed on August 24, 2024.

23  Dated: August 26, 2024                    Respectfully Submitted,

24                                             **LEVIN SIMES LLP**

25

26  By: /s/ *William A. Levin*
        William A. Levin
27      Laurel L. Simes
        David M. Grimes
28      Samira J. Bokaie
        *Attorneys for Plaintiff Jane Doe LS 179*

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *William A. Levin*
William A. Levin

Case No. 3:24-cv-05904-CRB                    PLAINTIFF JANE DOE LS 179'S NOTICE OF NEW ACTION FILED