1 William A. Levin (CA Bar No. 98592)
Laurel L. Simes (CA Bar No. 134637)
2 David M. Grimes (CA Bar No. 324292)
Samira J. Bokaie (CA Bar No. 332782)
3 **LEVIN SIMES LLP**
4 1700 Montgomery Street, Suite 250
San Francisco, California 94111
5 Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
6 Email: wlevin@levinsimes.com
7 Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
8 Email: sbokaie@levinsimes.com
*Attorneys for Plaintiff Jane Doe LS 334*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
|---|---|
| | Honorable Charles R. Breyer |
| This Document Relates to: *Jane Doe LS 334 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-06035 | |

**PLAINTIFF'S NOTICE OF NEW ACTION FILED**

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 26, 2024.

Dated: August 27, 2024                                 Respectfully Submitted,

                                                                    **LEVIN SIMES LLP**

                                                                    By: /s/ *William A. Levin*
                                                                            William A. Levin
                                                                            Laurel L. Simes
                                                                             David M. Grimes
                                                                             Samira J. Bokaie
                                                                             *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *William A. Levin*
William A. Levin