1  William A. Levin (CA Bar No. 98592)
   Laurel L. Simes (CA Bar No. 134637)
2  David M. Grimes (CA Bar No. 324292)
   Samira J. Bokaie (CA Bar No. 332782)
3  **LEVIN SIMES LLP**
4  1700 Montgomery Street, Suite 250
   San Francisco, California 94111
5  Telephone: (415) 426-3000
   Facsimile:  (415) 426-3001
6  Email: wlevin@levinsimes.com
7  Email: llsimes@levinsimes.com
   Email: dgrimes@levinsimes.com
8  Email: sbokaie@levinsimes.com
   *Attorneys for Plaintiff Jane Doe LS 327*
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| --- | --- |
| | Honorable Charles R. Breyer |
| This Document Relates to: *Jane Doe LS 327 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-06032 | |

### PLAINTIFF'S NOTICE OF NEW ACTION FILED

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 26, 2024.

Dated: August 27, 2024                         Respectfully Submitted,

**LEVIN SIMES LLP**

By: /s/ *William A. Levin*
William A. Levin
Laurel L. Simes
David M. Grimes
Samira J. Bokaie
*Attorneys for Plaintiff*

1
PLAINTIFF'S NOTICE OF NEW ACTION FILED

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *William A. Levin*
William A. Levin