1 | William A. Levin (CA Bar No. 98592)
2 | Laurel L. Simes (CA Bar No. 134637)
  | David M. Grimes (CA Bar No. 324292)
3 | Samira J. Bokaie (CA Bar No. 332782)
  | **LEVIN SIMES LLP**
4 | 1700 Montgomery Street, Suite 250
  | San Francisco, California 94111
5 | Telephone: (415) 426-3000
  | Facsimile:  (415) 426-3001
6 | Email: wlevin@levinsimes.com
7 | Email: llsimes@levinsimes.com
  | Email: dgrimes@levinsimes.com
8 | Email: sbokaie@levinsimes.com
  | *Attorneys for Plaintiff Jane Doe LS 276*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
|---|---|
| | Honorable Charles R. Breyer |
| This Document Relates to: | |
| *Jane Doe LS 276 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-06031 | |

## PLAINTIFF'S NOTICE OF NEW ACTION FILED

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 26, 2024.

Dated: August 27, 2024                         Respectfully Submitted,

                                                **LEVIN SIMES LLP**

                                                By: /s/ *William A. Levin*
                                                William A. Levin
                                                Laurel L. Simes
                                                David M. Grimes
                                                Samira J. Bokaie
                                                *Attorneys for Plaintiff*

1
PLAINTIFF'S NOTICE OF NEW ACTION FILED

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *William A. Levin*
William A. Levin