1  William A. Levin (CA Bar No. 98592)
Laurel L. Simes (CA Bar No. 134637)
2  David M. Grimes (CA Bar No. 324292)
Samira J. Bokaie (CA Bar No. 332782)
3  **LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
4  San Francisco, California 94111
Telephone: (415) 426-3000
5  Facsimile: (415) 426-3001
Email: wlevin@levinsimes.com
6  Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
7  Email: sbokaie@levinsimes.com
*Attorneys for Plaintiff Jane Doe LS 274*
8

9

## UNITED STATES DISTRICT COURT

10

## NORTHERN DISTRICT OF CALIFORNIA

11

## SAN FRANCISCO DIVISION

12

13

14  IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
15  LITIGATION

16  ────────────────────────────────

17  This Document Relates to:

18  *Jane Doe LS 274 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05902-CRB*

19

MDL No. 3084 CRB

Honorable Charles R. Breyer

20  **PLAINTIFF JANE DOE LS 274'S NOTICE OF NEW ACTION FILED**

21      Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

22  with Jury Demand in the above-referenced action was filed on August 24, 2024.

23  Dated: August 27, 2024                    Respectfully Submitted,

24                                            **LEVIN SIMES LLP**

25
                                            By: /s/ *William A. Levin*
26                                               William A. Levin
                                                Laurel L. Simes
27                                               David M. Grimes
                                                Samira J. Bokaie
28                                               *Attorneys for Plaintiff Jane Doe LS 274*

1

1

## **CERTIFICATE OF SERVICE**

2

3      I hereby certify that on August 27, 2024, I electronically filed the foregoing document with

4    the Clerk of the Court using the CM/ECF system, which will automatically send notification of the

5    filing to all counsel of record.

6                                                    /s/ *William A. Levin*
                                                     William A. Levin

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:24-cv-05902-CRB                    PLAINTIFF JANE DOE LS 274'S NOTICE OF NEW ACTION FILED