```
 1  William A. Levin (CA Bar No. 98592)
    Laurel L. Simes (CA Bar No. 134637)
 2  David M. Grimes (CA Bar No. 324292)
    Samira J. Bokaie (CA Bar No. 332782)
 3  LEVIN SIMES LLP
    1700 Montgomery Street, Suite 250
 4  San Francisco, California 94111
 5  Telephone: (415) 426-3000
    Facsimile: (415) 426-3001
 6  Email: wlevin@levinsimes.com
    Email: llsimes@levinsimes.com
 7  Email: dgrimes@levinsimes.com
 8  Email: sbokaie@levinsimes.com
    *Attorneys for Plaintiff Jane Doe LS 366*
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br>Honorable Charles R. Breyer |
|---|---|
| This Document Relates to:<br><br>*Jane Doe LS 366 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05886-CRB* | |

### PLAINTIFF JANE DOE LS 366'S NOTICE OF NEW ACTION FILED

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 24, 2024.

Dated: August 27, 2024

Respectfully Submitted,

**LEVIN SIMES LLP**

By: /s/ *William A. Levin*
William A. Levin
Laurel L. Simes
David M. Grimes
Samira J. Bokaie
*Attorneys for Plaintiff Jane Doe LS 366*

---

Case No. 3:24-cv-05886-CRB      1     PLAINTIFF JANE DOE LS 366'S NOTICE OF NEW ACTION FILED

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *William A. Levin*
William A. Levin