1 | William A. Levin (CA Bar No. 98592)
2 | Laurel L. Simes (CA Bar No. 134637)
  | David M. Grimes (CA Bar No. 324292)
3 | Samira J. Bokaie (CA Bar No. 332782)
  | **LEVIN SIMES LLP**
4 | 1700 Montgomery Street, Suite 250
  | San Francisco, California 94111
5 | Telephone: (415) 426-3000
  | Facsimile: (415) 426-3001
6 | Email: wlevin@levinsimes.com
7 | Email: llsimes@levinsimes.com
  | Email: dgrimes@levinsimes.com
8 | Email: sbokaie@levinsimes.com
  | *Attorneys for Plaintiff Jane Doe LS 318*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br>Honorable Charles R. Breyer |
|---|---|
| This Document Relates to:<br><br>*Jane Doe LS 318 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05932-CRB | |

**PLAINTIFF JANE DOE LS 318'S NOTICE OF NEW ACTION FILED**

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 25, 2024.

Dated: August 27, 2024

Respectfully Submitted,

**LEVIN SIMES LLP**

By: /s/ *William A. Levin*
William A. Levin
Laurel L. Simes
David M. Grimes
Samira J. Bokaie
*Attorneys for Plaintiff Jane Doe LS 318*

---

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *William A. Levin*
William A. Levin