1  Sarah R. London (CA Bar No. 267083)
   **LIEFF CABRASER HEIMANN & BERNSTEIN**
2  275 Battery Street, 29th Floor
   San Francisco, CA 94111
3  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
4

5  *Attorneys for Plaintiff LCHB143*

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | IN RE: UBER TECHNOLOGIES, INC. | MDL No. 3084 |
13 | PASSENGER SEXUAL ASSAULT LITIGATION | **NOTICE OF FILING OF NEW ACTION** |

14

15 This Document Relates to:

16 *LCHB143 v. Uber Technologies, Inc., et al.*
   Case No. 3:24-cv-05753
17

18

3083629.1

NOTICE OF FILING OF NEW ACTION
CASE NO. 3:24-CV-05753

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 23, 2024.

Dated: August 27, 2024

Respectfully submitted,

*/s/ Sarah R. London*
Sarah R. London (CA Bar No. 267083)
Caitlin M. Nelson (CA Bar No. 335601)
Annie M. Wanless (CA Bar No. 339635)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com
cwoods@lchb.com
awanless@lchb.com

Andrew R. Kaufman (MDL *pro hac vice*)
222 Second Ave. S., Suite 1640
Nashville, TN 37201
Phone: (615) 313-9000
akaufman@lchb.com

*Attorneys for Plaintiff LCHB143*