1 RACHEL B. ABRAMS (Cal Bar No. 209316)
   ADAM B. WOLF (Cal Bar No. 215914)
2 **Peiffer Wolf Carr Kane Conway & Wise, LLP**
   555 Montgomery Street, Suite 820
3 San Francisco, CA 94111
   Telephone: 415.766.3544
4 Facsimile: 415.840.9435
   Email: rabrams@peifferwolf.com
5 Email: awolf@peifferwolf.com

6 TIFFANY R. ELLIS (*Admitted PHV*)
   **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7 2229 Trumbull St.
   Detroit, MI 48216
8 Telephone: 313.210.1559
   Facsimile: 415.840.9435
9 Email: tellis@peifferwolf.com

10 *Counsel for Plaintiff*

11

**UNITED STATES DISTRICT COURT**
12 **NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**
13

14 IN RE: UBER TECHNOLOGIES, INC.,        )   No. 3:23-md-03084-CRB
    PASSENGER SEXUAL ASSAULT             )
15  LITIGATION                           )   **NOTICE OF FILING OF NEW ACTION**
                                         )
16                                       )
                                         )
17 _____        )
                                         )
18  *This document relates to:*          )
                                         )
19  *M.P. v. UBER TECHNOLOGIES, INC., et* )
    *al., 3:24-cv-05623-CRB*             )
20                                       )
                                         )
21                                       )

22

23         Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

24 with Jury Demand in the above-referenced action was filed on August 21, 2024.

25 ///

26 ///

27 ///

28

Dated: August 29, 2024

Respectfully submitted,

By: */s/ Rachel B. Abrams*
RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
         awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.
Detroit, MI 48216
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2024, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Rachel B. Abrams*
Rachel B. Abrams