1 | RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
2 | **Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
3 | San Francisco, CA 94111
Telephone: 415.766.3544
4 | Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
5 | Email: awolf@peifferwolf.com

6 | TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
7 | 2229 Trumbull St.
Detroit, MI 48216
8 | Telephone: 313.210.1559
Facsimile: 415.840.9435
9 | Email: tellis@peifferwolf.com

10 | *Counsel for Plaintiff*

11

**UNITED STATES DISTRICT COURT**
12 | **NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**
13

14 | IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION ) No. 3:23-md-03084-CRB
15 |
) **NOTICE OF FILING OF NEW ACTION**
16 |

17 |
*This document relates to:*
18 |
*C.P. v. UBER TECHNOLOGIES, INC., et al., 3:24-cv-05664-CRB*
19 |
20 |
21 |
22

23 | Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

24 | with Jury Demand in the above-referenced action was filed on August 22, 2024.

25 | ///

26 | ///

27 | ///

28

CASE NO. 3:23-md-03084-CRB 1 NOTICE OF FILING OF NEW ACTION

1

Dated: August 29, 2024

Respectfully submitted,

2

3

By: */s/ Rachel B. Abrams*
RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)

4

**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820

5

San Francisco, CA 94111
Telephone: 415.766.3544

6

Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com

7

awolf@peifferwolf.com

8

TIFFANY R. ELLIS (*Admitted PHV*)

9

**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.

10

Detroit, MI 48216
Telephone: 313.210.1559

11

Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

12

*Counsel for Plaintiff*

13

14

15

## **CERTIFICATE OF SERVICE**

16

I hereby certify that on August 29, 2024, I electronically transmitted the foregoing

17

**NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System

18

for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

19

20

*/s/ Rachel B. Abrams*
Rachel B. Abrams

21

22

23

24

25

26

27

28

CASE NO. 3:23-md-03084-CRB          2          NOTICE OF FILING OF NEW ACTION