1  Albert Oganesyan (SBN 285637)
   Iyman N. Strawder (SBN 304203)
2  Jennifer I. Montemayor Texas Bar No. 24098129 (*pro hac vice*)
3  **SIMON GREENSTONE PANATIER, P.C.**
   3480 Kilroy Airport Way, Suite 540
4  Long Beach, California 90806
   Tel: (562) 590-3400
5  Fax: (562) 590-3412
   Email: aoganesyan@sgptrial.com
6  Email: istrawder@sgptrial.com
7  Email: jmontemayor@sgptrial.com

8  *Attorneys for Plaintiff*

9

10                       **UNITED STATES DISTRICT COURT**

11                       **NORTHERN DISTRICT OF CALIFORNIA**

12                             **SAN FRANCISCO DIVISION**

13

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*JANE DOE R.C. v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05738- CRB | |

20              **PLAINTIFF JANE DOE R.C.'S NOTICE OF NEW ACTION FILED**

21       Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the

22  Complaint with Jury Demand in the above-referenced action was filed on August 22, 2024.

23  Dated: August 29, 2024                         Respectfully Submitted,

24                                                 **SIMON GREENSTONE PANATIER, PC**

25                                                 By: /s/ *Jennifer I. Montemayor*
                                                       Jennifer I. Montemayor (*pro hac vice*)
26                                                     Albert Oganesyan (SBN: 285637)
                                                       Iyman N. Strawder (SBN: 304203)
27                                                     *Attorneys for Plaintiff JANE DOE R.C.*
28

---

1

Case No. 3:24-cv-05738-CRB          PLAINTIFF JANE DOE R.C.'S NOTICE OF NEW ACTION FILED

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *Jennifer I. Montemayor*
Jennifer I. Montemayor