IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ This Order Relates To: ALL ACTIONS | Case No. 23-md-03084-CRB **ORDER REGARDING JOINT CASE INFORMATION CHART** |

As discussed during the Case Management Conference on August 29, 2024, the parties shall prepare and submit to the Court a chart that identifies every case currently in the MDL. The chart shall include, at a minimum, the following information for each case:

- Case number
- The state in which the case was filed
- The domicile of the plaintiff, if undisputed
- The state in which the alleged incident occurred, if undisputed
- Which state's law Plaintiffs believe should govern the case
- Which state's law Defendants believe should govern the case

The parties may include additional case information in the chart if they believe it would be helpful to the Court. But the chart should not contain any argument beyond a plain statement of which state's law a party believes should apply to a given case.

The chart shall be submitted within 30 days of the date of this order. The parties shall email the Courtroom Deputy an editable spreadsheet of the chart and file a joint letter on the docket stating that the chart was submitted.

**IT IS SO ORDERED.**

Dated: August 29, 2024

_____
CHARLES R. BREYER
United States District Judge

