1  RANDALL S. LUSKEY (SBN: 240915)
       rluskey@paulweiss.com
2  **PAUL, WEISS, RIFKIND, WHARTON**
3      **& GARRISON LLP**
   535 Mission Street, 24th Floor
4  San Francisco, CA 94105
   Telephone: (628) 432-5100
5  Facsimile:  (628) 232-3101

6  ROBERT ATKINS (*Pro Hac Vice* admitted)
7      ratkins@paulweiss.com
   CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
8      cgrusauskas@paulweiss.com
   ANDREA M. KELLER (*Pro Hac Vice* admitted)
9      akeller@paulweiss.com
10 **PAUL, WEISS, RIFKIND, WHARTON**
       **& GARRISON LLP**
11 1285 Avenue of the Americas
   New York, NY 10019
12 Telephone: (212) 373-3000
   Facsimile:  (212) 757-3990
13

14 *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.,
15 RASIER, LLC, and RASIER-CA, LLC

16 *[Additional Counsel Listed on Following Page]*

17

18                          UNITED STATES DISTRICT COURT

19                         NORTHERN DISTRICT OF CALIFORNIA

20                                SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: ALL ACTIONS | **DECLARATION OF MICHAEL B. SHORTNACY IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO SEAL EXHIBITS IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL CUSTODIAL DISCOVERY**<br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

MICHAEL B. SHORTNACY (SBN: 277035)
  mshortnacy@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (*Pro Hac Vice* admitted)
  oot@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
1800 K Street NW, Suite 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

KYLE N. SMITH (*Pro Hac Vice* admitted)
  ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
  jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**DECLARATION OF MICHAEL B. SHORTNACY**

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm of Shook, Hardy & Bacon LLP, attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, (collectively, "Uber"). I am a member in good standing of the Bar of the State of California, the State of New York, and the District of Columbia. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so.

2. I have reviewed Exhibits A and B to my Declaration in Support of Uber's Opposition to Plaintiffs' Motion to Compel Custodial Discovery, as well as the declarations of Frank Chang, Henry Gustav Fuldner, and Matt Kallman. These exhibits contain highly confidential, sensitive non-public information including personally identifiable information.

3. Exhibit A to my Declaration in Support of Uber's Opposition to Plaintiffs' Motion to Compel Custodial Discovery is a chart created by Uber that lists 18 current and former Uber Employees by name, title, dates of employment, and non-public internal job responsibilities, whom Uber proposes as ESI custodians in this Action.

4. Exhibit B to my Declaration in Support of Uber's Opposition to Plaintiffs' Motion to Compel Custodial Discovery is a chart created by Uber that contains commercially sensitive non-public information that would harm Uber's marketplace standing if sealing is denied, as well as personal identifying information. The document incorporates information from confidential information produced by Uber in this litigation.

5. The Declaration of Frank Chang in Support of Opposition to Plaintiffs' Motion to Compel Custodial Discovery is a document created by an Uber employee for this litigation that contains commercially sensitive non-public information that would harm Uber's marketplace standing if sealing is denied, as well as personal identifying information. The document also references Uber employees' names, job titles, non-public information about job responsibilities, and dates of employment.

6. The Declaration of Henry Gustav Fuldner in Support of Opposition to Motion to Compel Custodial Discovery is a document created by an Uber Employee for this litigation that contains commercially sensitive non-public information that would harm Uber's marketplace standing if sealing is denied, as well as personal identifying information. The document also references current and former Uber employees' names, job titles, non-public information about job responsibilities, and dates of employment.

7. The Declaration of Matt Kallman in Support of Opposition to Motion to Compel Custodial Discovery is a document created by an Uber Employee for this litigation that contains commercially sensitive non-public information that would harm Uber's marketplace standing if sealing is denied, as well as personal identifying information. The document also references current and former Uber employees' names, job titles, non-public information about job responsibilities, and dates of employment.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 29, 2024, in Los Angeles, California.

/s/ *Michael B. Shortnacy*
Michael B. Shortnacy