[Submitting Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO SEAL EXHIBITS IN SUPPORT OF UBER'S OPPOSITION TO MOTION TO COMPEL CUSTODIAL DISCOVERY**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC (collectively "Uber") Administrative Motion to Seal the Joint Discovery Letter and Exhibits for the Clawback Challenge, dated August 29, 2024, ECF ____, and for GOOD CAUSE shown, the Court hereby ORDERS that the following materials remain under seal:

| Document | Description | Designating Party |
|---|---|---|
| Opposition to Plaintiffs' Motion to Compel Custodial Discovery | Portions of briefing referring to documents the Parties filed under seal. | Uber |
| Exhibit A to Declaration of Michael B. Shortnacy In Support of Uber's Opposition to Plaintiffs' Motion to Compel Custodial Discovery | A chart containing Uber employee names and confidential employment information. | Uber |
| Exhibit B to Declaration of Michael B. Shortnacy In Support of Uber's Opposition to Plaintiffs' Motion to Compel Custodial Discovery | A chart containing references to sealed material, Uber employee names, and confidential employment information. | Uber |
| Declaration of Frank Chang In Support of Opposition to Plaintiffs' Motion to Compel Custodial Discovery | A document containing Uber employee names and confidential employment information. | Uber |
| Declaration of Henry Gustav Fuldner In Support of Opposition to Plaintiffs' Motion to Compel Custodial Discovery | A document containing Uber employee names and confidential employment information. | Uber |
| Declaration of Matt Kallman In Support of Opposition to Plaintiffs' Motion to Compel Custodial Discovery | A document containing Uber employee names and confidential employment information. | Uber |

**IT IS SO ORDERED.**

**Dated:** _____    _____
**Hon. Lisa J. Cisneros**
**United States Magistrate Judge**