# Decl. of Frank Chang ISO Opp'n to MTC re Custodial Files

# FILED UNDER SEAL