# Decl. of Henry Gustav Fuldner ISO Opp'n to MTC re Custodial Files

# FILED UNDER SEAL