# Decl. of Matt Kallman ISO Opp'n to MTC re Custodial Files

# FILED UNDER SEAL