1  RANDALL S. LUSKEY (SBN: 240915)
       rluskey@paulweiss.com
2  **PAUL, WEISS, RIFKIND, WHARTON**
       **& GARRISON LLP**
3  535 Mission Street, 24th Floor
   San Francisco, CA 94105
4  Telephone: (628) 432-5100
   Facsimile:  (628) 232-3101
5

6  ROBERT ATKINS (*Pro Hac Vice* admitted)
       ratkins@paulweiss.com
7  CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
       cgrusauskas@paulweiss.com
8
9  ANDREA M. KELLER (*Pro Hac Vice* admitted)
       akeller@paulweiss.com
10 **PAUL, WEISS, RIFKIND, WHARTON**
       **& GARRISON LLP**
11 1285 Avenue of the Americas
   New York, NY 10019
12 Telephone: (212) 373-3000
   Facsimile:  (212) 757-3990
13

14 *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.,
15 RASIER, LLC, and RASIER-CA, LLC

16 [Additional Counsel Listed on Following Page]

17

18

19                      **UNITED STATES DISTRICT COURT**

20                      **NORTHERN DISTRICT OF CALIFORNIA**

21                          **SAN FRANCISCO DIVISION**

| 22 | IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
|---|---|---|
| 23 | | **ADMINISTRATIVE MOTION FOR REMOVAL AND REPLACEMENT OF UBER'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL CUSTODIAL DISCOVERY (ECF 1542)** |
| 24 | | |
| 25 | This Document Relates to: | |
| 26 | ALL ACTIONS | |
| 27 | | Judge:      Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

28

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC (collectively "Uber") hereby respectfully request the removal of Uber's Opposition to Plaintiffs' Motion to Compel Custodial Discovery (ECF 1542) and the replacement of that document with a corrected brief, attached hereto as Exhibit A. It has come to the Parties' attention that certain content of the brief that was intended to be redacted because that material is subject to a pending sealing request, may be viewable. Uber's counsel has conferred with counsel for Plaintiffs, who do not oppose the requested relief.

Dated: August 30, 2024         Respectfully submitted,

**SHOOK HARDY & BACON L.L.P.**
By: */s/ Michael B. Shortnacy*
MICHAEL B. SHORTNACY

MICHAEL B. SHORTNACY (SBN: 277035)
    mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (Admitted *Pro Hac Vice*)
    oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

KYLE N. SMITH (*Pro Hac Vice* admitted)
    ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
    jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington DC, 20006

Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2024 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

Dated: August 30, 2024                                          By: */s/ Michael B. Shortnacy*