1
2
3
4
5

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION FOR REMOVAL AND REPLACEMENT OF UBER'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL CUSTODIAL DISCOVERY (ECF 1542)**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

The Court hereby GRANTS Defendants' motion for the removal and replacement of Uber's Opposition to Plaintiffs' Motion to Compel Plaintiffs' Motion to Compel Custodial Files (ECF 1542).

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                                HON. LISA J. CISNEROS
                                                                                United States Magistrate Judge