## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Civil Action No. 3:23-MD-03084-CRB |
| This Document Relates to: ALL ACTIONS | |

### DECLARATION OF SAMANTHA HOEFS IN SUPPORT OF PLAINTIFFS' LETTER BRIEF RE: THE CHERTOFF GROUP

1. I, Samantha V. Hoefs, declare and state as follows:

2. I am an attorney and associate at Nigh Goldenberg Raso & Vaughn PLLC, counsel for Plaintiffs, and admitted *pro hac vice* in *In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation*, 3:23-MD-03084-CRB.

3. I submit this Declaration in support of Plaintiffs' Letter Brief Re: The Chertoff Group

4. A true and correct copy of the subpoena is attached hereto as **Exhibit A.**

5. A true and correct copy of the Objections and Responses to the subpoena are attached hereto as **Exhibit B.**

6. A true and correct copy of Plaintiffs' Proposal to Chertoff Group modifying the scope of the subpoena is attached hereto as **Exhibit C**.

7. A true and correct copy of correspondence from Michael Rebuck, memorializing Plaintiffs' agreement with the Chertoff Group is attached hereto as **Exhibit D**.

8. A true and correct copy of UBER-MDL3084-DFS000426905 is attached hereto as **Exhibit E**.

I certify under penalty of perjury that the foregoing is true and correct. Executed on August 30, 2024 in Saint Paul, Minnesota.

9. /s/ Samantha Hoefs
10.   Samantha Hoefs