1  Albert Oganesyan (SBN 285637)
   Iyman N. Strawder (SBN 304203)
2  Jennifer I. Montemayor Texas Bar No. 24098129 (*pro hac vice*)
3  **SIMON GREENSTONE PANATIER, P.C.**
   3480 Kilroy Airport Way, Suite 540
4  Long Beach, California 90806
   Tel: (562) 590-3400
5  Fax: (562) 590-3412
   Email: aoganesyan@sgptrial.com
6  Email: istrawder@sgptrial.com
7  Email: jmontemayor@sgptrial.com

8  *Attorneys for Plaintiff*

9
10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION
13

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*JANE DOE L.G. v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05742- CRB | |

20          **PLAINTIFF JANE DOE L.G.'S NOTICE OF NEW ACTION FILED**

21      Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the
22  Complaint with Jury Demand in the above-referenced action was filed on August 22, 2024.

23  Dated: August 30, 2024                        Respectfully Submitted,
24                                                **SIMON GREENSTONE PANATIER, PC**
25
                                                  By: /s/ *Jennifer I. Montemayor*
26                                                    Jennifer I. Montemayor (*pro hac vice*)
                                                      Albert Oganesyan (SBN: 285637)
27                                                    Iyman N. Strawder (SBN: 304203)
                                                      *Attorneys for Plaintiff JANE DOE L.G.*
28

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *Jennifer I. Montemayor*
Jennifer I. Montemayor