Albert Oganesyan (SBN 285637)
Iyman N. Strawder (SBN 304203)
Jennifer I. Montemayor Texas Bar No. 24098129 (*pro hac vice*)
**SIMON GREENSTONE PANATIER, P.C.**
3480 Kilroy Airport Way, Suite 540
Long Beach, California 90806
Tel: (562) 590-3400
Fax: (562) 590-3412
Email: aoganesyan@sgptrial.com
Email: istrawder@sgptrial.com
Email: jmontemayor@sgptrial.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br>Honorable Charles R. Breyer |
| This Document Relates to:<br>*JANE DOE K.S..v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05752- CRB* | |

## PLAINTIFF JANE DOE K.S.'S NOTICE OF NEW ACTION FILED

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 22, 2024.

Dated: August 30, 2024

Respectfully Submitted,

**SIMON GREENSTONE PANATIER, PC**

By: */s/ Jennifer I.Montemayor*
Jennifer I. Montemayor (*pro hac vice*)
Albert Oganesyan (SBN: 285637)
Iyman N. Strawder (SBN: 304203)
*Attorneys for Plaintiff JANE DOE L.G.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *Jennifer I. Montemayor*
Jennifer I. Montemayor