1 Albert Oganesyan (SBN 285637)
2 Iyman N. Strawder (SBN 304203)
  Jennifer I. Montemayor Texas Bar No. 24098129 (*pro hac vice*)
3 **SIMON GREENSTONE PANATIER, P.C.**
  3480 Kilroy Airport Way, Suite 540
4 Long Beach, California 90806
  Tel: (562) 590-3400
5 Fax: (562) 590-3412
  Email: aoganesyan@sgptrial.com
6 Email: istrawder@sgptrial.com
7 Email: jmontemayor@sgptrial.com

8 *Attorneys for Plaintiff*

9
10                    **UNITED STATES DISTRICT COURT**
11                    **NORTHERN DISTRICT OF CALIFORNIA**
12                          **SAN FRANCISCO DIVISION**
13

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br>Honorable Charles R. Breyer |
|---|---|
| This Document Relates to:<br><br>*JANE DOE K.W. v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05754- CRB | |

20              **PLAINTIFF JANE DOE L.W.'S NOTICE OF NEW ACTION FILED**

21       Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the
22 Complaint with Jury Demand in the above-referenced action was filed on August 22, 2024.

23 Dated: August 30, 2024                          Respectfully Submitted,
24                                                  **SIMON GREENSTONE PANATIER, PC**
25
                                                    By: /s/ *Jennifer I. Montemayor*
26                                                       Jennifer I. Montemayor (*pro hac vice*)
                                                         Albert Oganesyan (SBN: 285637)
27                                                       Iyman N. Strawder (SBN: 304203)
                                                         *Attorneys for Plaintiff JANE DOE L.W.*
28

---
1

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *Jennifer I. Montemayor*
Jennifer I. Montemayor