[Submitting Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHALL BE SEALED**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

Under Civil Local Rules 7-11 and 79(f), Plaintiffs move the Court to consider whether certain documents marked confidential by Uber should be sealed.

**Material To Be Filed Under Seal**

The document to be filed under seal are Plaintiffs' Letter Brief Re: Subpoena to the Chertoff Group and Exhibit E thereto. Plaintiffs request the Court consider whether the following should be filed under seal:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit E to Plaintiffs' Letter Brief Re: The Chertoff Group | A document created by the Chertoff Group designated "Confidential" by Uber | Uber |
| Plaintiffs' Letter Brief Re: The Chertoff Group | Plaintiffs' Letter Brief containing quotations to Exhibit E which is a document designated "Confidential" by Uber | Uber |

Under Local Rule 79-5(f)(3), the Designating Party bears the responsibility to establish that all of the designated material is sealable and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules. None of the information was marked confidential by Plaintiffs.

This Motion complies with Civil Local Rule 7-11 and 79-5 and is accompanied by the following attachments:

1. The Declaration of Sarah London in Support of this Motion; and
2. A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: August 30, 2024          Respectfully submitted,

By: */s/ Marlene J. Goldenberg*
    Marlene J. Goldenberg
    Samantha V. Hoefs
    **NIGH GOLDENBERG RASO & VAUGHN PLLC**
    14 Ridge Square NW, Third Floor
    Washington, D.C. 20016
    Telephone: (202) 978-2228
    Facsimile: (202) 792-7927
    mgoldenberg@nighgoldenberg.com
    shoefs@nighgoldenberg.com

By: */s/ Sarah R. London*
    Sarah R. London (SBN 267083)
    **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
    275 Battery Street, 29th Floor
    San Francisco, CA 94111-3339
    Telephone: (415) 956-1000
    Facsimile: (415) 956-1008
    slondon@lchb.com

By: */s/ Rachel B. Abrams*
    Rachel B. Abrams (SBN 209316)
    **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
    555 Montgomery Street, Suite 820
    San Francisco, CA 94111
    Telephone: (415) 426-5641
    Facsimile: (415) 840-9435
    rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
    Roopal P. Luhana

|  |  |
|---|---|
| 1 | **CHAFFIN LUHANA LLP** |
| 2 | 600 Third Avenue, 12th Floor |
|   | New York, NY 10016 |
| 3 | Telephone: (888) 480-1123 |
|   | Facsimile: (888) 499-1123 |
| 4 | luhana@chaffinluhana.com |

*Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Dated: August 30, 2024              Respectfully submitted,

By: */s/ Marlene J. Goldenberg*
Marlene J. Goldenberg
**NIGH GOLDENBERG RASO & VAUGHN PLLC**
14 Ridge Square NW, Third Floor
Washington, D.C. 20016
Telephone: (202) 978-2228
Facsimile: (202) 792-7927
mgoldenberg@nighgoldenberg.com

4