IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Civil Action No. 3:23-MD-03084-CRB |
| This Document Relates to: ALL ACTIONS | |

### DECLARATION OF SAMANTHA HOEFS IN SUPPORT OF ADMINISTRATIVE MOTION TO DETERMINE WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

1. I, Samantha V. Hoefs, declare and state as follows:

2. I am an attorney and associate at Nigh Goldenberg Raso & Vaughn PLLC, counsel for Plaintiffs, and admitted *pro hac vice* in *In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation*, 3:23-MD-03084-CRB.

3. I submit this Declaration in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal:

4. Because the materials at issue were designated confidential by Uber, Plaintiffs filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit E to Plaintiffs' Letter Brief Re: The Chertoff Group | A document created by the Chertoff Group designated "Confidential" by Uber | Uber |
| Plaintiffs' Letter Brief Re: The Chertoff Group | Plaintiffs' Letter Brief containing quotations to Exhibit E which is a document designated "Confidential" by Uber | Uber |

I certify under penalty of perjury that the foregoing is true and correct.  Executed on August 30, 2024 in Saint Paul, Minnesota.

/s/ Samantha Hoefs
Samantha Hoefs