[Submitting Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHALL BE SEALED**<br><br>Judge:        Hon. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

Having considered Plaintiffs' August 30, 2024 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit E to Plaintiffs' Letter Brief Re: The Chertoff Group | A document created by the Chertoff Group designated "Confidential" by Uber | Uber |
| Plaintiffs' Letter Brief Re: The Chertoff Group | Plaintiffs' Letter Brief containing quotations to Exhibit E which is a document designated "Confidential" by Uber | Uber |

**IT IS SO ORDERED.**

Dated:

                                                               HON. Lisa J. Cisneros
                                                               United States Magistrate Judge