UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION FOR REMOVAL AND REPLACEMENT OF UBER'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL CUSTODIAL DISCOVERY (ECF 1542)**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

The Court hereby GRANTS Defendants' motion for the removal and replacement of Uber's Opposition to Plaintiffs' Motion to Compel Plaintiffs' Motion to Compel Custodial Files (ECF 1542). The incorrectly filed document is hereby SEALED.

**IT IS SO ORDERED.**

Dated: September 3, 2024

_____
HON. LISA J. CISNEROS
United States Magistrate Judge

-1-

[PROPOSED] ORDER                                                                              Case no. 3:23-MD-3084-CRB