C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine E. Cutter (SBN 312622)
**CUTTER LAW, P.C.**
401 Watt Ave.
Sacramento, CA 95864
(916) 290-9400
bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com

*ATTORNEYS FOR PLAINTIFFS*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB  *Hon. Judge Charles R. Breyer* |
| THIS DOCUMENT RELATES TO:  *Roe CL 12 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-04673  *Roe CL 13 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-04677 | |

### NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Pretrial Order No. 6 that Short Form Complaints and Jury Demands have been filed on behalf of Plaintiffs Jane Roe CL 12 and Jane Roe CL 13.

DATED:  September 4, 2024           Respectfully submitted,

/s/ Jennifer S. Domer
Jennifer S. Domer

C. Brooks Cutter
Jennifer S. Domer

1
NOTICE OF FILING SHORT FORM COMPLAINTS

Celine E. Cutter
CUTTER LAW, P.C.
401 Watt Avenue
Sacramento, CA 95864
(916) 290-9400
bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com

*ATTORNEYS FOR PLAINTIFFS*

**PROOF OF SERVICE**

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within entitled action; my business address is Cutter Law P.C., 401 Watt Avenue, Sacramento, California 95864.

On the date below, I served a copy of the following document(s) described as Short Form Complaints for Plaintiffs Jane Roe CL 12 and Jane Roe CL 13 on the interested party(ies) in this action as follows:

| X | **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on Pretrial Order No. 6: Direct Filing, whereby defense agreed to waive formal service of summons, I caused the documents to be sent from **ebell@*cutterlaw*.com** to the person(s) at the e-mail address MDL3084-service-Uber@paulweiss.com. |
|---|---|

Executed on September 4, 2024 at Sacramento, California.

*Elaine Bell*

Elaine Bell