C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine E. Cutter (SBN 312622)
**CUTTER LAW, P.C.**
401 Watt Ave.
Sacramento, CA 95864
(916) 290-9400
bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com

*ATTORNEYS FOR PLAINTIFFS*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB<br><br>*Hon. Judge Charles R. Breyer* |
| THIS DOCUMENT RELATES TO:<br><br>*Roe CL 21 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05525*<br><br>*Roe CL 22 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05532*<br><br>*Roe CL 24 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05536*<br><br>*Roe CL 25 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05541*<br><br>*Roe CL 26 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05543*<br><br>*Roe CL 27 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05583*<br><br>*Roe CL 28 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05586*<br><br>*Roe CL 29 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05589*<br><br>*Roe CL 30 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05591* | |

*Roe CL 31 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05594*

*Roe CL 32 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05596*

*Roe CL 33 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05691*

*Roe CL 34 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05696*

*Roe CL 35 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05706*

*Roe CL 36 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05720*

*Roe CL 37 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05728*

*Roe CL 38 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05729*

*Roe CL 39 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05732*

*Roe CL 40 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05734*

*Roe CL 41 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05736*

*Roe CL 42 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05740*

*Roe CL 43 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05741*

*Roe CL 44 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05744*

*Roe CL 45 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05746*

*Roe CL 46 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05748*

*Roe CL 47 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05749*

*Roe CL 48 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05810*

*Roe CL 49 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05811*

*Roe CL 50 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05825

*Roe CL 51 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05827

*Roe CL 52 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05830

*Roe CL 53 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05831

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Pretrial Order No. 6 that Short Form Complaints and Jury Demands have been filed on behalf of Plaintiffs Jane Roe CL 21, Jane Roe CL 22, Jane Roe CL 23, Jane Roe CL 24, Jane Roe CL 25, Jane Roe CL 26, Jane Roe CL 27, Jane Roe CL 28, Jane Roe CL 29, and Jane Roe CL 30, Jane Roe CL 31, Jane Roe CL 32, Jane Roe CL 33, Jane Roe CL 34, Jane Roe CL 35, Jane Roe CL 36, Jane Roe CL 37, Jane Roe CL 38, Jane Roe CL 39, Jane Roe CL 40, Jane Roe CL 41, Jane Roe CL 42, Jane Roe CL 43, Jane Roe CL 44, Jane Roe CL 45, Jane Roe CL 46, Jane Roe CL 47, Jane Roe CL 48, Jane Roe CL 49, Jane Roe CL 50, Jane Roe CL 51, Jane Roe CL 52, and Jane Roe CL 53.

DATED:  September 5, 2024                Respectfully submitted,

                                          /s/ Jennifer S. Domer
                                        Jennifer S. Domer

                                        C. Brooks Cutter
                                        Jennifer S. Domer
                                        Celine E. Cutter
                                        CUTTER LAW, P.C.
                                        401 Watt Avenue
                                        Sacramento, CA 95864
                                        (916) 290-9400
                                        bcutter@cutterlaw.com
                                        jdomer@cutterlaw.com
                                        ccutter@cutterlaw.com

                                        *ATTORNEYS FOR PLAINTIFFS*

**PROOF OF SERVICE**

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within entitled action; my business address is Cutter Law P.C., 401 Watt Avenue, Sacramento, California 95864.

On the date below, I served a copy of the following document(s) described as Short Form Complaints for Plaintiffs Jane Roe CL 21, Jane Roe CL 22, Jane Roe CL 23, Jane Roe CL 24, Jane Roe CL 25, Jane Roe CL 26, Jane Roe CL 27, Jane Roe CL 28, Jane Roe CL 29, and Jane Roe CL 30, Jane Roe CL 31, Jane Roe CL 32, Jane Roe CL 33, Jane Roe CL 34, Jane Roe CL 35, Jane Roe CL 36, Jane Roe CL 37, Jane Roe CL 38, Jane Roe CL 39, Jane Roe CL 40, Jane Roe CL 41, Jane Roe CL 42, Jane Roe CL 43, Jane Roe CL 44, Jane Roe CL 45, Jane Roe CL 46, Jane Roe CL 47, Jane Roe CL 48, Jane Roe CL 49, Jane Roe CL 50, Jane Roe CL 51, Jane Roe CL 52, and Jane Roe CL 53 on the interested party(ies) in this action as follows:

| X | **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on Pretrial Order No. 6: Direct Filing, whereby defense agreed to waive formal service of summons, I caused the documents to be sent from **gperez@*cutterlaw.com*** to the person(s) at the e-mail address MDL3084-service-Uber@paulweiss.com. |
|---|---|

Executed on September 3, 2024 at Sacramento, California.

 *Guisela Perez*
Guisela Perez