C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine E. Cutter (SBN 312622)
**CUTTER LAW, P.C.**
401 Watt Ave.
Sacramento, CA 95864
(916) 290-9400
bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com

*ATTORNEYS FOR PLAINTIFFS*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB<br><br>*Hon. Judge Charles R. Breyer* |
| THIS DOCUMENT RELATES TO: | |

*Roe CL 2 v. Uber Technologies, Inc., et al.,*
*Case No. 3:24-cv-05539*

*Roe CL 3 v. Uber Technologies, Inc., et al.,*
*Case No. 3:24-cv-05723*

*Roe CL 4 v. Uber Technologies, Inc., et al.,*
*Case No. 3:24-cv-05727*

*Roe CL 5 v. Uber Technologies, Inc., et al.,*
*Case No. 3:24-cv-05839*

*Roe CL 54 v. Uber Technologies, Inc., et al.,*
*Case No. 3:24-cv-05832*

*Roe CL 55 v. Uber Technologies, Inc., et al.,*
*Case No. 3:24-cv-05835*

*Roe CL 56 v. Uber Technologies, Inc., et al.,*
*Case No. 3:24-cv-05837*

*Roe CL 57 v. Uber Technologies, Inc., et al.,*
*Case No. 3:24-cv-05841*

*Roe CL 58 v. Uber Technologies, Inc., et al.,*
*Case No. 3:24-cv-05846*

*Roe CL 59 v. Uber Technologies, Inc., et al.,*
*Case No. 3:24-cv-05847*

*Roe CL 60 v. Uber Technologies, Inc., et al.,*
*Case No. 3:24-cv-05848*

*Roe CL 61 v. Uber Technologies, Inc., et al.,*
*Case No. 3:24-cv-05850*

*Roe CL 62 v. Uber Technologies, Inc., et al.,*
*Case No. 3:24-cv-05851*

*Roe CL 63 v. Uber Technologies, Inc., et al.,*
*Case No. 3:24-cv-05852*

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Pretrial Order No. 6 that Short Form Complaints and Jury Demands have been filed on behalf of Plaintiffs John Roe CL 2, John Roe CL 3, John Roe CL 4, John Roe CL 5, Jane Roe CL 54, Jane Roe CL 55, Jane Roe CL 56, Jane Roe CL 57, Jane Roe CL 58, Jane Roe CL 59, Jane Roe CL 60, Jane Roe CL 61, Jane Roe CL 62, and Jane Roe CL 63.

DATED:  September 5, 2024                Respectfully submitted,

/s/ Jennifer S. Domer
Jennifer S. Domer

C. Brooks Cutter
Jennifer S. Domer
Celine E. Cutter
CUTTER LAW, P.C.
401 Watt Avenue
Sacramento, CA 95864
(916) 290-9400
bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com

*ATTORNEYS FOR PLAINTIFFS*

**PROOF OF SERVICE**

I am employed in the County of Sacramento.  I am over the age of eighteen years and not a party to the within entitled action; my business address is Cutter Law P.C., 401 Watt Avenue, Sacramento, California 95864.

On the date below, I served a copy of the following document(s) described as Short Form Complaints for Plaintiffs John Roe CL 2, John Roe CL 3, John Roe CL 4, John Roe CL 5, Jane Roe CL 54, Jane Roe CL 55, Jane Roe CL 56, Jane Roe CL 57, Jane Roe CL 58, Jane Roe CL 59, Jane Roe CL 60, Jane Roe CL 61, Jane Roe CL 62, and Jane Roe CL 63 on the interested party(ies) in this action as follows:

| | |
|---|---|
| **X** | **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  Based on Pretrial Order No. 6: Direct Filing, whereby defense agreed to waive formal service of summons, I caused the documents to be sent from **gperez@*cutterlaw.com*** to the person(s) at the e-mail address MDL3084-service-Uber@paulweiss.com. |

Executed on September 4, 2024 at Sacramento, California.


 _Guisela Perez_
Guisela Perez