OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** August 30, 2024 | **Time:** 1:10 p.m.- 2:02 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.**: 3:23-md-03084-CRB | **Case Name:** In re: Uber Technologies, Inc. v. | |

**For Plaintiff:** Roopal Luhana, Chaffin Luhana LLP; Rachel Abrams, Peiffe Wolf Carr Kan Conway &Wise, LLP; Marlene Goldenberg, Nigh Goldernberg Raso & Vaughn; Bret Stanley, Johnson Law Group

**For Defendant:** Michael Shortnacy, Patrick Oot, Veronica Gromada and Jeremy Wikler, Shook, Hardy & Bacon LLP

**For Third-Party Lyft:** David Riskin, Williams & Connolly LLP; Warren Metlitzky, Conrad, Metlitzky Kane LLP.

| **Deputy Clerk:** Brittany Sims | **Reported by:** Marla Knox |
|---|---|

PROCEEDINGS

Discovery Status Conference held. The Court heard from both parties regarding the status report. ECF No. 1521.

On August 8, 2024, the Court had ordered Defendants to promptly produce the records for nine agreed upon custodians using MDL Plaintiff's search terms.  ECF No. 867.  At the August 8, 2024 discovery status conference, the Court ordered Defendants to produce such records within two weeks, but the subsequent minute order did not repeat that specific date.  In the following discovery status report and conference Plaintiffs reported that the custodial record had not yet been produced.  The Court ordered Defendants to produce such records and the related privilege logs by September 15, 2024.

The Court underscores that privilege logs for custodians must be produced according to the schedule set forth in the Deposition Protocol unless a different date is set by court order.  ECF No. 866.

The parties disputed the remaining discovery deadlines that should be imposed.  Court takes the discovery status report and the parties' arguments under submission and will issue a further order for discovery management.