1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:       Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

1  Having considered Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC
2  (collectively "Uber") Administrative Motion to Seal, dated September 6, 2024, the Court hereby
3  ORDERS that the following materials remain under seal:

| Document | Description |
|---|---|
| Exhibit B to the declaration of Veronica Gromada in support of Uber's letter brief regarding Plaintiffs' subpoena to Ballard Partners | Contracts between Ballard Partners and Uber |

**IT IS SO ORDERED.**

Dated: _____     _____
                                   Hon. Lisa J. Cisneros
                                   United States Magistrate Judge