1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF No. 1554]**<br><br>Judge:         Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |
|---|---|

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 1554]

Case No. 3:23-MD-3084-CRB,

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, dated August 30, 2024, ECF 1554, and Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC's (collectively "Uber") statement in support of Plaintiffs' Administrative Motion, dated September 6, 2024, the Court hereby ORDERS that the following materials remain under seal:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit E to Plaintiffs' Letter Brief Re: The Chertoff Group | A confidential document created by the Chertoff Group designated as "Confidential" by Uber under the Protective Order | Uber |
| Plaintiffs' Letter Brief Re: The Chertoff Group | Plaintiffs' Letter Brief containing quotations to Exhibit E, which is a confidential document created by the Chertoff Group designated by Uber as "Confidential" | Uber |

**IT IS SO ORDERED.**

Dated:_____            _____
                                          Hon. Lisa J. Cisneros
                                          United States Magistrate Judge

2

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 1554]
Case No. 3:23-MD-3084-CRB