[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**NOTICE OF FILING OF UNSEALED DOCUMENTS** |

On September 3, 2024, the Court issued an Order Regarding Plaintiffs' Administrative Motion to Consider Whether Documents Should Be Sealed. ECF Nos. 1559, 762. Pursuant to that Order, Plaintiffs now file Exhibits A, B[1], F, G, H, and I to the parties' July 30, 2024 Letter Brief Re: Uber's Redactions to PTO 5 Documents (ECF No. 761) in the public record.

Dated: September 9, 2024

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
slondon@lchb.com

By: */s/ Rachel B. Abrams*

---

[1] Uber confirmed on September 9, 2024 that it will not file an administrative motion to maintain Exhibit B under seal.

- 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com


By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

- 2 -