# EXHIBIT A

**CONFIDENTIAL**



CONFIDENTIAL

**CONFIDENTIAL**



UBER-MDL3084-000001291

**CONFIDENTIAL**



1.      **Did UBER conduct an investigation or follow up on the first rider's complaint dated July 16, 2017 about the driver asking the rider to go to his apartment?  If so, what was the facts and outcome of your investigation?**

When we received this complaint, we immediately reached out to the rider via phone call and email.  We also followed up on the rider's support ticket, informed her about the voicemail, and asked her to either call us back or to let us know what would be a good time for Uber to give her another call.  She did not respond to Uber's outreach, despite continuing to take additional trips through the Uber app.  We, therefore, did not take further action.



**CONFIDENTIAL**



**CONFIDENTIAL**

UBER-MDL3084-000001294