# EXHIBIT B

Client Code,Client Name,DriverID,Applicant Status,First Name,Last Name,Email,Phone Number,DOB,MVR/Nationwide/SSN Order Date,MVR/Nationwide/SSN Completion Date,MVR/Nationwide/SSN Cancel Date,MVR/Nationwide/SSN Is Discrepancy,MVR/Nationwide/SSN Progress,Federal/County Order Date,Federal/County Completion Date,Federal/County Cancel Date,Federal/County Is Discrepancy,Federal/County Progress

CONFIDENTIAL

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY



CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00014004
UBER-MDL3084-000048775



CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00014005
UBER-MDL3084-000048776

CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00014006
UBER-MDL3084-000048777



CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00014007
UBER-MDL3084-000048778



CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00014008
UBER-MDL3084-000048779



CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00014009
UBER-MDL3084-000048780



CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00014010
UBER-MDL3084-000048781



CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00014011
UBER-MDL3084-000048782



CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY



CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00014013
UBER-MDL3084-000048784



CONFIDENTIAL

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00014014

UBER-MDL3084-000048785



CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY



CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY



CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00014018
UBER-MDL3084-000048789



CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00014019
UBER-MDL3084-000048790



CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00014020
UBER-MDL3084-000048791



CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00014021
UBER-MDL3084-000048792

CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00014022
UBER-MDL3084-000048793