# EXHIBIT F

**CONFIDENTIAL**

ID: ff5bdd95-60a1-40af-96d2-07c4fb7b4e7e
Title: A message from Uber
User Type: client

Thank you for reporting this situation ▯REDACTED▯. We have launched an internal investigation and someone will be in contact with you as soon as possible regarding this matter. We appreciate your patience.

In the mean time please have law enforcement contact our specialized Law Enforcement Response Team at **lert@uber.com**

We're able to work with you through the appropriate channels to help as needed.

Clarisa ▮▮▮▮▮
Mon, 20 Feb 2017 22:18:04 GMT
via agent (external)

Rider called in on inbound line to report sexual assault.
Full notes in ▮▮▮▮▮

https://▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Clarisa ▮▮▮▮▮
Mon, 20 Feb 2017 22:18:17 GMT
via agent (internal)

Hello ▯REDACTED▯

This is Gus from Uber's Investigations Team and I tried to give you a call, but I must have missed you.

We will be looking into the reported incident and taking the appropriate steps. We are committed to creating the best possible experience for riders and drivers using the application; which means that all feedback and concerns we receive are very important to us.
If you have any additional details or comments that you would like to add about this incident, please do not hesitate to let me know or you can also call me back at ▮▮▮▮▮

Gustavo ▮▮▮
Tue, 28 Feb 2017 16:15:13 GMT
via agent (external)

https://▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Gustavo ▮▮▮
Tue, 28 Feb 2017 16:15:13 GMT
via agent (internal)

**CONFIDENTIAL**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY                    UBER-MDL3084-000004053