# EXHIBIT G

Message
***

**From:**      Google Alerts [googlealerts-noreply@google.com]
**Sent:**       11/27/2017 1:04:12 PM
**To:**         tbreeden@uber.com
**Subject:**    Google Alert - uber sexual assault



## Google Alerts

# uber sexual assault
Daily update · November 27, 2017

NEWS

### The NFL Is Formally Investigating ████████ for Allegedly Groping an **Uber** Driver
Complex
... current accusations against Winston hired attorney John Clune, who also represented the woman who accused ████████ **of sexual assault** in 2012.
The NFL Is Investigating Allegations That ████████ Groped A Female **Uber** Driver - UPROXX
Full Coverage

Flag as irrelevant

### NFL reviewing allegation ████████ groped **Uber** driver
WHIO
████████ is being investigated for allegedly groping a female **Uber** driver in ... ████████ has been at the center of a previous **sexual assault** allegation.

Flag as irrelevant

### Man **Sexually** Harassed A Woman At American University Pretending To Be An **Uber** Driver
University News
36-year-old ████████ from Springfield, Virginia was arrested and then charged with kidnapping and **sexual abuse** on Monday. The victim ...

Flag as irrelevant

### Anthony Bourdain cooks Thanksgiving dinner for ████████ rape accusers
ExpressNewsline
Of the many women who have come forward to bring attention to decades of alleged **sexual assault** by Hollywood **uber**-producer ████████████████████ are some of the most outspoken and fearless. Anthony Bourdain, who's now dating ████ cooked ...
████████ Accusers ████████ a Spend Thanksgiving ... - 10,000 Couples
Full Coverage

Flag as irrelevant

See more results | Edit this alert

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Uber_DOE_0001849
UBER-MDL3084-000055511

You have received this email because you have subscribed to **Google Alerts**.
Unsubscribe | View all your alerts

Receive this alert as RSS feed


Send Feedback

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Uber_DOE_0001850
UBER-MDL3084-000055512