GZJ KDKV'J "

| | A | B |
|---|---|---|
| 1 | driver_id | email |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | REDACTED | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |

CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

| | A | B | |
|---|---|---|---|
| 37 | | | |
| 38 | | | |
| 39 | | | |
| 40 | | | |
| 41 | | | |
| 42 | | | |
| 43 | | | |
| 44 | | | |
| 45 | | | |
| 46 | | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | | | |
| 51 | | | |
| 52 | | | |
| 53 | | | |
| 54 | | **REDACTED** | |
| 55 | | | |
| 56 | | | |
| 57 | | | |
| 58 | | | |
| 59 | | | |
| 60 | | | |
| 61 | | | |
| 62 | | | |
| 63 | | | |
| 64 | | | |
| 65 | | | |
| 66 | | | |
| 67 | | | |
| 68 | | | |
| 69 | | | |
| 70 | | | |
| 71 | | | |
| 72 | | | |

CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00013946
UBER-MDL3084-000048717



CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00013947
UBER-MDL3084-000048718

| | A | B | |
|---|---|---|---|
| 109 | | | |
| 110 | | | |
| 111 | | | |
| 112 | | | |
| 113 | | | |
| 114 | | | |
| 115 | | | |
| 116 | | | |
| 117 | | | |
| 118 | | | |
| 119 | | | |
| 120 | | | |
| 121 | | | |
| 122 | | | |
| 123 | | | |
| 124 | | | |
| 125 | | **REDACTED** | |
| 126 | | | |
| 127 | | | |
| 128 | | | |
| 129 | | | |
| 130 | | | |
| 131 | | | |
| 132 | | | |
| 133 | | | |
| 134 | | | |
| 135 | | | |
| 136 | | | |
| 137 | | | |
| 138 | | | |
| 139 | | | |
| 140 | | | |
| 141 | | | |
| 142 | | | |
| 143 | | | |
| 144 | | | |

CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

| | A | B | |
|---|---|---|---|
| 145 | | | |
| 146 | | | |
| 147 | | | |
| 148 | | | |
| 149 | | | |
| 150 | | | |
| 151 | | | |
| 152 | | | |
| 153 | | | |
| 154 | | | |
| 155 | | | |
| 156 | | | |
| 157 | | | |
| 158 | | | |
| 159 | | | |
| 160 | | | |
| 161 | | | |
| 162 | | **REDACTED** | |
| 163 | | | |
| 164 | | | |
| 165 | | | |
| 166 | | | |
| 167 | | | |
| 168 | | | |
| 169 | | | |
| 170 | | | |
| 171 | | | |
| 172 | | | |
| 173 | | | |
| 174 | | | |
| 175 | | | |
| 176 | | | |
| 177 | | | |
| 178 | | | |
| 179 | | | |
| 180 | | | |

CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00013949
UBER-MDL3084-000048720

| | A | B |
|---|---|---|
| 181 | | |
| 182 | | |
| 183 | | |
| 184 | | |
| 185 | | |
| 186 | | |
| 187 | | |
| 188 | | |
| 189 | | |
| 190 | | |
| 191 | | |
| 192 | | |
| 193 | | |
| 194 | | |
| 195 | | |
| 196 | | |
| 197 | | |
| 198 | **REDACTED** | |
| 199 | | |
| 200 | | |
| 201 | | |
| 202 | | |
| 203 | | |
| 204 | | |
| 205 | | |
| 206 | | |
| 207 | | |
| 208 | | |
| 209 | | |
| 210 | | |
| 211 | | |
| 212 | | |
| 213 | | |
| 214 | | |
| 215 | | |
| 216 | | |

CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00013950
UBER-MDL3084-000048721

| | A | B | |
|---|---|---|---|
| 217 | | | |
| 218 | | | |
| 219 | | | |
| 220 | | | |
| 221 | | | |
| 222 | | | |
| 223 | | | |
| 224 | | | |
| 225 | | | |
| 226 | | | |
| 227 | | | |
| 228 | | | |
| 229 | | | |
| 230 | | | |
| 231 | | n | |
| 232 | | | |
| 233 | | | |
| 234 | | **REDACTED** | |
| 235 | | | |
| 236 | | | |
| 237 | | | |
| 238 | | | |
| 239 | | | |
| 240 | | | |
| 241 | | | |
| 242 | | | |
| 243 | | | |
| 244 | | | |
| 245 | | | |
| 246 | | | |
| 247 | | | |
| 248 | | | |
| 249 | | | |
| 250 | | | |
| 251 | | | |
| 252 | | | |

CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00013951
UBER-MDL3084-000048722



CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

| | A | B |
|---|---|---|
| 289 | | |
| 290 | | |
| 291 | | |
| 292 | | |
| 293 | | |
| 294 | | |
| 295 | | |
| 296 | | |
| 297 | | |
| 298 | | |
| 299 | | |
| 300 | | |
| 301 | | |
| 302 | | |
| 303 | | |
| 304 | | |
| 305 | | |
| 306 | **REDACTED** | |
| 307 | | |
| 308 | | |
| 309 | | |
| 310 | | |
| 311 | | |
| 312 | | |
| 313 | | |
| 314 | | |
| 315 | | |
| 316 | | |
| 317 | | |
| 318 | | |
| 319 | | |
| 320 | | |
| 321 | | |
| 322 | | |
| 323 | | |
| 324 | | |

CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00013953
UBER-MDL3084-000048724

|  | A | B |  |
|---|---|---|---|
| 325 | | | |
| 326 | | | |
| 327 | | | |
| 328 | | | |
| 329 | | | |
| 330 | | | |
| 331 | | | |
| 332 | | | |
| 333 | | | |
| 334 | | | |
| 335 | | | |
| 336 | | | |
| 337 | | | |
| 338 | | | |
| 339 | | | |
| 340 | | | |
| 341 | | | |
| 342 | | **REDACTED** | |
| 343 | | | |
| 344 | | | |
| 345 | | | |
| 346 | | | |
| 347 | | | |
| 348 | | | |
| 349 | | | |
| 350 | | | |
| 351 | | | |
| 352 | | | |
| 353 | | | |
| 354 | | | |
| 355 | | | |
| 356 | | | |
| 357 | | | |
| 358 | | | |
| 359 | | | |
| 360 | | | |

CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00013954
UBER-MDL3084-000048725

| | A | B | |
|---|---|---|---|
| 361 | | | |
| 362 | | | |
| 363 | | | |
| 364 | | | |
| 365 | | | |
| 366 | | | |
| 367 | | | |
| 368 | | | |
| 369 | | | |
| 370 | | | |
| 371 | | | |
| 372 | | | |
| 373 | | | |
| 374 | | | |
| 375 | | | |
| 376 | | | |
| 377 | | | |
| 378 | **REDACTED** | | |
| 379 | | | |
| 380 | | | |
| 381 | | | |
| 382 | | | |
| 383 | | | |
| 384 | | | |
| 385 | | | |
| 386 | | | |
| 387 | | | |
| 388 | | | |
| 389 | | | |
| 390 | | | |
| 391 | | | |
| 392 | | | |
| 393 | | | |
| 394 | | | |
| 395 | | | |
| 396 | | | |

CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00013955
UBER-MDL3084-000048726

| | A | B | |
|---|---|---|---|
| 397 | | | |
| 398 | | | |
| 399 | | | |
| 400 | | | |
| 401 | | | |
| 402 | | | |
| 403 | | | |
| 404 | | | |
| 405 | | | |
| 406 | | | |
| 407 | | | |
| 408 | | | |
| 409 | | | |
| 410 | | | |
| 411 | | | |
| 412 | | | |
| 413 | | | |
| 414 | **REDACTED** | | |
| 415 | | | |
| 416 | | | |
| 417 | | | |
| 418 | | | |
| 419 | | | |
| 420 | | | |
| 421 | | | |
| 422 | | | |
| 423 | | | |
| 424 | | | |
| 425 | | | |
| 426 | | | |
| 427 | | | |
| 428 | | | |
| 429 | | | |
| 430 | | | |
| 431 | | | |
| 432 | | | |

CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00013956
UBER-MDL3084-000048727

| | A | B |
|---|---|---|
| 433 | | |
| 434 | | |
| 435 | | |
| 436 | | |
| 437 | | |
| 438 | | |
| 439 | | |
| 440 | | |
| 441 | | |
| 442 | | |
| 443 | | |
| 444 | | |
| 445 | | |
| 446 | | |
| 447 | | |
| 448 | | |
| 449 | | |
| 450 | **REDACTED** | |
| 451 | | |
| 452 | | |
| 453 | | |
| 454 | | |
| 455 | | |
| 456 | | |
| 457 | | |
| 458 | | |
| 459 | | |
| 460 | | |
| 461 | | |
| 462 | | |
| 463 | | |
| 464 | | |
| 465 | | |
| 466 | | |
| 467 | | |
| 468 | | |

CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00013957
UBER-MDL3084-000048728

| | A | B |
|---|---|---|
| 469 | | |
| 470 | | |
| 471 | | |
| 472 | | |
| 473 | | |
| 474 | | |
| 475 | | |
| 476 | | |
| 477 | | |
| 478 | | |
| 479 | | |
| 480 | | |
| 481 | | |
| 482 | | |
| 483 | | |
| 484 | | |
| 485 | | |
| 486 | **REDACTED** | |
| 487 | | |
| 488 | | |
| 489 | | |
| 490 | | |
| 491 | | |
| 492 | | |
| 493 | | |
| 494 | | |
| 495 | | |
| 496 | | |
| 497 | | |
| 498 | | |
| 499 | | |
| 500 | | |
| 501 | | |
| 502 | | |
| 503 | | |
| 504 | | |

CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

| | A | B | |
|---|---|---|---|
| 505 | | | |
| 506 | | | |
| 507 | | | |
| 508 | | | |
| 509 | | | |
| 510 | | | |
| 511 | | | |
| 512 | | | |
| 513 | | | |
| 514 | | | |
| 515 | | | |
| 516 | | | |
| 517 | | | |
| 518 | | | |
| 519 | | | |
| 520 | | | |
| 521 | | **REDACTED** | |
| 522 | | | |
| 523 | | | |
| 524 | | | |
| 525 | | | |
| 526 | | | |
| 527 | | | |
| 528 | | | |
| 529 | | | |
| 530 | | | |
| 531 | | | |
| 532 | | | |
| 533 | | | |
| 534 | | | |
| 535 | | | |
| 536 | | | |
| 537 | | | |
| 538 | | | |
| 539 | | | |
| 540 | | | |

CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00013959
UBER-MDL3084-000048730

| | A | B | |
|---|---|---|---|
| 541 | | | |
| 542 | | | |
| 543 | | | |
| 544 | | | |
| 545 | | | |
| 546 | | | |
| 547 | | | |
| 548 | | | |
| 549 | | | |
| 550 | | | |
| 551 | | | |
| 552 | | | |
| 553 | | | |
| 554 | | | |
| 555 | | | |
| 556 | | | |
| 557 | | | |
| 558 | | **REDACTED** | |
| 559 | | | |
| 560 | | | |
| 561 | | | |
| 562 | | | |
| 563 | | | |
| 564 | | | |
| 565 | | | |
| 566 | | | |
| 567 | | | |
| 568 | | | |
| 569 | | | |
| 570 | | | |
| 571 | | | |
| 572 | | | |
| 573 | | | |
| 574 | | | |
| 575 | | | |
| 576 | | | |

CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY



CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY



CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00013962
UBER-MDL3084-000048733



CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00013963
UBER-MDL3084-000048734

| | A | B | |
|---|---|---|---|
| 685 | | | |
| 686 | | | |
| 687 | | | |
| 688 | | | |
| 689 | | | |
| 690 | | | |
| 691 | | | |
| 692 | | | |
| 693 | | | |
| 694 | | | |
| 695 | | | |
| 696 | | | |
| 697 | | | |
| 698 | | | |
| 699 | | | |
| 700 | | | |
| 701 | | | |
| 702 | | **REDACTED** | |
| 703 | | | |
| 704 | | | |
| 705 | | | |
| 706 | | | |
| 707 | | | |
| 708 | | | |
| 709 | | | |
| 710 | | | |
| 711 | | | |
| 712 | | | |
| 713 | | | |
| 714 | | | |
| 715 | | | |
| 716 | | | |
| 717 | | | |
| 718 | | | |
| 719 | | | |
| 720 | | | |

CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00013964
UBER-MDL3084-000048735



CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00013965
UBER-MDL3084-000048736

| | A | B | |
|---|---|---|---|
| 757 | | | |
| 758 | | | |
| 759 | | | |
| 760 | | | |
| 761 | | | |
| 762 | | | |
| 763 | | | |
| 764 | | | |
| 765 | | | |
| 766 | | | |
| 767 | | | |
| 768 | | | |
| 769 | | | |
| 770 | | | |
| 771 | | | |
| 772 | | | |
| 773 | | | |
| 774 | | **REDACTED** | |
| 775 | | | |
| 776 | | | |
| 777 | | | |
| 778 | | | |
| 779 | | | |
| 780 | | | |
| 781 | | | |
| 782 | | | |
| 783 | | | |
| 784 | | | |
| 785 | | | |
| 786 | | | |
| 787 | | | |
| 788 | | | |
| 789 | | | |
| 790 | | | |
| 791 | | | |
| 792 | | | |

CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00013966
UBER-MDL3084-000048737



CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00013967
UBER-MDL3084-000048738

| | A | B | |
|---|---|---|---|
| 829 | | | |
| 830 | | | |
| 831 | | | |
| 832 | | | |
| 833 | | | |
| 834 | | | |
| 835 | | | |
| 836 | | | |
| 837 | | | |
| 838 | | | |
| 839 | | | |
| 840 | | | |
| 841 | | | |
| 842 | | | |
| 843 | | | |
| 844 | | | |
| 845 | | | |
| 846 | | **REDACTED** | |
| 847 | | | |
| 848 | | | |
| 849 | | | |
| 850 | | | |
| 851 | | | |
| 852 | | | |
| 853 | | | |
| 854 | | | |
| 855 | | | |
| 856 | | | |
| 857 | | | |
| 858 | | | |
| 859 | | | |
| 860 | | | |
| 861 | | | |
| 862 | | | |
| 863 | | | |
| 864 | | | |

CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00013968
UBER-MDL3084-000048739

| | A | B |
|---|---|---|
| 865 | | |
| 866 | | |
| 867 | | |
| 868 | | |
| 869 | | |
| 870 | | |
| 871 | | |
| 872 | | |
| 873 | | |
| 874 | | |
| 875 | | |
| 876 | | |
| 877 | | |
| 878 | | |
| 879 | | |
| 880 | | |
| 881 | | |
| 882 | **REDACTED** | |
| 883 | | |
| 884 | | |
| 885 | | |
| 886 | | |
| 887 | | |
| 888 | | |
| 889 | | |
| 890 | | |
| 891 | | |
| 892 | | |
| 893 | | |
| 894 | | |
| 895 | | |
| 896 | | |
| 897 | | |
| 898 | | |
| 899 | | |
| 900 | | |

CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

| | A | B | |
|---|---|---|---|
| 901 | | | |
| 902 | | | |
| 903 | | | |
| 904 | | | |
| 905 | | | |
| 906 | | | |
| 907 | | | |
| 908 | | | |
| 909 | | | |
| 910 | | | |
| 911 | | | |
| 912 | | | |
| 913 | | | |
| 914 | | | |
| 915 | | | |
| 916 | | | |
| 917 | | | |
| 918 | | **REDACTED** | |
| 919 | | | |
| 920 | | | |
| 921 | | | |
| 922 | | | |
| 923 | | | |
| 924 | | | |
| 925 | | | |
| 926 | | | |
| 927 | | | |
| 928 | | | |
| 929 | | | |
| 930 | | | |
| 931 | | | |
| 932 | | | |
| 933 | | | |
| 934 | | | |
| 935 | | | |
| 936 | | | |

CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00013970
UBER-MDL3084-000048741

|  | A | B |
|---|---|---|
| 937 | | |
| 938 | | |
| 939 | | |
| 940 | | |
| 941 | | |
| 942 | | |
| 943 | | |
| 944 | | |
| 945 | | |
| 946 | | |
| 947 | | |
| 948 | | |
| 949 | | |
| 950 | | |
| 951 | | |
| 952 | | |
| 953 | | |
| 954 | | **REDACTED** |
| 955 | | |
| 956 | | |
| 957 | | |
| 958 | | |
| 959 | | |
| 960 | | |
| 961 | | |
| 962 | | |
| 963 | | |
| 964 | | |
| 965 | | |
| 966 | | |
| 967 | | |
| 968 | | |
| 969 | | |
| 970 | | |
| 971 | | |
| 972 | | |

CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00013971
UBER-MDL3084-000048742

| | A | B | |
|---|---|---|---|
| 973 | | | |
| 974 | | **REDACTED** | |
| 975 | | | |
| 976 | | | |
| 977 | | | |

CONFIDENTIAL
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER00013972
UBER-MDL3084-000048743