# EXHIBIT I

**CONFIDENTIAL**

# Redacted

**CONFIDENTIAL**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY                              UBER-MDL3084-000018830