1    RACHEL B. ABRAMS (Cal Bar No. 209316)
     ADAM B. WOLF (Cal Bar No. 215914)
2    **Peiffer Wolf Carr Kane Conway & Wise, LLP**
     555 Montgomery Street, Suite 820
3    San Francisco, CA 94111
     Telephone: 415.766.3544
4    Facsimile: 415.840.9435
     Email: rabrams@peifferwolf.com
5    Email: awolf@peifferwolf.com

6    TIFFANY R. ELLIS (*Admitted PHV*)
     **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7    2229 Trumbull St.
     Detroit, MI 48216
8    Telephone: 313.210.1559
     Facsimile: 415.840.9435
9    Email: tellis@peifferwolf.com

10   *Counsel for Plaintiff*

11

                    **UNITED STATES DISTRICT COURT**
12                 **NORTHERN DISTRICT OF CALIFORNIA**
                      **SAN FRANCISCO DIVISION**
13

14   IN RE: UBER TECHNOLOGIES, INC.,
     PASSENGER SEXUAL ASSAULT          )   No. 3:23-md-03084-CRB
     LITIGATION                        )
15                                     )   **NOTICE OF FILING OF NEW ACTION**
                                       )
16                                     )
                                       )
17   _____  )
                                       )
18   *This document relates to:*       )
                                       )
19   *Y.D. v. UBER TECHNOLOGIES, INC., et*  )
     *al., 3:24-cv-06302-CRB*          )
20                                     )
                                       )
21                                     )

22

23       Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

24   with Jury Demand in the above-referenced action was filed on September 6, 2024.

25   ///

26   ///

27   ///

28

     CASE NO. 3:23-md-03084-CRB          1      NOTICE OF FILING OF NEW ACTION

1    Dated: September 11, 2024          Respectfully submitted,

2                                       By: */s/ Rachel B. Abrams*
                                        RACHEL B. ABRAMS (Cal Bar No. 209316)
3                                       ADAM B. WOLF (Cal Bar No. 215914)
                                        **Peiffer Wolf Carr Kane Conway & Wise, LLP**
4                                       555 Montgomery Street, Suite 820
                                        San Francisco, CA 94111
5                                       Telephone: 415.766.3544
                                        Facsimile: 415.840.9435
6                                       Email: rabrams@peifferwolf.com
                                               awolf@peifferwolf.com
7

8                                       TIFFANY R. ELLIS (*Admitted PHV*)
                                        **Peiffer Wolf Carr Kane Conway & Wise, LLP**
9                                       2229 Trumbull St.
                                        Detroit, MI 48216
10                                      Telephone: 313.210.1559
                                        Facsimile: 415.840.9435
11                                      Email: tellis@peifferwolf.com

12                                      *Counsel for Plaintiff*

13

14

15                    **CERTIFICATE OF SERVICE**

16        I hereby certify that on September 11, 2024, I electronically transmitted the foregoing

17   **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System

18   for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

19

20                                      */s/ Rachel B. Abrams*
                                        Rachel B. Abrams
21

22

23

24

25

26

27

28