RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.
Detroit, MI 48216
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | ) No. 3:23-md-03084-CRB<br>)<br>) **NOTICE OF FILING OF NEW ACTION**<br>)<br>)<br>)<br>) |
| *This document relates to:* | )<br>)<br>) |
| *Brittany Hancock v. UBER TECHNOLOGIES, INC., et al.,*<br>*3:24-cv-06305-CRB* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

with Jury Demand in the above-referenced action was filed on September 6, 2024.

///

///

///

CASE NO. 3:23-md-03084-CRB                    1        NOTICE OF FILING OF NEW ACTION

1

Dated: September 11, 2024                    Respectfully submitted,

2

By: */s/ Rachel B. Abrams*
RACHEL B. ABRAMS (Cal Bar No. 209316)

3

ADAM B. WOLF (Cal Bar No. 215914)

4

**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820

5

San Francisco, CA 94111
Telephone: 415.766.3544

6

Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com

7

       awolf@peifferwolf.com

8

TIFFANY R. ELLIS (*Admitted PHV*)

9

**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.

10

Detroit, MI 48216
Telephone: 313.210.1559

11

Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

12

*Counsel for Plaintiff*

13

14

15

## CERTIFICATE OF SERVICE

16

I hereby certify that on September 11, 2024, I electronically transmitted the foregoing

17

**NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System

18

for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

19

20

*/s/ Rachel B. Abrams*
Rachel B. Abrams

21

22

23

24

25

26

27

28

CASE NO. 3:23-md-03084-CRB              2       NOTICE OF FILING OF NEW ACTION