# **EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*M.H. v. Uber Technologies, Inc., et al.*<br>Case No. 3:23-cv-06200 | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING LCHB'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF M.H.** |

This matter comes before the Court on the Motion of Lieff Cabraser Heimann & Bernstein LLP ("LCHB) to withdraw as counsel for Plaintiff M.H. in the above-captioned case pursuant to Local Rule 11-5 and California Rules of Professional Conduct 1.16(b)(4) and 1.16(d).

1. LCHB's Motion is GRANTED. LCHB and its attorneys are terminated as counsel of record for Plaintiff M.H.

2. Pursuant to Local Rule 11-5(b), LCHB is ordered to serve all notices, papers, or pleadings on Plaintiff by regular mail until such time as these Plaintiffs appear *pro se* or counsel appear on their behalf.

**IT IS SO ORDERED.**

Dated: _____

                                       HON. CHARLES R. BREYER
United States District Court Judge