RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
  ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
  cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
  akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS UBER TECHNOLOGIES, INC. AND RAISER, LLC TO PROVIDE CERTAIN PRIVILEGE LOGS**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

## **STIPULATION**

**WHEREAS**, on September 6, 2024, this Court entered an order (the "Order") requiring Defendants Uber Technologies, Inc. and Raiser, LLC ("Uber") to produce certain documents and related privilege logs by September 15, 2024 for nine agreed upon custodians. (ECF 1622).

1     **WHEREAS**, the parties have met and conferred, and have agreed that Uber should be permitted a brief extension of the September 15 deadline for Uber to produce privilege logs for seven of the nine custodial files at issue in the Order. Uber will produce two of the nine privilege logs in compliance with the Order, on September 14 and 15, respectively.

    **WHEREAS**, specifically the parties have agreed that Uber may have an additional 10 days, until September 25, 2024, to produce privilege logs for the seven remaining agreed upon custodians.

    **THEREFORE,** the parties respectfully request that the Court enter the parties' stipulation that: the Order's September 15, 2024 deadline for Uber to provide certain privilege logs identified herein is extended to September 25, 2024 for seven of the nine agreed upon custodial files.

**IT IS SO STIPULATED.**

DATED: September 13, 2024

By: */s/ Michael B. Shortnacy*
MICHAEL B. SHORTNACY (SBN: 277035)
    mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2049 Century Park East, Ste. 3000
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (Admitted *Pro Hac Vice*)
    oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

KYLE N. SMITH (*Pro Hac Vice* admitted)
    ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
    jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

DATED: September 13, 2024

By: */s/ _Sarah R. London*_____
Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com

By: */s/ _Rachel B. Abrams*_____
Rachel B. Abrams
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*_____
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

I, Michael B. Shortnacy, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: September 13, 2024                    BY: */s/ Michael B. Shortnacy*
                                                  Michael B. Shortnacy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANTS UBER TECHNOLOGIES, INC. AND RAISER, LLC TO PROVIDE PRIVILEGE LOGS** |
|---|---|

PURSUANT TO STIPULATION, IT SO ORDERED:

1. The Stipulation Extending Time for Defendants Uber Technologies, Inc. and Raiser, LLC to Provide Privilege Logs is **GRANTED**.

2. The September 15, 2024 deadline (ECF 1622) for Uber to produce privilege logs for seven of the nine custodial files is extended as follows: Uber must produce privilege logs for seven of the nine custodians by September 25, 2024.

**IT IS SO ORDERED.**

DATED: September _____, 2024

LISA J. CISERNOS
United States Magistrate Judge