1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANTS UBER TECHNOLOGIES, INC. AND RAISER, LLC TO PROVIDE PRIVILEGE LOGS |
|---|---|

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The Stipulation Extending Time for Defendants Uber Technologies, Inc. and Raiser, LLC to Provide Privilege Logs is **GRANTED**.

2. The September 15, 2024 deadline (ECF 1622) for Uber to produce privilege logs for seven of the nine custodial files is extended as follows: Uber must produce privilege logs for seven of the nine custodians by September 25, 2024.

**IT IS SO ORDERED.**

DATED: September __14__, 2024

_____
LISA J. CISERNOS
United States Magistrate Judge