1  Andrea Hirsch, Esq. GA Bar No. 666557
   Brooke Cohen, Esq. TX Bar No. 24007019
2  COHEN HIRSCH, LP
   5256 Peachtree Road, Suite 195-E
3  Atlanta, GA 30341
   T: (678) 268-4683
4  andrea@cohenhirsch.com
   brooke@cohenhirsch.com
5
6  *Counsel for Plaintiff*

7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-MD-03084-CRB |
|---|---|
| | Honorable Charles R. Breyer |
| This Document Relates to: | **NOTICE OF FILING OF A NEW ACTION** |
| *E.B. 1450 v. Uber Technologies, Inc., et al; 3:24-cv-06349- CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint and Jury Demand in the above-referenced action was filed on September 16, 2024.

Dated: September 16, 2024                Respectfully submitted,

By: */s/ Andrea S. Hirsch*
Andrea Hirsch, Esq. GA Bar No. 666557
Brooke Cohen, Esq. TX Bar No. 24007019
**Cohen Hirsch, LP**
5256 Peachtree Road, Suite 195-E
Telephone: (678) 268-4683
Facsimile: (678) 669-1520
Email: andrea@cohenhirsch.com
brooke@cohenhirsch.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2024, I electronically transmitted the foregoing **NOTICE OF FILING OF A NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants..

*/s/ Andrea S. Hirsch*
Andrea S. Hirsch