IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
|---|---|

I, Roopal P. Luhana, declare:

1. I am an attorney in the law firm of Chaffin Luhana LLP, appointed Co-Lead counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of New York and am admitted *pro hac vice* to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein

2. Because the materials at issue were previously designated confidential by Uber, Plaintiffs filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit A to Reply In Support of Motion to Compel Custodial Discovery | Chart previously filed under seal by Uber | Uber |
| Exhibit B to Reply In Support of Motion to Compel Custodial Discovery | Chart previously filed under seal by Uber | Uber |

- 1 -

SRL DECL ISO ADMIN MOT.
CASE NO. 23-MD-03084-CRB

1 | I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of September, 2024 in Brooklyn, NY.

*/s/ Roopal P. Luhana*
Roopal P. Luhana

- 2 -

SRL DECL ISO ADMIN MOT.
CASE NO. 23-MD-03084-CRB