[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**CERTIFICATE OF SERVICE** |

I certify that, on September 17, 2024, a true and correct copy of the UNSEALED versions of the following document:

Attachments to Plaintiffs' Reply in Support of their Motion to Compel Custodial Discovery

were served pursuant to Civil L.R. 5 (a) to each person named below:

Randall Luskey (rluskey@paulweiss.com)
Marc Price Wolf (mpricewolf@paulweiss.com)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100

Robert Atkins (ratkins@paulweiss.com)
Caitlin Grusauskas (cgrusauskas@paulweiss.com)
Andrea Keller (akeller@paulweiss.com)
Marcelo Triana (mtriana@paulweiss.com)
Malika Amaru (mamaru@paulweiss.com)
Louis Murray (lmurray@paulweiss.com)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000

1  Kyle Smith (ksmith@paulweiss.com)
2  Jessica Phillips (jphillips@paulweiss.com)
   **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
3  2001 K Street, NW
   Washington, DC 20006
4  Telephone: (202) 223-7407

5  Patrick L. Oot, Jr. (oot@shb.com)
   **SHOOK, HARDY & BACON, LLP**
6  1800 K Street, NW
   10th Floor
7  Washington, DC 20006

8  Michael B. Shortnacy (mshortnacy@shb.com)
9  **SHOOK, HARDY & BACON, LLP**
   2049 Century Park East, Suite 3000
10 Los Angeles, CA 90067
   Telephone: (424) 285-8330
11
12 Service E-mail
   MDL3084-service-Uber@paulweiss.com
13
                        *Attorneys for Defendants*
14       UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

15     ☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced
16 document(s) to be sent in electronic PDF format as an attachment to an
   email addressed to the person(s) on whom such document(s) is/are to be served at
17 the email address(es) shown above, as last given by that person(s) or as obtained
   from an internet website(s) relating to such person(s), and I did not receive an email
18 response upon sending such email indicating that such email was not delivered.

19
       I declare under penalty of perjury under the laws of the United States of America that the
20
   foregoing is true and correct. Executed on September 17, 2024 in New York, NY.
21

22                                          By: */s/Roopal P. Luhana*
                                                Roopal P. Luhana
23

24

25

26

27

28