1  [Submitting counsel below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB <br><br> **PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO COMPEL CUSTODIAL DISCOVERY** |
|---|---|
| This Document Relates to: <br><br> All Cases | Judge: Honorable Lisa J. Cisneros |

In response to the Court's Order dated September 13, 2024 (ECF 1638), Plaintiffs hereby submit the following:

- Exhibit A, Responsive Chart to Defendants' Proposed Custodians;
- Exhibit B, Responsive Chart to Defendants' Analysis of Contested Custodians;
- Exhibit C, the September 17, 2024 Declaration of Roopal P. Luhana.

Dated: September 17, 2024

Respectfully submitted,
By: */s/Roopal Luhana*
ROOPAL P. LUHANA *(Pro Hac Vice)*
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com
*Co-Lead Counsel for Plaintiffs*

SARAH R. LONDON (SBN 267083)
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111

Telephone: (415) 956-1000
Email: slondon@lchb.com

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

# CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Roopal P. Luhana*
Roopal P. Luhana