[Submitting counsel below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>All Cases | No. 3:23-md-03084-CRB<br><br>**DECLARATION OF ROOPAL P. LUHANA, ESQ. IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL CUSTODIAL DISCOVERY**<br><br>Judge: Honorable Lisa J. Cisneros<br>Date: September 19, 2024<br>Time: 11:00 am PT<br>Via Zoom |

I, Roopal P. Luhana, declare and state as follows:

1. I am an attorney in the law firm of Chaffin Luhana LLP, appointed Co-Lead counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of New York and am admitted pro hac vice to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this Declaration in support of Plaintiffs' Reply in Support of their Motion to Compel Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively "Uber") to produce custodial discovery.

3. Exhibit A, attached to Plaintiffs' Reply in Support of their Motion to Compel Discovery, accurately reflects information provided in Uber's March 7, 2024 Rule 26 Disclosures and litigation hold dates provided by Uber on January 16, 2024.

4. The document statistics provided in Exhibit B, attached to Plaintiffs' Reply in Support of their Motion to Compel Discovery, were calculated using the method described in the August 19, 2024 Declaration of Roopal P. Luhana. (ECF 1137-1, at ¶¶ 17-18).

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 17, 2024, in Brooklyn, New York.

*/s/ Roopal P. Luhana*
Roopal P. Luhana