Sarah R. London (CA Bar No. 267083)
LIEFF CABRASER HEIMANN & BERNSTEIN
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiff LCHB149*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*LCHB149 v. Uber Technologies, Inc., et al.*<br>Case No. 3:24-cv-06549 | MDL No. 3084<br><br>**NOTICE OF FILING OF NEW ACTION** |

1  Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the
2  Complaint with Jury Demand in the above-referenced action was filed on September 18, 2024.
3
4  Dated: September 18, 2024                Respectfully submitted,
5
                                            */s/ Sarah R. London*
6                                           Sarah R. London (CA Bar No. 267083)
                                            Caitlin M. Nelson (CA Bar No. 335601)
7                                           Annie M. Wanless (CA Bar No. 339635)
                                            **LIEFF CABRASER HEIMANN & BERNSTEIN,**
8                                           **LLP**
                                            275 Battery Street, 29th Floor
9                                           San Francisco, CA 94111
                                            Telephone: (415) 956-1000
10                                          slondon@lchb.com
                                            cwoods@lchb.com
11                                          awanless@lchb.com
12
                                            Andrew R. Kaufman (MDL *pro hac vice*)
13                                          222 Second Ave. S., Suite 1640
                                            Nashville, TN 37201
14                                          Phone: (615) 313-9000
                                            akaufman@lchb.com
15
16                                          *Attorneys for Plaintiff LCHB149*
17
18
19
20
21
22
23
24
25
26
27
28