OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** September 19, 2024 | **Time:** 11:10 a.m.-11:50 a.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:23-md-03084-CRB | **Case Name:** In re: Uber Technologies, Inc. v. | |

**Attorney for Plaintiff:** Roopal Luhana and Elizabeth Wilkins, Chaffin Luhana LLP; Rachel Abrams, Peiffe Wolf Carr Kan Conway &Wise, LLP

**Attorney for Defendant:** Michael Shortnacy, Veronica Gromada and Jeremy Wikler, Shook, Hardy & Bacon LLP: Kyle Smith, Paul Weiss, Paul Weiss Rifkind Wharton Garrison LLP.

**Deputy Clerk:** Brittany Sims                **Reported by:** Stephen Franklin

PROCEEDINGS

Discovery Hearing held. The Court heard from both parties. The Court takes the matters under submission and will issue a written order.