# Uber

July 14, 2022

## Here's your receipt for your ride, ▮

We hope you enjoyed your ride this afternoon.

| | |
|---|---|
| **Total** | **$14.18** |

| | |
|---|---|
| Trip fare | $9.96 |

| | |
|---|---|
| **Subtotal** | **$9.96** |
| Temporary Fuel Surcharge | $0.45 |
| Booking Fee | $3.32 |
| NV Recovery Surcharge | $0.04 |
| Transportation Recovery Tax | $0.41 |

## Payments



Visa ••••6312
7/15/22 10:25 AM                                $14.18

[Visit the trip page](#) for more information, including invoices (where available)

---

You rode with Charles

UberX    4.43 miles | 9 min

■  **11:35 PM** | 1765 Carlin St, Reno, NV 89503, US

■  **11:44 PM** | 1520 Steelwood Ln, Reno, NV 89512, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.