1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

This Document Relates to:

JANE DOE 694448

MDL No. 3084 CRB

Honorable Charles R. Breyer

JURY TRIAL DEMANDED

### SHORT-FORM COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff named below files this *Short-Form Complaint and Demand for Jury Trial*
against Defendants named below by and through the undersigned counsel. Plaintiff incorporates
by reference the allegations contained in *Plaintiffs' Master Long-Form Complaint* in *In Re: Uber
Technologies, Inc., Passenger Sexual Assault Litigation,* MDL No. 3084 in the United States
District Court for the Northern District of California. Plaintiff files this *Short-Form Complaint* as
permitted by Case Management Order No. ___ of this Court.

Plaintiff selects and indicates by checking-off where requested, the Parties and Causes of
Actions specific to this case.

Plaintiff, by and through their undersigned counsel, allege as follows:

SHORT-FORM COMPLAINT

## I.   DESIGNATED FORUM[1]

1.   Identify the Federal District Court in which the Plaintiff would have filed in the absence of direct filing:

**United States District Court for the Northern California.**

("Transferee District Court").

## II.   IDENTIFICATION OF PARTIES

### A.   PLAINTIFF

1.   *Injured Plaintiff:* Name of the individual who alleges they were sexually assaulted, battered, harassed, or otherwise attacked by an Uber driver with whom they were paired while using the Uber platform:

JANE DOE 694448

("Plaintiff").

2.   At the time of the filing of this *Short-Form Complaint*, Plaintiff resides at:

Anchorage, AK

3.   (If applicable)  ____n/a_____ [INSERT NAME OF REPRESENTATIVE] is filing this case in a representative capacity as the [INSERT DESCRIPTOR I.E. ADMINISTRATOR ETC.] of the [INSERT DESCRIPTOR I.E. ESTATE OF NAME, ETC.], and has authority to act in this representative capacity because [INSERT BASIS FOR AUTHORITY].

### B.   DEFENDANT(S)

1.   Plaintiff names the following Defendants in this action.

- ✓ UBER TECHNOLOGIES, INC.;[2]
- ✓ RASIER, LLC;[3]

---

[1] *See* Pretrial Order No. 6, at II(C) (ECF No. 177).
[2] Delaware corporation with a principal place of business in California.
[3] A limited liability company whose sole member, Uber Technologies, Inc., is a citizen of Delaware and California.

SHORT-FORM COMPLAINT

✓ RASIER-CA, LLC.[4]

☐ OTHER (specify): _____. This defendant's

residence is in (specify state): _____.

**C.     RIDE INFORMATION**

1.      The Plaintiff was sexually assaulted, harassed, battered, or otherwise attacked by

an Uber driver in connection with a ride facilitated on the Uber platform in

Anchorage Alaska on or around October 1, 2022.

2.      The Plaintiff was the account holder of the Uber account used to request the

relevant ride.

3.      The Plaintiff provides the following additional information about the ride:

**[PLEASE SELECT/COMPLETE ONE]**

☐       The Plaintiff hereby incorporates Plaintiff's disclosure of ride information

produced pursuant to Pretrial Order No. 5 ¶ 4 on [DATE] or to be produced

in compliance with deadlines set forth in Pretrial Order No. 5 ¶ 4, and any

amendments or supplements thereto.

✓       The origin of the relevant ride was in Anchorage, AK.  The requested

destination of the relevant ride was 5308 Arctic Blvd, Anchorage, AK

99518.  The driver was named "John Doe".

**III.    CAUSES OF ACTION ASSERTED**

1.      The Causes of Action asserted in the *Plaintiffs' Master Long-Form Complaint,* and

the allegations with regard thereto in the *Plaintiffs' Master Long-Form Complaint,*

are adopted in this *Short-Form Complaint* by reference, except that Plaintiff opts

out of and excludes the causes of action specified below:

---

[4] A limited liability company whose sole member, Uber Technologies, Inc., is a citizen of
Delaware and California.

