1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF No. 1651]**<br><br>Judge:        Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |
|---|---|

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 1651]
Case No. 3:23-MD-3084-CRB,

1    Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's
2 Material Should Be Filed Under Seal, dated September 17, 2024, ECF 1651, and Defendants Uber
3 Technologies, Inc., Rasier, LLC, Rasier-CA, LLC's (collectively "Uber") statement in support of
4 Plaintiffs' Administrative Motion, dated September 24, 2024, ECF ___, the Court hereby ORDERS
5 that the following materials remain under seal:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit A to Reply In Support of Motion to Compel Custodial Discovery | Chart previously filed under seal by Uber containing confidential information | Uber |
| Exhibit B to Reply In Support of Motion to Compel Custodial Discovery | Chart previously filed under seal by Uber containing confidential information | Uber |

**IT IS SO ORDERED.**

Dated:_____

_____
Hon. Lisa J. Cisneros
United States Magistrate Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 1651]
Case No. 3:23-MD-3084-CRB