[Submitting Counsel Below]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES INC., PASSENGER SEXUAL ASSUALT LITIGATION<br><br>This Document Relates to:<br>*ALL ACTIONS/ALL CASES* | Cause No. 23-md-03084-CRB<br><br>NOTICE OF FIRM NAME CHANGE |

TO THE HONORABLE JUDGE AND CLERK OF THIS COURT:

    PLEASE TAKE NOTICE that the law firm of Walsh Law PLLC has changed its firm name to Anapol Weiss, effective September 9, 2024. Please also note the new address and email addresses below.

    Respectfully submitted,

ANAPOL WEISS
One Logan Square
130 North 18th Street,
Suite 1600
Philadelphia, PA 19103
Telephone: (202) 780-3014
Fax: (215) 875-7707

By:   /s/Alexandra M. Walsh
ALEXANDRA M. WALSH
DC State Bar No. 490484
Email:
awalsh@anapolweiss.com
WILLIAM SMITH
CAL State Bar No. 324235

NOTICE OF FIRM NAME CHANGE - 1          CASE NO. 3:23-MD-3084-CRB

Email:
wsmith@anapolweiss.com
HOLLY DOLEJSI
Email:
hdolejsi@anapolweiss.com
MN State Bar No. 0390110
*ATTORNEYS FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed in the Court's CM/ECF System this 26th day of September, 2024, and thereby served on all counsel of record.

/s/ *Alexandra M. Walsh*