UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVSION

| | |
|---|---|
| **Z.W.**, an individual<br><br>    Plaintiff,<br><br>  v.<br><br>**Uber Technologies Inc., et al.**,<br><br>    Defendants | Case No.: 3:24-cv-02844-CRB<br><br>**[PROPOSED ORDER]**<br><br><br><br>**MDL Related Case:** 3:23-md-03084-CRB |

      Having considered the Motion of Potter Handy, LLP to withdraw as attorneys of record for Plaintiff, Z.W., and any and all papers filed in opposition to such Motion, and finding good cause for the motion: the Motion of the Potter Handy, LLP to withdraw as Counsel for Plaintiff, Z.W., is granted.

IT IS SO ORDERED

Dated _____                    _____

UNITED STATES DISTRICT COURT JUDGE

Submitted By:

Potter Handy, LLP
Mark Potter, Esq., SBN 166317
Sarah Anastasi, Esq., SBN 322091
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
RSAssaults@potterhandy.com