# PROOF OF SERVICE
## Z.W. v. Uber Technologies Inc., et al.
### (3:24-cv-02844-CRB)

I, the undersigned, am over the age of eighteen years and am resident of Friendswood, Texas; I am not a party to the above-entitled action; My business address is 100 Pine St Ste 1250 San Francisco, CA 94111

   On July 24, 2024 I served the following document(s):
- **Plaintiff's Notice of Motion and Motion to Withdraw as Counsel; and Declaration of Sarah Anastasi in Support of Motion;**
- **[Proposed] Order**

Addressed to:

> **ZAKIYYAH WOODS**
>  866 E 232nd St.
> The Bronx, NY 10466
> *Plaintiff*

☑    BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Friendswood, Texas.

Executed on July 24, 2024, from Friendswood, Texas.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Sarath Marcus

PROOF OF SERVICE