IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ This Order Relates To: S.A. *v. Uber Technologies, Inc.*, Case No. 3:24-cv-02845-CRB Z.W. *v. Uber Technologies, Inc.*, Case No. 3:24-cv-02844-CRB K.H. *v. Uber Technologies, Inc.*, Case No. 3:24-cv-02840-CRB | MDL No. 3084 **ORDER RE MOTIONS TO WITHDRAW** Re: Dkt. Nos. 1672, 1673, 1674 |

The above captioned motions to withdraw are granted. Within 28 days of this order, each plaintiff shall file a notice indicating whether they intend to pursue the action with new counsel or representing themselves. If any plaintiff does not file that notice, the Court will dismiss their case without prejudice.

Uber's counsel shall provide a copy of this order to the plaintiffs and file a declaration within 7 days of this ruling explaining how they did so.

**IT IS SO ORDERED.**

Dated: September 26, 2024



CHARLES R. BREYER
United States District Judge