1  Sadi R. Antonmattei-Goitia (SBN #24091383)
   *(Pro Hac Vice)*
2  **KHERKHER GARCIA, LLP**
   2925 Richmond Ave., Suite 1560
3  Houston, TX 77098
4  Telephone: (713) 333-1030
   Facsimile: (713) 333-1029
5  Email: skherkher-team@kherkhergarcia.com
   Email: rideshare@kherkhergarcia.com
6
7  *Attorneys for Plaintiff*

8

9

10

11
                    **UNITED STATES DISTRICT COURT**
12                  **NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN FRANCISCO DIVISION**
13

14  IN RE: UBER TECHNOLOGIES, INC.,
    PASSENGER SEXUAL ASSAULT          )  No. 3:23-md-03084-CRB
    LITIGATION                        )
15                                     )  **NOTICE OF FILING OF NEW ACTION**
                                       )
16                                     )
                                       )
17  _____)
                                       )
18  *This document relates to:*         )
                                       )
19  *JANE DOE 694448 v. UBER*           )
    *TECHNOLOGIES, INC., et al., 3:24-* )
20  *cv-06646-CRB*                      )
                                       )
21                                     )

22

23      Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

24  with Jury Demand in the above-referenced action was filed on September 23, 2024.

25  ///

26  ///

27  ///

28

                                       1

1    Dated: September 27, 2024                Respectfully submitted,

2                                             By: */s/ Sadi Antonmattei-Goitia*
                                              Sadi R. Antonmattei-Goitia (SBN #24091383)
3                                             *(Pro Hac Vice)*
4                                             **KHERKHER GARCIA, LLP**
                                              2925 Richmond Ave., Suite 1560
5                                             Houston, TX 77098
                                              Telephone: (713) 333-1030
6                                             Facsimile: (713) 333-1029
                                              Email: skherkher-team@kherkhergarcia.com
7                                             Email: rideshare@kherkhergarcia.com

8
                                              *Attorneys for Plaintiff*
9

10

11

12

13

14

15                        <u>**CERTIFICATE OF SERVICE**</u>

16        I hereby certify that on September 23, 2024, I electronically transmitted the foregoing

17   **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System

18   for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

19

20                                             */s/ Sadi R. Antonmattei-Goitia*
                                              Sadi R. Antonmattei-Goitia
21

22

23

24

25

26

27

28

2