D. Douglas Grubbs *(Admitted PHV)*
**PULASKI KHERKHER, PLLC**
2925 Richmond Avenue, Ste 1725
Houston, TX 77098
713-664-4555
Email: dgrubbs@pulaskilawfirm.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB <br><br> Honorable Charles R. Breyer |
| This Document Relates to: <br><br> *A.P. vs. Uber Technologies, Inc., et al; 3:23-cv-06357-CRB* | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Pursuant to Local Rule 11-5, D. Douglas Grubbs of Pulaski Kherkher, PLLC, counsel of record for Plaintiff A.P. ("Counsel"), respectfully moves this Court for an Order allowing his firm to withdraw as counsel of record in the above-captioned matter.

Over the past several months, Plaintiff A.P. has failed to respond to Counsel's numerous communication attempts via telephone, email and text. Counsel has made at least 25 communication attempts to Plaintiff since mid-April. Counsel has also performed multiple public record searches and confirmed that A.P.'s contact information is still accurate.

- 1 -

MOTION TO WITHDRAW

On August 13, 2024, Counsel advised Plaintiff in writing of their intent to withdraw from this matter via electronic mail and Federal Express. As of the time of this filing, Plaintiff has failed to respond. Counsel also advised Defendants of their intent to withdraw from this matter during a meet and confer conference on August 20, 2024 regarding Plaintiff's fact sheet.

WHEREFORE, the law firm of Pulaski Kherkher, PLLC; and all attorneys of record for Plaintiff request that they be allowed to withdraw as counsel of record for Plaintiff A.P. A copy of this motion will be served upon Plaintiff at her last known address and via electronic mail.

Dated: August 30, 2024

Respectfully submitted,

**PULASKI KHERKHER, PLLC**

*/s/ D. Douglas Grubbs*
D. Douglas Grubbs
TX Bar No. 24065339
*(Admitted Pro hac vice)*
2925 Richmond Avenue, Suite 1725
Houston, Texas 77098
Tel: 713-664-4555
Facsimile: 713-664-7543
dgrubbs@pulaskilawfirm.com

Counsel for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2024, I electronically transmitted the foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. Additionally, the foregoing was served on Defendants' counsel via email at: MDL3084-service-Uber@paulweiss.com.

 */s/ D. Douglas Grubbs*
 D. Douglas Grubbs