D. Douglas Grubbs *(Admitted PHV)*
**PULASKI KHERKHER, PLLC**
2925 Richmond Avenue, Ste 1725
Houston, TX 77098
713-664-4555
Email: dgrubbs@pulaskilawfirm.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
|---|---|
| | Honorable Charles R. Breyer |
| This Document Relates to: *A.P. vs. Uber Technologies, Inc., et al; 3:23-cv-06357-CRB* | **[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD** |

CONSIDERING the foregoing Motion to Withdraw as Counsel of Record for A.P.

IT IS HEREBY ORDERED that Pulaski Kherkher, PLLC is withdrawn as Plaintiff's counsel of record and shall be relieved of any further responsibility in connection with this action.

Dated: _____

_____
HONORABLE CHARLES R. BREYER
United States District Court Judge