1   Sarah R. London (CA Bar No. 267083)
    LIEFF CABRASER HEIMANN & BERNSTEIN
2   275 Battery Street, 29th Floor
    San Francisco, CA 94111
3   Telephone: (415) 956-1000
    Facsimile: (415) 956-1008
4

5   *Attorneys for Plaintiff LCHB124*

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12   IN RE: UBER TECHNOLOGIES, INC.          MDL No. 3084
     PASSENGER SEXUAL ASSAULT
13   LITIGATION                              **NOTICE OF FILING OF NEW ACTION**

14   ―――――――――――――――――――――

15   This Document Relates to:

16   *LCHB124 v. Uber Technologies, Inc., et al.*
     Case No. 3:24-cv-06707
17

18

19

20

21

22

23

24

25

26

27

28

1    Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

2    with Jury Demand in the above-referenced action was filed on September 24, 2024.

3

4    Dated: October 2, 2024                    Respectfully submitted,

5
                                              */s/ Sarah R. London*
6                                             Sarah R. London (CA Bar No. 267083)
                                              Caitlin M. Woods (CA Bar No. 335601)
7                                             Annie M. Wanless (CA Bar No. 339635)
                                              **LIEFF CABRASER HEIMANN & BERNSTEIN,**
8                                             **LLP**
                                              275 Battery Street, 29th Floor
9                                             San Francisco, CA 94111
                                              Telephone: (415) 956-1000
10                                            slondon@lchb.com
                                              cwoods@lchb.com
11                                            awanless@lchb.com

12
                                              Andrew R. Kaufman (MDL *pro hac vice*)
13                                            222 Second Ave. S., Suite 1640
                                              Nashville, TN 37201
14                                            Phone: (615) 313-9000
                                              akaufman@lchb.com
15
                                              *Attorneys for Plaintiff LCHB124*
16

17

18

19

20

21

22

23

24

25

26

27

28

3003100.1

NOTICE OF FILING OF NEW ACTION
CASE NO. 3:24-CV-06707