UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Case No. 23-md-03084-CRB   (LJC)<br><br>**ORDER ON MOTION TO COMPEL**<br>Dkt. No. 1137 |

Pending before the Court is Plaintiffs' Motion to Compel Custodial Discovery. Dkt. No. No. 1137. Uber opposes the motion as to eighteen of Plaintiffs' nineteen proposed custodians and proposed its own list of eighteen custodians. Dkt. Nos. 1541-5. A hearing was held on September 19, 2024. Having considered the briefing and arguments, the Court grants in part and denies in part Plaintiffs' motion.

The Court has issued an order resolving the motion to compel, explaining the relevant legal standard and its analysis for the custodians. Dkt No. 1698. Because the order references material that the parties have moved to seal, the order is provisionally filed under seal to allow the parties an opportunity to seek redactions from the version that will eventually be filed in the public record. As stated in that order, any proposed redactions shall be filed within three business days of the Court's order on the underlying motions to seal.

**IT IS SO ORDERED.**

Dated: 10/2/2024

LISA J. CISNEROS
United States Magistrate Judge