| | |
|---|---|
| 1 | ROOPAL P. LUHANA (*admitted Pro Hac Vice*) |
| 2 | **Chaffin Luhana LLP**<br>600 Third Avenue |
| 3 | 12th Floor<br>New York, NY 10016 |
| 4 | Telephone: (888) 480-1123 |
| 5 | Facsimile: (888) 499-1123<br>Email: luhana@chaffinluhana.com |
| 6 | |
| 7 | *Counsel for Plaintiff* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *J.V. v. UBER TECHNOLOGIES, INC., et al.,*<br>3:24-cv-04571-CRB | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on July 29, 2024.

///

///

///

| | |
|---|---|
| Dated: October 3, 2024 | Respectfully submitted, |
| | By: */s/ Roopal P. Luhana* |
| | ROOPAL P. LUHANA (*admitted PHV*) |
| | **Chaffin Luhana LLP** |
| | 600 Third Avenue |
| | 12th Floor |
| | New York, NY 10016 |
| | Telephone: (888) 480-1123 |
| | Facsimile: (888) 499-1123 |
| | Email: luhana@chaffinluhana.com |
| | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2024, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Roopal P. Luhana*
Roopal P. Luhana