Stephen J. Estey (SBN 163093)
R. Michael Bomberger (SBN 169866)
Angela J. Nehmens (SBN 309433)
**ESTEY & BOMBERGER, LLP**
2869 India Street
San Diego, CA 92103
Tel: (619) 295-0035
Fax: (619) 295-0172
Email: steve@estey-bomberger.com
Email: mike@estey-bomberger.com
Email: angela@estey-bomberger.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to:<br><br>*JANE DOE EB 55 v. UBER TECHNOLOGIES, INC., et al.*<br>Case No. 3:24-cv-06926 | Judge: Hon. Charles R. Breyer |

### NOTICE OF FILING OF NEW ACTION

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on October 3, 2024.

DATED:  October 3, 2024

Respectfully Submitted,

**ESTEY & BOMBERGER, LLP**

*/S/ Angela Nehmens, Esq.*
Stephen J. Estey
Angela J. Nehmens
***Attorney for Plaintiffs***

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2024, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */S/ Angela Nehmens*