ROOPAL P. LUHANA (*admitted Pro Hac Vice*)
**Chaffin Luhana LLP**
600 Third Avenue
12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
Email: luhana@chaffinluhana.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | ) No. 3:23-md-03084-CRB )<br>) **NOTICE OF FILING OF NEW ACTION** )<br>)<br>) |
| *This document relates to:* | )<br>) |
| *J.E  v. UBER TECHNOLOGIES, INC., et al.,*<br>*3:24-cv-01822-CRB* | )<br>)<br>)<br>)<br>)<br>) |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on March 25, 2024 and an Amended Complaint was filed on April 9, 2024.

///

///

1   ///

2   Dated: October 4, 2024                    Respectfully submitted,

3

4                                             By: */s/ Roopal P. Luhana*
                                              ROOPAL P. LUHANA (*admitted PHV*)
5                                             **Chaffin Luhana LLP**
                                              600 Third Avenue
6                                             12th Floor
                                              New York, NY 10016
7                                             Telephone: (888) 480-1123
                                              Facsimile: (888) 499-1123
8                                             Email: luhana@chaffinluhana.com

9                                             *Counsel for Plaintiff*

10

11

12                          **CERTIFICATE OF SERVICE**

13          I hereby certify that on October 4, 2024, I electronically transmitted the foregoing **NOTICE**

14   **OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing

15   thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

16

17                                             */s/ Roopal P. Luhana*
                                              Roopal P. Luhana
18

19

20

21

22

23

24

25

26

27

28