ROOPAL P. LUHANA (*admitted Pro Hac Vice*)
**Chaffin Luhana LLP**
600 Third Avenue
12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
Email: luhana@chaffinluhana.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *T.R., as Parent and Legal Guardian of A.R, a minor v. UBER TECHNOLOGIES, INC., et al.,* | |
| 3:24-cv-01827-CRB | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on March 25, 2024 and an Amended Complaint was filed on April 9, 2024.

1  ///

2  ///

3  ///

4

5  Dated: October 4, 2024                    Respectfully submitted,

6                                            By: */s/ Roopal P. Luhana*
                                             ROOPAL P. LUHANA (*admitted PHV*)
7                                            **Chaffin Luhana LLP**
                                             600 Third Avenue
8                                            12th Floor
                                             New York, NY 10016
9                                            Telephone: (888) 480-1123
                                             Facsimile: (888) 499-1123
10                                           Email: luhana@chaffinluhana.com

11                                           *Counsel for Plaintiff*

12

13

14                        **CERTIFICATE OF SERVICE**

15     I hereby certify that on October 4, 2024, I electronically transmitted the foregoing **NOTICE

16  OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing

17  thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

18

19

20                                           */s/ Roopal P. Luhana*
                                             Roopal P. Luhana