ROOPAL P. LUHANA (*admitted Pro Hac Vice*)
**Chaffin Luhana LLP**
600 Third Avenue
12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
Email: luhana@chaffinluhana.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:23-md-03084-CRB **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* *A.T v. UBER TECHNOLOGIES, INC., et al., 3:24-cv-01824-CRB* | | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on March 25, 2024 and an Amended Complaint was filed on April 9, 2024.

///

///

///

Dated: October 4, 2024

Respectfully submitted,

By: */s/ Roopal P. Luhana*
ROOPAL P. LUHANA (*admitted PHV*)
**Chaffin Luhana LLP**
600 Third Avenue
12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
Email: luhana@chaffinluhana.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2024, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.


*/s/ Roopal P. Luhana*
Roopal P. Luhana