```
1   DENNIS C. REICH, ESQ. (SBN #69631)
    Reich and Binstock, LLP
2   4265 San Felipe, Suite 1000
    Houston, Texas 77027
3   Tel: 713.622.7271
    Fax: 713.623.8724
4   Email: dreich@reichandbinstock.com

5   Counsel for Plaintiff
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>*This document relates to:*<br><br>*A.W., an individual v. UBER TECHNOLOGIES, INC., et al., 3:24-cv-07055-CRB* | No. 3:23-cv-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on October 8, 2024.

///

///

///

///

| | |
|---|---|
| Dated: October 11, 2024 | Respectfully submitted,<br><br>By: */s/ Dennis C. Reich*<br>DENNIS C. REICH (SBN #69631)<br>Reich & Binstock, LLP<br>4265 San Felipe, Suite 1000<br>Houston, Texas 77027<br>Tel: 713.622.7271<br>Fax: 713.623.8724<br>Email: dreich@reichandbinstock.com<br><br>*Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2024, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Dennis C. Reich*
Dennis C. Reich