C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine E. Cutter (SBN 312622)
**CUTTER LAW, P.C.**
401 Watt Ave.
Sacramento, CA 95864
(916) 290-9400
bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com

*ATTORNEYS FOR PLAINTIFFS*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB<br><br>*Hon. Judge Charles R. Breyer* |
| THIS DOCUMENT RELATES TO:<br><br>*Roe CL 64 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06188*<br><br>*Roe CL 65 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06189*<br><br>*Roe CL 66 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06190*<br><br>*Roe CL 67 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06191*<br><br>*Roe CL 68 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06669*<br><br>*Roe CL 69 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06862*<br><br>*Roe CL 70 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06863*<br><br>*Roe CL 71 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06864* | |

**NOTICE OF FILING OF NEW CASES**

Notice is hereby given pursuant to Pretrial Order No. 6 that Short Form Complaints and Jury Demands have been filed on behalf of Plaintiffs Jane Roe CL 64, Jane Roe CL 65, Jane Roe CL 66, Jane Roe CL 67, Jane Roe CL 68, Jane Roe CL 69, Jane Roe CL 70, and Jane Roe CL 71.

DATED:  October 10, 2024                        Respectfully submitted,

                                                 /s/ Jennifer S. Domer
                                                 Jennifer S. Domer

                                                 C. Brooks Cutter
                                                 Jennifer S. Domer
                                                 Celine E. Cutter
                                                 CUTTER LAW, P.C.
                                                 401 Watt Avenue
                                                 Sacramento, CA 95864
                                                 (916) 290-9400
                                                 bcutter@cutterlaw.com
                                                 jdomer@cutterlaw.com
                                                 ccutter@cutterlaw.com

                                                 *ATTORNEYS FOR PLAINTIFFS*

**PROOF OF SERVICE**

I am employed in the County of Sacramento.  I am over the age of eighteen years and not a party to the within entitled action; my business address is Cutter Law P.C., 401 Watt Avenue, Sacramento, California 95864.

On the date below, I served a copy of the following document(s) described as Short Form Complaints for Plaintiffs Jane Roe CL 64, Jane Roe CL 65, Jane Roe CL 66, Jane Roe CL 67, Jane Roe CL 68, Jane Roe CL 69, Jane Roe CL 70, and Jane Roe CL 71 on the interested party(ies) in this action as follows:

| X | **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  Based on Pretrial Order No. 6: Direct Filing, whereby defense agreed to waive formal service of summons, I caused the documents to be sent from **gperez@*cutterlaw.com*** to the person(s) at the e-mail address MDL3084-service-Uber@paulweiss.com. |
|---|---|

Executed on October 4, 2024 at Sacramento, California.


*Guisela Perez*_____

Guisela Perez