1

2
*[Counsel Listed on Signature Page]*

3

4

5

6

7

8

9
**UNITED STATES DISTRICT COURT**

10
**NORTHERN DISTRICT OF CALIFORNIA**

11
**SAN FRANCISCO DIVISION**

12
IN RE: UBER TECHNOLOGIES, INC., | Case No. 3:23-md-03084-CRB
PASSENGER SEXUAL ASSAULT

13
LITIGATION | **JOINT STATUS REPORT REGARDING**
**CUSTODIAN DISPUTE**

14
This Document Relates to: | Judge:        Hon. Lisa J. Cisneros

15
| Courtroom:   G – 15th Floor
ALL ACTIONS

16

17

18

19
**JOINT STATUS REPORT**

20

21

22

23

24

25

26

27

28

Pursuant to the Court's October 9, 2024 Discovery Management Order (ECF 1732) the parties respectfully submit the following report regarding the selection of custodians.

The parties have reached final agreement as to the remaining custodians to complete the set of 55 custodians for both the JCCP and the MDL, per the parties July 8, 2024 agreement. As part of this agreement, the parties mutually agree to withdraw their competing motions for custodian candidates.[1] The 55 agreed custodians are listed below. Plaintiffs agree to accept Uber's proposed custodians regarding issues related to the ISSP and intend to pursue their subpoena served on Lyft.

| # | Custodian | # | Custodian |
|---|-----------|---|-----------|
| 1 | Anderson, Brooke | 29 | Kaiser, Roger |
| 2 | Akamine, Mike | 30 | Kalanick, Travis |
| 3 | Baker, Ed | 31 | Kansal, Sachin |
| 4 | Baker, Matt | 32 | Kawada Page, Jodi |
| 5 | Barnes, William | 33 | Khosrowshahi, Dara |
| 6 | Breeden, Tracey | 34 | Lake, Carley |
| 7 | Brown, Greg | 35 | Lewis, Jenny |
| 8 | Burke, Jordan | 36 | Luu, Jenny |
| 9 | Bushra, Faiz | 37 | Maredia, Sarfraz |
| 10 | Cardenas Phil | 38 | Marshall, Jeff |
| 11 | Chang, Frank | 39 | McDonald, Katy |
| 12 | Cinelli, Dennis | 40 | Muerhcke, Susan |
| 13 | Coker, Lucas | 41 | Parker, Kate |
| 14 | Ding, Abbie | 42 | Patel, Niraj |
| 15 | Fogg, Chad | 43 | Pimentel, Andi |
| 16 | Foran, Tim | 44 | Poetzcher, Cameron |
| 17 | Freivogel, Cory | 45 | Richter, David |
| 18 | Fuldner, Gus | 46 | Rikhye, Vhaibhav |
| 19 | Gibbons, Catherine | 47 | Sheridan, Danielle |
| 20 | Graves, Ryan | 48 | Shuping, Valarie |
| 21 | Hasbun, Andrew | 49 | Silver, Nick |
| 22 | Hawk, Cassie | 50 | Stevenson, Troy |
| 23 | Hazelbaker, Jill | 51 | Sullivan, Joe |
| 24 | Henley, Mat | 52 | Sullivan, Michael |
| 25 | Holt, Rachel | 53 | Twomey, Pat |
| 26 | Hourdajian, Nairi | 54 | Whaling, Kayla |
| 27 | Jones, Mark | 55 | Whetstone, Rachel |
| 28 | Joyce, Meghan | | |

[1] The parties reserve their respective rights to seek relief, including requesting or limiting additional custodians for good cause if the need arises as discovery progresses.

2

Respectfully submitted,

By: */s/Roopal Luhana*
ROOPAL P. LUHANA *(Pro Hac Vice)*
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com
*Co-Lead Counsel for Plaintiffs*

SARAH R. LONDON (SBN 267083)
**LIEFF CABRASER HEIMANN &
BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
Email: slondon@lchb.com

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

By: */s/ Michael B. Shortnacy*
MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (*Pro Hac Vice* admitted)
oot@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
1800 K Street NW, Suite 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

RANDALL S. LUSKEY (SBN: 240915)
rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice*
admitted)
cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

JOINT STATUS REPORT RE CUSTODIANS DISPUTE          Case No. 3:23-MD-3084-CRB

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on October 11, 2024, I electronically filed the foregoing document with

3

the Clerk of the Court using the CM/ECF system, which will automatically send notification of the

4

filing to all counsel of record.

5

By: /s/ *Roopal P. Luhana*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

JOINT STATUS REPORT RE CUSTODIANS DISPUTE                    Case No. 3:23-MD-3084-CRB