

October 16, 2024

Michael B. Shortnacy

Via ECF

2121 Avenue of the Stars
Suite 1400
Los Angeles, California 90067
**t** 424.285.8330
**dd** 424.324.3494
**f** 424.204.9093
mshortnacy@shb.com

The Hon. Lisa J. Cisneros, United States Magistrate Judge
Phillip Burton Federal Building, Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *In re: Uber Technologies, Inc., Passenger Sexual Assault Litig.*, Case No.  3:23-md-03084-CRB

Dear Judge Cisneros:

Pursuant to the Court's October 16, 2024 Order, the Parties write jointly to inform the Court that they have resolved any dispute over the documents reflected as hyperlinks in an email chain previously the subject of a clawback challenge. *See* ECF 1727, p. 4. Specifically, Defendants have informed Plaintiffs that, after locating and reviewing the hyperlinked documents that were linked in the email chain in dispute as that email was previously produced in an underlying litigation subject to PTO 5, Defendants, without waiver as to the subject matter, do not assert privilege as to the hyperlinked documents. Further, Defendants have agreed to produce to Plaintiffs redacted versions of the email chain at UBERMDL3084-0000933385 and UBERMDL3084-000093391 (the email chain that was the subject of the clawback motion), as well as the hyperlinked documents mentioned above by October 18, 2024. The Parties agree that there is no remaining dispute as to the documents that are the subject of the Court's October 8 Order.

Sincerely,

*/s/ Michael B. Shortnacy*
Michael B. Shortnacy
Shook, Hardy & Bacon LLP
**Attorney for Defendants**

*/s/ Roopal Luhana*
Roopal Luhana
*/s/ Sarah R. London*
Sarah R. London
*/s/ Rachel Abrams*
Rachel Abrams
**Attorneys for Plaintiffs**



**FILER'S ATTESTATION**

I, Michael B. Shortnacy, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Michael B. Shortnacy

2121 Avenue of the Stars
Suite 1400
Los Angeles, California 90067
**t** 424.285.8330
**dd** 424.324.3494
**f** 424.204.9093
mshortnacy@shb.com

Dated: October 16, 2024

By: */s/ Michael B. Shortnacy*

Michael B. Shortnacy