*Submitting counsel on signature page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB <br><br> **JOINT STATUS REPORT RE: SUBPOENA TO BALLARD PARTNERS** |
| This Document Relates to: <br><br> All Cases | Judge: Hon. Lisa J. Cisneros |

## JOINT STATUS REPORT

Pursuant to the Court's Discovery Management Order [ECF 1732] the Parties respectfully submit this Joint Status Report regarding the third party subpoena to Ballard Partners.

The Parties and third party Ballard Partners met and conferred on September 14, 2024. Plaintiffs have agreed to withdraw the subpoena to Ballard Partners.

Dated: October 16, 2024

By: /s/ Marlene Goldenberg
**NIGH GOLDENBERG RASO & VAUGHN PLLC**
MARLENE GOLDENBERG (*Pro Hac Vice*)
SAMANTHA HOEFS (*Pro Hac Vice*)
14 Ridge Square NW, Third Floor
Washington DC, 20016
Telephone:(612)445-0202
mgoldenberg@nighgoldenberg.com
shoefs@nighgoldenberg.com

ROOPAL P. LUHANA (*Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

SARAH R. LONDON (SBN 267083)
**LIEFF CABRASER HEIMANN & BERNSTEIN**

Respectfully submitted,

By: */s/ Michael B. Shortnacy*
MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (*Pro Hac Vice*)
oot@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
1800 K Street NW, Suite 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

RANDALL S. LUSKEY (SBN: 240915)
rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco CA 94105
Telephone: (6280 432-5100

| | |
|---|---|
| 275 Battery Street, Fl. 29<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Email: slondon@lchb.com<br><br>RACHEL B. ABRAMS (SBN 209316)<br>**PEIFFER WOLF CARR KANE<br>CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: (415) 426-5641<br>Email: rabrams@peifferwolf.com<br><br>*Counsel for Plaintiffs* | Facsimile: (628) 232-3101<br>ROBERT ATKINS (*Pro Hac Vice*)<br>ratkins@paulweiss.com<br>CAITLIN E. GRUSAUSKAS (*Pro Hac Vice*)<br>cgrusauskas@paulweiss.com<br>ANDREA M. KELLER (*Pro Hac Vice*)<br>akeller@paulweiss.com<br><br>**PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br><br>*Counsel for Defendants* |

JOINT STATUS REPORT RE: BALLARD PARTNERS SUBPOENA