1 *[Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**JOINT STATUS REPORT REGARDING THE PARTIES' MEET AND CONFER EFFORTS CONCERNING THE PRODUCTION SHCEDULE**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

**JOINT STATUS REPORT**

As ordered by the Court (ECF 1747), the parties submit this joint status report regarding their meet and confer efforts concerning the extension of deadlines for production, including the deadlines for teeing up and resolving privilege log disputes. The Court ordered the parties to submit four categories of information.

**Item (a)**: The parties met and conferred on October 15, 2024 (including the participation of a representative from Uber's general counsel office) and October 16, 2024. The parties have not yet been able to reach agreement on the timelines for privilege log production and related deadlines, but plan on continuing meeting and conferring on October 17. For that reason, the parties respectfully seek to leave to submit a supplemental joint status report on October 17 addressing "their agreements or respective positions regarding the extension of deadlines for production, and the timelines Plaintiffs proposed."

**Items (b) and (c)**: Attached as **Exhibit A** is a chart with the information requested in items (b) and (c) in the Court's Order.

**Item (d)**: Uber believes at this point, given the nature and required formatting of its privilege logs, that each remaining custodian's log is likely to exceed 750 entries, Plaintiffs' third proposed category.

| | | |
|---|---|---|
| 1 | | |
| 2 | By: */s/Sarah R. London* | By: */s/ Michael B. Shortnacy* |
| | ROOPAL P. LUHANA (*Pro Hac Vice*) | MICHAEL B. SHORTNACY (SBN: 277035) |
| 3 | **CHAFFIN LUHANA LLP** | mshortnacy@shb.com |
| | 600 Third Avenue, Fl. 12 | **SHOOK, HARDY & BACON, L.L.P.** |
| 4 | New York, NY 10016 | 2049 Century Park East, Suite 3000 |
| | Telephone: (888) 480-1123 | Los Angeles, CA 90067 |
| 5 | Email: luhana@chaffinluhana.com | Telephone: (424) 285-8330 |
| | *Co-Lead Counsel for Plaintiffs* | Facsimile: (424) 204-9093 |

By: */s/Sarah R. London*
ROOPAL P. LUHANA (*Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com
*Co-Lead Counsel for Plaintiffs*

SARAH R. LONDON (SBN 267083)
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
Email: slondon@lchb.com

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

By: */s/ Michael B. Shortnacy*
MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (*Pro Hac Vice* admitted)
oot@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
1800 K Street NW, Suite 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

RANDALL S. LUSKEY (SBN: 240915)
rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

# CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/  Andrew R. Kaufman