# EXHIBIT A

| Custodian | Privilege Log Entries | Service Date of Log | JCCP Depo Date | Initial Proposed MDL Deposition Dates (not yet accepted due to pending production and privilege disputes) |
|---|---|---|---|---|
| McDonald, Katy | 4,403 | 9/14/2024 | 10/7/2024 | 10/23/2024 (non-consecutive) |
| Pimentel, Andi | 1,218 | 9/15/2024 | 10/15/2024 | 10/16/2024 |
| Hazelbaker, Jill | 1,052 | 9/20/2024 | | |
| Silver, Nick | 2,042 | 9/20/2024 | 11/22/2024 | 11/22/2024 |
| Stevenson, Troy | 305 | 9/20/2024 | 10/21/2024 | Week of 11/4/2024 (non-consecutive) |
| Fuldner, Gus | 5,418 | 9/25/2024 | | Non consecutive dates offered in Nov/Dec; first consecutive date provided 1/15/2025 |
| Holt, Rachel | 3,194 | 9/25/2024 | 12/12/2024 | 12/12/2024 - proposed one long day for both JCCP and MDL |
| Kaiser, Roger | 6,390 | 9/25/2024 | 10/28/2024 | 10/29/2024 |
| Kawada Page, Jodi | 6,044 | 9/25/2024 | | |
| Anderson, Brooke | | N/A | | |
| Akamine, Mike | | N/A | | |
| Baker, Ed | | N/A | | |
| Baker, Matt | | N/A | 11/12/2024 | 11/12/2024 and 11/13/2024 |
| Barnes, William | | N/A | | |
| Breeden, Tracey | | N/A | | |
| Brown, Greg | | N/A | | |
| Burke, Jordan | | N/A | | |
| Bushra, Faiz | | N/A | | |
| Cardenas Phil | | N/A | | |
| Chang, Frank | | N/A | | |
| Cinelli, Dennis | | N/A | | |
| Coker, Lucas | | N/A | | |
| Ding, Abbie | | N/A | | |
| Fogg, Chad | | N/A | | |
| Foran, Tim | | N/A | | |
| Freivogel, Cory | | N/A | 11/14/2024 | 11/14/2024 and 11/15/2024 |
| Gibbons, Catherine | | N/A | | |
| Graves, Ryan | | N/A | | |
| Hasbun, Andrew | | N/A | | |
| Hawk, Cassie | | N/A | | |
| Henley, Mat | | N/A | | |
| Hourdajian, Nairi | | N/A | | |
| Jones, Mark | | N/A | | |
| Joyce, Meghan | | N/A | | |
| Kalanick, Travis | | N/A | | |
| Kansal, Sachin | | N/A | | |
| Khosrowshahi, Dara | | N/A | | |
| Lake, Carley | | N/A | | |
| Lewis, Jenny | | N/A | | |
| Luu, Jenny | | N/A | | |
| Maredia, Sarfraz | | N/A | | |
| Marshall, Jeff | | N/A | | |
| Muerhcke, Susan | | N/A | | |
| Parker, Kate | | N/A | | |
| Patel, Niraj | | N/A | | |
| Poetzcher, Cameron | | N/A | | |
| Richter, David | | N/A | | |
| Rikhye, Vhaibhav | | N/A | | |
| Sheridan, Danielle | | N/A | | |
| Shuping, Valarie | | N/A | | |
| Sullivan, Joe | | N/A | | |
| Sullivan, Michael | | N/A | | |
| Twomey, Pat | | N/A | | |
| Whaling, Kayla | | N/A | | |
| Whetstone, Rachel | | N/A | | |