1  Sarah R. London (CA Bar No. 267083)
   **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
2  275 Battery Street, 29th Floor
   San Francisco, CA 94111
3  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
4

5  *Attorneys for Plaintiff LCHB123*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
|---|---|
| | **NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to: *LCHB123 v. Uber Technologies, Inc., et al.* Case No.: 3:24-cv-07218 | |

3003100.1

NOTICE OF FILING OF NEW ACTION

1
2  Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint
3  with Jury Demand in the above-referenced action was filed on October 16, 2024.
4
5  Dated: October 17, 2024                    Respectfully submitted,

6                                              */s/ Sarah R. London*
                                               Sarah R. London (CA Bar No. 267083)
7                                              Caitlin M. Woods (CA Bar No. 335601)
                                               Annie M. Wanless (CA Bar No. 339635)
8                                              **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
9                                              275 Battery Street, 29th Floor
                                               San Francisco, CA 94111
10                                             Telephone: (415) 956-1000
11                                             slondon@lchb.com
                                               cwoods@lchb.com
12                                             awanless@lchb.com

13                                             Andrew R. Kaufman (MDL *pro hac vice*)
14                                             **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
15                                             222 Second Ave. S., Suite 1640
                                               Nashville, TN 37201
16                                             Phone: (615) 313-9000
                                               akaufman@lchb.com
17
18                                             *Attorneys for Plaintiff LCHB123*

19
20
21
22
23
24
25
26
27
28