# EXHIBIT A

| Custodian | Total Document Production | Privilege Log Entries |
|---|---|---|
| McDonald, Katy | 12,531 | 4,403 |
| Pimentel, Andi | 6,103 | 1,218 |
| Hazelbaker, Jill | 2,717 | 1,052 |
| Silver, Nick | 12,747 | 2,042 |
| Stevenson, Troy | 3,680 | 305 |
| Fuldner, Gus | 7,554 | 5,418 |
| Holt, Rachel | 10,165 | 3,194 |
| Kaiser, Roger | 23,994 | 6,390 |
| Kawada Page, Jodi | 30,225 | 6,044 |