# EXHIBIT B

| No. | CUSTODIAN | Uber's Proposed Dcouemnt Production Cmpletion Date | Uber's Proposed Privilege Log Service Date | Plaintiffs Must Serve Log Challenges By (7 days from Service of Log) | Meet and Confer Must be Completed By (7 days after challenge) | Challenges in Joint Briefing Format Submitted to Court (10 days after conferral period closes) | Deposition No Earlier Than 45 days following Log Service | JCCP Notied Deposition Date [Sub-item (b) from Court's 10/14 Order] |
|---|---|---|---|---|---|---|---|---|
| 1 | Katy McDonald | 9/4/2024 | 9/14/2024 | | | | 10/29/2024 | 10/7/2024 (day one completed, jointly with MDL) |
| 2 | Andi Pimentel | 9/15/2024 | 9/15/2024 | | | | 10/30/2024 | 10/15/2024 (day one completed, not joint with MDL) |
| 3 | Troy Stevenson | 9/15/2024 | 9/20/2024 | | | | 11/4/2024 | 10/21/24 |
| 4 | Roger Kaiser | 9/15/2024 | 9/25/2024 | | | | 11/9/2024 | 10/28/24 |
| 5 | Gus Fuldner | 9/15/2024 | 9/25/2024 | | | | 11/9/2024 | noticed |
| 6 | Jill Hazelbaker | 9/15/2024 | 9/20/2024 | | | | 11/4/2024 | noticed |
| 7 | Rachel Holt | 9/15/2024 | 9/25/2024 | | | | 11/9/2024 | 12/11/24 |
| 8 | Jodi Kawada Page | 9/15/2024 | 9/25/2024 | | | | 11/9/2024 | noticed |
| 9 | Nick Silver | 9/15/2024 | 9/20/2024 | | | | 11/4/2024 | 11/22/24 |
| 10 | Matt Baker | 10/21/2024 | 10/24/2024 | 11/3/2024 | 11/10/2024 | 11/20/2024 | 12/8/2024 | 11/12/24 |
| 20 | Corey Freivogel | 10/21/2024 | 10/24/2024 | 11/3/2024 | 11/10/2024 | 11/20/2024 | 12/8/2024 | 11/14/24 |
| 11 | Tracey Breeden | 10/21/2024 | 11/15/2024 | 11/25/2024 | 12/2/2024 | 12/12/2024 | 12/30/2024 | n/a |
| 12 | Greg Brown | 10/21/2024 | 11/15/2024 | 11/25/2024 | 12/2/2024 | 12/12/2024 | 12/30/2024 | n/a |
| 13 | Philip Cardenas | 10/21/2024 | 11/15/2024 | 11/25/2024 | 12/2/2024 | 12/12/2024 | 12/30/2024 | n/a |
| 14 | Dennis Cinelli | 10/21/2024 | 11/15/2024 | 11/25/2024 | 12/2/2024 | 12/12/2024 | 12/30/2024 | n/a |
| 15 | Travis Kalanick | 10/21/2024 | 11/15/2024 | 11/25/2024 | 12/2/2024 | 12/12/2024 | 12/30/2024 | n/a |
| 16 | Dara Khosrowshahi | 10/21/2024 | 11/15/2024 | 11/25/2024 | 12/2/2024 | 12/12/2024 | 12/30/2024 | n/a |
| 17 | Carley Lake | 10/21/2024 | 11/15/2024 | 11/25/2024 | 12/2/2024 | 12/12/2024 | 12/30/2024 | n/a |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 18 | Danielle Sheridan | 10/21/2024 | 11/15/2024 | 11/25/2024 | 12/2/2024 | 12/12/2024 | 12/30/2024 | n/a |
| 19 | Kate Parker | 10/21/2024 | 11/15/2024 | 11/25/2024 | 12/2/2024 | 12/12/2024 | 12/30/2024 | n/a |
| 21 | Brooke Anderson | 11/26/2024 | 12/12/2024 | 12/22/2024 | 12/29/2024 | 1/8/2025 | 1/26/2025 | n/a |
| 22 | William Barnes | 11/26/2024 | 12/12/2024 | 12/22/2024 | 12/29/2024 | 1/8/2025 | 1/26/2025 | n/a |
| 23 | Jordan Burke | 11/26/2024 | 12/12/2024 | 12/22/2024 | 12/29/2024 | 1/8/2025 | 1/26/2025 | n/a |
| 24 | Lucas Coker | 11/26/2024 | 12/12/2024 | 12/22/2024 | 12/29/2024 | 1/8/2025 | 1/26/2025 | n/a |
| 25 | Chadd Fogg | 11/26/2024 | 12/12/2024 | 12/22/2024 | 12/29/2024 | 1/8/2025 | 1/26/2025 | n/a |
| 26 | Timothy Foran | 11/26/2024 | 12/12/2024 | 12/22/2024 | 12/29/2024 | 1/8/2025 | 1/26/2025 | n/a |
