OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** October 23, 2024 | **Time:** 9:42 a.m.- 10:55 a.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.**: 3:23-md-03084-CRB | **Case Name:** In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation | |

**For Plaintiffs:** Roopal Luhana, Chaffin Luhana LLP; Marlene Goldenberg, Nigh Goldenberg Raso & Vaughn; Rachel Abrams and Tiffany Ellis, Peiffer Wolf Carr Kane Conway & Wise LLP; Brian Abramson; Williams Hart & Boundas, LLP; Bret Stanley, Johnson Law Group

**For Defendants:** Michael Shortnacy, Patrick Oot and Veronica Gromada, Shook, Hardy & Bacon L.L.P.; Louis Murray and Marc Wolf Price, Paul, Weiss, Rifkind, Wharton & Garrison

**Deputy Clerk:** Brittany Sims            **Reported by:** Kelly Shainline

PROCEEDINGS

Discovery Status Conference held. Deadline for joint letter regarding first sample of disputed privilege log entries is moved from October 25, 2024 to October 30, 2024. *See* Dkt. No. 1732 at 4. The Court advised the parties that Uber is expected to apply rulings on privilege disputes to other previous designations of privilege. With respect to contact with former Uber employees, the Court instructed Plaintiffs' counsel to ask former employees whether they are represented by counsel. The Court informed the parties that the Court will not issue an order either requiring Plaintiffs to "pre-clear" contact with former employees or requiring defense counsel to disclose all former employees whom they represent.