[Submitting Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 3:23-md-03084-CRB<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING THIRD TRANCHE OF THIRD PARTY SUBPOENA DISPUTES |

**WHEREAS**, the Court ordered Plaintiffs and Uber to meet and confer and file no later than October 24, 2024 a stipulation setting a briefing schedule for the next set of subpoena disputes [ECF 1771 at 6.]

**WHEREAS,** the Court stated it would address up to four subpoenas, with three contested subpoenas selected by Plaintiffs and one selected by Uber. [ECF 1771 at 7.]

**WHEREAS,** the following non-party subpoena recipients have compliance due within the Northern District of California, *see* Fed. R. Civ. P. 45(d)(3)(A), or have consented to subpoena enforcement proceedings being heard by this Court: ValorUS, Corrie Yakulic, and Bret Stanley.

**THEREFORE**, the parties respectfully request the Court enter the parties' stipulation to the next tranche of third-party subpoena disputes for briefing:

- Subpoenas to the following persons or entities will be addressed in the third tranche of subpoena disputes:

    a. ValorUS

  b. Corrie Yakulic

  c. Bret Stanley

- The briefing schedule for the third tranche of subpoena disputes is as follows:

  a. November 5, 2024 (12 days after stipulation): Meet and Confer with Third Parties;

  b. November 19, 2024 (14 days after Meet and Confer deadline): Deadline for Plaintiffs to file letter briefs; and

  c. November 26, 2024 (7 days after opening letter brief): Deadline for Uber and third parties to file letter briefs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: October 24, 2024 | Respectfully submitted, |
| | By: */s/ Sarah R. London* |
| | Sarah R. London (SBN 267083) |
| | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111-3339 |
| | Telephone: (415) 956-1000 |
| | Facsimile: (415) 956-1008 |
| | slondon@lchb.com |
| | |
| | By: */s/ Rachel B. Abrams* |
| | Rachel B. Abrams (SBN 209316) |
| | **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP** |
| | 555 Montgomery Street, Suite 820 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 426-5641 |
| | Facsimile: (415) 840-9435 |
| | rabrams@peifferwolf.com |
| | |
| | By: */s/ Roopal P. Luhana* |
| | Roopal P. Luhana |
| | **CHAFFIN LUHANA LLP** |
| | 600 Third Avenue, 12th Floor |
| | New York, NY 10016 |
| | Telephone: (888) 480-1123 |
| | Facsimile: (888) 499-1123 |
| | luhana@chaffinluhana.com |
| | |
| | *Co-Lead Counsel for Plaintiffs* |

| | | |
|---|---|---|
| 1 | Dated: October 24, 2024 | By: */s/ Michael B. Shortnacy* |
| 2 | | MICHAEL B. SHORTNACY (SBN: 277035) |
| | | mshortnacy@shb.com |
| 3 | | **SHOOK, HARDY & BACON, L.L.P.** |
| | | 2049 Century Park East, Suite 3000 |
| 4 | | Los Angeles, CA 90067 |
| | | Telephone: (424) 285-8330 |
| 5 | | Facsimile: (424) 204-9093 |
| 6 | | PATRICK OOT (*Pro Hac Vice* admitted) |
| | | oot@shb.com |
| 7 | | **SHOOK, HARDY & BACON, L.L.P.** |
| | | 1800 K Street NW, Suite 1000 |
| 8 | | Washington, DC 20006 |
| | | Telephone: (202) 783-8400 |
| 9 | | Facsimile: (202) 783-4211 |
| 10 | | RANDALL S. LUSKEY (SBN: 240915) |
| | | rluskey@paulweiss.com |
| 11 | | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 12 | | 535 Mission Street, 24th Floor |
| | | San Francisco, CA 94105 |
| 13 | | Telephone: (628) 432-5100 |
| | | Facsimile: (628) 232-3101 |
| 14 | | |
| 15 | | ROBERT ATKINS (*Pro Hac Vice* admitted) |
| | | ratkins@paulweiss.com |
| 16 | | CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted) |
| | | cgrusauskas@paulweiss.com |
| 17 | | ANDREA M. KELLER (*Pro Hac Vice* admitted) |
| 18 | | akeller@paulweiss.com |
| | | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 19 | | 1285 Avenue of the Americas |
| 20 | | New York, NY 10019 |
| | | Telephone: (212) 373-3000 |
| 21 | | Facsimile: (212) 757-3990 |
| 22 | | *Attorneys for Defendants* |
| | | UBER TECHNOLOGIES, INC., RASIER, |
| 23 | | LLC, and RASIER-CA, LLC |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER TO ALL PLAINITFFS' COUNSEL REGARDING THIRD TRANCHE OF THIRD PARTY SUBPOENA DISPUTES** |

The Court hereby GRANTS the parties' stipulation as follows:

1. Subpoenas to the following persons or entities will be addressed in the third tranche of subpoena disputes:

    a. ValorUS

    b. Corrie Yakulic

    c. Bret Stanley

2. The briefing schedule for the third tranche of subpoena disputes is as follows:

    a. November 5, 2024 (12 days after stipulation): Meet and Confer with Third Parties;

    b. November 19, 2024 (14 days after Meet and Confer deadline): Deadline for Plaintiffs to file letter briefs; and

    c. November 26, 2024 (7 days after opening letter brief): Deadline for Uber and third parties to file letter briefs.

**IT IS SO ORDERED.**

Date: _____, 2024

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE