UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 3:23-md-03084-CRB<br><br>~~[PROPOSED]~~ **ORDER TO ALL PLAINITFFS' COUNSEL REGARDING THIRD TRANCHE OF THIRD PARTY SUBPOENA DISPUTES** |

The Court hereby GRANTS the parties' stipulation as follows:

1. Subpoenas to the following persons or entities will be addressed in the third tranche of subpoena disputes:

    a. ValorUS

    b. Corrie Yakulic

    c. Bret Stanley

2. The briefing schedule for the third tranche of subpoena disputes is as follows:

    a. November 5, 2024 (12 days after stipulation): Meet and Confer with Third Parties;

    b. November 19, 2024 (14 days after Meet and Confer deadline): Deadline for Plaintiffs to file letter briefs; and

    c. November 26, 2024 (7 days after opening letter brief): Deadline for Uber and third parties to file letter briefs.

**IT IS SO ORDERED.**

Date: _____October 24_____, 2024

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE