Andrea Hirsch, Esq. GA Bar No. 666557
Brooke Cohen, Esq. TX Bar No. 24007019
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, GA 30341
T: (678) 268-4683
andrea@cohenhirsch.com
brooke@cohenhirsch.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-MD-03084-CRB<br><br>Honorable Charles R. Breyer<br><br>**NOTICE OF FILING OF A NEW ACTION** |
| This Document Relates to:<br><br>*K.C. 2634 v. Uber Technologies, Inc., et al; 3:24-cv-07414- CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint and Jury Demand in the above-referenced action was filed on October 24, 2024.

Dated: October 24, 2024                     Respectfully submitted,

By: */s/ Andrea S. Hirsch*
Andrea Hirsch, Esq. GA Bar No. 666557
Brooke Cohen, Esq. TX Bar No. 24007019
**Cohen Hirsch, LP**
5256 Peachtree Road, Suite 195-E
Telephone: (678) 268-4683
Facsimile: (678) 669-1520
Email: andrea@cohenhirsch.com
brooke@cohenhirsch.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2024, I electronically transmitted the foregoing **NOTICE OF FILING OF A NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants..

/s/ *Andrea S. Hirsch*
Andrea S. Hirsch