IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SESAL** |

Having considered Plaintiffs' October 30, 2024 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Portions of Joint Discovery Letter re: Privilege Log Disputes | References to documents marked Confidential | Uber |
| Portions of Declaration of T. Ellis ISO Joint Discovery Letter | References to documents marked Confidential | Uber |
| Ex. A to Ellis Declaration ISO Joint Discovery Letter | Document produced by Uber and marked Confidential | Uber |
| Ex. B to Ellis Declaration ISO Joint Discovery Letter | Chart created using privilege logs marked Confidential | Uber |
| Ex. C to Ellis Declaration ISO Joint Disovery Letter | Chart created using privilege logs marked Confidential | Uber |
| Declaration of S. Binnings ISO Joint Discovery Letter | Contains information deemed confidential by Uber | Uber |
| Declaration of D. Kolta ISO Joint Discovery Letter | Contains information deemed confidential by Uber | Uber |
| Declaration of M. Frangopoulos ISO Joint Discovery Letter | Contains information deemed confidential by Uber | Uber |

- 1 -

[PROPOSED] ORDER RE: ADMIN MOT. TO SEAL
CASE NO. 23:MD-03084-CRB

**IT IS SO ORDERED.**

Dated: _____

                    HON. LISA J. CISNEROS
                    United States Magistrate Court Judge