# Decl. of Scott Binnings
# ISO Joint Discovery Letter
# FILED UNDER SEAL