# Decl. of Daniel Kolta
# ISO Joint Discovery Letter
# FILED UNDER SEAL