# Decl. of Maureen Frangopoulos ISO Joint Discovery Letter FILED UNDER SEAL