

By ECF                                                                                              October 31, 2024

The Honorable Lisa J. Cisneros
United States Magistrate Judge
 for the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Re: *In re Uber Techs. Passenger Sexual Assault Litig.*, No. 23-md-03084 (N.D. Cal.)

Dear Judge Cisneros:

Chertoff Group and Plaintiffs write jointly pursuant to the Court's Order Regarding Subpoena to Chertoff Group and Administrative Motion to Consider Sealing (ECF No. 1771).

Chertoff Group is providing to Uber today rough transcripts and/or summaries of its interviews with each of the fifteen Uber employees at issue. *See id.* at 4. Plaintiffs reserve the right to seek to compel further discovery related to those interviews if, after reviewing those documents, Plaintiffs do not believe that they provide a sufficient record of the interviewees' testimony. *See id.* at 5.

Chertoff Group and Plaintiffs met and conferred on October 30, 2024, and agree that there is no dispute at this time as to production of other documents for any interviews. *See id.*

Nigh Goldenberg Raso & Vaughn, PLLC
14 Ridge Square NW | Third Floor
Washington, D.C
20016

T: (202) 792-7927
D: **(612) 424-9900**
F: (202) 792-7927
nighgoldenberg.com

Washington D.C.
Kansas
Florida
Minnesota

| | |
|---|---|
| Dated: October 31, 2024 | Respectfully Submitted, |
| /s/ Samantha Hoefs<br>Samantha V. Hoefs (*Pro Hac Vice*)<br>NIGH GOLDENBERG RASO & VAUGHN PLLC<br>60 South 6th Street<br>Suite 2800<br>Minneapolis, Minnesota<br>Telephone: (202) 792-7927<br>Facsimile: (202) 792-7927<br>Email: shoefs@nighgoldenberg.com | /s/ Lindsey Barnhart<br>Lindsey Barnhart (Bar No. 294995)<br>COVINGTON & BURLING LLP<br>3000 El Camino Real, 10th Floor<br>5 Palo Alto Square<br>Palo Alto, CA 94306-2112<br>Telephone: +1 (650) 632-4700<br>Facsimile: +1 (650) 632-4800<br>Email: lbarnhart@cov.com<br><br>*Counsel for Chertoff Group LLC* |

Sarah London (SBN 267083)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
slondon@lchb.com

Rachel B Abrams (SBN 209316)
PEIFFER WOLF CARR KANE CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

Roopal P. Luhana (Pro Hac Vice)
CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Counsel for Plaintiffs*

Nigh Goldenberg Raso & Vaughn, PLLC
14 Ridge Square NW | Third Floor
Washington, D.C
20016

T: (202) 792-7927
D: (612) 424-9900
F: (202) 792-7927
nighgoldenberg.com

Washington D.C.
Kansas
Florida
Minnesota