UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>**PLAINTIFF K.R.**<br>**Case No. 3:23-cv-06313** | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING CHAFFIN LUHANA'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF K.R.** |

This matter comes before the Court on the Motion of Chaffin Luhana to withdraw as counsel for Plaintiff K.R. in the above-captioned case pursuant to Local Rule 11-5 and California Rules of Professional Conduct 1.16(b)(4) and 1.16(d).

1. Chaffin Luhana's Motion is GRANTED. Chaffin Luhana and its attorneys are terminated as counsel of record for Plaintiff K.R.
2. Pursuant to local rule 11-5(b), Chaffin Luhana is ordered to serve all notices, papers, or pleadings on Plaintiff by regular mail until such time as this Plaintiff appears *pro se* or counsel appears on her behalf.

**IT IS SO ORDERED.**

Dated: _____        _____

HON. CHARLES R. BREYER
United States District Court Judge