1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RANDALL S. LUSKEY (SBN: 240915)
   rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
   ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
   cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
   akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>ALL ACTIONS | **DECLARATION OF DANIEL CUMMINGS IN SUPPORT OF DEFENDANTS' STATEMENT IN SUPPORT OF PLAINTIFFS' ADMINISTRATION MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [ECF NO. 1651]**<br><br>Judge:       Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

DECLARATION OF DANIEL CUMMINGS IN SUPPORT OF DEFENDANTS' STATEMENT IN SUPPORT OF
PLAINTIFFS' ADMINISTRATION MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL
SHOULD BE FILED UNDER SEAL [ECF NO. 1651]

Case No. 3:23-MD-3084-CRB

1          **DECLARATION OF DANIEL CUMMINGS**

2     I, Daniel Cummings, having personal knowledge of the following state:

3          1.      I am an attorney at the law firm of Shook, Hardy & Bacon LLP, attorneys of record for

4     Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, (collectively, "Uber"). I am

5     a member in good standing of the Bars of the States of Missouri, Kansas, and Nebraska. I know the

6     following facts to be true of my own knowledge, except those matters stated to be based on information

7     and belief, and if called to testify, I could competently do so.  I respectfully submit this declaration in

8     support of Uber's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether

9     Another Party's Material Should Be Filed Under Seal, ECF No. 1811.

10         2.      I have reviewed the un-redacted joint letter brief on privilege disputes.  The redacted

11    portions of the letter brief contain the names and descriptions of confidential and privileged

12    documents, names of internal business systems used by Uber, descriptions of Uber's confidential

13    business proposals and practices and business relationships, employee names, and names of and

14    general descriptions of privileged documents, including the matters on which Uber sought and

15    received legal advice.  It also contains references to a publicly available media article, but connects

16    the article to a confidential, privileged document and general descriptions thereof.  Disclosure of the

17    circumstances under which a party sought and received legal advice and the purposes of such advice,

18    as well as related confidential business information should be sealed.  *Fed. Trade Comm'n v.*

19    *Qualcomm Inc.*, No. 17-CV-00220-LHK, 2018 WL 2317835, at *6 (N.D. Cal. May 22, 2018).

20         3.      I have reviewed the un-redacted declaration of Tiffany Ellis in support of the joint letter

21    brief on privilege disputes.  The redacted portions of this declaration contain the descriptive name of

22    a confidential and privileged document related to a business strategy document, descriptions of a

23    confidential business decision or proposal, and the name of an internal business systems used by Uber.

24    "[C]ourts routinely grant motions to seal [] confidential business information." *Natera, Inc.*, 2023 WL

25    4536375, at *2.

26         4.      I have reviewed Exhibit A to the declaration of Tiffany Ellis in support of the joint

27                                                              2

28    DECLARATION OF DANIEL CUMMINGS IN SUPPORT OF DEFENDANTS' STATEMENT IN SUPPORT OF
      PLAINTIFFS' ADMINISTRATION MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL
      SHOULD BE FILED UNDER SEAL [ECF NO. 1651]

                                                    Case No. 3:23-MD-3084-CRB

1  letter brief on privilege disputes.  It is a confidential, non-public, internal Uber email.  The email

2  discusses a confidential business proposal and strategies regarding the same.  *Natera, Inc.*, 2023 WL

3  4536375, at *2.

4       5.     I have reviewed Exhibit B to the declaration of Tiffany Ellis in support of the joint

5  letter brief on privilege disputes.  It is a chart created from confidential privilege log(s) provided by

6  Uber.  The log contains information related to privileged documents, including numerous employee

7  names and email addresses, document titles and email subjects, attorney names, and general

8  descriptions of the bases for the privilege claims, revealing the matters on which Uber sought and

9  received legal advice.  Disclosure of the circumstances under which a party sought and received legal

10  advice and the purposes of such advice, as well as related confidential business information should be

11  sealed.  *Qualcomm Inc.*, 2018 WL 2317835, at *6; *see also Fernandez v. CoreLogic Credco, LLC*,

12  No. 20-CV-1262-JM-AGS, 2023 WL 11445613, at *1 (S.D. Cal. Mar. 8, 2023) (finding good cause

13  to seal privilege logs that "reflect[ed] the identity of documents and communications withheld ... from

14  production on privilege grounds").

