**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF No. 1811]**<br><br>Judge:     Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, dated October 30, 2024, ECF 1811, and Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC's (collectively "Uber") statement in support of Plaintiffs' Administrative Motion, dated October 31, 2024, ECF ___, the Court hereby ORDERS that the following materials remain under seal:

| Document | Description | Designating Party |
|---|---|---|
| Unredacted Joint Letter Brief on Privilege Disputes | References to documents marked Confidential | Uber |
| Unredacted Declaration of T. Ellis ISO Joint Letter Brief on Privilege Disputes | References to documents marked Confidential | Uber |
| Ex. A to Ellis Declaration ISO Joint Discovery Letter | Document produced by Uber and marked Confidential | Uber |
| Ex. B to Ellis Declaration ISO Joint Discovery Letter | Chart created using privilege logs marked Confidential | Uber |
| Ex. C to Ellis Declaration ISO Joint Discovery Letter | Chart created using privilege logs marked Confidential | Uber |
| Declaration of S. Binnings ISO Joint Discovery Letter | Contains general descriptions of confidential and privileged documents and matters on which Uber sought and received legal advice | Uber |
| Declaration of D. Kolta ISO Joint Discovery Letter | Contains general descriptions of confidential and privileged documents and matters on which Uber sought and received legal advice | Uber |
| Declaration of M. Frangopoulos ISO Joint Discovery Letter | Contains general descriptions of confidential and privileged documents and matters on which Uber sought and received legal advice | Uber |

**IT IS SO ORDERED.**

Dated:_____

                                                Hon. Lisa J. Cisneros
                                                United States Magistrate Judge