RANDALL S. LUSKEY (SBN: 240915)
    rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
    **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
    ratkins@paulweiss.com
JACQUELINE P. RUBIN (*Pro Hac Vice* admitted)
    jrubin@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
    cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
    akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
    **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CERTAIN FACT SHEET DEADLINES**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

| | | |
|---|---|---|
| 1 | KYLE N. SMITH (*Pro Hac Vice* admitted)  ksmith@paulweiss.com | WILLIAM A. LEVIN  SAMIRA J. BOKAIE |
| 2 | JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)  jphillips@paulweiss.com | **LEVIN SIMES LLP**  1700 Montgomery Street, Suite 250 |
| 3 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | San Francisco, CA 94111  Telephone: (415) 426-3000 |
| 4 | 2001 K Street, NW  Washington DC, 20006 | Facsimile: (415) 426-3001  Email: wlevin@levinsimes.com |
| 5 | Telephone: (202) 223-7300  Facsimile: (202) 223-7420 | Email: sbokaie@levinsimes.com |
| 6 | | *Attorneys for Levin Simes Plaintiffs* |
| 7 | *Attorney for Defendants*  UBER TECHNOLOGIES, INC.,  RASIER, LLC, and RASIER-CA, LLC | |
| 8 | | |
| 9 | MICHAEL B. SHORTNACY (SBN: 277035)  mshortnacy@shb.com | |
| 10 | **SHOOK, HARDY & BACON, L.L.P.**  2049 Century Park East, Suite 3000 | |
| 11 | Los Angeles, CA 90067  Telephone: (424) 285-8330 | |
| 12 | Facsimile: (424) 204-9093 | |
| 13 | PATRICK OOT (*Pro Hac Vice* admitted)  oot@shb.com | |
| 14 | **SHOOK, HARDY & BACON, L.L.P.**  1800 K St. NW, Suite 1000 | |
| 15 | Washington, D.C. 20006  Telephone: (202) 783-8400 | |
| 16 | Facsimile: (202) 783-4211 | |
| 17 | JEREMIAH S. WIKLER (*Pro Hac Vice* admitted)  jwikler@shb.com | |
| 18 | **SHOOK, HARDY & BACON, L.L.P.**  2555 Grand Blvd. | |
| 19 | Kansas City, MO 64108  Telephone: (816) 474-6550 | |
| 20 | Facsimile: (816) 421-5547 | |
| 21 | *Attorney for Defendants*  UBER TECHNOLOGIES, INC., | |
| 22 | RASIER, LLC, and RASIER-CA, LLC | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

## STIPULATION

**WHEREAS**, on March 19, 2024, the Court entered Pretrial Order No. 10, which states that "Plaintiffs will either submit bona fide ride receipts or the ride information detailed in PTO No. 5," and that Plaintiffs shall serve either the bona fide ride receipt or Pretrial Order No. 5 information sheet "within 14 days of filing, transfer, or removal to this Court for all cases filed, transferred, or removed after February 1, 2024." Mar. 19, 2024 Pretrial Order No. 10: Fact Sheet Implementation Order at 3, Dkt. 348. The Court also set the Plaintiff Fact Sheet and Defendant Fact Sheet deadlines for cases filed after March 26, 2024 as follows: "[E]ach Plaintiff must complete and submit a PFS and execute applicable Authorizations within 30 days of the case being filed in, removed to, or transferred to MDL 3084. The Uber Defendants must complete and submit a DFS and produce Responsive Documents, within 30 days after a given plaintiff serves the ride receipt or ride information form . . . ." *Id.* at 6;

**WHEREAS**, on June 7, 2024, Plaintiffs represented by Levin Simes LLP ("Levin Simes") and Uber Technologies, Inc, Rasier, LLC, and Rasier-CA, LLC filed a stipulation and proposed order for dismissal without prejudice of 84 cases brought by Levin Simes in the MDL (the "84 Levin Simes Cases");

**WHEREAS**, during the August 29, 2024 Case Management Conference, Levin Simes stated, "The 84 cases remain in the MDL . . . and events have overtaken the plan that gave rise to the dismissal." Aug. 29, 2024 Case Mgmt. Conf. Tr. at 6:23–25;

**WHEREAS**, in the month of August 2024, Levin Simes filed approximately 270 cases in the MDL,

**WHEREAS**, an extension of the deadline for the fact sheet submissions would provide more time to submit accurate fact sheets;

