# EXHIBIT A

*In Re: Uber Technologies, Inc., Passenger Sexual Assault Litigation, MDL 3084
Related Civil Actions and Proceedings*[1]

|  | Case Name | Case Number | Jurisdiction |
|---|---|---|---|
| 1. | *Jane Doe v. UTI, et al* | 47-CV-23-901221 | Alabama |
| 2. | *Jain v. Khosrowshahi, et al.* | 1:24-403-UNA | Delaware |
| 3. | *Jane Doe v. UTI, et al* | 23-CA-006624 | Florida |
| 4. | *Jane Doe (K.L) v. UTI, et al* | 2023 CA004548 | Florida |
| 5. | *Joan Doe v. UTI, et al* | 11-2023-CA-000823-0001-XX | Florida |
| 6. | *Sydney Brazle v. UTI, et al* | 22C02296S1 | Georgia |
| 7. | *Jane Doe v. Wilfred Doe et al.* | 2024L003217 | Illinois |
| 8. | *Kenyatta Wise-Green v. Hussein Doe et al.* | 2024L003220 | Illinois |
| 9. | *Jane Doe v. Abdenour Doe et al.* | 2024L003215 | Illinois |
| 10. | *Cole Bernard, et al. v. UTI, et al* | 108519-B | Louisiana |
| 11. | *Jane Doe v. UTI, et al* | C-20183841 B | Louisiana |
| 12. | *Andrea Farrington v. UTI, et al* | 2383CV00084 | Massachusetts |
| 13. | *Margaret Gorman v. UTI, et al* | 2184CV02127 | Massachusetts |
| 14. | *Jane Doe v. UTI* | 22-013966-CZ | Michigan |
| 15. | *Jane Doe v. UTI, et al* | 2322-CC01288 | Missouri |
| 16. | *M.C. v. UTI, et al* | 2422-CC00706 | Missouri |
| 17. | *Jane Doe v. UTI* | 8019802022 | New York |
| 18. | *Jillian Rider v. UTI, et al* | CV20938677 | Ohio |
| 19. | *J.J. & N.K. v. UTI, et al* | 221101266 | Pennsylvania |
| 20. | *C.B. v. UTI, et al* | 2023-38875 | Texas |
| 21. | *Jane Doe v. UTI, et al* | 2019-28E11 | Texas |
| 22. | *Jane Doe v. UTI, et al* | 2020-67824 | Texas |
| 23. | *Doe vs. Erenio Gonzalez, UTI, and Rasier* | 2023-69932 | Texas |
| 24. | *Doe 692491 vs John Doe, UTI, Rasier* | DC2024-CV-06920 | Texas |
| 25. | *Doe v. Victor Huynh Le, UTI* | CV23-1343 | Texas |

---

[1] This list represents Plaintiffs' best efforts to identify civil actions relating to sexual assault in which Uber has been named a Defendant, drawn primarily from Uber's productions pursuant to PTO 5. Plaintiffs maintain that Uber is best positioned and should be required to maintain and append this list to all Joint Case Management Conference Statements.

3095061.1