1  John Eddie Williams, Jr. (pro hac vice)
Brian Abramson (pro hac vice)
2  Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
3  Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
4  Joseph C. Melugin (SBN 279439)
**WILLIAM HART & BOUNDAS, LLP**
5  8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
6  Telephone: (713) 230-2200
Facsimile: (713) 643-6226
7  Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
8  Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
9  Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com
10  Email: jmelugin@whlaw.com

11  *Attorneys for Plaintiff*

12

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL NO. 3084 CRB**<br><br>**(Individual Case No. 3:24-cv-05439-CRB)** |
| This Document Relates to:<br><br>*WHB 182 v. UBER TECHNOLOGIES, INC.,*<br>(Individual Case No. 3:24-cv-05439-CRB) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Judge: Honorable Charles R. Breyer |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Jane Doe WHB 182, and or her counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants.

Dated: November 7, 2024                    Respectfully Submitted,

                                           **WILLIAMS HART & BOUNDAS, LLP**

                                           /s/Walt Cubberly_____
                                           John Eddie Williams, Esq.
                                           Brian Abramson, Esq.
                                           Margret Lecocke, Esq.
                                           Walt Cubberly, Esq.
                                           Batami Baskin, Esq.
                                           Myles Shaw, Esq.
                                           Joseph C. Melugin, Esq.

                                           ***Attorneys for Plaintiff***

                          **CERTIFICATE OF SERVICE**

        I hereby certify that on November 7, 2024, I electronically filed the above document with

the Clerk of Court using the CM/ECF system which automatically sends notification of the filing

to all counsel of record. In addition, the foregoing was served on Defendants' counsel via email

at: MDL3084-service-Uber@paulweiss.com.


                                           By: /s/ Walt Cubberly