1  John Eddie Williams, Jr. (pro hac vice)
Brian Abramson (pro hac vice)
2  Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
3  Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
4  Joseph C. Melugin (SBN 279439)
**WILLIAM HART & BOUNDAS, LLP**
5  8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
6  Telephone: (713) 230-2200
Facsimile: (713) 643-6226
7  Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
8  Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
9  Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com
10  Email: jmelugin@whlaw.com

11  *Attorneys for Plaintiff*

12

13  **UNITED STATES DISTRICT COURT**

14  **NORTHERN DISTRICT OF CALIFORNIA**

15  **SAN FRANCISCO DIVISION**

16

17  IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
18  LITIGATION

**MDL NO. 3084 CRB**

**(Individual Case No. 3:24-cv-05597-CRB)**

19
20  This Document Relates to:

21  *WHB 1329 v. UBER TECHNOLOGIES, INC.,*
(Individual Case No. 3:24-cv-05597-CRB)

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

22

Judge: Honorable Charles R. Breyer

23

24  **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

25      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff,

26  Jane Doe WHB 1329, and or her counsel, hereby gives notice that the above-captioned action is

27  voluntarily dismissed, without prejudice, against all Defendants.

28

1

CASE No. 3:23-MD-03084-CRB                                   NOTICE OF VOLUNTARY DISMISSAL

Dated: November 7, 2024

Respectfully Submitted,

**WILLIAMS HART & BOUNDAS, LLP**

/s/Walt Cubberly_____
John Eddie Williams, Esq.
Brian Abramson, Esq.
Margret Lecocke, Esq.
Walt Cubberly, Esq.
Batami Baskin, Esq.
Myles Shaw, Esq.
Joseph C. Melugin, Esq.

***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2024, I electronically filed the above document with the Clerk of Court using the CM/ECF system which automatically sends notification of the filing to all counsel of record. In addition, the foregoing was served on Defendants' counsel via email at: MDL3084-service-Uber@paulweiss.com.

By: /s/ Walt Cubberly

2