RANDALL S. LUSKEY (SBN: 240915)
    rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
    ratkins@paulweiss.com
JACQUELINE P. RUBIN (*Pro Hac Vice* admitted)
    jrubin@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
    cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
    akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CERTAIN FACT SHEET DEADLINES**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

- 2 -

| | |
|---|---|
| KYLE N. SMITH (*Pro Hac Vice* admitted)<br>ksmith@paulweiss.com<br>JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)<br>jphillips@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON<br>& GARRISON LLP**<br>2001 K Street, NW<br>Washington DC, 20006<br>Telephone: (202) 223-7300<br>Facsimile:  (202) 223-7420<br><br>*Attorney for Defendants*<br>UBER TECHNOLOGIES, INC.,<br>RASIER, LLC, and RASIER-CA, LLC | C. BROOKS CUTTER<br>CELINE E. CUTTER<br>JENNIFER S. DOMER<br>**CUTTER LAW P.C.**<br>401 Watt Avenue Suite 100<br>Sacramento, CA 95864<br>Telephone: (916) 290-9400<br>Email:  bcutter@cutterlaw.com<br>Email:  ccutter@cutterlaw.com<br>Email:  jdomer@cutterlaw.com<br><br>*Attorneys for Cutter Law P.C. Plaintiffs* |

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile:  (424) 204-9093

PATRICK OOT (*Pro Hac Vice* admitted)
oot@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
1800 K St. NW, Suite 1000
Washington, D.C. 20006
Telephone: (202) 783-8400
Facsimile:  (202) 783-4211

JEREMIAH S. WIKLER (*Pro Hac Vice* admitted)
jwikler@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile:  (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

## **STIPULATION**

**WHEREAS**, on March 19, 2024, the Court entered Pretrial Order No. 10, which states that "Plaintiffs will either submit bona fide ride receipts or the ride information detailed in PTO No. 5," and that Plaintiffs shall serve either the bona fide ride receipt or Pretrial Order No. 5 information sheet "within 14 days of filing, transfer, or removal to this Court for all cases filed, transferred, or removed after February 1, 2024." Mar. 19, 2024 Pretrial Order No. 10: Fact Sheet Implementation Order at 3, Dkt. 348. The Court also set the Plaintiff Fact Sheet and Defendant Fact Sheet deadlines for cases filed after March 26, 2024 as follows: "[E]ach Plaintiff must complete and submit a PFS and execute applicable Authorizations within 30 days of the case being filed in, removed to, or transferred to MDL 3084. The Uber Defendants must complete and submit a DFS and produce Responsive Documents, within 30 days after a given plaintiff serves the ride receipt or ride information form . . . ." *Id.* at 6;

**WHEREAS**, an extension of the deadline for the fact sheet submissions would provide more time to submit accurate fact sheets;

**WHEREAS**, the parties have agreed that the deadline to provide either a bona fide ride receipt or a Pretrial Order No. 5 information sheet for any Plaintiff represented by Cutter Law P.C. who joined the MDL by October 15, 2024 should be November 15, 2024;

**WHEREAS**, the parties have agreed that the deadline to provide a Plaintiff Fact Sheet for any Plaintiff represented by Cutter Law P.C. who joined the MDL by October 15, 2024 should be December 20, 2024;

**WHEREAS**, the parties have agreed that the deadline to provide a Defendant Fact Sheet for any Plaintiff represented by Cutter Law P.C. who joined the MDL by October 15, 2024 and who submits either a bona fide ride receipt or a Pretrial Order No. 5 information sheet by November 15, 2024 should be March 21, 2025;

**WHEREAS**, the parties have agreed that these deadlines may be subject to revision based on further discussion and agreement amongst the parties (or, in the absence of agreement, via application to the Court) about why changed circumstances (e.g., a significant additional volume of filings of cases by other law firms) may warrant further adjustment to the deadlines. Nothing

about this stipulation changes any obligations of the parties with respect to requirements set out in prior orders as to inclusion of the applicable authorizations/responsive documents.

**THEREFORE**, the parties respectfully request the Court enter the parties' stipulation establishing that:

1. Either a bona fide ride receipt or a Pretrial Order No. 5 information sheet for any Plaintiff represented by Cutter Law P.C. who joined the MDL by October 15, 2024 is due on November 15, 2024;

2. A Plaintiff Fact Sheet for any Plaintiff represented by Cutter Law P.C. who joined the MDL by October 15, 2024 is due on December 20, 2024;

3. A Defendant Fact Sheet for any Plaintiff represented by Cutter Law P.C. who joined the MDL by October 15, 2024 and submits either a bona fide ride receipt or a Pretrial Order No. 5 information sheet by November 15, 2024 is due on March 21, 2025; and

4. These deadlines may be subject to further revision, by agreement among the parties or by application to and approval of the Court, as described in the final WHEREAS clause above.

**IT IS SO STIPULATED.**

Dated: October 25, 2024

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Kyle N. Smith*
    ROBERT ATKINS
    RANDALL S. LUSKEY
    KYLE N. SMITH
    JACQUELINE P. RUBIN
    JESSICA E. PHILLIPS
    CAITLIN E. GRUSAUSKAS
    ANDREA M. KELLER

**SHOOK, HARDY & BACON, L.L.P.**

    MICHAEL B. SHORTNACY
    PATRICK OOT
    JEREMIAH S. WIKLER

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

| | | |
|---|---|---|
| 1 | Dated: October 25, 2024 | **CUTTER LAW P.C.** |
| 2 | | By: */s/   Jennifer S. Domer* |
| | | C. Brooks Cutter |
| 3 | | Celine E. Cutter |
| | | Jennifer S. Domer |
| 4 | | 401 Watt Avenue Suite 100 |
| | | Sacramento, CA 95864 |
| 5 | | Telephone: (916) 290-9400 |
| | | Email: bcutter@cutterlaw.com |
| 6 | | Email: ccutter@cutterlaw.com |
| | | Email: jdomer@cutterlaw.com |

*Attorneys for Cutter Law P.C. Plaintiffs*

- 5 -

- 6 -

**FILER'S ATTESTATION**

I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: October 25, 2024   By:   */s/ Randall S. Luskey*
                                 Randall S. Luskey

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>[~~PROPOSED~~] ORDER REGARDING CERTAIN FACT SHEET DEADLINES |

The Court hereby GRANTS the parties' stipulation as follows:

1. A bona fide ride receipt or Pretrial Order No. 15 information sheet for any Plaintiff represented by Cutter Law P.C. who joined the MDL by October 15, 2024 is due on November 15, 2024.

2. A Plaintiff Fact Sheet for any Plaintiff represented by Cutter Law P.C. who joined the MDL by October 15, 2024 is due on December 20, 2024.

3. A Defendant Fact Sheet for any Plaintiff represented by Cutter Law P.C. who joined the MDL by October 15, 2024 and submits either a bona fide ride receipt or a Pretrial Order No. 5 information sheet by November 15, 2024 is due on March 21, 2025.

4. These deadlines may be subject to further revision, by agreement among the parties or by application to and approval of the Court, as described in the final WHEREAS clause of the parties' stipulation.

- 8 -

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: __November 8__, 2024       _____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

