# Exhibit B

| Log | Log No. | Attachment Names | Attachment Count | Beginning Bates | Ending Bates | Beginning Attachment | Ending Attachment | Author | Google Collaborators | Custodian All | Date | Document Title | File Name | Email Subject | Email From | Email To | Email CC | Email BCC | Slack Channel | Slack Channel Purpose | Privilege Assertion | Privileged Name(s) | Production - Redacted | Production - Volume | Privileged Document Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9.20 Hazelbaker, Silver, Stevenson | JCCP_MDL_PRIVLOG005897 | PEOPLE.jpg; Screen Shot 2019-04-19 at 9.07.44 AM.png | 0 | | | | | Tracey Breeden ▓@uber.com | | Parker, Kate; Silver, Nick | 4/29/2019 | | Fwd: [marketing-legal] Marketing-Legal Approval for Social Post x Comms (People Mag) | Fwd: [marketing-legal] Marketing-Legal Approval for Social Post x Comms (People Mag) | Tracey Breeden ▓@uber.com> | Nick Silver ▓@uber.com>; Kate Parker ▓@uber.com> | | | | | Attorney-Client | *Nicole Benincasa | | | Confidential e-mail thread seeking and providing legal advice from in-house counsel regarding preparation and drafting of Uber's Safety Report. |
| 9.20 Hazelbaker, Silver, Stevenson | JCCP_MDL_PRIVLOG006370 | | 0 | | | | | ▓@uber.com | ▓@uber.com; ▓@uber.com; ▓@uber.com; ▓@uber.com; ▓@uber.com | Hazelbaker, Jill | 7/8/2016 | buzzfeed note | buzzfeed note | | | | | | | | Attorney-Client | *Uber Legal Department | | | Draft confidential document prepared at the direction of in-house counsel regarding media inquiry concerning Uber's Safety Report. |
| 9.20 Hazelbaker, Silver, Stevenson | JCCP_MDL_PRIVLOG007393 | | 0 | UBER_JCCP_MDL_000533175 | UBER_JCCP_MDL_000533175 | UBER_JCCP_MDL_000533175 | UBER_JCCP_MDL_000533175 | ▓@uber.com | ▓@uber.com; ▓@uber.com; ▓@uber.com; ▓@uber.com; ▓@uber.com; ▓@uber.com; ▓@uber.com; ▓@uber.com | Cardenas, Philip; Hazelbaker, Jill; | 7/24/2017 | Safety Update - 6/15 | Safety Update - 6/15 | | | | | | | | Attorney-Client | *Sally Yoo and *Matt Burton | | JCCP_MDL008 | Confidential document prepared at the direction of in-house counsel regarding preparation and drafting of Uber's Safety Report. |
| 9.20 Hazelbaker, Silver, Stevenson | JCCP_MDL_PRIVLOG007396 | | 0 | | | | | ▓@uber.com | ▓@uber.com; ▓@uber.com; *▓@uber.com; ▓@uber.com; ▓@uber.com; ▓@uber.com | Fuldner, Gus; Kaiser, Roger; Stevenson, Troy | 7/25/2018 | Compliance update | Compliance update | | | | | | | | Attorney-Client | *Tony West and *Krishna Juvvadi | | | Confidential e-mail seeking legal advice from in-house counsel regarding driver background check policies and practices. |
| 9.20 Hazelbaker, Silver, Stevenson | JCCP_MDL_PRIVLOG008375 | | 0 | | | | | Lizzie Ross (Google Sheets) <k+mtawmdy2njkzmzcymfcxnfazotgw-ntazntc5nzq0nzy3otczntm3ntiz@docs.google.com> | | Silver, Nick | 9/21/2018 | | Safety Center - L... - ▓@uber.com Please confirm we w... | Safety Center - L... - ▓@uber.com Please confirm we w... | Lizzie Ross (Google Sheets) <k+mtawmdy2njkzmzcymfcxnfazotgw-ntazntc5nzq0nzy3otczntm3ntiz@docs.google.com> | ▓@uber.com | | | | | Attorney-Client | *Daniel Kolta | | | Confidential e-mail providing legal advice from in-house counsel regarding in-app features to advance rider safety. |
| 9.25 Fuldner, Holt, Kaiser, Page | JCCP_MDL_PRIVLOG009844 | | 0 | | | | | Tracey Breeden (Google Docs) <d+nteznjyzodm2oti4nzu3otiwntg0-mtexnjkymze0njq3ntc4ota3ntew@docs.google.com> | | Kaiser, Roger | 8/13/2018 | A/C Privileged - ... - The language inconclusive, valid and ... | A/C Privileged - ... - The language inconclusive, valid and ... | A/C Privileged - ... - The language inconclusive, valid and ... | Tracey Breeden (Google Docs) <d+nteznjyzodm2oti4nzu3otiwntg0-mtexnjkymze0njq3ntc4ota3ntew@docs.google.com> | ▓@uber.com | | | | | Attorney-Client | *Scott Binnings | | | Confidential e-mail providing legal advice from in-house counsel regarding driver deactivation policies and practices. |
| 9.25 Fuldner, Holt, Kaiser, Page | JCCP_MDL_PRIVLOG013948 | | 0 | | | | | Gail Levine <▓@uber.com> | | Holt, Rachel; | 8/31/2017 | Fwd: ▓ | Fwd: ▓ | Fwd: ▓ | Gail Levine <▓@uber.com> | Rachel Holt ▓@uber.com>; Meghan Verena Joyce ▓@uber.com> | *Curtis Scott ▓@uber.com>; *Mohit Abraham ▓@uber.com>; *Lisa Tse ▓@uber.com> | | | | Attorney-Client | | | | Confidential incident report provided for purposes of seeking legal advice from in-house counsel regarding reports of driver sexual assault or sexual misconduct. |
| 9.25 Fuldner, Holt, Kaiser, Page | JCCP_MDL_PRIVLOG014830 | ppt | 0 | UBER_JCCP_MDL_000125614 | UBER_JCCP_MDL_000125614 | UBER_JCCP_MDL_000125614 | UBER_JCCP_MDL_000125614 | ▓@uber.com | ▓@uber.com; ▓@uber.com; ▓@uber.com; ▓@uber.com; ▓@uber.com; *▓@uber.com | Fuldner, Gus; Parker, Kate; | 11/15/2019 | Safety Transparency Report Discussion | Safety Transparency Report Discussion | | | | | | | | Attorney-Client | *Aaron Brand, *Scott Binnings, *Katie Waitzman, *Tammy Albarran and *Tony West | | Vol 039 | Confidential PowerPoint prepared at the direction of in-house counsel regarding preparation and drafting of Uber's Safety Report. |
| 9.25 Fuldner, Holt, Kaiser, Page | JCCP_MDL_PRIVLOG019255 | | 0 | | | | | Gus Fuldner <▓@uber.com> | | Fuldner, Gus | 10/3/2019 | USA Today | USA Today | USA Today | Gus Fuldner <▓@uber.com> | Tory Benson <▓@us.crawco.com>; ▓@us.crawco.com | ▓@us.crawco.com; *Kathleen Waitzman ▓@uber.com> | | | | Attorney-Client; Work Product | | | | Confidential e-mail seeking legal advice from in-house counsel and prepared in anticipation of litigation regarding media inquiry concerning sexual assault or sexual misconduct by driver. |
| 9.25 Fuldner, Holt, Kaiser, Page | JCCP_MDL_PRIVLOG019282 | | 0 | | | | | Gus Fuldner <▓@uber.com> | | Fuldner, Gus | 9/24/2019 | Re: WaPo Final Email - Can we be a bit more supportive of la... | Re: WaPo Final Email - Can we be a bit more supportive of la... | Re: WaPo Final Email - Can we be a bit more supportive of la... | Gus Fuldner <▓@uber.com> | Reply <d+aorgprd3dqjzgvycfuxotr4bc9sajz2wdsusdwjhzu4gd-uy_opamz6ke9ssagv8_ddzr3i75k_xe-3jhl1oqclokccfxj_checo31sxhl08soqnfieu5cw@docs.google.com> | | | | | Attorney-Client | | | | Confidential document providing legal advice from in-house counsel regarding media inquiry concerning Uber's Taxonomy. |