1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 1811]** |
|---|---|
| This Document Relates to: <br><br> ALL ACTIONS | Judge:  Hon. Lisa J. Cisneros <br> Courtroom:  G – 15th Floor |

1

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 1811]**
Case No. 3:23-MD-3084-CRB

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, dated October 30, 2024, ECF 1811, and Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC's (collectively "Uber") statement in support of Plaintiffs' Administrative Motion, dated October 31, 2024, ECF 1817, and Uber's Amended statement in support of Plaintiffs' Administrative Motion and response to order to show cause, ECF ___, the Court hereby ORDERS that the following materials remain under seal:

| Document | Description | Designating Party |
|---|---|---|
| Unredacted Joint Letter Brief on Privilege Disputes | References to documents marked Confidential | Uber |
| Ex. A to Ellis Declaration ISO Joint Discovery Letter | Document produced by Uber and marked Confidential | Uber |
| Ex. B to Ellis Declaration ISO Joint Discovery Letter | Chart created using privilege logs marked Confidential | Uber |
| Declaration of Scott Binnings | Contains general descriptions of confidential and privileged documents and matters on which Uber sought and received legal advice | Uber |
| Declaration of Maureen Frangopoulos | Contains general descriptions of confidential and privileged documents and matters on which Uber sought and received legal advice | Uber |
| Declaration of Daniel Kolta | Contains general descriptions of confidential and privileged documents and | Uber |

| | matters on which Uber sought and received legal advice | |

**IT IS SO ORDERED.**

Dated:_____

                                                 Hon. Lisa J. Cisneros
                                                 United States Magistrate Judge