**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 263-8949
Fax: (888) 875-2889
sluther@wagstafflawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| *This document relates to:* <br><br> CA.L. v. UBER TECHNOLIGIES, INC., *et al.* ; 24-CV-7932 | **NOTICE OF FILING OF NEW ACTION** |

    Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on November 13, 2024.

Dated: November 14, 2024

                      Respectfully submitted,

                      */s/ Sommer D. Luther*
                      Sommer D. Luther, CO 35053
                      **WAGSTAFF LAW FIRM**
                      940 Lincoln Street
                      Denver, CO 80203
                      Tel: (303) 263-8949
                      Fax: (888) 875-2889
                      sluther@wagstafflawfirm.com
                      Attorney for Plaintiff
                      **Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2024, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

        */s/ Sommer D. Luther*

        Sommer D. Luther