```
 1  WAGSTAFF LAW FIRM
    Sommer D. Luther, CO 35053
 2  940 Lincoln Street
    Denver, CO 80203
 3  Tel: (303) 263-8949
 4  Fax: (888) 875-2889
    sluther@wagstafflawfirm.com
 5  Attorney for Plaintiff
 6  *Admitted Pro Hac Vice
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| *This document relates to:*<br><br>C.L.  v. UBER TECHNOLIGIES, INC., *et al.* ; 24-CV-7936 | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on November 13, 2024.

Dated: November 14, 2024

                              Respectfully submitted,

                              */s/ Sommer D. Luther*
                              Sommer D. Luther, CO 35053
                              **WAGSTAFF LAW FIRM**
                              940 Lincoln Street
                              Denver, CO 80203
                              Tel: (303) 263-8949
                              Fax: (888) 875-2889
                              sluther@wagstafflawfirm.com
                              Attorney for Plaintiff
                              *\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2024, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Sommer D. Luther*

Sommer D. Luther