| | |
|---|---|
| 1 | |
| 2 | William A. Levin (CA Bar No. 98592)<br>Laurel L. Simes (CA Bar No. 134637)<br>David M. Grimes (CA Bar No. 324292)<br>Samira J. Bokaie (CA Bar No. 332782)<br>**LEVIN SIMES LLP**<br>1700 Montgomery Street, Suite 250<br>San Francisco, CA 94111<br>Phone: (415) 426-3000<br>Fax: (415) 426-3001<br>Email: wlevin@levinsimes.com<br>Email: llsimes@levinsimes.com<br>Email: dgrimes@levinsimes.com<br>Email: sbokaie@levinsimes.com<br>*Attorneys for Plaintiff Jane Doe LS 426* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LS 426 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05731-CRB | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |

## **PLAINTIFF JANE DOE LS 426'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, by and through her counsel hereby gives notice that the above-captioned action is dismissed without prejudice, against Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC.

Dated: November 14, 2024                    Respectfully Submitted,

**LEVIN SIMES LLP**

By: */s/ William A. Levin*
    William A. Levin
    *Attorney for Plaintiff Jane Doe LS 426*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2024, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk's Office using the CM/ECF System which will transmit a Notice of Electronic Filing to all CM/ECF registrants.

By: */s/ William A. Levin*
William A. Levin