# EXHIBIT C

# EXHIBIT A

Case 3:32-cv-03084-CRB  Document 187-1  Filed 10/24/24  Page 1 of 4

# EXHIBIT A: RESOLUTION STATISTICS IN MULTI-DISTRICT LITIGATIONS*

| Product Name | MDL Number | Description | Company | Claimed Injuries | Approx. Number of Settling Claimants | Overall Settlement Amount | Approx. Mean Settlement Amount Per Claimant | Example Sources |
|---|---|---|---|---|---|---|---|---|
| Actos | 2299 | Type II diabetes | Takeda & Eli Lilly | Bladder cancer | 9,000 | $2.4B | $266,667 | https://www.drugwatch.com/actos/lawsuits/ |
| Apogee Perigee | 2325 | Pelvic mesh | Endo / American Medical Systems | Pain, infection, surgical removals / revisions | 48,000<br>22,000<br>20,000 | $2.8B<br>$775M<br>$830M | $58,333<br>$35,227<br>$41,500 | https://www.drugwatch.com/news/2017/08/09/endo-announces-775m-settlement-for-transvaginal-mesh-claims/<br>https://www.drugwatch.com/news/2014/05/01/ams-settles-830m-vaginal-mesh-lawsuit/ |
| Benicar | 2606 | High blood pressure | Daiichi-Sanyo | Enteropathy | 2,300 | $300M | $130,435 | https://www.reuters.com/article/us-daiichi-sankyo-lawsuit/daiichi-sankyo-settles-u-s-lawsuits-over-blood-pressure-drug-benicar-idUSKBN1AH4V9/ |
| Chantix | 2092 | Anti-Smoking | Pfizer | Suicide and other psychiatric disturbances | 2,160 | $273M | $126,389 | https://www.fiercepharma.com/sales-and-marketing/pfizer-settles-2-000-plus-chantix-suits-takes-273m-charge |
| Coloplast | 2387 | Pelvic mesh | Coloplast Corporation | Pain, infection, surgical removals / revisions | 400 | $16M | $40,000 | https://news.bloomberglaw.com/pharma-and-life-sciences/coloplast-said-to-pay-16-million-to-settle-some-400-pelvic-mesh-cases |
| Combat Arms Earplug | 2885 | Earplug | 3M | Hearing loss and tinnitus | 250,000 | $6B | $24,000 | https://www.flnd.uscourts.gov/3m-products-liability-litigation-mdl-no-2885 |
| Essure | 2739 | Contraceptive implant | Bayer | Pain, perforation, ectopic pregnancy, bleeding, surgical removals, auto immune | 35,100 | $1.6B | $45,584 | https://www.reuters.com/article/business/bayer-to-pay-1-6-billion-to-resolve-u-s-claims-for-essure-birth-control-device-idUSKBN25G252/ |
| Fosamax | 1789 | Osteoporosis | Merck | Jaw and femur fractures | 1,200 | $27.7M | $23,083 | https://www.drugwatch.com/fosamax/lawsuits/ |
| GranuFlo/ Naturalyte | 2428 | Dialysis | Fresenius Medical Care | Cardiac arrest | 10,000 | $250M | $25,000 | https://www.nytimes.com/2016/02/19/business/dialysis-equipment-maker-settles-lawsuit-for-250-million.html |
| Kugel Mesh | 1842 | Hernia patch | Davol/Bard | Various painful, life-threatening, and potentially fatal complications | 2,700 | $184M | $68,148 | https://www.robertkinglawfirm.com/personal-injury/hernia-mesh-lawsuit/ |
| Mirena | 2767 | Contraceptive hormone releasing IUD | Bayer | Perforations | 4,600 | $12.2M | $2,652 | https://today.westlaw.com/Document/Ied28b040399111ebb3c1929a5b9ad316/View/FullText.html?transitionType=Default&contextData=(sc.Default)&firstPage=true |
| Nexium Prilosec | 2404 | Proton-pump inhibitor (PPI); treats heart burn / stomach acid | AstraZeneca | Kidney injuries | 11,000 | $425M | $38,636 | https://www.reuters.com/legal/astrazeneca-pay-425-mln-settle-nexium-prilosec-litigation-us-2023-10-03/ |
| Nuvaring | 1964 | Contraceptive | Merck | Strokes, heart attacks, blood clots | 3,610 | $100M | $27,700 | https://www.law360.com/articles/507908/merck-to-pay-100m-to-end-nuvaring-blood-clot-suits |
| Pradaxa | 2385 | Blood thinner | Boehringer Ingelheim | Bleeds / strokes | 4,100 | $650M | $158,537 | https://www.drugwatch.com/pradaxa/lawsuits/ |
| Prempro | 1507 | Hormone replacement therapy (HRT) | Wyeth / Pfizer | Breast cancer | 6,000<br>4,000 | $896M<br>$330M | $149,333<br>$82,500 | https://www.aboutlawsuits.com/prempro-settlement-payments-breast-cancer-29138/ |
| Propecia | 2331 | Male pattern hair loss | Merck | Erectile dysfunction | 562 | $4.3M | $7,651 | https://www.drugwatch.com/propecia/lawsuits/ |
| Seroquel | 1769 | Antipsychotic | AstraZeneca | Diabetes | 6,000<br>17,500 | $150M<br>$200M | $25,000<br>$11,429 | https://www.aboutlawsuits.com/seroquel-settlement-16354/ |
| Vioxx | 1657 | Painkiller | Merck | Cardiac arrest and stroke | 60,000 | $4.85B | $80,833 | https://www.drugwatch.com/vioxx/lawsuits/ |

1

| EXHIBIT A: RESOLUTION STATISTICS IN MULTI-DISTRICT LITIGATIONS* |||||||||
|---|---|---|---|---|---|---|---|---|
| Product Name | MDL Number | Description | Company | Claimed Injuries | Approx. Number of Settling Claimants | Overall Settlement Amount | Approx. Mean Settlement Amount Per Claimant | Example Sources |
| Wright Medical | 2329 | Hip Implant | Wright Medical | Metallosis and tissue and bone damage | 1,292<br>600 | $240M<br>$90M | $185,759<br>$150,000 | https://www.drugwatch.com/hip-replacement/wright-medical/ |
| Xarelto | 2592 | Blood thinner | Bayer & J&J | Bleeds / strokes | 25,000 | $775M | $31,000 | https://www.reuters.com/article/business/bayer-jj-settle-thousands-of-us-xarelto-lawsuits-for-775-million-idUSKCN1R61UD/ |
| Yaz Yasmin | 2100 | Contraceptive medicine | Bayer | Blood clots, strokes, gallbladder problems | 10,300<br>1,200<br>7,200 | $2.04B (blood clots)<br>$56.9M (heart attack / stroke)<br>$21.5M (gallbladder) | $198,058<br>$47,417<br>$2,986 | https://www.drugwatch.com/yaz/settlements/ |
| Zantac | 2924 | Heartburn medicine | GSK | Cancer | 80,000 | $2.2B | $27,500 | https://www.gsk.com/en-gb/media/press-releases/statement-zantac-ranitidine-litigation-settlement-agreements-reached/ |

*This chart includes resolution statistics for the listed products from both within and outside of the listed MDLs.

2