1 | RANDALL S. LUSKEY (SBN: 240915)
rluskey@paulweiss.com
2 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
3 | 535 Mission Street, 24th Floor
San Francisco, CA 94105
4 | Telephone: (628) 432-5100
Facsimile:  (628) 232-3101
5 |
6 | ROBERT ATKINS (*Pro Hac Vice* admitted)
ratkins@paulweiss.com
7 | JACQUELINE P. RUBIN (*Pro Hac Vice* admitted)
jrubin@paulweiss.com
8 | CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
cgrusauskas@paulweiss.com
9 | ANDREA M. KELLER (*Pro Hac Vice* admitted)
akeller@paulweiss.com
10 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
11 | 1285 Avenue of the Americas
New York, NY 10019
12 | Telephone: (212) 373-3000
Facsimile:  (212) 757-3990
13 |
*Attorneys for Defendants*
14 | UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC
15 |
*[Additional Counsel Listed on Signature Page]*

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER LLC AND RASIER-CA, LLC'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (Civil L.R. 72-2; Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A))** |
| This Document Relates to: | |
| ALL ACTIONS | Judge:       Hon. Charles R. Breyer
Courtroom:   6 – 17th Floor |

    Upon consideration of all the papers filed in connection therewith, as well as all other papers on file in this action, the Court holds:

Pursuant to Civil L.R. 72-2, FRCP 72(a), and 28 U.S.C. § 636(b)(1)(A), Defendants, UBER TECHNOLOGIES, INC., RASIER LLC and RASIER-CA, LLC's, Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge is GRANTED. The Defendants shall not be required to produce custodial documents beyond November 27, 2023, absent Plaintiffs' showing of a specific need and good cause.

**IT IS SO ORDERED.**

DATED: _____      _____
                                                                JUDGE CHARLES R. BREYER