1  RACHEL B. ABRAMS (Cal Bar No. 209316)
   ADAM B. WOLF (Cal Bar No. 215914)
2  **Peiffer Wolf Carr Kane Conway & Wise, LLP**
   555 Montgomery Street, Suite 820
3  San Francisco, CA 94111
   Telephone: 415.766.3544
4  Facsimile: 415.840.9435
   Email: rabrams@peifferwolf.com
5  Email: awolf@peifferwolf.com

6  TIFFANY R. ELLIS (*Admitted PHV*)
   **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7  2229 Trumbull St.
   Detroit, MI 48216
8  Telephone: 313.210.1559
   Facsimile: 415.840.9435
9  Email: tellis@peifferwolf.com

10 *Counsel for Plaintiff*

11
                    **UNITED STATES DISTRICT COURT**
12                **NORTHERN DISTRICT OF CALIFORNIA**
                       **SAN FRANCISCO DIVISION**
13

14 IN RE: UBER TECHNOLOGIES, INC.,
   PASSENGER SEXUAL ASSAULT          )  No. 3:23-md-03084-CRB
15 LITIGATION                        )
                                     )  **NOTICE OF FILING OF NEW ACTION**
16                                   )
                                     )
17 _____  )
                                     )
18 *This document relates to:*        )
                                     )
19 *K.B.W. v. UBER TECHNOLOGIES, INC.,* )
   *et al., 3:24-cv-08014-CRB*        )
20                                   )
                                     )
21                                   )
                                     )
22

23         Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

24 with Jury Demand in the above-referenced action was filed on November 15, 2024.

25 ///

26 ///

27 ///

28

1

Dated: November 18, 2024                    Respectfully submitted,

2

3          By: */s/ Rachel B. Abrams*
           RACHEL B. ABRAMS (Cal Bar No. 209316)
           ADAM B. WOLF (Cal Bar No. 215914)
4          **Peiffer Wolf Carr Kane Conway & Wise, LLP**
           555 Montgomery Street, Suite 820
5          San Francisco, CA 94111
           Telephone: 415.766.3544
6          Facsimile: 415.840.9435
           Email: rabrams@peifferwolf.com
7                  awolf@peifferwolf.com

8          TIFFANY R. ELLIS (*Admitted PHV*)
9          **Peiffer Wolf Carr Kane Conway & Wise, LLP**
           2229 Trumbull St.
10         Detroit, MI 48216
           Telephone: 313.210.1559
11         Facsimile: 415.840.9435
           Email: tellis@peifferwolf.com

12

13         *Counsel for Plaintiff*

14

15                      <u>**CERTIFICATE OF SERVICE**</u>

16         I hereby certify that on November 18, 2024, I electronically transmitted the foregoing

17   **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System

18   for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

19

20                      */s/ Rachel B. Abrams*
                        Rachel B. Abrams

21

22

23

24

25

26

27

28