*[Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>v.<br><br>RASIER-DC, LLC.<br><br>        Defendant. | Case No. 3:24-cv-06663-CRB<br><br>**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Plaintiff, JANE DOE ("Plaintiff") and Defendant, RASIER-DC, LLC. ("Defendant") (the Parties"), by and through undersigned counsel, hereby file this Joint Stipulation for Dismissal Without Prejudice, and state as follows:

Upon stipulation of the parties, this matter shall be dismissed without prejudice, with each party to bear their own attorney's fees and costs.

Dated this 18th day of November 2024.

JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE    Case No. 3:24-cv-06663-CRB

-2-

By:

| | |
|---|---|
| */s/ Richard N Conforti, Esq.* | */s/ Louis A. Murray* |
| Robert C. Solomon, Esq. | LOUIS A. MURRAY |
| FBN. 27054 | (*Pro Hac Vice* admitted) |
| solomon@sslegalfirm.com | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| Richard Conforti, Esq. | 1285 Avenue of the Americas |
| FBN. 104730 | New York, NY 10019 |
| conforti@sslegalfirm.com | Telephone: (212) 373-3000 |
| Jaimie L. Quinn, Esq. | Email: lmurray@paulweiss.com |
| FBN. 105496 | |
| quinn@sslegalfirm.com | *Attorney for Defendant, Rasier-DC, LLC* |
| Saban & Solomon | |
| 150 N. University Drive #200 | |
| Plantation, FL 33324 | |
| Ph. (954) 577-2878 | |
| Fax (954) 577-2215 | |
| bedoya@sslegalfirm.com | |

*Attorneys for Plaintiff, Jane Doe*

**FILER'S ATTESTATION**

I, Louis A. Murray, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: November 18, 2024                    By: */s/ Louis A. Murray*
                                                                            Louis A. Murray