Stephen J. Estey (SBN 163093)
R. Michael Bomberger (SBN 169866)
Angela J. Nehmens (SBN 309433)
**ESTEY & BOMBERGER, LLP**
2869 India Street
San Diego, CA  92103
Telephone: (619) 295-0035
Facsimile: (619) 295-0172
Email: steve@estey-bomberger.com
Email: mike@estey-bomberger.com
Email: angela@estey-bomberger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No.:  3:23-MD-03084 CRB |
| | Judge: Hon. Charles R. Breyer |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE OF ESTEY & BOMBERGER LLP PLAINTIFF** |
| *Bailey Jo Humes v. Uber Technologies, Inc., et al.* | |
| Case No. 3:24-cv-07089 | |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Plaintiff, Bailey Jo Humes (Case No. 3:24-cv-07089) and Defendants, that all claims of Plaintiff against Defendants are hereby dismissed without prejudice.

///

///

///

///

///

///

1

CASE NO. 3:23-MD-03083-CRB    STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE OF ESTEY & BOMBERGER LLP PLAINTIFF

**IT IS SO STIPULATED.**

Dated: November 19, 2024            Respectfully submitted,

By:   /s/ *Angela J. Nehmens*
      Stephen J. Estey, Esq.
      Angela J. Nehmens, Esq.
      *Attorneys for Dismissing Plaintiff*
      **ESTEY & BOMBERGER, LLP**
      2869 India Street
      San Diego, CA 92103
      Phone: (619) 295-0035
      Fax: (619) 295-0172
      Email: steve@estey-bomberger.com
      Email: angela@estey-bomberger.com


By:   /s/ *Kyle N. Smith*
      Robert Atkins, Esq.
      Randall S. Luskey, Esq.
      Kyle N. Smith, Esq.
      **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
      535 Mission Street, 24th Floor
      San Francisco, CA 94105
      Phone: (628) 432-5100
      Fax: (628) 232-3101
      *Attorneys for Defendants, UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC*

2

CASE NO. 3:23-MD-03083-CRB      STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE OF ESTEY & BOMBERGER LLP PLAINTIFF

# CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2024, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */S/ Angela J. Nehmens*

3

CASE NO. 3:23-MD-03083-CRB        STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE OF ESTEY & BOMBERGER LLP PLAINTIFF