Stephen J. Estey (SBN 163093)
R. Michael Bomberger (SBN 169866)
Angela J. Nehmens (SBN 309433)
**ESTEY & BOMBERGER, LLP**
2869 India Street
San Diego, CA  92103
Telephone: (619) 295-0035
Facsimile: (619) 295-0172
Email: steve@estey-bomberger.com
Email: mike@estey-bomberger.com
Email: angela@estey-bomberger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Bailey Jo Humes v. Uber Technologies, Inc., et al.*<br>Case No. 3:24-cv-07089 | MDL No.:  3:23-MD-03084 CRB<br><br>Judge: Hon. Charles R. Breyer<br><br>**[PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE OF ESTEY & BOMBERGER LLP PLAINTIFF** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT THE CLAIMS OF PLAINTIFF, BAILEY JO HUMES (CASE NO. 3:24-CV-07089) ARE DISMISSED WITHOUT PREJUDICE.**

Dated: _____                    _____
                                          HON. CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE