

November 19, 2024

The Hon. Lisa J. Cisneros
United States Magistrate Judge
Phillip Burton Federal Building
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:    *In re Uber Technologies, Inc. Passenger Sexual Assault Litigation*, No. 3:23-md-0384-CRB
          Third Party Subpoena to ValorUS

Judge Cisneros:

Counsel for Plaintiffs, Defendants, and third party Valor US write jointly in lieu of briefing to notify the Court that we have reached an agreement as to third party Valor US. Plaintiffs narrowed the scope of the subpoena from 2009 to present to 2017 to present. Valor US agreed to produce responsive documents, subject to privilege review by Uber by November 8, 2024 and has made that production to Uber. Uber's deadline to complete its privilege review is two weeks after November 8, 2024 on November 22, 2024.

Nigh Goldenberg Raso & Vaughn, PLLC
14 Ridge Square NW | Third Floor
Washington, D.C
20016

T: (202) 792-7927
D: (612) 424-9900
F: (202) 792-7927
nighgoldenberg.com

Washington D.C.
Kansas
Florida
Minnesota

**NGRV NIGH GOLDENBERG RASO & VAUGHN**

Dated: November 19, 2024           Respectfully submitted,

By: /s/ Samantha V. Hoefs
Samantha V. Hoefs (Pro Hac Vice)
Marlene J. Goldenberg (Pro Hac Vice)
**NIGH GOLDENBERG RASO & VAUGHN PLLC**
14 Ridge Square NW, Third Floor
Washington, D.C. 20016
Telephone: (202) 978-2228
Facsimile: (202) 792-7927
mgoldenberg@nighgoldenberg.com
shoefs@nighgoldenberg.com

By: /s/ Sarah R. London
Sarah R. London (SBN 267083)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
slondon@lchb.com

By: /s/ Rachel B. Abrams
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: /s/ Roopal P. Luhana
Roopal P. Luhana (Pro Hac Vice)
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Counsel for Plaintiffs*

Nigh Goldenberg Raso & Vaughn, PLLC
14 Ridge Square NW | Third Floor
Washington, D.C
20016

T: (202) 792-7927
D: (612) 424-9900
F: (202) 792-7927
nighgoldenberg.com

Washington D.C.
Kansas
Florida
Minnesota



By: */s/ Michael B. Shortnacy*
MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2049 Century Park East, Ste. 3000
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (Admitted *Pro Hac Vice*)
oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

KYLE N. SMITH (*Pro Hac Vice* admitted)
ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
*Attorney for Defendants* UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

*Counsel for Defendants*

By: Cara Barrick
CARA BARRICK
Cara.barrick@ogletree.com
One Embaracadero Center, Suite 900
San Francisco, CA 94111
Telephone: (415) 536-3424

*Counsel for Third Party ValorUS*

Nigh Goldenberg Raso & Vaughn, PLLC
14 Ridge Square NW | Third Floor
Washington, D.C
20016

T: (202) 792-7927
D: (612) 424-9900
F: (202) 792-7927
nighgoldenberg.com

Washington D.C.
Kansas
Florida
Minnesota