1 | D. Douglas Grubbs *(Admitted PHV)*
2 | Adam K. Pulaski *(Admitted PHV)*
  | **PULASKI KHERKHER, PLLC**
3 | 2925 Richmond Avenue, Ste 1725
  | Houston, TX 77098
4 | Telephone: 713-664-4555
  | Facsimile: 713-664-7543
5 | Email: dgrubbs@pulaskilawfirm.com
  | Email: adam@pulaskilawfirm.com
6 | *Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| This Document Relates to: *J.B. vs. Uber Technologies, Inc., et al;* 3:23-cv-06692-CRB | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Pursuant to Local Rule 11-5, D. Douglas Grubbs of Pulaski Kherkher, PLLC, counsel of record for Plaintiff J.B. ("Counsel"), respectfully moves this Court for an Order allowing his firm to withdraw as counsel of record in the above-captioned matter.

Over the past several months, Plaintiff J.B. has failed to respond to Counsel's numerous communication attempts via telephone, email and text. Counsel last spoke to Plaintiff on September 13, 2024 when he requested Plaintiff's assistance obtaining additional information from the person who ordered the ride at issue in order to complete Plaintiff's Fact Sheet. Plaintiff was reluctant to obtain the additional information and informed Counsel that she would decide whether or not to pursue this matter over the weekend. For the next two weeks, Counsel continued to follow-up with Plaintiff regarding her decision, but did not receive a response.

On October 3, 2024, Counsel advised Plaintiff in writing of his intent to withdraw from this matter via electronic mail and USPS Priority Mail. At the time of this filing, Plaintiff has still not responded. Counsel also advised Defendants of his intent to withdraw from this matter during a meet and confer if he did not hear from Plaintiff.

WHEREFORE, the law firm of Pulaski Kherkher, PLLC; and all attorneys of record for Plaintiff request that they be allowed to withdraw as counsel of record for Plaintiff J.B. A copy of this motion will be served upon Plaintiff at her last known address and via electronic mail.

Dated: November 19, 2024            Respectfully submitted,

**PULASKI KHERKHER, PLLC**

*/s/ D. Douglas Grubbs*
D. Douglas Grubbs (TX Bar No. 24065339)
(*Admitted Pro Hac Vice*)
Adam K. Pulaski (TX Bar No. 16385800)
(*Admitted Pro Hac Vice*)
2925 Richmond Avenue, Suite 1725
Houston, Texas 77098
Tel: 713-664-4555
Facsimile: 713-664-7543
dgrubbs@pulaskilawfirm.com
adam@pulaskilawfirm.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2024, I electronically transmitted the foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. Additionally, the foregoing was served on Defendants' counsel via email at: MDL3084-service-Uber@paulweiss.com.

                                        */s/ D. Douglas Grubbs*
                                        D. Douglas Grubbs