Todd Logan (SBN 305912)
tlogan@edelson.com
EDELSON PC
150 California St., 18th Floor
San Francisco, CA 94111
Telephone: (415) 212-9300
Facsimile: (415) 373-9435

MEREDITH D. STRATIGOPOULOS (*Admitted PHV*)
mdrukker@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378

CHLOE R. SHRODE (*Admitted PHV*)
EDELSON PC
1728 16th Street, Suite 210
Boulder. Colorado 80302
Tel: (720) 741-0076
Fax: (720) 741-0081

*And*

GUERRA LLP
875 E. Ashby Place, Suite 1200
San Antonio, Texas 78212
Telephone: (210) 447.0500
Facsimile: (210) 447.0501

FRANCISCO GUERRA, IV.
TX Bar No. 00796684
fguerra@guerrallp.com
ALICIA O'NEILL
TX Bar No. 24040801
aoneill@guerrallp.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

- 1 -

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>**This Document Relates to:**<br><br>*K.I. v. Uber Technologies, Inc.., et al.*<br>Case No.: 24-cv-8667 | Case No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on December 3, 2024.

Dated: December 3, 2024

Respectfully submitted,

By: /s/ *Meredith Drukker Stratigopoulos*

Meredith Drukker Stratigopoulos
(admitted *pro hac vice*)
mdrukker@edelson.com
Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378

Todd Logan (SBN 305912)
tlogan@edelson.com
EDELSON PC
150 California St., 18th Floor
San Francisco, CA 94111
Telephone: (415) 212-9300
Facsimile: (415) 373-9435

Chloe R. Shrode
(admitted *pro hac vice*)
Edelson PC
1728 16th Street, Suite 210
Boulder, Colorado 803-2
Tel: (720) 741-0081
Fax: (720) 741-0081

And

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GUERRA LLP
875 E. Ashby Place, Suite 1200
San Antonio, Texas 78212
Telephone: (210) 447.0500
Facsimile: (210) 447.0501

FRANCISCO GUERRA, IV.
TX Bar No. 00796684
fguerra@guerrallp.com
ALICIA O'NEILL
TX Bar No. 24040801
aoneill@guerrallp.com