1  Steve Schulte (TX SBN 24051306)
   *Appearance Pro Hac Vice*
2  John Raggio (CA Bar No. 338261)
   Arati Furness (CA Bar No. 225435)
3  **NACHAWATI LAW GROUP**
4  5489 Blair Road
   Dallas, TX  75231
5  Phone: (214) 890-0711
   Direct: (972) 581-9778
6  schulte@ntrial.com
   jraggio@ntrial.com
7  afurness@ntrial.com
8  *Attorneys for Plaintiff*

9              **UNITED STATES DISTRICT COURT**
             **NORTHERN DISTRICT OF CALIF**
10            **SAN FRANCISCO DIVISION**

11 IN RE: UBER TECHNOLOGIES, INC.,          **MDL No. 3084 CRB**
   PASSENGER SEXUAL ASSAULT
12 LITIGATION                               **Honorable Charles R. Breyer**

13 **This Document Relates to:**

14 *JANE DOE NLG (SM), v. Uber Technologies,*
15 *Inc., et al.*
   **Case No.: 3:24-cv-8710**               **NOTICE OF FILING OF NEW ACTION**
16

17

18        Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

19 with Jury Demand in the above-referenced action was filed on December 4, 2024.

20
    Dated: December 4, 2024              **NACHAWATI LAW GROUP**
21

22                                       */s./ Steven S. Schulte*
                                         Steve Schulte (TX SBN 24051306)
23                                       *Appearance Pro Hac Vice*
                                         Arati Furness (CA Bar No. 225435)
24                                       5489 Blair Road, Dallas, TX  75231
                                         Phone: (214) 890-0711
25                                       Direct: (972) 581-9778
                                         schulte@ntrial.com
26                                       afurness@ntrial.com
27                                       **ATTORNEYS FOR PLAINTIFF**

28

                              1