1

2

**PROOF OF SERVICE**

3

**A.C. v. Uber Technologies Inc., et al. (3:24-cv-02842);**

4

**IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**

**(3:23-md-03084-CRB)**

5

6

I, the undersigned, am over the age of eighteen years and am resident of Friendswood, Texas; I am not a party to the above-entitled action; My business address is 100 Pine St Ste 1250

7

San Francisco, CA 94111

8

On December 4, 2024 I served the following document(s):
- **Joint Stipulation to Dismiss**

9

10

Addressed to:

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

11

LOUIS A. MURRAY, Esq.

MDL3084-service-Uber@paulweiss.com

12

*Attorneys for Defendants*

13

14

☑    <u>BY ELECTRONIC MAIL TRANSMISSION:</u> via email. I caused the listed

15

documents to be electronically filed and or subsequently emailed to the above recipients.

16

17

Executed on December 4, 2024, from Friendswood, Texas.

18

I declare under penalty of perjury under the laws of the State of California that the

19

above is true and correct.

20

21

Sarath Marcus

22

23

24

25

26

27

28

PROOF OF SERVICE