POTTER HANDY
MARK POTTER, ESQ., SBN 166317
Tehniat Zaman, Esq., SBN 321557
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
RSAssaults@potterhandy.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>K.O. v. Uber Technologies Inc., et al.<br><br>CASE NO. 3:24-cv-02849 | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>JURY TRIAL DEMANDED |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed without prejudice; each party to bear his/her/its own attorneys' fees and costs.

///

1

1  Dated: December 4, 2024          POTTER HANDY

2                                    By: */s/Tehniat Zaman*
3                                    Tehniat Zaman, Esq.
                                     Attorney for Plaintiff
4

5
   Dated: December 4, 2024
6

7
                                     By: */s/Louis A. Murray*
8                                    Louis A. Murray, Esq.
                                     Attorney for Defendant
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation for Dismissal