POTTER HANDY
MARK POTTER, ESQ., SBN 166317
Tehniat Zaman, Esq., SBN 321557
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
RSAssaults@potterhandy.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| This Document Relates to: | Honorable Charles R. Breyer |
| N.G. v. Uber Technologies Inc., et al. | JURY TRIAL DEMANDED |
| CASE NO. 3:24-cv-04300 | |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed without prejudice; each party to bear his/her/its own attorneys' fees and costs.

///

1

| | | |
|---|---|---|
| 1 | Dated: December 4, 2024 | POTTER HANDY |
| 2 | | By: */s/Tehniat Zaman* |
| 3 | | Tehniat Zaman, Esq.<br>Attorney for Plaintiff |
| 4 | | |
| 5 | | |
| 6 | Dated: December 4, 2024 | |
| 7 | | |
| 8 | | By: */s/Louis A. Murray* |
| | | Louis A. Murray, Esq. |
| 9 | | Attorney for Defendant |

2

Joint Stipulation for Dismissal