# PROOF OF SERVICE

**N.G. v. Uber Technologies Inc., et al. (3:24-cv-04300- CRB);**
**IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**
**(3:23-md-03084-CRB)**

I, the undersigned, am over the age of eighteen years and am resident of Friendswood, Texas; I am not a party to the above-entitled action; My business address is 100 Pine St Ste 1250 San Francisco, CA 94111

On December 4, 2024 I served the following document(s):
- **Joint Stipulation to Dismiss**

Addressed to:

> **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
> LOUIS A. MURRAY, Esq.
> MDL3084-service-Uber@paulweiss.com
> *Attorneys for Defendants*

☑ <u>BY ELECTRONIC MAIL TRANSMISSION:</u> via email. I caused the listed documents to be electronically filed and or subsequently emailed to the above recipients.

Executed on December 4, 2024, from Friendswood, Texas.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Sarath Marcus

PROOF OF SERVICE