POTTER HANDY
MARK POTTER, ESQ., SBN 166317
Tehniat Zaman, Esq., SBN 321557
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
RSAssaults@potterhandy.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| This Document Relates to: | Honorable Charles R. Breyer |
| J. D. v. Uber Technologies Inc., et al. | JURY TRIAL DEMANDED |
| CASE NO. 3:24-cv-02841 | |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed without prejudice; each party to bear his/her/its own attorneys' fees and costs.

///

1

Joint Stipulation for Dismissal

| | |
|---|---|
| Dated: December 4, 2024 | POTTER HANDY<br><br>By: */s/Tehniat Zaman*<br>Tehniat Zaman, Esq.<br>Attorney for Plaintiff |
| Dated: December 4, 2024 | <br><br>By: */s/Louis A. Murray*<br>Louis A. Murray, Esq.<br>Attorney for Defendant |