1  C. Brooks Cutter (SBN 121407)
2  Jennifer S. Domer (SBN 305822)
   Celine E. Cutter (SBN 312622)
3  **CUTTER LAW, P.C.**
   401 Watt Ave.
4  Sacramento, CA 95864
   (916) 290-9400
5  bcutter@cutterlaw.com
   jdomer@cutterlaw.com
6  ccutter@cutterlaw.com

7  *ATTORNEYS FOR PLAINTIFFS*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB<br><br>*Hon. Judge Charles R. Breyer* |
| THIS DOCUMENT RELATES TO:<br><br>*Roe CL 72 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06992*<br><br>*Roe CL 73 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-07030*<br><br>*Roe CL 74 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-07152*<br><br>*Roe CL 75 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-07153*<br><br>*Roe CL 76 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-07569*<br><br>*Roe CL 77 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-07571*<br><br>*Roe CL 78 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-07584*<br><br>*Roe CL 79 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-07587*<br><br>*Roe CL 80 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-08373* | |

## NOTICE OF FILING OF NEW CASES

Notice is hereby given pursuant to Pretrial Order No. 6 that Short Form Complaints and Jury Demands have been filed on behalf of Plaintiffs Jane Roe CL 72, Jane Roe CL 73, Jane Roe CL 74, Jane Roe CL 75, Jane Roe CL 76, Jane Roe CL 77, Jane Roe CL 78, Jane Roe CL 79, and Jane Roe CL 80.

DATED:  December 4, 2024                    Respectfully submitted,

/s/ *Jennifer S. Domer*
Jennifer S. Domer

C. Brooks Cutter
Jennifer S. Domer
Celine E. Cutter
CUTTER LAW, P.C.
401 Watt Avenue
Sacramento, CA 95864
(916) 290-9400
bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com

*ATTORNEYS FOR PLAINTIFFS*

**PROOF OF SERVICE**

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within entitled action; my business address is Cutter Law P.C., 401 Watt Avenue, Sacramento, California 95864.

On the date below, I served a copy of the following document(s) described as Short Form Complaints for Plaintiffs Jane Roe CL 72, Jane Roe CL 73, Jane Roe CL 74, Jane Roe CL 75, Jane Roe CL 76, Jane Roe CL 77, Jane Roe CL 78, Jane Roe CL 79, and Jane Roe CL 80 on the interested party(ies) in this action as follows:

| X | **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on Pretrial Order No. 6: Direct Filing, whereby defense agreed to waive formal service of summons, I caused the documents to be sent from **ebell@*cutterlaw.com*** to the person(s) at the e-mail address MDL3084-service-Uber@paulweiss.com. |
|---|---|

Executed on December 4, 2024 at Sacramento, California.

/s/ *Elaine Bell*