| | |
|---|---|
| 1 | WILLIAM L. SMITH (Cal Bar No. 324235) |
| | **ANAPOL WEISS** |
| 2 | 6060 Center Drive 10th Floor, |
| | Los Angeles, CA 90045 |
| 3 | Telephone: 202.780.3014 |
| | Facsimile: 202.780.3678 |
| 4 | Email: wsmith@anapolweiss.com |
| 5 | HOLLY DOLEJSI (*Admitted Pro Hac Vice*) |
| | **ANAPOL WEISS** |
| 6 | 60 South 6th St., Suite 2800 |
| | Minneapolis, MN 55402 |
| 7 | Telephone: 202.780.3014 |
| | Facsimile: 202.780.3678 |
| 8 | Email: hdolejsi@anapolweiss.com |
| 9 | *Counsel for Plaintiff* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL: No. 3084 |
| | **NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to: | |
| *E.H. v. Uber Technologies, Inc., et al.* Case No. 3:24-cv-08342 | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on November 22, 2024.

///

///

///

///

///

---

CASE NO. 3:24-cv-08342   1   NOTICE OF FILING OF NEW ACTION

| | |
|---|---|
| Dated: December 5, 2024 | Respectfully submitted, |
| | **ANAPOL WEISS** |
| | By: */s/ William L. Smith* |
| | WILLIAM L. SMITH (Cal Bar No. 324235) |
| | 6060 Center Drive 10th Floor |
| | Los Angeles, CA 90045 |
| | Telephone: 202.780.3014 |
| | Facsimile: 202.780.3678 |
| | Email: wsmith@anapolweiss.com |
| | |
| | HOLLY DOLEJSI (*Admitted Pro Hac Vice*) |
| | 60 South 6th St. Suite 2800 |
| | Minneapolis, MN 55402 |
| | Telephone: 202.780.3014 |
| | Facsimile: 202.780.3678 |
| | Email: hdolejsi@anapolweiss.com |
| | |
| | *Counsel for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2024, I electronically transmitted the forgoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

>     */s/ William L. Smith*
>     William L. Smith