IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br> _____/ <br><br> This Order Relates To: <br> ALL ACTIONS | Case No. 23-md-03084-CRB <br><br> **ORDER DENYING UBER'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER** <br><br> Re: Dkt. No. 1876 |

Uber's motion for relief from Magistrate Judge Cisneros's Order Regarding Time Period for Discovery (dkt. 1816) is denied. As Judge Cisneros said in a later discovery order, the challenged order should not be understood as suggesting that an end date would never be appropriate, just that it was too soon to know what the end date should be. *See* Order Regarding Second Joint Letter Addressing Time Period for Discovery (dkt. 1879) at 4. As the Court sees it, that is simply prudence, and is not contrary to law.

**IT IS SO ORDERED.**

Dated: December 6, 2024

CHARLES R. BREYER
United States District Judge