Stephen J. Estey (SBN 163093)
R. Michael Bomberger (SBN 169866)
Angela J. Nehmens (SBN 309433)
**ESTEY & BOMBERGER, LLP**
2869 India Street
San Diego, CA 92103
Tel: (619) 295-0035
Fax: (619) 295-0172
Email: steve@estey-bomberger.com
Email: mike@eatey-bomberger.com
Email: angela@estey-bomberger.com

*Attorneys for Plaintiff*s

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>_____<br><br>This Document Relates to:<br><br>*KEILSEE LEISLE v. UBER TECHNOLOGIES, INC., et al.*<br>Case No. 3:24-cv-04699 | MDL No. 3084 CRB<br><br>**FIRST AMENDED<br>SHORT FORM COMPLAINT**<br><br>JURY TRIAL DEMANDED<br><br>Judge: Hon. Charles R. Breyer |

## SHORT-FORM COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff named below files this *First Amended Short-Form Complaint and Demand for Jury Trial* against Defendants named below by and through the undersigned counsel. Plaintiff incorporates by reference the allegations contained in *Plaintiffs' Master Long-Form Complaint* in *In Re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*, MDL No. 3084 in the United States District Court for the Northern District of California. Plaintiff files this *Short-Form Complaint* as permitted by Pretrial Order No. 11 of this Court.

1

Plaintiff selects and indicates by checking-off where requested, the Parties and Causes of Actions specific to this case.

Plaintiff, by and through their undersigned counsel, allege as follows:

## I. DESIGNATED FORUM[1]

1. Identify the Federal District Court in which the Plaintiff would have filed in the absence of direct filing: Eastern District of Washington ("Transferee District Court").

## II. IDENTIFICATION OF PARTIES

### A. PLAINTIFF

1. *Injured Plaintiff*: Name of the individual who alleges they were sexually assaulted, battered, harassed, or otherwise attacked by an Uber driver with whom they were paired while using the Uber platform: KEILSEE LEISLE ("Plaintiff").

2. At the time of the filing of this *Short-Form Complaint*, Plaintiff resides at: Walla Walla, Washington; Wala Walla County

3. (If applicable) INSERT NAME OF REPRESENTATIVE, CAPACITY, BASIS OF AUTHORITY N/A

### B. DEFENDANT(S)

1. Plaintiff names the following Defendants in this action.
   - ✓ UBER TECHNOLOGIES, INC.;[2]
   - ☐ RAISER, LLC.;[3]
   - ☐ RAISER-CA, LLC.[4]
   - ☐ OTHER (specify): _____. This defendant's residence is in (specify state): _____.

---

[1] *See* Pretrial Order No. 6, at II(C) (ECF No. 177).
[2] Delaware corporation with a principal place of business in California.
[3] A limited liability company whose sole memeber, Uber Technologies, Inc., is a citizen of Delaware and California.
[4] A limited liability company whose sole member, Uber Technologies, Inc., is a citizen of     Delaware and California.

2

CASE NO. 3:23-MD-03084-CRB                                    SHORT FORM COMPLAINT

### C. RIDE INFORMATION

1. The Plaintiff was sexually assaulted, harassed, battered, or otherwise attacked by an Uber driver in connection with a ride facilitated on the Uber platform in Walla Walla County, Washington on August 6, 2021.
2. The Plaintiff was the account holder of the Uber account used to request the relevant ride.
3. The Plaintiff provides the following additional information about the ride:
    - ✓ The Plaintiff hereby incorporates Plaintiff's disclosure of ride information produced pursuant to Pretrial Order No. 5 on February 14, 2024.
    - ☐ The origin of the relevant ride was _____. The requested destination of the relevant ride was_____.  The driver was named_____.

### III. CAUSES OF ACTION ASSERTED

1. The Causes of Action asserted in the *Plaintiffs' Master Long-Form Complaint*, and the allegations with regard thereto in the *Plaintiffs' Master Long-Fonn Complaint,* are adopted in this *Short-Form Complaint* by reference, except that Plaintiff opts out of and excludes the causes of action specified below:

| Check any EXCLUDED Causes of Action | Cause of Action Number | Cause of Action |
|---|---|---|
| | I | NEGLIGENCE (including Negligent Hiring, Retention, Supervision, and Entrustment) |
| | II | FRAUD AND MISREPRESENTATION |
| | III | NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS |
| | IV | COMMON CARRIER'S NON-DELEGABLE DUTY TO PROVIDE SAFE TRANSPORTATION[5] |
| | V | OTHER NON-DELEGABLE DUTIES TO PROVIDE SAFE |

---

[5] This claim is pleaded in the *Plaintiffs' Master Long-Form Complaint* under the laws of every state **except**: **Arizona, Colorado, District of Columbia, Illinois** (for incidents prior to August 11, 2023), **Michigan, Montana** (for incidents prior to April 23, 2023), **New York, Pennsylvania, Wisconsin**, and **Wyoming**.

| | | |
|---|---|---|
| | | TRANSPORTATION[6] |
| | VI | VICARIOUS LIABILITY FOR DRIVERS' TORTS - EMPLOYEE |
| | VII | VICARIOUS LIABILITY FOR DRIVERS' TORTS - APPARENT AGENCY |
| | VIII | VICARIOUS LIABILITY FOR DRIVERS' TORTS - RATIFICATION |
| | IX | VICARIOUS LIABILITY FOR DRIVERS' TORTS-Cal. Public Utilities Code § 535 |
| | X | STRICT PRODUCTS LIABILITY - DESIGN DEFECT |
| | XI | STRICT PRODUCTS LIABILITY - FAILURE TO WARN |
| | XII | STRICT PRODUCTS LIABILITY - PRODUCT LIABILITY ACTS |
| | XIII | UNFAIR COMPETITION LAW - Cal. Bus. & Prof. Code § 17200 et seq. |

**IV.   ADDITIONAL CAUSES OF ACTION AND/OR ALLEGATIONS**

1. Plaintiff asserts the following additional theories against the Defendants designated in paragraph above: N/A

2. If Plaintiff has additional factual allegations not set forth in *Plaintiffs' Master Long-Form Complaint*, they may be set forth below or in additional pages: N/A

WHEREFORE, Plaintiff prays for relief and judgment against Defendants for economic and non-economic compensatory and punitive and exemplary damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper, and such further relief as the Court deems equitable and just, and as set forth in Plaintiffs' Master Long-Form Complaint.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury as to all claims in this action.

DATED:  December 11, 2024                              Respectfully Submitted,
                                                      **ESTEY & BOMBERGER, LLP**

                                                      */S/ Angela Nehmens, Esq.*
                                                      Stephen J. Estey
                                                      Angela J. Nehmens
                                                      **Attorney for Plaintiffs**

---

[6] This claim is pleaded in *Plaintiffs' Master Long-Form Complaint* under the laws of every state **except**: **District of Columbia, Michigan, New York**, and **Pennsylvania.**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2024, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */S/ Nicole Stoneman*