```
RANDALL S. LUSKEY (SBN: 240915)
    rluskey@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (Pro Hac Vice admitted)
    ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (Pro Hac Vice admitted)
    cgrusauskas@paulweiss.com
ANDREA M. KELLER (Pro Hac Vice admitted)
    akeller@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990
```

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS UBER TECHNOLOGIES, INC. AND RAISER, LLC TO PROVIDE CERTAIN PRIVILEGE LOGS**<br><br>Judge:     Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

STIPULATION AND [PROPOSED] ORDER                                        Case No. 3:23-MD-3084-CRB

## **STIPULATION**

**WHEREAS**, on November 27, 2024, this Court entered an order (the "Order") requiring Defendants Uber Technologies, Inc. and Raiser, LLC ("Defendants") to review certain privilege log entries and provide an updated privilege log by December 11, 2024. (ECF 1908).

**WHEREAS**, the parties have met and conferred, and have agreed that Defendants should be permitted a brief extension of the December 11 deadline for Defendants to update the privilege log for tranche one custodians.

**WHEREAS**, specifically the parties have agreed that Defendants may have an additional 1 day, until December 12, 2024, to update the privilege log for tranche one custodians.

**WHEREFORE,** the parties respectfully request that the Court enter the parties' stipulation that: the Order's December 11, 2024 deadline for Defendants to update the privilege log for tranche one custodians is extended to December 12, 2024.

**IT IS SO STIPULATED**

| | | |
|---|---|---|
| 1 | DATED: December 11, 2024 | **SHOOK HARDY & BACON L.L.P.** |
| 2 | | By: */s/ Michael B. Shortnacy* |
| | | MICHAEL B. SHORTNACY |
| 3 | | |
| | | MICHAEL B. SHORTNACY (SBN: 277035) |
| 4 | | mshortnacy@shb.com |
| | | **SHOOK, HARDY & BACON L.L.P.** |
| 5 | | 2121 Avenue of the Stars, Suite 1400 |
| | | Los Angeles, CA 90067 |
| 6 | | Telephone: (424) 285-8330 |
| | | Facsimile: (424) 204-9093 |
| 7 | | |
| | | PATRICK OOT (Admitted *Pro Hac Vice*) |
| 8 | | oot@shb.com |
| | | **SHOOK, HARDY & BACON L.L.P.** |
| 9 | | 1800 K St. NW Ste. 1000 |
| | | Washington, DC 20006 |
| 10 | | Telephone: (202) 783-8400 |
| | | Facsimile: (202) 783-4211 |
| 11 | | |
| | | KYLE N. SMITH (*Pro Hac Vice* admitted) |
| 12 | | ksmith@paulweiss.com |
| | | JESSICA E. PHILLIPS (*Pro Hac Vice* admitted) |
| 13 | | jphillips@paulweiss.com |
| | | **PAUL, WEISS, RIFKIND, WHARTON** |
| 14 | | **& GARRISON LLP** |
| | | 2001 K Street, NW |
| 15 | | Washington DC, 20006 |
| | | Telephone: (202) 223-7300 |
| 16 | | Facsimile:  (202) 223-7420 |
| 17 | | *Attorney for Defendants* |
| | | UBER TECHNOLOGIES, INC., |
| 18 | | RASIER, LLC, and RASIER-CA, LLC |
| 19 | | |
| 20 | DATED: December 11, 2024 | By: */s/ Sarah R. London* |
| | | Sarah R. London |
| 21 | | **LIEFF CABRASER HEIMANN &** |
| | | **BERNSTEIN** |
| 22 | | 275 Battery Street, Fl. 29 |
| | | San Francisco, CA 94111 |
| 23 | | Telephone: (415) 956-1000 |
| | | slondon@lchb.com |
| 24 | | |
| | | By: */s/ Rachel B. Abrams* |
| 25 | | Rachel B. Abrams |
| | | **PEIFFER WOLF CARR KANE** |
| 26 | | **CONWAY & WISE, LLP** |
| | | 555 Montgomery Street, Suite 820 |
| 27 | | San Francisco, CA 94111 |
| | | Telephone: (415) 426-5641 |
| 28 | | rabrams@peifferwolf.com |

By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

## FILER'S ATTESTATION

I, Michael B. Shortnacy, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Michael B. Shortnacy*
MICHAEL B. SHORTNACY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANTS UBER TECHNOLOGIES, INC. AND RAISER, LLC TO PROVIDE PRIVILEGE LOGS** |

PURSUANT TO STIPULATION, IT SO ORDERED:

1. The Stipulation Extending Time for Defendants Uber Technologies, Inc. and Raiser, LLC ("Defendants") to Provide Privilege Logs is **GRANTED**.
2. The December 11, 2024 deadline for Defendants to update privilege logs for tranche one custodians (ECF 1908) is extended to December 12, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December _____, 2024

_____
LISA J. CISERNOS
United States Magistrate Judge