**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS UBER TECHNOLOGIES, INC., RAISER, LLC, AND RAISER-CA, LLC TO PROVIDE A THIRD PARTY DIGEST**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's ("Defendants") Motion for Order Extending Time for Defendants Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC to Provide a Third Party Digest, and for good cause shown, the Court hereby GRANTS the motion as follows:

Defendants' deadline to produce a third party digest as required by the Court's November 27, 2024 Order (ECF No. 1908) is December 17, 2024.

**IT IS SO ORDERED.**

Dated:_____    _____
Hon. Lisa J. Cisneros
United States Magistrate Judge

2

[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS UBER TECHNOLOGIES, INC., RAISER, LLC, AND RAISER-CA, LLC TO PROVIDE A THIRD PARTY DIGEST      Case No. 3:23-MD-3084-CRB