UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES. | Case No. 23-md-03084-CRB (LJC)<br><br>**ORDER GRANTING IN PART ADMINISTRATIVE MOTION TO CONSIDER SEALING**<br><br>Re: Dkt. No. 1811 |

Plaintiffs filed an administrative motion to consider filing documents under seal based on Uber's confidentiality designations in connection with a privilege dispute. Dkt. No. 1811. Consistent with the procedure set by a previous Order, Uber filed a response the following day in support of sealing. Dkt. No. 1812. The Court issued an Order to Show Cause why the Motion should not be denied based on Uber's overbroad and conclusory assertions of confidentiality. Dkt. No. 1818. Uber filed a further response narrowing its request to seal. Dkt. No. 1858. Uber also requested that the Court allow the parties to use Civil Local Rule 79-5(f)(3)'s seven-day response deadline for administrative motions to consider sealing joint filings, to allow more time for the parties to determine what materials truly warrant sealing. *Id.* at 3.

Uber has shown good cause to seal the materials addressed in its further response. The Administrative Motion is GRANTED as to those materials, and otherwise DENIED. No further filings are required at this time. This Order does not address whether any of the materials at issue would be subject to sealing under the more stringent "compelling reasons" standard if filed in a context more closely related to the merits of the case.

The Court also grants Uber's request regarding scheduling and hereby rescinds the portion of the previous Order addressing the time to file materials in support of sealing joint filings.

Where necessary, the parties may utilize the seven-day timeline allowed by Civil Local Rule 79-5, although they are encouraged to file such materials simultaneously with joint filings when possible. The Court expects that future requests to seal will be "narrowly tailored to seal only the sealable material." *See* Civ. L.R. 79-5(c)(3). "[O]verly broad requests to seal may result in the denial of the motion." Civ. L.R. 79-5(f)(6).

**IT IS SO ORDERED.**

Dated: December 12, 2024

LISA J. CISNEROS
United States Magistrate Judge

2