# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANTS UBER TECHNOLOGIES, INC. AND RAISER, LLC TO PROVIDE PRIVILEGE LOGS |

PURSUANT TO STIPULATION, IT SO ORDERED:

1. The Stipulation Extending Time for Defendants Uber Technologies, Inc. and Raiser, LLC ("Defendants") to Provide Privilege Logs is **GRANTED**.

2. The December 11, 2024 deadline for Defendants to update privilege logs for tranche one custodians (ECF 1908) is extended to December 12, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 12, 2024

_____
LISA J. CISERNOS
United States Magistrate Judge

5

STIPULATION AND [PROPOSED] ORDER                            Case No. 3:23-MD-3084-CRB