1    [Submitting Counsel below]

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    IN RE: UBER TECHNOLOGIES, INC.,         Case No. 23-md-03084-CRB
     PASSENGER SEXUAL ASSAULT
9    LITIGATION

10   _____    **ADMINISTRATIVE MOTION TO**
                                             **CONSIDER WHETHER ANOTHER**
     This Document Relates to:               **PARTY'S MATERIAL SHOULD BE**
11                                           **FILED UNDER SEAL**
     ALL CASES
12

13

14        **TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD**:

15        Under Civil Local Rules 7-11 and 79-5(f), Plaintiffs hereby move the Court to consider

16   whether certain materials should be sealed. Plaintiffs file these materials under seal out of an

17   abundance of caution because they contain references to documents produced and marked

18   confidential by Uber.

19                    **Material To Be Filed Under Seal**

20        The materials to be filed under seal are portions of the parties' Joint Dispute Letter re:

21   Privilege Log Disputes and exhibits attached thereto. Plaintiffs request the Court consider

22   whether the following should be filed under seal:

23

24

25

26

27

28

1

2

| Document | Description | Designating Party |
|---|---|---|
| Portions of Ex. A to Ellis Declaration ISO Joint Discovery Letter | References to information marked Confidential | Uber |

3

4

5

6

7

Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules. None of the information at issue was marked confidential by Plaintiffs. Pursuant to the Court's order at Dkt. 1559, Uber must file its statement within one day.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1.   The Declaration of Tiffany R. Ellis in Support of this Motion; and

2.   A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: December 12, 2024

Respectfully submitted,

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
slondon@lchb.com

ADMIN MOT. TO SEAL
CASE NO. 23-MD-03084-CRB

1

2

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

3

**PEIFFER WOLF CARR KANE**

4

**CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820

5

San Francisco, CA 94111
Telephone: (415) 426-5641

6

Facsimile: (415) 840-9435
rabrams@peifferwolf.com

7

8

*Co-Lead Counsel for Plaintiffs*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on December 12, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to registered parties.

*/s/Roopal Luhana*

ADMIN. MOT. TO SEAL
CASE NO. 23-MD-03084-CRB