IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF TIFFANY R. ELLIS IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
|---|---|

I, Tiffany R. Ellis, declare:

1. I am a partner of Peiffer Wolf Care Kane Conway & Wise, an attorney licensed in the States of Michigan and Illinois and duly admitted to practice before this Court, representing Plaintiffs in the above caption action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Because the materials at issue were designated confidential by Uber, Plaintiffs filed the following under seal:

| 3. Document | Description | Designating Party |
|---|---|---|
| Portions of Ex. A to Ellis Declaration ISO Joint Discovery Letter | References to information marked Confidential | Uber |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th Day of December, 2024 in Detroit, Michigan.

*/s/ Tiffany R. Ellis*
Tiffany Ellis

- 2 -

SRL DECL ISO ADMIN MOT.
CASE NO. 23-MD-03084-CRB