Joint Discovery Letter re: Tranche 2 Privilege Log Disputes, 12/12/2024
Tranche 2 Log Entries as Produced to Plaintiffs

Case 3:23-md-03084-CRB    Document 1952-2    Filed 12/12/24    Page 1 of 4
EXHIBIT A

In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation
Case No. 3:23-md-03084-CRB

| Log No. | Page Count | Attachment Names | Attachment Count | Beginning Bates | Ending Bates | Beginning Attachment | Ending Attachment | Author | Participants | Google Collaborators | DateFirstMessageSent | DateLastMessageSent | DateFirstMessageReceived | DateLastMessageReceived | RoomName | RoomID | Slack Channel | Slack Channel Purpose | Custodian All | Date | Document Title | File Name | Email Subject | Email From | Email To | Email CC | Email BCC | Privilege Assertion | Privileged Name(s) | Production Redacted | Production Volume | Privileged Document Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JCCP_MDL_PRIVLOG028868 | 4 | | 0 | | | | | Margalit Kluger Tamir (Google Docs) <comments-noreply@docs.google.com> | | | | | | | | | | | Baker, Matthew | 10/26/2021 | US&C Safety Ops - Safety Media Business Standard | US&C Safety Ops - Safety Media Business Standard | US&C Safety Ops - Safety Media Business Standard | Margalit Kluger Tamir (Google Docs) <comments-noreply@docs.google.com> | ███@uber.com | | | Attorney-Client | *Daniel Kolta and *Jennifer Handley | | | Confidential e-mail seeking and providing legal advice from in-house counsel regarding use of cameras or recording devices in vehicles. |
| JCCP_MDL_PRIVLOG029996 | 4 | | 0 | | | | | Katherine Gaspar ███@uber.com | | | | | | | | | | | Freivogel, Cory | 9/15/2021 | Re: Survivor Support Fund / Broadspire updates | Re: Survivor Support Fund / Broadspire updates | Re: Survivor Support Fund / Broadspire updates | Katherine Gaspar ███@uber.com | Cory Freivogel ███@uber.com | *Laura McAdams ███@uber.com; *Jennifer Handley ███@uber.com | *Laura McAdams ███@uber.com; *Jennifer Handley ███@uber.com | Attorney-Client | | | | Confidential e-mail thread provided for purposes of discussing legal advice from in-house counsel regarding collaboration with Uber's sexual assault prevention partner(s). |
| JCCP_MDL_PRIVLOG036737 | 3 | | 0 | | | | | Tracey Breeden ███@uber.com | | | | | | | | | | | Breeden, Tracey; Hasbun, Andrew | 10/8/2019 | Re: SA/SM - message to claimant re contact by Crawford | Re: SA/SM - message to claimant re contact by Crawford | Re: SA/SM - message to claimant re contact by Crawford | Tracey Breeden ███@uber.com | Steffi Bryson ███@uber.com | *Lauren Shapiro ███@uber.com; Andrew Hasbun ███@uber.com; *Kathleen Waitzman ███@uber.com; *Maureen Frangopoulos ███@uber.com | | Attorney-Client | | | | Confidential e-mail thread discussing legal advice from in-house counsel regarding reports of driver sexual assault or sexual misconduct. |
| JCCP_MDL_PRIVLOG039363 | 12 | word | 0 | | | | | | | ███@uber.com | | | | | | | | | Kalanick, Travis | 1/13/2017 | Safety Notes (attorney-client privileged) | Safety Notes (attorney-client privileged_1-0D5VBCymvNPlyevRSUG6O65ymQ3kn0ukZp726iQiTw.docx) | | | | | | Attorney-Client | *Uber Legal Department | | | Confidential document prepared at the direction of in-house counsel regarding preparation and drafting of Uber's Safety Report. |

Joint Discovery Letter re: Tranche 2 Privilege Log Disputes, 12/12/2024
Tranche 2 Log Entries as Produced to Plaintiffs

Case 3:23-md-03084-CRB    Document 1952-2    Filed 12/12/24    Page 2 of 4
EXHIBIT A

In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation
Case No. 3:23-md-03084-CRB

| Log No. | Page Count | Attachment Names | Attachment Count | Beginning Bates | Ending Bates | Beginning Attachment | Ending Attachment | Author | Participants | Google Collaborators | DateFirstMessageSent | DateLastMessageSent | DateFirstMessageReceived | DateLastMessageReceived | RoomName | RoomID | Slack Channel | Slack Channel Purpose | Custodian All | Date | Document Title | File Name | Email Subject | Email From | Email To | Email CC | Email BCC | Privilege Assertion | Privileged Name(s) | Production Redacted | Production Volume | Privileged Document Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JCCP_MDL_PRIVLOG039270 | 2 | | 0 | | | | | Travis Kalanick <@uber.com> | | | | | | | | | | | Kalanick, Travis | 6/25/2015 | Re: Safety Report -- Update | Re: Safety Report -- Update | Re: Safety Report -- Update | Travis Kalanick <@uber.com> | Betsy Masiello <@uber.com> | *Salle Yoo <@uber.com>; Rachel Whetstone <@uber.com>; Joe Sullivan <@uber.com>; David Richter <@uber.com>; *Keith Yandell <@uber.com>; Corey Owens <@uber.com>; Gus Fuldner <@uber.com>; Derek Seibert <@uber.com> | <@uber.com> | Attorney-Client | | | | Confidential e-mail thread seeking legal advice from in-house counsel regarding preparation and drafting of Uber's Safety Report. |
| JCCP_MDL_PRIVLOG039202 | 1 | word | 0 | UBER_JCCP_MDL_000164204 | UBER_JCCP_MDL_000164204 | UBER_JCCP_MDL_000164204 | UBER_JCCP_MDL_000164204 | | | | | | | | | | | | Cardenas, Philip | 3/29/2016 | JIRA: Best Practices for GMs | JIRA- Best Practices for GMs_1AkzdvlzXxauZbEzRIbtluxhsBl-rOhKu2SBarJusDjU.docx | | | | | | Attorney-Client; Work Product | *Katie Waitzman, *Candace Kelly | | MDL039 | Confidential document prepared in anticipation of litigation by in-house counsel regarding IRT policies and practices for handling allegations of sexual assault or sexual misconduct. |
| JCCP_MDL_PRIVLOG034111 | 6 | image.png | 0 | | | | | Scott Dwyer <@uber.com> | | | | | | | | | | | Chang, Frank; Cinelli, Dennis; Sheridan, Danielle | 9/26/2017 | Re: Min Age Analysis | Re: Min Age Analysis | Re: Min Age Analysis | Scott Dwyer <@uber.com> | Frank Chang <@uber.com> | Danielle Portugal <@uber.com>; *Scott Binnings <@uber.com>; johnhoehn <@uber.com>; Brad Mora <@uber.com>; Deepak Bhandarkar <@uber.com>; Dennis Cinelli <@uber.com>; Patrick Muh <@uber.com> | | Attorney-Client | | | | Confidential e-mail thread seeking and providing legal advice from in-house counsel regarding Uber's policies and practices for responding to allegations of driver sexual assault or sexual misconduct. |

Joint Discovery Letter re: Tranche 2 Privilege Log Disputes, 12/12/2024
Tranche 2 Log Entries as Produced to Plaintiffs

Case 3:23-md-03084-CRB    Document 1952-2    Filed 12/12/24    Page 3 of 4
EXHIBIT A

In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation
Case No. 3:23-md-03084-CRB

| Log No. | Page Count | Attachment Names | Attachment Count | Beginning Bates | Ending Bates | Beginning Attachment | Ending Attachment | Author | Participants | Google Collaborators | DateFirstMessageSent | DateLastMessageSent | DateFirstMessageReceived | DateLastMessageReceived | RoomName | RoomID | Slack Channel | Slack Channel Purpose | Custodian All | Date | Document Title | File Name | Email Subject | Email From | Email To | Email CC | Email BCC | Privilege Assertion | Privileged Name(s) | Production Redacted | Production Volume | Privileged Document Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JCCP_MDL_PRIVLOG039352 | 15 | ppt | 0 | | | | | | | @uber.com; @uber.com; @uber.com; @uber.com; @uber.com; @uber.com; @uber.com; @uber.com; @uber.com; @uber.com; @uber.com; @uber.com; @uber.com; @uber.com | | | | | | | | | Khosrowshahi, Dara | 1/12/2024 | AC Privilieged: Safety Report Executive Update | AC Privilieged-Safety Report Executive Upda_16nQ87Ok-XVRDHgCL7QjFt4C70cUTtX4m1YWExIS3tm0.pptx | | | | | | Attorney-Client | *Scott Binnings* | | | Confidential PowerPoint discussing legal advice from in-house counsel regarding initiatives or campaigns to promote rider safety. |
| JCCP_MDL_PRIVLOG039431 | 2 | logo.png | 0 | | | | | Kate Parker (Google Docs) <d+mtazotq4nju3otm4mtgxmdk4njkz-mtawnjy5otk2oty5nzy2ndy5ote3@docs.google.com> | | | | | | | | | | | Lake, Carley | 2/3/2018 | Women's Safety Education One-Pager | Women's Safety Education One-Pager | Women's Safety Education One-Pager | Kate Parker (Google Docs) <d+mtazotq4nju3otm4mtgxmdk4njkz-mtawnjy5otk2oty5nzy2ndy5ote3@docs.google.com> | @uber.com | | | Attorney-Client | *Scott Binnings | | | Confidential e-mail memorializing a communication made to facilitate the provision of legal advice from in-house counsel regarding safety training for drivers or riders. |
| JCCP_MDL_PRIVLOG039488 | 7 | | 0 | | | | | Nima Ramazan-Nia @uber.com | | | | | | | | | | | Lake, Carley | 11/25/2019 | Re: Safety Creative: Updated Creative Approvals | Re: Safety Creative: Updated Creative Approvals | Re: Safety Creative: Updated Creative Approvals | Nima Ramazan- @uber.com | Carley Lake @uber.com>; Jerome Austria @uber.com>; Taj Alavi @uber.com>; Thomas Ranese @uber.com | | | Attorney-Client | *Amos Davis and *Katie Waitzman | | | Confidential e-mail thread provided for purposes of discussing legal advice from in-house counsel regarding initiatives or campaigns to promote rider safety. |
| JCCP_MDL_PRIVLOG039513 | 4 | | 0 | | | | | Catherine Sweitzer (Google Docs) <comments-noreply@docs.google.com> | | | | | | | | | | | Lake, Carley | 6/20/2019 | Uber.com │ Women's Safety Copy Doc | Uber.com │ Women's Safety Copy Doc | Uber.com │ Women's Safety Copy Doc | Catherine Sweitzer (Google Docs) <comments-noreply@docs.google.com> | @uber.com | | | Attorney-Client | *Maureen Frangopoulos and *Jennifer Handley | | | Confidential e-mail memorializing a communication made to facilitate the provision of legal advice from in-house counsel regarding initiatives or campaigns to promote rider safety. |

Joint Discovery Letter re: Tranche 2 Privilege Log Disputes, 12/12/2024
Tranche 2 Log Entries as Produced to Plaintiffs

Case 3:23-md-03084-CRB    Document 1952-2    Filed 12/12/24    Page 4 of 4
EXHIBIT A

In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation
Case No. 3:23-md-03084-CRB

| Log No. | Page Count | Attachment Names | Attachment Count | Beginning Bates | Ending Bates | Beginning Attachment | Ending Attachment | Author | Participants | Google Collaborators | DateFirstMessageSent | DateLastMessageSent | DateFirstMessageReceived | DateLastMessageReceived | RoomName | RoomID | Slack Channel | Slack Channel Purpose | Custodian All | Date | Document Title | File Name | Email Subject | Email From | Email To | Email CC | Email BCC | Privilege Assertion | Privileged Name(s) | Production Redacted | Production Volume | Privileged Document Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JCCP_MDL_PRIVLOG033799 | 3 | | 0 | | | | | Kate Parker <@uber.com> | | | | | | | | | | | Sheridan, Danielle | 3/7/2018 | Fwd: Sexual Assault Prevention: Business Plan / Next Steps | Fwd: Sexual Assault Prevention: Business Plan / Next Steps | Fwd: Sexual Assault Prevention: Business Plan / Next Steps | Kate Parker <@uber.com> | Danielle Portugal <@uber.com> | | | Attorney-Client | *Kathleen Waitzman and *Scott Binnings | | | Confidential e-mail thread provided for purposes of seeking legal advice from in-house counsel regarding Uber's policies and practices for responding to allegations of driver sexual assault or sexual misconduct. |
| JCCP_MDL_PRIVLOG039242 | 3 | | 0 | | | | | Pierre-Dimitri Gore-Coty <@uber.com> | | | | | | | | | | | Khosrowshahi, Dara | 7/1/2022 | Re: US Safety Report Update | Re: US Safety Report Update | Re: US Safety Report Update | Pierre-Dimitri Gore-Coty <@uber.com> | Andrew Macdonald <@uber.com> | Andrew Byrne <@uber.com>; Andrew Hasbun <@uber.com>; Ann Lavin <@uber.com>; Brigid Lambert <@uber.com>; Brooke Anderson <@uber.com>; Danielle Sheridan <@uber.com>; ELT <@uber.com>; Elise Maiolino <@uber.com> | <@uber.com> | Attorney-Client | | | | Confidential e-mail thread seeking legal advice from in-house counsel regarding preparation and drafting of Uber's Safety Report. |