UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES. | Case No. 23-md-03084-CRB (LJC)<br><br>**ORDER REGARDING TIME TO PRODUCE DE-DESIGNATED DOCUMENTS** |

In the parties' latest joint letter addressing privilege disputes, Plaintiffs "request the Court order Uber to produce any de-designated documents either along with the revised privilege logs or within 7 days of producing the revised privilege logs, so that depositions might occur on schedule." Dkt. No. 1952 at 2. Uber's portion of the letter does not address that request.

To reduce delays to other aspects of discovery, Uber is ORDERED to produce de-designated documents no later than seven days after producing revised privilege logs or otherwise withdrawing a claim of privilege. If a de-designated document pertains to a witness whose deposition has been set for less than ten days after the date of de-designation, Uber shall produce that document no later than three days before the deposition. If the deposition is set for less than three days after the de-designation, Uber shall produce the document on the day of de-designation.

The Court will address the remaining disputes in the joint letter in due course.

**IT IS SO ORDERED.**

Dated: December 16, 2024

LISA J. CISNEROS
United States Magistrate Judge