# EXHIBIT A

| Plaintiff | Date Complaint Was Filed | Subject to November 1, 2024 Stipulation? | Date PFS Was Due |
|---|---|---|---|
| LS 218, No. 3:23-cv-03970, MDLC ID 1116 | August 7, 2023 | Yes | November 15, 2024 |
| LS 259, No. 3:23-cv-04370, MDLC ID 1124 | August 24, 2023 | Yes | November 15, 2024 |
| LS 231, No. 3:23-cv-04367, MDLC ID 1129 | August 24, 2023 | Yes | November 15, 2024 |
| LS 293, No. 3:23-cv-04364, MDLC ID 1131 | August 24, 2023 | Yes | November 15, 2024 |
| LS 67, No. 3:23-cv-04366, MDLC ID 1132 | August 24, 2023 | Yes | November 15, 2024 |
| LS 144, No. 3:23-cv-04388, MDLC ID 1137 | August 25, 2023 | Yes | November 15, 2024 |
| LS 112, No. 3:23-cv-05286, MDLC ID 1157 | October 16, 2023 | Yes | November 15, 2024 |
| LS 365, No. 3:23-cv-05328, MDLC ID 1163 | October 18, 2023 | Yes | November 15, 2024 |

| LS 284, No. 3:23-cv-05363, MDLC ID 1167 | October 19, 2023 | Yes | November 15, 2024 |
|---|---|---|---|
| LS 126, No. 3:23-cv-05370, MDLC ID 1169 | October 19, 2023 | Yes | November 15, 2024 |
| LS 265, No. 3:23-cv-05377, MDLC ID 1172 | October 20, 2023 | Yes | November 15, 2024 |
| LS 200, No. 3:23-cv-05387, MDLC ID 1173 | October 20, 2023 | Yes | November 15, 2024 |
| LS 66, No. 3:23-cv-05414, MDLC ID 1177 | October 20, 2023 | Yes | November 15, 2024 |
| LS 317, No. 3:23-cv-05424, MDLC ID 1182 | October 23, 2023 | Yes | November 15, 2024 |
| LS 234, No. 3:23-cv-05433, MDLC ID 1184 | October 23, 2023 | Yes | November 15, 2024 |
| LS 191, No. 3:23-cv-05573, MDLC ID 1189 | October 28, 2023 | Yes | November 15, 2024 |
| LS 302, No. 3:23-cv-05577, MDLC ID 1191 | October 28, 2023 | Yes | November 15, 2024 |

| | | | |
|---|---|---|---|
| LS 273, No. 3:23-cv-05946, MDLC ID 1197 | November 16, 2023 | Yes | November 15, 2024 |
| LS 303, No. 3:24-cv-05980, MDLC ID 2279 | August 26, 2024 | Yes | November 15, 2024 |
| LS 269, No. 3:24-cv-05922, MDLC ID 2288 | August 25, 2024 | Yes | November 15, 2024 |
| LS 279, No. 3:24-cv-05420, MDLC ID 2293 | August 19, 2024 | Yes | November 15, 2024 |
| LS 6, No. 3:24-cv-05316, MDLC ID 2302 | August 16, 2024 | Yes | November 15, 2024 |
| LS 7, No. 3:24-cv-05926, MDLC ID 2304 | August 25, 2024 | Yes | November 15, 2024 |
| LS 226, No. 3:24-cv-05330, MDLC ID 2309 | August 18, 2024 | Yes | November 15, 2024 |
| LS 139, No. 3:24-cv-05527, MDLC ID 2311 | August 20, 2024 | Yes | November 15, 2024 |
| LS 491, No. 3:24-cv-05678, MDLC ID 2314 | August 22, 2024 | Yes | November 15, 2024 |

| | | | |
|---|---|---|---|
| LS 518, No. 3:24-cv-05761, MDLC ID 2317 | August 22, 2024 | Yes | November 15, 2024 |
| LS 230, No. 3:24-cv-06026, MDLC ID 2318 | August 26, 2024 | Yes | November 15, 2024 |
| LS 140, No. 3:24-cv-05929, MDLC ID 2325 | August 25, 2024 | Yes | November 15, 2024 |
| LS 122, No. 3:24-cv-05332, MDLC ID 2326 | August 18, 2024 | Yes | November 15, 2024 |
| LS 93, No. 3:24-cv-05925, MDLC ID 2327 | August 25, 2024 | Yes | November 15, 2024 |
| LS 436, No. 3:24-cv-05804, MDLC ID 2328 | August 23, 2024 | Yes | November 15, 2024 |
| LS 248, No. 3:24-cv-05647, MDLC ID 2331 | August 21, 2024 | Yes | November 15, 2024 |
| LS 470, No. 3:24-cv-05207, MDLC ID 2332 | August 15, 2024 | Yes | November 15, 2024 |
| LS 484, No. 3:24-cv-05824, MDLC ID 2337 | August 23, 2024 | Yes | November 15, 2024 |

| | | | |
|---|---|---|---|
| LS 166, No. 3:24-cv-05331, MDLC ID 2344 | August 18, 2024 | Yes | November 15, 2024 |
| LS 359, No. 3:24-cv-05908, MDLC ID 2355 | August 25, 2024 | Yes | November 15, 2024 |
| LS 314, No. 3:24-cv-06016, MDLC ID 2356 | August 26, 2024 | Yes | November 15, 2024 |
| LS 516, No. 3:24-cv-05829, MDLC ID 2363 | August 23, 2024 | Yes | November 15, 2024 |
| LS 421, No. 3:24-cv-05941, MDLC ID 2371 | August 25, 2024 | Yes | November 15, 2024 |
| LS 272, No. 3:24-cv-05390, MDLC ID 2372 | August 19, 2024 | Yes | November 15, 2024 |
| LS 15, No. 3:24-cv-05933, MDLC ID 2380 | August 25, 2024 | Yes | November 15, 2024 |
| LS 367, No. 3:24-cv-06027, MDLC ID 2383 | August 26, 2024 | Yes | November 15, 2024 |
| LS 4, No. 3:24-cv-05861, MDLC ID 2385 | August 23, 2024 | Yes | November 15, 2024 |

| | | | |
|---|---|---|---|
| LS 399, No. 3:24-cv-05865, MDLC ID 2387 | August 23, 2024 | Yes | November 15, 2024 |
| LS 423, No. 3:24-cv-05676, MDLC ID 2389 | August 22, 2024 | Yes | November 15, 2024 |
| LS 517, No. 3:24-cv-05726, MDLC ID 2394 | August 22, 2024 | Yes | November 15, 2024 |
| LS 232, No. 3:24-cv-05327, MDLC ID 2398 | August 18, 2024 | Yes | November 15, 2024 |
| LS 416, No. 3:24-cv-05335, MDLC ID 2417 | August 18, 2024 | Yes | November 15, 2024 |
| LS 136, No. 3:24-cv-05475, MDLC ID 2420 | August 20, 2024 | Yes | November 15, 2024 |
| LS 199, No. 3:24-cv-05402, MDLC ID 2423 | August 19, 2024 | Yes | November 15, 2024 |
| LS 274, No. 3:24-cv-05902, MDLC ID 2427 | August 24, 2024 | Yes | November 15, 2024 |
| LS 319, No. 3:24-cv-05800, MDLC ID 2428 | August 23, 2024 | Yes | November 15, 2024 |

| | | | |
|---|---|---|---|
| LS 291, No. 3:24-cv-06020, MDLC ID 2433 | August 26, 2024 | Yes | November 15, 2024 |
| LS 504, No. 3:24-cv-05928, MDLC ID 2440 | August 25, 2024 | Yes | November 15, 2024 |
| LS 141, No. 3:24-cv-05634, MDLC ID 2448 | August 21, 2024 | Yes | November 15, 2024 |
| LS 44, No. 3:24-cv-05595, MDLC ID 2449 | August 21, 2024 | Yes | November 15, 2024 |
| LS 197, No. 3:24-cv-06003, MDLC ID 2451 | August 26, 2024 | Yes | November 15, 2024 |
| LS 202, No. 3:24-cv-05333, MDLC ID 2453 | August 18, 2024 | Yes | November 15, 2024 |
| LS 464, No. 3:24-cv-5153, MDLC ID 2466 | August 14, 2024 | Yes | November 15, 2024 |
| LS 304, No. 3:24-cv-05914, MDLC ID 2470 | August 25, 2024 | Yes | November 15, 2024 |
| LS 373, No. 3:24-cv-05328, MDLC ID 2473 | August 18, 2024 | Yes | November 15, 2024 |

| | | | |
|---|---|---|---|
| LS 184, No. 3:24-cv-05609, MDLC ID 2474 | August 21, 2024 | Yes | November 15, 2024 |
| LS 487, No. 3:24-cv-05611, MDLC ID 2478 | August 21, 2024 | Yes | November 15, 2024 |
| LS 209, No. 3:24-cv-06033, MDLC ID 2482 | August 26, 2024 | Yes | November 15, 2024 |
| LS 188, No. 3:24-cv-06022, MDLC ID 2487 | August 26, 2024 | Yes | November 15, 2024 |
| LS 125, No. 3:24-cv-05982, MDLC ID 2489 | August 26, 2024 | Yes | November 15, 2024 |
| LS 368, No. 3:24-cv-05898, MDLC ID 2490 | August 24, 2024 | Yes | November 15, 2024 |
| LS 425, No. 3:24-cv-05885, MDLC ID 2499 | August 24, 2024 | Yes | November 15, 2024 |
| LS 305, No. 3:24-cv-05338, MDLC ID 2501 | August 18, 2024 | Yes | November 15, 2024 |
| LS 180, No. 3:24-cv-05936, MDLC ID 2503 | August 25, 2024 | Yes | November 15, 2024 |

| | | | |
|---|---|---|---|
| LS 206, No. 3:24-cv-05419, MDLC ID 2509 | August 19, 2024 | Yes | November 15, 2024 |
| LS 369, No. 3:24-cv-05915, MDLC ID 2512 | August 25, 2024 | Yes | November 15, 2024 |
| LS 119, No. 3:24-cv-05937, MDLC ID 2514 | August 25, 2024 | Yes | November 15, 2024 |
| LS 462, No. 3:24-cv-05329, MDLC ID 2518 | August 18, 2024 | Yes | November 15, 2024 |
| LS 189, No. 3:24-cv-05379, MDLC ID 2536 | August 19, 2024 | Yes | November 15, 2024 |
| LS 441, No. 3:24-cv-05751, MDLC ID 2537 | August 22, 2024 | Yes | November 15, 2024 |
| LS 60, No. 3:24-cv-05618, MDLC ID 2538 | August 21, 2024 | Yes | November 15, 2024 |
| LS 277, No. 3:24-cv-05944, MDLC ID 2544 | August 26, 2024 | Yes | November 15, 2024 |
| LS 342, No. 3:24-cv-05913, MDLC ID 2545 | August 25, 2024 | Yes | November 15, 2024 |

| | | | |
|---|---|---|---|
| LS 201, No. 3:24-cv-05354, MDLC ID 2548 | August 19, 2024 | Yes | November 15, 2024 |
| LS 530, No. 3:24-cv-07143, MDLC ID 2623 | October 12, 2024 | No | November 11, 2024 |
| LS 532, No. 3:24-cv-06927, MDLC ID 2651 | October 3, 2024 | No | November 2, 2024 |
| LS 534, No. 3:24-cv-07142, MDLC ID 2653 | October 12, 2024 | No | November 11, 2024 |