UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER REGARDING OVERDUE FACT SHEETS**<br><br>Re: Dkt. No. #### |

  Having considered the parties' joint discovery letter (Dkt. No. ####), the Court hereby ORDERS each Plaintiff identified in Exhibit A to the Declaration of Kyle Smith (Dkt. No. ####-#) to submit a verified, substantially complete Plaintiff Fact Sheet to MDL Centrality by no later than _____. Uber may make an application for an order of dismissal with prejudice based on noncompliance with the Court's discovery orders in any case in which a Plaintiff identified in Exhibit A does not submit a verified, substantially complete Plaintiff Fact Sheet by the date specified in this Order.

  **IT IS SO ORDERED.**

Dated: _____, 2024

HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE