1  William A. Levin (CA Bar No. 98592)
   Laurel L. Simes (CA Bar No. 134637)
2  David M. Grimes (CA Bar No. 324292)
   Samira J. Bokaie (CA Bar No. 332782)
3  **LEVIN SIMES LLP**
4  1700 Montgomery Street, Suite 250
   San Francisco, California 94111
5  Telephone: (415) 426-3000
   Facsimile:  (415) 426-3001
6  Email: wlevin@levinsimes.com
7  Email: llsimes@levinsimes.com
   Email: dgrimes@levinsimes.com
8  Email: sbokaie@levinsimes.com
   *Attorneys for Plaintiff Jane Doe LS 548*
9

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12                           **SAN FRANCISCO DIVISION**

13

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br>Honorable Charles R. Breyer |
|---|---|
| This Document Relates to:<br>*Jane Doe LS 548 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-09211 | |

20                  **PLAINTIFF'S NOTICE OF NEW ACTION FILED**

21  Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with

22  Jury Demand in the above-referenced action was filed on December 19, 2024.

23  Dated: December 19, 2024                    Respectfully Submitted,

24                                              **LEVIN SIMES LLP**

25
                                                By: /s/ *William A. Levin*
26                                                  William A. Levin
                                                    Laurel L. Simes
27                                                  David M. Grimes
                                                    Samira J. Bokaie
28                                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *William A. Levin*
William A. Levin