**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF No. 1951]**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 1951]
Case No. 3:23-MD-3084-CRB,

1  Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's
2  Material Should Be Filed Under Seal, dated December 12, 2024, ECF 1951, and Defendants Uber
3  Technologies, Inc., Rasier, LLC, Rasier-CA, LLC's (collectively "Uber") statement in support of
4  Plaintiffs' Administrative Motion, dated December 18, 2024, ECF ___, the Court hereby ORDERS
5  that the following materials remain under seal:

| Document | Description | Designating Party |
|---|---|---|
| Portions of Ex. A to Ellis Declaration ISO Joint Discovery Letter | Redactions to exhibit containing confidential privilege log entries with personal identifying information (PII). | Uber |

**IT IS SO ORDERED.**

Dated:_____          _____
                                                                    Hon. Lisa J. Cisneros
                                                                    United States Magistrate Judge

2

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 1951]
Case No. 3:23-MD-3084-CRB