Sarah R. London (CA Bar No. 267083)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiff LCHB115 (a minor, by and through her parent)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to: | |
| *LCHB115 (a minor, by and through her parent) v. Uber Technologies, Inc., et al.* Case No: 3:24-cv-9016 | |

1

2          Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

3     with Jury Demand in the above-referenced action was filed on December 12, 2024.

4

5     Dated: December 18, 2024                    Respectfully submitted,

6                                                 */s/ Sarah R. London*
                                                  Sarah R. London (CA Bar No. 267083)
7                                                 Caitlin M. Woods (CA Bar No. 335601)
                                                  Annie M. Wanless (CA Bar No. 339635)
8                                                 Tiseme G. Zegeye (CA Bar No. 319927)
                                                  **LIEFF CABRASER HEIMANN & BERNSTEIN,**
9                                                 **LLP**
                                                  275 Battery Street, 29th Floor
10                                                San Francisco, CA 94111
                                                  Telephone: (415) 956-1000
11                                                slondon@lchb.com
                                                  cwoods@lchb.com
12                                                awanless@lchb.com
                                                  tzegeye@lchb.com
13

14                                                Andrew R. Kaufman (MDL *pro hac vice*)
                                                  222 Second Ave. S., Suite 1640
15                                                Nashville, TN 37201
                                                  Phone: (615) 313-9000
16                                                akaufman@lchb.com

17
                                                  *Attorneys for Plaintiff LCHB115 (a minor, by and*
18                                                *through her parent)*

19

20

21

22

23

24

25

26

27

28

3003100.1