1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br><br> This Document Relates to: <br><br> ALL ACTIONS | Case No. 3:23-md-03084-CRB <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF No. 1951] <br><br> Judge:   Hon. Lisa J. Cisneros <br> Courtroom:   G – 15th Floor |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 1951]
Case No. 3:23-MD-3084-CRB,

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, dated December 12, 2024, ECF 1951, and Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC's (collectively "Uber") statement in support of Plaintiffs' Administrative Motion, dated December 19~~18~~, 2024, ECF 1992~~___~~, the Court hereby ORDERS that the following materials remain under seal:

| Document | Description | Designating Party |
| --- | --- | --- |
| Portions of Ex. A to Ellis Declaration ISO Joint Discovery Letter | Redactions to exhibit containing confidential privilege log entries with personal identifying information (PII). | Uber |

**IT IS SO ORDERED.**

Dated: 12/23/2024

Hon. Lisa J. Cisneros
United States Magistrate Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 1951]
Case No. 3:23-MD-3084-CRB