**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 263-8949
Fax: (888) 875-2889
sluther@wagstafflawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| *This document relates to:*<br><br>T.L. v. UBER TECHNOLIGIES, INC., *et al.* ; 24-CV-9217 | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on December 19, 2024.

Dated: December 23, 2024

        Respectfully submitted,

        <u>/s/ Sommer D. Luther</u>
        Sommer D. Luther, CO 35053
        **WAGSTAFF LAW FIRM**
        940 Lincoln Street
        Denver, CO 80203
        Tel: (303) 263-8949
        Fax: (888) 875-2889
        sluther@wagstafflawfirm.com
        Attorney for Plaintiff
        *Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2024, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/ *Sommer D. Luther*

Sommer D. Luther