## Timeline for TAR Data Sharing

| Task | Test Sample 1<br>3000 documents | Test Sample 2<br>(T1-T3)<br>1500 documents | Test Sample 3<br>(T1-T4)<br>4500 documents |
|---|---|---|---|
| Plaintiffs will provide LH with a list of Plaintiffs' representatives to access the Relativity and virtual desktop environments | 12/23/2024 | 12/23/2024 | 2/18/2025 |
| LH draws sample in strata of Dkt-524 Section 8.a.4. & identify potential Personal Identifying Information (PII) and privilege to Defendants.<br><br>LH to begin production of validation sample documents that do not have potential Personal Identifying Information and Privilege Concerns<br><br>Defendants review of test sample (prioritizing potential Personal Identifying Information and Privilege concerns) | N/A | 12/23/2024 | 2/21/2025 |
| Defendants release the sample set production (assuming timely receipt of users) excluding potential PII and privilege. | 12/30/2024<br>3,000 documents<br><br>These documents are the documents that had been drawn by Lighthouse in November 2024 for the 20 Tranche 1 & 2 custodial production, TAR metrics for which were disclosed to Plaintiffs on | 12/30/2024<br>1,500 documents<br><br>(sample set reflects parties' agreed-upon remedial measures to date) | 2/25/2025<br>4,500 documents<br><br>(sample set reflects parties' agreed-upon remedial measures to date) |

## Timeline for TAR Data Sharing

| Task | Test Sample 1 3000 documents | Test Sample 2 (T1-T3) 1500 documents | Test Sample 3 (T1-T4) 4500 documents |
|---|---|---|---|
| | November 20, 2024 | | |
| Defendants provide steps taken to adjust model in light of the 11-20-2024 sample set 1 results | 12/30/2024 | N/A | N/A |
| Defendants provide remaining non-privileged/PII documents to LH | N/A | 1/3/2025 | 3/3/2025 |
| Remaining documents to be made available to Plaintiffs' workspace | 1/6/2025 | 1/6/2025 | 3/5/2025 |
| Plaintiffs complete review of documents in Test Sample | 1/10/2025 | 1/10/2025 | 3/10/2025 |
| Defendants provide validation statistics for sample set | 11/20/24 | 1/10/2025 | 3/10/2025 |
| Parties exchange coding logs at 5 PM PT | 1/10/2025 | 1/10/2025 | 3/10/2025 |
| LH begins implementation of learning from coding logs | 1/10/2025 | 1/10/2025 | 3/10/2025 |
| Parties reach agreement as to the form of the dispute log | 1/10/2025 | 1/10/2025 | 3/3/2025 |
| Parties exchange final dispute log at 5 pm PT and provide copies to LH for additional learning | 1/15/2025 | 1/15/2025 | 3/17/2025 |
| Final meet and confer on remaining disputed | 1/21/2025 | 1/21/2025 | 3/24/2025 |

## Timeline for TAR Data Sharing

| Task | Test Sample 1<br>3000 documents | Test Sample 2<br>(T1-T3)<br>1500 documents | Test Sample 3<br>(T1-T4)<br>4500 documents |
|---|---|---|---|
| relevancy designations in Classification Dispute Log. | | | |
| PTO 8 draft position by moving party by 5 PM PT | 1/24/2025 | 1/24/2025 | 3/26/2025 |
| PTO 8 draft position by responding party by 5 PM PT | 1/26/2025 | 1/26/2025 | 3/28/2025 |
| PTO 8 dispute (if any) filed by 5 PM PT | 1/27/2025 | 1/27/2025 | 3/31/2025 |
| By this date (or within 3 days after ruling on PTO 8 dispute) parties to agree on remedial measures for additional learning, incorporating agreements and rulings from the Court (if any). | 2/5/2025 | 2/5/2025 | 4/8/2025 |
| Date to remove Plaintiffs' access to prior sample sets to prepare for next sample | 2/5/2025 | 2/5/2025 | N/A |
| Defendants to apply agreed alignment efforts (or 7 days after the Court provides direction following PTO 8) | 2/12/2025 | 2/12/2025 | 4/21/2025 |
| Defendants make final production of additional documents from the learning process (or within 14 days of applying alignment efforts) | 2/26/2025 | 2/26/2025 | 4/30/2025 |