# EXHIBIT A

**SHOOK**
HARDY & BACON

September 30, 2024

**BY ELECTRONIC MAIL**

| | | |
|---|---|---|
| William A. Levin<br>Levin Simes LLP<br>1700 Montgomery St., Suite 250<br>San Francisco, CA 94111<br>wlevin@levinsimes.com | Sarah R. London<br>Lieff Cabraser Heimann &<br>Bernstein<br>275 Battery Street, Fl. 29<br>San Francisco, CA 94111<br>Slondon@lchb.com | 2121 Avenue of the Stars<br>Suite 1400<br>Los Angeles, California 90067<br>**t** 424.285.8330<br>**dd** 424.324.3494<br>**f** 424.204.9093<br>mshortnacy@shb.com |
| Walt Cubberly<br>Williams Hart Boundas, LLP<br>8441 Gulf Freeway, Suite 600<br>Houston, Texas 77017<br>wcubberly@whlaw.com | Rachel B. Abrams<br>Peiffer Wolf Carr Kane Conway &<br>Wise, LLP<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Rabrams@peifferwolf.com | |
| Steve Estey<br>Estey Bomberger<br>2869 India Street<br>San Diego, CA 92103<br>steve@estey-bomberger.com | Roopal P. Luhana, Esq.<br>Chaffin Luhana LLP<br>600 Third Avenue, F. 12<br>New York, NY 10016<br>Luhana@chaffinluhana.com | |
| Celine Cutter<br>Cutter Law P.C.<br>1999 Harrison Street, Suite 1400<br>Oakland, CA 94612<br>ccutter@cutterlaw.com | *Co-Lead Counsel for MDL Plaintiffs* | |

*Co-Lead Counsel for JCCP Plaintiffs*

Re: <u>*In Re: Uber Rideshare Cases*, JCCP No. 5188; and *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*, MDL 3084</u>

Dear Counsel:

On behalf of our clients, Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"), we are making the first rolling production of U.S. incident data fields tied to SAFE Jira tickets and Bliss communications corresponding to the 2017-2018 and 2019-2020 U.S. Safety Reports, pursuant to the Court's Order Granting in Part and Denying in Part Joint Discovery Letter Brief Regarding Discovery Related to Safety Data and Statistics (ECF 683) and the parties' agreement. Per agreement of the parties, this data is being made available to Plaintiffs' Leadership and their designated

ATLANTA | BOSTON | CHICAGO | DENVER | HARTFORD | HOUSTON | JERSEY CITY | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | NEW YORK | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | ST. LOUIS | TAMPA | WASHINGTON, D.C.

s



September 30, 2024
Page 2

experts through BDO USA LLP, which has been engaged as a third-party to securely host the safety data and manage and control access, as agreed by the parties. Please note that all data in this production has been designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" consistent with the JCCP Protective Order entered by the Court on September 14, 2022 and the MDL Protective Order entered by the Court on December 28, 2023.  The designated materials shall be handled and stored in accordance with these Orders of the Court.  The parties have further agreed to restrictions on the data and its use within the secure workspace, which is memorialized separately.

      Uber reserves the right to amend, supplement, correct, or modify the information contained herein and in the associated data, if and as we obtain additional information.

Sincerely,

Michael B. Shortnacy
Partner

cc:
    Robert A. Atkins
    Patrick L. Oot
    Bobbie E. Hooper
    Kyle Smith
    Jessica E. Phillips
    Randall S. Luskey
    Jacqueline P. Rubin
    Christine M. Ray

*Counsel for Defendants*
*Uber Technologies, Inc., Rasier LLC, and Rasier-CA LLC*