# EXHIBIT A



1  RANDALL S. LUSKEY (SBN: 240915)
        rluskey@paulweiss.com
2  MARC PRICE WOLF (SBN: 254495)
        rluskey@paulweiss.com
3  **PAUL, WEISS, RIFKIND, WHARTON**
        **& GARRISON LLP**
4  535 Mission Street, 24th Floor
   San Francisco, CA 94105
5  Telephone: (628) 432-5100
   Facsimile:  (628) 232-3101
6
   ROBERT ATKINS (*Pro Hac Vice* admitted)
7       ratkins@paulweiss.com
   JACQUELINE P. RUBIN (*Pro Hac Vice* admitted)
8       jrubin@paulweiss.com
   YAHONNES CLEARY (*Admitted Pro Hac Vice*)
9       ycleary@paulweiss.com
   CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
10      cgrusauskas@paulweiss.com
   ANDREA M. KELLER (*Pro Hac Vice* admitted)
11      akeller@paulweiss.com
   **PAUL, WEISS, RIFKIND, WHARTON**
12      **& GARRISON LLP**
   1285 Avenue of the Americas
13 New York, NY 10019
   Telephone: (212) 373-3000
14 Facsimile:  (212) 757-3990
15 *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.,
16 RASIER, LLC, and RASIER-CA, LLC
17 *[Additional Counsel Listed on Following Page]*
18          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
19          **COUNTY OF SAN FRANCISCO – UNLIMITED JURISDICTION**
20

21 Coordination Proceeding                       JUDICIAL COUNCIL COORDINATION
                                                  PROCEEDING NO. 5188
22 *In Re: Uber Rideshare Cases*
                                                  Case No. CJC-21-005188
23 This Document Relates to:
                                                  *(Assigned to Hon. Ethan P. Schulman,*
24 ALL ACTIONS                                    *Dept. 304)*
25                                                **[PROPOSED] SCHEDULING ORDER**
26
27
28

KYLE N. SMITH (*Pro Hac Vice* admitted)
    ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
    jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC


MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2049 Century Park East, Ste. 3000
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (*Admitted Pro Hac Vice*)
oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC


WILLIAM A. LEVIN (SBN: 98592)
LAUREL L. SIMES (SBN: 134637)
**LEVIN SIMES ABRAMS LLP**
1700 Montgomery Street, Suite 250
San Francisco, CA 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001

*Co-Lead Counsel for Plaintiffs*

JOHN EDDIE WILLIAMS (*pro hac vice*)
JOHN BOUNDAS (*pro hac vice*)
WALT CUBBERLY (SBN: 325163)
BRIAN ABRAMSON (*pro hac vice*)
**WILLIAMS HART & BOUNDAS LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (703) 230-2200
Facsimile: (713) 643-6226

*Co-Lead Counsel for Plaintiffs*

STEVE ESTEY (SBN: 163093)
**ESTEY BOMBERGER**
2869 India Street
San Diego, California 92103
Telephone: (619) 295-0035
Facsimile: (619) 295-0172

*Co-Lead Counsel for Plaintiffs*

CELINE E. CUTTER (SBN: 312622)
**CUTTER LAW P.C.**
1999 Harrison Street, Suite 1400
Oakland, CA 94612
Telephone: (916) 290-9400

*Liaison Counsel for Plaintiffs*

-2-

1    The Court, for good cause appearing, adopts the following amended case management schedule
2  reflecting the parties' negotiations:
3        1.    Fact and expert discovery shall close by May 30, 2025; provided, however, that the
4  parties may make a minor adjustment to the cutoff for expert discovery (e.g., adjust it by up to one
5  week) and shall confer and seek to establish a mutually agreeable protocol and timing for expert
6  disclosures and/or expert reports, with any disputes over such schedule being presented to the Court
7  for consideration in a future submission. For avoidance of doubt, the dates regarding expert disclosure
8  in the Court's September 8, 2023 scheduling order shall be deemed vacated.
9        2.    The parties shall file Motions for Summary Judgment and/or Summary Adjudication
10  addressing issues that overlap across the first bellwether trial and at least one other (as well as any
11  issues specific to the first bellwether trial) by March 21, 2025, with oppositions due on May 23, 2025
12  and replies due on June 4, 2025. The Court shall hold a hearing on Motions for Summary Judgment
13  and/or Summary Adjudication on June 13, 2025 *at 9:00 a.m.*
14        3.    The parties shall participate in a Final Pretrial Conference for the first bellwether trial
15  on June 30, 2025 *at 9:00 a.m.*
16        4.    The first bellwether trial shall begin on July 7, 2025.
17        **IT IS SO ORDERED.**

19  DATED: *Dec. 23, 2024*

                                    THE HONORABLE ETHAN P. SCHULMAN
                                    JUDGE OF THE SUPERIOR COURT FOR THE
                                    COUNTY OF SAN FRANCISCO

-3-

[PROPOSED] SCHEDULING ORDER                                    Case No. CJC-21-005188

**CERTIFICATE OF ELECTRONIC SERVICE**
(CCP 1010.6(6) & CRC 2.260(g))

I, Edward Santos, a Deputy Clerk of the Superior Court of the County of San Francisco, certify that I am not a party to the within action.

On December 23, 2024 , I electronically served:

SCHEDULING ORDER

via File & ServeXpress on the recipients designated on the Transaction Receipt located on the File & ServeXpress website.

Dated:          DEC 2 3 2024

Brandon E. Riley, Court Executive Officer

By:  _____
       Edward Santos, Deputy Clerk