[Submitting Counsel Below]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF VERONICA G. GROMADA IN SUPPORT OF DEFENDANTS' PORTION OF THE JOINT LETTER REGARDING UBER'S PRODUCTION OF MARKETING MATERIALS** |
| This Document Relates to:<br><br>All Actions | Judge:   Hon. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

**DECLARATION OF VERONICA G. GROMADA**

I, VERONICA G. GROMADA, declare and state as follows:

1. I am an attorney in the law firm of Shook, Hardy & Bacon LLP, and I represent Defendants in the above-captioned matter. I am a member of the State Bar of Texas and admitted to practice pro hac vice in this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein. I submit this declaration in support of Defendants' portion of the joint letter brief regarding Uber's marketing materials.

2. To date, Defendants have produced approximately 40,000 documents from custodial and noncustodial sources relating to the various marketing topics addressed in Plaintiffs' Requests for Production.

3. Defendants agreed to and produced documents from Exact Target, a noncustodial source that captured email campaigns from Uber to users of its platform.

4. Exact Target is a deprecated system and is no longer used by the company.

5. Following the parties' agreement in September 2024 (ECF No. 1643), the parties continued to confer on the scope of marketing discovery, including time limitations and topics to be addressed in additional searches.

6. During a conferral with Plaintiffs' counsel on December 20, Plaintiffs informed Defendants that they expected Defendants to produce "everything" related to marketing.

7. On December 23, Defendants identified for Plaintiffs more than 2,000 documents collected from Google Drive that relate to marketing topics, which have been in Plaintiffs' possession before the December 19 Discovery Status Conference.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 23, 2024, in Houston, Texas.

                                                */s/ Veronica G. Gromada*
                                                Veronica G. Gromada