| | |
|---|---|
| 1 | Andrea Hirsch, Esq. GA Bar No. 666557 |
| 2 | Brooke Cohen, Esq. TX Bar No. 24007019 |
|   | COHEN HIRSCH, LP |
| 3 | 5256 Peachtree Road, Suite 195-E |
|   | Atlanta, GA 30341 |
| 4 | T: (678) 268-4683 |
|   | andrea@cohenhirsch.com |
| 5 | brooke@cohenhirsch.com |

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-MD-03084-CRB <br><br> Honorable Charles R. Breyer <br><br> **NOTICE OF FILING OF A NEW ACTION** |
| This Document Relates to: <br><br> *C.W. 2635 v. Uber Technologies, Inc., et al;* <br> *3:24-cv-09365- CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint and Jury Demand in the above-referenced action was filed on December 23, 2024.

Dated: December 30, 2024         Respectfully submitted,

By: */s/ Andrea S. Hirsch*
Andrea Hirsch, Esq. GA Bar No. 666557
Brooke Cohen, Esq. TX Bar No. 24007019
**Cohen Hirsch, LP**
5256 Peachtree Road, Suite 195-E
Telephone: (678) 268-4683
Facsimile: (678) 669-1520
Email: andrea@cohenhirsch.com
brooke@cohenhirsch.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2024, I electronically transmitted the foregoing **NOTICE OF FILING OF A NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants..

/s/ *Andrea S. Hirsch*
Andrea S. Hirsch