1

2

LAW OFFICES OF

**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

3

4

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com

5

SARA M. PETERS (State Bar #260610)
speters@walkuplawoffice.com

6

MARTIN P. NEIRA (State Bar #333895)
mneira@walkuplawoffice.com

7

**ATTORNEYS FOR PLAINTIFF**

8

9

10

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

12

13

14

15

16

17

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*E. P. v. Uber Technologies, Inc., et al.,*<br>*Case No. 3:24-cv-09053-CRB* | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| --- | --- |

18

## **PLAINTIFF'S NOTICE OF NEW ACTION FILED**

19

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the

20

Complaint with Jury Demand in the above-referenced action was filed on December

21

13, 2024.

22

Respectfully Submitted,

23

Dated:  December 30, 2024    WALKUP, MELODIA, KELLY & SCHOENBERGER

24

25

By:    /s/ Sara M. Peters

26

KHALDOUN A. BAGHDADI
SARA M. PETERS

27

MARTIN P. NEIRA
Attorneys for PLAINTIFF

28

1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.


/s/ Sara M. Peters

KHALDOUN A. BAGHDADI
SARA M. PETERS
MARTIN P. NEIRA
Attorneys for PLAINTIFF

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

1
PLAINTIFF'S NOTICE OF NEW ACTION FILED