# EXHIBIT A

| Plaintiff | Date Complaint Was Filed | Non-Compliance with November 18, 2024 Order | Plaintiff's Response |
|---|---|---|---|
| T.T., No. 3:24-cv-03004, MDLC ID 1330 | 5/20/2024 | Required to Provide Verification for Third Amended PFS | Counsel has been in contact with Plaintiff and we are awaiting her verification page. |
| T.C., No. 3:24-cv-03956, MDLC ID 1433 | 7/1/2024 | Required to Provide Third-Party Contact Information in Response to Question 30.a | Counsel has been in contact with Plaintiff and we are awaiting her supplemental information. |
| C.S., No. 3:24-cv-06923, MDLC ID 2581 | 10/3/2024 | Unverified Original PFS; Required to Provide Third-Party Contact Information in Response to Question 30.a; Required to Supplement Answers to Questions 3, 7, 8, 23.a, 26.a, 29.a, 30.a, 31.a, and 40.a | Counsel has been unable to reach Plaintiff to obtain her supplemental information. |
| B.S., No. 3:24-cv-06948, MDLC ID 2585 | 10/4/2024 | Unverified Original PFS; Required to Provide Third-Party Contact Information in Response to Question 30.a; Required to Supplement Answers to Questions 3, 7, 8, 29.a, 30.a, and 31.a | Counsel has been unable to reach Plaintiff to obtain her supplemental information. |
| S.H., No. 3:24-cv-07156, MDLC ID 2613 | 10/15/2024 | Unverified Original PFS; Required to Provide Third-Party Contact Information in Response to Question | Counsel has been unable to reach Plaintiff to obtain |

2

|  |  | 30.a; Required to Supplement Answers to Questions 3, 7, 8, 20, 29.a, 30.a, and 31.a | her supplemental information. |
|---|---|---|---|