UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*T.T.* v. *Uber Technologies, Inc. et al.*, No. 3:24-cv-03004-CRB<br><br>*T.C.* v. *Uber Technologies, Inc. et al.*, No. 3:24-cv-03956-CRB<br><br>*C.S.* v. *Uber Technologies, Inc. et al.*, No. 3:24-cv-06923-CRB<br><br>*B.S.* v. *Uber Technologies, Inc. et al.*, No. 3:24-cv-06948-CRB<br><br>*S.H.* v. *Uber Technologies, Inc. et al.*, No. 3:24-cv-07156-CRB | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER REGARDING PULASKI KHERKHER PLAINTIFFS' COMPLIANCE WITH NOVEMBER 18, 2024 PFS ORDER**<br><br>Re: Dkt. No. #### |

Having considered the parties' joint discovery letter (Dkt. No. ####), the Court hereby ORDERS each Plaintiff at issue in this joint letter to serve a complete and verified Plaintiff Fact Sheet by no later than _____. Because Uber seeks dispositive sanctions for further failure to comply, that is a matter for the parties to address to Judge Breyer if any of the Plaintiffs at issue

fail to comply with the deadline set by this Order. Any Plaintiff for whom Uber moves for dispositive sanctions shall be permitted to seek less extreme alternatives.

**IT IS SO ORDERED.**

Dated: January _____, 2025

HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE