D. Douglas Grubbs (*Admitted PHV*)
Adam K. Pulaski (*Admitted PHV*)
**PULASKI KHERKHER, PLLC**
2925 Richmond Avenue, Ste 1725
Houston, TX 77098
Telephone: 713-664-4555
Facsimile: 713-664-7543
Email: dgrubbs@pulaskilawfirm.com
Email: adam@pulaskilawfirm.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*C.C. vs. Uber Technologies, Inc., et al; 3:24-cv-05962* | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Pursuant to Local Rule 11-5, D. Douglas Grubbs of Pulaski Kherkher, PLLC, counsel of record for Plaintiff C.C. ("Counsel"), respectfully moves this Court for an Order allowing his firm to withdraw as counsel of record in the above-captioned matter.

Over the past several months, Plaintiff C.C. has failed to respond to Counsel's numerous communication attempts via telephone, email, and text messages. Counsel last spoke to Plaintiff on October 25, 2024, when he requested Plaintiff's assistance in obtaining a different format of her ride receipt due to various issues opposing counsel identified during a meet and confer earlier that afternoon. During Counsel's phone call with Plaintiff, she indicated that she would attempt to find another version of her ride receipt over the weekend. Counsel continued to follow-up with Plaintiff but has not receive a response to date.

On November 15, 2024, Counsel advised Plaintiff in writing of his intent to withdraw from this matter via electronic mail if she did not respond by November 25, 2024. At the time of this filing, Plaintiff has still not responded to Counsel. Counsel has advised Defendants of his firm's intent to withdraw from this matter during follow-up meet and confer zoom discussions if he did not hear from Plaintiff.

WHEREFORE, the law firm of Pulaski Kherkher, PLLC; and all attorneys of record for Plaintiff request that they be allowed to withdraw as counsel of record for Plaintiff C.C. A copy of this motion will be served upon Plaintiff at her last known address and via electronic mail.

Dated: January 6, 2025

Respectfully submitted,

**PULASKI KHERKHER, PLLC**

/s/ D. Douglas Grubbs
D. Douglas Grubbs (TX Bar No. 24065339)
(*Admitted Pro Hac Vice*)
Adam K. Pulaski (TX Bar No. 16385800)
(*Admitted Pro Hac Vice*)
2925 Richmond Avenue, Suite 1725
Houston, Texas 77098
Tel: 713-664-4555
Facsimile: 713-664-7543
dgrubbs@pulaskilawfirm.com
adam@pulaskilawfirm.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2025, I electronically transmitted the foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. Additionally, the foregoing was served on Defendants' counsel via email at: MDL3084-service-Uber@paulweiss.com.

                                 */s/ D. Douglas Grubbs*
                                 D. Douglas Grubbs