Mark Potter, Esq., Cal. Bar. No. 166317
Sarah Anastasi, Esq., Cal. Bar. No. 322091
**Potter Handy, LLP**
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
Email: rsa@potterhandy.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:*<br><br>*R.M. v. UBER TECHNOLOGIES, INC., et al.*, 3:24-cv-02848-CRB | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that a First Amended Complaint with Jury Demand in the above-referenced action was filed on January 3, 2025.

///

///

Dated: January 6, 2025                     Respectfully submitted,

By: */s/ Sarah Anastasi*
Sarah Anastasi (Cal Bar No. 322091)
**Potter Handy, LLP**
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2025, Plaintiff electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

                                                            */s/ Sarah Anastasi*
                                                          Sarah Anastasi
                                                          Counsel for Plaintiff