1    RACHEL B. ABRAMS (Cal Bar No. 209316)
     ADAM B. WOLF (Cal Bar No. 215914)
2    **Peiffer Wolf Carr Kane Conway & Wise, LLP**
     555 Montgomery Street, Suite 820
3    San Francisco, CA 94111
     Telephone: 415.766.3544
4    Facsimile: 415.840.9435
     Email: rabrams@peifferwolf.com
5    Email: awolf@peifferwolf.com

6    TIFFANY R. ELLIS (*Admitted PHV*)
     **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7    2229 Trumbull St.
     Detroit, MI 48216
8    Telephone: 313.210.1559
     Facsimile: 415.840.9435
9    Email: tellis@peifferwolf.com

10   *Counsel for Plaintiff*

11

12                 **UNITED STATES DISTRICT COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
13                   **SAN FRANCISCO DIVISION**

14   IN RE: UBER TECHNOLOGIES, INC.,          MDL No. 3084 CRB
     PASSENGER SEXUAL ASSAULT
15   LITIGATION                               **NOTICE OF MOTION AND MOTION TO**
                                              **WITHDRAW AS COUNSEL FOR**
16                                            **PLAINTIFF J.H.**

17   This Document Relates to:                Honorable Charles R. Breyer

18   *J.H. v. Uber Technologies, Inc., et al;*
     *3:24-cv-03441-CRB*
19

20       **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR**
21                            **PLAINTIFF J.H.**

22           TO ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE

23   that as soon hereafter as the matter may be heard, Peiffer Wolf Carr Kane Conway and Wise,

24   LLP ("Peiffer Wolf"), counsel of record for Plaintiff J.H. ("Plaintiff"), moves this Court for an

25   order permitting its withdrawal as counsel for Plaintiff.

26           This Motion is made pursuant to Local Rule 11-5(a) and C. This Notice of Motion &

27   Motion is based on the below Memorandum in Support and the accompanying Declaration of

28   Rachel B. Abrams ("Decl."), attached hereto as Exhibit A. A Proposed Order is attached as

1    Exhibit B.

2    **MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

3    Pursuant to Local Civil Rule 11-5(a) and California Rules of Professional Conduct

4    1.16(b)(4) and 1.16(d), Peiffer Wolf submits this Memorandum of Law in support of its Motion

5    to Withdraw as Counsel for Plaintiff J.H. Peiffer Wolf respectfully requests the Court grant the

6    Motion.

7    **STATEMENT OF FACTS**

8    Peiffer Wolf should be permitted to withdraw as counsel for Plaintiff. An attorney may

9    withdraw from a case by obtaining an order from the court after reasonable advance written

10    notice has been provided to the client and to all other parties. Civ. L.R. 11-5(a); *see also* Cal.

11    Rules Prof. Conduct 1.16(d)(1).

12    Peiffer Wolf has given appropriate advance notice of its intent to withdraw to Plaintiff

13    beginning on November 21, 2024 and culminating with final notice on December 11, 2024.

14    Decl. ¶¶ 4(k-l). Peiffer Wolf has also given Uber advance notice. Decl. ¶ 7. Peiffer Wolf has

15    taken all possible steps to avoid prejudice to Plaintiff by explaining to her the possible

16    consequences of failing to contact Peiffer Wolf or meet discovery deadlines. Decl. ¶¶ 5-6.

17    Peiffer Wolf also submitted the limited information Peiffer Wolf did have and, upon receiving

18    deficiencies due to not having critical information from Plaintiff, corresponded with Uber to set

19    up Meet & Confer processes to address her case as it attempted to try to reach her. Decl. ¶¶

20    5(g)-6. Despite those efforts, Plaintiff failed to establish useful communication with Peiffer

21    Wolf ¶ 5. Plaintiff also failed to provide Peiffer Wolf with sufficient or adequate information to

22    confirm her claim ¶ 6. Peiffer Wolf has thus taken all reasonable steps to avoid foreseeable

23    prejudice to Plaintiff. Decl. ¶ 9.

24    Under California Rule of Professional Conduct 1.16(b)(4), a lawyer may withdraw from

25    a case if "the client … renders it unreasonably difficult for the lawyer to carry out the

26    representation effectively." Here, Plaintiff rendered it unreasonably difficult for Peiffer Wolf to

27    carry out the representation effectively by failing to communicate with Peiffer Wolf and failing

28    to provide information required to prosecute her case, despite requests from Peiffer Wolf. Decl.

NOTICE OF MOTION AND MOTION
TO WITHDRAW AS COUNSEL

1   ¶¶ 4(a-i). Peiffer Wolf has been unable to meet discovery deadlines in this case because, for

2   example, this Court's PTO 5 requires that Plaintiff submit a ride receipt from Uber containing

3   sufficient information to confirm her subject Uber ride. Moreover, despite numerous meetings

4   and conferrals between our firm and Defendants' counsel, back and forth correspondences, and

5   exchanges of information provided by Plaintiff, we were unable to obtain adequate or sufficient

6   information to confirm Plaintiff's subject Uber ride. Therefore, Plaintiff's conduct falls into the

7   express terms of Rule 1.16 regarding permissive withdrawal.

8        Because this motion is not accompanied by a substitution of counsel or an agreement by

9   Plaintiff to proceed *pro se*, Peiffer Wolf agrees to the condition imposed by Local Rule 11-5(b)

10  to serve Plaintiff with all papers in this matter, unless or until Plaintiff appears *pro se*, other

11  counsel appears on Plaintiff's behalf, or upon further order of the Court. Decl. ¶ 10.

12                                    **CONCLUSION**

13       Peiffer Wolf respectfully requests that the Court enter an order terminating its

14  representation of Plaintiff and allowing Plaintiff 30 days to retain new counsel.

15   DATED: January 8, 2025                RESPECTFULLY SUBMITTED,

16                                         BY: */S/ RACHEL B. ABRAMS*

17                                         RACHEL B. ABRAMS (CAL BAR NO. 209316)
                                           ADAM B. WOLF (CAL BAR NO. 215914)
18                                         **PEIFFER WOLF CARR KANE CONWAY &**
                                           **WISE, LLP**
19                                         555 MONTGOMERY STREET, SUITE 820
                                           SAN FRANCISCO, CA 94111
20                                         TELEPHONE: 415.766.3544
                                           FACSIMILE: 415.840.9435
21                                         EMAIL: RABRAMS@PEIFFERWOLF.COM
22                                            AWOLF@PEIFFERWOLF.COM

23                                         TIFFANY R. ELLIS (*ADMITTED PHV*)
                                           **PEIFFER WOLF CARR KANE CONWAY &**
24                                         **WISE, LLP**
                                           2229 TRUMBULL ST.
25                                         DETROIT, MI 48216
                                           TELEPHONE: 313.210.1559
26                                         FACSIMILE: 415.840.9435
                                           EMAIL: TELLIS@PEIFFERWOLF.COM
27
28                                         *COUNSEL FOR PLAINTIFF*

                                    NOTICE OF MOTION AND MOTION
                                       TO WITHDRAW AS COUNSEL