M. Kevin Queenan (TX SBN 16427150)
*Appearance pro hac vice*
Carlos Lopez (TX SBN 24083414)
*Appearance pro hac vice*
**QUEENAN LAW FIRM, P.C.**
731 Station Drive
Arlington, Texas 76015
Phone: (817) 635-3333
Facsimile: (817) 635-4444
E-mail: service@queenanlaw.com
E-mail: carlos@queenanlaw.com
*Attorneys for Plaintiff Jane Doe QLF 001*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.; C.A. No. 3:24-cv-08783-CRB* | |

## **PLAINTIFF JANE DOE QLF 001'S NOTICE OF FILING OF NEW ACTION**

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on December 5, 2024.

| | | |
|---|---|---|
| 1 | Dated: January 9, 2025 | Respectfully submitted, |
| 2 | | By: /s/ M. Kevin Queenan |
| | | M. Kevin Queenan, TX SBN 16427150 |
| 3 | | *Appearance pro hac vice* |
| | | Carlos Lopez, TX SBN 24083414 |
| 4 | | *Appearance pro hac vice* |
| 5 | | 731 Station Drive |
| | | Arlington, Texas 76015 |
| 6 | | (817) 635-3333 |
| | | (817) 635-4444 (fax) |
| 7 | | |
| 8 | | ATTORNEYS FOR |
| | | PLAINTIFF JANE DOE QLF 001 |

9  OF COUNSEL:

10 **QUEENAN LAW FIRM, P.C.**
   731 Station Drive
11 Arlington, Texas 76015
   Phone: (817) 635-3333
12 Facsimile: (817) 635-4444

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ M. Kevin Queenan
M. Kevin Queenan