# EXHIBIT B

1
2

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

3
4
5

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

MDL No. 3084 CRB

**[PROPOSED] ORDER GRANTING
MOTION TO WITHDRAW AS COUNSEL
FOR PLAINTIFF M.P.**

6
7
8

This Document Relates to:

*M.P. v. Uber Technologies, Inc., et al;
3:24-cv-05688-CRB*

9

10          This matter comes before the court on the motion ("Motion") of Slater Slater Schulman

11    LLP ("Slater") to withdraw as counsel for Plaintiff, M.P. ("Plaintiff"), in the above-captioned

12    case pursuant to Local Rule 11-5 and California Rules of Professional Conduct 1.16(b)(4) and

13    1.16(d).

14          1.   Slater's Motion is GRANTED. Slater and its attorneys are terminated as counsel of

15               record for Plaintiff.

16          2.   Slater shall have a retaining lien for its disbursements and a charging lien of

17               attorneys' fees for legal services provided to be asserted against any future recovery

18               had in this action.

19          3.   Pursuant to Local Rule 11-5(b), Slater is ordered to serve all notices, papers, or

20               pleadings on Plaintiff by regular mail until such time as Plaintiff appears pro se or

21               counsel appears on her behalf.

22

23    **IT IS SO ORDERED.**

24

25    Dated: _____          _____

26                                    HON. CHARLES R. BREYER
                                      United States District Court Judge

27

28

1