# EXHIBIT A

| PLAINTIFF | DATE COMPLAINT WAS FILED | SUBJECT TO OCTOBER 25, 2024 STIPULATION? | DATE PTO 5 INFORMATION WAS DUE |
|---|---|---|---|
| Jane Roe CL 17, No. 3:24-cv-04915, No MDLC ID | August 8, 2024 | Yes | November 15, 2024 |
| Jane Roe CL 21, No. 3:24-cv-05525, No MDLC ID | August 20, 2024 | Yes | November 15, 2024 |
| Jane Roe CL 37, No. 3:24-cv-05728, No MDLC ID | August 22, 2024 | Yes | November 15, 2024 |
| Jane Roe CL 38, No. 3:24-cv-05729, No MDLC ID | August 22, 2024 | Yes | November 15, 2024 |
| Jane Roe CL 39, No. 3:24-cv-05732, No MDLC ID | August 22, 2024 | Yes | November 15, 2024 |
| Jane Roe CL 40, No. 3:24-cv-05734, No MDLC ID | August 22, 2024 | Yes | November 15, 2024 |
| Jane Roe CL 43, No. 3:24-cv-05741, No MDLC ID | August 22, 2024 | Yes | November 15, 2024 |
| Jane Roe CL 67, No. 3:24-cv-06191, No MDLC ID | August 30, 2024 | Yes | November 15, 2024 |
| Jane Roe CL 70, No. 3:24-cv-06863, No MDLC ID | September 30, 2024 | Yes | November 15, 2024 |
| Jane Roe CL 71, No. 3:24-cv-06864, No MDLC ID | September 30, 2024 | Yes | November 15, 2024 |
| Jane Roe CL 73, No. 3:24-cv-07030, No MDLC ID | October 7, 2024 | Yes | November 15, 2024 |

-2-

| PLAINTIFF | DATE COMPLAINT WAS FILED | SUBJECT TO OCTOBER 25, 2024 STIPULATION? | DATE PTO 5 INFORMATION WAS DUE |
|---|---|---|---|
| Jane Roe CL 76, No. 3:24-cv-07569, No MDLC ID | October 31, 2024 | No | November 14, 2024 |
| Jane Roe CL 77, No. 3:24-cv-07571, No MDLC ID | October 31, 2024 | No | November 14, 2024 |
| Jane Roe CL 79, No. 3:24-cv-07587, No MDLC ID | November 1, 2024 | No | November 15, 2024 |