# EXHIBIT B

| Plaintiff | Date Complaint Was Filed | Subject to October 25, 2024 Stipulation? | Date PFS Was Due |
|---|---|---|---|
| Jane Roe CL 11, No. 3:24-cv-04672, MDLC ID 1773 | August 1, 2024 | Yes | December 20, 2024 |
| Jane Roe CL 13, No. 3:24-cv-04677, MDLC ID 1775 | August 1, 2024 | Yes | December 20, 2024 |
| Jane Roe CL 16, No. 3:24-cv-04837, MDLC ID 1778 | August 7, 2024 | Yes | December 20, 2024 |
| Jane Roe CL 17, No. 3:24-cv-04915, No MDLC ID | August 8, 2024 | Yes | December 20, 2024 |
| Jane Roe CL 21, No. 3:24-cv-05525, No MDLC ID | August 20, 2024 | Yes | December 20, 2024 |
| Jane Roe CL 24, No. 3:24-cv-05536, MDLC ID 2082 | August 20, 2024 | Yes | December 20, 2024 |
| Jane Roe CL 33, No. 3:24-cv-05691, MDLC ID 2092 | August 22, 2024 | Yes | December 20, 2024 |
| Jane Roe CL 34, No. 3:24-cv-05696, MDLC ID 2093 | August 22, 2024 | Yes | December 20, 2024 |
| Jane Roe CL 36, No. 3:24-cv-05720, MDLC ID 2095 | August 22, 2024 | Yes | December 20, 2024 |
| Jane Roe CL 37, No. 3:24-cv-05728, No MDLC ID | August 22, 2024 | Yes | December 20, 2024 |
| Jane Roe CL 38, No. 3:24-cv-05729, No MDLC ID | August 22, 2024 | Yes | December 20, 2024 |

| Plaintiff | Date Complaint Was Filed | Subject to October 25, 2024 Stipulation? | Date PFS Was Due |
|---|---|---|---|
| Jane Roe CL 39, No. 3:24-cv-05732, No MDLC ID | August 22, 2024 | Yes | December 20, 2024 |
| Jane Roe CL 40, No. 3:24-cv-05734, No MDLC ID | August 22, 2024 | Yes | December 20, 2024 |
| Jane Roe CL 41, No. 3:24-cv-05736, MDLC ID 2102 | August 22, 2024 | Yes | December 20, 2024 |
| Jane Roe CL 43, No. 3:24-cv-05741, No MDLC ID | August 22, 2024 | Yes | December 20, 2024 |
| Jane Roe CL 44, No. 3:24-cv-05744, MDLC ID 2105 | August 22, 2024 | Yes | December 20, 2024 |
| Jane Roe CL 48, No. 3:24-cv-05810, MDLC ID 2110 | August 23, 2024 | Yes | December 20, 2024 |
| Jane Roe CL 53, No. 3:24-cv-05831, MDLC ID 2115 | August 23, 2024 | Yes | December 20, 2024 |
| Jane Roe CL 54, No. 3:24-cv-05832, MDLC ID 2116 | August 23, 2024 | Yes | December 20, 2024 |
| Jane Roe CL 56, No. 3:24-cv-05837, MDLC ID 2118 | August 23, 2024 | Yes | December 20, 2024 |
| Jane Roe CL 65, No. 3:24-cv-06189, MDLC ID 2492 | August 30, 2024 | Yes | December 20, 2024 |
| Jane Roe CL 67, No. 3:24-cv-06191, No MDLC ID | August 30, 2024 | Yes | December 20, 2024 |

| PLAINTIFF | DATE COMPLAINT WAS FILED | SUBJECT TO OCTOBER 25, 2024 STIPULATION? | DATE PFS WAS DUE |
|---|---|---|---|
| Jane Roe CL 69, No. 3:24-cv-06862, MDLC ID 2598 | September 30, 2024 | Yes | December 20, 2024 |
| Jane Roe CL 70, No. 3:24-cv-06863, No MDLC ID | September 30, 2024 | Yes | December 20, 2024 |
| Jane Roe CL 71, No. 3:24-cv-06864, No MDLC ID | September 30, 2024 | Yes | December 20, 2024 |
| Jane Roe CL 73, No. 3:24-cv-07030, No MDLC ID | October 7, 2024 | Yes | December 20, 2024 |
| Jane Roe CL 74, No. 3:24-cv-07152, MDLC ID 2615 | October 14, 2024 | Yes | December 20, 2024 |
| Jane Roe CL 76, No. 3:24-cv-07569, No MDLC ID | October 31, 2024 | No | November 30, 2024 |
| Jane Roe CL 77, No. 3:24-cv-07571, No MDLC ID | October 31, 2024 | No | November 30, 2024 |
| Jane Roe CL 78, No. 3:24-cv-07584, MDLC ID 2682 | November 1, 2024 | No | December 1, 2024 |
| Jane Roe CL 79, No. 3:24-cv-07587, No MDLC ID | November 1, 2024 | No | December 1, 2024 |