UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Roe CL 11* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-04672-CRB<br><br>*Jane Roe CL 13* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-04677-CRB<br><br>*Jane Roe CL 16* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-04837-CRB<br><br>*Jane Roe CL 17* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-04915-CRB<br><br>*Jane Roe CL 21* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05525-CRB<br><br>*Jane Roe CL 24* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05536-CRB<br><br>*Jane Roe CL 33* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05691-CRB<br><br>*Jane Roe CL 34* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05696-CRB | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER REGARDING CUTTER PLAINTIFFS' COMPLIANCE WITH DISCOVERY ORDER**<br><br>Re: Dkt. No. #### |

1  *Jane Roe CL 36* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05720-CRB

2

3  *Jane Roe CL 37* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05728-CRB

4  *Jane Roe CL 38* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05729-CRB

5

6  *Jane Roe CL 39* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05732-CRB

7

8  *Jane Roe Cl 40* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05734-CRB

9

10  *Jane Roe CL 41* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05736-CRB

11  *Jane Roe CL 43* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05741-CRB

12

13  *Jane Roe CL 44* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05744-CRB

14

15  *Jane Roe CL 48* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05810-CRB

16

17  *Jane Roe CL 53* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05831-CRB

18  *Jane Roe CL 54* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05832-CRB

19

20  *Jane Roe CL 56* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05837-CRB

21

22  *Jane Roe CL 65* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-06189-CRB

23  *Jane Roe CL 67* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-06191-CRB

24

25  *Jane Roe CL 69* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-06862-CRB

26

27  *Jane Roe CL 70* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-06863-CRB

28

[PROPOSED] ORDER RE: CUTTER PLS.' COMPLIANCE WITH DISCOVERY ORDERS      Case No. 3:23-md-03084-CRB

*Jane Roe CL 71* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-06864-CRB

*Jane Roe CL 73* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-07030-CRB

*Jane Roe CL 74* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-07152-CRB

*Jane Roe CL 76* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-07569-CRB

*Jane Roe CL 77* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-07571-CRB

*Jane Roe CL 78* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-07584-CRB

*Jane Roe CL 79* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-07587-CRB

Having considered the parties' joint discovery letter [####], the Court hereby ORDERS each Plaintiff identified in Exhibit A to the declaration of Kyle Smith [####-#] to serve a bona fide ride receipt or the information required by Pretrial Order No. 5 in the event a ride receipt is not readily available by no later than _____. Each Plaintiff identified in Exhibit B to the declaration of Kyle Smith [####-#] must provide a complete and verified Plaintiff Fact Sheet by no later than _____.

Any request for dispositive sanctions for noncompliance with this Order may be directed to Judge Breyer in the form of a motion under Civil Local Rule 7-2, to which the plaintiffs at issue may respond under Local Rule 7-3, unless otherwise ordered by Judge Breyer.

**IT IS SO ORDERED.**

Dated: January _____, 2025

HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE