```
 1 | Steve Schulte (TX SBN 24051306)
   | *Appearance Pro Hac Vice*
 2 | John Raggio (CA Bar No. 338261)
   | Arati Furness (CA Bar No. 225435)
 3 | **NACHAWATI LAW GROUP**
   | 5489 Blair Road
 4 | Dallas, TX  75231
 5 | Phone: (214) 890-0711
   | Direct: (972) 581-9778
 6 | schulte@ntrial.com
 7 | jraggio@ntrial.com
   | afurness@ntrial.com
 8 | *Attorneys for Plaintiff*
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIF
## SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
|---|---|
| | **Honorable Charles R. Breyer** |
| **This Document Relates to:** | |
| *JOHN DOE NLG (GH), v. Uber Technologies, Inc., et al.* | |
| **Case No.: 3:25-cv-00308** | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on January 10, 2025.

Dated: January 14, 2025                          **NACHAWATI LAW GROUP**

*/s./ Steven S. Schulte*
Steve Schulte (TX SBN 24051306)
*Appearance Pro Hac Vice*
Arati Furness (CA Bar No. 225435)
5489 Blair Road, Dallas, TX  75231
Phone: (214) 890-0711
Direct: (972) 581-9778
schulte@ntrial.com
afurness@ntrial.com
**ATTORNEYS FOR PLAINTIFF**