```
1  Steve Schulte (TX SBN 24051306)
   Appearance Pro Hac Vice
2  John Raggio (CA Bar No. 338261)
   Arati Furness (CA Bar No. 225435)
3  NACHAWATI LAW GROUP
   5489 Blair Road
4  Dallas, TX  75231
5  Phone: (214) 890-0711
   Direct: (972) 581-9778
6  schulte@ntrial.com
   jraggio@ntrial.com
7  afurness@ntrial.com
8  Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIF
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | **Honorable Charles R. Breyer** |
| **This Document Relates to:** | |
| *JANE DOE NLG (RC), v. Uber Technologies, Inc., et al.* | |
| **Case No.: 3:25-cv-00371** | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on January 10, 2025.

Dated: January 14, 2025                              **NACHAWATI LAW GROUP**

                                                     */s./ Steven S. Schulte*
                                                     Steve Schulte (TX SBN 24051306)
                                                     *Appearance Pro Hac Vice*
                                                     Arati Furness (CA Bar No. 225435)
                                                     5489 Blair Road, Dallas, TX  75231
                                                     Phone: (214) 890-0711
                                                     Direct: (972) 581-9778
                                                     schulte@ntrial.com
                                                     afurness@ntrial.com
                                                     **ATTORNEYS FOR PLAINTIFF**