Steve Schulte (TX SBN 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, TX  75231
Phone: (214) 890-0711
Direct: (972) 581-9778
schulte@ntrial.com
jraggio@ntrial.com
afurness@ntrial.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIF
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL No. 3084 CRB** |
| | **Honorable Charles R. Breyer** |
| **This Document Relates to:** | |
| *JANE DOE NLG (BE), v. Uber Technologies, Inc., et al.* | |
| **Case No.: 3:25-cv-00401** | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on January 13, 2025.

Dated: January 14, 2025                              **NACHAWATI LAW GROUP**

                                                    */s/ Steven S. Schulte*
                                                    Steve Schulte (TX SBN 24051306)
                                                    *Appearance Pro Hac Vice*
                                                    Arati Furness (CA Bar No. 225435)
                                                    5489 Blair Road, Dallas, TX  75231
                                                    Phone: (214) 890-0711
                                                    Direct: (972) 581-9778
                                                    schulte@ntrial.com
                                                    afurness@ntrial.com
                                                    **ATTORNEYS FOR PLAINTIFF**