Stephen J. Estey (SBN 163093)
R. Michael Bomberger (SBN 169866)
Angela J. Nehmens (SBN 309433)
**ESTEY & BOMBERGER, LLP**
2869 India Street
San Diego, CA 92103
Tel: (619) 295-0035
Fax: (619) 295-0172
Email: steve@estey-bomberger.com
Email: mike@estey-bomberger.com
Email: angela@estey-bomberger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>**SUGGESTION OF DEATH**<br><br>Judge: Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*JANE DOE EB 8 v. UBER TECHNOLOGIES, INC., et al.*<br>Case No. 3:24-cv-05190 | |

## **SUGGESTION OF DEATH**

Pursuant to Federal Rule of Civil Procedure 25(a)(1), the undersigned counsel gives notice of the death of Plaintiff Jane Doe EB8, which occurred on September 7, 2024.

DATED:  January 14, 2025            Respectfully Submitted,

                                    **ESTEY & BOMBERGER, LLP**

                                    */S/ Angela J. Nehmens, Esq.*
                                    Stephen J. Estey
                                    Angela J. Nehmens
                                    **Attorneys for Plaintiff**

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2025, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */S/ Angela Nehmens*