# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*A.O. v. Uber Technologies, Inc., et al; 3:24-cv-05717-CRB* | MDL No. 3084 CRB<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF A.O.** |

This matter comes before the court on the motion ("Motion") of Slater Slater Schulman LLP ("Slater") to withdraw as counsel for Plaintiff, A.O. ("Plaintiff"), in the above-captioned case pursuant to Local Rule 11-5 and California Rules of Professional Conduct 1.16(b)(4) and 1.16(d).

1. Slater's Motion is GRANTED. Slater and its attorneys are terminated as counsel of record for Plaintiff.

2. Slater shall have a retaining lien for its disbursements and a charging lien of attorneys' fees for legal services provided to be asserted against any future recovery had in this action.

3. Pursuant to Local Rule 11-5(b), Slater is ordered to serve all notices, papers, or pleadings on Plaintiff by regular mail until such time as Plaintiff appears pro se or counsel appears on her behalf.

**IT IS SO ORDERED.**

Dated: _____

                                                                              _____
                                                                              HON. CHARLES R. BREYER
                                                                              United States District Court Judge