ROOPAL P. LUHANA (*admitted Pro Hac Vice*)
**Chaffin Luhana LLP**
600 Third Avenue
12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
Email: luhana@chaffinluhana.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This document relates to:<br><br>*C.M. v. UBER TECHNOLOGIES, INC., et al.,*<br>*3:24-cv-09029-CRB* | No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on December 13, 2024.

///

///

///

1

Dated: January 14, 2025                    Respectfully submitted,

2

By: */s/ Roopal P. Luhana*

3

ROOPAL P. LUHANA (*admitted PHV*)

**Chaffin Luhana LLP**

4

600 Third Avenue

12th Floor

5

New York, NY 10016

Telephone: (888) 480-1123

6

Facsimile: (888) 499-1123

Email: luhana@chaffinluhana.com

7

8

*Counsel for Plaintiff*

9

10

**<u>CERTIFICATE OF SERVICE</u>**

11

I hereby certify that on January 14, 2025, I electronically transmitted the foregoing

12

**NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for

13

14

filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

15

16

*/s/ Roopal P. Luhana*

Roopal P. Luhana

17

18

19

20

21

22

23

24

25

26

27

28