1

2

3

4

5

6

7

8

9

ROOPAL P. LUHANA (*admitted Pro Hac Vice*)
**Chaffin Luhana LLP**
600 Third Avenue
12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
Email: luhana@chaffinluhana.com

*Counsel for Plaintiff*

10

11

12

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

13

14

15

16

17

18

19

20

21

22

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

_____

*This document relates to:*

*K.A. v. UBER TECHNOLOGIES, INC., et al.,*
*3:24-cv-09033-CRB*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 3:23-md-03084-CRB

**NOTICE OF FILING OF NEW ACTION**

23

24

25

26

27

28

   Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

with Jury Demand in the above-referenced action was filed on December 13, 2024.

///

///

///

1

Dated: January 14, 2025                          Respectfully submitted,

2

By: */s/ Roopal P. Luhana*

3                                               ROOPAL P. LUHANA (*admitted PHV*)

**Chaffin Luhana LLP**

4                                               600 Third Avenue

12th Floor

5                                               New York, NY 10016

Telephone: (888) 480-1123

6                                               Facsimile: (888) 499-1123

Email: luhana@chaffinluhana.com

7

8                                               *Counsel for Plaintiff*

9

10                      **CERTIFICATE OF SERVICE**

11

I hereby certify that on January 14, 2025, I electronically transmitted the foregoing

12

**NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for

13

filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

14

15

16                                          */s/ Roopal P. Luhana*

Roopal P. Luhana

17

18

19

20

21

22

23

24

25

26

27

28