1    [Submitting Counsel below]

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    IN RE: UBER TECHNOLOGIES, INC.,          Case No. 23-md-03084-CRB
     PASSENGER SEXUAL ASSAULT
9    LITIGATION
                                              **CERTIFICATE OF SERVICE**
10
     This Document Relates to:
11
     ALL CASES
12

13          I certify that, on January 14, 2025 a true and correct copy of the UNREDACTED version

14   of the following documents:

15          •   **Ex. A to Ellis Declaration ISO Joint Discovery Letter**

16   were served pursuant to Civil L.R. 5 (a) to each person named below:

17   Daniel Cummings (decummings@shb.com)
18   **SHOOK, HARDY & BACON, LLP**
     2555 Grand Blvd.
19   Kansas City, MO 64108
     Telephone: (816) 474-6550
20

21   Rachel Lewis (rlewis@shb.com)
     Joshua Taylor (JJTAYLOR@shb.com)
22   **SHOOK, HARDY & BACON, LLP**
     111 S. Wacker Dr., Suite 4700
23   Chicago, IL 60606
     Telephone: (312) 704-7700
24

25   Nicole LeBeau (NLeBEAU@shb.com)
     **SHOOK, HARDY & BACON, LLP**
26   1800 K Street, NW, 10th Floor
     Washington, DC 20006
27   Telephone: (202) 783-8400

28

                                    - 1 -

Michael B. Shortnacy (mshortnacy@shb.com)
**SHOOK, HARDY & BACON, LLP**
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: (424) 285-8330

Service E-mail
MDL3084-service-Uber@paulweiss.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced
document(s) to be sent in electronic PDF format as an attachment to an
email addressed to the person(s) on whom such document(s) is/are to be served at
the email address(es) shown above, as last given by that person(s) or as obtained
from an internet website(s) relating to such person(s), and I did not receive an email
response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed on December 12, 2024.

By: */s Roopal Luhana*
Roopal Luhana