| JCCP_MDL Priv No. | Control Number | JCCP Privilege Description (Final) | JCCP Priv Google Comments Information | JCCP Priv Atty Names | JCCP/MDL Responsive | CAL_Privilege (MC) | CAL_Priv Redact Status | MDL Production - Beginning Bates | MDL Production - Ending Bates | MDL Production - Beginning Attach | MDL Production - Ending Attach | Production - Volume |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JCCP_MDL_PRIV LOG025775 | CTRL000 22681 | Confidential e-mail thread seeking and providing legal advice from in-house counsel regarding collaboration with Uber's sexual assault prevention partner(s). | | *Jennifer Handley and *Rachael Tenerowicz | Responsive | Attorney-Client | Priv Withhold | | | | | |
| JCCP_MDL_PRIV LOG025966 | CTRL000 43469 | Redacted confidential e-mail thread seeking legal advice from in-house counsel regarding driver deactivation policies and practices. | | | Responsive | Attorney-Client | Priv Redact Complete | UBER_JCCP_ MDL_00065 6812 | UBER_JCCP_ MDL_00065 6813 | UBER_JCCP_ MDL_00065 6812 | UBER_JCCP_ MDL_000656 813 | JCCP_MDL016; JCCP_MDL055 |
| JCCP_MDL_PRIV LOG026221 | CTRL000 46639 | Confidential e-mail seeking and discussing legal advice from in-house counsel regarding safety training for drivers or riders. | *Jane Lee- legal advice requested. | *Jane Lee | Responsive | Attorney-Client | Priv Withhold | | | | | |
| JCCP_MDL_PRIV LOG026377 | CTRL000 48810 | Redacted confidential e-mail thread seeking legal advice from in-house counsel regarding IRT policies and practices for handling allegations of sexual assault or sexual misconduct. | | *Brandon Myers, *Scott Binnings, *Maureen Frangopoulos | Responsive | Attorney-Client | Priv Redact Complete | | | | | |
| JCCP_MDL_PRIV LOG026992 | CTRL002 05347 | Redacted confidential e-mail thread providing information and seeking legal advice from in-house counsel regarding reports of driver sexual assault or sexual misconduct. | | *Jen Ghaussy | Responsive | Attorney- Client; Work Product | Priv Redact Complete | | | | | |
| JCCP_MDL_PRIV LOG028244 | CTRL033 56970 | Redacted confidential e-mail seeking and providing legal advice from in-house counsel regarding IRT policies and practices for handling allegations of sexual assault or sexual misconduct. | *Jennifer Handley- legal advice requested and | *Jennifer Handley | Responsive | Attorney-Client | Priv Redact Complete | | | | | |
| JCCP_MDL_PRIV LOG028378 | CTRL040 64516 | Confidential e-mail thread seeking and providing legal advice from in-house counsel regarding collaboration with Uber's sexual assault prevention partner(s). | | | Responsive | Attorney-Client | Priv Withhold | | | | | |
| JCCP_MDL_PRIV LOG028703 | CTRL070 16981 | Confidential e-mail prepared at the direction of in-house counsel in anticipation of litigation regarding reports of driver sexual assault or sexual misconduct. | | *Uber Legal Department - Laura Alioto and Mike Haas | Responsive | Attorney- Client; Work Product | Priv Withhold | | | | | |
| JCCP_MDL_PRIV LOG030622 | CTRL000 05493 | Confidential e-mail thread seeking and providing legal advice from in-house counsel regarding Uber's policies and practices for responding to allegations of driver sexual assault or sexual misconduct. | | | Responsive | Attorney-Client | Priv Withhold | | | | | |
| JCCP_MDL_PRIV LOG031766 | CTRL001 14047 | Confidential e-mail thread provided for purposes of seeking legal advice from in-house counsel regarding initiatives or campaigns to promote rider safety. | | *Deanna Slocum, *Achia Swift, *Angela Padilla, *Alex Scherbatskoy, | Responsive | Attorney-Client | Priv Withhold | | | | | |

| Log ID | Control | Description | From | To/Recipients | Responsive | Privilege | Treatment | Bates Begin | Bates End | Attach Begin | Attach End | Family |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JCCP_MDL_PRIVLOG031851 | CTRL00116003 | Confidential e-mail providing legal advice from in-house counsel regarding Uber's policies and practices for responding to allegations of driver sexual assault or sexual misconduct. | *Scott Binnings and *Kathleen Waitzman | *Kathleen Waitzman, *Scott Binnings, *Maureen Frangopoulos and *Achia Swift | Responsive | Attorney-Client | Priv Withhold | | | | | |
| JCCP_MDL_PRIVLOG032247 | CTRL00142992 | Redacted confidential e-mail thread memorializing legal advice from in-house counsel regarding initiatives or campaigns to promote rider safety. | | *Brandon Myers | Responsive | Attorney-Client | Priv Redact Complete | UBER_JCCP_MDL_000952600 | UBER_JCCP_MDL_000952601 | UBER_JCCP_MDL_000952600 | UBER_JCCP_MDL_000952601 | JCCP_MDL023 |
| JCCP_MDL_PRIVLOG038185 | CTRL10801919 | Redacted confidential e-mail thread seeking and providing legal advice from in-house counsel regarding drafting and implementation of Uber's Taxonomy. | | *Katie Waitzman, *Bob O'Leary | Responsive | Attorney-Client | Priv Redact Complete | | | | | |
| JCCP_MDL_PRIVLOG039356 | CTRL29422520 | Redacted confidential PowerPoint memorializing legal advice from in-house counsel regarding driver deactivation policies and practices. | | *Colin Wells | Responsive | Attorney-Client | Priv Withhold | UBER_JCCP_MDL_000535015 | UBER_JCCP_MDL_000535015 | UBER_JCCP_MDL_000535015 | UBER_JCCP_MDL_000535015 | JCCP_MDL008 |
| JCCP_MDL_PRIVLOG040062 | CTRL00004693 | Redacted confidential e-mail thread seeking and providing legal advice from in-house counsel regarding preparation and drafting of Uber's Safety Report. | | *Keir Gumbs | Responsive | Attorney-Client | Priv Redact Complete | | | | | JCCP_MDL066 |
| JCCP_MDL_PRIVLOG040099 | CTRL00008410 | Confidential e-mail thread seeking and providing legal advice from in-house counsel regarding drafting and implementation of Uber's Taxonomy. | | | Responsive | Attorney-Client | Priv Withhold | | | | | |
| JCCP_MDL_PRIVLOG040249 | CTRL00082430 | Confidential e-mail thread seeking and providing legal advice from in-house counsel regarding Uber's policies and practices for responding to allegations of driver sexual assault or sexual misconduct. | | | Responsive | Attorney-Client | Priv Withhold | | | | | |
| JCCP_MDL_PRIVLOG040457 | CTRL00171449 | Redacted confidential e-mail thread seeking and providing legal advice from in-house counsel regarding Uber's policies and practices for responding to allegations of driver sexual assault or sexual misconduct. | | | Responsive | Attorney-Client | Priv Redact Complete | | | | | JCCP_MDL066 |
| JCCP_MDL_PRIVLOG040518 | CTRL00288825 | Confidential e-mail seeking and providing legal advice from in-house counsel regarding drafting and implementation of Uber's Safety Report. | | *Scott Binnings, *Jennifer Handley and *Roberta (Robbie) Kaplan | Responsive | Attorney-Client | Priv Withhold | | | | | |
| JCCP_MDL_PRIVLOG040519 | CTRL00288826 | Draft Confidential document seeking and providing legal advice from in-house counsel regarding preparation and drafting of Uber's Safety Report. | | *Tony West and *Jennifer Handley | Responsive | Attorney-Client | Priv Withhold | | | | | |
| JCCP_MDL_PRIVLOG041336 | CTRL00667429 | Redacted confidential e-mail thread discussing legal advice from regarding driver background check policies and practices. | | *Megan Poonolly, *Derek Care | Responsive | Attorney-Client | Priv Redact Complete | | | | | JCCP_MDL066 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JCCP_MDL_PRIV LOG042174 | CTRL008 24594 | Redacted Draft Confidential spreadsheet containing legal advice of in-house counsel regarding driver background check policies and practices. | | *Emily Madavo and *Matt Kaminski | Responsive | Attorney-Client | Priv Redact Complete | | | | | JCCP_MDL066 |
| JCCP_MDL_PRIV LOG042568 | CTRL054 17818 | Redacted confidential e-mail thread seeking and providing legal advice from in-house counsel regarding driver background check policies and practices. | | | Responsive | Attorney-Client | Priv Redact Complete | | | | | JCCP_MDL066 |
| JCCP_MDL_PRIV LOG043475 | CTRL172 19862 | Confidential e-mail thread providing legal advice from in-house counsel regarding initiatives or campaigns to promote rider safety. | | | Responsive | Attorney-Client | Priv Withhold | | | | | JCCP_MDL048 |
| JCCP_MDL_PRIV LOG044017 | CTRL384 06114 | Redacted confidential e-mail thread seeking legal advice from in-house counsel regarding driver background check policies and practices | | | Responsive | Attorney-Client | Priv Redact Complete | | | | | |
| JCCP_MDL_PRIV LOG044768 | CTRL389 30094 | Confidential e-mail thread reflecting legal advice at the direction of in-house counsel in anticipation of litigation regarding reports of driver sexual assault or sexual misconduct. | | *Mike Haas and *Uber Legal Department | Responsive | Attorney-Client; Work Product | Priv Withhold | | | | | |
| JCCP_MDL_PRIV LOG045088 | CTRL389 52514 | Redacted confidential e-mail thread discussing legal advice from regarding driver deactivation policies and practices. | | *Maureen Frangopoulos | Responsive | Attorney-Client | Priv Redact Complete | | | | | JCCP_MDL066 |
| JCCP_MDL_PRIV LOG045168 | CTRL389 96092 | Redacted confidential document seeking and providing legal advice from in-house counsel regarding initiatives or campaigns to promote rider safety. | | *Katie Waitzman | Responsive | Attorney-Client | Priv Redact Complete | | | | | JCCP_MDL066 |
| JCCP_MDL_PRIV LOG048345 | CTRL405 36867 | Redacted confidential e-mail thread seeking legal advice from in-house counsel regarding data or metrics collected and reviewed for Uber's Safety Report. | | | Responsive | Attorney-Client | Priv Redact Complete | | | | | JCCP_MDL066 |
| JCCP_MDL_PRIV LOG049066 | CTRL421 36888 | Redacted confidential e-mail thread seeking and providing legal advice from in-house counsel regarding reports of driver sexual assault or sexual misconduct. | | | Responsive | Attorney-Client | Priv Redact Complete | | | | | JCCP_MDL066 |
| JCCP_MDL_PRIV LOG050377 | CTRL426 69780 | Confidential e-mail providing legal advice from in-house counsel regarding reports of driver sexual assault or sexual misconduct. | | *Stephanie Vitale | Responsive | Attorney-Client | Priv Withhold | | | | | |
| JCCP_MDL_PRIV LOG052583 | CTRL443 71866 | Redacted confidential e-mail seeking and providing legal advice from in-house counsel regarding initiatives or campaigns to promote rider safety. | | *Daniel Kolta | Responsive | Attorney-Client | Priv Redact Complete | | | | | JCCP_MDL066 |
| JCCP_MDL_PRIV LOG052655 | CTRL443 73764 | Confidential e-mail from in-house counsel providing legal advice regarding reports of driver sexual assault or sexual misconduct and prepared in anticipation of litigation. | | *Stephanie Vitale | Responsive | Attorney-Client; Work Product | Priv Withhold | | | | | |

| Bates | Control | Description | | Names | Responsive | Privilege | Status | | | | | Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JCCP_MDL_PRIV LOG052825 | CTRL444 13642 | Redacted confidential e-mail thread providing legal advice from in-house counsel regarding media inquiry concerning sexual assault or sexual misconduct by drivers. | | *Jessica Sampson, *Lisa Tse, *Anna Uhls | Responsive | Attorney-Client | Priv Withhold | | | | | |
| JCCP_MDL_PRIV LOG053996 | CTRL458 50572 | Draft Confidential document providing legal advice from in-house counsel regarding driver background check policies and practices. | | *Emily Madavo | Responsive | Attorney-Client | Priv Withhold | | | | | |
| JCCP_MDL_PRIV LOG054838 | CTRL471 11478 | Redacted confidential e-mail thread discussing legal advice from in-house counsel regarding initiatives or campaigns to promote rider safety. | | *Tony West | Responsive | Attorney-Client | Priv Redact Complete | | | | | JCCP_MDL066 |
| JCCP_MDL_PRIV LOG055904 | CTRL486 24690 | Confidential e-mail thread seeking and providing legal advice from in-house counsel regarding driver background check policies and practices. | | *Jen Ghaussy | Responsive | Attorney-Client | Priv Withhold | | | | | |
| JCCP_MDL_PRIV LOG056137 | CTRL486 65154 | Confidential e-mail thread seeking legal advice from in-house counsel regarding driver background check policies and practices. | | | Responsive | Attorney-Client | Priv Withhold | | | | | |
| JCCP_MDL_PRIV LOG056148 | CTRL486 70604 | Confidential e-mail thread seeking and providing legal advice from in-house counsel regarding driver background check policies and practices. | | | Responsive | Attorney-Client | Priv Withhold | | | | | |
| JCCP_MDL_PRIV LOG056158 | CTRL486 72960 | Redacted confidential e-mail thread seeking legal advice from regarding in-app features to advance rider safety. | | *Keith Yandell | Responsive | Attorney-Client | Priv Redact Complete | | | | | JCCP_MDL066 |
| JCCP_MDL_PRIV LOG056807 | CTRL503 10766 | Redacted confidential e-mail thread reflecting legal advice from in-house counsel regarding media inquiry concerning sexual assault or sexual misconduct by driver. | | *Jennifer Handley | Responsive | Attorney-Client | Priv Redact Complete | | | | | |
| JCCP_MDL_PRIV LOG057132 | CTRL509 53722 | Confidential e-mail thread seeking and providing legal advice from in-house counsel regarding use of cameras or recording devices in vehicles. | | | Responsive | Attorney-Client | Priv Withhold | | | | | JCCP_MDL066 |
| JCCP_MDL_PRIV LOG057545 | CTRL550 45849 | Confidential e-mail thread seeking legal advice from in-house counsel regarding data or metrics collected and reviewed for Uber's Safety Report. | | *Curtis Scott | Responsive | Attorney-Client | Priv Withhold | | | | | |
| JCCP_MDL_PRIV LOG057556 | CTRL555 48026 | Redacted confidential PowerPoint providing legal advice from in-house counsel regarding IRT policies and practices for handling allegations of sexual assault or sexual misconduct. | | *Daniel Kolta and *Scott Binnings | Responsive | Attorney-Client | Priv Redact Complete | | | | | |