D. Douglas Grubbs (*Admitted PHV*)
Adam K. Pulaski (*Admitted PHV*)
**PULASKI KHERKHER, PLLC**
2925 Richmond Avenue, Ste 1725
Houston, TX 77098
Telephone: 713-664-4555
Facsimile: 713-664-7543
Email: dgrubbs@pulaskilawfirm.com
Email: adam@pulaskilawfirm.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*T.C. vs. Uber Technologies, Inc., et al;*<br>*3:24-cv-03956* | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Judge: Honorable Charles R. Breyer |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff T.C. and her counsel hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants. Plaintiff inadvertently retained two separate law firms regarding her rideshare claim and wishes to proceed with cause number 3:24-cv-05830 filed by the Cutter Law Firm.

//

//

- 2 -

| | |
|---|---|
| Dated: January 17, 2025 | Respectfully submitted, |

**PULASKI KHERKHER, PLLC**

*/s/ D. Douglas Grubbs*
D. Douglas Grubbs (TX Bar No. 24065339)
(*Admitted Pro Hac Vice*)
Adam K. Pulaski (TX Bar No. 16385800)
(*Admitted Pro Hac Vice*)
2925 Richmond Avenue, Suite 1725
Houston, Texas 77098
Tel: 713-664-4555
Facsimile: 713-664-7543
dgrubbs@pulaskilawfirm.com
adam@pulaskilawfirm.com

Counsel for Plaintiff

- 2 -

NOTICE OF VOLUNTARY DISMISSAL

- 3 -

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 17, 2025, I electronically transmitted the foregoing NOTICE OF VOLUNTARY DISMISSAL to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. Additionally, the foregoing was served on Defendants' counsel via email at: MDL3084-service-Uber@paulweiss.com.

            */s/ D. Douglas Grubbs*
            D. Douglas Grubbs