1    WILLIAM L. SMITH (Cal Bar No. 324235)
     **ANAPOL WEISS**
2    6060 Center Drive 10th Floor,
     Los Angeles, CA 90045
3    Telephone: 202.780.3014
     Facsimile: 202.780.3678
4    Email: wsmith@anapolweiss.com

5    HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
     **ANAPOL WEISS**
6    60 South 6th St., Suite 2800
     Minneapolis, MN 55402
7    Telephone: 202.780.3014
     Facsimile: 202.780.3678
8    Email: hdolejsi@anapolweiss.com

9    *Counsel for Plaintiff*

10

11                   **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
                       **SAN FRANCISCO DIVISION**
12

13   IN RE: UBER TECHNOLOGIES, INC.        MDL: No. 3084
     PASSENGER SEXUAL ASSAULT
14   LITIGATION                            **NOTICE OF FILING OF NEW ACTION**

15   _____

16   This Document Relates to:

17   *T.E., v. Uber Technologies, Inc., et al.*
     Case No. 3:25-cv-00507
18

19

20   _____

21

22           Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

23   with Jury Demand in the above-referenced action was filed on January 14, 2025.

24   ///

25   ///

26   ///

27   ///

28   ///

Dated: January 17, 2025

Respectfully submitted,

**ANAPOL WEISS**

By: */s/ William L. Smith*
WILLIAM L. SMITH (Cal Bar No. 324235)
6060 Center Drive 10th Floor
Los Angeles, CA 90045
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: wsmith@anapolweiss.com

HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
60 South 6th St. Suite 2800
Minneapolis, MN 55402
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: hdolejsi@anapolweiss.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, I electronically transmitted the forgoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ William L. Smith*
William L. Smith