WILLIAM L. SMITH (Cal Bar No. 324235)
**ANAPOL WEISS**
6060 Center Drive 10th Floor,
Los Angeles, CA 90045
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: wsmith@anapolweiss.com

HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
**ANAPOL WEISS**
60 South 6th St., Suite 2800
Minneapolis, MN 55402
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: hdolejsi@anapolweiss.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL: No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| This Document Relates to:<br><br>*C.A. v. Uber Technologies, Inc., et al.*<br>Case No. 3:24-cv-07553 | |

Pursuant to Local Rule 11-5, William L. Smith and Holly Dolejsi of Anapol Weiss, counsel of record for Plaintiff C.A. ("Counsel"), respectfully moves this Court for an Order allowing their firm to withdraw as counsel of record in the above-captioned matter.

Over the past several months, Plaintiff C.A. has failed to comply with Counsel's numerous requests to produce her PFS form. Counsel advised Plaintiff on December 12, 2024, that her PFS form was past due and requested Plaintiff's assistance in submitting the items that were identified during a meet and confer with opposing counsel earlier that afternoon. Counsel continued to

follow-up with Plaintiff but has not received a response to date. Plaintiff C.A. has failed to respond to Counsel's numerous communication attempts via telephone, email, and text messages.

On December 20, 2024, Counsel advised Plaintiff in writing of their intent to withdraw from this matter via electronic mail if she did not respond by December 27, 2024. At the time of this filing, Plaintiff has still not responded to Counsel. Counsel has advised Defendants of his firm's intent to withdraw from this matter during follow-up meet and confer discussions if he did not hear from Plaintiff.

WHEREFORE, the law firm of Anapol Weiss; and all attorneys of record for Plaintiff request that they be allowed to withdraw as counsel of record for Plaintiff C.A. A copy of this motion will be served upon Plaintiff at her last known address and via electronic mail.

Dated: January 17, 2025

Respectfully submitted,

**ANAPOL WEISS**

By: */s/ William L. Smith*
WILLIAM L. SMITH (Cal Bar No. 324235)
6060 Center Drive 10th Floor
Los Angeles, CA 90045
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: wsmith@anapolweiss.com

HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
60 South 6th St. Suite 2800
Minneapolis, MN 55402
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: hdolejsi@anapolweiss.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, I electronically transmitted the forgoing MOTION TO WITHDRAW to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/ William L. Smith
William L. Smith