WILLIAM L. SMITH (Cal Bar No. 324235)
**ANAPOL WEISS**
6060 Center Drive 10th Floor,
Los Angeles, CA 90045
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: wsmith@anapolweiss.com

HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
**ANAPOL WEISS**
60 South 6th St., Suite 2800
Minneapolis, MN 55402
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: hdolejsi@anapolweiss.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL: No. 3084 CRB |
| | Honorable Charles R. Breyer |
| This Document Relates to: | **[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD** |
| *C.A. v. Uber Technologies, Inc., et al.* Case No. 3:24-cv-07553 | |

CONSIDERING the foregoing Motion to Withdraw as Counsel of Record for C.A.

IT IS HEREBY ORDERED that Anapol Weiss is withdrawn as Plaintiff's counsel of record and shall be relieved of any further responsibility in connection with this action.

Dated: _____                   _____
                                                 HONORABLE CHARLES E. BREYER
                                                 United States District Court Judge