[*Counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**JOINT STATUS REPORT REGARDING DEPOSITION SCHEDULING**<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

## JOINT STATUS REPORT

In accordance with this Court's January 14, 2025, Order Regarding Joint Letter Addressing Scheduling Depositions (ECF No. 2085), Plaintiffs and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Defendants") (jointly, "the parties") respectfully submit this Joint Status Report to provide the Court an update on the scheduling of depositions for the 21 witnesses at issue in the parties' January 13, 2025, joint letter and the scheduling of the additional 24 witnesses identified on Plaintiffs' January 7, 2025, list.

The parties met and conferred via a videoconference on January 16, 2025, and again on January 17, 2025. The parties have resolved the outstanding scheduling disputes with respect to the first 21 depositions as follows:

| Witness | Deposition Date/Status |
|---|---|
| Fogg, Chad | February 5 |
| Freivogel, Cory | February 6 |
| Hourdajian, Nairi | February 7 |
| Parker, Kate[1] | February 14 |
| Richter, David | February 24 |
| Joyce, Meghan | February 24 |
| Luu, Jenny | February 27 |
| Whaling, Kayla[2] | February 28 |
| Shuping, Valerie | March 6 or 7 |
| Fuldner, Gus | March 10 and 11 (after 11 am) |
| Lake, Carley | March 20 and 21 |
| Burke, Jordan | March 20 |
| Cinelli, Dennis | March 28 |
| Kaiser, Roger | April 2 |
| Anderson, Brooke | April 3 and 4 |
| Ding, Abbie | April 3 or 4 |
| Hawk, Cassie | April 8 |
| Holt, Rachel | April 9 |
| Henley, Mat | May 6 |

---

[1] Ms. Parker is listed in the second wave of 24 dependents.
[2] Ms. Whaling is listed in the second wave of 24 dependents.

| Witness | Deposition Date/Status |
|---|---|
| Kansal, Sachin | May 15 (placeholder date pending resolution of forthcoming motion for protective order) |
| Graves, Ryan | Mr. Graves has independent counsel and Defendants' counsel is continuing their efforts to work with Mr. Graves's counsel to obtain placeholder dates for his deposition should any forthcoming motion for a protective order be unsuccessful. |
| Breeden, Tracey | Defendants provided February 19, 20, 25, 26, and 27 for Ms. Breeden's deposition, none of which worked for Plaintiffs. Plaintiffs offered January 28–31, February 3–7 and 10–11, which did not work for Ms. Breeden.<br><br>Given the parties were unable to find a mutually agreeable date in February, they have agreed to schedule Ms. Breeden's deposition for a date later in the schedule and Defendants' counsel is working with Ms. Breeden to provide availability. |
| Chang, Frank | Defendants intend to file a motion for protective order with respect to Mr. Chang's deposition and have proposed either May 8, 9, 28, 29 and 30 as a placeholder date for Mr. Chang's deposition. Plaintiffs have requested April 3–4 and April 8–11 and any other available dates in March and April. Defendants, however, have not yet provided but are working with Mr. Chang to identify earlier availability and will provide earlier deposition dates to Plaintiffs by January 21. |

The parties are continuing to discuss the scheduling of depositions, including the scheduling of the second wave of 24 deponents identified on Plaintiff's January 7, 2024 list. The parties have scheduled a video conference for January 23, 2024 at 9:45 a.m. PST and tentatively scheduled an in-person meet and confer on January 24, 2025 following the conclusion of the conference before Judge Breyer to resolve any outstanding issues.

Given the parties have agreed to dates for 18 of the first 21 depositions, as well as two dates for witnesses in Plaintiffs' second list, scheduled eight depositions for the January-February time period set by this Court's order, and have additional meet and confers scheduled for next week, the Parties request that this Court relieve the parties of the requirement to appear in person at Courtroom G on January 21, 2025, beginning at 10:00 a.m.

| | |
|---|---|
| By: /s/ *Roopal Luhana*<br>ROOPAL P. LUHANA (*Pro Hac Vice*)<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Fl. 12<br>New York, NY 10016<br>Telephone: (888) 480-1123<br>Email: luhana@chaffinluhana.com<br><br>SARAH R. LONDON (SBN 267083)<br>**LIEFF CABRASER HEIMANN & BERNSTEIN**<br>275 Battery Street, Fl. 29<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Email: slondon@lchb.com<br><br>RACHEL B. ABRAMS (SBN 209316)<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: (415) 426-5641<br>Email: rabrams@peifferwolf.com<br><br>*Co-Lead Counsel for Plaintiffs* | By: /s/ *Randall Luskey*<br>RANDALL S. LUSKEY (SBN: 240915)<br>rluskey@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>535 Mission Street, 24th Floor<br>San Francisco, CA 94105<br>Telephone: (628) 432-5100<br>Facsimile: (628) 232-3101<br><br>ROBERT ATKINS (*Pro Hac Vice*)<br>ratkins@paulweiss.com<br>CAITLIN E. GRUSAUSKAS (*Pro Hac Vice*)<br>cgrusauskas@paulweiss.com<br>ANDREA M. KELLER (*Pro Hac Vice*)<br>akeller@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br><br>MICHAEL B. SHORTNACY (SBN: 277035)<br>mshortnacy@shb.com<br>**SHOOK, HARDY & BACON, L.L.P.**<br>2049 Century Park East, Suite 3000<br>Los Angeles, CA 90067<br>Telephone: (424) 285-8330<br>Facsimile: (424) 204-9093<br><br>PATRICK OOT (*Pro Hac Vice*)<br>oot@shb.com<br>**SHOOK, HARDY & BACON, L.L.P.**<br>1800 K Street NW, Suite 1000<br>Washington, DC 20006<br>Telephone: (202) 783-8400<br>Facsimile: (202) 783-4211<br><br>*Counsel for Defendants*<br>UBER TECHNOLOGIES, INC.,<br>RASIER, LLC, and RASIER-CA, LLC |

**FILER'S ATTESTATION**

I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: January 17, 2025                    By:    */s/ Randall S. Luskey*
                                                          Randall S. Luskey

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Randall S. Luskey*