1  Steve Schulte (TX SBN 24051306)
   *Appearance Pro Hac Vice*
2  John Raggio (CA Bar No. 338261)
   Arati Furness (CA Bar No. 225435)
3  **NACHAWATI LAW GROUP**
4  5489 Blair Road
   Dallas, TX  75231
5  Phone: (214) 890-0711
   Direct: (972) 581-9778
6  schulte@ntrial.com
   jraggio@ntrial.com
7  afurness@ntrial.com
8  *Attorneys for Plaintiff*

9              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIF**
10              **SAN FRANCISCO DIVISION**

11

12  IN RE: UBER TECHNOLOGIES, INC.,          **MDL No. 3084 CRB**
    PASSENGER SEXUAL ASSAULT
    LITIGATION                               **Honorable Charles R. Breyer**
13

14  **This Document Relates to:**

15  *JANE DOE NLG (*BB*), v. Uber Technologies,*
    *Inc., et al.*
16  **Case No.: 3:25-cv-00672**              **NOTICE OF FILING OF NEW ACTION**

17

18          Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

19  with Jury Demand in the above-referenced action was filed on January 21, 2025.

20

21   Dated: January 21, 2025                **NACHAWATI LAW GROUP**

22                                          */s./ Steven S. Schulte*
                                            Steve Schulte (TX SBN 24051306)
23                                          *Appearance Pro Hac Vice*
                                            Arati Furness (CA Bar No. 225435)
24                                          5489 Blair Road, Dallas, TX  75231
                                            Phone: (214) 890-0711
25                                          Direct: (972) 581-9778
                                            schulte@ntrial.com
26                                          afurness@ntrial.com
27                                          **ATTORNEYS FOR PLAINTIFF**

28

                                    1