1  Steve Schulte (TX SBN 24051306)
   *Appearance Pro Hac Vice*
2  John Raggio (CA Bar No. 338261)
   Arati Furness (CA Bar No. 225435)
3  **NACHAWATI LAW GROUP**
4  5489 Blair Road
   Dallas, TX  75231
5  Phone: (214) 890-0711
   Direct: (972) 581-9778
6  schulte@ntrial.com
   jraggio@ntrial.com
7  afurness@ntrial.com
8  *Attorneys for Plaintiff*

9               **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIF**
10               **SAN FRANCISCO DIVISION**

11
   IN RE: UBER TECHNOLOGIES, INC.,        **MDL No. 3084 CRB**
12 PASSENGER SEXUAL ASSAULT
   LITIGATION                             **Honorable Charles R. Breyer**
13
   **This Document Relates to:**
14
   *JANE DOE NLG (HK), v. Uber Technologies,*
15 *Inc., et al.*
   **Case No.: 3:25-cv-00675**            **NOTICE OF FILING OF NEW ACTION**
16

17

18        Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

19 with Jury Demand in the above-referenced action was filed on January 21, 2025.

20
   Dated: January 21, 2025               **NACHAWATI LAW GROUP**
21

22                                        */s./ Steven S. Schulte*
                                          Steve Schulte (TX SBN 24051306)
23                                        *Appearance Pro Hac Vice*
                                          Arati Furness (CA Bar No. 225435)
24                                        5489 Blair Road, Dallas, TX  75231
                                          Phone: (214) 890-0711
25                                        Direct: (972) 581-9778
                                          schulte@ntrial.com
26                                        afurness@ntrial.com
27                                        **ATTORNEYS FOR PLAINTIFF**

28

                                 1