# EXHIBIT A

Joint Discovery Letter Re: Tranche 2 Random Selection Sample Disputes, 1/14/2024  
Tranche 2 Log Entries as Produced to Plaintiffs

Case 3:23-md-03084-CRB   Document 2116-1   Filed 01/21/25   Page 2 of 2
EXHIBIT A

In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation  
Case No. 3:23-md-03084-CRB

| Log No. | Page Count | Attachment Names | Attachment Count | Beginning Bates | Ending Bates | Beginning Attachment | Ending Attachment | Author | Participants | Google Collaborators | DateFirstMessageSent | DateLastMessageSent | DateFirstMessageReceived | DateLastMessageReceived | RoomName | RoomID | Slack Channel | Slack Channel Purpose | Custodian All | Date | Document Title | File Name | Email Subject | Email From | Email To | Email CC | Email BCC | Privilege Assertion | Privileged Name(s) | Production - Redacted | Production - Volume | Privileged Document Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JCCP_MDL_PRIVLOG026377 | 3 | mime-attachment.png | 0 | | | | | ███@uber.com> | | | | | | | | | | | Baker, Matthew; Freivogel, Cory; Sheridan, Danielle | ######## | Re: Notice to Insurers [ADD TO USL] | Re: Notice to Insurers [ADD TO USL] | Re: Notice to Insurers [ADD TO USL] | Buddy Loomis ███@uber.com> | Matthew Baker ███@uber.com> | Frangopoulos ███@uber.com>; *Scott Binnings ███@uber.com>; Aash Chalasani ███@uber.com>; Danielle Portugal ███@uber.com>; Laura Alioto ███@uber.com>; Cory Freivogel ███@uber.com>; Michael O'Herlihy ███@uber.com> | | Attorney-Client | | | | Confidential e-mail thread discussing legal advice from in-house counsel regarding IRT policies and practices for handling allegations of sexual assault or sexual misconduct. |
| JCCP_MDL_PRIVLOG028703 | 1 | [Unnamed Image]; [Unnamed Image]; [Unnamed Image] | 0 | | | | | (JIRA) ███@uber.com> | | | | | | | | | | | Baker, Matthew | 12/5/2017 | [JIRA] (SAFE-711682) 11-Nov-2017 - Chicago / 7 / United States / Midwest / US Central & Canada / US & Canada - L3 - Physical - Forced or Sexual Touching | [JIRA] (SAFE-711682) 11-Nov-2017 - Chicago / 7 / United States / Midwest / US Central & Canada / US & Canada - L3 - Physical - Forced or Sexual Touching | [JIRA] (SAFE-711682) 11-Nov-2017 - Chicago / 7 / United States / Midwest / US Central & Canada / US & Canada - L3 - Physical - Forced or Sexual Touching | (JIRA) ███@uber.com> | ███@uber.com | | | Attorney-Client; Work Product | Laura Alioto and Mike Haas | | | Confidential e-mail prepared in anticipation of litigation by in-house counsel regarding reports of driver sexual assault or sexual misconduct. |
| JCCP_MDL_PRIVLOG030622 | 4 | | 0 | | | | | Johnathon Purcell ███@uber.com> | | | | | | | | | | | Breeden, Tracey; Muehrcke, Susan | ######## | Re: [FYI] Removal of Driver Personal Data from Rider Trip History change Launching Soon | Re: [FYI] Removal of Driver Personal Data from Rider Trip History change Launching Soon | Re: [FYI] Removal of Driver Personal Data from Rider Trip History change Launching Soon | Johnathon Purcell ███@uber.com> | Brittany Anthony ███@uber.com>; Susan Muehrcke ███@uber.com> | *Brandon Myers ███@uber.com>; *Jennifer Handley ███@uber.com>; *Tyler Spitz ███@uber.com>; Tracey Breeden ███@uber.com>; Brian Johnson ███@uber.com> | | Attorney-Client | | | | Confidential e-mail thread seeking and providing legal advice from in-house counsel regarding Uber's policies and practices for responding to allegations of driver sexual assault or sexual misconduct. |
| JCCP_MDL_PRIVLOG031766 | 2 | | 0 | | | | | Kate Parker ███@uber.com> | | | | | | | | | | | Breeden, Tracey | ######## | Fwd: HNewer Employment Policy Team Meeting | Fwd: HNewer Employment Policy Team Meeting | Fwd: HNewer Employment Policy Team Meeting | Kate Parker ███@uber.com> | Tracey Breeden ███@uber.com> | Jena Wuu ███@uber.com> | | Attorney-Client | *Deanna Slocum and *Achia Swift | | | Confidential e-mail thread provided for purposes of seeking legal advice from in-house counsel regarding initiatives or campaigns to promote rider safety. |
| JCCP_MDL_PRIVLOG032247 | 2 | | 0 | UBER_JCCP_MDL_000952600 | | | | Danielle Sheridan ███@uber.com> | | | | | | | | | | | Muehrcke, Susan; Sheridan, Danielle | ######## | Re: Mutombo 2 Strike Policy Update | Re: Mutombo 2 Strike Policy Update | Re: Mutombo 2 Strike Policy Update | Danielle Sheridan ███@uber.com> | Susan Muehrcke ███@uber.com> | Nick Murphy ███@uber.com> | | Attorney-Client | *Brandon Myers | Redacted | JCCP_MDL023 | Redacted confidential e-mail thread memorializing legal advice from in-house counsel regarding initiatives or campaigns to promote rider safety. |