# EXHIBIT B

Joint Letter Brief Regarding Tranche 3 Privilege Disputes, 1/14/25
Tranche 3 Log Entries as Produced to Plaintiffs

Case 3:23-md-03084-CRB   Document 2116-2   Filed 01/21/25   Page 2 of 4
EXHIBIT A

In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation
Case No. 3:23-md-03084-CRB

| Log No. | Page Count | Attachment Names | Attachment Count | Beginning Bates | Ending Bates | Beginning Attachment | Ending Attachment | Author | Participants | Google Collaborators | DateFirstMessageSent | DateLastMessageSent | DateFirstMessageReceived | DateLastMessageReceived | RoomName | RoomID | Slack Channel | Slack Channel Purpose | Custodian All | Date | Document Title | File Name | Email Subject | Email From | Email To | Email CC | Email BCC | Privilege Assertion | Privileged Name(s) | Production Redacted | Production Volume | Privileged Document Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JCCP_MDL_PRIVLOG057545 | 1 | | 0 | | | | | Rachel Whetstone <@uber.com> | | | | | | | | | | | Whetstone, Rachel | ######## | Re: Issues with Collecting Regulatory Data for Transparency Report | Re: Issues with Collecting Regulatory Data for Transparency Report | Re: Issues with Collecting Regulatory Data for Transparency Report | Rachel Whetstone @uber.com | Betsy Masiello @uber.com | Jill Hazelbaker @uber.com | | Attorney-Client | *Curtis Scott | | | Confidential e-mail thread seeking legal advice from in-house counsel regarding data or metrics collected and reviewed for Uber's Safety Report |
| JCCP_MDL_PRIVLOG043475 | 1 | smime.p7s | 1 | | | | | Sunny Jeon <@uber.com> | | | | | | | | | | | Chang, Frank | ######## | [A/C Privileged] Strategy for SA Prevention | [A/C Privileged] Strategy for SA Prevention | [A/C Privileged] Strategy for SA Prevention | Sunny Jeon @uber.com | Frank Chang @uber.com; Wayne Zhang @uber.com; Neil Fernandes @uber.com; Akanksha Dhawan @uber.com; Misha Bosin @uber.com; David Purdy @uber.com | *Scott Binnings | | Attorney-Client | | | JCCP_MDL048 | Confidential e-mail thread providing legal advice from in-house counsel regarding initiatives or campaigns to promote rider safety |
| JCCP_MDL_PRIVLOG040099 | 1 | | 0 | | | | | Sunny Wong <@uber.com> | | | | | | | | | | | Chang, Frank | ######## | Re: ACP - Safety Product Data Request | Re: ACP - Safety Product Data Request | Re: ACP - Safety Product Data Request | Sunny Wong @uber.com | Frank Chang @uber.com | Brittany Anthony @uber.com; *Jennifer Handley @uber.com; Varun Harchekar @uber.com | | Attorney-Client | | | | Confidential e-mail thread seeking and providing legal advice from in-house counsel regarding drafting and implementation of Uber's Taxonomy |
| JCCP_MDL_PRIVLOG053996 | 1 | word | 0 | | | | | @uber.com | @uber.com; @uber.com; @uber.com; @uber.com; @uber.com; @uber.com; @uber.com; @uber.com | @uber.com; @uber.com | | | | | | | | | Fogg, Chad | ######## | National BGC Procedures Manual | National BGC Procedures Manual_1sOuS1o3nwbnNB5l8GFLRvEU8XEq7s90rmj45DjbpaM.docx | | | | | | Attorney-Client | *Emily Madavo | | | Draft Confidential document providing legal advice from in-house counsel regarding driver background check policies and practices |
| JCCP_MDL_PRIVLOG056137 | 1 | | 0 | | | | | Phillip Cardenas <pcardenas@uber.com> | | | | | | | | | | | Sullivan, Joe | ######## | [redacted] | | | Phillip Cardenas @uber.com | Terence Lim @uber.com | Joe Sullivan @uber.com; *Keith Yandell @uber.com | | Attorney-Client | | | | Confidential e-mail thread seeking legal advice from in-house counsel regarding driver background check policies and practices |
| JCCP_MDL_PRIVLOG040249 | 1 | | 0 | | | | | Athanasia Glannetos <@uber.com> | | | | | | | | | | | Gibbons, Catherine | ######## | Re: [ACP/AWP] Safety Data Healing <> DACT Process Question | Re: [ACP/AWP] Safety Data Healing <> DACT Process Question | Re: [ACP/AWP] Safety Data Healing <> DACT Process Question | Athanasia Glannetos @uber.com | Catherine Gibbons @uber.com | Milton Lee @uber.com; Mike Haas @uber.com; Ali Rorabaugh @uber.com; Brett Farmer @uber.com; Trevor Lorance @uber.com | | Attorney-Client | | | | Confidential e-mail thread seeking and providing legal advice from in-house counsel regarding Uber's policies and practices for responding to allegations of driver sexual assault or sexual misconduct |

Joint Letter Brief Regarding Tranche 3 Privilege Disputes, 1/14/25
Tranche 3 Log Entries as Produced to Plaintiffs

Case 3:23-md-03084-CRB   Document 2116-2   Filed 01/21/25   Page 3 of 4
EXHIBIT A

In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation
Case No. 3:23-md-03084-CRB

| Bates | Attachments | Attach Count | File Name | Family Count | From | To | CC | BCC | Date | Subject / Filename1 | Subject / Filename2 | Subject / Filename3 | From2 | To2 | CC2 | BCC2 | Privilege | Names | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JCCP_MDL_PRIVLOG056148 | | 1 | [A_C Privileged, WIP] Uber Safety Report_MASTER DOC.docx | 0 | Phillip Cardenas ▮@uber.com | | | | ######### | Re background check safety principles | Re background check safety principles | Re background check safety principles | Sullivan, Joe | | Phillip Cardenas ▮@uber.com | Joe Sullivan ▮@uber.com | Seth Schreiber ▮@uber.com, Betsy Masiello ▮@uber.com, *Keith Yandell ▮@uber.com, Derek Seibert ▮@uber.com, *Jen Ghaussy ▮@uber.com | Attorney-Client | | Confidential e-mail thread seeking and providing legal advice from in-house counsel regarding driver background check policies and practices |
| JCCP_MDL_PRIVLOG040518 | | 1 | [A_C Privileged, WIP] Uber Safety Report_MASTER DOC.docx | 1 | Brooke Anderson ▮@uber.com | | | | ######### | Fwd Safety Report.doc | Fwd Safety Report.doc | Fwd Safety Report.doc | Anderson, Brooke | | Brooke Anderson ▮@uber.com | Chelsea Maughan Kohler ▮@uber.com | | Attorney-Client | *Scott Binnings | Confidential e-mail seeking and providing legal advice from in-house counsel regarding media inquiry concerning Uber's Safety Report |
| JCCP_MDL_PRIVLOG040519 | | 1 | word | | | | | | ######### | [A_C Privileged, WIP] Uber Safety Report_MASTER DOC.docx | [A_C Privileged, WIP] Uber Safety Report_MASTER DOC.docx | | Anderson, Brooke | | | | | Attorney-Client | *Tony West and *Jennifer Handley | Draft Confidential document seeking and providing legal advice from in-house counsel regarding preparation and drafting of Uber's Safety Report |
| JCCP_MDL_PRIVLOG044017 | | 1 | | 0 | Ben Busian ▮@uber.com | | | | ######### | Re US BGC Audit Status Update | Re US BGC Audit Status Update | Re US BGC Audit Status Update | Foran, Timothy | | Ben Busian ▮@uber.com | Elisha McCann ▮@uber.com | Akhil Gupta ▮@uber.com, Jen Lennon Plasio ▮@uber.com, Emmanuelle Gounot ▮@uber.com, Tim Foran ▮@uber.com, *Megan Poonolly ▮@uber.com, Elley Symmes ▮@uber.com, Patrick Hall ▮@uber.com, Derek | Attorney-Client | | Confidential e-mail thread seeking legal advice from in-house counsel regarding driver background check policies and practices |
| JCCP_MDL_PRIVLOG044788 | | 1 | [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image] | 0 | (JIRA) ▮@uber.com | | | | ######### | [JIRA] (SAFE 1141129) 09-Sep-2018 - Roanoke / 320 / United States / Southeast / US East / US & Canada - L4 - Non-Consensual Touching - Sexual Body Part | [JIRA] (SAFE 1141129) 09-Sep-2018 - Roanoke / 320 / United States / Southeast / US East / US & Canada - L4 - Non-Consensual Touching - Sexual Body Part | [JIRA] (SAFE 1141129) 09-Sep-2018 - Roanoke / 320 / United States / Southeast / US East / US & Canada - L4 - Non-Consensual Touching - Sexual Body Part | Coker, Lucas | | (JIRA) ▮@uber.com | (JIRA) ▮@uber.com | | Attorney-Client | Mike Haas and *Uber Legal Department | Confidential e-mail thread providing legal advice at the direction of in-house counsel in anticipation of litigation regarding reports of driver sexual assault or sexual misconduct |
| JCCP_MDL_PRIVLOG050377 | | 1 | [Unnamed Image]; [Unnamed Image]; [Unnamed Image] | 0 | (JIRA) ▮@uber.com | | | | ######### | [JIRA] (SAFE 551050) 27-May-2017 - Los Angeles / 12 / United States / SoCal Pacific / US West / US & Canada - L4 - Non-Consensual Intercourse | [JIRA] (SAFE 551050) 27-May-2017 - Los Angeles / 12 / United States / SoCal Pacific / US West / US & Canada - L4 - Non-Consensual Intercourse | [JIRA] (SAFE 551050) 27-May-2017 - Los Angeles / 12 / United States / SoCal Pacific / US West / US & Canada - L4 - Non-Consensual Intercourse | Whaling, Kayla | | (JIRA) ▮@uber.com | (JIRA) ▮@uber.com | | Attorney-Client | *Stephanie Vitale | Confidential e-mail providing legal advice from in-house counsel regarding reports of driver sexual assault or sexual misconduct |

Joint Letter Brief Regarding Tranche 3 Privilege Disputes, 1/14/25
Tranche 3 Log Entries as Produced to Plaintiffs

EXHIBIT A

In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation
Case No. 3:23-md-03084-CRB

| Bates | Images | Attachments | | | From | | | | | | | | Custodian | Date | To | CC | | BCC | | Privilege | Attorney | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JCCP_MDL_PRIVLOG052655 | 1 | [Unnamed Image]; [Unnamed Image]; [Unnamed Image] | | 0 | | | | (JIRA) <███@uber.com> | | | | | Whaling, Kayla | ######## | [JIRA] (SAFE 1156437) 20-Sep-2018 - Louisville / 236 / United States / Midwest / US Central & Canada / US & Canada - L4 - Non-Consensual Sexual Penetration | [JIRA] (SAFE 1156437) 20-Sep-2018 - Louisville / 236 / United States / Midwest / US Central & Canada / US & Canada - L4 - Non-Consensual Sexual Penetration | [JIRA] (SAFE 1156437) 20-Sep-2018 - Louisville / 236 / United States / Midwest / US Central & Canada / US & Canada - L4 - Non-Consensual Sexual Penetration | (JIRA) <███@uber.com> | ber.com | | Attorney-Client; Work Product | *Stephanie Vitale | Confidential e-mail memorializing legal advice from in-house counsel regarding reports of driver sexual assault or sexual misconduct |