1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
|---|---|
| | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NOS. 2088 AND 2090]** |
| This Document Relates to: ALL ACTIONS | |
| | Judge:      Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NOS. 2088 AND 2090]
Case No. 3:23-MD-3084-CRB,

1    Having considered Plaintiffs' Administrative Motions to Consider Whether Another Party's Material Should Be Filed Under Seal, dated January 15, 2025, ECF 2088 and ECF 2090, and Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC's (collectively "Uber") statement in support of Plaintiffs' Administrative Motions, dated January 21, 2025, ECF ___, the Court hereby ORDERS that the following materials remain under seal:

| Document | Description | Designating Party |
|---|---|---|
| Portions of Ex. A to Ellis Declaration ISO Joint Discovery Letter re: Tranche 2 Random Selection Privilege Disputes (ECF 2089-1, 2089-2) | A chart of entries from a confidential privilege log containing personal email addresses (proposed redactions filed as **Exhibit A**) | Uber |
| Portions of Ex. A to Ellis Declaration ISO Joint Discovery Letter re: Tranche 3 Privilege Disputes (ECF 2091-1, 2091-2) | A chart of entries from a confidential privilege log containing personal email addresses and other confidential information (proposed redactions filed as **Exhibit B**) | Uber |
| Portions of Joint Discovery Letter Brief re: Tranche 3 Privilege Disputes (ECF 2091) | A joint letter brief containing two redactions of confidential information | Uber |

**IT IS SO ORDERED.**

Dated:_____

                                                Hon. Lisa J. Cisneros
                                                United States Magistrate Judge