# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**JOINT CASE MANAGEMENT STATEMENT** |
| This Document Relates To:<br><br>ALL ACTIONS | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor (via videoconference)<br><br>Date: January 24, 2025<br>Time: 10:00 a.m. |

# JOINT CASE MANAGEMENT STATEMENT

Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC (collectively "Uber"), and Plaintiffs' Co-Lead Counsel (collectively referred to herein as "the Parties"), respectfully provide this Joint Case Management Conference Statement and Proposed Agenda in advance of the Case Management Conference scheduled for January 24, 2024.

## Proposed Agenda

I.  Status of Case Filings

II. Bellwether Selection Process

III. Motions to Dismiss

IV. General Discovery Updates

V.  Next Case Management Conference

I.  **Status of Case Filings**

**Number of MDL Case Filings**

As of January 17, 2025, there are currently 1,564 cases in this MDL. Since the last case management conference on December 19, 2024, 50 new cases have been filed.

**Status of JCCP**

There are approximately 513 cases pending in the JCCP.

**Other Cases and Proceedings**

Uber has provided a current list of civil actions and government investigations arising from sexual assault on the Uber platform in which Uber is a defendant, attached as Exhibit A.

II. **Bellwether Selection Process**

On December 12, 2024, the Court issued PTO 21: Bellwether Selection Process and Scheduling Order. By February 14, 2025 at 5:00 P.M. Pacific Time, the parties will exchange their 10 selections to be included in the bellwether process and will submit a joint filing to the Court promptly thereafter.

### III. Motions to Dismiss

The parties have agreed to focus on PTO 21 events, rather than on another set of global motions to dismiss briefing. The parties are prepared to answer any questions the Court may have.

### IV. General Discovery Updates

The parties continue to engage in robust discovery efforts. The parties are scheduled to appear before Judge Cisneros for a discovery status conference on the morning of January 23, 2025. A joint statement on the status of discovery will be filed in advance of the conference, which will include an overview of ongoing disputes.

### VI. Next Case Management Conference

The next case management conference has been set for February 29, 2025, at 10:00am, via videoconference. ECF 1990.

Dated: January 21, 2025

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Randall S. Luskey*
ROBERT ATKINS
RANDALL S. LUSKEY
KYLE N. SMITH
JACQUELINE P. RUBIN
JESSICA E. PHILLIPS
CAITLIN E. GRUSAUSKAS
ANDREA M. KELLER

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Michael B. Shortnacy*
MICHAEL B. SHORTNACY
PATRICK OOT
JEREMIAH S. WIKLER

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Dated: January 21, 2025

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com


By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: January 21, 2025 By: */s/ Randall S. Luskey*
Randall S. Luskey