# EXHIBIT A

|    | Case Name | Case Number | Jurisdiction |
|----|-----------|-------------|--------------|
| 1  | *Doe* v. *Uber Technologies Inc., et al.* | 47-CV-23-901221 | Alabama |
| 2  | *Castillo, et al.* v. *Uber Technologies Inc., et al.* | CGC-22-603288 | California |
| 3  | *Cuevas-Robles, et al.* v. *Uber Technologies, Inc., et al.* | 24NWCV00839 | California |
| 4  | *Doe* v. *Uber Technologies Inc., et al.* | 24CU010461C | California |
| 5  | *Doe* v. *Uber Technologies, Inc. et al.* | 19-CV-03310-JSC | California |
| 6  | *Galan, et al.* v. *Uber Technologies, Inc., et al.* | 24TRCV00566 | California |
| 7  | *H.* v. *Uber Technologies, Inc. et al.* | 3:24-cv-08342 | California |
| 8  | *J.W.* v. *Uber Technologies, Inc., et al.* | 23STCV06515 | California |
| 9  | *Jane Doe* v. *Uber Technologies, Inc., et al.* | CGC-22-600553 | California |
| 10 | *R.A.* v. *Uber Technologies, Inc., et al.* | CGC24617416 | California |
| 11 | *Tripp* v. *Uber Technologies, Inc., et al.* | 24STCV16193 | California |
| 12 | *Jain* v. *Khosrowshahi et al.* | 1:24:403-UNA | Delaware |
| 13 | *C.C.* v. *Uber Technologies, Inc. et al.* | CACE2401761703 | Florida |
| 14 | *Doe* v. *Uber Technologies, Inc., et al.* | 11-2023-CA-000823-0001-XX | Florida |
| 15 | *Doe* v. *Uber Technologies Inc., et al.* | 2023-006187-CA-01 | Florida |
| 16 | *Doe* v. *Uber Technologies Inc., et al.* | 2023CA004548 | Florida |
| 17 | *Doe* v. *Uber Technologies Inc., et al.* | 23-CA-006624 | Florida |
| 18 | *Doe* v. *Uber Technologies Inc., et al.* | 2024011285CA01 | Florida |
| 19 | *C.C.* v. *Uber Technologies, Inc. et al.* | 16-2023-CA-005406 | Florida |
| 20 | *Doe* v. *Uber Technologies Inc., et al.* | 24C05066-S1 | Georgia |
| 21 | *Nisbett* v. *Uber Technologies, Inc., et al.* | 24A5042 | Georgia |
| 22 | *Jane Doe WHBE 3* v. *Uber Technologies Inc.* | 1CCV240001560 | Hawaii |
| 23 | *Jane Doe B.E.* v. *Uber Technologies, Inc., et al.* | 2024L003217 | Illinois |
| 24 | *Jane Doe L.W.* v. *Uber Technologies, Inc., et al.* | 2024L003195 | Illinois |
| 25 | *Jane Doe M.B.* v. *Uber Technologies, Inc., et al.* | 2024L003215 | Illinois |
| 26 | *Wise-Green* v. *Uber Technologies, Inc., et al.* | 2024L003220 | Illinois |
| 27 | *Check* v. *Uber Technologies Inc., et al.* | 2284CV00948 | Massachussetts |
| 28 | *Farrington* v. *Uber Technologies, Inc. et al.* | 2383CV00084 | Massachussetts |
| 29 | *Scheper* v. *Uber Technologies Inc., et al.* | 2484CV01054 | Massachussetts |
| 30 | *Doe* v. *Uber Technologies Inc., et al.* | 22-013966-CZ | Michigan |
| 31 | *C.T.* v. *Uber Technologies, Inc., et al.* | MRSL00172323 | New Jersey |
| 32 | *Doe* v. *Uber Technologies Inc., et al.* | 8019802022 | New York |
| 33 | *Jane Doe* v. *Uber, et al.* | 919-2023 | New York |
| 34 | *Peterson* v. *Uber Technologies Inc., et al.* | 8078592022E | New York |
| 35 | *Ventura* v. *Uber Technologies, Inc., et al.* | 1517572023 | New York |
| 36 | *Doe* v. *Uber Technologies Inc., et al.* | CJ-2023-2352 | Oklahoma |
| 37 | *Bailey Jo Humes* v. *Uber Technologies, Inc.* | 24CV52619 | Oregon |
| 38 | *E.B., et al.* v. *Uber Technologies Inc., et al.* | 2024CP4602996 | South Carolina |
| 39 | *Cantu* v. *Uber Technologies Inc., et al.* | S-23-5540CV-C | Texas |
| 40 | *CB* v. *Uber Technologies Inc., et al.* | 2023-38875 | Texas |
| 41 | *D.B.* v. *Uber Technologies Inc., et al.* | 1:23-cv-01172 | Texas |
| 42 | *Doe* v. *Uber Technologies Inc., et al.* | 202457168 | Texas |
| 43 | *Doe* v. *Uber Technologies Inc., et al.* | 2023-69932 | Texas |
| 44 | *Doe* v. *Uber Technologies Inc., et al.* | CV231343 | Texas |
| 45 | *Garcia* v. *Uber Technologies Inc., et al.* | 2024CI12553 | Texas |
| 46 | *Jane Doe* v. *Uber Technologies Inc., et al.* | CC2305566C | Texas |
| 47 | *Jane Doe WHBE 12* v. *Uber Technologies Inc., et al.* | CC2407815E | Texas |
| 48 | *Johnson* v. *Uber, et al.* | 202424542 | Texas |
| 49 | *Reed* v. *Uber Technologies Inc., et al.* | DC-24-06947 | Texas |
| 50 | *Doe* v. *Uber Technologies Inc., et al.* | DC2024CV0690 | Texas |
| 51 | *Dillard* v. *Uber Technologies Inc., et al.* | 2024CV002172 | Wisconsin |