| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **[PROPOSED] ORDER REGARDING WILLIAMS HART PLAINTIFFS' COMPLIANCE WITH 11/18 PFS ORDER** |
| This Document Relates to: | Re: Dkt. No. #### |
| *WHB 1017* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-04806 | |
| *WHB 1293* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-04817 | |
| *WHB 1027* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-04820 | |
| *WHB 928* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-04825 | |
| *WHB 511* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-04842 | |
| *WHB 860* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-04845 | |
| *WHB 1123* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-04850 | |
| *WHB 1023* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-04877 | |

| | |
|---|---|
| 1 | *WHB 1497* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-04891 |
| 2 | |
| 3 | *WHB 333* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-04905 |
| 4 | *WHB 1658* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-04907 |
| 5 | |
| 6 | *WHB 203* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-04912 |
| 7 | |
| 8 | *WHB 1873* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-04933 |
| 9 | *WHB 1619* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-04961 |
| 10 | |
| 11 | *WHB 689* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-04965 |
| 12 | |
| 13 | *WHB 175* v. *Uber Technologies, Inc., et al.*, *No. 3:24-cv-04982* |
| 14 | |
| 15 | *WHB 1845* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05015 |
| 16 | *WHB 676* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05024 |
| 17 | |
| 18 | *WHB 1900* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05031 |
| 19 | |
| 20 | *WHB 1941* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05032 |
| 21 | *WHB 1431* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05057 |
| 22 | |
| 23 | *WHB 12* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05058 |
| 24 | |
| 25 | *WHB 1919* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05059 |
| 26 | |
| 27 | *WHB 649* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05095 |
| 28 | |

[PROPOSED] ORDER RE: WILLIAMS HART PLS.' COMPLIANCE WITH 11/18 PFS ORDER

Case No. 3:23-md-03084-CRB

1  *WHB 666* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05127

2
3  *WHB 701* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05138

4  *WHB 1655* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05223
5
6  *WHB 451* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05256

7
8  *WHB 1832* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05305

9
10  *WHB 703* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05361

11  *WHB 1272* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05366
12
13  *WHB 473* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05459
14
15  *WHB 1048* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05462

16
17  *WHB 1661* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05468

18  *WHB 1414* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05495
19
20  *WHB 1468* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05500

21
22  *WHB 1043* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05501

23
24  *WHB 1677* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05556

25  *WHB 1659* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05565
26
27  *WHB 981* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05573

28

[PROPOSED] ORDER RE: WILLIAMS HART PLS.' COMPLIANCE WITH 11/18 PFS ORDER          Case No. 3:23-md-03084-CRB

| | |
|---|---|
| 1 | *WHB 1552* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05599 |
| 2 | |
| 3 | *WHB 1381* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05603 |
| 4 | *WHB 632* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05604 |
| 5 | |
| 6 | *WHB 1544* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05622 |
| 7 | |
| 8 | *WHB 438* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05631 |
| 9 | |
| 10 | *WHB 393* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05633 |
| 11 | *WHB 349* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05636 |
| 12 | |
| 13 | *WHB 1611* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05665 |
| 14 | |
| 15 | *WHB 1416* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05667 |
| 16 | *WHB 1348* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05669 |
| 17 | |
| 18 | *WHB 946* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05698 |
| 19 | |
| 20 | *WHB 1142* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05712 |
| 21 | |
| 22 | *WHB 1057* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05715 |
| 23 | *WHB 1470* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05716 |
| 24 | |
| 25 | *WHB 871* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05770 |
| 26 | |
| 27 | *WHB 935* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05776 |
| 28 | |

[PROPOSED] ORDER RE: WILLIAMS HART PLS.' COMPLIANCE WITH 11/18 PFS ORDER

Case No. 3:23-md-03084-CRB

*WHB 1484* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05779

*WHB 375* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05781

*WHB 1317* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05791

*WHB 513* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05951

*WHB 991* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05959

*WHB 1556* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05986

*WHB 1999* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-07048

### [PROPOSED] ORDER

Having considered the parties' joint discovery letter [####], the Court hereby ORDERS each plaintiff identified in Exhibit A to the declaration of Kyle Smith [####-#] to serve a Plaintiff Fact Sheet and/or verification that complies with the Court's November 18, 2024 Order, Dkt. No. 1877, by no later than _____.

Any request for dispositive sanctions for noncompliance with this Order may be directed to Judge Breyer in the form of a motion under Civil Local Rule 7-2, to which the plaintiffs at issue may respond under Local Rule 7-3, unless otherwise ordered by Judge Breyer.

**IT IS SO ORDERED.**

Dated: January _____, 2025

HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE