**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 263-8949
Fax: (888) 875-2889
sluther@wagstafflawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| *This document relates to:*<br><br>A.T.  v. UBER TECHNOLIGIES, INC., *et al.* ; 25-CV-00550 | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

with Jury Demand in the above-referenced action was filed on January 16, 2025.

Dated: January 23, 2025

Respectfully submitted,

*/s/ Sommer D. Luther*
Sommer D. Luther, CO 35053
**WAGSTAFF LAW FIRM**
940 Lincoln Street
Denver, CO 80203
Tel: (303) 263-8949
Fax: (888) 875-2889
sluther@wagstafflawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice*

1

1

2

3                          <u>**CERTIFICATE OF SERVICE**</u>

4          I hereby certify that on January 23, 2025, I electronically transmitted the foregoing

5    NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for

6    filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

7

8

9                                              */s/ Sommer D. Luther*

10                                             Sommer D. Luther

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

CASE NO. 3:23-md-03084-CRB                              NOTICE OF FILING OF NEW ACTION