# SUPREME COURT
# STATE OF NEBRASKA

# CERTIFICATE OF GOOD STANDING

I certify that I am Clerk of the Supreme Court of the State of Nebraska, the highest court of the State, and that on September 29, 2016, Daniel Eric Cummings was admitted to practice as an Attorney and Counselor at Law by the Supreme Court. I further certify that the attorney is now in good standing in the Courts of Nebraska, and there is not now pending in this court any disciplinary action. The attorney's private and professional character appears to be good.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of this Court, in the City of Lincoln, on October 9, 2024.

Joshua R. Shasserre, Clerk

# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Douglas T. Shima**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on January 7, 2020,

## Daniel Eric Cummings

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 8th day of October, 2024.

**Active Status**

*Douglas T. Shima*
*Clerk of the Supreme Court of Kansas*

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy Ledgerwood, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 10/2/2019,

## Daniel Eric Cummings

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 9th day of October, 2024.

*Betsy Ledgerwood*

Clerk of the Supreme Court of Missouri