1  [Submitting Counsel below]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR JOINT LETTER BRIEF REGARDING TAR DISPUTE** |

## STIPULATION

**WHEREAS**, on December 23, 2024, the Parties negotiated and entered into a schedule setting forth a Timeline for TAR Data Sharing (the "Timeline") (ECF 2009);

**WHEREAS**, on December 24, 2024, the Court ordered the Parties to comply with the terms of that agreement (ECF 2014);

**WHEREAS**, the Timeline required the Parties to submit a PTO 8 dispute letter with the Court by January 27, 2025;

**WHEREAS**, the Parties met and conferred on January 24, 2025 and have agreed a one day extension for exchanging and filing their Joint Letter

**WHEREAS** this change will not alter the date of any other event or deadline already fixed by Court order; and

**WHEREAS,** the Parties agree to a one day extension for Plaintiffs to provide their section of the PTO 8 dispute letter until January 25, 2025, for Defendants to serve its section of the PTO 8 dispute letter to January 27, 2025; and for the parties to file the joint PTO 8 letter to January 28, 2025.

1  **WHEREFORE,** the Parties respectfully request the Court enter the parties'
2  stipulation that:

3  The Parties shall file their joint PTO 8 letter regarding TAR disputes by January
4  28, 2025.

Respectfully submitted,

By: */s/ Roopal Luhana*
ROOPAL P. LUHANA (*Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com
*Co-Lead Counsel for Plaintiffs*

SARAH R. LONDON (SBN 267083)
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
Email: slondon@lchb.com

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

By: */s/ Michael B. Shortnacy*
MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (*Pro Hac Vice* admitted)
oot@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
1800 K Street NW, Suite 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

RANDALL S. LUSKEY (SBN: 240915)
rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
akeller@paulweiss.com

| | |
|---|---|
| 1 | |
| 2 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 3 | 1285 Avenue of the Americas |
| 4 | New York, NY 10019 |
| | Telephone: (212) 373-3000 |
| | Facsimile:  (212) 757-3990 |

## FILER'S ATTESTATION

I, Roopal Luhana, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: January 27, 2025                                     By:   /s/ Roopal Luhana

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 27, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to registered parties.

/s/Roopal Luhana

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME FOR JOINT LETTER BRIEF REGARDING TAR DISPUTE** |

The Court hereby GRANTS the parties' stipulation as follows:

      The Parties shall file their Joint Letter Brief regarding TAR disputes by January 28. 2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____, 2025

                            HON. LISA J. CISNEROS
                            UNITED STATES MAGISTRATE JUDGE