# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

Case No. 23-md-03084-CRB

This Document Relates to:

ALL CASES

**ORDER GRANTING STIPULATION EXTENDING TIME FOR JOINT LETTER BRIEF REGARDING TAR DISPUTE**

The Court hereby GRANTS the parties' stipulation as follows:

The Parties shall file their Joint Letter Brief regarding TAR disputes by January 28. 2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: January 27, 2025

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER  CASE NO.
23-MD-03084-CRB