```
1   RANDALL S. LUSKEY (SBN: 240915)
        rluskey@paulweiss.com
2   PAUL, WEISS, RIFKIND, WHARTON
        & GARRISON LLP
3   535 Mission Street, 24th Floor
    San Francisco, CA 94105
4   Telephone: (628) 432-5100
    Facsimile:  (628) 232-3101
5
    ROBERT ATKINS (Pro Hac Vice admitted)
6       ratkins@paulweiss.com
    CAITLIN E. GRUSAUSKAS (Pro Hac Vice admitted)
7       cgrusauskas@paulweiss.com
    ANDREA M. KELLER (Pro Hac Vice admitted)
8       akeller@paulweiss.com
    PAUL, WEISS, RIFKIND, WHARTON
9       & GARRISON LLP
    1285 Avenue of the Americas
10  New York, NY 10019
    Telephone: (212) 373-3000
11  Facsimile:  (212) 757-3990

12  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.;
13  RASIER, LLC; and RASIER-CA, LLC

14  [Additional Counsel Listed on Signature Page]
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Judge:     Honorable Charles Breyer |
| This Document Relates to:<br><br>*Brianna Craig v. Uber Technologies, Inc., et al.*<br>Case No.: 3:23-cv-05932-CRB | **STIPULATION EXTENDING TIME FOR THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC., RAISER, LLC, AND RAISER-CA, LLC TO RESPOND TO THIRD-PARTY DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY THE CASE** |

### STIPULATION

**WHEREAS**, on December 18, 2024, Defendants/Third-Party Plaintiffs Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC (collectively, "Uber") filed their Third-Party Complaint against Third-Party Defendant Syd Syed. (ECF 8). In response, on January 14, 2025, Third-Party

1  Defendant filed a Motion to Compel Arbitration of the Third-Party Complaint and Stay the Action.
2  (ECF 11). Pursuant to Local Rule 7-3, Uber must file its opposition by January 28, 2025.

3      **WHEREAS**, the parties have met and conferred, and have agreed that Third-Party Plaintiffs
4  should be permitted a brief extension of the January 28 deadline to respond to Third-Party Defendant's
5  Motion to Compel Arbitration and Stay the Case.

6      **WHEREAS**, specifically the parties have agreed that Third-Party Plaintiffs may have until
7  March 14, 2025 to respond to Third-Party Defendant's Motion to Compel Arbitration. This also would
8  extend Third-Party Defendant's deadline to file a reply to March 21, 2025.

9      **WHEREAS**, the parties also agreed to move the hearing date on Third-Party Defendant's
10  Motion to Compel Arbitration from February 28 to April 4, 2025 at 10:00 a.m.

11      **WHEREAS**, there have been no prior time modifications in this case.

12      **THEREFORE,** the parties respectfully request that the Court enter the parties' stipulation
13  that: the January 28, 2025, deadline for Third-Party Plaintiffs to respond to Third-Party Defendant's
14  Motion to Compel Arbitration herein is extended to March 14, 2025, and Third-Party Defendant's
15  deadline to file a Reply in support of his Motion to Compel Arbitration is extended to March 21, 2025.
16  The hearing on Third-Party Defendant's Motion to Compel Arbitration is moved from February 28 to
17  April 4, 2025 at 10:00 a.m.

18  **IT IS SO STIPULATED.**

19

20  DATED: January 27, 2025          Respectfully submitted,

21          **SHOOK HARDY & BACON L.L.P.**

22          By: */s/ Maria Salcedo*
23             MARIA SALCEDO

24          MARIA SALCEDO (Admitted *Pro Hac Vice*)
          msalcedo@shb.com
25          **SHOOK, HARDY & BACON L.L.P.**
        2555 Grand Blvd.
26          Kansas City, MO 64108
        Telephone: (816) 474-6550
27          Facsimile: (816) 421-5547

28          MICHAEL B. SHORTNACY

MICHAEL B. SHORTNACY (SBN: 277035)
   mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (Admitted *Pro Hac Vice*)
   oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

KYLE N. SMITH (*Pro Hac Vice* admitted)
   ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
   jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorney for Defendants*/*Third-Party Plaintiffs*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

DATED: January 27, 2025

By: */s/   Haitham G. Amin*
   Haitham G. Amin, California State Bar No. 28679
   **AMIN LAW, P.C.**
   50 California St., Suite 1500
   San Francisco, CA 94111
   Telephone: (415) 851.4300
   HAmin@AminLaw.com

By: */s/   Seth W. Wiener*
   Seth W. Wiener (California State Bar No. 203747)
   **LAW OFFICES OF SEITH W. WIENER**
   609 Karina Court
   San Ramon, CA 94582
   Telephone: (925) 487-5607
   seth@sethwienerlaw.com

*Attorneys for Third-Party Defendant Syd Syed*

**FILER'S ATTESTATION**

I, Maria Salcedo, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: January 27, 2025							BY: */s/ Maria Salcedo*
											Maria Salcedo (ADMITTED PRO HAC VICE)