RANDALL S. LUSKEY (SBN: 240915)
rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Judge: Honorable Charles Breyer |
| This Document Relates to:<br><br>*Brianna Craig v. Uber Technologies, Inc., et al.*<br>Case No.: 3:23-cv-05932-CRB | **DECLARATION M. SALCEDO IN SUPPORT OF STIPULATION EXTENDING TIME FOR THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC., RAISER, LLC, AND RAISER-CA, LLC TO RESPOND TO THIRD-PARTY DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY THE CASE** |

I, Maria Salcedo, declare as follows:

1. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendants and Third-Party Plaintiffs, Uber Technologies, Rasier LLC, and Rasier-CA, LLC, ("Third-

DECLARATION OF M. SALCEDO IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THIRD-PARTY DEFENDANT'S MOTION TO COMPEL ARBITRATION Case No. 3:23-cv-05932-CRB

Party Plaintiffs"). I am a member in good standing of the Bar of the State of Missouri and the Bar of the State of Florida, and I admitted pro hac vice in this matter. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so.

2. I respectfully submit this declaration in support of the accompanying Stipulation Extending Third-Party Plaintiffs' Time to Respond to Third-Party Defendant's Motion to Compel Arbitration.

3. On December 18, 2024, Defendants/Third-Party Plaintiffs Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC (collectively, "Uber") filed their Third-Party Complaint against Third-Party Defendant Syd Syed. (ECF 8). In response, on January 14, 2025, Third-Party Defendant filed a Motion to Compel Arbitration of the Third-Party Complaint and Stay the Action. (ECF 11). Pursuant to Local Rule 7-3, Uber must file its opposition by January 28, 2025. The hearing on Third-Party Defendant's Motion to Compel Arbitration is currently scheduled for February 28, 2025.

4. On January 27, 2025, counsel for both parties met and conferred regarding the timing of Uber's Response to Third-Party Defendant's Motion to Compel Arbitration and Stay the Case.

5. At the meet and confer, the parties agreed, Uber should be permitted a brief extension of the January 28 deadline to respond to Third-Party Defendant's Motion to Compel Arbitration and Stay the Case.

6. Specifically, the parties have agreed that Uber may have until March 14, 2025 to respond to Third-Party Defendant's Motion to Compel Arbitration. This also would extend Third-Party Defendant's deadline to file a reply to March 21, 2025.

7. The parties have also agreed to move the hearing from February 28 to April 4, 2025 at 10:00 a.m.

8. This extension of time is necessary due to the complex issues raised in Third-Party Defendant's Motion to Compel Arbitration and Stay the Case.

9. There have been no prior time modifications in this case.

10. The extension of time will not affect the case because Third-Party Defendant has agreed

to move the hearing date on its Motion to Compel Arbitration.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of January 2025, in Kansas City, Missouri.

*/s/ Maria Salcedo*
Mari Salcedo
(Admitted Pro Hac Vice)
msalcedo@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

Attorney for Defendants
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

3
DECLARATION OF M. SALCEDO IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THIRD-PARTY DEFENDANT'S MOTION TO COMPEL ARBITRATION  Case No. 3:23-cv-05932-CRB
System.Object[]