# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**: ORDER (CIVIL LOCAL RULE 11-3) |

I, Daniel E. Cummings, an active member in good standing of the bars of Missouri, Kansas, and Nebraska, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in the above-entitled action. My local co-counsel in this case is Michael B. Shortnacy, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 277035.

| | |
|---|---|
| 2555 Grand Blvd,<br>Kansas City, MO 64108<br>MY ADDRESS OF RECORD | 2121 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (816) 474-6550<br>MY TELEPHONE NUMBER OF RECORD | 424-285-8330<br>LOCAL CO-COUNSEL'S TELEPHONE NUMBER OF RECORD |
| decummings@shb.com<br>MY EMAIL ADDRESS OF RECORD | mshortnacy@shb.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is 26020 (NE), 722664 (MO), and 28411 (KS).

True and correct copies of a certificate of good standing or equivalent official document from said bars are attached to this application.

I have been granted *pro hac vice* admission by the Court 0 times in the 12 months preceding

Case No. 3:23-MD-3084-CRB

this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 24, 2025

*/s/ Daniel E. Cummings*
APPLICANT
Daniel E. Cummings

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Daniel E. Cummings is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 28, 2025

UNITED STATES DISTRICT/MAGISTRATE JUDGE