ELLYN HURD Massachusetts Bar No. 652031
JO ANNA POLLOCK Bar No. 6273491
**Simmons Hanly Conroy, LLP**
One Court Street
Alton, IL 62002
Telephone: 800-479-9533
Facsimile: 618-259-2251
Email: ehurd@simmonsfirm.com
       jpollack@simmonsfirm.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>M.M. v. UBER TECHNOLOGIES, Inc., et al., 3:25-cv-0896 | No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the complaint with Jury Demand in the above-referenced action was filed on January 28, 2025.

Dated: January 28, 2025                    Respectfully submitted,

                                           By: */s/ Ellyn Hurd*
                                           ELLYN HURD
                                           JO ANNA POLLOCK
                                           **Simmons Hanly Conroy, LLP**
                                           One Court Street
                                           Alton, IL 62002
                                           Telephone: 800-479-9533
                                           Facsimile: 618-259-2251
                                           Email: ehurd@simmonsfirm.com
                                                  jpollack@simmonsfirm.com
                                           *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2025, Plaintiff electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using CM/ECF System for filing thereby transmitting a Notice for Electronic Filing to all CM/ECF registrants.

*/s/ Ellyn Hurd*
Ellyn Hurd