ROOPAL P. LUHANA (*admitted Pro Hac Vice*)
**Chaffin Luhana LLP**
600 Third Avenue
12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
Email: luhana@chaffinluhana.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *L.K. v. UBER TECHNOLOGIES, INC., et al., 3:24-cv-09349-CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on December 23, 2024.

///

///

///

Dated: January 28, 2025                          Respectfully submitted,

                                                 By: */s/ Roopal P. Luhana*
                                                 ROOPAL P. LUHANA (*admitted PHV*)
                                                 **Chaffin Luhana LLP**
                                                 600 Third Avenue
                                                 12th Floor
                                                 New York, NY 10016
                                                 Telephone: (888) 480-1123
                                                 Facsimile: (888) 499-1123
                                                 Email: luhana@chaffinluhana.com

                                                 *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.


                                                 */s/ Roopal P. Luhana*
                                                 Roopal P. Luhana