| | |
|---|---|
| 1 | RANDALL S. LUSKEY (SBN: 240915) |
|  | rluskey@paulweiss.com |
| 2 | **PAUL, WEISS, RIFKIND, WHARTON** |
|  | **& GARRISON LLP** |
| 3 | 535 Mission Street, 25th Floor |
|  | San Francisco, CA 94105 |
| 4 | Telephone: (628) 432-5100 |
|  | Facsimile:  (628) 232-3101 |
| 5 | |
|  | ROBERT ATKINS (*Pro Hac Vice* admitted) |
| 6 | ratkins@paulweiss.com |
|  | JACQUELINE P. RUBIN (*Pro Hac Vice* admitted) |
| 7 | jrubin@paulweiss.com |
|  | CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted) |
| 8 | cgrusauskas@paulweiss.com |
|  | ANDREA M. KELLER (*Pro Hac Vice* admitted) |
| 9 | akeller@paulweiss.com |
|  | **PAUL, WEISS, RIFKIND, WHARTON** |
| 10 | **& GARRISON LLP** |
|  | 1285 Avenue of the Americas |
| 11 | New York, NY 10019 |
|  | Telephone: (212) 373-3000 |
| 12 | Facsimile:  (212) 757-3990 |

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

[Additional Counsel Listed on Following Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
|  | **DECLARATION OF KYLE SMITH REGARDING SERVICE OF ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| This Document Relates to: | |
| *J.B.* v. *Uber Technologies, Inc., et al.*, Case No. 3:23-cv-06692-CRB | Judge:       Hon. Charles R. Beyer |
|  | Courtroom:  6 – 17th Floor |

1  KYLE N. SMITH (*Pro Hac Vice* admitted)
     ksmith@paulweiss.com
2  JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
     jphillips@paulweiss.com
3  **PAUL, WEISS, RIFKIND, WHARTON**
     **& GARRISON LLP**
4  2001 K Street, NW
   Washington DC, 20006
5  Telephone: (202) 223-7300
   Facsimile:  (202) 223-7420

*Attorneys for Defendants*
7  UBER TECHNOLOGIES, INC.,
   RASIER, LLC, and RASIER-CA, LLC

---

SMITH DECLARATION REGARDING SERVICE OF
ORDER GRANTING MOTION TO WITHDRAW            Case No. 3:23-md-03084-CRB

# DECLARATION OF KYLE SMITH

I, Kyle Smith, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Arlington, Virginia. I respectfully submit this declaration explaining how Uber served a copy of the Court's January 22, 2025 Order Granting Motion to Withdraw, ECF 2128, on Plaintiff J.B. ("Plaintiff").

2. I am a partner at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, representing Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Uber") in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188. I am a member in good standing of the Bar of the District of Columbia Court of Appeals and the Bar of the State of New York, Appellate Division, Third Department. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. During discovery, Plaintiff submitted a Ride Information Form pursuant to Pre-Trial Order No. 5 listing an email address associated with Plaintiff. Plaintiff also submitted a Plaintiff Fact Sheet pursuant to Pre-Trial Order No. 10 listing a physical address associated with Plaintiff.

4. On January 24 and 27, 2025, counsel for Uber emailed former counsel for Plaintiff, Pulaski Kherkher, PLLC, identifying these email and physical mailing addresses. Uber requested that Plaintiff's former counsel inform Uber of any different physical mailing or email addresses to which Uber should send the Court's Order. On January 27, 2025, Plaintiff's former counsel informed Uber that they are unaware of any different email or physical mailing addresses for Plaintiff.

5. On January 27, 2025, counsel for Uber served Plaintiff with the letter attached to this declaration as **Exhibit A**. Exhibit 2 of that letter contains the Court's January 22, 2025 Order Granting Motion to Withdraw.

6. Counsel for Uber served Plaintiff J.B. with this letter via three different methods: (1) producing the letter to J.B.'s MDL Centrality profile, (2) emailing the letter to the email address

1  identified in J.B.'s Uber Ride Information Form, and (3) depositing the letter for delivery via
2  certified mail to the physical mailing address identified in J.B.'s Plaintiff Fact Sheet.
3      I declare under penalty of perjury that the foregoing is true and correct.
4      Executed on January 28, 2025, in Washington, DC.

                                                          /s/ Kyle Smith
                                                          Kyle Smith