[Submitting Counsel below]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR JOINT LETTER BRIEF REGARDING HYPERLINKS** |

## STIPULATION

**WHEREAS**, on January 21, 2025, Plaintiffs raised a potential dispute regarding hyperlinks to the Court (ECF 2115);

**WHEREAS**, on January 22, 2025, the Court required the parties to meet and confer no later than January 24, 2025 and follow an abbreviated PTO 8 process (ECF 2131) with the following deadlines: (1) Plaintiffs to provide their 2.5-page portion of the joint letter to Defendants by January 28, 2025 at 10:00 am PST; (2) Defendants shall provide their 2.5-page portion of the letter to Plaintiffs by January 29, 2025 at 11:59 pm PST; (3) the joint letter may be revised on January 30, 2025, by exchanging drafts with changes no later than 12:00 noon PST; and (4) the joint discovery letter shall be filed by January 30, 2025 at 11:59 pm PST;

**WHEREAS**, the Parties met and conferred on January 24, 2025;

**WHEREAS**, on January 28, 2025, Plaintiffs requested an extension of time to provide Defendants their portion of a PTO 8 letter brief;

**WHEREAS,** this change will not alter the date of any other event or deadline already fixed by Court order, other than those requested herein; and

1  **WHEREAS,** in light of the Plaintiffs' request, Parties agree to seek an extension as follows: (1) Plaintiffs shall provide their 2.5-page portion of the joint letter and any exhibits to Defendants by today, January 28, 2025 by 5:00 pm PST; (2) Defendants shall provide their 2.5-page portion of the joint letter and any exhibits to Plaintiffs by January 30, 2025 by 11:59 pm PST; (3) Plaintiffs shall provide any revisions to their 2.5-page portion of the joint letter to Defendants on January 31, 2025, no later than 12:00 noon PST; and (4) the joint discovery letter shall be filed by January 31, 2025 by 11:59 pm PST.

**WHEREFORE,** the Parties respectfully request the Court enter the parties' stipulation that:

The Parties shall comply with the said upon mutual agreement and file the joint letter by January 31, 2025.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Roopal Luhana*<br>ROOPAL P. LUHANA *(Pro Hac Vice)*<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Fl. 12<br>New York, NY 10016<br>Telephone: (888) 480-1123<br>Email: luhana@chaffinluhana.com<br>*Co-Lead Counsel for Plaintiffs*<br><br>SARAH R. LONDON (SBN 267083)<br>**LIEFF CABRASER HEIMANN & BERNSTEIN**<br>275 Battery Street, Fl. 29<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Email: slondon@lchb.com<br><br>RACHEL B. ABRAMS (SBN 209316)<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820 | By: */s/ Michael B. Shortnacy*<br>MICHAEL B. SHORTNACY (SBN: 277035)<br>mshortnacy@shb.com<br>**SHOOK, HARDY & BACON, L.L.P.**<br>2049 Century Park East, Suite 3000<br>Los Angeles, CA 90067<br>Telephone: (424) 285-8330<br>Facsimile: (424) 204-9093<br><br>PATRICK OOT (*Pro Hac Vice* admitted)<br>oot@shb.com<br>**SHOOK, HARDY & BACON, L.L.P.**<br>1800 K Street NW, Suite 1000<br>Washington, DC 20006<br>Telephone: (202) 783-8400<br>Facsimile: (202) 783-4211<br><br>RANDALL S. LUSKEY (SBN: 240915)<br>rluskey@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>535 Mission Street, 24th Floor<br>San Francisco, CA 94105 |

1 | San Francisco, CA 94111
2 | Telephone: (415) 426-5641
  | Email: rabrams@peifferwolf.com

Telephone: (628) 432-5100
Facsimile: (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

## **FILER'S ATTESTATION**

I, Roopal Luhana, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: January 28, 2025                                    By:    */s/ Roopal Luhana*

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on January 28, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to registered parties.

*/s/Roopal Luhana*