|   |   |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **NORTHERN DISTRICT OF CALIFORNIA** |
| 3 | **SAN FRANCISCO DIVISION** |

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
|---|---|
| This Document Relates to: ALL CASES | **[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME FOR JOINT LETTER REGARDING HYPERLINKS** |

The Court hereby GRANTS the parties' stipulation as follows:

The Parties shall file their Joint Letter Brief regarding hyperlink disputes by January 31, 2025 abiding by the agreed upon schedule.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____, 2025

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE