# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| This Document Relates to:<br><br>ALL CASES | **ORDER GRANTING STIPULATION EXTENDING TIME FOR JOINT LETTER REGARDING HYPERLINKS** |

The Court hereby GRANTS the parties' stipulation as follows:

The Parties shall file their Joint Letter Brief regarding hyperlink disputes by January 31, 2025 abiding by the agreed upon schedule.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: <u>January 29, 2025</u>

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE