UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*JANE DOE EB 19 v. UBER TECHNOLOGIES, INC., et al.*<br>Case No. 3:24-cv-05217 | MDL No. 3084 CRB<br><br>**[PROPOSED] ORDER GRANTING ESTEY & BOMBERGER, LLP'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JANE DOE EB 19** |

This matter comes before the Court on the Motion of Estey & Bomberger LLP ("E&B") to withdraw as counsel for Plaintiff Jane Doe EB 19 in the above-captioned case pursuant to Local Rule 11-5 and California Rules of Professional Conduct 1.16(b)(4) and 1.16(d).

1. E&B's Motion is GRANTED. E&B and its attorneys are terminated as counsel of record for Plaintiff Jane Doe EB 19.

2. Pursuant to Local Rule 11-5(b), E&B is ordered to serve all notices, papers, or pleadings on Plaintiff by regular mail until such time as these Plaintiffs appear *pro se* or counsel appear on their behalf.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Court Judge

---

Case No. 3:23-MD-03084-CRB; 3:24-CV-05217   [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JANE DOE EB 19

1