Stephen J. Estey (SBN 163093)
R. Michael Bomberger (SBN 169866)
Angela J. Nehmens (SBN 309433)
**ESTEY & BOMBERGER, LLP**
2869 India Street
San Diego, CA 92103
Tel: (619) 295-0035
Fax: (619) 295-0172
Email: steve@estey-bomberger.com
Email: mike@estey-bomberger.com
Email: angela@estey-bomberger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JANE DOE EB 10**<br><br>JURY TRIAL DEMANDED<br><br>Judge: Hon. Charles R. Breyer<br>Date: March 7, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor; Videoconference |
| This Document Relates to:<br><br>*JANE DOE EB 10 v. UBER TECHNOLOGIES, INC., et al.*<br>Case No. 3:24-cv-05197 | |

## NOTICE OF MOTION & MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE that on Friday, March 7, 2025 at 10:00 a.m. by videoconference (accessible at https://canduscourts.zoomgov.com/j/1611472837?pwd=cy81NUdINWZmeEpFUjlHRXM3djZ5QT09), before the Honorable Charles R. Breyer, in Courtroom 6 of this Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Estey & Bomberger LLP (E&B), counsel of

1

record for Plaintiff Jane Doe EB 10 ("Plaintiff"), moves this Court for an order permitting its withdrawal as counsel for Plaintiff.

This Motion is made pursuant to Local Rule 11-5(a) and California Rules of Professional Conduct 1.16(b)(4) and 1.16(d). The Notice of Motion & Motion are based on the below Memorandum in Support and the accompanying Declaration of Angela J. Nehmens, filed herewith as Exhibit A. A Proposed Order is attached as Exhibit B.

### MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 11-5(a) and California Rules of Professional Conduct 1.16(b)(4) and 1.16(d), E&B submits this Memorandum of Law in support of its Motion to Withdraw as Counsel for Plaintiff Jane Doe EB 10. E&B respectfully requests the Court grant the Motion.

### STATEMENT OF FACTS

Plaintiff Jane Doe EB 10 is currently represented by E&B for a rideshare assault claim against Defendants. *See* Nehmens Decl. at ¶ 2. Plaintiff's claims were filed in the United States District Court for the Northern District of California as Case No. 3:24-cv-05197 on August 15, 2024. Plaintiff's case was consolidated into the multidistrict litigation *In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation*, Case No. 3:23-md-03084, on August 16, 2024. Irreconcilable differences have arisen between E&B and Plaintiff. Nehmens Decl. ¶3. After notifying Plaintiff in writing that E&B would seek withdrawal as her counsel, Plaintiff has not responded, has not informed E&B that she intends to voluntarily dismiss her claims, and has not informed E&B that she plans to or has retained alternative counsel. Nehmens Decl. ¶4.

### NO DELAY OR PREJUDICE WILL BE CAUSED BY RELIEVING COUNSEL

Under California Rule of Professional Conduct 1.16(b)(4), a lawyer may withdraw from a case if "the client . . . renders it unreasonably difficult for the lawyer to carry out the representation effectively." According to Local Civil Rule 11-5, "[c]ounsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." The decision to grant or deny an

1  attorney's motion to withdraw as counsel is committed to the sound discretion of the trial court.
2  *LaGrand v. Stewart,* 133 F.3d 1253, 1269 (9th Cir. 1988).

3  As detailed above, E&B and Plaintiff have irreconcilable differences concerning her claims which have rendered it unreasonably difficult for E&B to prosecute this case. *See* Nehmens Decl. at ¶¶3-4. Therefore, good cause exists for allowing E&B to withdraw as Attorneys of Record for the Plaintiff. Furthermore, no trial date has been set, giving Plaintiff ample time to find new counsel should she wish to proceed with her claims against Defendants. In addition to its written notice to Plaintiff Jane Doe EB 10, E&B has also previously informed Defendants in writing of its intent to withdraw as counsel for Plaintiff. As such, no delay or prejudice shall result from E&B being allowed to withdraw as Plaintiff Jane Doe EB 10's counsel. *See* Nehmens Decl. ¶¶5-9. Because Plaintiff's conduct falls into the express terms of Rule 1.16 regarding permissive withdrawal, and E&B has taken all reasonable steps to avoid foreseeable prejudice to Plaintiff, we respectfully request that this Honorable Court grant this Motion and allow E&B to withdraw as counsel of record for Plaintiff Jane Doe EB 10.

Because this motion is not accompanied by a substitution of counsel or an agreement by Plaintiff to proceed pro se, E&B agrees to the condition imposed by Local Rule 11-5(b) to serve Plaintiffs with all papers in this matter, unless or until Plaintiff appears pro se, other counsel appears on Plaintiff's behalf, or upon further order of the Court. *See* Nehmens Decl. ¶ 10.

## **CONCLUSION**

E&B respectfully requests that the Court enter an order terminating its representation of Plaintiff Jane Doe EB 10 and allowing Plaintiff 30 days to retain new counsel.

DATED: January 29, 2025

Respectfully Submitted,

**ESTEY & BOMBERGER, LLP**

*/s/ Angela J. Nehmens*
Stephen J. Estey
Angela J. Nehmens

**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2025, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Angela J. Nehmens*