Stephen J. Estey (SBN 163093)
R. Michael Bomberger (SBN 169866)
Angela J. Nehmens (SBN 309433)
**ESTEY & BOMBERGER, LLP**
2869 India Street
San Diego, CA 92103
Tel: (619) 295-0035
Fax: (619) 295-0172
Email: steve@estey-bomberger.com
Email: mike@estey-bomberger.com
Email: angela@estey-bomberger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*JANE DOE EB 10 v. UBER TECHNOLOGIES, INC., et al.*<br>Case No. 3:24-cv-05197 | MDL No. 3084 CRB<br><br>**DECLARATION OF ANGELA J. NEHMENS IN SUPPORT OF ESTEY & BOMBERGER LLP'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JANE DOE EB 10** |

I, Angela J. Nehmens, declare:

1. I am an attorney in the law firm Estey & Bomberger, LLP. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Estey & Bomberger, LLP was retained by Plaintiff Jane Doe EB 10 to prosecute an action against the Defendants for a rideshare assault claim.

3. Estey & Bomberger, LLP and Plaintiff have since developed irreconcilable differences. To preserve the attorney-client relationship, the undersigned cannot detail the substance of those differences. Plaintiff has refrained from cooperating with Estey & Bomberger, LLP to further prosecute her claim, rendering it unreasonably difficult for our firm to carry out effective representation.

4. Plaintiff has also refrained from responding to written correspondence from our firm indicating that we planned to file the present Motion to Withdraw as Counsel and further advising her to seek and retain new counsel should she wish to continue her case. To date, Plaintiff Jane Doe EB 10 has not replied to our communications, has not informed us that she intends to voluntarily dismiss her claims, and has not informed our firm that alternative counsel has been retained.

5. If this motion is granted and Estey & Bomberger, LLP is allowed to withdraw as counsel of record for Plaintiff Jane Doe EB 10, the Plaintiff will have ample time to retain new counsel to prosecute this matter and take it to trial, as the trial is not yet scheduled to commence.

6. Undersigned counsel's Motion to Withdraw, the supporting Memorandum and points of authorities, this Declaration, and the Proposed Order, have been served on Plaintiff Jane Doe EB 10 by Registered mail, postage prepaid, at her home address and at her email address.

7. Under California Rule of Professional Conduct 1.16(d), my firm has taken all reasonably available steps to avoid prejudice to the rights of Plaintiff Jane Doe EB 10.

8. We informed Uber of our intent to withdraw from this case on January 7, 2025.

9. Our withdrawal from this case will not impact the timing or schedule of this litigation, and we have taken all reasonable steps possible to avoid prejudice to Plaintiff by informing her of her options and the consequences of failing to comply with case deadlines.

10. I understand that pursuant to Local Rule 11-5(b), leave to withdraw may be conditioned on our firm continuing to accept papers to forward to the client. We are able to accept this responsibility.

Executed this 29th day of January 2025 in San Francisco, California.

/S/ Angela J. Nehmens
Angela J. Nehmens

2

CASE NO. 3:23-MD-03084-CRB; 3:24-CV-05197   NEHMENS DECL. ISO MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JANE DOE EB 10