1  RANDALL S. LUSKEY (SBN: 240915)
       rluskey@paulweiss.com
2  **PAUL, WEISS, RIFKIND, WHARTON**
       **& GARRISON LLP**
3  535 Mission Street, 25th Floor
   San Francisco, CA 94105
4  Telephone: (628) 432-5100
   Facsimile:  (628) 232-3101
5
   ROBERT ATKINS (*Pro Hac Vice* admitted)
6      ratkins@paulweiss.com
   JACQUELINE P. RUBIN (*Pro Hac Vice* admitted)
7      jrubin@paulweiss.com
   CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
8      cgrusauskas@paulweiss.com
   ANDREA M. KELLER (*Pro Hac Vice* admitted)
9      akeller@paulweiss.com
   **PAUL, WEISS, RIFKIND, WHARTON**
10      **& GARRISON LLP**
   1285 Avenue of the Americas
11 New York, NY 10019
   Telephone: (212) 373-3000
12 Facsimile:  (212) 757-3990

13 *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.,
14 RASIER, LLC, and RASIER-CA, LLC

15 *[Additional Counsel Listed on Following Page]*

16
17                    UNITED STATES DISTRICT COURT
18                   NORTHERN DISTRICT OF CALIFORNIA
                          SAN FRANCISCO DIVISION
19

| 20 | IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
|---|---|---|
| 21 | | **DECLARATION OF KYLE SMITH IN SUPPORT OF DEFENDANTS' PORTION OF THE JOINT LETTER REGARDING LEVIN SIMES PLAINTIFFS' OVERDUE PLAINTIFF FACT SHEETS** |
| 22 | This Document Relates to: | |
| 23 | | |
| 24 | *Jane Doe LS 154* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-03807 | Judge:       Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |
| 25 | | |
| 26 | *Jane Doe LS 90* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-03956 | |
| 27 | | |
| 28 | *Jane Doe LS 250* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-03995 | |


*Jane Doe LS 383* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05197

*Jane Doe LS 107* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05232

*Jane Doe LS 174* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05359

*Jane Doe LS 97* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05368

*Jane Doe LS 353* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05401

*Jane Doe LS 266* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05416

*Jane Doe LS 285* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05919

*Jane Doe LS 523* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05155

*Jane Doe LS 330* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05160

*Jane Doe LS 419* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05263

*Jane Doe LS 412* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05317

*Jane Doe LS 492* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05324

*Jane Doe LS 338* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05326

*Jane Doe LS 252* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05334

*Jane Doe LS 225* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05336

*Jane Doe LS 131* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05337

K. SMITH DECL. ISO DEFS.' PORTION OF JOINT LETTER RE: LEVIN SIMES PLS.' OVERDUE PLAINTIFF FACT SHEETS    Case No. 3:23-md-03084-CRB

*Jane Doe LS 128* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05377

*Jane Doe LS 281* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05430

*Jane Doe LS 187* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05432

*Jane Doe LS 507* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05509

*Jane Doe LS 500* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05513

*Jane Doe LS 101* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05521

*Jane Doe LS 506* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05531

*Jane Doe LS 505* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05533

*Jane Doe LS 473* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05544

*Jane Doe LS 480* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05549

*Jane Doe LS 483* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05550

*Jane Doe LS 486* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05551

*Jane Doe LS 307* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05569

*Jane Doe LS 47* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05571

*Jane Doe LS 482* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05593

*Jane Doe LS 471* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05630

- iii -

K. SMITH DECL. ISO DEFS.' PORTION OF JOINT LETTER RE: LEVIN SIMES PLS.' OVERDUE PLAINTIFF FACT SHEETS     Case No. 3:23-md-03084-CRB

- iv -

*Jane Doe LS 475* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05642

*Jane Doe LS 476* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05646

*Jane Doe LS 467* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05652

*Jane Doe LS 509* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05662

*Jane Doe LS 458* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05679

*Jane Doe LS 468* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05685

*Jane Doe LS 444* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05687

*Jane Doe LS 449* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05689

*Jane Doe LS 454* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05695

*Jane Doe LS 435* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05755

*Jane Doe LS 452* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05756

*Jane Doe LS 422* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05758

*Jane Doe LS 519* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05759

*Jane Doe LS 429* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05797

*Jane Doe LS 434* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05814

*Jane Doe LS 457* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05817

*Jane Doe LS 417* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05821

*Jane Doe LS 469* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05874

*Jane Doe LS 380* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05879

*Jane Doe LS 350* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05882

*Jane Doe LS 289* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05883

*Jane Doe LS 366* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05886

*Jane Doe LS 355* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05887

*Jane Doe LS 300* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05900

*Jane Doe LS 267* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05901

*Jane Doe LS 176* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05903

*Jane Doe LS 271* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05906

*Jane Doe LS 173* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05907

*Jane Doe LS 161* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05912

*Jane Doe LS 169* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05918

*Jane Doe LS 114* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05919

*Jane Doe LS 324* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05920

- v -

K. SMITH DECL. ISO DEFS.' PORTION OF JOINT LETTER RE: LEVIN SIMES PLS.' OVERDUE PLAINTIFF FACT SHEETS    Case No. 3:23-md-03084-CRB

| |
|---|
| *Jane Doe LS 137* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05921 |
| *Jane Doe LS 89* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05924 |
| *Jane Doe LS 124* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05930 |
| *Jane Doe LS 4* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05931 |
| *Jane Doe LS 132* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05934 |
| *Jane Doe LS 45* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05935 |
| *Jane Doe LS 243* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05939 |
| *Jane Doe LS 99* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05943 |
| *Jane Doe LS 86* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05970 |
| *Jane Doe LS 192* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05975 |
| *Jane Doe LS 5* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05976 |
| *Jane Doe LS 288* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05987 |
| *Jane Doe LS 160* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05996 |
| *Jane Doe LS 327* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-06032 |

- vii -

KYLE N. SMITH (*Pro Hac Vice* admitted)
  ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
  jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

K. SMITH DECL. ISO DEFS.' PORTION OF JOINT LETTER RE: LEVIN SIMES PLS.' OVERDUE PLAINTIFF FACT SHEETS         Case No. 3:23-md-03084-CRB

# DECLARATION OF KYLE SMITH

I, Kyle Smith, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Arlington, Virginia. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Uber's") portion of the joint letter brief regarding certain Levin Simes LLP ("Levin Simes") Plaintiffs' overdue Plaintiff Fact Sheets.

2. I am a partner at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, representing Uber in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the District of Columbia Court of Appeals and the Bar of the State of New York Court of Appeals, Third Department. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. Attached to this declaration as **Exhibit A** is a table identifying 81 Plaintiffs represented by Levin Simes who have failed to timely submit Plaintiff Fact Sheets.

4. Attached to this declaration as **Exhibit B** is a true and correct copy of a letter Uber sent Levin Simes on December 17, 2024 identifying Plaintiffs represented by that firm who had failed to timely submit Plaintiff Fact Sheets. The 81 Plaintiffs listed in Exhibit A are each listed in this letter.

5. Uber and Levin Simes met and conferred regarding the Plaintiffs identified in Exhibit A on December 20, 2024. Uber and Levin Simes exchanged additional email correspondence regarding Plaintiffs with overdue fact sheets on December 20, 2024 (PT); December 30, 2024; December 31, 2024; January 1, 2025; January 2, 2025; January 7, 2025; January 10, 2025; January 13, 2025; January 16, 2025; January 17, 2025; and January 21, 2025. The parties met and conferred again on January 21, 2025. Despite these meet and confers and additional correspondence, the parties have been unable to resolve the dispute set out in the joint letter.

-1-

K. SMITH DECL. ISO DEFS.' PORTION OF JOINT LETTER RE:   Case No. 3:23-md-03084-CRB
LEVIN SIMES PLS.' OVERDUE PLAINTIFF FACT SHEETS

- 2 -

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 30, 2025, in Washington, DC.

>            */s/ Kyle Smith*
> Kyle Smith

K. SMITH DECL. ISO DEFS.' PORTION OF JOINT LETTER RE:   Case No. 3:23-md-03084-CRB
LEVIN SIMES PLS.' OVERDUE PLAINTIFF FACT SHEETS