# EXHIBIT A

| Plaintiff | Date Complaint Was Filed | Subject to November 1, 2024 Stipulation? | Date PFS Was Due |
|---|---|---|---|
| LS 154, No. 3:23-cv-03807, MDLC ID 1118 | 7/31/2023 | Yes | 12/16/2024 |
| LS 90, No. 3:23-cv-03956, MDLC ID 1114 | 8/7/2023 | Yes | 12/16/2024 |
| LS 250, No. 3:23-cv-03995, MDLC ID 1122 | 8/8/2023 | Yes | 12/16/2024 |
| LS 383, No. 3:23-cv-05197, MDLC ID 1148 | 10/11/2023 | Yes | 12/16/2024 |
| LS 107, No. 3:23-cv-05232, MDLC ID 1151 | 10/12/2023 | Yes | 12/16/2024 |
| LS 174, No. 3:23-cv-05359, MDLC ID 1165 | 10/19/2023 | Yes | 12/16/2024 |
| LS 97, No. 3:23-cv-05368, MDLC ID 1168 | 10/19/2023 | Yes | 12/16/2024 |
| LS 353, No. 3:23-cv-05401, MDLC ID 1174 | 10/20/2023 | Yes | 12/16/2024 |
| LS 266, No. 3:23-cv-05416, MDLC ID 1181 | 10/20/2023 | Yes | 12/16/2024 |
| LS 285, No. 3:23-cv-05919, MDLC ID 1196 | 11/15/2023 | Yes | 12/16/2024 |
| LS 523, No. 3:24-cv-05155, MDLC ID 2508 | 8/14/2024 | Yes | 12/16/2024 |
| LS 330, No. 3:24-cv-05160, MDLC ID 2284 | 8/14/2024 | Yes | 12/16/2024 |

| Plaintiff | Date Complaint Was Filed | Subject to November 1, 2024 Stipulation? | Date PFS Was Due |
|---|---|---|---|
| LS 419, No. 3:24-cv-05263, MDLC ID 2310 | 8/16/2024 | Yes | 12/16/2024 |
| LS 412, No. 3:24-cv-05317, MDLC ID 2382 | 8/16/2024 | Yes | 12/16/2024 |
| LS 492, No. 3:24-cv-05324, MDLC ID 2319 | 8/17/2024 | Yes | 12/16/2024 |
| LS 338, No. 3:24-cv-05326, MDLC ID 2400 | 8/18/2024 | Yes | 12/16/2024 |
| LS 252, No. 3:24-cv-05334, MDLC ID 2283 | 8/18/2024 | Yes | 12/16/2024 |
| LS 225, No. 3:24-cv-05336, MDLC ID 2528 | 8/18/2024 | Yes | 12/16/2024 |
| LS 131, No. 3:24-cv-05337, MDLC ID 2530 | 8/18/2024 | Yes | 12/16/2024 |
| LS 128, No. 3:24-cv-05377, MDLC ID 2534 | 8/19/2024 | Yes | 12/16/2024 |
| LS 281, No. 3:24-cv-05430, MDLC ID 2511 | 8/19/2024 | Yes | 12/16/2024 |
| LS 187, No. 3:24-cv-05432, MDLC ID 2476 | 8/19/2024 | Yes | 12/16/2024 |
| LS 507, No. 3:24-cv-05509, MDLC ID 2313 | 8/20/2024 | Yes | 12/16/2024 |
| LS 500, No. 3:24-cv-05513, MDLC ID 2469 | 8/20/2024 | Yes | 12/16/2024 |

| Plaintiff | Date Complaint Was Filed | Subject to November 1, 2024 Stipulation? | Date PFS Was Due |
|---|---|---|---|
| LS 101, No. 3:24-cv-05521, MDLC ID 2539 | 8/20/2024 | Yes | 12/16/2024 |
| LS 506, No. 3:24-cv-05531, MDLC ID 2298 | 8/20/2024 | Yes | 12/16/2024 |
| LS 505, No. 3:24-cv-05533, MDLC ID 2359 | 8/20/2024 | Yes | 12/16/2024 |
| LS 473, No. 3:24-cv-05544, MDLC ID 2386 | 8/20/2024 | Yes | 12/16/2024 |
| LS 480, No. 3:24-cv-05549, MDLC ID 2348 | 8/20/2024 | Yes | 12/16/2024 |
| LS 483, No. 3:24-cv-05550, MDLC ID 2357 | 8/20/2024 | Yes | 12/16/2024 |
| LS 486, No. 3:24-cv-05551, MDLC ID 2507 | 8/20/2024 | Yes | 12/16/2024 |
| LS 307, No. 3:24-cv-05569, MDLC ID 2500 | 8/21/2024 | Yes | 12/16/2024 |
| LS 47, No. 3:24-cv-05571, MDLC ID 2390 | 8/21/2024 | Yes | 12/16/2024 |
| LS 482, No. 3:24-cv-05593, MDLC ID 2291 | 8/21/2024 | Yes | 12/16/2024 |
| LS 471, No. 3:24-cv-05630, MDLC ID 2541 | 8/21/2024 | Yes | 12/16/2024 |
| LS 475, No. 3:24-cv-05642, MDLC ID 2552 | 8/21/2024 | Yes | 12/16/2024 |

| Plaintiff | Date Complaint Was Filed | Subject to November 1, 2024 Stipulation? | Date PFS Was Due |
|---|---|---|---|
| LS 476, No. 3:24-cv-05646, MDLC ID 2416 | 8/21/2024 | Yes | 12/16/2024 |
| LS 467, No. 3:24-cv-05652, MDLC ID 2299 | 8/21/2024 | Yes | 12/16/2024 |
| LS 509, No. 3:24-cv-05662, MDLC ID 2341 | 8/21/2024 | Yes | 12/16/2024 |
| LS 458, No. 3:24-cv-05679, MDLC ID 2496 | 8/22/2024 | Yes | 12/16/2024 |
| LS 468, No. 3:24-cv-05685, MDLC ID 2370 | 8/22/2024 | Yes | 12/16/2024 |
| LS 444, No. 3:24-cv-05687, MDLC ID 2384 | 8/22/2024 | Yes | 12/16/2024 |
| LS 449, No. 3:24-cv-05689, MDLC ID 2334 | 8/22/2024 | Yes | 12/16/2024 |
| LS 454, No. 3:24-cv-05695, MDLC ID 2553 | 8/22/2024 | Yes | 12/16/2024 |
| LS 435, No. 3:24-cv-05755, MDLC ID 2419 | 8/22/2024 | Yes | 12/16/2024 |
| LS 452, No. 3:24-cv-05756, MDLC ID 2424 | 8/22/2024 | Yes | 12/16/2024 |
| LS 422, No. 3:24-cv-05758, MDLC ID 2414 | 8/22/2024 | Yes | 12/16/2024 |
| LS 519, No. 3:24-cv-05759, MDLC ID 2329 | 8/22/2024 | Yes | 12/16/2024 |

| Plaintiff | Date Complaint Was Filed | Subject to November 1, 2024 Stipulation? | Date PFS Was Due |
|---|---|---|---|
| LS 429, No. 3:24-cv-05797, MDLC ID 2289 | 8/23/2024 | Yes | 12/16/2024 |
| LS 434, No. 3:24-cv-05814, MDLC ID 2375 | 8/23/2024 | Yes | 12/16/2024 |
| LS 457, No. 3:24-cv-05817, MDLC ID 2369 | 8/23/2024 | Yes | 12/16/2024 |
| LS 417, No. 3:24-cv-05821, MDLC ID 2458 | 8/23/2024 | Yes | 12/16/2024 |
| LS 469, No. 3:24-cv-05874, MDLC ID 2286 | 8/23/2024 | Yes | 12/16/2024 |
| LS 380, No. 3:24-cv-05879, MDLC ID 2438 | 8/23/2024 | Yes | 12/16/2024 |
| LS 350, No. 3:24-cv-05882, MDLC ID 2392 | 8/23/2024 | Yes | 12/16/2024 |
| LS 289, No. 3:24-cv-05883, MDLC ID 2454 | 8/24/2024 | Yes | 12/16/2024 |
| LS 366, No. 3:24-cv-05886, MDLC ID 2547 | 8/24/2024 | Yes | 12/16/2024 |
| LS 355, No. 3:24-cv-05887, MDLC ID 2352 | 8/24/2024 | Yes | 12/16/2024 |
| LS 300, No. 3:24-cv-05900, MDLC ID 2308 | 8/24/2024 | Yes | 12/16/2024 |
| LS 267, No. 3:24-cv-05901, MDLC ID 2437 | 8/24/2024 | Yes | 12/16/2024 |

| Plaintiff | Date Complaint Was Filed | Subject to November 1, 2024 Stipulation? | Date PFS Was Due |
|---|---|---|---|
| LS 176, No. 3:24-cv-05903, MDLC ID 2282 | 8/24/2024 | Yes | 12/16/2024 |
| LS 271, No. 3:24-cv-05906, MDLC ID 2447 | 8/24/2024 | Yes | 12/16/2024 |
| LS 173, No. 3:24-cv-05907, MDLC ID 2497 | 8/24/2024 | Yes | 12/16/2024 |
| LS 161, No. 3:24-cv-05912, MDLC ID 2347 | 8/25/2024 | Yes | 12/16/2024 |
| LS 169, No. 3:24-cv-05918, MDLC ID 2296 | 8/25/2024 | Yes | 12/16/2024 |
| LS 114, No. 3:24-cv-05919, MDLC ID 2343 | 8/25/2024 | Yes | 12/16/2024 |
| LS 324, No. 3:24-cv-05920, MDLC ID 2516 | 8/25/2024 | Yes | 12/16/2024 |
| LS 137, No. 3:24-cv-05921, MDLC ID 2522 | 8/25/2024 | Yes | 12/16/2024 |
| LS 89, No. 3:24-cv-05924, MDLC ID 2435 | 8/25/2024 | Yes | 12/16/2024 |
| LS 124, No. 3:24-cv-05930, MDLC ID 2467 | 8/25/2024 | Yes | 12/16/2024 |
| LS 4, No. 3:24-cv-05931, MDLC ID 2412 | 8/25/2024 | Yes | 12/16/2024 |
| LS 132, No. 3:24-cv-05934, MDLC ID 2517 | 8/25/2024 | Yes | 12/16/2024 |

| Plaintiff | Date Complaint Was Filed | Subject to November 1, 2024 Stipulation? | Date PFS Was Due |
|---|---|---|---|
| LS 45, No. 3:24-cv-05935, MDLC ID 2362 | 8/25/2024 | Yes | 12/16/2024 |
| LS 243, No. 3:24-cv-05939, MDLC ID 2413 | 8/25/2024 | Yes | 12/16/2024 |
| LS 99, No. 3:24-cv-05943, MDLC ID 2353 | 8/25/2024 | Yes | 12/16/2024 |
| LS 86, No. 3:24-cv-05970, MDLC ID 2525 | 8/26/2024 | Yes | 12/16/2024 |
| LS 192, No. 3:24-cv-05975, MDLC ID 2524 | 8/26/2024 | Yes | 12/16/2024 |
| LS 5, No. 3:24-cv-05976, MDLC ID 2409 | 8/26/2024 | Yes | 12/16/2024 |
| LS 288, No. 3:24-cv-05987, MDLC ID 2550 | 8/26/2024 | Yes | 12/16/2024 |
| LS 160, No. 3:24-cv-05996, MDLC ID 2295 | 8/26/2024 | Yes | 12/16/2024 |
| LS 327, No. 3:24-cv-06032, MDLC ID 2457 | 8/26/2024 | Yes | 12/16/2024 |