

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

Case No. 3:23-md-03084-CRB (LJC)

**[PROPOSED] ORDER REGARDING
LEVIN SIMES PLAINTIFFS' OVERDUE
FACT SHEETS**

Re: Dkt. No. ####

This Document Relates to:

*Jane Doe LS 154* v. *Uber Technologies, Inc.,
et al.*, No. 3:23-cv-03807

*Jane Doe LS 90* v. *Uber Technologies, Inc.,
et al.*, No. 3:23-cv-03956

*Jane Doe LS 250* v. *Uber Technologies, Inc.,
et al.*, No. 3:23-cv-03995

*Jane Doe LS 383* v. *Uber Technologies, Inc.,
et al.*, No. 3:23-cv-05197

*Jane Doe LS 107* v. *Uber Technologies, Inc.,
et al.*, No. 3:23-cv-05232

*Jane Doe LS 174* v. *Uber Technologies, Inc.,
et al.*, No. 3:23-cv-05359

*Jane Doe LS 97* v. *Uber Technologies, Inc.,
et al.*, No. 3:23-cv-05368

*Jane Doe LS 353* v. *Uber Technologies, Inc.,
et al.*, No. 3:23-cv-05401

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Jane Doe LS 266* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05416

*Jane Doe LS 285* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05919

*Jane Doe LS 523* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05155

*Jane Doe LS 330* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05160

*Jane Doe LS 419* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05263

*Jane Doe LS 412* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05317

*Jane Doe LS 492* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05324

*Jane Doe LS 338* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05326

*Jane Doe LS 252* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05334

*Jane Doe LS 225* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05336

*Jane Doe LS 131* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05337

*Jane Doe LS 128* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05377

*Jane Doe LS 281* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05430

*Jane Doe LS 187* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05432

*Jane Doe LS 507* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05509

*Jane Doe LS 500* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05513

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Jane Doe LS 101* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05521

*Jane Doe LS 506* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05531

*Jane Doe LS 505* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05533

*Jane Doe LS 473* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05544

*Jane Doe LS 480* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05549

*Jane Doe LS 483* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05550

*Jane Doe LS 486* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05551

*Jane Doe LS 307* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05569

*Jane Doe LS 47* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05571

*Jane Doe LS 482* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05593

*Jane Doe LS 471* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05630

*Jane Doe LS 475* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05642

*Jane Doe LS 476* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05646

*Jane Doe LS 467* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05652

*Jane Doe LS 509* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05662

*Jane Doe LS 458* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05679

[PROPOSED] ORDER REGARDING LEVIN SIMES
PLS.' OVERDUE FACT SHEETS

Case No. 3:23-md-03084-CRB

1

2

3

*Jane Doe LS 468* v. *Uber Technologies, Inc.,
et al.*, No. 3:24-cv-05685

*Jane Doe LS 444* v. *Uber Technologies, Inc.,
et al.*, No. 3:24-cv-05687

4

5

*Jane Doe LS 449* v. *Uber Technologies, Inc.,
et al.*, No. 3:24-cv-05689

6

7

*Jane Doe LS 454* v. *Uber Technologies, Inc.,
et al.*, No. 3:24-cv-05695

8

*Jane Doe LS 435* v. *Uber Technologies, Inc.,
et al.*,  No. 3:24-cv-05755

9

10

*Jane Doe LS 452* v. *Uber Technologies, Inc.,
et al.*, No. 3:24-cv-05756

11

12

*Jane Doe LS 422* v. *Uber Technologies, Inc.,
et al.*, No. 3:24-cv-05758

13

*Jane Doe LS 519* v. *Uber Technologies, Inc.,
et al.*, No. 3:24-cv-05759

14

15

*Jane Doe LS 429* v. *Uber Technologies, Inc.,
et al.*, No. 3:24-cv-05797

16

17

*Jane Doe LS 434* v. *Uber Technologies, Inc.,
et al.*, No. 3:24-cv-05814

18

19

*Jane Doe LS 457* v. *Uber Technologies, Inc.,
et al.*, No. 3:24-cv-05817

20

*Jane Doe LS 417* v. *Uber Technologies, Inc.,
et al.*, No. 3:24-cv-05821

21

22

*Jane Doe LS 469* v. *Uber Technologies, Inc.,
et al.*, No. 3:24-cv-05874

23

24

*Jane Doe LS 380* v. *Uber Technologies, Inc.,
et al.*, No. 3:24-cv-05879

25

26

*Jane Doe LS 350* v. *Uber Technologies, Inc.,
et al.*, No. 3:24-cv-05882

27

*Jane Doe LS 289* v. *Uber Technologies, Inc.,
et al.*, No. 3:24-cv-05883

28

[PROPOSED] ORDER REGARDING LEVIN SIMES
PLS.' OVERDUE FACT SHEETS

Case No. 3:23-md-03084-CRB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Jane Doe LS 366* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05886

*Jane Doe LS 355* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05887

*Jane Doe LS 300* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05900

*Jane Doe LS 267* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05901

*Jane Doe LS 176* v. *Uber Technologies, Inc., et al.*,  No. 3:24-cv-05903

*Jane Doe LS 271* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05906

*Jane Doe LS 173* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05907

*Jane Doe LS 161* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05912

*Jane Doe LS 169* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05918

*Jane Doe LS 114* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05919

*Jane Doe LS 324* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05920

*Jane Doe LS 137* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05921

*Jane Doe LS 89* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05924

*Jane Doe LS 124* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05930

*Jane Doe LS 4* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05931

*Jane Doe LS 132* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05934

[PROPOSED] ORDER REGARDING LEVIN SIMES
PLS.' OVERDUE FACT SHEETS

Case No. 3:23-md-03084-CRB

1    *Jane Doe LS 45* v. *Uber Technologies, Inc.,*
     *et al.,* No. 3:24-cv-05935
2
3    *Jane Doe LS 243* v. *Uber Technologies, Inc.,*
     *et al.,* No. 3:24-cv-05939

4    *Jane Doe LS 99* v. *Uber Technologies, Inc.,*
     *et al.,* No. 3:24-cv-05943
5
6    *Jane Doe LS 86* v. *Uber Technologies, Inc.,*
     *et al.,* No. 3:24-cv-05970
7
8    *Jane Doe LS 192* v. *Uber Technologies, Inc.,*
     *et al.,* No. 3:24-cv-05975
9
     *Jane Doe LS 5* v. *Uber Technologies, Inc., et*
10   *al.,* No. 3:24-cv-05976

11   *Jane Doe LS 288* v. *Uber Technologies, Inc.,*
     *et al.,* No. 3:24-cv-05987
12
13   *Jane Doe LS 160* v. *Uber Technologies, Inc.,*
     *et al.,* No. 3:24-cv-05996
14
15   *Jane Doe LS 327* v. *Uber Technologies, Inc.,*
     *et al.,* No. 3:24-cv-06032

16

17       Having considered the parties' joint discovery letter [####], the Court hereby ORDERS

18   each Plaintiff identified in Exhibit A to the declaration of Kyle Smith [####-#] to serve a complete

19   and verified Plaintiff Fact Sheet by no later than _____.

20       Any request for dispositive sanctions for noncompliance with this Order may be directed

21   to Judge Breyer in the form of a motion under Civil Local Rule 7-2, to which the plaintiffs at issue

22   may respond under Local Rule 7-3, unless otherwise ordered by Judge Breyer.

23

24       **IT IS SO ORDERED.**

25

26   Dated: _____, 2025     _____
                                     HON. LISA J. CISNEROS
27                                   UNITED STATES MAGISTRATE JUDGE

28