LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
SARA M. PETERS (State Bar #260610)
speters@walkuplawoffice.com
MARTIN P. NEIRA (State Bar #333895)
mneira@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,<br><br>This Document Relates to:<br><br>C. B.,<br>　　　Plaintiff<br>　　　　v.<br>UBER TECHNOLOGIES, INC., ET AL.<br>　　　Defendants. | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Pursuant to Local Rule 11-5, Walkup, Melodia, Kelly & Schoenberger, counsel of record for Plaintiff C.B. ("Counsel"), respectfully moves this Court for an Order allowing this firm to withdraw as counsel of record in the above-caption matter.

Over the past several weeks, Plaintiff C.B. has failed to respond to Counsel's numerous communication attempts via telephone, email, and text. Counsel has made no less than <u>twenty</u> communication attempts to Plaintiff since filing her Short Form Complaint on December 13, 2024. Counsel learned on January 8th, 2025, after numerous attempts to reach Plaintiff by phone and email, that her phone had been

1  disconnected. Counsel called and left a voice message with Plaintiff's emergency
2  contact, her mother, on January 8, 2025 and followed up with a letter sent on
3  January 10, 2025 urging Plaintiff to make contact by January 21, 2025. On January
4  23, 2025, Counsel reached Plaintiff's emergency contact by phone, and left a message
5  for Plaintiff to call back. Counsel contacted Plaintiff's emergency contact again the
6  next day, January 24, 2025, and was told that Plaintiff no longer wanted to pursue a
7  claim. <u>On January 27, 2025</u>, Counsel advised Plaintiff in writing of their intent to
8  withdraw from this matter via electronic mail and overnighted letter. As of the time
9  of this filing, Plaintiff has failed to respond. Counsel also advised Defendants of their
10 intent to withdraw from this matter via email on January 24, 2025 regarding
11 Magistrate Cisneros' fact sheet deadline.

12      WHEREFORE, the law firm of Walkup, Melodia, Kelly & Schoenberger and all
13 attorneys of record request that they be allowed to withdraw as counsel of record for
14 Plaintiff C.B. A copy of this motion will be served upon Plaintiff at her last known
15 address via electronic mail.

17 Dated:  January 31, 2025          Respectfully submitted,

18                                   WALKUP, MELODIA, KELLY & SCHOENBERGER

20                                   By:     /s/ Sara M. Peters
21                                         KHALDOUN A. BAGHDADI
                                           SARA M. PETERS
22                                         MARTIN P. NEIRA
23                                         Attorneys for PLAINTIFF

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

2
MOTION TO WITHDRAW AS COUNSEL OF RECORD

# CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2025, I electronically transmitted the foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. Additionally, the foregoing was served on Defendants' counsel via email at: MDL3084-service-Uber@paulweiss.com.

/s/ Courtney Megino
Courtney Megino

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

1
MOTION TO WITHDRAW AS COUNSEL OF RECORD