1   RANDALL S. LUSKEY (SBN: 240915)
2       rluskey@paulweiss.com
    **PAUL, WEISS, RIFKIND, WHARTON**
3       **& GARRISON LLP**
    535 Mission Street, 24th Floor
4   San Francisco, CA 94105
    Telephone: (628) 432-5100
5   Facsimile:  (628) 232-3101

6
    ROBERT ATKINS (*Pro Hac Vice* admitted)
7       ratkins@paulweiss.com
    CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
8       cgrusauskas@paulweiss.com
    ANDREA M. KELLER (*Pro Hac Vice* admitted)
9       akeller@paulweiss.com
    **PAUL, WEISS, RIFKIND, WHARTON**
10      **& GARRISON LLP**
11  1285 Avenue of the Americas
    New York, NY 10019
12  Telephone: (212) 373-3000
    Facsimile:  (212) 757-3990
13

14  *Attorneys for Defendants*
    UBER TECHNOLOGIES, INC.;
15  RASIER, LLC; and RASIER-CA, LLC

16
    *[Additional Counsel Listed on Signature Page]*
17

18               **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
19                   **SAN FRANCISCO DIVISION**

20  IN RE: UBER TECHNOLOGIES, INC.,    | Case No. 3:23-md-03084-CRB
    PASSENGER SEXUAL ASSAULT
21  LITIGATION                          | Judge:     Honorable Charles Breyer

22  _____         | **DEFENDANTS AND THIRD-PARTY**
                                        **PLAINTIFFS UBER TECHNOLOGIES,**
23  This Document Relates to:           **INC.; RASIER, LLC, AND RASIER-CA,**
                                        **LLC'S REQUEST FOR**
24  *Kelly Cowsert v. Uber Technologies,*  **ADMINISTRATIVE RELIEF FROM**
    *Inc., et al.*                      **SERVICE DEADLINE (Local Rule 7-11);**
25  Case No.: 3:23-cv-05110-CRB         **[PROPOSED] ORDER**

26

27

28

_____
UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's
REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE
AND [PROPOSED] ORDER                                        Case No. 3:23-cv-05110

1    On November 5, 2024, Defendants/Third-Party Plaintiffs Uber Technologies, Inc., Raiser,

2  LLC, and Raiser-CA, LLC (collectively, "Uber") filed their Third-Party Complaint against Third-Party

3  Defendant Patrick Shamwama.  Fed. R. Civ. P. 4(m) provides ninety (90) days for service of a

4  complaint.  *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint

5  is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without

6  prejudice against that defendant or order that service be made within a specified time.  But if the

7  plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate

8  period.").

9    Third-Party Plaintiffs have been diligently attempting to serve Mr. Shamwama, with the

10  Summons and Third-Party Complaint.  But, to date, Third-Party Plaintiffs have been unable to serve

11  Mr. Shamwama in this matter.

12    Third-Party Plaintiffs respectfully request the Court grant a 60-day extension to complete

13  service or take other appropriate action regarding Mr. Shamwama.  Good cause exists for this Court to

14  extend the service deadline because Third-Party Plaintiffs have been diligently attempting to serve Mr.

15  Shamwama.

16    Third-Party Plaintiffs, through attorneys of record Shook, Hardy & Bacon, hired First Legal, a

17  legal solutions firm, to assist with locating and serving Mr. Shamwama.  The process server first

18  attempted to serve Mr. Shamwama at 2516 Southridge Dr., Apt. F, Jefferson City, Missouri 65109.

19  The process server indicated that—on the third attempt at this address—an occupant of this address

20  stated she was the only one that has lived in that apartment.

21    Third-Party Plaintiffs, through attorneys of record Shook, Hardy & Bacon, directed First Legal,

22  the legal solutions firm, to locate an updated current address for Mr. Shamwama.  First Legal located

23  902 SE 14th Ter. Lee's Summit, Missouri 64081.

24    Third-Party Plaintiffs' have attempted to serve the Third-Party Defendant at 902 SE 14th Ter.

25  Lee's Summit, Missouri 64081.  The process server has made three attempts to serve Third-Party

26  Defendant at this address with no one answering the door each time.

27

28

-2-

1       Third-Party Plaintiffs respectfully request the Court grant a 60-day extension to complete

2  service on Mr. Shamwama (or take appropriate action), allowing to and including April 4, 2025 to

3  effect service.

4  DATED: January 31, 2025               Respectfully submitted,

5                                 **SHOOK, HARDY & BACON L.L.P.**

6
                               By: */s/ Maria Salcedo*

7                                    MARIA SALCEDO

8                                 MARIA SALCEDO (Admitted *Pro Hac Vice*)

9                                  msalcedo@shb.com
                               **SHOOK, HARDY & BACON L.L.P.**

10                                 2555 Grand Blvd.
                               Kansas City, MO 64108

11                                 Telephone: (816) 474-6550
                               Facsimile: (816) 421-5547

12

13                                 *Attorney for Defendants*
                               UBER TECHNOLOGIES, INC.,

14                                 RASIER, LLC, and RASIER-CA, LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's
REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE
AND [PROPOSED] ORDER                      Case No. 3:23-cv-05110