RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
  ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
  cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
  akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>Judge:     Honorable Charles Breyer<br><br>**DECLARATION OF MARIA SALCEDO IN SUPPORT OF DEFENDANTS AND THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC.; RASIER, LLC, AND RASIER-CA, LLC'S REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE (Local Rule 7-11); [PROPOSED] ORDER** |
| This Document Relates to:<br><br>*Kelly Cowsert v. Uber Technologies, Inc., et al.*<br>Case No.: 3:23-cv-05110-CRB | |

I, Maria Salcedo, declare as follows:

1. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendants and Third-Party Plaintiffs, Uber Technologies, Rasier LLC, and Rasier-CA, LLC, ("Third-Party Plaintiffs").  I am a member in good standing of the Bar of the State of Missouri and the Bar of the State of Florida, and I admitted pro hac vice in this matter.  I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so.

2. I respectfully submit this declaration in support of the accompanying Request for Administrative Relief From Service Deadline.

3. On November 5, 2024, Defendants/Third-Party Plaintiffs Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC filed their Third-Party Complaint against Third-Party Defendant Patrick Shamwama. (ECF 29).

4. Third-Party Plaintiffs through attorneys of record Shook, Hardy & Bacon, hired First Legal, a legal solutions firm, to assist with locating and serving Third-Party Defendant.

5. On November 19, 2024 my paralegal, under my direction, directed First Legal, the legal solutions firm, to effect service of process on Third-Party Defendant Patrick Shamwama at 2516 Southridge Dr., Apt. F, Jefferson City, Missouri 65109.

6. The process server, attempted to serve the Third-Party Defendant at 2516 Southridge Dr., Apt. F, Jefferson City, Missouri 65109 three times, but the process server indicated an occupant of this address stated on the last service attempt that she was the only one that has lived in that apartment.

7. On December 10, 2024, my paralegal, under my direction, directed First Legal, the legal solutions firm, to locate an updated current address for Third-Party Defendant.  First Legal located 902 SE 14th Ter. Lee's Summit, Missouri 64081.

8. On January 2, 2025, my paralegal, under my direction, directed First Legal to effect service of process on Third-Party Defendant at 902 SE 14th Ter. Lee's Summit, Missouri 64081 address.

9. The process server has attempted this address three times, each time indicating that no one has come to the door.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of January 2025, in Kansas City, Missouri.

/s/ *Maria Salcedo*
MARIA SALCEDO

MARIA SALCEDO (Admitted *Pro Hac Vice*)
   msalcedo@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

-3-

DECLARATION OF MARIA SALCEDO IN SUPPORT OF DEFENDANTS AND THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE   Case No. 3:23-cv-05110