# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB <br><br> Judge:  Honorable Charles Breyer <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS AND THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC.; RASIER, LLC, AND RASIER-CA, LLC'S REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE (Local Rule 7-11)** |
| This Document Relates to: <br><br> *Kelly Cowsert v. Uber Technologies, Inc., et al.* <br> Case No.: 3:23-cv-05110-CRB | |

## ORDER

Upon request of Third-Party Plaintiffs for administrative relief and for good cause,

**IT IS HEREBY ORDERED** that the service deadline for the Third-Party Complaint be extended to and including April 4, 2025.

**IT IS SO ORDERED.**

Dated: _____                                    _____
                                                         Judge Charles R. Breyer

---

UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's
REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE
AND [PROPOSED] ORDER                                           Case No. 3:23-cv-05110