```
 1  RANDALL S. LUSKEY (SBN: 240915)
        rluskey@paulweiss.com
 2  **PAUL, WEISS, RIFKIND, WHARTON
        & GARRISON LLP**
 3  535 Mission Street, 24th Floor
    San Francisco, CA 94105
 4  Telephone: (628) 432-5100
    Facsimile:  (628) 232-3101
 5
    ROBERT ATKINS (*Pro Hac Vice* admitted)
 6      ratkins@paulweiss.com
    CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
 7      cgrusauskas@paulweiss.com
    ANDREA M. KELLER (*Pro Hac Vice* admitted)
 8      akeller@paulweiss.com
    **PAUL, WEISS, RIFKIND, WHARTON
 9      & GARRISON LLP**
    1285 Avenue of the Americas
10  New York, NY 10019
    Telephone: (212) 373-3000
11  Facsimile:  (212) 757-3990

12  *Attorneys for Defendants*
    UBER TECHNOLOGIES, INC.;
13  RASIER, LLC; and RASIER-CA, LLC

14  [Additional Counsel Listed on Signature Page]
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB <br><br> **JOINT SUBMISSION PURSUANT TO ECF 2172 (TAR DISPUTE)** |
| This Document Relates to: <br><br> ALL ACTIONS | Judge:     Hon. Lisa J. Cisneros <br> Courtroom: G – 15th Floor |

1  Pursuant to the Court's January 30, 2025, Order (ECF 2172), the Parties hereby respectfully
2  submit the following documents as directed by the Court:

- **Exhibit A:** Defendants' Responses and Objections to Plaintiffs' First Request for the Production of Documents Numbers 18, 19, 20, 21, 22, 23, 112, and 121, served on June 27, 2024, which contain the full text of both Plaintiffs' requests, and Defendants' Responses and Objections;

- **Exhibit B:** Category 1 Document Examples, filed under seal with permission of the Court (ECF 2172).

- **Exhibit C:** Category 2 Document Examples, filed under seal with permission of the Court (ECF 2172); and

- **Exhibit D:** Category 3 Document Examples, filed under seal with permission of the Court (ECF 2172).

Dated: January 31, 2025                                          Respectfully Submitted,

By: /s/ Roopal Luhana                                            /s/ Michael B. Shortnacy

ROOPAL P. LUHANA (Pro Hac Vice)                                  MICHAEL B. SHORTNACY (SBN: 277035)
**CHAFFIN LUHANA LLP**                                           mshortnacy@shb.com
600 Third Avenue, Fl. 12                                         **SHOOK, HARDY & BACON L.L.P.**
New York, NY 10016                                               2121 Avenue of the Stars, Ste. 1400
Telephone: (888) 480-1123                                        Los Angeles, CA 90067
Email: luhana@chaffinluhana.com                                  Telephone: (424) 285-8330
*Co-Lead Counsel for Plaintiffs*                                 Facsimile: (424) 204-9093

SARAH R. LONDON (SBN 267083)                                     PATRICK OOT (Admitted *Pro Hac Vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN**                           oot@shb.com
275 Battery Street, Fl. 29                                       **SHOOK, HARDY & BACON L.L.P.**
San Francisco, CA 94111                                          1800 K St. NW Ste. 1000
Telephone: (415) 956-1000                                        Washington, DC 20006
Email: slondon@lchb.com                                          Telephone: (202) 783-8400
                                                                 Facsimile: (202) 783-4211

RACHEL B. ABRAMS (SBN 209316)                                    VERONICA G. GROMADA (Admitted *Pro Hac Vice*)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**                    vgromada@shb.com
555 Montgomery Street, Suite 820                                 **SHOOK, HARDY & BACON L.L.P.**
San Francisco, CA 94111                                          600 Travis St., Suite 3400
Telephone: (415) 426-5641                                        Houston, TX 77002
Email: rabrams@peifferwolf.com                                   Telephone: (713) 227-8008
                                                                 Facsimile: (713) 227-9508
                                                                 vgromada@shb.com

| | |
|---|---|
| 1 | |
| 2 | RANDALL S. LUSKEY (SBN: 240915) |
|   | rluskey@paulweiss.com |
| 3 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
|   | 535 Mission Street, 24th Floor |
| 4 | San Francisco, CA 94105 |
|   | Telephone: (628) 432-5100 |
| 5 | Facsimile: (628) 232-3101 |

RANDALL S. LUSKEY (SBN: 240915)
rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

ROBERT ATKINS (Admitted *Pro Hac Vice*)
ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (Admitted *Pro Hac Vice*)
cgrusauskas@paulweiss.com
ANDREA M. KELLER (Admitted *Pro Hac Vice*)
akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Attorney for Defendants
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**FILER'S ATTESTATION**

I, Michael B. Shortnacy, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

DATED: January 31, 2025              */s/ Michael B. Shortnacy*
                                                    Michael B. Shortnacy