# EXHIBIT B

# Filed Under Seal with Permission of the Court, see ECF No. 2172