RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
  ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
  cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
  akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**JOINT STATUS REPORT**<br><br>Judge:       Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |
| This Document Relates to:<br><br>ALL ACTIONS | |

1. The parties met and conferred on January 30 and January 31, 2025 to discuss the outstanding privilege challenges and a staged re-review process contemplated by the Court.

2. Through the conferral process, the parties have agreed in principle to a structure for the re-view as follows:

3. For the custodial files of the three deponents described below, Uber agrees to re-review privilege log entries and underlying documents with a pending challenge from Plaintiffs, and to produce a revised privilege log and de-designated documents, if any, no later than 2:00 p.m. PT for Chad Fogg, and 12 p.m. PT for Cory Freivogel and Nairi Hourdajian, two days prior to the scheduled depositions.

| Deponent | Confirmed Deposition Date | Revised Log And Documents Due |
|---|---|---|
| Fogg, Chad | February 5, 2025 | February 3, 2025 |
| Freivogel, Cory | February 6, 2025 | February 4, 2025 |
| Hourdajian, Nairi | February 7, 2025 | February 5, 2025 |

4. For the custodial files of other deponents with a confirmed deposition date prior to the production date of the revised privilege log and underlying documents outlined in paragraph 5 below, Uber has agreed to re-review privilege log entries and underlying documents with a pending challenge from Plaintiffs, and to produce a revised privilege log and de-designated documents, if any, in advance of the scheduled deposition. The parties will continue to confer on time frames for the dates of production of privilege logs and documents relative to these deposition dates.

5. For all other privilege log entries and related documents with a pending challenge from Plaintiffs—including those not associated with any scheduled deponent or agreed upon

custodian—the parties will continue to confer with the goal of reaching agreement on a date certain by which Uber will produce a revised privilege log and de-designated documents, if any.

6. Following the re-review of privilege log entries and underlying documents that Plaintiffs have challenged, and the production of related revised privilege logs and de-designated documents, the parties will follow a sampling verification process. The parties will continue to confer with the goal of reaching an agreement on the sampling method, timing, and size.

7. In light of the foregoing, the Parties jointly request that the Court set aside the privilege dispute process provided in PTO No. 20 (ECF 1808) for Tranche 4 custodial records. The remaining PTO No. 20 Tranche 4 deadlines are: February 7, 2025 (end of conferral period and deadline and for Plaintiffs to select up to 15 log entries from the initial sample for inclusion in a joint letter); February 14, 2025 (parties to submit a joint letter to the Court addressing up to 15 disputed privilege log entries); February 28, 2025 (hearing on Tranche 4 dispute); 7 days after resolution of disputes (Uber shall de-designate and produce Tranche 4 documents consistent with the Court's order and concessions made by Uber during conferrals); and 21 days after resolution of dispute (Uber shall de-designate and produce documents from other production sets consistent with the Court's order and concessions by Uber during conferrals). The parties respectfully request that the Court enter an order relieving and removing these PTO No. 20 Tranche 4 deadlines, at such time as the parties present what they expect will be a holistic joint plan for the re-review contemplated by the Court.

8. The parties expect to be able to enter a proposed stipulation or joint discovery letter by February 4, 2025 on the matters herein, and will be prepared to discuss this framework during the Discovery Status Conference noticed for February 3, 3025.

| | | |
|---|---|---|
| 1 | DATED: January 31, 2025 | Respectfully submitted, |
| 2 | | By: */s/ Tiffany Ellis* |
| | | TIFFANY R. ELLIS (*Pro Hac Vice*) |
| 3 | | **PEIFFER WOLF CARR KANE** |
| | | **CONWAY & WISE, LLP** |
| 4 | | 15 E Baltimore Ave. |
| | | Detroit MI 48202 |
| 5 | | Telephone (313)-210-1559 |
| 6 | | tellis@peifferwolf.com |

ROOPAL P. LUHANA (*Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com
Co-Lead Counsel for Plaintiffs

SARAH R. LONDON (SBN 267083)
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
Email: slondon@lchb.com

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

**SHOOK HARDY & BACON L.L.P.**

By: */s/ Maria Salcedo*
MARIA SALCEDO (Admitted *Pro Hac Vice*)
   msalcedo@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

4

MICHAEL B. SHORTNACY (SBN: 277035)
    mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (Admitted *Pro Hac Vice*)
    oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

KYLE N. SMITH (*Pro Hac Vice* admitted)
    ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
    jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**FILER'S ATTESTATION**

I, Maria Salcedo, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

DATED: January 31, 2025                 By: /s/ Maria Salcedo
                                              Maria Salcedo (Admitted Pro Hac Vice)