TRACEY B. COWAN (SBN 250053)
tcowan@clarksonlawfirm.com
Clarkson Law Firm, P.C.
95 3rd Street, 2nd Floor
San Francisco, CA 94103
Telephone: (213) 788-4050

RYAN J. CLARKSON (SBN 257074)
rclarkson@clarksonlawfirm.com
OLIVIA E. DAVIS (SBN 353041)
odavis@clarksonlawfirm.com
Clarkson Law Firm, P.C.
22525 Pacific Coast Hwy.
Malibu, CA 90265
Telephone: (213) 788-4050

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>NOTICE OF FILING NEW ACTIONS |
| This Document Relates to:<br><br>*CLF V.M. v. Uber Technologies, Inc., et al.*<br>Case No. 3:25-cv-1022<br><br>*CLF A.H. v. Uber Technologies, Inc., et al.*<br>Case No. 3:25-cv-1023<br><br>*CLF K.R. v. Uber Technologies, Inc., et al.*<br>Case No. 3:25-cv-1025<br><br>*CLF K.G. v. Uber Technologies, Inc., et al.*<br>Case No. 3:25-cv-1028<br><br>*CLF B.T. v. Uber Technologies, Inc., et al.*<br>Case No. 3:25-cv-1029<br><br>*CLF H.K. v. Uber Technologies, Inc., et al.*<br>Case No. 3:25-cv-1031<br><br>*CLF C.G. v. Uber Technologies, Inc., et al.*<br>Case No. 3:25-cv-1033<br><br>*CLF K.J. v. Uber Technologies, Inc., et al.*<br>Case No. 3:25-cv-1035<br><br>*CLF A.C. v. Uber Technologies, Inc., et al.*<br>Case No. 3:25-cv-1037 | |

*CLF T.S. v. Uber Technologies, Inc., et al.*
Case No. 3:25-cv-1038

*CLF S.H. v. Uber Technologies, Inc., et al.*
Case No. 3:25-cv-1040

*CLF A.B. v. Uber Technologies, Inc., et al.*
Case No. 3:25-cv-1041

*CLF J.T. v. Uber Technologies, Inc., et al.*
Case No. 3:25-cv-1043

*CLF L.K. v. Uber Technologies, Inc., et al.*
Case No. 3:25-cv-1045

*CLF J.R. v. Uber Technologies, Inc., et al.*
Case No. 3:25-cv-1046

*CLF D.T. v. Uber Technologies, Inc., et al.*
Case No. 3:25-cv-1048

*CLF S.F. v. Uber Technologies, Inc., et al.*
Case No. 3:25-cv-1050

*CLF S.W. v. Uber Technologies, Inc., et al.*
Case No. 3:25-cv-1051

*CLF K.B. v. Uber Technologies, Inc., et al.*
Case No. 3:25-cv-1053

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced actions were filed on January 31, 2025.

DATED: January 31, 2025

Respectfully submitted,

s/ *Tracey B. Cowan*
TRACEY B. COWAN (SBN 250053)
tcowan@clarksonlawfirm.com
Clarkson Law Firm, P.C.
95 3rd Street, 2nd Floor
San Francisco, CA 94103
Telephone: (213) 788-4050

RYAN J. CLARKSON (SBN 257074)
rclarkson@clarksonlawfirm.com
OLIVIA E. DAVIS (SBN 353041)
odavis@clarksonlawfirm.com
Clarkson Law Firm, P.C.
22525 Pacific Coast Hwy.
Malibu, CA 90265
Telephone: (213) 788-4050

*Attorneys for Plaintiffs*