[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| | **CERTIFICATE OF SERVICE** |
| This Document Relates to: | |
| ALL CASES | |

I certify that, on January 31, 2025,  a true and correct copy of the UNSEALED versions of the following documents:

| Document |
|---|
| Exhibit B to the Declaration of R. Luhana ISO Joint Letter Regarding Defendants' Production of Hyperlinked Documents |
| Exhibit C to the Declaration of R. Luhana ISO Joint Letter Regarding Defendants' Production of Hyperlinked Documents |
| Exhibit D to the Declaration of R. Luhana ISO Joint Letter Regarding Defendants' Production of Hyperlinked Documents |
| Exhibit E to the Declaration of R. Luhana ISO Joint Letter Regarding Defendants' Production of Hyperlinked Documents |
| Exhibit F to the Declaration of R. Luhana ISO Joint Letter Regarding Defendants' Production of Hyperlinked Documents |

were served pursuant to Civil L.R. 5 (a) to each person named below:

Randall Luskey (rluskey@paulweiss.com)
Marc Price Wolf (mpricewolf@paulweiss.com)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100

Robert Atkins (ratkins@paulweiss.com)
Louis Murray (lmurray@paulweiss.com)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000

Kyle Smith (ksmith@paulweiss.com)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7407

Patrick L. Oot, Jr. (oot@shb.com)
**SHOOK, HARDY & BACON, LLP**
1800 K Street, NW
10th Floor
Washington, DC 20006

Michael B. Shortnacy (mshortnacy@shb.com)
**SHOOK, HARDY & BACON, LLP**
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: (424) 285-8330

Service E-mail
MDL3084-service-Uber@paulweiss.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

⊠ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

1    I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct. Executed on January 31, 2025.

3                                                        By: _/s Roopal Luhana_
4                                                        Roopal Luhana
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE
CASE NO. 23-MD-03084-CRB