IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF PLAINTIFFS' PORTION OF JOINT LETTER REGARDING DEFENDANTS' PRODUCTION OF HYPERLINKED DOCUMENTS**<br><br>Judge: Honorable Lisa J. Cisneros |

- 1 -

DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF PLAINTIFFS' PORTION OF JOINT LETTER RE DEFENDANTS' PRODUCTION OF HYPERLINKED DOCUMENTS

I, Roopal Luhana, hereby declare as follows:

1. I am a partner of Chaffin Luhana LLP, an attorney licensed in the State of New York and duly admitted to practice before this Court, representing Plaintiffs in the above caption action.

2. I submit this declaration in support of Plaintiffs' portion of the parties' Joint Letter Regarding Defendants' Production of Hyperlinked Documents.

3. Attached hereto as Exhibit B is a true and accurate copy of the document produced as bates no. UBER_JCCP_MDL_000149960.

4. Attached hereto as Exhibit C is a true and accurate copy of the document produced as bates no. UBER_JCCP_MDL_000224112.

5. Attached hereto as Exhibit D is a true and accurate copy of the document produced as bates no. UBER_JCCP_MDL_000010815.

6. Attached hereto as Exhibit E is a true and accurate copy of the document produced as bates no. UBER_JCCP_MDL_000046654.

7. Attached hereto as Exhibit F is a true and accurate copy of the document produced as bates no. UBER_JCCP_MDL_000046698.

8. Attached hereto as Exhibit G, the "Bates/Control #" column contains a true and accurate list of documents identified by Plaintiffs to Uber on January 21, 2025 pursuant to the parties' Joint Status Report. ECF No. 2115. Additionally, Exhibit G contains the document type based on metadata Uber provided ("type" Column), the date Uber produced the document to Plaintiffs ("Date Produced" Column) and a true and accurate description to the best of Plaintiffs' belief and understanding of the deficiencies within each document related to hyperlinks ("Deficiencies" column).

9. Attached hereto as Exhibit H is a true and accurate copy of the declaration of Douglas Forrest.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st Day of January, 2025 in Brooklyn, New York.

DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF PLAINTIFFS' PORTION OF JOINT LETTER RE DEFENDANTS' PRODUCTION OF HYPERLINKED DOCUMENTS

1
2       /s/ Roopal P. Luhana
3       Roopal P. Luhana
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -

DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF
PLAINTIFFS' PORTION OF JOINT LETTER RE
DEFENDANTS' PRODUCTION OF HYPERLINKED
DOCUMENTS