UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES. | Case No. 23-md-03084-CRB   (LJC)<br><br>**ORDER REGARDING JOINT STATUS REPORT AND NOTICE RE: CONSIDERATION OF APPOINTMENT OF SPECIAL MASTER PURSUANT TO RULE 53 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Re: Dkt. No. 2191 |

The Court has reviewed the parties' joint status report to plan a re-review process for records withheld for privilege. Dkt. No. 2191. Having considered the status report, the discovery schedule, scope of documents at issue, and progress overall, the undersigned intends to recommend to Judge Breyer that he appoint a special master pursuant to Rule 53(a)(1) of the Federal Rules of Civil Procedure to conduct a review of privilege logs and documents relating to the assertion of attorney client and work product privileges. The parties will have an opportunity to address this issue at the hearing and status conference before the undersigned on February 3, 2025 at 3:00 pm via Zoom, and at any status hearing that Judge Breyer may set.

**IT IS SO ORDERED.**

Dated: February 2, 2025

LISA J. CISNEROS
United States Magistrate Judge