[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD**:

Under Civil Local Rules 7-11 and 79-5(f), Plaintiffs hereby move the Court to consider whether certain materials should be sealed. Pursuant to the Court's Order dated February 1, 2025 (ECF No. 2195), Plaintiffs file the exhibits attached to the parties' Joint Submission Pursuant to ECF 2172 (ECF No. 2191) as they have been marked by Uber as highly confidential.

**Material To Be Filed Under Seal**

| Document | Description | Designating Party |
|---|---|---|
| Exhibit B to the parties' Joint Submission Pursuant to ECF 2172 (TAR Disputes) | Document designated confidential | Uber |
| Exhibit C to the parties' Joint Submission Pursuant to ECF 2172 (TAR Disputes) | Document designated confidential | Uber |
| Exhibit D to the parties' Joint Submission Pursuant to ECF 2172 (TAR Disputes) | Document designated confidential | Uber |

1

2    Per the Court's February 1, 2025 Order (ECF No. 2195), no further statement or

3 declaration is required in order to grant the sealing of these documents.

4    This motion complies with Civil Local Rule 7-11 and 79-5, and the following

5 attachments accompany this motion:

6    1.    The Declaration of Roopal P. Luhana in Support of this Motion; and

7    2.    A Proposed Order that lists in tabular format all material sought to be sealed.

8 Dated: February 3, 2025                      Respectfully submitted,

9                                              By: */s/ Roopal P. Luhana*
                                               Roopal P. Luhana
10

11                                             **CHAFFIN LUHANA LLP**
                                               600 Third Avenue, 12th Floor
12                                             New York, NY 10016
                                               Telephone: (888) 480-1123
13                                             Facsimile: (888) 499-1123
                                               luhana@chaffinluhana.com
14

15                                             By: */s/ Sarah R. London*
16                                             Sarah R. London (SBN 267093)

17                                             **LIEFF CABRASER HEIMANN &
                                               BERNSTEIN, LLP**
18                                             275 Battery Street, 29th Floor
                                               San Francisco, CA 94111-3339
19                                             Telephone: (415) 956-1000
                                               Facsimile: (415) 956-1008
20                                             slondon@lchb.com

21

22                                             By: */s/ Rachel B. Abrams*
                                               Rachel B. Abrams (SBN 209316)
23

24                                             **PEIFFER WOLF CARR KANE
                                               CONWAY & WISE, LLP**
25                                             555 Montgomery Street, Suite 820
                                               San Francisco, CA 94111
26                                             Telephone: (415) 426-5641
                                               Facsimile: (415) 840-9435
27                                             rabrams@peifferwolf.com

28
                                               *Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on February 3, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to registered parties.

/s/Roopal Luhana

- 3 -

ADMIN MOT. TO SEAL
CASE NO. 23-MD-03084-CRB