1    [Submitting Counsel below]

2

3

4

5                   IN THE UNITED STATES DISTRICT COURT

6
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
7

8    IN RE: UBER TECHNOLOGIES, INC.,          Case No. 23-md-03084-CRB
     PASSENGER SEXUAL ASSAULT
9    LITIGATION
                                              **ADMINISTRATIVE MOTION TO**
10   _____         **CONSIDER WHETHER ANOTHER**
                                              **PARTY'S MATERIAL SHOULD BE**
     This Document Relates to:                **FILED UNDER SEAL**
11
     ALL CASES
12

13

14       **TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD**:

15       Under Civil Local Rules 7-11 and 79-5(f), Plaintiffs hereby move the Court to consider

16   whether certain materials should be sealed. Pursuant to the Court's Order dated January 30, 2025

17   (ECF No. 2184), Plaintiffs file the documents referenced in footnotes 5 and 6 of the parties' Joint

18   Letter Regarding TAR Validation (ECF No. 2166) under seal as they have been marked by Uber

19   as highly confidential.

20                      **Material To Be Filed Under Seal**

21

22   | Document | Description | Designating Party |
     | --- | --- | --- |
23   | UBER_JCCP_MDL_000032097 | Document designated confidential | Uber |
24
25   | UBER_JCCP_MDL_000192322 | Document designated confidential | Uber |
26
27   | UBER_JCCP_MDL_000040852 | Document designated confidential | Uber |

28

                                        - 1 -                    ADMIN MOT. TO SEAL
                                                              CASE NO. 23-MD-03084-CRB

| UBER-MDL3084-000099693 | Document designated confidential | Uber |
|---|---|---|

Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules. None of the information at issue was marked confidential by Plaintiffs. Pursuant to the Court's order at Dkt. 1559, Uber must file its statement within one day.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

    1.    The Declaration of Roopal P. Luhana in Support of this Motion; and

    2.    A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: February 3, 2025

Respectfully submitted,

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
slondon@lchb.com

ADMIN MOT. TO SEAL
CASE NO. 23-MD-03084-CRB

1

2

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

3

**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**

4

555 Montgomery Street, Suite 820
San Francisco, CA 94111

5

Telephone: (415) 426-5641
Facsimile: (415) 840-9435

6

rabrams@peifferwolf.com

7

*Co-Lead Counsel for Plaintiffs*

8

### CERTIFICATE OF SERVICE

9

I hereby certify under penalty of perjury that on February 3, 2025, I authorized the

10

electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system,

11

which will send notification of such filing to registered parties.

12

13

*/s/Roopal Luhana*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMIN MOT. TO SEAL
CASE NO. 23-MD-03084-CRB