IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

    Having considered Plaintiffs' February 3, 2025 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| UBER_JCCP_MDL_000032097 | Document designated confidential | Uber |
| UBER_JCCP_MDL_000192322 | Document designated confidential | Uber |
| UBER_JCCP_MDL_000040852 | Document designated confidential | Uber |
| UBER-MDL3084-000099693 | Document designated confidential | Uber |

**IT IS SO ORDERED.**

Dated: _____

_____
HON. LISA J. CISNEROS
United States Magistrate Court Judge