RANDALL S. LUSKEY (SBN: 240915)
   rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
   ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
   cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
   akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>Judge:   Honorable Charles Breyer |
| This Document Relates to:<br><br>*Jillian Sullivan v. Uber Technologies, Inc, et al.;* 3:23-cv-05418-CRB | **DEFENDANTS AND THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC.; RASIER, LLC, AND RASIER-CA, LLC'S REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE (Local Rule 7-11); [PROPOSED] ORDER** |

-2-

On November 5, 2024, Defendants/Third-Party Plaintiffs Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC (collectively, "Uber") filed their Third-Party Complaint against Third-Party Defendant Ziad Zein.  Fed. R. Civ. P. 4(m) provides ninety (90) days for service of a complaint.  *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.").

Third-Party Plaintiffs have been diligently attempting to serve Third-Party Defendant, Ziad Zein, with the Summons and Third-Party Complaint.  But, to date, Third-Party Defendant has not yet been served in this matter.

Third-Party Plaintiffs respectfully request the Court grant a 60-day extension to complete service or take other appropriate action regarding Third-Party Defendant.  Good cause exists for this Court to extend the service deadline because Third-Party Plaintiffs have been diligently attempting to serve Third-Party Defendant.

Third-Party Plaintiffs, through attorneys of record Shook, Hardy & Bacon, hired First Legal, a legal solutions firm, to assist with locating and serving Third-Party Defendant.  The process server first attempted to serve the Third-Party Defendant 9151 Sunrise Lane, Orland Park, Illinois 60462.  The process server indicated a resident of that address indicated that Third-Party Defendant no longer lives there.

Third-Party Plaintiffs, through attorneys of record Shook, Hardy & Bacon and their paralegal staff, located an updated address for Third-Party Defendant.  They located 3133 Peschel Ct., Dyer, IN 46311-1232.

Third-Party Plaintiffs have attempted to serve the Third-Party Defendant at 3133 Peschel Ct., Dyer, IN 46311-1232.  The process server has indicated he has made four attempts to serve Third-Party Defendant at this address with the most recent attempt being on January 30, 2025, and no one answering the door each time.

Third-Party Plaintiffs respectfully request the Court grant a 60-day extension to complete service on Third-Party Defendant (or take appropriate action), allowing to and including April 4, 2025 to effect service.

DATED: February 3, 2025

Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: /s/ Maria Salcedo
    MARIA SALCEDO

MARIA SALCEDO (Admitted *Pro Hac Vice*)
    msalcedo@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

-3-

UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's
REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE     Case No. 3:23-cv-05418