RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
  ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
  cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
  akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jillian Sullivan v. Uber Technologies, Inc, et al.;* 3:23-cv-05418-CRB | Case No. 3:23-md-03084-CRB<br><br>Judge:     Honorable Charles Breyer<br><br>**DECLARATION OF MARIA SALCEDO IN SUPPORT OF DEFENDANTS AND THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC.; RASIER, LLC, AND RASIER-CA, LLC'S REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE (Local Rule 7-11); [PROPOSED] ORDER** |

I, Maria Salcedo, declare as follows:

1. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendants and Third-Party Plaintiffs, Uber Technologies, Rasier LLC, and Rasier-CA, LLC, ("Third-Party Plaintiffs"). I am a member in good standing of the Bar of the State of Missouri and the Bar of the State of Florida, and I admitted pro hac vice in this matter. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so.

2. I respectfully submit this declaration in support of the accompanying Request for Administrative Relief From Service Deadline.

3. On November 5, 2024, Defendants/Third-Party Plaintiffs Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC filed their Third-Party Complaint against Third-Party Defendant Ziad Zein. (ECF 40).

4. Uber, through attorneys of record Shook, Hardy & Bacon, hired First Legal, a legal solutions firm, to assist with locating and serving Third-Party Defendant.

5. On November 19, 2024, my paralegal, under my direction, directed First Legal, the legal solutions firm, to effect service of process on Third-Party Defendant at 9151 Sunrise Lane, Orland Park, Illinois 60462.

6. On November 20, 2024, the process server, attempted to serve the Third-Party Defendant at 9151 Sunrise Lane, Orland Park, Illinois 60462, but the process server indicated Third-Party Defendant no longer lives at that address.

7. On November 20, 2024, my paralegal, under my direction, located a new address to attempt service on Third-Party Defendant. That address is 3133 Peschel Ct., Dyer, IN 46311-1232.

8. On December 10, 2024, my paralegal, under my direction, directed First Legal to effect service of process on Third-Party Defendant Ziad Zein at 3133 Peschel Ct., Dyer, IN 46311-1232.

9. The process server has attempted this address four times, each time indicating that no one came to the door, with the most recent attempt being on January 30, 2025.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of February 2025, in Kansas City, Missouri.

/s/ *Maria Salcedo*
MARIA SALCEDO

MARIA SALCEDO (Admitted *Pro Hac Vice*)
  msalcedo@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

-3-
DECLARATION OF MARIA SALCEDO IN SUPPORT OF DEFENDANTS AND THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE   Case No. 3:23-cv-05418