RANDALL S. LUSKEY (SBN: 240915)
   rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
   ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
   cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
   akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>Judge:    Honorable Charles Breyer<br><br>**DEFENDANTS AND CROSS-CLAIMANTS UBER TECHNOLOGIES, INC.; RASIER, LLC, AND RASIER-CA, LLC'S REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE (Local Rule 7-11); [PROPOSED] ORDER** |
| This Document Relates to:<br><br>*M.C. v. Uber Technologies, Inc., et al.*<br>Case No.: 3:24-cv-03608-CRB | |

On November 5, 2024, Defendants/Cross-Claimants Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC (collectively, "Uber") filed their Cross-Claims against Cross-Defendant Desalegne Nega. Fed. R. Civ. P. 4(m) provides ninety (90) days for service of a complaint. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.").

Cross-Claimants have been diligently attempting to serve Cross-Defendant, Desalegne Nega, with the Summons and Cross-Claims. But, to date, Cross-Defendant has not yet been served in this matter.

Cross-Claimants respectfully request the Court grant a 60-day extension to complete service or take other appropriate action regarding Cross-Defendant. Good cause exists for this Court to extend the service deadline because Cross-Claimants have been diligently attempting to serve Cross-Defendant.

Cross-Claimants, through attorneys of record Shook, Hardy & Bacon, hired First Legal, a legal solutions firm, to assist with locating and serving Cross-Defendant. The process server first attempted to serve the Cross-Defendant at 5415 W. Harmon Ave., Unit 2004, Las Vegas, NV 89103-7014. The process server indicated an occupant of that address stated Cross-Defendant does not live there, but may live nearby in another unit in the same apartment complex. The occupant did not identify herself.

Cross-Claimants, through attorneys of record Shook, Hardy & Bacon, obtained a new Accurint report to locate an updated address for Cross-Defendant. That report indicated Cross-Defendant's current address was 5415 W. Harmon Ave., Unit 2004, Las Vegas, NV 89103-7014. Cross-Claimants, through attorneys of record Shook, Hardy & Bacon, then requested that First Legal locate an updated address for Cross-Defendant, and First Legal likewise determined that based on all indications the subject was still at 5415 W. Harmon Ave., Unit 2004, Las Vegas, NV 89103-7014. First Legal believed the occupant with whom its process server spoke may have been Cross-Defendant's wife.

First Legal attempted to serve the Cross-Defendant at 5415 W. Harmon Ave., Unit 2004, Las Vegas, NV 89103-7014 three additional times. The process server indicated no one came to the door

-2-

UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's
REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE     Case No. 3:23-cv-03608

on the first two attempts, but on the third attempt, which was on January 29, 2025, an occupant answered the door and stated that Cross-Defendant no longer lives there, that she does not know him, and that she only recognized his name from mail that still arrives at that address.

On January 29, 2025, First Legal identified a new address at which Cross-Defendant may be located, which is 8215 Stoneheather Ct., Las Vegas, NV 89117. Uber plans to return the prior summons as unexecuted and file a new Proposed Summons if this motion is granted.

Cross-Claimants respectfully request the Court grant a 60-day extension to complete service on Cross-Defendant (or take appropriate action), allowing to and including April 4, 2025 to effect service.

DATED: February 3, 2025                    Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Maria Salcedo*
          MARIA SALCEDO

MARIA SALCEDO (Admitted *Pro Hac Vice*)
     msalcedo@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC