RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
  ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
  cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
  akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*M.C. v. Uber Technologies, Inc., et al.*<br>Case No.: 3:24-cv-03608-CRB | Case No. 3:23-md-03084-CRB<br><br>Judge:      Honorable Charles Breyer<br><br>**DECLARATION OF MARIA SALCEDO IN SUPPORT OF DEFENDANTS AND CROSS-CLAIMANTS UBER TECHNOLOGIES, INC.; RASIER, LLC, AND RASIER-CA, LLC'S REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE (Local Rule 7-11)** |

I, Maria Salcedo, declare as follows:

1. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendants and Cross-Claimants, Uber Technologies, Rasier LLC, and Rasier-CA, LLC, ("Cross-Claimants"). I am a member in good standing of the Bar of the State of Missouri and the Bar of the State of Florida, and I am admitted pro hac vice in this matter. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so.

2. I respectfully submit this declaration in support of the accompanying Request for Administrative Relief From Service Deadline.

3. On November 5, 2024, Defendants/Cross-Claimants Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC filed their Cross-Claims against Cross-Defendant Desalegne Nega. (ECF 18).

4. My associate at my direction initially prepared a summons using the last address that Cross-Claimants had on record for Cross-Defendant, which was 9480 Olive Blvd. Apt. C, St. Louis, MO 63132.

5. On November 18, 2025, I realized that we had used an outdated address in the summons, as an Accurint report in the case file indicated that Cross-Defendant now lived in Nevada. In light of this, I instructed my associate and paralegal to prepare a new proposed summons with the most current address in the report.

5. On November 26, 2024, my assistant, at my direction, filed a new Proposed Summons in order to serve Cross-Defendant at 5415 W. Harmon Ave., Unit 2004, Las Vegas, NV 89103-7014. (ECF 21).

8. On December 3, 2024, the ECF system rejected the filing with an error message indicating I needed to return the prior summons as unexecuted in order to receive a new summons. On December 9, 2024, my assistant, at my direction, filed the initial summons as unexecuted and filed a new Proposed Summons in order to serve Cross-Defendant at 5415 W. Harmon Ave., Unit 2004, Las Vegas, NV 89103-7014. (ECF 22–24).

9. On December 11, 2024, my paralegal, under my direction, directed First Legal to effect service of process on Cross-Defendant at 5415 W. Harmon Ave., Unit 2004, Las Vegas, NV 89103-7014.

9. The process server, attempted to serve the Cross-Defendant at 5415 W. Harmon Ave., Unit 2004, Las Vegas, NV 89103-7014, but the process server indicated an occupant of that address stated Cross-Defendant did not live there, but may live at a nearby apartment unit. The occupant did not identify herself.

10. On January 17, 2025, I instructed my associate to request a new Accurint report to see if we could locate an updated address for Cross-Defendant. The Accurint report turn out the same address at which we had attempted to serve him, 5415 W. Harmon Ave., Unit 2004, Las Vegas, NV 89103-7014.

11. On January 21, 2025, my paralegal, under my direction, directed First Legal to locate an updated current address for Cross-Defendant. First Legal determined that based on all indications the subject was still at 5415 W. Harmon Ave., Unit 2004, Las Vegas, NV 89103-7014. First Legal believed the occupant with whom its process server spoke may have been Cross-Defendant's wife.

11. The process server has attempted this address three additional times, indicating that no one came to the door the first two times. On the third time, which was on January 29, 2025, an occupant came to the door and stated that she does not know Cross-Defendant and only recognized his name from mail she received.

12. On January 29, 2025, First Legal identified a new address at which Cross-Defendant may be located, which is 8215 Stoneheather Ct., Las Vegas, NV 89117. Cross-Claimants plan to return the prior summons as unexecuted and file a new Proposed Summons if their Motion to Extend Service Time is granted.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of February 2025, in Kansas City, Missouri.

/s/ *Maria Salcedo*
MARIA SALCEDO

-3-
DECLARATION OF MARIA SALCEDO IN SUPPORT OF DEFENDANTS AND CROSS-CLAIMANTS' UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's
REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE         Case No. 3:23-cv-03608

MARIA SALCEDO (Admitted *Pro Hac Vice*)
msalcedo@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

-4-
DECLARATION OF MARIA SALCEDO IN SUPPORT OF DEFENDANTS AND CROSS-CLAIMANTS' UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE    Case No. 3:23-cv-03608