1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

9
10

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
|---|---|
| | Judge: Honorable Charles Breyer |
| This Document Relates to: *M.C. v. Uber Technologies, Inc., et al.* Case No.: 3:24-cv-03608-CRB | **[PROPOSED] ORDER GRANTING DEFENDANTS AND CROSS-CLAIMANTS UBER TECHNOLOGIES, INC.; RASIER, LLC, AND RASIER-CA, LLC'S REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE (Local Rule 7-11)** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Upon request of Defendants/Cross-Claimants for administrative relief and for good cause, **IT IS HEREBY ORDERED** that the service deadline for the Cross-Claims be extended to and including April 4, 2025.

**IT IS SO ORDERED.**

Dated: _____                                    _____

                                                                                              Judge Charles R. Breyer

-2-

UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's
REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE    Case No. 3:23-cv-03608