John Eddie Williams, Jr. (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
Joseph C. Melugin (SBN 279439)
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com
Email: jmelugin@whlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL NO. 3084 CRB** |
| This Document Relates to: *WHB 2063 v. UBER TECHNOLOGIES, INC., et al.* – Case No. 3:25-cv-01099 | **NOTICE OF FILING OF NEW ACTION** |

**NOTICE OF FILING OF NEW ACTION**

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on February 4, 2025.

Dated: February 4, 2025                    Respectfully Submitted,

                                           **WILLIAMS HART & BOUNDAS, LLP**

1
2    /s/Walt Cubberly_____
     John Eddie Williams, Esq.
3    Brian Abramson, Esq.
     Margret Lecocke, Esq.
4    Walt Cubberly, Esq.
     Batami Baskin, Esq.
5    Myles Shaw, Esq.
     Joseph C. Melugin, Esq.
6
7    *Attorneys for Plaintiff*

8
               **CERTIFICATE OF SERVICE**
9
10   I hereby certify that on February 4, 2025 I electronically transmitted the foregoing Notice
11   of Filing of New Action to the Clerk's Office using the CM/ECF System for filing thereby
12   transmitting a Notice of Electronic Filing to all CM/ECF registrants.
13                              /s/Walt Cubberly_____
                                Walt Cubberly
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28