| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER *Please use one form per court reporter.* *CJA counsel please use Form CJA24* *Please read instructions on next page.* | COURT USE ONLY DUE DATE: |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER Malika Amaru | 2a. CONTACT PHONE NUMBER (628) 432-5100 | 3. CONTACT EMAIL ADDRESS mamaru@paulweiss.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different) Randall S. Luskey | 2b. ATTORNEY PHONE NUMBER (628) 432-5100 | 3. ATTORNEY EMAIL ADDRESS rluskey@paulweiss.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) Paul, Weiss, Rifkind, Wharton & Garrison LLP 535 Mission Street, 24th Floor San Francisco, CA 94105 | 5. CASE NAME In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation | 6. CASE NUMBER 3:23-md-03084 |
|---|---|---|
| 7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR Ana Dub | 8. THIS TRANSCRIPT ORDER IS FOR: ☐ APPEAL    ☐ CRIMINAL    ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) ☐ NON-APPEAL  ☒ CIVIL    CJA: Do not use this form; use Form CJA24. | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)  b. SELECT FORMAT(S) (*NOTE: ECF access is included with purchase of PDF, text, paper or condensed.*)  c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/03/2025 | CRB | SC | | ● | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional). 11. SIGNATURE  */s/ Randall S. Luskey* | 12. DATE 02/04/2025 |
|---|---|