OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** February 3, 2025 | **Time:** 3:10 p.m.- 3:59 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.**: 3:23-md-03084-CRB | **Case Name:** In re: Uber Technologies, Inc. v. | |

**For Plaintiffs:** Roopal Luhana and Elizabeth Wilkins, Chaffin Luhana LLP; Sarah, London, Lieff Cabraser Heimann & Bernstein LLP; Rachel Abrams and Tiffany Ellis, Peiffer Wolf Carr Kane Conway & Wise, LLP; Layne Hilton, Meyer Wilson, Co., LPA, counsel for Plaintiffs.

**For Defendants:** Micheal Shortnacy, Jeremy Wikler, Patrick Oot and Daniel Cummings, Shook, Hardy & Bacon L.L.P.

**Deputy Clerk:** Brittany Sims            **Reported by:** Marla Knox

PROCEEDINGS

Discovery hearing and status conference held. The Court and the parties discussed the possibility of appointing a special master to handle remaining privilege disputes. The Court heard argument on the relevancy disputes raised in the joint letter and the parties' views on whether verification of the TAR system has shown systemic deficiencies in production. Joint letter taken under submission.