```
 1 | John Eddie Williams, Jr. (pro hac vice)
   | Brian Abramson (pro hac vice)
 2 | Margret Lecocke (pro hac vice)
   | Walt Cubberly (SBN 325163)
 3 | Batami Baskin (pro hac vice)
   | Myles Shaw (pro hac vice)
 4 | Joseph C. Melugin (SBN 279439)
   | WILLIAM HART & BOUNDAS, LLP
 5 | 8441 Gulf Freeway, Suite 600
   | Houston, Texas 77017-5051
 6 | Telephone: (713) 230-2200
   | Facsimile: (713) 643-6226
 7 | Email: jwilliams@whlaw.com
   | Email: babramson@whlaw.com
 8 | Email: mlecocke@whlaw.com
   | Email: wcubberly@whlaw.com
 9 | Email: bbaskin@whlaw.com
   | Email: mshaw@whlaw.com
10 | Email: jmelugin@whlaw.com
```

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL NO. 3084 CRB |
|---|---|
| This Document Relates to: *WHB 2072 v. UBER TECHNOLOGIES, INC., et al.* – Case No. 3:25-cv-01140 | **NOTICE OF FILING OF NEW ACTION** |

## NOTICE OF FILING OF NEW ACTION

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on February 4, 2025.

Dated: February 4, 2025                    Respectfully Submitted,

**WILLIAMS HART & BOUNDAS, LLP**

/s/Walt Cubberly_____
John Eddie Williams, Esq.
Brian Abramson, Esq.
Margret Lecocke, Esq.
Walt Cubberly, Esq.
Batami Baskin, Esq.
Myles Shaw, Esq.
Joseph C. Melugin, Esq.

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2025 I electronically transmitted the foregoing Notice of Filing of New Action to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/Walt Cubberly_____
Walt Cubberly