HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
**ANAPOL WEISS**
60 South 6th St., Suite 2800
Minneapolis, MN 55402
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: hdolejsi@anapolweiss.com

WILLIAM L. SMITH (Cal Bar No. 324235)
**ANAPOL WEISS**
6060 Center Drive 10th Floor,
Los Angeles, CA 90045
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: wsmith@anapolweiss.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>_____<br><br>This Document Relates to:<br><br>*K.L., v. Uber Technologies, Inc., et al.*<br>Case No. 3:25-cv-01144 | MDL: No. 3084<br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on February 4, 2025.

///

///

///

///

CASE NO. 3:25-cv-01144            1            NOTICE OF FILING OF NEW ACTION

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 4, 2025 | Respectfully submitted, |
| 3 | | **ANAPOL WEISS** |
| 4 | | By: */s/ Holly Dolejsi* |
| 5 | | HOLLY DOLEJSI (*Admitted Pro Hac Vice*) |
| | | 60 South 6th St. Suite 2800 |
| 6 | | Minneapolis, MN 55402 |
| 7 | | Telephone: 202.780.3014 |
| | | Facsimile: 202.780.3678 |
| 8 | | Email: hdolejsi@anapolweiss.com |
| 9 | | WILLIAM L. SMITH (Cal Bar No. 324235) |
| | | 6060 Center Drive 10th Floor |
| 10 | | Los Angeles, CA 90045 |
| | | Telephone: 202.780.3014 |
| 11 | | Facsimile: 202.780.3678 |
| 12 | | Email: wsmith@anapolweiss.com |
| 13 | | *Counsel for Plaintiff* |

### CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2025, I electronically transmitted the forgoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Holly Dolejsi*
Holly Dolejsi