**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*M.C. v. Uber Technologies, Inc., et al.*<br>Case No.: 3:24-cv-03608-CRB | Case No. 3:23-md-03084-CRB<br><br>Judge:     Honorable Charles Breyer<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS AND CROSS-CLAIMANTS UBER TECHNOLOGIES, INC.; RASIER, LLC, AND RASIER-CA, LLC'S REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE (Local Rule 7-11)** |

**ORDER**

Upon request of Defendants/Cross-Claimants for administrative relief and for good cause, **IT IS HEREBY ORDERED** that the service deadline for the Cross-Claims be extended to and including April 4, 2025.

**IT IS SO ORDERED.**

Dated: February 5, 2025



Judge Charles R. Breyer

-2-

UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's
REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE    Case No. 3:23-cv-03608