RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
  ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
  cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
  akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS' SUBMISSION IN RESPONSE TO ORDER REGARDING APPOINTMENT OF SPECIAL MASTER (ECF 2204, ECF 2229)**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

1    Pursuant to the Court's February 3, 2025, Order Regarding Appointment of Master (ECF No. 2204) and the Court's Minute Entry following the February 3, 2025 Status Conference (ECF No. 2229), Defendants respectfully submit the following list of potential Special Masters.

As stated during the February 3 Status Conference, Defendants believe that a California-experienced jurist would be uniquely well suited for an appointment in this matter, and would benefit all parties. On that basis, Defendants object to the appointment of Judge Barbara S. Jones. In light of Plaintiffs' stated position below, Defendants note that no party objects to the appointment of Judge Laporte.

Pursuant to Fed. R. Civ. P. 53(b)(1), Defendants propose for the Court's consideration the below former California federal judges, both of whom have confirmed through their case administrative managers they have availability for the appointment.

1.  Honorable Elizabeth D. Laporte (Ret.). Judge Laporte is an experienced jurist with decades of experience on this Court. Judge Laporte's CV is attached as **Exhibit A**.
2.  Honorable Michael R. Wilner (Ret.). Judge Wilner served as a Magistrate Judge in the Central District of California for 13 years. Judge Wilner's CV is attached as **Exhibit B**.

Defendants shared these selections with Plaintiffs prior to this filing. Plaintiffs responded by email requesting that Defendants include the following verbatim statement by Plaintiffs:

"Plaintiffs agree to the Court's appointment of Judge Jones, do not intend to submit any additional names, and note that Judge Jones has the qualifications, experience, and availability to fulfill this assignment. Plaintiffs defer to the Court on the appropriate selection, but do not agree with Uber that a California-based jurist is necessary, uniquely qualified or superior for this fact and document-intensive role. Plaintiffs further expressed that they are unable to agree to Mr. Wilner at this time."

| | | |
|---|---|---|
| 1 | DATED: February 5, 2025 | Respectfully submitted, |
| 2 | | **SHOOK HARDY & BACON L.L.P.** |
| 3 | | By: /s/ *Michael B. Shortnacy* |
| 4 | |     MICHAEL B. SHORTNACY |

MICHAEL B. SHORTNACY (SBN: 277035)
   mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (Admitted *Pro Hac Vice*)
   oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

KYLE N. SMITH (*Pro Hac Vice* admitted)
   ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
   jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC