# EXHIBIT B





# Hon. Michael R. Wilner

## (Ret.)

Mediator, Arbitrator, Court-Appointed Neutral (Referee/Special Master), Neutral Evaluator

**Hon. Michael R. Wilner (Ret.)** served as a United States Magistrate Judge for over 13 years in the Central District of California. During his 30-year career in federal public service, Judge Wilner also worked as a trial attorney, appellate lawyer and investigator. In these roles, he developed a deep understanding of all aspects of federal litigation practice.

While on the bench, Judge Wilner was an in-demand resource for lawyers, litigants and other federal judges. Parties regularly sought him out; he conducted the most jury and bench trials by consent in the Central District for several years. He was also a go-to settlement judge for complex business, tort and intellectual property cases in federal district court in Los Angeles. He brings a high level of imagination, energy, creativity, compassion and preparation to all of his cases.

Judge Wilner is available for mediations, arbitrations and neutral evaluations, and can serve as a discovery referee or special master.

## ADR Experience and Qualifications

- As a United States Magistrate Judge for 13 years, handled hundreds of settlement conferences, discovery motions and civil trials
- Member of the federal court's Patent Program; accepted assignments to handle discovery disputes and conduct settlement conferences in complex patent, copyright, and trademark and trade dress lawsuits
- Former white collar criminal prosecutor and appellate attorney in the U.S. Attorney's Office in Los Angeles

## Representative Matters

- As a judge, managed patent, copyright and trademark/trade dress litigation in federal court
- As a judge, handled numerous class actions under state and federal law, including wage-and-hour

- disputes, consumer warranty cases and privacy/data protection statutes
- As a trial and settlement judge, handled employment litigation, including executive compensation and discrimination claims
- Advocated in numerous civil and criminal financial lawsuits, securities class actions, fraud cases and other related white collar areas
- As a judge, handled numerous cases involving artists, performers, photographers and athletes in film, television and sports disputes
- As a judge, regularly handled qui tam/False Claim Act and asset forfeiture litigation
- Settlement judge for complex environmental lawsuits under the Clean Water Act, Clean Air Act, CERCLA and other federal and state statutes
- As a judge, gained extensive experience in insurance litigation regarding scope of commercial coverage, homeowner claims and subrogation/reinsurance disputes
- As a judge, handled medical and legal malpractice matters

# Honors, Memberships, and Professional Activities

- Led local and national training sessions for new federal judges on substantive legal and technology issues
- Frequent speaker at bar presentations on federal litigation and intellectual property issues
- Guest lecturer and moot court judge at UCLA School of Law, USC Gould School of Law, Loyola Law School, Southwestern Law School and UC Irvine School of Law
- Board Member, Federal Bar Association of Los Angeles, Board Member
- Member, Executive Committee, Litigation Section, Los Angeles County Bar Association
- Board Member, Judge Paul R. Michel Intellectual Property American Inn of Court
- Member, Los Angeles Intellectual Property Law Association
- Member, White Collar Crime Committee, American Bar Association
- Member, Tom Bradley – Arleigh Woods American Inn of Court

# Background and Education

- U.S. Magistrate Judge, U.S. District Court, Central District of California, 2011–2024
- Assistant U.S. Attorney, Deputy Chief, Major Frauds Section, Central District of California, 2000–2011
- Attorney and Senior Counsel, Division of Enforcement, U.S. Securities and Exchange Commission, Los Angeles, 1995–2000
- Litigation Associate, Proskauer Rose Goetz & Mendelsohn, Los Angeles, 1991–1995
- J.D., with Honors, University of Pennsylvania Law School, 1991
- A.B., with Honors, English (modified with Psychology), Dartmouth College, 1988

**Disclaimer**
This page is for general information purposes. JAMS makes no representations or warranties regarding its accuracy or completeness. Interested persons should conduct their own research regarding information on this website before deciding to use JAMS, including investigation and research of JAMS neutrals. See More



# We are always looking for ways to improve your experience. Please tell us what you think of this page?



HateLove

Next