| | |
|---|---|
| 1 | John Eddie Williams, Jr. (pro hac vice)<br>Brian Abramson (pro hac vice) |
| 2 | Margret Lecocke (pro hac vice)<br>Walt Cubberly (SBN 325163) |
| 3 | Batami Baskin (pro hac vice)<br>Myles Shaw (pro hac vice) |
| 4 | Joseph C. Melugin (SBN 279439)<br>WILLIAM HART & BOUNDAS, LLP |
| 5 | 8441 Gulf Freeway, Suite 600<br>Houston, Texas 77017-5051 |
| 6 | Telephone: (713) 230-2200<br>Facsimile: (713) 643-6226 |
| 7 | Email: jwilliams@whlaw.com<br>Email: babramson@whlaw.com |
| 8 | Email: mlecocke@whlaw.com<br>Email: wcubberly@whlaw.com |
| 9 | Email: bbaskin@whlaw.com<br>Email: mshaw@whlaw.com |
| 10 | Email: jmelugin@whlaw.com |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL NO. 3084 CRB** |
| This Document Relates to:<br><br>*WHB 2059 v. UBER TECHNOLOGIES, INC., et al.* – Case No. 3:25-cv-01255 | **NOTICE OF FILING OF NEW ACTION** |

### NOTICE OF FILING OF NEW ACTION

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on February 6, 2025.

1

Dated: February 6, 2025

Respectfully Submitted,

**WILLIAMS HART & BOUNDAS, LLP**

/s/Walt Cubberly
John Eddie Williams, Esq.
Brian Abramson, Esq.
Margret Lecocke, Esq.
Walt Cubberly, Esq.
Batami Baskin, Esq.
Myles Shaw, Esq.
Joseph C. Melugin, Esq.

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2025 I electronically transmitted the foregoing Notice of Filing of New Action to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/Walt Cubberly
Walt Cubberly