TRACEY B. COWAN (SBN 250053)
tcowan@clarksonlawfirm.com
Clarkson Law Firm, P.C.
95 3rd Street, 2nd Floor
San Francisco, CA 94103
Telephone: (213) 788-4050

RYAN J. CLARKSON (SBN 257074)
rclarkson@clarksonlawfirm.com
OLIVIA E. DAVIS (SBN 353041)
odavis@clarksonlawfirm.com
Clarkson Law Firm, P.C.
22525 Pacific Coast Hwy.
Malibu, CA 90265
Telephone: (213) 788-4050

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB  NOTICE OF FILING NEW ACTION |
| This Document Relates to:  *CLF H.P. v. Uber Technologies, Inc., et al.* Case No. 3:25-cv-1285 | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on February 6, 2025.

DATED: February 6, 2025

Respectfully submitted,

s/ *Tracey B. Cowan*
TRACEY B. COWAN (SBN 250053)
tcowan@clarksonlawfirm.com
Clarkson Law Firm, P.C.
95 3rd Street, 2nd Floor
San Francisco, CA 94103
Telephone: (213) 788-4050

RYAN J. CLARKSON (SBN 257074)
rclarkson@clarksonlawfirm.com
OLIVIA E. DAVIS (SBN 353041)
odavis@clarksonlawfirm.com
Clarkson Law Firm, P.C.

22525 Pacific Coast Hwy.
Malibu, CA 90265
Telephone: (213) 788-4050

*Attorneys for Plaintiffs*