Lauren Welling (CA State Bar No. 291813)
  LWelling@sssfirm.com
Michael W. Carney (CA State Bar No. 241564)
  MCarney@sssfirm.com
**SLATER SLATER SCHULMAN LLP**
8383 Wilshire Blvd, Suite 255
Beverly Hills, CA 90211
Telephone: (310) 341-2086
Facsimile: (310) 773-5573

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>**DECLARATION OF LAUREN A. WELLING REGARDING MOTION TO WITHDRAW ORDER(S)** |
| This Document Relates to:<br><br>*A.O. v. Uber Technologies, Inc., et al;*<br>*3:24-cv-05717-CRB*<br><br>*R.D. v. Uber Technologies, Inc., et al;*<br>*3:24-cv-05393-CRB*<br><br>*J.K. v. Uber Technologies, Inc., et al;*<br>*3:24-cv-05463-CRB*<br><br>*M.P. v. Uber Technologies, Inc., et al;*<br>*3:24-cv-05688-CRB*<br><br>*T.F. v. Uber Technologies, Inc., et al;*<br>*3:24-cv-05768-CRB* | |

I, Lauren A. Welling, declare:

1. I am an attorney at the law firm of Slater Slater Schulman LLP. I am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Our office represented Plaintiffs in the above-referenced actions (collectively, "Plaintiffs").

3. On February 3, 2025, this Court entered an order ("Order") permitting Slater Slater Schulman, LLP to withdraw from representing Plaintiffs.

4. I understand that, pursuant to Local Rule 11-5(b), withdrawal from representation includes our office continuing to accept papers to forward to Plaintiffs.

5. In compliance with Local Rule 11-5(b), our office accepts this responsibility and served each of the Plaintiffs a letter and copy of the Order in compliance with Local Rule 11-5(b) and the Order.

6. I hereby certify that a true and accurate copy of the February 3, 2025 Order has been served on all Plaintiffs identified in the above-referenced actions by electronic mail, certified and first-class mail to the last known address in their files on February 6, 2025.

Executed this 6th day of February, 2025 in Beverly Hills, California.

>*/s/ Lauren A. Welling*
> Lauren A. Welling
>
> *Attorneys for Plaintiff*