# **CERTIFICATE OF SERVICE**

      I hereby certify that on February 6, 2025, I electronically filed the foregoing **Declaration of Lauren A. Welling Regarding Motion to Withdraw Order(s)** with the Clerk of Court using the CM/ECF system in the United States District Court for the Northern District of California Civil Action Number 3:23-md-03084-CRB, which shall send notification of such filing to all counsel of record. Pursuant to Pre-trial Order No. 6, Plaintiff will also send notification of such filing via e-mail service to:

Kyle Smith
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006
Email: ksmith@paulweiss.com

                                                        /s/ Lauren Welling
                                                        Lauren Welling