|   |   |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: <br><br> ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 2193]** <br><br> Judge:     Hon. Lisa J. Cisneros <br> Courtroom:  G – 15th Floor |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, dated January 31, 2025, ECF 2193, and Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC's (collectively "Uber") statement in support of Plaintiffs' Administrative Motions, dated February 7, 2025 ECF ___, the Court hereby ORDERS that the following materials remain under seal:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit B to the Declaration of R. Luhana ISO Joint Letter Regarding Defendants' Production of Hyperlinked Documents | Confidential business document | Uber |
| Exhibit C to the Declaration of R. Luhana ISO Joint Letter Regarding Defendants' Production of Hyperlinked Documents | Confidential business communication | Uber |
| Exhibit D to the Declaration of R. Luhana ISO Joint Letter Regarding Defendants' Production of Hyperlinked Documents | Confidential business communication | Uber |
| Exhibit E to the Declaration of R. Luhana ISO Joint Letter Regarding Defendants' Production of Hyperlinked Documents | Confidential business communication | Uber |
| Exhibit F to the Declaration of R. Luhana ISO Joint Letter Regarding Defendants' Production of Hyperlinked Documents | Confidential business communication | Uber |

**IT IS SO ORDERED.**

Dated:_____      _____
                                      Hon. Lisa J. Cisneros
                                      United States Magistrate Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 2193]
Case No. 3:23-MD-3084-CRB