1

2

3

4

5

6

7

8

9

10

11

United States District Court
Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

_____/

This Order Relates To:

*ALL ACTIONS*

MDL No. 3084

**AMENDED ORDER APPOINTING
HONORABLE BARBARA S. JONES
(RET.) AS MASTER**

On February 3, 2025, the Court notified the parties of its intention to appoint the

Honorable Barbara S. Jones (Ret.) as a Master to conduct a review of privilege logs and

documents relating to the assertion of attorney client and work product privileges in this

MDL.  Dkt. No. 2204.  Uber objected to her appointment on the basis that a "California-

experienced jurist" would be better suited; Plaintiffs did not object.  Dkt. No. 2275.  The

Court overruled Uber's objection in an order appointing Judge Jones.  Dkt. No. 2289.  This

Order now amends Judge Jones's appointment.

Judge Jones has informed the Court that she is willing to accept this appointment

and has filed an affidavit stating that there are no grounds for disqualification.  Dkt. No.

2299.  The Court is not aware of any grounds for her disqualification.  Accordingly,

pursuant to Federal Rule of Civil Procedure 53, the Court APPOINTS Judge Jones as

Master.

The Clerk shall add Judge Jones as a filer on the Court's Electronic Case Filing

system ("ECF"), at barbara.jones@bracewell.com, and the Clerk shall electronically serve

1    this order on Judge Jones.

2    **I.    BASIS FOR APPOINTMENT**

3        1.    <u>Appointment</u>.  The Court appoints the Honorable Barbara S. Jones (Ret.) as a

4    Master to assist the Court in this litigation pursuant to Rule 53(a)(1) to "perform duties

5    consented to by the parties," Fed. R. Civ. P. 53(a)(1)(A), and to "address pretrial matters

6    that cannot be effectively and timely addressed by an available district judge or magistrate

7    judge of the district," Fed. R. Civ. P. 53(a)(1)(C).

8        2.    <u>No Grounds for Disqualification</u>.  On February 7, 2025, pursuant to Rule

9    53(a)(2) and 53(b)(3), Judge Jones filed an affidavit that states that she has no

10   "relationship to the parties, attorneys, action or court that would require disqualification of

11   a judge under 28 U.S.C. § 455[.]"  <u>See</u> Fed. R. Civ. P. 53(a)(2). If during Judge Jones's

12   tenure as Master, she or the parties become aware of any potential grounds for

13   disqualification, they shall notify the Court immediately.

14       3.    <u>Fairness Considerations</u>.  Pursuant to Rule 53(a)(3), the Court has considered

15   the fairness of imposing the likely expenses of the Master on the parties.  The Court

16   believes that the appointment and use of the Master will materially advance the litigation,

17   thereby achieving considerable cost-saving to all parties.  The Master will work with the

18   parties to minimize the time and expense related to proceedings before the Master.

19       4.    <u>Proper Notice Given to All Parties</u>.  Pursuant to Rule 53(b)(1), on February

20   3, 2025, the Court gave all parties to these proceedings notice of its intent to appoint the

21   Master and provided the parties until February 5, 2025, to object to the appointment, and

22   until February 6, 2025, to propose potential alternates.  As discussed above, Plaintiffs did

23   not object to Judge Jones's appointment, and Uber's objection has been heard and

24   overruled.

25   **II.    MASTER'S DUTIES, SCOPE OF AUTHORITY, AND COMPENSATION**

26       5.    <u>Diligence</u>.  Pursuant to Rule 53(b)(2), the Court hereby directs the Master to

27   proceed with all reasonable diligence in performing her duties in these proceedings.

28       6.    <u>Scope of Master's Duties</u>.  Pursuant to Rule 53(b)(2)(A), the Master shall

United States District Court
Northern District of California

United States District Court
Northern District of California

1    assist the Court with all disputes relating to privilege logs and the assertion of attorney

2    client and work product privileges in this MDL, as well as deal with any other matters at

3    the Court's direction.  The Master shall have the authority to set the date, time and place

4    for all hearings, to preside over hearings, to take evidence, to conduct telephonic

5    conferences to resolve disputes arising during depositions, and to issue orders awarding

6    non-contempt sanctions, including, without limitation, the award of attorneys' fees, as

7    provided by Rules 37 and 45.  The Master may recommend a contempt sanction against a

8    party and sanctions against a nonparty as provided in Rule 53(c)(2).  The Master is

9    authorized to receive and consider information designated as CONFIDENTIAL and

10   HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY confidential pursuant to the

11   protective order entered in this matter, as well as information previously submitted to the

12   Magistrate Judge or submitted directly to the Master for in camera review.  <u>See</u> Dkt. No.

13   176.  The Master has agreed to be bound by the protective order.

14        7.    <u>Scope of Master's Authority</u>.  The Master shall have the authority provided

15   in Rule 53(c) and 53(d).

16        8.    <u>Procedure for Motions Submitted to the Master</u>.  The procedural

17   requirements contained in the Court's standing order on all civil cases shall govern any

18   motion practice before the Master.

19        9.    <u>Ex Parte Communications</u>.  Pursuant to Rule 53(b)(2)(B), the Master may

20   communicate ex parte with the Court at any time.  The Master shall not communicate ex

21   parte with any party without first providing notice to, and receiving consent from, the

22   Plaintiff's Steering Committee and Defendants' counsel.

23        10.   <u>Preservation of Materials and Preparation of Record</u>.  Pursuant to Rule

24   53(b)(2)(C), the Master shall maintain orderly files consisting of all documents submitted

25   to her by the parties and of any of her written orders, findings, and/or recommendations.

26   Pursuant to Rule 53(d), the Master shall file any written orders, findings, and/or

27   recommendations with the Court via ECF. Such filing shall fulfill the Master's duty to

28   serve her orders on the parties. Any records of the Master's activities other than written

3

1    orders, findings, and/or recommendations shall be filed in accordance with paragraph 15.

2    　　　　11.    Compensation.  The procedures for establishing and paying the Master's

3    compensation and expenses shall be determined in a later order.  Within one week of this

4    Order, the Master and counsel for the parties shall confer on this issue, and the Master

5    shall submit a proposal for the Court's approval as to the procedures for paying the

6    Master's compensation and expenses.

7    　　　　12.    Master's Reports to Court.  Pursuant to Rule 53(d), the Master shall issue

8    orders on motions presented to her which shall be final and not require the Court's

9    signature, subject to the parties' right to file objections as described below. If the Master

10    considers it advisable to make a report to the Court, she shall do so in accordance with

11    Rule 53(e).

12    **III.    ACTION ON MASTER'S ORDERS, REPORTS, OR RECOMMENDATIONS**

13    　　　　13.    Scope of Section.  Pursuant to Rule 53(b)(2)(D) and 53(f), the procedures

14    described in paragraphs 14 through 17 herein shall govern any action on the Master's

15    orders, reports, and/or recommendations.

16    　　　　14.    Time Limits for Review.  Any party wishing to file objections to or a motion

17    to adopt or modify the Master's orders, reports, and/or recommendations must file such

18    objections or motion with the Court within 5 days from the day the Master filed the order,

19    report, and/or recommendation via ECF.  Any order issued by the Master shall remain in

20    effect pending any such objection or motion.

21    　　　　15.    Filing the Record for Review.  The party filing the objection or motion shall

22    submit with such objection or motion any record necessary for the Court to review the

23    Master's order, report, and/or recommendation, including any transcripts of proceedings

24    before the Master and any submitted by the parties in connection with the Master's order,

25    report, and/or recommendation.  Failure to provide the record shall constitute grounds for

26    the Court to overrule the objection or deny the motion.

27    　　　　16.    Standard for the Court's Review.  Pursuant to Rule 53(f)(3)-(5), the Court

28    shall review findings of fact made or recommended by the Master for clear error. The

United States District Court
Northern District of California

1   Court shall review de novo any conclusions of law made or recommended by the Master.

2   The Court will set aside the Master's ruling on a procedural matter only for an abuse of

3   discretion.

4        17.   <u>Court's Actions on Master's Orders</u>.  Pursuant to Rule 53(f)(1), in acting on

5   an order, report, or recommendation of the Master, the Court shall afford the parties an

6   opportunity to present their positions and, in its discretion, may receive evidence, and may

7   adopt or affirm; modify; wholly or partly reject or reverse; resubmit to the Master with

8   instructions; or make any further orders it deems appropriate.

9

10       **IT IS SO ORDERED.**

11       Dated: February 7, 2025

12                    CHARLES R. BREYER
    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California