IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ This Order Relates To: *ALL CASES* | MDL No. 3084 **ORDER SETTING STATUS CONFERENCE** |

A status conference relating to the issues assigned to Master Barbara S. Jones shall be conducted on Wednesday, February 12, 2025 at 2:00 p.m. in the courtroom of Magistrate Judge Cisneros. The following attorneys are ordered to attend in person:

- Michael Brian Shortnancy
- Roopal Luhana
- Tiffany Ellis
- Sarah London
- Rachel Abrams

Counsel not named in this Order may participate in person or via videoconference.

**IT IS SO ORDERED.**

Dated: February 7, 2025

CHARLES R. BREYER
United States District Judge