RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
  ratkins@paulweiss.com
JACQUELINE P. RUBIN (*Pro Hac Vice* admitted)
  jrubin@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
  cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
  akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Lisa Williams* v. *Uber Technologies Inc., et al.*, No. 3:24-cv-00114<br><br>*Ashley Carroll* v. *Uber Technologies Inc., et al.*, No. 3:24-cv-02196<br><br>*T.R.* v. *Uber Technologies Inc., et al.*, No. 3:24-cv-03592 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF KYLE SMITH IN SUPPORT OF DEFENDANTS' PORTION OF THE JOINT LETTER REGARDING PEIFFER WOLF PLAINTIFFS' COMPLIANCE WITH 11/18 PFS ORDER**<br><br>Judge:       Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

*H.L.* v. *Uber Technologies Inc., et al.*,
No. 3:24-cv-04526

*L.M.* v. *Uber Technologies Inc., et al.*,
No. 3:24-cv-05179

*A.T.* v. *Uber Technologies Inc., et al.*,
No. 3:24-cv-05592

*A.H.* v. *Uber Technologies Inc., et al.*,
No. 3:24-cv-05807

- ii -

K. SMITH DECL. ISO DEFS.' PORTION OF JOINT LETTER RE: PEIFFER WOLF PLS.' COMPLIANCE WITH 11/18 PFS ORDER    Case No. 3:23-md-03084-CRB

1  KYLE N. SMITH (*Pro Hac Vice* admitted)
      ksmith@paulweiss.com
2  JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
      jphillips@paulweiss.com
3  **PAUL, WEISS, RIFKIND, WHARTON**
      **& GARRISON LLP**
4  2001 K Street, NW
   Washington DC, 20006
5  Telephone: (202) 223-7300
   Facsimile:  (202) 223-7420

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

- iii -

K. SMITH DECL. ISO DEFS.' PORTION OF JOINT LETTER RE:     Case No. 3:23-md-03084-CRB
PEIFFER WOLF PLS.' COMPLIANCE WITH 11/18 PFS ORDER

# DECLARATION OF KYLE SMITH

I, Kyle Smith, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Arlington, Virginia. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Uber's") portion of the joint letter brief regarding certain Peiffer Wolf Carr Kane Conway & Wise, LLP ("Peiffer Wolf") Plaintiffs' compliance with the Court's November 18, 2024 Plaintiff Fact Sheet ("PFS") Order.

2. I am a partner at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, representing Uber in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the District of Columbia Court of Appeals and the Bar of the State of New York Court of Appeals, Third Department. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. Attached to this declaration as **Exhibit A** is a table identifying seven Plaintiffs represented by Peiffer Wolf who, as of the date of this submission, have failed to conform their PFS submissions with the Court's November 18, 2024 PFS Order. The Plaintiffs' non-compliance is identified in the table. Five of the seven Plaintiffs listed have not submitted a signed verification at any point. The most recent signed verification submitted by the other two Plaintiffs was submitted on July 2, 2024.

4. Attached to this declaration as **Exhibit B** is a true and correct copy of a letter Uber sent Peiffer Wolf on December 11, 2024 identifying Plaintiffs represented by that firm who needed to amend their PFS productions to comply with the Court's November 18, 2024 PFS Order. Each of the Plaintiffs identified in Exhibit A is listed in the December 11, 2024 letter.

5. Uber and Peiffer Wolf have met and conferred multiple times regarding Plaintiffs represented by that firm who have missed their deadline to conform their PFS submissions with the Court's November 18, 2024 PFS Order. The parties met and conferred on December 23, 2024;

-1-

K. SMITH DECL. ISO DEFS.' PORTION OF JOINT LETTER RE:   Case No. 3:23-md-03084-CRB
PEIFFER WOLF PLS.' COMPLIANCE WITH 11/18 PFS ORDER

- 2 -

January 7, 2025; and January 29, 2025. The parties exchanged additional email correspondence on December 2, 3, 4, 9, 10, 11, 18, 19, 20, 23, and 24, 2024 as well as on January 7, 8, 9, 24 (PT), 27, 28, and 29, 2025. Following these meet and confer efforts, the parties were unable to resolve the dispute set out in the joint letter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 7, 2025 in Washington, DC.

                                                    */s/ Kyle Smith*
                                                     Kyle Smith

# EXHIBIT A

| Plaintiff | Date Complaint Was Filed | Non-Compliance with November 18, 2024 Order | Date Plaintiff Last Submitted a Signed Verification |
|---|---|---|---|
| Lisa Williams, No. 3:24-cv-00114, MDLC ID 1048 | 1/5/2024 | Unverified Second Amended PFS | N/A |
| Ashley Carroll, No. 3:24-cv-02196, MDLC ID 1314 | 4/12/2024 | Unverified Amended PFS | 5/10/2024 |
| T.R., No. 3:24-cv-03592, MDLC ID 1388 | 6/14/2024 | Unverified Amended PFS | 7/2/2024 |
| H.L., No. 3:24-cv-04526, MDLC ID 2149 | 7/26/2024 | Unverified Amended PFS | N/A |
| L.M., No. 3:24-cv-05179, MDLC ID 2249 | 8/15/2024 | Unverified Amended PFS | N/A |
| A.T., No. 3:24-cv-05592, MDLC ID 1927 | 8/21/2024 | Unverified Original PFS; Required to Provide Third-Party Contact Information in Response to Question 30.a; Required to Supplement Answer to Question 7 | N/A |
| A.H., No. 3:24-cv-05807, MDLC ID 2144 | 8/23/2024 | Unverified Amended PFS | N/A |

# EXHIBIT B

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

DIRECT DIAL: (202) 223-7407
EMAIL: KSMITH@PAULWEISS.COM

NEW YORK      LOS ANGELES
BEIJING       SAN FRANCISCO
BRUSSELS      TOKYO
HONG KONG     TORONTO
LONDON        WILMINGTON

December 11, 2024

**VIA EMAIL**

Rachel B. Abrams, Esq.
Peiffer Wolf Carr Kane Conway & Wise LLP
555 Montgomery Street
Suite 820
San Francisco, CA 94111
rabrams@peifferwolf.com

>  Re: MDL 3084 – Plaintiffs' Obligations Under Pretrial Order No. 10 and the Court's November 18, 2024 Order

Counsel,

    We write to discuss your request for an extension of the deadlines governing Plaintiffs' obligations under Pretrial Order No. 10 ("PTO 10") and the Court's November 18, 2024 Order.

    Pursuant to that Order, in addition to verifying their original Plaintiff Fact Sheet ("PFS") responses, Plaintiffs "shall provide verifications for any currently unverified amendments to PFS responses no later than" December 18, 2024—i.e., 30 days from the date of the Court's Order. Dkt. No. 1877 at 3. The Court's Order also specifies that a Plaintiff may provide counsel's contact information in lieu of a third party's contact information only after "specifically indicat[ing]" that the third-party witness is represented. *Id.* If a Plaintiff believes there are "exceptional circumstances (other than representation by counsel) [that] warrant withholding a witness's contact information, the burden is on that plaintiff to meet and confer with Uber to seek an agreement, or to seek relief from the Court if the parties are not able to agree." *Id.* at 5 (footnote omitted). The Court ordered Plaintiffs to provide amended fact sheets with the required third-party contact information no later than December 18. *Id.* at 5–6. Finally, the Court ruled that Plaintiffs must "amend any PFS responses that currently assert only that a plaintiff will supplement the response" by December 18. *Id.* at 7.

    **I.    Plaintiffs' Non-Compliance with the Court's November 18 Order**

    We disagree regarding the number of Plaintiffs represented by your firm that must amend their fact sheet productions to comply with PTO 10 and the Court's November 18 Order. You

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Peiffer Wolf Carr Kane Conway & Wise LLP                                              2

stated in your December 4, 2024 letter that several Peiffer Wolf Plaintiffs had already supplemented their PFS productions since the November 18 Order and that Peiffer Wolf Plaintiffs had 127 fact sheets remaining to amend.  Additional Peiffer Wolf Plaintiffs have supplemented their PFS productions since December 4.  However, according to our review of Plaintiffs' submissions, as of December 11, 2024, 142 Plaintiffs represented by Peiffer Wolf must amend their fact sheet productions to comply with the November 18 Order.

The following Plaintiffs represented by Peiffer Wolf have failed to provide signed verifications supporting their responses to the PFS' questions:

1. Aundreya Rollo, No. 3:23-cv-05105, MDLC ID 1027 (unverified amended PFS)[1]
2. Jaylynn Dean, No. 3:23-cv-06708, MDLC ID 1046 (unverified amended PFS)*
3. Lisa Williams, No. 3:24-cv-00114, MDLC ID 1048 (unverified original PFS)
4. A.H.M., No. 3:23-cv-03482, MDLC ID 1054 (unverified amended PFS)*
5. L.W., No. 3:23-cv-05649, MDLC ID 1056 (unverified second amended PFS)*
6. V.R., No. 3:23-cv-05264, MDLC ID 1063 (unverified amended PFS)*
7. D.P., No. 3:23-cv-03846, MDLC ID 1064 (unverified amended PFS)*
8. T.R., No. 3:23-cv-05625, MDLC ID 1073 (unverified amended PFS)*
9. X.Y., No. 3:23-cv-05679, MDLC ID 1074 (unverified amended PFS)*
10. C.S., No. 3:23-cv-05115, MDLC ID 1079 (unverified amended PFS)*
11. A.G., No. 3:23-cv-02071, MDLC ID 1203 (unverified amended PFS)
12. Millicent Moore, No. 3:24-cv-00482, MDLC ID 1216 (unverified amended PFS)*
13. K.O., No. 3:23-cv-04643, MDLC ID 1235 (unverified amended PFS)*
14. N.A., No. 3:24-cv-01520, MDLC ID 1291 (unverified amended PFS)*
15. Jennifer Curtis, No. 3:24-cv-01469, MDLC ID 1292 (unverified amended PFS)*
16. A.G., No. 3:24-cv-01915, MDLC ID 1305 (unverified amended PFS)
17. Holly Pedreira, No. 3:24-cv-01921, MDLC ID 1308 (unverified amended PFS)*
18. S.M., No. 3:24-cv-01920, MDLC ID 1310 (unverified amended PFS)*
19. L.G. for B.A., No. 3:24-cv-02198, MDLC ID 1315 (unverified amended PFS)
20. P.N., No. 3:24-cv-02352, MDLC ID 1318 (unverified second amended PFS)
21. P.D., No. 3:24-cv-02511, MDLC ID 1319 (unverified amended PFS)*
22. Michelle Gold, No. 3:24-cv-02512, MDLC ID 1320 (unverified amended PFS)*
23. S.K., No. 3:24-cv-03109, MDLC ID 1340 (unverified amended PFS)*
24. Casey Pickett, No. 3:24-cv-03275, MDLC ID 1377 (unverified amended PFS)*
25. B.S., No. 3:24-cv-03443, MDLC ID 1382 (unverified amended PFS)*
26. M.C., No. 3:24-cv-03608, MDLC ID 1389 (unverified second amended PFS)*
27. E.W., No. 3:24-cv-04131, MDLC ID 1442 (unverified amended PFS)*
28. L.B., No. 3:24-cv-04133, MDLC ID 1446 (unverified amended PFS)
29. Angelita Diaz, No. 3:24-cv-04237, MDLC ID 1463 (unverified amended PFS)*
30. Y.G., No. 3:24-cv-04441, MDLC ID 1464 (unverified amended PFS)*
31. C.T., No. 3:24-cv-04761, MDLC ID 1518 (unverified amended PFS)*
32. T.C., No. 3:24-cv-04764, MDLC ID 1523 (unverified amended PFS)*
33. Joshua Jasmine Davidson, No. 3:24-cv-04968, MDLC ID 1599 (unverified amended PFS)

---

[1] Not identified in sections c, d, f, or g of your December 4, 2024 letter as lacking a verification.  Plaintiffs designated with an "*" are also not identified in  sections c, d, f, or g of your December 4, 2024 letter as implicating this issue.

34. L.T., No. 3:24-cv-05029, MDLC ID 1645 (unverified amended PFS)*
35. T.S., No. 3:24-cv-05192, MDLC ID 1743 (unverified amended PFS)*
36. A.T., No. 3:24-cv-05592, MDLC ID 1927 (unverified original PFS)
37. D.M.S., No. 3:24-cv-05606, MDLC ID 1930 (unverified original PFS)
38. R.B., No. 3:24-cv-05290, MDLC ID 2137 (unverified amended PFS)
39. A.B., No. 3:24-cv-05282, MDLC ID 2142 (unverified amended PFS)
40. A.H., No. 3:24-cv-05807, MDLC ID 2144 (unverified original PFS)
41. H.L., No. 3:24-cv-04526, MDLC ID 2149 (unverified original PFS)
42. K.B., No. 3:24-cv-05304, MDLC ID 2163 (unverified amended PFS)*
43. Zachary Watterson, No. 3:24-cv-05220, MDLC ID 2171 (unverified amended PFS)*
44. Cody Jones, No. 3:24-cv-05822, MDLC ID 2200 (unverified original PFS)
45. Javante Brown, No. 3:24-cv-05296, MDLC ID 2228 (unverified amended PFS)*
46. C.P., No. 3:24-cv-05664, MDLC ID 2243 (unverified original PFS)*
47. L.D., No. 3:24-cv-05306, MDLC ID 2245 (unverified original PFS)
48. K.B., No. 3:24-cv-05719, MDLC ID 2246 (unverified original PFS)
49. L.M., No. 3:24-cv-05179, MDLC ID 2249 (unverified original PFS)

The following Plaintiffs represented by Peiffer Wolf have withheld third-party contact information requested by Questions 23.a, 26.c, 27.b, or 30.a by either providing counsel's contact information without specifically indicating the third party is represented or by failing to answer these questions in full:

1. Aundreya Rollo, No. 3:23-cv-05105, MDLC ID 1027 (Question 30.a)
2. Heather Worzalla, No. 3:23-cv-04731, MDLC ID 1035 (Question 30.a)
3. Joshua Cormier, No. 3:23-cv-04745, MDLC ID 1036 (Question 30.a)
4. Mildred Hunter, No. 3:23-cv-05622, MDLC ID 1039 (Question 30.a)
5. Marcy Geraghty, No. 3:23-cv-05685, MDLC ID 1040 (Question 30.a)
6. Jaylynn Dean, No. 3:23-cv-06708, MDLC ID 1046 (Question 30.a)
7. Lisa Williams, No. 3:24-cv-00114, MDLC ID 1048 (Question 30.a)[2]
8. Franchester Hale, No. 3:24-cv-00279, MDLC ID 1051 (Question 30.a)
9. A.H.M., No. 3:23-cv-03482, MDLC ID 1054 (Question 30.a)
10. L.W., No. 3:23-cv-05649, MDLC ID 1056 (Question 30.a)
11. M.M., No. 3:24-cv-00299, MDLC ID 1060 (Question 30.a)
12. V.R., No. 3:23-cv-05264, MDLC ID 1063 (Question 30.a)
13. D.P., No. 3:23-cv-03846, MDLC ID 1064 (Question 30.a)
14. S.D., No. 3:23-cv-03852, MDLC ID 1065 (Question 30.a)
15. R.H., No. 3:23-cv-05503, MDLC 1069 (Question 30.a)
16. T.R., No. 3:23-cv-05625, MDLC ID 1073 (Question 30.a)
17. X.Y., No. 3.23-cv-05679, MDLC ID 1074 (Question 30.a)
18. C.O., No. 3: 24-cv-00136, MDLC 1081 (Question 30.a)
19. R.P., No. 3:24-cv-00333, MDLC ID 1082 (Question 30.a)
20. Jillian Sullivan, No. 3:23-cv-05418, MDLC ID 1089 (Question 30.a)

---

[2] Not identified in sections a, b, c, or d of your December 4, 2024 letter as having withheld third-party contact information. Plaintiffs designated with "**" are also not identified in sections a, b, c, or d of your December 4, 2024 letter as implicating this issue.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Peiffer Wolf Carr Kane Conway & Wise LLP                                                                 4

21. Millicent Moore, No. 3:24-cv-00482, MDLC ID 1216 (Questions 23.a and 30.a)
22. Cynthia Crawford, No. 3:23-cv-02290, MDLC ID 1217 (Question 30.a)
23. H.K., No. 3:23-cv-05931, MDLC ID 1223 (Question 30.a)
24. K.O., No. 3:23-cv-04643, MDLC ID 1235 (Question 30.a)
25. N.R., No. 3:23-cv-05104, MDLC ID 1237 (Question 30.a)
26. K.S., No. 3:24-cv-01157, MDLC ID 1285 (Question 30.a)
27. Camilla Harris, No. 3:24-cv-01159, MDLC ID 1286 (Question 30.a)
28. N.A., No. 3:24-cv-01520, MDLC ID 1291 (Question 30.a)**
29. Jennifer Curtis, No. 3:24-cv-01469, MDLC ID 1292 (Question 30.a)
30. Brandon "Selena" Ortego, No. 3:24-cv-01914, MDLC ID 1304 (Question 30.a)
31. A.G., No. 3:24-cv-01915, MDLC ID 1305 (Question 30.a)
32. K.S., No. 3:24-cv-01916, MDLC ID 1306 (Question 30.a)
33. Holly Pedreira, No. 3:24-cv-01921, MDLC ID 1308 (Question 30.a)
34. S.M., No. 3:24-cv-01920, MDLC ID 1310 (Question 30.a)
35. Alison Riley, No. 3:24-cv-02083, MDLC ID 1313 (Question 30.a)
36. Ashley Carroll, No. 3:24-cv-02196, MDLC ID 1314 (Question 30.a)
37. L.G., No. 3:24-cv-02198, MDLC ID 1315 (Question 30.a)
38. P.D., No. 3:24-cv-02511, MDLC ID 1319 (Question 30.a)
39. Michelle Gold, No. 3:24-cv-02512, MDLC ID 1320 (Question 30.a)
40. Brianna Smith, No. 3:24-cv-02707, MDLC ID 1329 (Question 30.a)**
41. S.K., No. 3:24-cv-03109, MDLC ID 1340 (Question 30.a)
42. T.F., No. 3:24-cv-03101, MDLC ID 1355 (Question 30.a)
43. M.M., No. 3:24-cv-03224, MDLC ID 1371 (Question 30.a)
44. S.C., No. 3:24-cv-03281, MDLC ID 1373 (Question 30.a)
45. Evelyn Bednarek, No. 3:24-cv-03106, MDLC ID 1378 (Question 30.a)
46. B.S., No. 3:24-cv-03443, MDLC ID 1382 (Question 30.a)
47. J.H., No. 3:24-cv-03441, MDLC ID 1384 (Question 30.a)
48. J.P., No. 3:24-cv-03606, MDLC ID 1386 (Question 30.a)
49. Katerina Fedoseeva, No. 3:24-cv-03602, MDLC ID 1387 (Question 30.a)
50. T.R., No. 3:24-cv-03592, MDLC ID 1388 (Question 30.a)
51. M.C., No. 3:24-cv-03608, MDLC ID 1389 (Question 30.a)**
52. S.M., No. 3:24-cv-03922, MDLC ID 1435 (Question 30.a)
53. J.D., No. 3:24-cv-03919, MDLC ID 1436 (Question 30.a)
54. E.W., No. 3:24-cv-04131, MDLC ID 1442 (Question 30.a)
55. Quinn Herbert, No. 3:24-cv-04189, MDLC ID 1447 (Question 30.a)**
56. A.L., No. 3:24-cv-04239, MDLC ID 1462 (Question 30.a)
57. Angelita Diaz, No. 3:24-cv-04237, MDLC ID 1463 (Question 30.a)
58. Y.G., No. 3:24-cv-04441, MDLC ID 1464 (Question 30.a)
59. B.C., No. 3:24-cv-04510, MDLC ID 1465 (Question 30.a)
60. A.B., No. 3:24-cv-04566, MDLC ID 1475 (Question 30.a)
61. A.A., No. 3:24-cv-04756, MDLC ID 1516 (Question 30.a)**
62. C.T., No. 3:24-cv-04761, MDLC ID 1518 (Question 30.a)
63. E.S., No. 3:24-cv-04766, MDLC ID 1524 (Question 30.a)
64. Jamonte McCullar, No. 3:24-cv-04743, MDLC ID 1525 (Question 30.a)**
65. J.N., No. 3:24-cv-05020, MDLC ID 1608 (Question 30.a)
66. C.M., No. 3:24-cv-05021, MDLC ID 1626 (Question 30.a)**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Peiffer Wolf Carr Kane Conway & Wise LLP                                                     5

67. Laquita Hampton, No. 3:24-cv-05044, MDLC ID 1629 (Question 30.a)**
68. Kandy Pugh , No. 3:24-cv-05045, MDLC ID 1641 (Question 30.a)
69. L.T., No. 3:24-cv-05029, MDLC ID 1645 (Question 30.a)
70. S.A., No. 3:24-cv-05043, MDLC ID 1723 (Question 30.a)
71. Karan Begy, No. 3:24-cv-04765, MDLC ID 1728 (Question 30.a)**
72. S.R., No. 3:24-cv-05176, MDLC ID 1736 (Question 30.a)**
73. C.M., No. 3:24-cv-05182, MDLC ID 1741 (Question 30.a)
74. T.S., No. 3:24-cv-05192, MDLC ID 1743 (Question 30.a)
75. I.P., No. 3:24-cv-05342, MDLC ID 1769 (Question 30.a)**
76. K.D., No. 3:24-cv-05291, MDLC ID 1844 (Question 30.a)**
77. H.M., No. 3:24-cv-05301, MDLC ID 1851 (Question 30.a)
78. I.S., No. 3:24-cv-05293, MDLC ID 1922 (Question 30.a)**
79. A.T., No. 3:24-cv-05592, MDLC ID 1927 (Question 30.a)**
80. M.P., No. 3:24-cv-05623, MDLC ID 1946 (Question 30.a)
81. J.P.D., No. 3:24-cv-05385, MDLC ID 1987 (Question 30.a)
82. R.B., No. 3:24-cv-05290, MDLC ID 2137 (Question 30.a)
83. J.S., No. 3:24-cv-05526, MDLC ID 2138 (Question 30.a)
84. G.C., No. 3:24-cv-05288, MDLC ID 2140 (Question 30.a)
85. K.E., No. 3:24-cv-05281, MDLC ID 2143 (Question 30.a)**
86. A.H., No. 3:24-cv-05807, MDLC ID 2144 (Question 30.a)
87. C.P., No. 3:24-cv-05816, MDLC ID 2145 (Question 30.a)**
88. H.L., No. 3:24-cv-04526, MDLC ID 2149 (Question 30.a)
89. J.H., No. 3:24-cv-05708, MDLC ID 2156 (Question 30.a)
90. K.B., No. 3:24-cv-05304, MDLC ID 2163 (Question 30.a)
91. B.P., No. 3:24-cv-05690, MDLC ID 2166 (Question 30.a)
92. S.U., No. 3:24-cv-05244, MDLC ID 2169 (Question 30.a)**
93. C.A., No. 3:24-cv-05499, MDLC ID 2170 (Question 30.a)**
94. Zachary Watterson, No. 3:24-cv-05220, MDLC ID 2171 (Question 30.a)**
95. Cody Jones, No. 3:24-cv-05822, MDLC ID 2200 (Question 30.a)
96. E.V., No. 3:24-cv-05398, MDLC ID 2210 (Question 30.a)**
97. B.S., No. 3:24-cv-05404, MDLC ID 2211 (Question 30.a)**
98. Javante Brown, No. 3:24-cv-05296, MDLC ID 2228 (Question 30.a)
99. L.R., No. 3:24-cv-05435, MDLC ID 2237 (Question 30.a)
100. Catherine Spears, No. 3:24-cv-05511, MDLC ID 2239 (Question 30.a)**
101. L.M., No. 3:24-cv-05179, MDLC ID 2249 (Question 30.a)
102. A.C., No. 3:24-cv-06304, MDLC ID 2272 (Question 30.a)**
103. Kaylynne Misek, No. 3:24-cv-06381, MDLC ID 2558 (Question 30.a)**
104. R.W., No. 3:24-cv-06399, MDLC ID 2559 (Question 30.a)**
105. J.G., No. 3:24-cv-06426, MDLC ID 2560 (Question 30.a)**
106. M.R., No. 3:24-cv-06390, MDLC ID 2561 (Question 30.a)**
107. N.F., No. 3:24-cv-06589, MDLC ID 2565 (Question 30.a)**
108. H.G., No. 3:24-cv-06603, MDLC ID 2567 (Question 30.a)**
109. G.Y., No. 3:24-cv-06611, MDLC ID 2569 (Question 30.a)**
110. M.H., No. 3:24-cv-06606, MDLC ID 2570 (Question 30.a)**
111. T.K., No. 3:24-cv-06608, MDLC ID 2571 (Question 30.a)**
112. Ashley Long, No. 3:24-cv-06605, MDLC ID 2572 (Question 30.a)**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Peiffer Wolf Carr Kane Conway & Wise LLP                                                                            6

113. M.E., No. 3:24-cv-06789, MDLC ID 2578 (Question 30.a)**
114. B.K., No. 3:24-cv-06906, MDLC ID 2582 (Question 30.a)**
115. J.H., No. 3:24-cv-06905, MDLC ID 2583 (Question 30.a)**
116. P.D., No. 3:24-cv-06736, MDLC ID 2588 (Question 30.a)**
117. D.A., No. 3:24-cv-06967, MDLC ID 2594 (Question 30.a)**
118. Julie Bishop, No. 3:24-cv-07128, MDLC ID 2608 (Question 30.a)**
119. D.N., No. 3:24-cv-07124, MDLC ID 2611 (Question 30.a)**
120. D.B., No. 3:24-cv-07104, MDLC ID 2612 (Question 30.a)**
121. K.B., No. 3:24-cv-07283, MDLC ID 2625 (Question 30.a)**
122. K.V., No. 3:24-cv-07282, MDLC ID 2626 (Question 30.a)**
123. Shameeka Burse, No. 3:24-cv-07287, MDLC ID 2627 (Question 30.a)**
124. T.S., No. 3:24-cv-07277, MDLC ID 2628 (Question 30.a)

The following Plaintiffs represented by Peiffer Wolf have purported to answer a question in the PFS with "will supplement" or words to that effect:

1. Aundreya Rollo, No. 3:23-cv-05105, MDLC ID 1027 (Question 40.a)[3]
2. Heather Worzalla, No. 3:23-cv-04731, MDLC ID 1035 (Question 29.a)
3. Joshua Cormier, No. 3:23-cv-04745, MDLC ID 1036 (Question 40.a)
4. Lisa Williams, No. 3:24-cv-00114, MDLC ID 1048 (Question 40.a)
5. H.B., No. 3:23-cv-03488, MDLC ID 1055 (Question 40.a)
6. T.R., No. 3:23-cv-05625, MDLC ID 1073 (Question 30.a)
7. Audriauna Fittro, No. 3:23-cv-05421, MDLC ID 1085 (Question 40.a)
8. A.G., No. 3:23-cv-02071, MDLC ID 1203 (Question 40.a)
9. Cynthia Crawford, No. 3:23-cv-02290, MDLC ID 1217 (Questions 29.a and 40.a)***
10. H.K., No. 3:23-cv-05931, MDLC ID 1223 (Question 10.c)
11. N.R., No. 3:23-cv-05104, MDLC ID 1237 (Question 40.a)
12. L.G. for B.A., No. 3:24-cv-02198, MDLC ID 1315 (Questions 26.b and 40.a)
13. Brianna Smith, No. 3:24-cv-02707, MDLC ID 1329 (Question 30.a)
14. Casey Pickett, No. 3:24-cv-03275, MDLC ID 1377 (Questions 7, 29.a, and 30.a)
15. A.J., No. 3:24-cv-03240, MDLC ID 1381 (Questions 11, 13.a, 13.c, and 14.a)
16. Katerina Fedoseeva, No. 3:24-cv-03602, MDLC ID 1387 (Question 7)
17. S.M., No. 3:24-cv-03922, MDLC ID 1435 (Question 7)
18. M.S., No. 3:24-cv-03907, MDLC ID 1437 (Question 7)
19. T.C., No. 3:24-cv-04764, MDLC ID 1523 (Question 30.a)
20. Jamonte McCullar, No. 3:24-cv-04743, MDLC ID 1525 (Question 40.a)***
21. J.N., No. 3:24-cv-05020, MDLC ID 1608 (Question 40.a)
22. A.T., No. 3:24-cv-05592, MDLC ID 1927 (Question 7)
23. D.M.S., No. 3:24-cv-05606, MDLC ID 1930 (Question 7)
24. M.P., No. 3:24-cv-05623, MDLC ID 1946 (Questions 7 and 10.a)
25. R.B., No. 3:24-cv-05290, MDLC ID 2137 (Question 40.a)
26. J.S., No. 3:24-cv-05526, MDLC ID 2138 (Question 7)

---

[3] Not identified in sections b, d, e, or f of your December 4, 2024 letter as having answered a question in the PFS with "will supplement" or words to that effect. Plaintiffs designated with "***" are also not identified in sections b, d, e, or f of your December 4, 2024 letter as implicating this issue.

27. A.H., No. 3:24-cv-05807, MDLC ID 2144 (Questions 7 and 8)
28. Cody Jones, No. 3:24-cv-05822, MDLC ID 2200 (Questions 7, 8, 10.a, 13.a, and 14.c)
29. L.D., No. 3:24-cv-05306, MDLC ID 2245 (Questions 3, 7, 8, 10.a, 10.b, 10.c, 30.a, and 40.a)
30. K.B., No. 3:24-cv-05719, MDLC ID 2246 (Question 7)
31. J.T., No. 3:24-cv-06303, MDLC ID 2275 (Question 7)***
32. L.C., No. 3:24-cv-06733, MDLC ID 2587 (Questions 29.a and 30.a)
33. T.S., No. 3:24-cv-07277, MDLC ID 2628 (Questions 7 and 29.a)

Per the Court's November 18 order, each Plaintiff identified above is obligated serve a verified fact sheet with responses to all questions by no later than Wednesday, December 18, 2024.

II. **Plaintiffs' Extension Request**

The 30-day deadline the November 18 Order established for Plaintiffs to cure the deficiencies identified in that decision is reasonable. Plaintiffs' proposed implementation order provides for both Plaintiffs and Uber to have 30 days to cure deficiencies in their fact sheet productions, Dkt. No. 235-2 at 5, and the Court adopted this deadline in PTO 10, PTO 10 at 7.

Nevertheless, Uber is willing to grant Plaintiffs represented by Peiffer Wolf an extension to comply with the Court's Order if these Plaintiffs must amend their fact sheets to provide previously withheld third-party contact information, as we can understand that given the volume of deficient answers to that question, it could take outside counsel some small amount of additional time beyond December 18 to process the incoming information. These Plaintiffs constitute 128 of the 142 Plaintiffs represented by Peiffer Wolf who must amend their PFS productions in accordance with the November 18 Order.[4] Uber is willing to agree to extend these Plaintiffs' December 18 deadline under the November 18 Order for 30 days, until January 17, 2025. Please note that this extension is a professional courtesy based on the request of outside counsel, as we invited you to explain why any particular *Plaintiff* needed an extension, and you refused to provide any explanation.

A list of the remaining 14 Plaintiffs whose deficient fact sheet productions do not implicate the withheld third-party contact information is as follows:

1. H.B., No. 3:23-cv-03488, MDLC ID 1055 (required to supplement Question 40.a)
2. C.S., No. 3:23-cv-05115, MDLC ID 1079 (unverified amended PFS)
3. Audriauna Fittro, No. 3:23-cv-05421, MDLC ID 1085 (required to supplement Question 40.a)
4. A.G., No. 3:23-cv-02071, MDLC ID 1203 (unverified amended PFS; required to supplement Question 40.a)

---

[4] The list of the 124 Plaintiffs who have withheld third-party contact information by providing counsel's information is listed above. For purposes of this extension, we are also including Plaintiffs who have promised to supplement information regarding third parties. These additional four Plaintiffs are Casey Pickett, No. 3:24-cv-03275, MDLC ID 1377; T.C., No. 3:24-cv-04764, MDLC ID 1523; L.D., No. 3:24-cv-05306, MDLC ID 2245; and L.C., No. 3:24-cv-06733, MDLC ID 2587.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Peiffer Wolf Carr Kane Conway & Wise LLP                                          8

    5. P.N., No. 3:24-cv-02352, MDLC ID 1318 (unverified second amended PFS)
    6. A.J., No. 3:24-cv-03240, MDLC ID 1381 (required to supplement Questions 11, 13.a, 13.c, and 14.a)
    7. M.S., No. 3:24-cv-03907, MDLC ID 1437 (required to supplement Question 7)
    8. L.B., No. 3:24-cv-04133, MDLC ID 1446 (unverified amended PFS)
    9. Joshua Jasmine Davidson, No. 3:24-cv-04968, MDLC ID 1599 (unverified amended PFS)
    10. D.M.S., No. 3:24-cv-05606, MDLC ID 1930 (unverified original PFS; required to supplement Question 7)
    11. A.B., No. 3:24-cv-05282, MDLC ID 2142 (unverified amended PFS)
    12. C.P., No. 3:24-cv-05664, MDLC ID 2243 (unverified original PFS)
    13. K.B., No. 3:24-cv-05719, MDLC ID 2246 (unverified original PFS; required to supplement Question 7)
    14. J.T., No. 3:24-cv-06303, MDLC ID 2275 (required to supplement Question 7)

Three of these Plaintiffs' original fact sheets are unverified.  Six of these Plaintiffs' amended fact sheets are unverified, and as you know, the Court ruled that it "does not find a requirement to verify any amendments to the PFS unduly burdensome, particularly when most other forms of discovery from Plaintiffs are currently stayed." Dkt. No. 1877 at 3.  As for the eight of these Plaintiffs who have promised to supplement their responses but have not done so, the Court has ruled that "the questions in the PFS are not optional, and Plaintiffs may not avoid providing information that is available to them through a vague assertion that they will respond later." *Id.* at 6 (footnote omitted).

We still do not understand the basis for why each of these 14 Plaintiffs, or any one of them, needs an extension. We have invited you to provide such an explanation for each individual, but you have refused to do so thus far.  We remain amenable to discussing extensions on a plaintiff-by-plaintiff basis based on the facts and circumstances giving rise to a particular Plaintiff's request. Please let us know if you would like to do so.  Absent agreement on extensions in particular cases based on individual facts an circumstances, the 14 Plaintiffs as to whom there is not, at present, a third-party contact information deficiency must provide a verification for their fact sheet responses and/or provide information Plaintiffs have previously promised to supplement by December 18.

Uber reserves all rights with respect to all deficiencies in your client's PFS, including the right to move for dismissal with prejudice as to any Plaintiffs who does not promptly provide sufficient disclosures in compliance with the Court's November 18 order and PTO 10.

                                                                                                              Sincerely,

Peiffer Wolf Carr Kane Conway & Wise LLP                                      9

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Kyle Smith*

Kyle Smith
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7407
ksmith@paulweiss.com