| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | RACHEL B. ABRAMS (Cal Bar No. 209316)<br>ADAM B. WOLF (Cal Bar No. 215914)<br>**Peiffer Wolf Carr Kane Conway & Wise, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: 415.766.3544<br>Facsimile: 415.840.9435<br>Email: rabrams@peifferwolf.com<br>Email: awolf@peifferwolf.com<br><br>*Counsel for Peiffer Wolf Carr Kane Conway & Wise Plaintiffs* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| This Document Relates to:<br><br>*Lisa Williams v. Uber Technologies Inc., et al.*, No. 3:24-cv-00114<br><br>*Ashley Carroll v. Uber Technologies Inc., et al.*, No. 3:24-cv-02196<br><br>*T.R. v. Uber Technologies Inc., et al.*, No. 3:24-cv-03592<br><br>*H.L. v. Uber Technologies Inc., et al.*, No. 3:24-cv-04526<br>*L.M. v. Uber Technologies Inc., et al.*, No. 3:24-cv-05179<br><br>*A.T. v. Uber Technologies Inc., et al.*, No. 3:24-cv-05592<br><br>*A.H. v. Uber Technologies Inc., et al.*, No. 3:24-cv-05807 | **DECLARATION OF RACHEL ABRAMS IN SUPPORT OF PLAINTIFFS' PORTION OF THE JOINT LETTER REGARDING PEIFFER WOLF PLAINTIFFS' COMPLIANCE WITH 11/18 PFS ORDER**<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

---

R. ABRAMS DECL. ISO PLS.' PORTION OF JOINT LETTER RE: PEIFFER WOLF PLS.' COMPLIANCE WITH 11/18 PFS ORDER   Case No. 3:23-md-03084-CRB

- ii -

R. ABRAMS DECL. ISO PLS.' PORTION OF JOINT LETTER RE: PEIFFER WOLF PLS.' COMPLIANCE WITH 11/18 PFS ORDER

Case No. 3:23-md-03084-CRB

# DECLARATION OF RACHEL ABRAMS

I, Rachel Abrams, declare pursuant to 28 U.S.C. § 1746:

1. I am a partner of Peiffer Wolf Care Kane Conway & Wise ("Peiffer Wolf"), an attorney licensed in the State of California and duly admitted to practice before this Court, representing Plaintiffs in the above caption action.

2. I submit this declaration in support of Plaintiffs' portion of the joint letter brief concerning Peiffer Wolf Plaintiffs ("Plaintiffs") compliance with the November 18, 2024 Order issued by this Court ("Order").

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

4. As required by PTO 8, I attest that Plaintiffs met and conferred with Defendants prior to seeking relief from the Court.

5. On December 2, 2024, counsel for Plaintiffs, anticipating the time-consuming and taxing nature of getting more than 140 Plaintiffs in compliance with the Order within 30 days, first requested an extension of the Order's deadline by which to cure PFS productions.

6. On December 3, 2024, Uber responded that it required detailed information as to how many and which Plaintiffs requested an extension by which to cure PFS productions.

7. On December 4, 2024, counsel for Plaintiffs sent a letter identifying 127 Plaintiff that still needed to produce compliant PFS and verifications and reiterating the request for extension of the Order's deadline to do same.

8. Uber waited until December 11, 2024 to respond to counsel for Plaintiffs' repeated requests for extension. Exhibit B to the Declaration of Kyle Smith is a true and correct copy of the letter Uber sent Peiffer Wolf on December 11, 2024 ("Letter"). That letter identified 142 Plaintiff which needed amended PFS productions.

9. In the Letter, Uber denied Plaintiffs' request for extension as to 14 Plaintiffs, and granted the remaining 128 Plaintiffs until January 18, 2024 to comply with the Order.

-1-

R. ABRAMS DECL. ISO PLS.' PORTION OF JOINT LETTER RE:   Case No. 3:23-md-03084-CRB
PEIFFER WOLF PLS.' COMPLIANCE WITH 11/18 PFS ORDER

1      10.    On December 18, 2024, Plaintiffs sent a letter informing Uber that eight (8) of the 14 PFS productions due that day were cured. The parties met and conferred about the remaining Plaintiffs on December 23, 2024, and again on January 7, 2025, by which time only five (5) of the 14 overdue PFS productions remained at issue.

    11.    In the meantime, counsel for Plaintiffs agreed to withdraw from two cases, and informed Uber of a recently deceased Plaintiff. As to the remaining 14 Plaintiffs which were due by December 18, 2024, counsel for Plaintiffs either cured the deficiencies or provided reasonable explanations as to why more time was necessary to cure the deficiencies.

    12.    On January 8, 2025, Uber decided not to submit the five (5) overdue cases to a PTO 8 dispute for the Court to resolve.

    13.    Between the Order and January 24, 2025, counsel for Plaintiffs had cured more than 100 PFS productions in compliance with the Order.

    14.    On January 25, 2025, Uber sent counsel for Plaintiffs a chart listing 31 Plaintiffs that were still non-compliant with the Order.

    15.    On January 29, 2025, the parties met and conferred again about the 31 Plaintiffs listed in the January 25, 2025 chart.

    16.    Between January 25, and January 29, 2025, the list of 31 Plaintiffs had been reduced to 15 non-compliant Plaintiffs.

    17.    During the January 29, 2025 meeting between the parties, Uber informed Plaintiffs that it was submitting the remaining non-compliant Plaintiffs to a PTO 8 dispute before this Court. Counsel for Plaintiffs withdrew from two (2) additional cases during that time.

    18.    On February 4, 2025, Uber sent its portion of the present PTO 8 dispute letter and attached a list of the remaining Plaintiffs that were still not in compliance with the Order. That list consists of eight (8) Plaintiffs. That list of eight (8) Plaintiffs went down to seven (7) during the briefing process related to this PTO 8 dispute, and Uber is now submitting a list of seven (7) non-compliant cases to the Court.

- 2 -

R. ABRAMS DECL. ISO PLS.' PORTION OF JOINT LETTER RE:    Case No. 3:23-md-03084-CRB
PEIFFER WOLF PLS.' COMPLIANCE WITH 11/18 PFS ORDER

- 3 -

19. Overall, the parties met and conferred three (3) times between December 23, 2024 and January 29, 2025, and corresponded 17 times between December 2, 2024 and February 4, 2025 about Plaintiffs' efforts to comply with this Court's November 18, 2024 Order.

20. Counsel for Plaintiffs went from over 150 non-compliant Plaintiffs at the time of the Order, to 142 on December 11, 2024, to 31 on January 25, 2025, to 15 on January 29, 2025, and now only seven (7) are up for dispute before this court.

**Attachments:**

21. Attached to this declaration as **Exhibit A** is a table identifying 31 Plaintiffs represented by Peiffer Wolf who, as of January 24, 2025, had allegedly failed to conform their PFS submissions with the Court's November 18, 2024 PFS Order.

22. Attached to this declaration as **Exhibit B** is a table identifying 15 Plaintiffs represented by Peiffer Wolf who, as of January 29, 2025, had allegedly failed to conform their PFS submissions with the Court's November 18, 2024 PFS Order.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 7, 2025 in San Francisco, California.

                        */s/ Rachel Abrams*
                          Rachel Abrams

# EXHIBIT A

| Plaintiff | Date Complaint Was Filed | Non-Compliance with November 18, 2024 Order | Date Plaintiff Last Submitted a Signed Verification |
|---|---|---|---|
| Joshua Cormier, No. 3:23-cv-04745, MDLC ID 1036 | 9/15/2023 | Required to Supplement Answer to Question 40.a | 1/16/2025 |
| Jillian Sullivan, No. 3:23-cv-05418, MDLC ID 1089 | 5/2/2023 | Unverified Third Amended PFS | 12/11/2024 |
| X.Y., No. 3:23-cv-05679, MDLC ID 1074 | 11/3/2023 | Unverified Second Amended PFS | 5/13/2024 |
| Jane Doe LS 56, No. 3:23-cv-05943, MDLC ID 1200 | 11/16/2023 | Unverified Original PFS; Required to Provide Third-Party Contact Information in Response to Question 30.a; Required to Supplement Answers to Questions 7 and 30.a | N/A |
| Lisa Williams, No. 3:24-cv-00114, MDLC ID 1048 | 1/5/2024 | Unverified Original PFS; Required to Provide Third-Party Contact Information in Response to Question 30.a; Required to Supplement Answer to Question 40.a | N/A |
| K.S., No. 3:24-cv-01157, MDLC ID 1285 | 2/26/2024 | Required to Provide Third-Party Contact Information in Response to Question 30.a | 5/22/2024 |
| Camilla Harris, No. 3:24-cv-01159, MDLC ID 1286 | 2/26/2024 | Unverified Amended PFS | 5/22/2024 |

1

| | | | |
|---|---|---|---|
| N.A., No. 3:24-cv-01520, MDLC ID 1291 | 3/12/2024 | Unverified Amended PFS; Required to Provide Third-Party Contact Information in Response to Question 30.a | 5/6/2024 |
| Ashley Carroll, No. 3:24-cv-02196, MDLC ID 1314 | 4/12/2024 | Unverified Amended PFS | 5/10/2024 |
| Brianna Smith, No. 3:24-cv-02707, MDLC ID 1329 | 5/7/2024 | Unverified Second Amended PFS | 8/7/2024 |
| A.J., No. 3:24-cv-03240, MDLC ID 1381 | 5/30/2024 | Required to Supplement Answers to Questions 11, 13.a, 13.c, and 14.a | 7/1/2024 |
| T.R., No. 3:24-cv-03592, MDLC ID 1388 | 6/14/2024 | Unverified Amended PFS | 7/2/2024 |
| Katerina Fedoseeva, No. 3:24-cv-03602, MDLC ID 1387 | 6/14/2024 | Unverified Third Amended PFS | 8/20/2024 |
| M.C., No. 3:24-cv-03608, MDLC ID 1389 | 5/24/2024 | Unverified Second Amended PFS; Required to Provide Third-Party Contact Information in Response to Question 30.a | 7/24/2024 |
| Angelita Diaz, No. 3:24-cv-04237, MDLC ID 1463 | 7/15/2024 | Unverified Second Amended PFS | 8/15/2024 |
| Y.G., No. 3:24-cv-04441, MDLC ID 1464 | 7/23/2024 | Unverified Second Amended PFS | 7/25/2024 |
| H.L., No. 3:24-cv-04526, MDLC ID 2149 | 7/26/2024 | Unverified Amended PFS | N/A |

| | | | |
|---|---|---|---|
| L.M., No. 3:24-cv-05179, MDLC ID 2249 | 8/15/2024 | Unverified Amended PFS | N/A |
| C.M., No. 3:24-cv-05182, MDLC ID 1741 | 8/15/2024 | Required to Provide Third-Party Contact Information in Response to Question 30.a | 8/15/2024 |
| A.B., No. 3:24-cv-05282, MDLC ID 2142 | 8/16/2024 | Unverified Amended PFS | 10/2/2024 |
| R.B., No. 3:24-cv-05290, MDLC ID 2137 | 8/16/2024 | Unverified Second Amended PFS | N/A |
| Javante Brown, No. 3:24-cv-05296, MDLC ID 2228 | 8/16/2024 | Unverified Second Amended PFS | 8/28/2024 |
| H.M., No. 3:24-cv-05301, MDLC ID 1851 | 8/16/2024 | Required to Provide Third-Party Contact Information in Response to Question 30.a | 8/20/2024 |
| L.R., No. 3:24-cv-05435, MDLC ID 2237 | 8/20/2024 | Unverified Amended PFS | 10/11/2024 |
| A.T., No. 3:24-cv-05592, MDLC ID 1927 | 8/21/2024 | Unverified Original PFS; Required to Provide Third-Party Contact Information in Response to Question 30.a; Required to Supplement Answer to Question 7 | N/A |
| D.M.S., No. 3:24- cv-05606, MDLC ID 1930 | 8/21/2024 | Unverified Amended PFS | N/A |
| M.P., No. 3:24-cv-05623, MDLC ID 1946 | 8/21/2024 | Unverified Amended PFS | 8/23/2024 |

3

| | | | |
|---|---|---|---|
| K.B., No. 3:24-cv-05719, MDLC ID 2246 | 8/22/2024 | Unverified Original PFS; Required to Supplement Answer to Question 7 | N/A |
| A.H., No. 3:24-cv-05807, MDLC ID 2144 | 8/23/2024 | Unverified Amended PFS | N/A |
| Cody Jones, No. 3:24-cv-05822, MDLC ID 2200 | 8/23/2024 | Unverified Amended PFS | N/A |
| T.S., No. 3:24-cv-07277, MDLC ID 2628 | 10/18/2024 | Required to Supplement Answer to Question 7 | 1/17/2025 |

# EXHIBIT B

| Plaintiff | Date Complaint Was Filed | Non-Compliance with November 18, 2024 Order | Date Plaintiff Last Submitted a Signed Verification |
|---|---|---|---|
| Lisa Williams, No. 3:24-cv-00114, MDLC ID 1048 | 1/5/2024 | Unverified Second Amended PFS | N/A |
| K.S., No. 3:24-cv-01157, MDLC ID 1285 | 2/26/2024 | Unverified Amended PFS | 5/22/2024 |
| Ashley Carroll, No. 3:24-cv-02196, MDLC ID 1314 | 4/12/2024 | Unverified Amended PFS | 5/10/2024 |
| T.R., No. 3:24-cv-03592, MDLC ID 1388 | 6/14/2024 | Unverified Amended PFS | 7/2/2024 |
| Katerina Fedoseeva, No. 3:24-cv-03602, MDLC ID 1387 | 6/14/2024 | Unverified Fourth Amended PFS | 8/20/2024 |
| Angelita Diaz, No. 3:24-cv-04237, MDLC ID 1463 | 7/15/2024 | Unverified Second Amended PFS | 8/15/2024 |
| H.L., No. 3:24-cv-04526, MDLC ID 2149 | 7/26/2024 | Unverified Amended PFS | N/A |
| L.M., No. 3:24-cv-05179, MDLC ID 2249 | 8/15/2024 | Unverified Amended PFS | N/A |
| H.M., No. 3:24-cv-05301, MDLC ID 1851 | 8/16/2024 | Required to Provide Third-Party Contact Information in Response to Question 30.a | 8/20/2024 |

| | | | |
|---|---|---|---|
| A.T., No. 3:24-cv-05592, MDLC ID 1927 | 8/21/2024 | Unverified Original PFS; Required to Provide Third-Party Contact Information in Response to Question 30.a; Required to Supplement Answer to Question 7 | N/A |
| D.M.S., No. 3:24- cv-05606, MDLC ID 1930 | 8/21/2024 | Unverified Amended PFS | N/A |
| M.P., No. 3:24-cv-05623, MDLC ID 1946 | 8/21/2024 | Unverified Amended PFS | 8/23/2024 |
| K.B., No. 3:24-cv-05719, MDLC ID 2246 | 8/22/2024 | Unverified Original PFS; Required to Supplement Answer to Question 7 | N/A |
| A.H., No. 3:24-cv-05807, MDLC ID 2144 | 8/23/2024 | Unverified Amended PFS | N/A |
| Cody Jones, No. 3:24-cv-05822, MDLC ID 2200 | 8/23/2024 | Unverified Amended PFS | N/A |