1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT 12  LITIGATION | Case No. 3:23-md-03084-CRB (LJC) **[PROPOSED] ORDER REGARDING PEIFFER WOLF PLAINTIFFS' COMPLIANCE WITH 11/18 PFS ORDER** |
| 13  This Document Relates to: 14 | Re: Dkt. No. #### |
| 15  *Lisa Williams* v. *Uber Technologies Inc., et al.*, No. 3:24-cv-00114 | |
| 16 | |
| 17  *Ashley Carroll* v. *Uber Technologies Inc., et al.*, No. 3:24-cv-02196 | |
| 18  *T.R.* v. *Uber Technologies Inc., et al.*, 19  No. 3:24-cv-03592 | |
| 20  *H.L.* v. *Uber Technologies Inc., et al.*, No. 3:24-cv-04526 21 | |
| 22  *L.M.* v. *Uber Technologies Inc., et al.*, No. 3:24-cv-05179 | |
| 23  *A.T.* v. *Uber Technologies Inc., et al.*, 24  No. 3:24-cv-05592 | |
| 25  *A.H.* v. *Uber Technologies Inc., et al.*, No. 3:24-cv-05807 26 | |

27
28

**[PROPOSED] ORDER**

Having considered the parties' joint discovery letter [####], the Court hereby ORDERS each plaintiff identified in Exhibit A to the declaration of Kyle Smith [####-#] to serve a Plaintiff Fact Sheet and/or verification that complies with the Court's November 18, 2024 Order, Dkt. No. 1877, by no later than _____.

Any request for dispositive sanctions for noncompliance with this Order may be directed to Judge Breyer in the form of a motion under Civil Local Rule 7-2, to which the plaintiffs at issue may respond under Local Rule 7-3, unless otherwise ordered by Judge Breyer.

**IT IS SO ORDERED.**

Dated: February _____, 2025

                                                   HON. LISA J. CISNEROS
                                                   UNITED STATES MAGISTRATE JUDGE