1    [Submitting Counsel below]

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6            FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    IN RE: UBER TECHNOLOGIES, INC.,        Case No. 23-md-03084-CRB
     PASSENGER SEXUAL ASSAULT
9    LITIGATION
                                            **ADMINISTRATIVE MOTION TO**
10   _____       **EXCUSE IN-PERSON APPEARANCE ON**
                                            **FEBRUARY 12, 2025**
     This Document Relates to:
11
     ALL CASES
12

13          Plaintiffs respectfully request that the Court excuse Ms. London, Ms. Luhana, and Ms.

14   Abrams from in-person appearance at the hearing in front of Judge Jones scheduled for February

15   12, 2025.

16          1.      On February 7, 2025, the Court set a status conference "related to the issues

17   assigned to Master Barbara S. Jones" for February 12, 2025. ECF 2303.

18          2.      The Court ordered four of Plaintiffs' counsel—Ms. London, Ms. Luhana, Ms.

19   Abrams, and Ms. Ellis—to appear in person at the status conference.

20          3.      Ms. London, Ms. Luhana, and Ms. Abrams have conflicts with the ordered date

21   and time that make it exceedingly difficult for them to appear in person. The conflicts are pre-

22   planned international travel, a pre-scheduled mediation, and unanticipated family circumstances.

23          4.      All three are available to attend the status conference virtually.

24          5.      Ms. Ellis will attend the status conference in person and has the authority to

25   speak on behalf of the PSC regarding the matters assigned to Master Jones.

26          6.      Plaintiffs contacted counsel for the Uber Defendants, who stated that they take

27   no position on this request.

28          For these reasons, Plaintiffs respectfully request that Ms. London, Ms. Luhana, and Ms.

1  Abrams be excused from in-person appearances at the February 12, 2025 status conference. This

2  Motion is accompanied by a Proposed Order.

3

4  Dated: February 10, 2025                    Respectfully submitted,

5                                             By: */s/ Sarah R. London*

6                                             Sarah R. London (SBN 267093)

7                                             **LIEFF CABRASER HEIMANN &**
                                               **BERNSTEIN, LLP**

8                                             275 Battery Street, 29th Floor
                                               San Francisco, CA 94111-3339

9                                             Telephone: (415) 956-1000

10                                            Facsimile: (415) 956-1008
                                               slondon@lchb.com

11

12                                            By: */s/ Rachel B. Abrams*

13                                            Rachel B. Abrams (SBN 209316)

14                                            **PEIFFER WOLF CARR KANE**
                                               **CONWAY & WISE, LLP**

15                                            555 Montgomery Street, Suite 820
                                               San Francisco, CA 94111

16                                            Telephone: (415) 426-5641
                                               Facsimile: (415) 840-9435

17                                            rabrams@peifferwolf.com

18

19                                            By: */s/ Roopal P. Luhana*

20                                            Roopal P. Luhana

21                                            **CHAFFIN LUHANA LLP**
                                               600 Third Avenue, 12th Floor

22                                            New York, NY 10016
                                               Telephone: (888) 480-1123

23                                            Facsimile: (888) 499-1123
                                               luhana@chaffinluhana.com

24

25                                            *Co-Lead Counsel for Plaintiffs*

26

27

28

ADMIN MOT. TO EXCUSE IN-PERSON
ATTENDANCE
CASE NO. 23-MD-03084-CRB