IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF SARAH R. LONDON IN SUPPORT OF ADMINISTRATIVE MOTION TO EXCUSE IN-PERSON APPEARANCE ON FEBRUARY 12, 2025** |

I, Sarah R. London, declare:

1. I am an attorney in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, appointed Co-Lead counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Ms. Luhana, Ms. Abrams, and I all have conflicts that make it exceedingly difficult for us to attend the February 12, 2025 status conference in person.

3. The conflicts are pre-planned international travel, a pre-scheduled mediation, and unanticipated family circumstances involving an out-of-state medical emergency.

4. Ms. Ellis will attend the status conference in person and has the authority to speak on behalf of the PSC regarding the matters assigned to Master Jones.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of February, 2025 in Chicago, Illinois.

*/s/ Sarah R. London*
Sarah R. London