IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO EXCUSE IN-PERSON APPEARANCE ON FEBRUARY 12, 2025** |

Having considered Plaintiffs' February 10, 2024 Administrative Motion to Excuse In-Person Appearance on February 12, 2025, the Court **GRANTS** the Motion. Ms. London, Ms. Luhana, and Ms. Abrams may appear virtually at the February 12, 2025 status conference ordered in ECF 2303.

**IT IS SO ORDERED.**

Dated: _____

HON. CHARLES R. BREYER
United States District Judge