IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

ALL CASES

Case No. 23-md-03084-CRB

**[~~PROPOSED~~] ORDER RE: ADMINISTRATIVE MOTION TO EXCUSE IN-PERSON APPEARANCE ON FEBRUARY 12, 2025**

Having considered Plaintiffs' February 10, 2024 Administrative Motion to Excuse In-Person Appearance on February 12, 2025, the Court **GRANTS** the Motion. Ms. London, Ms. Luhana, and Ms. Abrams may appear virtually at the February 12, 2025 status conference ordered in ECF 2303.

**IT IS SO ORDERED.**

Dated:  February 10, 2025

Hon. _____
United District Judge

Judge Charles R. Breyer