1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 2199]** |
| ALL ACTIONS | |
| | Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 2199]

Case No. 3:23-MD-3084-CRB,

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, dated February 3, 2025, ECF 2199, and Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC's (collectively "Uber") statement in support of Plaintiffs' Administrative Motions, dated February 10, 2025 ECF ___, the Court hereby ORDERS that the following materials remain under seal:

| Document | Description | Designating Party |
|---|---|---|
| UBER_JCCP_MDL_000032097-131 | Confidential business document | Uber |
| UBER_JCCP_MDL_000192322-37 | Confidential business communication | Uber |
| UBER_JCCP_MDL_000040852-55 | Confidential business document | Uber |
| UBER-MDL3084-000099693-732 | Confidential business document | Uber |

**IT IS SO ORDERED.**

Dated:_____          _____
                                                            Hon. Lisa J. Cisneros
                                                            United States Magistrate Judge

2