C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine E. Cutter (SBN 312622)
**CUTTER LAW, P.C.**
401 Watt Ave.
Sacramento, CA 95864
(916) 290-9400
bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com

*ATTORNEYS FOR PLAINTIFFS*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB<br><br>*Hon. Judge Charles R. Breyer* |
| THIS DOCUMENT RELATES TO:<br><br>*Roe CL 81 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-08521*<br><br>*Roe CL 82 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-08522*<br><br>*Roe CL 83 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-08525*<br><br>*Roe CL 84 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-08526*<br><br>*Roe CL 85 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-08754*<br><br>*Roe CL 86 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-08756*<br><br>*Roe CL 87 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-08757*<br><br>*Roe CL 88 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-09145*<br><br>*Roe CL 89 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-09200* | |

1 | *Roe CL 90 v. Uber Technologies, Inc., et al.,*
   | Case No. 3:24-cv-09201

*Roe CL 91 v. Uber Technologies, Inc., et al.,*
Case No. 3:24-cv-09235

*Roe CL 92 v. Uber Technologies, Inc., et al.,*
Case No. 3:24-cv-09237

*Roe CL 93 v. Uber Technologies, Inc., et al.,*
Case No. 3:24-cv-09549

*Roe CL 94 v. Uber Technologies, Inc., et al.,*
Case No. 3:24-cv-09550

*Roe CL 95 v. Uber Technologies, Inc., et al.,*
Case No. 3:25-cv-00399

*Roe CL 96 v. Uber Technologies, Inc., et al.,*
Case No. 3:25-cv-00463

*Roe CL 97 v. Uber Technologies, Inc., et al.,*
Case No. 3:25-cv-00464

*Roe CL 98 v. Uber Technologies, Inc., et al.,*
Case No. 3:25-cv-00853

*Roe CL 99 v. Uber Technologies, Inc., et al.,*
Case No. 3:25-cv-00855

*Roe CL 100 v. Uber Technologies, Inc., et al.,*
Case No. 3:25-cv-00856

## NOTICE OF FILING OF NEW CASES

Notice is hereby given pursuant to Pretrial Order No. 6 that Short Form Complaints and Jury Demands have been filed on behalf of Plaintiffs Jane Roe CL 81, Jane Roe CL 82, Jane Roe CL 83, Jane Roe CL 84, Jane Roe CL 85, Jane Roe CL 86, Jane Roe CL 87, Jane Roe CL 88, Jane Roe CL 89, Jane Roe CL 90, Jane Roe CL 91, Jane Roe CL 92, Jane Roe CL 93, Jane Roe CL 94, Jane Roe CL 95, Jane Roe CL 96, Jane Roe CL 97, Jane Roe CL 98, Jane Roe CL 99, and Jane Roe CL 100.

DATED:  February 10, 2025                    Respectfully submitted,

/s/ *Jennifer S. Domer*
Jennifer S. Domer

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                                                                                     _____

C. Brooks Cutter
Jennifer S. Domer
Celine E. Cutter
CUTTER LAW, P.C.
401 Watt Avenue
Sacramento, CA 95864
(916) 290-9400
bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com

*ATTORNEYS FOR PLAINTIFFS*

NOTICE OF FILING OF NEW CASES

**PROOF OF SERVICE**

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within entitled action; my business address is Cutter Law P.C., 401 Watt Avenue, Sacramento, California 95864.

On the date below, I served a copy of the following document(s) described as Short Form Complaints for Plaintiffs Jane Roe CL 81, Jane Roe CL 82, Jane Roe CL 83, Jane Roe CL 84, Jane Roe CL 85, Jane Roe CL 86, Jane Roe CL 87, Jane Roe CL 88, Jane Roe CL 89, Jane Roe CL 90, Jane Roe CL 91, Jane Roe CL 92, Jane Roe CL 93, Jane Roe CL 94, Jane Roe CL 95, Jane Roe CL 96, Jane Roe CL 97, Jane Roe CL 98, Jane Roe CL 99, and Jane Roe CL 100 on the interested party(ies) in this action as follows:

| X | **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on Pretrial Order No. 6: Direct Filing, whereby defense agreed to waive formal service of summons, I caused the documents to be sent from **ebell@*cutterlaw*.com** to the person(s) at the e-mail address MDL3084-service-Uber@paulweiss.com. |
|---|---|

Executed on February 3, 2025 at Sacramento, California.

/s/ *Elaine Bell*