1  ELLYN HURD Massachusetts Bar No. 652031
2  JO ANNA POLLOCK Bar No. 6273491
   **Simmons Hanly Conroy, LLP**
3  One Court Street
   Alton, IL 62002
4  Telephone: 800-479-9533
   Facsimile: 618-259-2251
5  Email: ehurd@simmonsfirm.com
          jpollack@simmonsfirm.com
6
7  *Counsel for Plaintiff*

8
                 **UNITED STATES DISTRICT COURT**
9                **NORTHERN DISTRICT OF CALIFORNIA**
                       **SAN FRANCISCO DIVISION**
10

11 | IN RE: UBER TECHNOLOGIES, INC., | No. 3:23-md-03084-CRB |
   | PASSENGER SEXUAL ASSAULT | |
12 | LITIGATION | |
   | | **NOTICE OF FILING NEW ACTION** |
13 | | |
   | This Document Relates to: | |
14 | | |
   | S.G. v. UBER TECHNOLOGIES, Inc., et al., | |
15 | 3:24-cv-01417 | |

16

17

18     Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the complaint
19
   with Jury Demand in the above-referenced action was filed on February 11, 2025.
20
     Dated: February 11, 2025              Respectfully submitted,
21
                                           By: */s/ Ellyn Hurd*
22                                         ELLYN HURD
                                           JO ANNA POLLOCK
23                                         **Simmons Hanly Conroy, LLP**
                                           One Court Street
24                                         Alton, IL 62002
                                           Telephone: 800-479-9533
25                                         Facsimile: 618-259-2251
                                           Email: ehurd@simmonsfirm.com
26                                                 jpollack@simmonsfirm.com
                                           *Counsel for Plaintiff*
27

28

CASE NO. 3:23-md-03084-CRB            1         NOTICE OF FILING OF NEW ACTION

1
2
3 **CERTIFICATE OF SERVICE**
4     I hereby certify that on February 11, 2025, Plaintiff electronically transmitted the
5 foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using CM/ECF
6 System for filing thereby transmitting a Notice for Electronic Filing to all CM/ECF registrants.
7
8                            */s/ Ellyn Hurd*
                            Ellyn Hurd
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28