*[Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>PLAINTIFFS' STATEMENT RE: CURRENT DEPOSITION SCHEDULE |
| This Document Relates to:<br><br>ALL ACTIONS | Judge:      Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

Pursuant to the Court's February 12, 2025 Order (ECF 2326) Plaintiffs' counsel contacted counsel for Defendants by email at 9:13 AM PT and by phone at 9:57 AM PT to discuss the joint filing, but were unable to reach counsel for Defendants. Plaintiffs first heard from Defendants' counsel at 10:36 AM PT and Plaintiffs sent a draft joint statement to Defendants' Counsel at 10:44 AM PT. At 11:47 AM PT, Plaintiffs' counsel advised Defendants' counsel that if Defendants' edits had not been received by 11:50 AM PT, Plaintiffs intended to file separately. At the time of this filing, Plaintiffs have not received Defendants' position on this filing. Therefore, Plaintiffs submit the current deposition schedule, below:

| Witness | Deposition Date |
| --- | --- |
| Fogg, Chad | Deposition was taken on 2/5/2025 |
| Freivogel, Cory | Deposition was taken on 2/6/2025 and left open. The parties will need to agree on a date for continuing the deposition. |
| Hourdajian, Nairi | Deposition was taken on 2/7/2025 |
| Parker, Kate | February 14, 2025 |
| Richter, David | February 24, 2025 |
| Joyce, Meghan | February 26, 2025 |
| Luu, Jenny | February 27, 2025 |
| Whaling, Kayla | February 28, 2025 |
| Twomey, Pat | March 7, 2025 |
| Breeden, Tracey | March 13 and March 14, 2025 |
| Hazelbaker, Jill | March 17, 2025 |
| Gibbons, Catherine | March 19. 2025 |
| Burke, Jordan | March 20, 2025 |
| Lake, Carley | March 20 and March 21, 2025 |
| Sullivan, Michael | March 26, 2025 |
| Fuldner, Gus | March 26 and March 27, 2025 |
| Cinelli, Dennis | March 28, 2025 |
| Ding, Abbie | April 3, 2025 |
| Anderson, Brooke | April 3 and April 4, 2025 |
| Sheridan, Danielle | April 7 and April 8, 2025 |
| Hawk, Cassie | April 8, 2025 |
| Holt, Rachel | April 9, 2025 |

| | |
|---|---|
| **Hasbun, Andrew** | April 10 and April 11, 2025 |
| **McDonald, Katy** | April 15 and 16, 2025 |
| **Shuping, Valerie** | April 17 and April 18, 2025 |
| **Graves, Ryan** | April 24, 2025 |
| **Henley, Mat** | May 6, 2025 |
| **Maredia, Sarfraz** | May 7, 2025 |
| **Chang, Frank** | May 8 and May 9, 2025 |
| **Bushra, Faiz** | May 13 and May 14, 2025 |
| **Whetstone, Rachel** | May 14, 2025 |
| **Kansal, Sachin** | May 15, 2025 |
| **Akamine, Mike** | May 19 and May 20, 2025 |
| **Poetzcher, Cameron** | June 4, 2025 |
| **Kaiser, Roger** | Plaintiffs request dates in April |
| **Marshall, Jeff** | Uber has not provided dates |
| **Sullivan, Joe** | Uber has not provided dates |
| **Kalanick, Travis** | Plaintiffs request dates in June |
| **Khosrowshahi, Dara** | Plaintiffs request dates in June |
| **Barnes, William** | Uber has not provided dates |

By: */s/Roopal Luhana*
ROOPAL P. LUHANA *(Pro Hac Vice)*
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com
*Co-Lead Counsel for Plaintiffs*

SARAH R. LONDON (SBN 267083)
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
Email: slondon@lchb.com

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2025 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ Roopal P. Luhana