RANDALL S. LUSKEY (SBN: 240915)
    rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
    **& GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
    ratkins@paulweiss.com
JACQUELINE P. RUBIN (*Pro Hac Vice* admitted)
    jrubin@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
    cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
    akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
    **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS' STATEMENT RE: CURRENT DEPOSITION SCHEDULE** |
| This Document Relates to:<br><br>ALL ACTIONS | Judge:      Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

- 2 -

1  KYLE N. SMITH (*Pro Hac Vice* admitted)
       ksmith@paulweiss.com
2  JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
       jphillips@paulweiss.com
3  **PAUL, WEISS, RIFKIND, WHARTON
       & GARRISON LLP**
4  2001 K Street, NW
   Washington DC, 20006
5  Telephone: (202) 223-7300
   Facsimile:  (202) 223-7420

6
   *Attorney for Defendants*
7  UBER TECHNOLOGIES, INC.,
   RASIER, LLC, and RASIER-CA, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the Court's February 12, 2025 Order (ECF 2326), Defendants submit this statement as a supplement to Plaintiffs' statement (ECF 2327):

| Witness | Deposition Date |
|---|---|
| **Maredia, Sarfraz** | The parties agreed to May 13, 2025 as a placeholder deposition, not May 7, 2025. |
| **Marshall, Jeff** | Uber has not been able to establish contact with Mr. Marshall. Contact information was sent to Plaintiffs on January 16, 2025. |
| **Sullivan, Joe** | Mr. Sullivan's counsel has not provided his availability. Contact information was sent to Plaintiffs on January 16, 2025. |
| **Barnes, William** | Uber has not been able to establish contact with Mr. Barnes. Contact information was sent to Plaintiffs on January 16, 2025. |
| **Hazelbaker, Jill** | Ms. Hazelbaker's deposition that was scheduled for March 17 needs to be rescheduled. Uber offered May 21 or 22. |
| **Sheridan, Danielle** | Ms. Sheridan's deposition that was scheduled for April 7 and 8 needs to be rescheduled. Uber is working to provide alternate dates. |

Dated: February 12, 2025

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ Randall S. Luskey
ROBERT ATKINS
RANDALL S. LUSKEY
KYLE N. SMITH
JACQUELINE P. RUBIN
JESSICA E. PHILLIPS
CAITLIN E. GRUSAUSKAS
ANDREA M. KELLER

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC