HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
**ANAPOL WEISS**
60 South 6th St., Suite 2800
Minneapolis, MN 55402
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: hdolejsi@anapolweiss.com

WILLIAM L. SMITH (Cal Bar No. 324235)
**ANAPOL WEISS**
6060 Center Drive 10th Floor,
Los Angeles, CA 90045
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: wsmith@anapolweiss.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL: No. 3084 |
| | **NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to: | |
| *K.J., v. Uber Technologies, Inc., et al.* Case No. 3:25-cv-01382 | |

        Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

with Jury Demand in the above-referenced action was filed on February 10, 2025.

///

///

///

///

1   ///

2       Dated: February 12, 2025              Respectfully submitted,

3                                             **ANAPOL WEISS**

4                                             By: */s/ Holly Dolejsi*
                                              HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
5                                             60 South 6th St. Suite 2800
                                              Minneapolis, MN 55402
6                                             Telephone: 202.780.3014
                                              Facsimile: 202.780.3678
7                                             Email: hdolejsi@anapolweiss.com

8
                                              WILLIAM L. SMITH (Cal Bar No. 324235)
9                                             6060 Center Drive 10th Floor
                                              Los Angeles, CA 90045
10                                            Telephone: 202.780.3014
                                              Facsimile: 202.780.3678
11                                            Email: wsmith@anapolweiss.com

12

13                                            *Counsel for Plaintiff*

14

15                      <u>**CERTIFICATE OF SERVICE**</u>

16          I hereby certify that on February 12, 2025, I electronically transmitted the forgoing NOTICE

17   OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby

18   transmitting a Notice of Electronic Filing to all CM/ECF registrants.

19                                            */s/ Holly Dolejsi*
                                              Holly Dolejsi
20

21

22

23

24

25

26

27

28