IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ This Order Relates To: *ALL CASES* | MDL No. 3084 **ORDER FOR EXEMPTION FROM PACER FEES FOR MASTER** |

Having been appointed as Master in the instant case, Judge Barbara S. Jones has requested an exemption from the PACER user fees. The standards established by the Judicial Conference for granting such an exemption are to avoid unreasonable burdens and to promote public access to such information. Both standards must be met for the court to grant an exemption from the PACER fee.

It would be unreasonable to burden the Master with payment of this fee while they are working under appointment by and on behalf of the Court. Because they are performing a public function as a Master in this case, public access to information will be promoted if they have free access to the entire docket in this case. Thus, the Court finds that both standards have been met in this instance and grants exemption from PACER user fees. The exemption shall remain in place as long as Judge Jones remains appointed as Master in the instant case. The exemption will apply to Judge Jones and any members of her team working on her behalf, including the following individuals:

- Daniel S. Connolly

- Rachel Goldman
- Tom Kokalas
- Andrew Jacobs

**IT IS SO ORDERED.**

Dated: February 12, 2025



CHARLES R. BREYER
United States District Judge