IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____ / This Order Relates To: *ALL ACTIONS* | Case No. 23-md-03084-CRB (LJC)<br><br>**MASTER ORDER NO. 1** |

On February 12, 2025, the Master held an initial status conference with the parties regarding the privilege disputes outstanding. The parties are ordered to submit a status report, either jointly or separately, on or before Friday, February 14, 2025 at 5:00 pm Pacific Time. This report(s) shall set forth each party's position on the current status of the privilege review, and shall include the following:

a) The list of custodians for whom defendant's re-review of the challenged privilege designations has been completed and for which privilege logs have been provided;

b) The schedule for the completion of defendant's re-review of privilege designations for the remaining custodians and provision of revised privilege logs;

c) The current number of plaintiffs' outstanding challenges to the revised privilege designations;

d) The anticipated date of completion of defendant's review of custodial documents created through December 1, 2024 as ordered by the Court and the anticipated date of the provision to plaintiffs of the related privilege log(s);

e) An updated schedule of depositions, if there have been any changes since the parties' submissions of February 12, 2025; and

f) A list of anticipated deponents not yet scheduled.

It is also ordered that on or before Tuesday, February 18, 2025, 5:00 pm Pacific Time, by email to the Master:

a) The parties shall jointly provide a glossary of key terms;

b) The defendant shall provide a list of Uber's relevant in-house counsel and outside counsel, and a list of relevant Uber employees and their titles; and

c) The parties shall jointly or separately provide any additional index or lists created by the parties that they reasonably believe will assist the Master in her review.

Dated: February 13, 2025

*[signature]*
HON. BARBARA S. JONES (Ret.)