Stephen J. Estey (SBN 163093)
R. Michael Bomberger (SBN 169866)
Angela J. Nehmens (SBN 309433)
**ESTEY & BOMBERGER, LLP**
2869 India Street
San Diego, CA 92103
Tel: (619) 295-0035
Fax: (619) 295-0172
Email: steve@estey-bomberger.com
Email: mike@eatey-bomberger.com
Email: angela@estey-bomberger.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| _____ | **NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to: | Judge: Hon. Charles R. Breyer |
| *JANE DOE EB 68 v. UBER TECHNOLOGIES, INC., et al.* Case No. 3:25-cv-01466 | |

## NOTICE OF FILING OF NEW ACTION

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on February 12, 2025.

DATED:  February 14, 2025              Respectfully Submitted,

**ESTEY & BOMBERGER, LLP**

*/S/ Angela Nehmens, Esq.*
Stephen J. Estey
Angela J. Nehmens
**Attorney for Plaintiffs**

1  **CERTIFICATE OF SERVICE**

2      I hereby certify that on February 14, 2025, I electronically filed the above document with

3  the Clerk of the Court using the CM/ECF system, which will automatically send notification of

4  the filing to all counsel of record.

5

6                                By: */S/ Angela Nehmens*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28