*[Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**PRIVILEGE MASTER ORDER 1: PLAINTIFFS' STATUS REPORT**<br><br>Judge:     Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor<br><br>Special Master: Hon. Barbara S. Jones |

In accordance with Privilege Master Order 1, Plaintiffs submit the following status report:

1. **Custodians for whom Defendants' re-review of challenged privileged designations has been completed and for which privilege logs have been provided.**

| Deponent | Original Log Entries | Log and De-Designated Documents Provided | | Disputed Entries Remaining |
|---|---|---|---|---|
| | | *Withdrawn* | *Redactions Provided* | |
| Fogg, Chad | 190 | 35 | 35 | 57 |
| Freivogel, Cory | 3170 | 941 | 414 | 515 |
| Hourdajian, Nairi | 1584 | 284 | 224 | 258 |
| Parker, Kate | 3529 | 1024 | 644 | 547 |
| Richter, David | 176 | 9 | 8 | 9 |

Plaintiffs are in the process of reviewing Uber's redactions and their remaining challenges and will provide Uber with an updated list of challenges by February 21, 2025.

2. **The schedule for the completion of Defendants' re-review of privilege designations for the remaining custodians and provision of revised privilege logs.**

| Deponent | Confirmed Deposition Date | Re-reviewed Log and De-Designated Documents Due | Privilege Log Entries Still in Dispute |
|---|---|---|---|
| Joyce, Meghan | February 26, 2025 | February 14, 2025 | 203 |
| Luu, Jenny | February 27, 2025 | February 18, 2025 | 735 |
| Whaling, Kayla | February 28, 2025 | February 18, 2025 | 521 |

Uber has additionally committed that it will provide a complete, re-reviewed log for all custodians, regardless of deposition date as well as any documents that may have removed from the log in whole or in part by March 10, 2025.

3. **Plaintiffs' outstanding challenges to the revised privilege designations.**

The following numbers were determined accurate to the best of Plaintiffs' ability as of February 14, 2025.  Custodians in each Tranche are detailed in PTO 20. Dkt. No. 1808.

| Tranche | Original Privilege Entries | PTF's originally challenged | Uber withdrew privilege | PTF challenged and Uber withdrew privilege | PTF did NOT challenge, Uber withdrew privilege | PTFs withdrew challenge (pre-re-review) | *Original PTF challenges still in dispute* |
|---|---|---|---|---|---|---|---|
| Pre-Tranche 1 | 196 | 0 | 0 | 0 | 0 | 0 | *0* |
| Tranche 1 | 25,539 | 16,573 | 5,538 | 5,101 | 437 | 2,712 | *8,768[1]* |
| Tranche 2 | 14,293 | 5,611 | 1,631 | 1,434 | 197 | 756 | *3,421* |
| Tranche 3 | 17,579 | 8,164 | 2,109 | 1,933 | 176 | 582 | *5,649* |
| Tranche 4 | 9,968 | 1,903 | 123 | 122 | 1 | 6 | *1,775* |
| 1.31 Post Tranche 4 Entries | 130 | 20 | N/A | N/A | N/A | N/A | *20* |
| Post Tranche 4 Entries produced 2/13 | 3,566 | Plaintiffs have not reviewed newly produced entries | N/A | N/A | N/A | N/A | *N/A* |
| *Tranche 1-4 Totals* | *67,379* | *32,251* | *9,401* | *8,590* | *811* | *4,056* | *19,613* |
| **Total to date** | **71,271** | **32,271** | **9,401** | **8,590** | **811** | **4,056** | **19,633** |

**4. Anticipated date of completion of Defendants' review of custodial documents created through December 1, 2024.**

Per Dkt. No. 2028, "Uber shall produce post-November 27, 2023 documents for those priority custodians no later than February 21, 2025, except that it may produce Slack and Google

---

[1] A few entries overlap where Uber removed privilege claim and Plaintiffs withdrew their challenge.

Drive data for those custodians no later than March 4, 2025. Uber shall produce all other custodians' post-November 27, 2023 documents no later than March 14, 2025." Per PTO 14, Dkt. No. 396, Uber must produce a privilege log or logs concerning any information that has been redacted or withheld in whole or in part from that production within thirty (30) calendar days of each production of documents or ESI. Per PTO 16: Stipulated Deposition Protocol, Dkt. No. 866, a producing party must provide a corresponding privilege log no later than ten (10) days following the production of any custodial file in advance of a deposition. *Id.* Uber has not provided Plaintiffs with any additional detail with respect to when they may expect privilege logs for any post-2023 documents that may be produced.

**5. Scheduled depositions as of February 13, 2025**

| Scheduled Depositions as of February 13, 2025 | |
|---|---|
| **Deponent** | **Deposition Date** |
| **Parker, Kate** | 02/14/25 |
| **Richter, David** | 02/24/25 |
| **Joyce, Meghan** | 02/26/25 |
| **Luu, Jenny** | 02/27/25 |
| **Whaling, Kayla** | 02/28/25 |
| **Twomey, Pat** | 03/07/25 |
| **Breeden, Tracey** | 03/13/25 |
| **Gibbons, Catherine** | 03/19/25 |
| **Burke, Jordan** | 03/20/25 |
| **Lake, Carley** | 03/20/25 |
| **Fuldner, Gus** | 03/26/25 |
| **Sullivan, Michael** | 03/26/25 |
| **Cinelli, Dennis** | 03/28/25 |
| **Anderson, Brooke** | 04/03/25 |

| Deponent | Date |
|---|---|
| **Ding, Abbie** | 04/03/25 |
| **Hawk, Cassie** | 04/08/25 |
| **Holt, Rachel** | 04/09/25 |
| **Hasbun, Andrew** | 04/10/25 |
| **McDonald, Katy** | 04/15/25 |
| **Shuping, Valerie** | 04/17/25 |
| **Graves, Ryan** | 04/24/25 |
| **Henley, Mat** | 05/06/25 |
| **Chang, Frank** | 05/08/25 |
| **Bushra, Faiz** | 05/13/25 |
| **Maredia, Sarfraz** | 05/13/25 |
| **Whetstone, Rachel** | 05/14/25 |
| **Kansal, Sachin** | 05/15/25 |
| **Akamine, Mike** | 05/19/25 |
| **Poetzcher, Cameron** | 06/04/25 |

6. **Anticipated deponents not yet scheduled as of February 13, 2025.**

| Deponent | Status |
|---|---|
| **Barnes, William** | Uber has not provided a date for this deposition but has provided contact information. |
| **Freivogel, Cory** | Deposition began on 2/6/2025 and was left open to be completed at a later date due to incomplete production including late production of de-designated documents; parties need to agree on a date. |
| **Hazelbaker, Jill** | On 1/27/25, the parties confirmed this deposition would occur on 3/17/25. Uber withdrew this date on 2/12/25 as Ms. Hazelbaker is unavailable. The parties are working together to set a new date for the deposition in April or May. Ms. Hazelbaker is a current Uber employee. |

| | |
|---|---|
| **Hourdajian, Nairi** | Deposition began on 2/7/2025 and was left open to be completed at later date incomplete production including late production of de-designated documents; parties need to agree on a date. |
| **Kaiser, Roger** | On 1/17/25 the parties agreed that Mr. Kaiser would be deposed on 4/2/25. Uber withdrew this date on 1/31 and has provided March 4, 5 and May 5, 6, or 7 as alternatives. Plaintiffs rejected the March dates because Kaiser's production will not be complete until March 4 and the May dates because other depositions are set on May 6 and 8. On February 3, Plaintiffs requested a date in March or early April. Although Mr. Kaiser is a current employee, Uber has not provided March or April dates. |
| **Kalanick, Travis** | Plaintiffs request a date in June. Mr. Kalanick is Uber's founder and former CEO. |
| **Khosrowshahi, Dara** | Plaintiffs request a date in June. Mr. Khosrowshahi is a current Uber employee. |
| **Marshall, Jeff** | Uber has not provided dates for this deposition. |
| **Sheridan, Danielle** | On 1/27/25, the parties confirmed this deposition would occur on April 7 and 8, 25. Uber withdrew this date on 2/12/25. Ms. Sheridan is a current Uber employee. |
| **Sullivan, Joe** | Uber has not provided a date for this deposition but has provided contact information. |
| **30(b)(6) Witnesses** | Plaintiffs anticipate serving notices for Corporate Representative depositions shortly, to begin in March 2025. |

## CONCLUSION

Plaintiffs will work with Uber to provide the Special Master with the additional items requested in PTO 20 by February 28, 2025 and any additional information that may be helpful throughout resolution of privilege matters.

By: */s/Roopal Luhana*
ROOPAL P. LUHANA *(Pro Hac Vice)*
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

SARAH R. LONDON (SBN 267083)
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
Email: slondon@lchb.com

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: February 14, 2025                    By: /s/Roopal P. Luhana

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/Roopal P. Luhana