# EXHIBIT C

Message

**From:** Karina Sengupta [█████@uber.com]
**Sent:** 5/24/2018 5:28:11 AM
**To:** Antonio Amaya [█████@uber.com]; Eric Kammer [█████@uber.com]; Monique Mukes [█████@uber.com]; Cory Freivogel [█████@uber.com]; Lindsey Moss [█████@uber.com]; Buddy Loomis [█████@uber.com]; Rachel Atkins [█████@uber.com]; Shelly Patel | WI DOps [█████@uber.com]; Alia Brothers [█████@uber.com]; Nick Pittman [█████@uber.com]
**Subject:** Validation can begin!

Folks,

We're aligned on our sample and taxonomy. Validation can begin! Some notes below

1. Assign one category to each incident in the template linked to your name

  1. For tickets with more than one incident reported (i.e. touching and sexual penetration), classified based on the most severe level. Our Google doc version of KB is updated with leveling information

     o If incidents are both of the same level (i.e. both L2) use the one that is lower in the drop down.

     o Templates linked below

       - Eric
       - Nick
       - Monique
       - Alia
       - Lindsey

2. Please use the google doc definitions we aligned on here to determine classification (Levels are included in the hyperlinks at the top of the doc)

   o There are some questions/comments that may be outstanding but we'll tackle those in round 2. For now, go with the definitions as written

Deadline for this is **Noon Friday 5/25.**

Let me know if you have any questions until then.

Cheers,
KS

--

Karina Sengupta
Global Program Manager, Safety Support
[█████]  [█████]@uber.com |

CONFIDENTIAL                                                                       UBER_JCCP_MDL_000224112