# EXHIBIT D

Message

**From:** Gus Fuldner [▇@uber.com]
**Sent:** 4/23/2020 6:01:41 PM
**To:** Johnathon Purcell [▇@uber.com]; Tracey Breeden [▇@uber.com]
**Subject:** Re: CCR: Thursday, April 23rd 10AM PT Agenda and Pre-Read

Good meeting!

Some quick points:
1. Does the pre-roll for the disclaimer need to run for so long? If it is on each video that plus the preroll music goes for a long time.
2. Can we do a bit more to introduce RAINN. I expect awareness of RAINN's brand to be near zero in this population.

On Thu, Apr 23, 2020 at 10:53 AM Johnathon Purcell <▇@uber.com> wrote:
Hi all,

Thank you for your time and your very helpful feedback on the content. I'll share it with RAINN and the creative team ASAP so we can begin to action on it.

As mentioned in the meeting, all the videos are available in the pre-read deck presented. If you'd like to provide any more feedback feel free to email me and Lizzie by noon on Monday 4/27 and we'll share it with RAINN and the creative team so we can get the next cut of the videos.

Stay safe and sane.

Best,

Johnathon

On Wed, Apr 22, 2020 at 5:20 PM Billy Hughes [▇@uber.com> wrote:
Hi team,

Tomorrow's CCR will be focused on one topic: Driver Sexual Misconduct Education. Please review the pre-read below:

| CCR Date | Confirmed Time Slot | Topic & Pre-Read | Presenter |
|---|---|---|---|
| **April 23rd** 10AM-10:30AM PT | **10AM-10:30AM PT** | **Driver Sexual Misconduct Education:** Creative Review - [Link to Pre-Read] | Johnathon Purcell will present with additional context from Gus Fuldner, Tracey Breeden and Lizzie Ross |

Thank you!

Best,
Billy
--

CONFIDENTIAL                                                                 UBER000029631

Billy Hughes
Executive Business Partner
732.614.1824 | billyh@uber.com

CONFIDENTIAL UBER000029632