# EXHIBIT E

Message

**From:** Justin Kintz [■■■@uber.com]
**Sent:** 3/7/2016 3:57:14 PM
**To:** Nairi Hourdajian [■■■@uber.com]
**CC:** Jill Hazelbaker [■■■@uber.com]; Rachel Whetstone [■■■@uber.com]
**Subject:** Re: Buzzfeed Round II

Nairi or Rachel:

How can my team be most helpful on the Buzzfeed followup, aside from local verbal statements w/ reporters?

I have a thought to proactively push our safety letter out to 3rd parties, electeds and staff, a la Kalamazoo. I hesitate because it will guarantee they see a story they ordinarily might not see, but I'm still inclined to push it out, because the letter so nicely encapsulates the enormity of the issue and the thoughtful steps we take to deal with it.

I prefer to leave the CSR story alone, as I do not believe there is as much of a political element to it.

Thanks in advance for your gut check on the above.

Justin

> On Sun, Mar 6, 2016 at 9:01 PM, Rachel Whetstone <■■■@uber.com> wrote:
> And the Medium post is live now.
>
> On Sun, Mar 6, 2016 at 5:59 PM, Rachel Whetstone <■■■@uber.com> wrote:
> Another story we had been working on with them just popped. As with the first we think it does not reflect reality and so we have posted another Medium Post (Google Docs version here).
>
> PR folk -- please call people who inquire do not simply email statements. If you don't fee confident enough of the facts Faryl can handle them from SF.
>
> Rachel
>
>
> --
> Rachel Whetstone
> Uber Communications & Policy
> ■■■

--
Rachel Whetstone
Uber Communications & Policy
■■■

CONFIDENTIAL                                                                                              UBER000066336