# EXHIBIT F

Message

| | |
|---|---|
| **From:** | Rachel Whetstone [█████@uber.com] |
| **Sent:** | 12/7/2015 6:12:38 PM |
| **To:** | Jill Hazelbaker █ @uber.com] |
| **CC:** | Ana Paula Blanco [███████@uber.com]; Dorothy Chou [██████@uber.com]; Kayla Whaling ██████@uber.com]; Nairi Hourdajian ██████@uber.com]; Lorena Villarreal Clausell ██████@uber.com] |
| **Subject:** | Re: Latin America Safety Campaign |

So we don't have multiple people -- let's just have Dorothy R

On Mon, Dec 7, 2015 at 12:45 PM, Jill Hazelbaker <██ @uber.com> wrote:
Let's do that and get the messaging sorted. Please circulate the updated so we can review before it goes.

On Mon, Dec 7, 2015 at 9:43 AM, Ana Paula Blanco <██████@uber.com> wrote:
+Lorena, leading this.

Update.

Set up a call with Dorothy and Molly today to sync and better align.

Agree we can start with the core as technology being the platform for safety in itself.

If we need to push it for next week we will, so we are all on the same page.

Thanks

On Sun, Dec 6, 2015 at 10:18 PM, Rachel Whetstone <██████@uber.com> wrote:
Hi there -- I am worried about the messaging in this document. We keep seeming to reinvent the wheel on safety messaging. This campaign does not lead with our technology and why that makes us safer than other transportation options -- it is sort of there but not entirely. For example the first feature we choose to highlight is background checks. We have to get away from this being the anchor for all safety -- especially with this week's launch.

Please can we stick to the format of the San Diego airport blog post -- before, during and after the ride and the examples we used to illustrate these points.

Thanks

- **Safety, Latin America**: On Wednesday, December 9, we will launch a regional safety campaign to educate people about our approach to safety. Comms Plan.

--
Rachel Whetstone
Uber Communications & Policy
████████████

CONFIDENTIAL

UBER000066380

--
Ana Paula Blanco
@Uber
Latin America


--
Rachel Whetstone
Uber Communications & Policy
██████████

CONFIDENTIAL