CLINTON JAMES CASPERSON, ESQ. (TX SBN 24075561)
**D. MILLER & ASSOCIATES, PLLC**
2610 W. Sam Houston Parkway, Suite 200
Houston, TX 77042
T: (713) 850-8600
F: (713) 366-3463
E: clcasperson@dmillerlaw.com
*Attorneys for Plaintiff Jane Doe L.B.S*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| This Document Relates to: L.B.S v. Uber Technologies, Inc. et al | JURY TRIAL DEMANDED |
| | NOTICE OF FILING NEW ACTION |

## NOTICE OF FILING NEW ACTION

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on January 21, 2025.

Dated: February 14th, 2025

D. Miller & Associates, PLLC

By: Clint J. Casperson
Texas Bar No. 24075561
2610 W Sam Houston Pkwy S #200,
Houston, TX 77042
713-850-8600 Tel.
clcasperson@dmillerlaw.com

**ATTORNEY FOR PLAINTIFF**