CLINTON JAMES CASPERSON, ESQ. (TX SBN 24075561)
**D. MILLER & ASSOCIATES, PLLC**
2610 W. Sam Houston Parkway, Suite 200
Houston, TX 77042
T: (713) 850-8600
F: (713) 366-3463
E: clcasperson@dmillerlaw.com
*Attorneys for Plaintiff Jane Doe L.B.S*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>JURY TRIAL DEMANDED |
| This Document Relates to:<br>L.B.S v. Uber Technologies, Inc. et al | |

### CERTIFICATE OF SERVICE

I hereby certify that on February 14th, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

Dated: February 14th 2025

                                                     **D. Miller & Associates, PLLC**
                                                   By: Clint J. Casperson
                                                   Texas Bar No. 24075561
                                                   2610 W Sam Houston Pkwy S #200,
                                                   Houston, TX 77042
                                                   713-850-8600 Tel.
                                                   clcasperson@dmillerlaw.com

                                                   **ATTORNEY FOR PLAINTIFF**