Sarah R. London (SBN 267083)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
slondon@lchb.com

*Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR BELLWETHER SELECTIONS** |
| This Document Relates to:<br><br>ALL ACTIONS | Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

## STIPULATION

**WHEREAS,** on December 12, 2024, the Court issued Pretrial Order No. 21: Bellwether Selection Process and Scheduling Order:

**WHEREAS**, Pretrial Order No. 21 required the parties to "each select ten Plaintiffs to be included in the bellwether process" by February 14, 2025;

**WHEREAS**, the parties agree that a one-week extension of the bellwether selection deadline will accommodate certain medical complications affecting counsel and will assist the parties in making appropriate bellwether selections;

**WHEREAS**, the parties agree that extending the bellwether selection deadline by one week will not require extending any other deadlines set by Pretrial Order No. 21;.

**THEREFORE**, the parties respectfully request the Court enter the parties' stipulation that:

The deadline set by Pretrial Order 21 for the parties to submit their ten bellwether selections is extended by one week to February 21, 2025.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: February 14, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */s/ Sarah R. London* |
| | | Sarah R. London (SBN 267083) |
| 4 | | |
| 5 | | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 6 | | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339 |
| 7 | | Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>slondon@lchb.com |
| 8 | | |
| 9 | | By: */s/ Rachel B. Abrams* |
| 10 | | Rachel B. Abrams (SBN 209316) |
| 11 | | **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP** |
| 12 | | 555 Montgomery Street, Suite 820 |
| 13 | | San Francisco, CA 94111<br>Telephone: (415) 426-5641<br>Facsimile: (415) 840-9435 |
| 14 | | rabrams@peifferwolf.com |
| 15 | | |
| 16 | | By: */s/ Roopal P. Luhana*<br>Roopal P. Luhana |
| 17 | | **CHAFFIN LUHANA LLP** |
| 18 | | 600 Third Avenue, 12th Floor<br>New York, NY 10016 |
| 19 | | Telephone: (888) 480-1123<br>Facsimile: (888) 499-1123<br>luhana@chaffinluhana.com |
| 20 | | |
| 21 | | *Co-Lead Counsel* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| Dated: February 14, 2025 | By: | */Randall S. Luskey*<br>Randall S. Luskey |
| | | **PAUL, WEISS, RIFKIND,**<br>**WHARTON & GARRISON LLP**<br>ROBERT ATKINS<br>RANDALL S. LUSKEY<br>KYLE N. SMITH<br>CAITLIN E. GRUSAUSKAS<br>ANDREA M. KELLER<br>535 Mission Street, 24th Floor<br>San Francisco, CA 94105<br>Telephone: (628) 432-5100<br>Facsimile: (628) 232-3101<br><br>*Attorneys for Defendants*<br>UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC |

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatory above has concurred in this filing.

Dated: February 14, 2025         By:   */s/ Sarah R. London*
                                       Sarah R. London

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 3:23-md-03084-CRB<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION REGARDING DEADLINE FOR BELLWETHER SELECTIONS**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

The Court hereby GRANTS the parties' stipulation as follows:

The deadline set by Pretrial Order 21 for the parties to submit bellwether selections is extended to February 21, 2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:   February 18  , 2025

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE