# EXHIBIT A

| Plaintiff | Date Complaint Was Filed | PTO 10's Deadline for PFS | Date PFS Was Due Under Stipulation | Date PFS Was Due Under Judge Cisneros's 12/19/24 Order |
|---|---|---|---|---|
| Jane Doe LS 293, No. 3:23-cv-04364, MDLC ID 1131 | 8/24/2023 | 5/25/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 231, No. 3:23-cv-04367, MDLC ID 1129 | 8/24/2023 | 5/25/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 144, No. 3:23-cv-04388, MDLC ID 1137 | 8/25/2023 | 5/25/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 112, No. 3:23-cv-05286, MDLC ID 1157 | 10/16/2023 | 5/25/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 284, No. 3:23-cv-05363, MDLC ID 1167 | 10/19/2023 | 5/25/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 126, No. 3:23-cv-05370, MDLC ID 1169 | 10/19/2023 | 5/25/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 265, No. 3:23-cv-05377, MDLC ID 1172 | 10/20/2023 | 5/25/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 200, No. 3:23-cv-05387, MDLC ID 1173 | 10/20/2023 | 5/25/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 66, No. 3:23-cv-05414, MDLC ID 1177 | 10/20/2023 | 5/25/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 317, No. 3:23-cv-05424, MDLC ID 1182 | 10/23/2023 | 5/25/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 234, No. 3:23-cv-05433, MDLC ID 1184 | 10/23/2023 | 5/25/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 191, No. 3:23-cv-05573, MDLC ID 1189 | 10/28/2023 | 5/25/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 273, No. 3:23-cv-05946, MDLC ID 1197 | 11/16/2023 | 5/25/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 470, No. 3:24-cv-05207, MDLC ID 2332 | 8/15/2024 | 9/14/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 232, No. 3:24-cv-05327, MDLC ID 2398 | 8/18/2024 | 9/17/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 373, No. 3:24-cv-05328, MDLC ID 2473 | 8/18/2024 | 9/17/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 462, No. 3:24-cv-05329, MDLC ID 2518 | 8/18/2024 | 9/17/2024 | 11/15/2024 | 1/10/2025 |

| Plaintiff | Date Complaint Was Filed | PTO 10's Deadline for PFS | Date PFS Was Due Under Stipulation | Date PFS Was Due Under Judge Cisneros's 12/19/24 Order |
|---|---|---|---|---|
| Jane Doe LS 226, No. 3:24-cv-05330, MDLC ID 2309 | 8/18/2024 | 9/17/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 166, No. 3:24-cv-05331, MDLC ID 2344 | 8/18/2024 | 9/17/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 122, No. 3:24-cv-05332, MDLC ID 2326 | 8/18/2024 | 9/17/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 202, No. 3:24-cv-05333, MDLC ID 2453 | 8/18/2024 | 9/17/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 416, No. 3:24-cv-05335, MDLC ID 2417 | 8/18/2024 | 9/17/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 305, No. 3:24-cv-05338, MDLC ID 2501 | 8/18/2024 | 9/17/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 201, No. 3:24-cv-05354, MDLC ID 2548 | 8/19/2024 | 9/18/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 189, No. 3:24-cv-05379, MDLC ID 2536 | 8/19/2024 | 9/18/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 272, No. 3:24-cv-05390, MDLC ID 2372 | 8/19/2024 | 9/18/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 199, No. 3:24-cv-05402, MDLC ID 2423 | 8/19/2024 | 9/18/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 279, No. 3:24-cv-05420, MDLC ID 2293 | 8/19/2024 | 9/18/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 139, No. 3:24-cv-05527, MDLC ID 2311 | 8/20/2024 | 9/19/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 487, No. 3:24-cv-05611, MDLC ID 2478 | 8/21/2024 | 9/20/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 141, No. 3:24-cv-05634, MDLC ID 2448 | 8/21/2024 | 9/20/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 423, No. 3:24-cv-05676, MDLC ID 2389 | 8/22/2024 | 9/21/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 491, No. 3:24-cv-05678, MDLC ID 2314 | 8/22/2024 | 9/21/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 441, No. 3:24-cv-05751, MDLC ID 2537 | 8/22/2024 | 9/21/2024 | 11/15/2024 | 1/10/2025 |

| Plaintiff | Date Complaint Was Filed | PTO 10's Deadline for PFS | Date PFS Was Due Under Stipulation | Date PFS Was Due Under Judge Cisneros's 12/19/24 Order |
|---|---|---|---|---|
| Jane Doe LS 518, No. 3:24-cv-05761, MDLC ID 2317 | 8/22/2024 | 9/21/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 319, No. 3:24-cv-05800, MDLC ID 2428 | 8/23/2024 | 9/22/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 484, No. 3:24-cv-05824, MDLC ID 2337 | 8/23/2024 | 9/22/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 4, No. 3:24-cv-05861, MDLC ID 2385 | 8/23/2024 | 9/22/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 368, No. 3:24-cv-05898, MDLC ID 2490 | 8/24/2024 | 9/23/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 274, No. 3:24-cv-05902, MDLC ID 2427 | 8/24/2024 | 9/23/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 359, No. 3:24-cv-05908, MDLC ID 2355 | 8/25/2024 | 9/24/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 342, No. 3:24-cv-05913, MDLC ID 2545 | 8/25/2024 | 9/24/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 304, No. 3:24-cv-05914, MDLC ID 2470 | 8/25/2024 | 9/24/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 369, No. 3:24-cv-05915, MDLC ID 2512 | 8/25/2024 | 9/24/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 269, No. 3:24-cv-05922, MDLC ID 2288 | 8/25/2024 | 9/24/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 93, No. 3:24-cv-05925, MDLC ID 2327 | 8/25/2024 | 9/24/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 7, No. 3:24-cv-05926, MDLC ID 2304 | 8/25/2024 | 9/24/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 504, No. 3:24-cv-05928, MDLC ID 2440 | 8/25/2024 | 9/24/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 180, No. 3:24-cv-05936, MDLC ID 2503 | 8/25/2024 | 9/24/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 119, No. 3:24-cv-05937, MDLC ID 2514 | 8/25/2024 | 9/24/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 197, No. 3:24-cv-06003, MDLC ID 2451 | 8/26/2024 | 9/25/2024 | 11/15/2024 | 1/10/2025 |

| Plaintiff | Date Complaint Was Filed | PTO 10's Deadline for PFS | Date PFS Was Due Under Stipulation | Date PFS Was Due Under Judge Cisneros's 12/19/24 Order |
|---|---|---|---|---|
| Jane Doe LS 314, No. 3:24-cv-06016, MDLC ID 2356 | 8/26/2024 | 9/25/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 188, No. 3:24-cv-06022, MDLC ID 2487 | 8/26/2024 | 9/25/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 230, No. 3:24-cv-06026, MDLC ID 2318 | 8/26/2024 | 9/25/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 209, No. 3:24-cv-06033, MDLC ID 2482 | 8/26/2024 | 9/25/2024 | 11/15/2024 | 1/10/2025 |
| Jane Doe LS 532, No. 3:24-cv-06927, MDLC ID 2651 | 10/3/2024 | 11/2/2024 | N/A | 1/10/2025 |
| Jane Doe LS 534, No. 3:24-cv-07142, MDLC ID 2653 | 10/12/2024 | 11/11/2024 | N/A | 1/10/2025 |