| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB **[PROPOSED] ORDER REGARDING MOTION TO DISMISS LEVIN SIMES PLAINTIFFS** Re: Dkt. No. #### | |
| This Document Relates to: | | |
| *Jane Doe LS 293* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-04364-CRB | | |
| *Jane Doe LS 231* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-04367-CRB | | |
| *Jane Doe LS 144* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-04388-CRB | | |
| *Jane Doe LS 112* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05286-CRB | | |
| *Jane Doe LS 284* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05363-CRB | | |
| *Jane Doe LS 126* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05370-CRB | | |
| *Jane Doe LS 265* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05377-CRB | | |
| *Jane Doe LS 200* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05387-CRB | | |
| *Jane Doe LS 66* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05414-CRB | | |
| *Jane Doe LS 317* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05424-CRB | | |

| | |
|---|---|
| 1 | *Jane Doe LS 234* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05433-CRB |
| 2 | |
| 3 | *Jane Doe LS 191* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05573-CRB |
| 4 | *Jane Doe LS 273* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05946-CRB |
| 5 | |
| 6 | *Jane Doe LS 470* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05207-CRB |
| 7 | *Jane Doe LS 232* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05327-CRB |
| 8 | |
| 9 | *Jane Doe LS 373* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05328-CRB |
| 10 | *Jane Doe LS 462* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05329-CRB |
| 11 | |
| 12 | *Jane Doe LS 226* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05330-CRB |
| 13 | *Jane Doe LS 166* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05331-CRB |
| 14 | |
| 15 | *Jane Doe LS 122* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05332-CRB |
| 16 | *Jane Doe LS 202* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05333-CRB |
| 17 | |
| 18 | *Jane Doe LS 416* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05335-CRB |
| 19 | *Jane Doe LS 305* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05338-CRB |
| 20 | |
| 21 | *Jane Doe LS 201* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05354-CRB |
| 22 | *Jane Doe LS 189* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05379-CRB |
| 23 | |
| 24 | *Jane Doe LS 272* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05390-CRB |
| 25 | *Jane Doe LS 199* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05402-CRB |
| 26 | |
| 27 | *Jane Doe LS 279* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05420-CRB |
| 28 | |

- *Jane Doe LS 139* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05527-CRB
- *Jane Doe LS 487* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05611-CRB
- *Jane Doe LS 141* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05634-CRB
- *Jane Doe LS 423* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05676-CRB
- *Jane Doe LS 491* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05678-CRB
- *Jane Doe LS 441* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05751-CRB
- *Jane Doe LS 518* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05761-CRB
- *Jane Doe LS 319* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05800-CRB
- *Jane Doe LS 484* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05824-CRB
- *Jane Doe LS 4* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05861-CRB
- *Jane Doe LS 368* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05898-CRB
- *Jane Doe LS 274* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05902-CRB
- *Jane Doe LS 359* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05908-CRB
- *Jane Doe LS 342* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05913-CRB
- *Jane Doe LS 304* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05914-CRB
- *Jane Doe LS 369* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05915-CRB
- *Jane Doe LS 269* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05922-CRB
- *Jane Doe LS 93* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05925-CRB
- *Jane Doe LS 7* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05926-CRB

[PROPOSED] ORDER REGARDING MOTION TO DISMISS LEVIN SIMES PLAINTIFFS     Case No. 3:23-md-03084-CRB

1  *Jane Doe LS 504* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05928-CRB
2  
3  *Jane Doe LS 180* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05936-CRB
4  *Jane Doe LS 119* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05937-CRB
5  
6  *Jane Doe LS 197* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-06003-CRB
7  *Jane Doe LS 314* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-06016-CRB
8  
9  *Jane Doe LS 188* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-06022-CRB
10 *Jane Doe LS 230* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-06026-CRB
11 
12 *Jane Doe LS 209* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-06033-CRB
13 *Jane Doe LS 532* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-06927-CRB
14 
15 *Jane Doe LS 534* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-07142-CRB
16 
17 
18 
19 
20 
21 
22 
23 
24 
25 
26 
27 
28 

-4-

[PROPOSED] ORDER REGARDING MOTION TO DISMISS LEVIN SIMES PLAINTIFFS                Case No. 3:23-md-03084-CRB

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Dismiss Levin Simes Cases for Failure to Comply with Discovery Orders, the Court finds that the Plaintiffs subject to Defendants' Motion have violated Pretrial Order No. 10, ECF No. 348, and Judge Cisneros's December 19, 2024 Order, ECF No. 1995, by failing to provide complete and verified Plaintiff Fact Sheets. Plaintiffs' failure to provide complete and verified fact sheets has caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. Each Plaintiff subject to Defendants' Motion must provide a complete and verified Plaintiff Fact Sheet within 14 days of this Order—*i.e.*, by no later than _____.

2. Uber shall submit a declaration no later than _____, identifying which, if any, Plaintiffs have not complied with the Court's Order as of that date.

3. If Levin Simes LLP ("Levin Simes") disagrees with the inclusion of any Plaintiff(s) identified in Uber's declaration, Levin Simes shall submit a declaration no later than _____, identifying the date when such Plaintiff(s) submitted a complete and verified Plaintiff Fact Sheet.

4. The Court will dismiss with prejudice, under Federal Rules of Civil Procedure 41(b) and 37(b)(2)(A)(v), the claims of any Plaintiff who does not comply with Paragraph 1 of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. CHARLES R. BREYER
United States District Court Judge