1  Steve Schulte (TX SBN 24051306)
   *Appearance Pro Hac Vice*
2  John Raggio (CA Bar No. 338261)
   Arati Furness (CA Bar No. 225435)
3  **NACHAWATI LAW GROUP**
   5489 Blair Road
4  Dallas, TX  75231
5  Phone: (214) 890-0711
   Direct: (972) 581-9778
6  schulte@ntrial.com
   jraggio@ntrial.com
7  afurness@ntrial.com
8  *Attorneys for Plaintiff*

9             **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIF**
10              **SAN FRANCISCO DIVISION**

11 | | |
   |---|---|
12 | IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL No. 3084 CRB** |
13 | | **Honorable Charles R. Breyer** |
14 | **This Document Relates to:** | |
15 | *JANE DOE NLG (VH), v. Uber Technologies, Inc., et al.* **Case No.: 3:25-cv-1706** | **NOTICE OF FILING OF NEW ACTIONS** |
16 | *JANE DOE NLG (GC), v. Uber Technologies, Inc., et al.* **Case No.: 3:25-cv-1708** | |
17 | | |
18 | *JANE DOE NLG (AB), v. Uber Technologies, Inc., et al.* **Case No.: 3:25-cv-1711** | |
19 | *JANE DOE NLG (MG), v. Uber Technologies, Inc., et al.* **Case No.: 3:25-cv-1714** | |
20 | | |
21 | *JANE DOE NLG (CR), v. Uber Technologies, Inc., et al.* **Case No.: 3:25-cv-1716** | |
22 | *JANE DOE NLG (MLP), v. Uber Technologies, Inc., et al.* **Case No.: 3:25-cv-1717** | |
23 | | |
24 | *JANE DOE NLG (BH), v. Uber Technologies, Inc., et al.* **Case No.: 3:25-cv-1719** | |
25 | *JANE DOE NLG (BY), v. Uber Technologies, Inc., et al.* **Case No.: 3:25-cv-1720** | |
26 | | |
27 | *JANE DOE NLG (HW), v. Uber Technologies, Inc., et al.* **Case No.: 3:25-cv-1725** | |
28 | | |

1  *JANE DOE NLG (ZD), v. Uber Technologies, Inc., et al.* **Case No.: 3:25-cv-1729**

2

3  *JANE DOE NLG (CP), v. Uber Technologies, Inc., et al.* **Case No.: 3:25-cv-1731**

4  *JANE DOE NLG (JF), v. Uber Technologies, Inc., et al.* **Case No.: 3:25-cv-1733**

5

6  *JANE DOE NLG (BB), v. Uber Technologies, Inc., et al.* **Case No.: 3:25-cv-1734**

7

8     Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

9  with Jury Demand in the above-referenced action was filed on February 20, 2025.

10

11  Dated: February 20, 2025                    **NACHAWATI LAW GROUP**

12                                              */s./ Steven S. Schulte*
                                                Steve Schulte (TX SBN 24051306)
13                                              *Appearance Pro Hac Vice*
                                                Arati Furness (CA Bar No. 225435)
14                                              5489 Blair Road, Dallas, TX 75231
15                                              Phone: (214) 890-0711
                                                Direct: (972) 581-9778
16                                              schulte@ntrial.com
                                                afurness@ntrial.com
17                                              **ATTORNEYS FOR PLAINTIFF**

18

19

20

21

22

23

24

25

26

27

28