Steve Schulte (TX SBN 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, TX 75231
Phone: (214) 890-0711
Direct: (972) 581-9778
schulte@ntrial.com
jraggio@ntrial.com
afurness@ntrial.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIF
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| **This Document Relates to:** | |
| *JANE DOE NLG (AM), v. Uber Technologies, Inc., et al.* **Case No.: 3:25-cv-1797** | **NOTICE OF FILING OF NEW ACTIONS** |
| *JANE DOE NLG (WB), v. Uber Technologies, Inc., et al.* **Case No.: 3:25-cv-1799** | |
| *JANE DOE NLG (JJ), v. Uber Technologies, Inc., et al.* **Case No.: 3:25-cv-1804** | |
| *JANE DOE NLG (KD), v. Uber Technologies, Inc., et al.* **Case No.: 3:25-cv-1809** | |
| *JANE DOE NLG (RS), v. Uber Technologies, Inc., et al.* **Case No.: 3:25-cv-1814** | |
| *JANE DOE NLG (KG), v. Uber Technologies, Inc., et al.* **Case No.: 3:25-cv-1816** | |
| *JANE DOE NLG (JN), v. Uber Technologies, Inc., et al.* **Case No.: 3:25-cv-1818** | |

1 | Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint
2 | with Jury Demand in the above-referenced action was filed on February 20, 2025.
3 |
4 | Dated: February 20, 2025                                    **NACHAWATI LAW GROUP**

*/s./ Steven S. Schulte*
Steve Schulte (TX SBN 24051306)
*Appearance Pro Hac Vice*
Arati Furness (CA Bar No. 225435)
5489 Blair Road, Dallas, TX  75231
Phone: (214) 890-0711
Direct: (972) 581-9778
schulte@ntrial.com
afurness@ntrial.com
**ATTORNEYS FOR PLAINTIFF**