| | |
|---|---|
| 1 | Meredith D. Stratigopoulos (*admitted pro hac vice*) |
| | mdrukker@edelson.com |
| 2 | Chloe Shrode (*admitted pro hac vice*) |
| | cshrode@edelson.com |
| 3 | EDELSON PC |
| | 1728 16th Street |
| 4 | Boulder, Colorado 80302 |
| 5 | Telephone: (720) 741-0076 |
| | Facsimile: (720) 741-0081 |
| 6 | |
| 7 | Todd Logan (SBN 305912) |
| | tlogan@edelson.com |
| 8 | EDELSON PC |
| | 150 California Street, 18th Floor |
| 9 | San Francisco, California 94111 |
| | Telephone: (415) 212-9300 |
| 10 | Facsimile: (415) 373-9435 |

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| | Judge: Hon. Charles R. Breyer |
| **This Document Relates to:** | Courtroom: 6 – 17th Floor |
| ***R.S. v. Uber Technologies, Inc., et al.*** **Case No.: 3:25-cv-01763** | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on February 19, 2025.

- 1 -

NOTICE OF FILING OF NEW ACTION                                                                 NO. 23-MD-03084-CRB

Dated: February 20, 2025

Respectfully submitted,

By: /s/ *Meredith D. Stratigopoulos*

Meredith D. Stratigopoulos (*admitted pro hac vice*)
mdrukker@edelson.com
Chloe Shrode (*admitted pro hac vice*)
cshrode@edelson.com
EDELSON PC
1728 16th Street
Boulder, Colorado 80302
Telephone: (720) 741-0076
Facsimile: (720) 741-0081

Todd Logan (SBN 305912)
tlogan@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Telephone: (415) 212-9300
Facsimile: (415) 373-9435

*Counsel for Plaintiff R.S., an individual.*