IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br> _____/ <br><br> This Order Relates To: <br><br> *Worzalla v. Uber, Inc.*, <br> Case No. 23-cv-04731-CRB | MDL No. 3084 <br><br> **ORDER GRANTING MOTION FOR EXTENSION OF TIME** <br><br> Re: Member Dkt. No. 27 |

On December 18, 2024, Uber filed a third-party complaint against Dencity Odeluga. Member dkt. 24. The Clerk of Court issued a summons relating to the third-party complaint on December 30, 2024. Member dkt. 26. On February 18, 2025, third-party defendant Dencity Odeluga filed the above captioned letter requesting more time to respond to Uber's complaint and seeking assistance finding representation. The Court finds that good cause exists to extend the deadline to file a responsive pleading given Mr. Odeluga's pro se status. Mr. Odeluga is ordered to file a response to Uber's third-party complaint within 60 days of this Order.

Mr. Odeluga is encouraged to consult the Federal Pro Bono Project, the Northern District of California's free legal help desk for self-represented individuals. He can reach the help desk by emailing fedpro@sfbar.org or calling 415-782-8982.

**IT IS SO ORDERED.**

Dated: February 21, 2025



CHARLES R. BREYER
United States District Judge