1  [Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**NOTICE OF PLAINTIFFS' BELLWETHER SELECTIONS** |
|---|---|

On December 12, 2024, the Court issued Pretrial Order No. 21: Bellwether Process and Scheduling Order. ECF 1950. The Court determined that the eligible bellwether pool would be cases that (1) were filed in the Northern District of California or that indicated that they would have filed in the Northern District of California absent direct filing and (2) had completed their Plaintiff and Defense Fact Sheet exchanges. *Id.* at 2. The Court instructed each side to select ten bellwether Plaintiffs.

Plaintiffs select the following ten cases, each meeting the Court's criteria:

| **PLAINTIFF** | **N.D. Cal. Case Number** | **MDL Centrality ID** |
|---|---|---|
| C.L. | 3:23-cv-04972 | 1206 |
| Jane Doe QLF 0001 | 3:24-cv-08783 | 2742 |
| LCHB128 | 3:24-cv-07019 | 2589 |
| B.L. | 3:24-cv-07940 | 2699 |
| T.L. | 3:24-cv-9217 | 2749 |
| A.R. | 3:24-cv-01827 | 1299 |
| J.E. | 3:24-cv-03335 | 1375 |
| A.R. | 3:24-cv-07821 | 2659 |

| Jaylynn Dean | 3:23-cv-06708 | 1046 |
| --- | --- | --- |
| A.G. | 3:24-cv-01915 | 1305 |

Dated: February 21, 2025

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
slondon@lchb.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above have concurred in this filing.

Dated: February 21, 2025                    By:    */s/* Sara M. Peters
                                                           Sara M. Peters