| | |
|---|---|
| 1 | RANDALL S. LUSKEY (SBN: 240915) |
| 2 | rluskey@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 3 | 535 Mission Street, 25th Floor |
| 4 | San Francisco, CA 94105<br>Telephone: (628) 432-5100 |
| 5 | Facsimile: (628) 232-3101 |
| 6 | ROBERT ATKINS (*Pro Hac Vice* admitted)<br>ratkins@paulweiss.com |
| 7 | JACQUELINE P. RUBIN (*Pro Hac Vice* admitted)<br>jrubin@paulweiss.com |
| 8 | CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)<br>cgrusauskas@paulweiss.com |
| 9 | ANDREA M. KELLER (*Pro Hac Vice* admitted)<br>akeller@paulweiss.com |
| 10 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 11 | 1285 Avenue of the Americas<br>New York, NY 10019 |
| 12 | Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990 |
| 13 | *Attorneys for Defendants* |
| 14 | UBER TECHNOLOGIES, INC.,<br>RASIER, LLC, and RASIER-CA, LLC |
| 15 | *[Additional Counsel Listed on Following Page]* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**NOTICE OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S BELLWETHER SELECTIONS**<br><br>Judge:     Honorable Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

KYLE N. SMITH (*Pro Hac Vice* admitted)
 ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
 jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**NOTICE OF DEFENDANTS' BELLWETHER SELECTIONS**

Pursuant to Pretrial Order No. 21: Bellwether Selection Process and Scheduling Order (ECF 1950) and the Order Granting Stipulation Regarding Deadline for Bellwether Selections (ECF 2353), Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC select the following ten bellwether cases:

| PLAINTIFF | CASE NO. (N.D. CAL) | MDL CENTRALITY ID |
|---|---|---|
| WHB 1486 | 3:24-cv-04803 | 1529 |
| WHB 318 | 3:24-cv-04889 | 1591 |
| WHB 832 | 3:24-cv-04900 | 1613 |
| WHB 1898 | 3:24-cv-05027 | 1738 |
| WHB 407 | 3:24-cv-05028 | 1733 |
| WHB 1876 | 3:24-cv-05230 | 1896 |
| K.E. | 3:24-cv-05281 | 2143 |
| Jane Roe CL 68 | 3:24-cv-06669 | 2597 |
| D.J. | 3:24-cv-07228 | 2620 |
| A.L. | 3:24-cv-08937 | 2711 |

DATED: February 21, 2025

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Randall S. Luskey*
    ROBERT ATKINS
    RANDALL S. LUSKEY

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC