UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-MD-3084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SHORTEN TIME**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |
|---|---|

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Administrative Motion to Shorten Time for Plaintiffs' Response to Uber's Motion for a Filing Cutoff, all other papers and evidence submitted in support and opposition, the pertinent pleadings and papers on file in this action, and the arguments of counsel, and all other matters presented to the Court, it is hereby **ORDERED** that the Motion is **GRANTED**. Accordingly, the deadline for Plaintiffs' to respond to Uber's Motion for a Filing Cutoff is February 26, 2025, and the Motion shall be heard on February 28, 2025.

**IT IS SO ORDERED.**

Dated: _____      _____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

-1-