UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-MD-3084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A FILING CUTOFF**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

    Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Motion for a Filing Cutoff, all other papers and evidence submitted in support and opposition, the pertinent pleadings and papers on file in this action, and the arguments of counsel, and all other matters presented to the Court, it is hereby **ORDERED** that the Motion is **GRANTED**. Accordingly, Plaintiffs must file any additional claims no later than thirty (30) days from this ruling.

    **IT IS SO ORDERED.**

Dated: _____

HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

-1-