# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | **Case No. 3:23-md-03084-CRB** |
| | **NOTICE OF FILING OF NEW ACTION** |
| **This Document Relates  to:** | |
| ***C.G., an individual  v. UBER TECHNOLOGIES,  INC., et al.*** <br> **Case No.: 3:25-cv-01959** | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on February 25, 2025.

Dated: February 25, 2025

Respectfully submitted,

By: */s/ D. Douglas Grubbs*
D. DOUGLAS GRUBBS (TX Bar No. 24065339)
ADAM K. PULASKI (TX Bar No. 16385800)
**PULASKI KHERKHER, PLLC.**
2925 Richmond Ave., Suite 1725
Houston, TX 77098
Telephone: 713.664.4555
Facsimile: 713.664.7543
Email: dgrubbs@pulaskilawfirm.com
Email: adam@pulaskilawfirm.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

1

2      I hereby certify that on February 25, 2025,

3 a copy of the foregoing was electronically filed with the Clerk of the

4 Court using the CM/ECF system, which will send notification of such

5 filing to all CM/ECF participants registered to receive service in this matter.

6                                     */s/ D. Douglas Grubbs*

7                                       D. Douglas Grubbs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF FILING OF NEW ACTION