**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 263-8949
Fax: (888) 875-2889
sluther@wagstafflawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| *This document relates to:*<br><br>M.T. v. UBER TECHNOLIGIES, INC., *et al.* ; 25-CV-01963 | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on February 25, 2025.

Dated: February 25, 2025

                                          Respectfully submitted,

                                         */s/ Sommer D. Luther*
                                         Sommer D. Luther, CO 35053
                                         **WAGSTAFF LAW FIRM**
                                         940 Lincoln Street
                                         Denver, CO 80203
                                         Tel: (303) 263-8949
                                         Fax: (888) 875-2889
                                         sluther@wagstafflawfirm.com
                                         Attorney for Plaintiff
                                         **Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2025, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Sommer D. Luther*

Sommer D. Luther