RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.
Detroit, MI 48216
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *Joyce Glass v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-01319-CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

with Jury Demand in the above-referenced action was filed on February 7, 2025.

///

///

///

1    Dated: February 25, 2025                  Respectfully submitted,

2                                              By: */s/ Rachel B. Abrams*
3                                              RACHEL B. ABRAMS (Cal Bar No. 209316)
                                               ADAM B. WOLF (Cal Bar No. 215914)
4                                              **Peiffer Wolf Carr Kane Conway & Wise, LLP**
                                               555 Montgomery Street, Suite 820
5                                              San Francisco, CA 94111
                                               Telephone: 415.766.3544
6                                              Facsimile: 415.840.9435
                                               Email: rabrams@peifferwolf.com
7                                                      awolf@peifferwolf.com

8                                              TIFFANY R. ELLIS (*Admitted PHV*)
9                                              **Peiffer Wolf Carr Kane Conway & Wise, LLP**
                                               2229 Trumbull St.
10                                             Detroit, MI 48216
                                               Telephone: 313.210.1559
11                                             Facsimile: 415.840.9435
                                               Email: tellis@peifferwolf.com

12
13                                             *Counsel for Plaintiff*

14

15                          **<u>CERTIFICATE OF SERVICE</u>**

16        I hereby certify that on February 25, 2025, I electronically transmitted the foregoing

17   **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System

18   for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

19

20                                             */s/ Rachel B. Abrams*
                                               Rachel B. Abrams
21

22

23

24

25

26

27

28