1   RACHEL B. ABRAMS (Cal Bar No. 209316)
    ADAM B. WOLF (Cal Bar No. 215914)
2   **Peiffer Wolf Carr Kane Conway & Wise, LLP**
    555 Montgomery Street, Suite 820
3   San Francisco, CA 94111
    Telephone: 415.766.3544
4   Facsimile: 415.840.9435
    Email: rabrams@peifferwolf.com
5   Email: awolf@peifferwolf.com

6   TIFFANY R. ELLIS (*Admitted PHV*)
    **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7   2229 Trumbull St.
    Detroit, MI 48216
8   Telephone: 313.210.1559
    Facsimile: 415.840.9435
9   Email: tellis@peifferwolf.com

10  *Counsel for Plaintiff*

11
                    **UNITED STATES DISTRICT COURT**
12                **NORTHERN DISTRICT OF CALIFORNIA**
                       **SAN FRANCISCO DIVISION**
13
    _____
14  IN RE: UBER TECHNOLOGIES, INC.,
    PASSENGER SEXUAL ASSAULT          )   No. 3:23-md-03084-CRB
15  LITIGATION                        )
                                      )   **NOTICE OF FILING OF NEW ACTION**
16                                    )
                                      )
17  _____  )
                                      )
18  *This document relates to:*        )
                                      )
19  *K.D. v. UBER TECHNOLOGIES, INC., et*  )
    *al., 3:25-cv-01602-CRB*           )
20                                    )
                                      )
21                                    )
                                      )
22  _____

23          Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

24  with Jury Demand in the above-referenced action was filed on February 14, 2025.

25  ///

26  ///

27  ///

28

    CASE NO. 3:23-md-03084-CRB            1        NOTICE OF FILING OF NEW ACTION

Dated: February 25, 2025

Respectfully submitted,

By: */s/ Rachel B. Abrams*
RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
            awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.
Detroit, MI 48216
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2025, I electronically transmitted the foregoing

**NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System

for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Rachel B. Abrams*
Rachel B. Abrams