1  Sarah R. London
   **GIRARD SHARP LLP**
2  601 California St., Suite 1400
   San Francisco, CA 94108
3  Telephone: (415) 981-4800
   slondon@girardsharp.com
4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  IN RE: UBER TECHNOLOGIES, INC.,        No. 3:23-md-03084-CRB
    PASSENGER SEXUAL ASSAULT
13  LITIGATION                             **NOTICE OF CHANGE OF FIRM
                                           AFFILIATION AND CHANGE OF
14                                         ADDRESS FOR SARAH R. LONDON**

15  This Document Relates to:              Judge: Honorable Charles R. Breyer
                                           Courtroom: 6 – 17th Floor
16  *See Attachment A*

17

18

19  **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

20         Please take notice that Sarah R. London is no longer affiliated with Lieff Cabraser

21  Heimann & Bernstein, LLP. Ms. London is now affiliated with Girard Sharp LLP. Ms. London

22  and Girard Sharp LLP will now represent the Plaintiffs listed in Attachment A in this matter.

23  With the Court's permission, Ms. London will continue in her role as Plaintiffs' Co-Lead Counsel

24  and Plaintiffs' Liaison Counsel in this MDL. *See* PTO 2 (ECF 152) ("All appointments made in

25  this Order are personal to the individual attorney appointed."). Girard Sharp LLP has sufficient

26  resources and capacity to support Ms. London in this role. Lieff Cabraser intends to remain

27  involved in this matter and supports Ms. London continuing in those roles. *See* Ex. A (Ltr. from

28  E. Cabraser).

1    Effective immediately, all notices, including ECF notices, given or required to be given,

2    and all papers filed or served or required to be served, should be directed to counsel at the address

3    set forth below:

4

5                                    Sarah R. London
                                slondon@girardsharp.com
6                               **GIRARD SHARP LLP**
                           601 California St., Suite 1400
                           San Francisco, CA 94108
7                          Telephone: (415) 981-4800

8

    Dated: February 25, 2025              Respectfully submitted,
9

10                                By: */s/ Sarah R. London*
                                    Sarah R. London (SBN 267083)
11
                                **GIRARD SHARP LLP**
12                              601 California St., Suite 1400
                              San Francisco, CA 94108
13                            Telephone: (415) 981-4800
                              slondon@girardsharp.com
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              NOTICE OF CHANGE OF FIRM AFFILIATION
                                              AND CHANGE OF ADDRESS
                                              CASE NO. 3:23-MD-03084

1
2
3
4
5
6
7
8
9
10
11
12
13
14

# **ATTACHMENT A**

15
16
17
18
19
20
21
22
23
24
25
26
27
28

LCHB111 v. Uber Technologies Inc. et al.

Case No. 3:24-cv-02781-CRB

LCHB117 v. Uber Technologies Inc. et al.

Case No. 3:24-cv-03384-CRB

LCHB149 v. Uber Technologies Inc. et al.

Case No. 3:24-cv-06549-CRB

M.F.A. v. Uber Technologies Inc. et al.

Case No. 2:23-cv-08115-CRB

LCHB115 (a minor, by and through her parent) v. Uber Technologies, Inc. et al.

Case No. 3:24-cv-09016-CRB

LCHB143 v. Uber Technologies, Inc. et al.

Case No. 3:24-cv-05753-CRB

A.M. v. Uber Technologies, Inc. et al.

Case No. 3:24-cv-01732-CRB

Angela Poveromo v. Uber Technologies Inc. et al.

Case No. 3:24-cv-04164-CRB

Rayvin Johnson v. Uber Technologies Inc. et al.

Case No. 3:24-cv-06279-CRB

LCHB093 v. Uber Technologies, Inc. et al.

Case No. 3:24-cv-07670-CRB

E.N. v. Uber Technologies, Inc. et al.

Case No. 3:24-cv-02284-CRB

Ashley Goss v. Uber Technologies, Inc. et al.

Case No. 3:24-cv-06702-CRB

LCHB122 v. Uber Technologies Inc. et al.

Case No. 3:24-cv-04159-CRB

Brittany Diao v. Uber Technologies Inc. et al.

Case No. 3:24-cv-04173-CRB

LCHB124 v. Uber Technologies, Inc. et al.

Case No. 3:24-cv-06707-CRB

LCHB096 v. Uber Technologies Inc. et al.

Case No. 3:24-cv-03055-CRB

LCHB123 v. Uber Technologies Inc. et al.

Case No. 3:24-cv-07218-CRB

LCHB136 v. Uber Technologies Inc. et al.

Case No. 3:24-cv-5168-CRB

T.H. v. Uber Technologies Inc. et al.

Case No. 3:23-cv-06533-CRB

M.S. v. Uber Technologies Inc. et al.

Case No. 3:23-cv-05915-CRB

LCHB128 v. Uber Technologies Inc. et al.

Case No. 3:24-cv-07019-CRB

Erica Glenn v. Uber Technologies, Inc. et al.

Case No. 3:24-cv-03692-CRB

LCHB061 v. Uber Technologies Inc. et al.

Case No. 3:24-cv-02790-CRB

LCHB107 v. Uber Technologies Inc. et al.

Case No. 3:24-cv-02787-CRB

LCHB091 v. Uber Technologies, Inc. et al.

Case No. 3:24-cv-04156-CRB

Nyakor Chawech v. Uber Technologies Inc. et al.

Case No. 3:24-cv-03390-CRB

K.K. v. Uber Technologies Inc. et al.

Case No. 3:23-cv-01514-CRB

LCHB087 v. Uber Technologies, Inc. et al.

Case No. 3:24-cv-07403-CRB

LCHB160 v. Uber Technologies Inc. et al.

Case No. 3:24-cv-07016-CRB

M.G. v. Uber Technologies, Inc. et al.

3:24-cv-01727-CRB

K.H. v. Uber Technologies Inc. et al.

Case No. 3:24-cv-00860-CRB