# EXHIBIT A

# Lieff Cabraser Heimann & Bernstein

Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
t  415.956.1000
f  415.956.1008

February 25, 2025

Elizabeth J. Cabraser
Partner
ecabraser@lchb.com

**<u>VIA ECF</u>**

The Honorable Charles R. Breyer
Senior District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE:     *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (No. 3:23-md-03084-CRB)

Your Honor:

I write to express my firm's support for Sarah London's continued appointment as Plaintiffs' Co-Lead Counsel and Plaintiffs' Liaison Counsel in this multidistrict litigation. Lieff Cabraser will continue to participate in Plaintiffs' leadership and contribute to the prosecution of this matter, and may seek a position on the Plaintiffs' Steering Committee.

Respectfully,

Elizabeth J. Cabraser

3181502.2

San Francisco          New York          Nashville          Munich          www.lieffcabraser.com