**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 263-8949
Fax: (888) 875-2889
sluther@wagstafflawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| *This document relates to:* <br><br> R.T. v. UBER TECHNOLIGIES, INC., *et al.* ; 25-CV-01965 | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on February 25, 2025.

Dated: February 26, 2025

                                   Respectfully submitted,

                                   */s/ Sommer D. Luther*
                                   Sommer D. Luther, CO 35053
                                   **WAGSTAFF LAW FIRM**
                                   940 Lincoln Street
                                   Denver, CO 80203
                                   Tel: (303) 263-8949
                                   Fax: (888) 875-2889
                                   sluther@wagstafflawfirm.com
                                   Attorney for Plaintiff
                                   **Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2025, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Sommer D. Luther*

Sommer D. Luther