| | |
|---|---|
| 1 | Stephen J. Estey (SBN 163093) |
| 2 | R. Michael Bomberger (SBN 169866) |
|   | Angela J. Nehmens (SBN 309433) |
| 3 | **ESTEY & BOMBERGER, LLP** |
|   | 2869 India Street |
| 4 | San Diego, CA 92103 |
|   | Tel: (619) 295-0035 |
| 5 | Fax: (619) 295-0172 |
| 6 | Email: steve@estey-bomberger.com |
|   | Email: mike@eatey-bomberger.com |
| 7 | Email: angela@estey-bomberger.com |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| _____ | |
| This Document Relates to: | Judge: Hon. Charles R. Breyer |
| *JANE DOE EB 70 v. UBER TECHNOLOGIES, INC., et al.* | |
| Case No. 3:25-cv-01931 | |

## NOTICE OF FILING OF NEW ACTION

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on February 24, 2025.

DATED: February 26, 2025

Respectfully Submitted,

**ESTEY & BOMBERGER, LLP**

*/S/ Angela Nehmens, Esq.*
Stephen J. Estey
Angela J. Nehmens
**Attorney for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2025, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */S/ Angela Nehmens*