IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ This Order Relates To: *ALL CASES* | MDL No. 3084 **ORDER REGARDING COMPENSATION OF MASTER** |

On February 6, 2025, the Court appointed the Honorable Barbara S. Jones as a Master in this MDL. Dkt. 2289 (*amended at* dkt. 2302). This Order establishes the procedures for determining and paying the Master's compensation and expenses. Pursuant to Federal Rule of Civil Procedure 53 (b)(2)(E) and 53(g), Master Jones shall be compensated at the customary rates offered by her law firm, Bracewell LLP, and shall be reimbursed for any out-of-pocket expenses (e.g., expenses for telephone conference calls). The billing and invoice practices shall be set by Master Jones after consultation with the parties. Consistent with the Master's recommendation, the parties shall bear the costs equally, subject to a later reallocation at the conclusion of the privilege review. *See* dkt. 2357 at 7.

**IT IS SO ORDERED.**

Dated: February 26, 2025



CHARLES R. BREYER
United States District Judge