

# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, __Cheryl Stevens__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__Tara Doyle__

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the __30th__

day of __May__ A.D. __2017__ and that at the date

hereof the said __Tara Doyle__ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __27th__ day of __February__ A.D. __2025__

_Cheryl Stevens_
_____
Clerk

By _____
Deputy Clerk