OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** February 27, 2025 | **Time:** 10:58 a.m.-12:13 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.**: 3:23-md-03084-CRB | **Case Name:** In re: Uber Technologies, Inc. v. | |

**For Plaintiffs:** Roopal Luhana and Elizabeth Wilkins, Chaffin Luhana LLP; Sarah, London, Lieff Cabraser Heimann & Bernstein LLP; Tiffany Ellis, Peiffer Wolf Carr Kane Conway & Wise, LLP; Layne Hilton, Meyer Wilson, Co., LPA, Bret Stanley, Johnson Law Group, counsel for Plaintiffs.

**For Defendants:** Michael Shortnacy, Jeremy Wikler and Veronica Gromada, Shook, Hardy & Bacon L.L.P.; Jessica E Phillips and John Thoms Parker Murray, Paul Weiss Rifkind Wharton Garrison LLP; counsel for Defendants

| **Deputy Clerk:** Brittany Sims | **Reported by:** Stephen Franklin |
|---|---|

PROCEEDINGS

Discovery Status Conference held.

The Court heard argument on the Joint Discovery Letter regarding hyperlinks. The parties indicated that the scope of documents at issue for at least some disputes had narrowed. Uber represented that it will identify documents that received new metadata in the recent overlay by March 6, 2025. The Court directed the parties to meet and confer and file a status report no longer than four pages on March 7, 2025 indicating whether Item 3 in the Joint Discovery Letter has been resolved.

Turning to the Discovery Status Report, the Court directed Uber to provide a certification regarding the completeness of its safety data production by March 6, 2025.

Uber represented that it has agreed to provide more information in production letters, and Plaintiffs agreed that issue is resolved.

The parties intend to file a stipulation today regarding a briefing schedule for a motion for protective order based on the apex doctrine. The Court intends to modify the parties' proposed dates and will likely accelerate the briefing schedule.

The Court heard arguments regarding Uber's production of policy documents and intends to set a briefing schedule to resolve that issue.