1  [*Counsel Listed on Signature Page*]

2

3

4

5

6

7

8

9

10

11  **UNITED STATES DISTRICT COURT**

12  **NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

13

14  IN RE: UBER TECHNOLOGIES, | Case No. 3:23-md-03084-CRB (LJC)
INC., PASSENGER SEXUAL
15  ASSAULT LITIGATION

16  _____ | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION FOR PROTECTIVE ORDER OR TO QUASH**

17  This Document Relates to:

18  *All Matters* | Judge:      Hon. Lisa J. Cisneros
Courtroom:  G – 15th Floor
19

20

21

22

23

24

25

26

27

28

-1-

STIPULATION AND [PROPOSED] ORDER RE:
BRIEFING SCHEDULE                                Case No. 3:23-md-03084-CRB

This Stipulation is entered by and among Plaintiffs and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" and together with Plaintiffs, the "Parties") through their respective undersigned counsel of record.

**WHEREAS**, Plaintiffs have notified Uber of their intent to depose Dara Khosrowshahi, Travis Kalanick, Jill Hazelbaker, Sachin Kansal, Frank Chang, Michael Akamine, Sarfraz Maredia, Rachel Whetstone, Mat Henley, Joseph Sullivan, and Ryan Graves (collectively the "Potential Witnesses");

**WHEREAS**, Uber intends to file a motion for protective order and/or to quash in connection with the depositions of the Potential Witnesses;

**WHEREAS**, Mat Henley, Joseph Sullivan, and Ryan Graves is each represented by independent counsel;

**WHEREAS**, this Court's January 14, 2025, Order Regarding Joint Letter Addressing Scheduling Depositions (ECF No. 2085) provided that "if Uber intends to seek a protective order, the joint discovery letter seeking such relief concerning [Frank Chang, Ryan Graves, Mat Henley, and Sachin Kansal] shall be filed no later than three weeks in advance of the deposition date," and such an order would presumably apply to similar motions brought by Uber;

**WHEREAS**, the Parties agree that the most efficient manner to resolve their dispute with respect to the depositions of the Potential Witnesses is to address the dispute in a consolidated motion (the "Motion") filed and briefed pursuant to a stipulated briefing schedule;

**WHEREAS,** the following stipulated schedule would have the Motion fully briefed no later than three weeks in advance of the currently-scheduled placeholder dates for the Potential Witnesses;

**WHEREAS,** independent counsel for Uber has conferred with independent counsel for Ryan Graves, who has indicated their intent to either (i) abide by the briefing schedule presented in this stipulation with respect to any independent motion, or supplemental briefing, that may be submitted by Ryan Graves in connection with the Motion, or (ii) proceed with a separate request for relief consistent with the procedures set out under Pretrial Order No. 8 and this Court's January 14, 2025, Order Regarding Joint Letter Addressing Scheduling Depositions (ECF No. 2085);

**WHEREAS,** independent counsel for Mat Henley and Joseph Sullivan have not joined this stipulation and each reserves all of his rights to bring an application for relief at an appropriate time, consistent with the Federal Rules of Civil Procedure and this Court's rules and applicable orders, and Plaintiffs reserve all rights to oppose such application(s).

**IT IS HEREBY STIPULATED** and **AGREED** by and between the Parties that:

1.      Uber shall file the Motion, limited to 25 pages, and supporting declarations on February 28, 2025;

2.      Plaintiffs shall file and serve their opposition to Uber's Motion, limited to 25 pages, on March 21, 2025;

3.      Uber shall file and serve its reply in support of the Motion, limited to 15 pages, on March 28, 2025; and

4.      Any supplemental briefing filed by Ryan Graves in connection with the Motion will be filed in accordance with the foregoing schedule, and shall be limited to four (4) double spaced pages per Third Party witness .

5.      Ryan Graves reserves the right to make a separate request for relief via joint discovery letter that shall be filed no later than three weeks in advance of the deposition date for Mr. Graves; provided, however, that if Mr. Graves submits supplemental briefing in connection with Uber's Motion, Mr. Graves shall not pursue a separate joint discovery letter.

///

///

///

///

///

///

///

///

///

///

-3-

1   By: /s/ Roopal P. Luhana              By: /s/ Randall S. Luskey          
   ROOPAL P. LUHANA (*Pro Hac Vice*)     RANDALL S. LUSKEY (SBN: 240915)

2   **CHAFFIN LUHANA LLP**          rluskey@paulweiss.com
   600 Third Avenue, Fl. 12        **PAUL, WEISS, RIFKIND, WHARTON**

3   New York, NY 10016           **& GARRISON LLP**
   Telephone: (888) 480-1123      535 Mission Street, 24th Floor

4   Email: luhana@chaffinluhana.com   San Francisco, CA 94105
                        Telephone: (628) 432-5100

5   SARAH R. LONDON (SBN 267083)  Facsimile: (628) 232-3101
   **GIRARD SHARP LLP**

6   601 California St., Suite 1400     ROBERT ATKINS (*Pro Hac Vice*)
   San Francisco, CA 94108       ratkins@paulweiss.com

7   Telephone: (415) 981-4800      CAITLIN E. GRUSAUSKAS
   **Email:** slondon@girardsharp.com  (*Pro Hac Vice*)

8                           cgrusauskas@paulweiss.com
   RACHEL B. ABRAMS (SBN 209316) ANDREA M. KELLER (*Pro Hac Vice*)

9   **PEIFFER WOLF CARR KANE**    akeller@paulweiss.com
   **CONWAY & WISE, LLP**       **PAUL, WEISS, RIFKIND, WHARTON**

10  555 Montgomery Street, Suite 820  **& GARRISON LLP**
   San Francisco, CA 94111       1285 Avenue of the Americas

11  Telephone: (415) 426-5641      New York, NY 10019
   Email: rabrams@peifferwolf.com   Telephone: (212) 373-3000

12                          Facsimile: (212) 757-3990
   *Co-Lead Counsel for Plaintiffs*

13                          MICHAEL B. SHORTNACY

14                          (SBN: 277035)
                        mshortnacy@shb.com

15                          **SHOOK, HARDY & BACON, L.L.P.**
                        2049 Century Park East, Suite 3000

16                          Los Angeles, CA 90067
                        Telephone: (424) 285-8330

17                          Facsimile: (424) 204-9093

18                          PATRICK OOT (*Pro Hac Vice*)
                        oot@shb.com

19                          **SHOOK, HARDY & BACON, L.L.P.**
                        1800 K Street NW, Suite 1000

20                          Washington, DC 20006
                        Telephone: (202) 783-8400

21                          Facsimile: (202) 783-4211

22                          *Counsel for Defendants Uber Technologies,*
                        *Inc., Rasier, LLC, and Rasier-CA, LLC*

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE:
BRIEFING SCHEDULE                    Case No. 3:23-md-03084-CRB

**FILER'S ATTESTATION**

I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: February 27, 2025

By:  /s/ Randall S. Luskey
          Randall S. Luskey

STIPULATION AND [PROPOSED] ORDER RE:
BRIEFING SCHEDULE                                        Case No. 3:23-md-03084-CRB

1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **[PROPOSED] ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION FOR PROTECTIVE ORDER OR TO QUASH** |
| This Document Relates to: | |
| *All Matters* | Judge:       Hon. Lisa J. Cisneros |
| | Courtroom:  G – 15th Floor |

**PURSUANT TO STIPULATION, IT SO ORDERED:**

The Stipulation Regarding Briefing Schedule for Motion for Protective Order or to Quash is **GRANTED**.

**IT IS SO ORDERED.**

Dated:_____          _____
                                                              LISA J. CISNEROS
                                                              United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER RE:
BRIEFING SCHEDULE                                              Case No. 3:23-md-03084-CRB