[*Counsel Listed on Signature Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| This Document Relates to:<br><br>*All Matters* | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION FOR PROTECTIVE ORDER OR TO QUASH**<br><br><span style="color:red">**GRANTED AS MODIFIED**</span><br><br>Judge:       Hon. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

This Stipulation is entered by and among Plaintiffs and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" and together with Plaintiffs, the "Parties") through their respective undersigned counsel of record.

**WHEREAS**, Plaintiffs have notified Uber of their intent to depose Dara Khosrowshahi, Travis Kalanick, Jill Hazelbaker, Sachin Kansal, Frank Chang, Michael Akamine, Sarfraz Maredia, Rachel Whetstone, Mat Henley, Joseph Sullivan, and Ryan Graves (collectively the "Potential Witnesses");

**WHEREAS**, Uber intends to file a motion for protective order and/or to quash in connection with the depositions of the Potential Witnesses;

**WHEREAS**, Mat Henley, Joseph Sullivan, and Ryan Graves is each represented by independent counsel;

**WHEREAS**, this Court's January 14, 2025, Order Regarding Joint Letter Addressing Scheduling Depositions (ECF No. 2085) provided that "if Uber intends to seek a protective order, the joint discovery letter seeking such relief concerning [Frank Chang, Ryan Graves, Mat Henley, and Sachin Kansal] shall be filed no later than three weeks in advance of the deposition date," and such an order would presumably apply to similar motions brought by Uber;

**WHEREAS**, the Parties agree that the most efficient manner to resolve their dispute with respect to the depositions of the Potential Witnesses is to address the dispute in a consolidated motion (the "Motion") filed and briefed pursuant to a stipulated briefing schedule;

**WHEREAS,** the following stipulated schedule would have the Motion fully briefed no later than three weeks in advance of the currently-scheduled placeholder dates for the Potential Witnesses;

**WHEREAS,** independent counsel for Uber has conferred with independent counsel for Ryan Graves, who has indicated their intent to either (i) abide by the briefing schedule presented in this stipulation with respect to any independent motion, or supplemental briefing, that may be submitted by Ryan Graves in connection with the Motion, or (ii) proceed with a separate request for relief consistent with the procedures set out under Pretrial Order No. 8 and this Court's January 14, 2025, Order Regarding Joint Letter Addressing Scheduling Depositions (ECF No. 2085);

STIPULATION AND [~~PROPOSED~~] ORDER RE:
BRIEFING SCHEDULE                                    Case No. 3:23-md-03084-CRB

**WHEREAS,** independent counsel for Mat Henley and Joseph Sullivan have not joined this stipulation and each reserves all of his rights to bring an application for relief at an appropriate time, consistent with the Federal Rules of Civil Procedure and this Court's rules and applicable orders, and Plaintiffs reserve all rights to oppose such application(s).

**IT IS HEREBY STIPULATED** and **AGREED** by and between the Parties that:

1.      Uber shall file the Motion, limited to 25 pages, and supporting declarations on February 28, 2025;

2.      Plaintiffs shall file and serve their opposition to Uber's Motion, limited to 25 pages, on March **14**, 2025;

3.      Uber shall file and serve its reply in support of the Motion, limited to 15 pages, on March **21**, 2025; and

4.      Any supplemental briefing filed by Ryan Graves in connection with the Motion will be filed in accordance with the foregoing schedule, and shall be limited to four (4) double spaced pages per Third Party witness.

5.      Ryan Graves reserves the right to make a separate request for relief via joint discovery letter that shall be filed no later than three weeks in advance of the deposition date for Mr. Graves; provided, however, that if Mr. Graves submits supplemental briefing in connection with Uber's Motion, Mr. Graves shall not pursue a separate joint discovery letter.

///

///

///

///

///

///

///

///

///

///

STIPULATION AND [~~PROPOSED~~] ORDER RE:
BRIEFING SCHEDULE                                    Case No. 3:23-md-03084-CRB

1  By: /s/ Roopal P. Luhana_____

2      ROOPAL P. LUHANA (*Pro Hac Vice*)
       **CHAFFIN LUHANA LLP**

3      600 Third Avenue, Fl. 12
       New York, NY 10016

4      Telephone: (888) 480-1123
       Email: luhana@chaffinluhana.com

5      SARAH R. LONDON (SBN 267083)

6      **GIRARD SHARP LLP**
       601 California St., Suite 1400

7      San Francisco, CA 94108
       Telephone: (415) 981-4800

8      **Email:** slondon@girardsharp.com

9      RACHEL B. ABRAMS (SBN 209316)
       **PEIFFER WOLF CARR KANE**

10      **CONWAY & WISE, LLP**
       555 Montgomery Street, Suite 820

11      San Francisco, CA 94111
       Telephone: (415) 426-5641

12      Email: rabrams@peifferwolf.com

   *Co-Lead Counsel for Plaintiffs*

By: /s/ Randall S. Luskey_____

       RANDALL S. LUSKEY (SBN: 240915)
       rluskey@paulweiss.com
       **PAUL, WEISS, RIFKIND, WHARTON**
           **& GARRISON LLP**
       535 Mission Street, 24th Floor
       San Francisco, CA 94105
       Telephone: (628) 432-5100
       Facsimile: (628) 232-3101

       ROBERT ATKINS (*Pro Hac Vice*)
       ratkins@paulweiss.com
       CAITLIN E. GRUSAUSKAS
       (*Pro Hac Vice*)
       cgrusauskas@paulweiss.com
       ANDREA M. KELLER (*Pro Hac Vice*)
       akeller@paulweiss.com
       **PAUL, WEISS, RIFKIND, WHARTON**
           **& GARRISON LLP**
       1285 Avenue of the Americas
       New York, NY 10019
       Telephone: (212) 373-3000
       Facsimile: (212) 757-3990

       MICHAEL B. SHORTNACY
       (SBN: 277035)
       mshortnacy@shb.com
       **SHOOK, HARDY & BACON, L.L.P.**
       2049 Century Park East, Suite 3000
       Los Angeles, CA 90067
       Telephone: (424) 285-8330
       Facsimile: (424) 204-9093

       PATRICK OOT (*Pro Hac Vice*)
       oot@shb.com
       **SHOOK, HARDY & BACON, L.L.P.**
       1800 K Street NW, Suite 1000
       Washington, DC 20006
       Telephone: (202) 783-8400
       Facsimile: (202) 783-4211

   *Counsel for Defendants Uber Technologies,*
   *Inc., Rasier, LLC, and Rasier-CA, LLC*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

**FILER'S ATTESTATION**

I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.


Dated: February 27, 2025

By:   */s/ Randall S. Luskey*
                    Randall S. Luskey

STIPULATION AND [~~PROPOSED~~] ORDER RE:
BRIEFING SCHEDULE                                          Case No. 3:23-md-03084-CRB

1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

11

12

13

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

14

15

16

This Document Relates to:

*All Matters*

Case No. 3:23-md-03084-CRB (LJC)

**[~~PROPOSED~~] ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION FOR PROTECTIVE ORDER OR TO QUASH**

Judge:        Hon. Lisa J. Cisneros
Courtroom:   G – 15th Floor

17

18     **PURSUANT TO STIPULATION, IT SO ORDERED:**

19          The Stipulation Regarding Briefing Schedule for Motion for Protective Order or to Quash

20 is **GRANTED AS MODIFIED**. **A hearing will occur on March 26, 2025 at 10:00 AM via**

21 **Zoom.  Access instructions are available at https://cand.uscourts.gov/ljc/.**

22     **IT IS SO ORDERED.**

23

24     Dated: February 28, 2025                    _____
                                                   LISA J. CISNEROS
25                                                 United States Magistrate Judge

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER RE:
BRIEFING SCHEDULE                                          Case No. 3:23-md-03084-CRB