ROBERT ATKINS (Admitted *Pro Hac Vice*)
   ratkins@paulweiss.com
JACQUELINE P. RUBIN (Admitted *Pro Hac Vice*)
   jrubin@paulweiss.com
CAITLIN E. GRUSAUSKAS (Admitted *Pro Hac Vice*)
   cgrusauskas@paulweiss.com
ANDREA M. KELLER (Admitted *Pro Hac Vice*)
   akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000

RANDALL S. LUSKEY (SBN: 240915)
   rluskey@paulweiss.com
MARC PRICE WOLF (SBN: 254495)
   mpricewolf@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF RANDALL S. LUSKEY IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:    Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

1 | KYLE N. SMITH (*Pro Hac Vice* admitted)
　　ksmith@paulweiss.com
2 | JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
　　jphillips@paulweiss.com
3 | **PAUL, WEISS, RIFKIND, WHARTON**
　　**& GARRISON LLP**
4 | 2001 K Street, NW
Washington DC, 20006
5 | Telephone: (202) 223-7300

6 | *Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
7 | RASIER, LLC, and RASIER-CA, LLC

- ii -

DECLARATION OF RANDALL S. LUSKEY IN SUPPORT　　　Case No. 3:23-md-03084-CRB
OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL

## DECLARATION OF RANDALL S. LUSKEY

I, Randall S. Luskey, having personal knowledge of the following state:

1. I am a Partner of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively "Uber"). I am a member in good standing of the Bar of the State of California. I know the following facts to be true of my own knowledge.

2. I respectfully submit this declaration in support of Uber's Administrative Motion to Seal, Dated February 28, 2025.

3. I have reviewed the Declarations of Dara Khosrowshahi, Travis Kalanick, Jill Hazelbaker, Rachel Whetstone, Sachin Kansal, Frank Chang, Sarfraz Maredia and Ryan Graves submitted in support of Uber's Memorandum of Points and Authorities in support of its Motion for a Protective Order, dated February 28, 2025. These Declarations includes confidential information about Uber's internal systems, affairs, organizational structure and division of responsibilities, as well as discussion of Uber's safety features, products and operations not generally known to the public. The Declarations of Messr. Khosrowshahi, Kalanick, Kansal and Chang and Ms. Hazelbaker on the same subject matter were also sealed in the parallel JCCP case against Uber and sealing them is necessary to avoid disparate treatment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 28, 2025 in San Francisco, California.

                                              */s/ Randall Luskey*
                                                Randall Luskey