1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
|---|---|
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL** |
| This Document Relates to:<br><br>ALL MATTERS | Judge:      Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

[PROPOSED] ORDER GRANTING DEFENDANTS'      Case No. 3:23-md-03084-CRB
ADMINISTRATIVE MOTION TO SEAL

# [PROPOSED] ORDER

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively "Defendants") Administrative Motion to Seal, dated February 28, 2025, the Court hereby ORDERS that the following materials remain under seal:

| Documents | Description |
| --- | --- |
| February 24, 2025 Declaration of Dara Khosrowshahi | Executed sworn declaration from Dara Khosrowshahi including non-public internal structural and reporting information. |
| February 28, 2025 Declaration of Travis Kalanick | Executed sworn declaration of Travis Kalanick, including non-public internal systems and structure information. |
| February 21, 2025 Declaration of Jill Hazelbaker | Executed sworn declaration of Jill Hazelbaker, including non-public and sensitive internal reporting information. |
| February 28, 2025 Declaration of Rachel Whetstone | Executed sworn declaration of Rachel Whetstone, including non-public internal reporting information |
| February 26, 2025 Declaration of Frank Chang | Executed sworn declaration of Frank Chang, including non-public internal reporting, and work allocation information. |
| February 28, 2025 Declaration of Sachin Kansal | Executed sworn declaration of Sachin Kansal containing non-public safety feature and product information. |
| February 28, 2028 Declaration of Ryan Graves | Executed sworn declaration of Sarfraz Maredia, including non-public and sensitive internal reporting structure information. |
| February 28, 2028 Declaration of Sarfraz Maredia | Executed sworn declaration of Ryan Graves, including non-public internal reporting structure and internal organization information. |

**IT IS SO ORDERED.**

Dated: _____, 2025

HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE

-2-