| | |
|---|---|
| 1 | ROBERT ATKINS (Admitted *Pro Hac Vice*) |
| | ratkins@paulweiss.com |
| 2 | JACQUELINE P. RUBIN (Admitted *Pro Hac Vice*) |
| | jrubin@paulweiss.com |
| 3 | CAITLIN E. GRUSAUSKAS (Admitted *Pro Hac Vice*) |
| | cgrusauskas@paulweiss.com |
| 4 | ANDREA M. KELLER (Admitted *Pro Hac Vice*) |
| | akeller@paulweiss.com |
| 5 | **PAUL, WEISS, RIFKIND, WHARTON** |
| | **& GARRISON LLP** |
| 6 | 1285 Avenue of the Americas |
| | New York, NY 10019 |
| 7 | Telephone: (212) 373-3000 |
| 8 | RANDALL S. LUSKEY (SBN: 240915) |
| | rluskey@paulweiss.com |
| 9 | MARC PRICE WOLF (SBN: 254495) |
| | mpricewolf@paulweiss.com |
| 10 | **PAUL, WEISS, RIFKIND, WHARTON** |
| | **& GARRISON LLP** |
| 11 | 535 Mission Street, 25th Floor |
| | San Francisco, CA 94105 |
| 12 | Telephone: (628) 432-5100 |
| 13 | *Attorneys for Defendants* |
| | UBER TECHNOLOGIES, INC., |
| 14 | RASIER, LLC, and RASIER-CA, LLC |
| 15 | *[Additional Counsel Listed on Following Page]* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **CERTIFICATE OF SERVICE** |
| This Document Relates to: | Judge: Hon. Lisa J. Cisneros |
| ALL ACTIONS | Courtroom: G – 15th Floor |

CERTIFICATE OF SERVICE                                   Case No. 3:23-md-03084-CRB

| | |
|---|---|
| 1 | KYLE N. SMITH (*Pro Hac Vice* admitted)<br>    ksmith@paulweiss.com |
| 2 | JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)<br>    jphillips@paulweiss.com |
| 3 | **PAUL, WEISS, RIFKIND, WHARTON<br>    & GARRISON LLP** |
| 4 | 2001 K Street, NW<br>Washington DC, 20006 |
| 5 | Telephone: (202) 223-7300 |
| 6 | *Attorneys for Defendants*<br>UBER TECHNOLOGIES, INC., |
| 7 | RASIER, LLC, and RASIER-CA, LLC |

# CERTIFICATE OF SERVICE

I, Randall S. Luskey, declare that I am a citizen of the United States and employed in the City and County of San Francisco, CA. I am over the age of 18 and not a party to this action. I am a Partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP and my business address is 535 Mission Street, 24th Floor, San Francisco, CA 94105.

I further declare that on February 28, 2025, a true and correct copy of the Non-Redacted versions of the following documents:

1. **DECLARATION OF DARA KHOSROWSHAHI IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER;**
2. **DECLARATION OF TRAVIS KALANICK IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER;**
3. **DECLARATION OF JILL HAZELBAKER IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER;**
4. **DECLARATION OF FRANK CHANG IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER;**
5. **DECLARATION OF SACHIN KANSAL IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER;**
6. **DECLARATION OF RACHEL WHETSTONE IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER;**
7. **DECLARATION OF RYAN GRAVES IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER;** and
8. **DECLARATION OF SARFRAZ MAREDIA IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

were served pursuant to Civil L.R. 5-1(a) by providing true copies thereof addressed to each of the persons named below:

Sarah R. London
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
slondon@girardsharp.com

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Email: luhana@chaffinluhana.com

Rachel B. Abrams
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Email: rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

-1-

CERTIFICATE OF SERVICE                                           Case No. 3:23-md-03084-CRB

- 2 -

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 28, 2025 in San Francisco, California.

                                                 */s/ Randall S. Luskey*
                                                 Randall S. Luskey