UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL MATTERS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

### [PROPOSED] ORDER

This Court, having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Motion for Protective Order pursuant Federal Rules of Civil Procedure 26(b)(2)(C) and 26(c)(1) in the above-captioned action, rules as follows:

It is hereby ORDERED that Uber's Motion is GRANTED. The depositions of Dara Khosrowshahi, Travis Kalanick, Jill Hazelbaker, Rachel Whetstone, Sachin Kansal, Ryan Graves, Sarfraz Maredia, and Joseph Sullivan shall not be taken at all in this matter.

Dated:_____

Hon. Lisa J. Cisneros<br>
United States Magistrate Judge