**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER** |
| This Document Relates to: | |
| ALL MATTERS | Judge:        Hon. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

**[PROPOSED] ORDER**

This Court, having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Motion for Protective Order pursuant to Federal Rules of Civil Procedure 26(b)(2)(C) and 26(c)(1) in the above-captioned action, rules as follows:

It is hereby ORDERED that Uber's Motion is GRANTED. The depositions of Dara Khosrowshahi, Travis Kalanick, Jill Hazelbaker, Rachel Whetstone, Sachin Kansal, Frank Chang, Ryan Graves, Sarfraz Maredia, and Joseph Sullivan shall not be taken at all in this matter.

Dated:_____

_____
Hon. Lisa J. Cisneros
United States Magistrate Judge