PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

DIRECT DIAL: +1 212 373 3183
EMAIL: RATKINS@PAULWEISS.COM

BRUSSELS    TOKYO
HONG KONG   TORONTO
LONDON      WASHINGTON, DC
LOS ANGELES WILMINGTON
SAN FRANCISCO

March 3, 2025

VIA E-MAIL

Honorable Lisa J. Cisneros
Northern District of California
San Francisco Courthouse, Courtroom G – 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

　　　　RE: *In Re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*, Case No. 3:23-md-03084-CRB (LJC)

Dear Judge Cisneros:

　　　　We write on behalf of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Uber") to advise the Court that, with Plaintiffs' consent, Uber is filing a corrected version of Uber's Motion for a Protective Order (ECF No. 2425) and the [Proposed] Order Granting Defendants' Motion for Protective Order (ECF No. 2425-2).  The corrected versions of those documents include the following changes:

**Changes to Defendants' Motion for a Protective Order (ECF No. 2425)**

| Page/Line | Changes |
|---|---|
| 1, line 10 | add "addresses" between "also" and "Plaintiffs'" |
| 6, line 15 | replace "4" with "3" |
| 6, line 27 | replace "scheduling" with "schedul[ing]" |
| 9, lines 12–13 | replace "Senior Manager, Central Operations" with "Director, Safety Access & Identity" |
| 11, line 15 | replace "courts" with "[c]ourts" |
| 13, line 10 | add "(in the JCCP)" between "Andi Pimentel" and "," |
| 21, line 9 | replace "and" between "Vice President" and "Head" with "," |
| 23, line 7 | add "(in the JCCP)" between "Phillip Cardenas" and "," |
| 24, line 18 | replace "Plaintiffs'" with "Plaintiffs" |
| 24, line 24 | replace "The Court 'must limit' discovery if its 'burden or expense . . . outweighs its likely benefit.' Fed. R. Civ. P. 26(b)(2)(C)." with "The Court 'must limit' such discovery.  *See* Fed. R. Civ. P. 26(b)(2)(C)." |

Doc#: US1:26858243v1

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Honorable Lisa J. Cisneros 2

**Changes to [Proposed] Order Granting Defendants' Motion for Protective Order (ECF No. 2425-2)**

| Page | Changes |
|---|---|
| 1 | add "to" between "pursuant" and "Federal" |
| 1 | add "Frank Chang" between "Sachin Kansal" and "Ryan Graves" |

Respectfully submitted,

*/s/ Robert A. Atkins*

Robert A. Atkins


cc:  Roopal Luhana
     Sarah R. London
     Rachel B. Abrams

*Co-Lead Counsel for Plaintiffs*