IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF TIFFANY ELLIS IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING DISPUTED ENTRIES FOR SPECIAL MASTER REVIEW**<br><br>Judge: Honorable Barbara S. Jones |

I, Tiffany Ellis, hereby declare as follows:

1. I am a partner of Peiffer Wolf Care Kane Conway & Wise, an attorney licensed in the States of Michigan and Illinois and duly admitted to practice before this Court, representing Plaintiffs in the above caption action.

2. I submit this declaration in support of Plaintiffs' Brief Regarding Disputed Entries for Special Master Review.

**Exhibits**

3. Attached as **Exhibit 1** is a true and correct copy of the transcript of the October 23, 2024 discovery hearing.

4. Attached as **Exhibit 2** is a true and correct copy of Plaintiffs' Privilege Challenge Chart.

5. Attached as **Exhibit 3** is a true and correct copy of a letter that was filed on and pulled from the docket at ECF No. 2401-1 in *Waymo LLC v. Uber Techs., Inc.*, Case No. 3:17-cv-00939-WHA (Dec. 15, 2017).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of March, 2025 in Detroit, Michigan.

/s/ *Tiffany R. Ellis*
Tiffany R. Ellis