**Defendants' Privilege Entry Submissions**

| Tranche | Entries in Tranche | Entries Plaintiffs Initially Challenged | Entries Defendants Withdrew Privilege Claim in Full* | Entries Defendants Withdrew Privilege Claim in Part* |
|---|---|---|---|---|
| Tranche 1 | 22,700 | 16,573 | 6,999 | 3,013 |
| Tranche 2 | 14,292 | 5,611 | 1,936 | 1,398 |
| Tranche 3 | 17,579 | 8,164 | 2,465 | 946 |
| Tranche 4 | 9,968 | 1,893 | 399 | 361 |
| **Total** | **64,147** | **32,241** | **11,799** | **5,718** |

*Defendants withdrew Privilege claim in full or in part to some entries not challenged by Plaintiffs.*