William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com

*Attorneys for Levin Simes Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LS 293 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04364-CRB<br><br>*Jane Doe LS 231 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04367-CRB<br><br>*Jane Doe LS 144 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04388-CRB<br><br>*Jane Doe LS 112 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05286-CRB<br><br>*Jane Doe LS 284 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05363-CRB<br><br>*Jane Doe LS 126 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05370-CRB<br><br>*Jane Doe LS 265 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05377-CRB<br><br>*Jane Doe LS 200 v. Uber Technologies, Inc., et* | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF WILLIAM A. LEVIN IN SUPPORT OF LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS LEVIN SIMES CASES FOR FAILURE TO COMPLY WITH DISCOVERY ORDERS**<br><br>Judge: Honorable Charles R. Breyer<br>Date: March 28, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

1

*al.*, Case No. 3:23-cv-05387-CRB

*Jane Doe LS 66 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05414-CRB

*Jane Doe LS 317 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05424-CRB

*Jane Doe LS 234 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05433-CRB

*Jane Doe LS 191 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05573-CRB

*Jane Doe LS 273 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05946-CRB

*Jane Doe LS 470 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05207-CRB

*Jane Doe LS 232 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05327-CRB

*Jane Doe LS 373 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05328-CRB

*Jane Doe LS 462 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05329-CRB

*Jane Doe LS 226 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05330-CRB

*Jane Doe LS 166 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05331-CRB

*Jane Doe LS 122 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05332-CRB

*Jane Doe LS 202 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05333-CRB

*Jane Doe LS 416 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05335-CRB

*Jane Doe LS 305 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05338-CRB

*Jane Doe LS 201 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05354-CRB

*Jane Doe LS 189 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05379-CRB

*Jane Doe LS 272 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05390-CRB

2

CASE NO. 3:23-MD-03084-CRB   DECL. OF WILLIAM A. LEVIN ISO LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH DISCOVERY ORDERS

| | |
|---|---|
| 1 | *Jane Doe LS 199 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05402-CRB |
| 2 | *Jane Doe LS 279 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05420-CRB |
| 3, 4 | *Jane Doe LS 139 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05527-CRB |
| 5 | *Jane Doe LS 487 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05611-CRB |
| 6, 7 | *Jane Doe LS 141 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05634-CRB |
| 8 | *Jane Doe LS 423 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05676-CRB |
| 9, 10 | *Jane Doe LS 491 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05678-CRB |
| 11 | *Jane Doe LS 441 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05751-CRB |
| 12, 13 | *Jane Doe LS 518 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05761-CRB |
| 14 | *Jane Doe LS 319 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05800-CRB |
| 15, 16 | *Jane Doe LS 484 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05824-CRB |
| 17 | *John Doe LS 4 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05861-CRB |
| 18, 19 | *Jane Doe LS 368 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05898-CRB |
| 20 | *Jane Doe LS 274 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05902-CRB |
| 21, 22 | *Jane Doe LS 359 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05908-CRB |
| 23 | *Jane Doe LS 342 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05913-CRB |
| 24, 25 | *Jane Doe LS 304 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05914-CRB |
| 26 | *Jane Doe LS 369 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05915-CRB |
| 27, 28 | *Jane Doe LS 269 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05922-CRB |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

1 | *Jane Doe LS 93 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05925-CRB
2 | *Jane Doe LS 7 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05926-CRB
3 |
4 | *Jane Doe LS 504 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05928-CRB
5 | *Jane Doe LS 180 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05936-CRB
6 |
7 | *Jane Doe LS 119 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05937-CRB
8 | *Jane Doe LS 197 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-06003-CRB
9 |
10 | *Jane Doe LS 314 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-06016-CRB
11 | *Jane Doe LS 188 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-06022-CRB
12 |
13 | *Jane Doe LS 230 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-06026-CRB
14 | *Jane Doe LS 209 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-06033-CRB
15 |
16 | *Jane Doe LS 532 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-06927-CRB
17 | *Jane Doe LS 534 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-07142-CRB

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

4

CASE NO. 3:23-MD-03084-CRB    DECL. OF WILLIAM A. LEVIN ISO LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH DISCOVERY ORDERS

I, William A. Levin declare as follows:

1. I am an attorney who is duly licensed to practice law before all courts of the State of California. I am a partner the law firm Levin Simes LLP, and counsel of record for all Jane Doe LSA and Jane Doe LS Plaintiffs in MDL No. 3084. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2. This declaration is made in support of Levin Simes Plaintiffs' Opposition to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss Levin Simes Cases for Failure to Comply with Discovery Orders.

3. Since this issue was raised in late November 2024, our firm has been able to cure fifty percent of the fact sheet deficiencies, and we expect we will continue to cure them.

4. Our firm's efforts to reach the Plaintiff subject to Uber's motion include numerous phone calls, emails, texts, written letters, and address searches. We also employed investigators to trace new contact information for these individuals.

5. Uber identifies 57 Plaintiffs, however in the time between Uber's filing of its moving papers and the filing of this brief, Levin Simes produced three additional fact sheets.

6. Further, two of the Plaintiffs subject to Uber's motion are currently incarcerated, and one Plaintiff is deceased.

7. Uber brought a similar request in the JCCP before Judge Schulman. Judge Schulman denied the request because the cases were stayed, and bellwethers were already selected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 4, 2025, in San Francisco, California.

Respectfully Submitted,

**LEVIN SIMES LLP**

*/s/ William A. Levin*
William A. Levin
*Attorney for Plaintiff*

2

CASE NO. 3:23-MD-03084-CRB   DECL. OF WILLIAM A. LEVIN ISO LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH DISCOVERY ORDERS