William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com

*Attorneys for Levin Simes Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **[PROPOSED] ORDER DENYING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS LEVIN SIMES CASES FOR FAILURE TO COMPLY WITH DISCOVERY ORDERS** |
| *Jane Doe LS 293 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04364-CRB | |
| *Jane Doe LS 231 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04367-CRB | Judge: Honorable Charles R. Breyer |
| | Date: March 28, 2025 |
| *Jane Doe LS 144 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04388-CRB | Time: 10:00 a.m. |
| | Courtroom: 6 – 17th Floor |
| *Jane Doe LS 112 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05286-CRB | |
| *Jane Doe LS 284 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05363-CRB | |
| *Jane Doe LS 126 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05370-CRB | |
| *Jane Doe LS 265 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05377-CRB | |
| *Jane Doe LS 200 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05387-CRB | |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

2

CASE NO. 3:23-MD-03084-CRB       [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS
LEVIN SIMES CASES FOR FAILURE TO COMPLY WITH DISCOVERY ORDERS

*Jane Doe LS 66 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05414-CRB

*Jane Doe LS 317 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05424-CRB

*Jane Doe LS 234 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05433-CRB

*Jane Doe LS 191 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05573-CRB

*Jane Doe LS 273 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05946-CRB

*Jane Doe LS 470 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05207-CRB

*Jane Doe LS 232 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05327-CRB

*Jane Doe LS 373 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05328-CRB

*Jane Doe LS 462 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05329-CRB

*Jane Doe LS 226 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05330-CRB

*Jane Doe LS 166 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05331-CRB

*Jane Doe LS 122 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05332-CRB

*Jane Doe LS 202 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05333-CRB

*Jane Doe LS 416 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05335-CRB

*Jane Doe LS 305 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05338-CRB

*Jane Doe LS 201 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05354-CRB

*Jane Doe LS 189 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05379-CRB

*Jane Doe LS 272 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05390-CRB

*Jane Doe LS 199 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05402-CRB

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

3

*Jane Doe LS 279 v. Uber Technologies, Inc., et
al.,* Case No. 3:24-cv-05420-CRB

*Jane Doe LS 139 v. Uber Technologies, Inc., et
al.,* Case No. 3:24-cv-05527-CRB

*Jane Doe LS 487 v. Uber Technologies, Inc., et
al.,* Case No. 3:24-cv-05611-CRB

*Jane Doe LS 141 v. Uber Technologies, Inc., et
al.,* Case No. 3:24-cv-05634-CRB

*Jane Doe LS 423 v. Uber Technologies, Inc., et
al.,* Case No. 3:24-cv-05676-CRB

*Jane Doe LS 491 v. Uber Technologies, Inc., et
al.,* Case No. 3:24-cv-05678-CRB

*Jane Doe LS 441 v. Uber Technologies, Inc., et
al.,* Case No. 3:24-cv-05751-CRB

*Jane Doe LS 518 v. Uber Technologies, Inc., et
al.,* Case No. 3:24-cv-05761-CRB

*Jane Doe LS 319 v. Uber Technologies, Inc., et
al.,* Case No. 3:24-cv-05800-CRB

*Jane Doe LS 484 v. Uber Technologies, Inc., et
al.,* Case No. 3:24-cv-05824-CRB

*John Doe LS 4 v. Uber Technologies, Inc., et
al.,* Case No. 3:24-cv-05861-CRB

*Jane Doe LS 368 v. Uber Technologies, Inc., et
al.,* Case No. 3:24-cv-05898-CRB

*Jane Doe LS 274 v. Uber Technologies, Inc., et
al.,* Case No. 3:24-cv-05902-CRB

*Jane Doe LS 359 v. Uber Technologies, Inc., et
al.,* Case No. 3:24-cv-05908-CRB

*Jane Doe LS 342 v. Uber Technologies, Inc., et
al.,* Case No. 3:24-cv-05913-CRB

*Jane Doe LS 304 v. Uber Technologies, Inc., et
al.,* Case No. 3:24-cv-05914-CRB

*Jane Doe LS 369 v. Uber Technologies, Inc., et
al.,* Case No. 3:24-cv-05915-CRB

*Jane Doe LS 269 v. Uber Technologies, Inc., et
al.,* Case No. 3:24-cv-05922-CRB

*Jane Doe LS 93 v. Uber Technologies, Inc., et
al.,* Case No. 3:24-cv-05925-CRB

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

4

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

1  *Jane Doe LS 7 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05926-CRB

2
3  *Jane Doe LS 504 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05928-CRB

4  *Jane Doe LS 180 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05936-CRB

5  *Jane Doe LS 119 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05937-CRB

6
7  *Jane Doe LS 197 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-06003-CRB

8  *Jane Doe LS 314 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-06016-CRB

9
10 *Jane Doe LS 188 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-06022-CRB

11 *Jane Doe LS 230 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-06026-CRB

12
13 *Jane Doe LS 209 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-06033-CRB

14 *Jane Doe LS 532 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-06927-CRB

15
16 *Jane Doe LS 534 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-07142-CRB

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 3:23-MD-03084-CRB        [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS
LEVIN SIMES CASES FOR FAILURE TO COMPLY WITH DISCOVERY ORDERS

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Dismiss Levin Simes Cases for Failure to Comply with Discovery Orders, Plaintiffs' Opposition, and any additional filings and oral arguments, the Court denies Defendants' Motion to Dismiss Levin Simes Cases for Failure to Comply with Discovery Orders.

The Court therefore hereby ORDERS as follows:

1. Levin Simes Plaintiffs have an additional _____ days from the date of this Order to submit a complete and verified Plaintiff Fact Sheet.

2. If a Levin Simes Plaintiff fails to submit a complete and verified Plaintiff Fact Sheet by the date specified, that Plaintiff's case may be dismissed without prejudice, remanded, or severed from the MDL, upon application by Defendants to the Court.

**IT IS SO ORDERED.**

DATED: _____                    _____

Hon. Charles R. Breyer
United States District Court Judge

6