IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF POLICY DOCUMENTS AND INSPECTION AND FOR SANCTIONS** |

      Having considered Plaintiffs' March 5, 2025 Motion to Compel Production of Policy Documents and Inspection and for Sanctions, the Court hereby the Motion and ORDERS the following:

      1.    Within seven days, Uber shall produce all relevant policies, underlying responsive hyperlinked documents, and operational guidelines in connection with the 40 policies identified by Plaintiffs.

      2.    Uber shall make its Google Drive, Knowledge Base, and uKnowledge systems available for inspection, at Uber's expense. Within seven days, the parties shall file a joint status report concerning the mechanics, timing, and scope of this inspection.

      3.    Due to Uber's failure to comply with the Court's December 19, 2024 [ECF 1996] and January 23, 2025 [ECF 2138] Orders, the Court awards sanctions under Fed. R. Civ. P. 37(2)(A) and (C). Within fourteen days, Plaintiffs shall file a motion for attorney's fees and costs.

1  **IT IS SO ORDERED**.

3  Dated: _____

HON. LISA J. CISNEROS
United States Magistrate Judge