[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
|---|---|

Under Civil Local Rules 7-11 and 79-5(f), Plaintiffs move the Court to consider whether material designated confidential by Uber should be sealed.

On March 4, 2025, Plaintiffs filed a motion to compel production of policy documents and inspection and for sanctions. Plaintiffs' motion refers to and attaches documents and information that Uber designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

**Material To Be Filed Under Seal**

The material to be filed under seal is portion of Plaintiffs' motion, portions of the declaration in support, and the attached exhibit:

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiffs' Motion to Compel | Portion of briefing referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] Declaration of Roopal P. Luhana | Portion of declaration referring to documents and information designated confidential or highly confidential | Uber |
| Exhibit A | 1/27/312 Letter from V. Gromada | Uber |
| Exhibit B | 1/31/25 Declaration of William Anderson | Uber |

| Document | Description | Designating Party |
|---|---|---|
| Exhibit C | Uber-produced document bates stamped UBER_JCCP_MDL002274069 | Uber |
| Exhibit D | Uber-produced document bates stamped UBER_JCCP_MDL002273895 | Uber |
| Exhibit E | Uber-produced document bates stamped UBER_JCCP_MDL002563882 | Uber |
| Exhibit F | Uber-produced document bates stamped UBER_JCCP_MDL002267528 | Uber |

Under Local Rule 79-5(f)(3), Uber bears the responsibility to establish that all of the designated material is sealable.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Andrew R. Kaufman in Support of this Motion; and
2. A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: March 5, 2025

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

- 2 -

ADMIN MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MAT. SHOULD BE SEALED
CASE NO. 23-MD-03084-CRB

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

- 3 -

ADMIN MOT. TO CONSIDER WHETHER
ANOTHER PARTY'S MAT. SHOULD BE SEALED
CASE NO. 23-MD-03084-CRB

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: March 5, 2025                                By:     */s/ Andrew R. Kaufman*
                                                            Andrew R. Kaufman