IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF ANDREW R. KAUFMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
|---|---|

I, Andrew R. Kaufman, declare:

1. I am an attorney in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP. I am a member of the State Bars of Wisconsin, New York, and Tennessee and am admitted to practice pro hac vice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein

2. Because the materials at issue were designated by Uber as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY", Plaintiffs filed the following under seal:

| **Document** | **Description** | **Designating Party** |
|---|---|---|
| [Unredacted] Plaintiffs' Motion to Compel | Portion of briefing referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] Declaration of Roopal P. Luhana | Portion of declaration referring to documents and information designated confidential or highly confidential | Uber |

- 1 -

| Document | Description | Designating Party |
|---|---|---|
| Exhibit A | 1/27/312 Letter from V. Gromada | Uber |
| Exhibit B | 1/31/25 Declaration of William Anderson | Uber |
| Exhibit C | Uber-produced document bates stamped UBER_JCCP_MDL002274069 | Uber |
| Exhibit D | Uber-produced document bates stamped UBER_JCCP_MDL002273895 | Uber |
| Exhibit E | Uber-produced document bates stamped UBER_JCCP_MDL002563882 | Uber |
| Exhibit F | Uber-produced document bates stamped UBER_JCCP_MDL002267528 | Uber |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2025 in Milwaukee, Wisconsin.

*/s/ Andrew R. Kaufman*
Andrew R. Kaufman