IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**CERTIFICATE OF SERVICE** |

I certify that, on March 5, 2025 a true and correct copy of the following documents:

- **Plaintiffs' Motion to Compel**
- **Declaration of Roopal P. Luhana**
- **Exhibit A to Luhana Declaration**
- **Exhibit B to Luhana Declaration**
- **Exhibit C to Luhana Declaration**
- **Exhibit D to Luhana Declaration**
- **Exhibit E to Luhana Declaration**
- **Exhibit F to Luhana Declaration**

were served pursuant to Civil L.R. 5 (a) to each person named below:

Randall Luskey (rluskey@paulweiss.com)
Marc Price Wolf (mpricewolf@paulweiss.com)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100

Robert Atkins (ratkins@paulweiss.com)
Louis Murray (lmurray@paulweiss.com)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000

|   |   |
|---|---|
| 1 | |
| 2 | Kyle Smith (ksmith@paulweiss.com)<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 223-7407 |
| 3 | |
| 4 | |
| 5 | Patrick L. Oot, Jr. (oot@shb.com)<br>Veronica Hayes Gromada (vgromada@shb.com)<br>**SHOOK, HARDY & BACON, LLP**<br>1800 K Street, NW, 10th Floor<br>Washington, DC 20006<br>Telephone: (202) 783-8400 |
| 6 | |
| 7 | |
| 8 | |
| 9 | Michael B. Shortnacy (mshortnacy@shb.com)<br>**SHOOK, HARDY & BACON, LLP**<br>2049 Century Park East, Suite 3000<br>Los Angeles, CA 90067<br>Telephone: (424) 285-8330 |
| 10 | |
| 11 | |
| 12 | |
| 13 | Daniel E. Cummings (decummings@shb.com)<br>**SHOOK, HARDY & BACON, LLP**<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Telephone: (816) 474-6550 |
| 14 | |
| 15 | |
| 16 | Jay B. Haider (jhaider@shb.com)<br>**SHOOK, HARDY & BACON, LLP**<br>111 S. Wacker Dr., Suite 4700<br>Chicago, IL 60606<br>Telephone: (312) 704-7700 |
| 17 | |
| 18 | |
| 19 | Service E-mail<br>MDL3084-service-Uber@paulweiss.com |
| 20 | |
| 21 | *Attorneys for Defendants*<br>UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC |
| 22 | |
| 23 | ☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  I declare under penalty of perjury that the foregoing is true and correct. Executed in
2  Milwaukee, Wisconsin on March 5, 2025.

By: */s Andrew R. Kaufman*
Andrew R. Kaufman