IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SESAL** |
|---|---|

Having considered Plaintiffs' March 5, 2025 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiffs' Motion to Compel | Portion of briefing referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] Declaration of Roopal P. Luhana | Portion of declaration referring to documents and information designated confidential or highly confidential | Uber |
| Exhibit A | 1/27/312 Letter from V. Gromada | Uber |
| Exhibit B | 1/31/25 Declaration of William Anderson | Uber |
| Exhibit C | Uber-produced document bates stamped UBER_JCCP_MDL002274069 | Uber |
| Exhibit D | Uber-produced document bates stamped UBER_JCCP_MDL002273895 | Uber |
| Exhibit E | Uber-produced document bates stamped UBER_JCCP_MDL002563882 | Uber |
| Exhibit F | Uber-produced document bates stamped UBER_JCCP_MDL002267528 | Uber |

- 1 -

[PROPOSED] ORDER RE: ADMIN MOT. TO SEAL
CASE NO. 23:MD-03084-CRB

**IT IS SO ORDERED.**

Dated: _____

HON. LISA J. CISNEROS
United States Magistrate Judge