Andrea Hirsch, Esq. GA Bar No. 666557
Brooke Cohen, Esq. TX Bar No. 24007019
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, GA 30341
T: (678) 268-4683
andrea@cohenhirsch.com
brooke@cohenhirsch.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-MD-03084-CRB<br><br>Honorable Charles R. Breyer<br><br>**NOTICE OF FILING OF A NEW ACTION** |
| This Document Relates to:<br><br>*D. E. 3069 v. Uber Technologies, Inc., et al;*<br>*3:24-cv-02347- CRB* | |

    Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint and Jury Demand in the above-referenced action was filed on March 6, 2025.

| | |
|---|---|
| Dated: March 7, 2025 | Respectfully submitted,<br><br>By: */s/ Andrea S. Hirsch*<br>Andrea Hirsch, Esq. GA Bar No. 666557<br>Brooke Cohen, Esq. TX Bar No. 24007019<br>**Cohen Hirsch, LP**<br>5256 Peachtree Road, Suite 195-E<br>Telephone: (678) 268-4683<br>Facsimile: (678) 669-1520<br>Email: andrea@cohenhirsch.com<br>brooke@cohenhirsch.com<br>*Counsel for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF A NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants..

*/s/ Andrea S. Hirsch*
Andrea S. Hirsch
