1 | RANDALL S. LUSKEY (SBN: 240915)
    rluskey@paulweiss.com
2 | **PAUL, WEISS, RIFKIND, WHARTON**
    **& GARRISON LLP**
3 | 535 Mission Street, 25th Floor
    San Francisco, CA 94105
4 | Telephone: (628) 432-5100
    Facsimile:  (628) 232-3101

5 | ROBERT ATKINS (*Pro Hac Vice* admitted)
    ratkins@paulweiss.com
6 | JACQUELINE P. RUBIN (*Pro Hac Vice* admitted)
    jrubin@paulweiss.com
7 | CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
    cgrusauskas@paulweiss.com
8 | ANDREA M. KELLER (*Pro Hac Vice* admitted)
    akeller@paulweiss.com
9 | **PAUL, WEISS, RIFKIND, WHARTON**
    **& GARRISON LLP**
10 | 1285 Avenue of the Americas
     New York, NY 10019
11 | Telephone: (212) 373-3000
     Facsimile:  (212) 757-3990

12 | *Attorneys for Defendants*
     UBER TECHNOLOGIES, INC.,
13 | RASIER, LLC, and RASIER-CA, LLC

14 | [*Additional Counsel Listed on Following Page*]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CERTAIN FACT SHEET DEADLINES** |
| This Document Relates to:<br><br>*Jane Doe CLF V.M.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1022-CRB<br><br>*Jane Doe CLF A.H.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1023-CRB<br><br>*Jane Doe CLF K.R.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1025-CRB | Judge:     Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

1 | *Jane Doe CLF K.G.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1028-CRB

*Jane Doe CLF B.T.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1029-CRB

*Jane Doe CLF H.K.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1031-CRB

*Jane Doe CLF C.G.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1033-CRB

*Jane Doe CLF K.J.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1035-CRB

*Jane Doe CLF A.C.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1037-CRB

*Jane Doe CLF T.S.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1038-CRB

*Jane Doe CLF S.H.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1040-CRB

*Jane Doe CLF A.B.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1041-CRB

*Jane Doe CLF J.T.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1043-CRB

*Jane Doe CLF L.K.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1045-CRB

*Jane Doe CLF J.R.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1046-CRB

*Jane Doe CLF D.T.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1048-CRB

*Jane Doe CLF S.F.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1050-CRB

*Jane Doe CLF S.W.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1051-CRB

*Jane Doe CLF K.B.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1053-CRB

*Jane Doe CLF H.P.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1285-CRB

STIPULATION AND [PROPOSED] ORDER
REGARDING CERTAIN FACT SHEET DEADLINES        Case No. 3:23-md-03084-CRB

| | |
|---|---|
| KYLE N. SMITH (*Pro Hac Vice* admitted) <br> ksmith@paulweiss.com <br> JESSICA E. PHILLIPS (*Pro Hac Vice* admitted) <br> jphillips@paulweiss.com <br> **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** <br> 2001 K Street, NW <br> Washington DC, 20006 <br> Telephone: (202) 223-7300 <br> Facsimile:  (202) 223-7420 <br><br> *Attorney for Defendants* <br> UBER TECHNOLOGIES, INC., <br> RASIER, LLC, and RASIER-CA, LLC | TRACEY B. COWAN (SBN 250053) <br> RYAN J. CLARKSON (SBN 257074) <br> OLIVIA E. DAVIS (SBN 353041) <br> **CLARKSON LAW FIRM, P.C.** <br> 22525 Pacific Coast Hwy. <br> Malibu, CA 90265 <br> Telephone: (213) 788-4050 <br> Email: tcowan@clarksonlawfirm.com <br> Email: rclarkson@clarksonlawfirm.com <br> Email: odavis@clarksonlawfirm.com <br><br> *Attorneys for Clarkson Plaintiffs* |

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile:  (424) 204-9093

PATRICK OOT (*Pro Hac Vice* admitted)
oot@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
1800 K St. NW, Suite 1000
Washington, D.C. 20006
Telephone: (202) 783-8400
Facsimile:  (202) 783-4211

JEREMIAH S. WIKLER (*Pro Hac Vice* admitted)
jwikler@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile:  (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

- iii -

STIPULATION AND [PROPOSED] ORDER
REGARDING CERTAIN FACT SHEET DEADLINES                           Case No. 3:23-md-03084-CRB

# STIPULATION

**WHEREAS**, on March 19, 2024, the Court entered Pretrial Order No. 10, which states that "Plaintiffs will either submit bona fide ride receipts or the ride information detailed in PTO No. 5," and that Plaintiffs shall serve either the bona fide ride receipt or Pretrial Order No. 5 information sheet "within 14 days of filing, transfer, or removal to this Court for all cases filed, transferred, or removed after February 1, 2024." Mar. 19, 2024 Pretrial Order No. 10: Fact Sheet Implementation Order at 3, Dkt. 348. The Court also set the Plaintiff Fact Sheet and Defendant Fact Sheet deadlines for cases filed after March 26, 2024 as follows: "[E]ach Plaintiff must complete and submit a PFS and execute applicable Authorizations within 30 days of the case being filed in, removed to, or transferred to MDL 3084. The Uber Defendants must complete and submit a DFS and produce Responsive Documents, within 30 days after a given plaintiff serves the ride receipt or ride information form . . . ." *Id.* at 6;

**WHEREAS**, Plaintiffs' counsel does not, at present, have established communications with certain of these Plaintiffs, and an extension of the deadline for the fact sheet submissions would provide more time to submit accurate fact sheets;

**WHEREAS**, the parties have agreed that the deadline to provide a Plaintiff Fact Sheet for the Plaintiffs in the following cases, each represented by Clarkson Law Firm, P.C. ("Clarkson"), should be extended to March 24, 2025:

1. *Jane Doe CLF V.M.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1022-CRB
2. *Jane Doe CLF A.H.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1023-CRB
3. *Jane Doe CLF K.R.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1025-CRB
4. *Jane Doe CLF K.G.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1028-CRB
5. *Jane Doe CLF B.T.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1029-CRB
6. *Jane Doe CLF H.K.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1031-CRB
7. *Jane Doe CLF C.G.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1033-CRB
8. *Jane Doe CLF K.J.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1035-CRB
9. *Jane Doe CLF A.C.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1037-CRB
10. *Jane Doe CLF T.S.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1038-CRB

STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING CERTAIN FACT SHEET DEADLINES                         Case No. 3:23-md-03084-CRB

11. *Jane Doe CLF S.H.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1040-CRB
12. *Jane Doe CLF A.B.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1041-CRB
13. *Jane Doe CLF J.T.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1043-CRB
14. *Jane Doe CLF L.K.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1045-CRB
15. *Jane Doe CLF J.R.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1046-CRB
16. *Jane Doe CLF D.T.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1048-CRB
17. *Jane Doe CLF S.F.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1050-CRB
18. *Jane Doe CLF S.W.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1051-CRB
19. *Jane Doe CLF K.B.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1053-CRB
20. *Jane Doe CLF H.P.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1285-CRB

**WHEREAS**, the parties have agreed that the deadline to provide a Defendant Fact Sheet for the aforementioned Plaintiffs represented by Clarkson should be extended to April 23, 2025;

~~**WHEREAS**, the parties have agreed that these deadlines may be subject to revision based on further discussion and agreement amongst the parties (or, in the absence of agreement, via application to the Court) about why changed circumstances (e.g., a significant additional volume of filings of cases by other law firms) may warrant further adjustment to the deadlines. Nothing about this stipulation changes any obligations of the parties with respect to requirements set out in prior orders as to the provision of bona fide ride receipts, the provision of information outlined in PTO 5, or the inclusion of the applicable authorizations/responsive documents.~~

**THEREFORE**, the parties respectfully request the Court enter the parties' stipulation establishing that:

1. A Plaintiff Fact Sheet for each of the aforementioned Plaintiffs represented by Clarkson is due on March 24, 2025;
2. A Defendant Fact Sheet for each of the aforementioned Plaintiffs represented by Clarkson is due on April 23, 2025; and
3. ~~These deadlines may be subject to further revision, by agreement among the parties or by application to and approval of the Court, as described in the final WHEREAS clause above.~~

- 2 -

STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING CERTAIN FACT SHEET DEADLINES                          Case No. 3:23-md-03084-CRB

1  IT IS SO STIPULATED.

2

3  Dated: March 6, 2025                    **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

4
   By: */s/ Randall S. Luskey*
5     ROBERT ATKINS
      RANDALL S. LUSKEY
6     KYLE N. SMITH
      JACQUELINE P. RUBIN
7     JESSICA E. PHILLIPS
      CAITLIN E. GRUSAUSKAS
8     ANDREA M. KELLER

9                                          **SHOOK, HARDY & BACON, L.L.P.**

10    MICHAEL B. SHORTNACY
      PATRICK OOT
11    JEREMIAH S. WIKLER

12  *Attorneys for Defendants*
    UBER TECHNOLOGIES, INC.,
13  RASIER, LLC, and RASIER-CA, LLC

14

15  Dated: March 6, 2025                    **CLARKSON LAW FIRM, P.C.**

16  By: */s/ Tracey B. Cowan*

17      Tracey B. Cowan (SBN 250053)
        Ryan J. Clarkson (SBN 257074)
18      Olivia E. Davis (SBN 353041)
        22525 Pacific Coast Hwy.
19      Malibu, CA 90265
        Telephone: (213) 788-4050
20      Email: tcowan@clarksonlawfirm.com
        Email: rclarkson@clarksonlawfirm.com
21      Email: odavis@clarksonlawfirm.com

22  *Attorneys for Clarkson Plaintiffs*

23

24

25

26

27

28

**FILER'S ATTESTATION**

I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: March 6, 2025                                   By:   */s/ Randall S. Luskey*
                                                                    Randall S. Luskey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>[~~PROPOSED~~] ORDER REGARDING CERTAIN FACT SHEET DEADLINES |
| This Document Relates to:<br><br>*Jane Doe CLF V.M.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1022-CRB<br><br>*Jane Doe CLF A.H.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1023-CRB<br><br>*Jane Doe CLF K.R.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1025-CRB<br><br>*Jane Doe CLF K.G.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1028-CRB<br><br>*Jane Doe CLF B.T.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1029-CRB<br><br>*Jane Doe CLF H.K.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1031-CRB<br><br>*Jane Doe CLF C.G.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1033-CRB<br><br>*Jane Doe CLF K.J.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1035-CRB<br><br>*Jane Doe CLF A.C.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1037-CRB | |

*Jane Doe CLF T.S.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1038-CRB

*Jane Doe CLF S.H.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1040-CRB

*Jane Doe CLF A.B.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1041-CRB

*Jane Doe CLF J.T.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1043-CRB

*Jane Doe CLF L.K.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1045-CRB

*Jane Doe CLF J.R.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1046-CRB

*Jane Doe CLF D.T.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1048-CRB

*Jane Doe CLF S.F.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1050-CRB

*Jane Doe CLF S.W.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1051-CRB

*Jane Doe CLF K.B.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1053-CRB

*Jane Doe CLF H.P.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1285-CRB

The Court hereby GRANTS the parties' stipulation as follows:

1. A Plaintiff Fact Sheet for the Plaintiffs in the following cases, each represented by Clarkson Law Firm, P.C., is due by March 24, 2025:

   a. *Jane Doe CLF V.M.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1022-CRB

   b. *Jane Doe CLF A.H.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1023-CRB

   c. *Jane Doe CLF K.R.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1025-CRB

   d. *Jane Doe CLF K.G.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1028-CRB

   e. *Jane Doe CLF B.T.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1029-CRB

   f. *Jane Doe CLF H.K.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1031-CRB

   g. *Jane Doe CLF C.G.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1033-CRB

      h.  *Jane Doe CLF K.J.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1035-CRB

      i.  *Jane Doe CLF A.C.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1037-CRB

      j.  *Jane Doe CLF T.S.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1038-CRB

      k.  *Jane Doe CLF S.H.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1040-CRB

      l.  *Jane Doe CLF A.B.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1041-CRB

      m.  *Jane Doe CLF J.T.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1043-CRB

      n.  *Jane Doe CLF L.K.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1045-CRB

      o.  *Jane Doe CLF J.R.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1046-CRB

      p.  *Jane Doe CLF D.T.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1048-CRB

      q.  *Jane Doe CLF S.F.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1050-CRB

      r.  *Jane Doe CLF S.W.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1051-CRB

      s.  *Jane Doe CLF K.B.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1053-CRB

      t.  *Jane Doe CLF H.P.* v. *Uber Technologies, Inc., et al.*, No. 3:25-cv-1285-CRB

2.  A Defendant Fact Sheet for each of the aforementioned Plaintiffs represented by Clarkson Law Firm, P.C. is due on April 23, 2025.

3.  ~~These deadlines may be subject to further revision, by agreement among the parties or by application to and approval of the Court, as described in the final WHEREAS clause of the parties' stipulation.~~ **No further extensions will be granted.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: __March 7, 2025__, 2025

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Charles R. Breyer]*

- 7 -