1  RANDALL S. LUSKEY (SBN: 240915)
   rluskey@paulweiss.com
2  **PAUL, WEISS, RIFKIND, WHARTON**
3  **& GARRISON LLP**
   535 Mission Street, 24th Floor
4  San Francisco, CA 94105
   Telephone: (628) 432-5100
5  Facsimile:  (628) 232-3101

6  ROBERT ATKINS (*Pro Hac Vice* admitted)
   ratkins@paulweiss.com
7  CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
8  cgrusauskas@paulweiss.com
   ANDREA M. KELLER (*Pro Hac Vice* admitted)
9  akeller@paulweiss.com
   **PAUL, WEISS, RIFKIND, WHARTON**
10 **& GARRISON LLP**
   1285 Avenue of the Americas
11 New York, NY 10019
   Telephone: (212) 373-3000
12 Facsimile:  (212) 757-3990
13
   *Attorneys for Defendants*
14 UBER TECHNOLOGIES, INC.;
   RASIER, LLC; and RASIER-CA, LLC
15

16 **UNITED STATES DISTRICT COURT**

17 **NORTHERN DISTRICT OF CALIFORNIA**

18 **SAN FRANCISCO DIVISION**

19

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**SUPPLEMENTAL DECLARATION OF SCOTT BINNINGS IN SUPPORT OF DEFENDANTS' MARCH 4, 2025 BRIEF PURSUANT TO SPECIAL MASTER ORDER NO. 2 § II(6)** |

---

SUPPLEMENTAL DECLARATION OF SCOTT BINNINGS IN SUPPORT OF DEFENDANTS' MARCH 4, 2025
BRIEF PURSUANT TO SPECIAL MASTER ORDER NO. 2, § II(6)          Case No. 3:23-MD-3084-CRB

## SUPPLEMENTAL DECLARATION OF SCOTT BINNINGS

I, Scott Binnings, having personal knowledge of the following state:

1. I am the Associate General Counsel, Safety and Core Services, at Uber. On March 4, 2025, I filed a Declaration in the above-captioned matter in support of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's March 4, 2025 brief pursuant to Special Master Order No. 2, § II(6) (ECF 2357) ("March 4 Declaration"). I now file this Supplemental Declaration to correct one paragraph in my March 4 Declaration. The facts set forth herein are true and correct and are based on my own personal knowledge, and I could and would competently testify thereto if called.

2. In paragraph 4 of the March 4 Declaration, in relation to the document identified in the privilege log as JCCP_MDL_PRIVLOG000254, I identified Stacey Grigsby as outside counsel for Uber at the law firm of Covington & Burling. I now recall that in March 2018, Ms. Grigsby was in an in-house counsel position at Uber on secondment from the Boies Schiller law firm. Ms. Grigsby later joined Covington & Burling in 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Anselmo, California on March 7, 2025.    By: _____
                                                              Scott Binnings

---

2
SUPPLEMENTAL DECLARATION OF SCOTT BINNINGS IN SUPPORT OF DEFENDANTS' MARCH 4, 2025
BRIEF PURSUANT TO SPECIAL MASTER ORDER NO. 2, § II(6)        Case No. 3:23-MD-3084-CRB