1 RACHEL B. ABRAMS (Cal Bar No. 209316)
  ADAM B. WOLF (Cal Bar No. 215914)
2 **Peiffer Wolf Carr Kane Conway & Wise, LLP**
  555 Montgomery Street, Suite 820
3 San Francisco, CA 94111
  Telephone: 415.766.3544
4 Facsimile: 415.840.9435
  Email: rabrams@peifferwolf.com
5 Email: awolf@peifferwolf.com

6 TIFFANY R. ELLIS (*Admitted PHV*)
  **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7 2229 Trumbull St.
  Detroit, MI 48216
8 Telephone: 313.210.1559
  Facsimile: 415.840.9435
9 Email: tellis@peifferwolf.com

10 *Counsel for Plaintiff*

11

12    **UNITED STATES DISTRICT COURT**
     **NORTHERN DISTRICT OF CALIFORNIA**
13      **SAN FRANCISCO DIVISION**

14 IN RE: UBER TECHNOLOGIES, INC.,
  PASSENGER SEXUAL ASSAULT  ) No. 3:23-md-03084-CRB
15 LITIGATION       )
            ) **NOTICE OF FILING OF NEW ACTION**
16            )
            )
17            )
            )
18 *This document relates to:*   )
            )
19 *Julian Hawkins v. UBER*   )
  *TECHNOLOGIES, INC., et al.,*  )
20 *3:25-cv-02103-CRB*    )
            )
21            )

22

23    Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

24 with Jury Demand in the above-referenced action was filed on February 28, 2025.

25 ///

26 ///

27 ///

28

CASE NO. 3:23-md-03084-CRB    1  NOTICE OF FILING OF NEW ACTION

1     Dated: March 10, 2025              Respectfully submitted,

2

3                                        By: */s/ Rachel B. Abrams*
RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)

4 **Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820

5 San Francisco, CA 94111
Telephone: 415.766.3544

6 Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com

7               awolf@peifferwolf.com

8 TIFFANY R. ELLIS (*Admitted PHV*)

9 **Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.

10 Detroit, MI 48216
Telephone: 313.210.1559

11 Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

12

13                     *Counsel for Plaintiff*

14

15                    **<u>CERTIFICATE OF SERVICE</u>**

16       I hereby certify that on March 10, 2025, I electronically transmitted the foregoing

17 **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System

18 for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

19

20                     */s/ Rachel B. Abrams*
Rachel B. Abrams

21

22

23

24

25

26

27

28