```
1   Stephen J. Estey (SBN 163093)
    R. Michael Bomberger (SBN 169866)
2   Angela J. Nehmens (SBN 309433)
3   ESTEY & BOMBERGER, LLP
    2869 India Street
4   San Diego, CA 92103
    Tel: (619) 295-0035
5   Fax: (619) 295-0172
    Email: steve@estey-bomberger.com
6   Email: mike@eatey-bomberger.com
7   Email: angela@estey-bomberger.com

8   Attorneys for Plaintiffs
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to: | Judge: Hon. Charles R. Breyer |
| *JANE DOE EB 73 v. UBER TECHNOLOGIES, INC., et al.* Case No. 3:25-cv-02365 | |

## NOTICE OF FILING OF NEW ACTION

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on March 7, 2025.

DATED: March 10, 2025

Respectfully Submitted,

**ESTEY & BOMBERGER, LLP**

*/S/ Angela Nehmens, Esq.*
Stephen J. Estey
Angela J. Nehmens
**Attorney for Plaintiffs**

1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2025, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */S/ Angela Nehmens*