[Submitting counsel below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**NOTICE OF CORRECTION RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF POLICY DOCUMENTS AND INSPECTION AND FOR SANCTIONS** |
| This Document Relates to:<br><br>All Cases | Judge:      Honorable Lisa J. Cisneros<br>Date:       TBD<br>Time:       TBD<br>Courtroom:  G – 15th Floor |

In their March 5, 2025 motion to compel policy documents, Plaintiffs cited several examples of hyperlinks within Uber policies that should have been, but were not, produced. One of those documents was linked in the policy produced as **Exhibit F** to the motion. ECF 2439-11.

On March 7, Uber informed Plaintiffs that the hyperlinked document at issue in Exhibit F was withheld as privileged in connection with an August 29, 2024 production of custodial documents (not in connection with the January 2025 policies production).The log entry gave no indication this document related to any specific policies that would be produced.

Plaintiffs submit this notice primarily to correct the record. But it bears emphasis that this only underscores the problems created by Uber's incomplete policies production and overbroad privilege designations. In many cases (if not most), policies produced by Uber do not include metadata with a full URL link of the embedded operational guidelines linked to these Policies. Where, as with Exhibit F, an embedded URL link is provided, only a portion of the link is considered the "google doc ID." Finally, Uber did not identify the document withheld on its

1  Privilege Log as having a Parent / Child relationship to Exhibit F, making it difficult to connect
2  the two documents based on the Privilege Log entry.
3      To determine that this document was withheld as privileged, Plaintiffs would have needed
4  to complete the following steps:
5      1.   Review Exhibit F in extracted-text form, which reveals the URLs for some
6  hyperlinks.
7      2.   Identify within the hyperlink's Google Docs URL the "google doc ID."
8      3.   Search the productions by entering that ID into the "DocID" Field.
9      4.   Pull and review the slipsheet stating that the document was withheld as privileged.
10     5.   Identify the Bates number and cross-reference to the privilege log to determine the
11 reason for withholding.
12     So it is, at best, arduous and, at worst, impossible for Plaintiffs to review Uber's policy
13 productions and even figure out which hyperlinks have been produced and which withheld, let
14 alone pair operational guidelines to the policies in which they are linked.
15     Plaintiffs also had no way of knowing from the description on Uber's privilege log that
16 the document was itself a live document linked to Uber's policies. Based on the information
17 available to them Plaintiffs did not challenge Uber's privilege assertion. Plaintiffs reserve the
18 right to bring this document and other policies to the attention of the Special Master.
19
20  Dated: March 10, 2025                    Respectfully submitted,
21
22                              By: */s/ Sarah R. London*
                                   Sarah R. London (SBN 267083)
23                              **GIRARD SHARP LLP**
                                  601 California St., Suite 1400
24                                San Francisco, CA 94108
                                  Telephone: (415) 981-4800
25                                slondon@girardsharp.com
26
27                              By: */s/ Rachel B. Abrams*
                                   Rachel B. Abrams (SBN 209316)
28                              **PEIFFER WOLF CARR KANE**

**CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com


By: */s/ Roopal P. Luhana*
       Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel*

## **FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: March 10, 2025                    By:     */s/ Andrew R. Kaufman*

                                                         Andrew R. Kaufman