# EXHIBIT C

RANDALL S. LUSKEY (SBN: 240915)
   rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
   ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
   cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
   akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF MAUREEN FRANGOPOULOS IN SUPPORT OF DEFENDANTS' MARCH 10, 2025 BRIEF PURSUANT TO SPECIAL MASTER ORDER NO. 2, § III(6)** |

## **DECLARATION OF MAUREEN FRANGOPOULOS**

I, Maureen Frangopoulos, having personal knowledge of the following state:

1. I am the Senior Legal Director, Central Strategy and Special Matters, Global, at Uber. I was first employed by Uber in August 2015 and I have worked as an in-house legal counsel for the past 9 years. My previous positions at Uber included Counsel, Insurance; Senior Counsel, Insurance; Director, Safety & Insurance; Senior Legal Director, Safety and Insurance Litigation, U.S. and Canada; and Senior Legal Director, Global Safety & Insurance Litigation. For my entire tenure at Uber my job roles in these positions were in a capacity to provide legal advice to Uber and its employees. I offer this Declaration in the above-captioned matter in support of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's March 10, 2025 brief pursuant to Special Master Order No. 2, § III(6) (ECF 2357). The facts set forth herein are true and correct and are based on my own personal knowledge, and I could and would competently testify thereto if called.

2. I reviewed the document identified in the privilege log as JCCP_MDL_PRIVLOG025436. It is a confidential and privileged draft document authored in 2018 by Claire Eagan, former Senior Counsel, Safety and Insurance Litigation, High Exposure, US Northeast. Other in-house counsel and legal personnel were collaborators on this document, including then-Head of Legal, Safety & Insurance, Kathleen Waitzman, then-Senior Counsel, Safety & Insurance, Rebecca Remington, then-Senior Counsel, Safety & Insurance, Stephanie Vitale, then-Senior Counsel, Safety & Insurance, Joshua Wolkomir, then-Senior Counsel, Safety & Insurance, Christina Linsmeier, then-Senior Global Special Investigations Claims Advocate, Mike Haas, and myself. Indeed, the document contains a comment by Ms. Waitzman. The document contains legal advice and analysis in anticipation of litigation relating to riders interviewed by Megyn Kelly.

I declare under penalty of perjury that the foregoing is true and correct.

1  Executed in the United States of America on March 10, 2025.  By: *Maureen Frangopoulos*
2                                                                                   Maureen Frangopoulos

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28