# EXHIBIT E

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

DIRECT DIAL: (202) 223-7407
EMAIL: KSMITH@PAULWEISS.COM

| | |
|---|---|
| NEW YORK | LOS ANGELES |
| BEIJING | SAN FRANCISCO |
| BRUSSELS | TOKYO |
| HONG KONG | TORONTO |
| LONDON | WILMINGTON |

March 7, 2025

## **VIA MDL CENTRALITY, CERTIFIED MAIL, AND EMAIL**

Re:   MDL 3084 – Order re Withdrawal of Counsel in Case No. 3:24-CV-05719-CRB, MDLC
         ID 2246

Dear K.B.,

We write on behalf of our client, Uber Technologies Inc. ("Uber"), regarding *K.B.* v. *Uber Technologies, Inc., et al.*, 3:24-CV-05719-CRB, MDLC ID 2246, which you filed in *In re Uber Technologies, Inc. Passenger Sexual Assault Litigation*, 3:23-md-03084-CRB ("the MDL").  On January 30, 2025, Peiffer Wolf Carr Kane Conway and Wise, LLP  moved to withdraw its representation of you on the grounds that you "failed to cooperate and establish positive communication with Peiffer Wolf."  *K.B.*, No. 3:24-CV-05719-CRB, ECF 7 at 2 (Exhibit 1).  On March 3, 2025, the Court granted that motion.  *K.B.*, No. 3:24-CV-05719-CRB, ECF 8 at 1 (Exhibit 2).  It is our understanding that you have not found replacement counsel and are no longer represented by an attorney.  If that understanding is incorrect, please provide this communication to your attorney, and have your attorney contact us via the information provided above or below as soon as possible.

The Court's Order states that "Within 28 days of this order, [the] plaintiff shall file a notice indicating whether they intend to pursue the action with new counsel or representing themselves. If [the] plaintiff does not file that notice, the Court will dismiss their case without prejudice."  Exhibit 2 at 1.  The Court also ordered Uber's counsel to "provide a copy of this order to the plaintiff[]."  *Id.*  The Court's Order is attached to this correspondence as Exhibit 2.  Per this Order, you must "file a notice indicating whether [you] intend to pursue the action with new counsel or representing [yourself]" within 28 days of March 3, 2025, i.e. by Monday, March 31, 2025, or else "the Court will dismiss [your] case without prejudice."

We ask that you please email us confirmation of your receipt of this letter, via email to ksmith@paulweiss.com, lmurray@paulweiss.com, and ldugre@paulweiss.com, at your earliest opportunity.  If you would like to discuss the letter's contents further, please let us know, and we would be happy to organize a meet and confer.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

K.B.                                                                          2

Sincerely,

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**

By: _/s/ Kyle Smith_

Kyle Smith
2001 K Street, NW
Washington, DC 20006
(202) 223-7407
ksmith@paulweiss.com

# EXHIBIT 1

1  RACHEL B. ABRAMS (Cal Bar No. 209316)
   ADAM B. WOLF (Cal Bar No. 215914)
2  **Peiffer Wolf Carr Kane Conway & Wise, LLP**
   555 Montgomery Street, Suite 820
3  San Francisco, CA 94111
   Telephone: 415.766.3544
4  Facsimile: 415.840.9435
   Email: rabrams@peifferwolf.com
5  Email: awolf@peifferwolf.com

6  TIFFANY R. ELLIS (*Admitted PHV*)
   **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7  2229 Trumbull St.
   Detroit, MI 48216
8  Telephone: 313.210.1559
   Facsimile: 415.840.9435
9  Email: tellis@peifferwolf.com

10 *Counsel for Plaintiff*

11
12            **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
13                **SAN FRANCISCO DIVISION**

14 IN RE: UBER TECHNOLOGIES, INC.,    MDL No. 3084 CRB
   PASSENGER SEXUAL ASSAULT
15 LITIGATION                          **NOTICE OF MOTION AND MOTION TO
                                       WITHDRAW AS COUNSEL FOR
16                                     PLAINTIFF K.B.**

17 This Document Relates to:          Honorable Charles R. Breyer

18 *K.B. v. Uber Technologies, Inc., et al;*
   *3:24-cv-05719-CRB*
19

20      **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR
21                          PLAINTIFF K.B.**

22      TO ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE

23 that as soon hereafter as the matter may be heard, Peiffer Wolf Carr Kane Conway and Wise,

24 LLP ("Peiffer Wolf"), counsel of record for Plaintiff K.B. ("Plaintiff"), moves this Court for an

25 order permitting its withdrawal as counsel for Plaintiff.

26      This Motion is made pursuant to Local Rule 11-5(a) and C. This Notice of Motion &

27 Motion is based on the below Memorandum in Support and the accompanying Declaration of

28 Rachel B. Abrams ("Decl."), attached hereto as Exhibit A. A Proposed Order is attached as

                          1        NOTICE OF MOTION AND MOTION
                                   TO WITHDRAW AS COUNSEL

Exhibit B.

## **MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 11-5(a) and California Rules of Professional Conduct 1.16(b)(4) and 1.16(d), Peiffer Wolf submits this Memorandum of Law in support of its Motion to Withdraw as Counsel for Plaintiff K.B. Peiffer Wolf respectfully requests the Court grant the Motion.

## **STATEMENT OF FACTS**

Peiffer Wolf should be permitted to withdraw as counsel for Plaintiff. An attorney may withdraw from a case by obtaining an order from the court after reasonable advance written notice has been provided to the client and to all other parties. Civ. L.R. 11-5(a); *see also* Cal. Rules Prof. Conduct 1.16(d)(1).

Peiffer Wolf has given appropriate advance notice of its intent to withdraw to Plaintiff beginning on December 20, 2024 and culminating with final notice on January 8, 2025. Decl. ¶¶ 4(f-j). Peiffer Wolf has also given Uber advance notice. Decl. ¶ 6. Peiffer Wolf has taken all possible steps to avoid prejudice to Plaintiff by explaining to her the possible consequences of failing to contact Peiffer Wolf or meet discovery deadlines. Decl. ¶¶ 4(a-j). Peiffer Wolf also submitted the limited information Peiffer Wolf did have and, upon receiving deficiencies due to not having required signatures and information from Plaintiff, corresponded with Uber to set up Meet & Confer processes to address her case as it attempted to try to reach her. Decl. ¶¶ 4(d); 5-6. Despite those efforts, Plaintiff failed to cooperate and establish positive communication with Peiffer Wolf. Peiffer Wolf has thus taken all reasonable steps to avoid foreseeable prejudice to Plaintiff. Decl. ¶ 8.

Under California Rule of Professional Conduct 1.16(b)(4), a lawyer may withdraw from a case if "the client … renders it unreasonably difficult for the lawyer to carry out the representation effectively." Here, Plaintiff rendered it unreasonably difficult for Peiffer Wolf to carry out the representation effectively by failing to communicate with Peiffer Wolf and failing to provide information required to prosecute her case, despite requests from Peiffer Wolf. Decl. ¶¶ 4(a-j). Peiffer Wolf has been unable to meet discovery deadlines in this case because, for

NOTICE OF MOTION AND MOTION
TO WITHDRAW AS COUNSEL

1    example, the Plaintiff Fact Sheet requires Plaintiff's input and verification. Moreover, pursuant

2    to this Court's Order Resolving Dispute Regarding Obligations Under Pretrial Order No. 10

3    (Dkt 1877), "will supplement" responses in a Plaintiff Fact Sheet are deficient, and Plaintiff has

4    continuously failed to provide her counsel with employment and medical history. Peiffer Wolf

5    submitted all information available in the Plaintiff Fact Sheet, but could not obtain Plaintiff's

6    signatures on required authorizations and verifications. Therefore, Plaintiff's conduct falls into

7    the express terms of Rule 1.16 regarding permissive withdrawal.

8        Because this motion is not accompanied by a substitution of counsel or an agreement by

9    Plaintiff to proceed *pro se*, Peiffer Wolf agrees to the condition imposed by Local Rule 11-5(b)

10    to serve Plaintiffs with all papers in this matter, unless or until Plaintiff appears *pro se*, other

11    counsel appears on Plaintiff's behalf, or upon further order of the Court. Decl. ¶ 9.

12                                 **<u>CONCLUSION</u>**

13        Peiffer Wolf respectfully requests that the Court enter an order terminating its

14    representation of Plaintiff and allowing Plaintiff 30 days to retain new counsel.

15    Dated: January 30, 2025               Respectfully submitted,

16

17                               By: *<u>/s/ Rachel B. Abrams</u>*
                              RACHEL B. ABRAMS (Cal Bar No. 209316)

18                               ADAM B. WOLF (Cal Bar No. 215914)
                              **Peiffer Wolf Carr Kane Conway & Wise, LLP**

19                               555 Montgomery Street, Suite 820
                              San Francisco, CA 94111

20                               Telephone: 415.766.3544
                              Facsimile: 415.840.9435

21                               Email: rabrams@peifferwolf.com
                                    awolf@peifferwolf.com

22

23                               TIFFANY R. ELLIS (*Admitted PHV*)
                              **Peiffer Wolf Carr Kane Conway & Wise, LLP**

24                               2229 Trumbull St.
                              Detroit, MI 48216

25                               Telephone: 313.210.1559
                              Facsimile: 415.840.9435

26                               Email: tellis@peifferwolf.com

27                               *Counsel for Plaintiff*

28

1

**CERTIFICATE OF SERVICE**

2

    I hereby certify that on January 30, 2025, I electronically transmitted the foregoing to the

3

Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic*

4

*Filing* to all CM/ECF registrants.

5

6

                               */s/ Rachel B. Abrams*

7

                               Rachel B. Abrams

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION
TO WITHDRAW AS COUNSEL

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 |
| _____/ | |
| This Order Relates To: | **ORDER GRANTING MOTIONS TO WITHDRAW** |
| *See Attachment* | Re: Dkt. Nos. 2109, 2110, 2112, 2173, 2175, 2176, 2178, 2179, 2180 |

  The above captioned motions to withdraw are granted. Within 28 days of this order, each plaintiff shall file a notice indicating whether they intend to pursue the action with new counsel or representing themselves. If any plaintiff does not file that notice, the Court will dismiss their case without prejudice.

  Uber's counsel shall provide a copy of this order to the plaintiffs and file a declaration within 7 days of this ruling explaining how they did so.

  **IT IS SO ORDERED.**

  Dated: March 3, 2025

               _____

               CHARLES R. BREYER
               United States District Judge

**ATTACHMENT**

This Order relates to:

    <u>S.H.  v. Uber, Inc.</u>,
    Case No. 3:24-cv-07156-CRB

    <u>B.S. v. Uber, Inc.</u>,
    Case No. 3:24-cv-06948-CRB

    <u>C.S. v. Uber, Inc.</u>,
    Case No. 3:24-cv-06923-CRB

    <u>Jane Doe EB 22 v. Uber, Inc.</u>,
    Case No. 3:24-cv-05245-CRB

    <u>Naccarato v. Uber, Inc.</u>,
    Case No. 3:24-cv-05312-CRB

    <u>Jane Doe EB 19 v. Uber, Inc.</u>,
    Case No. 3:24-cv-05217-CRB

    <u>Jane Doe EB 10 v. Uber, Inc.</u>,
    Case No. 3:24-cv-05197-CRB

    <u>K.B. v. Uber, Inc.</u>,
    Case No. 3:24-cv-05719-CRB

    <u>D.M.S. v. Uber, Inc.</u>,
    Case No. 3:24-cv-05606-CRB