# EXHIBIT F

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

DIRECT DIAL: (202) 223-7407
EMAIL: KSMITH@PAULWEISS.COM

NEW YORK
BEIJING
BRUSSELS
HONG KONG
LONDON

LOS ANGELES
SAN FRANCISCO
TOKYO
TORONTO
WILMINGTON

March 7, 2025

**VIA MDL CENTRALITY, CERTIFIED MAIL, AND EMAIL**

Re:   MDL 3084 – Order re Withdrawal of Counsel in Case No. 3:24-CV-05606-CRB, MDLC ID 1930

Dear D.M.S.,

We write on behalf of our client, Uber Technologies Inc. ("Uber"), regarding *D.M.S.* v. *Uber Technologies, Inc., et al.*, 3:24-CV-05606-CRB, MDLC ID 1930, which you filed in *In re Uber Technologies, Inc. Passenger Sexual Assault Litigation*, 3:23-md-03084-CRB ("the MDL"). On January 30, 2025, Peiffer Wolf Carr Kane Conway and Wise, LLP moved to withdraw its representation of you on the grounds that you "failed to establish useful communication with Peiffer Wolf." *D.M.S.*, No. 3:24-CV-05606-CRB, ECF 7 at 2 (Exhibit 1). On March 3, 2025, the Court granted that motion. *D.M.S.*, No. 3:24-CV-05606-CRB, ECF 8 at 1 (Exhibit 2). It is our understanding that you have not found replacement counsel and are no longer represented by an attorney. If that understanding is incorrect, please provide this communication to your attorney, and have your attorney contact us via the information provided above or below as soon as possible.

The Court's Order states that "Within 28 days of this order, [the] plaintiff shall file a notice indicating whether they intend to pursue the action with new counsel or representing themselves. If [the] plaintiff does not file that notice, the Court will dismiss their case without prejudice." Exhibit 2 at 1. The Court also ordered Uber's counsel to "provide a copy of this order to the plaintiff[]." *Id.* The Court's Order is attached to this correspondence as Exhibit 2. Per this Order, you must "file a notice indicating whether [you] intend to pursue the action with new counsel or representing [yourself]" within 28 days of March 3, 2025, i.e. by Monday, March 31, 2025, or else "the Court will dismiss [your] case without prejudice."

We ask that you please email us confirmation of your receipt of this letter, via email to ksmith@paulweiss.com, lmurray@paulweiss.com, and ldugre@paulweiss.com, at your earliest opportunity. If you would like to discuss the letter's contents further, please let us know, and we would be happy to organize a meet and confer.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

D.M.S. 2

      Sincerely,

      **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

      By: _/s/ Kyle Smith_

      Kyle Smith
      2001 K Street, NW
      Washington, DC 20006
      (202) 223-7407
      ksmith@paulweiss.com

# EXHIBIT 1

RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.
Detroit, MI 48216
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF D.M.S.** |
| This Document Relates to: | Honorable Charles R. Breyer |
| *D.M.S. v. Uber Technologies, Inc., et al;* 3:24-cv-05606-CRB | |

### NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF D.M.S.

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE that as soon hereafter as the matter may be heard, Peiffer Wolf Carr Kane Conway and Wise, LLP ("Peiffer Wolf"), counsel of record for Plaintiff D.M.S. ("Plaintiff"), moves this Court for an order permitting its withdrawal as counsel for Plaintiff.

This Motion is made pursuant to Local Rule 11-5(a) and C. This Notice of Motion & Motion is based on the below Memorandum in Support and the accompanying Declaration of Rachel B. Abrams ("Decl."), attached hereto as Exhibit A. A Proposed Order is attached as

1  Exhibit B.

2  **MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

3  Pursuant to Local Civil Rule 11-5(a) and California Rules of Professional Conduct

4  1.16(b)(4) and 1.16(d), Peiffer Wolf submits this Memorandum of Law in support of its Motion

5  to Withdraw as Counsel for Plaintiff D.M.S. Peiffer Wolf respectfully requests the Court grant

6  the Motion.

7  **STATEMENT OF FACTS**

8  Peiffer Wolf should be permitted to withdraw as counsel for Plaintiff. An attorney may

9  withdraw from a case by obtaining an order from the court after reasonable advance written

10  notice has been provided to the client and to all other parties. Civ. L.R. 11-5(a); *see also* Cal.

11  Rules Prof. Conduct 1.16(d)(1).

12  Peiffer Wolf has given appropriate advance notice of its intent to withdraw to Plaintiff

13  beginning on December 20, 2024 and culminating with final notice on January 8, 2025. Decl. ¶¶

14  4(g-j). Peiffer Wolf has also given Uber advance notice. Decl. ¶ 6. Peiffer Wolf has taken all

15  possible steps to avoid prejudice to Plaintiff by explaining to her the possible consequences of

16  failing to contact Peiffer Wolf or meet discovery deadlines. Decl. ¶¶ 4(a-i). Peiffer Wolf also

17  submitted the limited information Peiffer Wolf did have and, upon receiving deficiencies due to

18  not having critical information from Plaintiff, corresponded with Uber to set up Meet & Confer

19  processes to address her case as it attempted to try to reach her. Decl. ¶¶ 4(d-f); 5-6. Despite

20  those efforts, Plaintiff failed to establish useful communication with Peiffer Wolf. Peiffer Wolf

21  has thus taken all reasonable steps to avoid foreseeable prejudice to Plaintiff. Decl. ¶ 8.

22  Under California Rule of Professional Conduct 1.16(b)(4), a lawyer may withdraw from

23  a case if "the client … renders it unreasonably difficult for the lawyer to carry out the

24  representation effectively." Here, Plaintiff rendered it unreasonably difficult for Peiffer Wolf to

25  carry out the representation effectively by failing to communicate with Peiffer Wolf and failing

26  to provide information required to prosecute her case, despite requests from Peiffer Wolf. Decl.

27  ¶¶ 4(a-i). Peiffer Wolf has been unable to meet discovery deadlines in this case because, for

28  example, the Plaintiff Fact Sheet requires Plaintiff's input and verification, as well as signatures

on disclosure authorizations. Moreover, pursuant to this Court's Order Resolving Dispute Regarding Obligations Under Pretrial Order No. 10 (Dkt 1877), "will supplement" responses in a Plaintiff Fact Sheet are deficient. Peiffer Wolf submitted all information available to us in the Plaintiff Fact Sheet, which still contained a question with no answers and several unsigned verifications and authorizations. Therefore, Plaintiff's conduct falls into the express terms of Rule 1.16 regarding permissive withdrawal.

Because this motion is not accompanied by a substitution of counsel or an agreement by Plaintiff to proceed *pro se*, Peiffer Wolf agrees to the condition imposed by Local Rule 11-5(b) to serve Plaintiffs with all papers in this matter, unless or until Plaintiff appears *pro se*, other counsel appears on Plaintiff's behalf, or upon further order of the Court. Decl. ¶ 9.

## **CONCLUSION**

Peiffer Wolf respectfully requests that the Court enter an order terminating its representation of Plaintiff and allowing Plaintiff 30 days to retain new counsel.

Dated: January 30, 2025

Respectfully submitted,

By: */s/ Rachel B. Abrams*
RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.
Detroit, MI 48216
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2025, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic Filing* to all CM/ECF registrants.

*/s/ Rachel B. Abrams*
Rachel B. Abrams

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br>_____/<br><br>This Order Relates To:<br><br>*See Attachment* | MDL No. 3084<br><br>**ORDER GRANTING MOTIONS TO WITHDRAW**<br><br>Re: Dkt. Nos. 2109, 2110, 2112, 2173, 2175, 2176, 2178, 2179, 2180 |

The above captioned motions to withdraw are granted. Within 28 days of this order, each plaintiff shall file a notice indicating whether they intend to pursue the action with new counsel or representing themselves. If any plaintiff does not file that notice, the Court will dismiss their case without prejudice.

Uber's counsel shall provide a copy of this order to the plaintiffs and file a declaration within 7 days of this ruling explaining how they did so.

**IT IS SO ORDERED.**

Dated: March 3, 2025

CHARLES R. BREYER
United States District Judge

# ATTACHMENT

This Order relates to:

    S.H. v. Uber, Inc.,
    Case No. 3:24-cv-07156-CRB

    B.S. v. Uber, Inc.,
    Case No. 3:24-cv-06948-CRB

    C.S. v. Uber, Inc.,
    Case No. 3:24-cv-06923-CRB

    Jane Doe EB 22 v. Uber, Inc.,
    Case No. 3:24-cv-05245-CRB

    Naccarato v. Uber, Inc.,
    Case No. 3:24-cv-05312-CRB

    Jane Doe EB 19 v. Uber, Inc.,
    Case No. 3:24-cv-05217-CRB

    Jane Doe EB 10 v. Uber, Inc.,
    Case No. 3:24-cv-05197-CRB

    K.B. v. Uber, Inc.,
    Case No. 3:24-cv-05719-CRB

    D.M.S. v. Uber, Inc.,
    Case No. 3:24-cv-05606-CRB