1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 2439]** |
| This Document Relates to:<br><br>ALL ACTIONS | |
| | Judge:          Hon. Lisa J. Cisneros<br>Courtroom:    G – 15th Floor |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 2439]

Case No. 3:23-MD-3084-CRB

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, dated March 5, 2025, ECF 2439, and Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC's (collectively "Uber") statement in support of Plaintiffs' Administrative Motions, dated March 11, 2025 ECF ___, the Court hereby ORDERS that the following materials remain under seal:

| Document | Description |
|---|---|
| [Unredacted] Plaintiffs' Motion to Compel | Portion of briefing referring to documents and information designated confidential or highly confidential, as identified in Uber's statement. |
| Exhibit A to Declaration of Roopal P. Luhana | Portion of 1/27/25 Letter from V. Gromada, as identified in Uber's statement. |
| Exhibit C to Declaration of Roopal P. Luhana | Uber-produced document bates stamped UBER_JCCP_MDL002274069-77 |
| Exhibit D to Declaration of Roopal P. Luhana | Uber-produced document bates stamped UBER_JCCP_MDL002273895-907 |
| Exhibit E to Declaration of Roopal P. Luhana | Uber-produced document bates stamped UBER_JCCP_MDL002563882-93 |
| Exhibit F to Declaration of Roopal P. Luhana | Uber-produced document bates stamped UBER_JCCP_MDL002267525-28 |

**IT IS SO ORDERED.**

Dated:_____                    _____

                                                 Hon. Lisa J. Cisneros
                                                 United States Magistrate Judge

2