**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS FILED IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO COMPEL POLICY DOCUMENTS**<br><br>Judge:       Hon. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC's (collectively "Uber") Administrative Motion to File Under Seal Documents Filed in Support of Defendants' Opposition to Motion to Compel Policy Documents, dated March 11, 2025 ECF ___, the Court hereby ORDERS that the following materials remain under seal:

| Document | Description |
| --- | --- |
| Exhibit 1 to Declaration of Veronica Gromada | Index of Policies and Knowledge Base Pages |
| Portions of Exhibit 2 to Declaration of Veronica Gromada | January 10, 2025 letter from Uber's counsel, Veronica Gromada |
| Portions of Exhibit 3 to Declaration of Veronica Gromada | January 25, 2025 letter from Uber's counsel, Veronica Gromada |
| Exhibit 4 to Declaration of William Anderson | Spreadsheet of Policies and Knowledge Base Pages |
| Exhibit 5 to Declaration of William Anderson | Spreadsheet of Policies and Knowledge Base Pages |

**IT IS SO ORDERED.**

Dated:_____                    _____
                                                                                        Hon. Lisa J. Cisneros
                                                                                        United States Magistrate Judge

2

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS FILED IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO COMPEL POLICY DOCUMENTS
Case No. 3:23-MD-3084-CRB