# EXHIBIT 2

**FILED UNDER SEAL**



January 10, 2025

Veronica Gromada

JP Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 546-5683
Fax: (713) 227-9508
vgromada@shb.com

**BY ELECTRONIC MAIL**

Sarah R. London
Lieff Cabraser Heimann & Bernstein
275 Battery Street, Fl. 29
San Francisco, CA 94111
Slondon@lchb.com

Rachel B. Abrams
Peiffer Wolf Carr Kane Conway & Wise, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Rabrams@peifferwolf.com

Roopal P. Luhana, Esq.
Chaffin Luhana LLP
600 Third Avenue, F. 12
New York, NY 10016
Luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**Re:  *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation, Policy and Knowledge Base Production***

Dear Counsel:

On behalf of our clients, Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Defendants"), we are producing documents pursuant to the Court's December 19 Order (ECF 1996).  Defendants have collected the 40 documents requested by Plaintiffs on December 20 and 23, 2024, which include policies, Knowledge Bases ("operational guides"), and other documents identified by Plaintiffs as "of particular importance to the case," including embedded links. These documents have been marked with Bates numbers UBER_JCCP_MDL_002266918 to UBER_JCCP_MDL_002274195. This production includes some hand-delivered documents, in order to provide Plaintiffs a complete production today; a supplemental overlay production will be made of those documents. Please note that documents in this production have been labeled as "CONFIDENTIAL" consistent with the JCCP Protective Order



entered by the Court on September 14, 2022 and the MDL Protective
Order entered by the Court on December 28, 2023.  The designated
materials shall be handled and stored in accordance with these Orders of
the Court.

January 10, 2025
Page 2

Per the agreement of the parties in the JCCP and MDL, Defendants
are making a single production in both actions, with the Bates prefix of
UBER_JCCP_MDL. ███████████████████████████████████
██████████████████████████████████████████████████████
███████████            ████████████████████████████████████

As discussed during our **January 9, 2025** conferral, in some
instances, the "embedded links" are links to sections contained within a
particular document.  In other instances, the links correspond to related
operational guides.  Defendants have searched for and are producing
responsive, non-privileged documents to Plaintiffs' priority requests on
**January 10, 2025**.  Additional linked documents to other policies and
KBs will be produced by **January 31, 2025.**

Production of these materials is not intended to, and does not, waive
any applicable privilege or other legal basis under which information may
be protected from disclosure.  If it were found that provision of this
material constitutes production of otherwise privileged matters, such
disclosure would be inadvertent, and is not intended to, and does not,
waive any attorney-client privilege, work-product, or other protection that
the producing party would otherwise be entitled to assert with respect to
the inadvertently produced material and its subject matter.

Defendants reserve the right to amend, supplement, correct, or
modify the information contained herein and in the associated documents,
if and as we obtain additional information.

### **Attorney-Created Index - Timeline of Operative Versions**

This letter also serves as Defendants' court-ordered attorney letter
providing a "timeline describing the operative versions" of policy and KB
documents included in this production.  Because this information does not
exist in the regular and ordinary course of business, Defendants' outside
counsel and in–house counsel created the attached index for compliance
with the court order.

SHOOK
HARDY & BACON

The index complies with the court's order by providing the dates of versions created over time for each document requested by Plaintiffs, with corresponding Bates numbers.  As discussed, consistent with the Court's guidance, Defendants have withheld as privileged, and will log, the operative versions of two documents requested by Plaintiffs: "Language Do's and Don'ts for IRT-A/C Privileged and Confidential Attorney Work Product" and "Sensitive Investigations - Legal Resources - Legal Compliance Guide."

January 10, 2025
Page 3

Plaintiffs' document requests comprised the text of links in documents previously produced or reproduced in this litigation. The text provided in links does not always correspond with the titles of the actual documents. Further, policies and Knowledge Bases are subject to change over time. Defendants have undertaken reasonable efforts to identify the documents requested by Plaintiffs with the information provided in the requests and subsequent conferrals, and have provided a list below of the documents corresponding to Plaintiffs' requests.

As previously explained, Defendants do not maintain a general index of these systems in the ordinary course of business. Any such index provided in this litigation, including the timeline provided, was created by counsel pursuant to this litigation consistent with the JCCP Protective Order entered by the Court on September 14, 2022 and the MDL Protective Order entered by the Court on December 28, 2023.

Sincerely,

*Veronica Gromada*

Veronica H. Gromada
Partner

cc:
    Robert A. Atkins
    Patrick L. Oot
    Bobbie E. Hooper
    Kyle Smith
    Jessica E. Phillips
    Randall S. Luskey
    Jacqueline P. Rubin
    Christine M. Ray
    *Counsel for Defendants*
    *Uber Technologies, Inc., Rasier LLC, and Rasier-CA LLC*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

