RANDALL S. LUSKEY (SBN: 240915)
 rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
 **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
 ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
 cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
 akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
 **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>ALL ACTIONS | **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S RESPONSE TO PLAINTIFFS' NOTICE OF CORRECTION (ECF NO. 2458)**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

1   The Court ordered that Plaintiffs' motion to compel policy documents could not exceed seven pages. ECF 2409. Yet, on March 10, 2025, Plaintiffs filed a so-called Notice of Correction, which Plaintiffs used to improperly supplement their motion to compel with an additional two pages of argument, without seeking leave of Court to submit supplemental briefing. Defendants therefore move to strike Plaintiffs' Notice of Correction (ECF 2458). In the alternative, Defendants seek leave of Court to respond as follows.

For one of the documents Plaintiffs claimed was missing, Plaintiffs now admit that: (i) they have a slipsheet produced by Defendants stating that Defendants withheld the document for privilege, and (ii) that Plaintiffs received a privilege-log entry for that same document. Plaintiffs further admit that they failed to look for this slipsheet and privilege-log entry, which Plaintiffs acknowledge are all associated with the Exhibit F document that contains the hyperlink. Indeed, Plaintiffs did not follow the simple steps – which take only a couple of minutes – to look at the associated slipsheet and privilege-log entry *until after* Defendants told Plaintiffs of their mistake.[1] Instead of simply correcting their mistake, Plaintiffs are deflecting and trying to cast blame for their own failure to look for the hyperlinked document using the very information that Defendants have produced that enables Plaintiffs to associate hyperlinked documents. Thus, Plaintiffs' Notice only illustrates the breadth of the information that Plaintiffs already have at their disposal if they are willing to take the basic steps to utilize it.

DATED: March 11, 2024                    Respectfully submitted,

**SHOOK HARDY & BACON L.L.P.**

By: */s/ Veronica Hayes Gromada*
    VERONICA HAYES GROMADA

Veronica Hayes Gromada *(Pro Hac Vice* admitted), vgromada@shb.com
**SHOOK, HARDY & BACON L.L.P.**

---

[1] The March 7 meet-and-confer that Plaintiffs reference was convened by Defendants on an emergency basis to discuss a serious issue about Plaintiffs' counsel's actions with respect to hyperlinked documents that the parties are working to resolve without the Court's intervention. If the parties are unable to do so, Defendants will seek appropriate relief from the Court.

600 Travis St., Suite 3400
Houston, TX 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508

MICHAEL B. SHORTNACY (SBN: 277035)
　　mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (Admitted *Pro Hac Vice*)
　　oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

KYLE N. SMITH (*Pro Hac Vice* admitted)
　　ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
　　jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
　　**& GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC