1  Blake C. Erskine, Jr.
   *Appearance pro hac vice*
2  Erskine & Blackburn, P.L.L.C.
   6618 Sitio Del Rio Blvd., Bldg. C-101
3  Austin, Texas  78730
   Phone:  (512) 684-8900
4  Facsimile: (512) 684-8920
   Email: berskine@erskine-blackburn.com
5  *Attorneys for Plaintiff Jane Doe*

6

7
                **UNITED STATES DISTRICT COURT**
8             **NORTHERN DISTRICT OF CALIFORNIA**
                  **SAN FRANCISCO DIVISION**
9

10 **IN RE: UBER TECHNOLOGIES, INC.,**          No. 3:23-md-03084-CRB
   **PASSENGER SEXUAL ASSAULT**
11 **LITIGATION**

12 This Document Relates to:                      **NOTICE OF FILING OF NEW ACTION**
   *Jane Doe v. Uber Technologies, Inc., et al.*
13 *C.A. No. 3:25-cv-02357*

14

15         Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that

16 the Complaint with Jury Demand in the above-referenced action was filed on

17 March 7, 2025.

18

19 Dated:        March 12, 2025            Respectfully submitted,

20                                        */s/ Blake C. Erskine, Jr.*

21                                        **ERSKINE & BLACKBURN, P.L.L.C.**

22                                        By: */s/ Blake C. Erskine, Jr.*

23                                        BLAKE C. ERSKINE, JR.
                                          State Bar No. 00786383
24                                        Email: berskine@Erskine-Blackburn.com
                                          6618 Sitio del Rio Blvd., Bldg. C-101
25                                        Austin, Texas 78730
                                          Telephone (512) 684-8900
26                                        Facsimile (512) 684-8920
27                                        **ATTORNEYS FOR JANE DOE**

28                                        1
   Case No. 3:23-md-03084-CRB
                                                    NOTICE OF FILING OF NEW ACTION

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Blake C. Erskine, Jr.*
Blake C. Erskine, Jr.

Case No. 3:23-md-03084-CRB

NOTICE OF FILING OF NEW ACTION