Stephen J. Estey (SBN 163093)
R. Michael Bomberger (SBN 169866)
Angela J. Nehmens (SBN 309433)
**ESTEY & BOMBERGER, LLP**
2869 India Street
San Diego, CA 92103
Tel: (619) 295-0035
Fax: (619) 295-0172
Email: steve@estey-bomberger.com
Email: mike@estey-bomberger.com
Email: angela@estey-bomberger.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>**DECLARATION OF ANGELA J. NEHMENS REGARDING SERVICE OF ORDER RE WITHDRAWAL OF COUNSEL**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |
| This Document Relates to:<br><br>*JANE DOE EB 10 v. UBER TECHNOLOGIES, INC., et al.*; Case No. 3:24-cv-05197<br><br>*JANE DOE EB 19 v. UBER TECHNOLOGIES, INC., et al.*; Case No. 3:24-cv-05217<br><br>*JANE DOE EB 22 v. UBER TECHNOLOGIES, INC., et al.*; Case No. 3:24-cv-05245<br><br>*NICOLE NACCARATO v. UBER TECHNOLOGIES, INC., et al.*; Case No. 3:24-cv-05312 | |

1

DECLARATION OF ANGELA J. NEHMENS
REGARDING SERVICE OF ORDER RE
WITHDRAWAL OF COUNSEL

## DECLARATION OF ANGELA J. NEHMENS

I, Angela J. Nehmens, declare:

1. I am an attorney in the law firm Estey & Bomberger, LLP. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Our office represented Plaintiffs in the above-referenced actions (collectively, "Plaintiffs").

3. On March 3, 2025, this Court entered an order ("Order") permitting Estey & Bomberger, LLP to withdraw from representing Plaintiffs.

4. I understand that pursuant to Local Rule 11-5(b), withdrawal from representation includes our office continuing to accept papers to forward to Plaintiffs.

5. In compliance with Local Rule 11-5(b), our office accepts this responsibility and served each of the Plaintiffs a letter and copy of the Order in compliance with Local Rule 11-5(b) and the Order.

6. I hereby certify that a true and accurate copy of March 3, 2025, Order has been served on all Plaintiffs identified in the above-referenced actions by electronic mail, certified and first-class mail to the last known address in their files on March 13, 2025.

Executed this 13th day of March 2025 in San Francisco, California.

*/S/ Angela J. Nehmens*
Angela J. Nehmens

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2025, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Angela J. Nehmens*