*[Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br>**STIPULATION REGARDING PRODUCTION OF HYPERLINK METADATA OVERLAYS**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

Pursuant to Dkt. No. 2470, Plaintiffs and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Defendants") (jointly, "the parties"), respectfully submit this Joint Stipulation.

Defendants represent that, to the best of their knowledge, "the February metadata overlay consisted of family relationship information that could not have been included when documents were originally produced." *See* Dkt. No. 2470.

With respect to "the schedule for production of overlays providing such family relationship information going forward," *see* Dkt. No. 2470:

1.   Defendants agree to produce overlays providing such hyperlink-related metadata on a twice monthly basis going forward until such overlays are no longer required.

2.   Defendants agree to limit those overlays to documents receiving updated hyperlink metadata.

3.   Defendants agree to provide cover letters for those overlays stating that, to the best of

1  their knowledge, the overlay consists of hyperlink-related metadata that could not have been included

2  when documents were originally produced or at the time of the previous overlay production.

3

4

5  By: /s/ Rachel B. Abrams
RACHEL B. ABRAMS (SBN 209316)
6  **PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
7  555 Montgomery Street, Suite 820
San Francisco, CA 94111
8  Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com
9

10 ROOPAL P. LUHANA (Pro Hac Vice)
**CHAFFIN LUHANA LLP**
11 600 Third Avenue, Fl. 12
New York, NY 10016
12 Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com
13 *Co-Lead Counsel for Plaintiffs*

14
SARAH R. LONDON (SBN 267083)
15 **GIRARD SHARP LLP**
601 California St., Suite 1400
16 San Francisco, CA 94108
Telephone: (415) 981-4800
17 slondon@girardsharp.com

By: /s/ Michael B. Shortnacy
MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (*Pro Hac Vice* admitted)
oot@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
1800 K Street NW, Suite 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

RANDALL S. LUSKEY (SBN: 240915)
rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

## ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: March 14, 2025

By: /s/  Rachel B. Abrams

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ *Rachel B. Abrams*