[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
|---|---|

Under Civil Local Rules 7-11 and 79-5(f), Plaintiffs move the Court to consider whether material designated confidential by Uber should be sealed.

On March 14, 2025, Plaintiffs filed amended bellwether complaints. The complaints include information derived from Defense Fact Sheets and documents produced in discovery that Uber has designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the protective order.

**Material To Be Filed Under Seal**

The material to be filed under seal is portions of Plaintiffs' amended bellwether complaints.

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] C.L. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] A.R.1 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] J.E. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] LCHB128 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] Jane Doe QLF 001 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] T.L. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] B.L. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] Jaylynn Dean Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] A.R.2 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] A.G. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] K.E. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] D.J. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] Amanda Lazio Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] WHB 1486 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] WHB 318 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] WHB 1898 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] WHB 407 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] WHB 1876 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] WHB 823 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |

Under Local Rule 79-5(f)(3), Uber bears the responsibility to establish that all of the designated material is sealable.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Annie M. Wanless in Support of this Motion; and

2. A Proposed Order that lists in tabular format all material sought to be sealed.

Dated:  March 14, 2025

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

CASE NO. 23-MD-03084-CRB

*Co-Lead Counsel for Plaintiffs*

- 4 -

ADMIN MOT. TO CONSIDER WHETHER
ANOTHER PARTY'S MAT. SHOULD BE SEALED
CASE NO. 23-MD-03084-CRB

| | |
|---|---|
| 1 | **<u>FILER'S ATTESTATION</u>** |
| 2 | I am the ECF User whose ID and password are being used to file this document. In |
| 3 | compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this |
| 4 | filing. |
| 5 | |
| 6 | Dated: March 14, 2025    By:   */s/ Annie M. Wanless*<br>                                                        Annie M. Wanless |

- 5 -

ADMIN MOT. TO CONSIDER WHETHER
ANOTHER PARTY'S MAT. SHOULD BE SEALED
CASE NO. 23-MD-03084-CRB