IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF ANNIE M. WANLESS IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

I, Annie M. Wanless, declare:

1. I am an attorney in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein

2. Because the materials at issue were designated by Uber as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY", Plaintiffs filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] C.L. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] A.R. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] J.E. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] LCHB128 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Jane Doe QLF 001 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] T.L. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] B.L. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] Jaylynn Dean Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] A.R. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] A.G. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] K.E. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] D.J. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] Amanda Lazio Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] WHB 1486 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] WHB 318 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] WHB 1898 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] WHB 407 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] WHB 1876 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] WHB 823 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2025 in Oakland, California.

*/s/ Annie M. Wanless*
Annie M. Wanless