IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SESAL** |

Having considered Plaintiffs' March 14, 2025 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] C.L. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] A.R. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] J.E. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] LCHB128 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] Jane Doe QLF 001 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] T.L. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] B.L. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] Jaylynn Dean Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] A.R. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] A.G. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] K.E. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] D.J. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] Amanda Lazio Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] WHB 1486 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] WHB 318 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] WHB 1898 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] WHB 407 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] WHB 1876 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |
| [Unredacted] WHB 823 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | Uber |

**IT IS SO ORDERED.**

1  Dated: _____

2
3                                       HON. CHARLES R. BREYER
                                      United States District Judge

- 3 -

[PROPOSED] ORDER RE: ADMIN MOT. TO SEAL
CASE NO. 23:MD-03084-CRB