IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| This Document Relates to:<br><br>ALL CASES | **CERTIFICATE OF SERVICE** |

I certify that, on March 14, 2025 a true and correct copy of the following documents:

- [Unredacted] C.L. Amended Bellwether Complaint
- [Unredacted] A.R. Amended Bellwether Complaint
- [Unredacted] J.E. Amended Bellwether Complaint
- [Unredacted] LCHB128 Amended Bellwether Complaint
- [Unredacted] Jane Doe QLF 001 Amended Bellwether Complaint
- [Unredacted] T.L. Amended Bellwether Complaint
- [Unredacted] B.L. Amended Bellwether Complaint
- [Unredacted] Jaylynn Dean Amended Bellwether Complaint
- [Unredacted] A.R. Amended Bellwether Complaint
- [Unredacted] A.G. Amended Bellwether Complaint
- [Unredacted] K.E. Amended Bellwether Complaint
- [Unredacted] D.J. Amended Bellwether Complaint
- [Unredacted] Amanda Lazio Amended Bellwether Complaint
- [Unredacted] WHB 1486 Amended Bellwether Complaint
- [Unredacted] WHB 318 Amended Bellwether Complaint
- [Unredacted] WHB 1898 Amended Bellwether Complaint
- [Unredacted] WHB 507 Amended Bellwether Complaint
- [Unredacted] WHB 1876 Amended Bellwether Complaint
- [Unredacted] WHB 823 Amended Bellwether Complaint

were served pursuant to Civil L.R. 5 (a) to each person named below:

Randall Luskey (rluskey@paulweiss.com)
Marc Price Wolf (mpricewolf@paulweiss.com)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1   535 Mission Street, 24th Floor
    San Francisco, CA 94105
2   Telephone: (628) 432-5100

3   Robert Atkins (ratkins@paulweiss.com)
4   Louis Murray (lmurray@paulweiss.com)
    **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
5   1285 Avenue of the Americas
    New York, NY 10019
6   Telephone: (212) 373-3000

7   Kyle Smith (ksmith@paulweiss.com)
8   **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
    2001 K Street, NW
9   Washington, DC 20006
    Telephone: (202) 223-7407
10

11  Service E-mail
    MDL3084-service-Uber@paulweiss.com

12
                    *Attorneys for Defendants*
13          UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

14          ☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced
            document(s) to be sent in electronic PDF format as an attachment to an
15          email addressed to the person(s) on whom such document(s) is/are to be served at
            the email address(es) shown above, as last given by that person(s) or as obtained
16          from an internet website(s) relating to such person(s), and I did not receive an email
            response upon sending such email indicating that such email was not delivered.
17

18          I declare under penalty of perjury that the foregoing is true and correct. Executed in Oakland,
19  California on March 14, 2025.

20
                                        By: */s Annie M. Wanless*
21                                      Annie M. Wanless

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
CASE NO. 23-MD-03084-CRB