RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
  ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
  cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
  akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB <br><br> Judge:     Honorable Charles Breyer |
| This Document Relates to: <br><br> *Brianna Craig v. Uber Technologies, Inc., et al.* <br> Case No.: 3:23-cv-05932-CRB | **STIPULATION EXTENDING TIME FOR THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC., RAISER, LLC, AND RAISER-CA, LLC TO RESPOND TO THIRD-PARTY DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY THE CASE** |

### STIPULATION

**WHEREAS**, on December 18, 2024, Defendants/Third-Party Plaintiffs Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC (collectively, "Uber") filed their Third-Party Complaint against Third-Party Defendant Syd Syed. (ECF 8). In response, on January 14, 2025, Third-Party

1  Defendant filed a Motion to Compel Arbitration of the Third-Party Complaint and Stay the Action.
2  (ECF 11). Pursuant to Local Rule 7-3, Uber was required to file its opposition by January 28, 2025.

3       **WHEREAS**, on January 28, 2025, this Court entered a stipulation by the parties that: the
4  January 28, 2025, deadline for Third-Party Plaintiffs to respond to Third-Party Defendant's Motion to
5  Compel Arbitration be extended to March 14, 2025, and Third-Party Defendant's deadline to file a
6  Reply in support of his Motion to Compel Arbitration be extended to March 21, 2025.  The hearing
7  on Third-Party Defendant's Motion to Compel Arbitration also was moved from February 28 to April
8  11, 2025. (ECF 15)

9       **WHEREAS**, the parties met and conferred, and have agreed that Third-Party Plaintiffs should
10 be permitted a brief eleven-day extension of the March 14 deadline to respond to Third-Party
11 Defendant's Motion to Compel Arbitration and Stay the Case.

12      **WHEREAS**, specifically the parties have agreed that Third-Party Plaintiffs may have until
13 March 25, 2025, to respond to Third-Party Defendant's Motion to Compel Arbitration, and to extend
14 Third-Party Defendant's deadline to file a reply to April 8, 2025.

15      **WHEREAS**, the parties also agreed to move the hearing date on Third-Party Defendant's
16 Motion to Compel Arbitration from April 11 to May 2, 2025.

17      **WHEREAS**, there has been only the one aforementioned time modification in this case.

18      **THEREFORE,** the parties respectfully request that the Court enter the parties' stipulation
19 that: the March 14, 2025, deadline for Third-Party Plaintiffs to respond to Third-Party Defendant's
20 Motion to Compel Arbitration herein is extended to March 25, 2025, and Third-Party Defendant's
21 deadline to file a Reply in support of his Motion to Compel Arbitration is extended to April 8, 2025.
22 The hearing on Third-Party Defendant's Motion to Compel Arbitration is moved from April 11 to
23 May 2, 2025.

24 **IT IS SO STIPULATED.**

25
26
27
28

| | |
|---|---|
| DATED: March 14, 2025 | Respectfully submitted, |
| | **SHOOK HARDY & BACON L.L.P.** |
| | By: */s/ Maria Salcedo*<br>  MARIA SALCEDO |
| | MARIA SALCEDO (Admitted *Pro Hac Vice*)<br>  msalcedo@shb.com<br>**SHOOK, HARDY & BACON L.L.P.**<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547 |
| | MICHAEL B. SHORTNACY |
| | MICHAEL B. SHORTNACY (SBN: 277035)<br>  mshortnacy@shb.com<br>**SHOOK, HARDY & BACON L.L.P.**<br>2121 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (424) 285-8330<br>Facsimile: (424) 204-9093 |
| | PATRICK OOT (Admitted *Pro Hac Vice*)<br>  oot@shb.com<br>**SHOOK, HARDY & BACON L.L.P.**<br>1800 K St. NW Ste. 1000<br>Washington, DC 20006<br>Telephone: (202) 783-8400<br>Facsimile: (202) 783-4211 |
| | KYLE N. SMITH (*Pro Hac Vice* admitted)<br>  ksmith@paulweiss.com<br>JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)<br>  jphillips@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON<br>  & GARRISON LLP**<br>2001 K Street, NW<br>Washington DC, 20006<br>Telephone: (202) 223-7300<br>Facsimile:  (202) 223-7420 |
| | *Attorney for Defendants/Third-Party Plaintiffs*<br>UBER TECHNOLOGIES, INC.,<br>RASIER, LLC, and RASIER-CA, LLC |

|   |   |
|---|---|
| DATED: March 14, 2025 | By: /s/  Haitham G. Amin<br>Haitham G. Amin, California State Bar No. 28679<br>**AMIN LAW, P.C.**<br>50 California St., Suite 1500<br>San Francisco, CA 94111<br>Telephone: (415) 851.4300<br>HAmin@AminLaw.com |
|   | By: /s/  Seth W. Wiener<br>Seth W. Wiener (California State Bar No. 203747)<br>**LAW OFFICES OF SEITH W. WIENER**<br>609 Karina Court<br>San Ramon, CA 94582<br>Telephone: (925) 487-5607<br>seth@sethwienerlaw.com |

*Attorneys for Third-Party Defendant Syd Syed*

### FILER'S ATTESTATION

I, Maria Salcedo, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

|   |   |
|---|---|
| Dated: March 14, 2025 | BY: /s/ Maria Salcedo<br>Maria Salcedo (ADMITTED PRO HAC VICE) |