**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Brianna Craig v. Uber Technologies, Inc., et al.*<br>Case No.: 3:23-cv-05932-CRB | MDL No. 3084 CRB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME FOR THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC., RAISER, LLC, AND RAISER-CA, LLC TO RESPOND TO THIRD-PARTY DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY THE CASE** |

1  PURSUANT TO STIPULATION, IT SO ORDERED:

2  1. The Stipulation Extending Time for Defendants/Third-Party Plaintiffs Uber Technologies, Inc.,
3  Raiser, LLC, and Rasier-CA, LLC to respond to Third-Party Defendant's Motion to Compel Arbitration is
4  **GRANTED**.

5  2. The March 14, 2025 deadline for Third-Party Plaintiffs to respond to Third-Party Defendant's
6  Motion to Compel Arbitration is extended to March 25, 2025, and Third-Party Defendant's deadline to
7  file a Reply in support of his Motion to Compel Arbitration is extended to April 8, 2025.

8  3. The hearing on Third-Party Defendant's Motion to Compel Arbitration will take place on May 2,
9  2025, at 10:00 a.m. The April 11, 2025 hearing on this motion is hereby cancelled.

10  **IT IS SO ORDERED.**

11  DATED: March _____, 2025

12  Charles R. Breyer
United States District Judge

[PROPOSED] ORDER                                                                  Case No. 3:23-cv-05932-CRB