[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| This Document Relates to:<br><br>ALL CASES | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD**:

Under Civil Local Rules 7-11 and 79-5(f), Plaintiffs hereby move the Court to consider whether certain materials should be sealed. Plaintiffs file these materials under seal out of an abundance of caution because they contain references to documents produced and marked confidential by Uber.

**Material To Be Filed Under Seal**

The materials to be filed under seal are portions of Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order and exhibits attached thereto. Plaintiffs request the Court consider whether the following should be filed under seal:

ADMIN MOT. TO SEAL
CASE NO. 23-MD-03084-CRB

| Document | Description | Designating Party |
|---|---|---|
| Portions of Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | References to information deemed confidential | Uber |
| Portions of Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | References to information deemed confidential | Uber |
| Exhibit 1 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 2 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 3 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 4 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 5 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 6 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 7 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 8 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' | Document and information deemed confidential | Uber |

| Motion for Protective Order | | |
|---|---|---|
| Exhibit 9 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 10 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 11 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 12 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 13 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 14 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 15 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 16 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 17 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 18 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |

| Exhibit 19 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
|---|---|---|
| Exhibit 20 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 21 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 22 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 23 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 24 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 25 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 26 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 27 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 28 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |

| | | |
|---|---|---|
| Exhibit 29 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 30 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 31 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 32 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 33 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 34 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 35 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 36 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 37 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 38 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |

ADMIN MOT. TO SEAL
CASE NO. 23-MD-03084-CRB

| | | |
|---|---|---|
| Exhibit 39 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 40 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 41 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 42 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 43 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 44 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 45 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 46 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 47 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 48 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |

| Exhibit 49 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| --- | --- | --- |
| Exhibit 50 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 51 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 52 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 53 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 54 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 55 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 56 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 57 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 58 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |

| | | |
|---|---|---|
| Exhibit 59 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 60 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 61 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 62 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 63 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 64 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 65 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 66 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 67 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 68 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |

| | | |
|---|---|---|
| Exhibit 69 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 70 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 71 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 72 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 73 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 74 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 75 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 76 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 77 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 78 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |

| | | |
|---|---|---|
| Exhibit 79 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 80 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 81 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 82 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 83 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 84 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 85 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 86 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 87 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 88 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |

ADMIN MOT. TO SEAL
CASE NO. 23-MD-03084-CRB

| | | |
|---|---|---|
| Exhibit 89 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 90 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 91 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 92 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 93 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 94 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 95 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 96 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 97 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 98 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |

| Exhibit 99 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
|---|---|---|
| Exhibit 100 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 101 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 102 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 103 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 104 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 105 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 106 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 107 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 108 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |

ADMIN MOT. TO SEAL
CASE NO. 23-MD-03084-CRB

| Exhibit 109 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| --- | --- | --- |
| Exhibit 110 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 111 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 112 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 113 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 114 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 115 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 116 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 117 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 118 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |

| Exhibit 119 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
|---|---|---|
| Exhibit 120 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 121 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 122 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 123 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 124 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 125 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 126 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 127 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 128 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |

| Exhibit 129 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
|---|---|---|
| Exhibit 130 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 131 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 132 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 133 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 134 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 135 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 136 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 137 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 138 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |

ADMIN MOT. TO SEAL
CASE NO. 23-MD-03084-CRB

| Exhibit 139 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
|---|---|---|
| Exhibit 140 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 141 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 142 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 143 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 144 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 145 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 146 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 147 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 148 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |

| Exhibit 149 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 150 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 151 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 152 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 153 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 154 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 155 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 156 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 157 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 158 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ADMIN MOT. TO SEAL
CASE NO. 23-MD-03084-CRB

| | | |
|---|---|---|
| Exhibit 159 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 160 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 161 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 162 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 163 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 164 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 165 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 166 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 167 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 168 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |

| | | |
|---|---|---|
| Exhibit 169 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 170 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 171 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 172 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 173 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 174 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 175 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 176 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 177 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 178 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |

| | | |
|---|---|---|
| Exhibit 179 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 180 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 181 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 182 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 183 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 184 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 185 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 186 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 187 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 188 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |

ADMIN MOT. TO SEAL
CASE NO. 23-MD-03084-CRB

| Exhibit 189 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
|---|---|---|
| Exhibit 190 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 191 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |
| Exhibit 192 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |

Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules. None of the information at issue was marked confidential by Plaintiffs. Pursuant to the Court's order at Dkt. 1559, Uber must file its statement within one day.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

    1.    The Declaration of Roopal P. Luhana in Support of this Motion; and

    2.    A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: March 14, 2025                Respectfully submitted,

                                        By: */s/ Roopal P. Luhana*
                                        Roopal P. Luhana

                                        **CHAFFIN LUHANA LLP**
                                        600 Third Avenue, 12th Floor
                                        New York, NY 10016
                                        Telephone: (888) 480-1123
                                        Facsimile: (888) 499-1123
                                        luhana@chaffinluhana.com

1

By: /s/ Sarah R. London

2

Sarah R. London (SBN 267093)

3

**GIRARD SHARP LLP**

601 California St., Suite 1400

4

San Francisco, CA 94108

Telephone: (415) 981-4800

5

slondon@girardsharp.com

6

7

By: /s/ Rachel B. Abrams

Rachel B. Abrams (SBN 209316)

8

9

**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**

10

555 Montgomery Street, Suite 820

San Francisco, CA 94111

11

Telephone: (415) 426-5641

Facsimile: (415) 840-9435

12

rabrams@peifferwolf.com

13

*Co-Lead Counsel for Plaintiffs*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMIN. MOT. TO SEAL
CASE NO. 23-MD-03084-CRB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify under penalty of perjury that on March 14, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to registered parties.

*/s/Roopal Luhana*

ADMIN MOT. TO SEAL
CASE NO. 23-MD-03084-CRB