1    [Submitting Counsel below]

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    IN RE: UBER TECHNOLOGIES, INC.,          Case No. 23-md-03084-CRB
     PASSENGER SEXUAL ASSAULT
9    LITIGATION
                                              **CERTIFICATE OF SERVICE**
10   _____

11   This Document Relates to:

12   ALL CASES

13           I certify that, on March 14, 2025, a true and correct copy of the UNREDACTED and

14   UNSEALED versions of the following documents:

15
     | **Document** |
     | --- |
16   | Portions of Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
17
18   | Dec. of R. Luhana ISO Plaintiffs' Brief In Opposition to Defendants' Motion for Protective Order |
19
20
21   | Exhibit 1 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
22
23
24   | Exhibit 2 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
25
26   | Exhibit 3 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
27
28

                                   - 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| |
|---|
| Exhibit 4 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 5 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 6 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 7 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 8 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 9 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 10 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 11 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 12 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 13 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 14 to Dec. of R. |

| | |
|---|---|
| 1<br>2 | Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| 3<br>4<br>5 | Exhibit 15 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| 6<br>7<br>8 | Exhibit 16 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| 9<br>10 | Exhibit 17 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| 11<br>12<br>13 | Exhibit 18 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| 14<br>15<br>16 | Exhibit 19 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| 17<br>18 | Exhibit 20 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| 19<br>20<br>21 | Exhibit 21 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| 22<br>23<br>24 | Exhibit 22 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| 25<br>26 | Exhibit 23 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| 27<br>28 | Exhibit 24 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' |

- 3 -

| |
|---|
| Motion for Protective Order |
| Exhibit 25 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 26 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 27 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 28 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 29 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 30 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 31 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 32 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 33 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 34 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit 35 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 36 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 37 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 38 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 39 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 40 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 41 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 42 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 43 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 44 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 45 to Dec. of R.

| |
|---|
| Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 46 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 47 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 48 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 49 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 50 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 51 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 52 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 53 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 54 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 55 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' |

- 6 -

| |
|---|
| Motion for Protective Order |
| Exhibit 56 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 57 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 58 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 59 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 60 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 61 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 62 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 63 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 64 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 65 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| |
| Exhibit 66 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 67 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 68 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 69 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 70 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 71 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 72 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 73 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 74 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 75 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 76 to Dec. of R. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Luhana ISO Plaintiffs' Brief
in Opposition to Defendants'
Motion for Protective Order

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| |
|---|
| Exhibit 77 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 78 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 79 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 80 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 81 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 82 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 83 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 84 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 85 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 86 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| |
|---|
| Exhibit 87 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 88 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 89 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 90 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 91 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 92 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 93 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 94 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 95 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 96 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| Exhibit 97 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 98 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 99 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 100 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 101 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 102 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 103 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 104 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 105 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 106 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |

- 12 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit 107 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 108 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 109 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 110 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 111 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 112 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 113 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 114 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 115 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 116 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

1

2

3

Exhibit 117 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

4

5

6

Exhibit 118 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

7

8

9

Exhibit 119 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

10

11

Exhibit 120 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

12

13

14

Exhibit 121 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

15

16

17

Exhibit 122 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

18

19

Exhibit 123 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

20

21

22

Exhibit 124 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

23

24

25

Exhibit 125 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

26

27

Exhibit 126 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

28

Exhibit 127 to Dec. of R.

- 14 -

1
2

Luhana ISO Plaintiffs' Brief
in Opposition to Defendants'
Motion for Protective Order

3
4
5

Exhibit 128 to Dec. of R.
Luhana ISO Plaintiffs' Brief
in Opposition to Defendants'
Motion for Protective Order

6
7
8

Exhibit 129 to Dec. of R.
Luhana ISO Plaintiffs' Brief
in Opposition to Defendants'
Motion for Protective Order

9
10

Exhibit 130 to Dec. of R.
Luhana ISO Plaintiffs' Brief
in Opposition to Defendants'
Motion for Protective Order

11
12
13

Exhibit 131 to Dec. of R.
Luhana ISO Plaintiffs' Brief
in Opposition to Defendants'
Motion for Protective Order

14
15
16

Exhibit 132 to Dec. of R.
Luhana ISO Plaintiffs' Brief
in Opposition to Defendants'
Motion for Protective Order

17
18

Exhibit 133 to Dec. of R.
Luhana ISO Plaintiffs' Brief
in Opposition to Defendants'
Motion for Protective Order

19
20
21

Exhibit 134 to Dec. of R.
Luhana ISO Plaintiffs' Brief
in Opposition to Defendants'
Motion for Protective Order

22
23
24

Exhibit 135 to Dec. of R.
Luhana ISO Plaintiffs' Brief
in Opposition to Defendants'
Motion for Protective Order

25
26

Exhibit 136 to Dec. of R.
Luhana ISO Plaintiffs' Brief
in Opposition to Defendants'
Motion for Protective Order

27
28

Exhibit 137 to Dec. of R.
Luhana ISO Plaintiffs' Brief
in Opposition to Defendants'

| |
|---|
| Motion for Protective Order |
| Exhibit 138 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 139 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 140 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 141 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 142 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 143 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 144 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 145 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 146 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 147 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit 148 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 149 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 150 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 151 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 152 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 153 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 154 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 155 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 156 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 157 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order

Exhibit 158 to Dec. of R.

- 17 -

| |
|---|
| Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 159 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 160 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 161 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 162 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 163 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 164 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 165 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 166 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 167 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 168 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' |

| |
|---|
| Motion for Protective Order |
| Exhibit 169 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 170 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 171 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 172 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 173 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 174 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 175 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 176 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 177 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 178 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| |
|---|
| Exhibit 179 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 180 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 181 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 182 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 183 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 184 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 185 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 186 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 187 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 188 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| Exhibit 189 to Dec. of R. |

- 20 -

1

2

| Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
|---|

3

4

5

| Exhibit 190 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
|---|

6

7

8

| Exhibit 191 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
|---|

9

10

| Exhibit 192 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
|---|

11

12

13   were served pursuant to Civil L.R. 5 (a) to each person named below:

14   Daniel Cummings (decummings@shb.com)
     **SHOOK, HARDY & BACON, LLP**
15   2555 Grand Blvd.
     Kansas City, MO 64108
16   Telephone: (816) 474-6550

17
     Rachel Lewis (rlewis@shb.com)
18   Joshua Taylor (JJTAYLOR@shb.com)
     **SHOOK, HARDY & BACON, LLP**
19   111 S. Wacker Dr., Suite 4700
     Chicago, IL 60606
20   Telephone: (312) 704-7700

21
     Nicole LeBeau (NLeBEAU@shb.com)
22   **SHOOK, HARDY & BACON, LLP**
     1800 K Street, NW, 10th Floor
23   Washington, DC 20006
     Telephone: (202) 783-8400
24

25   Michael B. Shortnacy (mshortnacy@shb.com)
     **SHOOK, HARDY & BACON, LLP**
26   2049 Century Park East, Suite 3000
     Los Angeles, CA 90067
27   Telephone: (424) 285-8330

28
     Service E-mail

1   MDL3084-service-Uber@paulweiss.com

2                       *Attorneys for Defendants*
         UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

3

4      ☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced
    document(s) to be sent in electronic PDF format as an attachment to an

5   email addressed to the person(s) on whom such document(s) is/are to be served at
   the email address(es) shown above, as last given by that person(s) or as obtained

6   from an internet website(s) relating to such person(s), and I did not receive an email
   response upon sending such email indicating that such email was not delivered.

7

8      I declare under penalty of perjury under the laws of the United States of America that the

9   foregoing is true and correct. Executed on March 14, 2025.

10                           By: */s Roopal Luhana*

11                           Roopal Luhana

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
CASE NO. 23-MD-03084-CRB