IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER**<br><br>Judge: Honorable Lisa J. Cisneros |

- 1 -

DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER

I, Roopal Luhana, hereby declare as follows:

1. I am a partner of Chaffin Luhana LLP, an attorney licensed in the State of New York and duly admitted to practice before this Court, representing Plaintiffs in the above captioned action.

2. I submit this declaration in support of Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order.

3. [REDACTED]

4. Attached hereto as Exhibit 1 is a true and correct copy of the document produced as bates no. UBER000050727.

5. Attached hereto as Exhibit 2 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000540891.

6. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the deposition of Troy Stevenson, dated October 21, 2024.

7. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the deposition of Kate Parker, dated December 3, 2024.

8. Attached hereto as Exhibit 5 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001992853.

9. Attached hereto as Exhibit 6 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_002036664.

10. Attached hereto as Exhibit 7 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_002283820.

11. Attached hereto as Exhibit 8 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_002351075.

12. Attached hereto as Exhibit 9 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001163716.

13. Attached hereto as Exhibit 10 is a true and correct copy of the document produced as bates no. UBER000152308.

14. Attached hereto as Exhibit 11 is a true and correct copy of the document produced as bates no. UBER000151779.

15. Attached hereto as Exhibit 12 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001387249.

16. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the deposition of Roger Kaiser, dated November 19, 2024.

17. Attached hereto as Exhibit 14 is a true and correct copy of excerpts of the deposition of Andi Pimentel, dated October 15, 2024.

18. Attached hereto as Exhibit 15 is a true and correct copy of excerpts of the deposition of Jenny Luu (rough), dated February 27, 2025.

19. Attached hereto as Exhibit 16 is a true and correct copy of a compendium of additional evidence related to Dara Khosrowshahi.

20. Attached hereto as Exhibit 17 is a true and correct copy of excerpts of the deposition of Brad Rosenthal, dated October 24, 2023.

21. Attached hereto as Exhibit 18 is a true and correct copy of the document produced as bates no. UBER-MDL3084-000114641.

22. Attached hereto as Exhibit 19 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000568123.

23. Attached hereto as Exhibit 20 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001628486.

24. Attached hereto as Exhibit 21 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000325749.

25. Attached hereto as Exhibit 22 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001705147.

26. Attached hereto as Exhibit 23 is a true and correct copy of the document produced

DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER

as bates no. UBER-MDL3084-000051078.

27. Attached hereto as Exhibit 24 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001098527.

28. Attached hereto as Exhibit 25 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000325877.

29. Attached hereto as Exhibit 26 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000325790.

30. Attached hereto as Exhibit 27 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000326048.

31. Attached hereto as Exhibit 28 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000326044.

32. Attached hereto as Exhibit 29 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_002085536.

33. Attached hereto as Exhibit 30 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000326037.

34. Attached hereto as Exhibit 31 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001564730.

35. Attached hereto as Exhibit 32 is a true and correct copy of the document produced as bates no. UBER-MDL3084-000045388.

36. Attached hereto as Exhibit 33 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001775774.

37. Attached hereto as Exhibit 34 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_002345750.

38. Attached hereto as Exhibit 35 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001628493.

39. Attached hereto as Exhibit 36 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000325751.

40. Attached hereto as Exhibit 37 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000484231.

41. Attached hereto as Exhibit 38 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001741846.

42. Attached hereto as Exhibit 39 is a true and correct copy of a compendium of additional evidence related to Travis Kalanick.

43. Attached hereto as Exhibit 40 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000464518.

44. Attached hereto as Exhibit 41 is a true and correct copy of the document produced as bates no. UBER000055537.

45. Attached hereto as Exhibit 42 is a true and correct copy of the document produced as bates no. UBER000021413.

46. Attached hereto as Exhibit 43 is a true and correct copy of the document produced as bates no. UBER000065688.

47. Attached hereto as Exhibit 44 is a true and correct copy of the document produced as bates no. UBER000055391.

48. Attached hereto as Exhibit 45 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000135315.

49. Attached hereto as Exhibit 46 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000046002.

50. Attached hereto as Exhibit 47 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_002478890.

51. Attached hereto as Exhibit 48 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000046015.

52. Attached hereto as Exhibit 49 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000169381.

53. Attached hereto as Exhibit 50 is a true and correct copy of the document produced

as bates no. UBER_JCCP_MDL_000169395.

54. Attached hereto as Exhibit 51 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000169416.

55. Attached hereto as Exhibit 52 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000483966.

56. Attached hereto as Exhibit 53 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000113000.

57. Attached hereto as Exhibit 54 is a true and correct copy of a compendium of additional evidence related to Jill Hazelbaker.

58. Attached hereto as Exhibit 55 is a true and correct copy of the document produced as bates no. UBER-MDL3084-000126517.

59. Attached hereto as Exhibit 56 is a true and correct copy of the document produced as bates no. UBER-MDL3084-000127217.

60. Attached hereto as Exhibit 57 is a true and correct copy of the document produced as bates no. UBER-MDL3084-000126271.

61. Attached hereto as Exhibit 58 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001586679.

62. Attached hereto as Exhibit 59 is a true and correct copy of a compendium of additional evidence related to Rachel Whetstone.

63. Attached hereto as Exhibit 60 is a true and correct copy of the document produced as bates no. UBER000051894.

64. Attached hereto as Exhibit 61 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000952475.

65. Attached hereto as Exhibit 62 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000575334.

66. Attached hereto as Exhibit 63 is a true and correct copy of the document produced as bates no. UBER000181228.

67. Attached hereto as Exhibit 64 is a true and correct copy of the document produced as bates no. UBER 000212419.

68. Attached hereto as Exhibit 65 is a true and correct copy of the document produced as bates no. UBER000187361.

69. Attached hereto as Exhibit 66 is a true and correct copy of the document produced as bates no. UBER000227631.

70. Attached hereto as Exhibit 67 is a true and correct copy of the document produced as bates no. UBER000178156.

71. Attached hereto as Exhibit 68 is a true and correct copy of the document produced as bates no. UBER000153826.

72. Attached hereto as Exhibit 69 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000093920.

73. Attached hereto as Exhibit 70 is a true and correct copy of the document produced as bates no. UBER000142572.

74. Attached hereto as Exhibit 71 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000133724.

75. Attached hereto as Exhibit 72 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000563470

76. Attached hereto as Exhibit 73 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001738906.

77. Attached hereto as Exhibit 74 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_002030197.

78. Attached hereto as Exhibit 75 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000128083.

79. Attached hereto as Exhibit 76 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000203926.

80. Attached hereto as Exhibit 77 is a true and correct copy of the document produced

as bates no. UBER_JCCP_MDL_000513656.

81. Attached hereto as Exhibit 78 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_002219303.

82. Attached hereto as Exhibit 79 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_002301381.

83. Attached hereto as Exhibit 80 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_002301426.

84. Attached hereto as Exhibit 81 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001819138.

85. Attached hereto as Exhibit 82 is a true and correct copy of the document produced as bates no. UBER000220825.

86. Attached hereto as Exhibit 83 is a true and correct copy of the document produced as bates no. UBER000100282.

87. Attached hereto as Exhibit 84 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000369474.

88. Attached hereto as Exhibit 85 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000959559.

89. Attached hereto as Exhibit 86 is a true and correct copy of the document produced as bates no. UBER000051449.

90. Attached hereto as Exhibit 87 is a true and correct copy of the document produced as bates no. UBER000206600.

91. Attached hereto as Exhibit 88 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000214321.

92. Attached hereto as Exhibit 89 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001720742.

93. Attached hereto as Exhibit 90 is a true and correct copy of the document produced as bates no. UBER000052434.

94. Attached hereto as Exhibit 91 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_002207169.

95. Attached hereto as Exhibit 92 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000170655.

96. Attached hereto as Exhibit 93 is a true and correct copy of the document produced as bates no. UBER000097043.

97. Attached hereto as Exhibit 94 is a true and correct copy of the document produced as bates no. UBER000204220.

98. Attached hereto as Exhibit 95 is a true and correct copy of the document produced as bates no. UBER000234361.

99. Attached hereto as Exhibit 96 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000418203.

100. Attached hereto as Exhibit 97 is a true and correct copy of the document produced as bates no. UBER000131353.

101. Attached hereto as Exhibit 98 is a true and correct copy of a compendium of additional evidence related to Sachin Kansal.

102. Attached hereto as Exhibit 99 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001708244.

103. Attached hereto as Exhibit 100 is a true and correct copy of the document produced as bates no. UBER-MDL3084-00087973.

104. Attached hereto as Exhibit 101 is a true and correct copy of the deposition transcript of Katherine McDonald, dated October 7, 2024.

105. Attached hereto as Exhibit 102 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001708422.

106. Attached hereto as Exhibit 103 is a true and correct copy of the document produced as bates no. UBER-MDL3084-000089485.

107. Attached hereto as Exhibit 104 is a true and correct copy of the document produced

as bates no. UBER_JCCP_MDL_001047984.

108. Attached hereto as Exhibit 105 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000445898.

109. Attached hereto as Exhibit 106 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001458114.

110. Attached hereto as Exhibit 107 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001385772.

111. Attached hereto as Exhibit 108 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001528643.

112. Attached hereto as Exhibit 109 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001528665.

113. Attached hereto as Exhibit 110 is a true and correct copy of a compendium of additional evidence related to Safraz Maredia.

114. Attached hereto as Exhibit 111 is a true and correct copy of the document produced as bates no. UBER-MDL3084-000041367.

115. Attached hereto as Exhibit 112 is a true and correct copy of the deposition transcript of Ryan Graves, dated November 4, 2016.

116. Attached hereto as Exhibit 113 is a true and correct copy of the document produced as bates no. UBER-MDL3084-000354195.

117. Attached hereto as Exhibit 114 is a true and correct copy of the document produced as bates no. UBER-MDL3084-000127268.

118. Attached hereto as Exhibit 115 is a true and correct copy of the document produced as bates no. UBER-MDL3084-000296659.

119. Attached hereto as Exhibit 116 is a true and correct copy of the document produced as bates no. UBER-MDL3084-000298662.

120. Attached hereto as Exhibit 117 is a true and correct copy of the document produced as bates no. UBER-MDL3084-000301768.

121. Attached hereto as Exhibit 118 is a true and correct copy of the document produced as bates no. UBER-MDL3084-000127230.

122. Attached hereto as Exhibit 119 is a true and correct copy of a compendium of additional evidence related to Ryan Graves.

123. Attached hereto as Exhibit 120 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_002246503.

124. Attached hereto as Exhibit 121 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001713331.

125. Attached hereto as Exhibit 122 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000032097.

126. Attached hereto as Exhibit 123 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001596586.

127. Attached hereto as Exhibit 124 is a true and correct copy of the document produced as bates no. UBER-MDL3084-000127218.

128. Attached hereto as Exhibit 125 is a true and correct copy of a compendium of additional evidence related to Joe Sullivan.

129. Attached hereto as Exhibit 126 is a true and correct copy of the document produced as bates no. UBER000020339.

130. Attached hereto as Exhibit 127 is a true and correct copy of the document produced as bates no. UBER000020508.

131. Attached hereto as Exhibit 128 is a true and correct copy of the document produced as bates no. UBER000050727.

132. Attached hereto as Exhibit 129 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001594605.

133. Attached hereto as Exhibit 130 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001626779.

134. Attached hereto as Exhibit 131 is a true and correct copy of the document produced

as bates no. UBER_JCCP_MDL_000326323.

135. Attached hereto as Exhibit 132 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001103773.

136. Attached hereto as Exhibit 133 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001103774.

137. Attached hereto as Exhibit 134 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000325258.

138. Attached hereto as Exhibit 135 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000325574

139. Attached hereto as Exhibit 136 is a true and correct copy of excerpts of the deposition of Nairi Hourdajian, dated February 7, 2025.

140. Attached hereto as Exhibit 137 is a true and correct copy of the document produced as bates no. UBER000063060.

141. Attached hereto as Exhibit 138 is a true and correct copy of the document produced as bates no. UBER000066513.

142. Attached hereto as Exhibit 139 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000170063.

143. Attached hereto as Exhibit 140 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000112742.

144. Attached hereto as Exhibit 141 is a true and correct copy of the document produced as bates no. UBER000021413.

145. Attached hereto as Exhibit 142 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001733075.

146. Attached hereto as Exhibit 143 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000541313.

147. Attached hereto as Exhibit 144 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_002432409.

148. Attached hereto as Exhibit 145 is a true and correct copy of the document produced as bates no. UBER000192020.

149. Attached hereto as Exhibit 146 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000172128.

150. Attached hereto as Exhibit 147 is a true and correct copy of the document produced as bates no. UBER-MDL3084-000125884.

151. Attached hereto as Exhibit 148 is a true and correct copy of the document produced as bates no. UBER-MDL3084-000117435.

152. Attached hereto as Exhibit 149 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001636209.

153. Attached hereto as Exhibit 150 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001636484.

154. Attached hereto as Exhibit 151 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001586102.

155. Attached hereto as Exhibit 152 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001636391.

156. Attached hereto as Exhibit 153 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001711270.

157. Attached hereto as Exhibit 154 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001586006.

158. Attached hereto as Exhibit 155 is a true and correct copy of the document produced as bates no. UBER-MDL3084-000126292.

159. Attached hereto as Exhibit 156 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_002993199.

160. Attached hereto as Exhibit 157 is a true and correct copy of the document produced as bates no. UBER000094970.

161. Attached hereto as Exhibit 158 is a true and correct copy of the document produced

as bates no. UBER000180760.

162. Attached hereto as Exhibit 159 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000196804.

163. Attached hereto as Exhibit 160 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001973587.

164. Attached hereto as Exhibit 161 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000488372.

165. Attached hereto as Exhibit 162 is a true and correct copy of the document produced as bates no. UBER000229480.

166. Attached hereto as Exhibit 163 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000092659.

167. Attached hereto as Exhibit 164 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000044279.

168. Attached hereto as Exhibit 165 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000973858.

169. Attached hereto as Exhibit 166 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001511613.

170. Attached hereto as Exhibit 167 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001236406.

171. Attached hereto as Exhibit 168 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001236406.

172. Attached hereto as Exhibit 169 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000079706.

173. Attached hereto as Exhibit 170 is a true and correct copy of the document produced as bates no. UBER000094334.

174. Attached hereto as Exhibit 171 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_003010559.

175. Attached hereto as Exhibit 172 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000490715.

176. Attached hereto as Exhibit 173 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_002730038.

177. Attached hereto as Exhibit 174 is a true and correct copy of the document produced as bates no. UBER-MDL3084-000041391.

178. Attached hereto as Exhibit 175 is a true and correct copy of the document produced as bates no. UBER-MDL3084-000117497.

179. Attached hereto as Exhibit 176 is a true and correct copy of the document produced as bates no. UBER-MDL3084-000122433.

180. Attached hereto as Exhibit 177 is a true and correct copy of the document produced as bates no. UBER-MDL3084-000125761.

181. Attached hereto as Exhibit 178 is a true and correct copy of the document produced as bates no. UBER-MDL3084-000127198.

182. Attached hereto as Exhibit 179 is a true and correct copy of the document produced as bates no. UBER-MDL3084-000127230.

183. Attached hereto as Exhibit 180 is a true and correct copy of the document produced as bates no. UBER-MDL3084-000301768.

184. Attached hereto as Exhibit 181 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000432595.

185. Attached hereto as Exhibit 182 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001623434.

186. Attached hereto as Exhibit 183 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001067609.

187. Attached hereto as Exhibit 184 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001573293.

188. Attached hereto as Exhibit 185 is a true and correct copy of the document produced

as bates no. UBER-MDL3084-000127268.

189. Attached hereto as Exhibit 186 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001567685.

190. Attached hereto as Exhibit 187 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001570740.

191. Attached hereto as Exhibit 188 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001570740.

192. Attached hereto as Exhibit 189 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001628493.

193. Attached hereto as Exhibit 190 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001566664.

194. Attached hereto as Exhibit 191 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001741846.

195. Attached hereto as Exhibit 192 is a tabular list of all exhibits attached hereto, for reference purposes.

Executed this 14th day of March, 2025 in Brooklyn, New York.

/s/ Roopal P. Luhana
Roopal P. Luhana

DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER