# Exhibits 1-192

# FILED UNDER SEAL