1  Andrew R. Kaufman
**GIRARD SHARP LLP**
2  601 California St., Suite 1400
San Francisco, CA 94108
3  Telephone: (415) 981-4800
akaufman@girardsharp.com
4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | IN RE: UBER TECHNOLOGIES, INC., | No. 3:23-md-03084-CRB
   | PASSENGER SEXUAL ASSAULT       |
13 | LITIGATION                     | **NOTICE OF CHANGE OF FIRM
                                      AFFILIATION AND CHANGE OF
14                                    ADDRESS FOR ANDREW R. KAUFMAN**

15 | This Document Relates to:      | Judge: Honorable Charles R. Breyer
                                      Courtroom: 6 – 17th Floor
16 | *See Attachment A*

17

18

19  **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

20         Please take notice that Andrew R. Kaufman is no longer affiliated with Lieff Cabraser

21  Heimann & Bernstein, LLP. Mr. Kaufman is now affiliated with Girard Sharp LLP and will

22  continue representation of the Plaintiffs listed in Attachment A in this matter.

23         Effective immediately, all notices, including ECF notices, given or required to be given,

24  and all papers filed or served or required to be served, should be directed to counsel at the address

25  set forth below:

26
                              Andrew R. Kaufman
27                            akaufman@girardsharp.com
                              **GIRARD SHARP LLP**
28                            601 California St., Suite 1400

San Francisco, CA 94108
Telephone: (415) 981-4800

Dated: March 17, 2025                    Respectfully submitted,

By: */s/ Andrew R. Kaufman*
Andrew R. Kaufman (pro hac vice)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
akaufman@girardsharp.com

- 2 -

NOTICE OF CHANGE OF FIRM AFFILIATION
AND CHANGE OF ADDRESS
CASE NO. 3:23-MD-03084

# **ATTACHMENT A**

| | |
|---|---|
| 1 | LCHB111 v. Uber Technologies Inc. et al. |
| 2 | Case No. 3:24-cv-02781-CRB |
| 3 | LCHB117 v. Uber Technologies Inc. et al. |
| 4 | Case No. 3:24-cv-03384-CRB |
| 5 | LCHB149 v. Uber Technologies Inc. et al. |
| 6 | Case No. 3:24-cv-06549-CRB |
| 7 | M.F.A. v. Uber Technologies Inc. et al. |
| 8 | Case No. 2:23-cv-08115-CRB |
| 9 | LCHB115 (a minor, by and through her parent) v. Uber Technologies, Inc. et al. |
| 10 | Case No. 3:24-cv-09016-CRB |
| 11 | LCHB143 v. Uber Technologies, Inc. et al. |
| 12 | Case No. 3:24-cv-05753-CRB |
| 13 | A.M. v. Uber Technologies, Inc. et al. |
| 14 | Case No. 3:24-cv-01732-CRB |
| 15 | Angela Poveromo v. Uber Technologies Inc. et al. |
| 16 | Case No. 3:24-cv-04164-CRB |
| 17 | Rayvin Johnson v. Uber Technologies Inc. et al. |
| 18 | Case No. 3:24-cv-06279-CRB |
| 19 | LCHB093 v. Uber Technologies, Inc. et al. |
| 20 | Case No. 3:24-cv-07670-CRB |
| 21 | E.N. v. Uber Technologies, Inc. et al. |
| 22 | Case No. 3:24-cv-02284-CRB |
| 23 | Ashley Goss v. Uber Technologies, Inc. et al. |
| 24 | Case No. 3:24-cv-06702-CRB |
| 25 | LCHB122 v. Uber Technologies Inc. et al. |
| 26 | Case No. 3:24-cv-04159-CRB |
| 27 | Brittany Diao v. Uber Technologies Inc. et al. |
| 28 | Case No. 3:24-cv-04173-CRB |
| | LCHB124 v. Uber Technologies, Inc. et al. |

| | |
|---|---|
| 1 | Case No. 3:24-cv-06707-CRB |
| 2 | <u>LCHB096 v. Uber Technologies Inc. et al.</u> |
| 3 | Case No. 3:24-cv-03055-CRB |
| 4 | <u>LCHB123 v. Uber Technologies Inc. et al.</u> |
| 5 | Case No. 3:24-cv-07218-CRB |
| 6 | <u>LCHB136 v. Uber Technologies Inc. et al.</u> |
| 7 | Case No. 3:24-cv-5168-CRB |
| 8 | <u>T.H. v. Uber Technologies Inc. et al.</u> |
| 9 | Case No. 3:23-cv-06533-CRB |
| 10 | <u>M.S. v. Uber Technologies Inc. et al.</u> |
| 11 | Case No. 3:23-cv-05915-CRB |
| 12 | <u>LCHB128 v. Uber Technologies Inc. et al.</u> |
| 13 | Case No. 3:24-cv-07019-CRB |
| 14 | <u>Erica Glenn v. Uber Technologies, Inc. et al.</u> |
| 15 | Case No. 3:24-cv-03692-CRB |
| 16 | <u>LCHB061 v. Uber Technologies Inc. et al.</u> |
| 17 | Case No. 3:24-cv-02790-CRB |
| 18 | <u>LCHB107 v. Uber Technologies Inc. et al.</u> |
| 19 | Case No. 3:24-cv-02787-CRB |
| 20 | <u>LCHB091 v. Uber Technologies, Inc. et al.</u> |
| 21 | Case No. 3:24-cv-04156-CRB |
| 22 | <u>Nyakor Chawech v. Uber Technologies Inc. et al.</u> |
| 23 | Case No. 3:24-cv-03390-CRB |
| 24 | <u>K.K. v. Uber Technologies Inc. et al.</u> |
| 25 | Case No. 3:23-cv-01514-CRB |
| 26 | <u>LCHB087 v. Uber Technologies, Inc. et al.</u> |
| 27 | Case No. 3:24-cv-07403-CRB |
| 28 | <u>LCHB160 v. Uber Technologies Inc. et al.</u> |
|    | Case No. 3:24-cv-07016-CRB |

NOTICE OF CHANGE OF FIRM AFFILIATION
AND CHANGE OF ADDRESS
CASE NO. 3:23-MD-03084


1. <u>M.G. v. Uber Technologies, Inc. et al.</u>
2. 3:24-cv-01727-CRB
3. <u>K.H. v. Uber Technologies Inc. et al.</u>
4. Case No. 3:24-cv-00860-CRB