[Submitting counsel below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**NOTICE OF ERRATA RE: T.L. BELLWETHER COMPLAINT** |
| This Document Relates to:<br><br>*T.L. v. Uber Technologies, Inc., et al.*, No. 24-cv-9217 | |

Plaintiffs give notice of an error in the amended bellwether complaint filed in connection with *T.L. v. Uber Technologies, et al.*, at ECF 2596-16 (under seal) and ECF 2510 (redacted). The amended bellwether complaint identified T.L.'s case number as 23-cv-9217. The correct case number is **24**-cv-9217.

| | |
|---|---|
| | s |
| Dated: March 17, 2025 | Respectfully submitted, |
| | By: */s/ Sarah R. London* |
| | Sarah R. London (SBN 267083) |
| | **GIRARD SHARP LLP** |
| | 601 California St., Suite 1400 |
| | San Francisco, CA 94108 |
| | Telephone: (415) 981-4800 |
| | slondon@girardsharp.com |
| | |
| | By: */s/ Rachel B. Abrams* |
| | Rachel B. Abrams (SBN 209316) |
| | **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP** |
| | 555 Montgomery Street, Suite 820 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 426-5641 |
| | Facsimile: (415) 840-9435 |
| | rabrams@peifferwolf.com |
| | |
| | By: */s/ Roopal P. Luhana* |
| | Roopal P. Luhana |
| | **CHAFFIN LUHANA LLP** |
| | 600 Third Avenue, 12th Floor |
| | New York, NY 10016 |
| | Telephone: (888) 480-1123 |
| | Facsimile: (888) 499-1123 |
| | luhana@chaffinluhana.com |
| | |
| | *Co-Lead Counsel* |

## FILER'S ATTESTATION

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: March 17, 2025     By:     */s/ Andrew R. Kaufman*
                                          Andrew R. Kaufman