# EXHIBIT A

| | |
|---|---|
| 1 | RANDALL S. LUSKEY (SBN: 240915) |
| 2 | rluskey@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON** |
| 3 | **& GARRISON LLP**<br>535 Mission Street, 24th Floor |
| 4 | San Francisco, CA 94105<br>Telephone: (628) 432-5100 |
| 5 | Facsimile:  (628) 232-3101 |
| 6 | ROBERT ATKINS (*Pro Hac Vice* admitted)<br>ratkins@paulweiss.com |
| 7 | CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)<br>cgrusauskas@paulweiss.com |
| 8 | ANDREA M. KELLER (*Pro Hac Vice* admitted)<br>akeller@paulweiss.com |
| 9 | **PAUL, WEISS, RIFKIND, WHARTON**<br>**& GARRISON LLP** |
| 10 | 1285 Avenue of the Americas<br>New York, NY 10019 |
| 11 | Telephone: (212) 373-3000<br>Facsimile:  (212) 757-3990 |
| 12 | *Attorneys for Defendants* |
| 13 | UBER TECHNOLOGIES, INC.;<br>RASIER, LLC; and RASIER-CA, LLC |
| 14 | |
| 15 | *[Additional Counsel Listed on Signature Page]* |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF SCOTT BINNINGS IN SUPPORT OF DEFENDANTS' MARCH 17, 2025 BRIEF PURSUANT TO SPECIAL MASTER ORDER NO. 2, § III(6)** |
| This Document Relates to:<br><br>ALL ACTIONS | |

# DECLARATION OF SCOTT BINNINGS

I, Scott Binnings, having personal knowledge of the following state:

1. I am the Associate General Counsel, Safety and Core Services, at Uber. I was first employed by Uber in April 2015 and have worked as in-house legal counsel for the past 9 years. My previous positions included Senior Counsel, Regulatory; Senior Counsel, Safety; Legal Director, Safety; Senior Legal Director, Safety; and Senior Legal Director, Safety, Payments, and Risk. In my current role, as has been the case throughout my tenure at Uber, I am responsible for providing legal advice to Uber's leadership and employees related to safety issues, procedures, and policy, among other legal advice. I offer this Declaration in the above-captioned matter in support of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's March 17, 2025 brief pursuant to Special Master Order No. 2, § III(6) (ECF 2357). The facts set forth herein are true and correct and are based on my own personal knowledge, and I could and would competently testify thereto if called.

2. I reviewed the document identified on the privilege log as JCCP_MDL_PRIVLOG054651. It is a Google Docs comment notification email dated January 24, 2018 sent to then-Head of Global Safety Communications Brooke Anderson regarding a comment from then-Safety Communications, Sr. Manager, Tracey Breeden. The email notification was generated from a Google document concerning Uber's background check policies. The comment reflected in the email repeats verbatim the legal advice that then-Senior Counsel, Regulatory, Lisa Tse and I provided in the underlying document identified on the privilege log as JCCP_MDL_PRIVLOG006209.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Anselmo, California on March 17, 2025.   By: _____

Scott Binnings

---