1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
|---|---|

    Having considered Plaintiffs' March 18, 2025 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit 4 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | Document and information deemed confidential | Uber |

**IT IS SO ORDERED.**

Dated: _____

                                          HON. LISA J. CISNEROS
                                          United States Magistrate Court Judge