RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
  ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
  cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
  akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>Judge:     Honorable Charles Breyer |
| This Document Relates to:<br><br>*K.S. v. Uber Technologies, Inc., et al.*<br>Case No.: 3:24-cv-01916-CRB | **DEFENDANTS AND THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC.; RASIER, LLC, AND RASIER-CA, LLC'S REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE (Local Rule 7-11); [PROPOSED] ORDER** |

On December 18, 2024, Defendants/Third-Party Plaintiffs Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC (collectively, "Uber") filed their Third-Party Complaint against the Third-Party Defendant Ryan Taylor-Byers. Fed. R. Civ. P. 4(m) provides ninety (90) days for service of a complaint. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.").

Third-Party Plaintiffs have been diligently attempting to serve the Third-Party Defendant, with the Summons and Third-Party Complaint. But, to date, Third-Party Plaintiffs have been unable to serve the Third-Party Defendant in this matter.

Third-Party Plaintiffs respectfully request the Court grant a 60-day extension to complete service or take other appropriate action regarding the Third-Party Defendant. Good cause exists for this Court to extend the service deadline because Third-Party Plaintiffs have been diligently attempting to serve the Third-Party Defendant.

Third-Party Plaintiffs, through attorneys of record Shook, Hardy & Bacon, hired First Legal, a legal solutions firm, to assist with locating and serving the Third-Party Defendant. The process server attempted to serve the Third-Party Defendant at 7410 Overton Avenue, Apt. 6, Raytown, MO 64133 on January 9, 2025, but the process server indicated that the Leasing Manager, Patricia, indicated Ryan moved out and no longer lives there.

Third-Party Plaintiffs, through attorneys of record Shook, Hardy & Bacon, located 9920 Metcalf Ave, Overland Park, KS 66212 as a possible current address for the Third-Party Defendant. The summons returned unexecuted for the 7410 Overton Ave Apt 6 Raytown, MO 64133 address and the proposed summons for the 9920 Metcalf Ave, Overland Park, KS 66212 address were filed on March 17, 2025.

1  Third-Party Plaintiffs respectfully request the Court grant a 60-day extension to complete
2  service on Third-Party Defendant (or take appropriate action), allowing to and including May 17, 2025
3  to effect service.

4  DATED: March 18, 2025                    Respectfully submitted,

                                            **SHOOK, HARDY & BACON L.L.P.**

                                            By: /s/ Maria Salcedo
                                                   MARIA SALCEDO

                                            MARIA SALCEDO (Admitted *Pro Hac Vice*)
                                               msalcedo@shb.com
                                            **SHOOK, HARDY & BACON L.L.P.**
                                            2555 Grand Blvd.
                                            Kansas City, MO 64108
                                            Telephone: (816) 474-6550
                                            Facsimile: (816) 421-5547

                                            *Attorney for Defendants*
                                            UBER TECHNOLOGIES, INC.,
                                            RASIER, LLC, and RASIER-CA, LLC

-3-

UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's
REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE
AND [PROPOSED] ORDER                                        Case No. 3:24-cv-01916