RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
  ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
  cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
  akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | Judge:    Honorable Charles Breyer |
| This Document Relates to: | **DECLARATION OF MARIA SALCEDO IN SUPPORT OF DEFENDANTS AND THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC.; RASIER, LLC, AND RASIER-CA, LLC'S REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE (Local Rule 7-11); [PROPOSED] ORDER** |
| *K.S. v. Uber Technologies, Inc., et al.* Case No.: 3:24-cv-01916-CRB | |

I, Maria Salcedo, declare as follows:

1.     I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendants and Third-Party Plaintiffs, Uber Technologies, Rasier LLC, and Rasier-CA, LLC, ("Third-Party Plaintiffs").  I am a member in good standing of the Bar of the State of Missouri and the Bar of the State of Florida, and I admitted pro hac vice in this matter.  I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so.

2.     I respectfully submit this declaration in support of the accompanying Request for Administrative Relief From Service Deadline.

3.     On December 18, 2024, Defendants/Third-Party Plaintiffs Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC filed their Third-Party Complaint against Third-Party Defendant Ryan Taylor-Byers. (ECF 7).

4.     Third-Party Plaintiffs through attorneys of record Shook, Hardy & Bacon, hired First Legal, a legal solutions firm, to assist with locating and serving Third-Party Defendant.

5.     The process server attempted to serve the Third-Party Defendant at 7410 Overton Avenue, Apt. 6, Raytown, MO 64133 on January 9, 2025, but the process server indicated that the Leasing Manager indicated Third-Party Defendant moved out and no longer lives there.

7.     By my direction on March 17, 2025, Shook, Hardy & Bacon located 9920 Metcalf Ave, Overland Park, KS 66212 as a possible current address for Third-Party Defendant.

8.     By my direction on March 17, 2025, the summons returned unexecuted for the 7410 Overton Ave Apt 6 Raytown, MO 64133 address and the proposed summons for the 9920 Metcalf Ave, Overland Park, KS 66212 address were filed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of March 2025, in Kansas City, Missouri.

/s/ *Maria Salcedo*_____
MARIA SALCEDO

MARIA SALCEDO (Admitted *Pro Hac Vice*)
msalcedo@shb.com
**SHOOK, HARDY & BACON L.L.P.**

-2-

2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

DECLARATION OF MARIA SALCEDO IN SUPPORT OF DEFENDANTS AND THIRD-PARTY
PLAINTIFFS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's
REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE     Case No. 3:24-cv-01916