IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ This Order Relates To: *ALL CASES* | MDL No. 3084 **ORDER AMENDING APPOINTMENT OF MASTER JONES** |

The terms of Master Barbara S. Jones's appointment are hereby amended to include overseeing an inspection of Uber's policy-related documents, at Uber's expense, as contemplated by Judge Cisneros's order at dkt. 2545. All other terms of the Master's appointment as set forth at dkt. 2302 remain in effect and apply to the inspection of documents.

**IT IS SO ORDERED.**

Dated: March 19, 2025

CHARLES R. BREYER
United States District Judge