1    RACHEL B. ABRAMS (Cal Bar No. 209316)
     ADAM B. WOLF (Cal Bar No. 215914)
2    **Peiffer Wolf Carr Kane Conway & Wise, LLP**
     555 Montgomery Street, Suite 820
3    San Francisco, CA 94111
     Telephone: 415.766.3544
4    Facsimile: 415.840.9435
     Email: rabrams@peifferwolf.com
5    Email: awolf@peifferwolf.com

6    TIFFANY R. ELLIS (*Admitted PHV*)
     **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7    2229 Trumbull St.
     Detroit, MI 48216
8    Telephone: 313.210.1559
     Facsimile: 415.840.9435
9    Email: tellis@peifferwolf.com

10   *Counsel for Plaintiff*

11                   UNITED STATES DISTRICT COURT
12                  NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION
13   ─────────────────────────────────────────

14   IN RE: UBER TECHNOLOGIES, INC.,
     PASSENGER SEXUAL ASSAULT           )    No. 3:23-md-03084-CRB
15   LITIGATION                          )
                                         )    **NOTICE OF FILING OF NEW ACTION**
16                                       )
                                         )
17   ─────────────────────────────────  )
                                         )
18   *This document relates to:*         )
                                         )
19   *C.O. v. UBER TECHNOLOGIES, INC., et* )
     *al., 3:25-cv-02551-CRB*            )
20                                       )
                                         )
21                                       )
                                         )
22   ─────────────────────────────────────────

23          Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

24   with Jury Demand in the above-referenced action was filed on March 14, 2025.

25   ///

26   ///

27   ///

28

Dated: March 20, 2025                     Respectfully submitted,

                                          By: */s/ Rachel B. Abrams*
                                          RACHEL B. ABRAMS (Cal Bar No. 209316)
                                          ADAM B. WOLF (Cal Bar No. 215914)
                                          **Peiffer Wolf Carr Kane Conway & Wise, LLP**
                                          555 Montgomery Street, Suite 820
                                          San Francisco, CA 94111
                                          Telephone: 415.766.3544
                                          Facsimile: 415.840.9435
                                          Email: rabrams@peifferwolf.com
                                                    awolf@peifferwolf.com

                                          TIFFANY R. ELLIS (*Admitted PHV*)
                                          **Peiffer Wolf Carr Kane Conway & Wise, LLP**
                                          2229 Trumbull St.
                                          Detroit, MI 48216
                                          Telephone: 313.210.1559
                                          Facsimile: 415.840.9435
                                          Email: tellis@peifferwolf.com

                                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

                                          */s/ Rachel B. Abrams*
                                          Rachel B. Abrams