1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL MATTERS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

# [PROPOSED] ORDER

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively "Defendants") Administrative Motion to Seal, dated March 20, 2025, the Court hereby ORDERS that the following materials remain under seal:

| Documents | Description |
| --- | --- |
| Exhibit 1 to the Declaration of Randall S. Luskey in Support of Uber's Reply | Personal identifying information in draft document produced in this litigation on a "Confidential" basis concerning Uber's safety features |
| Exhibit 2 to the Declaration of Randall S. Luskey in Support of Uber's Reply | Excerpts of the deposition of Roger Kaiser that are designated "Confidential" and include internal systems and structure information |
| Exhibit 3 to the Declaration of Randall S. Luskey in Support of Uber's Reply | Personal identifying information in metadata cover sheet for confidential documents that Plaintiffs filed as exhibits in their opposition |
| Exhibit 4 to the Declaration of Randall S. Luskey in Support of Uber's Reply | Personal identifying information in metadata cover sheet for confidential documents that Plaintiffs filed as exhibits in their opposition |
| Exhibit 5 to the Declaration of Randall S. Luskey in Support of Uber's Reply | Personal identifying information in metadata cover sheet for confidential documents that Plaintiffs filed as exhibits in their opposition |
| Exhibit 6 to the Declaration of Randall S. Luskey in Support of Uber's Reply | Personal identifying information in metadata cover sheet for confidential documents that Plaintiffs filed as exhibits in their opposition |
| Exhibit 7 to the Declaration of Randall S. Luskey in Support of Uber's Reply | Personal identifying information in metadata cover sheet for confidential documents that Plaintiffs filed as exhibits in their opposition |
| Exhibit 8 to the Declaration of Randall S. Luskey in Support of Uber's Reply | Personal identifying information in metadata cover sheet for confidential documents that Plaintiffs filed as exhibits in their opposition |
| Exhibit 9 to the Declaration of Randall S. Luskey in Support of Uber's Reply | Personal identifying information in metadata cover sheet for confidential documents that Plaintiffs filed as exhibits in their opposition |

| | |
|---|---|
| Exhibit 10 to the Declaration of Randall S. Luskey in Support of Uber's Reply | Personal identifying information in metadata cover sheet for confidential documents that Plaintiffs filed as exhibits in their opposition |
| Exhibit 11 to the Declaration of Randall S. Luskey in Support of Uber's Reply | Personal identifying information in metadata cover sheet for confidential documents that Plaintiffs filed as exhibits in their opposition |
| Exhibit 12 to the Declaration of Randall S. Luskey in Support of Uber's Reply | Personal identifying information in metadata cover sheet for confidential documents that Plaintiffs filed as exhibits in their opposition |
| Exhibit 13 to the Declaration of Randall S. Luskey in Support of Uber's Reply | Personal identifying information in metadata cover sheet for confidential documents that Plaintiffs filed as exhibits in their opposition |
| Exhibit 14 to the Declaration of Randall S. Luskey in Support of Uber's Reply | Personal identifying information in metadata cover sheet for confidential documents that Plaintiffs filed as exhibits in their opposition |
| Exhibit 15 to the Declaration of Randall S. Luskey in Support of Uber's Reply | Personal identifying information in metadata cover sheet for confidential documents that Plaintiffs filed as exhibits in their opposition |
| Exhibit 16 to the Declaration of Randall S. Luskey in Support of Uber's Reply | Personal identifying information in metadata cover sheets for documents produced in this litigation on a "Confidential" basis |
| Exhibit 17 to the Declaration of Randall S. Luskey in Support of Uber's Reply | Personal identifying information in metadata cover sheets for documents produced in this litigation on a "Confidential" basis |
| Uber's Reply in Support of Motion for a Protective Order | Portions of the Reply referencing confidential information filed under seal |

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE