1  ROBERT ATKINS (Admitted *Pro Hac Vice*)
     ratkins@paulweiss.com
2  JACQUELINE P. RUBIN (Admitted *Pro Hac Vice*)
     jrubin@paulweiss.com
3  CAITLIN E. GRUSAUSKAS (Admitted *Pro Hac Vice*)
     cgrusauskas@paulweiss.com
4  ANDREA M. KELLER (Admitted *Pro Hac Vice*)
     akeller@paulweiss.com
5  **PAUL, WEISS, RIFKIND, WHARTON**
     **& GARRISON LLP**
6  1285 Avenue of the Americas
7  New York, NY 10019
   Telephone: (212) 373-3000
8
9  RANDALL S. LUSKEY (SBN: 240915)
     rluskey@paulweiss.com
10 MARC PRICE WOLF (SBN: 254495)
     mpricewolf@paulweiss.com
11 **PAUL, WEISS, RIFKIND, WHARTON**
     **& GARRISON LLP**
12 535 Mission Street, 25th Floor
13 San Francisco, CA 94105
   Telephone: (628) 432-5100
14
15 *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.,
16 RASIER, LLC, and RASIER-CA, LLC

17 [*Additional Counsel Listed on Following Page*]

18                 **UNITED STATES DISTRICT COURT**

19                 **NORTHERN DISTRICT OF CALIFORNIA**

20                      **SAN FRANCISCO DIVISION**

21

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: ALL ACTIONS | **DECLARATION OF RANDALL S. LUSKEY IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR A PROTECTIVE ORDER** |
| | Judge:   Hon. Lisa J. Cisneros<br>Date:    March 21, 2025<br>Time:    1:00 p.m.<br>Courtroom: G – 15th Floor |

- ii -

1  KYLE N. SMITH (*Pro Hac Vice* admitted)
   ksmith@paulweiss.com
2  JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
   jphillips@paulweiss.com
3  **PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
4  2001 K Street, NW
   Washington DC, 20006
5  Telephone: (202) 223-7300
   Facsimile: (202) 223-7420
6
   *Attorneys for Defendants*
7  UBER TECHNOLOGIES, INC.,
   RASIER, LLC, and RASIER-CA, LLC
8

R. LUSKEY DECL. ISO DEFS.' REPLY IN SUPPORT OF          Case No. 3:23-md-03084-CRB
MOTION FOR A PROTECTIVE ORDER

**DECLARATION OF RANDALL S. LUSKEY**

I, Randall S. Luskey, declare pursuant to 28 U.S.C. § 1746:

1. I am over 18 years of age, of sound mind, and competent to make the statements in this declaration. I am an attorney at law duly licensed to practice before all courts of the State of California and a partner at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in the above-captioned matter. I have personal knowledge of the facts set forth herein, except where stated upon information and belief, and if called as a witness to testify, I could and would competently testify as to the truth of the same if requested to do so.

2. I submit this declaration in support of Defendants' Reply in Support of Motion for a Protective Order, filed on March 20, 2025.

3. Attached to this declaration as **Exhibit 1** is a true and correct copy of a document bearing beginning Bates stamp UBER_JCCP_MDL_001269170 and associated metadata cover sheet.

4. Attached to this declaration as **Exhibit 2** is a true and correct copy of excerpts of the certified transcript of the November 19, 2024 Deposition of Roger Kaiser.

5. Attached to this declaration as **Exhibit 3** is a true and correct copy of the metadata cover sheet associated with Plaintiffs' Exhibit 60, a document bearing beginning Bates stamp UBER000051894.

6. Attached to this declaration as **Exhibit 4** is a true and correct copy of the metadata cover sheet associated with Plaintiffs' Exhibit 64, a document bearing beginning Bates stamps UBER000212419.

7. Attached to this declaration as **Exhibit 5** is a true and correct copy of the metadata cover sheet associated with Plaintiffs' Exhibit 65, a document bearing beginning Bates stamps UBER000187361.

1     8.    Attached to this declaration as **Exhibit 6** is a true and correct copy of the metadata cover sheet associated with Plaintiffs' Exhibit 67, a document bearing beginning Bates stamps UBER000178156.

    9.    Attached to this declaration as **Exhibit 7** is a true and correct copy of the metadata cover sheet associated with Plaintiffs' Exhibit 69, a document bearing beginning MDL Bates stamps UBER_JCCP_MDL_000093920.

    10.    Attached to this declaration as **Exhibit 8** is a true and correct copy of the metadata cover sheet associated with Plaintiffs' Exhibit 70, a document bearing beginning Bates stamps UBER000142572.

    11.    Attached to this declaration as **Exhibit 9** is a true and correct copy of the metadata cover sheet associated with Plaintiffs' Exhibit 85, a document bearing beginning Bates stamps UBER_JCCP_MDL_000959559.

    12.    Attached to this declaration as **Exhibit 10** is a true and correct copy of the metadata cover sheet associated with Plaintiffs' Exhibit 86, a document bearing beginning Bates stamps UBER000051449.

    13.    Attached to this declaration as **Exhibit 11** is a true and correct copy of the metadata cover sheet associated with Plaintiffs' Exhibit 87, a document bearing beginning Bates stamps UBER000206600.

    14.    Attached to this declaration as **Exhibit 12** is a true and correct copy of the metadata cover sheet associated with Plaintiffs' Exhibit 88, a document bearing beginning Bates stamps UBER_JCCP_MDL_000214321.

    15.    Attached to this declaration as **Exhibit 13** is a true and correct copy of the metadata cover sheet associated with Plaintiffs' Exhibit 89, a document bearing beginning MDL Bates stamps UBER_JCCP_MDL_001720742.

    16.    Attached to this declaration as **Exhibit 14** is a true and correct copy of the metadata cover sheet associated with Plaintiffs' Ex. 170, a document bearing beginning bates stamp UBER000094334.

- 3 -

1    17.    Attached to this declaration as **Exhibit 15** is a true and correct copy of the metadata cover sheet associated with Plaintiffs' Ex. 58, a document bearing beginning Bates stamps UBER_JCCP_MDL_001586679.

18.    Attached to this declaration as **Exhibit 16** is a true and correct copy of the metadata cover sheet associated with a document bearing beginning Bates stamps UBER_JCCP_MDL_000879670. This document has the same title heading as the document affixed to Plaintiffs' Opposition as Ex. 58.

19.    Attached to this declaration as **Exhibit 17** is a true and correct copy of the metadata cover sheet associated with a document bearing beginning Bates stamps UBER000050769. This document has the same title heading as the document affixed to Plaintiffs' Opposition as Ex. 58.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 20, 2025 in San Francisco, California.

                    *Randall S. Luskey*
                    Randall S. Luskey

R. LUSKEY DECL. ISO DEFS.' REPLY IN SUPPORT OF
MOTION FOR A PROTECTIVE ORDER

Case No. 3:23-md-03084-CRB