# EXHIBIT 3

*[Redacted Version]*

*(Redacts Material from Conditionally Sealed Record)*

| | |
|---|---|
| Control Number : | CTRL00864877 |
| File Description : | Microsoft 2007 Word Document |
| Custodian All : | Chen, Mia, Sevart, Jacob, Breeden, Tracey, Cardenas, Philip, Chang, Frank, Fuldner, Gus, Haas, Rachel, Kansal, Sachin, Lake, Carley, McDonald, Katy, Parker, Kate, Purcell, Johnathon, Ross, Lizzie, Silver, Nick, Sullivan, Joe |
| Author (Combined) : | |
| GOOGLE_#Author : | |
| GOOGLE_Collaborators : | |
| Date Created (App) : | 6/29/2015 12:00:00 AM |
| Date Last Modified (App) : | 6/29/2015 12:00:00 AM |
| Parent Doc Date : | 6/29/2015 6:25:04 PM |
| Production – Beginning Bates : | UBER000051894 |
| MDL Production – Beginning Bates : | UBER_JCCP_MDL_000032212 |