# EXHIBIT 4

*[Redacted Version]*

*(Redacts Material from Conditionally Sealed Record)*

| | |
|---|---|
| Control Number : | CTRL00870502 |
| File Description : | Microsoft 2007 PowerPoint Presentation |
| Custodian All : | Anderson, Brooke, Hasbun, Andrew, Kansal, Sachin, Silver, Nick |
| Author (Combined) : | |
| GOOGLE_#Author : | ██████████ |
| GOOGLE_Collaborators : | ██████████ |
| Date Created (App) : | 3/2/2020 12:00:00 AM |
| Date Last Modified (App) : | 3/10/2020 12:00:00 AM |
| Parent Doc Date : | 3/10/2020 1:43:39 PM |
| Production - Beginning Bates : | UBER000212419 |
| MDL Production - Beginning Bates : | UBER_JCCP_MDL_000182236 |