# EXHIBIT 5

*[Redacted Version]*

*(Redacts Material from Conditionally Sealed Record)*

| | |
|---|---|
| Control Number : | CTRL24674507 |
| File Description : | Microsoft 2007 PowerPoint Presentation |
| Custodian All : | Galvez, Natalia, Sevart, Jacob, Boman, Emilie, Fuldner, Gus, Kaiser, Roger, Kansal, Sachin, Ross, Lizzie |
| Author (Combined) : | |
| GOOGLE_#Author : | |
| GOOGLE_Collaborators : | |
| Date Created (App) : | 6/8/2022 12:00:00 AM |
| Date Last Modified (App) : | 2/2/2023 12:00:00 AM |
| Parent Doc Date : | 2/2/2023 4:42:43 PM |
| Production - Beginning Bates : | UBER000187361 |
| MDL Production - Beginning Bates : | UBER_JCCP_MDL_000167259 |