# EXHIBIT 6

*[Redacted Version]*

*(Redacts Material from Conditionally Sealed Record)*

| | |
|---|---|
| Control Number : | CTRL24366065 |
| File Description : | Microsoft 2007 Word Document |
| Custodian All : | Kansal, Sachin, Pimentel, Andi |
| Author (Combined) : | |
| GOOGLE_#Author : | [redacted] |
| GOOGLE_Collaborators : | [redacted] |
| Date Created (App) : | 1/13/2023 12:00:00 AM |
| Date Last Modified (App) : | 1/23/2023 12:00:00 AM |
| Parent Doc Date : | 1/23/2023 5:18:20 PM |
| Production - Beginning Bates : | UBER000178156 |
| MDL Production - Beginning Bates : | UBER_JCCP_MDL_000158054 |