# EXHIBIT 7

*[Redacted Version]*

*(Redacts Material from Conditionally Sealed Record)*

| Field | Value |
|---|---|
| Control Number : | CTRL24422670 |
| File Description : | Microsoft 2007 PowerPoint Presentation |
| Custodian All : | Kansal, Sachin, Parker, Kate, Silver, Nick |
| Author (Combined) : | |
| GOOGLE_#Author : | [redacted] |
| GOOGLE_Collaborators : | [redacted] |
| Date Created (App) : | 1/26/2018 12:00:00 AM |
| Date Last Modified (App) : | 1/28/2018 12:00:00 AM |
| Parent Doc Date : | 1/28/2018 8:35:29 AM |
| Production - Beginning Bates : | UBER000114019 |
| MDL Production - Beginning Bates : | UBER_JCCP_MDL_000093920 |