# EXHIBIT 8

*[Redacted Version]*

*(Redacts Material from Conditionally Sealed Record)*

| | |
|---|---|
| Control Number : | CTRL00867076 |
| File Description : | Microsoft 2007 Word Document |
| Custodian All : | Akamine, Mike, Harchekar, Varun, Shyu, Ponon, Wong, Sunny, Yoon, Calvin, Breeden, Tracey, Freivogel, Cory, Kansal, Sachin |
| Author (Combined) : | |
| GOOGLE_#Author : | [redacted] |
| GOOGLE_Collaborators : | [redacted] |
| Date Created (App) : | 6/25/2018 12:00:00 AM |
| Date Last Modified (App) : | 1/29/2021 12:00:00 AM |
| Parent Doc Date : | 1/29/2021 5:44:36 PM |
| Production - Beginning Bates : | UBER000142572 |
| MDL Production - Beginning Bates : | UBER_JCCP_MDL_000122470 |