# EXHIBIT 9

*[Redacted Version]*

*(Redacts Material from Conditionally Sealed Record)*

| | |
|---|---|
| Control Number : | CTRL00861103 |
| File Description : | Microsoft 2007 PowerPoint Presentation |
| Custodian All : | Breeden, Tracey, Cardenas, Philip, Haas, Rachel, Kansal, Sachin, Purcell, Johnathon |
| Author (Combined) : | |
| GOOGLE_#Author : | |
| GOOGLE_Collaborators : | |
| Date Created (App) : | 10/5/2017 12:00:00 AM |
| Date Last Modified (App) : | 10/5/2017 12:00:00 AM |
| Parent Doc Date : | 10/5/2017 5:36:46 PM |
| Production - Beginning Bates : | UBER_JCCP_MDL_000959559 |
| MDL Production - Beginning Bates : | UBER_JCCP_MDL_000959559 |