# EXHIBIT 10

*[Redacted Version]*

*(Redacts Material from Conditionally Sealed Record)*

| | |
|---|---|
| Control Number : | CTRL00860062 |
| File Description : | Microsoft 2007 PowerPoint Presentation |
| Custodian All : | Anderson, Brooke, Chang, Frank, Farmer, Brett, Fuldner, Gus, Gibbons, Catherine, Kaiser, Roger, Kan, Chanel, Kansal, Sachin, Parker, Kate, Purcell, Johnathon, Richter-Eason, Emily, Sengupta, Karina |
| Author (Combined) : | |
| GOOGLE_#Author : | |
| GOOGLE_Collaborators : | |
| Date Created (App) : | 2/26/2018 12:00:00 AM |
| Date Last Modified (App) : | 2/28/2018 12:00:00 AM |
| Parent Doc Date : | 2/28/2018 9:27:53 PM |
| Production - Beginning Bates : | UBER000051449 |
| MDL Production - Beginning Bates : | UBER_JCCP_MDL_000031767 |