# EXHIBIT 11

*[Redacted Version]*

*(Redacts Material from Conditionally Sealed Record)*

| | |
|---|---|
| Control Number : | CTRL00860322 |
| File Description : | Microsoft 2007 PowerPoint Presentation |
| Custodian All : | Burke, Jordan, Patel, Niraj, Anderson, Brooke, Breeden, Tracey, Chang, Frank, Fuldner, Gus, Holt, Rachel, Kansal, Sachin, Parker, Kate, Silver, Nick, Sullivan, Joe |
| Author (Combined) : | |
| GOOGLE_#Author : | [redacted] |
| GOOGLE_Collaborators : | [redacted] |
| Date Created (App) : | 9/22/2017 12:00:00 AM |
| Date Last Modified (App) : | 1/26/2018 12:00:00 AM |
| Parent Doc Date : | 1/26/2018 1:56:43 AM |
| Production - Beginning Bates : | UBER000206600 |
| MDL Production - Beginning Bates : | UBER_JCCP_MDL_000190112 |