# EXHIBIT 12

*[Redacted Version]*

*(Redacts Material from Conditionally Sealed Record)*

| | |
|---|---|
| Control Number : | CTRL32858001 |
| File Description : | Microsoft 2007 PowerPoint Presentation |
| Custodian All : | Cinelli, Dennis, Fuldner, Gus, Kansal, Sachin |
| Author (Combined) : | |
| GOOGLE_#Author : | [redacted] |
| GOOGLE_Collaborators : | [redacted] |
| Date Created (App) : | 2/6/2018 12:00:00 AM |
| Date Last Modified (App) : | 2/7/2018 12:00:00 AM |
| Parent Doc Date : | 2/7/2018 7:38:11 AM |
| Production - Beginning Bates : | UBER000234332 |
| MDL Production - Beginning Bates : | UBER_JCCP_MDL_000214321 |