# EXHIBIT 13

*[Redacted Version]*

*(Redacts Material from Conditionally Sealed Record)*

| | |
|---|---|
| Control Number : | CTRL00876610 |
| File Description : | Microsoft 2007 PowerPoint Presentation |
| Custodian All : | Chang, Frank, Farmer, Brett, Fuldner, Gus, Kansal, Sachin, McDonald, Katy, Uber Technologies, Inc. |
| Author (Combined) : | |
| GOOGLE_#Author : | [redacted] |
| GOOGLE_Collaborators : | [redacted] |
| Date Created (App) : | 3/11/2019 12:00:00 AM |
| Date Last Modified (App) : | 4/1/2019 12:00:00 AM |
| Parent Doc Date : | 4/1/2019 9:41:13 AM |
| Production - Beginning Bates : | UBER_JCCP_MDL_001720742 |
| MDL Production - Beginning Bates : | UBER_JCCP_MDL_001720742 |