# EXHIBIT 14

*[Redacted Version]*

*(Redacts Material from Conditionally Sealed Record)*

| | |
|---|---|
| Control Number : | CTRL00875037 |
| File Description : | Microsoft 2007 PowerPoint Presentation |
| Custodian All : | Burke, Jordan, Patel, Niraj, Shuping, Valerie, Brown, Greg, Chang, Frank, Freivogel, Cory, Kansal, Sachin, Maredia, Sarfraz, Parker, Kate, Ross, Lizzie, Sengupta, Karina, Sheridan, Danielle, Silver, Nick |
| Author (Combined) : | |
| GOOGLE_#Author : | ███████████ |
| GOOGLE_Collaborators : | ███████████ |
| Date Created (App) : | 10/31/2017 12:00:00 AM |
| Date Last Modified (App) : | 8/12/2019 12:00:00 AM |
| Parent Doc Date : | 8/12/2019 4:31:30 PM |
| Production – Beginning Bates : | UBER000094334 |
| MDL Production – Beginning Bates : | UBER_JCCP_MDL_000074235 |