# EXHIBIT 15

*[Redacted Version]*

*(Redacts Material from Conditionally Sealed Record)*

| | |
|---|---|
| Control Number : | CTRL55585416 |
| File Description : | Microsoft 2007 Word Document |
| Custodian All : | Whetstone, Rachel |
| Author (Combined) : | |
| GOOGLE_#Author : | |
| GOOGLE_Collaborators : | |
| Date Created (App) : | 12/29/2015 12:00:00 AM |
| Date Last Modified (App) : | 1/4/2016 12:00:00 AM |
| Parent Doc Date : | 1/4/2016 6:10:00 PM |
| Production - Beginning Bates : | UBER_JCCP_MDL_001586679 |
| MDL Production - Beginning Bates : | UBER_JCCP_MDL_001586679 |