# EXHIBIT 16

## *[Redacted Version]*

*(Redacts Material from Conditionally Sealed Record)*

| | |
|---|---|
| Control Number : | CTRL00864312 |
| File Description : | Microsoft 2007 Word Document |
| Custodian All : | Breeden, Tracey, Haas, Rachel |
| Author (Combined) : | |
| GOOGLE_#Author : | ███████████ |
| GOOGLE_Collaborators : | ████████████████ |
| Date Created (App) : | 8/28/2016 12:00:00 AM |
| Date Last Modified (App) : | 9/13/2016 12:00:00 AM |
| Parent Doc Date : | 9/13/2016 5:51:30 PM |
| Production - Beginning Bates : | UBER_JCCP_MDL_000879670 |
| MDL Production - Beginning Bates : | UBER_JCCP_MDL_000879670 |