# EXHIBIT 17

*[Redacted Version]*

*(Redacts Material from Conditionally Sealed Record)*

| | |
|---|---|
| Control Number : | CTRL00826171 |
| File Description : | Microsoft 2007 Word Document |
| Custodian All : | Barnes, William, Burke, Jordan, Chen, Mia, Coker, Lucas, Fogg, Chad, Gaspar, Katherine, Marshall, Jeff, Poetzscher, Cameron, Richter, David, Sevart, Jacob, Whaling, Kayla, Anderson, Brooke, Baker, Ed, Baker, Matthew, Boman, Emilie, Breeden, Tracey, Brown, Greg, Butorac, Christopher, Cardenas, Philip, Chang, Frank, Foran, Timothy, Freivogel, Cory, Fuldner, Gus, Haas, Rachel, Jones, Mark, Kaiser, Roger, Kansal, Sachin, Kliff, Derek, Lake, Carley, McDonald, Katy, Miller, Kirsten, Parker, Kate, Purcell, Johnathon, Rikhye, Vaibhav, Ross, Lizzie, Sengupta, Karina, Sheridan, Danielle, Silver, Nick, Sullivan, Joe, Weber, Christopher, Whetstone, Rachel, Joyce, Meghan |
| Author (Combined) : | |
| GOOGLE_#Author : | [redacted] |
| GOOGLE_Collaborators : | [redacted] |
| Date Created (App) : | 12/8/2015 12:00:00 AM |
| Date Last Modified (App) : | 10/22/2016 12:00:00 AM |
| Parent Doc Date : | 10/22/2016 12:52:09 AM |
| Production - Beginning Bates : | UBER000050769 |
| MDL Production - Beginning Bates : | UBER_JCCP_MDL_000031087 |