| | |
|---|---|
| 1 | RACHEL B. ABRAMS (Cal Bar No. 209316) |
| | ADAM B. WOLF (Cal Bar No. 215914) |
| 2 | **Peiffer Wolf Carr Kane Conway & Wise, LLP** |
| | 555 Montgomery Street, Suite 820 |
| 3 | San Francisco, CA 94111 |
| | Telephone: 415.766.3544 |
| 4 | Facsimile: 415.840.9435 |
| | Email: rabrams@peifferwolf.com |
| 5 | Email: awolf@peifferwolf.com |

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.
Detroit, MI 48216
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *L.M. v. UBER TECHNOLOGIES, INC., et al.*, 3:25-cv-02561-CRB | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on March 14, 2025.

///

///

///

CASE NO. 3:23-md-03084-CRB        1        NOTICE OF FILING OF NEW ACTION

|   |   |
|---|---|
| Dated: March 20, 2025 | Respectfully submitted, |
|   | By: */s/ Rachel B. Abrams* |
|   | RACHEL B. ABRAMS (Cal Bar No. 209316) |
|   | ADAM B. WOLF (Cal Bar No. 215914) |
|   | **Peiffer Wolf Carr Kane Conway & Wise, LLP** |
|   | 555 Montgomery Street, Suite 820 |
|   | San Francisco, CA 94111 |
|   | Telephone: 415.766.3544 |
|   | Facsimile: 415.840.9435 |
|   | Email: rabrams@peifferwolf.com |
|   |            awolf@peifferwolf.com |
|   |   |
|   | TIFFANY R. ELLIS (*Admitted PHV*) |
|   | **Peiffer Wolf Carr Kane Conway & Wise, LLP** |
|   | 2229 Trumbull St. |
|   | Detroit, MI 48216 |
|   | Telephone: 313.210.1559 |
|   | Facsimile: 415.840.9435 |
|   | Email: tellis@peifferwolf.com |
|   |   |
|   | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

                                                                        */s/ Rachel B. Abrams*
                                                                        Rachel B. Abrams