1  *[Counsel Listed on Signature Page]*

2

3

4

5

6 UNITED STATES DISTRICT COURT

7 NORTHERN DISTRICT OF CALIFORNIA

8 SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **ORDER ADOPTING** Case No. 3:23-md-03084-CRB **JOINT STIPULATION REGARDING PRODUCTION OF MATERIAL RESPONSIVE TO TAR PROCESS** |
| This Document Relates to: ALL ACTIONS | Judge:      Hon. Lisa J. Cisneros Courtroom: G – 15th Floor |

# JOINT STIPULATION

Pursuant to Dkt. No. 2443, Plaintiffs and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Defendants") (jointly, "the parties"), respectfully submit this Joint Stipulation regarding production of new material responsive to TAR process.

## I. Production of Documents after TAR Process

With respect to the documents which the Parties now agree are responsive after the Court's order at Dkt. No. 2443,

1. Defendants will substantially complete production of all documents deemed responsive as a result of agreements made by the Parties during the TAR negotiations[1] (to the extent these documents have not already been produced pursuant to Dkt. 2009-1) as well as documents deemed responsive by the Court's order at Dkt. No. 2443, to the extent Defendants do not assert privilege over those documents or otherwise assert those documents are protected from disclosure, by April 11, 2024.

2. These documents will be produced to Plaintiffs pursuant to Dkt. No. 524, and all subsequent orders and/or stipulations agreed to by the Parties related to the production of ESI.

---

[1] These documents include but are not limited to documents related to safety initiatives undertaken outside of the US as agreed to by the Parties on November 26, 2024, and documents regarding sexual assaults of drivers by passengers.

| | |
|---|---|
| By: /s/ Roopal Luhana<br>ROOPAL P. LUHANA (Pro Hac Vice)<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Fl. 12<br>New York, NY 10016<br>Telephone: (888) 480-1123<br>Email: luhana@chaffinluhana.com<br>Co-Lead Counsel for Plaintiffs<br><br>SARAH R. LONDON (SBN 267083)<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br>slondon@girardsharp.com<br><br>RACHEL B. ABRAMS (SBN 209316)<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: (415) 426-5641<br>Email: rabrams@peifferwolf.com | By: /s/ Michael B. Shortnacy<br>MICHAEL B. SHORTNACY (SBN: 277035)<br>mshortnacy@shb.com<br>**SHOOK, HARDY & BACON, L.L.P.**<br>2049 Century Park East, Suite 3000<br>Los Angeles, CA 90067<br>Telephone: (424) 285-8330<br>Facsimile: (424) 204-9093<br><br>PATRICK OOT (Pro Hac Vice admitted)<br>oot@shb.com<br>**SHOOK, HARDY & BACON, L.L.P.**<br>1800 K Street NW, Suite 1000<br>Washington, DC 20006<br>Telephone: (202) 783-8400<br>Facsimile: (202) 783-4211<br><br>RANDALL S. LUSKEY (SBN: 240915)<br>rluskey@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>535 Mission Street, 24th Floor<br>San Francisco, CA 94105<br>Telephone: (628) 432-5100<br>Facsimile:  (628) 232-3101<br><br>ROBERT ATKINS (Pro Hac Vice admitted)<br>ratkins@paulweiss.com<br>CAITLIN E. GRUSAUSKAS (Pro Hac Vice admitted)<br>cgrusauskas@paulweiss.com<br>ANDREA M. KELLER (Pro Hac Vice admitted)<br>akeller@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile:  (212) 757-3990 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Lisa J. Cisneros

Dated: March 20, 2025