UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br>S.L. v. Uber Technologies, Inc. et al. | MDL No. 3084<br>3:23-md-03084<br><br>Case No.: 3:25-cv-02181 |

## NOTICE OF THE FILING OF A NEW ACTION

Pursuant to Pretrial Order No. 6, notice is hereby given that the Complaint with Jury Demand in the above-captioned action was filed on March 3, 2025.

Dated: March 21, 2025                    Respectfully submitted,

*/s/ Marlene Goldenberg*
Marlene Goldenberg
Nigh Goldenberg Raso & Vaughn, PLLC
14 Ridge Square NW, Third Floor
Washington, DC 20016
(202) 978-2228
mgoldenberg@nighgoldenberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Dated: March 21, 2025                                      Respectfully submitted,

*/s/ Marlene Goldenberg*
Marlene Goldenberg
Nigh Goldenberg Raso & Vaughn, PLLC
14 Ridge Square NW, Third Floor
Washington, DC 20016
(202) 978-2228
mgoldenberg@nighgoldenberg.com