IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**AFFIDAVIT OF TIFFANY R. ELLIS IN SUPPORT OF PLAINTIFFS' LIST OF DISPUTED ENTRIES FOR SPECIAL MASTER REVIEW**<br><br>Judge: Honorable Barbara S. Jones |

- 1 -

AFFIDAVIT OF TIFFANY R. ELLIS IN SUPPORT OF
PLAINTIFFS' LIST OF DISPUTED ENTRIES FOR
SPECIAL MASTER REVIEW

I, Tiffany R. Ellis, hereby declare as follows:

1. I am a partner of Peiffer Wolf Care Kane Conway & Wise, an attorney licensed in the States of Michigan and Illinois and duly admitted to practice before this Court, representing Plaintiffs in the above caption action.

2. I submit this declaration in support of Plaintiffs' List of Disputed Entries for Special Master Review on March 18, 2025.

3. Plaintiffs incorporate the Discovery Letter Brief Regarding Disputed Entries for Special Master Review filed by All Plaintiffs on March 4, 2025. *See* ECF No. 2434. Plaintiffs incorporate the brief to support the specific reasons each entry on the List of Disputed Entries was challenged. The Brief included the general background of the privilege dispute process to date, the legal standard for Plaintiffs raising challenges to Defendants' privilege log entries, and a general argument for the challenges Plaintiffs raised.

4. The List of Disputed Entries for Special Master Review Plaintiffs provided on March 18, 2025 contained entries still in dispute for custodian Katy McDonald.

5. The List of Disputed Entries for Special Master Review Plaintiffs provided on March 18, 2025 did not contain any entries for the custodians that overlapped with custodians already submitted to the Special Master for review.

**Katy McDonald**

6. Defendants included approximately 4,634 entries for Katy McDonald across its Tranche 1, Tranche 2, Tranche 3, and Tranche 4 privilege logs.

7. Plaintiffs originally challenged approximately 3,321 of these 4,634 entries.

8. As of January 31, 2025[1], Defendants withdrew their claim of privilege to 1,651 entries in full and 377 entries in part.

9. On March 10, 2025, Defendants provided Plaintiffs with a revised privilege log after Defendants re-reviewed all entries in dispute. Defendants withdrew their claim of privilege to 2,281 entries in full and 527 entries in part.

---

[1] Defendants provided Plaintiffs a revised privilege log on January 31, 2025. This was the last revised privilege log Defendants provided before they started providing revised privilege logs in accordance with the Master Order No. 2. *See* ECF No. 2357.

- 2 -

AFFIDAVIT OF TIFFANY R. ELLIS IN SUPPORT OF PLAINTIFFS' LIST OF DISPUTED ENTRIES FOR SPECIAL MASTER REVIEW

10. Defendants provided Plaintiffs with another revised Privilege Log on March 19, 2025. In total, to date, Defendants have withdrawn their claim of privilege to 2,449 entries in full and 545 entries in part.

11. On March 14, 2025, Plaintiffs provided the Special Master and Defendants with a list of 257 entries still in dispute for Katy McDonald following a review of Uber's revised privilege log that included updated or additional information provided by Uber, documents produced with redactions, or lessons learned from Judge Cisneros' privilege orders.

12. The parties met and conferred on March 14, 2025 and, after the conferral, Defendants withdrew their claim to an additional 113 entries and will produce six additional entries with redactions.

13. On March 18, 2025 Plaintiffs provided the Special Master and Defendants with a list of 144 entries that remain in dispute for Katy McDonald, as well as an additional 22 challenge entries from Defendants' March 14, 2025 privilege log.

14. Defendants did not provide redacted versions of the six entries they identified during the meet and confer process.

Executed this 21st day of March, 2025 in Detroit, Michigan.

/s/ *Tiffany R. Ellis*
Tiffany R. Ellis