| | |
|---|---|
| 1 | BRET STANLEY |
| 2 | **Johnson Law Group**<br>2925 Richmond Ave, Suite 1700 |
| 3 | Houston, TX 77098<br>Telephone: (713) 626-9336 |
| 4 | Facsimile: (800) 731-6018<br>Email: bstanley@johnsonlawgroup.com |
| 5 | *Counsel for Plaintiff* |

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to:<br><br>*JLG 112 v. Uber Technologies, Inc., et al;* 3:25-cv-2732 | |

    Notice is hereby given pursuant of Pretrial Order No. 6 (Direct Filing) that the Complaint and Jury Demand in the above Referenced action was filed on March 21, 2025.

| | |
|---|---|
| Dated: March 21, 2025 | Respectfully submitted,<br><br>By: */s/ Bret Stanley*<br>BRET STANLEY<br>**Johnson Law Group**<br>2925 Richmond Ave, Suite 1700<br>Houston, TX 77098<br>Telephone: (713) 626-9336<br>Facsimile: (800) 731-6018<br>Email: bstanley@johnsonlawgroup.com<br><br>*Counsel for Plaintiff* |

1                     SHORT FORM COMPLAINT

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby electronically transmitting this filing to all CM/ECF registrants.

/s/ Bret Stanley
Bret Stanley

2                                                                SHORT FORM COMPLAINT