OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** March 21, 2025 | **Time:** 1:07 a.m.-2:16 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.**: 3:23-md-03084-CRB | **Case Name:** In re: Uber Technologies, Inc. v. | |

**For Plaintiffs:** Roopal Luhana and Steven Cohn, Chaffin Luhana LLP; Sarah, London, Girard Sharp LLP; Rachel Abrams, Peiffer Wolf Carr Kane Conway & Wise, LLP, counsel for Plaintiffs

**For Defendants:** Kyle Smith and Parker Murray, Paul Weiss Rifkind Wharton & Garrison LLP, counsel for Defendants

**Deputy Clerk:** Brittany Sims                **Reported by:** Stephen Franklin

PROCEEDINGS

Discovery Hearing re Motion for Protective Order (ECF. 2428) held. The Court heard arguments from both parties. The Court takes the matter under submission and will issue a written order.