# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NOS. 2518, 2542]**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NOS. 2518, 2542]
Case No. 3:23-MD-3084-CRB,

1  Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's
2  Material Should Be Filed Under Seal, dated March 14, 2025, ECF 2439, and March 18, 2025, and
3  Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC's (collectively "Uber") statement
4  in support of Plaintiffs' Administrative Motions, dated March 21, 2025 ECF ___, the Court hereby
5  ORDERS that the following materials remain under seal, as requested in Uber's statement:

| Document | Description | Uber's Request |
|---|---|---|
| Unredacted Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Contains confidential information | Narrowed redactions |
| Unredacted Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Contains information related to custodians and document counts | No redactions or sealing |
| Exhibit 1 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | PII Redactions |
| Exhibit 2 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 3 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 4 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 5 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 6 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 7 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 8 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 9 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 10 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 11 to Dec. of R. Luhana ISO Pls.' Br. | Confidential document | Maintain under seal |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NOS. 2518, 2542]
Case No. 3:23-MD-3084-CRB

| | | |
|---|---|---|
| in Opp. to Defs.' Mot. for Protective Order | | |
| Exhibit 12 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 13 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 14 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 15 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 16 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Summary of confidential documents | Maintain under seal |
| Exhibit 17 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 18 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 19 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 20 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | PII Redactions |
| Exhibit 21 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 22 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 23 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 24 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 25 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | PII Redactions |
| Exhibit 26 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | PII Redactions |
| Exhibit 27 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | PII Redactions |
| Exhibit 28 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | PII Redactions |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NOS. 2518, 2542]
Case No. 3:23-MD-3084-CRB

| | | |
|---|---|---|
| Exhibit 29 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 30 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | PII Redactions |
| Exhibit 31 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 32 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 33 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 34 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 35 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 36 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 37 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 38 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 39 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Summary of confidential documents | Maintain under seal |
| Exhibit 40 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 41 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 42 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | PII Redactions |
| Exhibit 43 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 44 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 45 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |

4

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NOS. 2518, 2542]
Case No. 3:23-MD-3084-CRB

| | | |
|---|---|---|
| Exhibit 46 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 47 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 48 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 49 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 50 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 51 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 52 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 53 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 54 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Summary of confidential documents | Maintain under seal |
| Exhibit 55 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 56 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 57 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 58 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 59 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Summary of confidential documents | Maintain under seal |
| Exhibit 60 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 61 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 62 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NOS. 2518, 2542]
Case No. 3:23-MD-3084-CRB

| | | |
|---|---|---|
| Exhibit 63 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 64 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 65 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 66 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 67 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 68 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 69 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 70 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 71 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 72 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 73 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 74 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 75 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 76 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 77 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 78 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 79 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |

| | | |
|---|---|---|
| Exhibit 80 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 81 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 82 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 83 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 84 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 85 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 86 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 87 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 88 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 89 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 90 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 91 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 92 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 93 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 94 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 95 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 96 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |

| | | |
|---|---|---|
| Exhibit 97 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 98 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Summary of confidential documents | Maintain under seal |
| Exhibit 99 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 100 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 101 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 102 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 103 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 104 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 105 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 106 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 107 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 108 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 109 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 110 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Summary of confidential documents | Maintain under seal |
| Exhibit 111 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 112 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 113 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NOS. 2518, 2542]
Case No. 3:23-MD-3084-CRB

| | | |
|---|---|---|
| Exhibit 114 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 115 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 116 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 117 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 118 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 119 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Summary of confidential documents | Maintain under seal |
| Exhibit 120 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 121 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 122 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 123 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 124 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 125 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Summary of confidential documents | Maintain under seal |
| Exhibit 126 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | PII Redactions |
| Exhibit 127 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | PII Redactions |
| Exhibit 128 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | PII Redactions |
| Exhibit 129 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 130 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | PII Redactions |

| | | |
|---|---|---|
| Exhibit 131 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 132 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | PII Redactions |
| Exhibit 133 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | No redactions or sealing |
| Exhibit 134 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 135 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 136 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 137 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 138 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 139 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | PII Redactions |
| Exhibit 140 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 141 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | PII Redactions |
| Exhibit 142 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 143 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 144 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 145 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 146 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 147 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | PII Redactions |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NOS. 2518, 2542]

Case No. 3:23-MD-3084-CRB

| | | |
|---|---|---|
| Exhibit 148 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | PII Redactions |
| Exhibit 149 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 150 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 151 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 152 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 153 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 154 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | PII Redactions |
| Exhibit 155 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 156 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 157 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 158 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 159 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 160 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 161 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 162 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 163 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | No redactions or sealing |
| Exhibit 164 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NOS. 2518, 2542]

Case No. 3:23-MD-3084-CRB

| | | |
|---|---|---|
| Exhibit 165 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 166 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | PII and JIRA link Redactions |
| Exhibit 167 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 168 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 169 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 170 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 171 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 172 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 173 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 174 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 175 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 176 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 177 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 178 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 179 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 180 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 181 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NOS. 2518, 2542]
Case No. 3:23-MD-3084-CRB

| | | |
|---|---|---|
| Exhibit 182 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 183 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 184 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 185 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 186 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 187 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 188 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 189 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 190 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |
| Exhibit 191 to Dec. of R. Luhana ISO Pls.' Br. in Opp. to Defs.' Mot. for Protective Order | Confidential document | Maintain under seal |

**IT IS SO ORDERED.**

Dated:_____

Hon. Lisa J. Cisneros
United States Magistrate Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NOS. 2518, 2542]
Case No. 3:23-MD-3084-CRB