# EXHIBIT A

RANDALL S. LUSKEY (SBN: 240915)
   rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
   ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
   cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
   akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF JENNIFER HANDLEY IN SUPPORT OF DEFENDANTS' MARCH 24, 2025 BRIEF PURSUANT TO SPECIAL MASTER ORDER NO. 2, § III(6)** |

## DECLARATION OF JENNIFER HANDLEY

I, Jennifer Handley, having personal knowledge of the following state:

1. I am the Senior Legal Director, Global Safety, at Uber. I was first employed by Uber in December 2018 and have worked as in-house counsel for the past 6 years. My previous roles include Senior Counsel, Safety and Legal Director, Safety. In my current role, as has been the case throughout my tenure at Uber, I am responsible for providing legal advice to Uber's leadership and employees related to safety issues, procedures, and policy, among other legal advice. I offer this Declaration in the above-captioned matter in support of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's March 24, 2025 brief pursuant to Special Master Order No. 2, § III(6) (ECF 2357). The facts set forth herein are true and correct and are based on my own personal knowledge, and I could and would competently testify thereto if called.

2. I have reviewed the document identified in the privilege log as JCCP_MDL_PRIVLOG005830. I am familiar with the issues discussed and individuals in this email chain from working as in-house legal counsel at Uber at this time. This document is an email thread that begins with an email from Mike Haas, dated May 14, 2021. Mr. Haas sent this email at the direction of Uber's in-house legal counsel, as part of his role at that time as Senior Legal Project Manager for Uber's Safety Legal Special Investigations team. In this role, as demonstrated in the May 14, 2021 email, Mr. Haas shares information at my and the legal team's direction, to facilitate the in-house team's provision of legal advice because the in-house team anticipated the potential for future litigation regarding safety-related incidents. In preparing this declaration, I also considered a separate email that I have from then-Senior Legal Director, Safety, Scott Binnings dated May 14, 2021. Mr. Binnings replied to Mr. Haas and contemporaneously confirmed that he and I were engaged in providing legal advice on the issue raised by Mr. Haas and that we directed further review and investigation in anticipation of litigation.

I declare under penalty of perjury that the foregoing is true and correct.

1 | Executed in Denver, Colorado on March 24, 2025.     By:    *Jennifer Handley*
2 |                                                                      Jennifer Handley

3

---

JENNIFER HANDLEY'S DECLARATION ISO DEFENDANTS' MARCH 24, 2025 BRIEF PURSUANT TO SPECIAL MASTER ORDER NO. 2, § III(6)

Case No. 3:23-MD-3084-CRB