# EXHIBIT A

Docusign Envelope ID: 590E798A-6076-48B4-B8B5-79E7625A1795

RANDALL S. LUSKEY (SBN: 240915)
    rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
    **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
    ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
    cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
    akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
    **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF JENNIFER HANDLEY IN SUPPORT OF DEFENDANTS' MARCH 17, 2025 BRIEF PURSUANT TO SPECIAL MASTER ORDER NO. 2, § III(6)** |

JENNIFER HANDLEY'S DECLARATION ISO DEFENDANTS' MARCH 17, 2025 BRIEF PURSUANT TO SPECIAL MASTER ORDER NO. 2, § III(6)

Case No. 3:23-MD-3084-CRB

# DECLARATION OF JENNIFER HANDLEY

I, Jennifer Handley, having personal knowledge of the following state:

1. I am the Senior Legal Director, Global Safety, at Uber. I was first employed by Uber in December 2018 and have worked as in-house counsel for the past 6 years. My previous roles include Senior Counsel, Safety and Legal Director, Safety. In my current role, as has been the case throughout my tenure at Uber, I am responsible for providing legal advice to Uber's leadership and employees related to safety issues, procedures, and policy, among other legal advice. I offer this Declaration in the above-captioned matter in support of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's March 17, 2025 brief pursuant to Special Master Order No. 2, § III(6) (ECF 2357). The facts set forth herein are true and correct and are based on my own personal knowledge, and I could and would competently testify thereto if called.

2. I have reviewed the document identified in the privilege log as JCCP_MDL_PRIVLOG014737. It is a draft Executive Summary for Uber's Safety Report dated November 13, 2019 and marked "Attorney-Client Privileged and Confidential/Prepared at the direction of counsel." This draft document discusses Uber's safety policies and practices. Given the legal risks of public statements regarding safety issues, a team of Uber's in-house attorneys, including myself, directed and coordinated the drafting of the Safety Report, including the Executive Summary. Uber's in-house attorneys directed and coordinated this effort to facilitate the provision of legal advice on the statements in the then draft report. Uber's in-house attorneys did, in fact, provide legal advice at every step of the way. The draft report was maintained confidentially throughout the drafting process. Each non-attorney involved with drafting the report did so at the direction, and under the supervision, of counsel.

3. I have reviewed the document identified in the privilege log as JCCP_MDL_PRIVLOG015009. It is a draft Executive Summary for Uber's Safety Report dated

November 12, 2019 that is marked "Attorney-Client Privileged and Confidential/Prepared at the direction of counsel." This draft document discusses Uber's safety policies and practices. Given the legal risks of public statements regarding safety issues, a team of Uber's in-house attorneys, including myself, directed and coordinated the drafting of the Safety Report, including the Executive Summary. Uber's in-house attorneys directed and coordinated this effort to facilitate the provision of legal advice on the statements in the then draft report. Uber's in-house attorneys did, in fact, provide legal advice at every step of the way. The draft report was maintained confidentially throughout the drafting process. Each non-attorney involved with drafting the report did so at the direction, and under the supervision, of counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Denver, Colorado on March 17, 2025.     By: *Jennifer Handley*

Jennifer Handley