IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Order Relates To:<br><br>*ALL ACTIONS* | Case No. 23-md-03084-CRB (LJC)<br><br>**MASTER REPORT OF PRIVILEGE DETERMINATIONS AND ORDER** |

The standards governing privilege review for this multi-district litigation have been set forth in multiple orders of Magistrate Judge Cisneros. *See* Dkts. 1908, 2005, 2168.

Pursuant to Master Order No. 2, Uber has produced 127 documents for which the privilege designations have been challenged by plaintiffs for *in camera* review. These documents are associated with custodians Abbie Ding and Brooke Anderson. The parties briefed their respective positions on these challenges, and Uber provided two declarations in support of its privilege claims. Dkts. 2527, 2528.

The Master has determined that 114 of the documents are privileged in whole or in part and 12 are not privileged. The Master has also ordered Uber to provide additional information regarding one of the documents within five days of this Order. Those determinations have been provided to the parties. Any objections shall be submitted in accordance with Master Order No. 2, however, the objections no longer need to be filed on the docket and shall be provided directly to the Master and opposing counsel.

-2-

Any documents ordered by the Master to be produced with new redactions may be challenged by plaintiffs within five days of receiving the documents. The parties shall meet and confer within three days after plaintiffs provide their challenges to Uber. Any outstanding challenges may be submitted to the Master for review within two days of the meet and confer process and Uber shall produce the associated documents within the same time period.

Dated:   New York, New York March 25, 2025

*Barbara S. Jones*
**HON. BARBARA S. JONES (Ret.)**