RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
  ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
  cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
  akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Judge:   Honorable Charles Breyer<br><br>**STIPULATION ON SYD SYED'S MOTION TO COMPEL ARBITRATION AND STAY ACTION** |
| This Document Relates to:<br><br>*Brianna Craig v. Uber Technologies, Inc., et al.*<br>Case No.: 3:23-cv-05932-CRB | |

## STIPULATION

**WHEREAS**, on December 18, 2024, Defendants/Third-Party Plaintiffs Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC filed their Third-Party Complaint against Third-Party Defendant Syd Syed. (ECF 8). In response, on January 14, 2025, Third-Party Defendant filed a Motion to Compel Arbitration of the Third-Party Complaint and Stay the Action. (ECF 11).

1  **WHEREAS**, Third-Party Defendant categorically denies Plaintiff Briana Craig's allegations that he sexually assaulted, harassed, battered, or otherwise attacked her.

**WHEREAS**, the parties met and conferred, and Third-Party Defendant agrees to participate in the underlying action that Plaintiff Brianna Craig brought against Defendants, including but not limited to providing oral and written testimony concerning Plaintiff's allegations. The underlying action is currently pending in the United States District Court for the Northern District of California, San Francisco Division, Case No. 3:23-cv-05932-CRB.

**WHEREAS**, the parties have also agreed that Defendants/Third-Party Plaintiffs' Third-Party Complaint should be stayed until the underlying action is resolved through compromise, settlement, or judgment, so long as Third-Party Defendant participates in the underlying action as provided in the paragraph above.

**WHEREAS**, the parties have also agreed that Third-Party Defendant's Motion to Compel Arbitration and Stay Action should be stayed until the underlying action is resolved through compromise, settlement, or judgment.

**THEREFORE,** the parties respectfully request that the Court enter the parties' stipulation that: Third-Party Defendant agrees to participate in the underlying action, including but not limited to providing oral and written testimony concerning Plaintiff's allegations, that Defendants/Third-Party Plaintiffs' Third-Party Complaint is stayed until the underlying action is resolved through compromise, settlement, or judgment, so long as Third-Party Defendant participates in the underlying action as provided in this Stipulation, and that Third-Party Defendant's Motion to Compel Arbitration and Stay Action is stayed until the underlying action is resolved.

 **IT IS SO STIPULATED.**

DATED: March 25, 2025                Respectfully submitted,

                                     **SHOOK HARDY & BACON L.L.P.**

                                     By: */s/ Maria Salcedo*
                                          MARIA SALCEDO

                                     MARIA SALCEDO (Admitted *Pro Hac Vice*)
                                     msalcedo@shb.com

| | |
|---|---|
| 1 | |
| 2 | **SHOOK, HARDY & BACON L.L.P.** |
|   | 2555 Grand Blvd. |
| 3 | Kansas City, MO 64108 |
|   | Telephone: (816) 474-6550 |
| 4 | Facsimile: (816) 421-5547 |

SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

MICHAEL B. SHORTNACY

MICHAEL B. SHORTNACY (SBN: 277035)
   mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (Admitted *Pro Hac Vice*)
   oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

KYLE N. SMITH (*Pro Hac Vice* admitted)
   ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
   jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

*Attorney for Defendants/Third-Party Plaintiffs*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

DATED: March 25, 2025

By: */s/ Haitham G. Amin*
Haitham G. Amin, California State Bar No. 28679
**AMIN LAW, P.C.**
50 California St., Suite 1500
San Francisco, CA 94111
Telephone: (415) 851.4300
HAmin@AminLaw.com

By: */s/ Seth W. Wiener*
Seth W. Wiener (California State Bar No. 203747)
**LAW OFFICES OF SEITH W. WIENER**
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607

3

STIPULATION AND [PROPOSED] ORDER          Case No. 3:23-cv-05932-CRB

seth@sethwienerlaw.com

*Attorneys for Third-Party Defendant Syd Syed*

## FILER'S ATTESTATION

I, Maria Salcedo, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: March 25, 2025                     BY: */s/ Maria Salcedo*
                                                                                         Maria Salcedo (ADMITTED PRO HAC VICE)