Steve Schulte (TX SBN 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, TX  75231
Phone: (214) 890-0711
Direct: (972) 581-9778
schulte@ntrial.com
jraggio@ntrial.com
afurness@ntrial.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIF
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL No. 3084 CRB** |
| | **Honorable Charles R. Breyer** |
| **This Document Relates to:** | |
| *JANE DOE NLG (MM);* **Case No.: 3:25-cv-2653** *JOHN DOE NLG (RR);* **Case No.: 3:25-cv-2675** *JANE DOE NLG (MB);* **Case No.: 3:25-cv-2677** *JANE DOE NLG (BS);* **Case No.: 3:25-cv-2685** *JANE DOE NLG (RW);* **Case No.: 3:25-cv-2733** *JANE DOE NLG (AD);* **Case No.: 3:25-cv-2766** *JANE DOE NLG (IM),* **Case No.: 3:25-cv-2771** *v. Uber Technologies, Inc., et al.* | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the

Complaint with Jury Demand in the above-referenced action was filed on March 24, 2025.

Dated: March 25, 2025                    **NACHAWATI LAW GROUP**

*/s/ Steven S. Schulte*
Steve Schulte (TX SBN 24051306)
*Appearance Pro Hac Vice*
Arati Furness (CA Bar No. 225435)
5489 Blair Road, Dallas, TX  75231

1

1

Phone: (214) 890-0711
Direct: (972) 581-9778

2

schulte@ntrial.com

3

afurness@ntrial.com
**ATTORNEYS FOR PLAINTIFF**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF FILING OF NEW ACTION