RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
  ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
  cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
  akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Judge:    Honorable Charles Breyer |
| This Document Relates to: | **STIPULATION EXTENDING TIME FOR THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC., RAISER, LLC, AND RAISER-CA, LLC TO RESPOND TO THIRD-PARTY DEFENDANT'S MOTION TO DISMISS AND MOTION FOR PROTECTIVE ORDER** |
| *Jane Roe CL 6 v. Uber Technologies, Inc.,* Case No.: 3:23-cv-05647-CRB | |

## STIPULATION

**WHEREAS**, on December 18, 2024, Defendants/Third-Party Plaintiffs Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC (collectively, "Uber") filed their Third-Party Complaint against Third-Party Defendant William D. Miller, III. (ECF 15). In response, on March 13, 2025,

Third-Party Defendant filed a Motion to Dismiss the Third-Party Complaint and Motion for Protective Order. (ECF 29 and 31). Pursuant to Local Rule 7-3, Uber must file its opposition by March 27, 2025.

**WHEREAS**, the parties have met and conferred, and have agreed that Third-Party Plaintiffs should be permitted a brief extension of the March 27 deadline to respond to Third-Party Defendant's Motion to Dismiss and Motion for Protective Order.

**WHEREAS**, specifically the parties have agreed that Third-Party Plaintiffs may have until April 17, 2025 to respond to Third-Party Defendant's Motion to Dismiss and Motion for Protective Order. This also would extend Third-Party Defendant's deadline to file replies to April 24, 2025.

**WHEREAS**, there has been one prior extension of time in this case when Third-Party Plaintiff agreed to give Third-Party Defendant additional time to respond to the Third-Party Complaint.

**THEREFORE,** the parties respectfully request that the Court enter the parties' stipulation that: the March 27, 2025, deadline for Third-Party Plaintiffs to respond to Third-Party Defendant's Motion to Dismiss herein is extended to April 17, 2025, and Third-Party Defendant's deadline to file replies in support of his Motion to Dismiss and Motion for Protective Order is extended to April 24, 2025.

 **IT IS SO STIPULATED.**


DATED: March 26, 2025                     Respectfully submitted,

                                          **SHOOK HARDY & BACON L.L.P.**

                                          By: */s/ Maria Salcedo*_____
                                              MARIA SALCEDO

                                          MARIA SALCEDO (Admitted *Pro Hac Vice*)
                                              msalcedo@shb.com
                                          **SHOOK, HARDY & BACON L.L.P.**
                                          2555 Grand Blvd.
                                          Kansas City, MO 64108
                                          Telephone: (816) 474-6550
                                          Facsimile: (816) 421-5547

                                              MICHAEL B. SHORTNACY

                                          MICHAEL B. SHORTNACY (SBN: 277035)
                                              mshortnacy@shb.com
                                          **SHOOK, HARDY & BACON L.L.P.**
                                          2121 Avenue of the Stars, Suite 1400

2

Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (Admitted *Pro Hac Vice*)
    oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

KYLE N. SMITH (*Pro Hac Vice* admitted)
    ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
    jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorney for Defendants/Third-Party Plaintiffs*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

DATED: March 26, 2025

By: */s/ William Miller, III*
    William D. Miller, III
    Bartonville, IL 61607
    309-678-0852
    jodimiller3@icloud.com
    Pro Se

STIPULATION AND [PROPOSED] ORDER                    Case No. 3:23-cv-05647-CRB

1
2
3
4

## **FILER'S ATTESTATION**

5
6

I, Maria Salcedo, am the ECF User whose ID and password are being used to file this

7

document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories

8

identified above has concurred in this filing.

9
10

Dated: March 26, 2025                                 BY: */s/ Maria Salcedo*
                                                              Maria Salcedo (ADMITTED PRO HAC VICE)

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER                          Case No. 3:23-cv-05647-CRB