RANDALL S. LUSKEY (SBN: 240915)
rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Judge: Honorable Charles Breyer |
| This Document Relates to:<br><br>*Jane Roe CL 6 v. Uber Technologies, Inc.,*<br>Case No.: 3:23-cv-05647-CRB | **DECLARATION M. SALCEDO IN SUPPORT OF STIPULATION EXTENDING TIME FOR THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC., RAISER, LLC, AND RAISER-CA, LLC TO RESPOND TO THIRD-PARTY DEFENDANT'S MOTION TO DISMISS AND MOTION FOR PROTECTIVE ORDER** |

I, Maria Salcedo, declare as follows:

1. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendants and Third-Party Plaintiffs, Uber Technologies, Rasier LLC, and Rasier-CA, LLC, ("Third-

Party Plaintiffs"). I am a member in good standing of the Bar of the State of Missouri and the Bar of the State of Florida, and I am admitted pro hac vice in this matter. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so.

2. I respectfully submit this declaration in support of the accompanying Stipulation Extending Third-Party Plaintiffs' Time to Respond to Third-Party Defendant's Motion to Dismiss and Motion for Protective Order.

3. On December 18, 2024, Defendants/Third-Party Plaintiffs Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC filed their Third-Party Complaint against Third-Party Defendant William D. Miller, III. (ECF 15). In response, on March 13, 2025, Third-Party Defendant filed a Motion to Dismiss the Third-Party Complaint and Motion for Protective Order. (ECF 29 and 31). Pursuant to Local Rule 7-3, Uber must file its oppositions by March 27, 2025.

4. On March 24, 2025, the parties conferred regarding the timing of Third-Party Plaintiffs' response to Third-Party Defendant's Motion to Dismiss and Motion for Protective Order, and agreed that the March 27 deadline should be extended.

5. Specifically, the parties have agreed that Third-Party Plaintiffs may have until April 17, 2025 to respond to Third-Party Defendant's Motion to Dismiss and Motion for Protective Order. This also would extend Third-Party Defendant's deadline to file replies to April 24, 2025.

6. This extension of time is necessary due to the complex issues raised in Third-Party Defendant's Motion to Dismiss and Motion for Protective Order.

7. There has been one prior extension of time in this case when Third-Party Plaintiffs agreed to give Third-Party Defendant additional time to respond to the Third-Party Complaint. (ECF 21).

8. The extension of time will not affect the case because there is no hearing date set for either motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of March 2025, in Kansas City, Missouri.

/s/ Maria Salcedo
Mari Salcedo
(Admitted Pro Hac Vice)
msalcedo@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

Attorney for Defendants
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC