1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Roe CL 6 v. Uber Technologies, Inc.,*<br>Case No.: 3:23-cv-05647-CRB | MDL No. 3084 CRB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME FOR THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC., RAISER, LLC, AND RAISER-CA, LLC TO RESPOND TO THIRD-PARTY DEFENDANT'S MOTION TO DISMISS AND MOTION FOR PROTECTIVE ORDER** |
|---|---|

PURSUANT TO STIPULATION, IT SO ORDERED:

1. The Stipulation Extending Time for Defendants/Third-Party Plaintiffs Uber Technologies, Inc., Raiser, LLC, and Rasier-CA, LLC to respond to Third-Party Defendant's Motion to Dismiss and Motion for Protective Order is **GRANTED**.

2. The March 27, 2025 deadline for Third-Party Plaintiffs to respond to Third-Party Defendant's Motion to Dismiss and Motion for Protective Order is extended to April 17, 2025, and Third-Party Defendant's deadline to file reply in support of his Motion to Dismiss and Motion for Protective Order is extended to April 24, 2025.

**IT IS SO ORDERED.**

DATED: March _____, 2025

Charles R. Breyer
United States District Judge