# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Kimberly Candace Priest**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 1st day of November, 2000.

I further certify that the records of this office show that, as of this date

**Kimberly Candace Priest**

is presently enrolled with the State Bar of Texas as an active member in good standing.



IN TESTIMONY WHEREOF witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 19th day of February, 2025.

BLAKE HAWTHORNE, Clerk

_Blake A. Hawthorne_
Clerk, Supreme Court of Texas

No. 2306C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

February 19, 2025

Re: Ms. Kimberly Candace Priest, State Bar Number 24027753

To Whom It May Concern:

This is to certify that Ms. Kimberly Candace Priest was licensed to practice law in Texas on November 01, 2000, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

Our records reflect there are no pending grievances at this time.

No previous disciplinary sanctions have been entered against the attorney's law license.

Pursuant to your request and signed release from Ms. Kimberly Candace Priest, I have researched our disciplinary records and report that we have record of past complaints filed against the attorney's law license that resulted in dismissal. The history of these complaints is as follows:

| Date Filed | Case ID Number | Final Disposition | Disposition Date |
|---|---|---|---|
| 1/15/2024 | 202400613 | Dismissed | 2/9/2024 |

It is our policy to dispose of dismissed complaint files six months after final disposition. Therefore, no synopses of those complaints are available.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/jw



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167