**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe LS 293* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-04364-CRB

*Jane Doe LS 231* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-04367-CRB

*Jane Doe LS 144* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-04388-CRB

*Jane Doe LS 112* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05286-CRB

*Jane Doe LS 284* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05363-CRB

*Jane Doe LS 126* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05370-CRB

*Jane Doe LS 265* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05377-CRB

*Jane Doe LS 200* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05387-CRB

*Jane Doe LS 66* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05414-CRB

*Jane Doe LS 317* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05424-CRB

Case No. 3:23-md-03084-CRB

**ORDER REGARDING MOTION TO DISMISS LEVIN SIMES PLAINTIFFS**

Re: Dkt. No. 2358

*Jane Doe LS 234* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05433-CRB

*Jane Doe LS 191* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05573-CRB

*Jane Doe LS 273* v. *Uber Technologies, Inc., et al.*, No. 3:23-cv-05946-CRB

*Jane Doe LS 470* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05207-CRB

*Jane Doe LS 232* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05327-CRB

*Jane Doe LS 373* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05328-CRB

*Jane Doe LS 462* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05329-CRB

*Jane Doe LS 226* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05330-CRB

*Jane Doe LS 166* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05331-CRB

*Jane Doe LS 122* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05332-CRB

*Jane Doe LS 202* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05333-CRB

*Jane Doe LS 416* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05335-CRB

*Jane Doe LS 305* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05338-CRB

*Jane Doe LS 201* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05354-CRB

*Jane Doe LS 189* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05379-CRB

*Jane Doe LS 272* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05390-CRB

*Jane Doe LS 199* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05402-CRB

*Jane Doe LS 279* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05420-CRB

*Jane Doe LS 139* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05527-CRB

*Jane Doe LS 487* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05611-CRB

*Jane Doe LS 141* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05634-CRB

*Jane Doe LS 423* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05676-CRB

*Jane Doe LS 491* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05678-CRB

*Jane Doe LS 441* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05751-CRB

*Jane Doe LS 518* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05761-CRB

*Jane Doe LS 319* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05800-CRB

*Jane Doe LS 484* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05824-CRB

*Jane Doe LS 4* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05861-CRB

*Jane Doe LS 368* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05898-CRB

*Jane Doe LS 274* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05902-CRB

*Jane Doe LS 359* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05908-CRB

*Jane Doe LS 342* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05913-CRB

*Jane Doe LS 304* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05914-CRB

*Jane Doe LS 369* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05915-CRB

*Jane Doe LS 269* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05922-CRB

*Jane Doe LS 93* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05925-CRB

*Jane Doe LS 7* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05926-CRB

*Jane Doe LS 504* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05928-CRB

*Jane Doe LS 180* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05936-CRB

*Jane Doe LS 119* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-05937-CRB

*Jane Doe LS 197* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-06003-CRB

*Jane Doe LS 314* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-06016-CRB

*Jane Doe LS 188* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-06022-CRB

*Jane Doe LS 230* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-06026-CRB

*Jane Doe LS 209* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-06033-CRB

*Jane Doe LS 532* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-06927-CRB

*Jane Doe LS 534* v. *Uber Technologies, Inc., et al.*, No. 3:24-cv-07142-CRB

**ORDER**

Having considered Defendants' Motion to Dismiss Levin Simes Cases for Failure to Comply with Discovery Orders, the Court finds that the Plaintiffs subject to Defendants' Motion have violated Pretrial Order No. 10, ECF No. 348, and Judge Cisneros's December 19, 2024 Order, ECF No. 1995, by failing to provide complete and verified Plaintiff Fact Sheets.

The Court therefore hereby ORDERS as follows:

1. Each Plaintiff subject to Defendants' Motion must provide a complete and verified Plaintiff Fact Sheet within 14 days of this Order.
2. Uber shall submit a declaration within 21 days of this Order, identifying which, if any, Plaintiffs have not complied with the Court's Order as of that date.
3. If Levin Simes LLP ("Levin Simes") disagrees with the inclusion of any Plaintiff(s) identified in Uber's declaration, Levin Simes shall submit a declaration 28 days of this Order, identifying the date when such Plaintiff(s) submitted a complete and verified Plaintiff Fact Sheet.
4. The Court will dismiss without prejudice the claims of any Plaintiff who does not comply with Paragraph 1 of this Order.

**IT IS SO ORDERED.**

Dated: March 26, 2025

HON. CHARLES R. BREYER
United States District Court Judge