```
 1  RANDALL S. LUSKEY (SBN: 240915)
        rluskey@paulweiss.com
 2  PAUL, WEISS, RIFKIND, WHARTON
        & GARRISON LLP
 3  535 Mission Street, 24th Floor
    San Francisco, CA 94105
 4  Telephone: (628) 432-5100
    Facsimile:  (628) 232-3101
 5
    ROBERT ATKINS (Pro Hac Vice admitted)
 6      ratkins@paulweiss.com
    CAITLIN E. GRUSAUSKAS (Pro Hac Vice admitted)
 7      cgrusauskas@paulweiss.com
    ANDREA M. KELLER (Pro Hac Vice admitted)
 8      akeller@paulweiss.com
    PAUL, WEISS, RIFKIND, WHARTON
 9      & GARRISON LLP
    1285 Avenue of the Americas
10  New York, NY 10019
    Telephone: (212) 373-3000
11  Facsimile:  (212) 757-3990

12  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.;
13  RASIER, LLC; and RASIER-CA, LLC

14  [Additional Counsel Listed on Signature Page]
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Judge: Honorable Charles Breyer |
| This Document Relates to:<br><br>*Jane Roe CL 6 v. Uber Technologies, Inc.*,<br>Case No.: 3:23-cv-05647-CRB | **STIPULATION EXTENDING TIME FOR THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC., RAISER, LLC, AND RAISER-CA, LLC TO RESPOND TO THIRD-PARTY DEFENDANT'S MOTION TO DISMISS AND MOTION FOR PROTECTIVE ORDER**: ORDER |

## STIPULATION

**WHEREAS**, on December 18, 2024, Defendants/Third-Party Plaintiffs Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC (collectively, "Uber") filed their Third-Party Complaint against Third-Party Defendant William D. Miller, III. (ECF 15). In response, on March 13, 2025,

1  Third-Party Defendant filed a Motion to Dismiss the Third-Party Complaint and Motion for Protective

2  Order. (ECF 29 and 31). Pursuant to Local Rule 7-3, Uber must file its opposition by March 27, 2025.

3      **WHEREAS**, the parties have met and conferred, and have agreed that Third-Party Plaintiffs

4  should be permitted a brief extension of the March 27 deadline to respond to Third-Party Defendant's

5  Motion to Dismiss and Motion for Protective Order.

6      **WHEREAS**, specifically the parties have agreed that Third-Party Plaintiffs may have until

7  April 17, 2025 to respond to Third-Party Defendant's Motion to Dismiss and Motion for Protective

8  Order. This also would extend Third-Party Defendant's deadline to file replies to April 24, 2025.

9      **WHEREAS**, there has been one prior extension of time in this case when Third-Party Plaintiff

10  agreed to give Third-Party Defendant additional time to respond to the Third-Party Complaint.

11      **THEREFORE,** the parties respectfully request that the Court enter the parties' stipulation

12  that: the March 27, 2025, deadline for Third-Party Plaintiffs to respond to Third-Party Defendant's

13  Motion to Dismiss herein is extended to April 17, 2025, and Third-Party Defendant's deadline to file

14  replies in support of his Motion to Dismiss and Motion for Protective Order is extended to April 24,

15  2025.

16  **IT IS SO STIPULATED.**

17

18  DATED: March 26, 2025                          Respectfully submitted,

19                                                  **SHOOK HARDY & BACON L.L.P.**

20                                                  By: */s/ Maria Salcedo*
21                                                        MARIA SALCEDO

22                                                  MARIA SALCEDO (Admitted *Pro Hac Vice*)
                                                    msalcedo@shb.com
23                                                  **SHOOK, HARDY & BACON L.L.P.**
                                                    2555 Grand Blvd.
24                                                  Kansas City, MO 64108
                                                Telephone: (816) 474-6550
25                                                  Facsimile: (816) 421-5547

26                                                  MICHAEL B. SHORTNACY

27                                                  MICHAEL B. SHORTNACY (SBN: 277035)
                                                mshortnacy@shb.com
                                                **SHOOK, HARDY & BACON L.L.P.**
28                                                  2121 Avenue of the Stars, Suite 1400

Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (Admitted *Pro Hac Vice*)
  oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

KYLE N. SMITH (*Pro Hac Vice* admitted)
  ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
  jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorney for Defendants/Third-Party Plaintiffs*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

DATED: March 26, 2025

By: */s/ William Miller, III*
    William D. Miller, III
    Bartonville, IL 61607
    309-678-0852
    jodimiller3@icloud.com
    Pro Se

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Roe CL 6 v. Uber Technologies, Inc.,*<br>Case No.: 3:23-cv-05647-CRB | MDL No. 3084 CRB<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION EXTENDING TIME FOR THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC., RAISER, LLC, AND RAISER-CA, LLC TO RESPOND TO THIRD-PARTY DEFENDANT'S MOTION TO DISMISS AND MOTION FOR PROTECTIVE ORDER** |

1   PURSUANT TO STIPULATION, IT SO ORDERED:

2   1. The Stipulation Extending Time for Defendants/Third-Party Plaintiffs Uber Technologies, Inc., Raiser, LLC, and Rasier-CA, LLC to respond to Third-Party Defendant's Motion to Dismiss and Motion for Protective Order is **GRANTED**.

2. The March 27, 2025 deadline for Third-Party Plaintiffs to respond to Third-Party Defendant's Motion to Dismiss and Motion for Protective Order is extended to April 17, 2025, and Third-Party Defendant's deadline to file reply in support of his Motion to Dismiss and Motion for Protective Order is extended to April 24, 2025.

**IT IS SO ORDERED.**

DATED: March __27__, 2025

_____
Charles R. Breyer
United States District Judge