| | |
|---|---|
| 1 | BRET STANLEY |
| 2 | **Johnson Law Group**<br>2925 Richmond Ave, Suite 1700 |
| 3 | Houston, TX 77098<br>Telephone: (713) 626-9336 |
| 4 | Facsimile: (800) 731-6018<br>Email: bstanley@johnsonlawgroup.com |
| 5 | *Counsel for Plaintiff* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to:<br><br>*JLG 117 v. Uber Technologies, Inc., et al;* 3:25-cv-2888 | |

   Notice is hereby given pursuant of Pretrial Order No. 6 (Direct Filing) that the Complaint and Jury Demand in the above Referenced action was filed on March 28, 2025.

 Dated: March 28, 2025                     Respectfully submitted,

                                          By: */s/ Bret Stanley*

                                          BRET STANLEY
                                          **Johnson Law Group**
                                          2925 Richmond Ave, Suite 1700
                                          Houston, TX 77098
                                          Telephone: (713) 626-9336
                                          Facsimile: (800) 731-6018
                                          Email: bstanley@johnsonlawgroup.com


                                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby electronically transmitting this filing to all CM/ECF registrants.

                                         */s/ Bret Stanley*
                                         Bret Stanley