IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Order Relates To:<br><br>*ALL ACTIONS* | Case No. 23-md-03084-CRB (LJC)<br><br>**MASTER RULINGS ON OBJECTIONS TO SULLIVAN, FULDNER, AND CINELLI PRIVILEGE DETERMINATIONS** |

On March 18, 2025, the Master issued privilege determinations associated with custodians Michael Sullivan, Gus Fuldner, and Dennis Cinelli. Dkt. 2529. In accordance with Master Order No. 2 (Dkt. 2357), Uber has raised six objections to the determinations and provided additional briefing and affidavits regarding the documents at issue. Dkts. 2581, 2606. Plaintiffs have not raised any objections.

After careful consideration of Uber's submissions and further *in camera* review of the documents, Uber's request for relief is granted in part and denied in part. Uber may produce the following documents with redactions as identified in Uber's objections:

JCCP_MDL_PRIVLOG000887
JCCP_MDL_PRIVLOG000909
JCCP_MDL_PRIVLOG001338
JCCP_MDL_PRIVLOG007861

Uber may withhold the following documents as privileged:

JCCP_MDL_PRIVLOG016142
JCCP_MDL_PRIVLOG015747

-2-

Any appeals of the Master's determination may be made to the District Court pursuant to the procedures set out in Dkt. 2302.

Dated:   New York, New York
         March 31, 2025

*Barbara S. Jones*
HON. BARBARA S. JONES (Ret.)