IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Order Relates To:<br><br>ALL CASES | MDL No. 3084<br><br>**PRETRIAL ORDER NO. 23: ORDER APPOINTING ELIZABETH CABRASER TO THE PLAINTIFF'S STEERING COMMITTEE** |
|---|---|

In Pretrial Order No. 4, the Court appointed Plaintiffs' Co-Lead Counsel and Plaintiffs' Steering Committee. See dkt. 152. The Court now additionally appoints Elizabeth Cabraser as a member of the Plaintiffs' Steering Committee. The terms of her appointment are the same as those described in Pretrial Order No. 4.

**IT IS SO ORDERED.**

Dated: March 31, 2025



CHARLES R. BREYER
United States District Judge