IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ This Order Relates To: ALL CASES | MDL No. 3084 **ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** Re: Dkt. No. 2496 |

On March 14, 2025, the plaintiffs filed amended bellwether complaints that included redactions over information derived from documents produced by Uber that had been designated confidential. See dkt. 2496. Concurrently, the plaintiffs filed an administrative motion to consider whether another party's material should be sealed. Id. Per Local Civil Rule 79-5(f)(3), the Designating Party (Uber) had 7 days to file a statement describing the reasons the documents should be kept under seal. Uber has not filed a statement. Accordingly, the motion is denied. The plaintiffs are directed to file unredacted versions of the documents.

**IT IS SO ORDERED.**

Dated: March 31, 2025



CHARLES R. BREYER
United States District Judge