RANDALL S. LUSKEY (SBN: 240915)
    rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
    **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
    ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
    cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
    akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
    **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DEFENDANT UBER TECHNOLOGIES, INC., RAISER-CA, LLC, AND RAISER, LLC'S BRIEF IN SUPPORT OF UBER'S PRIVILEGE CLAIMS CHALLENGED BY PLAINTIFFS FOR THE RYAN GRAVES CUSTODIAL FILE – PURSUANT TO SPECIAL MASTER ORDER NO. 3 (DKT. 2472)** |
| This Document Relates to: | |
| ALL ACTIONS | |

Pursuant to Special Master Order No. 3, I (4) (Dkt. 2472), Defendants submit this brief in support of their position on the remaining privilege challenges for custodian Ryan Graves.  On March 18, 2025, Plaintiffs challenged approximately 32 documents within this custodial file.  Through conferrals, the parties have narrowed their dispute to 11 challenges.  These challenges are now submitted for the Special Master's review.

Defendants incorporate by reference the legal standard and arguments set forth in their prior briefing (Dkts. 2433, 2461, 2528, 2544, and 2580).  As explained more fully in the prior briefs, the applicable legal standard and the factual material previously provided to the Special Master,[1] when reviewed in conjunction with the challenged documents and the associated metadata fields, support Uber's privilege and work product assertions.  The remaining privilege claims submitted for the Special Master's determination should be upheld.

DATED: March 31, 2025                    Respectfully submitted,

                                         **SHOOK HARDY & BACON L.L.P.**

                                         By: */s/ Maria Salcedo*
                                         MARIA SALCEDO (Admitted *Pro Hac Vice*)
                                              msalcedo@shb.com
                                         **SHOOK, HARDY & BACON L.L.P.**
                                         2555 Grand Blvd.
                                         Kansas City, MO 64108
                                         Telephone: (816) 474-6550
                                         Facsimile: (816) 421-5547

                                         MICHAEL B. SHORTNACY (SBN: 277035)
                                              mshortnacy@shb.com
                                         **SHOOK, HARDY & BACON L.L.P.**
                                         2121 Avenue of the Stars, Ste. 1400
                                         Los Angeles, CA 90067
                                         Telephone: (424) 285-8330
                                         Facsimile: (424) 204-9093

                                         PATRICK OOT (Admitted *Pro Hac Vice*)
                                              oot@shb.com
                                         **SHOOK, HARDY & BACON L.L.P.**

---

[1] As requested by the Special Master, Uber has provided (1) a glossary of terms commonly used in disputed documents, (2) a list of names and titles of relevant Uber inside and outside counsel, and (3) a digest of third-parties present in its privilege log.  Defense counsel will also be available for any questions the Special Master may have during the review process.

DEFENDANTS' BRIEF IN SUPPORT OF UBER'S PRIVILEGE CLAIMS CHALLENGED BY PLAINTIFFS FOR RYAN GRAVES FILE – PURSUANT TO SPECIAL MASTER ORDER NO. 3 (DKT. 2472)

Case No. 3:23-MD-3084-CRB

1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

KYLE N. SMITH (*Pro Hac Vice* admitted)
    ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
    jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
    **& GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

DEFENDANTS' BRIEF IN SUPPORT OF UBER'S PRIVILEGE CLAIMS CHALLENGED BY PLAINTIFFS FOR
RYAN GRAVES FILE – PURSUANT TO SPECIAL MASTER ORDER NO. 3 (DKT. 2472)
Case No. 3:23-MD-3084-CRB

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

*/s/ Maria Salcedo*
MARIA SALCEDO

DEFENDANTS' BRIEF IN SUPPORT OF UBER'S PRIVILEGE CLAIMS CHALLENGED BY PLAINTIFFS FOR RYAN GRAVES FILE – PURSUANT TO SPECIAL MASTER ORDER NO. 3 (DKT. 2472)
Case No. 3:23-MD-3084-CRB