IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Order Relates To:<br><br>*ALL ACTIONS* | Case No. 23-md-03084-CRB (LJC)<br><br>**MASTER REPORT OF PRIVILEGE DETERMINATIONS AND ORDER** |

The standards governing privilege review for this multi-district litigation have been set forth in multiple orders of Magistrate Judge Cisneros. *See* Dkts. 1908, 2005, 2168.

Pursuant to Master Order No. 2, Uber produced 155 documents associated with custodians Michael Sullivan, Gus Fuldner, and Dennis Cinelli for *in camera* review. Dkt. 2529. Uber subsequently produced 23 of the 155 documents with redactions and plaintiffs have informed the Master that they have no further challenges to those 23 documents.

The Master reviewed the remaining documents *in camera* and determined that 110 of the documents were privileged in whole or in part and 20 were not privileged. The Master also ordered Uber to provide additional information regarding two of the documents. Dkt. 2529.

Uber raised six objections and provided additional briefing and affidavits regarding the documents at issue. Dkts. 2581, 2606. Plaintiffs have not raised any objections.

Additionally, Uber provided additional information as requested by the Master regarding the two documents identified in Dkt. 2529.

-2-

After careful consideration of Uber's submissions and further *in camera* review of the documents, Uber's request for relief was granted in part and denied in part. Dkt. 2670.

Accordingly, the Master has determined that 118 of the documents associated with custodians Michael Sullivan, Gus Fuldner, and Dennis Cinelli are privileged in whole or in part and 14 are not privileged.

A report on the privilege determinations regarding the remaining custodial documents will be issued on the docket as final determinations are made.

Dated:   New York, New York
         March 31, 2025

*[signature]*
**HON. BARBARA S. JONES (Ret.)**