ROBERT ATKINS (Admitted *Pro Hac Vice*)
  ratkins@paulweiss.com
JACQUELINE P. RUBIN (Admitted *Pro Hac Vice*)
  jrubin@paulweiss.com
CAITLIN E. GRUSAUSKAS (Admitted *Pro Hac Vice*)
  cgrusauskas@paulweiss.com
ANDREA M. KELLER (Admitted *Pro Hac Vice*)
  akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000

RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
MARC PRICE WOLF (SBN: 254495)
  mpricewolf@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

[*Additional Counsel Listed on Next Page*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL MATTERS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF RANDALL S. LUSKEY IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:       Hon. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

-ii-

KYLE SMITH (Admitted *Pro Hac Vice*)
  ksmith@paulweiss.com
JESSICA PHILLIPS (Admitted *Pro Hac Vice*)
  jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP**
2001 K Street, NW
Washington, D.C. 20006
Telephone: (202) 223-7300

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# DECLARATION OF RANDALL S. LUSKEY

I, Randall S. Luskey, declare pursuant to 28 U.S.C. § 1746:

1. I am a Partner of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I am a member in good standing of the Bar of the State of California. I know the following facts to be true of my own knowledge except those matters stated to be based on information and belief.

2. I respectfully submit this declaration in support of Uber's Administrative Motion to Seal, dated April 1, 2025.

3. I have reviewed the exhibits to my Declaration in Support of Uber's Positions in the Joint Letter Regarding the Gus Fuldner Deposition and Apex Order, as well as Exhibits A, B, and C to the Declaration of Sarah R. London in Support of Plaintiffs' Positions in the Joint Letter Regarding the Gus Fuldner Deposition and Apex Order (the "London Declaration").

4. Exhibit 1 to my declaration consists of excerpts of the rough transcript of the March 26, 2025 Deposition of Henry Gustav Fuldner coordinated between *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP") and this litigation. The transcript is designated "Highly Confidential" pursuant to protective orders entered in both proceedings.

5. Exhibit 2 to my declaration consists of excerpts of the rough transcript of the March 27, 2025 Deposition of Henry Gustav Fuldner coordinated between the JCCP and this litigation. The transcript is designated "Highly Confidential" pursuant to protective orders entered in both proceedings.

6. Exhibit A to the London Declaration consists of excerpts of the rough transcript of the March 27, 2025 Deposition of Henry Gustav Fuldner coordinated between the JCCP and this litigation. The transcript is designated "Highly Confidential" pursuant to protective orders entered in both proceedings.

7. Exhibit C to the London Declaration consists of excerpts of the rough transcript of the March 26, 2025 Deposition of Henry Gustav Fuldner coordinated between the JCCP and this

-1-

-2-

litigation. The transcript is designated "Highly Confidential" pursuant to protective orders entered in both proceedings.

8. The foregoing deposition excerpts contain highly sensitive details about numerous confidential aspects of Uber's business, including: the development process and rationales for Uber's release of its U.S. Safety Reports; Uber's driver background check and screening procedures; Uber's approach to the complex technological and practical issues surrounding implementation of certain features and technologies; Uber's deactivation policies; Uber's executive compensation practices; Uber's internal reporting structure and division of responsibilities; and various safety features that Uber has considered, developed, or implemented.

9. Exhibit B to the London Declaration is a non-public email produced in this litigation on a "Confidential" basis. It includes details about Uber's internal views on and approach to unrelated litigation and regulatory action, Uber's reporting structure and division of responsibilities, and Uber's confidential marketing and communications strategy.

10. On information and belief, the foregoing transcripts and document contain confidential information about Uber's internal affairs, the public disclosure of which has the potential to harm the interests of both Uber and its employees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2025

*/s/ Randall S. Luskey*
Randall S. Luskey