1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

11

12

13

14

15

16

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL MATTERS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:        Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively "Defendants") Administrative Motion to Seal, dated April 1, 2025, the Court hereby ORDERS that the following materials remain under seal:

| Documents | Description |
|---|---|
| Exhibit 1 to the Declaration of Randall S. Luskey in Support Defendants' Positions in the Joint Letter Regarding the Gus Fuldner Deposition and Apex Order (the "Luskey Declaration") | Excerpts of the rough March 26, 2025 deposition transcript of Henry Gustav Fuldner coordinated between and designated "Highly Confidential" in *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP") and this litigation |
| Exhibit 2 to the Luskey Declaration | Excerpts of the rough March 27, 2025 deposition transcript of Henry Gustav Fuldner coordinated between and designated "Highly Confidential" in the JCCP and this litigation |
| Exhibit A to the Declaration of Sarah R. London in Support of Plaintiffs' Positions in the Joint Letter Regarding the Gus Fuldner Deposition and Apex Order (the "London Declaration") | Excerpts of the rough March 27, 2025 deposition transcript of Henry Gustav Fuldner coordinated between and designated "Highly Confidential" in the JCCP and this litigation |
| Exhibit B to the London Declaration | Non-public email produced in this litigation on a "Confidential" basis that includes internal views on unrelated litigation and regulatory action and confidential marketing and communications strategies |
| Exhibit C to the London Declaration | Excerpts of the rough March 26, 2025 deposition transcript of Henry Gustav Fuldner coordinated between and designated "Highly Confidential" in the JCCP and this litigation |
| The Joint Letter Regarding the Gus Fuldner Deposition and Apex Order | Portions of the Joint Letter referencing confidential information concurrently and previously filed under seal |

**IT IS SO ORDERED.**

Dated: _____, 2025        _____

-2-

-3-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE