**Timeline for TAR Data Sharing**

| Task | Test Sample 3 (T1-T4) 4500 documents |
|---|---|
| Plaintiffs will provide LH with a list of Plaintiffs' representatives to access the Relativity and virtual desktop environments | 4/7/2025 |
| LH draws sample in strata of Dkt-524 Section 8.a.4. & identify potential Personal Identifying Information (PII) and privilege to Defendants.<br><br>LH to begin production of validation sample documents that do not have potential Personal Identifying Information and Privilege Concerns<br><br>Defendants review of test sample (prioritizing potential Personal Identifying Information and Privilege concerns) | 4/10/2025 |
| Defendants release the sample set production (assuming timely receipt of users) excluding potential PII and privilege. | 4/15/2025<br><br>4,500 documents<br><br>(sample set reflects parties' agreed-upon remedial measures to date) |
| Defendants provide steps taken to adjust model in light of the 11-20-2024 sample set 1 results | N/A |
| Defendants provide remaining non-privileged/PII documents to LH | 4/18/2025 |
| Remaining documents to be made available to Plaintiffs' workspace | 4/21/2025 |
| Plaintiffs complete review of documents in Test Sample | 4/28/2025 |
| Defendants provide validation statistics for sample set | 4/28/2025 |

## Timeline for TAR Data Sharing

| Task | Test Sample 3 (T1-T4) 4500 documents |
|---|---|
| Parties exchange coding logs at 5 PM PT | 4/28/2025 |
| LH begins implementation of learning from coding logs | 4/28/2025 |
| Parties reach agreement as to the form of the dispute log | 4/19/2025 |
| Parties exchange final dispute log at 5 pm PT and provide copies to LH for additional learning | 5/5/2025 |
| Final meet and confer on remaining disputed relevancy designations in Classification Dispute Log. | 5/12/2025 |
| PTO 8 draft position by moving party by 5 PM PT | 5/14/2025 |
| PTO 8 draft position by responding party by 5 PM PT | 5/16/2025 |
| PTO 8 dispute (if any) filed by 5 PM PT | 5/19/2025 |
| By this date (or within 3 days after ruling on PTO 8 dispute) parties to agree on remedial measures for additional learning, incorporating agreements and rulings from the Court (if any). | 5/29/2025 |
| Date to remove Plaintiffs' access to prior sample sets to prepare for next sample | N/A |
| Defendants to apply agreed alignment efforts (or 7 days after the Court provides direction following PTO 8) | 6/6/2025 |
| Defendants make final production of additional documents from the | 6/16/2025 |

**Timeline for TAR Data Sharing**

| Task | Test Sample 3 (T1-T4) 4500 documents |
|---|---|
| learning process (or within 14 days of applying alignment efforts) | |