| | |
|---|---|
| 1 | Andrea Hirsch, Esq. GA Bar No. 666557 |
| 2 | Brooke Cohen, Esq. TX Bar No. 24007019 |
| | COHEN HIRSCH, LP |
| 3 | 5256 Peachtree Road, Suite 195-E |
| | Atlanta, GA 30341 |
| 4 | T: (678) 268-4683 |
| | andrea@cohenhirsch.com |
| 5 | brooke@cohenhirsch.com |

*Counsel for Plaintiff*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-MD-03084-CRB<br><br>Honorable Charles R. Breyer<br><br>**NOTICE OF FILING OF A NEW ACTION** |
| This Document Relates to:<br><br>*T.B. 1457 v. Uber Technologies, Inc., et al; 3:25-cv-02989- CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint and Jury Demand in the above-referenced action was filed on April 1, 2025.

Dated: April 3, 2025

Respectfully submitted,

By: */s/ Andrea S. Hirsch*
Andrea Hirsch, Esq. GA Bar No. 666557
Brooke Cohen, Esq. TX Bar No. 24007019
**Cohen Hirsch, LP**
5256 Peachtree Road, Suite 195-E
Telephone: (678) 268-4683
Facsimile: (678) 669-1520
Email: andrea@cohenhirsch.com
brooke@cohenhirsch.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF A NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants..

/s/ *Andrea S. Hirsch*
Andrea S. Hirsch