1  RACHEL B. ABRAMS (Cal Bar No. 209316)
   ADAM B. WOLF (Cal Bar No. 215914)
2  **Peiffer Wolf Carr Kane Conway & Wise, LLP**
   555 Montgomery Street, Suite 820
3  San Francisco, CA 94111
   Telephone: 415.766.3544
4  Facsimile: 415.840.9435
   Email: rabrams@peifferwolf.com
5  Email: awolf@peifferwolf.com

6  TIFFANY R. ELLIS (*Admitted PHV*)
   **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7  2229 Trumbull St.
   Detroit, MI 48216
8  Telephone: 313.210.1559
   Facsimile: 415.840.9435
9  Email: tellis@peifferwolf.com

10 *Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>*This document relates to:*<br><br>*Charisse Lee v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-02814-CRB* | No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on March 26, 2025.

///

///

///

CASE NO. 3:23-md-03084-CRB                1                NOTICE OF FILING OF NEW ACTION

| | |
|---|---|
| Dated: April 3, 2025 | Respectfully submitted,<br><br>By: */s/ Rachel B. Abrams*<br>RACHEL B. ABRAMS (Cal Bar No. 209316)<br>ADAM B. WOLF (Cal Bar No. 215914)<br>**Peiffer Wolf Carr Kane Conway & Wise, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: 415.766.3544<br>Facsimile: 415.840.9435<br>Email: rabrams@peifferwolf.com<br>           awolf@peifferwolf.com<br><br>TIFFANY R. ELLIS (*Admitted PHV*)<br>**Peiffer Wolf Carr Kane Conway & Wise, LLP**<br>2229 Trumbull St.<br>Detroit, MI 48216<br>Telephone: 313.210.1559<br>Facsimile: 415.840.9435<br>Email: tellis@peifferwolf.com<br><br>*Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

          */s/ Rachel B. Abrams*
          Rachel B. Abrams