IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB (LJC) |
| —————————————————/ | **REPORT OF PRIVILEGE DETERMINATIONS** |
| This Order Relates To: | |
| *ALL ACTIONS* | |

The standards governing privilege review for this multi-district litigation have been set forth in multiple orders of Magistrate Judge Cisneros. *See* Dkts. 1908, 2005, 2168.

Pursuant to Master Order No. 2, Uber produced 127 documents associated with custodians Abbie Ding and Brooke Anderson for *in camera* review. Dkt. 2609. The Master determined that 114 of the documents were privileged in whole or in part and 12 were not privileged. The Master also ordered Uber to provide additional information regarding one of the documents. Dkt. 2609.

Uber raised three objections and provided additional briefing and documents regarding the challenged documents. Plaintiffs have not raised any objections. Additionally, Uber provided additional information and documents as requested by the Master regarding the document identified in Dkt. 2609. After careful consideration of Uber's submissions and further *in camera* review of the documents, Uber's request for relief was granted.

Accordingly, the Master has determined that 118 of the documents associated with custodians Abbie Ding and Brooke Anderson are privileged in whole or in part and 9 are not privileged.

Dated:      New York, New York
             April 4, 2025

**HON. BARBARA S. JONES (Ret.)**