RANDALL S. LUSKEY (SBN: 240915)
    rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
    ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
    cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
    akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | Judge:      Honorable Charles Breyer |
| This Document Relates to: | **DECLARATION OF MARIA SALCEDO IN SUPPORT OF DEFENDANTS AND CROSS-CLAIMANTS UBER TECHNOLOGIES, INC.; RASIER, LLC, AND RASIER-CA, LLC'S SECOND REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE (Local Rule 7-11)** |
| *M.C. v. Uber Technologies, Inc., et al.* Case No.: 3:24-cv-03608-CRB | |

I, Maria Salcedo, declare as follows:

1.     I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendants and Cross-Claimants, Uber Technologies, Rasier LLC, and Rasier-CA, LLC, ("Cross-Claimants").  I am a member in good standing of the Bar of the State of Missouri and the Bar of the State of Florida, and I am admitted pro hac vice in this matter.  I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so.

2.     I respectfully submit this declaration in support of the accompanying Second Request for Administrative Relief From Service Deadline.

3.     On November 5, 2024, Defendants/Cross-Claimants Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC filed their Cross-Claims against Cross-Defendant Desalegne Nega. (ECF 18).

4.     My associate at my direction initially prepared a summons using the last address that Cross-Claimants had on record for Cross-Defendant, which was 9480 Olive Blvd. Apt. C, St. Louis, MO 63132.

5.     On November 18, 2025, I realized that we had used an outdated address in the summons, as an Accurint report in the case file indicated that Cross-Defendant now lived in Nevada. In light of this, I instructed my associate and paralegal to prepare a new proposed summons with the most current address in the report.

6.     On November 26, 2024, my assistant, at my direction, filed a new Proposed Summons in order to serve Cross-Defendant at 5415 W. Harmon Ave., Unit 2004, Las Vegas, NV 89103-7014. (ECF 21).

7.     On December 3, 2024, the ECF system rejected the filing with an error message indicating I needed to return the prior summons as unexecuted in order to receive a new summons. On December 9, 2024, my assistant, at my direction, filed the initial summons as unexecuted and filed a new Proposed Summons in order to serve Cross-Defendant at 5415 W. Harmon Ave., Unit 2004, Las Vegas, NV 89103-7014. (ECF 22–24).

8.      On December 11, 2024, my paralegal, under my direction, directed First Legal to effect service of process on Cross-Defendant at 5415 W. Harmon Ave., Unit 2004, Las Vegas, NV 89103-7014.

9.      The process server, attempted to serve the Cross-Defendant at 5415 W. Harmon Ave., Unit 2004, Las Vegas, NV 89103-7014, but the process server indicated an occupant of that address stated Cross-Defendant did not live there, but may live at a nearby apartment unit. The occupant did not identify herself.

10.     On January 17, 2025, I instructed my associate to request a new Accurint report to see if we could locate an updated address for Cross-Defendant.  The Accurint report turn out the same address at which we had attempted to serve him, 5415 W. Harmon Ave., Unit 2004, Las Vegas, NV 89103-7014.

11.     On January 21, 2025, my paralegal, under my direction, directed First Legal to locate an updated current address for Cross-Defendant. First Legal determined that based on all indications the subject was still at 5415 W. Harmon Ave., Unit 2004, Las Vegas, NV 89103-7014. First Legal believed the occupant with whom its process server spoke may have been Cross-Defendant's wife.

12.     The process server has attempted this address three additional times, indicating that no one came to the door the first two times. On the third time, which was on January 29, 2025, an occupant came to the door and stated that she does not know Cross-Defendant and only recognized his name from mail she received.

13.     On January 23, 2025, First Legal indicated it conducted a skip trace to ascertain the current whereabouts of Cross-Claimant.

14.     On January 29, 2025, First Legal identified a new address at which Cross-Defendant may be located, which is 8215 Stoneheather Ct., Las Vegas, NV 89117.

15.     On February 3, 2025, Defendants and Cross-Claimants filed a Request for Administrative Relief From Service Deadline (Local Rule 7-11); [Proposed] Order.

DECLARATION OF MARIA SALCEDO IN SUPPORT OF DEFENDANTS AND CROSS-CLAIMANTS' UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's SECOND REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE      Case No. 3:23-cv-03608

16.    On February 5, 2025, the Court granted Defendants and Cross-Claimants Uber Technologies, Inc.; Raiser, LLC, and Raiser-CA, LLC's Request for Administrative Relief from Service Deadline (Local Rule 7-11).

17.    On March 17, 2025, Cross-Claimants filed the summon returned unexecuted regarding the 5415 W. Harmon Ave., Unit 2004 Las Vegas, NV 89103-7014 address and filed the proposed summons for the 8215 Stoneheather Ct. Las Vegas, NV 89117 address.

18.    On March 18, 2025, the Court issued summons for Desalegne Nega at 8215 Stoneheather Ct. Las Vegas, NV 89117.

19.    On March 21, 2025, First Legal indicated that they had attempted to serve Cross-Defendant at 8215 Stone Heather Ct., Las Vegas, NV 89117.  The process server spoke to a woman (who did not provide her name) through a security screen. The process server was told Cross-Defendant does not live there and that Cross-Defendant was her brother's friend that stayed there for several weeks while he found his own place when he moved into town.  No forwarding information was provided.

20.    On March 25, 2025, I requested First Legal re-check their indexes regarding the January skip trace for Cross-Defendant.

22.    On April 2, 2025 First Legal indicated they were unable to locate another possible address recently associated with Cross-Defendant.

23.    In an effort to find an updated address for Cross-Defendant, also on April 2, 2025, Cross-Claimants, through attorneys of record Shook, Hardy & Bacon, obtained a new Accurint report and a TLO report. The reports provided possible phone numbers for Cross-Defendant, but reiterated 5415 W Harmon Ave Unit 2004, Las Vegas, NV 89103-7014 as the most recent address.

24.    My team has searched for social media accounts for Cross-Defendant, but has not yet located any.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4 day of April 2025, in Kansas City, Missouri.

1

2                                        /s/ _Maria Salcedo_____
                                         MARIA SALCEDO

3
                                         MARIA SALCEDO (Admitted *Pro Hac Vice*)
4                                            msalcedo@shb.com

5                                        **SHOOK, HARDY & BACON L.L.P.**
                                         2555 Grand Blvd.
6                                        Kansas City, MO 64108
                                         Telephone: (816) 474-6550
7                                        Facsimile: (816) 421-5547

8                                        *Attorney for Defendants*
                                         UBER TECHNOLOGIES, INC.,
9                                        RASIER, LLC, and RASIER-CA, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         -5-