RANDALL S. LUSKEY (SBN: 240915)
   rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
   ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
   cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
   akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>Judge:    Honorable Charles Breyer |
| This Document Relates to:<br><br>*Jillian Sullivan v. Uber Technologies, Inc, et al.;* 3:23-cv-05418-CRB | **DEFENDANTS AND THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC.; RASIER, LLC, AND RASIER-CA, LLC'S SECOND REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE (Local Rule 7-11); [PROPOSED] ORDER** |

On November 5, 2024, Defendants/Third-Party Plaintiffs Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC (collectively, "Uber") filed their Third-Party Complaint against Third-Party Defendant Ziad Zein.  Fed. R. Civ. P. 4(m) provides ninety (90) days for service of a complaint.  *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.").  On February 3, 2025 Uber filed a request for administrative relief from the service deadline.  (ECF 47). On February 3, 2025, the Court granted Uber's request for administrative relief and ordered that the service deadline for the Third-Party Complaint be extended to and including April 4, 2025.  (ECF 48).

Third-Party Plaintiffs have been diligently attempting to serve Third-Party Defendant, Ziad Zein, with the Summons and Third-Party Complaint.  But, to date, Third-Party Defendant has not yet been served in this matter.  Third-Party Plaintiffs respectfully request the Court grant another 60-day extension to complete service or take other appropriate action regarding Third-Party Defendant.  Good cause exists for this Court to extend the service deadline because Third-Party Plaintiffs have been diligently attempting to locate and confirm addresses for and to serve Third-Party Defendant.

Third-Party Plaintiffs, through attorneys of record Shook, Hardy & Bacon, hired First Legal, a legal solutions firm, to assist with locating and serving Third-Party Defendant.  The process server first attempted to serve the Third-Party Defendant at 9151 Sunrise Lane, Orland Park, Illinois 60462.  The process server indicated a resident of that address indicated that Third-Party Defendant no longer lives there. Third-Party Plaintiffs, through attorneys of record Shook, Hardy & Bacon and their paralegal staff, located an updated address for Third-Party Defendant.  They located 3133 Peschel Ct., Dyer, IN 46311-1232.

Third-Party Plaintiffs have attempted to serve the Third-Party Defendant at 3133 Peschel Ct., Dyer, IN 46311-1232.  The process server has attempted to serve the Third-Party Defendant at this address thirteen times, each time indicating that no one came to the door.  The most recent unsuccessful service attempt was on April 3, 2025.

On April 2, 2025, in an effort to either confirm the address for Third-Party Defendant or determine a new address, Third-Party Plaintiffs through attorneys of record Shook, Hardy & Bacon, obtained a new Accurint report and a TLO report. The reports reiterated that 3133 Peschel Ct., Dyer, IN 46311 is the most recent address. Indeed, the Accurint report indicates that Third-Party Defendant currently owns the residence.

On April 2, 2025, after confirming that the 3133 Peschel Ct. is likely Third-Party Defendant's current address, Third-Party Plaintiffs, through attorneys of record Shook, Hardy & Bacon, directed First Legal to mail by first-class mail, certified, postage prepaid, requiring a return receipt the summons, third-party complaint and exhibits, and Plaintiff's complaints to Third-Party Defendant at 3133 Peschel Court, Dyer, IN 46311.

As stated above, Third-Party Plaintiffs have been and intend to continue to confirm the current address, as well as, investigate and identify other addresses and ways to serve Third-Party Defendant.

Third-Party Plaintiffs respectfully request the Court grant a 60-day extension to complete service on Third-Party Defendant (or take appropriate action), allowing to and including June 3, 2025 to effect service.

DATED: April 4, 2025                    Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Maria Salcedo*
     MARIA SALCEDO

MARIA SALCEDO (Admitted *Pro Hac Vice*)
   msalcedo@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

MICHAEL B. SHORTNACY (SBN: 277035)
   mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330

UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's SECOND
REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE          Case No. 3:23-cv-05418

Facsimile: (424) 204-9093

PATRICK OOT (Admitted *Pro Hac Vice*)
 oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

KYLE N. SMITH (*Pro Hac Vice* admitted)
 ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
 jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

-4-

UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's SECOND
REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE   Case No. 3:23-cv-05418