1   RANDALL S. LUSKEY (SBN: 240915)
        rluskey@paulweiss.com
2   **PAUL, WEISS, RIFKIND, WHARTON**
3       **& GARRISON LLP**
    535 Mission Street, 24th Floor
4   San Francisco, CA 94105
    Telephone: (628) 432-5100
5   Facsimile:  (628) 232-3101

6
    ROBERT ATKINS (*Pro Hac Vice* admitted)
7       ratkins@paulweiss.com
    CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
8       cgrusauskas@paulweiss.com
    ANDREA M. KELLER (*Pro Hac Vice* admitted)
9       akeller@paulweiss.com
10  **PAUL, WEISS, RIFKIND, WHARTON**
        **& GARRISON LLP**
11  1285 Avenue of the Americas
    New York, NY 10019
12  Telephone: (212) 373-3000
    Facsimile:  (212) 757-3990
13

14  *Attorneys for Defendants*
    UBER TECHNOLOGIES, INC.;
15  RASIER, LLC; and RASIER-CA, LLC

16
    [*Additional Counsel Listed on Signature Page*]
17
                    **UNITED STATES DISTRICT COURT**
18                  **NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN FRANCISCO DIVISION**
19

| | |
|---|---|
| 20  IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| 21 | Judge:        Honorable Charles Breyer |
| 22  This Document Relates to: | **DECLARATION OF MARIA SALCEDO IN SUPPORT OF DEFENDANTS AND THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC.; RASIER, LLC, AND RASIER-CA, LLC'S SECOND REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE (Local Rule 7-11); [PROPOSED] ORDER** |
| 23 | |
| 24  *Jillian Sullivan v. Uber Technologies, Inc, et al.;* 3:23-cv-05418-CRB | |
| 25 | |
| 26 | |

27

28

DECLARATION OF MARIA SALCEDO IN SUPPORT OF DEFENDANTS AND THIRD-PARTY
PLAINTIFFS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's SECOND
REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE     Case No. 3:23-cv-05418

1      I, Maria Salcedo, declare as follows:

2      1.      I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for

3   Defendants and Third-Party Plaintiffs, Uber Technologies, Rasier LLC, and Rasier-CA, LLC, ("Third-

4   Party Plaintiffs").  I am a member in good standing of the Bar of the State of Missouri and the Bar of

5   the State of Florida, and I am admitted pro hac vice in this matter.  I know the following facts to be

6   true of my own knowledge, except those matters stated to be based on information and belief, and if

7   called to testify, I could competently do so.

8      2.      I respectfully submit this declaration in support of the accompanying Second Request

9   for Administrative Relief From Service Deadline.

10     3.      On November 5, 2024, Defendants/Third-Party Plaintiffs Uber Technologies, Inc.,

11  Raiser, LLC, and Raiser-CA, LLC filed their Third-Party Complaint against Third-Party Defendant

12  Ziad Zein. (ECF 40).

13     4.      Uber, through attorneys of record Shook, Hardy & Bacon, hired First Legal, a legal

14  solutions firm, to assist with locating and serving Third-Party Defendant.

15     5.      On November 19, 2024, my paralegal, under my direction, directed First Legal, the legal

16  solutions firm, to effect service of process on Third-Party Defendant at 9151 Sunrise Lane, Orland

17  Park, Illinois 60462.

18     6.      On November 20, 2024, the process server, attempted to serve the Third-Party

19  Defendant at 9151 Sunrise Lane, Orland Park, Illinois 60462, but the process server indicated Third-

20  Party Defendant no longer lives at that address.

21     7.      On November 20, 2024, my paralegal, under my direction, located a new address to

22  attempt service on Third-Party Defendant. That address is 3133 Peschel Ct., Dyer, IN 46311-1232.

23     8.      On December 10, 2024, my paralegal, under my direction, directed First Legal to effect

24  service of process on Third-Party Defendant Ziad Zein at 3133 Peschel Ct., Dyer, IN 46311-1232.

25     9.      The process server has attempted to serve the Third-Party Defendant at this address

26  thirteen times, each time indicating that no one came to the door, with the most recent attempt being

27  on April 3, 2025. The process server attempted service on December 11, twice on December 12,

28

-2-

DECLARATION OF MARIA SALCEDO IN SUPPORT OF DEFENDANTS AND THIRD-PARTY
PLAINTIFFS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's SECOND
REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE     Case No. 3:23-cv-05418

1    December 13, 18, and 20, 2024, January 30, twice on January 31, twice on February 1, February 5, and

2    April 3, 2025.

3          10.    On April 2, 2025, in an effort to either confirm the address for Third-Party Defendant

4    or determine a new address, I directed my associate to obtain a new Accurint report and a TLO report

5    for Third-Party Defendant.  The reports reiterated 3133 Peschel Ct., Dyer, IN 46311 as the most recent

6    address.  Indeed, the Accurint report indicates Third-Party Defendant owns the residence.

7          11.    On April 2, 2025, after confirming the address we have is likely correct, I directed First

8    Legal to mail by first-class mail, certified, postage prepaid, requiring a return receipt the summons,

9    third-party complaint and exhibits, and Plaintiffs' complaints to Third-Party Defendant at 3133 Peschel

10   Court, Dyer, IN 46311.

11         12.    My team is in the process of conducting other searches to locate and serve Third-Party

12   Defendant.  We will continue to diligently seek to serve him.

13         I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of

14   April 2025, in Kansas City, Missouri.

15

16                                              /s/   *Maria Salcedo*
                                                MARIA SALCEDO

17
                                                MARIA SALCEDO (Admitted *Pro Hac Vice*)
18                                                  msalcedo@shb.com
                                                **SHOOK, HARDY & BACON L.L.P.**
19                                              2555 Grand Blvd.
                                                Kansas City, MO 64108
20                                              Telephone: (816) 474-6550
                                                Facsimile: (816) 421-5547
21
22                                              *Attorney for Defendants*
                                                UBER TECHNOLOGIES, INC.,
23                                              RASIER, LLC, and RASIER-CA, LLC

24

25

26

27

28
                                              -3-
DECLARATION OF MARIA SALCEDO IN SUPPORT OF DEFENDANTS AND THIRD-PARTY
PLAINTIFFS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's SECOND
REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE     Case No. 3:23-cv-05418