**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S ADMINISTRATIVE MOTION FOR RELIEF FROM ORDER (DKT. 2676) AND FOR LEAVE TO FILE RESPONSIVE STATEMENT OUT OF TIME**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6-17th Floor |

Having reviewed and considered Defendants Uber Technologies, Rasier LLC, and Rasier-CA, LLC, ("Defendants") Administrative Motion For Relief From Order (Dkt. 2676) and For Leave to File Responsive Statement Out of Time, filed April 4, 2025, ECF _____, the Court hereby ORDERS that:

Defendants' Administrative Motion For Relief From Order (Dkt. 2676) and For Leave to File Responsive Statement Out of Time is **GRANTED**.  Defendants' contemporaneously filed Statement

in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal (ECF 2946) is accepted for consideration by the Court.

Dated:_____

                                          Hon. Charles R. Breyer
                                          United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' UBER ADMINISTRATIVE MOTION FOR RELIEF FROM ORDER (DKT. 2676) AND FOR LEAVE TO FILE RESPONSIVE STATEMENT OUT OF TIME
Case No. 3:23-MD-3084-CRB