**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 2496]**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6-17th Floor |

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, dated March 14, 2025, ECF 2496, and Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC's (collectively "Uber") Statement in Support of Plaintiffs' Administrative Motion, dated April 4, 2025 ECF ___, the Court hereby ORDERS that the following materials remain under seal, as requested in Uber's Statement:

| Document | Description | Uber's Request |
|---|---|---|
| [Unredacted] C.L. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | No Redactions or Sealing Requested |
| [Unredacted] A.R.1 Amended Bellwether Complaint | Portion of complaint referring to highly confidential and commercially sensitive information, the disclosure of which could cause economic harm or competitive injury | Narrowed Redactions |
| [Unredacted] J.E. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | No Redactions or Sealing Requested |
| [Unredacted] LCHB128 Amended Bellwether Complaint | Portion of complaint referring to highly confidential and commercially sensitive information, the disclosure of which could cause economic harm or competitive injury | Narrowed Redactions |
| [Unredacted] Jane Doe QLF 001 Amended Bellwether Complaint | Portion of complaint referring to highly confidential and commercially sensitive information, the disclosure of which could cause economic harm or competitive injury | Narrowed Redactions |
| [Unredacted] T.L. Amended Bellwether Complaint | Portion of complaint referring to highly confidential and commercially sensitive information, the disclosure of which could cause economic harm or competitive injury | Narrowed Redactions |
| [Unredacted] B.L. Amended Bellwether Complaint | Portion of complaint referring to highly confidential and commercially sensitive information, the disclosure of which could cause economic harm or competitive injury | Narrowed Redactions |

| Document | Description | Uber's Request |
|---|---|---|
| [Unredacted] Jaylynn Dean Amended Bellwether Complaint | Portion of complaint referring to highly confidential and commercially sensitive information, the disclosure of which could cause economic harm or competitive injury | Narrowed Redactions |
| [Unredacted] A.R.2 Amended Bellwether Complaint | Portion of complaint referring to highly confidential and commercially sensitive information, the disclosure of which could cause economic harm or competitive injury | Narrowed Redactions |
| [Unredacted] A.G. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | No Redactions or Sealing Requested |
| [Unredacted] K.E. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | No Redactions or Sealing Requested |
| [Unredacted] D.J. Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | No Redactions or Sealing Requested |
| [Unredacted] Amanda Lazio Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | No Redactions or Sealing Requested |
| [Unredacted] WHB 1486 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | No Redactions or Sealing Requested |
| [Unredacted] WHB 318 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | No Redactions or Sealing Requested |
| [Unredacted] WHB 1898 Amended Bellwether Complaint | Portion of complaint referring to highly confidential and commercially sensitive information, the disclosure of which could cause economic harm or competitive injury | Narrowed Redactions |
| [Unredacted] WHB 407 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | No Redactions or Sealing Requested |

| Document | Description | Uber's Request |
|---|---|---|
| [Unredacted] WHB 1876 Amended Bellwether Complaint | Portion of complaint referring to highly confidential and commercially sensitive information, the disclosure of which could cause economic harm or competitive injury | Narrowed Redactions |
| [Unredacted] WHB 823 Amended Bellwether Complaint | Portion of complaint referring to documents and information designated confidential or highly confidential | No Redactions or Sealing Requested |

**IT IS SO ORDERED.**

Dated:

Hon. Charles R. Bryer
Senior District Judge