*[Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br><br> This Document Relates to: <br><br> ALL ACTIONS | Case No. 3:23-md-03084-CRB <br><br> **JOINT LETTER REGARDING INCIDENT CATEGORIZATION AND PLAINTIFFS' WRITTEN DISCOVERY PURSUANT TO ECF 2647** <br><br> Judge:         Hon. Lisa J. Cisneros <br> Courtroom:  G – 15th Floor |

Pursuant to the Court's March 27, 2025 Minute Entry (ECF 2647), the Parties respectfully submit this joint letter regarding disputes related to Defendants' categorization of incidents in its taxonomy and how that categorization is reflected in the data, and Plaintiffs' February 26, 2025 written discovery requests. The Parties reached agreement regarding further steps to address Defendants' categorization of incidents and how that categorization is reflected in the data, and do not presently seek the involvement of the Court. The Parties have also reached agreement on all Interrogatories except for one, and all Requests for Production except for those relating to certain deposition transcripts. The Parties are continuing to meet and confer regarding the remaining Interrogatory and Requests for Production, and if these issues are not resolved, shall file their PTO 8 letter brief(s) on April 10, 2025.

| | |
|---|---|
| By: */s/ Roopal Luhana*<br>ROOPAL P. LUHANA (*Pro Hac Vice*)<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Fl. 12<br>New York, NY 10016<br>Telephone: (888) 480-1123<br>Email: luhana@chaffinluhana.com<br><br>SARAH R. LONDON (SBN 267083)<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br>slondon@girardsharp.com<br><br>RACHEL B. ABRAMS (SBN 209316)<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: (415) 426-5641<br>Email: rabrams@peifferwolf.com<br><br>*Co-Lead Counsel for Plaintiffs* | By: */s/ Michael B. Shortnacy*<br>MICHAEL B. SHORTNACY (SBN: 277035)<br>mshortnacy@shb.com<br>**SHOOK, HARDY & BACON, L.L.P.**<br>2049 Century Park East, Suite 3000<br>Los Angeles, CA 90067<br>Telephone: (424) 285-8330<br>Facsimile: (424) 204-9093<br><br>PATRICK OOT (*Pro Hac Vice* admitted)<br>oot@shb.com<br>**SHOOK, HARDY & BACON, L.L.P.**<br>1800 K Street NW, Suite 1000<br>Washington, DC 20006<br>Telephone: (202) 783-8400<br>Facsimile: (202) 783-4211<br><br>RANDALL S. LUSKEY (SBN: 240915)<br>rluskey@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>535 Mission Street, 24th Floor<br>San Francisco, CA 94105<br>Telephone: (628) 432-5100<br>Facsimile:  (628) 232-3101<br><br>ROBERT ATKINS (*Pro Hac Vice* admitted)<br>ratkins@paulweiss.com<br>CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)<br>cgrusauskas@paulweiss.com<br>ANDREA M. KELLER (*Pro Hac Vice* admitted)<br>akeller@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile:  (212) 757-3990<br><br>*Attorneys for Defendants*<br>UBER TECHNOLOGIES, INC.;<br>RASIER, LLC; and RASIER-CA, LLC |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: April 4, 2025

By: /s/  *Michael B. Shortnacy*

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on April 4, 2025, I electronically filed the foregoing document with the

3

Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing

4

to all counsel of record.

By: /s/  *Michael B. Shortnacy*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4
JOINT LETTER REGARDING INCIDENT CATEGORIZATION AND PLAINTIFFS' WRITTEN DISCOVERY
PURSUANT TO ECF 2647                                                                 Case No. 3:23-MD-3084-CR2