1  *[Counsel Listed on Signature Page]*

2
3
4
5

6                                    **UNITED STATES DISTRICT COURT**

7                                    **NORTHERN DISTRICT OF CALIFORNIA**

8                                        **SAN FRANCISCO DIVISION**

9

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | ORDER ADOPTING<br>Case No. 3:23-md-03084-CRB<br>**JOINT STIPULATION REGARDING VALIDATION SAMPLE TESTING**<br><br>Judge:     Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |
|---|---|
| This Document Relates to:<br>ALL ACTIONS | |

STIPULATION REGARDING PRODUCTION OF TAR DOCUMENTS.        Case No. 3:23-MD-3084-CRB

# JOINT STIPULATION

Plaintiffs and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Defendants") (jointly, "the parties"), respectfully submit this Joint Stipulation regarding the next Validation Sample.

## I.   Test Sample 3 Validation

The parties originally submitted a timeline for TAR Data Sharing consisting of three separate Test Samples spanning from December 23, 2024 through April 30, 2025. Dkt. No. 2009-1. The parties have since worked through the first two Test Samples, and the Court has ruled on the relevant disputes. Since the Court's ruling on document responsiveness, the parties have reevaluated the timeline to begin Test Sample 3. Therefore:

1. The parties agree to the new timeline for Test Sample 3 as laid out in Exhibit A.

2. Test Sample 3 will now begin on April 7, 2024 with any dispute filed with the Court by May 19, 2025.

By: /s/ Roopal Luhana
ROOPAL P. LUHANA (Pro Hac Vice)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com
*Co-Lead Counsel for Plaintiffs*

SARAH R. LONDON (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641

By: /s/ Michael B. Shortnacy
MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (*Pro Hac Vice* admitted)
oot@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
1800 K Street NW, Suite 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

RANDALL S. LUSKEY (SBN: 240915)
rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor

Email: rabrams@peifferwolf.com

San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990



Dated: April 7, 2025

### ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: April 2, 2025

By: /s/ Roopal P. Luhana

### CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ Roopal P. Luhana

Exhibit A:    Timeline for TAR Data Sharing

| Task | Test Sample 3 (T1-T4) 4500 documents |
|---|---|
| Plaintiffs will provide LH with a list of Plaintiffs' representatives to access the Relativity and virtual desktop environments | 4/7/2025 |
| LH draws sample in strata of Dkt-524 Section 8.a.4. & identify potential Personal Identifying Information (PII) and privilege to Defendants.<br><br>LH to begin production of validation sample documents that do not have potential Personal Identifying Information and Privilege Concerns<br><br>Defendants review of test sample (prioritizing potential Personal Identifying Information and Privilege concerns) | 4/10/2025 |
| Defendants release the sample set production (assuming timely receipt of users) excluding potential PII and privilege. | 4/15/2025<br><br>4,500 documents<br><br>(sample set reflects parties' agreed-upon remedial measures to date) |
| Defendants provide steps taken to adjust model in light of the 11-20-2024 sample set 1 results | N/A |
| Defendants provide remaining non-privileged/PII documents to LH | 4/18/2025 |
| Remaining documents to be made available to Plaintiffs' workspace | 4/21/2025 |
| Plaintiffs complete review of documents in Test Sample | 4/28/2025 |
| Defendants provide validation statistics for sample set | 4/28/2025 |

## Timeline for TAR Data Sharing

| Task | Test Sample 3 (T1-T4) 4500 documents |
|---|---|
| Parties exchange coding logs at 5 PM PT | 4/28/2025 |
| LH begins implementation of learning from coding logs | 4/28/2025 |
| Parties reach agreement as to the form of the dispute log | 4/19/2025 |
| Parties exchange final dispute log at 5 pm PT and provide copies to LH for additional learning | 5/5/2025 |
| Final meet and confer on remaining disputed relevancy designations in Classification Dispute Log. | 5/12/2025 |
| PTO 8 draft position by moving party by 5 PM PT | 5/14/2025 |
| PTO 8 draft position by responding party by 5 PM PT | 5/16/2025 |
| PTO 8 dispute (if any) filed by 5 PM PT | 5/19/2025 |
| By this date (or within 3 days after ruling on PTO 8 dispute) parties to agree on remedial measures for additional learning, incorporating agreements and rulings from the Court (if any). | 5/29/2025 |
| Date to remove Plaintiffs' access to prior sample sets to prepare for next sample | N/A |
| Defendants to apply agreed alignment efforts (or 7 days after the Court provides direction following PTO 8) | 6/6/2025 |
| Defendants make final production of additional documents from the | 6/16/2025 |

**Timeline for TAR Data Sharing**

| Task | Test Sample 3 (T1-T4) 4500 documents |
|---|---|
| learning process (or within 14 days of applying alignment efforts) | |