1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Brianna Craig v. Uber Technologies, Inc., et al.*<br>Case No.: 3:23-cv-05932-CRB | MDL No. 3084 CRB<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION ON SYD SYED'S MOTION TO COMPEL ARBITRATION AND STAY ACTION |
|---|---|

PURSUANT TO STIPULATION, IT SO ORDERED:

1. Third-Party Defendant Syd Syed has agreed to participate in the underlying action that Plaintiff Brianna Craig brought against Defendants Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC, including but not limited to providing oral and written testimony concerning Plaintiff's allegations. The underlying action is currently pending in the United States District Court for the Northern District of California, San Francisco Division, Case No. 3:23-cv-05932-CRB.

2. Defendants/Third-Party Plaintiffs' Third-Party Complaint against Third-Party Defendant is stayed until the underlying action is resolved through compromise, settlement, or judgment, so long as Third-Party Defendant participates in the underlying action as provided in the paragraph above and the parties' stipulation.

3. Third-Party Defendant's Motion to Compel Arbitration and Stay Action is stayed until the underlying action is resolved through compromise, settlement, or judgment.

4. The hearing on Third-Party Defendant's Motion to Compel Arbitration and Stay the Case set for May 2, 2025 at 10:00 a.m. is hereby cancelled.

**IT IS SO ORDERED.**

~~DATED: March _____, 2025~~
DATED: April 7, 2025

_____
Charles R. Breyer
United States District Judge