UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL MATTERS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

# [PROPOSED] ORDER

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Defendants") Administrative Motion to Seal, dated April 7, 2025, the Court hereby ORDERS that the following materials remain under seal:

| Documents | Description |
|---|---|
| Defendants' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge | Portions of the briefing that reference and quote from confidential excerpts of Exhibit 5 to the Declaration of Randall S. Luskey in Support of Defendants' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (the "Luskey Declaration"). |
| Exhibit 1 to the Luskey Declaration | Executed sworn declaration from Dara Khosrowshahi that contains non-public internal structural and reporting information. |
| Exhibit 2 to the Luskey Declaration | Executed sworn declaration from Jill Hazelbaker that contains non-public internal structural and reporting information. |
| Exhibit 5 to the Luskey Declaration | Excerpts from the March 26-27, 2025 deposition transcript of Henry Gustav Fuldner coordinated between and designated "Highly Confidential" in both *In re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP") and this litigation. |
| Exhibit 6 to the Luskey Declaration | Excerpts from the November 13, 2024 deposition transcript of Matthew Baker taken and designated "Confidential" in the JCCP. |
| Exhibit 7 to the Luskey Declaration | Excerpts from the November 19, 2024 deposition transcript of Roger Kaiser taken and designated "Confidential" in the JCCP. |
| Exhibit 8 to the Luskey Declaration | Excerpts from the October 15, 2024 deposition transcript of Andi Pimentel taken and designated "Confidential" in the JCCP. |

**IT IS SO ORDERED.**

Dated: _____, 2025   _____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE