1 | ROBERT ATKINS (Admitted *Pro Hac Vice*)
  |    ratkins@paulweiss.com
2 | JACQUELINE P. RUBIN (Admitted *Pro Hac Vice*)
  |    jrubin@paulweiss.com
3 | CAITLIN E. GRUSAUSKAS (Admitted *Pro Hac Vice*)
  |    cgrusauskas@paulweiss.com
4 | ANDREA M. KELLER (Admitted *Pro Hac Vice*)
  |    akeller@paulweiss.com
5 | **PAUL, WEISS, RIFKIND, WHARTON**
  |    **& GARRISON LLP**
6 | 1285 Avenue of the Americas
  | New York, NY 10019
7 | Telephone: (212) 373-3000

8 | RANDALL S. LUSKEY (SBN: 240915)
  |    rluskey@paulweiss.com
9 | MARC PRICE WOLF (SBN: 254495)
  |    mpricewolf@paulweiss.com
10 | **PAUL, WEISS, RIFKIND, WHARTON**
   |    **& GARRISON LLP**
11 | 535 Mission Street, 25th Floor
   | San Francisco, CA 94105
12 | Telephone: (628) 432-5100

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

[*Additional Counsel Listed on Following Page*]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC)<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |
| This Document Relates to:<br><br>ALL MATTERS | |

| | |
|---|---|
| 1 | KYLE SMITH (Admitted *Pro Hac Vice*) |
| | ksmith@paulweiss.com |
| 2 | JESSICA PHILLIPS (Admitted *Pro Hac Vice*) |
| | jphillips@paulweiss.com |
| 3 | **PAUL, WEISS, RIFKIND, WHARTON** |
| | **& GARRISON LLP** |
| 4 | 2001 K Street, NW |
| | Washington, D.C. 20006 |
| 5 | Telephone: (202) 223-7300 |
| 6 | LAURA VARTAIN (SBN 258485) |
| | laura.vartain@kirkland.com |
| 7 | **KIRKLAND & ELLIS LLP** |
| | 555 California Street |
| 8 | San Francisco, CA 94104 |
| | Telephone: (415) 439-1625 |
| 9 | |
| 10 | *Attorneys for Defendants* |
| | UBER TECHNOLOGIES, INC., |
| 11 | RASIER, LLC, and RASIER-CA, LLC |

-ii-

CERTIFICATE OF SERVICE                              Case No. 3:23-md-03084-CRB

# CERTIFICATE OF SERVICE

I, Randall S. Luskey, declare that I am a citizen of the United States and employed in the City and County of San Francisco, CA. I am over the age of 18 and not a party to this action. I am a Partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP and my business address is 535 Mission Street, 24th Floor, San Francisco, CA 94105.

I further declare that on April 7, 2025, a true and correct copy of the Non-Redacted versions of the following documents:

1. **DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**
2. **EXHIBIT 1 TO THE DECLARATION OF RANDALL S. LUSKEY IN SUPPORT OF DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**
3. **EXHIBIT 2 TO THE DECLARATION OF RANDALL S. LUSKEY IN SUPPORT OF DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**
4. **EXHIBIT 5 TO THE DECLARATION OF RANDALL S. LUSKEY IN SUPPORT OF DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**
5. **EXHIBIT 6 TO THE DECLARATION OF RANDALL S. LUSKEY IN SUPPORT OF DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**
6. **EXHIBIT 7 TO THE DECLARATION OF RANDALL S. LUSKEY IN SUPPORT OF DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**
7. **EXHIBIT 8 TO THE DECLARATION OF RANDALL S. LUSKEY IN SUPPORT OF DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**

were served pursuant to Civil L.R. 5-1(a) by providing true copies thereof addressed to each

of the persons named below:

> Sarah R. London
> **GIRARD SHARP**
> 601 California St., Suite 1400
> San Francisco, CA 94108
> Email: slondon@girardsharp.com
>
> Rachel B. Abrams
> **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
> 555 Montgomery Street, Suite 820
> San Francisco, CA 94111
> Email: rabrams@peifferwolf.com
>
> Roopal P. Luhana
> **CHAFFIN LUHANA LLP**
> 600 Third Avenue, Floor 12
> New York, NY 10016
> Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 7, 2025 in San Francisco, California.

*/s/ Randall S. Luskey*
Randall S. Luskey