# EXHIBIT 5

*[Filed Under Seal]*

*(May Not Be Examined Without Court Order – Contains Material from Conditionally Sealed Record)*