# EXHIBIT 6

## *[Redacted Version]*

---

### *(Redacts Material from Conditionally Sealed Record)*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO - UNLIMITED JURISDICTION

COORDINATION PROCEEDING SPECIAL |
TITLE (Rule 3.550)              |
                                |
In Re: Uber Rideshare Cases     |
                                |
                                | Case No. CJC-21-005188
_____ |
                                |
This Document Relates to:       |
                                |
ALL ACTIONS                     |
                                |
_____ |


UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY

VIDEOTAPED DEPOSITION OF MATTHEW BAKER

Chicago, Illinois

Wednesday, November 13th, 2024


* * * * *
THIS TRANSCRIPT CONTAINS CONFIDENTIAL AND
HIGHLY CONFIDENTIAL TESTIMONY
* * * * *


* * * * *
PAGE 154, LINE 15, THROUGH PAGE 154, LINE 17, WERE
DESIGNATED ATTORNEY-CLIENT PRIVILEGED AND ARE
REDACTED FROM THIS TRANSCRIPT
* * * * *


REPORTED BY:  GREG S. WEILAND, CSR, RMR, CRR

JOB NO.:      6748151

Matthew Baker   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

10:14AM    1    BY MR. CUTTER:

2        Q.    ████████████████████████████████

████████████████████████████████

████████████████████████████████

10:15AM    ████████████████████████████████

████████████████████

████████████████████████████████

████████████████████████████

9            MR. SMITH:  Objection to the form the

10:15AM   10        question.

11        ████████████████████████████████

████████████████████████████████

████████████████████████████

████████████████████████████████

10:15AM   ████████████████████████████████

████████████████████████████████

██████████████████████████

████████████████████████████

████████████████████████████████

10:15AM   ████████████████████████████████

████████████████████████████████████

████████████████████

████████████████

10:15AM   ████████████████████████████████████

10:15AM   ████████████████████████████████

Matthew Baker   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

10:15AM  1  ████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████

4        MR. SMITH:  Objection to the form of the

10:16AM  5     question.

6  BY MR. CUTTER:

7        ████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████

10:16AM  10       MR. SMITH:  Brooks, we might take a break

11     at some point.  I don't want to interrupt any

12     line of questioning you have going.

13       MR. CUTTER:  Yeah, we'll be a few more

14     minutes here.

10:16AM  15       MR. SMITH:  And if you ever need to take a

16     break, Mr. Baker, just say so.

17       MR. CUTTER:  Well, that's true, sure.

18       MR. SMITH:  Sure.

19       MR. CUTTER:  So we're going to mark as our

10:16AM  20     next in order a document beginning -- well, the

21     cover is 00509993, and it's a long PowerPoint.

22                 (Exhibit 303 was marked for

23                 identification.)

10:17AM  24  BY MR. CUTTER:

10:17AM  25       Q.   I don't expect you to review every page.

10:17AM   1   I'll ask you some questions about it, but you can

          2   just familiarize yourself overall with it.

          3          MR. SMITH:  I'm going to instruct you, you

          4       can take whatever time you need to --

10:17AM   5          MR. CUTTER:  Of course.

          6          MR. SMITH:  -- to review the material

          7       that's been put in front of you.

          8          I'd just like to note for the record, the

          9       document 303 does not have Bates numbers on it.

10:18AM  10       Again, I understand there may be various

         11       reasons for that.  I don't have a precise page

         12       count, but I estimate it appears to be

         13       approximately 100 pages.

         14   BY MR. CUTTER:

10:18AM  15       Q.   If you want, I can start asking you some

         16   questions on specific pages, but if you want to take

         17   your time to -- I'm not going to have questions on

         18   every page, by any means.

         19          MR. SMITH:  Why don't you do whatever you

10:18AM  20       need to do --

         21          MR. CUTTER:  Yeah.

         22          MR. SMITH:  -- and tell Mr. Cutter when

         23       you're ready to start answering questions.

10:18AM  24          THE WITNESS:  Yeah, I'm comfortable taking

10:18AM  25       questions, with the understanding that if there

10:18AM

1        are questions that I need to contextualize, I

2        may need to review additional details

3        throughout this deck.

4        

10:18AM

10:19AM

10:19AM

15            MR. SMITH:  Objection to the form of the

16        question.

17

10:19AM

10:19AM

24            MR. SMITH:  I think you talked over him at

10:19AM

25        the end.  Please let the witness finish his

Matthew Baker   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

10:19AM   1        answer.

          2        ████████████████



Matthew Baker   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



Matthew Baker   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



Matthew Baker   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



10:23AM      1

10:23AM

10:23AM

11          MR. SMITH:  Objection to the form of the

12          question.

13

10:24AM

10:24AM

10:25AM

10:25AM

Matthew Baker   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



10:25AM

10:25AM

10:25AM

?

14          MR. SMITH:  Objection to the form of the

10:25AM    15     question.

10:26AM

21          MR. SMITH:  Wait.  Tell him when you're

22     ready to answer questions --

23          MR. CUTTER:  Yeah.

10:26AM    24     MR. SMITH:  -- about the page he has asked

10:26AM    25     you about.

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

10:26AM    1              THE WITNESS:  Sure.

           2      BY MR. CUTTER:

           3          Q.   Looks like you found it.

           4          A.   I think I found it here, yes.

10:26AM    5               Okay.

           6    ██████████████████████████████████████████████

                ████████████████████████████████████████████████

                ██████████████████████████████████████████████████

                ████████████████████████████████████████████████

10:26AM         ██████████████████████████████

                ████████████████████████████████████

           12              MR. SMITH:  Objection to the form of the

           13         question.

           14   ██████████████████████████████████████████████

10:26AM         ████████████████████████████████████████████████

                ████████████████████████████████████████████████

                ██████████████████████████████████████████████████

                ████████████████████████████████████████████████

                ████████████████████████████████████

10:27AM         ████████████████████

                ████████████████████████████████████████████████

                ██████████████████████████████

                ██████████████████████████████████████████████

10:27AM         ████████████████████

10:27AM    25              MR. SMITH:  Objection to the form of the

10:27AM    1        question.

           2        ███████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████

10:27AM    ██████████████████████

███████████████████████████████████████████████

███████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

10:27AM    ██████████████████████████

           11            MR. SMITH:  You don't need to flip along.

           12        Just wait until he asks a question.

           13            MR. CUTTER:  Yes, that's fair.

           14    BY MR. CUTTER:

10:28AM    15        ██████████████████████████████████

████████████████████████████████████████████

████████████████████████

████████████████████████████████████████████

██████████████████████████████████████

10:28AM    ████████████████████████████████████████████

████████████████████████████████████████████

██████████████████

████████████████████████████████████████████

10:28AM    ████████████████████████

10:28AM    ████████████████████████████████████████████

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

10:28AM    1    ████████████████████████████████████████

           2             MR. SMITH:  Objection to the form.

           3    BY MR. CUTTER:

           4        Q.   Is that true?

10:28AM    5             MR. SMITH:  Objection to the form of the

           6        question.

           7             ████████████████████████████████████

                ███████████████████████████████████

                ██████████████████████████

10:29AM         ██████████████████████████████████████████

                ██████████

                ██████████████████████████████████

           13            MR. SMITH:  About two-thirds of the way

           14       through, do you think?

10:29AM    15            MR. CUTTER:  Yeah.

           16            THE WITNESS:  Okay.  I believe I found it

           17       here.

           18            MR. SMITH:  I want to get to the same page

           19       as you.  Just a second.

10:29AM    20            █████████████████████████████████████

                ██████████████████████████████████████████████.

           22            MR. SMITH:  Okay.  Just give me one

           23       second.

10:30AM    24            ██████████████████████████████████

10:30AM         ██████████████████████████████████████████████

10:30AM  1        Do you have one, like -- is there -- because

         2        I'm not finding it.  I just want to make sure I

         3        get to the right page.

         4        ███████████████████████████████████

10:30AM  ████████████████████

         6            MR. SMITH:  Okay.

         7        ████████████████████████████████████

         ████████████████████████████████████████████████

         ███████████████████

10:30AM  10           MR. SMITH:  Thanks for bearing with me.

         11           MR. CUTTER:  Sure.

         12           I think you may be too far in.

         13           MS. CUTTER:  Yeah.

         14           MR. CUTTER:  It's earlier.

10:30AM  15           MR. SMITH:  Okay.  Sorry about that.

         16           MR. CUTTER:  You're fine.

         17        ██████████████████████████████

         ███████████████████████████████████████████

         ████████████████████

10:30AM  20           MR. SMITH:  Thank you.  I'm ready.  Thank

         21        you.

         22        ████████████████████

         ███████████████████████████████████████████████

10:30AM  ███████████████████████████████████████

10:30AM  ████████████████████████████

Matthew Baker   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



10:31AM    1

10:31AM

10:31AM    9         MR. SMITH:  Objection to the form of the
10:31AM   10         question.
          11

10:31AM

10:31AM

10:32AM
10:32AM

Matthew Baker   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



Matthew Baker   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



10:33AM    1

10:33AM

10:33AM

     9          MR. SMITH:  Objection to the form of the
10:33AM   10          question.
          11

10:33AM

10:34AM

10:34AM

10:34AM

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



Matthew Baker   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



10:35AM    1

10:35AM

10:35AM

10:36AM

16          MR. SMITH:  Hold on.  Is there a question

17     pending?

18   BY MR. CUTTER:

19

10:36AM

22          MR. SMITH:  Okay.  Objection to the form

23     of the question as asked and answered.

10:36AM   24          You can answer if you understand the

10:36AM   25     question.

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



10:36AM    1

10:36AM

10:36AM

10:37AM

10:37AM

10:37AM

10:37AM    24          MR. SMITH:  Objection to the form of the

10:37AM    25          question.

Matthew Baker   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



10:37AM   1   ███████████████████████████████████

███████████████████████████████████████

██████████████████████████████████

███████████████████

10:37AM   ████████████████████████████

         6        MR. SMITH:  If you don't understand the

         7        question, just say "I don't understand the

         8        question."

         9   BY MR. CUTTER:

10:37AM  10        █████████████████████████

██████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

██████████████████

10:37AM  ████████████████████████████████████

█████████████████████████████████

        17        MR. SMITH:  Objection to the form of the

        18        question.

        19        ██████████████████████████████

10:38AM  ███████████████

█████████████████

██████████████████████████████████████

██████████████████████████████████████

10:38AM  ███████████████████

10:38AM  25        MR. SMITH:  Objection to the form of the

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



10:38AM     1        question.

10:38AM

10:38AM

10:38AM

10:38AM

10:39AM

10:39AM

Matthew Baker   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



10:39AM

10:39AM

10:39AM

10:39AM

10:39AM

10:40AM

10:40AM

10:40AM

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



10:40AM    1

10:40AM

10:41AM

14           MR. SMITH:  Objection to the form of the
10:41AM    15        question.
16

10:41AM

10:42AM

10:42AM

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



10:42AM    1

 

3          Q.    That's the right page.

4          A.    Okay.

10:42AM    5                MR. SMITH:  It says Slide 44 on the top?

6                MR. CUTTER:  It does, yeah.

7                MR. SMITH:  Thank you.

8

 

10:42AM

 

 

 

 

10:43AM

 

 

 

 

10:43AM

 

 

 

10:43AM

10:43AM

Matthew Baker   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024





Matthew Baker   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

10:47AM    1    

10:47AM

10:47AM    6            MR. SMITH:  Thanks.

           7            THE WITNESS:  Okay.  I believe I've found

           8        it.

           9            MR. SMITH:  Thanks.

10:47AM   10    BY MR. CUTTER:

          11

10:47AM

10:48AM

10:48AM

10:48AM



10:48AM  1

10:48AM

?

 9          MR. SMITH:  Objection to the form of the

10:48AM  10          question.

11

10:49AM

10:49AM

10:49AM

10:49AM

Matthew Baker   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

10:49AM    1    ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████

10:49AM    ████████████████████████████████████████

████████████████████████████████████████

██████████████████

8           MR. SMITH:  Objection to the form of the

9           question.

10:50AM    10          THE WITNESS:  I want to make sure I

11          understand the question.

12    ████████████████

████████████████████████████████████████████

██████████████████████████████████

10:50AM    ██████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

██████████████████████

19          MR. SMITH:  Objection to the form of the

10:50AM    20          question.

21    ██████████████████████████████████

████████████████████████████████

████████████████████████████████

10:50AM    ████████████████████████████████████████

10:50AM    ████████████████████████████████



Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024





10:52AM  1

10:52AM

10:52AM  ?

     8          MR. SMITH:  Objection to the form of the

     9      question.

10:52AM 10

10:52AM 14          MR. SMITH:  Objection to the form of the

       15      question.

       16

10:52AM

10:53AM

10:53AM

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



10:53AM     1

10:53AM

          6          MR. SMITH:  Objection to the form of the

          7      question.

          8

10:53AM

10:53AM

10:54AM

10:54AM

10:54AM



10:54AM  1

10:54AM

            8              MR. SMITH:  Objection to the form of the
            9       question.
10:54AM    10

10:54AM

10:55AM

10:55AM

10:55AM

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

10:55AM  1  ▮▮▮▮▮▮▮▮▮▮▮▮

2          MR. SMITH:  Objection to the form of the

3      question.

4                  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10:55AM  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10:55AM  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

10:55AM  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10:56AM  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10:56AM  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10:56AM  ▮▮▮▮▮▮▮▮▮▮

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

10:56AM   1   ███████████████

          ████████████████████████████████████████████████

          ███████████████████████████████████████████

          █████████████████████████████████████████

10:56AM   5        MR. SMITH:  Objection to the form of the

          6        question.

          7              ██████████████████████████████

          ███████████████████████████████████████████████████

          ███████████████████████████████████████████

10:56AM   ████████████████████████

          11             MR. SMITH:  And, Brooks, I do think it

          12        would be appropriate to take a break when you

          13        get to a break in your line of questioning,

          14        unless the witness prefers one more immediately

10:56AM   15        or sooner.

          16   BY MR. CUTTER:

          17        Q.   How are you doing?

          18        A.   I'm doing okay.  I don't know if we want

          19   to finish this document and then maybe take a break.

10:56AM   20        Q.   ██████████████████████████████

          ████████████████████████████████████████████████

          ███████████████████████████████████████

          ██████████████████████

10:57AM   ████████████████████████████████████████████████

10:57AM   ██████████████████████

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



11:01AM    1      Q.

11:01AM

11:02AM

11:03AM

11:03AM    20         MR. SMITH:  Objection to the form of the

           21      question.

           22

11:03AM

11:03AM

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



11:03AM    1

11:03AM    5            MR. SMITH:  Can you please just let the

           6       witness finish his answer.

           7    BY MR. CUTTER:

           8            Q.   We can just move on.

           9

11:03AM

11:03AM   13            MR. SMITH:  Objection to the form of the

          14       question.

11:03AM   15

11:03AM

11:04AM

11:04AM

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



11:04AM    1

11:04AM

11:04AM

11:04AM

11:05AM

11:05AM

11:05AM    25              MR. SMITH:  Objection to the form of the

Matthew Baker   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

11:05AM    1        question.

           2

11:05AM

11:06AM

11:06AM   13              MR. CUTTER:  Okay.  We can take a break.

          14              MR. SMITH:  Before we go off the record, I

11:06AM   15        just have an issue I want to state about

          16        Exhibit 302, that issue that the metadata of

          17        that document as reflected in the first page of

          18        the exhibit reflects that it appears to be a

          19        family of documents that consists of

11:06AM   20        approximately 43 pages, but the document that

          21        was handed to the witness was five pages.  And

          22        so, therefore, it appears to be an incomplete

          23        document.

11:06AM   24              And so I object to the line of questioning

11:06AM   25        about that document to the extent it was based

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



11:29AM    1    ████████████████████████████████████████

2        Q.    During the time you've been at Uber, has

3    Uber had a requirement of running a background check

4    on drivers before they begin to use the platform?

11:30AM    5        A.    Yes.

6    ████████████████████████████████████████████

████████████████████████████████████████?

8            MR. SMITH:  Objection to the form of the

9        question.

11:30AM    10    ███████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████

████████████████████

11:30AM    ████████████████████████████████████████████

██████████████

████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████

11:30AM    ████████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████

11:31AM    ████████████████████████████████████████

11:31AM    ████████████████████████████████████

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



Matthew Baker   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



11:32AM    1

11:33AM

11:33AM

11:33AM

11:33AM

11:34AM

11:34AM    25                MR. SMITH:  Object to the form of the

11:34AM    1         question.

           2    

11:34AM

11:34AM

           14            MR. SMITH:  Objection to the form of the

11:34AM    15         question.

           16

11:35AM

11:35AM

11:35AM

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

11:35AM   1   ███████████████████████████████████████

          ██████

          ███████████████████████████████

          ████████████████████████████████████n?

11:35AM   5          MR. SMITH:  Objection to the form of the

          6          question.

          7             ██████████████████████████

          ██████████████████████████████████████

          ██████████████████████████████████████

11:35AM       ████████████████████████████████

          ██████████████████████████████████████

          ███████████████████████████████

          █████████████████████████████████████

          ██████████████████████████████████████

11:36AM       █████████████████

          ████████████████████████████████████

          ███████████████████████████████████

          █████████████████████████████████████

          █████████████████████████████

11:36AM       ████████████████████████████

          █████████████████

          ████████████

          ████████████████████████████████████

11:36AM       ████████████████████████████

11:36AM   25          MR. SMITH:  Objection to the form of the

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

11:36AM    1        question.

           2        ███████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

11:36AM    ████████████████████████████████

██████████████████

████████████████████████████████████████

█████████████████████████████████████████████

██████████████████████████?

11:36AM    10            MR. SMITH:  Objection to the form of the

           11       question, in particular to the phrase "your

           12       drivers" as vague and ambiguous.

           13   BY MR. CUTTER:

           14       ████████████████████

11:36AM    ████████████████████████████████████████████

█████████████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████

██████████████████████

11:37AM    20            MR. SMITH:  I object to the form of the

           21       question and the characterizations in the

           22       question and the compound nature of it.

           23   BY MR. CUTTER:

11:37AM    24       ███████████████████████

11:37AM    ███████████████████████████████████████████

Matthew Baker   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



11:37AM  1

11:37AM

11:37AM

12      MR. SMITH:  Objection to the form of the

13     question.

14

11:37AM

11:38AM

11:38AM  24      MR. SMITH:  Objection to the form of the

11:38AM  25     question.

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

11:38AM    1    ████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████

11:38AM    ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████

    8         MR. SMITH:  Objection to the form of the

    9         question.

11:38AM    10   ████████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████████

11:38AM    ████████████████████████████

████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

11:38AM    20        MR. SMITH:  Objection to the form of the

    21        question.

    22        ████████████████████

████████████████████

11:38AM    ████████████████████████████████████████

11:38AM    ████████████████████████████████████████████████

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



11:38AM    1    ████████████████████████████████████?

2              MR. SMITH:  Objection to the form of the

3         question.

4              ██████████████████████████████████

11:39AM    ███████████████████████████████████████

███████████████████████████████

███████████████████████████████████████

██████████████████████████████████████

████████████████████

11:39AM    ███████████████████

██████████████████████████████████

██████████████████████████████████

██████████████████████████████████

██████████████████

11:39AM    ██████████████████████████████████

█████████████████████████████████

██████████████████████

█████████████████

██████████████████████████████████

11:39AM    ████████████████████

█████████████████████████████████

████████████████████████████████████████

█████████████████████████

11:39AM    24              MR. SMITH:  Objection to the form of the

11:39AM    25         question.

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

11:39AM    1  ███████████████████████████████

███████████████

██████████████████████████████

███████

11:39AM    ███████████████████████████████

█████████████████████████████

███████?

8            MR. SMITH:  Same objection.

9        ██████████████

11:39AM    ███████████████

██████████████████

██████████████████████████████████

██████████████████████████████████

████████████████████

11:40AM    ██████████████████████████████

██████████████████████████████████

███████████████████████████████████

██████████████████████████████

██████████████████████████████

11:40AM    ██████████████████████████████

█████████████████

█████████████████████████████

█████████████████

11:40AM    █████████████████████████

11:40AM    ███████████████

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



Matthew Baker   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

11:41AM    1    ███████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████?

11:42AM    5              MR. SMITH:   Objection to the form of the

           6         question.

           7                   ████████████████████

████████████████████

████████████████████████████████████

11:42AM    ███████████████████████████████?

          11              MR. SMITH:   Objection to the form of the

          12         question.

          13                   ████████████████████

████████████████████

11:42AM    ████████████████████████████████████████

█████████████████████████████████████

████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████

11:42AM    ██████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████

11:42AM    ████████████████████

11:42AM    ██████████████████████████████████████████

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



11:43AM    1

11:43AM

11:43AM

11:43AM

19              MR. SMITH:  Objection to the form of the
11:44AM   20          question.
21

11:44AM

11:44AM

Matthew Baker    UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

11:44AM    1      █████████████████████████████

████████████████

████████████████████████████████████

████████████████████████████████████

11:44AM     ████████████████████████████████████

██████████

████████████████████████████

████████████████████████████████████

██████████████████████████████

11:44AM    10        MR. SMITH:  Objection to the form of the

      11      question.

      12       ██████████████████████████

██████████████████████████████████

███████████████████████████████████

11:44AM     ███████████████████████████

██████████████

████████████████████████████████████

██████████████████████████████████████

███████████████████

11:45AM    20        MR. SMITH:  Objection to the form of the

      21      question.

      22       ██████████████████████████

████████████████████████████████████████

11:45AM     ████████████████████████████████████████

11:45AM     ██████████████████████████████████

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

11:45AM

1 ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████

11:45AM ███████████████████

████████████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

11:45AM ██████████████████████████

11         MR. SMITH:  Objection to the form of the

12      question.

13 ████████████████████████████████████████

████████████████████████████████████████████████

11:45AM ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

11:46AM ████████████████████

████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

11:46AM █████████████████████████████

11:46AM 25         MR. SMITH:  Objection to the form of the

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



11:46AM    1        question.

           2

11:46AM

11:46AM

           14        MR. SMITH:  Objection to the form of the

11:46AM    15        question.

           16

11:47AM

11:47AM

11:47AM

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



11:47AM    1

11:47AM

11:47AM    10            MR. SMITH:  Objection to the form of the
           11       question.
           12

11:47AM

11:48AM

11:48AM

11:48AM

Matthew Baker   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

11:48AM   1

11:48AM

11:48AM

7           MR. SMITH:  Objection to the form of the

8           question.

9

11:48AM

11:48AM

18          MR. SMITH:  Objection to the form of the

19          question.

11:48AM   20          If you understand it, you can answer.

21

11:49AM

11:49AM

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



11:49AM  1

11:49AM

11:49AM

11:49AM

18          MR. SMITH:  Objection to the form of the

19          question.

11:50AM  20

11:50AM

11:50AM



11:50AM    1

11:50AM

11:50AM

11:50AM

11:51AM

11:51AM    23         MR. SMITH:  Objection to the form of the

11:51AM    24    question.

11:51AM    25

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



2:47PM    1   BY MR. CUTTER:

          2

2:47PM

2:48PM

          13            MR. SMITH:  Objection to the form.

          14

2:48PM

2:48PM

2:48PM

2:48PM

2:49PM    1    ███████████████████

███████████████████████████████████████████

██████████████████████████

    4          MR. SMITH:  Objection to the form.

2:49PM    5          THE WITNESS:  I don't know.

    6    BY MR. CUTTER:

    7          ████████████████████████████

██████████████████████████████████████████████

█████████████████████

2:49PM    ██████████████████████████████████████████

███████████████

████████████████████

█████████████████████████████████████████████

██████████████████████████████████████████

2:49PM    ███████████████████████████████████████

    16          MR. SMITH:  Objection to the form of the

    17          question.

    18          ████████████████████████████████

████████████████████████████████████

2:49PM    ██████████████

██████████████

████████████████████

██████████████████████████████████████

2:50PM    ████████████████████████████████████████

2:50PM    ████████████████████████████████████████

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



2:50PM   1

2:50PM

2:50PM

2:50PM   15          MR. SMITH:  Objection to the form.
         16

2:50PM

2:51PM

2:51PM

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



2:53PM    1  ███████████████████████████

███████████████████████████████████████

███████████████████████████████████

2:53PM    ████████████████████████████████████████

████████████████████████████████████████████

7          MR. SMITH:  Objection to the form.

8          ████████████████████████████████████

██████████████████████████████████████████████

2:53PM    █████████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████

█████████████████████████████████████████

2:53PM    ███████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████

2:54PM    ██████████████████████████████████████████████

█████████████████████████████

█████████████████

█████████████████████████████████████████

2:54PM    █████████████████████████████████████████

2:54PM    ██████████

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



2:54PM    1

2:54PM

2:54PM

2:55PM

2:55PM

2:55PM

2:55PM    25            MR. SMITH:  Had you completed your prior

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

2:55PM    1        answer?

          2             THE WITNESS:  Yeah.

          3             MR. SMITH:  Okay.  Just asking.  You can

          4        answer the current question if you understand

2:55PM    5        it.

          6        ████████████████████████████████████

██████████████████████████████

████████████████████████████████████████

██████████████████████

2:55PM    ████████████████████

████████████████████████████████████████

████████████████████████████████████

██████████████

████████████████████████████████████

2:56PM    ████████████████████████

████████████████

████████████████████████████████████

██████████████████████

████████████████████████████████████████

2:56PM    ████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

██████████████████████████████

2:56PM    ████████████████████████████████████████

2:56PM    ██████████



2:56PM    1

2:56PM

2:57PM

2:57PM

2:57PM

2:57PM

2:57PM    25                MR. CUTTER:  Let's go to 129845.

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

2:57PM
```
1                      (Exhibit 313 was marked for

2                        identification.)

3            THE WITNESS:  Okay.  I've reviewed the

4      document.
```
2:59PM
```
5   BY MR. CUTTER:

6
```



2:59PM

2:59PM

3:00PM

3:00PM

3:00PM

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



3:03PM   1

3:03PM

3:04PM

3:04PM   15            MR. SMITH:  Objection to the form.
         16

3:04PM

3:04PM

3:04PM

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



3:04PM   1

3:04PM

3:04PM   9        MR. SMITH:  Objection to the form of the
3:04PM   10       question.

3:04PM   11

3:05PM

3:05PM

3:05PM

3:05PM

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

3:05PM    1          ██████████████

          ████████████████████████████████████

          ████████████████████████████

3:05PM    ████████████████████████████████████████

          ██████

          ████████████████████████████████████

          ████████████████████████████████████████

          ████████████████████████████████████

          ████████████████████████████████████████

3:05PM    ████████████████████████████████████

          ██████████████████████████████████████████

          ████████████████████████████████████████

          ██████████████████████████

          14          MR. SMITH:  Objection to the form of the

3:06PM    15          question.

          16          THE WITNESS:  Yeah.

          17          MR. CUTTER:  Going to 000684933.

          18                  (Exhibit 314 was marked for

          19                  identification.)

3:09PM    20          THE WITNESS:  Okay.  I have the context.

          21          ████████████

          ████████████████████████████████████

          ██████████████

3:09PM    ████████████████████████

3:09PM    ████████████████████

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024





4:52PM    1

4:52PM

4:52PM

7       Q.   And has the Uber Safety Report itself

8   documented that sexual assault and sexual violence

9   is significantly underreported?

4:52PM   10       A.   To the best of my recollection, there may

11   be references to underreporting as a systemic

12   problem that Uber is aware of societally.

13       Q.   So, in fact, the report cites studies

14   showing that as few as one in four sexual assaults

4:52PM   15   or instances of sexual misconduct are actually

16   reported, true?

17       A.   I don't have recollection of the specific

18   statistics in the report, but I don't refute that.

19

4:53PM

22       MR. SMITH:  Objection to the form of the

23       question.

4:53PM   24

4:53PM

Matthew Baker   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

4:53PM  1          ███████████████████████████████████████

        ████████████████████████████████████████████

        █████████████████████████████████████████████

        ██████████████████████████

4:53PM  ██████████████████████████████████████████████

        ████████████████████████████████████████████████

        ██████████████████████████████████████████████

        8          MR. SMITH:  Objection to the form of the

        9          question.

4:53PM  10              █████████████████████████████████████

        ██████████████████████████

        ████████████████████████████████████████████████

        ██████████████████████████████████████████████

        ██████████████████████████████████████████████

4:54PM  ███████████████████

        █████████████████████████████████████

        17          MR. SMITH:  Objection to the form.

        18              ███████████████████████████████████████

        ████████████████████████████████████████████████

4:54PM  █████████████████████████████████████████████

        ███████████████████████████████████████████████

        ██████████████████████████████████████████████

        █████████████████████████████████████████████

4:54PM  █████████████████████████████████████████████

4:54PM  ████████████████████████████████████████████

Matthew Baker   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



Matthew Baker   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



5:24PM    1

5:24PM

5:24PM

5:25PM

16          MR. SMITH:   Objection to the form of the

17          question.

18

5:25PM

5:25PM

5:25PM

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

5:25PM    1            MR. SMITH:  Objection to the form of the

          2        question.

          3            ████████████████████████████

          ████████████████████████████████████████

5:25PM    ████████████████████████████████████████

          ██████████████████████.

          7    BY MR. CUTTER:

          8        Q.   In terms of the Safety Report itself, does

          9    it cover all 21 categories of sexual assault and

5:25PM    10    sexual misconduct in the Uber taxonomy?

          11        A.   No.

          12        ██████████████████

          ████████████████████████

          ████████████████████████████████████████

5:25PM    ████████████████████████████████████

          ████████████████

          17            MR. SMITH:  Objection to the form of the

          18        question.

          19            ████████████████████████████

5:25PM    ████████████████████████████████████

          ██████████████████████████████

          ██████████████████

          ████████████████████████████████████

5:26PM    ████████████████████████████████████

5:26PM    ████████████████████████████████████

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024



5:26PM    1    ▮▮▮▮

         2              MR. SMITH:  Objection to the form of the

         3        question.

         4

5:26PM

5:26PM

         14             MR. SMITH:  Objection to the form.

5:26PM    15

5:26PM    20             MR. SMITH:  Objection to the form.

         21

5:27PM

5:27PM

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

```
 1              C E R T I F I C A T E

 2

 3              The within and foregoing deposition of the

 4    witness, MATTHEW BAKER, was taken before GREG S.

 5    WEILAND, CSR, RMR, CRR, at Suite 4700, 111 South

 6    Wacker Drive, in the City of Chicago, Cook County,

 7    Illinois, commencing at 9:42 o'clock a.m. Central

 8    Standard Time, on the 13th day of November, 2024.

 9

10              The said witness was first duly sworn and

11    was then examined upon oral interrogatories; the

12    questions and answers were taken down in shorthand

13    by the undersigned, acting as stenographer; and the

14    within and foregoing is a true, accurate and

15    complete record of all the questions asked of and

16    answers made by the aforementioned witness at the

17    time and place hereinabove referred to.

18

19              The signature of the witness was not

20    waived and the deposition was submitted to the

21    deponent as per copy of the attached letter.

22

23              The undersigned is not interested in the

24    within case, nor of kin or counsel to any of the

25    parties.
```

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

1            Witness my signature on this 18th day of

2   November, 2024.

3

4

5   _____

6   GREG S. WEILAND, CSR, RMR, CRR

7   License No. 084-003472

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Matthew Baker  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 13, 2024

1

2    PRESENT:

3

4    ON BEHALF OF THE PLAINTIFFS:
          CUTTER LAW, P.C.
5         BY: MR. C. BROOKS CUTTER
              MS. CELINE E. CUTTER
6             401 Watt Avenue
              Sacramento, California 95864
7             (916) 290-9400
              Email: bcutter@cutterlaw.com
8                     ccutter@cutterlaw.com
                          - and -
9         WILLIAMS HART & BOUNDAS, LLP
          BY: MR. BRIAN ABRAMSON (via Zoom)
10            MS. STASJA DRECUN (via Zoom)
              8441 Gulf Freeway, Suite 600
11            Houston, Texas 77017
              (713) 230-2200
12            Email: babramson@whlaw.com
                     sdrecun@whlaw.com
13   PRESENT (CONTINUED):

14

15   ON BEHALF OF DEFENDANT UBER:
          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
16        BY: MR. KYLE SMITH
              2001 K Street, NW
17            Washington, DC 20006-1047
              (202) 223-7407
18            Email: ksmith@paulweiss.com
                          - and -
19        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
          BY: MR. LOUIS A. MURRAY
20            1285 Avenue of the Americas
              New York, NY 10019-6064
21            (212) 373-2749
              Email: lmurray@paulweiss.com
22
     ALSO PRESENT:
23        MR. LUCAS SCHROEDER, The Videographer
          MS. JOANNE MOON, Senior Counsel, Uber
24        MR. VINCE ROSICA, Tech (via Zoom)