# EXHIBIT 7

## *[Redacted Version]*

### *(Redacts Material from Conditionally Sealed Record)*

Roger Kaiser   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



Roger Kaiser   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



Roger Kaiser  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



Roger Kaiser   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



Roger Kaiser  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024

11:36

11:36

11:36

11:36

11:36

11:36    6        Q.   Well, you know that fingerprint-based

11:36    7    background checks identify prior felony convictions;

11:36    8    right?

11:36    9        A.   I don't know that they do so any more than

11:36   10    conviction-based or charge-based checks that Checkr

11:36   11    does.

11:36

11:36

11:36

11:36

11:36

11:36

11:36

11:36   19        Q.   Okay.  Have you ever heard of a dashcam or

11:37   20    cameras inside the vehicle?

11:37   21        A.   I'm familiar with dashcams, yes.

11:37   22        Q.   And Uber doesn't require its drivers to have

11:37   23    a dashcam; right?

11:37   24        A.   So there is not a requirement.  These are

11:37   25    independent contractors with their own vehicles,

Roger Kaiser   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024

| | | |
|---|---|---|
| 12:34 | 1 | documents, to bring him back once we're done today. |
| 12:34 | 2 | I just want to make that clear on the |
| 12:34 | 3 | record.  I understand your position. |
| 12:34 | 4 | MR. LUSKEY:  That's right.  I'll -- Just for |
| 12:34 | 5 | purposes of the record, our position is that my |
| 12:34 | 6 | understanding is that the vast majority of those |
| 12:34 | 7 | documents are just JIRA tickets where Mr. Kaiser was |
| 12:34 | 8 | bcc'd, and so that's why you see his name on those |
| 12:34 | 9 | documents. |
| 12:34 | 10 | But we understand your position, we |
| 12:34 | 11 | understand you reserve all rights; and we will meet |
| 12:34 | 12 | and confer with you, after the deposition, about that |
| 12:34 | 13 | topic. |
| 12:34 | 14 | MR. ESTEY:  Sounds fair. |
| 12:34 | 15 | So let's go into exhibits.  And so we're |
| 12:34 | 16 | going to mark as 401, it will be internal document |
| 12:35 | 17 | number 1, starting with Bates 86117. |
| 12:35 | 18 | And if you could show the deponent that |
| 12:35 | 19 | exhibit, please. |
| 12:35 | 20 | (Exhibit 401 marked.) |
| 12:35 | 21 | THE WITNESS:  Thank you. |
| 12:35 | | |
| 12:35 | | |
| 12:35 | | |
| 12:36 | | |

Roger Kaiser  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



| Time | |
|------|--|
| 12:36 | |
| 12:36 | |
| 12:36 | |
| 12:36 | |
| 12:36 | |
| 12:36 | |
| 12:36 | |
| 12:36 | |
| 12:36 | |
| 12:36 | |
| 12:36 | |
| 12:36 | |
| 12:36 | |
| 12:37 | |
| 12:37 | |
| 12:37 | |
| 12:37 | |
| 12:37 | |
| 12:37 | |
| 12:37 | |
| 12:37 | |
| 12:37 | |
| 12:37 | |
| 12:37 | |
| 12:37 | |

Roger Kaiser  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



12:37

12:37

12:37

12:37

12:37

12:38

12:38

12:38

12:38

12:38

12:38

12:38

12:38

12:38

12:38

12:38

12:38

12:38

12:38

12:38

12:38

12:38

12:38

12:38

12:38

Roger Kaiser  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



Roger Kaiser  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



12:39

12:39

12:40

12:40

12:40

12:40

12:40

12:40

12:40

12:40

12:40

12:40

12:40

12:40

12:40

12:40

12:40

12:40

12:40

12:40

12:40

12:40

12:40

12:41

Roger Kaiser  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



| | |
|---|---|
| 12:41 | ███████████████████████ |
| 12:41 | ████████████████████████ |
| 12:41 | ███████████████████████ |
| 12:41 | ███████████████████████ |
| 12:41 | ████ |
| 12:41 | █████████████████████ |
| 12:41 | █████████████████████ |
| 12:41 | ████████████████████ |
| 12:41 | ███████████████████████ |
| 12:41 | ██████████████████████ |
| 12:41 | ██████████████ |

12:41   12         MR. ESTEY:  Okay.  I'm going to show you

12:41   13   what we will mark as Exhibit -- internal Exhibit 2.

12:41   14   It is -- will be marked as Exhibit 402, and it is

12:41   15   Bates 514613.

12:41   16         THE WITNESS:  What do you want me to do

12:41   17   with --

12:42   18         MR. LUSKEY:  You can just put it to the

12:42   19   side.

12:42   20         (Exhibit 402 marked.)

| | |
|---|---|
| 12:42 | ████████████████████████ |
| 12:42 | ███████████████████████ |
| 12:42 | █████████ |
| 12:42 | ██████ |
| 12:42 | ██████████████████████ |

Roger Kaiser  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



Roger Kaiser  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



Roger Kaiser  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



12:44

12:44

12:44

12:44

12:44

12:45

12:45

12:45

12:45

12:45

12:45

12:45

12:45

12:45

12:45

12:45

12:45

12:45

12:45

12:45

12:45

12:45

12:45

12:45

12:45

Roger Kaiser  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



12:45
12:45
12:45
12:46
12:46
12:46
12:46
12:46
12:46
12:46
12:46
12:46
12:46
12:46
12:46
12:46
12:46
12:46
12:46
12:46
12:46
12:46
12:46
12:47
12:47

Roger Kaiser   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



Roger Kaiser  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



Roger Kaiser  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



Roger Kaiser  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



Roger Kaiser  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



12:51
12:51
12:51
12:51
12:51
12:51
12:51
12:51
12:51
12:52
12:52
12:52
12:52
12:52
12:52
12:52
12:52
12:52
12:52
12:52
12:52
12:52
12:52
12:52
12:52

Roger Kaiser   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



12:52
12:52
12:52
12:52
12:52
12:52
12:52
12:52
12:52
12:52
12:52
12:53
12:53
12:53
12:53
12:53
12:53
12:53
12:53
12:53
12:53
12:53
12:53
12:53
12:53

Roger Kaiser  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



Roger Kaiser  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



Roger Kaiser  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024

13:00    1    2020, 2021, and 2022, your answer would be the same?

13:00    2        A.   That's correct.

13:00    3            MR. ESTEY:  Okay.  Let's look at internal

13:00    4    Exhibit 3.  It will be Exhibit 403, and it is Bates

13:00    5    154300.

13:00    6            (Exhibit 403 marked.)



Roger Kaiser  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



13:02
13:02
13:02
13:03
13:03
13:03
13:03
13:03
13:03
13:03
13:03
13:03
13:03
13:03
13:03
13:03
13:03
13:03
13:03
13:03
13:03
13:03
13:04
13:04

Roger Kaiser   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



13:04

13:04

13:04

13:04

13:04

13:04

13:04

13:04

13:04

13:04

13:04

13:04

13:04

13:04

13:04

13:04

13:05

13:05

13:05

13:05

13:05

13:05

13:05

13:05

13:05

Roger Kaiser  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



Roger Kaiser  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



Roger Kaiser  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024



13:27  ████████████████████

13:27  ████████████████████████████

13:27  ███████████████████████████████████

13:27  ███████████████████████████████████

13:27  ██████████████████████████████████

13:27  ████████████████

13:27  ██████████████████████████████████

13:27  ████████████████████████████████████

13:27  ████████████████████████████████████

13:27  ████████████

13:27  ██████████████████████████████████

13:27  ████████████████████████████████████

13:28  █████████████████

13:28  14            (Exhibit 406 marked.)

13:28  15      Q.   BY MR. ESTEY:  Take a look at that and let

13:28  16   me know when you're ready to talk about it, please.

13:28  17      A.   Thank you.

13:28  18            MR. LUSKEY:  And you don't have the full

13:28  19   spreadsheet here?

13:28  20            MR. ESTEY:  No.

13:28  21            MR. LUSKEY:  Okay.

13:28  22            MR. ESTEY:  I like trees.

13:28  ██████████████████████████

13:28  ████████████████████

13:28  ███████████████████████████████████

Roger Kaiser  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024

```
1    STATE OF CALIFORNIA      )

2                             )  SS.

3    COUNTY OF SAN FRANCISCO )

4        I, MARILYNN HOOVER, CSR No. 8841 for the State of

5    California, do hereby certify:

6        That prior to being examined, the witness named

7    in the foregoing deposition was duly sworn to testify

8    the truth, the whole truth, and nothing but the truth;

9        That said deposition was taken down by me in

10   shorthand at the time and place therein named, and

11   thereafter reduced by me to typewritten form; and that

12   the same is a true, correct, and complete transcript

13   of the said proceedings.

14       Before completion of the deposition, review of

15   the transcript [X] was [ ] was not requested.  If

16   requested, any changes made by the deponent (and

17   provided to the reporter) during the period allowed

18   shall be appended hereto.

19       I further certify that I am not interested in the

20   outcome of the action.

21       Witness my hand this 20th day of November 2024.

22

23   _____

24                    Marilynn Hoover, RPR

25                    California CSR No. 8841
```

1          BE IT REMEMBERED THAT, pursuant to the

2     California Rules of Civil Procedure, Volume 1 of the

3     video deposition of ROGER KAISER was taken before

4     Marilynn Hoover, California CSR No. 8841; on Tuesday,

5     November 19, 2024, at the hour of 9:27 a.m.; located

6     at 535 Mission Street, 24th Floor, in San Francisco,

7     California.

8

9                     APPEARANCES

10    ESTEY & BOMBERGER, LLP
          BY MR. STEPHEN J. ESTEY, ESQ.
11           MS. ANGELA NEHMENS, ESQ.
          2869 India Street
12        San Diego, California 92103
          Telephone:  619-295-0035
13        E-mail:  Steve@estey-bomberger.com
                   Angela@estey-bomberger.com
14        On behalf of the JCCP Plaintiffs

15

16    LEVIN SIMES, LLP
          BY MR. DAVID GRIMES, ESQ.
17        1700 Montgomery Street, Suite 250
          San Francisco, California 94111
18        Telephone:  415-426-3000
          E-mail:  DGrimes@levinsimes.com
19        On behalf of the JCCP Plaintiffs

20

21    WILLIAMS HART & BOUNDAS, LLP
          BY MR. BRIAN ABRAMSON, ESQ.
22        8441 Gulf Freeway, Suite 600
          Houston, Texas 77017
23        Telephone:  713-230-2200
          E-mail:  BAbramson@whlaw.com
24        On behalf of the JCCP Plaintiffs

25

Roger Kaiser  UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024

```
 1                    APPEARANCES (CONT.)

 2   PAUL WEISS RIFKIND WHARTON & GARRISON, LLP
         BY MR. RANDY LUSKEY, ESQ.
 3       535 Mission Street, 24th Floor
         San Francisco, California 94105
 4       Telephone:  628-432-5100
         E-mail:  RLuskey@paulweiss.com
 5       On behalf of Defendants and the Witness

 6

 7   PAUL WEISS RIFKIND WHARTON & GARRISON, LLP
         BY MS. ANDREA M. KELLER, ESQ.
 8       1285 Avenue of the Americas
         New York, New York 10019
 9       Telephone:  212-373-3876
         E-mail:  AKeller@paulweiss.com
10       On behalf of Defendants and the Witness

11

12   ALSO PRESENT:  Yasi Sedghani, Esq.
                     Joanne Moon, Esq.
13                   Stephen Santos, videographer
                     Dianne Int-Hout, concierge
14                   Kelsey Neuman, paralegal

15

16

17

18

19

20

21

22

23

24

25
```