# EXHIBIT 8

*[Redacted Version]*

*(Redacts Material from Conditionally Sealed Record)*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO - UNLIMITED JURISDICTION

| | |
|---|---|
| COORDINATION PROCEEDING<br>SPECIAL TITLE (Rule 3.550)<br><br>In Re:  Uber Rideshare Cases<br>_____<br><br>This document relates to:<br><br>ALL ACTIONS<br>_____ | No. CJC-21-005188 |

UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY

CONFIDENTIAL - UNREDACTED

UNDER PROTECTIVE ORDER

VIDEO DEPOSITION OF ANDI PIMENTEL

VOLUME 1 - PAGES 1-284

TUESDAY, OCTOBER 15, 2024

SAN FRANCISCO, CALIFORNIA

Reported by:   Marilynn Hoover, RPR

California CSR No. 8841

```
10:16
10:16
10:16
10:16    4      Q.   When you became product manager for
10:16    5   dashcams, did you endeavor to learn what the company
10:16    6   had done and not done prior -- with respect to cameras
10:16    7   prior to you having that new job?
10:16    8      A.   Yes.  As with any new job, I tried to learn
10:17    9   as much as possible to be able to do well in my new
10:17   10   role.
10:17   11      Q.   You tried to learn as much as possible about
10:17   12   the history of dashcam programs at Uber, so you could
10:17   13   do the new job of being a dashcam product manager?
10:17   14      A.   Yeah.
10:17
10:17
10:17
10:17
10:17
10:17
10:17
10:17
10:18
10:18
10:18
```

18:24  1      A.   Again, I don't know the exact date --
18:24  2      Q.   Okay.
18:24  3      A.   -- but that sounds about right.
18:24  4      Q.   Were you involved as chief of staff in
18:24  5   preparing any of these safety reports?
18:24  6      A.   No.
18:24  7      Q.   Do you know whether the executive leadership
18:24  8   team had the final say in terms of the content of the
18:24  9   U.S. safety report?
18:24 10      A.   I don't know who had the final say.
18:24 11      Q.   Do you -- Do you have -- Having been chief
18:24 12   of staff to four executives, do you think it was at
18:24 13   the executive decision-making level, "it" being the
18:24 14   U.S. safety report and its contents; or do you think
18:24 15   people could just work on something like this and put
18:24 16   it out there in the world without consulting the
18:24 17   executives?
18:24 18      A.   No.  With something that important,
18:24 19   executives had to be involved.
18:25 20      Q.   Okay.  So you're agreeing that the
18:25 21   executives were involved at some level in the -- in
18:25 22   the preparation and publication of the U.S. safety
18:25 23   reports?
18:25 24      A.   Yes.
18:25 25      Q.   Okay.  And prior to December 5th, 2019, are

```
18:25   1    you aware of anything that was out there in the world
18:25   2    that would have alerted a female passenger to the fact
18:25   3    that there have been reports of sexual misconduct and
18:25   4    sexual assault on the platform?
18:25   5         A.   I don't know.
18:25   6         Q.   Okay.  Now, the U.S. safety report, it was
18:25   7    released by Uber towards the end of 2019.
18:26   8              Do you know how it was released?
18:26   9         A.   I don't.
18:26  10         Q.   Okay.  You don't know how it was sort of
18:26  11    published and circulated?
18:26  12         A.   I don't.
18:26  13         Q.   Do you know how many riders know that there
18:26  14    actually is a U.S. safety report?
18:26  15         A.   I don't.
18:26  16         Q.   Okay.  There have been three.
18:26  17              Do you know how they would actually come to
18:26  18    the attention of a passenger who was making a decision
18:26  19    at night, let's say, after they've been drinking, as
18:26  20    to whether or not to get into an Uber?
18:26  21              Do you know how passengers would come to
18:26  22    learn that there even was such a thing as a U.S.
18:26  23    safety report?
18:26  24         A.   I don't know.
18:26  25         Q.   Okay.  Now, you can communicate with every
```

```
18:26   1    single -- "you" being Uber -- passenger via the app;
18:26   2    correct?
18:26   3         A.   Yes.
18:27   4         Q.   And I get alerts from Uber.  Promotions and
18:27   5    things come to me as an Uber -- someone that, you
18:27   6    know, is a customer, from time to time.  Correct?
18:27   7         A.   I mean --
18:27   8         Q.   Regularly.
18:27   9         A.   -- that's more a question for you.
18:27  10         Q.   Okay.  Well, this is a pretty good -- the
18:27  11    phone and the app is a pretty good way of reaching all
18:27  12    the Uber customers, isn't it?
18:27  13         A.   The app, yes.
18:27  14         Q.   Yeah.  And so if I go on the home page of
18:27  15    the app or anywhere else in the app, do I find
18:27  16    anything mentioning any of the U.S. safety reports?
18:27  17         A.   I'm not sure.  I don't work on that.
18:27  18         Q.   Okay.  Do you know whether there's a link
18:27  19    provided to the passengers through the app, saying,
18:27  20    "We've just published this U.S. safety report
18:27  21    reporting on sexual misconduct and sexual assaults,"
18:28  22    you know, "Click here"?
18:28  23              Do you know whether there's a link that says
18:28  24    that within the app?
18:28  25         A.   I don't know if there's a link that says
```

```
18:28   1   that.
18:28   2        Q.    In the earliest one, if you recall, there
18:28   3   was a section on new safety technology.
18:28   4             Do you recall seeing that?
18:28   5        A.    I would need to see it to see if I recall.
18:28   6        Q.    Okay.  I'm going to loan you my copy here.
18:28   7   It's on page 11.
18:28   8             UNIDENTIFIED SPEAKER:  We can put it in as
18:28   9   an exhibit.
18:28  10             MR. LEVIN:  Oh, you want to put it in?
18:28  11   Okay.
18:28  12             UNIDENTIFIED SPEAKER:  Well, if you want to
18:28  13   use it.
18:28  14                  (Sotto voce remarks.)
18:28  15             MR. LEVIN:  These are quick questions, and I
18:28  16   know Bob's hungry and it's past his bedtime.
18:29  17             MR. ATKINS:  Here.
18:29  18             MR. LEVIN:  Okay.
18:29  19             MR. ATKINS:  All right.  Whatever you want
18:29  20   to do.
18:29  21        Q.    BY MR. LEVIN:  At page 10...
18:29  22        A.    Oh, thank you.  Okay.
18:29  23                  (Sotto voce remarks.)
18:29  24             MR. ATKINS:  Yeah, the court reporter has to
18:29  25   mark it.
```

| | | |
|---|---|---|
| 18:29 | 1 | MR. LEVIN:  Yeah, safety product experience. |
| 18:29 | 2 | MR. ATKINS:  Do you want the court reporter |
| 18:29 | 3 | to mark it as an exhibit? |
| 18:29 | 4 | MR. LEVIN:  Sure, whatever our next is. |
| 18:29 | 5 | MR. ATKINS:  And what page? |
| 18:29 | 6 | MR. LEVIN:  Page 10.  And it goes on to page |
| 18:29 | 7 | -- that's it, just page 10. |
| 18:29 | 8 | (Reporter request.) |
| 18:30 | 9 | (Exhibit 127 marked.) |
| 18:30 | 10 | THE WITNESS:  What page?  Sorry. |
| 18:30 | 11 | MR. LEVIN:  Ten.  I think it's ten. |
| 18:30 | 12 | THE WITNESS:  Okay. |
| 18:30 | 13 | MR. LEVIN:  And this one -- I'm sorry.  It's |
| 18:30 | 14 | 11 and 12. |
| 18:30 | 15 | (Sotto voce remarks.) |
| 18:30 | 16 | UNIDENTIFIED SPEAKER:  Do you have the 2017 |
| 18:30 | 17 | one? |
| 18:30 | 18 | MR. LEVIN:  You mean first one? |
| 18:30 | 19 | UNIDENTIFIED SPEAKER:  Oh, no.  Sorry.  We |
| 18:30 | 20 | passed out the wrong one. |
| 18:30 | 21 | MR. LEVIN:  Oh, you did? |
| 18:30 | 22 | THE WITNESS:  I think we might need to |
| 18:30 | 23 | correct this. |
| 18:30 | 24 | MR. LEVIN:  Well, keep it.  We're going to |
| 18:30 | 25 | get to it. |

```
18:30   1                THE WITNESS:  Okay.
18:30   2                MR. ATKINS:  You're running out of time.
18:30   3                MR. LEVIN:  I know.
18:30   4                THE WITNESS:  Okay.
18:30   5                MR. LEVIN:  Thankfully, for everyone.
18:30   6    Thankfully.
18:31   7                      (Exhibit 129 marked.)
18:31   8                      (Discussion off record.)
18:31   9                MR. ATKINS:  All right.  Come on.
18:31  10         Q.   BY MR. LEVIN:  Okay.  So do you see on
18:31  11    page 11 and 12 they discuss safety technology?
18:32  12         A.   I do see that written here.
18:32  13         Q.   And there's no mention in that section of
18:32  14    cameras?
18:32  15         A.   I don't see that.
18:32  16         Q.   Okay.  Then let's go to the next safety
18:32  17    report --
18:32  18                MR. ATKINS:  129.
18:32  19         Q.   BY MR. LEVIN:  -- which is 2019 to 2020.
18:32  20                MR. ATKINS:  I don't have that either.  I
18:32  21    got the '22 one.
18:32  22                MR. LEVIN:  Okay.  We'll give it to you.
18:32  23                THE WITNESS:  Which page?  Sorry.
18:32  24         Q.   BY MR. LEVIN:  We are now on page 10.
18:32  25         A.   Okay.
```

18:32  1      Q.   And, for context, this is the 2019 to 2020
18:32  2   U.S. safety report, but it's published June 30th,
18:32  3   2022; and there's a section on page 10 about safety
18:33  4   products.
18:33  5           Do you see that?
18:33  6      A.   I do see that.
18:33  7      Q.   Okay.  And "cameras" is not mentioned;
18:33  8   correct?
18:33  9      A.   Cameras are --
18:33  10          MR. ATKINS:  Read it.  I trust Bill, but
18:33  11  you're testifying under oath.
18:33  12          THE WITNESS:  Correct, cameras are not
18:33  13  mentioned.
18:33  14     Q.   BY MR. LEVIN:  Okay.  But audio recording is
18:33  15  appearing?
18:33  16     A.   I do see audio recording appearing.
18:33  17     Q.   Okay.  And you're now -- At the time this
18:33  18  was published, you were already product manager of
18:33  19  cameras.
18:33  20          Do you know why cameras was not included as
18:33  21  part of the safety product experience?
18:33  22     A.   So this was published when?  Can you remind
18:34  23  me, please.
18:34  24     Q.   It's published June 30th, 2022.
18:34  25     A.   So I was not on recording yet --

18:34  1       Q.   Okay.
18:34  2       A.   -- officially.
18:34  3       Q.   Okay.  But, anyway, do you know why it
18:34  4  wasn't published, why -- why cameras were not
18:34  5  included?
18:34  6       A.   I do not.
18:34  7            MR. LEVIN:  All right.  Then let's go to the
18:34  8  last one.
18:34  9            MR. ATKINS:  Thank you.
18:34 10            THE WITNESS:  Thank you.
18:34 11                 (Exhibit 130 marked.)
18:34 12            THE WITNESS:  130.
18:34 13            MR. ATKINS:  Um-hum.
18:34 14       Q.   BY MR. LEVIN:  The U.S. safety report, 2021
18:34 15  to 2022 --
18:34 16       A.   Yes.
18:34 17       Q.   -- which just was published this summer, I
18:34 18  believe.
18:34 19            Does that sound about right to you?
18:34 20       A.   That sounds about right.  I don't remember
18:34 21  the specific date.
18:34 22       Q.   Okay.  And do you see on page 7 it says:
18:35 23  "Technology to drive accountability and deter bad
18:35 24  behavior" at the top of the page?
18:35 25       A.   You see that.

18:35  1     Q.   Okay.  And, actually, now, for the first
18:35  2  time, there is a section on dashcams; correct?
18:35  3     A.   That's what it looks like, yeah.
18:35  4     Q.   And, in this section, it says:  "We're
18:35  5  investing in recording technology to promote
18:35  6  accountability and deter bad behavior.  Our aim is to
18:35  7  reduce safety incidents and help provide better
18:35  8  support to riders and drivers.  We've worked to expand
18:35  9  awareness and usage of existing features while
18:35 10  designing new features that incorporate driver
18:36 11  feedback, in line with the commitments that we made in
18:36 12  our last safety report."
18:36 13          Do you see that?
18:36 14     A.   I do see that.
18:36 15     Q.   Okay.  And then it says:  "Dashcam
18:36 16  registration.  Drivers with dashcams can register them
18:36 17  in the driver app and more easily share video footage
18:36 18  with Uber.  Uber can only view footage if drivers
18:36 19  choose to share it when an incident is reported.  Uber
18:36 20  will also notify riders that their trip might be
18:36 21  recorded if they're paired with a driver who has
18:36 22  registered their dashcam."
18:36 23          Do you see that?  I read it correctly?
18:36 24     A.   I do see that, yes.
18:36 25     Q.   Okay.  And do you know why it is that the

```
18:36   1    dashcam registration program is appearing for the
18:36   2    first time in the 2021 to 2022 U.S. safety report?
18:36   3         A.   I don't know why.
18:36   4         Q.   Okay.  And it also talks about Record My
18:37   5    Ride, further down.
18:37   6         A.   I see that.
18:37   7         Q.   And that's describing the in-app
18:37   8    video-recording product; correct?
18:37   9         A.   Yes.
18:37  10         Q.   "Drivers can use the front-facing camera of
18:37  11    their smartphone to record video without the added
18:37  12    expense of a separate dashcam."
18:37  13              Right?
18:37  14         A.   Right.
18:37  15              MR. LEVIN:  I think, since we're going to
18:37  16    have to resume anyway and we're coming close to the
18:37  17    end of what we agreed today, and because we're not
18:37  18    going tomorrow and because we don't know when we're
18:37  19    going again, I think it makes sense for us to stop
18:38  20    here --
18:38  21              THE WITNESS:  Okay.
18:38  22              MR. LEVIN:  -- so that people get to do
18:38  23    whatever it is they need to do tonight as people, and
18:38  24    we'll just resume when -- whenever we resume.
18:38  25              Okay?
```

1   STATE OF CALIFORNIA     )
                            ) SS.
2   COUNTY OF SAN FRANCISCO )

3       I, MARILYNN HOOVER, CSR No. 8841 for the State of

4   California, do hereby certify:

5       That prior to being examined, the witness named

6   in the foregoing deposition was duly sworn to testify

7   the truth, the whole truth, and nothing but the truth;

8       That said deposition was taken down by me in

9   shorthand at the time and place therein named, and

10  thereafter reduced by me to typewritten form; and that

11  the same is a true, correct, and complete transcript

12  of the said proceedings.

13      Before completion of the deposition, review of

14  the transcript [X] was [ ] was not requested.  If

15  requested, any changes made by the deponent (and

16  provided to the reporter) during the period allowed

17  shall be appended hereto.

18      I further certify that I am not interested in the

19  outcome of the action.

20      Witness my hand this 18th day of October 2024.

21

22

23  _____

24          Marilynn Hoover, RPR

25          California CSR No. 8841