UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL MATTERS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSTIIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

## [PROPOSED] ORDER

Before the Court is Defendants Uber Technologies, Inc., Raiser LLC, and Raiser-CA, LLC's (collectively, "Defendants") Motion For Relief from the Nonpositive Pretrial Order of Magistrate Judge Cisneros. Having considered Defendants' motion and good cause having been found, the Court grants the Motion as follows:

This Court's March 24, 2025 Order (Dkt. No. 2600) Granting in Part and Denying in Part Defendants' Motion for Protective Order Barring Apex Depositions is set aside as applied to Dara Khosrowshahi and Jill Hazelbaker, and Uber's request to prevent the depositions of Mr. Khosrowshahi and Ms. Hazelbaker is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE