1  RACHEL B. ABRAMS (Cal Bar No. 209316)
   ADAM B. WOLF (Cal Bar No. 215914)
2  **Peiffer Wolf Carr Kane Conway & Wise, LLP**
   555 Montgomery Street, Suite 820
3  San Francisco, CA 94111
   Telephone: 415.766.3544
4  Facsimile: 415.840.9435
   Email: rabrams@peifferwolf.com
5  Email: awolf@peifferwolf.com

6  TIFFANY R. ELLIS (*Admitted PHV*)
   **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7  2229 Trumbull St.
   Detroit, MI 48216
8  Telephone: 313.210.1559
   Facsimile: 415.840.9435
9  Email: tellis@peifferwolf.com

10 *Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *K.S. v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-02831-CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on March 26, 2025.

///

///

///

CASE NO. 3:23-md-03084-CRB          1          NOTICE OF FILING OF NEW ACTION

| | | |
|---|---|---|
| 1 | Dated: April 9, 2025 | Respectfully submitted, |

By: */s/ Rachel B. Abrams*
RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
          awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.
Detroit, MI 48216
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Rachel B. Abrams*
Rachel B. Abrams