1   RACHEL B. ABRAMS (Cal Bar No. 209316)
    ADAM B. WOLF (Cal Bar No. 215914)
2   **Peiffer Wolf Carr Kane Conway & Wise, LLP**
    555 Montgomery Street, Suite 820
3   San Francisco, CA 94111
    Telephone: 415.766.3544
4   Facsimile: 415.840.9435
    Email: rabrams@peifferwolf.com
5   Email: awolf@peifferwolf.com

6   TIFFANY R. ELLIS (*Admitted PHV*)
    **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7   2229 Trumbull St.
    Detroit, MI 48216
8   Telephone: 313.210.1559
    Facsimile: 415.840.9435
9   Email: tellis@peifferwolf.com

10  *Counsel for Plaintiff*

11

            **UNITED STATES DISTRICT COURT**
12          **NORTHERN DISTRICT OF CALIFORNIA**
            **SAN FRANCISCO DIVISION**
13

14  IN RE: UBER TECHNOLOGIES, INC.,
    PASSENGER SEXUAL ASSAULT          )   No. 3:23-md-03084-CRB
15  LITIGATION                        )
                                      )   **NOTICE OF FILING OF NEW ACTION**
16                                    )
                                      )
17  _____  )
                                      )
18  *This document relates to:*       )
                                      )
19  *Philana Hamilton v. UBER*        )
    *TECHNOLOGIES, INC., et al., 3:25-cv-* )
20  *02828-CRB*                       )
                                      )
21                                    )

22

23          Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

24  with Jury Demand in the above-referenced action was filed on March 26, 2025.

25  ///

26  ///

27  ///

28

1    Dated: April 9, 2025                    Respectfully submitted,

2                                            By: /s/ Rachel B. Abrams
3                                            RACHEL B. ABRAMS (Cal Bar No. 209316)
                                             ADAM B. WOLF (Cal Bar No. 215914)
4                                            **Peiffer Wolf Carr Kane Conway & Wise, LLP**
                                             555 Montgomery Street, Suite 820
5                                            San Francisco, CA 94111
                                             Telephone: 415.766.3544
6                                            Facsimile: 415.840.9435
                                             Email: rabrams@peifferwolf.com
7                                                   awolf@peifferwolf.com

8                                            TIFFANY R. ELLIS (*Admitted PHV*)
9                                            **Peiffer Wolf Carr Kane Conway & Wise, LLP**
                                             2229 Trumbull St.
10                                           Detroit, MI 48216
                                             Telephone: 313.210.1559
11                                           Facsimile: 415.840.9435
                                             Email: tellis@peifferwolf.com
12
                                             *Counsel for Plaintiff*
13

14

15                       <u>**CERTIFICATE OF SERVICE**</u>

16        I hereby certify that on April 9, 2025, I electronically transmitted the foregoing **NOTICE**

17   **OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing

18   thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

19

20                                           */s/ Rachel B. Abrams*
                                             Rachel B. Abrams
21

22

23

24

25

26

27

28