William A. Levin (CA Bar No. 98592)
Laurel L. Simes (CA Bar No. 134637)
David M. Grimes (CA Bar No. 324292)
Samira J. Bokaie (CA Bar No. 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Plaintiff Jane Doe LS 590*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Doe LS 590 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-03217 | |

## **PLAINTIFF'S NOTICE OF NEW ACTION FILED**

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on April 10, 2025.

Dated: April 10, 2025                              Respectfully Submitted,

                                                              **LEVIN SIMES LLP**

                                          By: <u>/s/ *William A. Levin*</u>
                                                William A. Levin
                                                Laurel L. Simes
                                                David M. Grimes
                                                Samira J. Bokaie
                                                *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *William A. Levin*
William A. Levin