William A. Levin (CA Bar No. 98592)
Laurel L. Simes (CA Bar No. 134637)
David M. Grimes (CA Bar No. 324292)
Samira J. Bokaie (CA Bar No. 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Plaintiff Jane Doe LS 591*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LS 591 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-03219* | MDL No. 3084 CRB<br>Honorable Charles R. Breyer |

**PLAINTIFF'S NOTICE OF NEW ACTION FILED**

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on April 10, 2025.

Dated: April 10, 2025    Respectfully Submitted,

            **LEVIN SIMES LLP**

         By: /s/ *William A. Levin*
          William A. Levin
          Laurel L. Simes
          David M. Grimes
          Samira J. Bokaie
          *Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

2

3      I hereby certify that on April 10, 2025, I electronically filed the foregoing document with

4  the Clerk of the Court using the CM/ECF system, which will automatically send notification of the

filing to all counsel of record.

5

6                                              /s/ *William A. Levin*
                                              William A. Levin

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28