IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ This Order Relates To: *ALL CASES* | MDL No. 3084 **ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** Re: Dkt. Nos. 2496, 2712, 2727 |

The Court has reviewed Uber's Dkt. No. 2712 Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Filed under Seal (Dkt. No. 2496) and determined that Uber has failed to show that its proposed redactions are necessary to prevent competitive harm. Therefore, the motion is denied. The Plaintiffs are directed to file unredacted versions of the documents.

**IT IS SO ORDERED.**

Dated: April 10, 2025

CHARLES R. BREYER
United States District Judge