1  RANDALL S. LUSKEY (SBN: 240915)
      rluskey@paulweiss.com
2  **PAUL, WEISS, RIFKIND, WHARTON**
      **& GARRISON LLP**
3  535 Mission Street, 24th Floor
   San Francisco, CA 94105
4  Telephone: (628) 432-5100
   Facsimile: (628) 232-3101
5
   ROBERT ATKINS (*Pro Hac Vice* admitted)
6      ratkins@paulweiss.com
   JACQUELINE P. RUBIN (*Pro Hac Vice* admitted)
7      jrubin@paulweiss.com
   YAHONNES CLEARY (*Pro Hac Vice* admitted)
8      ycleary@paulweiss.com
   **PAUL, WEISS, RIFKIND, WHARTON**
9      **& GARRISON LLP**
   1285 Avenue of the Americas
10 New York, NY 10019
   Telephone: (212) 373-3000
11 Facsimile: (212) 757-3990

12 *Attorneys for Defendant*
   UBER TECHNOLOGIES, INC.,
13 RASIER, LLC, and RASIER-CA, LLC

14 *[Additional Counsel Listed on Following Page]*

15

16                   **UNITED STATES DISTRICT COURT**

17                   **NORTHERN DISTRICT OF CALIFORNIA**

18                         **SAN FRANCISCO DIVISION**

19 | IN RE: UBER TECHNOLOGIES, INC., | Case No. 3:23-md-03084-CRB |
   | PASSENGER SEXUAL ASSAULT        |                             |
20 | LITIGATION,                     | **STIPULATION AND [PROPOSED]** |
   |                                 | **ORDER REGARDING ENLARGEMENT** |
21 |                                 | **OF PAGE LIMITS FOR MOTION TO** |
   | This Document Relates to:       | **DISMISS AMENDED BELLWETHER** |
22 |                                 | **COMPLAINTS** |
   | ALL ACTIONS                     |                             |
23 |                                 | Judge:     Hon. Charles R. Breyer |
   |                                 | Courtroom: Courtroom 6 – 17th Floor |
24

25

26

27

28

1  KYLE N. SMITH (*Pro Hac Vice* admitted)
       ksmith@paulweiss.com
2  JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
       jphillips@paulweiss.com
3  **PAUL, WEISS, RIFKIND, WHARTON**
       **& GARRISON LLP**
4  2001 K Street, NW
   Washington DC, 20006
5  Telephone: (202) 223-7300
   Facsimile: (202) 223-7420
6
7  SABRINA H. STRONG (SBN: 200292)
       sstrong@omm.com
8  JONATHAN SCHNELLER (SBN: 291288)
       jschneller@omm.com
9  **O'MELVENY & MYERS LLP**
   400 South Hope Street, 19th Floor
10 Los Angeles, CA 90071
   Telephone: (213) 430-6000
11 Facsimile: (213) 430-6407

**STIPULATION**

**WHEREAS,** on December 12, 2024, the Court ordered the parties to select ten bellwether cases each, for a total of twenty, by February 14, 2025, *see* Dkt. 1950;

**WHEREAS,** Plaintiffs and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Uber") submitted their bellwether selections on February 21, 2025, Dkts. 2373, 2375;

**WHEREAS,** Plaintiffs filed 19 amended bellwether complaints on March 14, 2025, Dkts. 2497, 2499-2516;

**WHEREAS,** one bellwether plaintiff, Jane Roe CL 68, "intends to proceed on her original complaint, and d[id] not seek to amend," *see* Dkt. 2629;

**WHEREAS,** Uber's Rule 12 motions to dismiss the bellwether complaints are due on or before April 15, 2025, Dkt. 1950;

**WHEREAS,** Plaintiffs' oppositions to Rule 12 motions to dismiss the bellwether complaints are due on or before May 15, 2025, *id.*;

**WHEREAS,** Uber's replies in support of Rule 12 motions to dismiss the bellwether complaints are due on or before June 2, 2025, *id.*;

**WHEREAS,** the complaints of the 20 bellwether plaintiffs raise legal questions that can be addressed in a single Rule 12 motion and, by doing so, would promote judicial economy and preserve resources;

**WHEREAS,** Uber requests that it be granted 40 pages for a single, omnibus Rule 12 motion, and memorandum of points and authorities in support, addressing all 20 bellwether plaintiffs' complaints;

**WHEREAS,** Plaintiffs consent to Uber's request, and further request a reciprocal extension of the page limit for a single, omnibus opposition brief of 40 pages;

**WHEREAS,** Uber requests that it be granted 20 pages for an omnibus reply brief in support of its Rule 12 motion, to which Plaintiffs agree;

**THEREFORE,** the parties respectfully request the Court enter the parties' stipulation that:

1. Uber shall be granted up to 40 pages for a single, omnibus Rule 12 motion, and memorandum of points and authorities in support, addressing all 20 bellwether plaintiffs' complaints;

2. Plaintiffs shall be granted up to 40 pages for any Opposition to Uber's Rule 12 motion;

3. Uber shall be granted 20 pages for its reply in support of its Rule 12 motion.

**IT IS SO STIPULATED.**

Dated:  April 11, 2025                             Respectfully submitted,

**PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Randall S. Luskey*
RANDALL S. LUSKEY
ROBERT ATKINS
JACQUELINE P. RUBIN
YAHONNES CLEARY
KYLE N. SMITH
JESSICA E. PHILLIPS

**O'MELVENY AND MYERS LLP**

By: */s/ Sabrina H. Strong*
SABRINA H. STRONG
JONATHAN SCHNELLER

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Dated:  April 11, 2025                          Respectfully submitted,

**GIRARD SHARP LLP**


By: */s/ Sarah R. London*
Sarah R. London
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE**
CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com
Co-Lead Counsel for Plaintiffs

**FILER'S ATTESTATION**

I, Sabrina H. Strong, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated:  April 11, 2025

*/s/ Sabrina H. Strong*
SABRINA H. STRONG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING ENLARGEMENT OF PAGE LIMITS FOR MOTION TO DISMISS AMENDED BELLWETHER COMPLAINTS**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: Courtroom 6 – 17th Floor |

The Court hereby GRANTS the parties' stipulation as follows:

    1. Uber shall be granted up to 40 pages for a single, omnibus Rule 12 motion, and memorandum of points and authorities in support, addressing all 20 bellwether plaintiffs' complaints;

    2. Plaintiffs shall be granted up to 40 pages for any Opposition to Uber's Rule 12 motion;

    3. Uber shall be granted 20 pages for its reply in support of its Rule 12 motion.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: _____

                                           HON. CHARLES R. BREYER
                                           UNITED STATES DISTRICT JUDGE