1  BRET STANLEY
   **Johnson Law Group**
2  2925 Richmond Ave, Suite 1700
   Houston, TX 77098
3  Telephone: (713) 626-9336
   Facsimile: (800) 731-6018
4  Email: bstanley@johnsonlawgroup.com

5  *Counsel for Plaintiff*

6
   **UNITED STATES DISTRICT COURT**
7  **NORTHERN DISTRICT OF CALIFORNIA**
   **SAN FRANCISCO DIVISION**
8

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to:<br><br>*JLG 123 v. Uber Technologies, Inc., et al;* 3:25-cv-3259 | |

   Notice is hereby given pursuant of Pretrial Order No. 6 (Direct Filing) that the

   Complaint and Jury Demand in the above Referenced action was filed on April 11, 2025.


   Dated: April 11, 2025            Respectfully submitted,

                                    By: */s/ Bret Stanley*

                                    BRET STANLEY
                                    **Johnson Law Group**
                                    2925 Richmond Ave, Suite 1700
                                    Houston, TX 77098
                                    Telephone: (713) 626-9336
                                    Facsimile: (800) 731-6018
                                    Email: bstanley@johnsonlawgroup.com


                                    *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby electronically transmitting this filing to all CM/ECF registrants.

                      */s/ Bret Stanley*
                      Bret Stanley