1  HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
   **ANAPOL WEISS**
2  60 South 6th St., Suite 2800
   Minneapolis, MN 55402
3  Telephone: 202.780.3014
   Facsimile: 202.780.3678
4  Email: hdolejsi@anapolweiss.com

5

6  WILLIAM L. SMITH (Cal Bar No. 324235)
   **ANAPOL WEISS**
7  6060 Center Drive 10th Floor,
   Los Angeles, CA 90045
8  Telephone: 202.780.3014
   Facsimile: 202.780.3678
9  Email: wsmith@anapolweiss.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION  _____  This Document Relates to:  *B.W., v. Uber Technologies, Inc., et al.* Case No. 3:25-cv-03159 | MDL: No. 3084  **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on April 8, 2025.

///

///

///

///

1  ///

2 | Dated: April 12, 2025 | Respectfully submitted,

3 | | **ANAPOL WEISS**

4 | | By: */s/ Holly Dolejsi*
5 | | HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
  | | 60 South 6th St. Suite 2800
6 | | Minneapolis, MN 55402
  | | Telephone: 202.780.3014
7 | | Facsimile: 202.780.3678
  | | Email: hdolejsi@anapolweiss.com
8
  | | WILLIAM L. SMITH (Cal Bar No. 324235)
9 | | 6060 Center Drive 10th Floor
  | | Los Angeles, CA 90045
10 | | Telephone: 202.780.3014
  | | Facsimile: 202.780.3678
11 | | Email: wsmith@anapolweiss.com

12

13 | | *Counsel for Plaintiff*

14

15 | | **CERTIFICATE OF SERVICE**

16  I hereby certify that on April 12, 2025, I electronically transmitted the forgoing NOTICE

17 OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby

18 transmitting a Notice of Electronic Filing to all CM/ECF registrants.

19 | | */s/ Holly Dolejsi*
   | | Holly Dolejsi
20