1  RANDALL S. LUSKEY (SBN: 240915)
       rluskey@paulweiss.com
2  **PAUL, WEISS, RIFKIND, WHARTON**
       **& GARRISON LLP**
3  535 Mission Street, 24th Floor
   San Francisco, CA 94105
4  Telephone: (628) 432-5100
   Facsimile: (628) 232-3101
5
   ROBERT ATKINS (*Pro Hac Vice* admitted)
6      ratkins@paulweiss.com
   JACQUELINE P. RUBIN (*Pro Hac Vice* admitted)
7      jrubin@paulweiss.com
   YAHONNES CLEARY (*Pro Hac Vice* admitted)
8      ycleary@paulweiss.com
   **PAUL, WEISS, RIFKIND, WHARTON**
9      **& GARRISON LLP**
   1285 Avenue of the Americas
10 New York, NY 10019
   Telephone: (212) 373-3000
11 Facsimile: (212) 757-3990

12 *Attorneys for Defendant*
   UBER TECHNOLOGIES, INC.,
13 RASIER, LLC, and RASIER-CA, LLC

14 *[Additional Counsel Listed on Following Page]*

15

16                    **UNITED STATES DISTRICT COURT**

17                   **NORTHERN DISTRICT OF CALIFORNIA**

18                          **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 19  IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB |
| 20 | **STIPULATION AND [PROPOSED] ORDER REGARDING ENLARGEMENT OF PAGE LIMITS FOR MOTION TO DISMISS AMENDED BELLWETHER COMPLAINTS** |
| 21 This Document Relates to: | |
| 22 ALL ACTIONS | |
| 23 | Judge:     Hon. Charles R. Breyer |
| 24 | Courtroom: Courtroom 6 – 17th Floor |

25

26

27

28

1  KYLE N. SMITH (*Pro Hac Vice* admitted)
     ksmith@paulweiss.com
2  JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
     jphillips@paulweiss.com
3  **PAUL, WEISS, RIFKIND, WHARTON
     & GARRISON LLP**
4  2001 K Street, NW
   Washington DC, 20006
5  Telephone: (202) 223-7300
   Facsimile: (202) 223-7420
6

7  SABRINA H. STRONG (SBN: 200292)
     sstrong@omm.com
8  JONATHAN SCHNELLER (SBN: 291288)
     jschneller@omm.com
9  **O'MELVENY & MYERS LLP**
   400 South Hope Street, 19th Floor
10 Los Angeles, CA 90071
   Telephone: (213) 430-6000
11 Facsimile: (213) 430-6407

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## STIPULATION

**WHEREAS,** on December 12, 2024, the Court ordered the parties to select ten bellwether cases each, for a total of twenty, by February 14, 2025, *see* Dkt. 1950;

**WHEREAS,** Plaintiffs and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Uber") submitted their bellwether selections on February 21, 2025, Dkts. 2373, 2375;

**WHEREAS,** Plaintiffs filed 19 amended bellwether complaints on March 14, 2025, Dkts. 2497, 2499-2516;

**WHEREAS,** one bellwether plaintiff, Jane Roe CL 68, "intends to proceed on her original complaint, and d[id] not seek to amend," *see* Dkt. 2629;

**WHEREAS,** Uber's Rule 12 motions to dismiss the bellwether complaints are due on or before April 15, 2025, Dkt. 1950;

**WHEREAS,** Plaintiffs' oppositions to Rule 12 motions to dismiss the bellwether complaints are due on or before May 15, 2025, *id.*;

**WHEREAS,** Uber's replies in support of Rule 12 motions to dismiss the bellwether complaints are due on or before June 2, 2025, *id.*;

**WHEREAS,** the complaints of the 20 bellwether plaintiffs raise legal questions that can be addressed in a single Rule 12 motion and, by doing so, would promote judicial economy and preserve resources;

**WHEREAS,** Uber requests that it be granted 40 pages for a single, omnibus Rule 12 motion, and memorandum of points and authorities in support, addressing all 20 bellwether plaintiffs' complaints;

**WHEREAS,** Plaintiffs consent to Uber's request, and further request a reciprocal extension of the page limit for a single, omnibus opposition brief of 40 pages;

**WHEREAS,** Uber requests that it be granted 20 pages for an omnibus reply brief in support of its Rule 12 motion, to which Plaintiffs agree;

**THEREFORE,** the parties respectfully request the Court enter the parties' stipulation that:

1. Uber shall be granted up to 40 pages for a single, omnibus Rule 12 motion, and memorandum of points and authorities in support, addressing all 20 bellwether plaintiffs' complaints;

2. Plaintiffs shall be granted up to 40 pages for any Opposition to Uber's Rule 12 motion;

3. Uber shall be granted 20 pages for its reply in support of its Rule 12 motion.

**IT IS SO STIPULATED.**

Dated: April 11, 2025                                        Respectfully submitted,

**PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Randall S. Luskey*
RANDALL S. LUSKEY
ROBERT ATKINS
JACQUELINE P. RUBIN
YAHONNES CLEARY
KYLE N. SMITH
JESSICA E. PHILLIPS

**O'MELVENY AND MYERS LLP**

By: */s/ Sabrina H. Strong*
SABRINA H. STRONG
JONATHAN SCHNELLER

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

1
2   Dated:  April 11, 2025                         Respectfully submitted,
3                                                  **GIRARD SHARP LLP**
4
5                                                  By: */s/ Sarah R. London*
                                                   Sarah R. London
6                                                  **GIRARD SHARP LLP**
                                                   601 California St., Suite 1400
7                                                  San Francisco, CA 94108
                                                   Telephone: (415) 981-4800
8                                                  slondon@girardsharp.com

9                                                  Rachel B. Abrams (SBN 209316)
                                                   **PEIFFER WOLF CARR KANE**
10                                                 CONWAY & WISE, LLP
                                                   555 Montgomery Street, Suite 820
11                                                 San Francisco, CA 94111
                                                   Telephone: (415) 426-5641
12                                                 rabrams@peifferwolf.com

13
                                                   Roopal P. Luhana
14                                                 **CHAFFIN LUHANA LLP**
                                                   600 Third Avenue, Floor 12
15                                                 New York, NY 10016
                                                   Telephone: (888) 480-1123
16                                                 luhana@chaffinluhana.com
17                                                 Co-Lead Counsel for Plaintiffs
18
19
20
21
22
23
24
25
26
27
28

**FILER'S ATTESTATION**

I, Sabrina H. Strong, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: April 11, 2025

*/s/ Sabrina H. Strong*
SABRINA H. STRONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB<br><br>[PROPOSED] ORDER REGARDING ENLARGEMENT OF PAGE LIMITS FOR MOTION TO DISMISS AMENDED BELLWETHER COMPLAINTS<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: Courtroom 6 – 17th Floor |

The Court hereby GRANTS the parties' stipulation as follows:

    1. Uber shall be granted up to 40 pages for a single, omnibus Rule 12 motion, and memorandum of points and authorities in support, addressing all 20 bellwether plaintiffs' complaints;

    2. Plaintiffs shall be granted up to 40 pages for any Opposition to Uber's Rule 12 motion;

    3. Uber shall be granted 20 pages for its reply in support of its Rule 12 motion.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 14, 2025

