IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ This Order Relates To: *ALL CASES* | MDL No. 3084 **PRETRIAL ORDER NO. 24: REJECTING BELLWETHER TRIAL CONSOLIDATION AND PROPOSING INDIVIDUAL TRIAL WAVES** |
|---|---|

The Court has considered the issue of bellwether trial consolidation raised in the parties' Dkt. No. 2684 and 2685 letter briefs and concluded that consolidation would impair the effectiveness of the bellwether process. Therefore, there will be no consolidation of individual bellwether trials.

Nevertheless, the Court is mindful there should be some organization for pretrial and trial proceedings to maintain efficiency. To that end, the Court has tentatively concluded that the bellwether cases should be tried in the following five waves:

| **TRIAL WAVE 1** | | |
|---|---|---|
| **Name** | **Case No.** | **State** |
| LCHB128 | 24-cv-7019 | AZ |
| Jaylynn Dean | 23-cv-6708 | AZ |
| B.L. | 24-cv-7940 | CA |
| A.R. | 24-cv-7821 | CA |
| C.L. | 23-cv-4972 | MD/VA |

| TRIAL WAVE 2 | | |
|---|---|---|
| **Name** | **Case No.** | **State** |
| A.G. | 24-cv-1915 | OR |
| WHB 1898 | 24-cv-5027 | MA |
| A.R. 2 | 24-cv-1827 | PA |

| TRIAL WAVE 3 | | |
|---|---|---|
| **Name** | **Case No.** | **State** |
| T.L. | 24-cv-9217 | GA |
| WHB 407 | 24-cv-5028 | GA |
| WHB 318 | 24-cv-4889 | NC |
| WHB 832 | 24-cv-4900 | NC |

| TRIAL WAVE 4 | | |
|---|---|---|
| **Name** | **Case No.** | **State** |
| Jane Doe QLF 001 | 24-cv-8783 | TX |
| *K.E. (W.D. Tex.)* | 24-cv-5281 | TX |
| *JaneRoeCL68 (W.D. Tex.)* | 24-cv-6669 | TX |
| WHB 1486 | 24-cv-4803 | TX |

| TRIAL WAVE 5 | | |
|---|---|---|
| **Name** | **Case No.** | **State** |
| *Amanda Lazio (S.D. Iowa)* | 24-cv-8937 | IA |
| WHB 1876 | 24-cv-5230 | IL |
| *D.J. (S.D. Miss.)* | 24-cv-7228 | IN |
| J.E. | 24-cv-3335 | MI |

1  These proposed trial waves are designed to prioritize trying the bellwether cases
2 with the broadest range of liability theories and challenged safety features.  Once it is
3 determined which bellwether cases will be in which trial waves, the Court shall instruct the
4 parties to prepare to try each case within a given trial wave on the same designated date.
5 Should the first case within a trial wave settle prior to the trial date, the parties will proceed
6 to the second case, and so on down the line.

7  The parties are hereby notified that they should be prepared to discuss these
8 proposed trial waves at the April 18, 2025 case management conference.  The Court is
9 particularly interested in the parties' positions on the appropriateness of the proposed
10 groupings and the sequential order of the trial waves.

11 **IT IS SO ORDERED.**

12 Dated: April 14, 2025

CHARLES R. BREYER
United States District Judge

3