IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____ / This Order Relates To: *ALL CASES* | MDL No. 3084 **ORDER DENYING DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE; GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO SEAL** Re: Dkt. Nos. 2720, 2721 |

After considering Defendants' Dkt. No. 2721 Motion for Relief from the Dkt. No. 2600 Nondispositive Order of Magistrate Judge Cisneros regarding Apex Depositions, the Court has concluded that Judge Cisneros exercised sound judgment in allowing Plaintiffs to conduct apex depositions with Uber executives Dara Khosrowshahi and Jill Hazelbaker. The Court agrees with Judge Cisneros that the burden imposed by these depositions on Mr. Khosrowshahi and Ms. Hazelbaker "is not disproportionate to the needs of this litigation." See Dkt. No. 2600 at 4.  Therefore, Defendants' motion for relief is denied.

Regarding Defendants' accompanying Dkt. No. 2720 Motion to Seal Documents Filed in Support of Defendants' Motion for Relief, the motion is granted insofar as it seeks to seal portions of the motion for relief and Exhibits 5-8 to the Luskey Declaration.  The motion to seal Exhibits 1 and 2 to the Luskey Declaration is also granted, but only to the extent which the documents identify the names of specific Uber employees and their job titles; otherwise, the motion is denied.  To complete the public record, Defendants are

1  ordered to file partially redacted versions of these documents accordingly.

2  **IT IS SO ORDERED.**

3  Dated: April 14, 2025

_____
CHARLES R. BREYER
United States District Judge