UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

Case No. 3:23-md-03084-CRB

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Cristine Farah             , an active member in good standing of the bar of
New York                    , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs Jaylynn Dean, et al.     in the above-entitled action. My local co-counsel in this case is not required per PTO-1 [Dkt. 2], an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: N/A               .

935 Gravier St., Suite 1600
New Orleans, LA 70112
MY ADDRESS OF RECORD

N/A
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

504-264-5867
MY TELEPHONE # OF RECORD

N/A
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

cfarah@peifferwolf.com
MY EMAIL ADDRESS OF RECORD

N/A
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5976147     .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0     times in the 12 months preceding this application.

United States District Court
Northern District of California

1        I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 4/3/2025 _____                    Cristine Farah _____

5                                                                  APPLICANT

6    ================================================

7

8                          ORDER GRANTING APPLICATION

9              FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11       IT IS HEREBY ORDERED THAT the application of _Cristine Farah_____ is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: April 14, 2025 _____

16

17                                                   _____

18                                  UNITED STATES MAGISTRATE JUDGE



19

20

21

22

23

24

25

26

27

28

Updated 11/2021