

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

| | |
|---|---|
| One Prudential Plaza<br>130 East Randolph Drive, Suite 1500<br>Chicago, Illinois 60601-6219<br>(312) 565-2600  (800) 826-8625<br>Fax (312) 565-2320 | 3161 West White Oaks Drive, Suite 301<br>Springfield, IL 62704<br>(217) 546-3523  (800) 252-8048<br>Fax (217) 546-3785 |

Leslie M. Smith
Kirkland & Ellis
333 West Wolf Point Plaza
Chicago, IL 60654

                Chicago
                Friday, April 11, 2025

                In re:   Leslie M. Smith
                            Attorney No. 6196244

To Whom It May Concern:

      We have received a request for written verification of the status of Leslie M. Smith for the use by officials responsible for the review of the attorney's application for admission to the bar of another jurisdiction, or for a judicial position or for government employment. We have also received a Waiver and Authorization signed by the attorney. Pursuant to Commission policy, the following information is provided.

      The records of the Clerk of the Supreme Court of Illinois and of this office reflect that Leslie M. Smith was admitted to practice law in Illinois on November 5, 1987; is currently registered with this Commission and in good standing as an Illinois attorney; has never been disciplined or the subject of a disciplinary proceeding in this state; and is not the subject of any pending disciplinary investigations.

                                          Very truly yours,
                                          Lea S. Gutierrez
                                          Administrator


                                By: /s/ *Denise N. Manolis*
                                      Denise N. Manolis
                                      Deputy Registrar

DNM:dnm

4897-7008-9781, v. 1