MICHAEL B. SHORTNACY
mshortnancy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*C.A. v. Uber, Inc., Case No. 3:24-cv-07553-CRB*

Case No. 3:23-md-03084-CRB

**DECLARATION OF MICHAEL B. SHORTNACY REGARDING SERVICE OF ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Judge: Hon. Charles R. Breyer
Courtroom: 6-17th Floor

# DECLARATION OF MICHAEL B. SHORTNACY

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Los Angeles, CA. I respectfully submit this declaration explaining how Uber served a copy of the Court's April 8, 2025 Order Granting Motion to Withdraw, ECF 2724, on Plaintiff C.A. ("Plaintiff").

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, (collectively, "Uber"). I am a member in good standing of the Bars of the State of California, the State of New York, and the District of Columbia. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so.

3. Plaintiff has not provided Uber with any discovery. Specifically, Plaintiff has not provided Uber with Ride Receipts or Ride Information Forms pursuant to Pretrial Order No. 5, nor a Plaintiff Fact Sheet pursuant to Pretrial Order No. 10. Therefore, Plaintiff has not provided Uber with either a physical mailing address or email address to which to send the Court's Order.

4. Plaintiff also has not created an MDL Centrality profile, and therefore does not have an MDL Centrality Identification Number and Uber cannot communicate with Plaintiff through MDL Centrality.

5. On April 14, 2025, counsel for Uber emailed Anapol Weiss, former counsel for Plaintiff, seeking a physical mailing address and email address to which counsel for Uber should send the Court's Order.

6. On April 15, 2025, Anapol Weiss, former counsel to Plaintiff, provided counsel for Uber with Plaintiff's last known physical mailing address and email address. Anapol Weiss confirmed that it was not aware of any different physical mailing addresses or email addresses by which Plaintiff could be contacted.

7. On April 15, 2025, counsel for Uber served Plaintiff with the letter attached to this declaration as **Exhibit A**. Exhibit 2 of that letter contains the Court's April 8, 2025 Order Granting Motion to Withdraw.

8. Counsel for Uber served Plaintiff with this letter via two different methods: (1) emailing the letter to the email address provided by Plaintiff's former counsel, and (2) depositing the letter for delivery via certified mail to the physical mailing address provided by Plaintiff's former counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2025, in Los Angeles, CA.

*/s/Michael B. Shortnacy*
Michael B. Shortnacy