LAURA VARTAIN (SBN: 258485)
   laura.vartain@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (*Pro Hac Vice* admitted)
   allison.brown@kirkland.com
JESSICA DAVIDSON (*Pro Hac Vice* admitted)
   jessica.davidson@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Pages]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS** |
| This Document Relates to: | |
| *A.R. v. Uber Technologies, Inc., et al.*, No. 24-cv-01827 | Judge:     Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6 – 17th Floor |
| *D.J. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07228 | |
| *A.G. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-01915 | |
| *A.R. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07821 | |
| *B.L. v. Uber Technologies, Inc., et al.*, No. 24- | |

cv-7940

*C.L. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-04972

*J.E. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-03335

*Jane Doe QLF 0001 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08387-CRB

*Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708

*K.E. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05281-CRB

*Amanda Lazio v. Uber Technologies, Inc.*, No. 3:24-cv-08937-CRB

*LCHB128 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-7019

*T.L. v. Uber Technologies, Inc., et al.*, No. 23-cv-9217

*WHB 318 v. Uber Technologies, Inc.*, No. 3:24-cv-04889

*WHB 407 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05028

*WHB 823 v. Uber Technologies, Inc.*, No. 3:24-cv-4900

*WHB 1486 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04803

*WHB 1876 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05230

*WHB 1898 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05027

*Jane Roe CL 68 v. Uber Technologies Inc., et al.*, No. 3:24-cv-06669-CRB

SABRINA H. STRONG (SBN: 200292)
    sstrong@omm.com
JONATHAN SCHNELLER (SBN: 291288)
    jschneller@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407


PATRICK L. OOT, JR. (*Pro Hac Vice* admitted)
    oot@shb.com
**SHOOK, HARDY & BACON, LLP**
1800 K Street NW, 10th Floor
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211



ALYCIA A. DEGEN (SBN: 211350)
    adegen@shb.com
MICHAEL B. SHORTNACY (SBN: 277035)
    mshortnacy@shb.com
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093


CHRISTOPHER V. COTTON (*Pro Hac Vice* admitted)
    ccotton@shb.com
255 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

1    Before the Court is Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA,

2    LLC's Motion to Dismiss ("the Motion").  Having considered the papers filed in support of and in

3    opposition to the Motion, all arguments presented at the hearing, and other matters relevant to the

4    determination of the Motion, the Court is of the opinion that the Motion should be **GRANTED**.

5    It is therefore **ORDERED** that the Court **DISMISSES** with prejudice:

6        1.  The fraud and misrepresentation claims of *A.R.2*, *A.G.*, *B.L.*, *C.L.*, *J.E.*, *Jaylynn*

7           *Dean*, and *LCHB128*;

8        2.  The vicarious-liability claims of *WHB 318*, *WHB 823*, and *A.G.* (including

9           respondeat superior, apparent agency, or any other theory); the ratification claims

10          of *A.R.2*, *WHB 1898*, and *C.L.*; and the apparent agency claims of *C.L.*;

11       3.  The product-liability claims of:

12          a.  (i) *WHB 1898*; (ii) *A.R.1*; (iii) *A.R.2*, (iv) *B.L.*, (v) *Jane Doe QLF 0001*, (vi)

13             *Jaylynn Dean*, (vii) *LCHB128*, (viii) *T.L.*, and (ix) *WHB 1876*—to the

14             extent based on allegations about "Safe Ride Matching";

15          b.  (i) *A.R.1*; (ii) *A.R.2*; (iii) *B.L.*; (iv) *C.L.*; (v) *D.J.*; (vi) *J.E.*; (vii) *Jane Doe*

16             *QLF 0001*; (vii) *Jaylynn Dean*; (ix) *K.E.*; (x) *LCHB128*; (xi) *T.L.*; (xii)

17             *WHB 318*; (xiii) *WHB 407*; (ixv) *WHB 1486*; and (xv) *WHB 1898*—to the

18             extent based on allegations about "Gender Matching";

19          **c.**  (i) *A.R.2*; (ii) *Jaylynn Dean*; (iii) *K.E.*; and (iv) *A.G.*—to the extent based

20             on "App-Based Ride Recording";

21          d.  Negligent design defect and breach of warranty, alleged by (i) *C.L.*; (ii)

22             *J.E.*; (iii) *WHB 318*; (iv) *WHB 823*; (v) *WHB 1898*; and (vi) *D.J.*;

23       4.  The *WHB 1876*, *WHB 1898*, and *WHB 407* complaints in their entirety;

24       5.  *Jane Roe CL 68*'s unamended complaint in its entirety.

25       **IT IS SO ORDERED.**

26   DATED: _____

27                            HON. CHARLES R. BREYER
                         UNITED STATES DISTRICT JUDGE

28