MICHAEL B. SHORTNACY
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH THE COURT'S MARCH 26, 2025 ORDER** |
| *Jane Doe LS 293 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-04364-CRB | Judge:   Hon. Charles R. Breyer |
| *Jane Doe LS 231 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-04367-CRB | Courtroom: 6-17th Floor |
| *Jane Doe LS 144 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-04388-CRB | |
| *Jane Doe LS 112 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05286-CRB | |
| *Jane Doe LS 284 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05363-CRB | |
| *Jane Doe LS 126 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05370-CRB | |

*Jane Doe LS 265 v. Uber Technologies, Inc., et al.,* No. 3:23-cv-05377-CRB

*Jane Doe LS 200 v. Uber Technologies, Inc., et al.,* No. 3:23-cv-05387-CRB

*Jane Doe LS 66 v. Uber Technologies, Inc., et al.,* No. 3:23-cv-05414-CRB

*Jane Doe LS 317 v. Uber Technologies, Inc., et al.,* No. 3:23-cv-05424-CRB

*Jane Doe LS 234* v. *Uber Technologies, Inc., et al.,* No. 3:23-cv-05433-CRB

*Jane Doe LS 191* v. *Uber Technologies, Inc., et al.,* No. 3:23-cv-05573-CRB

*Jane Doe LS 273* v. *Uber Technologies, Inc., et al.,* No. 3:23-cv-05946-CRB

*Jane Doe LS 470* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05207-CRB

*Jane Doe LS 232* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05327-CRB

*Jane Doe LS 373* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05328-CRB

*Jane Doe LS 462* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05329-CRB

*Jane Doe LS 226* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05330-CRB

*Jane Doe LS 166* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05331-CRB

*Jane Doe LS 122* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05332-CRB

-ii-

DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS
NOT IN COMPLIANCE WITH THE COURT'S MARCH 26, 2025 ORDER          Case No. 3:23-md-03084-CRB

*Jane Doe LS 202* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05333-CRB

*Jane Doe LS 416* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05335-CRB

*Jane Doe LS 305* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05338-CRB

*Jane Doe LS 201* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05354-CRB

*Jane Doe LS 189* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05379-CRB

*Jane Doe LS 272* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05390-CRB

*Jane Doe LS 199* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05402-CRB

*Jane Doe LS 279* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05420-CRB

*Jane Doe LS 139* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05527-CRB

*Jane Doe LS 487* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05611-CRB

*Jane Doe LS 141* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05634-CRB

*Jane Doe LS 423* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05676-CRB

*Jane Doe LS 491* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05678-CRB

*Jane Doe LS 441* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05751-CRB

-iii-

DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS
NOT IN COMPLIANCE WITH THE COURT'S MARCH 26, 2025 ORDER       Case No. 3:23-md-03084-CRB

*Jane Doe LS 518* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05761-CRB

*Jane Doe LS 319* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05800-CRB

*Jane Doe LS 484* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05824-CRB

*Jane Doe LS 4* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05861-CRB

*Jane Doe LS 368* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05898-CRB

*Jane Doe LS 274* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05902-CRB

*Jane Doe LS 359* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05908-CRB

*Jane Doe LS 342* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05913-CRB

*Jane Doe LS 304* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05914-CRB

*Jane Doe LS 369* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05915-CRB

*Jane Doe LS 269* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05922-CRB

*Jane Doe LS 93* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05925-CRB

*Jane Doe LS 7* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05926-CRB

*Jane Doe LS 504* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05928-CRB

*Jane Doe LS 180* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05936-CRB

*Jane Doe LS 119* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-05937-CRB

*Jane Doe LS 197* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-06003-CRB

*Jane Doe LS 314* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-06016-CRB

*Jane Doe LS 188* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-06022-CRB

*Jane Doe LS 230* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-06026-CRB

*Jane Doe LS 209* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-06033-CRB

*Jane Doe LS 532* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-06927-CRB

*Jane Doe LS 534* v. *Uber Technologies, Inc., et al.,* No. 3:24-cv-07142-CRB

-v-

DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH THE COURT'S MARCH 26, 2025 ORDER   Case No. 3:23-md-03084-CRB

# DECLARATION OF MICHAEL B. SHORTNACY

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Los Angeles, CA. I respectfully submit this declaration identifying the plaintiffs that are not in compliance with the Court's March 26, 2025 Order.

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, (collectively, "Uber"). I am a member in good standing of the Bars of the State of California, the State of New York, and the District of Columbia. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so.

3. On March 26, 2025, the Court ordered each Plaintiff subject to Uber's Motion to Dismiss Levin Simes Cases for Failure to Comply with Discovery Orders to provide a complete and verified Plaintiff Fact Sheet within 14 days of the Order. The Order therefore compelled compliance by each Plaintiff subject to the Order by April 9, 2025.

4. The Court also ordered counsel for Uber to submit a declaration within 21 days of the Order (i.e., by April 16, 2025), identifying which, if any, Plaintiffs did not comply with the Court's Order.

5. On April 11, 2025, counsel for Uber reviewed MDL Centrality to determine which Plaintiffs subject to the Court's March 26, 2025 Order failed to provide a complete and verified Plaintiff Fact Sheet by April 9, 2025 as ordered by the Court.

6. Based on counsel for Uber's review of MDL Centrality, the following Plaintiffs failed to provide a complete and verified Plaintiff Fact Sheet by April 9, 2025 as ordered by the Court:

| Case Name | Case No. |
| --- | --- |
| *Jane Doe LS 293 v. Uber Technologies, Inc., et al.* | 3:23-cv-04364-CRB |
| *Jane Doe LS 231 v. Uber Technologies, Inc., et al.* | 3:23-cv-04367-CRB |

| | | |
|---|---|---|
| 1 | *Jane Doe LS 231 v. Uber Technologies, Inc., et al.* | 3:23-cv-04367-CRB |
| 2 | *Jane Doe LS 144 v. Uber Technologies, Inc., et al.* | 3:23-cv-04388-CRB |
| 3 | *Jane Doe LS 122 v. Uber Technologies, Inc., et al.* | 3:23-cv-05286-CRB |
| 4 | *Jane Doe LS 284 v. Uber Technologies, Inc., et al.* | 3:23-cv-05363-CRB |
| 5 | *Jane Doe LS 126 v. Uber Technologies, Inc., et al.* | 3:23-cv-05370-CRB |
| 6 | *Jane Doe LS 265 v. Uber Technologies, Inc., et al.* | 3:23-cv-05377-CRB |
| 7 | *Jane Doe LS 200 v. Uber Technologies, Inc., et al.* | 3:23-cv-05387-CRB |
| 8 | *Jane Doe LS 66 v. Uber Technologies, Inc., et al.* | 3:23-cv-05414-CRB |
| 9 | *Jane Doe LS 317 v. Uber Technologies, Inc., et al.* | 3:23-cv-05424-CRB |
| 10 | *Jane Doe LS 273 v. Uber Technologies, Inc., et al.* | 3:23-cv-05946-CRB |
| 11 | *Jane Doe LS 470 v. Uber Technologies, Inc., et al.* | 3:24-cv-05207-CRB |
| 12 | *Jane Doe LS 373 v. Uber Technologies, Inc., et al.* | 3:24-cv-05328-CRB |
| 13 | *Jane Doe LS 462 v. Uber Technologies, Inc., et al.* | 3:24-cv-05329-CRB |
| 14 | *Jane Doe LS 226 v. Uber Technologies, Inc., et al.* | 3:24-cv-05330-CRB |
| 15 | *Jane Doe LS 166 v. Uber Technologies, Inc., et al.* | 3:24-cv-05331-CRB |
| 16 | *Jane Doe LS 122 v. Uber Technologies, Inc., et al.* | 3:24-cv-05332-CRB |
| 17 | *Jane Doe LS 202 v. Uber Technologies, Inc., et al.* | 3:24-cv-05333-CRB |
| 18 | *Jane Doe LS 416 v. Uber Technologies, Inc., et al.* | 3:24-cv-05335-CRB |
| 19 | *Jane Doe LS 201 v. Uber Technologies, Inc., et al.* | 3:24-cv-05354-CRB |
| 20 | *Jane Doe LS 189 v. Uber Technologies, Inc., et al.* | 3:24-cv-05379-CRB |
| 21 | *Jane Doe LS 272 v. Uber Technologies, Inc., et al.* | 3:24-cv-05390-CRB |
| 22 | *Jane Doe LS 279 v. Uber Technologies, Inc., et al.* | 3:24-cv-05420-CRB |
| 23 | *Jane Doe LS 487 v. Uber Technologies, Inc., et al.* | 3:24-cv-05611-CRB |
| 24 | *Jane Doe LS 141 v. Uber Technologies, Inc., et al.* | 3:24-cv-05634-CRB |
| 25 | *Jane Doe LS 423 v. Uber Technologies, Inc., et al.* | 3:24-cv-05676-CRB |
| 26 | *Jane Doe LS 491 v. Uber Technologies, Inc., et al.* | 3:24-cv-05678-CRB |
| 27 | *Jane Doe LS 441 v. Uber Technologies, Inc., et al.* | 3:24-cv-05751-CRB |

2

DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS
NOT IN COMPLIANCE WITH THE COURT'S MARCH 26, 2025 ORDER                    Case No. 3:23-md-03084-CRB

| | |
|---|---|
| *Jane Doe LS 319 v. Uber Technologies, Inc., et al.* | 3:24-cv-05800-CRB |
| *Jane Doe LS 484 v. Uber Technologies, Inc., et al.* | 3:24-cv-05824-CRB |
| *Jane Doe LS 4 v. Uber Technologies, Inc., et al.* | 3:24-cv-05861-CRB |
| *Jane Doe LS 274 v. Uber Technologies, Inc., et al.* | 3:24-cv-05902-CRB |
| *Jane Doe LS 359 v. Uber Technologies, Inc., et al.* | 3:24-cv-05908-CRB |
| *Jane Doe LS 304 v. Uber Technologies, Inc., et al.* | 3:24-cv-05914-CRB |
| *Jane Doe LS 369 v. Uber Technologies, Inc., et al.* | 3:24-cv-05915-CRB |
| *Jane Doe LS 269 v. Uber Technologies, Inc., et al.* | 3:24-cv-05922-CRB |
| *Jane Doe LS 93 v. Uber Technologies, Inc., et al.* | 3:24-cv-05925-CRB |
| *Jane Doe LS 7 v. Uber Technologies, Inc., et al.* | 3:24-cv-05926-CRB |
| *Jane Doe LS 504 v. Uber Technologies, Inc., et al.* | 3:24-cv-05928-CRB |
| *Jane Doe LS 180 v. Uber Technologies, Inc., et al.* | 3:24-cv-05936-CRB |
| *Jane Doe LS 119 v. Uber Technologies, Inc., et al.* | 3:24-cv-05937-CRB |
| *Jane Doe LS 197 v. Uber Technologies, Inc., et al.* | 3:24-cv-06003-CRB |
| *Jane Doe LS 314 v. Uber Technologies, Inc., et al.* | 3:24-cv-06016-CRB |
| *Jane Doe LS 188 v. Uber Technologies, Inc., et al.* | 3:24-cv-06022-CRB |
| *Jane Doe LS 230 v. Uber Technologies, Inc., et al.* | 3:24-cv-06026-CRB |
| *Jane Doe LS 209 v. Uber Technologies, Inc., et al.* | 3:24-cv-06033-CRB |
| *Jane Doe LS 534 v. Uber Technologies, Inc., et al.* | 3:24-cv-07142-CRB |

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 16, 2025, in Atlanta, Georgia.

                 /s/Michael B. Shortnacy
                 Michael B. Shortnacy

3

DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS
NOT IN COMPLIANCE WITH THE COURT'S MARCH 26, 2025 ORDER    Case No. 3:23-md-03084-CRB