IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF ANDREW R. KAUFMAN IN SUPPORT OF PLAINTIFFS' PORTION OF JOINT LETTER BRIEF REGARDING DEFENDANT'S PRODUCTION OF SAFETY LENS SNAPSHOTS IN DEFENDANT FACT SHEETS** |

I, Andrew R. Kaufman, declare:

1. I am an attorney in the law firm of Girard Sharp, LLP. I am a member of the State Bars of Wisconsin and New York, and am admitted to practice pro hac vice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiffs' portion of the parties' Joint Letter Regarding Defendant's Production of Safety Lens Snapshots in Defendant Fact Sheets.

3. Attached hereto as Exhibit 1 is a true and accurate copy of the document produced as bates no. UBER-MDL3084-DFS00002727.

4. Attached hereto as Exhibit 2 is a true and accurate copy of the document produced as bates no. UBER-MDL3084-DFS00084720.

//

//

1
2   I declare under penalty of perjury that the foregoing is true and correct.
3   Executed on April 17, 2025 in Milwaukee, Wisconsin.
4
                            /s/ Andrew R. Kaufman
5                              Andrew R. Kaufman
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28