1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL DOCUMENT ATTACHED AS EXHIBIT TO JOINT LETTER REGARDING DEFENDANTS' PRODUCTION OF SAFETY LENS SNAPSHOTS IN DEFENDANT FACT SHEETS** |
|---|---|

**[PROPOSED] ORDER**

Having considered the Administrative Motion to Seal Document Attached as Exhibit to Joint Letter Regarding Defendants' Production of Safety Lens Snapshots in Defendant Fact Sheets, and all materials submitted in support thereof, and other records on file, and having found that good cause exists for the sealing of the documents listed below:

IT IS HEREBY ORDERED that the Motion to Seal is GRANTED. The Court hereby ORDERS that the following materials remain under seal:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit 1 | Uber-produced document bates stamped UBER-MDL3084-DFS00002727 | Plaintiffs (and Uber) |

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Lisa J. Cisneros
United States Magistrate Judge