[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
|---|---|

Under Civil Local Rules 7-11 and 79-5(f), Plaintiffs move the Court to consider whether material designated confidential by Uber should be sealed.

Pursuant to Pretrial Order No. 8, the parties are filing a letter brief detailing their dispute regarding the production of Safety Lens snapshots in Defendant Fact Sheets. Exhibits to the letter brief have been designated as confidential by Uber.

**Material To Be Filed Under Seal**

The material to be filed under seal are exhibits to the parties' letter brief, which Uber has designated as confidential. Thus, Plaintiffs request the Court consider whether the following should be filed under seal:

| Document | Description | Designating Party |
|---|---|---|
| Portions of Joint Letter Brief | Portions referring to and describing Exhibit 1 or 2 | Uber |
| Portions of O'Connor Declaration | Parts of the O'Connor Declaration Uber requested be redacted | Uber |
| Exhibit 1 | Uber-produced document bates stamped UBER-MDL3084-DFS00002727 | Uber (and Plaintiffs)[1] |

---

[1] Because Exhibit 1 contains plaintiff-specific personal information, as well as highly sensitive and private disclosures regarding incidents of sexual assaults, plaintiffs' move separately pursuant to Local Rule 79-5 to seal that exhibit.

- 1 -

ADMIN MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MAT. SHOULD BE SEALED
CASE NO. 23-MD-03084-CRB

| Document | Description | Designating Party |
|---|---|---|
| Exhibit 2 | Uber-produced document bates stamped UBER-MDL3084-00084720 | Uber |

Under Local Rule 79-5(f)(3), Uber bears the responsibility to establish that all of the designated material is sealable.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Andrew R. Kaufman in Support of this Motion; and
2. A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: April 17, 2025

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

- 2 -

ADMIN MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MAT. SHOULD BE SEALED
CASE NO. 23-MD-03084-CRB

1
2                                                           *Co-Lead Counsel for Plaintiffs*
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -   ADMIN MOT. TO CONSIDER WHETHER
ANOTHER PARTY'S MAT. SHOULD BE SEALED
CASE NO. 23-MD-03084-CRB

## **FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: April 17, 2025                    By:    */s/ Andrew R. Kaufman*
                                                                    Andrew R. Kaufman