IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

# [PROPOSED] ORDER

Having considered the Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal, and all materials submitted in support thereof, and other records on file, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Portions of Joint Letter Brief | Portions referring to and describing Exhibit 1 or 2 | Uber |
| Portions of O'Connor Declaration | Parts of the O'Connor Declaration Uber requested be redacted | Uber |
| Exhibit 1 | Uber-produced document bates stamped UBER-MDL3084-DFS00002727 | Uber (and Plaintiffs)[1] |
| Exhibit 2 | Uber-produced document bates stamped UBER-MDL3084-00084720 | Uber |

**IT IS SO ORDERED.**

DATED: _____

                                              Hon. Lisa J. Cisneros
                                              United States Magistrate Judge

---

[1] Because Exhibit 1 contains plaintiff-specific personal information, as well as highly sensitive and private disclosures regarding incidents of sexual assaults, plaintiffs' move separately pursuant to Local Rule 79-5 to seal that exhibit.