[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**CERTIFICATE OF SERVICE** |

I certify that, on April 17, 2025 a true and correct copy of the UNSEALED/UNREDACTED version of the following documents:

- **UNREDACTED Joint Discovery Letter re: Safety Lens Snapshots**
- **UNREDACTED O'Connor Declaration ISO Joint Discovery Letter**
- **UNSEALED Ex. 1 to Kaufman Declaration ISO Joint Discovery Letter**
- **UNSEALED Ex. 2 to Kaufman Declaration ISO Joint Discovery Letter**

were served pursuant to Civil L.R. 5(a) to each person named below:

Patrick L. Oot, Jr. (oot@shb.com)
**SHOOK, HARDY & BACON, LLP**
1800 K Street, NW, 10th Floor
Washington, DC 20006
Telephone: (202) 783-8400

Michael B. Shortnacy (mshortnacy@shb.com)
**SHOOK, HARDY & BACON, LLP**
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: (424) 285-8330

Jay D. Haider (jhaider@shb.com)
**SHOOK, HARDY & BACON, LLP**
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7700

Christopher J. Kaufman (ckaufman@shb.com)
**SHOOK, HARDY & BACON, LLP**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550

Christopher W. Cotton (ccotton@shb.com)
**SHOOK, HARDY & BACON, LLP**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550

Service E-mail
MDL3084-service-Uber@paulweiss.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 17, 2025.

By: */s Andrew R. Kaufman*
Andrew R. Kaufman