M. Elizabeth Graham (Cal Bar No. 143085)
Adam J. Gomez (Cal Bar No. 34577)
**Grant & Eisenhofer**
2325 Third Street, Suite 329
San Francisco, CA 94107
Telephone: 415.229.9720
Facsimile: 415.789.4367
Email: egraham@gelaw.com
Email: agomez@gelaw.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:*<br><br>*KARLIANNA HENDERSON v. UBER TECHNOLOGIES, INC., et al.*, 3:25-cv-3343-CRB | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on April 15, 2025

///

///

///

Dated: April 18, 2025

Respectfully submitted,

By: */s/ Adam J. Gomez*
M. Elizabeth Graham, CA (SBN 143085)
Adam J. Gomez, CA 345770
**GRANT & EISENHOFER, P.A.**
2325 Third Street, Suite 329

|   |   |
|---|---|
| 1 | San Francisco, CA 94107 |
| 2 | Phone: 415-229-9720 / Fax: 415-789-4367 |
| 3 | egraham@gelaw.com<br>agomez@gelaw.com |
| 4 | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Adam J. Gomez*
Adam J. Gomez