# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies **Rupal K. Joshi** was admitted to practice as an attorney in the Courts of this State on **December 14, 2016,** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court at Dover this 10th day of April 2025.

Lisa A. Dolph
Clerk of the Supreme Court