IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ <br><br> This Order Relates To: <br><br> *CLF J.T. v. Uber, Inc.*, <br> Case No. 3:25-cv-01043-CRB | MDL No. 3084 <br><br> **ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY** <br><br> Re: Dkt. No. 2815 |

Plaintiff's counsel's motion to withdraw is granted. Within 28 days of this order, the plaintiff shall file a notice indicating whether they intend to pursue the action with new counsel or representing themselves. If the plaintiff does not file that notice, the Court will dismiss this case without prejudice.

Uber's counsel shall provide a copy of this order to the plaintiff and file a declaration within 7 days of this ruling explaining how they did so.

**IT IS SO ORDERED.**

Dated: April 21, 2025

_____
CHARLES R. BREYER
United States District Judge