1  Stephen J. Estey (SBN 163093)
2  R. Michael Bomberger (SBN 169866)
   Angela J. Nehmens (SBN 309433)
3  **ESTEY & BOMBERGER, LLP**
   2869 India Street
4  San Diego, CA 92103
   Tel: (619) 295-0035
5  Fax: (619) 295-0172
   Email: steve@estey-bomberger.com
6  Email: mike@eatey-bomberger.com
   Email: angela@estey-bomberger.com
7

8  *Attorneys for Plaintiff*s

9

10                **UNITED STATES DISTRICT COURT**

11             **NORTHERN DISTRICT OF CALIFORNIA**

12                 **SAN FRANCISCO DIVISION**

13

14 | IN RE: UBER TECHNOLOGIES, INC., | MDL No. 3084 CRB
   | PASSENGER SEXUAL ASSAULT
15 | LITIGATION | **NOTICE OF FILING OF NEW ACTION**

16 _____

17 This Document Relates to: | Judge: Hon. Charles R. Breyer

18

19 *JANE DOE EB 80 v. UBER TECHNOLOGIES,*
   *INC., et al.*
20 Case No. 3:25-cv-03456

21

22          **<u>NOTICE OF FILING OF NEW ACTION</u>**

23         Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

24 with Jury Demand in the above-referenced action was filed on April 18, 2025.

25 DATED:  April 21, 2025                     Respectfully Submitted,

26                                            **ESTEY & BOMBERGER, LLP**

27                                            */S/ Angela Nehmens, Esq.*
                                              Stephen J. Estey
                                              Angela J. Nehmens
28                                            ***Attorney for Plaintiffs***

                               1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2025, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /S/ Nicole Stoneman

2