UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,

Plaintiff(s),

v.

,

Defendant(s).

Case No. 3:23-md-03084-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Lori McGroder, an active member in good standing of the bar of Missouri, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in the above-entitled action. My local co-counsel in this case is Michael B. Shortnacy, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 277035.

2555 Grand Blvd, Kansas City, MO 64108
MY ADDRESS OF RECORD

2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(816) 559-2290
MY TELEPHONE # OF RECORD

424-285-8330
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

lmcgroder@shb.com
MY EMAIL ADDRESS OF RECORD

mshortnacy@shb.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 39560.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 22, 2025

/s/ Lori McGroder
APPLICANT
Lori McGroder

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lori McGroder is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 22, 2025



UNITED STATES DISTRICT/MAGISTRATE JUDGE