*[Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**SUPPLEMENTAL JOINT STATUS REPORT FOR APRIL 24, 2025 DISCOVERY STATUS CONFERENCE**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

In the Joint Status Report submitted on April 21, 2025 (ECF 2823), the parties reported they anticipated filing a PTO 8 letter regarding the timing of Bellwether Plaintiff depositions. Under the PTO 8 schedule, that letter was due today, April 22. In light of the discussions with Judge Breyer at the April 18 Case Management Conference, the parties are continuing to meet and confer on the bellwether discovery and trial schedule, including Plaintiff depositions. If no agreement is reached, the parties will file the PTO 8 letter tomorrow, April 23.

| | |
|---|---|
| By: /s/ Roopal Luhana<br>ROOPAL P. LUHANA (Pro Hac Vice)<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Fl. 12<br>New York, NY 10016<br>Telephone: (888) 480-1123<br>Email: luhana@chaffinluhana.com<br>*Co-Lead Counsel for Plaintiffs*<br><br>SARAH R. LONDON (SBN 267083)<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br>Email: slondon@girardsharp.com<br><br>RACHEL B. ABRAMS (SBN 209316)<br>**PEIFFER WOLF CARR KANE**<br>**CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: (415) 426-5641<br>Email: rabrams@peifferwolf.com | By: /s/ Alycia A. Degen<br>ALYCIA A. DEGEN<br><br>**KIRKLAND & ELLIS LLP**<br>ALLISON M. BROWN<br>JESSICA DAVIDSON<br>LAURA VARTAIN<br><br>**SHOOK, HARDY & BACON L.L.P.**<br>MICHAEL B. SHORTNACY<br>PATRICK L. OOT, JR.<br>CHRISTOPHER V. COTTON<br>ALYCIA A. DEGEN<br><br>**O'MELVENY AND MYERS LLP**<br>SABRINA H. STRONG<br>JONATHAN SCHNELLER |

## FILER'S ATTESTATION

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: April 22, 2025                           By:    /s/ Andrew Kaufman
                                                             Andrew Kaufman