**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS SUPPLEMENTAL REQUEST FOR NARROWED REDACTIONS OF BELLWETHER COMPLAINTS [ECF NO. 2496]**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6-17th Floor |

[PROPOSED] ORDER GRANTING DEFENDANTS' SUPPLEMENTAL REQUEST FOR NARROWED REDACTIONS OF BELLWETHER COMPLAINTS [ECF NO. 2496]

Case No. 3:23-MD-3084-CRB

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC's (collectively "Uber") Supplemental Letter Brief in Support of Narrowed Redactions of Bellwether Complaints, dated April 23, 2025, ECF ___, the Court finds the information Defendants seek to protect from public disclosure qualifies as a trade secret, and the proposed redactions are narrowly tailored to the sealable material.  Accordingly, the Court hereby ORDERS that the following materials remain under seal, as requested in Uber's Statement, and that Uber coordinate with Plaintiffs to file redacted versions of the complaints consistent with the redactions in Exhibit A to the Supplemental Letter:

| Document | Description | Uber's Request |
| --- | --- | --- |
| A.R.1 Amended Bellwether Complaint (ECF 2496-6) | Portion of complaint referring to trade secret information | ¶¶ 32-33, 36 |
| A.R.2 Amended Bellwether Complaint (ECF 2496-9) | Portion of complaint referring to trade secret information | ¶¶ 43-44, 47 |
| B.L. Amended Bellwether Complaint (ECF 2496-10) | Portion of complaint referring to trade secret information | ¶¶ 50-51, 54 |
| Jane Doe QLF 001 Amended Bellwether Complaint (ECF 2496-12) | Portion of complaint referring to trade secret information | ¶¶ 26-27, 29 |
| Jaylynn Dean Amended Bellwether Complaint (ECF 2496-13) | Portion of complaint referring to trade secret information | ¶¶ 54-55, 58 |
| LCHB128 Amended Bellwether Complaint (ECF 2496-15) | Portion of complaint referring to trade secret information | ¶¶ 31-32, 35 |
| T.L. Amended Bellwether Complaint (ECF 2496-16) | Portion of complaint referring to trade secret information | ¶¶ 30-32, 34 |
| WHB 1876 Amended Bellwether Complaint (ECF 2496-5) | Portion of complaint referring to trade secret information | ¶¶ 19-20, 22 |
| WHB 1898 Amended Bellwether Complaint (ECF 2496-20) | Portion of complaint referring to trade secret information | ¶¶ 32-33, 35 |

//

//

[PROPOSED] ORDER GRANTING DEFENDANTS' SUPPLEMENTAL REQUEST FOR NARROWED REDACTIONS OF BELLWETHER COMPLAINTS [ECF NO. 2496]

Case No. 3:23-MD-3084-CRB

**IT IS SO ORDERED.**

Dated:_____

                                            CHARLES R. BREYER
                                            United States District Court Judge