```
1   M. Elizabeth Graham (Cal Bar No. 143085)
    Adam J. Gomez (Cal Bar No. 34577)
2   Grant & Eisenhofer
    2325 Third Street, Suite 329
3   San Francisco, CA 94107
    Telephone: 415.229.9720
4   Facsimile: 415.789.4367
    Email: egraham@gelaw.com
5   Email: agomez@gelaw.com

6   Counsel for Plaintiff
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *NATASHA PADEN v. UBER TECHNOLOGIES, INC., et al.; 3:25-cv-03593-CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on April 24, 2025

///

///

///

Dated: April 24, 2025                    Respectfully submitted,

By: */s/ Adam J. Gomez*
M. Elizabeth Graham, CA (SBN 143085)
Adam J. Gomez, CA 345770
**GRANT & EISENHOFER, P.A.**
2325 Third Street, Suite 329

CASE NO. 3:23-md-03084-CRB           1       NOTICE OF FILING OF NEW ACTION

San Francisco, CA 94107
Phone: 415-229-9720 / Fax: 415-789-4367
egraham@gelaw.com
agomez@gelaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Adam J. Gomez*
Adam J. Gomez