IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Order Relates To:<br><br>*ALL ACTIONS* | Case No. 23-md-03084-CRB (LJC)<br><br>**REPORT OF PRIVILEGE DETERMINATIONS** |

The standards governing privilege review for this multi-district litigation have been set forth in multiple orders of Magistrate Judge Cisneros. *See* Dkts. 1908, 2005, 2168.

Pursuant to Master Order No. 2, Uber produced 140 documents associated with custodians Cassie Hawk, Rachel Holt, and Andrew Hasbun for *in camera* review. The Master determined that 117 of the documents were privileged in whole or in part and 22 were not privileged. The Master also ordered Uber to provide additional information regarding one of the documents.

Uber raised three objections and provided additional briefing and documents regarding the challenged documents. Plaintiffs have not raised any objections. Uber also provided additional information for one document as requested by the Master. After careful consideration of Uber's submissions and further *in camera* review of the documents, Uber's requests for relief were granted in part and denied in part. Additionally, the parties reached agreement on one of Uber's requests.

-2-

Accordingly, the Master has determined that 120 of the documents associated with custodians Cassie Hawk, Rachel Holt, and Andrew Hasbun are privileged in whole or in part and 20 are not privileged.

Dated:     New York, New York
           April 24, 2025

                                        _____
                                        **HON. BARBARA S. JONES (Ret.)**