IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Order Relates To:<br><br>*ALL ACTIONS* | Case No. 23-md-03084-CRB (LJC)<br><br>**REPORT OF PRIVILEGE DETERMINATIONS** |

The standards governing privilege review for this multi-district litigation have been set forth in multiple orders of Magistrate Judge Cisneros. *See* Dkts. 1908, 2005, 2168.

Pursuant to Master Order No. 3, Uber produced 24 documents associated with custodian Valerie Shuping for *in camera* review. The Master determined that 22 of the documents were privileged in whole or in part and ordered Uber to provide additional information regarding two of the documents.

Neither party raised an objection to the Master's determinations. Uber provided additional information for one of the documents as requested by the Master and withdrew its claim of privilege as to the other document. Upon consideration of Uber's submission and further *in camera* review of the remaining document, Uber's request for relief was granted.

-2-

Accordingly, the Master has determined that 23 of the documents associated with custodian Valerie Shuping are privileged in whole or in part.

Dated:    New York, New York
          April 24, 2025

_____
**HON. BARBARA S. JONES (Ret.)**
