LAURA VARTAIN (SBN: 258485)
laura.vartain@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625
ALLISON M. BROWN (Pro Hac Vice admitted)
allison.brown@kirkland.com
JESSICA DAVIDSON (Pro Hac Vice admitted)
jessica.davidson@kirkland.com

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723
*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC
 *[Additional Counsel Listed on Following Pages]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANT UBER TECHNOLOGIES, INC., RAISER, LLC, AND RAISER-CA, LLC'S BRIEF IN SUPPORT OF UBER'S PRIVILEGE CLAIMS CHALLENGED BY PLAINTIFFS FOR THE MICHAEL AKAMINE CUSTODIAL FILE – PURSUANT TO SPECIAL MASTER ORDER NO. 3 (DKT. 2472)** |

Pursuant to Special Master Order No. 3, I (4) (Dkt. 2472), Defendants submit this brief in support of their position on the remaining privilege challenges for custodian Michael Akamine. On March 25, 2025, Plaintiffs challenged approximately 21 documents within this custodial file. On April 16, 2025, Plaintiffs challenged an additional 34 documents within this custodial file from privilege logs served after March 24, 2025, bringing the total number of challenged documents to 55. Through conferrals, the parties have narrowed their dispute to 49 challenges. These challenges are now submitted for the Special Master's review.

///

1  Defendants incorporate by reference the legal standard and arguments set forth in their prior briefing (Dkts. 2433, 2461, 2528, 2544, and 2580).  As explained more fully in the prior briefs, the applicable legal standard and the factual material previously provided to the Special Master,[1] when reviewed in conjunction with the challenged documents and the associated metadata fields, support Uber's privilege and work product assertions.  The remaining privilege claims submitted for the Special Master's determination should be upheld.

DATED: April 24, 2025

Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Michael B. Shortnacy*
  MICHAEL B. SHORTNACY (SBN 277035)
  E: mshortnacy@shb.com
  **SHOOK, HARDY & BACON L.L.P.**
  2049 Century Park East, Ste. 300
  Los Angeles, CA  90067
  T: 424-285-8330 – F: 424-204-9093

  PATRICK OOT (admitted *Pro Hac Vice*)
  **SHOOK, HARDY & BACON L.L.P.**
  1800 K St. NW, STe. 100
  Washington, DC 20006
  T: 202-783-8400 – F: 202-783-4211

  *Attorneys for Defendants*
  UBER TECHNOLOGIES, INC., RASIER, LLC, And RASIER-CA, LLC

---

[1] As requested by the Special Master, Uber has provided (1) a glossary of terms commonly used in disputed documents, (2) a list of names and titles of relevant Uber inside and outside counsel, and (3) a digest of third-parties present in its privilege log.  Defense counsel will also be available for any questions the Special Master may have during the review process.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

*/s/ Michael B. Shortnacy*
Michael B. Shortnacy