1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 2798]**<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 2798]

Case No. 3:23-MD-3084-CRB

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, dated April 17, 2025, ECF 2798, and Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC's (collectively "Uber") Statement in Support of Plaintiffs' Administrative Motion, dated April 24, 2025 ECF ___, the Court hereby ORDERS that the following materials remain under seal:

| Document | Description |
| --- | --- |
| Narrow Redactions to Joint Letter Brief Regarding Defendants' Production of Safety Lens Snapshots in Defendant Fact Sheet (ECF 2798-2, 2796) | Portions describing confidential details of Uber's proprietary Safety Lens user interface system |
| Narrow Redactions to Joint Letter Brief Regarding Defendants' Production of Safety Lens Snapshots in Defendant Fact Sheet (ECF 2798-2, 2796) | Portions describing confidential details of Uber's proprietary Safety Lens user interface system |
| Exhibit 2 to Letter Brief (ECF 2798-4, 2796-3) | Exemplar of summary page in Uber's proprietary Safety Lens user interface system, produced by Uber as confidential and bates stamped number UBER-MDL3084-00084720 |

**IT IS SO ORDERED.**

Dated:_____          _____
                                   Hon. Lisa J. Cisneros
                                   United States Magistrate Judge

2

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 2798]
Case No. 3:23-MD-3084-CRB