IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**AFFIDAVIT OF TIFFANY R. ELLIS IN SUPPORT OF PLAINTIFFS' LIST OF DISPUTED ENTRIES FOR SPECIAL MASTER REVIEW**<br><br>Judge: Honorable Barbara S. Jones |

I, Tiffany R. Ellis, hereby declare as follows:

1. I am a partner of Peiffer Wolf Care Kane Conway & Wise, an attorney licensed in the States of Michigan and Illinois and duly admitted to practice before this Court, representing Plaintiffs in the above caption action.

2. I submit this declaration in support of Plaintiffs' List of Disputed Entries for Special Master Review on April 25, 2025.

3. Plaintiffs incorporate the Discovery Letter Brief Regarding Disputed Entries for Special Master Review filed by All Plaintiffs on March 4, 2025. *See* ECF No. 2434. Plaintiffs incorporate the brief to support the specific reasons each entry on the List of Disputed Entries was challenged. The Brief included the general background of the privilege dispute process to date, the legal standard for Plaintiffs raising challenges to Defendants' privilege log entries, and a general argument for the challenges Plaintiffs raised.

4. The List of Disputed Entries for Special Master Review Plaintiffs provided on April 25, 2025 contained an entry still in dispute for custodian Dara Khosrowshahi.

5. The List of Disputed Entries for Special Master Review Plaintiffs provided on April 25, 2025 did not contain any entries for the custodians that overlapped with custodians already submitted to the Special Master for review.

**Dara Khosrowshahi**

6. Defendants included approximately 218 entries for Dara Khosrowshahi across its Tranche 1, Tranche 2, Tranche 3, and Tranche 4 privilege logs.

7. Plaintiffs originally challenged approximately 119 of these 218 entries.

8. As of January 31, 2025[1], Defendants withdrew their claim of privilege to 26 entries in full and 11 entries in part.

9. On March 10, 2025, Defendants provided Plaintiffs with a revised privilege log after Defendants re-reviewed all entries in dispute pursuant to Master Order No. 2. Defendants withdrew their claim of privilege to 66 entries in full and 32 entries in part.

---

[1] Defendants provided Plaintiffs a revised privilege log on January 31, 2025. This was the last revised privilege log Defendants provided before they started providing revised privilege logs in accordance with the Master Order No. 2. *See* ECF No. 2357.

- 2 -

AFFIDAVIT OF TIFFANY R. ELLIS IN SUPPORT OF PLAINTIFFS' LIST OF DISPUTED ENTRIES FOR SPECIAL MASTER REVIEW

10. Defendants provided Plaintiffs with a revised Privilege Log on April 21, 2025. In total, to date, Defendants logged 328 entries for Dara Khosrowshahi and have withdrawn their claim of privilege to approximately 73 entries in full and 33 entries in part.

11. On March 25, 2025, Plaintiffs provided the Special Master and Defendants with a list of 2 entries in dispute for Dara Khosrowshahi following a review of Uber's revised privilege log that included updated or additional information provided by Uber, documents produced with redactions, or lessons learned from Judge Cisneros' privilege orders and Defendants' newer privilege log.

12. On April 17, 2025, Plaintiffs provided the Special Master and Defendants with a supplemental list of 2 entries for Dara Khosrowshahi from Defendants' Marh 24, 2025, April 1, 2025, April 8, 2025, April 11, 2025, and April 16, 2025 privilege logs.

13. On April 22, 2025, counsel for Defendants represented to Plaintiffs' that Uber will be producing the remaining 3 disputed entries with redactions or modified redactions during the parties' met and confer.

14. On April 23, 2025, Plaintiffs were informed that Uber would not be producing a redacted version of JCCP_MDL_PRIVLOG074134.

15. On April 25, 2025 Plaintiffs provided the Special Master and Defendants with a list of 1 entry that remains in dispute for Dara Khosrowshahi.

Executed this 25th day of April, 2025 in San Francisco, CA.

/s/ *Tiffany R. Ellis*
Tiffany R. Ellis