IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Order Relates To:<br><br>*ALL ACTIONS* | Case No. 23-md-03084-CRB (LJC)<br><br>**REPORT OF PRIVILEGE DETERMINATIONS** |

The standards governing privilege review for this multi-district litigation have been set forth in multiple orders of Magistrate Judge Cisneros. *See* Dkts. 1908, 2005, 2168.

Pursuant to Master Order No. 3, Uber produced 136 documents associated with custodian Roger Kaiser for *in camera* review. The Master determined that 121 of the documents were privileged in whole or in part and 12 were not privileged. The Master also ordered Uber to provide additional information regarding three of the documents.

Neither party raised an objection to the Master's determinations. Uber provided additional information for the three documents as requested by the Master. Upon consideration of Uber's submissions and further *in camera* review of the documents, Uber's requests for relief were granted.

Accordingly, the Master has determined that 124 of the documents associated with custodian Roger Kaiser are privileged in whole or in part and 12 are not privileged.

Dated:      New York, New York
             April 28, 2025

                                                **HON. BARBARA S. JONES (Ret.)**