IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Order Relates To:<br><br>*ALL ACTIONS* | Case No. 23-md-03084-CRB (LJC)<br><br>**REPORT OF PRIVILEGE DETERMINATIONS** |

  The standards governing privilege review for this multi-district litigation have been set forth in multiple orders of Magistrate Judge Cisneros. *See* Dkts. 1908, 2005, 2168.

  Pursuant to Master Order No. 3, Uber produced 11 documents associated with custodian Ryan Graves for *in camera* review. The Master determined that 10 of the documents were privileged in whole or in part and one was not privileged.

  Neither party raised an objection to the Master's determinations.


Dated:  New York, New York
     April 28, 2025

                    **HON. BARBARA S. JONES (Ret.)**