Andrea Hirsch, Esq. GA Bar No. 666557
Brooke Cohen, Esq. TX Bar No. 24007019
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, GA 30341
T: (678) 268-4683
andrea@cohenhirsch.com
brooke@cohenhirsch.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-MD-03084-CRB |
| | Honorable Charles R. Breyer |
| | **NOTICE OF FILING OF A NEW ACTION** |
| This Document Relates to: *B.T. 1278 v. Uber Technologies, Inc., et al; 3:25-cv-03651- CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the

Complaint and Jury Demand in the above-referenced action was filed on April 25, 2025.

Dated: April 28, 2025

Respectfully submitted,

By: */s/ Andrea S. Hirsch*
Andrea Hirsch, Esq. GA Bar No. 666557
Brooke Cohen, Esq. TX Bar No. 24007019
**Cohen Hirsch, LP**
5256 Peachtree Road, Suite 195-E
Telephone: (678) 268-4683
Facsimile: (678) 669-1520
Email: andrea@cohenhirsch.com
brooke@cohenhirsch.com
*Counsel for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on April 28, 2025, I electronically transmitted the foregoing

3

**NOTICE OF FILING OF A NEW ACTION** to the Clerk's Office using the CM/ECF System

4

for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants..

5

6

*/s/ Andrea S. Hirsch*
Andrea S. Hirsch

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28