IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 |
|---|---|
| This Order Relates To: *ALL CASES* | **PRETRIAL ORDER NO. 25: PROPOSING CANDIDATES FOR BELLWETHER TRIAL WAVE 1**<br>Re: Dkt. Nos. 2847, 2848 |

The Court has considered the parties' April 23, 2025 letter briefs regarding bellwether trial wave assignments and has tentatively concluded the following six cases shall comprise Trial Wave 1:

| TRIAL WAVE 1 | | | | |
|---|---|---|---|---|
| **Name** | **Case No.** | **Alleged Incident** | **Party Choice** | **State** |
| B.L. | 24-cv-7940 | Sexual Penetration | Plaintiffs | CA |
| A.R.2 | 24-cv-7821 | Kissing of a Sexual Body Part | Plaintiffs | CA |
| WHB 1486 | 24-cv-4803 | Touching of a Sexual Body Part | Defendants | TX |
| WHB 1876 | 24-cv-5230 | Verbal Comments | Defendants | IL |
| LCHB128 | 24-cv-7019 | Touching of a Sexual Body Part | Plaintiffs | AZ |
| Jaylynn Dean | 23-cv-6708 | Sexual Penetration | Plaintiffs | AZ |

The Court notes that these assignments are subject to any forthcoming forum non conveniens motions by the parties, and that the order in which the cases are listed is not necessarily indicative of the final sequencing of individual trials.

The parties are invited to submit their comments on this revised proposal by April 30, 2025 at 12 P.M. P.S.T.

**IT IS SO ORDERED.**

Dated: April 28, 2025

CHARLES R. BREYER
United States District Judge