1  KATHLEEN FRAZIER
     kfrazier@shb.com
2  **SHOOK, HARDY & BACON L.L.P.**
   JPMorgan Chase Tower
3  600 Travis Street, Suite 3400
   Houston, TX 77002
4  Telephone: (713) 546-5611
   Facsimile: (713) 227-9508
5
   *Attorney for Defendants*
6  UBER TECHNOLOGIES, INC.,
   RASIER, LLC, and RASIER-CA, LLC
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**
10
               **SAN FRANCISCO DIVISION**
11

12 | IN RE: UBER TECHNOLOGIES, | Case No. 3:23-md-03084-CRB |
13 | INC., PASSENGER SEXUAL ASSAULT LITIGATION | **DECLARATION OF KATHLEEN FRAZIER REGARDING SERVICE OF ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
14 | | |
15 | This Document Relates to: | |
16 | | |
17 | *CLF J.T. v. Uber, Inc.,* Case No. 3:25-cv-01043-CRB | Judge:     Hon. Charles R. Breyer |
18 | | Courtroom: 6-17th Floor |

19
20
21
22
23
24
25
26
27
28

KATHLEEN FRAZIER DECLARATION REGARDING SERVICE OF
ORDER GRANTING MOTIONS TO WITHDRAW                              Case No. 3:23-md-03084-CRB

# DECLARATION OF KATHLEEN FRAZIER

I, Kathleen Frazier, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Houston, TX. I respectfully submit this declaration explaining how Uber served a copy of the Court's April 21, 2025 Order Granting Motion to Withdraw, ECF 2817, on Plaintiff J.T. ("Plaintiff").

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, (collectively, "Uber"). I am a member in good standing of the Bar of the State of Texas. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so.

3. Plaintiff has not provided Uber with a Plaintiff Fact Sheet pursuant to Pretrial Order No. 10. Therefore, Plaintiff has not provided Uber with either a physical mailing address or email address to send the Court's Order.

5. On April 27, 2025, counsel for Uber emailed the Clarkson Law Firm, P.C., former counsel for Plaintiff, seeking a physical mailing address and email address to which counsel for Uber should send the Court's Order.

6. On April 28, 2025, former counsel for Plaintiff, provided counsel for Uber with Plaintiff's last known physical mailing address and email address, and confirmed it was not aware of any different physical mailing addresses or email addresses by which Plaintiff could be contacted.

7. On April 28, 2025, counsel for Uber served Plaintiff with the letter attached to this declaration as **Exhibit A**. Exhibit 2 of that letter contains the Court's April 21, 2025 Order Granting Motion to Withdraw.

8. Counsel for Uber served Plaintiff with this letter via three different methods: (1) emailing the letter to the email address provided by Plaintiff's former counsel, (2) depositing the letter for delivery via certified mail to the physical mailing

1  address provided by Plaintiff's former counsel, and (3) producing the letter to Plaintiff
2  J.T.'s MDL Centrality Profile.
3      I declare under penalty of perjury that the foregoing is true and correct.
4      Executed on April 28, 2025, in Houston, TX.

                          */s/Kathleen Frazier*
                          Kathleen Frazier