UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-MD-03084<br><br>**DEFENDANTS' LETTER BRIEF IN RESPONSE TO PTO 25 REGARDING TRIAL WAVE 1 [ECF NO. 2875]**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber") respectfully submit this response to the Court's request in Pretrial Order No. 25 regarding Trial Wave 1. (ECF No. 2875)

Defendants note that WHB 1876 is subject to dismissal in full under Defendants' pending Motion to Dismiss. (ECF No. 2791, at 24; 2791-1 at 6). If that motion is granted as to WHB 1876, Defendants respectfully request that the case be replaced with either of the following cases, neither of which presents a potential *Lexecon* concern that Plaintiffs have declined to waive, nor are the cases subject to a motion to dismiss in full:

| Name | Case No. | State | Alleged Incident | Party Choice |
|---|---|---|---|---|
| WHB 318 | 24-cv-4889 | NC | Touching of a Non-Sexual Body Part (Over the Clothes) | Defendants |
| WHB 832 | 24-cv-4900 | NC | Touching of a Non-Sexual Body Part (Under the Clothes) | Defendants |

Defendants otherwise are prepared to proceed with the cases as provided in PTO 25.

                                              Respectfully submitted,

DATED: April 30, 2025              KIRKLAND & ELLIS LLP

                                              By: */s/ Laura Vartain Horn*
                                                    Laura Vartain Horn (SBN 258485)
                                                    Laura.Vartain@kirkland.com
                                                    555 California Street
                                                    San Francisco, CA 94104
                                                    Telephone: (415) 439-1625

                                                    Allison M. Brown (*pro hac vice*)
                                                    Alli.brown@kirkland.com
                                                    Jessica Davidson (*pro hac vice*)
                                                    Jessica.davidson@kirkland.com
                                                    KIRKLAND & ELLIS LLP
                                                    601 Lexington Avenue
                                                    New York, NY 10022
                                                    Telephone: (212) 446-4800

                                                    O'MELVENY AND MYERS LLP
                                                    Sabrina H. Strong
                                                    sstrong@omm.com
                                                    Jonathan Schneller
                                                    jschneller@omm.com
                                                    400 South Hope Street, 19th Floor
                                                    Los Angeles, CA 90071
                                                    (213) 430-6000

SHOOK, HARDY & BACON L.L.P.
Patrick Oot (*pro hac vice*)
oot@shb.com
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211
O'MELVENY AND MYERS LLP
Sabrina H. Strong
Jonathan Schneller

Alycia A. Degen (SBN 211350
adegen@shb.com
Michael B. Shortnacy (SBN 277035)
mshortnacy@shb.com
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

Christopher C. Cotton (*pro hac vice*)
ccotton@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: (816) 474-6550

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC