

<u>**VIA ECF**</u>

The Honorable Charles R. Breyer
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

        RE:    *In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation*,
               MDL No. 3084 CRB

Your Honor:

      Plaintiffs respectfully submit this letter in response to Pretrial Order No. 25. Plaintiffs have no further comments regarding the composition of Wave 1. To the extent that Uber proposes a process for replacing Wave 1 cases in the event one or more are dismissed, Plaintiffs submit that any such discussion is premature. Instead, the parties and the Court should address whether and how to substitute cases if and when the issue arises.

                  Respectfully,

                  Sarah R. London

                  ROOPAL P. LUHANA *(Pro Hac Vice)*
                  **CHAFFIN LUHANA LLP**
                  600 Third Avenue, Fl. 12
                  New York, NY 10016
                  Telephone: (888) 480-1123
                  Email: luhana@chaffinluhana.com
                  *Co-Lead Counsel for Plaintiffs*

                  SARAH R. LONDON (SBN 267083)
                  **GIRARD SHARP LLP**
                  601 California St., Suite 1400
                    San Francisco, CA 94108
                  Telephone: (415) 981-4800
                  Email: slondon@girardsharp.com

                  RACHEL B. ABRAMS (SBN 209316)
                  **PEIFFER WOLF CARR KANE CONWAY &
                  WISE, LLP**
                  555 Montgomery Street, Suite 820

April 30, 2025
Page 2

San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

**FILER'S ATTESTATION**

I, Andrew R. Kaufman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatory identified above has concurred in this filing.

Dated: April 30, 2025

By: */s/ Andrew R. Kaufman*

(415) 981-4800          601 California Street, Suite 1400          www.girardsharp.com
                              San Francisco, CA 94108