IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ This Order Relates To: *ALL CASES* | MDL No. 3084 **PRETRIAL ORDER NO. 26: BELLWETHER TRIAL WAVE 1 CASE ASSIGNMENTS AND DISCOVERY SCHEDULE** |

At a Case Management Conference on April 18, 2025, the Court ordered the parties to file letter briefs regarding bellwether case assignments for Trial Wave 1. The parties submitted their competing proposals on April 23, 2025. See dkt. 2847, 2848. The Court considered the letter briefs and shared a revised case assignment proposal for Trial Wave 1 on April 28, 2025. See PTO 25. The parties expressed their general agreement with PTO 25 in letter briefs submitted on April 30, 2025. See dkt. 2888, 2889. Therefore, and having thoroughly reviewed the relevant materials, the Court establishes the following bellwether case assignments and discovery schedule for Trial Wave 1.

1. **Trial Wave 1 Case Assignments**

The Court has concluded that the six cases identified in PTO 25 and the below chart shall comprise Trial Wave 1:

| TRIAL WAVE 1 | | | | |
|---|---|---|---|---|
| **Name** | **Case No.** | **Alleged Incident** | **Party Choice** | **State** |
| B.L. | 24-cv-7940 | Sexual Penetration | Plaintiffs | CA |
| A.R.2 | 24-cv-7821 | Kissing of a Sexual Body Part | Plaintiffs | CA |
| WHB 1486 | 24-cv-4803 | Touching of a Sexual Body Part | Defendants | TX |
| WHB 1876[1] | 24-cv-5230 | Verbal Comments | Defendants | IL |
| LCHB128 | 24-cv-7019 | Touching of a Sexual Body Part | Plaintiffs | AZ |
| Jaylynn Dean | 23-cv-6708 | Sexual Penetration | Plaintiffs | AZ |

The parties are directed to immediately notify the Court should any of the six Trial Wave 1 cases reach a settlement agreement. The Court reiterates that these assignments are subject to any forthcoming forum non conveniens motions by the parties, and that the

---

[1] As Uber notes in its letter brief, dkt. 2888, WHB 1876 is subject to dismissal in full pending Uber's Motion to Dismiss, dkt. 2791 at 24. The Court shall consider replacing WHB 1876 with a different bellwether case if and when it becomes necessary to do so.

order in which the cases are listed is not necessarily indicative of the final sequencing of individual trials.

### 2. Trial Wave 1 Case-Specific Substantial Completion Deadline

The Court accepts the parties' joint proposal that the date for substantial completion of Trial Wave 1 case-specific fact discovery be extended by 30 days, from June 16, 2025 to July 16, 2025. The substantial completion deadline for MDL-wide corporate discovery shall remain June 16, 2025. The Court shall determine the substantial completion deadlines for subsequent Trial Waves at a later date.

### 3. Discovery Schedule for Trial Wave 1 Bellwether Cases

The Court also agrees with the parties that the remaining discovery and motions schedule provided by PTO 25 shall apply **only** to the six Trial Wave 1 bellwether cases:

a. Trial Wave 1 case-specific fact discovery will be substantially complete by **July 16, 2025**.

b. The parties shall exchange expert reports by **August 8, 2025**. The parties shall exchange rebuttal expert reports by **September 8, 2025**.

c. Trial Wave 1 Discovery will close on **September 22, 2025**.

d. The parties shall file any Daubert or dispositive motions by **October 8, 2025**. The parties shall file oppositions to any Daubert and dispositive motions by **November 11, 2025**. The parties shall file replies in support of any Daubert and dispositive motions by **November 24, 2025**.

e. The final pretrial conference for the first Wave 1 bellwether trial will be held on **December 1, 2025**.

f. The first Wave 1 bellwether trial will begin **December 8, 2025**.[2]

---

[2] The Court shall determine the trial order of the Wave 1 cases and the dates for said trials as necessary at a later date.

3

**4. Table of Dates for Trial Wave 1 Cases**

| Deadline | Event |
| --- | --- |
| July 16, 2025 | Substantial completion of bellwether case-specific fact discovery for Trial Wave 1 cases |
| August 8, 2025 | Parties shall exchange expert reports |
| September 8, 2025 | Parties shall exchange rebuttal expert reports |
| September 22, 2025 | Close of discovery for Trial Wave 1 cases |
| October 8, 2025 | Daubert and dispositive motions |
| November 11, 2025 | Oppositions to Daubert and dispositive motions |
| November 24, 2025 | Replies to Daubert and dispositive motions |
| December 1, 2025 | Final pretrial conferences for first Wave 1 trial |
| December 8, 2025 | First Wave 1 Trial |

**IT IS SO ORDERED.**

Dated: May 1, 2025

CHARLES R. BREYER
United States District Judge