1  BRET STANLEY
   **Johnson Law Group**
2  2925 Richmond Ave, Suite 1700
   Houston, TX 77098
3  Telephone: (713) 626-9336
   Facsimile: (800) 731-6018
4  Email: bstanley@johnsonlawgroup.com

5  *Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
|---|---|
| | **NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to: *JLG 125 v. Uber Technologies, Inc., et al;* 3:25-cv-3829 | |

Notice is hereby given pursuant of Pretrial Order No. 6 (Direct Filing) that the Complaint and Jury Demand in the above Referenced action was filed on May 2, 2025.

Dated: May 2, 2025                    Respectfully submitted,

                                      By: */s/ Bret Stanley*
                                      BRET STANLEY
                                      **Johnson Law Group**
                                      2925 Richmond Ave, Suite 1700
                                      Houston, TX 77098
                                      Telephone: (713) 626-9336
                                      Facsimile: (800) 731-6018
                                      Email: bstanley@johnsonlawgroup.com

                                      *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby electronically transmitting this filing to all CM/ECF registrants.

*/s/ Bret Stanley*
Bret Stanley