| | |
|---|---|
| 1 | Sadi R. Antonmattei-Goitia (SBN #24091383) |
| | *(Pro Hac Vice)* |
| 2 | **KHERKHER GARCIA, LLP** |
| 3 | 2925 Richmond Ave., Suite 1560 |
| | Houston, TX 77098 |
| 4 | Telephone: (713) 333-1030 |
| | Facsimile: (713) 333-1029 |
| 5 | Email: skherkher-team@kherkhergarcia.com |
| 6 | Email: rideshare@kherkhergarcia.com |
| 7 | *Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *JANE DOE 695116 v. UBER TECHNOLOGIES, INC., et al.,* 3:24-cv-03391-CRB | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on June 5, 2024.

///

///

///

1

| | |
|---|---|
| Dated: May 2, 2025 | Respectfully submitted, |
| | By: */s/ Sadi Antonmattei-Goitia*<br>Sadi R. Antonmattei-Goitia (SBN #24091383)<br>*(Pro Hac Vice)*<br>**KHERKHER GARCIA, LLP**<br>2925 Richmond Ave., Suite 1560<br>Houston, TX 77098<br>Telephone: (713) 333-1030<br>Facsimile: (713) 333-1029<br>Email: skherkher-team@kherkhergarcia.com<br>Email: rideshare@kherkhergarcia.com<br><br>*Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia