LAURA VARTAIN (SBN: 258485)
    laura.vartain@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (Pro Hac Vice admitted)
    allison.brown@kirkland.com
JESSICA DAVIDSON (Pro Hac Vice admitted)
    jessica.davidson@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Pages]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DEFENDANT UBER TECHNOLOGIES, INC., RAISER, LLC, AND RAISER-CA, LLC'S BRIEF IN SUPPORT OF UBER'S PRIVILEGE CLAIMS CHALLENGED BY PLAINTIFFS FOR THE TRAVIS KALANICK CUSTODIAL FILE – PURSUANT TO SPECIAL MASTER ORDER NO. 3 (DKT. 2472)** |
| This Document Relates to: | |
| ALL ACTIONS | |

Pursuant to Special Master Order No. 3, I (4) (Dkt. 2472), Defendants submit this brief in support of their position on the remaining privilege challenges for custodian Travis Kalanick.  On March 25, 2025, Plaintiffs challenged approximately 11 documents within this custodial file.  On April 25, 2025, Plaintiffs challenged an additional 37 documents within this custodial file from privilege logs served after March 24, 2025, bringing the total number of challenged documents to 48.  Through conferrals, the parties have narrowed their dispute to 14 challenges.  These challenges are now submitted for the Special Master's review.

Defendants incorporate by reference the legal standard and arguments set forth in their prior briefing (Dkts. 2433, 2461, 2528, 2544, and 2580).  As explained more fully in the prior briefs, the applicable legal standard and the factual material previously provided to the Special Master,[1] when reviewed in conjunction with the challenged documents and the associated metadata fields, support Uber's privilege and work product assertions.  The remaining privilege claims submitted for the Special Master's determination should be upheld.

DATED: May 2, 2025                          Respectfully submitted,

                                            **SHOOK HARDY & BACON L.L.P.**

                                            By: */s/ Jennifer Hill*
                                                 JENNIFER HILL

                                            **KIRKLAND & ELLIS LLP**
                                            LAURA VARTAIN
                                            ALLISON M. BROWN
                                            JESSICA DAVIDSON

                                            **O'MELVENY AND MYERS LLP**
                                            SABRINA STRONG
                                            JONATHAN SCHNELLER

                                            **SHOOK, HARDY, & BACON, LLP**

---

[1] As requested by the Special Master, Uber has provided (1) a glossary of terms commonly used in disputed documents, (2) a list of names and titles of relevant Uber inside and outside counsel, and (3) a digest of third-parties present in its privilege log.  Defense counsel will also be available for any questions the Special Master may have during the review process.

PATRICK OOT (Admitted *Pro Hac Vice*)
    oot@shb.com
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

ALYCIA A. DEGEN (SBN: 211350)
    adegen@shb.com
MICHAEL B. SHORTNACY (SBN: 277035)
    mshortnacy@shb.com
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

CHRISTOPHER V. COTTON (Admitted *Pro Hac Vice*)
    ccotton@shb.com
MARIA SALCEDO (Admitted *Pro Hac Vice*)
    msalcedo@shb.com
JENNIFER HILL (Admitted *Pro Hac Vice*)
    jshill@shb.com
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547


*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

DEFENDANTS' BRIEF IN SUPPORT OF UBER'S PRIVILEGE CLAIMS CHALLENGED BY PLAINTIFFS FOR
TRAVIS KALANICK FILE – PURSUANT TO SPECIAL MASTER ORDER NO. 3 (DKT. 2472)
Case No. 3:23-MD-3084-CRB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

*/s/ Jennifer Hill*_____
JENNIFER HILL

DEFENDANTS' BRIEF IN SUPPORT OF UBER'S PRIVILEGE CLAIMS CHALLENGED BY PLAINTIFFS FOR TRAVIS KALANICK FILE – PURSUANT TO SPECIAL MASTER ORDER NO. 3 (DKT. 2472)

Case No. 3:23-MD-3084-CRB