IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ This Order Relates To: *ALL CASES* | MDL No. 3084 **PRETRIAL ORDER NO. 27: CLARIFYING PTO 26 REGARDING COLLATERAL ESTOPPEL** Re: PTO 26 |

On May 1, 2025, the Court submitted Pretrial Order No. 26 (dkt. 2894) finalizing the bellwether case assignments and discovery schedule for Trial Wave 1. The order stated in part: "the remaining discovery and motions schedule provided by PTO 21 shall apply **only** to the six Trial Wave 1 bellwether cases." PTO 26 at 3. So as to avoid confusion among the parties, the Court clarifies that this scheduling order has no bearing on the potential preclusive effects of any final judgements resulting from Trial Wave 1. The normal standards of collateral estoppel shall apply in the bellwether cases as appropriate.

**IT IS SO ORDERED.**

Dated: May 2, 2025

CHARLES R. BREYER
United States District Judge