# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 3:23-MD-03084 CRB<br><br>**JOINT STATUS REPORT**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

Dear Judge Cisneros:

Pursuant to the Court's Order Regarding Bellwether Scheduling Issues (ECF 2924), the Parties respectfully report they have no current dispute regarding the scheduling of Wave 1 Plaintiff depositions. The parties continue to discuss other issues arising from the bellwether deposition protocol, but will submit those issues to the Court as required by PTO 8 if the parties are unable to resolve them.

Dated: May 6, 2025                                          Respectfully Submitted,

By: /s/  Roopal P. Luhana                                  /s/ Christopher V. Cotton
ROOPAL P. LUHANA *(Pro Hac Vice)*
**CHAFFIN LUHANA LLP**                                      **KIRKLAND & ELLIS LLP**
600 Third Avenue, Fl. 12                                    ALLISON M. BROWN
New York, NY 10016                                          JESSICA DAVIDSON
Telephone: (888) 480-1123                                   LAURA VARTAIN
Email: luhana@chaffinluhana.com
                                                            **SHOOK, HARDY & BACON L.L.P**.
                                                            MICHAEL B. SHORTNACY
SARAH R. LONDON (SBN 267083)                                PATRICK L. OOT, JR.
**GIRARD SHARP LLP**                                        CHRISTOPHER V. COTTON
601 California St., Suite 1400                              ALYCIA A. DEGEN
San Francisco, CA 94108
Telephone: (415) 981-4800                                   **O'MELVENY AND MYERS LLP**
Email: slondon@girardsharp.com                              SABRINA H. STRONG
                                                            JONATHAN SCHNELLER

RACHEL B. ABRAMS (SBN 209316)                               *Attorneys for Defendants*
**PEIFFER WOLF CARR KANE CONWAY**                           UBER TECHNOLOGIES, INC.,
**& WISE, LLP**                                             RASIER, LLC, and RASIER-CA, LLC
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: May 6, 2025

By: /s/*Roopal P. Luhana*