UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

Case No. 3:23-md-03084-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Stasja Drecun, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Williams Hart & Boundas pltfs in the above-entitled action. My local co-counsel in this case is not required per PTO-1, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: N/A.

| | |
|---|---|
| 8441 Gulf Fwy #600, Houston, TX, 77017 | N/A |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (713) 230-2200 | N/A |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| sdrecun@whlaw.com | N/A |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24120486.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 8, 2025
Stasja Drecun
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Stasja Drecun is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE



# THE STATE BAR OF TEXAS

**(1414 Colorado Street *  Austin, TX  78701  *  Phone: 800-204-2222  *  Website: http://www.texasbar.com )**

**NOTE:** This page represents a confirmation that your payment information has been submitted and received by the State Bar of Texas. If your payment is not reflected on your bank statement, your fees are not approved for collection and not considered paid. If this occurs, please contact the Membership Department at 512-427-1383 immediately.

Order Acknowledgement for Purchase No.11272833
Please print this document for your records.
Order Placed at 05/07/2025
By Stasja Drecun

| Qty. | Product | Price | Total |
|---|---|---|---|
| 1 | State Bar Certificate SKU:SB_CERT | $25.00 | $25.00 |
| | | Subtotal: | $25.00 |
| | | Total: | $25.00 |

Payment Information
Payment Type: American Express
Card/Check Number: 37..1006
(Partial Number displayed for your protection)

Return to MyBarPage