UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

Case No. 3:23-md-03084-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER (CIVIL LOCAL RULE 11-3)

I, Stasja Drecun                , an active member in good standing of the bar of

Texas                            , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Williams Hart & Boundas pltfs    in the

above-entitled action. My local co-counsel in this case is not required per PTO-1        , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: N/A                .

| 8441 Gulf Fwy #600, Houston, TX, 77017 | N/A |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (713) 230-2200 | N/A |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| sdrecun@whlaw.com | N/A |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 24120486      .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0      times in the 12 months

preceding this application.

<div style="writing-mode: vertical">United States District Court
Northern District of California</div>

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: May 8, 2025                                    Stasja Drecun
                                                           APPLICANT

5

6    ════════════════════════════════════════════════════════════════

7

8                    ORDER GRANTING APPLICATION

9              FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of  Stasja Drecun            is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated:    May 8, 2025

16

17 

18    UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28