RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB <br><br> **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* <br><br> *M.C. v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-03962-CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on May 7, 2025.

///

///

///

| | | |
|---|---|---|
|1| Dated: May 8, 2025 | Respectfully submitted, |
|2| | |
|3| | By: */s/ Rachel B. Abrams*<br>RACHEL B. ABRAMS (Cal Bar No. 209316)<br>ADAM B. WOLF (Cal Bar No. 215914) |
|4| | **Peiffer Wolf Carr Kane Conway & Wise, LLP**<br>555 Montgomery Street, Suite 820 |
|5| | San Francisco, CA 94111<br>Telephone: 415.766.3544 |
|6| | Facsimile: 415.840.9435 |
|7| | Email: rabrams@peifferwolf.com<br>            awolf@peifferwolf.com |
|8| | |
|9| | TIFFANY R. ELLIS (*Admitted PHV*)<br>**Peiffer Wolf Carr Kane Conway & Wise, LLP** |
|10| | 15 E. Baltimore Ave.<br>Detroit, MI 48202<br>Telephone: 313.210.1559 |
|11| | Facsimile: 415.840.9435<br>Email: tellis@peifferwolf.com |
|12| | |
|13| | *Counsel for Plaintiff* |

### CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

   */s/ Rachel B. Abrams*
   Rachel B. Abrams