IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Order Relates To:<br><br>*ALL ACTIONS* | Case No. 23-md-03084-CRB (LJC)<br><br>**REPORT OF PRIVILEGE DETERMINATIONS** |

      The standards governing privilege review for this multi-district litigation have been set forth in multiple orders of Magistrate Judge Cisneros. *See* Dkts. 1908, 2005, 2168.

      Pursuant to Master Order No. 3, Uber produced 160 documents associated with custodians Mat Henley, Danielle Sheridan, Frank Chang, Bushara Faiz, and Sachin Kansal for *in camera* review. The Master determined that 150 of the documents were privileged in whole or in part and eight were not privileged. The Master also ordered Uber to provide additional information regarding two of the documents.

      Following the submission of additional information and further *in camera* review, the Master determined that 152 of the documents associated with custodians Mat Henley, Danielle Sheridan, Frank Chang, Bushara Faiz, and Sachin Kansal are privileged in whole or in part and six

are not privileged. The privilege claims for two documents were withdrawn in part by Uber and there were no further challenges by plaintiffs.[1]

Dated:   New York, New York
         May 8, 2025

_____
HON. BARBARA S. JONES (Ret.)

---

[1] More specifically, of the 160 documents submitted to the Master, 77 documents were privileged in whole, 65 documents contained appropriate redactions of privileged material by Uber, 10 documents were ordered to be re-produced with redactions or revised redactions, six documents were not privileged, and two documents were re-produced by Uber with revised designations.