1  [Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| This Document Relates to: | Case No. 23-md-03084-CRB |
| *A.R.1 v. Uber Techs., Inc.*, No. 24-cv-01827 | **NOTICE OF FILING REDACTED AND UNSEALED BELLWETHER COMPLAINTS** |
| *D.J. v. Uber Techs., Inc.*, No. 24-cv-07228 | |
| *A.G. v. Uber Techs., Inc.*, No. 24-cv-01915 | |
| *A.R.2 v. Uber Techs., Inc.*, No. 24-cv-07821 | |
| *B.L. v. Uber Techs., Inc.*, No. 24-cv-7940 | |
| *C.L. v. Uber Techs., Inc.*, No. 23-cv-04972 | |
| *J.E. v. Uber Techs., Inc.*, No. 24-cv-03335 | |
| *Jane Doe QLF 0001 v. Uber Techs., Inc.*, No. 24-cv-08783 | |
| *Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | |
| *K.E. v. Uber Techs., Inc.*, No. 24-cv-05281 | |
| *Amanda Lazio v. Uber Techs., Inc.*, No. 24-cv-08937 | |
| *LCHB128 v. Uber Techs., Inc.*, No. 24-cv-07019 | |
| *T.L. v. Uber Techs., Inc.*, No. 24-cv-9217 | |

|   |   |
|---|---|
| 1 | |
| 2 | *WHB 318 v. Uber Techs., Inc.*, No. 24-cv-04889 |
| 3 | *WHB 407 v. Uber Techs., Inc.*, No. 24-cv-05028 |
| 4 | |
| 5 | *WHB 823 v. Uber Techs., Inc.*, No. 24-cv-4900 |
| 6 | *WHB 1486 v. Uber Techs., Inc.*, No. 24-cv-4803 |
| 7 | |
| 8 | *WHB 1876 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05230 |
| 9 | *WHB 1898 v. Uber Techs., Inc.*, No. 24-cv-05027 |
| 10 | |
| 11 | *Jane Roe CL 68 v. Uber Techs., Inc.*, No. 24-cv-06669 |

As required by the Court's Order Granting Defendants' Supplemental Request for Narrowed Redactions of Bellwether Complaints (ECF 2858), Plaintiffs give notice of filing the attached nine redacted bellwether complaints (A.R.1; A.R.2; B.L.; Jane Doe QLF 0001; Jaylynn Dean; LCHB128; T.L.; WHB 1876; and WHB 1898) and ten complaints unsealed in their entirety (D.J; A.G.; C.L.; J.E; K.E.; Amanda Lazio; WHB 318; WHB 407; WHB 823; and WHB 1486).

Dated: May 9, 2025

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111

Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

## **FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: May 9, 2025                                       By:   */s/ Andrew R. Kaufman*
                                                                          Andrew R. Kaufman