1  BRET STANLEY
   **Johnson Law Group**
2  2925 Richmond Ave, Suite 1700
   Houston, TX 77098
3  Telephone: (713) 626-9336
   Facsimile: (800) 731-6018
4  Email: bstanley@johnsonlawgroup.com

5  *Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to:<br><br>*JLG 134 v. Uber Technologies, Inc., et al;* 3:25-cv-4041 | |

Notice is hereby given pursuant of Pretrial Order No. 6 (Direct Filing) that the Complaint and Jury Demand in the above Referenced action was filed on May 9, 2025.

Dated: May 9, 2025              Respectfully submitted,

                                By: */s/ Bret Stanley*
                                BRET STANLEY
                                **Johnson Law Group**
                                2925 Richmond Ave, Suite 1700
                                Houston, TX 77098
                                Telephone: (713) 626-9336
                                Facsimile: (800) 731-6018
                                Email: bstanley@johnsonlawgroup.com

                                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby electronically transmitting this filing to all CM/ECF registrants.

/s/ Bret Stanley
Bret Stanley