# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-MD-03084 CRB<br><br>**JOINT STATUS REPORT IN RESPONSE TO ECF NO. 2979** |
| This Document Relates to:<br><br>ALL ACTIONS | Judge:      Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

Dear Judge Cisneros:

Pursuant to the Court's May 12, 2025 Order (ECF 2979), the Parties respectfully submit the attached listing of depositions. The Parties continue to meet and confer regarding the scheduling of additional depositions.

Dated: May 13, 2025                                                  Respectfully Submitted,

By: */s/ Roopal P. Luhana*                                   */s/ Christopher V. Cotton*
ROOPAL P. LUHANA *(Pro Hac Vice)*
**CHAFFIN LUHANA LLP**                              **KIRKLAND & ELLIS LLP**
600 Third Avenue, Fl. 12                                    ALLISON M. BROWN
New York, NY 10016                                          JESSICA DAVIDSON
Telephone: (888) 480-1123                                LAURA VARTAIN
Email: luhana@chaffinluhana.com
                                                                              **SHOOK, HARDY & BACON L.L.P**.
                                                                              MICHAEL B. SHORTNACY
SARAH R. LONDON (SBN 267083)                  PATRICK L. OOT, JR.
**GIRARD SHARP LLP**                                   CHRISTOPHER V. COTTON
601 California St., Suite 1400                            ALYCIA A. DEGEN
San Francisco, CA 94108
Telephone: (415) 981-4800                              **O'MELVENY AND MYERS LLP**
Email: slondon@girardsharp.com                     SABRINA H. STRONG
                                                                              JONATHAN SCHNELLER

RACHEL B. ABRAMS (SBN 209316)              *Attorneys for Defendants*
**PEIFFER WOLF CARR KANE CONWAY**      UBER TECHNOLOGIES, INC.,
**& WISE, LLP**                                                 RASIER, LLC, and RASIER-CA, LLC
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

**ATTESTATION**

     Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: May 13, 2025

                                                    */s/ Christopher V. Cotton*
                                                    Christopher V. Cotton