| Case | Name | Dep Date | Notes |
|---|---|---|---|
|  | Bushra Faiz | 5/13/2025 | May 13-14, coordinated with JCCP |
|  | Ryan Graves | 5/13/2025 | Confirmed |
|  | Danielle Sheridan | 5/15/2025 | May 15-16, coordinated with JCCP |
|  | Mike Akamine | 5/19/2025 | May 19-20, coordinated with JCCP |
|  | Dara Khosrowshahi | 5/20/2025 | Confirmed |
|  | Jill Hazelbaker | 5/22/2025 | Confirmed |
| WHB 1486 | Plaintiff | 5/22/2025 | Confirmed |
| WHB 1486 | BF | 5/23/2025 | Confirmed |
| WHB 1486 | JB | 5/23/2025 | Confirmed |
|  | Travis Kalanick | 5/27/2025 | Confirmed |
|  | Sachin Kansal | 5/28/2025 | Confirmed |
|  | Pat Twomey | 5/29/2025 | Confirmed |
|  | Katy McDonald (30(b)(6)) | 5/30/2025 | Confirmed |
|  | Cameron Poetzcher | 6/4/2025 | Confirmed |
|  | Heather Childs (30(b)(6)) | 6/5/2025 | Confirmed, coordinated with JCCP |
| LCHB 128 | Plaintiff | 6/9/2025 | Date still being negotiated |
| B.L. | Plaintiff | 6/10/2025 | Confirmed |
| A.R. | Plaintiff | 6/10/2025 | Confirmed |
| Dean, Jaylynn | Plaintiff | 6/13/2025 | Confirmed |
|  | Greg Brown (30(b)(6)) | 6/16/2025 | Confirmed (6/16-17/2025) |
| WHB 1876 | Plaintiff | 6/20/2025 | Confirmed |
|  | Hannah Nilles (30(b)(6)) | Date(s) offered | Date still being negotiated |
|  | William Anderson (30(b)(6)) | Date(s) offered | Date still being negotiated |
|  | Lizzie Ross (30(b)(6)) (Additional 30(b)(6)) | Date(s) offered | Date still being negotiated |
|  | Mariana Esteves (30(b)(6)) | Date(s) offered | Date still being negotiated |
|  | Sunny Wong (30(b)(6)) | Date(s) offered | Date still being negotiated |
|  | Catherine Gibbons | TBD | Date still being negotiated |
|  | Case-specific corporate representative depositions for each bellwether (30(b)(6)) | TBD |  |