# EXHIBIT A

| | |
|---|---|
| 1 | LAURA VARTAIN (SBN: 258485) |
| |     laura.vartain@kirkland.com |
| 2 | **KIRKLAND & ELLIS LLP** |
| | 555 California Street, 30th Floor |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 439-1625 |
| 4 | |
| | ALLISON M. BROWN (Pro Hac Vice admitted) |
| 5 |     allison.brown@kirkland.com |
| | JESSICA DAVIDSON (Pro Hac Vice admitted) |
| 6 |     jessica.davidson@kirkland.com |
| | **KIRKLAND & ELLIS LLP** |
| 7 | 601 Lexington Avenue |
| | New York, NY 10022 |
| 8 | Telephone: (212) 446-4723 |

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Pages]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | Judge:    Honorable Charles Breyer |
| This Document Relates to:<br><br>ALL ACTIONS | **DECLARATION OF JENNIFER HANDLEY IN SUPPORT OF DEFENDANTS' MAY 13, 2025 PRIVILEGE DISPUTE BRIEF PURSUANT TO SPECIAL MASTER ORDER NO. 4, § III, ¶ 2** |

## DECLARATION OF JENNIFER HANDLEY

I, Jennifer Handley, having personal knowledge of the following state:

    1.    I am the Senior Legal Director, Global Safety, at Uber. I was first employed by Uber in December 2018 and have worked as in-house counsel for the past 6 years. My previous roles include Senior Counsel, Safety and Legal Director, Safety. In my current role, as has been the case throughout my tenure at Uber, I am responsible for providing legal advice to Uber's leadership and employees

related to safety issues, procedures, and policy, among other legal advice. I offer this Declaration in the above-captioned matter in support of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's May 13, 2025 brief pursuant to Special Master Order No. 4, § III, ¶2 (ECF 2933). The facts set forth herein are true and correct and are based on my own personal knowledge, and I could and would competently testify thereto if called.

    2. I have reviewed the documents identified in the privilege log as JCCP_MDL_PRIVLOG083040, JCCP_MDL_PRIVLOG083042, and JCCP_MDL_PRIVLOG083044. These documents are automatically generated emails notifying the recipients that comments or edits had been made in a confidential and privileged Google document titled "US&C Mass Tort Playbook - T&S (A/C Priv & Confidential)." The Mass Tort Playbook was created with legal guidance and direction in response to, and anticipation of, litigation provided by a team of Uber's in-house attorneys, including then-Senior Counsel, Safety and Insurance Litigation, High Exposure, US & Canada Mariana Gerontides, then-Director Safety and Insurance Litigation, Special Matters, US & Canada Lauren Shapiro, then-Senior Counsel, Safety and Insurance Litigation, High Exposure, US & Canada Cameron Gordon, and me. I understood at the time that I, along with other lawyers, were being asked to provide legal advice in light of the legal risk concerning external communications and internal processes after a case involving allegations of sexual misconduct is filed against Uber. The Mass Tort Playbook reflects legal advice provided by myself and other in-house counsel at Uber and was maintained confidentially with only limited employees who needed to review the Playbook to perform their jobs receiving access.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1 | Executed on May 13, 2025.                                    By:     *Jennifer Handley*
2 |                                                                              Jennifer Handley

3

DECLARATION OF JENNIFER HANDLEY IN SUPPORT OF DEFENDANTS' May 13, 2025 BRIEF PURSUANT
TO SPECIAL MASTER ORDER NO. 4, § III, ¶ 2                      Case No. 3:23-MD-3084-CRB