OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** May 13, 2025 | **Time:** 2:16 p.m.- 3:06 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:23-md-03084-CRB | **Case Name:** In re: Uber Technologies, Inc. | |

**For Plaintiffs:** Sara Peters, Walkup, Melodia, Kelly and Schoenberger APC; Steven Cohn, Chaffin Luhana LLP; Tracey B. Cowan, Clarkson Law Firm, P.C; Meredith Stratigopoulos, Edelson PC; Andrew Kaufman, Lieff Cabraser Heimann & Bernstein, counsel for Plaintiffs

**For Defendants:** Christopher Cox, Kirkland & Ellis LLP; Christopher Cotton and Veronica Gromada, Shook, Hardy and Bacon LLP, counsel for Defendants

**Deputy Clerk:** Brittany Sims                **Reported by:** Ana Dub

PROCEEDINGS

Discovery Hearing held.  The Court heard argument on the parties' Joint Letter Regarding Plaintiffs' 30(b)(6) Deposition Notices (Dkt. No. 2957).  The Court also inquired as to the status of case-specific bellwether discovery and the parties provided updates.