1  Steve Schulte (TX SBN 24051306)
   *Appearance Pro Hac Vice*
2  John Raggio (CA Bar No. 338261)
   Arati Furness (CA Bar No. 225435)
3  **NACHAWATI LAW GROUP**
4  5489 Blair Road
   Dallas, TX  75231
5  Phone: (214) 890-0711
   Direct: (972) 581-9778
6  schulte@ntrial.com
   jraggio@ntrial.com
7  afurness@ntrial.com
8  *Attorneys for Plaintiff*

9               **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIF**
10               **SAN FRANCISCO DIVISION**

11 IN RE: UBER TECHNOLOGIES, INC.,          **MDL No. 3084 CRB**
12 PASSENGER SEXUAL ASSAULT
   LITIGATION                               **Honorable Charles R. Breyer**
13
   **This Document Relates to:**
14
   *JOHN DOE NLG (RM);*
15 *Case no. 3:25-cv-4152*
   *v. Uber Technologies, Inc., et al.*       **NOTICE OF FILING OF NEW ACTION**
16
17         Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the

18 Complaint with Jury Demand in the above-referenced action was filed on March 24, 2025.

19  Dated: May 14, 2025                      **NACHAWATI LAW GROUP**

20                                           */s./ Steven S. Schulte*
                                            Steve Schulte (TX SBN 24051306)
21                                           *Appearance Pro Hac Vice*
                                            Arati Furness (CA Bar No. 225435)
22                                           5489 Blair Road, Dallas, TX  75231
                                            Phone: (214) 890-0711
23                                           Direct: (972) 581-9778
                                            schulte@ntrial.com
24                                           afurness@ntrial.com
25                                           **ATTORNEYS FOR PLAINTIFF**

26

27

28

1