MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (Admitted *Pro Hac Vice*)
oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF MICHAEL B. SHORTNACY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS LEVIN SIMES CASES FOR FAILURE TO COMPLY WITH DISCOVERY ORDERS** |
| This Document Relates to:<br><br>*Jane Doe LS 90 v. Uber Technologies, Inc., et al.,* No. 3:23-cv- 03956-CRB<br><br>*Jane Doe LS 250 v. Uber Technologies, Inc., et al.,* No. 3:23-cv- 03995-CRB<br><br>*Jane Doe LS 383 v. Uber Technologies, Inc., et al.,* No. 3:23-cv- 05197-CRB<br><br>*Jane Doe LS 107 v. Uber Technologies, Inc., et al.,* No. 3:23-cv- 05232-CRB | Date:         July 11, 2025<br>Time:        10:00 a.m.<br>Courtroom:  6 – 17th Floor |

1

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS
LEVIN SIMES CASES FOR FAILURE TO COMPLY WITH DISCOVERY ORDERS
Case No. 3:23-md-03084-CRB

1

2 *Jane Doe LS 353 v. Uber Technologies, Inc., et al.*, No. 3:23-cv- 05401-CRB

3 *Jane Doe LS 285 v. Uber Technologies, Inc., et al.*, No. 3:23-cv- 05919-CRB

4

5 *Jane Doe LS 330 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05160-CRB

6 *Jane Doe LS 419 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05263-CRB

7

8 *Jane Doe LS 412 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05317-CRB

9 *Jane Doe LS 492 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05324-CRB

10

11 *Jane Doe LS 338 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05326-CRB

12 *Jane Doe LS 252 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05334-CRB

13

14 *Jane Doe LS 225 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05336-CRB

15 *Jane Doe LS 131 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05337-CRB

16

17 *Jane Doe LS 128 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05377-CRB

18 *Jane Doe LS 281 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05430-CRB

19

20 *Jane Doe LS 507 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05509-CRB

21 *Jane Doe LS 500 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05513-CRB

22

23 *Jane Doe LS 101 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05521-CRB

24 *Jane Doe LS 506 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05531-CRB

25

26 *Jane Doe LS 473 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05544-CRB

27

28

1

2 *Jane Doe LS 47 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05571-CRB

3 *Jane Doe LS 482 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05593-CRB

4

5 *Jane Doe LS 476 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05646-CRB

6 *Jane Doe LS 467 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05652-CRB

7

8 *Jane Doe LS 509 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05662-CRB

9 *Jane Doe LS 449 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05689-CRB

10

11 *Jane Doe LS 435 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05755-CRB

12 *Jane Doe LS 452 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05756-CRB

13

14 *Jane Doe LS 422 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05758-CRB

15 *Jane Doe LS 519 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05759-CRB

16

17 *Jane Doe LS 429 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05797-CRB

18 *Jane Doe LS 434 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05814-CRB

19

20 *Jane Doe LS 417 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05821-CRB

21 *Jane Doe LS 469 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05874-CRB

22

23 *Jane Doe LS 289 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05883-CRB

24 *Jane Doe LS 366 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05886-CRB

25

26 *Jane Doe LS 355 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05887-CRB

27

28

*Jane Doe LS 300 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05900-CRB

*Jane Doe LS 267 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05901-CRB

*Jane Doe LS 173 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05907-CRB

*Jane Doe LS 169 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05918-CRB

*Jane Doe LS 324 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05920-CRB

*Jane Doe LS 124 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05930-CRB

*Jane Doe LS 132 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05934-CRB

*Jane Doe LS 45 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05935-CRB

*Jane Doe LS 243 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05939-CRB

*Jane Doe LS 192 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05975-CRB

*Jane Doe LS 5 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05976-CRB

*Jane Doe LS 288 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05987-CRB

*Jane Doe LS 160 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05996-CRB

*Jane Doe LS 327 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 06032-CRB

4

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS
LEVIN SIMES CASES FOR FAILURE TO COMPLY WITH DISCOVERY ORDERS
Case No. 3:23-md-03084-CRB

**DECLARATION OF MICHAEL B. SHORTNACY**

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Los Angeles, California. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Uber's") motion to dismiss the cases of certain Plaintiffs represented by Levin Simes LLP ("Levin Simes") for noncompliance with discovery orders.

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Uber in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the State of California, the Bar of the District of Columbia Court of Appeals, and the Bar of the State of New York. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. Attached to this declaration as **Exhibit A** is a table identifying 52 Plaintiffs represented by Levin Simes who, as of the date of this Declaration, have failed to submit a Plaintiff Fact Sheet ("PFS"). The Plaintiffs' deadlines for providing a PFS are identified in the table at Exhibit A. All 52 Plaintiffs were subject to a stipulation extending Plaintiffs' deadlines for providing complete and verified Plaintiff Fact Sheets. Stipulation & [Proposed] Order Regarding Certain Fact Sheet Deadlines at 4, ECF No. 1819. The Court adopted this stipulation on November 8, 2024. Stipulation & Order Regarding Certain Fact Sheet Deadlines at 7, ECF No. 1856.

4. Attached to this declaration as **Exhibit B** is a true and correct copy of a letter Uber sent Levin Simes on December 17, 2024 identifying Plaintiffs represented by that firm who had missed their deadline for submitting a PFS. Each of the Plaintiffs identified in Exhibit A is listed in the December 17, 2024 letter.

5. On January 31, 2025, Judge Cisneros ordered the Levin Simes Plaintiffs identified in an exhibit to the Declaration of Kyle Smith, ECF No. 2185-02, to provide overdue fact sheets no later than February 21, 2025. Each of the Plaintiffs listed in Exhibit A attached to this declaration was listed

5

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS
LEVIN SIMES CASES FOR FAILURE TO COMPLY WITH DISCOVERY ORDERS
Case No. 3:23-md-03084-CRB

in the exhibit submitted as part of that dispute and was subject to Judge Cisneros's January 31, 2025 Order.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 16, 2025 in Columbus, Ohio.

                                        */s/ Michael B. Shortnacy*
                                        MICHAEL B. SHORTNACY