# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING MOTION TO DISMISS LEVIN SIMES PLAINTIFFS** |

This Document Relates to:

*Jane Doe LS 90 v. Uber Technologies, Inc., et al.,* No. 3:23-cv- 03956-CRB

*Jane Doe LS 250 v. Uber Technologies, Inc., et al.,* No. 3:23-cv- 03995-CRB

*Jane Doe LS 383 v. Uber Technologies, Inc., et al.,* No. 3:23-cv- 05197-CRB

*Jane Doe LS 107 v. Uber Technologies, Inc., et al.,* No. 3:23-cv- 05232-CRB

*Jane Doe LS 353 v. Uber Technologies, Inc., et al.,* No. 3:23-cv- 05401-CRB

*Jane Doe LS 285 v. Uber Technologies, Inc., et al.,* No. 3:23-cv- 05919-CRB

*Jane Doe LS 330 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05160-CRB

*Jane Doe LS 419 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05263-CRB

*Jane Doe LS 412 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05317-CRB

*Jane Doe LS 492 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05324-CRB

*Jane Doe LS 338 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05326-CRB

1
2   *Jane Doe LS 252 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05334-CRB
3   *Jane Doe LS 225 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05336-CRB
4
5   *Jane Doe LS 131 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05337-CRB
6   *Jane Doe LS 128 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05377-CRB
7
8   *Jane Doe LS 281 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05430-CRB
9   *Jane Doe LS 507 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05509-CRB
10
11  *Jane Doe LS 500 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05513-CRB
12  *Jane Doe LS 101 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05521-CRB
13
14  *Jane Doe LS 506 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05531-CRB
15  *Jane Doe LS 473 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05544-CRB
16
17  *Jane Doe LS 47 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05571-CRB
18  *Jane Doe LS 482 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05593-CRB
19
20  *Jane Doe LS 476 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05646-CRB
21  *Jane Doe LS 467 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05652-CRB
22
23  *Jane Doe LS 509 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05662-CRB
24  *Jane Doe LS 449 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05689-CRB
25
26  *Jane Doe LS 435 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05755-CRB
27  *Jane Doe LS 452 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05756-CRB
28

1
2  *Jane Doe LS 422 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05758-CRB
3  *Jane Doe LS 519 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05759-CRB
4
5  *Jane Doe LS 429 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05797-CRB
6  *Jane Doe LS 434 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05814-CRB
7
8  *Jane Doe LS 417 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05821-CRB
9  *Jane Doe LS 469 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05874-CRB
10
11  *Jane Doe LS 289 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05883-CRB
12  *Jane Doe LS 366 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05886-CRB
13
14  *Jane Doe LS 355 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05887-CRB
15  *Jane Doe LS 300 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05900-CRB
16
17  *Jane Doe LS 267 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05901-CRB
18  *Jane Doe LS 173 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05907-CRB
19
20  *Jane Doe LS 169 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05918-CRB
21  *Jane Doe LS 324 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05920-CRB
22
23  *Jane Doe LS 124 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05930-CRB
24  *Jane Doe LS 132 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05934-CRB
25
26  *Jane Doe LS 45 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05935-CRB
27  *Jane Doe LS 243 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05939-CRB
28

*Jane Doe LS 192 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05975-CRB

*Jane Doe LS 5 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05976-CRB

*Jane Doe LS 288 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05987-CRB

*Jane Doe LS 160 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05996-CRB

*Jane Doe LS 327 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 06032-CRB

## [PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Levin Simes Cases for Failure to Comply with Discovery Orders, the Court finds that the Plaintiffs subject to Defendants' Motion have violated Pretrial Order No. 10, ECF No. 348, and Judge Cisneros's January 31, 2025 Order, ECF No. 2186, by failing to provide complete and verified Plaintiff Fact Sheets. Plaintiffs' failure to provide complete and verified fact sheets has caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. Each Plaintiff subject to Defendants' Motion is dismissed with prejudice, under Federal Rules of Civil Procedure 41(b) and 37(b)(2)(A)(v), the claims of any Plaintiff who does not comply with Paragraph 1 of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. CHARLES R. BREYER
United States District Court Judge