AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| K.S.<br>*Plaintiff*<br>v.<br>Uber Technologies Inc. et al.<br>*Defendant, Third-party plaintiff*<br>v.<br>Ryan Taylor-Byers<br>*Third-party defendant* | )<br>)<br>)  Civil Action No. 3:24-cv-01916-CRB<br>)<br>)<br>)<br>)<br>) |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*  Ryan Taylor-Byers
9920 METCALF AVE
OVERLAND PARK, KS 66212

A lawsuit has been filed against defendant  Uber Technologies Inc.etal , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  K.S. .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Randall S. Luskey   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP   535 Mission Street, 24th Floor, San Francisco, CA 94105
Michael B. Shortnacy SHOOK, HARDY & BACON L.L.P. 2121 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

RACHEL B. ABRAMS, ADAM B. WOLF  Peiffer Wolf Carr Kane Conway & Wise, LLP 555 Montgomery Street, Suite 820 San Francisco, CA 94111;   TIFFANY R. ELLIS Peiffer Wolf Carr Kane Conway & Wise, LLP 2229 Trumbull St. Detroit, MI 48216

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: 3/22/2025



*Mark B Busby*
CLERK OF COURT

Felicia Brown
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 3:24-cv-01916-CRB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Returned summons unexecuted due to incorrect address.
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/13/2025

s/Maria Salcedo
*Server's signature*

Maria Salcedo (admitted pro hac vice)
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Attorney or Party without Attorney:<br>Michael B. Shortnacy, Esq. (SBN 277035)<br>SHOOK, HARDY & BACON L.L.P.<br>2121 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone No: 424-285-8330<br>Attorney For: Defendants UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC | Ref. No. or File No.:<br>ADD | For Court Use Only |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: K.S.
Defendant: Uber Technologies Inc. et al.

| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:24-cv-01916-CRB |
|---|---|---|---|---|

1. I, Moses Hicks, and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject Ryan Taylor-Byers as follows:

2. Documents: Summons on a Third-Party Complaint; Third-Party Complaint; Master Long-Form Complaint; Short-Form Complaint and Demand for Jury Trial; Exhibit A-B

**Attempt Detail**

1) Unsuccessful Attempt by: Moses Hicks () on: Mar 26, 2025, 6:44 pm CDT at 9920 Metcalf Avenue, Overland Park, KS 66212
I knocked on the door multiple times and rang the doorbell. Went back out to my car as I was putting in notes the next-door neighbor came out of her house, older lady about 50 years old, 5'4-5'5 120lbs short hair and asked who I was looking for. Her home is the duplex connected to 9920 and I asked if her neighbors last name was Taylor-Byers and she said no, I think you have the wrong address. I asked if she would give me the last name and she said Kidwell, she stated he is the owner of the entire duplex. I will try again to make contact at 9920 to confirm this information.

2) Unsuccessful Attempt by: Moses Hicks () on: Mar 27, 2025, 8:53 am CDT at 9920 Metcalf Avenue, Overland Park, KS 66212
No answer at the door. There is a car in the driveway. The Ring doorbell kept flickering as if someone was turning it on to look at me. No one came to the door.

3) Unsuccessful Attempt by: Moses Hicks () on: Mar 30, 2025, 1:47 pm CDT at 9920 Metcalf Avenue, Overland Park, KS 66212
No cars in the driveway. I knocked and rang doorbell, no answer. Neighbor I previously spoke to was watching me from her window.

4) Unsuccessful Attempt by: Moses Hicks () on: Apr 4, 2025, 5:30 pm CDT at 9920 Metcalf Avenue, Overland Park, KS 66212
No cars in the driveway, no answer at the door.

5) Unsuccessful Attempt by: Moses Hicks () on: Apr 8, 2025, 8:31 am CDT at 9920 Metcalf Avenue, Overland Park, KS 66212
No answer. Dark blue Ford F150 in driveway.



AFFIDAVIT OF
DUE DILIGENCE

12983132
(14055528)
Page 1 of 2

**Attorney or Party without Attorney:**
Michael B. Shortnacy, Esq. (SBN 277035)
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone No: 424-285-8330

**Attorney For:** Defendants UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

**Ref. No. or File No.:** ADD

**For Court Use Only**

**Insert name of Court, and Judicial District and Branch Court:**
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Plaintiff:** K.S.
**Defendant:** Uber Technologies Inc. et al.

**AFFIDAVIT OF DUE DILIGENCE**

**Hearing Date:** | **Time:** | **Dept/Div:** | **Case Number:** 3:24-cv-01916-CRB

Recoverable cost Per CCP 1033.5(a)(4)(B)

3. **Person Who Served Papers:**
   a. Moses Hicks ()
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was:
   e. I am: A Registered California Process Server

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.

04/22/2025
(Date)

(Signature)



AFFIDAVIT OF
DUE DILIGENCE

12983132
(14055528)
Page 2 of 2