BRET STANLEY
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (800) 731-6018
Email: bstanley@johnsonlawgroup.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to:<br><br>*JLG 140 v. Uber Technologies, Inc., et al;* 3:25-cv-4222 | |

Notice is hereby given pursuant of Pretrial Order No. 6 (Direct Filing) that the Complaint and Jury Demand in the above Referenced action was filed on May 16, 2025.

Dated: May 16, 2025                    Respectfully submitted,

                                       By: */s/ Bret Stanley*
                                       BRET STANLEY
                                       **Johnson Law Group**
                                       2925 Richmond Ave, Suite 1700
                                       Houston, TX 77098
                                       Telephone: (713) 626-9336
                                       Facsimile: (800) 731-6018
                                       Email: bstanley@johnsonlawgroup.com

                                       *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby electronically transmitting this filing to all CM/ECF registrants.

                                               */s/ Bret Stanley*
                                               Bret Stanley