MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (Admitted *Pro Hac Vice*)
oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LS 293 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-04364-CRB<br><br>*Jane Doe LS 231 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-04367-CRB<br><br>*Jane Doe LS 144 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-04388-CRB<br><br>*Jane Doe LS 112 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05286-CRB<br><br>*Jane Doe LS 284 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05363-CRB<br><br>*Jane Doe LS 126 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05370-CRB<br><br>*Jane Doe LS 265 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05377-CRB | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF MICHAEL B. SHORTNACY IN SUPPORT OF DEFENDANTS' MOTION TO ENFORCE THE MARCH 26, 2025 ORDER (ECF NO. 2826)**<br><br>Judge: Hon. Charles R. Breyer<br>Date: July 11, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

1

*Jane Doe LS 200 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05387-CRB

*Jane Doe LS 66 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05414-CRB

*Jane Doe LS 317 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05424-CRB

*Jane Doe LS 234 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05433-CRB

*Jane Doe LS 191 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05573-CRB

*Jane Doe LS 273 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05946-CRB

*Jane Doe LS 470 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05207-CRB

*Jane Doe LS 232 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05327-CRB

*Jane Doe LS 373 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05328-CRB

*Jane Doe LS 462 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05329-CRB

*Jane Doe LS 226 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05330-CRB

*Jane Doe LS 166 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05331-CRB

*Jane Doe LS 122 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05332-CRB

*Jane Doe LS 202 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05333-CRB

*Jane Doe LS 416 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05335-CRB

*Jane Doe LS 305 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05338-CRB

*Jane Doe LS 201 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05354-CRB

*Jane Doe LS 189 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05379-CRB

*Jane Doe LS 272 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05390-CRB

*Jane Doe LS 199 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05402-CRB

*Jane Doe LS 279 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05420-CRB

1
2  *Jane Doe LS 139 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05527-CRB
3  *Jane Doe LS 487 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05611-CRB
4  *Jane Doe LS 141 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05634-CRB
5
6  *Jane Doe LS 423 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05676-CRB
7  *Jane Doe LS 491 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05678-CRB
8  *Jane Doe LS 441 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05751-CRB
9  *Jane Doe LS 518 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05761-CRB
10
11  *Jane Doe LS 319 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05800-CRB
12  *Jane Doe LS 484 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05824-CRB
13  *Jane Doe LS 4 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05861-CRB
14  *Jane Doe LS 368 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05898-CRB
15
16  *Jane Doe LS 274 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05902-CRB
17  *Jane Doe LS 359 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05908-CRB
18  *Jane Doe LS 342 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05913-CRB
19  *Jane Doe LS 304 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05914-CRB
20
21  *Jane Doe LS 369 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05915-CRB
22  *Jane Doe LS 269 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05922-CRB
23  *Jane Doe LS 93 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05925-CRB
24  *Jane Doe LS 7 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05926-CRB
25
26  *Jane Doe LS 504 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05928-CRB
27  *Jane Doe LS 180 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05936-CRB
28

3

DECLARATION OF MICHAEL B. SHORTNACY IN SUPPORT OF
MOTION TO ENFORCE MARCH 26, 2025 ORDER (ECF NO. 2826)

Case No. 3:23-md-03084-CRB

*Jane Doe LS 119 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05937-CRB

*Jane Doe LS 197 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06003-CRB

*Jane Doe LS 314 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06016-CRB

*Jane Doe LS 188 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06022-CRB

*Jane Doe LS 230 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06026-CRB

*Jane Doe LS 209 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06033-CRB

*Jane Doe LS 532 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06927-CRB

*Jane Doe LS 534 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07142-CRB

## **DECLARATION OF MICHAEL B. SHORTNACY**

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Los Angeles, California. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Uber's") Motion to Enforce the March 26, 2025 Order (ECF No. 2826) which requests that the cases of certain Plaintiffs represented by Levin Simes LLP ("Levin Simes") be dismissed without prejudice for noncompliance with discovery orders.

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Uber in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the State of California, the Bar of the District of Columbia Court of Appeals and the Bar of the State of New York. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. Attached to this declaration as **Exhibit A** is a table identifying 47 Plaintiffs represented by Levin Simes who, as of the date of this submission, have failed to submit a Plaintiff Fact Sheet

("PFS"). The Plaintiffs' deadlines for providing a PFS are identified in the table at Exhibit A. All 47 Plaintiffs were subject to the Court's March 26, 2025 Order (ECF No. 2826) which extended Plaintiffs' deadlines for providing complete and verified Plaintiff Fact Sheets to April 9, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 16, 2025 in Columbus, Ohio.

                          */s/ Michael B. Shortnacy*
                          MICHAEL B. SHORTNACY