# EXHIBIT A

| Plaintiff | Cause Number | PTO 10's Deadline for PFS | Date PFS Was Due Under Stipulation | Date PFS Was Due Under Judge Cisneros's 12/19/24 Order | Date PFS Was Due Under 3/26/25 Order |
|---|---|---|---|---|---|
| Jane Doe LS 231 | 3:23-cv-04367 | 5/25/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 293 | 3:23-cv-04364 | 5/25/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 144 | 3:23-cv-04388 | 5/25/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 112 | 3:23-cv-05286 | 5/25/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 284 | 3:23-cv-05363 | 5/25/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 126 | 3:23-cv-05370 | 5/25/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 265 | 3:23-cv-05377 | 5/25/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 200 | 3:23-cv-05387 | 5/25/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 66 | 3:23-cv-05414 | 5/25/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 317 | 3:23-cv-05424 | 5/25/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 273 | 3:23-cv-05946 | 5/25/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 279 | 3:24-cv-05420 | 9/18/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 7 | 3:24-cv-05926 | 9/24/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 226 | 3:24-cv-05330 | 9/17/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |

1

| Plaintiff | Cause Number | PTO 10's Deadline for PFS | Date PFS Was Due Under Stipulation | Date PFS Was Due Under Judge Cisneros's 12/19/24 Order | Date PFS Was Due Under 3/26/25 Order |
|---|---|---|---|---|---|
| Jane Doe LS 491 | 3:24-cv-05678 | 9/21/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 230 | 3:24-cv-06026 | 9/25/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 122 | 3:24-cv-05332 | 9/17/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 93 | 3:24-cv-05925 | 9/24/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 470 | 3:24-cv-05207 | 9/14/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 484 | 3:24-cv-05824 | 9/22/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 166 | 3:24-cv-05331 | 9/17/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 359 | 3:24-cv-05908 | 9/24/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 314 | 3:24-cv-06016 | 9/25/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 272 | 3:24-cv-05390 | 9/18/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 4 | 3:24-cv-05861 | 9/22/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 423 | 3:24-cv-05676 | 9/21/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 416 | 3:24-cv-05335 | 9/17/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 274 | 3:24-cv-05902 | 9/23/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 319 | 3:24-cv-05800 | 9/22/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |

| Plaintiff | Cause Number | PTO 10's Deadline for PFS | Date PFS Was Due Under Stipulation | Date PFS Was Due Under Judge Cisneros's 12/19/24 Order | Date PFS Was Due Under 3/26/25 Order |
|---|---|---|---|---|---|
| Jane Doe LS 504 | 3:24- cv-05928 | 9/24/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 141 | 3:24- cv-05634 | 9/20/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 197 | 3:24- cv-06003 | 9/25/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 202 | 3:24- cv-05333 | 9/17/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 304 | 3:24- cv-05914 | 9/24/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 373 | 3:24- cv-05328 | 9/17/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 487 | 3:24- cv-05611 | 9/20/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 209 | 3:24- cv-06033 | 9/25/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 188 | 3:24- cv-06022 | 9/25/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 180 | 3:24- cv-05936 | 9/24/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 369 | 3:24- cv-05915 | 9/24/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 119 | 3:24- cv-05937 | 9/24/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 462 | 3:24- cv-05329 | 9/17/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 189 | 3:24- cv-05379 | 9/18/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 441 | 3:24- cv-05751 | 9/21/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |

| Plaintiff | Cause Number | PTO 10's Deadline for PFS | Date PFS Was Due Under Stipulation | Date PFS Was Due Under Judge Cisneros's 12/19/24 Order | Date PFS Was Due Under 3/26/25 Order |
|---|---|---|---|---|---|
| Jane Doe LS 201 | 3:24-cv-05354 | 9/18/2024 | 11/15/2024 | 1/10/2025 | 4/9/2025 |
| Jane Doe LS 534 | 3:24-cv-07142 | 11/11/2024 | N/A | 1/10/2025 | 4/9/2025 |