UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING MOTION TO ENFORCE THE MARCH 26, 2025 ORDER (ECF NO. 2826)** |
| This Document Relates to:<br><br>*Jane Doe LS 293 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-04364-CRB<br><br>*Jane Doe LS 231 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-04367-CRB<br><br>*Jane Doe LS 144 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-04388-CRB<br><br>*Jane Doe LS 112 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05286-CRB<br><br>*Jane Doe LS 284 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05363-CRB<br><br>*Jane Doe LS 126 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05370-CRB<br><br>*Jane Doe LS 265 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05377-CRB<br><br>*Jane Doe LS 200 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05387-CRB<br><br>*Jane Doe LS 66 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05414-CRB<br><br>*Jane Doe LS 317 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05424-CRB<br><br>*Jane Doe LS 234 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05433-CRB | Judge:      Honorable Charles R. Breyer<br>Date:       July 11, 2025<br>Time:       10:00 a.m.<br>Courtroom:  6 – 17th Floor |

|   |   |
|---|---|
| 1 |   |
| 2 | *Jane Doe LS 191 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05573-CRB |
| 3 | *Jane Doe LS 273 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05946-CRB |
| 4 | *Jane Doe LS 470 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05207-CRB |
| 5 | *Jane Doe LS 232 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05327-CRB |
| 6 |  |
| 7 | *Jane Doe LS 373 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05328-CRB |
| 8 | *Jane Doe LS 462 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05329-CRB |
| 9 | *Jane Doe LS 226 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05330-CRB |
| 10 | *Jane Doe LS 166 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05331-CRB |
| 11 |  |
| 12 | *Jane Doe LS 122 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05332-CRB |
| 13 | *Jane Doe LS 202 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05333-CRB |
| 14 | *Jane Doe LS 416 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05335-CRB |
| 15 | *Jane Doe LS 305 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05338-CRB |
| 16 |  |
| 17 | *Jane Doe LS 201 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05354-CRB |
| 18 | *Jane Doe LS 189 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05379-CRB |
| 19 | *Jane Doe LS 272 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05390-CRB |
| 20 | *Jane Doe LS 199 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05402-CRB |
| 21 |  |
| 22 | *Jane Doe LS 279 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05420-CRB |
| 23 | *Jane Doe LS 139 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05527-CRB |
| 24 | *Jane Doe LS 487 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05611-CRB |
| 25 | *Jane Doe LS 141 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05634-CRB |
| 26 |  |
| 27 |  |
| 28 |  |

1
2  *Jane Doe LS 423 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05676-CRB
3  *Jane Doe LS 491 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05678-CRB
4  *Jane Doe LS 441 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05751-CRB
5
6  *Jane Doe LS 518 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05761-CRB
7  *Jane Doe LS 319 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05800-CRB
8  *Jane Doe LS 484 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05824-CRB
9  *Jane Doe LS 4 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05861-CRB
10
11  *Jane Doe LS 368 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05898-CRB
12  *Jane Doe LS 274 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05902-CRB
13  *Jane Doe LS 359 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05908-CRB
14  *Jane Doe LS 342 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05913-CRB
15
16  *Jane Doe LS 304 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05914-CRB
17  *Jane Doe LS 369 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05915-CRB
18  *Jane Doe LS 269 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05922-CRB
19  *Jane Doe LS 93 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05925-CRB
20
21  *Jane Doe LS 7 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05926-CRB
22  *Jane Doe LS 504 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05928-CRB
23  *Jane Doe LS 180 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05936-CRB
24  *Jane Doe LS 119 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05937-CRB
25
26  *Jane Doe LS 197 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06003-CRB
27
28

*Jane Doe LS 314 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06016-CRB

*Jane Doe LS 188 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06022-CRB

*Jane Doe LS 230 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06026-CRB

*Jane Doe LS 209 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06033-CRB

*Jane Doe LS 532 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06927-CRB

*Jane Doe LS 534 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07142-CRB

# [PROPOSED] ORDER

Having considered Defendants' Motion to Enforce the March 26, 2025 Order (ECF No. 2826), the Court finds that the Levin Simes LLP Plaintiffs subject to Defendants' Motion have violated Pretrial Order No. 10, ECF No. 348, and Judge Cisneros's January 31, 2025 Order, ECF No. 2186, and the Court's March 26, 2025 Order, ECF No. 2826, by failing to provide complete and verified Plaintiff Fact Sheets. Plaintiffs' failure to provide complete and verified fact sheets has caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. Each Plaintiff subject to Defendants' Motion is dismissed without prejudice, under Federal Rules of Civil Procedure 41(b) and 37(b)(2)(A)(v).

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. CHARLES R. BREYER
United States District Court Judge