LAURA VARTAIN (SBN: 258485)
    laura.vartain@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (Pro Hac Vice admitted)
    allison.brown@kirkland.com
JESSICA DAVIDSON (Pro Hac Vice admitted)
    jessica.davidson@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Pages]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>ALL ACTIONS | **DEFENDANT UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S BRIEF IN SUPPORT OF UBER'S PRIVILEGE CLAIMS CHALLENGED BY PLAINTIFFS FROM MARCH 14 AND MARCH 24, 2025 PRIVILEGE LOGS – PURSUANT TO SPECIAL MASTER ORDER NO. 4, § I(A) (DKT. 2933)** |

DEFENDANTS' BRIEF IN SUPPORT OF UBER'S PRIVILEGE CLAIMS CHALLENGED BY PLAINTIFFS FROM MARCH 14 AND MARCH 25, 2025 PRIVILEGE LOGS – PURSUANT TO SPECIAL MASTER ORDER NO. 4, § I(a) (DKT. 2933)

Case No. 3:23-MD-3084-CRB

1  Pursuant to Special Master Order No. 4, § I(a) (Dkt. 2933), Defendants submit this brief in support of their position on the remaining privilege claims challenged by Plaintiffs from Defendants' March 14 and March 24, 2025 privilege logs. On April 3, 2025, Plaintiffs challenged 357 documents within this custodial file. On May 9, 2025, the parties narrowed the number of challenges to 143. As of May 15, through conferrals, the parties further narrowed their dispute to 142 challenges.[1] These challenges are now submitted for the Special Master's review.

In preparing documents for the Special Master's review, Defendants identified two documents that require additional redactions: JCCP_MDL_PRIVLOG076352 and JCCP_MDL_PRIVLOG076353. Both are emails originating from the same thread. In addition to the existing redactions, with the Special Master's permission, Defendants intend to redact privileged content in two places on each email as that content reflects either legal advice from in-house counsel or an intent to seek legal advice from in-house counsel, as described on Defendants' privilege log entry for this document. Defendants will reproduce the documents with corrected redactions if permitted by the Special Master.

Defendants have sought, and received, permission to communicate *ex parte* with the Special Master to provide further, confidential context and support for the attorney-client privilege and work product designation for one additional document: JCCP_MDL_PRIVLOG076807.

Defendants incorporate by reference the legal standard and arguments set forth in their prior briefing (Dkts. 2433, 2461, 2528, 2544, and 2580). As explained more fully in the prior briefs, the applicable legal standard, and the factual material previously provided to the Special Master,[2] when reviewed in conjunction with the challenged documents and the associated metadata fields, support

---

[1] After Plaintiffs provided their final list of challenges on May 9, 2025, Defendants offered to produce a redacted copy of JCCP_MDL_PRIVLOG077307, and, in exchange, Plaintiffs agreed to remove their challenge to this document.

[2] As requested by the Special Master, Uber has provided (1) a glossary of terms commonly used in disputed documents, (2) a list of names and titles of relevant Uber inside and outside counsel, and (3) a digest of third-parties present in its privilege log. Defense counsel will also be available for any questions the Special Master may have during the review process.

DEFENDANTS' BRIEF IN SUPPORT OF UBER'S PRIVILEGE CLAIMS CHALLENGED BY PLAINTIFFS FROM MARCH 14 AND MARCH 25, 2025 PRIVILEGE LOGS – PURSUANT TO SPECIAL MASTER ORDER NO. 4 § I(a) (DKT. 2933)

Case No. 3:23-MD-3084-CRB

1  Uber's privilege and work product assertions. The remaining privilege claims submitted for the
2  Special Master's determination should be upheld.
3
4  DATED: May 16, 2025                           Respectfully submitted,
5
                                                 **SHOOK HARDY & BACON L.L.P.**
6
7                                                By: */s/ Maria Salcedo*
                                                     MARIA SALCEDO
8
                                                 **KIRKLAND & ELLIS LLP**
9                                                LAURA VARTAIN
                                                 ALLISON M. BROWN
10                                               JESSICA DAVIDSON
11
                                                 **O'MELVENY AND MYERS LLP**
12                                               SABRINA STRONG
                                                 JONATHAN SCHNELLER
13
                                                 **SHOOK, HARDY, & BACON, LLP**
14                                               PATRICK OOT (Admitted *Pro Hac Vice*)
                                                     oot@shb.com
15                                               1800 K St. NW Ste. 1000
                                                 Washington, DC 20006
16                                               Telephone: (202) 783-8400
17                                               Facsimile: (202) 783-4211

18                                               ALYCIA A. DEGEN (SBN: 211350)
                                                     adegen@shb.com
19                                               MICHAEL B. SHORTNACY (SBN: 277035)
                                                     mshortnacy@shb.com
20                                               2121 Avenue of the Stars, Suite 1400
                                                 Los Angeles, CA 90067
21                                               Telephone: (424) 285-8330
22                                               Facsimile: (424) 204-9093

23                                               CHRISTOPHER V. COTTON (Admitted *Pro Hac
24                                               Vice*)
                                                     ccotton@shb.com
25
                                                 MARIA SALCEDO (Admitted *Pro Hac Vice*)
26                                                   msalcedo@shb.com
                                                 **SHOOK, HARDY & BACON L.L.P.**
27
                                                       3
28  DEFENDANTS' BRIEF IN SUPPORT OF UBER'S PRIVILEGE CLAIMS CHALLENGED BY PLAINTIFFS FROM
    MARCH 14 AND MARCH 25, 2025 PRIVILEGE LOGS – PURSUANT TO SPECIAL MASTER ORDER NO. 4 § I(a)
    (DKT. 2933)
                                                                          Case No. 3:23-MD-3084-CRB

1
2
3
4
5

                                             2555 Grand Blvd.
                                             Kansas City, MO 64108
                                             Telephone: (816) 474-6550
                                             Facsimile: (816) 421-5547

                                             *Attorney for Defendants*
                                             UBER TECHNOLOGIES, INC.,
                                             RASIER, LLC, and RASIER-CA, LLC

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

28 | DEFENDANTS' BRIEF IN SUPPORT OF UBER'S PRIVILEGE CLAIMS CHALLENGED BY PLAINTIFFS FROM MARCH 14 AND MARCH 25, 2025 PRIVILEGE LOGS – PURSUANT TO SPECIAL MASTER ORDER NO. 4 § I(a) (DKT. 2933)
                                                                                                                                              Case No. 3:23-MD-3084-CRB