LAURA VARTAIN (SBN: 258485)
laura.vartain@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (*Pro Hac Vice* admitted)
allison.brown@kirkland.com
JESSICA DAVIDSON (*Pro Hac Vice* admitted)
jessica.davidson@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>Judge:   Honorable Charles Breyer<br><br>**DEFENDANTS AND THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC.; RASIER, LLC, AND RASIER-CA, LLC'S SECOND REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE (Local Rule 7-11); [PROPOSED] ORDER** |
| This Document Relates to:<br><br>*K.S. v. Uber Technologies, Inc., et al.*<br>Case No.: 3:24-cv-01916-CRB | |

1     On December 18, 2024, Defendants/Third-Party Plaintiffs Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC (collectively, "Uber") filed their Third-Party Complaint against the Third-Party Defendant Ryan Taylor-Byers. Fed. R. Civ. P. 4(m) provides ninety (90) days for service of a complaint. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.").

The Court ordered that the service deadline for the Third-Party Complaint be extended to and including May 17, 2025 on April 8, 2025. (ECF 14). Third-Party Plaintiffs have been diligently attempting to serve the Third-Party Defendant, with the Summons and Third-Party Complaint. But, to date, Third-Party Plaintiffs have been unable to serve the Third-Party Defendant in this matter.

Third-Party Plaintiffs respectfully request the Court grant an additional 60-day extension to complete service or take other appropriate action regarding the Third-Party Defendant. Good cause exists for this Court to extend the service deadline because Third-Party Plaintiffs have been diligently attempting to serve the Third-Party Defendant.

Third-Party Plaintiffs, through attorneys of record Shook, Hardy & Bacon, hired First Legal, a legal solutions firm, to assist with locating and serving the Third-Party Defendant. The process server attempted to serve the Third-Party Defendant at 7410 Overton Avenue, Apt. 6, Raytown, MO 64133 on January 9, 2025, but the process server indicated that the Leasing Manager, Patricia, indicated Ryan moved out and no longer lives there.

Third-Party Plaintiffs, through attorneys of record Shook, Hardy & Bacon, located 9920 Metcalf Ave, Overland Park, KS 66212 as a possible current address for the Third-Party Defendant. The summons returned unexecuted for the 7410 Overton Ave Apt 6 Raytown, MO 64133 address and the proposed summons for the 9920 Metcalf Ave, Overland Park, KS 66212 address were filed on March 17, 2025.

-2-

UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's SECOND
REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE
AND [PROPOSED] ORDER                                    Case No. 3:24-cv-01916

1  The Court issued the 9920 Metcalf Avenue, Overland Park, KS 66212 Summons on March 22, 2025. (ECF 13).  The process server reported attempting to serve the Third-Party Defendant at the 9920 Metcalf Avenue, Overland Park, KS 66212 address five times without success.

4  Third-Party Plaintiffs, through attorneys of record Shook, Hardy & Bacon, located 7311 E 108 Ter, Kansas City MO 64134-2816 as a possible current address for Third-Party Defendant on May 12, 2025.  The summons returned unexecuted for the 9920 Metcalf Ave, Overland Park, KS 66212 address and the proposed summons for the 7311 E 108 Ter, Kansas City MO 64134-2816 address were filed on May 16, 2025. (ECF 15, 16).

9  Third-Party Plaintiffs respectfully request the Court grant a 60-day extension to complete service on Third-Party Defendant (or take appropriate action), allowing to and including July 16, 2025 to effect service.

DATED: May 16, 2025

Respectfully submitted,

**SHOOK HARDY & BACON L.L.P.**

By: */s/ Maria Salcedo*
     MARIA SALCEDO

**KIRKLAND & ELLIS LLP**
LAURA VARTAIN
ALLISON M. BROWN
JESSICA DAVIDSON

**O'MELVENY AND MYERS LLP**
SABRINA STRONG
JONATHAN SCHNELLER

**SHOOK, HARDY, & BACON, LLP**
PATRICK OOT (Admitted *Pro Hac Vice*)
   oot@shb.com
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

ALYCIA A. DEGEN (SBN: 211350)

-3-

adegen@shb.com
MICHAEL B. SHORTNACY (SBN: 277035)
   mshortnacy@shb.com
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

CHRISTOPHER V. COTTON (Admitted *Pro Hac Vice*)
   ccotton@shb.com
MARIA SALCEDO (Admitted *Pro Hac Vice*)
   msalcedo@shb.com
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC