LAURA VARTAIN (SBN: 258485)
laura.vartain@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (*Pro Hac Vice* admitted)
allison.brown@kirkland.com
JESSICA DAVIDSON (*Pro Hac Vice* admitted)
jessica.davidson@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>Judge:     Honorable Charles Breyer<br><br>**DECLARATION OF MARIA SALCEDO IN SUPPORT OF DEFENDANTS AND THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC.; RASIER, LLC, AND RASIER-CA, LLC'S SECOND REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE (Local Rule 7-11); [PROPOSED] ORDER** |
| This Document Relates to:<br><br>*K.S. v. Uber Technologies, Inc., et al.*<br>Case No.: 3:24-cv-01916-CRB | |

1   I, Maria Salcedo, declare as follows:

2   1.   I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendants and Third-Party Plaintiffs, Uber Technologies, Rasier LLC, and Rasier-CA, LLC, ("Third-Party Plaintiffs").  I am a member in good standing of the Bar of the State of Missouri and the Bar of the State of Florida, and I admitted pro hac vice in this matter.  I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so.

3   2.   I respectfully submit this declaration in support of the accompanying Request for Administrative Relief From Service Deadline.

4   3.   On December 18, 2024, Defendants/Third-Party Plaintiffs Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC filed their Third-Party Complaint against Third-Party Defendant Ryan Taylor-Byers. (ECF 7).

5   4.   Third-Party Plaintiffs through attorneys of record Shook, Hardy & Bacon, hired First Legal, a legal solutions firm, to assist with locating and serving Third-Party Defendant.

6   5.   The process server attempted to serve the Third-Party Defendant at 7410 Overton Avenue, Apt. 6, Raytown, MO 64133 on January 9, 2025, but the process server indicated that the Leasing Manager indicated Third-Party Defendant moved out and no longer lives there.

7   7.   By my direction on March 17, 2025, Shook, Hardy & Bacon located 9920 Metcalf Ave, Overland Park, KS 66212 as a possible current address for Third-Party Defendant.

8   8.   By my direction on March 17, 2025, the summons returned unexecuted for the 7410 Overton Ave Apt 6 Raytown, MO 64133 address and the proposed summons for the 9920 Metcalf Ave, Overland Park, KS 66212 address were filed.

9   9.   The Court issued the 9920 Metcalf Avenue, Overland Park, KS 66212 Summons on March 22, 2025. (ECF 13).

10  10.  The process server provided an affidavit attesting to attempting to serve the Third-Party Defendant at the 9920 Metcalf Avenue, Overland Park, KS 66212 address five times without success.

DECLARATION OF MARIA SALCEDO IN SUPPORT OF DEFENDANTS AND THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's SECOND REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE                                                                                                                      Case No. 3:24-cv-01916

11.     The Court ordered that the service deadline for the Third-Party Complaint be extended to and including May 17, 2025 on April 8, 2025. (ECF 14).

12.     By my direction, Shook, Hardy & Bacon located 7311 E 108 Ter, Kansas City MO 64134-2816 as a possible current address for Third-Party Defendant on May 12, 2025.

13.     By my direction, the summons returned unexecuted for the 9920 Metcalf Ave, Overland Park, KS 66212 address and the proposed summons for the 7311 E 108 Ter, Kansas City MO 64134-2816 address were filed on May 16, 2025. (ECF 15, 16).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of May 2025, in Kansas City, Missouri.

/s/ *Maria Salcedo*
MARIA SALCEDO