# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*K.S. v. Uber Technologies, Inc., et al.*<br>Case No.: 3:24-cv-01916-CRB | Case No. 3:23-md-03084-CRB<br><br>Judge:   Honorable Charles Breyer<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS AND THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC.; RASIER, LLC, AND RASIER-CA, LLC'S SECOND REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE (Local Rule 7-11)** |

## ORDER

Upon request of Third-Party Plaintiffs for administrative relief and for good cause, **IT IS HEREBY ORDERED** that the service deadline for the Third-Party Complaint be extended to and including July 16, 2025.

**IT IS SO ORDERED.**

Dated: _____                             _____
                                                                    Judge Charles R. Breyer

UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's SECOND REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE AND [PROPOSED] ORDER

Case No. 3:24-cv-01916