|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |
| SAN FRANCISCO DIVISION | |

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO TRANSFER** |
| This Document Relates to: | |
| *A.R. v. Uber Technologies, Inc., et al.*, No. 24-cv-01827 | Judge:      Hon. Charles R. Breyer<br>Courtroom: Courtroom 6 – 17th Floor<br>Hearing:    June 20, 2025, 10:00am |
| *D.J. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07228 | |
| *A.G. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-01915 | |
| *A.R. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07821 | |
| *B.L. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-7940 | |
| *C.L. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-04972 | |
| *J.E. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-03335 | |
| *Jane Doe QLF 0001 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08387-CRB | |
| *Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | |
| *K.E. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05281-CRB | |
| *Amanda Lazio v. Uber Technologies, Inc.*, No. 3:24-cv-08937-CRB | |
| *LCHB128 v. Uber Technologies, Inc., et al.*, | |

No. 3:24-cv-7019

*T.L. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-9217

*WHB 318 v. Uber Technologies, Inc.*, No. 3:24-cv-04889

*WHB 407 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05028

*WHB 832 v. Uber Technologies, Inc.*, No. 3:24-cv-4900

*WHB 1486 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04803

*WHB 1876 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05230

*WHB 1898 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05027

*Jane Roe CL 68 v. Uber Technologies Inc., et al.*, No. 3:24-cv-06669

Before the Court is Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Transfer ("the Motion"). Having considered the papers filed in support of and in opposition to the Motion, all arguments presented at the hearing, and other matters relevant to the determination of the Motion, the Court is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that:

1. *LCHB128 v. Uber Technologies, Inc.*, et al., No. 3:24-cv-7019, is hereby **TRANSFERRED** to the District of Arizona;

2. *Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708, is hereby **TRANSFERRED** to the District of Arizona;

3. *C.L. v. Uber Technologies, Inc.*, et al., No. 3:23-cv-04972, is hereby **TRANSFERRED** to the District of Maryland;

4. *A.G. v. Uber Technologies, Inc.*, et al., No. 3:24-cv-01915, is hereby **TRANSFERRED** to the District of Oregon;

5. *WHB 1898 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05027, is hereby **TRANSFERRED** to the District of Massachusetts;

6. *A.R. v. Uber Technologies, Inc.*, et al., No. 24-cv-01827, is hereby **TRANSFERRED** to the Eastern District of Pennsylvania;

7. *T.L. v. Uber Technologies, Inc., et al.*, No. 23-cv-9217, is hereby **TRANSFERRED** to the Northern District of Georgia;

8. *WHB 407 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05028, is hereby **TRANSFERRED** to the Southern District of Georgia;

9. *WHB 318 v. Uber Technologies*, Inc., No. 3:24-cv-04889, is hereby **TRANSFERRED** to the Western District of North Carolina;

10. *WHB 832 v.Uber Technologies, Inc.*, No. 3:24-cv-4900, is hereby **TRANSFERRED** to the Middle District of North Carolina;

11. *WHB 1486 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04803, is hereby **TRANSFERRED** to the Southern District of Texas;

12. *WHB 1876 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05230, is hereby **TRANSFERRED** to the Southern District of Illinois;

13. *J.E. v. Uber Technologies, Inc.*, et al., No. 3:24-cv-03335, is hereby **TRANSFERRED** to the Eastern District of Michigan;

1  These cases shall remain pending in this Court for "coordinated or consolidated pretrial
2  proceedings," 28 U.S.C. § 1407(a), and shall be remanded to the above courts for purposes of
3  trial.
4  **IT IS SO ORDERED.**
5  DATED: _____
6  HON. CHARLES R. BREYER
   UNITED STATES DISTRICT JUDGE