# EXHIBIT D

| MDLC ID | Plaintiff | Case Number | Date of Most Recent Consent to Terms of Use | Date of Applicable Terms of Use Consented To |
|---|---|---|---|---|
| 1375 | J.E. | 3:24-cv-03335 | 2/4/2023 | 1/17/2023 |
| 2699 | B.L. | 3:24-cv-07940 | 12/22/2021 | 12/16/2021 |
| 1299 | A.R. 1 | 3:24-cv-01827 | 1/20/2023 | 1/17/2023 |
| 1206 | C.L. | 3:23-cv-04972 | 1/20/2023 | 1/17/2023 |
| 2659 | A.R. 2 | 3:24-cv-07821 | 1/19/2023 | 1/17/2023 |
| 1046 | Jaylynn Dean | 3:23-cv-06708 | 4/14/2023 | 1/17/2023 |
| 1305 | A.G. | 3:24-cv-01915 | 4/11/2023 | 1/17/2023 |
| 2749 | T.L. | 3:24-cv-09217 | 1/23/2023 | 1/17/2023 |
| 2589 | LCHB128 | 3:24-cv-07019 | 8/3/2023 | 6/14/2023 |
| 2597 | Jane Roe CL 68 | 3:24-cv-06669 | 1/27/2023 | 1/17/2023 |
| 2711 | Amanda Lazio | 3:24-cv-08937 | 9/16/2023 | 6/14/2023 |
| 2143 | K.E. | 3:24-cv-05281 | 1/29/2023 | 1/17/2023 |
| 2620 | D.J. | 3:24-cv-07228 | 11/20/2022 | 8/16/2022 |
| 1896 | WHB 1876 | 3:24-cv-05230 | 5/5/2023 | 1/17/2023 |
| 1738 | WHB 1898 | 3:24-cv-05027 | 1/21/2023 | 1/17/2023 |
| 1529 | WHB 1486 | 3:24-cv-04803 | 1/21/2023 | 1/17/2023 |
| 1591 | WHB 318 | 3:24-cv-04889 | 9/3/2022 | 8/16/2022 |
| 1613 | WHB 832 | 3:24-cv-04900 | 7/4/2022 | 4/4/2022 |
| 1733 | WHB 407 | 3:24-cv-05028 | 1/24/2023 | 1/17/2023 |