# EXHIBIT E

**CONFIDENTIAL**

# Uber Reports

## Checkbox Consent History

| Account Holder UUID | 8bcc20f2-54ac-4618-8a4b-0575197d0aad | Account Holder Name | WHB 1486 |

 4 rows returned on Apr 23, 2025, 8:37:30 PM (UTC)

| | Signup Timestamp UTC | Signup Method | Consent Timestamp UTC ▲ | Consent Type |
|---|---|---|---|---|
| 1. | May 5, 2021, 7:38:12 PM | eats_iphone | May 5, 2021, 7:38:14 PM | initial_signup_checkbox |
| 2. | May 5, 2021, 7:38:12 PM | eats_iphone | Jul 3, 2021, 8:55:21 PM | post_signup_checkbox |
| 3. | May 5, 2021, 7:38:12 PM | eats_iphone | Feb 4, 2022, 8:51:46 PM | post_signup_checkbox |
| 4. | May 5, 2021, 7:38:12 PM | eats_iphone | Jan 21, 2023, 9:28:02 PM | post_signup_checkbox |

**CONFIDENTIAL**