# EXHIBIT F

**CONFIDENTIAL**

# Uber Reports

## Checkbox Consent History

| Account Holder UUID | 90cf9a8d-b3bc-46f7-a47d-ff96bbd238f0 | Account Holder Name |  WHB 1876 |
|---|---|---|---|

 3 rows returned on Apr 23, 2025, 8:46:09 PM (UTC)

| | Signup Timestamp UTC | Signup Method | Consent Timestamp UTC ▲ | Consent Type |
|---|---|---|---|---|
| 1. | Mar 17, 2017, 10:51:29 PM | website_invite | Apr 2, 2021, 4:43:17 PM | post_signup_checkbox |
| 2. | Mar 17, 2017, 10:51:29 PM | website_invite | Dec 22, 2021, 1:48:04 AM | post_signup_checkbox |
| 3. | Mar 17, 2017, 10:51:29 PM | website_invite | May 5, 2023, 2:13:34 AM | post_signup_checkbox |

**CONFIDENTIAL**