# EXHIBIT G

**CONFIDENTIAL**

# Uber Reports

## Checkbox Consent History

| Account Holder UUID | 6ae638d0-af46-4548-8cb7-0350373bb7d7 | Account Holder Name | LCHB128 |



4 rows returned on Apr 23, 2025, 7:56:49 PM (UTC)

| | Signup Timestamp UTC | Signup Method | Consent Timestamp UTC ▲ | Consent Type |
|---|---|---|---|---|
| 1. | Feb 28, 2019, 8:24:09 PM | android | Jan 29, 2021, 2:44:02 AM | post_signup_checkbox |
| 2. | Feb 28, 2019, 8:24:09 PM | android | May 10, 2021, 4:22:45 AM | post_signup_checkbox |
| 3. | Feb 28, 2019, 8:24:09 PM | android | Jan 4, 2022, 6:58:38 PM | post_signup_checkbox |
| 4. | Feb 28, 2019, 8:24:09 PM | android | Aug 3, 2023, 9:15:29 PM | post_signup_checkbox |

**CONFIDENTIAL**