# EXHIBIT I

**CONFIDENTIAL**

# Uber Reports

## Checkbox Consent History

| Account Holder UUID | f6de35fc-e222-4f22-9656-8b1856b5cd72 | Account Holder Name |  C.L. |

 3 rows returned on Apr 23, 2025, 6:24:34 PM (UTC)

| | Signup Timestamp UTC | Signup Method | Consent Timestamp UTC ▲ | Consent Type |
|---|---|---|---|---|
| 1. | Aug 16, 2015, 2:06:07 PM | android | Jan 31, 2021, 3:14:45 AM | post_signup_checkbox |
| 2. | Aug 16, 2015, 2:06:07 PM | android | Dec 18, 2021, 12:19:20 PM | post_signup_checkbox |
| 3. | Aug 16, 2015, 2:06:07 PM | android | Jan 20, 2023, 8:20:40 PM | post_signup_checkbox |

**CONFIDENTIAL**