# EXHIBIT J

**CONFIDENTIAL**

# Uber Reports

## Checkbox Consent History

| Account Holder UUID | d12b3ef5-cf4f-44c0-bca6-127d55779af6 | Account Holder Name | A.G. |

 2 rows returned on Apr 23, 2025, 5:26:55 PM (UTC)

| | Signup Timestamp UTC | Signup Method | Consent Timestamp UTC ▲ | Consent Type |
|---|---|---|---|---|
| 1. | May 3, 2015, 6:55:43 PM | \N | Mar 21, 2021, 3:02:19 AM | post_signup_checkbox |
| 2. | May 3, 2015, 6:55:43 PM | \N | Apr 11, 2023, 4:53:14 AM | post_signup_checkbox |