# EXHIBIT K

**CONFIDENTIAL**

# Uber Reports

## Checkbox Consent History

| Account Holder UUID | 5f8ca39e-4195-4f09-a46f-3e25086f8a46 | Account Holder Name | WHB 1898 |

 3 rows returned on Apr 23, 2025, 8:57:46 PM (UTC)

| # | Signup Timestamp UTC | Signup Method | Consent Timestamp UTC ▲ | Consent Type |
|---|---|---|---|---|
| 1. | Dec 11, 2017, 1:58:59 AM | eats_iphone | Jan 19, 2021, 12:12:50 PM | post_signup_checkbox |
| 2. | Dec 11, 2017, 1:58:59 AM | eats_iphone | Dec 21, 2021, 1:38:49 PM | post_signup_checkbox |
| 3. | Dec 11, 2017, 1:58:59 AM | eats_iphone | Jan 21, 2023, 12:35:33 AM | post_signup_checkbox |

**CONFIDENTIAL**