# EXHIBIT L

**CONFIDENTIAL**

# Uber Reports

## Checkbox Consent History

| Account Holder UUID | 49a4eef7-b4f8-49dc-a2fb-c64d1ac2b4e4 | Account Holder Name | A.R. |



4 rows returned on Apr 23, 2025, 8:18:41 PM (UTC)

| # | Signup Timestamp UTC | Signup Method | Consent Timestamp UTC ▲ | Consent Type |
|---|---|---|---|---|
| 1. | Jun 21, 2021, 7:36:35 PM | eats_iphone | Jun 21, 2021, 7:36:35 PM | initial_signup_checkbox |
| 2. | Jun 21, 2021, 7:36:35 PM | eats_iphone | Jun 30, 2021, 12:39:58 AM | post_signup_checkbox |
| 3. | Jun 21, 2021, 7:36:35 PM | eats_iphone | Dec 26, 2021, 10:11:03 PM | post_signup_checkbox |
| 4. | Jun 21, 2021, 7:36:35 PM | eats_iphone | Jan 20, 2023, 3:00:47 AM | post_signup_checkbox |

**CONFIDENTIAL**