# EXHIBIT M

**CONFIDENTIAL**

# Uber Reports

## Checkbox Consent History

| Account Holder UUID | 1bca5b4d-f756-4036-a7fe-6f11a3269964 | Account Holder Name | T.L. |

 3 rows returned on Apr 23, 2025, 8:09:47 PM (UTC)

| | Signup Timestamp UTC | Signup Method | Consent Timestamp UTC ▲ | Consent Type |
|---|---|---|---|---|
| 1. | Jul 10, 2019, 1:59:08 PM | eats_iphone | Jul 10, 2021, 9:39:16 PM | post_signup_checkbox |
| 2. | Jul 10, 2019, 1:59:08 PM | eats_iphone | Feb 20, 2022, 2:41:37 AM | post_signup_checkbox |
| 3. | Jul 10, 2019, 1:59:08 PM | eats_iphone | Jan 23, 2023, 2:38:02 AM | post_signup_checkbox |

**CONFIDENTIAL**