# EXHIBIT N

CONFIDENTIAL

# Uber Reports

## Checkbox Consent History

| Account Holder UUID | 93111db1-5005-4fe1-9354-03431d0e49c0 | Account Holder Name | WHB 407 |



4    rows returned on    Apr 23, 2025, 9:22:28 PM (UTC)

| | Signup Timestamp UTC | Signup Method | Consent Timestamp UTC ▲ | Consent Type |
|---|---|---|---|---|
| 1. | Nov 26, 2017, 9:05:46 PM | \N | Apr 8, 2022, 3:24:49 PM | post_signup_checkbox |
| 2. | Nov 26, 2017, 9:05:46 PM | \N | Nov 15, 2022, 12:02:39 PM | post_signup_checkbox |
| 3. | Nov 26, 2017, 9:05:46 PM | \N | Dec 11, 2022, 9:05:06 PM | post_signup_checkbox |
| 4. | Nov 26, 2017, 9:05:46 PM | \N | Jan 24, 2023, 9:23:31 PM | post_signup_checkbox |