# EXHIBIT O

CONFIDENTIAL

# Uber Reports

## Checkbox Consent History

| Account Holder UUID | 0020e284-3938-4a11-95f4-b486dd1403ff | Account Holder Name | WHB 318 |

 4 rows returned on Apr 23, 2025, 9:13:48 PM (UTC)

| # | Signup Timestamp UTC | Signup Method | Consent Timestamp UTC ▲ | Consent Type |
|---|---|---|---|---|
| 1. | Sep 5, 2020, 11:35:41 PM | \N | Mar 13, 2021, 1:17:44 AM | post_signup_checkbox |
| 2. | Sep 5, 2020, 11:35:41 PM | \N | Jun 20, 2022, 9:44:52 AM | post_signup_checkbox |
| 3. | Sep 5, 2020, 11:35:41 PM | \N | Aug 29, 2022, 2:21:53 PM | post_signup_checkbox |
| 4. | Sep 5, 2020, 11:35:41 PM | \N | Sep 3, 2022, 11:35:47 PM | post_signup_checkbox |

CONFIDENTIAL