# EXHIBIT Q

# **Uber** Reports

## Checkbox Consent History

| Account Holder UUID | 0ccd4ead-5b13-471c-89ae-f4f2d6033c6e | Account Holder Name |  |
|---|---|---|---|

  **2**  rows returned on  Apr 23, 2025, 6:41:46 PM (UTC)

| | Signup Timestamp UTC | Signup Method | Consent Timestamp UTC ▲ | Consent Type |
|---|---|---|---|---|
| 1. | Jun 7, 2015, 2:11:31 PM | \N | Nov 17, 2022, 9:59:41 PM | post_signup_checkbox |
| 2. | Jun 7, 2015, 2:11:31 PM | \N | Feb 4, 2023, 10:33:26 PM | post_signup_checkbox |

CONFIDENTIAL