| | |
|---|---|
| 1 | LAURA VARTAIN (SBN: 258485) |
| 2 | laura.vartain@kirkland.com |
| | **KIRKLAND & ELLIS LLP** |
| 3 | 555 California Street, 30th Floor |
| | San Francisco, CA 94104 |
| 4 | Telephone: (415) 439-1625 |
| 5 | |
| | ALLISON M. BROWN (*Pro Hac Vice* admitted) |
| 6 | allison.brown@kirkland.com |
| | JESSICA DAVIDSON (*Pro Hac Vice* admitted) |
| 7 | jessica.davidson@kirkland.com |
| | **KIRKLAND & ELLIS LLP** |
| 8 | 601 Lexington Avenue |
| | New York, NY 10022 |
| 9 | Telephone: (212) 446-4723 |
| 10 | |
| | Attorneys for Defendants |
| 11 | UBER TECHNOLOGIES, INC., RASIER, LLC, and |
| | RASIER-CA, LLC |
| 12 | |
| | *[Additional Counsel Listed on Following Pages]* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB |
| | **CERTIFICATE OF SERVICE** |
| This Document Relates to: | Judge: Hon. Charles R. Breyer |
| | Courtroom: Courtroom 6 – 17th Floor |
| *A.R. v. Uber Technologies, Inc., et al.*, No. 24-cv-01827 | |
| *D.J. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07228 | |
| *A.G. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-01915 | |
| *A.R. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07821 | |

*B.L. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-7940

*C.L. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-04972

*J.E. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-03335

*Jane Doe QLF 0001 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08387-CRB

*Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708

*K.E. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05281-CRB

*Amanda Lazio v. Uber Technologies, Inc.*, No. 3:24-cv-08937-CRB

*LCHB128 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-7019

*T.L. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-9217

*WHB 318 v. Uber Technologies, Inc.*, No. 3:24-cv-04889

*WHB 407 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05028

*WHB 832 v. Uber Technologies, Inc.*, No. 3:24-cv-4900

*WHB 1486 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04803

*WHB 1876 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05230

*WHB 1898 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05027

*Jane Roe CL 68 v. Uber Technologies Inc., et al.*, No. 3:24-cv-06669

1  SABRINA H. STRONG (SBN: 200292)
      sstrong@omm.com
2  JONATHAN SCHNELLER (SBN: 291288)
      jschneller@omm.com
3  **O'MELVENY & MYERS LLP**
4  400 South Hope Street, 19th Floor
   Los Angeles, CA 90071
5  Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
6
7  PATRICK L. OOT, JR. (*Pro Hac Vice* admitted)
      oot@shb.com
8  **SHOOK, HARDY & BACON, LLP**
   1800 K Street NW, 10th Floor
9  Washington, DC 20006
   Telephone: (202) 783-8400
10 Facsimile: (202) 783-4211

11
   ALYCIA A. DEGEN (SBN: 211350)
12    adegen@shb.com
   MICHAEL B. SHORTNACY (SBN: 277035)
13    mshortnacy@shb.com
   **SHOOK, HARDY & BACON, LLP**
14 2121 Avenue of the Stars, Suite 1400
   Los Angeles, CA 90067
15 Telephone: (424) 285-8330
   Facsimile: (424) 204-9093
16

17 CHRISTOPHER V. COTTON (*Pro Hac Vice* admitted)
      ccotton@shb.com
18 **SHOOK, HARDY & BACON, LLP**
   255 Grand Boulevard
19 Kansas City, MO 64108
20 Telephone: (816) 474-6550
   Facsimile: (816) 421-5547
21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
CASE NO. 3:23-MD-03084-CRB

# CERTIFICATE OF SERVICE

I, Sabrina H. Strong, am a citizen of the United States and employed in the City and County of Los Angeles, CA.  I am over the age of 18 and not a party to this action.  I am a Partner with the law firm of O'Melveny & Myers LLP and my business address is 400 S. Hope Street, 19th Floor, Los Angeles, CA 90071.

I further declare that on May 16, 2025, a true and correct copy of the unredacted versions of the following documents:

**1. EXHIBITS E-G AND I-Q TO THE DECLARATION OF PETER SAUERWEIN IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO TRANSFER**

were served pursuant to Civil L.R. 5-1(a) by providing true copies thereof addressed to each of the persons named below:

Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Floor 29
San Francisco, CA 94111
Email: slondon@lchb.com

Rachel B. Abrams
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Email: rabrams@peifferwolf.com

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

- 2 -

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 16, 2025 in Los Angeles, California.

By: /s/ *Sabrina H. Strong*
Sabrina H. Strong