**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS ATTACHED AS EXHIBITS TO MOTION TO TRANSFER<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: Courtroom 6 – 17th Floor |
| This Document Relates to: | |
| *A.R. v. Uber Technologies, Inc., et al.*, No. 24-cv-01827 | |
| *D.J. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07228 | |
| *A.G. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-01915 | |
| *A.R. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07821 | |
| *B.L. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-7940 | |
| *C.L. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-04972 | |
| *J.E. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-03335 | |
| *Jane Doe QLF 0001 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08387-CRB | |
| *Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | |

1  *K.E. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05281-CRB

2
3  *Amanda Lazio v. Uber Technologies, Inc.*, No. 3:24-cv-08937-CRB

4  *LCHB128 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-7019
5

6  *T.L. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-9217

7
8  *WHB 318 v. Uber Technologies, Inc.*, No. 3:24-cv-04889

9  *WHB 407 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05028
10

11  *WHB 832 v. Uber Technologies, Inc.*, No. 3:24-cv-4900

12  *WHB 1486 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04803
13

14  *WHB 1876 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05230
15

16  *WHB 1898 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05027

17  *Jane Roe CL 68 v. Uber Technologies Inc., et al.*, No. 3:24-cv-06669
18

19
20
21
22
23
24
25
26
27
28

2

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS ATTACHED AS EXHIBITS TO MOTION TO TRANSFER

Case No. 3:23-MD-3084-CRB

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively "Uber" or "Defendants") Administrative Motion to Seal Documents Attached as Exhibits to Motion to Transfer, dated May 16, 2025, the Court hereby **ORDERS** that the following materials remain under seal, as requested in Uber's motion:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit E: Checkbox Consent History (WHBE 1486) | Redaction of Plaintiff's name | Uber |
| Exhibit F: Checkbox Consent History (WHB 1876) | Redaction of Plaintiff's name | Uber |
| Exhibit G: Checkbox Consent History (LCHB128) | Redaction of Plaintiff's name | Uber |
| Exhibit I: Checkbox Consent History (C.L.) | Redaction of Plaintiff's name | Uber |
| Exhibit J: Checkbox Consent History (A.G.) | Redaction of Plaintiff's name | Uber |
| Exhibit K: Checkbox Consent History (WHB 1898) | Redaction of Plaintiff's name | Uber |
| Exhibit L: Checkbox Consent History (A.R.) | Redaction of Plaintiff's name | Uber |
| Exhibit M: Checkbox Consent History (T.L.) | Redaction of Plaintiff's name | Uber |
| Exhibit N: Checkbox Consent History (WHB 407) | Redaction of Plaintiff's name | Uber |
| Exhibit O: Checkbox Consent History (WHB 318) | Redaction of Plaintiff's name | Uber |
| Exhibit P: Checkbox Consent History (WHB 832) | Redaction of Plaintiff's name | Uber |
| Exhibit Q: Checkbox Consent History (J.E.) | Redaction of Plaintiff's name | Uber |

**IT IS SO ORDERED.**

Dated: May 19, 2025

Hon. Charles R. Breyer
United States District Court Judge