# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

# CIVIL MINUTES

| **Date:** May 19, 2025 | **Time:** 1:35 p.m.- 2:00 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:23-md-03084-CRB | **Case Name:** In re: Uber Technologies, Inc. | |

**For Plaintiffs:** Rachel Abrams, Peiffer Wolf Carr Kane Conway & Wise, LLP; Andrew Kaufman, Girard Sharp LLP; Elizabeth Wilkins, Chaffin Luhana LLP; Celina Cutter, Cutter Law PC; counsel for Plaintiffs

**For Defendants:** Allison Brown and Christopher Cox, Kirkland & Ellis LLP, counsel for Defendants

**Deputy Clerk:** Brittany Sims                **Reported by:** Stephen Franklin

## PROCEEDINGS

Status Conference held. The parties jointly requested to continue the deposition of Dara Khosrowshahi from May 20, 2025 to a date to be determined later, potentially as late as August. The Court admonished the parties that the May 20 deposition date had been set by court order, to be conducted with court supervision, and that the deposition should be completed before the end of May. The Court ordered the parties to submit proposed new dates to the Courtroom Deputy via email no later than 5:00 PM (to include the position of Plaintiffs' counsel in the JCCP), and ordered that the deposition remains set for May 20, 2025 unless and until the Court issues another order to the contrary after reviewing the parties' proposal.