TRACEY B. COWAN (SBN 250053)
tcowan@clarksonlawfirm.com
JAMIE M. POWERS (SBN 329439)
jpowers@clarksonlawfirm.com
Clarkson Law Firm, P.C.
95 3rd Street, 2nd Floor
San Francisco, CA 94103
Telephone: (213) 788-4050

RYAN J. CLARKSON (SBN 257074)
rclarkson@clarksonlawfirm.com
Clarkson Law Firm, P.C.
22525 Pacific Coast Hwy.
Malibu, CA 90265
Telephone: (213) 788-4050

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | **MDL No. 3084 CRB**<br><br>**NOTICE OF FILING NEW ACTIONS** |
| This Document Relates to:<br><br>*CLF P.F. v. Uber Technologies, Inc., et al.*<br>Case No. 3:25-cv-4282<br><br>*CLF S.R.B. v. Uber Technologies, Inc., et al.*<br>Case No. 3:25-cv-4287<br><br>*CLF S.M.B. v. Uber Technologies, Inc., et al.*<br>Case No.  3:25-cv-4289<br><br>*CLF N.R. v. Uber Technologies, Inc., et al.*<br>Case No.  3:25-cv-4292<br><br>*CLF D.F. v. Uber Technologies, Inc., et al.*<br>Case No. 3:25-cv-4293<br><br>*CLF J.P. v. Uber Technologies, Inc., et al.*<br>Case No. 3:25-cv-4296<br><br>*CLF T.M. v. Uber Technologies, Inc., et al.*<br>Case No. 3:25-cv-4281<br><br>*CLF D.M. v. Uber Technologies, Inc., et al.*<br>Case No. 3:25-cv-4283 | |

*CLF K.P. v. Uber Technologies, Inc., et al.*
Case No. 3:25-cv-4288

*CLF C.C. v. Uber Technologies, Inc., et al.*
Case No. 3:25-cv-4290

*CLF T.C. v. Uber Technologies, Inc., et al.*
Case No. 3:25-cv-4291

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on May 19, 2025.

DATED: May 19, 2025

Respectfully submitted,

s/ *Tracey B. Cowan*
TRACEY B. COWAN (SBN 250053)
tcowan@clarksonlawfirm.com
JAMIE M. POWERS (SBN 329439)
jpowers@clarksonlawfirm.com
Clarkson Law Firm, P.C.
95 3rd Street, 2nd Floor
San Francisco, CA 94103
Telephone: (213) 788-4050

RYAN J. CLARKSON (SBN 257074)
rclarkson@clarksonlawfirm.com
Clarkson Law Firm, P.C.
22525 Pacific Coast Hwy.
Malibu, CA 90265
Telephone: (213) 788-4050

*Attorneys for Plaintiffs*