ROOPAL P. LUHANA (*admitted Pro Hac Vice*)
**Chaffin Luhana LLP**
600 Third Avenue
12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
Email: luhana@chaffinluhana.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:23-md-03084-CRB **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | | |
| *B.L. v. UBER TECHNOLOGIES, INC., et al.,* *3:25-cv-02400-CRB* | | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on March 10, 2025.

///

///

///

Dated: May 20, 2025                    Respectfully submitted,

                                       By: */s/ Roopal P. Luhana*
                                       ROOPAL P. LUHANA (*admitted PHV*)
                                       **Chaffin Luhana LLP**
                                       600 Third Avenue
                                       12th Floor
                                       New York, NY 10016
                                       Telephone: (888) 480-1123
                                       Facsimile: (888) 499-1123
                                       Email: luhana@chaffinluhana.com

                                       *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

   I   hereby   certify   that   on   May 20,   2025,   I   electronically   transmitted   the

foregoing  **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF

System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

                                       */s/ Roopal P. Luhana*
                                       Roopal P. Luhana