[Submitting Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO TRANSFER**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom: Courtroom 6 – 17th Floor |

**STIPULATION**

**WHEREAS**, on May 16, 2025, Defendants filed a motion to transfer 13 bellwether Plaintiffs' cases for trial to various federal district courts, ECF 3020;

**WHEREAS**, the motion is noticed for hearing on June 20, 2025;

**WHEREAS**, under L.R. 7-3(a), Plaintiffs' response to the motion is due on May 30, 2025 and Defendants' reply is due on June 6, 2025;

**WHEREAS**, Plaintiffs seek, and Defendants do not oppose, an additional 14 days to respond to the motion, with a response due on June 13, 2025;

**WHEREAS**, Plaintiffs' request is based on the complexity of the legal issues presented, the need to consult with individual Plaintiffs' counsel concerning each Bellwether Plaintiff at issue, pre-scheduled Memorial Day Weekend travel, and other pressing matters in this litigation, including various discovery matters being briefed before Judge Cisneros;

**WHEREAS**, Defendants seek, and Plaintiffs do not oppose, an additional 7 days to reply in support of the motion, with a reply due on June 27, 2025;

**WHEREAS**, these short extensions will still permit the motion to be heard in July at the Court's convenience (including at the July 25 case management conference), should the Court decide a hearing is necessary;

**WHEREAS**, The parties agree that the July 3 deadline set by PTO 21 [ECF 1950] for letter briefs concerning the order in which the Wave 1 Bellwether Cases should be tried should be reset to occur two weeks after the Court has ruled on the motion to transfer;

**WHEREAS,** no other dates in the pretrial schedule set out in PTO 21 and PTO 26 need to be changed;

**THEREFORE,** the parties respectfully request the Court enter the parties' stipulation that:

1. Plaintiffs' deadline to respond to the motion to transfer (ECF 3020) is extended by 14 days, to and including June 13, 2025.

2. Defendants' time to reply in support of the motion to transfer is extended by 7

1 | days, to and including June 27, 2025.

2 |     3.    The motion hearing set for June 20, 2025 is vacated, and will be, if the Court decides a hearing is necessary, reset for a later date.

4 |     4.    The July 3 deadline for letter briefs concerning the order in which the Wave 1 Bellwether Cases should be tried is reset to two weeks following the Court's order deciding the motion to transfer.

**IT IS SO STIPULATED.**

Dated: May 21, 2025

Respectfully submitted,

**O'MELVENY AND MYERS LLP**

By: */s/ Sabrina H. Strong*
SABRINA H. STRONG (SBN: 200292)
   sstrong@omm.com
JONATHAN SCHNELLER (SBN: 291288)
   jschneller@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Dated: May 21, 2025

Respectfully submitted,

**GIRARD SHARP LLP**

By: */s/ Sarah R. London*
Sarah R. London
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE**
CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

## **FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: May 21, 2025

/s/ *Andrew R. Kaufman*
Andrew R. Kaufman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO TRANSFER**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6 – 17th Floor |

The Court hereby GRANTS the parties' stipulation as follows:

1. Plaintiffs' deadline to respond to the motion to transfer (ECF 3020) is extended by 14 days, to and including June 13, 2025.

2. Defendants' time to reply in support of the motion to transfer is extended by 7 days, to and including June 27, 2025.

3. The motion hearing set for June 20, 2025 is vacated, and will be, if the Court decides a hearing is necessary, reset for a later date.

4. The July 3 deadline for letter briefs concerning the order in which the Wave 1 Bellwether Cases should be tried is reset to two weeks following the Court's order deciding the motion to transfer.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

HON. CHARLES R. BREYER
United States District Judge