IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF ANDREW R. KAUFMAN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO TRANSFER** |

I, Andrew R. Kaufman, declare:

1. I am an attorney in the law firm of Girard Sharp LLP. I am a member of the State Bars of Wisconsin and New York and am admitted to practice pro hac vice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration under L.R. 6-2 in support of the parties' stipulation to extend the time for Plaintiffs to respond to the motion to transfer (ECF 3020).

3. Plaintiffs' request is based on the complexity of the legal issues presented, the need to consult with individual Plaintiffs' counsel concerning each Bellwether Plaintiff at issue, pre-scheduled Memorial Day Weekend travel, and other pressing matters in this litigation, including various discovery matters being briefed before Judge Cisneros.

4. This is the first time modification with respect to this particular motion. The Court previously extended the deadline to respond to the earlier transfer motion, the deadline for some plaintiff fact sheets, the deadlines to perfect service on third-party defendants, and the deadlines

related to some third-party pleadings and motions practice. Judge Cisneros has, at times, extended the briefing schedule on discovery-related motions and status reports, as well as certain production deadlines.

5. The requested extension will require vacating the hearing date set for June 20, 2025. The parties are available at the Court's convenience in July, including the July 25 case management conference.

6. The requested extension will not affect the remaining case schedule.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 21, 2025 in Milwaukee, Wisconsin.

                                     */s/ Andrew R. Kaufman*
                                           Andrew R. Kaufman