Sadi R. Antonmattei-Goitia (SBN #24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA, LLP**
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *JANE DOE KGDB 016 v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-04337-CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on May 21, 2025.

///

///

///

1

Dated: May 21, 2025

Respectfully submitted,

By: */s/ Sadi Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia (SBN #24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA, LLP**
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia