ROOPAL P. LUHANA (*admitted Pro Hac Vice*)
**Chaffin Luhana LLP**
600 Third Avenue
12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
Email: luhana@chaffinluhana.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *T.C. v. UBER TECHNOLOGIES, INC., et al.,* *3:25-cv-03583-CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on April 24, 2025.

///

///

///

Dated: May 21, 2025                    Respectfully submitted,

                                        By: */s/ Roopal P. Luhana*
                                        ROOPAL P. LUHANA (*admitted PHV*)
                                        **Chaffin Luhana LLP**
                                        600 Third Avenue
                                        12th Floor
                                        New York, NY 10016
                                        Telephone: (888) 480-1123
                                        Facsimile: (888) 499-1123
                                        Email: luhana@chaffinluhana.com

                                        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

                                        */s/ Roopal P. Luhana*
                                        Roopal P. Luhana