UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates To:<br>ALL CASES. | Case No. 23-md-03084-CRB (LJC)<br><br>**ORDER REGARDING RESCHEDULING DEPOSITIONS** |

The Court is concerned about delay caused by the parties rescheduling depositions, including the depositions of Dara Khosrowshahi, Travis Kalanick, and Jill Hazelbaker.

At the parties' request, the court-supervised deposition of Travis Kalanick is *provisionally* continued from May 27, 2025 to July 3, 2025. The parties and the witness shall file no later than May 28, 2025 a joint statement setting forth with particularity why they believe that deposition cannot occur on June 16, 2025 or June 17, 2025. They may move to file portions of that statement under seal if they believe that to be necessary. The parties and the witness are advised that the Court may order the deposition to proceed on either of those dates if the Court is not persuaded by the reasons they offer for why it should not.

Going forward, the parties must file notice on the docket within one business day after any previously agreed non-case-specific deposition date has been rescheduled, stating the name and role of the witness, the original date of the deposition, the new date of the deposition (if one has been set), and the reason(s) for the delay.[1] For any deposition where a specific date has been set by court order, including orders adopting stipulations or approving proposed schedules, the date cannot be changed except by order of the Court pursuant to Civil Local Rule 6-1(b). Changes to

---

[1] The Court may impose such a notice requirement for case-specific depositions in the future, if it becomes necessary for case management purposes.

1  other deposition dates do not require the Court's permission at this time (so long as they comply
2  with any applicable cutoff deadlines), but the Court may consider imposing further restrictions if
3  continuing delays to depositions threaten to delay the case schedule.
4      The parties shall file an updated complete deposition schedule for common discovery and
5  case-specific discovery no later than May 27, 2025, including depositions that have been
6  completed to date and that are scheduled to occur in the future.  The parties shall include an
7  updated version of that schedule with all future status reports filed in advance of discovery status
8  conferences.
9  **IT IS SO ORDERED.**
10 Dated: May 22, 2025

LISA J. CISNEROS
United States Magistrate Judge