Ben C. Martin (TBN #13052400)
(*Pro Hac Vice to be filed*)
**BEN MARTIN LAW GROUP, LLP**
3141 Hood Street, Suite 600
Dallas, Texas 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
Email: bmartin@bencmartin.com
Email: eservice@bencmartin.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION )<br>)<br>)<br>)<br>)<br>)<br>)<br>*This document relates to:* )<br>)<br>)<br>JARRET SCHAIBLE v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-04349-CRB )<br>)<br>)<br>)<br>) | No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on May 21, 2025.

NOTICE OF FILING - 1

Dated: May 23, 2025

Respectfully Submitted,

By: */s/ Ben C. Martin*
Ben C. Martin (TBN #13052400)
(*Pro Hac Vice to be filed*)
**BEN MARTIN LAW GROUP**
3141 Hood Street, Suite 600
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
Email: bmartin@bencmartin.com
Email: eservice@bencmartin.com

*Attorneys for Plaintiff*

NOTICE OF FILING - 2

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

>    */s/ Ben C. Martin*
>    Ben C. Martin

NOTICE OF FILING - 3