IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF TIFFANY R. ELLIS IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
|---|---|

I, Roopal P. Luhana, declare:

1. I am a partner of Chaffin Luhana, LLP, an attorney licensed in the State of New York, and duly admitted to practice before this Court *pro hac vice*, representing Plaintiffs in the above caption action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Because the materials at issue were designated confidential by Uber, Plaintiffs filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| Portions of Plaintiffs' Letter Regarding Defendants' Responses to Plaintiffs' Bellwether Discovery Requests | References to information deemed confidential | Uber |
| Exhibit 1 to Plaintiffs' Letter Regarding Defendants' Responses to Plaintiffs' Bellwether Discovery Requests | References to information deemed confidential | Uber |

- 1 -

RPL DECL ISO ADMIN MOT.
CASE NO. 23-MD-03084-CRB

1  | I declare under penalty of perjury under the laws of the United States of America that the
2  | foregoing is true and correct.
3  | Executed this 26th day of May, 2025 in Brooklyn, New York.
4
5  |                              /s/ Roopal P. Luhana
   |                                 Roopal P. Luhana
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28