**<u>Exhibit A</u>**

| Name | Case(s) | Dep Date | Notes |
|---|---|---|---|
| Chad Fogg | All MDL | 2/5/2025 | Completed |
| Cory Freivogel | All MDL | 2/6/2025 | Completed |
| Nairi Hourdajjian | All MDL | 2/7/2025 | Completed |
| Kate Parker | All MDL | 2/14/2025 | Completed |
| David Richter | All MDL | 2/24/2025 | Completed |
| Meghan Joyce | All MDL | 2/26/2025 | Completed |
| Jenny Luu | All MDL | 2/27/2025 | Completed |
| Kayla Whaling | All MDL | 2/28/2025 | Completed |
| Tracey Breeden | All MDL | 3/13/2025, 3/14/2025 | Completed |
| Carley Lake | All MDL | 3/20/2025, 3/21/2025 | Completed |
| Jordan Burke | All MDL | 3/20/2025, 3/21/2025 | Completed |
| Michael Sullivan | All MDL | 3/26/2025 | Completed |
| Gus Fuldner | All MDL | 3/26/2025, 3/27/2025, 4/29/2025 | Completed |
| Dennis Cinelli | All MDL | 3/28/2025 | Completed |
| Cassandra Hawk | All MDL | 4/8/2025 | Completed |
| Rachel Holt | All MDL | 4/9/2025 | Completed |
| Andrew Hasbun | All MDL | 4/10/2025, 4/11/2025 | Completed |
| Valerie Shuping | All MDL | 4/17/2025, 4/18/2025 | Completed |
| Roger Kaiser | All MDL | 4/22/2025 | Completed |
| Katy McDonald (30(b)(6)) | All MDL | 4/25/2025 | Completed |
| Brooke Anderson | All MDL | 5/5/2025, 5/6/2025 | Completed |
| Katy McDonald | All MDL | 5/7/2025 | Completed |
| Frank Chang | All MDL | 5/9/2025 | Completed |
| Bushra Faiz | All MDL | 5/13/2025 | Completed |
| Ryan Graves | All MDL | 5/13/2025 | Completed |
| Danielle Sheridan | All MDL | 5/15/2025, 5/16/2025 | Completed |
| Mike Akamine | All MDL | 5/19/2025, 5/20/2025 | Completed |
| Sachin Kansal | All MDL | 5/28/2025 | Confirmed |
| Pat Twomey | All MDL | 5/29/2025 | Confirmed |
| Cameron Poetzcher | All MDL | 6/4/2025 | Confirmed |
| Catherine Gibbons | All MDL | 6/5/2025 | Confirmed |
| Heather Childs Individual & (30(b)(6)) | All MDL & Wave 1 Case Specific | 6/5/2025 | Confirmed, coordinated with JCCP |
| Plaintiff | LCHB128, Case No. 3:24-cv-07019 | 6/9/2025 | Confirmed |
| Plaintiff | B.L. Case No. 3:24-cv-07940 | 6/10/2025 | Confirmed |
| Plaintiff | A.R. Case No. 3:24-cv-01827 | 6/10/2025 | Confirmed |
| Lizzie Ross (30(b)(6)) | All MDL | 6/11/2025, 6/12/2025 | Confirmed |
| Plaintiff Relative | B.L. Case No. 3:24-cv-07940 | 6/13/2025 | Confirmed |
| Plaintiff | JD Case No. 3:23-cv-06708 | 6/13/2025 | Confirmed |
| Greg Brown (30(b)(6)) | All MDL | 6/16/2025, 6/17/2025 | Confirmed |
| Jill Hazelbaker | All MDL | 6/17/2025 | Confirmed |
| Plaintiff | WHB 1876 Case No. 3:24-cv-05230 | 6/20/2025 | Confirmed |
| William Anderson (30(b)(6)) | All MDL | 6/23/2025, 6/24/2025 | Confirmed |
| Joe Sullivan | All MDL | 6/25/2025 | Confirmed |
| Sunny Wong (30(b)(6)) | All MDL | 6/25/2025 | Confirmed |
| Dara Khosrowshahi | All MDL | 7/1/2025 | Confirmed |
| Travis Kalanick | All MDL | 7/3/2025 | Provisionally confirmed |
| Greg Brown (30(b)(6)) | Wave 1 Case Specific | 7/14/2025, 7/15/2025 | Confirmed |
| Hannah Nilles (30(b)(6)) | Wave 1 Case Specific | 7/16/2025 | Confirmed |

Full Schedule