1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF ANDREW R. KAUFMAN IN SUPPORT OF PLAINTIFFS' POSITION IN THE JOINT LETTER REGARDING INTERROGATORY NO. 8** |
| This Document Relates to: ALL MATTERS | Judge:      Hon. Lisa J. Cisneros<br>Courtroom: G - 15th Floor |

I, Andrew R. Kaufman, declare:

1. I am an attorney in the law firm of Girard Sharp, LLP. I am a member of the State Bars of Wisconsin and New York and am admitted to practice pro hac vice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Attached as **Exhibit A** is a true and correct copy of first set of interrogatories served by Plaintiff LCHB128 on the Uber Defendants on March 27, 2025. Interrogatory 8 was served in identical substance by each Bellwether Plaintiff.

3. Attached as **Exhibit B** is a true and correct copy of excerpts of the Uber Defendants' May 16, 2025 supplemental responses and objections to Plaintiff LCHB128's first set of interrogatories.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of May, 2025 in Washington, DC.

*/s/ Andrew R. Kaufman*
Andrew R. Kaufman

---

1

DECLARATION OF ANDREW R. KAUFMAN IN SUPPORT OF PLAINTIFFS' POSITION IN THE JOINT LETTER REGARDING INTERROGATORY NO. 28
Case No. 3:23-md-03084-CRB (LJC)