C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine E. Cutter (SBN 312622)
**CUTTER LAW, P.C.**
401 Watt Ave.
Sacramento, CA 95864
(916) 290-9400
bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com

*ATTORNEYS FOR PLAINTIFFS*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB<br><br>*Hon. Judge Charles R. Breyer* |
| THIS DOCUMENT RELATES TO:<br><br>*Roe CL 101 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-01118*<br><br>*Roe CL 102 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-01120* | |

## NOTICE OF FILING OF NEW ACTIONS

Notice is hereby given pursuant to Pretrial Order No. 6 that Short Form Complaints and Jury Demands have been filed on behalf of Plaintiffs Jane Roe CL 101 and Jane Roe CL 102.

DATED: May 28, 2025                           Respectfully submitted,

                                              /s/ Jennifer S. Domer
                                              Jennifer S. Domer

                                              C. Brooks Cutter
                                              Jennifer S. Domer
                                              Celine E. Cutter
                                              CUTTER LAW, P.C.

|   |   |
|---|---|
| 1 | 401 Watt Avenue |
| 2 | Sacramento, CA 95864 |
|   | (916) 290-9400 |
| 3 | bcutter@cutterlaw.com |
|   | jdomer@cutterlaw.com |
| 4 | ccutter@cutterlaw.com |
| 5 | *ATTORNEYS FOR PLAINTIFFS* |

2
NOTICE OF FILING SHORT FORM COMPLAINTS

**PROOF OF SERVICE**

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within entitled action; my business address is Cutter Law P.C., 401 Watt Avenue, Sacramento, California 95864.

On the date below, I served a copy of the following document(s) described as Short Form Complaints for Plaintiffs Jane Roe CL 101 and Jane Roe CL 102 on the interested party(ies) in this action as follows:

| X | **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on Pretrial Order No. 6: Direct Filing, whereby defense agreed to waive formal service of summons, I caused the documents to be sent from **ebell@***cutterlaw.com* to the person(s) at the e-mail address MDL3084-service-Uber@paulweiss.com. |
|---|---|

Executed on May 21, 2025 at Sacramento, California.

*Elaine Bell*

Elaine Bell