C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine E. Cutter (SBN 312622)
**CUTTER LAW, P.C.**
401 Watt Ave.
Sacramento, CA 95864
(916) 290-9400
bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com

*ATTORNEYS FOR PLAINTIFFS*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB<br><br>*Hon. Judge Charles R. Breyer* |
| THIS DOCUMENT RELATES TO:<br><br>*Roe CL 103 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-01347*<br><br>*Roe CL 104 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-01348*<br><br>*Roe CL 105 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-01349*<br><br>*Roe CL 106 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-01362*<br><br>*Roe CL 107 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-01470*<br><br>*Roe CL 108 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-01620*<br><br>*Roe CL 109 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-01652*<br><br>*Roe CL 110 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-01653*<br><br>*Roe CL 111 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-01654* | |

**NOTICE OF FILING NEW ACTIONS**

Notice is hereby given pursuant to Pretrial Order No. 6 that Short Form Complaints and Jury Demands have been filed on behalf of Plaintiffs Jane Roe CL 103, Jane Roe CL 104, Jane Roe CL 105, Jane Roe CL 106, Jane Roe CL 107, Jane Roe CL 108, Jane Roe CL 109, Jane Roe CL 110, and Jane Roe CL 111.

DATED:  May 28, 2025                              Respectfully submitted,

                                                            /s/ Jennifer S. Domer
                                                            Jennifer S. Domer

                                                            C. Brooks Cutter
                                                            Jennifer S. Domer
                                                            Celine E. Cutter
                                                            CUTTER LAW, P.C.
                                                            401 Watt Avenue
                                                            Sacramento, CA 95864
                                                            (916) 290-9400
                                                            bcutter@cutterlaw.com
                                                            jdomer@cutterlaw.com
                                                            ccutter@cutterlaw.com

                                                           *ATTORNEYS FOR PLAINTIFFS*

## PROOF OF SERVICE

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within entitled action; my business address is Cutter Law P.C., 401 Watt Avenue, Sacramento, California 95864.

On the date below, I served a copy of the following document(s) described as Short Form Complaints for Plaintiffs Jane Roe CL 103 through Jane Roe CL 111 on the interested party(ies) in this action as follows:

| X | **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on Pretrial Order No. 6: Direct Filing, whereby defense agreed to waive formal service of summons, I caused the documents to be sent from **ebell@***cutterlaw.com* to the person(s) at the e-mail address MDL3084-service-Uber@paulweiss.com. |
|---|---|

Executed on May 27, 2025 at Sacramento, California.

*Elaine Bell*
Elaine Bell