IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ This Order Relates To: *ALL CASES* | MDL No. 3084 **ORDER DENYING DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE** Re: Dkt. No. 3079 |

After considering Defendants' dkt. 3079 Motion for Relief from dkt. 2995 Nondispositive Order of Magistrate Judge Cisneros Resolving Discovery Letter Regarding Rule 30(b)(6) Depositions, the Court has concluded that Judge Cisneros exercised sound judgement in authorizing Plaintiffs' request that Uber's deponents bring laptops with access to Uber's systems to the depositions. The Court agrees with Judge Cisneros that Plaintiffs' request is within the bounds of Rule 30 and "likely appropriate and proportional . . . in light of the many disputes the parties have raised thus far regarding how Uber's documents are organized." Dkt. 2995 at 6. Therefore, Defendants' Motion for Relief is denied.

**IT IS SO ORDERED.**

Dated: May 29, 2025

CHARLES R. BREYER
United States District Judge