# EXHIBIT J



May 13, 2025

    Michael B. Shortnacy
2121 Avenue of the Stars
Suite 1400
Los Angeles, California 90067
**t** 424.285.8330
**dd** 424.324.3494
**f** 424.204.9093
mshortnacy@shb.com

Sarah R. London
Girard Sharp LLP
601 California Street, Suite 1400
San Francisco, CA 94108
slondon@girardsharp.com

Rachel B. Abrams
Peiffer Wolf Carr Kane Conway & Wise, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Rabrams@peifferwolf.com

Roopal P. Luhana, Esq.
Chaffin Luhana LLP
600 Third Avenue, F. 12
New York, NY 10016
Luhana@chaffinluhana.com

***Co-Lead Counsel for Plaintiffs***

***Re: In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation,***

Dear Counsel:

    On behalf of our clients, Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Defendants"), we are producing a computer overlay file for communication log documents previously produced in this matter in volume MDL-BW001 on April 30, 2025. This overlay file contains the Bellwether Plaintiffs' MDL Centrality ID in the production metadata for each document. Please note that documents in this production have been labelled as "CONFIDENTIAL" consistent with the MDL Protective Order entered by the Court on December 28, 2023. The designated materials shall be handled and stored in accordance with this Order of the Court.



May 13, 2025<br>
Page 2

| Bates Number Range | Document Description |
|---|---|
| UBER-MDL3084-BW-00000001 to UBER-MDL3084-BW-00000040 | Overlay file for communication log documents previously produced in volume MDL-BW001 |

You can access this file at the following FTP link: https://ftp.lhediscovery.com/. For security reasons, the password for the zip file on the FTP will follow under separate cover.

Production of this materials is not intended to, and does not, waive any applicable privilege or other legal basis under which information may be protected from disclosure. If it were found that provision of this material constitutes production of otherwise privileged matters, such disclosure would be inadvertent, and is not intended to, and does not, waive any attorney-client privilege, work-product, or other protection that the producing party would otherwise be entitled to assert with respect to the inadvertently produced material and its subject matter.

Defendants reserve the right to amend, supplement, correct, or modify the information contained herein and in the associated documents, if and as we obtain additional information.

Sincerely,

Michael B. Shortnacy
Partner

cc:

Patrick L. Oot
Christopher D. Cox
Bobbie E. Hooper
*Counsel for Defendants*
*Uber Technologies, Inc., Rasier LLC, and Rasier-CA LLC*