1  LAURA VARTAIN (SBN: 258485)
2      laura.vartain@kirkland.com
   **KIRKLAND & ELLIS LLP**
3  555 California Street, 30th Floor
   San Francisco, CA 94104
4  Telephone: (415) 439-1625

5  ALLISON M. BROWN (*Pro Hac Vice* admitted)
       allison.brown@kirkland.com
6  JESSICA DAVIDSON (*Pro Hac Vice* admitted)
       jessica.davidson@kirkland.com
7  601 Lexington Avenue
   New York, NY 10022
8  Telephone: (212) 446-4723

9
   *Counsel for Defendants*
10 UBER TECHNOLOGIES, INC.,
   RASIER, LLC, and RASIER-CA, LLC
11

12 *[Additional Counsel Listed on Following Pages]*

13

14                      **UNITED STATES DISTRICT COURT**

15                      **NORTHERN DISTRICT OF CALIFORNIA**

16                           **SAN FRANCISCO DIVISION**

17 | IN RE: UBER TECHNOLOGIES, INC., | Case No. 3:23-md-03084-CRB |
   | PASSENGER SEXUAL ASSAULT |  |
18 | LITIGATION, | **STIPULATION AND [PROPOSED]** |
   |  | **ORDER REGARDING BRIEFING** |
19 |  | **SCHEDULE FOR DEFENDANTS'** |
   | This Document Relates to: | **MOTION TO DISMISS** |
20 |  |  |
   | *A.R. v. Uber Technologies, Inc., et al.*, No. 24- | Judge:     Hon. Charles R. Breyer |
21 | cv-01827 | Courtroom: Courtroom 6 – 17th Floor |
22 | *D.J. v. Uber Technologies, Inc.*, et al., No. |  |
   | 3:24-cv-07228 |  |
23 |  |  |
24 | *A.G. v. Uber Technologies, Inc., et al.*, No. |  |
   | 3:24-cv-01915 |  |
25 | *A.R. v. Uber Technologies, Inc., et al.*, No. |  |
   | 3:24-cv-07821 |  |
26 |  |  |
27 | *B.L. v. Uber Technologies, Inc., et al.*, No. 24- |  |
   | cv-7940 |  |
28 | *C.L. v. Uber Technologies, Inc., et al.*, No. |  |

| | |
|---|---|
| 1 | 3:23-cv-04972 |
| 2 | *J.E. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-03335 |
| 3 | |
| 4 | *Jane Doe QLF 0001 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08783-CRB |
| 5 | *Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 |
| 6 | |
| 7 | *K.E. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05281-CRB |
| 8 | *Amanda Lazio v. Uber Technologies, Inc.*, No. 3:24-cv-08937-CRB |
| 9 | |
| 10 | *LCHB128 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-7019 |
| 11 | *T.L. v. Uber Technologies, Inc., et al.*, No. 24-cv-9217 |
| 12 | |
| 13 | *WHB 318 v. Uber Technologies, Inc.*, No. 3:24-cv-04889 |
| 14 | *WHB 407 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05028 |
| 15 | |
| 16 | *WHB 823 v.Uber Technologies, Inc.*, No. 3:24-cv-4900 |
| 17 | *WHB 1486 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04803 |
| 18 | |
| 19 | *WHB 1876 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05230 |
| 20 | *WHB 1898 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05027 |
| 21 | |
| 22 | *Jane Roe CL 68 v. Uber Technologies Inc., et al.*, No. 3:24-cv-06669-CRB |

1  SABRINA H. STRONG (SBN: 200292)
       sstrong@omm.com
2  JONATHAN SCHNELLER (SBN: 291288)
       jschneller@omm.com
3  **O'MELVENY & MYERS LLP**
4  400 South Hope Street, 19th Floor
   Los Angeles, CA 90071
5  Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
6
7  PATRICK L. OOT, JR. (*Pro Hac Vice* admitted)
       oot@shb.com
8  **SHOOK, HARDY & BACON, LLP**
   1800 K Street NW, 10th Floor
9  Washington, DC 20006
   Telephone: (202) 783-8400
10 Facsimile: (202) 783-4211
11
   ALYCIA A. DEGEN (SBN: 211350)
12    adegen@shb.com
   MICHAEL B. SHORTNACY (SBN: 277035)
13    mshortnacy@shb.com
   2121 Avenue of the Stars, Suite 1400
14 Los Angeles, CA 90067
   Telephone: (424) 285-8330
15 Facsimile: (424) 204-9093
16
   CHRISTOPHER V. COTTON (*Pro Hac Vice* admitted)
17    ccotton@shb.com
   255 Grand Boulevard
18 Kansas City, MO 64108
   Telephone: (816) 474-6550
19 Facsimile: (816) 421-5547

20
21
22
23
24
25
26
27
28

## RECITALS

**WHEREAS**, on April 15, 2025, Defendants filed a motion to dismiss Plaintiffs' amended bellwether complaints, Dkt. 2791;

**WHEREAS**, on May 15, 2025, Plaintiffs filed an opposition to the motion to dismiss, Dkt. 3002;

**WHEREAS**, Defendants' reply in support of its motion to dismiss is presently due on June 2, 2025, pursuant to Pretrial Order No. 21, Dkt. 1950;

**WHEREAS**, Defendants' motion was noticed for a hearing date to be determined by the Court subsequently;

**WHEREAS**, Defendants seek, and Plaintiffs do not oppose, an additional 7 days to file their reply, extending the deadline to June 9, 2025;

**WHEREAS**, Defendants' request is based on the complexity of the legal issues presented, and other pressing matters in this and related litigation, including ongoing summary judgment briefing in the JCCP pending in the California Superior Court for San Francisco County; and

**WHEREAS,** no other dates in the pretrial schedule set out in Pretrial Order Nos. 21 and 26 would need to be changed to accommodate the requested extension;

## STIPULATION

**NOW, THEREFORE**, the parties hereby agree and request the Court enter the parties' stipulation as follows:

Defendants' time to reply in support of their motion to dismiss the amended bellwether complaints (Dkt. 2791) is extended by 7 days, to and including June 9, 2025.

**IT IS SO STIPULATED.**

Dated:  May 29, 2025                    Respectfully submitted,

**O'MELVENY AND MYERS LLP**

By: */s/ Sabrina H. Strong*
SABRINA H. STRONG (SBN: 200292)
sstrong@omm.com
JONATHAN SCHNELLER (SBN: 291288)
jschneller@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor

|  |  |
|---|---|
| 1 | Los Angeles, CA 90071 |
| 2 | Telephone: (213) 430-6000 |
|  | Facsimile: (213) 430-6407 |
| 3 |  |
|  | *Counsel for Defendants* |
| 4 | UBER TECHNOLOGIES, INC., |
|  | RASIER, LLC, and RASIER-CA, LLC |

Respectfully submitted,

Dated:  May 29, 2025          **GIRARD SHARP LLP**


By: */s/ Sarah R. London*
Sarah R. London
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE**
CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*
** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

HON. CHARLES R. BREYER
United States District Judge