| | |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **NORTHERN DISTRICT OF CALIFORNIA** |
| 3 | **SAN FRANCISCO DIVISION** |

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF SABRINA H. STRONG IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS** |
| This Document Relates to: | |
| A.R. v. Uber Technologies, Inc., et al., No. 24-cv-01827 | |
| D.J. v. Uber Technologies, Inc., et al., No. 3:24-cv-07228 | Judge: Hon. Charles R. Breyer<br>Courtroom: Courtroom 6 – 17th Floor |
| A.G. v. Uber Technologies, Inc., et al., No. 3:24-cv-01915 | |
| A.R. v. Uber Technologies, Inc., et al., No. 3:24-cv-07821 | |
| B.L. v. Uber Technologies, Inc., et al., No. 24-cv-7940 | |
| C.L. v. Uber Technologies, Inc., et al., No. 3:23-cv-04972 | |
| J.E. v. Uber Technologies, Inc., et al., No. 3:24-cv-03335 | |
| Jane Doe QLF 0001 v. Uber Technologies, Inc., et al., No. 3:24-cv-08783-CRB | |
| Jaylynn Dean v. Uber Technologies, Inc., et al., No. 3:23-cv-06708 | |
| K.E. v. Uber Technologies, Inc., et al., No. 3:24-cv-05281-CRB | |
| Amanda Lazio v. Uber Technologies, Inc., No. 3:24-cv-08937-CRB | |
| LCHB128 v. Uber Technologies, Inc., et al., No. 3:24-cv-7019 | |
| T.L. v. Uber Technologies, Inc., et al., No. 24-cv-9217 | |

1
2
3
4
5
6
7
8
9
10
11

WHB 318 v. Uber Technologies, Inc., No. 3:24-cv-04889

WHB 407 v. Uber Technologies, Inc., et al., No. 3:24-cv-05028

WHB 823 v.Uber Technologies, Inc., No. 3:24-cv-4900

WHB 1486 v. Uber Technologies, Inc., et al., No. 3:24-cv-04803

WHB 1876 v. Uber Technologies, Inc., et al., No. 3:24-cv-05230

WHB 1898 v. Uber Technologies, Inc., et al., No. 3:24-cv-05027

Jane Roe CL 68 v. Uber Technologies Inc., et al., No. 3:24-cv-06669-CRB

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Sabrina H. Strong, declare:

1. I am an attorney admitted to practice law before all courts of the State of California and in the United States District Court for the Northern District of California. I am a Partner in the law firm of O'Melveny and Myers LLP, and I am one of the attorneys responsible for the representation of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this matter. Pursuant to Local Rule 6-2, I make this declaration in support of the parties' Stipulation and Proposed Order, filed concurrently herewith, regarding the briefing schedule for Defendants' Motion to Dismiss, Dkt. 2791. Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Defendants' request is based on the complexity of the legal issues presented and other pressing matters in this litigation, including ongoing summary judgment briefing in the JCCP pending in the California Superior Court for San Francisco County.

3. The briefing schedule, Dkt. 1950, for this particular motion has not been previously modified. The Court has previously extended other deadlines, including the deadlines for Plaintiffs' Opposition and Defendants' Reply regarding Defendants' Motion to Transfer. Dkt. 3057; *see also* Dkt. 3051-1 ¶ 4 (Plaintiffs' counsel's description of additional time modifications in case).

4. The requested extension will not affect the remaining case schedule.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2025 in Los Angeles, California.

*/s/ Sabrina H. Strong*
Sabrina H. Strong

**O'MELVENY AND MYERS LLP**
SABRINA H. STRONG (SBN: 200292)
sstrong@omm.com
400 South Hope Street, 19th Floor
Los Angeles, CA 90071

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC