1

2

3

4

5

6

7

8

9

10

11

12

13

**UNITED STATES DISTRICT COURT**

14

**NORTHERN DISTRICT OF CALIFORNIA**

15

**SAN FRANCISCO DIVISION**

16

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF JOINT LETTER BRIEF AND EXHIBITS REGARDING PLAINTIFFS' INTERROGATORIES 7 & 8** |
| This Document Relates to: | |
| ALL ACTIONS | |
| | Judge: Hon. Lisa J. Cisneros |
| | Courtroom: G – 15th Floor |

17

18

19

20

21

22

23

24

25

26

27

28

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC's (collectively "Uber") Administrative Motion to File Under Seal Portions of Joint Letter Brief and Exhibits Regarding Plaintiffs' Interrogatories 7 & 8, dated May 29, 2025, the Court hereby ORDERS that the following materials remain under seal:

| Document | Description |
|---|---|
| Portions of Joint Letter Brief Regarding Plaintiffs' Interrogatories 7 & 8 | Redacted portions contain confidential, non-public, internal information regarding Uber's review and analysis of incident data. |
| Portions of B. Wilkins Declaration in Support of Joint Letter Brief Regarding Plaintiffs' Interrogatories 7 & 8 | Redacted portions contain confidential, non-public, internal information regarding Uber's review and analysis of incident data. |
| Portions of Exhibit A to Joint Letter Brief Regarding Plaintiffs' Interrogatories 7 & 8 | Redacted portions of Defendants' Amended Responses to Plaintiffs' Second Set of Interrogatories contain confidential, non-public, internal information regarding Uber's review and analysis of incident data. |
| Portions of Exhibit B to Joint Letter Brief Regarding Plaintiffs' Interrogatories 7 & 8 | Redacted portions contain confidential, non-public, internal information regarding Uber's review and analysis of incident data. |
| Portions of Exhibit D to Joint Letter Brief Regarding Plaintiffs' Interrogatories 7 & 8 | Redacted portions of email contain confidential, non-public, internal information regarding Uber's review and analysis of incident data. |
| Portions of Exhibit F to Joint Letter Brief Regarding Plaintiffs' Interrogatories 7 & 8 | Redacted portions Defendants' Second Amended Responses to Plaintiffs' Second Set of Interrogatories contain confidential, non-public, internal information regarding Uber's review and analysis of incident data. |
| Portions of M. Shortnacy Declaration in Support of Joint Letter Brief Regarding Plaintiffs' Interrogatories 7 & 8 | Redacted portions contain confidential, non-public, internal information regarding Uber's review and analysis of incident data. |

| Document | Description |
|---|---|
| Portions of Exhibit 1 to Joint Letter Brief Regarding Plaintiffs' Interrogatories 7 & 8 | Redacted portions Defendants' Responses to Plaintiffs' Second Set of Interrogatories contain confidential, non-public, internal information regarding Uber's review and analysis of incident data and the identities of third parties. |

**IT IS SO ORDERED.**

Dated:_____                    _____

                                                  Hon. Lisa J. Cisneros
                                                  United States Magistrate Judge

3