# EXHIBIT B

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In re Uber Technologies, Inc., Passenger Sexual Assault Litigation*
(Case No.: 3:23-MD-03084 CRB)

**Information Provided by Defendants Pursuant to the Parties' Agreement, Dated April 4, 2025, Regarding Categorization of Reports of Sexual Assault or Sexual Misconduct Incidents Alleged to Have Occurred in 2023 or 2024**

On April 4, 2025, the Parties agreed that Defendants would provide numbers, with caveats, for the categorization of incident reports for the years 2017-2022, as requested by Interrogatories Nos. 1-6 from Plaintiffs' Second Set of Interrogatories. While Interrogatories Nos. 7-8 from Plaintiffs' Second Set of Interrogatories seek similar information for the years 2023 and 2024, the Parties' agreement did not include a similar requirement for Defendants to provide numbers for the years 2023 and 2024. Instead, during the Parties' conferrals, Defendants explained their objection to providing numbers for the years 2023 and 2024, and Plaintiffs requested, and the Parties agreed, that Defendants would provide that reason in writing, which Defendants provide here. ███████████████████████

███████████████████████████████████████████████████████████

███████████████