1  BRET STANLEY
   **Johnson Law Group**
2  2925 Richmond Ave, Suite 1700
   Houston, TX 77098
3  Telephone: (713) 626-9336
   Facsimile: (800) 731-6018
4  Email: bstanley@johnsonlawgroup.com

5  *Counsel for Plaintiff*

6
                    **UNITED STATES DISTRICT COURT**
7                 **NORTHERN DISTRICT OF CALIFORNIA**
                      **SAN FRANCISCO DIVISION**
8

9  IN RE: UBER TECHNOLOGIES, INC.,          MDL No. 3084 CRB
   PASSENGER SEXUAL ASSAULT
10 LITIGATION                               **NOTICE OF FILING OF NEW ACTION**

11

12 This Document Relates to:

13 *JLG 143 v. Uber Technologies, Inc., et al;* 3:25-
   cv-4557
14
            Notice is hereby given pursuant of Pretrial Order No. 6 (Direct Filing) that the
15
   Complaint and Jury Demand in the above Referenced action was filed on May 30, 2025.
16

17

18   Dated: May 30, 2025              Respectfully submitted,
19
                                      By: */s/ Bret Stanley*
20
                                      BRET STANLEY
21                                    **Johnson Law Group**
                                      2925 Richmond Ave, Suite 1700
22                                    Houston, TX 77098
                                      Telephone: (713) 626-9336
23                                    Facsimile: (800) 731-6018
                                      Email: bstanley@johnsonlawgroup.com
24

25                                    *Counsel for Plaintiff*
26

27

28

                                    1
                                                      SHORT FORM COMPLAINT

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on May 30, 2025, I electronically transmitted the foregoing **NOTICE**

3

**OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing

4

thereby electronically transmitting this filing to all CM/ECF registrants.

5

6

*/s/ Bret Stanley*

7

Bret Stanley

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28