1    BRET STANLEY
     **Johnson Law Group**
2    2925 Richmond Ave, Suite 1700
     Houston, TX 77098
3    Telephone: (713) 626-9336
     Facsimile: (800) 731-6018
4    Email: bstanley@johnsonlawgroup.com

5    *Counsel for Plaintiff*

6

7             **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
            **SAN FRANCISCO DIVISION**

8

| | |
|---|---|
| 9   IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| 10 | **NOTICE OF FILING OF NEW ACTION** |
| 11 | |
| 12   This Document Relates to: | |
| 13   *JLG 147 v. Uber Technologies, Inc., et al;* 3:25-cv-4569 | |

14        Notice is hereby given pursuant of Pretrial Order No. 6 (Direct Filing) that the

15   Complaint and Jury Demand in the above Referenced action was filed on May 30, 2025.

16

17

18    Dated: May 30, 2025            Respectfully submitted,

19

20                        By: */s/ Bret Stanley*

21                        BRET STANLEY
                          **Johnson Law Group**
22                        2925 Richmond Ave, Suite 1700
                       Houston, TX 77098
23                        Telephone: (713) 626-9336
                       Facsimile: (800) 731-6018
                       Email: bstanley@johnsonlawgroup.com
24

25                        *Counsel for Plaintiff*

26

27

28

                               1                      SHORT FORM COMPLAINT

1

## CERTIFICATE OF SERVICE

2          I hereby certify that on May 30, 2025, I electronically transmitted the foregoing **NOTICE**

3    **OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing

4    thereby electronically transmitting this filing to all CM/ECF registrants.

5

6                                            */s/ Bret Stanley*
                                              Bret Stanley
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28