William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com

*Attorneys for Levin Simes Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB <br><br> **DECLARATION OF WILLIAM A. LEVIN IN SUPPORT OF LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS LEVIN SIMES CASES FOR FAILURE TO COMPLY WITH DISCOVERY ORDERS** |
| This Document Relates to: <br><br> *J*ane Doe LS 90 v. Uber Technologies, Inc., et al., No. 3:23-cv- 03956-CRB <br><br> Jane Doe LS 250 v. Uber Technologies, Inc., et al., No. 3:23-cv- 03995-CRB <br><br> Jane Doe LS 383 v. Uber Technologies, Inc., et al., No. 3:23-cv- 05197-CRB <br><br> Jane Doe LS 107 v. Uber Technologies, Inc., et al., No. 3:23-cv- 05232-CRB <br><br> Jane Doe LS 353 v. Uber Technologies, Inc., et al., No. 3:23-cv- 05401-CRB <br><br> Jane Doe LS 285 v. Uber Technologies, Inc., et al., No. 3:23-cv- 05919-CRB <br><br> Jane Doe LS 330 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05160-CRB | Judge: Honorable Charles R. Breyer <br> Date: July 11, 2025 <br> Time: 10:00 a.m. <br> Courtroom: 6 – 17th Floor |

1

CASE NO. 3:23-MD-03084-CRB    DECL. OF WILLIAM A. LEVIN ISO LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH DISCOVERY ORDERS

| | |
|---|---|
| 1 | Jane Doe LS 419 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05263-CRB |
| 2 | |
| 3 | Jane Doe LS 412 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05317-CRB |
| 4 | Jane Doe LS 492 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05324-CRB |
| 5 | |
| 6 | Jane Doe LS 338 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05326-CRB |
| 7 | Jane Doe LS 252 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05334-CRB |
| 8 | |
| 9 | Jane Doe LS 225 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05336-CRB |
| 10 | Jane Doe LS 131 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05337-CRB |
| 11 | |
| 12 | Jane Doe LS 128 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05377-CRB |
| 13 | Jane Doe LS 281 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05430-CRB |
| 14 | |
| 15 | Jane Doe LS 507 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05509-CRB |
| 16 | Jane Doe LS 500 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05513-CRB |
| 17 | |
| 18 | Jane Doe LS 101 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05521-CRB |
| 19 | Jane Doe LS 506 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05531-CRB |
| 20 | |
| 21 | Jane Doe LS 473 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05544-CRB |
| 22 | Jane Doe LS 47 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05571-CRB |
| 23 | |
| 24 | Jane Doe LS 482 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05593-CRB |
| 25 | Jane Doe LS 476 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05646-CRB |
| 26 | |
| 27 | Jane Doe LS 467 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05652-CRB |
| 28 | |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

2

CASE NO. 3:23-MD-03084-CRB   DECL. OF WILLIAM A. LEVIN ISO LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH DISCOVERY ORDERS

| | |
|---|---|
| 1 | Jane Doe LS 509 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05662-CRB |
| 2 | Jane Doe LS 449 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05689-CRB |
| 3 | Jane Doe LS 435 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05755-CRB |
| 4 | |
| 5 | Jane Doe LS 452 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05756-CRB |
| 6 | Jane Doe LS 422 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05758-CRB |
| 7 | |
| 8 | Jane Doe LS 519 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05759-CRB |
| 9 | Jane Doe LS 429 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05797-CRB |
| 10 | |
| 11 | Jane Doe LS 434 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05814-CRB |
| 12 | Jane Doe LS 417 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05821-CRB |
| 13 | |
| 14 | Jane Doe LS 469 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05874-CRB |
| 15 | Jane Doe LS 289 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05883-CRB |
| 16 | |
| 17 | Jane Doe LS 366 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05886-CRB |
| 18 | Jane Doe LS 355 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05887-CRB |
| 19 | |
| 20 | Jane Doe LS 300 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05900-CRB |
| 21 | Jane Doe LS 267 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05901-CRB |
| 22 | |
| 23 | Jane Doe LS 173 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05907-CRB |
| 24 | Jane Doe LS 169 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05918-CRB |
| 25 | |
| 26 | Jane Doe LS 324 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05920-CRB |
| 27 | Jane Doe LS 124 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05930-CRB |
| 28 | |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

1  Jane Doe LS 132 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05934-CRB
2
3  Jane Doe LS 45 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05935-CRB
4  Jane Doe LS 243 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05939-CRB
5  Jane Doe LS 192 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05975-CRB
6
7  Jane Doe LS 5 v. Uber Technologies, Inc., et al., No. 3:24-cv-05976-CRB
8  Jane Doe LS 288 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05987-CRB
9
10 Jane Doe LS 160 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05996-CRB
11 Jane Doe LS 327 v. Uber Technologies, Inc., et al., No. 3:24-cv- 06032-CRB

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

4

CASE NO. 3:23-MD-03084-CRB    DECL. OF WILLIAM A. LEVIN ISO LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH DISCOVERY ORDERS

I, William A. Levin declare as follows:

1. I am an attorney who is duly licensed to practice law before all courts of the State of California. I am a partner the law firm Levin Simes LLP, and counsel of record for all Jane Doe LSA and Jane Doe LS Plaintiffs in MDL No. 3084. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2. This declaration is made in support of Levin Simes Plaintiffs' Opposition to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss Levin Simes Cases for Failure to Comply with Discovery Orders.

3. Since this issue was raised in late December 2024, our firm has been able to cure

4. over seventy percent of the fact sheet deficiencies, and we expect we will continue to cure them.

5. Our firm's efforts to reach the Plaintiff subject to Uber's motion include numerous phone calls, emails, texts, written letters, and address searches. We also employed investigators to trace new contact information for these individuals.

6. Uber identifies 52 Plaintiffs, however in the time between Uber's filing of its moving papers and the filing of this brief, Levin Simes produced seven additional fact sheets:

    a. Jane Doe LS 90
    b. Jane Doe LS 419
    c. Jane Doe LS 128
    d. Jane Doe LS 469
    e. Jane Doe LS 289
    f. Jane Doe LS 267
    g. Jane Doe LS 327

7. Further, three of the Plaintiffs subject to Uber's motion are currently incarcerated, and one Plaintiff is deceased.

8. Uber brought a similar request in the JCCP before Judge Schulman. Judge Schulman

2

CASE NO. 3:23-MD-03084-CRB   DECL. OF WILLIAM A. LEVIN ISO LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH DISCOVERY ORDERS

denied the request because the cases were stayed, and bellwethers were already selected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 30, 2025, in San Francisco, California.

                          Respectfully Submitted,

                          */s/ William A. Levin*
                          William A. Levin
                          *Attorney for LS Plaintiffs*

3

CASE NO. 3:23-MD-03084-CRB   DECL. OF WILLIAM A. LEVIN ISO LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH DISCOVERY ORDERS

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

*/s/ William A. Levin*
William A. Levin

4

CASE NO. 3:23-MD-03084-CRB    DECL. OF WILLIAM A. LEVIN ISO LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH DISCOVERY ORDERS

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax