|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |
| SAN FRANCISCO DIVISION | |

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** <br><br> _____ <br><br> Jane Doe LS 90 v. Uber Technologies, Inc., et al., No. 3:23-cv- 03956-CRB <br><br> Jane Doe LS 250 v. Uber Technologies, Inc., et al., No. 3:23-cv- 03995-CRB <br><br> Jane Doe LS 383 v. Uber Technologies, Inc., et al., No. 3:23-cv- 05197-CRB <br><br> Jane Doe LS 107 v. Uber Technologies, Inc., et al., No. 3:23-cv- 05232-CRB <br><br> Jane Doe LS 353 v. Uber Technologies, Inc., et al., No. 3:23-cv- 05401-CRB <br><br> Jane Doe LS 285 v. Uber Technologies, Inc., et al., No. 3:23-cv- 05919-CRB <br><br> Jane Doe LS 330 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05160-CRB <br><br> Jane Doe LS 419 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05263-CRB <br><br> Jane Doe LS 412 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05317-CRB <br><br> Jane Doe LS 492 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05324-CRB <br><br> Jane Doe LS 338 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05326-CRB <br><br> Jane Doe LS 252 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05334-CRB <br><br> Jane Doe LS 225 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05336-CRB | Case No. 3:23-md-03084-CRB <br><br> *Honorable Judge Charles R. Breyer* <br> **[PROPOSED] ORDER RE: LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS LEVIN SIMES CASES FOR FAILURE TO COMPLY WITH DISCOVERY ORDERS** <br><br> Judge: Honorable Charles R. Breyer <br> Date: July 11, 2025 <br> Time: 10:00 a.m. <br> Courtroom: 6 – 17th Floor |

1

CASE NO. 3:23-MD-03084-CRB           STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE OF LEVIN SIMES LLP PLAINTIFFS

| | |
|---|---|
| 1 | Jane Doe LS 131 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05337-CRB |
| 2 | |
| 3 | Jane Doe LS 128 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05377-CRB |
| 4 | Jane Doe LS 281 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05430-CRB |
| 5 | |
| 6 | Jane Doe LS 507 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05509-CRB |
| 7 | Jane Doe LS 500 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05513-CRB |
| 8 | |
| 9 | Jane Doe LS 101 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05521-CRB |
| 10 | Jane Doe LS 506 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05531-CRB |
| 11 | |
| 12 | Jane Doe LS 473 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05544-CRB |
| 13 | Jane Doe LS 47 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05571-CRB |
| 14 | |
| 15 | Jane Doe LS 482 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05593-CRB |
| 16 | Jane Doe LS 476 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05646-CRB |
| 17 | |
| 18 | Jane Doe LS 467 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05652-CRB |
| 19 | Jane Doe LS 509 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05662-CRB |
| 20 | |
| 21 | Jane Doe LS 449 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05689-CRB |
| 22 | Jane Doe LS 435 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05755-CRB |
| 23 | Jane Doe LS 452 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05756-CRB |
| 24 | |
| 25 | Jane Doe LS 422 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05758-CRB |
| 26 | Jane Doe LS 519 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05759-CRB |
| 27 | |
| 28 | |

CASE NO. 3:23-MD-03084-CRB    STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE OF LEVIN SIMES LLP PLAINTIFFS

| | |
|---|---|
| 1 | Jane Doe LS 429 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05797-CRB |
| 2 | Jane Doe LS 434 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05814-CRB |
| 3 | |
| 4 | Jane Doe LS 417 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05821-CRB |
| 5 | Jane Doe LS 469 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05874-CRB |
| 6 | |
| 7 | Jane Doe LS 289 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05883-CRB |
| 8 | Jane Doe LS 366 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05886-CRB |
| 9 | |
| 10 | Jane Doe LS 355 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05887-CRB |
| 11 | Jane Doe LS 300 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05900-CRB |
| 12 | |
| 13 | Jane Doe LS 267 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05901-CRB |
| 14 | Jane Doe LS 173 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05907-CRB |
| 15 | |
| 16 | Jane Doe LS 169 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05918-CRB |
| 17 | Jane Doe LS 324 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05920-CRB |
| 18 | |
| 19 | Jane Doe LS 124 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05930-CRB |
| 20 | Jane Doe LS 132 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05934-CRB |
| 21 | |
| 22 | Jane Doe LS 45 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05935-CRB |
| 23 | Jane Doe LS 243 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05939-CRB |
| 24 | Jane Doe LS 192 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05975-CRB |
| 25 | |
| 26 | Jane Doe LS 5 v. Uber Technologies, Inc., et al., No. 3:24-cv-05976-CRB |
| 27 | Jane Doe LS 288 v. Uber Technologies, |
| 28 | |

3

CASE NO. 3:23-MD-03084-CRB    STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE OF LEVIN SIMES LLP PLAINTIFFS

Inc., et al., No. 3:24-cv- 05987-CRB

Jane Doe LS 160 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05996-CRB

Jane Doe LS 327 v. Uber Technologies, Inc., et al., No. 3:24-cv- 06032-CRB

## [PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Levin Simes Cases for Failure to Comply with Discovery Orders, the Court therefore hereby ORDERS as follows:

1. Each Plaintiff subject to Defendants' Motion must provide a complete and verified Plaintiff Fact Sheet within 14 days of this Order.

2. 2. Uber shall submit a declaration within 21 days of this Order, identifying which, if any, Plaintiffs have not complied with the Court's Order as of that date.

3. 3. If Levin Simes LLP ("Levin Simes") disagrees with the inclusion of any Plaintiff(s) identified in Uber's declaration, Levin Simes shall submit a declaration 28 days of this Order, identifying the date when such Plaintiff(s) submitted a complete and verified Plaintiff Fact Sheet. 4. The Court will dismiss without prejudice the claims of any Plaintiff who does not comply with Paragraph 1 of this Order.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
HON. CHARLES R. BREYER
United States District Court Judge