UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** _____ This Document Relates to: *Jane Doe LS 293 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-04364-CRB *Jane Doe LS 231 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-04367-CRB *Jane Doe LS 144 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-04388-CRB *Jane Doe LS 112 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05286-CRB *Jane Doe LS 284 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05363-CRB *Jane Doe LS 126 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05370-CRB *Jane Doe LS 265 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05377-CRB *Jane Doe LS 200 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05387-CRB *Jane Doe LS 66 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05414-CRB *Jane Doe LS 317 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05424-CRB *Jane Doe LS 234 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05433-CRB *Jane Doe LS 191 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05573-CRB *Jane Doe LS 273 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05946-CRB | Case No. 3:23-md-03084-CRB *Honorable Judge Charles R. Breyer* **[PROPOSED] ORDER RE: LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO ENFORCE THE COURT'S MARCH 26, 2025 ORDER TO DISMISS LEVIN SIMES CASES FOR FAILURE TO COMPLY WITH DISCOVERY ORDERS** Judge: Honorable Charles R. Breyer Date: July 11, 2025 Time: 10:00 a.m. Courtroom: 6 – 17th Floor |

1

1. *Jane Doe LS 470 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05207-CRB

2. *Jane Doe LS 232 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05327-CRB

3. *Jane Doe LS 373 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05328-CRB

4. *Jane Doe LS 462 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05329-CRB

5. *Jane Doe LS 226 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05330-CRB

6. *Jane Doe LS 166 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05331-CRB

7. *Jane Doe LS 122 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05332-CRB

8. *Jane Doe LS 202 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05333-CRB

9. *Jane Doe LS 416 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05335-CRB

10. *Jane Doe LS 305 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05338-CRB

11. *Jane Doe LS 201 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05354-CRB

12. *Jane Doe LS 189 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05379-CRB

13. *Jane Doe LS 272 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05390-CRB

14. *Jane Doe LS 199 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05402-CRB

15. *Jane Doe LS 279 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05420-CRB

16. *Jane Doe LS 139 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05527-CRB

17. *Jane Doe LS 487 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05611-CRB

18. *Jane Doe LS 141 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05634-CRB

19. *Jane Doe LS 423 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05676-CRB

| | |
|---|---|
| 1 | *Jane Doe LS 491 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05678-CRB |
| 2 | |
| 3 | *Jane Doe LS 441 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05751-CRB |
| 4 | *Jane Doe LS 518 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05761-CRB |
| 5 | |
| 6 | *Jane Doe LS 319 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05800-CRB |
| 7 | *Jane Doe LS 484 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05824-CRB |
| 8 | |
| 9 | *John Doe LS 4 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05861-CRB |
| 10 | *Jane Doe LS 368 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05898-CRB |
| 11 | |
| 12 | *Jane Doe LS 274 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05902-CRB |
| 13 | *Jane Doe LS 359 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05908-CRB |
| 14 | |
| 15 | *Jane Doe LS 342 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05913-CRB |
| 16 | *Jane Doe LS 304 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05914-CRB |
| 17 | |
| 18 | *Jane Doe LS 369 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05915-CRB |
| 19 | *Jane Doe LS 269 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05922-CRB |
| 20 | |
| 21 | *Jane Doe LS 93 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05925-CRB |
| 22 | *Jane Doe LS 7 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05926-CRB |
| 23 | |
| 24 | *Jane Doe LS 504 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05928-CRB |
| 25 | *Jane Doe LS 180 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05936-CRB |
| 26 | |
| 27 | *Jane Doe LS 119 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05937-CRB |
| 28 | *Jane Doe LS 197 v. Uber Technologies, Inc., et* |

*al.,* Case No. 3:24-cv-06003-CRB

*Jane Doe LS 314 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-06016-CRB

*Jane Doe LS 188 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-06022-CRB

*Jane Doe LS 230 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-06026-CRB

*Jane Doe LS 209 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-06033-CRB

*Jane Doe LS 532 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-06927-CRB

*Jane Doe LS 534 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-07142-CRB

## [PROPOSED] ORDER

Having considered Defendants' Motion to Enforce the Court's March 26, 2025 Order to Dismiss Levin Simes Cases for Failure to Comply with Discovery Orders, and Plaintiffs' Opposition to the same, the Court therefore hereby ORDERS as follows:

Uber's Motion to Enforce the Court's March 26, 2025, order with respect to incarcerated or deceased clients is DENIED.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
HON. CHARLES R. BREYER
United States District Court Judge