[Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**Letter Regarding May 29 Joint Letter**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

   Pursuant to the Court's May 22, 2025 Order (ECF No. 3059), the Parties submitted a joint letter on May 29, 2025 regarding the scope of Plaintiffs' Second Set of Interrogatories. (ECF No. 3096.)  The Parties are pleased to inform the Court that they have resolved the dispute raised in that letter. The Parties agree that Uber will provide, for each month of 2023 and 2024, the number of incidents Uber categorized into each category of Uber's Sexual Violence Taxonomy as well as the "Insufficient Information" or "Parent Category Usage Tracking" categories. Uber will provide these numbers in a format consistent with the numbers Uber provided in response to Interrogatories 1 through 6 and will provide this information by June 20, 2025.  Plaintiffs understand that Uber intends to include the same or similar caveats as included in its responses to Interrogatories 1 through 6, and may include additional qualifications regarding validation or auditing of the 2023-2024 data.

                     Respectfully submitted,

DATED:  June 2, 2025

By: */s/ Roopal Luhana*  
ROOPAL P. LUHANA *(Pro Hac Vice)*  
**CHAFFIN LUHANA LLP**  
600 Third Avenue, Fl. 12  
New York, NY 10016  
Telephone: (888) 480-1123  
Email: luhana@chaffinluhana.com  
*Co-Lead Counsel for Plaintiffs*

SARAH R. LONDON (SBN 267083)  
**GIRARD SHARP LLP**

By: */s/ Laura Vartain Horn*  
**KIRKLAND & ELLIS LLP**  
ALLISON M. BROWN  
JESSICA DAVIDSON  
LAURA VARTAIN HORN  

**SHOOK, HARDY & BACON L.L.P.**  
MICHAEL B. SHORTNACY  
PATRICK L. OOT, JR.  
CHRISTOPHER V. COTTON  
ALYCIA A. DEGEN

601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

**O'MELVENY AND MYERS LLP**
SABRINA H. STRONG
JONATHAN SCHNELLER

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

## ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: June 2, 2025

By: <u>/s/ Laura Vartain Horn</u>

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Laura Vartain Horn*