RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
MARC PRICE WOLF (SBN: 254495)
  mpricewolf@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

[*Additional Counsel Listed on Next Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**MOTION TO SUBSTITUTE LAW FIRM** |
| This Document Relates to:<br><br>ALL MATTERS, 3:23-md-03084-CRB<br><br>And individually<br><br>*Jane Doe LSA 340 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-01165-CRB<br><br>*Katherine Hylin v. Uber Technologies, Inc., et al.*, No. 3:23-cv-01630-CRB<br><br>*Jane Doe v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05227-CRB<br><br>*E.R. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-02051-CRB<br><br>*A.G. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-02071-CRB | Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

| | |
|---|---|
| 1 | *Taylor Gavin v. Uber Technologies, Inc., et al.*, No. 3:23-cv-02111-CRB |
| 2 | |
| 3 | *Cynthia Crawford v. Uber Technologies, Inc., et al.*, No. 3:23-cv-02290-CRB |
| 4 | |
| 5 | *A.M. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03406-CRB |
| 6 | *A.H.M. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03482-CRB |
| 7 | |
| 8 | *H.B. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03488-CRB |
| 9 | |
| 10 | *Jane Doe LS 16 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03758-CRB |
| 11 | *Jane Doe LS 75 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03805-CRB |
| 12 | |
| 13 | *Jane Doe LS 134 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03811-CRB |
| 14 | |
| 15 | *Jane Doe LS 348 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03816-CRB |
| 16 | *D.P. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03846-CRB |
| 17 | |
| 18 | *Ashley Jones v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03851-CRB |
| 19 | *S.D. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03852-CRB |
| 20 | |
| 21 | *Jane Doe F-1 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03945-CRB |
| 22 | |
| 23 | *Jane Doe LS 90 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03956-CRB |
| 24 | *Jane Doe LS 237 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03973-CRB |
| 25 | |
| 26 | *Jane Doe LS 231 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-04367-CRB |
| 27 | |
| 28 | |

1  *K.H. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-02840-CRB
2
3  *Z.W. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-02844-CRB
4
5  *S.A. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-02845-CRB
6  *M.H. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06200-CRB
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | ROBERT A. ATKINS (Admitted *Pro Hac Vice*) |
| | ratkins@paulweiss.com |
| 2 | JACQUELINE P. RUBIN (Admitted *Pro Hac Vice*) |
| | jrubin@paulweiss.com |
| 3 | YAHONNES CLEARY (Admitted *Pro Hac Vice*) |
| | ycleary@paulweiss.com |
| 4 | CAITLIN E. GRUSAUSKAS (Admitted *Pro Hac Vice*) |
| | cgrusauskas@paulweiss.com |
| 5 | ANDREA M. KELLER (Admitted *Pro Hac Vice*) |
| | akeller@paulweiss.com |
| 6 | JOHN THOMAS PARKER MURRAY (Admitted *Pro Hac Vice*) |
| | pmurray@paulweiss.com |
| 7 | LOUIS MURRAY (Admitted *Pro Hac Vice*) |
| | lmurray@paulweiss.com |
| 8 | **PAUL, WEISS, RIFKIND, WHARTON** |
| | **& GARRISON LLP** |
| 9 | 1285 Avenue of the Americas |
| | New York, NY 10019 |
| 10 | Telephone: (212) 373-3000 |

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

On behalf of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, in the coordinated proceeding and underlying cases, the following attorneys from the law firm of Paul, Weiss, Rifkind, Wharton & Garrison, LLP:

- Randall S. Luskey (SBN: 240915)
- Marc Price Wolf (SBN: 254495)
- Jacqueline P. Rubin (Admitted *Pro Hac Vice*)
- Jessica E. Phillips (Admitted *Pro Hac Vice*)
- Robert A. Atkins (Admitted *Pro Hac Vice*)
- Yahonnes Cleary (Admitted *Pro Hac Vice*)
- Andrea Keller (Admitted *Pro Hac Vice*)
- Caitlin E. Grusauskas (Admitted *Pro Hac Vice*)
- John Thomas Parker Murray (Admitted *Pro Hac Vice*)
- Kyle N. Smith (Admitted *Pro Hac Vice*)
- Louis Murray (Admitted *Pro Hac Vice*)

(1) move to withdraw as counsel of record,

(2) move to substitute as counsel of record the following attorneys from the law firm of Kirkland & Ellis, LLP:

- Allison Meghan Brown (Admitted *Pro Hac Vice*)
- Laura Elizabeth Vartain Horn (SBN 258485)
- Catherine Mullaley (Admitted *Pro Hac Vice*)
- Leslie M. Smith (Admitted *Pro Hac Vice*)
- Mark William Premo-Hopkins (Admitted *Pro Hac Vice*)
- Rupal Joshi (Admitted *Pro Hac Vice*)
- Alexandra Caritis (Admitted *Pro Hac Vice*)
- Christopher D. Cox (Admitted *Pro Hac Vice*)
- Geoffrey M. Wyatt (Admitted *Pro Hac Vice*)
- Jessica Davidson (Admitted *Pro Hac Vice*)
- Jennifer Gardner Levy (Admitted *Pro Hac Vice*)

- Jordan Scott Einstein (Admitted *Pro Hac Vice*)

(2) attest to the consent of incoming counsel to be substituted,

(3) certify they are members in good standing of this Court's bar, and

(4) attest to the consent of the party represented.

Date: June 2, 2025

                                                 */s/ Randall S. Luskey*
                                                     Randall S. Luskey