|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 11 | IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| 12 | | **[PROPOSED] ORDER REGARDING MOTION TO SUBSTITUTE LAW FIRM** |
| 13 | | |
| 14 | This Document Relates to: | Judge:     Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |
| 15 | ALL MATTERS, 3:23-md-03084-CRB | |
| 16 | And | |
| 17 | *Jane Doe LSA 340 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-01165-CRB | |
| 18-19 | *Katherine Hylin v. Uber Technologies, Inc., et al.*, No. 3:23-cv-01630-CRB | |
| 20-21 | *Jane Doe v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05227-CRB | |
| 22 | *E.R. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-02051-CRB | |
| 23-24 | *A.G. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-02071-CRB | |
| 25-26 | *Taylor Gavin v. Uber Technologies, Inc., et al.*, No. 3:23-cv-02111-CRB | |
| 27 | *Cynthia Crawford v. Uber Technologies, Inc., et al.*, No. 3:23-cv-02290-CRB | |
| 28 | | |

1 *A.M. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03406-CRB

2
3 *A.H.M. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03482-CRB

4 *H.B. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03488-CRB
5

6 *Jane Doe LS 16 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03758-CRB

7
8 *Jane Doe LS 75 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03805-CRB

9 *Jane Doe LS 134 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03811-CRB
10

11 *Jane Doe LS 348 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03816-CRB

12
13 *D.P. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03846-CRB

14 *Ashley Jones v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03851-CRB
15

16 *S.D. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03852-CRB

17
18 *Jane Doe F-1 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03945-CRB

19 *Jane Doe LS 90 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03956-CRB
20

21 *Jane Doe LS 237 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03973-CRB

22
23 *Jane Doe LS 231 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-04367-CRB

24 *K.H. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-02840-CRB

25
26 *Z.W. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-02844-CRB

27 *S.A. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-02845-CRB
28

-2-

[PROPOSED] ORDER REGARDING MOTION TO SUBSTITUTE LAW FIRM

Case No. 3:23-md-03084-CRB

1 | *M.H. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06200-CRB
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

[PROPOSED] ORDER REGARDING MOTION TO SUBSTITUTE LAW FIRM                    Case No. 3:23-md-03084-CRB

**[PROPOSED] ORDER**

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Motion to Substitute Law Firm, all other papers and evidence submitted in support and opposition, the pertinent pleadings and papers on file in this action, and the arguments of counsel, and all other matters presented to the Court, it is hereby ORDERED that the Motion is GRANTED. Accordingly, the substitution of attorneys and firm is hereby approved.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE