1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**AFFIDAVIT OF TIFFANY R. ELLIS IN SUPPORT OF PLAINTIFFS' LIST OF DISPUTED ENTRIES FOR SPECIAL MASTER REVIEW**<br><br>Judge: Honorable Barbara S. Jones |

AFFIDAVIT OF TIFFANY R. ELLIS IN SUPPORT OF
PLAINTIFFS' LIST OF DISPUTED ENTRIES FOR
SPECIAL MASTER REVIEW

1    I, Tiffany R. Ellis, hereby declare as follows:

2    1.    I am a partner of Peiffer Wolf Care Kane Conway & Wise, an attorney licensed in

3    the States of Michigan and Illinois and duly admitted to practice before this Court, representing

4    Plaintiffs in the above caption action.

5    2.    I submit this declaration in support of Plaintiffs' List of Disputed Entries for

6    Master Review on May 29, 2025.

7    3.    Plaintiffs incorporate the Discovery Letter Brief Regarding Disputed Entries for

8    Master Review filed by All Plaintiffs on March 4, 2025. *See* ECF No. 2434.  Plaintiffs

9    incorporate the brief to support the specific reasons each entry on the List of Disputed Entries

10    was challenged. The Brief included the general background of the privilege dispute process to

11    date, the legal standard for Plaintiffs raising challenges to Defendants' privilege log entries, and a

12    general argument for the challenges Plaintiffs raised.

13    4.    The List of Disputed Entries for Master Review Plaintiffs provided on May 29,

14    2025, contained an entry still in dispute from Defendants' May 12, 2025 privilege log.

15    **May 12, 2025 privilege log**

16    5.    Defendants sent Plaintiffs a privilege log on May 12, 2025 containing 4,204 new

17    entries.

18    6.    Fifteen of the entries related to Defendants' May 7, 2025 clawback notice.

19    Disputed entries stemming from Defendants' May 7, 2025 clawback notice were submitted to the

20    Master separately.

21    7.    On May 19, 2025, Plaintiffs provided Defendants with a challenge letter and

22    disputed entry list. Plaintiffs raised issue with 149 entries including 45 entries for which

23    Defendants failed to provide enough information to allow Plaintiffs to assess Defendants'

24    privilege claims. As previously raised in Plaintiffs' Discovery Letter Brief Regarding Disputed

25    Entries for Master Review filed by All Plaintiffs on March 4, 2025, "[i]f the asserted basis for a

26    withholding or redaction is attorney-client privilege, the privilege log must be sufficiently

27    detailed to allow a party to conclude that the communication was "between attorneys and clients,

28    which are made for the purpose of giving legal advice." In re Grand Jury, 23 F.4th 1088, 1091

- 2 -

AFFIDAVIT OF TIFFANY R. ELLIS IN SUPPORT OF
PLAINTIFFS' LIST OF DISPUTED ENTRIES FOR
SPECIAL MASTER REVIEW

1
2
3
(9th Cir. 2021)(quoting U.S. v. Sanmina Corp., 968 F.3d 1107, 1116 (9th Cir. 2020)). Plaintiffs

repeatedly raised similar concerns throughout the privilege logging process that Defendants, at

times, fail to provide enough information for Plaintiffs to assess their privilege claims.

4
5
6
        8.      The Parties conferred on May 27, 2025. During the conferral, Defendants stated

that no additional metadata was available for the entries flagged as lacking sufficient

information.

7
8
9
10
11
        9.      On May 29, 2025, Plaintiffs provided their final list of 133 disputed entries to the

Master and Defendants. The Plaintiffs noted 14 entries subject to the clawback process. Since

then, the disputes for nine of these clawback entries were resolved, and the remaining five

disputed clawback entries are included in the Parties' May 7 clawback dispute process and

briefing. Accordingly, 119 entries remain that are not subject to the clawback process.

12
        Executed this 2nd day of June 2025 in Detroit, Michigan.

13
14
                         /s/ *Tiffany R. Ellis*
                         Tiffany R. Ellis

15
16
17
18
19
20
21
22
23
24
25
26
27
28

AFFIDAVIT OF TIFFANY R. ELLIS IN SUPPORT OF
PLAINTIFFS' LIST OF DISPUTED ENTRIES FOR
SPECIAL MASTER REVIEW