# EXHIBIT A

1  LAURA VARTAIN (SBN: 258485)
       laura.vartain@kirkland.com
2  **KIRKLAND & ELLIS LLP**
   555 California Street, 30th Floor
3  San Francisco, CA 94104
   Telephone: (415) 439-1625
4
   ALLISON M. BROWN (Pro Hac Vice admitted)
5      allison.brown@kirkland.com
   JESSICA DAVIDSON (Pro Hac Vice admitted)
6      jessica.davidson@kirkland.com
   **KIRKLAND & ELLIS LLP**
7  601 Lexington Avenue
   New York, NY 10022
8  Telephone: (212) 446-4723

9  *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.,
10 RASIER, LLC, and RASIER-CA, LLC

11 *[Additional Counsel Listed on Following Pages]*

12
13                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
14                      **SAN FRANCISCO DIVISION**

15 IN RE: UBER TECHNOLOGIES, INC.,          Case No. 3:23-md-03084-CRB
   PASSENGER SEXUAL ASSAULT
16 LITIGATION                               Judge:      Honorable Charles Breyer

17 ——————————————————————                   **DECLARATION OF SCOTT BINNINGS**
                                            **IN SUPPORT OF DEFENDANTS' JUNE 2,**
18 This Document Relates to:                **2025 PRIVILEGE DISPUTE BRIEF**
                                            **PURSUANT TO SPECIAL MASTER**
19 ALL ACTIONS                              **ORDER NO. 4, § III, ¶ 4**

20
21             **DECLARATION OF SCOTT BINNINGS**

22 I, Scott Binnings having personal knowledge of the following state:

23         1.      I am the Associate General Counsel, Safety and Core Services, at Uber.  I was first

24 employed by Uber in April 2015 and have worked as in-house legal counsel for the past 10 years.  My

25 previous positions included Senior Counsel, Regulatory; Senior Counsel, Safety; Legal Director,

26 Safety; Senior Legal Director, Safety; and Senior Legal Director, Safety, Payments, and Risk.  In my

27

28

DECLARATION OF SCOTT BINNINGS IN SUPPORT OF DEFENDANTS' JUNE 2, 2025 BRIEF PURSUANT TO
SPECIAL MASTER ORDER NO. 4, § III, ¶ 2                              Case No. 3:23-MD-3084-CRB

1 current role, as has been the case throughout my tenure at Uber, I am responsible for providing legal

2 advice to Uber's leadership and employees related to safety issues, procedures, and policy, among

3 other legal advice.  I offer this Declaration in the above-captioned matter in support of Defendants

4 Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's June 2, 2025 Brief Pursuant to Special

5 Master Order No. 4 § III, ¶ 4 (ECF 2933).  The facts set forth herein are true and correct and are based

6 on my own personal knowledge, and I could and would competently testify thereto if called.

7

8      2.     I have reviewed the document identified in the privilege log as

9 JCCP_MDL_PRIVLOG095858. This document relates to a program intended to reduce the risk of

10 sexual assault and misconduct. I provide the company legal advice concerning safety issues, including

11 Uber's app safety features and assessing the impact of those features.

12      3.     Uber in-house counsel, including on the Safety Legal team and others, work very

13 closely with Uber's product team, engineers, and data scientists during the development of potential

14 new safety features because of their relevance in ongoing litigation and forward-looking legal risks

15 associated with the development and launch of these features.  The program discussed in

16 JCCP_MDL_PRIVLOG095858 was viewed as a particularly complex feature from a legal

17 perspective, as it raised an array of legal considerations spanning federal, state, and local legal issues.

18      4.     For example, certain new features cannot be tested in many states and cities due to state

19 statutes and local regulations, without assuming heightened legal risk.  Therefore, I and other in-house

20 counsel, with support from outside counsel, advise development teams on where tests can be

21 conducted and the experimental parameters that may be evaluated.

22      5.     I am familiar with the document identified in the privilege log as

23 JCCP_MDL_PRIVLOG095858.  This document provides an update on the development of the

24 program intended to reduce the risk of sexual assault and misconduct also discussed in

2

Docusign Envelope ID: C18D09A7-8ECA-4781-AEBE-AD865560D337

JCCP_MDL_PRIVLOG095858. It is marked "Attorney-Client Privileged" at the top of each page of the document and I am one of the Google collaborators identified for this document. These types of updates were directed to me as then-Legal Director, Global Safety so I could evaluate the status of the launch of this feature and advise the development team on legal risks associated with the plans for moving the feature forward. In my role as in-house counsel on safety issues, I would evaluate experimental data, such as the Model Performance Data and other data in this document, and advise the development team on legal risks associated with the plans for moving the feature forward. Indeed, this document (-95858) is an example of the data and feedback that I reviewed to fulfill my role. I specifically reviewed this document and other related documents throughout the course of the feature's development, and attended many meetings and other forums to provide legal advice referencing these documents.

6. I am familiar with the document identified in the privilege log as JCCP_MDL_PRIVLOG094281. It is an email that was sent to me and Akankshu Dhawan, then-Product Manager, Safety. The email summarizes for the Safety Team the status and proposed launch of a feature intended to reduce incidents of interpersonal conflict on the Uber platform outside of the United States, which I advised on to comply with legal and regulatory requirements. Accordingly, the email reflects my legal advice and work performed under my direction as the in-house counsel working on this release. I, along with other attorneys on the Safety Legal Team, have been deeply involved in, and provided legal advice and counsel for, the creation, testing and launch of this feature. The involvement of legal counsel in this feature is further illustrated by the request at the end of the communication to include me on any questions relating to the rollout of the feature, allowing for the input of my legal advice. This email facilitated my provision of legal advice concerning this model and ensured that I concurred with the summary of the launch plan's legal and regulatory compliance.

1         I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.

3

4    Executed on May 30, 2025.                    By: /s/ _____

5                                                     Scott Binnings

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   DECLARATION OF SCOTT BINNINGS IN SUPPORT OF DEFENDANTS' JUNE 2, 2025 BRIEF PURSUANT TO
     SPECIAL MASTER ORDER NO. 4, § III, ¶ 4                    Case No. 3:23-MD-3084-CRB