# EXHIBIT B

RANDALL S. LUSKEY (SBN: 240915)
   rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
   ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
   cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
   akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>ALL ACTIONS | **DECLARATION OF JENNIFER HANDLEY IN SUPPORT OF DEFENDANTS' MARCH 17, 2025 BRIEF PURSUANT TO SPECIAL MASTER ORDER NO. 2, § III(6)** |

JENNIFER HANDLEY'S DECLARATION ISO DEFENDANTS' MARCH 17, 2025 BRIEF PURSUANT TO
SPECIAL MASTER ORDER NO. 2, § III(6)

Case No. 3:23-MD-3084-CRB

## DECLARATION OF JENNIFER HANDLEY

I, Jennifer Handley, having personal knowledge of the following state:

1. I am the Senior Legal Director, Global Safety, at Uber. I was first employed by Uber in December 2018 and have worked as in-house counsel for the past 6 years. My previous roles include Senior Counsel, Safety and Legal Director, Safety. In my current role, as has been the case throughout my tenure at Uber, I am responsible for providing legal advice to Uber's leadership and employees related to safety issues, procedures, and policy, among other legal advice. I offer this Declaration in the above-captioned matter in support of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's March 17, 2025 brief pursuant to Special Master Order No. 2, § III(6) (ECF 2357). The facts set forth herein are true and correct and are based on my own personal knowledge, and I could and would competently testify thereto if called.

2. I have reviewed the document identified in the privilege log as JCCP_MDL_PRIVLOG014737. It is a draft Executive Summary for Uber's Safety Report dated November 13, 2019 and marked "Attorney-Client Privileged and Confidential/Prepared at the direction of counsel." This draft document discusses Uber's safety policies and practices. Given the legal risks of public statements regarding safety issues, a team of Uber's in-house attorneys, including myself, directed and coordinated the drafting of the Safety Report, including the Executive Summary. Uber's in-house attorneys directed and coordinated this effort to facilitate the provision of legal advice on the statements in the then draft report. Uber's in-house attorneys did, in fact, provide legal advice at every step of the way. The draft report was maintained confidentially throughout the drafting process. Each non-attorney involved with drafting the report did so at the direction, and under the supervision, of counsel.

3. I have reviewed the document identified in the privilege log as JCCP_MDL_PRIVLOG015009. It is a draft Executive Summary for Uber's Safety Report dated

2

JENNIFER HANDLEY'S DECLARATION ISO DEFENDANTS' MARCH 17, 2025 BRIEF PURSUANT TO SPECIAL MASTER ORDER NO. 2, § III(6)

Case No. 3:23-MD-3084-CRB

1    November 12, 2019 that is marked "Attorney-Client Privileged and Confidential/Prepared at the

2    direction of counsel."  This draft document discusses Uber's safety policies and practices.  Given the

3    legal risks of public statements regarding safety issues, a team of Uber's in-house attorneys, including

4    myself, directed and coordinated the drafting of the Safety Report, including the Executive Summary.

5    Uber's in-house attorneys directed and coordinated this effort to facilitate the provision of legal advice

6    on the statements in the then draft report. Uber's in-house attorneys did, in fact, provide legal advice

7    at every step of the way.  The draft report was maintained confidentially throughout the drafting

8    process.  Each non-attorney involved with drafting the report did so at the direction, and under the

9
     supervision, of counsel.
10

11
         I declare under penalty of perjury that the foregoing is true and correct.
12
     Executed in Denver, Colorado on March  17  , 2025.          By:    _Jennifer Handley_
13

14                                                                      Jennifer Handley

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                           3
     JENNIFER HANDLEY'S DECLARATION ISO DEFENDANTS' MARCH 17, 2025 BRIEF PURSUANT TO
     SPECIAL MASTER ORDER NO. 2, § III(6)
                                                            Case No. 3:23-MD-3084-CRB