1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT<br>12  LITIGATION<br>13<br>14  This Document Relates to:<br>15  ALL MATTERS, 3:23-md-03084-CRB<br>16  And<br>17  *Jane Doe LSA 340 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-01165-CRB<br>18<br>19  *Katherine Hylin v. Uber Technologies, Inc., et al.*, No. 3:23-cv-01630-CRB<br>20  *Jane Doe v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05227-CRB<br>21<br>22  *E.R. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-02051-CRB<br>23<br>24  *A.G. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-02071-CRB<br>25  *Taylor Gavin v. Uber Technologies, Inc., et al.*, No. 3:23-cv-02111-CRB<br>26<br>27  *Cynthia Crawford v. Uber Technologies, Inc., et al.*, No. 3:23-cv-02290-CRB<br>28 | Case No. 3:23-md-03084-CRB<br><br>[~~PROPOSED~~] **ORDER REGARDING MOTION TO SUBSTITUTE LAW FIRM**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

*A.M. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03406-CRB

*A.H.M. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03482-CRB

*H.B. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03488-CRB

*Jane Doe LS 16 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03758-CRB

*Jane Doe LS 75 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03805-CRB

*Jane Doe LS 134 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03811-CRB

*Jane Doe LS 348 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03816-CRB

*D.P. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03846-CRB

*Ashley Jones v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03851-CRB

*S.D. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03852-CRB

*Jane Doe F-1 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03945-CRB

*Jane Doe LS 90 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03956-CRB

*Jane Doe LS 237 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03973-CRB

*Jane Doe LS 231 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-04367-CRB

*K.H. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-02840-CRB

*Z.W. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-02844-CRB

*S.A. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-02845-CRB

-2-

[PROPOSED] ORDER REGARDING MOTION TO SUBSTITUTE LAW FIRM                    Case No. 3:23-md-03084-CRB

1  *M.H. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06200-CRB

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

[~~PROPOSED~~] ORDER REGARDING MOTION TO SUBSTITUTE LAW FIRM                Case No. 3:23-md-03084-CRB

**[PROPOSED] ORDER**

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Motion to Substitute Law Firm, all other papers and evidence submitted in support and opposition, the pertinent pleadings and papers on file in this action, and the arguments of counsel, and all other matters presented to the Court, it is hereby ORDERED that the Motion is GRANTED. Accordingly, the substitution of attorneys and firm is hereby approved.

**IT IS SO ORDERED.**

Dated: June 3, 2025

HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE