E. SCOTT VERHINE (Ms Bar No. 10548)
**Verhine & Verhine. PLLC**
1013 Adams Street
Vicksburg, MS 39183
Telephone: 601.636.0791
Facsimile:  601.636.2718
Email: scott@verhine.biz

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>*This document relates to:*<br><br>*D.L.B. v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-04371-CRB* | No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on May 22, 2025.

///

///

Dated: June 2, 2025

Respectfully submitted,

By: */s/ E. Scott Verhine*
E. SCOTT VERHINE (Ms Bar No. 10548)
**Verhine & Verhine. PLLC**
1013 Adams Street
Vicksburg, MS 39183
Telephone: 601.636.0791
Facsimile:  601.636.2718
Email: scott@verhine.biz

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ E. Scott Verhine*
E. Scott Verhine