LAURA VARTAIN (SBN: 258485)
    laura.vartain@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (Pro Hac Vice admitted)
    allison.brown@kirkland.com
JESSICA DAVIDSON (Pro Hac Vice admitted)
    jessica.davidson@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Pages]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANT UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S BRIEF IN SUPPORT OF THE MAY 12, 2025 PRIVILEGE LOG PURSUANT TO SPECIAL MASTER ORDER NO. 4, § II** |

|   |   |
|---|---|
| 1 | Pursuant to Special Master Order No. 4, § II (Dkt. 2933), Defendants submit this brief in support of their position on the remaining privilege claims challenged by Plaintiffs from Defendants' May 12, 2025 privilege log. On May 19, 2025, Plaintiffs challenged 149 documents within this custodial file. As of May 29, through conferrals, the parties further narrowed their dispute to 133 challenges. Fourteen (14) of the 133 challenges relate to documents that have been clawed back, and the parties' disputes were addressed as part of briefing filed on June 2 or otherwise resolved by agreement.[1] The remaining 119 challenges are now submitted for the Special Master's review. |

Defendants incorporate by reference the legal standard and arguments set forth in their prior briefing (Dkts. 2433, 2461, 2528, 2544, and 2580). As explained more fully in the prior briefs, the applicable legal standard, and the factual material previously provided to the Special Master,[2] when reviewed in conjunction with the challenged documents and the associated metadata fields, support Uber's privilege and work product assertions.

Defendants incorporate by reference prior factual information, including declarations by Daniel Kolta, Uber's Legal Director, Global Safety, and Scott Binnings, Uber's Associate General Counsel, Safety and Core Services. *See* Apr. 21, 2025 Declaration of Daniel Kolta (provided to the Special Master *ex parte*) and June 2, 2025 Declaration of Scott Binnings (Dkt. 3141-1). These declarations provide additional context regarding safety features developed at Uber in partnership and with legal analysis from and close involvement with Uber's in-house counsel. As explained in the Kolta and Binnings declarations, Uber's in-house counsel was closely involved with the development of these safety features, which were viewed as particularly complex from a legal perspective. JCCP_MDL_PRIVLOG092250 is one example of in-house counsel's role with the development of these features. This document reflects research about how the feature could be introduced while

---

[1] These fourteen clawed back documents were highlighted in blue on Plaintiffs' list of final challenges and are identified in Attachment A. The parties have resolved their dispute as to eight of the clawed back documents, also identified in Attachment A.

[2] As requested by the Special Master, Uber has provided (1) a glossary of terms commonly used in disputed documents, (2) a list of names and titles of relevant Uber inside and outside counsel, and (3) a digest of third-parties present in its privilege log. Defense counsel will also be available for any questions the Special Master may have during the review process.

minimizing legal risks. Comments from in-house counsel further evidence the fact that in-house counsel was closely involved in the development and provided legal advice to help guide decision-making. Therefore, it is protected as attorney-client privileged.

The remaining privilege claims submitted for the Special Master's determination should be upheld.[3]

DATED: June 3, 2025						Respectfully submitted,

**SHOOK HARDY & BACON L.L.P.**

By: */s/ Maria Salcedo*
    MARIA SALCEDO

**KIRKLAND & ELLIS LLP**
LAURA VARTAIN
ALLISON M. BROWN
JESSICA DAVIDSON

**O'MELVENY AND MYERS LLP**
SABRINA STRONG
JONATHAN SCHNELLER

**SHOOK, HARDY, & BACON, LLP**
PATRICK OOT (Admitted *Pro Hac Vice*)
    oot@shb.com
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

ALYCIA A. DEGEN (SBN: 211350)
    adegen@shb.com
MICHAEL B. SHORTNACY (SBN: 277035)
    mshortnacy@shb.com
2121 Avenue of the Stars, Suite 1400

---

[3] Defendants note that one within this set, JCCP_MDL_PRIVLOG094551, contains redactions to non-responsive information. Those redactions are marked as "Redacted - Not Rideshare." Defendants respectfully submit that responsiveness redactions are outside of the Special Master's scope of review. Defendants will confer with Plaintiffs in an effort to resolve any disputes beyond the current privilege assertions at issue.

Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

CHRISTOPHER V. COTTON (Admitted *Pro Hac Vice*)
   ccotton@shb.com

MARIA SALCEDO (Admitted *Pro Hac Vice*)
   msalcedo@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC