## ATTACHMENT A

*Fourteen (14) challenges related to documents that have been clawed back:*

1. JCCP_MDL_PRIVLOG092461
2. JCCP_MDL_PRIVLOG092471
3. JCCP_MDL_PRIVLOG092731
4. JCCP_MDL_PRIVLOG093174
5. JCCP_MDL_PRIVLOG094281
6. JCCP_MDL_PRIVLOG094306
7. JCCP_MDL_PRIVLOG094315
8. JCCP_MDL_PRIVLOG094317
9. JCCP_MDL_PRIVLOG094644
10. JCCP_MDL_PRIVLOG094646
11. JCCP_MDL_PRIVLOG094828
12. JCCP_MDL_PRIVLOG095858
13. JCCP_MDL_PRIVLOG096213
14. JCCP_MDL_PRIVLOG096214

*The parties have resolved their dispute as to the following eight (8) documents:*

1. JCCP_MDL_PRIVLOG092471
2. JCCP_MDL_PRIVLOG094644
3. JCCP_MDL_PRIVLOG094646
4. JCCP_MDL_PRIVLOG094828
5. JCCP_MDL_PRIVLOG096213
6. JCCP_MDL_PRIVLOG096214
7. JCCP_MDL_PRIVLOG092461
8. JCCP_MDL_PRIVLOG094315 [duplicative of -94317]
9. JCCP_MDL_PRIVLOG094317 [duplicative of -94315]