LAURA VARTAIN (SBN: 258485)
    laura.vartain@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (Pro Hac Vice admitted)
    allison.brown@kirkland.com
JESSICA DAVIDSON (Pro Hac Vice admitted)
    jessica.davidson@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>Judge:    Honorable Charles Breyer<br><br>**DEFENDANTS AND CROSS-CLAIMANTS UBER TECHNOLOGIES, INC.; RASIER, LLC, AND RASIER-CA, LLC'S THIRD REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE (Local Rule 7-11); [PROPOSED] ORDER** |
| This Document Relates to:<br><br>*M.C. v. Uber Technologies, Inc., et al.*<br>Case No.: 3:24-cv-03608-CRB | |

|   |   |
|---|---|
| 1 | On November 5, 2024, Defendants/Cross-Claimants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC filed their Cross-Claims against Cross-Defendant Desalegne Nega. Fed. R. Civ. P. 4(m) provides ninety (90) days for service of a complaint. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."). After multiple unsuccessful service attempts, on February 3, 2025 Uber filed a request for administrative relief from the service deadline. (ECF 26). On February 5, 2025, the Court granted Uber's request for administrative relief and ordered that the service deadline for the Cross-Claims be extended to and including April 4, 2025. (ECF 27). On April 4, 2025, Uber filed a second request for administrative relief from the service deadline. (ECF 32). The Court granted Uber's request for administrative relief and ordered that the service deadline for the Cross-Claims be extended to and including June 3, 2025. (ECF 32). |

Cross-Claimants have been diligently attempting to serve Cross-Defendant with the Summons and Cross-Claims. But, to date, Cross-Defendant has not yet been served in this matter. Cross-Claimants respectfully request the Court grant another 60-day extension to complete service or take other appropriate action regarding Cross-Defendant. Good cause exists for this Court to extend the service deadline because Cross-Claimants have been diligently attempting to locate addresses for and to serve Cross-Defendant.

Cross-Claimants, through attorneys of record Shook, Hardy & Bacon, hired First Legal, a legal solutions firm, to assist with locating and serving Cross-Defendant. In January 2025, First Legal indicated it conducted a skip trace to ascertain the current whereabouts of Cross-Defendant. First Legal has made several attempts to serve the Cross-Defendant at 5415 W. Harmon Ave., Unit 2004, Las Vegas, NV 89103-7014. These attempts were unsuccessful, as a resident of that location indicated Cross-Defendant no longer lives there. First Legal subsequently identified the possible address 8215 Stoneheather Ct. Las Vegas, NV 89117 for Cross-Defendant.

Cross-Claimants then filed the summons returned unexecuted regarding the 5415 W. Harmon Ave., Unit 2004 Las Vegas, NV 89103-7014 address and filed the proposed summons for the 8215

-2-

Stoneheather Ct. Las Vegas, NV 89117 address. The next day, the Court issued the summons for Cross-Defendant at 8215 Stoneheather Ct. Las Vegas, NV 89117.

First Legal has attempted to serve Cross-Defendant at 8215 Stone Heather Ct., Las Vegas, NV 89117. The process server indicated that he spoke to a woman (who did not provide her name) through a security screen. The woman told the process server that Cross-Defendant does not live there and that Cross-Defendant was her brother's friend that stayed there only for a few weeks while he found his own place. The woman did not provide a new address for Cross-Defendant.

Cross-Claimants, through attorneys of record Shook, Hardy & Bacon, further requested First Legal to conduct another skip trace for a new address for Cross-Defendant. First Legal conducted the search and has not located an alternate address. Cross-Claimants have also searched for Cross-Defendants' social media, but no social media has been located.

In an effort to find an updated address for Cross-Defendant, Cross-Claimants, through attorneys of record Shook, Hardy & Bacon, obtained a new Accurint report and a TLO report, but the reports reiterated 5415 W Harmon Ave Unit 2004, Las Vegas, NV 89103-7014 as the most recent address. Cross-Claimants, however, have identified potential addresses of Cross-Defendant's employment located in Missouri. Cross-Claimants intend to attempt to locate Cross-Defendant using those addresses of employment. Cross-Claimants have been and intend to continue investigating to identify other addresses and ways to serve Cross-Defendant.

Cross-Claimants respectfully request the Court grant an additional 60-day extension to complete service on Cross-Defendant (or take appropriate action), allowing to and including August 4, 2025 to effect service.

DATED: June 3, 2025                                    Respectfully submitted,

**SHOOK HARDY & BACON L.L.P.**

By: */s/ Maria Salcedo*
    MARIA SALCEDO

**KIRKLAND & ELLIS LLP**
LAURA VARTAIN
ALLISON M. BROWN

-3-

JESSICA DAVIDSON

**O'MELVENY AND MYERS LLP**
SABRINA STRONG
JONATHAN SCHNELLER

**SHOOK, HARDY, & BACON, LLP**
PATRICK OOT (Admitted *Pro Hac Vice*)
   oot@shb.com
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

ALYCIA A. DEGEN (SBN: 211350)
   adegen@shb.com
MICHAEL B. SHORTNACY (SBN: 277035)
   mshortnacy@shb.com
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

CHRISTOPHER V. COTTON (Admitted *Pro Hac Vice*)
   ccotton@shb.com

MARIA SALCEDO (Admitted *Pro Hac Vice*)
   msalcedo@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

-4-

UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's THIRD REQUEST FOR
ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE   Case No. 3:23-cv-03608