LAURA VARTAIN (SBN: 258485)
    laura.vartain@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (Pro Hac Vice admitted)
    allison.brown@kirkland.com
JESSICA DAVIDSON (Pro Hac Vice admitted)
    jessica.davidson@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*M.C. v. Uber Technologies, Inc., et al.*<br>Case No.: 3:24-cv-03608-CRB | Case No. 3:23-md-03084-CRB<br><br>Judge:    Honorable Charles Breyer<br><br>**DECLARATION OF MARIA SALCEDO IN SUPPORT OF DEFENDANTS AND CROSS-CLAIMANTS UBER TECHNOLOGIES, INC.; RASIER, LLC, AND RASIER-CA, LLC'S THIRD REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE (Local Rule 7-11)** |

I, Maria Salcedo, declare as follows:

1. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendants and Cross-Claimants, Uber Technologies, Rasier LLC, and Rasier-CA, LLC, ("Cross-Claimants"). I am a member in good standing of the Bar of the State of Missouri and the Bar of the State of Florida, and I am admitted pro hac vice in this matter. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so.

2. I respectfully submit this declaration in support of the accompanying Second Request for Administrative Relief From Service Deadline.

3. On November 5, 2024, Defendants/Cross-Claimants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC filed their Cross-Claims against Cross-Defendant Desalegne Nega. (ECF 18).

4. After identifying a new address for Cross-Defendant, Cross-Claimants filed the initial summons as unexecuted and filed a new Proposed Summons on December 9, 2024. (ECF 22–24).

5. On December 11, 2024, my paralegal, under my direction, directed First Legal to effect service of process on Cross-Defendant at 5415 W. Harmon Ave., Unit 2004, Las Vegas, NV 89103-7014.

6. The process server, attempted to serve the Cross-Defendant at 5415 W. Harmon Ave., Unit 2004, Las Vegas, NV 89103-7014, but the process server indicated an occupant of that address stated Cross-Defendant did not live there, but may live at a nearby apartment unit. The occupant did not identify herself.

7. On January 21, 2025, my paralegal, under my direction, directed First Legal to locate an updated current address for Cross-Defendant. First Legal determined that based on all indications the subject was still at 5415 W. Harmon Ave., Unit 2004, Las Vegas, NV 89103-7014. First Legal believed the occupant with whom its process server spoke may have been Cross-Defendant's wife.

8. The process server has attempted this address three additional times, indicating that no one came to the door the first two times. On the third time, an occupant came to the door and stated that she does not know Cross-Defendant and only recognized his name from mail she received.

9. First Legal then conducted a skip trace to ascertain the current whereabouts of Cross-Claimant.

10. First Legal identified a new address at which Cross-Defendant may be located, which was 8215 Stoneheather Ct., Las Vegas, NV 89117.

11. On February 3, 2025, Defendants and Cross-Claimants filed a Request for Administrative Relief From Service Deadline (Local Rule 7-11); [Proposed] Order.

12. On February 5, 2025, the Court granted Defendants and Cross-Claimants Uber Technologies, Inc.; Rasier, LLC, and Rasier-CA, LLC's Request for Administrative Relief from Service Deadline (Local Rule 7-11).

13. On March 17, 2025, Cross-Claimants filed the returned summons unexecuted regarding the 5415 W. Harmon Ave., Unit 2004 Las Vegas, NV 89103-7014 address and filed the proposed summons for the 8215 Stoneheather Ct. Las Vegas, NV 89117 address.

14. On March 18, 2025, the Court issued summons for Desalegne Nega at 8215 Stoneheather Ct. Las Vegas, NV 89117.

15. First Legal then attempted to serve Cross-Defendant at 8215 Stone Heather Ct., Las Vegas, NV 89117.  The process server spoke to a woman (who did not provide her name) through a security screen. The process server was told Cross-Defendant does not live there and that Cross-Defendant was her brother's friend that stayed there for several weeks while he found his own place when he moved into town.  No forwarding information was provided.

16. I requested First Legal re-check their indexes regarding the skip trace for Cross-Defendant, but First Legal indicated they were unable to locate another possible address recently associated with Cross-Defendant.

17. My team has searched for social media accounts for Cross-Defendant, but has not yet located any.

-3-

DECLARATION OF MARIA SALCEDO IN SUPPORT OF DEFENDANTS AND CROSS-CLAIMANTS' UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's THIRD REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE    Case No. 3:24-cv-03608

18. In an effort to find an updated address for Cross-Defendant, Cross-Claimants, through attorneys of record Shook, Hardy & Bacon, obtained a new Accurint report and a TLO report. The reports identified 5415 W. Harmon Ave., Unit 2004 Las Vegas, NV 89103-7014 as Cross-Defendants' current address. My team did not attempt to try to serve him there again since a woman previously said he does not live there.

19. Cross-Claimants, however, have identified potential addresses of Cross-Defendant's employment located in Missouri.

20. Cross-Claimants intend to attempt to locate Cross-Defendant using those addresses of employment.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of June 2025, in Kansas City, Missouri.

/s/ *Maria Salcedo*
MARIA SALCEDO

MARIA SALCEDO (Admitted *Pro Hac Vice*)
    msalcedo@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

-4-

DECLARATION OF MARIA SALCEDO IN SUPPORT OF DEFENDANTS AND CROSS-CLAIMANTS' UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's THIRD REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE     Case No. 3:24-cv-03608