**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 263-8949
Fax: (888) 875-2889
sluther@wagstafflawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| *This document relates to:* <br><br> T.T. v. UBER TECHNOLIGIES, INC., *et al.* ; 25-CV-04647 | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on June 2, 2025.

Dated: June 5, 2025

                                                    Respectfully submitted,

                                                    <u>/s/ Sommer D. Luther</u>
                                                    Sommer D. Luther, CO 35053
                                                    **WAGSTAFF LAW FIRM**
                                                    940 Lincoln Street
                                                    Denver, CO 80203
                                                    Tel: (303) 263-8949
                                                    Fax: (888) 875-2889
                                                    sluther@wagstafflawfirm.com
                                                    Attorney for Plaintiff
                                                    *Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2025, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

                                        /s/ Sommer D. Luther

                                        Sommer D. Luther