UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

Plaintiff(s),

vs.

This Document Relates to:

ALL ACTIONS

Defendant(s).    /

Case No. 3:23-md-03084-CRB

NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT

Notice is hereby given that a statement of redaction will be submitted to the court reporter within 21 days from the filing of the transcript with the Clerk of Court. The proceeding occurred on May 22, 2025 and was reported by Stephen W. Franklin, the official court reporter.

Dated: June 6, 2025

/s/ Laura Vartain Horn

Attorney for Defendant
Address:
Laura Vartain Horn (SBN 258485)
KIRKLAND & ELLIS LLP
555 California Street,
San Francisco, CA 94104