Jessica L. Grant (SBN: 178138)
jgrant@shb.com
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

Andrea J. Steele (Admitted *Pro Hac Vice*)
asteele@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB  **JOINT DISCOVERY LETTER BRIEF REGARDING BELLWETHER PLAINTIFF B.L. AND SOCIAL MEDIA PRODUCTION**  Judge:     Hon. Lisa J. Cisneros  Courtroom: G – 15th Floor |
| This Document Relates to:  *B. L. v. Uber Technologies, Inc., et al.* [Case No. 3:24-cv-07940] | |

The Court's Order Resolving Joint Discovery Letter Regarding Requests to Bellwether Plaintiffs (ECF 3136), which specifically addressed disputes regarding social media, directed the parties to raise any remaining disputes about the scope of social media discovery through a joint letter. Pursuant to the Court's Order, the parties have met and conferred. The parties in *B. L. v. Uber Technologies, Inc., et al.* [Case No. 3:24-cv-07940] are pleased to report that they have reached agreement as to the scope and timing of Plaintiff's social productions. No current dispute exists on those issues between the parties in this particular case.

DATED: June 6, 2025                              Respectfully submitted,

*/s/ Christopher V. Cotton*
CHRISTOPHER V. COTTON
(Admitted *Pro Hac Vice)*
**SHOOK, HARDY, & BACON L.L.P,**
2555 Grand Blvd,
Kansas City, MO 64108
Email: ccotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Respectfully submitted,

/s/ *Sommer D. Luther*
**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 263-8949
Fax: (303) 376-6361
sluther@wagstafflawfirm.com

*Attorney for Plaintiff B.L.*