Jessica L. Grant (SBN: 178138)
jgrant@shb.com
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

Michelle M. Fujimoto (SBN: 125462)
mfujimoto@shb.com
Mayela C. Montenegro-Urch (SBN: 304471)
mmontenegro@shb.com
Paulina N. Tran (SBN: 337946)
ptran@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone: (949) 475-1500
Facsimile: (949) 475-0016

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**JOINT DISCOVERY LETTER BRIEF REGARDING BELLWETHER PLAINTIFF LCHB 128 AND SOCIAL MEDIA PRODUCTION**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |
| This Document Relates to:<br><br>*LCHB 128 v. Uber Technologies, Inc., et al.* [Case No. 3:24-cv-07019] | |

The Court's Order Resolving Joint Discovery Letter Regarding Requests to Bellwether Plaintiffs (ECF 3136), which specifically addressed disputes regarding social media, directed the parties to raise any remaining disputes about the scope of social media discovery through a joint letter.  Pursuant to the Court's Order, the parties have met and conferred.  The parties in *LCHB 128. v. Uber Technologies, Inc., et al.* [Case No. 3:24-cv-07019] are pleased to report that they have reached agreement as to the scope and timing of Plaintiff's social productions.  No current dispute exists on those issues between the parties in this particular case.

DATED: June 6, 2025                              Respectfully submitted,

*/s/ Christopher V. Cotton*
CHRISTOPHER V. COTTON (Admitted *Pro Hac Vice*)
**SHOOK, HARDY, & BACON L.L.P,**
2555 Grand Blvd,
Kansas City, MO 64108
Email: ccotton@shb.com

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC


By: */s/ Simon Grille*
Simon Grille (State Bar No. 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: sgrille@girardsharp.com

*Attorneys for Plaintiff*