# Exhibit B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br>WHB 1486 v. UBER TECHNOLIGIES, INC., et Al.- Case No. 3:24-cv-04803<br><br><br>ALL ACTIONS<br>CASE NO. 3:23-MD-03084-CRB | MDL No. 3084 CRB<br><br><br>**AMENDED PLAINTIFF FACT SHEET** |

**AMENDED PLAINTIFF FACT SHEET**

**CASE NUMBER:**  24 -cv- 04803

**PLAINTIFF NAME:** 

*on behalf of (if applicable):* N/A

*relationship (if applicable):* N/A

**GENERAL INSTRUCTIONS**

Pursuant to the Order Regarding Fact Sheet Implementation entered in the above-captioned litigation, a completed Plaintiff Fact Sheet ("PFS") shall be provided for each individual asserting legal claims in the above captioned lawsuit. Each question must be answered in full. If you do not know or cannot recall the information needed to answer a question, please explain that in the response to the question and include the diligent efforts you have made to obtain the information. **Please do not leave any questions unanswered or blank.**

## INJURIES AND DAMAGES

31. Did You suffer mental or emotional harm caused in whole or in part by the Incident?

   ☒ Yes

   ☐ No

   a. If you answered *yes* to Question 31, please describe:
   Mental anguish, pain and suffering.