1  ALICIA DONAHUE (SBN 117412)
   adonahue@shb.com
2  SHANE B. KOLDING (SBN 312948)
   skolding@shb.com
3  **SHOOK, HARDY AND BACON, L.L.P.**
   555 Mission Street, Suite 2300
4  San Francisco, CA 94105
   Telephone: (415) 544-1900
5

6  *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.;
7  RASIER, LLC; and RASIER-CA, LLC

8  *[Additional Counsel Listed on Signature Page]*

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11
                          **SAN FRANCISCO DIVISION**
12

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
|---|---|
| This Document Relates to: *Plaintiff A.R. v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-01827 | **[PROPOSED] ORDER RE: DEFENDANT UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S ADMINSTRATIVE MOTION TO CONSIDER WHETHER ANOTHR PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

21  Having considered Defendants' June 6, 2025 Administrative Motion to Consider Whether
22  Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) /**
23  **DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Portions of the Joint Letter Brief | Portions citing to material from Exhibits 1 and 2 | Plaintiff |
| Portions of Exhibit 1 | Plaintiff's First Supplemental Response to Defendants' Interrogatories | Plaintiff |
| Portions of Exhibit 2 | Plaintiff's Response to Defendants' Interrogatories | Plaintiff |

**IT IS SO ORDERED.**

Dated:_____          _____
                                       Hon. Lisa J. Cisneros
                                       United States Magistrate Judge