CHRISTOPHER V. COTTON (admitted *pro hac vice*)
ccotton@shb.com
RICKY L. BROWN (admitted *pro hac vice*)
rlbrown@shb.com
**SHOOK, HARDY AND BACON, L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>3:23-cv-06708 | **DEFENDANT UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S ADMINSTRATIVE MOTION TO CONSIDER WHETHER ANOTHR PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

     Defendants move under Civil Local Rules 7-11 and 79-5(f) for the Court to consider whether material Plaintiff requests to remain confidential should be filed under seal.

     Pursuant to Pretrial Order No. 8, the parties are filing a letter brief detailing their dispute regarding certain Requests for Production Defendants served related to Plaintiff's social media activity. Plaintiff has requested that certain information contained in her responses be treated as confidential, and filed under seal.

**Material to be Filed Under Seal**

The material to be filed under seal are portions of Plaintiff's responses to written discovery as well as citations and references to that material. Plaintiff asked that these materials be filed under seal. Therefore, Defendants request the Court consider whether the following should be filed under seal:

| Document | Description | Designating Party |
|---|---|---|
| Portions of the Joint Letter Brief | Portions citing to material from Exhibit 1 | Plaintiff |
| Portions of Exhibit A | Plaintiff's Response to Defendants' Interrogatories | Plaintiff |
| Portions of Exhibit B | Plaintiff's Produced Records | Plaintiff |

Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules. None of the information at issue was marked "confidential" by Defendants.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Ricky L. Brown in Support of this Motion; and
2. A Proposed Order that lists in table format all material sought to be sealed.

Respectfully submitted,

DATED: June 6, 2025        **SHOOK HARDY & BACON L.L.P.**

By: */s/ Christopher V. Cotton*
    ALICIA DONAHUE (SBN 117412)
    CHRISTOPHER V. COTTON (admitted *pro hac vice*)
    RICKY L. BROWN (admitted *pro hac vice*)
    LORI MCGRODER (*pro hac vice* pending)

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC