CHRISTOPHER V. COTTON (admitted *pro hac vice*)
ccotton@shb.com
RICKY L. BROWN (admitted *pro hac vice*)
rlbrown@shb.com
**SHOOK, HARDY AND BACON, L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB  **DECLARATION OF RICKY L. BROWN IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S ADMINSTRATIVE MOTION TO CONSIDER WHETHER ANOTHR PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| This Document Relates to:  3:23-cv-06708 | |

I, Ricky L. Brown, declare:

1. I am an attorney at the law firm of Shook, Hardy and Bacon, L.L.P., licensed to practice before this Court, representing Defendants UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC in the above captioned action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would competently testify to the truth of the matters stated herein.

2. Because counsel for Plaintiff has advised that the materials at issue are confidential, Defendants filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| Portions of the Joint Letter Brief | Portions citing to material from Exhibit 1 | Plaintiff |
| Portions of Exhibit A | Plaintiff's Response to Defendants' Interrogatories | Plaintiff |
| Portions of Exhibit B | Plaintiff's Produced Records | Plaintiff |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of June, 2025 in San Francisco, CA.

/s/ *Ricky L. Brown*