CHRISTOPHER V. COTTON (admitted *pro hac vice*)
ccotton@shb.com
RICKY L. BROWN (admitted *pro hac vice*)
rlbrown@shb.com
**SHOOK, HARDY AND BACON, L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: DEFENDANT UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S ADMINSTRATIVE MOTION TO CONSIDER WHETHER ANOTHR PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| This Document Relates to:<br><br>3:23-cv-06708 | |

Having considered Defendants' June 6, 2025 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Portions of the Joint Letter Brief | Portions citing to material from Exhibit 1 | Plaintiff |
| Portions of Exhibit A | Plaintiff's Response to Defendants' Interrogatories | Plaintiff |
| Portions of Exhibit B | Plaintiff's Produced Records | Plaintiff |

**IT IS SO ORDERED.**

Dated:_____                    _____

                                                            Hon. Lisa J. Cisneros
                                                            United States Magistrate Judge