OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** June 9, 2025 | **Time:** 8:55 a.m.-5:20 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:23-md-03084-CRB | **Case Name:** In re: Uber Technologies, Inc. | |

**For Plaintiff:** Sarah London, Lieff Cabraser Heimann & Bernstein LLC, Tracey Cowan, Clarkson Law Firm, P.C. and Meredith Drukker Stratigopoulos, Edelson PC (appearing via Zoom)

**For Defendant:** Michael Shortnacy and Veronica Gromada, Shook, Hardy & Bacon L.L.P., Christopher Cox, Kirkland & Ellis LLP, and Jay Haider (appearing via Zoom)

**Deputy Clerk:** Brittany Sims                **Reported by:** Not Recorded

PROCEEDINGS

Discovery Status Conference held. The parties met and conferred in Courtroom G as required by the Court's June 2, 2025 Order (Dkt. No. 3140), with some attorneys appearing remotely via Zoom. Judge Cisneros checked periodically on the status of negotiations. The parties reported at the end of the day that they resolved various issues that were under discussion with a few items subject to further conferral. The parties shared a written document with Judge Cisneros memorializing their agreements that resolved various issues and set next steps for further conferral regarding the limited outstanding issues.