RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted Pro Hac Vice*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave
Detroit, MI 48202
Telephone: (313) 572-4727
Facsimile: (415) 840-9435
Email: tellis@peifferwolf.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Plaintiff A.R. v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-01827 | Case No. 3:23-md-03084-CRB<br><br>**PLAINTIFF A.R.'S STATEMENT RE: SOCIAL MEDIA PRODUCTION DISPUTE** |

On June 6, 2025, the parties filed their Joint Discovery Letter Brief Regarding Bellwether Plaintiff A.R.2 And Social Media Production [ECF 3191]. After that joint filing, and prior to this Court's Order Resolving Case-Specific Discovery Disputes Regarding Social Media [ECF 3209], the parties agreed to move A.R.'s deposition to July 1, 2025. The Court was unaware of the parties' agreement to move A.R.'s deposition to July 1, and the Court ordered (1) Plaintiff to appear for deposition no later than June 23, 2025 and (2) the parties to meet and confer "regarding prompt deadlines for the production of social media materials and a date for Plaintiff's deposition. *See* Dkt.

3209, p.8:1-6. No later than June 11, 2025, the parties were ordered to file "either a stipulation and proposed order setting that schedule, or a joint statement of each party's position, without argument. *See id.*

On June 10, 2025, counsel for the parties met and conferred via videoconference. Defendants agreed that, so long as the Court had no objection, Plaintiff would be permitted to appear for her deposition on July 1, 2025, as the parties had previously agreed to. Indeed, several case-specific discovery agreements were discussed and resolved between the parties during the Court's in-person meet and confer on June 9 based on A.R.'s deposition occurring on July 1. However, during the June 10 discussion on Plaintiff A.R.'s deadlines, the parties were unable to come to an agreement for the timeline of Plaintiff's production of social media materials.

Plaintiff's proposed schedule[1] is based on the Court ordered timing and deadlines from the other Wave 1 bellwether social media production. ECF 3209. Plaintiff submits this statement outlining the positions regarding the schedule related to Plaintiff A.R.'s social media production in advance of her deposition:

|  | **Plaintiff's Position[2]** | **Defendant's position** |
|---|---|---|
| Plaintiff's deadline to make social media production | June 20, 2025 | June 18, 2025 |
| Defendants' deadline to provide validation parameters | June 23, 2025 | June 19, 2025 |
| Plaintiff's deadline to make production of validation materials | June 25, 2025 (3 business days prior to deposition) | June 23, 2025 (5 business days prior to deposition) |
| Plaintiff's deposition | July 1, 2025 | July 1, 2025 |

---

[1] At 8:02 am PST, Plaintiff's counsel sent edits to Defendants proposed Joint Statement, but did not receive a response until 9:29 am PST which noted continued disagreement.

Dated: June 11, 2025

Respectfully submitted,

By: /s/ Rachel B. Abrams
RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

*Counsel for Plaintiff A.R.2*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, have authorized the filing.

Dated: June 11, 2025

By: /s/ Rachel Abrams