ALICIA DONAHUE (SBN 117412)
adonahue@shb.com
SHANE B. KOLDING (SBN 312948)
skolding@shb.com
**SHOOK, HARDY AND BACON, L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1900

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS' STATEMENT RE: SOCIAL MEDIA PRODUCTION DISPUTE** |
| This Document Relates to:<br><br>*Plaintiff A.R. v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-01827 | |

On June 9, 2025, this Court ordered (1) Plaintiff to appear for deposition no later than June 23, 2025, and (2) the parties to meet and confer "regarding prompt deadlines for the production of social media materials and a date for Plaintiff's deposition. *See* ECF 3209, p.8:1-6. No later than June 11, 2025, the parties were ordered to file "either a stipulation and proposed order setting that schedule, or a joint statement of each party's positon, without argument. *See id.*

On June 10, 2025, counsel for the parties met and conferred via videoconference. Defendants agreed that, so long as the Court had no objection, Plaintiff would be permitted to appear for her deposition on July 1, 2025. However, the parties were unable to come to an agreement as to the related schedule for Plaintiff's production of social media materials.

1  Defendants submit this statement of Defendant's proposed schedule along with Plaintiff's
2  proposed schedule, without argument, because the parties did not reach agreement on the form of a
3  joint statement.

|  | **Defendant's position** | **Plaintiff's Position** |
|---|---|---|
| Plaintiff's deadline to make social media production | June 18, 2025 | June 20, 2025 |
| Defendants' deadline to provide validation parameters | June 19, 2025 | June 23, 2025 |
| Plaintiff's deadline to make production of validation materials | June 23, 2025 (5 business days prior to deposition) | June 25, 2025 (3 business days prior to deposition) |
| Plaintiff's deposition | July 1, 2025 | July 1, 2025 |

DATED: June 11, 2025                                      Respectfully submitted,

*/s/ Shane B. Kolding*_____
SHANE B. KOLDING (SBN 312948)
ALICIA DONAHUE (SBN 117412)
LORI MCGRODER (*Pro Hac Vice* Pending)

**SHOOK, HARDY AND BACON, L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1900
adonahue@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC