ALICIA DONAHUE (SBN 117412)
adonahue@shb.com
SHANE B. KOLDING (SBN 312948)
skolding@shb.com
**SHOOK, HARDY AND BACON, L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1900

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: DEADLINES FOR SOCIAL MEDIA PRODUCTION** |
| This Document Relates to:<br><br>*Plaintiff A.R. v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-01827 | |

Having reviewed the parties' positions following the Court's order of June 9, 2025 (Dkt. 3209), the Court orders the following:

- The Plaintiff shall make her social media production no later than: **June 18, 2025 / June 20, 2025.**

- The Defendants shall provide to Plaintiff their validation parameters no later than: **June 19, 2025 / June 23, 2025.**

- The Plaintiff shall make her production of validation materials no later than: **June 23, 2025 / June 25, 2025.**

- The Plaintiff's deposition shall proceed on **July 1, 2025**.

[PROPOSED] ORDER
Case No. 3:23-MD-3084-CRB

**IT IS SO ORDERED.**

Dated:_____          _____
                                     Hon. Lisa J. Cisneros
                                     United States Magistrate Judge