RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted Pro Hac Vice*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave
Detroit, MI 48202
Telephone: (313) 572-4727
Facsimile: (415) 840-9435
Email: tellis@peifferwolf.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: PLAINTIFF A.R.'S SOCIAL MEDIA PRODUCTION DISPUTE** |
| This Document Relates to:<br><br>*Plaintiff A.R. v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-01827 | |

The Court having reviewed the parties' statements regarding Plaintiff A.R.'s social medial production, in response to its Order dated June 9, 2025 (Dkt. 3209);

IT IS HEREBY ORDERED that Plaintiff A.R.'s social media shall be produced as follows:

- Plaintiff shall make her social media production no later than June 20, 2025.

- Defendants shall provide to Plaintiff their validation parameters no later than June 23, 2025.

- Plaintiff shall make her production of validation materials no later than June 25, 2025.

- Plaintiff's deposition shall proceed on July 1, 2025.

IT IS SO ORDERED.

Dated: _____

_____
LISA J. CISNEROS
United Stated Magistrate Judge