UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**DECLARATION OF SAMANTHA HOEFS IN SUPPORT OF MOTION FOR AN ORDER TO PRODUCE DOCUMENTS PURSUANT TO 15 U.S.C. § 1681B** |
| This Document Relates to:<br><br>All Cases | Judge: Hon. Lisa J. Cisneros |

1. I, Samantha Hoefs, declare and state as follows:

2. I am an attorney at Nigh Goldenberg Raso & Vaughn, PLLC, counsel for Plaintiffs, and admitted *pro hac vice* in *In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation*, 3:23-MD-03084-CRB.

3. I submit this Declaration in support of Plaintiffs' Motion for an Order to Produce Documents Pursuant to 15 U.S.C. § 1681b.

4. The following bellwether plaintiffs served third party subpoenas on Checkr, Inc.:

| Case Number | Plaintiff |
|---|---|
| 3:24-cv-07019 | LCHB128 |
| 3:23-cv-06708 | Jaylynn Dean |
| 3:24-cv-07940 | B.L. |
| 3:24-cv-07821 | A. R. 2 |
| 3:23-cv-04972 | C.L. |
| 3:24-cv-05027 | WHB 1898 |
| 3:24-cv-01915 | A.G. |
| 3:24-cv-01827 | T.R. for A.R. [A.R.1] |
| 3:24-cv-09217 | T. L. |
| 3:24-cv-05028 | WHB 407 |
| 3:24-cv-04889 | WHB 318 |
| 3:24-cv-04900 | WHB 832 |
| 3:24-cv-08783 | Jane Doe QLF 001 |
| 3:24-cv-05281 | K.E. |
| 3:24-cv-06669 | Jane Roe CL 68 |

| | |
|---|---|
| 3:24-cv-04803 | WHB 1486 |
| 3:24-cv-08937 | Amanda Lazio |
| 3:24-cv-05230 | WHB 1876 |
| 3:24-cv-07228 | D. J. |
| 3:24-cv-03335 | J.E. |

5. Each subpoena was identical, but for the definition of "Subject Driver." The definition of "Subject Driver" listed the name, date of birth, and, if available, email, driver's license number, and city of driving for the Uber driver involved in the sexual assault or harassment of the bellwether plaintiff during the trip that formed the basis of her lawsuit.

6. Checkr, Inc. served Objections and Responses to the subpoenas, which were identical, but for the names of plaintiffs and subject drivers.

7. Attached hereto as **Exhibit A** is a true and correct copy of Checkr Inc.'s Objections and Responses to the Subpoena issued by Plaintiff A.G. With the exception of the names of plaintiffs and subject drivers, **Exhibit A** is representative of Checkr, Inc.'s Objections and Responses to the remaining subpoenas.

8. I certify under penalty of perjury that the foregoing is true and correct.  Executed on June 11, 2025 in Saint Paul, Minnesota.

/s/ Samantha Hoefs

DECLARATION OF SAMANTHA HOEFS