KIRKLAND & ELLIS LLP
Allison M. Brown (*Admitted Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: +1 215 268 5000
Facsimile: +1 215 268 5001

Jessica Davidson (*Admitted Pro Hac Vice*)
jessica.davidson@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: +1 212 446 4800
Facsimile: +1 212 446 4900

Laura Vartain Horn (SBN 258485)
laura.vartain@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: +1 415 439 1400
Facsimile: +1 415 439 1500

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC
and RASIER-CA, LLC

[*Additional Counsel Listed on Following Pages*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES. | CASE NO. 3:23-MD-03084-CRB<br><br>**NOTICE OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC AND RASIER-CA, LLC'S BELLWETHER SELECTION REPLACEMENT**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:   Courtroom 6 – 17th Floor |

*Additional Counsel Cont'd.*

SHOOK HARDY & BACON LLP
Alycia Degen (SBN 211350)
adegen@shb.com
Michael B. Shortnacy (SBN 277035)
mshortnacy@shb.com
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: +1 424 285 8330
Facsimile: +1 424 204 9093

Patrick L. Oot, Jr. (Admitted Pro Hac Vice)
oot@shb.com
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: +1 202 783 8400
Facsimile: +1 202 783 4211

Christopher V. Cotton (*Admitted Pro Hac Vice*)
ccotton@shb.com
Maria Salcedo (*Admitted Pro Hac Vice*)
msalcedo@shb.com
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: +1 816 474 6550
Facsimile: +1 816 421 5547

O'MELVENY AND MYERS LLP
Sabrina H. Strong (SBN 200292)
sstrong@omm.com
Jonathan Schneller (SBN 291288)
jschneller@omm.com
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

NOTICE OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC AND RASIER-CA, LLC'S BELLWETHER SELECTION REPLACEMENT

CASE NO. 3:23-md-03084-CRB

Based on the guidance provided by the Court during the June 6, 2025 Status Conference, Defendants Uber Technologies, Inc., Rasier, LLC and Rasier-CA, LLC (collectively, "Defendants") select WHB 832 as the replacement Wave 1 case for WHB 1486. The underlying alleged incident of WHB 832 is an alleged touching of a non-sexual body part that arises from an alleged incident in North Carolina.

Defendants respectfully request that the Court replace WHB 1486 with WHB 832 in Trial Wave 1. *See* Pretrial Order 26 (Dkt. 2894). The Court previously assigned WHB 832 to Wave 3. *See* Dkt. 2775.

Defendants will meet and confer with Plaintiffs regarding any modifications to the existing schedule that may be necessary to ensure that WHB 832 is ready for trial on December 8, 2025, and the parties will raise joint or separate positions on this topic in the next Case Management Conference Statement.

DATED: June 11, 2025

Respectfully submitted,
KIRKLAND & ELLIS LLP

*/s/ Laura Vartain Horn*

Allison M. Brown (*Admitted Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: +1 215 268 5000
Facsimile: +1 215 268 5001

Jessica Davidson (*Admitted Pro Hac Vice*)
jessica.davidson@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: +1 212 446 4800
Facsimile: +1 212 446 4900

Laura Vartain Horn (SBN 258485)
laura.vartain@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone: +1 415 439 1400
Facsimile: +1 415 439 1500

1

NOTICE OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC AND RASIER-CA, LLC'S BELLWETHER SELECTION REPLACEMENT

CASE NO. 3:23-md-03084-CRB