IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**AFFIDAVIT OF TIFFANY R. ELLIS IN SUPPORT OF PLAINTIFFS' LIST OF DISPUTED ENTRIES FOR SPECIAL MASTER REVIEW**<br><br>Judge: Honorable Barbara S. Jones |

I, Tiffany R. Ellis, hereby declare as follows:

1. I am a partner of Peiffer Wolf Care Kane Conway & Wise, an attorney licensed in the States of Michigan and Illinois and duly admitted to practice before this Court, representing Plaintiffs in the above caption action.

2. I submit this declaration in support of Plaintiffs' List of Disputed Entries to Uber's May 19, 2025 Privilege log that was submitted for Master Review on June 2, 2025.

3. Plaintiffs incorporate the Discovery Letter Brief Regarding Disputed Entries for Master Review filed by All Plaintiffs on March 4, 2025. *See* ECF No. 2434. Plaintiffs incorporate the brief to support the specific reasons each entry on Plaintiffs' List of Disputed Entries to Uber's May 19, 2025 Privilege log was challenged. The Brief included the general background of the privilege dispute process to date, the legal standard for Plaintiffs raising challenges to Defendants' privilege log entries, and a general argument for the challenges Plaintiffs raised.

**Uber's May 19, 2025 Privilege log**

4. Defendants issued a privilege log on May 19, 2025 containing 935 entries.

5. On May 30, 2025, Plaintiffs provided the Defendants with a list of 160 disputed entries from Defendants' May 19, 2025 privilege log.

6. The Parties meet and conferred on May 30, 2025 regarding the disputed entries.

7. On June 2, 2025, the Plaintiffs provided a list of 151 entries remaining in dispute to the Master and Defendants.

8. On June 10, 2025, Parties agreed further conferral is required for entries JCCP_MDL_PRIVLOG096566 and JCCP_MDL_PRIVLOG096621 and respectfully request that the Master temporarily set aside review of these two documents.

Executed this 11th day of June 2025 in Detroit, Michigan.

/s/ *Tiffany R. Ellis*
Tiffany R. Ellis