# EXHIBIT A

```
LAURA VARTAIN (SBN: 258485)
    laura.vartain@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (Pro Hac Vice admitted)
    allison.brown@kirkland.com
JESSICA DAVIDSON (Pro Hac Vice admitted)
    jessica.davidson@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723
```

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Pages]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>Judge:    Honorable Charles Breyer<br><br>**DECLARATION OF DANIEL KOLTA IN SUPPORT OF DEFENDANTS' JUNE 11, 2025 PRIVILEGE DISPUTE BRIEF PURSUANT TO SPECIAL MASTER ORDER NO. 4, § II (MAY 19, 2025 PRIVILEGE LOG CHALLENGES)** |

## <u>DECLARATION OF DANIEL KOLTA</u>

I, Daniel Kolta having personal knowledge of the following state:

1.  I am the Legal Director, Global Safety, at Uber. I was first employed by Uber in July 2018 and have worked as in-house legal counsel for the past 7 years. In my current role, as has been the case throughout my tenure at Uber, I am responsible for providing legal advice to Uber's leadership and employees related to safety issues, procedures, and policy, among other legal advice. I offer this

1. Declaration in the above-captioned matter in support of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's June 11, 2025 Brief Pursuant to Special Master Order No. 4 § II (ECF 2933). The facts set forth herein are true and correct and are based on my own personal knowledge, and I could and would competently testify thereto if called.

2. I am familiar with the document logged as JCCP_MDL_PRIVLOG097150. It is a Google Slide deck presentation regarding recommendations for addressing riders banned for low ratings. The date on the metadata is December 18, 2024, and the document is marked "Attorney Work Product Prepared at the Direction of Counsel." Because the issue of banning riders implicates legal risk, including risks relating to discrimination lawsuits, I was involved in assessing the company's policies in this area. I directed the research and analysis contained in JCCP_MDL_PRIVLOG097150 and requested the preparation of this slide deck. The recommendations in the document reflect legal advice that I provided.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 10, 2025.                By: /s/ *Daniel Kolta*
                                                Daniel Kolta

2

DECLARATION OF DANIEL KOLTA IN SUPPORT OF DEFENDANTS' JUNE 11, 2025 BRIEF PURSUANT TO
SPECIAL MASTER ORDER NO. 4, § II                                    Case No. 3:23-MD-3084-CRB