# EXHIBIT B

| | |
|---|---|
| 1 | LAURA VARTAIN (SBN: 258485) |
| | laura.vartain@kirkland.com |
| 2 | **KIRKLAND & ELLIS LLP** |
| | 555 California Street, 30th Floor |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 439-1625 |
| 4 | |
| 5 | ALLISON M. BROWN (Pro Hac Vice admitted) |
| | allison.brown@kirkland.com |
| | JESSICA DAVIDSON (Pro Hac Vice admitted) |
| 6 | jessica.davidson@kirkland.com |
| | **KIRKLAND & ELLIS LLP** |
| 7 | 601 Lexington Avenue |
| | New York, NY 10022 |
| 8 | Telephone: (212) 446-4723 |
| 9 | *Attorneys for Defendants* |
| | UBER TECHNOLOGIES, INC., |
| 10 | RASIER, LLC, and RASIER-CA, LLC |
| 11 | *[Additional Counsel Listed on Following Pages]* |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | Judge:       Honorable Charles Breyer |
| This Document Relates to: | **DECLARATION OF SCOTT BINNINGS IN SUPPORT OF DEFENDANTS' JUNE 11, 2025 PRIVILEGE DISPUTE BRIEF PURSUANT TO SPECIAL MASTER ORDER NO. 4, § II (MAY 19, 2025 PRIVILEGE LOG CHALLENGES)** |
| ALL ACTIONS | |

### DECLARATION OF SCOTT BINNINGS

I, Scott Binnings, having personal knowledge of the following state:

1.     I am the Associate General Counsel, Safety and Core Services, at Uber. I was first employed by Uber in April 2015 and have worked as in-house legal counsel for the past 10 years. My previous positions included Senior Counsel, Regulatory; Senior Counsel, Safety; Legal Director, Safety; Senior Legal Director, Safety; and Senior Legal Director, Safety, Payments, and Risk. In my

current role, as has been the case throughout my tenure at Uber, I am responsible for providing legal advice to Uber's leadership and employees related to safety issues, procedures, and policy, among other legal advice. I offer this Declaration in the above-captioned matter in support of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's June 11, 2025 Brief Pursuant to Special Master Order No. 4 § II (ECF 2933). The facts set forth herein are true and correct and are based on my own personal knowledge, and I could and would competently testify thereto if called.

2. JCCP_MDL_PRIVLOG096676 is a presentation titled "Insurance Exposure Reduction" and the metadata date is January 9, 2018. The presentation is marked "Privileged & Confidential – Prepared at Direction of Counsel in Anticipation of Litigation." I am one of the collaborators of this presentation, and at the time directly advised the team that prepared the document. This presentation was prepared at my request in anticipation of litigation. Other Uber in-house attorneys and I were closely involved with the development and implementation of the initiatives described in this presentation because they involved a number of legal issues and were motivated by efforts to reduce potential liability against the company and resulting costs. I requested the creation of this slide deck to facilitate my provision of legal advice concerning ways to reduce legal risk and liability arising from safety incidents on the Uber platform. As summarized on slide 2 of JCCP_MDL_PRIVLOG096676, Uber's approach to managing such risks on the platform continued to evolve and become more sophisticated over the years 2015, 2016, and 2017.

3. JCCP_MDL_PRIVLOG096672 is also a PowerPoint presentation titled "Insurance Exposure Reduction." The date on the metadata is May 30, 2018. This presentation is also marked "Privileged & Confidential – Prepared at the Direction of Counsel in Anticipation of Litigation." Like -6676, I directly advised the team that created this document at the time, and this presentation was created at

my direction and anticipation of litigation. Preparing the presentation involved collecting and analyzing data regarding insurance liability and exposure leading to insurance costs, along with driver and rider risk factors, in various geographies to come up with a new methodology for managing these insurance liability risks. Uber's in-house legal department directed the data collection and analysis.

4. JCCP_MDL_PRIVLOG096704 is a subsequent presentation entitled "Safety Incentives Recommendation." The date on the metadata is May 19, 2019. This presentation is also marked "Privileged & Confidential – Prepared at the Direction of Counsel in Anticipation of Litigation." My team and I were the primary internal attorneys who provided advice to the team that created this presentation at the time, and the presentation was created at our direction and in anticipation of litigation. I was involved throughout the development of these initiatives in an effort to identify ways to reduce Uber's litigation and insurance exposure.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 11, 2025.                    By: /s/ _____
                                                   Scott Binnings