IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Order Relates To:<br><br>*ALL ACTIONS* | Case No. 23-md-03084-CRB (LJC)<br><br>**REPORT OF PRIVILEGE DETERMINATIONS** |

      The standards governing privilege review for this multi-district litigation have been set forth in multiple orders of Magistrate Judge Cisneros. *See* Dkts. 1908, 2005, 2168.

      Pursuant to Master Order No. 2, Uber produced 62 documents associated with custodians Chad Fogg, Cory Freivogel, Nairi Hourdajian, David Richter, and Megan Joyce for *in camera* review. The Master determined that 59 of the documents were privileged in whole or in part and two were not privileged. The Master also ordered Uber to provide additional information regarding one of the documents.

      Neither party raised an objection to the Master's determinations. Uber provided additional information for one document as requested by the Master. Upon consideration of Uber's submission and further *in camera* review, Uber's request for relief regarding the one document at issue was granted.

-2-

    Accordingly, the Master has determined that 60 documents associated with custodians Chad Fogg, Cory Freivogel, Nairi Hourdajian, David Richter, and Megan Joyce are privileged in whole or in part and two are not privileged.[1]

Dated:    New York, New York
           June 12, 2025

                                                                        HON. BARBARA S. JONES (Ret.)

---

[1] More specifically, of the 62 documents submitted to the Master, 32 documents were privileged in whole, 26 documents contained appropriate redactions of privileged material by Uber, two documents were ordered to be re-produced with redactions or revised redactions, and two documents were not privileged.