IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____ / This Order Relates To: *ALL ACTIONS* | Case No. 23-md-03084-CRB (LJC) **REPORT OF PRIVILEGE DETERMINATIONS** |

The standards governing privilege review for this multi-district litigation have been set forth in multiple orders of Magistrate Judge Cisneros. *See* Dkts. 1908, 2005, 2168.

Pursuant to Master Order No. 2, Uber produced 131 documents associated with custodians Kate Parker, Jenny Luu, and Kayla Whaling for *in camera* review. The Master determined that 122 of the documents were privileged in whole or in part. The Master also ordered Uber to provide additional information regarding nine of the documents.

Uber provided additional information for eight of the nine documents as requested by the Master and Uber produced the remaining challenged document to plaintiffs, rendering further determination on that document unnecessary. Upon consideration of Uber's submissions and further *in camera* review of the eight documents, seven documents were determined to be privileged, and one was determined to be not privileged.

Uber also raised an objection relating to the determinations on three documents and provided additional briefing in support of its privilege claims. After consideration of Uber's

-2-

submissions and further *in camera* review, Uber's request for relief regarding the three documents at issue was granted.

Accordingly, the Master has determined that 129 documents associated with custodians Kate Parker, Jenny Luu, and Kayla Whaling are privileged in whole or in part and one is not privileged.[1]

Dated:    New York, New York
          June 12, 2025

_____
**HON. BARBARA S. JONES (Ret.)**

---

[1] More specifically, of the 131 documents submitted to the Master, 70 documents were privileged in whole, 40 documents contained appropriate redactions of privileged material by Uber, 19 documents were ordered to be re-produced with redactions or revised redactions, one document was not privileged, and one document ultimately did not require a determination.