Ben C. Martin (TBN #13052400)
(*Pro Hac Vice*)
**BEN MARTIN LAW GROUP, LLP**
3141 Hood Street, Suite 600
Dallas, Texas 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
Email: bmartin@bencmartin.com
Email: eservice@bencmartin.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>*This document relates to:*<br><br>LOUANN BIELIK v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-04349-CRB | No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on June 11, 2025.

///

///

NOTICE OF FILING - 1

Dated: June 12, 2025

Respectfully Submitted,

By: */s/ Ben C. Martin*
Ben C. Martin (TBN #13052400)
(*Pro Hac Vice to be filed*)
**BEN MARTIN LAW GROUP**
3141 Hood Street, Suite 600
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
Email: bmartin@bencmartin.com
Email: eservice@bencmartin.com

*Attorneys for Plaintiff*

NOTICE OF FILING - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Ben C. Martin*
Ben C. Martin

NOTICE OF FILING - 3