Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street,
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

[*Additional Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER LLC AND RASIER-CA, LLC'S UNOPPOSED ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE MAY 22, 2025 HEARING TRANSCRIPT**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

Pursuant to Northern District of California Civil Local Rules 7-11 and 79-5(f)(3), Defendants Uber Technologies Inc., Rasier LLC and Rasier-CA, LLC (collectively, "Uber") respectfully submit this Unopposed Administrative Motion ("Motion") to Seal Portions of the May 22, 2025 Hearing Transcript ("Hearing Transcript"), attached hereto as Exhibit A. Uber's request is narrowly tailored and seeks to seal only two lines of a 73-page transcript. The narrow redactions Uber seeks pertain to the past physical whereabouts of a current Uber executive, the disclosure of which implicates security and safety concerns. Uber has conferred with Plaintiffs, who do not oppose the Motion. *See* Declaration of Laura Vartain Horn in Support of the Unopposed Administrative Motion to Seal ("Vartain Horn Decl."), ¶ 6. For the reasons set forth herein, good cause exists to seal the following portions of the Hearing Transcript:

| Document | Text to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| May 22, 2025 Hearing Transcript | Portions highlighted at pages: 14:22-14:23 | Uber Technologies Inc.; Rasier LLC; Rasier-CA, LLC |

I.     **LEGAL STANDARD**

While courts have historically recognized a "general right to inspect and copy public records and documents, including judicial records and documents," courts will seal filings – including hearing transcripts – where the moving party demonstrates compelling reasons or good cause to do so. *Doe 1 v. Wolf*, No. 18-cv-02349-BLF, 2020 WL 8746023, at *1 (N.D. Cal. Sept. 22, 2020) (Freeman, J.) (citations omitted). Local Rule 79-5(c) contemplates that motions to seal should be "narrowly tailored to seal only the sealable material." *Id.*

In the case of filings that are "more than tangentially related to the merits of a case," sealing requires a showing of "compelling reasons." *Id.* (citations omitted). For filings "only tangentially related to the merits," a party need only make the lesser showing that there is "good cause" for sealing. *Id.* Under the "good cause" standard, a court may seal documents "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." *Diablo Techs., Inc. v. Netlist, Inc.*, No. 13-cv-3901-YGR, 2014 WL 31467, at *3 (N.D. Cal. Jan. 3, 2014) (Rogers, J.) (finding good cause to grant motion to seal where unredacted anonymous letter containing private information about

the defendant met the "relatively low threshold" for sealing) (citations omitted); *see also, e.g.*, *McGee v. Milpitas Police Dep't*, No. 23-cv-02559-VKD, ECF No. 43 at 5, n.2 (N.D. Cal. Oct. 23, 2023) (Demarchi, J.) (granting motion to seal various court opinions filed as exhibits where opinions revealed information about the plaintiff's juvenile adjudication and law enforcement database records, among other things), attached hereto as Exhibit B. Because the Hearing Transcript pertains to scheduling and discovery matters that are only "tangentially related" to the merits of the case, the "good cause" standard applies to this Motion.

## II.     ARGUMENT

Good cause exists for sealing two discrete lines of the Hearing Transcript. Recognizing the presumption favoring open access to court proceedings, Uber requests that these lines remain under seal because they disclose the past physical whereabouts of a current Uber executive, implicating privacy and safety concerns for Ms. Jill Hazelbaker. Specifically, Ms. Hazelbaker is a current Uber executive whose physical whereabouts and political activities are unrelated to the merits of this litigation. The disclosure of this information therefore serves no legitimate public interest and threatens to subject Ms. Hazelbaker to the undue burden of needless public scrutiny that is wholly unrelated to Ms. Hazelbaker's tenure at Uber or any of Plaintiffs' allegations in this proceeding.

Accordingly, good cause exists for the Court to seal the narrow portions of the Hearing Transcript outlined above. Since hearing transcripts are published to the Court's docket in the normal course, there is no less restrictive alternative to sealing in this instance. Uber therefore respectfully requests that the Court order that the portions of the Hearing Transcript containing the redactions in Exhibit A, be published and maintained on the docket under seal.

3

DEFENDANTS UBER TECHNOLOGIES, INC., RASIER LLC AND RASIER-CA, LLC'S MOTION TO SEAL
PORTIONS OF THE MAY 22, 2025 HEARING TRANSCRIPT     Case No. 3:23-md-03084-CRB

Dated: June 12, 2025

Respectfully submitted,

By: /s/ *Laura Vartian Horn*
   LAURA VARTIAN HORN

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street,
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Michael B. Shortnacy
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
P: (424) 285-8330
F: (424) 204-9093
mshortnacy@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.; RASIER, LLC; and RASIER-CA, LLC

4

DEFENDANTS UBER TECHNOLOGIES, INC., RASIER LLC AND RASIER-CA, LLC'S MOTION TO SEAL PORTIONS OF THE MAY 22, 2025 HEARING TRANSCRIPT                    Case No. 3:23-md-03084-CRB