1 | Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
2 | 555 California Street,
San Francisco, CA 94104
3 | Telephone: (415) 439-1400
laura.vartain@kirkland.com
4 |
5 | Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
6 | 601 Lexington Avenue
New York, NY 10022
7 | Telephone: (212) 446-4800
jessica.davidson@kirkland.com
8 | christopher.cox@kirkland.com

9 | Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
10 | 2005 Market Street, Suite 1000
Philadelphia, PA 19103
11 | Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT UBER TECHNOLOGIES, INC., RASIER LLC AND RASIER-CA, LLC'S MOTION TO SEAL PORTIONS OF THE MAY 22, 2025 HEARING TRANSCRIPT**<br><br>Judge:       Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Unopposed Administrative Motion to Seal Portions of the May 22, 2025 Hearing Transcript, the Court hereby **ORDERS** that the following portions of the May 22, 2025 Hearing Transcript remain under seal, as requested in Uber's Motion:

| Document | Text to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| May 22, 2025 Hearing Transcript | Portions highlighted at pages: 14:22-14:23 | Uber Technologies Inc.; Rasier LLC; Rasier-CA, LLC |

**IT IS SO ORDERED.**

Dated: _____        _____
                                                                Hon. Lisa J. Cisneros
                                                                United States Magistrate Judge

[PROPOSED] ORDER GRANTING DEFENDANT UBER TECHNOLOGIES, INC., RASIER LLC AND RASIER-CA, LLC'S MOTION TO SEAL PORTIONS OF THE MAY 22, 2025 HEARING TRANSCRIPT
Case No. 3:23-md-03084-CRB