# PLAINTIFFS' APPENDIX

# Appendix

## Bellwether Plaintiffs at Issue in Transfer Motion

| NAME | ASSENT[1] | ASSAULT[2] | MDL[3] | JCCP[4] | EATS[5] | OTHER |
|---|---|---|---|---|---|---|
| LCHB128 | 01/29/2021, 05/10/2021, 01/04/2022, 08/03/2023 | 6/28/2024 | 10/07/2024 | | | |
| Dean | 04/14/2023 | 11/15/2023 | 12/29/2023 | | Yes | |
| T.L. | 07/10/2021, 02/20/2022, 01/23/2023 | 10/29/2023 | 12/19/2024 | | Yes | |
| WHB 407 | 04/08/2022, 11/15/2022, 12/11/2022, 01/24/2023 | 08/30/2021 | 08/12/2024 | | | |
| WHB 1876 | 04/02/2021, 12/22/2021, 05/05/2023 | 09/27/2019 | 08/16/2024 | 02/26/2024 | | |
| WHB 1898 | 01/19/2021, 12/21/2021, 01/21/2023 | 08/05/2022 | 08/12/2024 | 02/21/2024 | Yes | |
| C.L. | 01/31/2021, 12/18/2021, 01/20/2023 | 08/23/2024 | 08/27/2023 | | | MD/VA[6] |
| J.E. | 11/17/2022, 02/04/2023 | 12/07/2022 | 06/04/2024 | | | |
| WHB 318 | 03/13/2021, 06/20/2022, 08/29/2022, 09/03/2022 | 03/20/2021 | 08/08/2024 | 01/11/2022 | | NC/SC[7] |
| WHB 823[8] | 07/04/2022 | 03/26/2019 | 08/08/2024 | 03/18/2022 | | |
| A.G. | 03/21/2021, 04/11/2023 | 04/22/2023 | 03/28/2024 | | | No Account[9] |
| A.R.1 | 06/21/2021, 06/30/2021, 12/16/2021, 01/20/2023 | 03/13/2023 | 03/25/2024 | | Yes | Minor[10] |
| WHB 1486 | 05/05/2021, 07/03/2021, 02/04/2022, 01/21/2023 | 10/29/2021 | 07/07/2024 | 06/21/2022 | Yes | |

---

[1] Dates of assent as asserted in Exhibits E-Q to the Sauerwein Declaration
[2] Date of assault as alleged in Bellwether Complaint
[3] Date of filing in MDL
[4] Date of filing in California state court
[5] Sauerwein Declaration Exhibits E-Q indicate assent was through "eats"
[6] Ride occurred across state lines
[7] Ride occurred across state lines
[8] The docket sometimes identifies this Plaintiff as WHB 8**32**.
[9] A.G. was not the owner of the Uber account used to call her ride. A.G. Compl. ¶ 6.
[10] A.R.1 was a minor when she was assaulted in 2023. She did not turn 18 until 2025.