# EXHIBIT 6



## Suggestions

### Courier
Uber makes same-day item delivery easier than ever.

Details

### Food
Order delivery from local restaurants with Uber Eats.

Details

### Grocery
Get groceries delivered to your door with Uber Eats.

Details

## Log in to see your recent activity

View past trips, tailored suggestions, support resources, and more.

Log in to your account        Don't have an Uber account? Sign up



# Plan for later







## The Uber you know, reimagined for business

Uber for Business is a platform for managing global rides and meals, and local deliveries, for companies of any size.

Get started    Check out our solutions



## Our annual product showcase is here

Go—Get 2025 is live. Explore all the latest products announced to help make your everyday more flexible, more affordable, and a little easier.

Discover what's new



## Save on Uber and Uber Eats with Uber One membership

Become an Uber One member for savings and exclusive perks on Uber and Uber Eats.

Sign up for just $9.99/month.

Sign up to save



# It's easier in the apps

Download the Uber app →

Download the Driver app →

# Uber

Visit Help Center

Do not sell or share my personal information

Google Data Policy

## Company

About us

Our offerings

Newsroom

Investors

Blog

Careers

Uber AI

Products

Ride

Drive

Deliver

Eat

Uber for Business

Uber Freight

Gift cards

Global citizenship

Safety

Sustainability

Travel

Reserve

Airports

Cities

English

San Francisco Bay Area

© 2025 Uber Technologies Inc.

Privacy                Accessibility               Terms