# EXHIBIT 7

# Uber

Log in    Sign up

# How Uber works

Understanding how Uber connects riders and drivers can enhance your experience. Scroll to learn how the app and website work, or request a ride now by entering your pickup and dropoff locations below.

Enter location

Enter destination

See prices

# A quick guide to Uber

Here's how the Uber app and Uber.com connect drivers and riders on demand, step by step:



## 1. Getting started
The rider enters their destination into the "Where to?" or "Dropoff location" box, reviews each ride option,

makes their selection, and confirms the pickup.



## 2. Matching rider and driver

A nearby driver accepts the rider's ride request. The rider is automatically notified as the driver gets close.



## 3. Picking up

The driver and the rider verify each other's names and the destination. Then the driver starts the ride.



### 4. Taking the trip
The app gives the driver the option to access turn-by-turn directions.



### 5. Leaving ratings and reviews
At the end of each trip, drivers and riders can rate each other from 1 to 5 stars. Riders also have the option to tip directly in the app or online. And in some countries, riders can choose to give their driver compliments.

# Suggestions

### Courier

Uber makes same-day item delivery easier than ever.

Details



### Food

Order delivery from local restaurants with Uber Eats.

Details



### Grocery

Get groceries delivered to your door with Uber Eats.

Details



## Request a ride online

You can find a ride online without needing the app. Simply head to the Uber website, and you're ready to enjoy the convenience of requesting from your computer or tablet.

Learn how to request without the app

## It's easier in the apps



Download the Uber app →

Download the Driver app →

# Uber

Visit Help Center

Do not sell or share my personal information

Google Data Policy

## Company

About us

Our offerings

Newsroom

Investors

Blog

Careers

Uber AI

## Products

Ride

Drive

Deliver

Eat

Uber for Business

Uber Freight

Gift cards

## Global citizenship

Safety

Sustainability

## Travel

Reserve

Airports

Cities

English

San Francisco Bay Area




© 2025 Uber Technologies Inc.

Privacy                Accessibility              Terms