# EXHIBIT 8



Uber Eats

Get a ride  Log in  Sign up

## Feed your employees
Create a business account

## Your restaurant, delivered
Add your restaurant

## Deliver with Uber Eats
Sign up to deliver

## Cities near me

View all 500+ cities

| | | | |
|---|---|---|---|
| Akron | Hartford | Nashville | Providence |
| Albuquerque | Houston | New Orleans | Queens |
| Bridgeport | Indianapolis | Oklahoma City | San Antonio |
| Concord | McAllen | Omaha | Stony Brook |
| Dayton | Mesa | Orlando | Tucson |
| El Paso | Milwaukee | Palm Bay | West Hollywood |

## Countries with Uber Eats

$0 Delivery Fee with Uber One



Log in    Sign up
Get a ride ↗

| Australia | France | Mexico | Sri Lanka |
| Belgium | Germany | Netherlands | Sweden |
| Canada | Guatemala | New Zealand | Switzerland |
| Chile | Ireland | Panama | Taiwan (ROC) |
| Costa Rica | Italy | Poland | United Kingdom |
| Dominican Republic | Japan | Portugal | United States |
| Ecuador | Kenya | South Africa | |
| El Salvador | Luxembourg | Spain | |

| Get Help | Restaurants near me |
| Buy gift cards | View all cities |
| Add your restaurant | View all countries |
| Sign up to deliver | Pickup near me |
| Create a business account | About Uber Eats |
| Promotions | Shop groceries |
| | English |

Privacy Policy    Terms    Pricing    Do not sell or share my personal information

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.    © 2025 Uber Technologies Inc.

$0 Delivery Fee with Uber One