# EXHIBIT 9


     



# Uber's new safety features

 **Dara Khosrowshahi** 
CEO at Uber

May 30, 2018

I'm excited to announce that several **new safety features** are now available in the Uber app across the US.

There's nothing more important than the safety of the people we serve. That's why a few weeks after joining Uber as CEO, I made safety the company's top priority for 2018 and beyond. Since then, we've improved both our products and our processes with safety in mind.

In April, we strengthened our driver screenings by committing to proactively re-run criminal background and motor vehicle checks each year, and will begin using new technology that can notify us when a driver is involved in criminal activity. We also recruited experienced advisors like former Secretary of Homeland Security Jeh Johnson, who now leads our Safety Advisory Board. And earlier this month, we announced important changes to our policies, including a commitment to release a transparency report with data on safety incidents that happen on Uber.

But we're not stopping there. Technology is at the heart of our approach because it can make travel safer than ever before. So what's changing in your app this week? Here's four things to know:

1. Your safety features are now all in one place and easier to use. Just **tap the new safety badge icon** directly from the map for quick access.

2. With our **Trusted Contacts** feature, you can designate up to five friends and family ahead of time, and will be prompted to share your trip details with them regularly. That means there are multiple sets of eyes on each ride for more peace of mind.

3. You now have a dedicated place in the app—the **Safety Center**—where you can read key safety information, including safety tips we created in partnership with law enforcement, as well as details on our driver screening processes, insurance protections and community guidelines.

4. In your app, there's now an **emergency button** that connects you directly with 911 to get help if you're ever faced with an emergency. Importantly, this will show you your real-time location—both on a map and as an

address—so you can share it directly with the 911 operator. And in some cities, the technology goes even further: your car's location and trip details will be automatically communicated to the 911 center, which could save minutes (and lives) in an emergency.

These new features are just the beginning. We know there's much more work to do, and we're committed to continually improving.

[Check out this story from NBC's TODAY show](#) for more on how this new safety technology works.