1    [Submitting Counsel below]

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    IN RE: UBER TECHNOLOGIES, INC.,          Case No. 23-md-03084-CRB
     PASSENGER SEXUAL ASSAULT
9    LITIGATION
                                              **ADMINISTRATIVE MOTION TO**
10   _____   **CONSIDER WHETHER ANOTHER**
                                              **PARTY'S MATERIAL SHOULD BE**
11   This Document Relates to:               **FILED UNDER SEAL**

     ALL CASES
12

13       Under Civil Local Rules 7-11 and 79-5(f), Plaintiffs move the Court to consider whether

14   material designated confidential by Uber should be sealed.

15       On June 13, 2025, Plaintiffs filed an opposition to Uber's motion to transfer. Plaintiffs'

16   motion refers to and attaches document that Uber designated "CONFIDENTIAL" or

17   "ATTORNEYS' EYES ONLY" under the stipulated protective order.

18                    **Material To Be Filed Under Seal**

19       The material to be filed under seal is portion of Plaintiffs' motion, portions of the

20   declaration in support, and the attached exhibit:

21

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiffs' Opposition to Defendants' Motion to Transfer | Portion of briefing referring to documents designated confidential | Uber |
| Exhibit 2 | Uber-produced document bates stamped UBER-MDL-3084-000067465 | Uber |
| Exhibit 5 | Uber-produced document bates stamped UBER000182883 | Uber |

28

1   Under Local Rule 79-5(f)(3), Uber bears the responsibility to establish that all of the

2   designated material is sealable.

3   This motion complies with Civil Local Rule 7-11 and 79-5, and the following

4   attachments accompany this motion:

5       1.   The Declaration of Andrew R. Kaufman in Support of this Motion; and

6       2.   A Proposed Order that lists in tabular format all material sought to be sealed.

7

8   Dated: June 13, 2025                              Respectfully submitted,

9                                                     By: */s/ Sarah R. London*

10                                                    Sarah R. London (SBN 267093)

11                                                    **GIRARD SHARP LLP**
                                                      601 California St., Suite 1400
12                                                    San Francisco, CA 94108
                                                      Telephone: (415) 981-4800
13                                                    slondon@girardsharp.com

14                                                    By: */s/ Rachel B. Abrams*
                                                      Rachel B. Abrams (SBN 209316)
15

16                                                    **PEIFFER WOLF CARR KANE
                                                      CONWAY & WISE, LLP**
17                                                    555 Montgomery Street, Suite 820
                                                      San Francisco, CA 94111
18                                                    Telephone: (415) 426-5641
                                                      Facsimile: (415) 840-9435
19                                                    rabrams@peifferwolf.com

20                                                    By: */s/ Roopal P. Luhana*
                                                      Roopal P. Luhana
21

22                                                    **CHAFFIN LUHANA LLP**
                                                      600 Third Avenue, 12th Floor
23                                                    New York, NY 10016
                                                      Telephone: (888) 480-1123
24                                                    Facsimile: (888) 499-1123
                                                      luhana@chaffinluhana.com
25

26                                                    *Co-Lead Counsel for Plaintiffs*

27

28

1

**FILER'S ATTESTATION**

2

I am the ECF User whose ID and password are being used to file this document. In

3

compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this

4

filing.

5

Dated: June 13, 2025                                  By:      */s/ Andrew R. Kaufman*

6

Andrew R. Kaufman

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

ADMIN MOT. TO CONSIDER WHETHER
ANOTHER PARTY'S MAT. SHOULD BE SEALED
CASE NO. 23-MD-03084-CRB