IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF ANDREW R. KAUFMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

I, Andrew R. Kaufman, declare:

1.      I am an attorney in the law firm of Girard Sharp LLP.  I am a member of the State Bars of Wisconsin and New York and am admitted to practice pro hac vice before this Court.  I make this declaration based on my own personal knowledge.  If called upon to testify, I could and would testify competently to the truth of the matters stated herein

2.      Because the materials at issue were designated by Uber as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY", Plaintiffs filed the following under seal:

| **Document** | **Description** | **Designating Party** |
|---|---|---|
| [Unredacted] Plaintiffs' Opposition to Defendants' Motion to Transfer | Portion of briefing referring to documents designated confidential | Uber |
| Exhibit 2 | Uber-produced document bates stamped UBER-MDL-3084-000067465 | Uber |
| Exhibit 5 | Uber-produced document bates stamped UBER000182883 | Uber |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2025 in Milwaukee, Wisconsin.

/s/ Andrew R. Kaufman
Andrew R. Kaufman