1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8  IN RE: UBER TECHNOLOGIES, INC.,
   PASSENGER SEXUAL ASSAULT
9  LITIGATION

10 This Document Relates to:

11 ALL CASES
12

Case No. 23-md-03084-CRB

**[PROPOSED] ORDER RE:
ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE
FILED UNDER SESAL**

13

14      Having considered Plaintiffs' June 13, 2025 Administrative Motion to Consider Whether

15 Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) /**

16 **DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiffs' Opposition to Defendants' Motion to Transfer | Portion of briefing referring to documents designated confidential | Uber |
| Exhibit 2 | Uber-produced document bates stamped UBER-MDL-3084-000067465 | Uber |
| Exhibit 5 | Uber-produced document bates stamped UBER000182883 | Uber |

24 **IT IS SO ORDERED.**

25

26 Dated: _____

27                                          _____
                                           HON. CHARLES R. BREYER
28                                         United States District Judge

[PROPOSED] ORDER RE: ADMIN MOT. TO SEAL
CASE NO. 23:MD-03084-CRB