1   [Submitting Counsel below]

2

3

4

5                       IN THE UNITED STATES DISTRICT COURT

6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   IN RE: UBER TECHNOLOGIES, INC.,          Case No. 23-md-03084-CRB
    PASSENGER SEXUAL ASSAULT
9   LITIGATION
                                             **CERTIFICATE OF SERVICE**
10
    This Document Relates to:
11
    ALL CASES
12

13          I certify that, on June 13, 2025 a true and correct copy of each of the UNSEALED/

14   UNREDACTED version of the following documents:

15          • **UNREDACTED Plaintiffs' Opposition to Defendants' Motion to Transfer**
16          • **UNSEALED Ex. 2 ISO Opposition**
             • **UNSEALED Ex. 5 ISO Opposition**
17
     was served pursuant to Civil L.R. 5(a) to each person named below:
18
     **KIRKLAND & ELLIS LLP**
19   Laura R. Vartain (laura.vartain@kirkland.com)
     Allison M. Brown (allison.brown@kirkland.com)
20   Jessica Davidson (jessica.davidson@kirkland.com)

21
     **O'MELVENY & MYERS LLP**
22   Sabrina H. Strong (sstrong@omm.com)
     Jonathan Schneller  (jschneller@omm.com)
23   Joshua Revesz (jrevesz@omm.com)

24
     **SHOOK, HARDY & BACON, LLP**
25   Patrick L. Oot, Jr. (oot@shb.com)
     Alycia A. Degen (adegen@shb.com)
26   Michael B. Shortnacy (mshortnacy@shb.com)
     Jay D. Haider (jhaider@shb.com)
27   Christopher J. Kaufman (ckaufman@shb.com)
     Christopher W. Cotton (ccotton@shb.com)
28

                                          - 1 -

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2025 in Milwaukee, WI.

By: */s Andrew R. Kaufman*
Andrew R. Kaufman

CERTIFICATE OF SERVICE
CASE NO. 23-MD-03084-CRB