IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SESAL |
|---|---|

Having considered Plaintiffs' June 13, 2025 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiffs' Opposition to Defendants' Motion to Transfer | Portion of briefing referring to documents designated confidential | Uber |
| Exhibit 2 | Uber-produced document bates stamped UBER-MDL-3084-000067465 | Uber |
| Exhibit 5 | Uber-produced document bates stamped UBER000182883 | Uber |

**IT IS SO ORDERED.**

Dated: June 16, 2025

_____
HON. CHARLES R. BREYER
United States District Judge

- 1 -

[PROPOSED] ORDER RE: ADMIN MOT. TO SEAL
CASE NO. 23:MD-03084-CRB