Stephen J. Estey (SBN 163093)
R. Michael Bomberger (SBN 169866)
Angela J. Nehmens (SBN 309433)
**ESTEY & BOMBERGER, LLP**
2869 India Street
San Diego, CA 92103
Tel: (619) 295-0035
Fax: (619) 295-0172
Email: steve@estey-bomberger.com
Email: mike@estey-bomberger.com
Email: angela@estey-bomberger.com

*Attorneys for Plaintiff*s

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
|---|---|
| | **NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to: *JANE DOE EB 88 v. UBER TECHNOLOGIES, INC., et al.* Case No. 3:25-cv-05086 | Judge: Hon. Charles R. Breyer |

## NOTICE OF FILING OF NEW ACTION

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on June 16, 2025.

DATED:  June 17, 2025                                   Respectfully Submitted,

                                                                            **ESTEY & BOMBERGER, LLP**

                                                                            */S/ Angela Nehmens, Esq.*
                                                                            Stephen J. Estey
                                                                            Angela J. Nehmens
                                                                            **Attorney for Plaintiffs**

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2025, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */S/ Angela Nehmens*