| | |
|---|---|
| 1 | M. Elizabeth Graham (Cal Bar No. 143085) |
|   | Adam J. Gomez (Cal Bar No. 34577) |
| 2 | **Grant & Eisenhofer** |
|   | 2325 Third Street, Suite 329 |
| 3 | San Francisco, CA 94107 |
|   | Telephone: 415.229.9720 |
| 4 | Facsimile: 415.789.4367 |
|   | Email: egraham@gelaw.com |
| 5 | Email: agomez@gelaw.com |

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
|  | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *KAMA HOWLETT v. UBER TECHNOLOGIES, INC., et al.; 3:25-cv-05146-CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on June 18, 2025

///

///

///

Dated: June 18, 2025            Respectfully submitted,

By: */s/ Adam J. Gomez*
M. Elizabeth Graham, CA (SBN 143085)
Adam J. Gomez, CA 345770
**GRANT & EISENHOFER, P.A.**
2325 Third Street, Suite 329

CASE NO. 3:23-md-03084-CRB _____    1    NOTICE OF FILING OF NEW ACTION

San Francisco, CA 94107
Phone: 415-229-9720 / Fax: 415-789-4367
egraham@gelaw.com
agomez@gelaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

/s/ *Adam J. Gomez*
Adam J. Gomez