**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor (via videoconference)<br>Date:          June 20, 2025<br>Time:         10:00 a.m. |

# JOINT CASE MANAGEMENT STATEMENT

Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC (collectively "Uber"), and Plaintiffs' Co-Lead Counsel (collectively referred to herein as "the Parties"), respectfully provide this Joint Case Management Conference Statement and Proposed Agenda in advance of the Case Management Conference scheduled for June 20, 2025.

## Proposed Agenda

    I.    Status of Case Filings

    II.    General Discovery Updates

    III.    Pending Motions

    IV.    Bellwether Wave 1 Update

    V.    Next Case Management Conference

## I.    STATUS OF CASE FILINGS

### 1.    Number of MDL Case Filings

As of June 17, 2025 there are 2,293 cases in this MDL, with approximately 64 new filings since the last case management conference.

### 2.    Status of JCCP

There are approximately 621 cases pending in the JCCP.

### 3.    Other Cases and Proceedings

Defendants have provided a current list of civil actions and government investigations arising from sexual assault on the Uber platform in which Uber is a defendant, attached as Exhibit A.

## II.    GENERAL DISCOVERY UPDATES

The parties continue to engage in robust discovery efforts. Judge Cisneros recently resolved disputes regarding Plaintiffs' production of social media documents. ECF 3136, 3209, 3230. Judge Cisneros also resolved disputes regarding Uber's production of case-specific documents and answers to case-specific interrogatories. ECF 3140, 3172, 3216.

The parties have fully briefed a dispute regarding whether Uber will produce the names and contact information for passengers who reported misconduct on the part of drivers at issue. ECF 3074. That issue remains pending before Judge Cisneros.

Uber recently gave notice of its intent to serve subpoenas on PSC and JCCP leadership firms seeking information about third-party litigation funding. ECF 320, 3252, 3253, 3255, 3257, 3258, 3259, 3262, 3263. Plaintiffs anticipate moving to quash these subpoenas.

### III.  PENDING MOTIONS

- Uber's Motion to Dismiss Plaintiffs' Bellwether Complaints is fully briefed. ECF 2791 (motion) 3002 (opposition), 3212 (reply).
- Uber's Motion to Transfer will be fully briefed on June 27, 2025. ECF 3020 (motion), 3057 (stipulation regarding briefing schedule), 3254 (opposition).
- Uber's Motion to Enforce the March 26, 2025 Order is fully briefed and set for hearing on July 11, 2025. ECF 3017 (motion), 3120 (opposition).

### IV.  BELLWETHER WAVE 1 UPDATE

As the parties informed the Court before the last CMC, it is necessary to move WHB 1486 out of Wave 1. To replace WHB 1486 in Wave 1, Uber selected WHB 823 (sometimes identified on the docket as WHB 832),[1] Case No. 3:24-cv-4900. The parties agree to refer to WHB 823 as the pseudonym going forward, and agree that the Court should set WHB 823 into Wave 1, replacing WHB 1486. The parties agree and recommend the following schedule for WHB 823, which will modify PTO 26 only as it concerns WHB 823.

| Event | PTO 26 | Joint Proposal for WHB 823 |
|---|---|---|
| Substantial Completion of Fact Discovery | July 16, 2025 | August 8, 2025 |
| Exchange Expert Reports | August 8, 2025 | August 20, 2025 |

---

[1] Plaintiff's short-form complaint and amended bellwether complaint identified her as WHB 8**23**, but her case is captioned WHB 8**32**. The parties will use WHB 823 going forward.

| Rebuttal Expert Reports | September 8, 2025 | September 8, 2025 |
|---|---|---|
| Daubert/dispositive motions | October 8, 2025 | October 8, 2025 |
| Oppositions to Daubert and dispositive motions | November 11, 2025 | November 11, 2025 |
| Replies in support of any Daubert and dispositive motions | November 24, 2025 | November 24, 2025 |

## V.  NEXT CASE MANAGEMENT CONFERENCE

The next case management conference is set for July 25, at 10:00am, via videoconference. ECF 1990.

| | |
|---|---|
| Dated: June 18, 2025 | By: */s/ Sarah R. London*<br><br>Sarah R. London (SBN 267083)<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br>slondon@girardsharp.com<br><br>By: */s/ Rachel B. Abrams*<br><br>Rachel B. Abrams (SBN 209316)<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: (415) 426-5641<br>rabrams@peifferwolf.com<br><br>By: */s/ Roopal P. Luhana*<br><br>Roopal P. Luhana<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Floor 12<br>New York, NY 10016<br>Telephone: (888) 480-1123<br>luhana@chaffinluhana.com<br><br>*Co-Lead Counsels for Plaintiffs* |

1  Dated: June 18, 2025

**KIRKLAND & ELLIS LLP**

2  By: */s/ Laura Vartain Horn*
**KIRKLAND & ELLIS LLP**
3  ALLISON M. BROWN
JESSICA DAVIDSON
4  LAURA VARTAIN

5  **SHOOK, HARDY & BACON L.L.P.**
MICHAEL B. SHORTNACY
6  PATRICK L. OOT, JR.
CHRISTOPHER V. COTTON
7  ALYCIA A. DEGEN

8  **O'MELVENY AND MYERS LLP**
SABRINA H. STRONG
9  JONATHAN SCHNELLER

10  *Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
11  RASIER, LLC, and RASIER-CA, LLC

5

JOINT CASE MANAGEMENT STATEMENT
Case No. 3:23-md-03084-CRB

**FILER'S ATTESTATION**

I, Sarah R. London, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: June 18, 2025

/s/ *Sarah R. London*
Sarah R. London