# EXHIBIT A

| # | Case Name | Case Number | Jurisdiction |
|---|---|---|---|
| 1 | *Doe* v. *Uber Technologies, Inc., et al.* | 47-CV-23-901221 | AL |
| 2 | *United Financial Casualty Co.* v. *Uber Technologies Inc., et al.* | 5:24-cv-01065-CLS | AL |
| 3 | *A.A. et al.* v. *Uber Technologies, Inc., et al.* | CGC-25-621863 | CA |
| 4 | *Carrico* v. *Uber Technologies, Inc.* | 25CU007625N | CA |
| 5 | *Cuevas-Robles, et al.* v. *Uber Technologies, Inc., et al.* | 24NWCV00839 | CA |
| 6 | *Doe* v. *Uber Technologies, Inc., et al.* | 24CU010461C | CA |
| 7 | *Galan, et al.* v. *Uber Technologies, Inc., et al.* | 24TRCV00566 | CA |
| 8 | *Jane Doe EB 399 v. Uber Technologies, Inc., et al.* | 2024-CA-011269-O | FL |
| 9 | *Doe* v. *Uber Technologies, Inc., et al.* | 2023006187CA0104 | FL |
| 10 | *Doe* v. *Uber Technologies, Inc., et al.* | 2025-CA-001579 | FL |
| 11 | *C.C.* v. *Uber Technologies, Inc., et al.* | CACE24017617 | FL |
| 12 | *Doe* v. *Uber Technologies, Inc., et al.* | 2024-0 1 1285-CA-01 | FL |
| 13 | *Doe* v. *Uber Technologies, Inc., et al.* | 23-CA-006624 | FL |
| 14 | *Doe* v. *Uber Technologies, Inc., et al.* | 2023-CA-004548 | FL |
| 15 | *Doe* v. *Uber Technologies, Inc., et al.* | 11-2023-CA-000823-0001-XX | FL |
| 16 | *Jane Doe 2025 v. Uber Technologies, Inc., et al.* | 25C02860S1 | GA |
| 17 | *Dillard* v. *Uber Technologies, Inc., et al.* | 25-C-02784-S1 | GA |
| 18 | *Doe* v. *Uber Technologies, Inc., et al.* | 25-C-02725-S1 | GA |
| 19 | *Doe* v. *Uber Technologies, Inc., et al.* | 24-C-05066-S1 | GA |
| 20 | *Nisbett* v. *Uber Technologies, Inc., et al.* | 24-A-5042 | GA |
| 21 | *Jane Doe WHBE 3* v. *Uber Technologies, Inc. et al* | 1CCV240001 560 | HI |
| 22 | *Doe* v. *Uber Technologies, Inc., et al.* | 2025-L-000836 | IL |
| 23 | *Jane Doe B.E.* v. *Uber Technologies, Inc., et al.* | 2024-L-003217 | IL |
| 24 | *Jane Doe L.W.* v. *Uber Technologies, Inc., et al.* | 2024-L-003195 | IL |
| 25 | *Jane Doe M.B.* v. *Uber Technologies, Inc., et al.* | 2024-L-003215 | IL |
| 26 | *Check* v. *Uber Technologies, Inc., et al.* | 2484CV00948 | MA |
| 27 | *Farrington* v. *Uber Technologies, Inc., et al.* | 2383CV00084 | MA |
| 28 | *Scheper* v. *Uber Technologies, Inc., et al.* | 2484CV01054 | MA |
| 29 | *Doe* v. *Uber Technologies, Inc., et al.* | 22-013966-CZ | MI |
| 30 | *Jane Doe WHBE 1836 v. Uber Technologies, Inc., et al.* | 2422-CC07864 | MO |
| 31 | *Jane Doe WHBE 302, et al. v. Uber Technologies, Inc., et al.* | 2322-CC01288 | MO |
| 32 | *C.T.* v. *Uber Technologies, Inc., et al.* | MRSL00172323 | NJ |
| 33 | *Doe* v. *Uber Technologies, Inc., et al.* | 801980/2022 | NY |
| 34 | *Peterson* v. *Uber Technologies, Inc., et al.* | 8078592022E | NY |
| 35 | *Ventura* v. *Uber Technologies, Inc., et al.* | 1517572023 | NY |
| 36 | *Doe* v. *Uber Technologies, Inc., et al.* | CJ-2023-2352 | OK |
| 37 | *Humes* v. *Uber Technologies, Inc., et al.* | 24CV52619 | OR |
| 38 | *K.W.* v. *Uber Technologies, Inc, et al.* | 25OV12710 | OR |
| 39 | *C.B.* v. *Uber Technologies, Inc., et al.* | 2023-38875 | TX |
| 40 | *Cantu* v. *Uber Technologies, Inc., et al.* | S-23-5540CV-C | TX |
| 41 | *Doe* v. *Uber Technologies, Inc., et al.* | CC-23-05566-C | TX |
| 42 | *Doe* v. *Uber Technologies, Inc., et al.* | DC-2024-CV-0690 | TX |
| 43 | *Doe* v. *Uber Technologies, Inc., et al.* | 202457168 | TX |
| 44 | *Doe* v. *Uber Technologies, Inc., et al.* | 2023-69932 | TX |
| 45 | *Doe* v. *Uber Technologies, Inc., et al.* | CV23 1343 | TX |
| 46 | *Fernandes* v. *Uber Technologies, Inc., et al.* | 202515902 | TX |
| 47 | *Jane Doe KGKS 1 v. Uber Technologies, Inc., et al.* | 202457168 | TX |
| 48 | *Jane Doe WHB 1842 v. Uber Technologies, Inc., et al.* | 202462281 | TX |
| 49 | *Jane Doe WHBE 12* v. *Uber Technologies, Inc., et al.* | CC-24-0781 5-E | TX |
| 50 | *Johnson* v. *Uber, et al.* | 2024-24542 | TX |
| 51 | *Doe* v. *Uber Technologies, Inc., et al.* | 25-2-13171-8 SEA | WA |
| 52 | *Dillard* v. *Uber Technologies, Inc., et al.* | 2024CV002 172 | WI |