1   RACHEL B. ABRAMS (Cal Bar No. 209316)
    ADAM B. WOLF (Cal Bar No. 215914)
2   **Peiffer Wolf Carr Kane Conway & Wise, LLP**
    555 Montgomery Street, Suite 820
3   San Francisco, CA 94111
    Telephone: 415.766.3544
4   Facsimile: 415.840.9435
    Email: rabrams@peifferwolf.com
5   Email: awolf@peifferwolf.com

6   TIFFANY R. ELLIS (*Admitted PHV*)
    **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7   15 E. Baltimore Ave.
    Detroit, MI 48202
8   Telephone: 313.210.1559
    Facsimile: 415.840.9435
9   Email: tellis@peifferwolf.com

10  *Counsel for Plaintiff*

11

                **UNITED STATES DISTRICT COURT**
12              **NORTHERN DISTRICT OF CALIFORNIA**
                   **SAN FRANCISCO DIVISION**
13

14  IN RE: UBER TECHNOLOGIES, INC.,
    PASSENGER SEXUAL ASSAULT        )   No. 3:23-md-03084-CRB
15  LITIGATION                      )
                                    )   **NOTICE OF FILING OF NEW ACTION**
16                                  )
                                    )
17  _____    )
                                    )
18  *This document relates to:*     )
                                    )
19  *E.K. v. UBER TECHNOLOGIES, INC., et* )
    *al., 3:25-cv-05160-CRB*        )
20                                  )
                                    )
21                                  )
                                    )

22

23      Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

24  with Jury Demand in the above-referenced action was filed on June 18, 2025.

25  ///

26  ///

27  ///

28

CASE NO. 3:23-md-03084-CRB              1      NOTICE OF FILING OF NEW ACTION

Dated: June 23, 2025                   Respectfully submitted,

By: */s/ Rachel B. Abrams*
RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
        awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Rachel B. Abrams*
Rachel B. Abrams

CASE NO. 3:23-md-03084-CRB            2        NOTICE OF FILING OF NEW ACTION