UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES,
INC., PASSENGER SEXUAL
ASSAULT LITIGATION              ,
                    Plaintiff(s),

        v.

                                ,
                    Defendant(s).

Case No. 3:23-md-03084-CRB

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Caroline Power_____, an active member in good standing of the bar of

New Jersey_____, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: ____Uber Technologies, Inc., Rasier,
LLC, and Rasier-CA, LLC____ in the

above-entitled action. My local co-counsel in this case is Laura Vartain Horn_____, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 258485_____.

2005 Market Street, Suite 1000
Philadelphia, PA 19103
_____
MY ADDRESS OF RECORD

555 California Street
San Francisco, CA 94104
_____
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

215.268.5004
_____
MY TELEPHONE # OF RECORD

415.439.1625
_____
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

caroline.power@kirkland.com
_____
MY EMAIL ADDRESS OF RECORD

laura.vartain@kirkland.com
_____
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 111072014_____.

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months

preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: June 23, 2025                                    Caroline Power

5                                                           APPLICANT

6

7

8                         ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of Caroline Power is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated: _____

16

17    _____

18                    UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California