**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | NOTICE OF FILING OF NEW ACTION |
| **This Document Relates to:** | |
| *T.B., an individual v. UBER TECHNOLOGIES, INC., et al.* Case No.: 3:25-cv-05305 | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on June 25, 2025.

Dated: June 25, 2025.                 Respectfully submitted,

By: */s/ D. Douglas Grubbs*
D. DOUGLAS GRUBBS (TX Bar No. 24065339)
ADAM K. PULASKI (TX Bar No. 16385800)
**PULASKI KHERKHER, PLLC.**
2925 Richmond Ave., Suite 1725
Houston, TX 77098
Telephone: 713.664.4555
Facsimile: 713.664.7543
Email: dgrubbs@pulaskilawfirm.com
Email: adam@pulaskilawfirm.com

*Counsel for Plaintiff*

1

**<u>CERTIFICATE OF SERVICE</u>**

2       I      hereby      certify      that      on      June      25,      2025,

3 a copy of the foregoing was electronically filed with the Clerk of the

4 Court using the CM/ECF system, which will send notification of such filing

5 to    all CM/ECF participants registered to receive service in this matter.

6                                              */s/ D. Douglas Grubbs*
7                                            D. Douglas Grubbs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF FILING OF NEW ACTION