# PLS.' EXHBIT 1

Message

| | |
|---|---|
| **From**: | Kayla Whaling [whaling@uber.com] |
| **Sent**: | 12/4/2017 1:26:45 AM |
| **To**: | David Brightman [brightman@uber.com] |
| **CC**: | Texas Public Affairs [txpa@uber.com] |
| **BCC**: | whaling@uber.com |
| **Subject**: | Re: Austin Press Event: Tuesday, Dec. 5 |

Thanks, David! We are really excited about this line up.

On Sun, Dec 3, 2017 at 12:33 PM, David Brightman <brightman@uber.com> wrote:
> Thanks, Kayla.  Apologies for the delayed response.  This looks great.
>
> Best,
> David
>
> On Wed, Nov 29, 2017 at 10:38 AM, Kayla Whaling <whaling@uber.com> wrote:
>> Hey David,
>>
>> As you know, the safety comms and public affairs teams under Jill and Justin have been working on a nationwide campaign for drinking and driving this holiday season. We have a great opportunity to help host a press event here in Austin next week with AAA and law enforcement to push out the designated driver message.
>>
>> The event was confirmed yesterday for Tuesday at 1 p.m. I've offered to host this event at the GLH and invite media out for this event. The press event will be outside and Trevor will be speaking.
>>
>> I've been speaking to our marketing strategy team and we think this is a great opportunity to include specific Austin partners and formally recognize their efforts of helping keep the roads safe during the holidays.
>>
>> Here are some of the materials, including the driver email that we would like to use in Austin which has been approved by legal.
>>
>> Let me know and will work directly with Barry on getting this squared away.
>>
>> Media Advisory
>> Press Release
>>
>> Kayla