1 | Sadi R. Antonmattei-Goitia (SBN #24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA, LLP**
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *JANE DOE KG 009 v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-05327-CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on June 25, 2025.

///

///

///

1

| | |
|---|---|
| Dated: June 26, 2025 | Respectfully submitted, |
| | By: */s/ Sadi Antonmattei-Goitia* <br> Sadi R. Antonmattei-Goitia (SBN #24091383) <br> *(Pro Hac Vice)* <br> **KHERKHER GARCIA, LLP** <br> 2925 Richmond Ave., Suite 1560 <br> Houston, TX 77098 <br> Telephone: (713) 333-1030 <br> Facsimile: (713) 333-1029 <br> Email: skherkher-team@kherkhergarcia.com <br> Email: rideshare@kherkhergarcia.com <br><br> *Attorneys for Plaintiff* |

### **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia