# Exhibit A

|   |   |
|---|---|
| 1 | LAURA VARTAIN (SBN: 258485) |
|   |     laura.vartain@kirkland.com |
| 2 | **KIRKLAND & ELLIS LLP** |
|   | 555 California Street, 30th Floor |
| 3 | San Francisco, CA 94104 |
|   | Telephone: (415) 439-1625 |
| 4 |   |
|   | ALLISON M. BROWN (Pro Hac Vice admitted) |
| 5 |     allison.brown@kirkland.com |
|   | JESSICA DAVIDSON (Pro Hac Vice admitted) |
| 6 |     jessica.davidson@kirkland.com |
|   | **KIRKLAND & ELLIS LLP** |
| 7 | 601 Lexington Avenue |
|   | New York, NY 10022 |
| 8 | Telephone: (212) 446-4723 |

9  *Attorneys for Defendants*
10 UBER TECHNOLOGIES, INC.,
   RASIER, LLC, and RASIER-CA, LLC

11 *[Additional Counsel Listed on Following Pages]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
|---|---|
|   | Judge:    Honorable Charles Breyer |
| This Document Relates to: | **DECLARATION OF NIELS MELIUS IN SUPPORT OF DEFENDANTS' JUNE 26, 2025 BRIEF IN SUPPORT OF PRIVILEGE CLAIMS FOR CLAWBACKS IN JUNE 5, 2025 LOG** |
| ALL ACTIONS |   |

**DECLARATION OF NIELS MELIUS**

I, Niels Melius, having personal knowledge of the following state:

    1.    I am an attorney and Senior Counsel, Litigation, at Uber. I was first employed by Uber in September 2021 and have worked as in-house legal counsel for nearly four years. In my role, I am responsible for providing legal advice to Uber's leadership and employees, and I have managed teams of attorneys, paralegals, and various non-legal professionals. I offer this Declaration in the above-

NIELS MELIUS' DECLARATION ISO OF DEFENDANTS' 26, 2025 BRIEF IN SUPPORT OF PRIVILEGE
CLAIMS FOR CLAWBACKS IN JUNE 5, 2025 PRIVILEGE LOG    Case No. 3:23-MD-3084-CRB

Docusign Envelope ID: C52C81E6-5BDA-4885-9F80-A017CA72166F
Case 3:23-md-03084-CRB    Document 3363-1    Filed 06/26/25    Page 3 of 4

captioned matter in support of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's June 26, 2025 Brief In Support of Privilege Claims for Clawbacks in the June 5, 2025 Privilege Log. The facts set forth herein are true and correct and are based on my own personal knowledge, and I could and would competently testify thereto if called.

2.   As part of my current role, I help prepare company witnesses to testify at depositions in litigation. My team and I assisted in preparing Catherine Gibbons, Uber's Senior Director, Global Head of Platform Safety, Identity, Risk & Payments, for her deposition in the Boston Retirement Systems litigation. As a result, I am familiar with the materials in-house attorneys generated and used to prepare Ms. Gibbons for this deposition.

3.   I have reviewed and am familiar with the documents identified in the privilege log as JCCP_MDL_PRIVLOG043854, JCCP_MDL_PRIVLOG043859, JCCP_MDL_PRIVLOG104710, JCCP_MDL_PRIVLOG104734, JCCP_MDL_PRIVLOG104743, JCCP_MDL_PRIVLOG104748, JCCP_MDL_PRIVLOG043856, and JCCP_MDL_PRIVLOG104756. These eight documents were compiled in a Google Drive folder by Uber in-house attorneys, and Uber non-attorney employees at the direction of Uber in-house attorneys, in collaboration with Uber's outside defense counsel, A&O Shearman, for the purpose of preparing Ms. Gibbons for her deposition in the Boston Retirement Systems Litigation. A&O Shearman also placed these documents in a binder with tabs that was used to prepare Ms. Gibbons for this deposition. As such, the file name of each document contains a preparation binder tab number. Moreover, all eight documents contain highlighting made by attorneys at A&O Shearman that reflects their mental impression or assessment of the importance of the highlighted portion of each document.

4.   I have reviewed and am familiar with the documents identified in the privilege log as

2
NIELS MELIUS' DECLARATION ISO OF DEFENDANTS' 26, 2025 BRIEF IN SUPPORT OF PRIVILEGE
CLAIMS FOR CLAWBACKS IN JUNE 5, 2025 PRIVILEGE LOG            Case No. 3:23-MD-3084-CRB

JCCP_MDL_PRIVLOG043850, JCCP_MDL_PRIVLOG104706, JCCP_MDL_PRIVLOG104721, JCCP_MDL_PRIVLOG104727. Uber in-house attorneys, and Uber non-attorney employees at the direction of Uber in-house attorneys, in collaboration with Uber's outside defense counsel, A&O Shearman, compiled these documents in a binder used to prepare Ms. Gibbons for her deposition in the Boston Retirement Systems Litigation. As such, the file name of each document contains a preparation binder tab number. Moreover, each document contains highlighting made by A&O Shearman attorneys that reflects their mental impression or assessment of the importance of the highlight portion of each document.

     5.    I have reviewed and am familiar with the documents identified in the privilege log as, JCCP_MDL_PRIVLOG104752, JCCP_MDL_PRIVLOG104758, JCCP_MDL_PRIVLOG104763, JCCP_MDL_PRIVLOG104778, JCCP_MDL_PRIVLOG104784, JCCP_MDL_PRIVLOG104794, JCCP_MDL_PRIVLOG104795, JCCP_MDL_PRIVLOG104814, JCCP_MDL_PRIVLOG104816. Uber in-house attorneys, and Uber non-attorney employees at the direction of Uber in-house attorneys, in collaboration with Uber's outside defense counsel, A&O Shearman, compiled these nine documents in a Google Drive folder, for the purpose of preparing Catherine Gibbons for her deposition in the Boston Retirement Systems Litigation. A&O Shearman attorneys placed these documents in a binder used to prepare Ms. Gibbons for that deposition. As such, the file name of each document contains a preparation binder tab number.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 26, 2025.          By: /s/ _____
                                                                              Niels Melius