Stephen J. Estey (SBN 163093)
R. Michael Bomberger (SBN 169866)
Angela J. Nehmens (SBN 309433)
**ESTEY & BOMBERGER, LLP**
2869 India Street
San Diego, CA 92103
Tel: (619) 295-0035
Fax: (619) 295-0172
Email: steve@estey-bomberger.com
Email: mike@estey-bomberger.com
Email: angela@estey-bomberger.com

*Attorneys for Plaintiff*s

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*JANE DOE EB 90 v. UBER TECHNOLOGIES, INC., et al.*<br>Case No. 3:25-cv-05306 | MDL No. 3084 CRB<br><br>**NOTICE OF FILING OF NEW ACTION**<br><br>Judge: Hon. Charles R. Breyer |

## **NOTICE OF FILING OF NEW ACTION**

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on June 25, 2025.

DATED: June 27, 2025                    Respectfully Submitted,

                                        **ESTEY & BOMBERGER, LLP**

                                        */S/ Angela Nehmens, Esq.*
                                        Stephen J. Estey
                                        Angela J. Nehmens
                                        ***Attorney for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2025, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */S/ Angela Nehmens*