Ben C. Martin (TBN #13052400)
(*Pro Hac Vice*)
**BEN MARTIN LAW GROUP, LLP**
3141 Hood Street, Suite 600
Dallas, Texas 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
Email: bmartin@bencmartin.com
Email: eservice@bencmartin.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>*This document relates to:*<br><br>*ARPITKUMAR PATEL v. UBER TECHNOLOGIES, INC., et al.*, 3:25-cv-05287 | No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on June 27, 2025.

///

///

NOTICE OF FILING - 1

| | |
|---|---|
| Dated: June 27, 2025 | Respectfully Submitted, |
| | By: /s/ Ben C. Martin |
| | Ben C. Martin (TBN #13052400) |
| | (*Pro Hac Vice to be filed*) |
| | **BEN MARTIN LAW GROUP** |
| | 3141 Hood Street, Suite 600 |
| | Dallas, TX 75219 |
| | Telephone: (214) 761-6614 |
| | Facsimile: (214) 744-7590 |
| | Email: bmartin@bencmartin.com |
| | Email: eservice@bencmartin.com |
| | *Attorneys for Plaintiff* |

NOTICE OF FILING - 2

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

> */s/ Ben C. Martin*
> Ben C. Martin