|   |   |   |
|---|---|---|
| 1 | ROOPAL P. LUHANA (admitted Pro Hac Vice) | |
| 2 | **Chaffin Luhana LLP** | |
|   | 600 Third Avenue | |
| 3 | 12th Floor | |
|   | New York, NY 10016 | |
| 4 | Telephone: (888) 480-1123 | |
|   | Facsimile: (888) 499-1123 | |
| 5 | Email: luhana@chaffinluhana.com | |

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| T.G.01 v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-04257-CRB | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on May 19, 2025.

///

///

///

Dated: June 30, 2025

Respectfully submitted,

By: /s/ Roopal P. Luhana
ROOPAL P. LUHANA (admitted PHV)
**Chaffin Luhana LLP**
600 Third Avenue
12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
Email: luhana@chaffinluhana.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

/s/ Roopal P. Luhana
Roopal P. Luhana