1  **WAGSTAFF LAW FIRM**
   Sommer D. Luther, CO 35053
2  940 Lincoln Street
   Denver, CO 80203
3  Tel: (303) 263-8949
   Fax: (303) 376-6361
4  sluther@wagstafflawfirm.com

5  *Attorney for Plaintiff*

6

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12 | IN RE: UBER TECHNOLOGIES, INC., | Case 3:23-md-03084-CRB |
13 | PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 |

14                                               Honorable Charles R. Breyer

15                                               JURY TRIAL DEMANDED

16                                               **PLAINTIFF B.L.'S NOTICE OF CHANGES TO DEPOSITIONS OF ANN HARKNESS AND JANE HARKNESS**

17 This Document Relates to:

18 *B.L. v. Uber Technologies, Inc., et al.*, No. 24-cv-7940

19

20

21      Plaintiff hereby advises the Court of the following changes to the deposition schedule in

22 the above referenced case:

23      **Deposition of Ann Harkness.**   Ann Harkness is the Plaintiff's aunt. Ms. Harkness'

24 deposition was scheduled for June 27, 2025 at 11:00 a.m. PST/1:00 p.m. CST. Exhibit 1 attached

25 is a medical note provided by Ms. Harkness' medical provider. Uber has withdrawn the request

26 for deposition of Ann Harkness.

27      **Deposition of Jane Harkness.**   Jane Harkness is the Plaintiff's mother. Ms. Harkness'

28

1  deposition was scheduled for June 30, 2025 at 10:00 a.m. PST/12:00 p.m. CST. Uber has
2  withdrawn the request for deposition of Jane Harkness.

3   Dated: June 30, 2025                             /s/ *Sommer D. Luther*
4                                                    **WAGSTAFF LAW FIRM**
                                                     Sommer D. Luther, CO 35053
5                                                    940 Lincoln Street
                                                     Denver, CO 80203
6                                                    Tel: (303) 263-8949
                                                     Fax: (303) 376-6361
7                                                    sluther@wagstafflawfirm.com
                                                     *Attorney for Plaintiff B.L.*
8

# EXHIBIT 1



**Victory Medical**
4303 Victory Drive #300
AUSTIN, TX 78704-7507
Phone: (512) 462-3627, Fax: (512) 462-2898

Date: 06/26/2025

RE: Ann Harkness, DOB: 03/03/1958, PT ID #25689057

To whom it may concern,

The above patient is under my care and due to a medical condition is unable to install her hearing aids at this time. She does require her hearing aids for formal activites that involve hearing and comprehension of sound, such as a virtual or in person deposition. I expect this condition to last until 7/3/25 when she is evaluated again.

Sincerely,

Electronically Signed by: JASON SPEES, MSN, APRN

Victory Medical
4303 Victory Drive
Austin, TX 78704
Phone: (512) 462-3627
Fax: (512) 462-2898
www.victorymed.com

**PROOF OF SERVICE**

*B.L. v. Uber Technologies, Inc., et al*
MDL No. 3084 CRB, Case No. 24-CV-7940

I, the undersigned, declare: I am a citizen of the United States, over 18 years of age and not a party to the within action. My business mailing address is 940 Lincoln Street, Denver, CO 80203.

On the date specified below, I served a copy of the foregoing document described as:

**PLAINTIFF B.L.'S NOTICE OF CHANGES TO DEPOSITIONS OF
ANN HARKNESS AND JANE HARKNESS**

To be served by providing a true copy thereof addressed to each of the persons named below:

**O'MELVENY & MYERS, LLP**
400 South Hope Street
Suite 1900
Los Angeles, CA 90071
Telephone: (310) 553-6700

**SABRINA STRONG**
sstrong@omm.com
**JONATHAN SCHNELLER**
jschneller@omm.com
**JOSHUA REVESZ**
jrevesz@omm.com
**LOUIS FISHER**
lfisher@omm.com

**KIRKLAND & ELLIS, LLP**
601 Lexington Avenue New York, NY 10022
Telephone: (212) 446-4800

**ALLI BROWN**
alli.brown@kirkland.com
**CHRIS COX**
christopher.cox@kirkland.com
**JESSICA DAVIDSON**
jessica.davidson@kirkland.com
**JENNIFER LEVY**
jlevy@kirkland.com
**RUPAL JOSHI**
rupal.joshi@kirkland.com

**SHOOK, HARDY & BACON LLP**
1 Rockefeller Plaza, Suite 2801 New York, NY 10020
Telephone: (212) 989-8844
UberMDLService@listserv.shb.com

**PATRICK OOT**
oot@shb.com
**ALYCIA A. DEGEN**
adegen@shb.com

**MICHAEL B. SHORTNACY**
mshortnacy@shb.com
**CHRISTOPHER C. COTTON**
ccotton@shb.com

*Attorneys for Defendants – UBER TEHCNOLOGIES, INC., RASIER LLC, and RASIER-CA, LLC*

[X]   **BY ELECTRONIC TRANSMISSION ONLY:** By emailing the document(s) to the persons at the email address(es) listed above. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed June 30, 2025 in Denver, Colorado.

    __*/s/ Emma Guidry*_____
    Emma Guidry
    Senior Paralegal