| | |
|---|---|
| 1 | RACHEL B. ABRAMS (Cal Bar No. 209316) |
| | ADAM B. WOLF (Cal Bar No. 215914) |
| 2 | **Peiffer Wolf Carr Kane Conway & Wise, LLP** |
| | 555 Montgomery Street, Suite 820 |
| 3 | San Francisco, CA 94111 |
| | Telephone: 415.766.3544 |
| 4 | Facsimile: 415.840.9435 |
| | Email: rabrams@peifferwolf.com |
| 5 | Email: awolf@peifferwolf.com |
| 6 | TIFFANY R. ELLIS (*Admitted PHV*) |
| | **Peiffer Wolf Carr Kane Conway & Wise, LLP** |
| 7 | 15 E. Baltimore Ave. |
| | Detroit, MI 48202 |
| 8 | Telephone: 313.210.1559 |
| | Facsimile: 415.840.9435 |
| 9 | Email: tellis@peifferwolf.com |
| 10 | *Counsel for Plaintiff* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *B.G. v. UBER TECHNOLOGIES, INC., et al.*, 3:25-cv-05357-CRB | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on June 26, 2025.

///

///

///

| | | |
|---|---|---|
| 1 | Dated: July 1, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | | By: /s/ Rachel B. Abrams<br>RACHEL B. ABRAMS (Cal Bar No. 209316) |
| 4 | | ADAM B. WOLF (Cal Bar No. 215914)<br>**Peiffer Wolf Carr Kane Conway & Wise, LLP** |
| 5 | | 555 Montgomery Street, Suite 820<br>San Francisco, CA 94111 |
| 6 | | Telephone: 415.766.3544<br>Facsimile: 415.840.9435 |
| 7 | | Email: rabrams@peifferwolf.com<br>            awolf@peifferwolf.com |
| 8 | | |
| 9 | | TIFFANY R. ELLIS (*Admitted PHV*)<br>**Peiffer Wolf Carr Kane Conway & Wise, LLP** |
| 10 | | 15 E. Baltimore Ave.<br>Detroit, MI 48202 |
| 11 | | Telephone: 313.210.1559<br>Facsimile: 415.840.9435<br>Email: tellis@peifferwolf.com |
| 12 | | |
| 13 | | *Counsel for Plaintiff* |

### CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

/s/ Rachel B. Abrams
Rachel B. Abrams