# EXHIBIT B

```
                    UNITED STATES DISTRICT COURT

                FOR THE NORTHERN DISTRICT OF CALIFORNIA

                    _____


   In Re: Uber Technologies,      )
   Inc., Passenger Sexual Assault ) No. 3:23-md-03084-CRB
   Litigation.                    )
   _____)
                                  )
                                  ) San Francisco,
                                  ) California
                                  ) June 26, 2025
                                  ) 10:42 a.m.
                                  )


   BEFORE:   THE HONORABLE LISA J. CISNEROS, MAGISTRATE JUDGE


REPORTER'S TRANSCRIPT OF PROCEEDINGS VIA ZOOM VIDEOCONFERENCE


                      STATUS CONFERENCE
```

Official Court Reporter:
**Andrea K. Bluedorn, RMR, CRR**
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC 34
Phoenix, Arizona 85003-2151
(602) 322-7245

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

1            MS. VARTAIN:  Your Honor, if I may comment.  I think
2   it makes sense to do some additional meeting and conferring
3   along the lines of what Your Honor is suggesting.  Although I
4   -- my initial reaction is that it doesn't make sense to think
5   of this as adding another layer of regional specific sort of
6   corporate discovery, and so I think the devil will be a little
7   bit in the details and we should meet and confer on it.
8            But I just wanted to be clear that I don't think we
9   should open up like a third tier of discovery that sits -- that
10  adds a large amount of complexity to what has already been a
11  highly voluminous and complex discovery process.
12           THE COURT:  Yeah.  That's not how I'm thinking of it
13  now at this point, but -- and I also have questions about just
14  how -- how common is this issue going to be, you know, how
15  frequent is this even going to come up so --
16           MS. VARTAIN:  So, Your Honor, on that point, like
17  until -- until these four -- until the four persons who's
18  are -- raised the objections that we're dealing with today, I
19  thought it was very clear that we had case specific discovery
20  that was very clearly defined as the Uber witness -- for the
21  Uber witnesses -- as the people who touched a specific case,
22  the investigators specifically.  And so people with specific
23  knowledge of a case.
24           And with these four additional people, the plaintiffs
25  are sort of injecting a new tier of discovery that is not case

|   |   |
|---|---|
| 1 | specific, and I think there's a way to resolve this along the |
| 2 | lines of the Court's guidance.  I just want to be very clear |
| 3 | that I don't -- and I'm not hearing from the Court that we |
| 4 | should expand into a new tier, and that I think is -- would be |
| 5 | not appropriate at this juncture. |
| 6 | THE COURT:  I guess what I'm hearing from you is that |
| 7 | you -- a little bit may be more narrow than I think might be |
| 8 | appropriate just because I'm not sure that the case specific |
| 9 | discovery is limited to an employee who touched a -- a |
| 10 | particular investigation, but maybe any employee who might have |
| 11 | been involved in some manner with a specific case and that |
| 12 | could either be through an investigation or some marketing |
| 13 | material that the person who called the Uber service might have |
| 14 | consumed or read or been an audience to it at some point so. |
| 15 | MS. VARTAIN:  I think the Court's guidance is helpful |
| 16 | on this and I think we can take it back.  I believe the parties |
| 17 | have an understanding between the parties as to what case |
| 18 | specific is and we need to look at that agreement in light of |
| 19 | the Court's guidance and see if we can quickly resolve. |
| 20 | THE COURT:  Yeah. |
| 21 | MS. PETERS:  Your Honor, may I raise a question about |
| 22 | timing whether we would have a -- like a timeline to meet and |
| 23 | confer or whether that would be a parallel track with Uber |
| 24 | providing dates for witnesses, and then in the lead up to the |
| 25 | depositions, we're meeting and conferring about sort of scope |

# **C E R T I F I C A T E**

I, ANDREA K. BLUEDORN, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED this 26th day of June, 2025.

/s/ Andrea K. Bluedorn
Andrea K. Bluedorn, RMR, CRR