# EXHIBIT C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


IN RE:  UBER TECHNOLOGIES,    Case No. 3:23-md-03084
INC., PASSENGER SEXUAL                CRB
ASSAULT LITIGATION
_____
This Document Relates to:

ALL ACTIONS
_____




VIDEO DEPOSITION OF UBER TECHNOLOGIES, INC.'s

30(b)(6) CORPORATE REPRESENTATIVE - ELIZABETH ROSS

San Francisco, California

Wednesday, June 11, 2025

Volume 1




STENOGRAPHICALLY REPORTED BY:
REBECCA L. ROMANO, RPR, CSR, CCR
California CSR No. 12546
Nevada CCR No. 827
Oregon CSR No. 20-0466
Washington CCR No. 3491

JOB NO. 6899600-001

PAGES 1 - 344

Elizabeth Ross Volume 1 30(b)(6)
June 11, 2025

 1                (Video playing.)

 2        Q.   (By Ms. Walsh)  Okay.  Let me ask you

 3   this first:  Do you think that that rider was --

 4   that someone watching that would think, Okay.  This

 5   person is supposed to seem like they're kind of

 6   inebriated after drinking on New Year's Eve?

 7        A.   Yeah, I think someone could watch that

 8   and assume that that person might have had a few

 9   drinks --

10        Q.   Okay.

11        A.   -- during their New Year's party, yes.

12        Q.   Okay.  And -- and that is something that

13   Uber was comfortable marketing itself as -- strike

14   that.

15                That was something that Uber was

16   comfortable portraying in its -- in its marketing,

17   that getting in an Uber and taking an Uber after

18   you've had some drinks out celebrating is an okay

19   thing to do?

20        A.   Yes, and it's done in collaboration with

21   MADD.

22        Q.   Okay.

23        A.   Which I can explain who MADD is.  But

24   MADD is Mothers Against Drunk Driving.  And so it's

25   an ad campaign that's done in partnership with them

Elizabeth Ross Volume I 30(b)(6)
June 11, 2025

1  to drive awareness of making sure people don't get

2  behind the wheel when they're drinking.

3      Q.   Okay.  And just focus on my question for

4  now.  We can talk about MADD if you want.

5           But am I correct that Uber was

6  comfortable communicating to people through its

7  marketing that having some drinks and getting in an

8  Uber is a safe thing to do?

9      A.   Yes, I think with this campaign, we are

10  showing people that are drinking and using Uber.

11  But I do not think that we're showing them drinking

12  to excess.  But, yes, we are showing them drinking.

13      Q.   Okay.  Does -- are you aware in any of

14  the marketing materials that you've look at that

15  say, You shouldn't use Uber if you've been drinking

16  to excess?

17      A.   Not that I'm aware of off the top of my

18  head, no.

19      Q.   Okay.  And you understand that that could

20  be a pretty risky thing to do?

21           MS. LEVY:  Object to form, and

22  foundation.

23           THE DEPONENT:  Can you clarify.

24      Q.   (By Ms. Walsh)  Well, Uber has its own

25  analysis and its own data that has led it to

 1      I, Rebecca L. Romano, a Registered

 2  Professional Reporter, Certified Shorthand

 3  Reporter, Certified Court Reporter, do hereby

 4  certify:

 5      That the foregoing proceedings were taken

 6  before me at the time and place herein set forth;

 7  that any deponents in the foregoing proceedings,

 8  prior to testifying, were administered an oath;

 9  that a record of the proceedings was made

10  stenographically by me and which was thereafter

11  transcribed under my direction; that the foregoing

12  transcript is a true record of the testimony given.

13      Further, that if the foregoing pertains to the

14  original transcript of a deposition in a Federal

15  Case, before completion of the proceedings, review

16  of the transcript [ ] was [X] was not requested.

17      I further certify I am neither financially

18  interested in the action nor a relative or employee

19  of any attorney or any party to this action.

20      IN WITNESS WHEREOF, I have this date

21  subscribed my name.

22

23  Dated:  June 13th, 2025

24  _____
                      Rebecca L. Romano, RPR, CCR
25                      CSR. No 12546

Elizabeth Ross Volume 2 30(b)(6)
June 12, 2025

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


IN RE:  UBER TECHNOLOGIES,   Case No. 3:23-md-03084
INC., PASSENGER SEXUAL                 CRB
ASSAULT LITIGATION
_____

This Document Relates to:

ALL ACTIONS
_____




VIDEO DEPOSITION OF UBER TECHNOLOGIES, INC.'s

30(b)(6) CORPORATE REPRESENTATIVE - ELIZABETH ROSS

San Francisco, California

Thursday, June 12, 2025

Volume 2




STENOGRAPHICALLY REPORTED BY:
REBECCA L. ROMANO, RPR, CSR, CCR
California CSR No. 12546
Nevada CCR No. 827
Oregon CSR No. 20-0466
Washington CCR No. 3491

JOB NO. 6899605-001

PAGES 345 - 610

Elizabeth Ross Volume 2 30(b)(6)
June 12, 2025

1        A.    Yes.

2        Q.    Okay.  Ms. Ross, are you familiar with a

3   marketing -- well, Uber has a YouTube channel,

4   right?

5        A.    Yes, we do.

6        Q.    Okay.  And Uber's YouTube channel is

7   another way that Uber communicates with riders,

8   right?

9        A.    Yes.

10        Q.    And markets -- tries to sell more rides

11   by having people look at its YouTube channel,

12   right?

13        A.    Yeah, we use it as an opportunity to

14   visually explain products or features or show

15   campaigns and ads, yes.

16        Q.    Okay.  And one thing that Uber has done

17   on its YouTube channel is encourage people after

18   they've been drinking to take Uber?

19        A.    I'm -- I don't -- not that I'm aware of.

20              But there could be videos, like I've

21   said, where we've done in partnership with MADD,

22   Mothers Against Drunk Driving, where we talk about

23   Uber being an option for people to take when

24   they've been out drinking.

25        Q.    Okay.  You've mentioned several times

Elizabeth Ross Volume 2 30(b)(6)
June 12, 2025

```
 1    the -- that you've done campaigns in connection

 2    with MADD, Mothers Against Drunk Driving, right?

 3         A.   Yes.

 4              Not me specifically, but, yes, the

 5    marketing team.

 6         Q.   That Uber has, right?

 7         A.   Yes.

 8         Q.   Uber also does marketing campaigns with

 9    beer companies, right?

10         A.   Yes, we have partnered in a three-way

11    partnership with Mothers Against Drunk Driving and

12    Anheuser-Busch.

13         Q.   Okay.  Anheuser-Busch, which sells

14    Budweiser beer, right?

15         A.   Yes.

16         Q.   Okay.  So it's not just Mothers Against

17    Driving [sic]; it's also these alcohol companies

18    that you all work with to market your services,

19    right?

20         A.   Yeah.

21              We work with Mothers Against Drunk

22    Driving alongside Anheuser-Busch because they've

23    partnered together, as well, because they both want

24    to stop and end drunk driving incidents and drunk

25    driving on the road.
```

Elizabeth Ross Volume 2 30(b)(6)
June 12, 2025

 1        I, Rebecca L. Romano, a Registered

 2   Professional Reporter, Certified Shorthand

 3   Reporter, Certified Court Reporter, do hereby

 4   certify:

 5        That the foregoing proceedings were taken

 6   before me at the time and place herein set forth;

 7   that any deponents in the foregoing proceedings,

 8   prior to testifying, were administered an oath;

 9   that a record of the proceedings was made

10   stenographically by me and which was thereafter

11   transcribed under my direction; that the foregoing

12   transcript is a true record of the testimony given.

13        Further, that if the foregoing pertains to the

14   original transcript of a deposition in a Federal

15   Case, before completion of the proceedings, review

16   of the transcript [ ] was [X] was not requested.

17        I further certify I am neither financially

18   interested in the action nor a relative or employee

19   of any attorney or any party to this action.

20        IN WITNESS WHEREOF, I have this date

21   subscribed my name.

22

23   Dated:  June 16th, 2025

24   _____

     Rebecca L. Romano, RPR, CCR
25   CSR. No 12546