RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| _This document relates to:_ | |
| _Jennifer Petty v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-05552-CRB_ | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on July 2, 2025.

///

///

///

Dated: July 3, 2025                     Respectfully submitted,

                                        By: */s/ Rachel B. Abrams*
                                        RACHEL B. ABRAMS (Cal Bar No. 209316)
                                        ADAM B. WOLF (Cal Bar No. 215914)
                                        **Peiffer Wolf Carr Kane Conway & Wise, LLP**
                                        555 Montgomery Street, Suite 820
                                        San Francisco, CA 94111
                                        Telephone: 415.766.3544
                                        Facsimile: 415.840.9435
                                        Email: rabrams@peifferwolf.com
                                               awolf@peifferwolf.com

                                        TIFFANY R. ELLIS (*Admitted PHV*)
                                        **Peiffer Wolf Carr Kane Conway & Wise, LLP**
                                        15 E. Baltimore Ave.
                                        Detroit, MI 48202
                                        Telephone: 313.210.1559
                                        Facsimile: 415.840.9435
                                        Email: tellis@peifferwolf.com

                                        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

                                        */s/ Rachel B. Abrams*
                                        Rachel B. Abrams