IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____ / <br><br>This Order Relates To: <br><br>Jane Doe LS 90 v. Uber Technologies, Inc., et al., No. 3:23-cv-03956-CRB <br><br>Jane Doe LS 250 v. Uber Technologies, Inc., et al., No. 3:23-cv-03995-CRB <br><br>Jane Doe LS 383 v. Uber Technologies, Inc., et al., No. 3:23-cv-05197-CRB <br><br>Jane Doe LS 107 v. Uber Technologies, Inc., et al., No. 3:23-cv-05232-CRB <br><br>Jane Doe LS 353 v. Uber Technologies, Inc., et al., No. 3:23-cv-05401-CRB <br><br>Jane Doe LS 285 v. Uber Technologies, Inc., et al., No. 3:23-cv-05919-CRB <br><br>Jane Doe LS 330 v. Uber Technologies, Inc., et al., No. 3:24-cv-05160-CRB <br><br>Jane Doe LS 419 v. Uber Technologies, Inc., et al., No. 3:24-cv-05263-CRB <br><br>Jane Doe LS 412 v. Uber Technologies, Inc., et al., No. 3:24-cv-05317-CRB | MDL No. 3084 <br><br>**ORDER REGARDING MOTION TO DISMISS LEVIN SIMES PLAINTIFFS** <br><br>Re: Dkt. No. 3003 |

Jane Doe LS 492 v. Uber Technologies, Inc., et al., No. 3:24-cv-05324-CRB

Jane Doe LS 338 v. Uber Technologies, Inc., et al., No. 3:24-cv-05326-CRB

Jane Doe LS 252 v. Uber Technologies, Inc., et al., No. 3:24-cv-05334-CRB

Jane Doe LS 225 v. Uber Technologies, Inc., et al., No. 3:24-cv-05336-CRB

Jane Doe LS 131 v. Uber Technologies, Inc., et al., No. 3:24-cv-05337-CRB

Jane Doe LS 128 v. Uber Technologies, Inc., et al., No. 3:24-cv-05377-CRB

Jane Doe LS 281 v. Uber Technologies, Inc., et al., No. 3:24-cv-05430-CRB

Jane Doe LS 507 v. Uber Technologies, Inc., et al., No. 3:24-cv-05509-CRB

Jane Doe LS 500 v. Uber Technologies, Inc., et al., No. 3:24-cv-05513-CRB

Jane Doe LS 101 v. Uber Technologies, Inc., et al., No. 3:24-cv-05521-CRB

Jane Doe LS 506 v. Uber Technologies, Inc., et al., No. 3:24-cv-05531-CRB

Jane Doe LS 473 v. Uber Technologies, Inc., et al., No. 3:24-cv-05544-CRB

Jane Doe LS 47 v. Uber Technologies, Inc., et al., No. 3:24-cv-05571-CRB

Jane Doe LS 482 v. Uber Technologies, Inc., et al., No. 3:24-cv-05593-CRB

Jane Doe LS 476 v. Uber Technologies, Inc., et al., No. 3:24-cv-05646-CRB

Jane Doe LS 467 v. Uber Technologies, Inc., et al., No. 3:24-cv-05652-CRB

Jane Doe LS 509 v. Uber Technologies, Inc., et al., No. 3:24-cv-05662-CRB

Jane Doe LS 449 v. Uber Technologies, Inc., et al., No. 3:24-cv-05689-CRB

Jane Doe LS 435 v. Uber Technologies, Inc., et al., No. 3:24-cv-05755-CRB

Jane Doe LS 452 v. Uber Technologies, Inc., et al., No. 3:24-cv-05756-CRB

Jane Doe LS 422 v. Uber Technologies, Inc., et al., No. 3:24-cv-05758-CRB

Jane Doe LS 519 v. Uber Technologies, Inc., et al., No. 3:24-cv-05759-CRB

Jane Doe LS 429 v. Uber Technologies, Inc., et al., No. 3:24-cv-05797-CRB

Jane Doe LS 434 v. Uber Technologies, Inc., et al., No. 3:24-cv-05814-CRB

Jane Doe LS 417 v. Uber Technologies, Inc., et al., No. 3:24-cv-05821-CRB

Jane Doe LS 469 v. Uber Technologies, Inc., et al., No. 3:24-cv-05874-CRB

Jane Doe LS 289 v. Uber Technologies, Inc., et al., No. 3:24-cv-05883-CRB

Jane Doe LS 366 v. Uber Technologies, Inc., et al., No. 3:24-cv-05886-CRB

Jane Doe LS 355 v. Uber Technologies, Inc., et al., No. 3:24-cv-05887-CRB

Jane Doe LS 300 v. Uber Technologies, Inc., et al., No. 3:24-cv-05900-CRB

1  Jane Doe LS 267 v. Uber Technologies, Inc., et al., No. 3:24-cv-05901-CRB

2

3  Jane Doe LS 173 v. Uber Technologies, Inc., et al., No. 3:24-cv-05907-CRB

4

5  Jane Doe LS 169 v. Uber Technologies, Inc., et al., No. 3:24-cv-05918-CRB

6

7  Jane Doe LS 324 v. Uber Technologies, Inc., et al., No. 3:24-cv-05920-CRB

8

9  Jane Doe LS 124 v. Uber Technologies, Inc., et al., No. 3:24-cv-05930-CRB

10

11  Jane Doe LS 132 v. Uber Technologies, Inc., et al., No. 3:24-cv-05934-CRB

12

13  Jane Doe LS 45 v. Uber Technologies, Inc., et al., No. 3:24-cv-05935-CRB

14  Jane Doe LS 243 v. Uber Technologies, Inc., et al., No. 3:24-cv-05939-CRB

15

16  Jane Doe LS 192 v. Uber Technologies, Inc., et al., No. 3:24-cv-05975-CRB

17

18  Jane Doe LS 5 v. Uber Technologies, Inc., et al., No. 3:24-cv-05976-CRB

19

20  Jane Doe LS 288 v. Uber Technologies, Inc., et al., No. 3:24-cv-05987-CRB

21

22  Jane Doe LS 160 v. Uber Technologies, Inc., et al., No. 3:24-cv-05996-CRB

23

24  Jane Doe LS 327 v. Uber Technologies, Inc., et al., No. 3:24-cv-06032-CRB

25

26

27

28

4

# ORDER

Having considered Defendants' Motion to Dismiss Levin Simes Cases for Failure to Comply with Discovery Orders, the Court finds that the Plaintiffs subject to Defendants' Motion have violated Pretrial Order No. 10, ECF No. 348, and Judge Cisneros's January 31, 2025 Order, ECF No. 2186, by failing to provide complete and verified Plaintiff Fact Sheets.

The Court therefore hereby ORDERS as follows:

1. Each Plaintiff subject to Defendants' Motion must provide a complete and verified Plaintiff Fact Sheet within 14 days of this Order.
2. Uber shall submit a declaration within 21 days of this Order, identifying which, if any, Plaintiffs have not complied with the Court's Order as of that date.
3. If Levin Simes LLP ("Levin Simes") disagrees with the inclusion of any Plaintiff(s) identified in Uber's declaration, Levin Simes shall submit a declaration 28 days of this Order, identifying the date when such Plaintiff(s) submitted a complete and verified Plaintiff Fact Sheet.
4. The Court will dismiss without prejudice the claims of any Plaintiff who does not comply with Paragraph 1 of this Order.

**IT IS SO ORDERED.**

Dated: July 3, 2025

CHARLES R. BREYER
United States District Judge