United States District Court<br>Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br>_____/ | MDL No. 3084 |
| This Order Relates To: | **ORDER GRANTING IN PART AND DENYING IN PART UBER'S MOTION TO ENFORCE THE MARCH 26, 2025 ORDER** |
| <u>Jane Doe LS 293 v. Uber Technologies, Inc., et al.</u>, Case No. 3:23-cv-04364-CRB | Re: Dkt. Nos. 2628, 3017 |
| <u>Jane Doe LS 231 v. Uber Technologies, Inc., et al.</u>, Case No. 3:23-cv-04367-CRB | |
| <u>Jane Doe LS 144 v. Uber Technologies, Inc., et al.</u>, Case No. 3:23-cv-04388-CRB | |
| <u>Jane Doe LS 112 v. Uber Technologies, Inc., et al.</u>, Case No. 3:23-cv-05286-CRB | |
| <u>Jane Doe LS 284 v. Uber Technologies, Inc., et al.</u>, Case No. 3:23-cv-05363-CRB | |
| <u>Jane Doe LS 126 v. Uber Technologies, Inc., et al.</u>, Case No. 3:23-cv-05370-CRB | |
| <u>Jane Doe LS 265 v. Uber Technologies, Inc., et al.</u>, Case No. 3:23-cv-05377-CRB | |
| <u>Jane Doe LS 200 v. Uber Technologies, Inc., et al.</u>, Case No. 3:23-cv-05387-CRB | |
| <u>Jane Doe LS 66 v. Uber Technologies, Inc., et al.</u>, Case No. 3:23-cv-05414-CRB | |

United States District Court
Northern District of California

<u>Jane Doe LS 317 v. Uber Technologies,
Inc., et al.</u>, Case No. 3:23-cv-05424-CRB

<u>Jane Doe LS 234 v. Uber Technologies,
Inc., et al.</u>, Case No. 3:23-cv-05433-CRB

<u>Jane Doe LS 191 v. Uber Technologies,
Inc., et al.</u>, Case No. 3:23-cv-05573-CRB

<u>Jane Doe LS 273 v. Uber Technologies,
Inc., et al.</u>, Case No. 3:23-cv-05946-CRB

<u>Jane Doe LS 470 v. Uber Technologies,
Inc., et al.</u>, Case No. 3:24-cv-05207-CRB

<u>Jane Doe LS 232 v. Uber Technologies,
Inc., et al.</u>, Case No. 3:24-cv-05327-CRB

<u>Jane Doe LS 373 v. Uber Technologies,
Inc., et al.</u>, Case No. 3:24-cv-05328-CRB

<u>Jane Doe LS 462 v. Uber Technologies,
Inc., et al.</u>, Case No. 3:24-cv-05329-CRB

<u>Jane Doe LS 226 v. Uber Technologies,
Inc., et al.</u>, Case No. 3:24-cv-05330-CRB

<u>Jane Doe LS 166 v. Uber Technologies,
Inc., et al.</u>, Case No. 3:24-cv-05331-CRB

<u>Jane Doe LS 122 v. Uber Technologies,
Inc., et al.</u>, Case No. 3:24-cv-05332-CRB

<u>Jane Doe LS 202 v. Uber Technologies,
Inc., et al.</u>, Case No. 3:24-cv-05333-CRB

<u>Jane Doe LS 416 v. Uber Technologies,
Inc., et al.</u>, Case No. 3:24-cv-05335-CRB

<u>Jane Doe LS 305 v. Uber Technologies,
Inc., et al.</u>, Case No. 3:24-cv-05338-CRB

<u>Jane Doe LS 201 v. Uber Technologies,
Inc., et al.</u>, Case No. 3:24-cv-05354-CRB

United States District Court
Northern District of California

*Jane Doe LS 189 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05379-CRB

*Jane Doe LS 272 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05390-CRB

*Jane Doe LS 199 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05402-CRB

*Jane Doe LS 279 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05420-CRB

*Jane Doe LS 139 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05527-CRB

*Jane Doe LS 487 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05611-CRB

*Jane Doe LS 141 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05634-CRB

*Jane Doe LS 423 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05676-CRB

*Jane Doe LS 491 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05678-CRB

*Jane Doe LS 441 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05751-CRB

*Jane Doe LS 518 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05761-CRB

*Jane Doe LS 319 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05800-CRB

*Jane Doe LS 484 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05824-CRB

*John Doe LS 4 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05861-CRB

*Jane Doe LS 368 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05898-CRB

United States District Court
Northern District of California

1   Jane Doe LS 274 v. Uber Technologies,
2   Inc., et al., Case No. 3:24-cv-05902-CRB

3   Jane Doe LS 359 v. Uber Technologies,
    Inc., et al., Case No. 3:24-cv-05908-CRB

4   Jane Doe LS 342 v. Uber Technologies,
5   Inc., et al., Case No. 3:24-cv-05913-CRB

6   Jane Doe LS 304 v. Uber Technologies,
7   Inc., et al., Case No. 3:24-cv-05914-CRB

8   Jane Doe LS 369 v. Uber Technologies,
9   Inc., et al., Case No. 3:24-cv-05915-CRB

10  Jane Doe LS 269 v. Uber Technologies,
11  Inc., et al., Case No. 3:24-cv-05922-CRB

12  Jane Doe LS 93 v. Uber Technologies,
13  Inc., et al., Case No. 3:24-cv-05925-CRB

14  Jane Doe LS 7 v. Uber Technologies,
15  Inc., et al., Case No. 3:24-cv-05926-CRB

16  Jane Doe LS 504 v. Uber Technologies,
    Inc., et al., Case No. 3:24-cv-05928-CRB

17  Jane Doe LS 180 v. Uber Technologies,
18  Inc., et al., Case No. 3:24-cv-05936-CRB

19  Jane Doe LS 119 v. Uber Technologies,
20  Inc., et al., Case No. 3:24-cv-05937-CRB

21  Jane Doe LS 197 v. Uber Technologies,
22  Inc., et al., Case No. 3:24-cv-06003-CRB

23  Jane Doe LS 314 v. Uber Technologies,
24  Inc., et al., Case No. 3:24-cv-06016-CRB

25  Jane Doe LS 188 v. Uber Technologies,
26  Inc., et al., Case No. 3:24-cv-06022-CRB

27  Jane Doe LS 230 v. Uber Technologies,
28  Inc., et al., Case No. 3:24-cv-06026-CRB

Jane Doe LS 209 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06033-CRB

Jane Doe LS 532 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06927-CRB

Jane Doe LS 534 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-07142-CRB

**ORDER**

Having considered Uber's Motion to Enforce the Court's March 26, 2025 Order (dkt. 3017) to Dismiss Levin Simes Cases for Failure to Comply with Discovery Orders, and Plaintiffs' Opposition to the same, the Court therefore hereby ORDERS as follows:

Uber's Motion to Enforce the Court's March 26, 2025 Order with respect to incarcerated or deceased Plaintiffs is DENIED.[1]  The parties are ordered to meet and confer regarding the status of these cases within 14 days of this Order.  The parties shall submit a joint statement within 21 days of this Order detailing the process for obtaining these Plaintiff Fact Sheets as well as any remaining disputes.

Uber's Motion to Enforce the Court's March 26, 2025 Order with respect to the remaining Plaintiffs identified in Exhibit A of Uber's motion is GRANTED.  See dkt. 3017-2.  Plaintiffs are ordered to file a notice of dismissal without prejudice on each of the respective member case dockets within 7 days of this Order.

**IT IS SO ORDERED.**

Dated: July 3, 2025

CHARLES R. BREYER
United States District Judge

---

[1] These Plaintiffs include Jane Doe LS 293, Jane Doe LS 141, Jane Doe LS 504, Jane Doe LS 317, Jane Doe LS 265, Jane Doe LS 304, and Jane Doe LS 180.  See dkt. 2844.

United States District Court
Northern District of California