IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Order Relates To:<br><br>*ALL ACTIONS* | Case No. 23-md-03084-CRB (LJC)<br><br>**REPORT OF PRIVILEGE DETERMINATIONS** |

The standards governing privilege review for this multi-district litigation have been set forth in multiple orders of Magistrate Judge Cisneros. *See* Dkts. 1908, 2005, 2168.

Pursuant to Master Order No. 2, Uber produced 101 documents associated with custodians Tracey Breeden, Jordan Burke, and Carley Lake for *in camera* review. The Master determined that 90 of the documents were privileged in whole or in part and eight were not privileged. The Master also ordered Uber to provide additional information regarding three of the documents.

Uber withdrew its privilege claim to one of the three documents that required additional information. Uber then provided additional information for the two remaining documents as requested by the Master. Upon consideration of Uber's submissions and further *in camera* review, Uber's request for relief regarding both documents was granted.

Neither party raised an objection to the Master's determinations.

-2-

Accordingly, the Master has determined that 92 documents associated with custodians Tracey Breeden, Jordan Burke, and Carley Lake are privileged in whole or in part and eight are not privileged.[1]

Dated:    New York, New York
          July 3, 2025

_____
**HON. BARBARA S. JONES (Ret.)**

---

[1] More specifically, of the 101 documents submitted to the Master, 31 documents were privileged in whole, 32 documents contained appropriate redactions of privileged material by Uber, 29 documents were ordered to be re-produced with redactions or revised redactions, eight documents were not privileged, and one document ultimately did not require a determination.