IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Order Relates To:<br><br>*ALL ACTIONS* | Case No. 23-md-03084-CRB (LJC)<br><br>**REPORT OF PRIVILEGE DETERMINATIONS** |

The standards governing privilege review for this multi-district litigation have been set forth in multiple orders of Magistrate Judge Cisneros. *See* Dkts. 1908, 2005, 2168.

Pursuant to Master Order No. 2, Uber produced 54 documents associated with custodian Catherine Gibbons for *in camera* review. The Master determined that 46 of the documents were privileged in whole or in part and six were not privileged. The Master also ordered Uber to provide additional information regarding two of the documents.

Neither party raised an objection to the Master's determinations.

Uber voluntarily produced with redactions the two documents that required additional information.

Accordingly, the Master has determined that 46 documents associated with custodian Catherine Gibbons are privileged in whole or in part and six are not privileged.[1]

---

[1] More specifically, of the 54 documents submitted to the Master, six documents were privileged in whole, 25 documents contained appropriate redactions of privileged material by Uber, 15

-2-

Dated: New York, New York
July 3, 2025

_____
**HON. BARBARA S. JONES (Ret.)**

---

documents were ordered to be re-produced with redactions or revised redactions, six documents were not privileged, and two documents ultimately did not require a determination.