[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>WAVE 1 BELLWETHER CASES | Case No. 23-md-03084-CRB<br><br>**NOTICE REGARDING DEPOSITION OF VARUN KAUSHAL** |

Plaintiffs give notice that they no longer seek the deposition of Varun Kaushal. Accordingly, it is unnecessary for the Court to determine whether Mr. Kaushal's deposition is permissible case-specific discovery. The remaining issues in the letter brief filed at ECF 3344 remain pending, as do the broader questions of the scope of case-specific discovery briefed at ECF 3412.

Dated: July 7, 2025

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111

- 1 -

NOTICE RE: DEPOSITION OF VARUN KAUSHAL
CASE NO. 23-MD-03084-CRB

Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: <u>*/s/ Roopal P. Luhana*</u>
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: July 7, 2025                By:   */s/ Andrew R. Kaufman*
                                                Andrew R. Kaufman