Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**NOTICE REGARDING DEPOSITION OF VARUN KAUSHAL**<br><br>Judge:       Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC (collectively "Uber"), and Plaintiffs' Co-Lead Counsel (collectively referred to herein as "the Parties") respectfully submit this brief response to Plaintiffs' Notice Regarding the Deposition of Varun Kaushal. Despite briefing the necessity of this deposition to the Court twice (Dkts 3344 and 3412), Plaintiffs today informed the Court they no longer need the deposition.

Uber respectfully requests that the Court hold a hearing on this matter for two reasons. First, Plaintiffs' Notice omits that while they are forgoing Kaushal, they are "instead" noticing a replacement witness (as well as several additional witnesses). Second, since the parties filed their most recent Joint Submission to the Court, on July 2, 2025, Plaintiffs deposed their first Uber "case-specific" witness. That deposition lasted for five hours and fourteen minutes, with Plaintiffs' counsel questioning the witness for roughly three-and-a-half hours (across 164 pages of transcript) about general topics before asking any case-specific question.

In light of the foregoing, Uber respectfully submits that the issue of the appropriate scope of case specific depositions remains unsettled and requests that the Court set a further hearing.

DATED:  July 7, 2025                           Respectfully submitted,

                                               */s/ Laura Vartain Horn*
                                               Laura Vartain Horn (SBN 258485)
                                               **KIRKLAND & ELLIS LLP**
                                               555 California Street, Suite 2700
                                               San Francisco, CA 94104
                                               Telephone: (415) 439-1625
                                               laura.vartain@kirkland.com

                                               Jessica Davidson (Admitted *Pro Hac Vice*)
                                               Christopher D. Cox (Admitted *Pro Hac Vice*)
                                               **KIRKLAND & ELLIS LLP**
                                               601 Lexington Avenue
                                               New York, NY 10022
                                               Telephone: (212) 446-4800
                                               jessica.davidson@kirkland.com
                                               christopher.cox@kirkland.com

                                               Allison M. Brown (Admitted *Pro Hac Vice*)
                                               **KIRKLAND & ELLIS LLP**

---

1

NOTICE REGARDING DEPOSITION OF VARUN KAUSHAL
Case No. 3.23-md-03084-CRB (LJC)

2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER,LLC, And RASIER-CA, LLC