LAURA VARTAIN (SBN: 258485)
laura.vartain@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (*Pro Hac Vice* admitted)
allison.brown@kirkland.com
JESSICA DAVIDSON (*Pro Hac Vice* admitted)
jessica.davidson@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jillian Sullivan v. Uber Technologies, Inc, et al.;* 3:23-cv-05418-CRB | Case No. 3:23-md-03084-CRB<br><br>Judge:    Honorable Charles Breyer<br><br>**STIPULATION CONCERNING DEFENDANTS AND THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC.; RASIER, LLC, AND RASIER-CA, LLC'S THIRD-PARTY COMPLAINT** |

### STIPULATION

**WHEREAS**, on November 5, 2024, Defendants/Third-Party Plaintiffs Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC filed their Third-Party Complaint against Third-Party Defendant Ziad Zein. (ECF 8). Third-Party Defendant was served with the Third-Party Complaint on April 8, 2025. The parties have conferred and agreed to extend the deadline to file a responsive pleading to July 11, 2025.

1  **WHEREAS**, Third-Party Defendant categorically denies Plaintiff Jillian Sullivan's allegations
2  that he sexually assaulted, harassed, battered, or otherwise attacked her.

3  **WHEREAS**, Third-Party Defendant agrees to participate in the underlying action that Plaintiff
4  Jillian Sullivan brought against Defendants, including but not limited to providing oral and written
5  testimony and/or producing documentation (if any) relating to Plaintiff's allegations. The underlying
6  action is currently pending in the United States District Court for the Northern District of California,
7  San Francisco Division, Case No. 3:23-cv-05418-CRB.

8  **WHEREAS**, the parties have also agreed that Defendants/Third-Party Plaintiffs' Third-Party
9  Complaint should be stayed until the underlying action is resolved through compromise, settlement, or
10 judgment.

11 **WHEREAS**, the parties have also agreed that the deadline for Third-Party Defendant to file a
12 pleading responsive to the Third-Party Complaint should be further extended and stayed until after the
13 stay is lifted on the Third-Party Complaint.

14 **THEREFORE,** the parties respectfully request that the Court enter the parties' stipulation that:
15 Third-Party Defendant agrees to participate in the underlying action, including but not limited to
16 providing oral and written testimony and/or producing documentation (if any) concerning Plaintiff's
17 allegations, that Defendants/Third-Party Plaintiffs' Third-Party Complaint is stayed until the
18 underlying action is resolved through compromise, settlement, or judgment, and that Third-Party
19 Defendant's deadline to file a responsive pleading to the Third-Party Complaint is stayed until after the
20 stay on the Third-Party Complaint is lifted.

21 **IT IS SO STIPULATED.**

22
23
24 DATED: July 11, 2025
25
26
27                                    Respectfully submitted,
28

|   |   |
|---|---|
| 1 | **SHOOK HARDY & BACON L.L.P.** |
| 2 | |
|   | By: /s/ *Maria Salcedo* |
| 3 | _____ |
| 4 | Maria Salcedo |
| 5 | **KIRKLAND & ELLIS LLP** |
| 6 | LAURA VARTAIN |
|   | ALLISON M. BROWN |
| 7 | JESSICA DAVIDSON |
| 8 | |
| 9 | **O'MELVENY AND MYERS LLP** |
|   | SABRINA STRONG |
| 10 | JONATHAN SCHNELLER |
| 11 | |
| 12 | **SHOOK, HARDY, & BACON, LLP** |
|   | PATRICK OOT (Admitted Pro Hac Vice) |
| 13 | oot@shb.com |
| 14 | 1800 K St. NW Ste. 1000 |
| 15 | Washington, DC 20006 |
|   | Telephone: (202) 783-8400 |
| 16 | Facsimile: (202) 783-4211 |
| 17 | |
| 18 | ALYCIA A. DEGEN (SBN: 211350) |
|   | adegen@shb.com |
| 19 | MICHAEL B. SHORTNACY (SBN: 277035) |
| 20 | mshortnacy@shb.com |
| 21 | 2121 Avenue of the Stars, Suite 1400 |
|   | Los Angeles, CA 90067 |
| 22 | Telephone: (424) 285-8330 |
| 23 | Facsimile: (424) 204-9093 |
| 24 | |
| 25 | CHRISTOPHER V. COTTON (Admitted Pro Hac Vice) |
| 26 | ccotton@shb.com |
|   | MARIA SALCEDO (Admitted Pro Hac Vice) |
| 27 | msalcedo@shb.com |
| 28 | SHOOK, HARDY & BACON L.L.P. |

-3-

STIPULATION CONCERNING DEFENDANTS AND THIRD-PARTY PLAINTIFFS' THIRD-PARTY COMPLAINT   Case No. 3:23-cv-05418

|     |                                                    |
| --- | -------------------------------------------------- |
| 1   |                 2555 Grand Blvd.                   |
| 2   |                 Kansas City, MO 64108              |
|     |                 Telephone: (816) 474-6550          |
| 3   |                 Facsimile: (816) 421-5547          |
| 4   |                                                    |
| 5   |                 Attorney for Defendants            |
|     |                 UBER TECHNOLOGIES, INC.,           |
| 6   |                 RASIER, LLC, and RASIER-CA, LLC    |

**QUARLES & BRADY LLP**

By: /s/ *Matthew Drenan*_____
Matthew Drenan

MATTHEW T. DRENAN (SBN 302477)
101 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 619-237-5200
Facsimile: 619-615-0700
matt.drenan@quarles.com

Attorney for Third Party Defendant ZIAD ZEIN

-4-

STIPULATION CONCERNING DEFENDANTS AND THIRD-PARTY PLAINTIFFS' THIRD-PARTY COMPLAINT                                                             Case No. 3:23-cv-05418