LAURA VARTAIN (SBN: 258485)
laura.vartain@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (*Pro Hac Vice* admitted)
allison.brown@kirkland.com
JESSICA DAVIDSON (*Pro Hac Vice* admitted)
jessica.davidson@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>Judge:  Honorable Charles Breyer<br><br>**[PROPOSED] ORDER ON STIPULATION CONCERNING DEFENDANTS AND THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC.; RASIER, LLC; AND RASIER-CA, LLC'S THIRD-PARTY COMPLAINT** |
| This Document Relates to:<br><br>*Jillian Sullivan v. Uber Technologies, Inc, et al.;* 3:23-cv-05418-CRB | |

**ORDER**

Pursuant to the Stipulation Concerning Defendants and Third-Party Plaintiffs' Uber Technologies, Inc.; Rasier, LLC; and Rasier-CA LLC's Third-Party Complaint, it so ordered:

1. Third-Party Defendant Ziad Zein agrees to participate in the underlying action that Plaintiff Jillian Sullivan brought against Defendants, including but not limited to providing oral and written testimony and/or producing documentation (if any) concerning Plaintiff's allegations. The underlying action is currently pending in the United States District Court for the Northern District of California, San Francisco Division, Case No. 3:23-cv-05418-CRB.

2. Defendants/Third-Party Plaintiffs' Third-Party Complaint is stayed until the underlying action is resolved through compromise, settlement, or judgment.

3. Third-Party Defendant's deadline to file a responsive pleading to the Third-Party Complaint is stayed until after the stay on the Third-Party Complaint is lifted.

DATED: _____          _____
                                       Judge Charles R. Breyer