Steve Schulte (TX SBN 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, TX 75231
Phone: (214) 890-0711
Direct: (972) 581-9778
schulte@ntrial.com
jraggio@ntrial.com
afurness@ntrial.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIF
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| **This Document Relates to:** | |
| *JANE DOE NLG (LL);* **Case No.: 3:25-cv-5865** *v. Uber Technologies, Inc., et al.* | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on March 24, 2025.

| | |
|---|---|
| Dated: July 14, 2025 | **NACHAWATI LAW GROUP** |
| | */s./ Steven S. Schulte* |
| | Steve Schulte (TX SBN 24051306) |
| | *Appearance Pro Hac Vice* |
| | Arati Furness (CA Bar No. 225435) |
| | 5489 Blair Road, Dallas, TX 75231 |
| | Phone: (214) 890-0711 |
| | Direct: (972) 581-9778 |
| | schulte@ntrial.com |
| | afurness@ntrial.com |
| | **ATTORNEYS FOR PLAINTIFF** |