Sadi R. Antonmattei-Goitia (SBN #24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA, LLP**
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>*This document relates to:*<br><br>*JANE DOE KG 023 v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-05842-CRB* | No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on July 11, 2025.

///

///

///

1

| | |
|---|---|
| Dated: July 14, 2025 | Respectfully submitted,<br><br>By: */s/ Sadi Antonmattei-Goitia*<br>Sadi R. Antonmattei-Goitia (SBN #24091383)<br>*(Pro Hac Vice)*<br>**KHERKHER GARCIA, LLP**<br>2925 Richmond Ave., Suite 1560<br>Houston, TX 77098<br>Telephone: (713) 333-1030<br>Facsimile: (713) 333-1029<br>Email: skherkher-team@kherkhergarcia.com<br>Email: rideshare@kherkhergarcia.com<br><br>*Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia