1  Sadi R. Antonmattei-Goitia (SBN #24091383)
   *(Pro Hac Vice)*
2  **KHERKHER GARCIA, LLP**
   2925 Richmond Ave., Suite 1560
3  Houston, TX 77098
   Telephone: (713) 333-1030
4  Facsimile: (713) 333-1029
5  Email: skherkher-team@kherkhergarcia.com
   Email: rideshare@kherkhergarcia.com
6
7  *Attorneys for Plaintiff*

8

9

10

11
                    **UNITED STATES DISTRICT COURT**
12                  **NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN FRANCISCO DIVISION**
13

14  IN RE: UBER TECHNOLOGIES, INC.,       )
    PASSENGER SEXUAL ASSAULT              ) No. 3:23-md-03084-CRB
15  LITIGATION                            )
                                          ) **NOTICE OF FILING OF NEW ACTION**
16                                        )
                                          )
17  ─────────────────────────             )
                                          )
18  *This document relates to:*           )
                                          )
19  *JANE DOE KG 024 v. UBER*             )
    *TECHNOLOGIES, INC., et*              )
20  *al., 3:25-cv-05843-CRB*              )
                                          )
21                                        )

22  ──────────────────────────────────────────────────────

23       Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the

24  Complaint with Jury Demand in the above-referenced action was filed on July 11, 2025.

25  ///

26  ///

27  ///

28

                                    1

Dated: July 14, 2025

Respectfully submitted,

By: */s/ Sadi Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia (SBN #24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA, LLP**
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia