1  Sadi R. Antonmattei-Goitia (SBN #24091383)
   *(Pro Hac Vice)*
2  **KHERKHER GARCIA, LLP**
   2925 Richmond Ave., Suite 1560
3  Houston, TX 77098
4  Telephone: (713) 333-1030
   Facsimile: (713) 333-1029
5  Email: skherkher-team@kherkhergarcia.com
   Email: rideshare@kherkhergarcia.com
6
7  *Attorneys for Plaintiff*

8
9
10
11
                    **UNITED STATES DISTRICT COURT**
12                   **NORTHERN DISTRICT OF CALIFORNIA**
                      **SAN FRANCISCO DIVISION**
13

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *JANE DOE KG 027 v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-05848-CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on July 11, 2025.

///

///

///

| | | |
|---|---|---|
| 1 | Dated: July 14, 2025 | Respectfully submitted, |
| 2 | | By: */s/ Sadi Antonmattei-Goitia* |
| 3 | | Sadi R. Antonmattei-Goitia (SBN #24091383) *(Pro Hac Vice)* |
| 4 | | **KHERKHER GARCIA, LLP** 2925 Richmond Ave., Suite 1560 |
| 5 | | Houston, TX 77098 Telephone: (713) 333-1030 |
| 6 | | Facsimile: (713) 333-1029 Email: skherkher-team@kherkhergarcia.com |
| 7 | | Email: rideshare@kherkhergarcia.com |
| 8 | | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia