IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____ / This Order Relates To: *ALL CASES* | MDL No. 3084 **ORDER DENYING DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE** Re: Dkt. No. 3346, 3391 |

After considering Defendants' dkt. 3391 Motion for Relief from dkt. 3346 Nondispositive Order of Magistrate Judge Cisneros Resolving Discovery Letter Regarding Previous Rider Reports, the Court has concluded that Judge Cisneros exercised sound judgement in ordering Uber to disclose the identities and contact information of people who previously submitted complaints of sexual misconduct against the same drivers accused of misconduct in this litigation. The Court agrees with Judge Cisneros that Plaintiffs' interest in this information outweighs the privacy concerns of the third-party complainants given (1) Plaintiffs have "no alternative method" for obtaining this highly relevant discovery and (2) the third parties' information will be shielded by a strict protective order. Dkt. 3346 at 5–6.

Therefore, Defendants' Motion for Relief is denied.

**IT IS SO ORDERED.**

Dated: July 15, 2025

_____
CHARLES R. BREYER
United States District Judge