**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 263-8949
Fax: (303) 376-6361
sluther@wagstafflawfirm.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*B.L. v. Uber Technologies, Inc., et al.*, No. 24-cv-7940 | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>Honorable Charles R. Breyer<br><br>JURY TRIAL DEMANDED<br><br>**PLAINTIFF B.L.'S NOTICE OF CHANGE TO DEPOSITION OF SARITA MOLINAR** |

Plaintiff hereby advises the Court of the following changes to the deposition schedule of Sarita Molinar in the above referenced case:

Sarita Molinar is a treating mental health provider of Plaintiff's. Ms. Molinar's deposition was scheduled to take place in person in Austin, TX on July 15, 2025 at 10:00 am CST. Plaintiff's attorneys are unable to travel to Austin due to illness and have conferred with counsel for defense, who have stated no objection. The deposition has been rescheduled for July 25, 2025 at 10:00 am CST.

1 | Dated: July 15, 2025

/s/ *Sommer D. Luther*
**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 263-8949
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Attorney for Plaintiff B.L.*

# PROOF OF SERVICE

*B.L. v. Uber Technologies, Inc., et al*
MDL No. 3084 CRB, Case No. 24-CV-7940

I, the undersigned, declare: I am a citizen of the United States, over 18 years of age and not a party to the within action. My business mailing address is 940 Lincoln Street, Denver, CO 80203.

On the date specified below, I served a copy of the foregoing document described as:

**PLAINTIFF B.L.'S NOTICE OF CHANGE TO DEPOSITION OF SARITA MOLINAR**

To be served by providing a true copy thereof addressed to each of the persons named below:

**O'MELVENY & MYERS, LLP**
400 South Hope Street
Suite 1900
Los Angeles, CA 90071
Telephone: (310) 553-6700

**SABRINA STRONG**
sstrong@omm.com
**JONATHAN SCHNELLER**
jschneller@omm.com
**JOSHUA REVESZ**
jrevesz@omm.com
**LOUIS FISHER**
lfisher@omm.com

**KIRKLAND & ELLIS, LLP**
601 Lexington Avenue New York, NY 10022
Telephone: (212) 446-4800

**ALLI BROWN**
alli.brown@kirkland.com
**CHRIS COX**
christopher.cox@kirkland.com
**JESSICA DAVIDSON**
jessica.davidson@kirkland.com
**JENNIFER LEVY**
jlevy@kirkland.com
**RUPAL JOSHI**
rupal.joshi@kirkland.com

**SHOOK, HARDY & BACON LLP**
1 Rockefeller Plaza, Suite 2801 New York, NY 10020
Telephone: (212) 989-8844
UberMDLService@listserv.shb.com

**PATRICK OOT**
oot@shb.com
**ALYCIA A. DEGEN**
adegen@shb.com
**MICHAEL B. SHORTNACY**

mshortnacy@shb.com
**CHRISTOPHER C. COTTON**
ccotton@shb.com

*Attorneys for Defendants – UBER TEHCNOLOGIES, INC., RASIER LLC, and RASIER-CA, LLC*

[X]  **BY ELECTRONIC TRANSMISSION ONLY:** By emailing the document(s) to the persons at the email address(es) listed above. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed July 15, 2025 in Denver, Colorado.

                                                /s/ Emma Guidry
                                                Emma Guidry
                                                Senior Paralegal