

**VIA ECF**

The Honorable Lisa J. Cisneros
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

    RE: *In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation*, MDL No. 3084 CRB; Reply in Support of Motion to Quash Law Firm Subpoenas

Your Honor:

  Plaintiffs respectfully submit this reply in support of their motion to quash the subpoenas Uber served on nine law firms representing Plaintiffs in this MDL (ECF 3402).[1] Uber did respond to the motion; the motion should be granted.

  Uber gave notice of the subpoenas on June 13. *E.g.*, ECF 3250. The parties discussed Plaintiffs' global objections and agreed on a briefing schedule for a motion to quash: Plaintiffs' motion due July 1; Uber's opposition due July 8; Plaintiffs' reply due July 15. ECF 3328 at 9. The Court adopted the parties' proposed schedule. ECF 3335 at 2.

  Plaintiffs timely filed their motion. ECF 3402. Uber did not respond or file a statement of non-opposition. Plaintiffs' motion should be granted. *See, e.g.*, *Justo v. Charter Cap. Corp.*, 2011 WL 2559811, at *1 (N.D. Cal. June 28, 2011) ("The failure to file an opposition to a motion … consistent with the court's rules is grounds for granting the motion.") (citation omitted); *Penn. Nat'l Mut. Cas. Ins. Co. v. Generali-U.S. Branch*, 2025 WL 906280, at *1 (D. Md. Mar. 25, 2025) ("Defendant had more than ample time to respond to the Motion to Quash, and failed to do so. Accordingly, the Motion to Quash is deemed unopposed, and can be granted on that basis alone."); *Princeton Digital Image Corp. v. Dell, Inc.*, 2015 WL 12746118, at *1 (W.D. Tex. Mar. 16, 2015) (similar).

Respectfully,

Sarah R. London

---

[1] The subpoenas may be found at: ECF 3250, 3252, 3253, 3255, 3257, 3258, 3259, 3262, 3263.

```
```

July 15, 2025
Page 2

ROOPAL P. LUHANA *(Pro Hac Vice)*
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com
*Co-Lead Counsel for Plaintiffs*

SARAH R. LONDON (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

(415) 981-4800    601 California Street, Suite 1400    www.girardsharp.com
San Francisco, CA 94108

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatory identified above has concurred in this filing.

Dated: July 15, 2025

By: <u>*/s/ Andrew R. Kaufman*</u>