1  HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
   **ANAPOL WEISS**
2  60 South 6th St., Suite 2800
   Minneapolis, MN 55402
3  Telephone: 202.780.3014
   Facsimile: 202.780.3678
4  Email: hdolejsi@anapolweiss.com

5
   WILLIAM L. SMITH (Cal Bar No. 324235)
6  **ANAPOL WEISS**
   6060 Center Drive 10th Floor,
7  Los Angeles, CA 90045
   Telephone: 202.780.3014
8  Facsimile: 202.780.3678
   Email: wsmith@anapolweiss.com
9
   *Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION  _____  This Document Relates to:  *C.N., v. Uber Technologies, Inc., et al.* Case No. 3:25-cv-05953 | MDL: No. 3084  **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on July 15, 2025.

///

///

///

///

CASE NO. 3:25-cv-05953           1           NOTICE OF FILING OF NEW ACTION

| | |
|---|---|
| Dated: July 16, 2025 | Respectfully submitted, |
| | **ANAPOL WEISS** |
| | By: */s/ Holly Dolejsi* <br> HOLLY DOLEJSI (*Admitted Pro Hac Vice*) <br> 60 South 6th St. Suite 2800 <br> Minneapolis, MN 55402 <br> Telephone: 202.780.3014 <br> Facsimile: 202.780.3678 <br> Email: hdolejsi@anapolweiss.com |
| | WILLIAM L. SMITH (Cal Bar No. 324235) <br> 6060 Center Drive 10th Floor <br> Los Angeles, CA 90045 <br> Telephone: 202.780.3014 <br> Facsimile: 202.780.3678 <br> Email: wsmith@anapolweiss.com |
| | *Counsel for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2025, I electronically transmitted the forgoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Holly Dolejsi*
Holly Dolejsi