# EXHIBIT A

| MDLC ID | Plaintiff Pseudonym | Case Number | Law Firm | Complaint Filing Date | PFS Due Date | Extended PFS Due Date (if applicable) | Date of Delinquency Notice | Delinquency Response Due Date |
|---|---|---|---|---|---|---|---|---|
| 1179 | Jane Doe LS 98 | 3:23-cv-05412 | Levin Simes | 10/20/2023 | 5/29/2024 | 12/16/2024 | 5/29/2025 | 6/29/2025 |
| 1180 | Jane Doe LS 326 | 3:23-cv-05415 | Levin Simes | 10/20/2023 | 5/29/2024 | 12/16/2024 | 5/29/2025 | 6/29/2025 |
| 1199 | Jane Doe LS 245 | 3:23-cv-05944 | Levin Simes | 11/16/2023 | 5/29/2024 | 12/16/2024 | 5/29/2025 | 6/29/2025 |
| 1229 | T.W. | 3:24-cv-00559 | Nachawati Law Group | 1/30/2024 | 5/29/2024 |  | 5/29/2025 | 6/29/2025 |
| 1212 | P.K. | 3:24-cv-00572 | Nachawati Law Group | 1/30/2024 | 5/29/2024 |  | 5/29/2025 | 6/29/2025 |
| 3501 | D.P. | 3:24-cv-04449 | Meyer Wilson | 7/23/2024 | 8/22/2024 | 10/11/2024 | 6/5/2025 | 7/5/2025 |
| 1778 | Jane Roe CL 16 | 3:24-cv-04837 | Cutter Law | 8/7/2024 | 9/6/2024 | 9/30/2024 12/20/2024 | 5/29/2025 | 6/29/2025 |
| 2082 | Jane Roe CL 24 | 3:24-cv-05536 | Cutter Law | 8/20/2024 | 9/19/2024 | 12/20/2024 | 5/29/2025 | 6/29/2025 |
| 2093 | Jane Roe CL 34 | 3:24-cv-05696 | Cutter Law | 8/22/2024 | 9/21/2024 | 12/20/2024 | 5/29/2025 | 6/29/2025 |
| 2095 | Jane Roe CL 36 | 3:24-cv-05720 | Cutter Law | 8/22/2024 | 9/21/2024 | 12/20/2024 | 5/29/2025 | 6/29/2025 |
| 2096 | Jane Roe CL 37 | 3:24-cv-05728 | Cutter Law | 8/22/2024 | 9/21/2024 | 12/20/2024 | 6/5/2025 | 7/5/2025 |
| 2098 | Jane Roe CL 38 | 3:24-cv-05729 | Cutter Law | 8/22/2024 | 9/21/2024 | 12/20/2024 | 6/5/2025 | 7/5/2025 |
| 2103 | Jane Roe CL 42 | 3:24-cv-05740 | Cutter Law | 8/22/2024 | 9/21/2024 | 12/20/2024 | 5/29/2025 | 6/29/2025 |
| 2104 | Jane Roe CL 43 | 3:24-cv-05741 | Cutter Law | 8/22/2024 | 9/21/2024 | 12/20/2024 | 5/29/2025 | 6/29/2025 |
| 2110 | Jane Roe CL 48 | 3:24-cv-05810 | Cutter Law | 8/23/2024 | 9/22/2024 | 12/20/2024 | 5/29/2025 | 6/29/2025 |
| 2115 | Jane Roe CL 53 | 3:24-cv-05831 | Cutter Law | 8/23/2024 | 9/22/2024 | 12/20/2024 | 5/29/2025 | 6/29/2025 |
| 2118 | Jane Roe CL 56 | 3:24-cv-05837 | Cutter Law | 8/23/2024 | 9/22/2024 | 12/20/2024 | 5/29/2025 | 6/29/2025 |
| 2305 | Jane Doe LS 268 | 3:24-cv-05910 | Levin Simes | 8/25/2024 | 9/24/2024 | 12/16/2024 | 5/29/2025 | 6/29/2025 |
| 2492 | Jane Roe CL 65 | 3:24-cv-06189 | Cutter Law | 8/30/2024 | 9/29/2024 | 12/20/2024 | 5/29/2025 | 6/29/2025 |
| 2599 | Jane Roe CL 70 | 3:24-cv-06863 | Cutter Law | 9/30/2024 | 10/30/2024 | 12/20/2024 | 6/5/2025 | 7/5/2025 |
| 2600 | Jane Roe CL 71 | 3:24-cv-06864 | Cutter Law | 9/30/2024 | 10/30/2024 | 12/20/2024 | 6/5/2025 | 7/5/2025 |
| 2680 | Jane Roe CL 76 | 3:24-cv-07569 | Cutter Law | 10/31/2024 | 11/30/2024 |  | 6/5/2025 | 7/5/2025 |
| 2681 | Jane Roe CL 77 | 3:24-cv-07571 | Cutter Law | 10/31/2024 | 11/30/2024 |  | 6/5/2025 | 7/5/2025 |
| 2682 | Jane Roe CL 78 | 3:24-cv-07584 | Cutter Law | 11/1/2024 | 12/1/2024 |  | 5/29/2025 | 6/29/2025 |
| 2683 | Jane Roe CL 79 | 3:24-cv-07587 | Cutter Law | 11/1/2024 | 12/1/2024 |  | 6/5/2025 | 7/5/2025 |
| 2665 | A.J. | 3:24-cv-07929 | Pulaski Kherkher | 11/13/2024 | 12/13/2024 |  | 5/29/2025 | 6/29/2025 |
| 3470 | A.R. | 3:24-cv-08177 | Meyer Wilson | 11/20/2024 | 12/20/2024 |  | 6/5/2025 | 7/5/2025 |
| 2702 | Jane Roe CL 81 | 3:24-cv-08521 | Cutter Law | 11/26/2024 | 12/26/2024 |  | 6/5/2025 | 7/5/2025 |
| 2704 | Jane Roe CL 83 | 3:24-cv-08525 | Cutter Law | 11/26/2024 | 12/26/2024 |  | 6/5/2025 | 7/5/2025 |
| 2705 | Jane Roe CL 84 | 3:24-cv-08526 | Cutter Law | 11/26/2024 | 12/26/2024 |  | 5/29/2025 | 6/29/2025 |
| 2713 | Jane Roe CL 85 | 3:24-cv-08754 | Cutter Law | 12/5/2024 | 1/4/2025 |  | 5/29/2025 | 6/29/2025 |
| 2714 | Jane Roe CL 86 | 3:24-cv-08756 | Cutter Law | 12/5/2024 | 1/4/2025 |  | 6/5/2025 | 7/5/2025 |
| 2727 | K.J. | 3:24-cv-09059 | Wagstaff Law Firm | 12/16/2024 | 1/15/2025 |  | 5/29/2025 | 6/29/2025 |
| 2778 | Jane Roe CL 88 | 3:24-cv-09145 | Cutter Law | 12/17/2024 | 1/16/2025 |  | 6/5/2025 | 7/5/2025 |
| 2754 | Jane Doe LS 546 | 3:24-cv-09186 | Levin Simes | 12/18/2024 | 1/17/2025 |  | 5/29/2025 | 6/29/2025 |
| 3471 | G.C. | 3:24-cv-09195 | Meyer Wilson | 12/18/2024 | 1/17/2025 |  | 6/5/2025 | 7/5/2025 |
| 2755 | Jane Doe LS 547 | 3:24-cv-09208 | Levin Simes | 12/19/2024 | 1/18/2025 |  | 5/29/2025 | 6/29/2025 |
| 2756 | Jane Doe LS 548 | 3:24-cv-09211 | Levin Simes | 12/19/2024 | 1/18/2025 |  | 5/29/2025 | 6/29/2025 |
| 2781 | Jane Roe CL 91 | 3:24-cv-09235 | Cutter Law | 12/19/2024 | 1/18/2025 |  | 6/5/2025 | 7/5/2025 |
| 2782 | Jane Roe CL 92 | 3:24-cv-09237 | Cutter Law | 12/19/2024 | 1/18/2025 |  | 6/5/2025 | 7/5/2025 |
| 2783 | Jane Roe CL 93 | 3:24-cv-09549 | Cutter Law | 12/31/2024 | 1/30/2025 |  | 6/5/2025 | 7/5/2025 |
| 2830 | Jane Roe CL 98 | 3:25-cv-00853 | Cutter Law | 1/24/2025 | 2/23/2025 |  | 6/5/2025 | 7/5/2025 |
| 2997 | B.M. | 3:25-cv-00982 | Wagstaff Law Firm | 1/30/2025 | 3/1/2025 |  | 5/29/2025 | 6/29/2025 |
| 2948 | Jane Roe CL 101 | 3:25-cv-01118 | Cutter Law | 2/3/2025 | 3/5/2025 |  | 6/5/2025 | 7/5/2025 |
| 2949 | Jane Roe CL 102 | 3:25-cv-01120 | Cutter Law | 2/3/2025 | 3/5/2025 |  | 6/5/2025 | 7/5/2025 |
| 2925 | Jane Doe LS 550 | 3:25-cv-01327 | Levin Simes | 2/7/2025 | 3/9/2025 |  | 5/29/2025 | 6/29/2025 |
| 2950 | Jane Roe CL 103 | 3:25-cv-01347 | Cutter Law | 2/7/2025 | 3/9/2025 |  | 6/5/2025 | 7/5/2025 |
| 2952 | Jane Roe CL 105 | 3:25-cv-01349 | Cutter Law | 2/7/2025 | 3/9/2025 |  | 6/5/2025 | 7/5/2025 |
| 3250 | Jane Roe CL 107 | 3:25-cv-01470 | Cutter Law | 2/12/2025 | 3/14/2025 |  | 6/5/2025 | 7/5/2025 |
| 2989 | Jane Doe LS 553 | 3:25-cv-01493 | Levin Simes | 2/13/2025 | 3/15/2025 |  | 5/29/2025 | 6/29/2025 |
| 3252 | Jane Roe CL 109 | 3:25-cv-01652 | Cutter Law | 2/17/2025 | 3/19/2025 |  | 6/5/2025 | 7/5/2025 |
| 3253 | Jane Roe CL 110 | 3:25-cv-01653 | Cutter Law | 2/17/2025 | 3/19/2025 |  | 6/5/2025 | 7/5/2025 |
| 2990 | Jane Doe LS 554 | 3:25-cv-01693 | Levin Simes | 2/19/2025 | 3/21/2025 |  | 5/29/2025 | 6/29/2025 |

| MDLC ID | Plaintiff Pseudonym | Case Number | Law Firm | Complaint Filing Date | PFS Due Date | Extended PFS Due Date (if applicable) | Date of Delinquency Notice | Delinquency Response Due Date |
|---|---|---|---|---|---|---|---|---|
| 3257 | Jane Roe CL 114 | 3:25-cv-01942 | Cutter Law | 2/24/2025 | 3/26/2025 | | 6/5/2025 | 7/5/2025 |
| 3063 | K.G. | 3:25-cv-01962 | Wagstaff Law Firm | 2/25/2025 | 3/27/2025 | | 5/29/2025 | 6/29/2025 |
| 3065 | TA.W. | 3:25-cv-01967 | Wagstaff Law Firm | 2/25/2025 | 3/27/2025 | | 5/29/2025 | 6/29/2025 |
| 3261 | Jane Roe CL 118 | 3:25-cv-02132 | Cutter Law | 2/28/2025 | 3/30/2025 | | 6/5/2025 | 7/5/2025 |
| 3262 | Jane Roe CL 119 | 3:25-cv-02133 | Cutter Law | 2/28/2025 | 3/30/2025 | | 6/5/2025 | 7/5/2025 |
| 3265 | Jane Roe CL 122 | 3:25-cv-02138 | Cutter Law | 2/28/2025 | 3/30/2025 | | 6/5/2025 | 7/5/2025 |
| 3087 | Jane Doe LS 580 | 3:25-cv-02460 | Levin Simes | 3/11/2025 | 4/10/2025 | | 5/29/2025 | 6/29/2025 |
| 3269 | Jane Roe CL 126 | 3:25-cv-02495 | Cutter Law | 3/12/2025 | 4/11/2025 | | 6/5/2025 | 7/5/2025 |
| 3270 | Jane Roe CL 127 | 3:25-cv-02496 | Cutter Law | 3/12/2025 | 4/11/2025 | | 6/5/2025 | 7/5/2025 |
| 3273 | Jane Roe CL 130 | 3:25-cv-02742 | Cutter Law | 3/21/2025 | 4/20/2025 | | 6/5/2025 | 7/5/2025 |
| 3274 | Jane Roe CL 131 | 3:25-cv-02743 | Cutter Law | 3/21/2025 | 4/20/2025 | | 6/5/2025 | 7/5/2025 |
| 3278 | Jane Roe CL 135 | 3:25-cv-02747 | Cutter Law | 3/21/2025 | 4/20/2025 | | 6/5/2025 | 7/5/2025 |
| 3178 | Jane Doe LS 582 | 3:25-cv-02792 | Levin Simes | 3/25/2025 | 4/24/2025 | | 5/29/2025 | 6/29/2025 |
| 3176 | Jane Doe LS 584 | 3:25-cv-02806 | Levin Simes | 3/25/2025 | 4/24/2025 | | 5/29/2025 | 6/29/2025 |
| 3280 | Jane Roe CL 137 | 3:25-cv-03036 | Cutter Law | 4/3/2025 | 5/3/2025 | | 6/5/2025 | 7/5/2025 |
| 3281 | Jane Roe CL 138 | 3:25-cv-03137 | Cutter Law | 4/7/2025 | 5/7/2025 | | 6/5/2025 | 7/5/2025 |
| 3239 | Jane Doe LS 589 | 3:25-cv-03216 | Levin Simes | 4/10/2025 | 5/10/2025 | | 5/29/2025 | 6/29/2025 |
| 3240 | Jane Doe LS 590 | 3:25-cv-03217 | Levin Simes | 4/10/2025 | 5/10/2025 | | 5/29/2025 | 6/29/2025 |
| 3282 | Jane Roe CL 139 | 3:25-cv-03255 | Cutter Law | 4/11/2025 | 5/11/2025 | | 6/5/2025 | 7/5/2025 |
| 3285 | Jane Roe CL 142 | 3:25-cv-03258 | Cutter Law | 4/11/2025 | 5/11/2025 | | 6/5/2025 | 7/5/2025 |
| 3242 | Jane Doe LS 592 | 3:25-cv-03266 | Levin Simes | 4/11/2025 | 5/11/2025 | | 5/29/2025 | 6/29/2025 |
| 3243 | Jane Doe LS 593 | 3:25-cv-03269 | Levin Simes | 4/11/2025 | 5/11/2025 | | 5/29/2025 | 6/29/2025 |
| 3244 | Jane Doe LS 594 | 3:25-cv-03274 | Levin Simes | 4/11/2025 | 5/11/2025 | | 5/29/2025 | 6/29/2025 |
| 3324 | T.G. | 3:25-cv-03621 | Wagstaff Law Firm | 4/24/2025 | 5/24/2025 | | 5/29/2025 | 6/29/2025 |