LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
SARA M. PETERS (State Bar #260610)
speters@walkuplawoffice.com
MARTIN P. NEIRA (State Bar #333895)
mneira@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,<br><br>This Document Relates to:<br><br>D. J.,<br>　　　Plaintiff<br>　　　　v.<br>UBER TECHNOLOGIES, INC., ET AL.<br>　　　Defendants. | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Pursuant to Local Rule 11-5, Walkup, Melodia, Kelly & Schoenberger, counsel of record for Plaintiff D.J. ("Counsel"), respectfully moves this Court for an Order allowing this firm to withdraw as counsel of record in the above-caption matter.

Over the past several weeks, Plaintiff D.J. has failed to respond to Counsel's numerous communication attempts via telephone, email, and text. Counsel has made no less than <u>twenty five</u> communication attempts to Plaintiff since filing her Short Form Complaint on December 13, 2024. On January 7, 2025, Plaintiff failed to join a pre-scheduled and confirmed phone meeting. After daily attempts to reach Plaintiff

1  by phone, email or text, Counsel sent a letter to Plaintiff on January 13, 2025 urging
2  her to make contact by January 21, 2025. On January 25, 2025, Counsel received a
3  text from Plaintiff's phone number stating that she had another attorney. On
4  <u>January 27, 2025</u>, Counsel advised Plaintiff in writing of their intent to withdraw
5  from this matter via electronic mail and overnighted letter. As of the time of this
6  filing, Plaintiff has failed to respond. Counsel also advised Defendants of their intent
7  to withdraw from this matter via email on January 24, 2025 regarding Magistrate
8  Cisneros' fact sheet deadline.

     WHEREFORE, the law firm of Walkup, Melodia, Kelly & Schoenberger and all attorneys of record request that they be allowed to withdraw as counsel of record for Plaintiff D.J. A copy of this motion will be served upon Plaintiff at her last known address via electronic mail.

Dated: July 16, 2025      Respectfully submitted,

           WALKUP, MELODIA, KELLY & SCHOENBERGER

By:     /s/ Sara M. Peters
     KHALDOUN A. BAGHDADI
     SARA M. PETERS
     MARTIN P. NEIRA
     Attorneys for PLAINTIFF

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
MOTION TO WITHDRAW AS COUNSEL OF RECORD

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2025, I electronically transmitted the foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. Additionally, the foregoing was served on Defendants' counsel via email at: MDL3084-service-Uber@paulweiss.com.

/s/ Courtney Megino
Courtney Megino

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

1
MOTION TO WITHDRAW AS COUNSEL OF RECORD