LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
SARA M. PETERS (State Bar #260610)
speters@walkuplawoffice.com
MARTIN P. NEIRA (State Bar #333895)
mneira@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| | **[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD** |
| This Document Relates to: | |
| D. J.,<br>          Plaintiff<br>                    v.<br>UBER TECHNOLOGIES, INC., ET AL.<br>          Defendants. | |

CONSIDERING the foregoing Motion to Withdraw as Counsel of Record for C.B.,

IT IS HEREBY ORDERED that Walkup, Melodia, Kelly & Schoenberger is withdrawn as Plaintiff's counsel of record and shall be relieved of any further responsibility in connection with this action.

Dated: _____

_____
HONORABLE CHARLES R. BREYER
United States District Court Judge

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2025, I electronically transmitted the foregoing [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. Additionally, the foregoing was served on Defendants' counsel via email at: MDL3084-service-Uber@paulweiss.com.

/s/ Courtney Megino
Courtney Megino

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

1

[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD