KIRKLAND & ELLIS LLP
Jessica Davidson (*Admitted Pro Hac Vice*)
jessica.davidson@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Allison M. Brown (*Admitted Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
Facsimile: (215) 268-5001

Laura Vartain Horn (SBN 258485)
laura.vartain@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC
and RASIER-CA, LLC
[*Additional Counsel Listed on Following Pages*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER TO RESET DEADLINES RE PTO NO. 26 |
| *WHB 823 v. Uber Technologies, Inc., et al.*, Case No. 24-cv-4900; | Judge:        Hon. Charles R. Breyer<br>Courtroom:   Courtroom 6 – 17th Floor |
| *A.R.2 v. Uber Technologies, Inc., et al.*, Case No. 24-cv-7821; | |
| *B.L. v. Uber Technologies, Inc., et al.*, Case No. 24-cv-7940; | |
| *Dean v. Uber Technologies, Inc., et al.*, Case No. 23-cv-6708; | |
| *LCHB128 v. Uber Technologies, Inc., et al.*, Case No. 24-cv-7019; and | |

STIPULATION TO RESET DEADLINES                    Case No. 3:23-md-03084-CRB

SHOOK HARDY & BACON LLP
Alycia Degen (SBN 211350)
adegen@shb.com
Michael B. Shortnacy (SBN 277035)
mshortnacy@shb.com
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

Patrick L. Oot, Jr. (*Admitted Pro Hac Vice*)
oot@shb.com
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

Christopher V. Cotton (*Admitted Pro Hac Vice*)
ccotton@shb.com
Maria Salcedo (*Admitted Pro Hac Vice*)
msalcedo@shb.com
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

O'MELVENY AND MYERS LLP
Sabrina H. Strong (SBN 200292)
sstrong@omm.com
Jonathan Schneller (SBN 291288)
jschneller@omm.com
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

WHEREAS, on May 1, 2025, the Court issued Pretrial Order No. 26: Bellwether Trial Wave 1 Case Assignments and Discovery Schedule;

WHEREAS, Pretrial Order No. 26 required the parties to exchange expert reports by August 8, 2025 and rebuttal expert reports by September 8, 2025;

WHEREAS, on July 8, 2025, the Court issued Pretrial Order No. 28: Order on Defendants' Motion to Dismiss Plaintiffs' Bellwether Complaints. Pursuant to the Federal Rules of Civil Procedure, Defendants' Answers to the Bellwether Complaints are due July 22, 2025.

WHEREAS, the parties agree to set dates for Defendants' Answers, such that Defendants will answer all Wave 1 Plaintiffs' Short-Form Complaints and the Master Long-Form Complaint on August 5, 2025, and will answer the remaining Bellwether Complaints on August 19, 2025.

WHEREAS, the parties agree that fact discovery that remains to be completed requires extending the deadlines for expert discovery.

WHEREAS, the parties agree that the Expert Deadlines as set out at PTO 26 Paragraph be modified such that the exchange of expert reports will move from August 8 to August 22. The exchange of rebuttal expert reports will move from September 8 to 22.

WHEREAS, the parties agree that the close of discovery, as set out at PTO 26 Paragraph c will move from September 22, 2025 to October 6, 2025.

WHEREAS, the parties agree that extending the aforementioned deadlines will not require extending any other deadlines set by Pretrial Order No. 26.

THEREFORE, the parties respectfully request the Court enter the parties' stipulation that Defendants provide answers on the dates set out above, and that the following deadlines set by Pretrial Order No. 26 be extended as follows:

- The parties shall exchange expert reports by August 22, 2025.
- The parties shall exchange expert rebuttal reports by September 22, 2025.
- The close of discovery will be October 6, 2025.

**IT IS SO STIPULATED.**

STIPULATION TO RESET DEADLINES                                    Case No. 3:23-md-03084-CRB

1  DATED:  July 17, 2025                    KIRKLAND & ELLIS LLP

2
                                            */s/ Laura Vartain Horn*
3                                           Jessica Davidson (*Admitted Pro Hac Vice*)
                                            jessica.davidson@kirkland.com
4                                           601 Lexington Avenue
                                            New York, NY 10022
5                                           Telephone: (212) 446-4800
                                            Facsimile: (212) 446-4900
6
                                            Allison M. Brown (*Admitted Pro Hac Vice*)
7                                           alli.brown@kirkland.com
                                            2005 Market Street, Suite 1000
8                                           Philadelphia, PA 19103
                                            Telephone: (215) 268-5000
9                                           Facsimile: (215) 268-5001

10                                          Laura Vartain Horn (SBN 258485)
                                            laura.vartain@kirkland.com
11                                          555 California Street
                                            San Francisco, CA 94104
12                                          Telephone: (415) 439-1400
                                            Facsimile: (415) 439-1500
13
                                            *Attorneys for Defendants*
14                                          UBER TECHNOLOGIES, INC.,
                                            RASIER, LLC, and RASIER-CA, LLC
15
16  DATED:  July 17, 2025                   GIRARD SHARP LLP

17
                                            */s/ Andrew R. Kaufman*
18                                          ROOPAL P. LUHANA (*Pro Hac Vice*)
                                            **CHAFFIN LUHANA LLP**
19                                          600 Third Avenue, Fl. 12
                                            New York, NY 10016
20                                          Telephone: (888) 480-1123
                                            Email: luhana@chaffinluhana.com
21
                                            SARAH R. LONDON (SBN 267083)
22                                          ANDREW R. KAUFMAN (*Pro Hac Vice*)
                                            **GIRARD SHARP LLP**
23                                          601 California St., Suite 1400
                                            San Francisco, CA 94108
24                                          Telephone: (415) 981-4800
                                            Email: slondon@girardsharp.com
25                                          Email: akaufman@girardsharp.com

26                                          RACHEL B. ABRAMS (SBN 209316)
                                            **PEIFFER WOLF CARR KANE CONWAY &**
27                                          **WISE, LLP**
                                            555 Montgomery Street, Suite 820
28                                          San Francisco, CA 94111
                                            Telephone: (415) 426-5641

                                    2

Email: rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

STIPULATION TO RESET DEADLINES                    Case No. 3:23-md-03084-CRB

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.


DATED:  July 17, 2025                               */s/ Laura Vartain Horn*
                                                     Laura Vartain Horn

STIPULATION RE: MENTAL EXAMINATION                          Case No. 3:23-md-03084-CRB

1

## [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Charles R. Breyer
United States District Judge