SHORT-FORM COMPLAINT

| Check any EXCLUDED causes of action | Cause of Action Number | Cause of Action |
|---|---|---|
| ☐ | I | NEGLIGENCE (including Negligent Hiring, Retention, Supervision, and Entrustment) |
| ☐ | II | FRAUD AND MISREPRESENTATION |
| ☐ | III | NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS |
| ☐ | IV | COMMON CARRIER'S NON-DELEGABLE DUTY TO PROVIDE SAFE TRANSPORTATION[5] |
| ☐ | V | OTHER NON-DELEGABLE DUTIES TO PROVIDE SAFE TRANSPORTATION[6] |
| ☐ | VI | VICARIOUS LIABILITY FOR DRIVERS' TORTS – EMPLOYEE |
| ☐ | VII | VICARIOUS LIABILITY FOR DRIVERS' TORTS – APPARENT AGENCY |
| ☐ | VIII | VICARIOUS LIABILITY FOR DRIVERS' TORTS – RATIFICATION |
| ☐ | IX | VICARIOUS LIABILITY FOR DRIVERS' TORTS – Cal. Public Utilities Code § 535 |
| ☐ | X | STRICT PRODUCTS LIABILITY – DESIGN DEFECT |
| ☐ | XI | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| ☐ | XII | STRICT PRODUCTS LIABILITY – PRODUCT LIABILITY ACTS |
| ☐ | XIII | UNFAIR COMPETITION LAW – Cal. Bus. & Prof. Code § 17200 et seq. |

## VI.   ADDITIONAL CAUSES OF ACTION AND/OR ALLEGATIONS

> **NOTE**
>
> If Plaintiff wants to allege additional Cause(s) of Action other those selected in paragraph __, the specific facts supporting any such additional Cause(s) of Action, must be pled in a manner complying with the requirements of the Federal Rules of Civil Procedure (*see* paragraph __). In doing so you may attach additional pages to this *Short-Form Complaint*.

1.   Plaintiff asserts the following additional theories against the Defendants

designated in paragraph __ above:

---

[5] This claim is pleaded in the *Plaintiffs' Master Long-Form Complaint* under the laws of every state **except**: **Arizona, Colorado**, **District of Columbia**, **Illinois** (for incidents prior to August 11, 2023), **Michigan**, **Montana** (for incidents prior to April 23, 2023), **New York**, **Pennsylvania**, **Wisconsin**, and **Wyoming.**

[6] This claim is pleaded in *Plaintiffs' Master Long-Form Complaint* under the laws of every state **except**: District **of Columbia**, **Michigan**, **New York, Pennsylvania**.

SHORT-FORM COMPLAINT

1

[YOU MAY ATTACH ADDITIONAL PAGES, IF NECESSARY]

2

NONE

3

4

5

6        2.      If Plaintiff has additional factual allegations not set forth in *Plaintiffs' Master*

7            *Long-Form Complaint*, they may be set forth below or in additional pages:

8

[YOU MAY ATTACH ADDITIONAL PAGES, IF NECESSARY]

9

NONE

10

11

12

13        **WHEREFORE**, Plaintiff prays for relief and judgment against Defendants for economic

14   and non-economic compensatory and punitive and exemplary damages, together with interest,

15   costs of suit, attorneys' fees, and all such other relief as the Court deems proper, and such further

16   relief as the Court deems equitable and just, and as set forth in *Plaintiffs' Master Long-Form*

17   *Complaint*.

18   **JURY DEMAND**

19        Plaintiff hereby demands a trial by jury as to all claims in this action.

20   Dated: 09/20/2024                         Sadi R. Antonmattei-Goitia (SBN 24091383)
                                                    Kherkher Garcia, LLP

21                                     2925 Richmond Ave., Suite 1560
                                             Houston, TX 77098

22                                        Telephone: (713) 333-1030
                                         Facsimile: (713) 333-1029

23                          Email: skherkher-team@kherkhergarcia.com
                             Email: rideshare@kherkhergarcia.com

24

25

26

27

28