| 27 | Catherine Gibbons | 11/26/2024 | 12/12/2024 | 12/22/2024 | 12/29/2024 | 1/8/2025 | 1/26/2025 | n/a |
| 28 | Cassie Hawk | 11/26/2024 | 12/12/2024 | 12/22/2024 | 12/29/2024 | 1/8/2025 | 1/26/2025 | n/a |
| 29 | Mark Jones | 11/26/2024 | 12/12/2024 | 12/22/2024 | 12/29/2024 | 1/8/2025 | 1/26/2025 | n/a |
| 30 | Jenny Lewis (Avalon) | 11/26/2024 | 12/12/2024 | 12/22/2024 | 12/29/2024 | 1/8/2025 | 1/26/2025 | n/a |
| 31 | Sarfraz Maredia | 11/26/2024 | 12/12/2024 | 12/22/2024 | 12/29/2024 | 1/8/2025 | 1/26/2025 | n/a |
| 32 | Jeff Marshall | 11/26/2024 | 12/12/2024 | 12/22/2024 | 12/29/2024 | 1/8/2025 | 1/26/2025 | n/a |
| 33 | Niraj Patel | 11/26/2024 | 12/12/2024 | 12/22/2024 | 12/29/2024 | 1/8/2025 | 1/26/2025 | n/a |
| 34 | Vaibhav Rikhye | 11/26/2024 | 12/12/2024 | 12/22/2024 | 12/29/2024 | 1/8/2025 | 1/26/2025 | n/a |
| 35 | Valerie Shuping | 11/26/2024 | 12/12/2024 | 12/22/2024 | 12/29/2024 | 1/8/2025 | 1/26/2025 | n/a |
| 36 | Michael Sullivan | 11/26/2024 | 12/12/2024 | 12/22/2024 | 12/29/2024 | 1/8/2025 | 1/26/2025 | n/a |
| 37 | Kayla Whaling | 11/26/2024 | 12/12/2024 | 12/22/2024 | 12/29/2024 | 1/8/2025 | 1/26/2025 | n/a |
| 38 | Mike Akamine | 1/10/2025 | 1/24/2025 | 2/3/2025 | 2/10/2025 | 2/20/2025 | 3/10/2025 | n/a |
| 39 | Ed Baker | 1/10/2025 | 1/24/2025 | 2/3/2025 | 2/10/2025 | 2/20/2025 | 3/10/2025 | n/a |
| 40 | William Barnes | 1/10/2025 | 1/24/2025 | 2/3/2025 | 2/10/2025 | 2/20/2025 | 3/10/2025 | n/a |
| 41 | Faiz Bushra (x) | 1/10/2025 | 1/24/2025 | 2/3/2025 | 2/10/2025 | 2/20/2025 | 3/10/2025 | n/a |
| 42 | Frank Chang | 1/10/2025 | 1/24/2025 | 2/3/2025 | 2/10/2025 | 2/20/2025 | 3/10/2025 | n/a |
| 43 | Abbie Ding (x) | 1/10/2025 | 1/24/2025 | 2/3/2025 | 2/10/2025 | 2/20/2025 | 3/10/2025 | n/a |
| 44 | Ryan Graves | 1/10/2025 | 1/24/2025 | 2/3/2025 | 2/10/2025 | 2/20/2025 | 3/10/2025 | n/a |
| 45 | Andrew Hasbun (x) | 1/10/2025 | 1/24/2025 | 2/3/2025 | 2/10/2025 | 2/20/2025 | 3/10/2025 | n/a |
| 46 | Nairi Hourdajian | 1/10/2025 | 1/24/2025 | 2/3/2025 | 2/10/2025 | 2/20/2025 | 3/10/2025 | n/a |
| 47 | Joe Sullivan | 1/10/2025 | 1/24/2025 | 2/3/2025 | 2/10/2025 | 2/20/2025 | 3/10/2025 | n/a |
| 48 | Cameron Poetzscher | 1/10/2025 | 1/24/2025 | 2/3/2025 | 2/10/2025 | 2/20/2025 | 3/10/2025 | n/a |
| 49 | Jenny Luu | 1/10/2025 | 1/24/2025 | 2/3/2025 | 2/10/2025 | 2/20/2025 | 3/10/2025 | n/a |
| 50 | Susan Muehrcke | 1/10/2025 | 1/24/2025 | 2/3/2025 | 2/10/2025 | 2/20/2025 | 3/10/2025 | n/a |
| 51 | Mat Henley | 1/10/2025 | 1/24/2025 | 2/3/2025 | 2/10/2025 | 2/20/2025 | 3/10/2025 | n/a |
| 52 | Meghan Joyce | 1/10/2025 | 1/24/2025 | 2/3/2025 | 2/10/2025 | 2/20/2025 | 3/10/2025 | n/a |

| 53 | David Richter | 1/10/2025 | 1/24/2025 | 2/3/2025 | 2/10/2025 | 2/20/2025 | 3/10/2025 | n/a |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 54 | Rachel Whetstone | 1/10/2025 | 1/24/2025 | 2/3/2025 | 2/10/2025 | 2/20/2025 | 3/10/2025 | n/a |
| 55 | Pat Twomey | 1/10/2025 | 1/24/2025 | 2/3/2025 | 2/10/2025 | 2/20/2025 | 3/10/2025 | n/a |

**(x) = custodian not contemplated before final agreement as**