15       6.     I have reviewed Exhibit C to the declaration of Tiffany Ellis in support of the joint

16  letter brief on privilege disputes.  It is a chart created from information in confidential privilege log(s)

17  provided by Uber and from Uber's draft portion of the letter brief.  Information from the log contains

18  custodian names, and general descriptions of the bases for the privilege claims, revealing the matters

19  on which Uber sought and received legal advice.  The information from the letter brief contains

20  redacted information (described above), including the descriptions of confidential and privileged

21  documents, employee and attorney names, and general descriptions of privileged documents,

22  including Uber's business relationships and the matters on which Uber sought and received legal

23  advice.  Disclosure of the circumstances under which a party sought and received legal advice and the

24  purposes of such advice, as well as related confidential business information should be sealed.

25  *Qualcomm Inc.*, 2018 WL 2317835, at *6; *see also Fernandez*, 2023 WL 11445613, at *1 (S.D. Cal.

26

27

28  DECLARATION OF DANIEL CUMMINGS IN SUPPORT OF DEFENDANTS' STATEMENT IN SUPPORT OF
PLAINTIFFS' ADMINISTRATION MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL
SHOULD BE FILED UNDER SEAL [ECF NO. 1651]

Case No. 3:23-MD-3084-CRB

1    Mar. 8, 2023) (finding good cause to seal privilege logs that "reflect[ed] the identity of documents and

2    communications withheld ... from production on privilege grounds").

3         7.    I have reviewed the declaration of Scott Binnings in support of the joint letter brief on

4    privilege disputes.  The declaration contains descriptions of confidential and privileged documents

5    and the business practices, plans, or communications described therein, names of Uber employees and

6    attorneys, and general descriptions of the matters on which Uber sought and received legal advice.

7    Disclosure of the circumstances under which a party sought and received legal advice and the purposes

8    of such advice, as well as related confidential business information should be sealed.  *Qualcomm Inc.*,

9    2018 WL 2317835, at *6.

10        8.    I have reviewed the declaration of Daniel Kolta in support of the joint letter brief on

11   privilege disputes.  The declaration contains descriptions of confidential and privileged documents

12   and the business practices, plans, or communications described therein, names of Uber employees and

13   attorneys, and general descriptions of the matters on which Uber sought and received legal advice.

14   Disclosure of the circumstances under which a party sought and received legal advice and the purposes

15   of such advice, as well as related confidential business information should be sealed.  *Qualcomm Inc.*,

16   2018 WL 2317835, at *6.

17        9.    I have reviewed the declaration of Maureen Frangopoulos in support of the joint letter

18   brief on privilege disputes.  The declaration contains descriptions of confidential and privileged

19   documents and the business practices, plans, communications, and partnerships described therein,

20   names of Uber employees and attorneys, and general descriptions of the matters on which Uber sought

21   and received legal advice, as well as information about Uber's business relationships.  Disclosure of

22   the circumstances under which a party sought and received legal advice and the purposes of such

23   advice, as well as related confidential business information should be sealed.  *Qualcomm Inc.*, 2018

24   WL 2317835, at *6.

25        10.   The disclosure of the above-described documents could harm Uber's marketplace

26   standing and cause undue harm if publicly disseminated.  No less restrictive alternative to sealing

27

                                                    4

28   DECLARATION OF DANIEL CUMMINGS IN SUPPORT OF DEFENDANTS' STATEMENT IN SUPPORT OF
     PLAINTIFFS' ADMINISTRATION MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL
     SHOULD BE FILED UNDER SEAL [ECF NO. 1651]
                                                            Case No. 3:23-MD-3084-CRB

would protect Uber's legitimate interests as un-redacted versions of the letter brief and Ellis Declaration have already been filed on the docket.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 31, 2024.　　　　　　　　By: */s/ Daniel Cummings*

　　　　　　　　　　　　　　　　　　　　　　　Daniel Cummings

DECLARATION OF DANIEL CUMMINGS IN SUPPORT OF DEFENDANTS' STATEMENT IN SUPPORT OF PLAINTIFFS' ADMINISTRATION MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [ECF NO. 1651]

Case No. 3:23-MD-3084-CRB