**WHEREAS**, the parties have agreed that the deadline to provide a Plaintiff Fact Sheet for any Levin Simes Plaintiff who joined the MDL by September 2, 2024 and submitted a Pretrial Order No. 5 information sheet in lieu of a bona fide ride receipt, including any such Plaintiffs represented in the 84 Levin Simes Cases, should be November 15, 2024;

**WHEREAS**, the parties have agreed that the deadline to provide a Plaintiff Fact Sheet for any Levin Simes Plaintiff who joined the MDL by September 2, 2024 and submitted a bona fide ride receipt, including any such Plaintiffs represented in the 84 Levin Simes Cases, should be December 16, 2024;

**WHEREAS**, the parties have agreed that the deadline to provide a Defendant Fact Sheet for any Levin Simes Plaintiff who joined the MDL by September 2, 2024 and submitted either a bona fide ride receipt or a Pretrial Order No. 5 information sheet should be March 17, 2025;

**WHEREAS**, the parties have agreed that these deadlines may be subject to revision based on further discussion and agreement amongst the parties (or, in the absence of agreement, via application to the Court) about why changed circumstances (*e.g.*, a significant additional volume of filings of cases by other law firms) may warrant further adjustment to the deadlines. Nothing about this stipulation changes any obligations of the parties with respect to requirements set out in prior orders as to inclusion of the applicable authorizations/responsive documents.

**THEREFORE**, the parties respectfully request the Court enter the parties' stipulation establishing that:

1. A Plaintiff Fact Sheet for any Levin Simes Plaintiff who joined the MDL by September 2, 2024 and submitted a Pretrial Order No. 5 information sheet in lieu of a bona fide ride receipt is due on November 15, 2024;

2. A Plaintiff Fact Sheet for any Levin Simes Plaintiff who joined the MDL by September 2, 2024 and submitted a bona fide ride receipt is due on December 16, 2024;

3. A Defendant Fact Sheet for any Levin Simes Plaintiff who joined the MDL by September 2, 2024 and submitted either a bona fide ride receipt or a Pretrial Order No. 5 information sheet is due on March 17, 2025; and

4. These deadlines may be subject to further revision, by agreement among the parties or by application to and approval of the Court, as described in the final WHEREAS clause above.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: November 1, 2024 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| | By: */s/ Kyle N. Smith* |
| |     ROBERT ATKINS |
| |     RANDALL S. LUSKEY |
| |     KYLE N. SMITH |
| |     JACQUELINE P. RUBIN |
| |     JESSICA E. PHILLIPS |
| |     CAITLIN E. GRUSAUSKAS |
| |     ANDREA M. KELLER |
| | **SHOOK, HARDY & BACON, L.L.P.** |
| |     MICHAEL B. SHORTNACY |
| |     PATRICK OOT |
| |     JEREMIAH S. WIKLER |
| | *Attorneys for Defendants* |
| | UBER TECHNOLOGIES, INC., |
| | RASIER, LLC, and RASIER-CA, LLC |
| Dated: November 1, 2024 | **LEVIN SIMES LLP** |
| | By: */s/ Samira J. Bokaie* |
| |     William A. Levin |
| |     Samira J. Bokaie |
| |     1700 Montgomery Street, Suite 250 |
| |     San Francisco, CA 94111 |
| |     Telephone: (415) 426-3000 |
| |     Fax: (415) 426-3001 |
| |     wlevin@levinsimes.com |
| |     sbokaie@levinsimes.com |
| | *Attorneys for Levin Simes Plaintiffs* |

- 6 -

**FILER'S ATTESTATION**

I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: November 1, 2024           By:   */s/ Randall S. Luskey*
                                          Randall S. Luskey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING CERTAIN FACT SHEET DEADLINES** |

The Court hereby GRANTS the parties' stipulation as follows:

1. A Plaintiff Fact Sheet for any Plaintiff represented by Levin Simes LLP who joined the MDL by September 2, 2024 and submitted a Pretrial Order No. 5 information sheet in lieu of a bona fide ride receipt is due on November 15, 2024.

2. A Plaintiff Fact Sheet for any Plaintiff represented by Levin Simes LLP who joined the MDL by September 2, 2024 and submitted a bona fide ride receipt is due on December 16, 2024.

3. A Defendant Fact Sheet for any Plaintiff represented by Levin Simes LLP who joined the MDL by September 2, 2024 and submitted either a bona fide ride receipt or a Pretrial Order No. 5 information sheet is due on March 17, 2025.

4. These deadlines may be subject to further revision, by agreement among the parties or by application to and approval of the Court, as described in the final WHEREAS clause of the parties' stipulation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____, 2024

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE