1 | LAURA VARTAIN HORN (SBN: 258485)
2 |     laura.vartain@kirkland.com
**KIRKLAND & ELLIS LLP**
3 | 555 California Street, 30th Floor
San Francisco, CA 94104
4 | Telephone: (415) 439-1625

5 | ALLISON M. BROWN (Pro Hac Vice admitted)
    allison.brown@kirkland.com
6 | JESSICA DAVIDSON (Pro Hac Vice admitted)
7 |     jessica.davidson@kirkland.com
**KIRKLAND & ELLIS LLP**
8 | 601 Lexington Avenue
New York, NY 10022
9 | Telephone: (212) 446-4723

10 | *Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
11 | RASIER, LLC, and RASIER-CA, LLC

12 | *[Additional Counsel Listed on Following Pages]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANT UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S BRIEF IN SUPPORT OF UBER'S JUNE 6, 2025 PRIVILEGE LOG PURSUANT TO SPECIAL MASTER ORDER NO. 4, § II (DKT. 2933)** |

DEFENDANTS' BRIEF IN SUPPORT OF UBER'S JUNE 6, 2025 PRIVILEGE LOG PURSUANT TO SPECIAL MASTER ORDER NO. 4, § II (DKT. 2933)

Case No. 3:23-MD-3084-CRB

Pursuant to Special Master Order No. 4, II (Dkt. 2933), Defendants submit this brief in support of Uber's privilege assertions for documents it logged as privilege on June 6, 2025. Plaintiffs initially challenged 960 documents from Defendants' June 6 privilege log. Following conferrals, Defendants produced 84 documents in full or with new redactions on July 11, 2025. Plaintiffs submitted a revised list of 678 challenges on July 15, 2025. In an effort to further narrow the disputes, Defendants produced three additional documents on July 18, 2025, resolving those pending challenges.[1] 675 remaining challenges are now submitted for the Special Master's review.

The Special Master has ample grounds on which to affirm Defendants' remaining privilege claims. Defendants incorporate by reference the legal standard and arguments set forth in its prior briefing (Dkts. 2433, 2461, 2528, 2544, and 2580). As further support for its privilege claims, Uber provides the arguments and factual support listed below, including the declaration from Scott Binnings, Uber's Associate General Counsel, Safety and Core Services (Ex. A), and Jennifer Handley, Uber's Senior Legal Director, Global Safety (Ex. B). The applicable legal standards and arguments outlined below and in prior briefs, the attached declarations from in-house counsel, and the factual material previously provided to the Special Master,[2] when reviewed in conjunction with the challenged documents and the associated metadata fields, support Defendants' privilege and work product claims.

Defendants provide additional context regarding certain documents and topics in this set to facilitate the resolution of privilege claims:

**JCCP_MDL_PRIVLOG105576**

JCCP_MDL_PRIVLOG105576 is a confidential spreadsheet titled "A/C Privileged – Trends in Cancellation Rates and Ratings by Gender _ User Audit." As explained by Mr. Binnings in his declaration, this spreadsheet contains information that was gathered to facilitate legal advice that he and Nicole Benincasa, a Senior Counsel on Safety Legal, provided to the company on user

---

[1] Defendants produced JCCP_MDL_PRIVLOG107574 in full. Defendants produced JCCP_MDL_PRIVLOG107721 and JCCP_MDL_PRIVLOG109385 with redactions following conferral with Plaintiffs.

[2] As requested by the Special Master, Uber has provided: (1) a glossary of terms commonly used in disputed documents, (2) a list of names and titles of relevant Uber inside and outside counsel, and (3) a digest of third-parties present in its privilege log. Defense counsel will also be available for any questions the Special Master may have during the review process.

deactivations. *See* Declaration of Scott Binnings (July 17, 2025), attached as Ex. A. The spreadsheet was prepared with the legal team's involvement and advice throughout the process, and Mr. Binnings provided input on the type of data that needed to be captured as part of the spreadsheet. *Id.*

**JCCP_MDL_PRIVLOG105477**

JCCP_MDL_PRIVLOG105477 is a report titled "Trend Analysis – Year – Driver Reporter." The report itself indicates that it is work product performed under Ms. Handley's direction, and she confirmed this fact in her declaration. *See* Declaration of Jennifer Handley (July 17, 2025), attached as Ex. B. As Ms. Handley explains, the report contains information gathered to facilitate her legal advice regarding safety trends as they relate to Uber's U.S. Safety Report, and she provided input on the data that was captured to facilitate her advice.

**JCCP_MDL_PRIVLOG105609**

JCCP_MDL_PRIVLOG105609 is a draft letter authored by Steffi Bryson, then Head of Safety and Consumer Protection Policy. While -5609 does not have a parent email associated in the metadata, Defendants are making available an email thread logged as JCCP_MDL_PRIVLOG078061, which provides context for the privileged nature of -5609. The email thread, -8061, shows that Ms. Bryson drafted -5609 under the guidance of the in-house legal team. *See* JCCP_MDL_PRIVLOG078061 (Aug. 29, 2019 at 11:51 a.m. email). Ms. Bryson sent the draft letter to Mr. Binnings on September 6, 2019, for his legal advice, and Mr. Binnings responded and provided his advice on September 11, 2019, which corresponds to the date of -5609.[3] In-house lawyers, Maureen Frangopoulos, Aaron Brand, and Kathleen Waitzman, are also included on the distribution.

**JCCP_MDL_PRIVLOG107873**

JCCP_MDL_PRIVLOG107873 is a draft internal document regarding the settlement of a matter with the California Public Utilities Commission (CPUC). Plaintiffs challenged this document based on their belief that it was authored by a non-attorney with no attorneys involved. However, as the title field of the metadata indicates, the challenged document is a copy of another document. The

---

[3] The Google Doc ID for the document linked in Ms. Bryson's September 6, 2019 email corresponds with the Google Doc ID for JCCP_MDL_PRIVLOG105609.

3

DEFENDANTS' BRIEF IN SUPPORT OF UBER'S JUNE 6, 2025 PRIVILEGE LOG PURSUANT TO SPECIAL MASTER ORDER NO. 4, § II (DKT. 2933)

Case No. 3:23-MD-3084-CRB

original version was logged as JCCP_MDL_PRIVLOG107862. In-house lawyers, Lisa Tse, Jane Lee, and Molly Moran, were collaborators on the original version (-7862), and Uber's privilege claim as to -7862 was not challenged. Contemporaneous Google notifications confirm that in-house lawyers participated in the drafting and editing of the original version of the challenged document. Defendants will make these contemporaneous Google notifications available for the Special Master's review.

**Safety Feature Developed in Partnership with Uber In-House Counsel**

Certain documents relate to a safety feature that was developed at Uber in partnership with and with legal analysis from in-house counsel, including Daniel Kolta, Uber's Legal Director, Global Safety. *See*, *e.g.*, JCCP_MDL_PRIVLOG107165 and JCCP_MDL_PRIVLOG107178. As previously explained, documents that reflect in-house counsel's efforts in managing legal risks based on experimental data and trends observed by the development team, as well as documents that reflect the development team's efforts to facilitate legal advice, should be protected. *See* Defendants' May 13, 2025 Brief (Dkt. 2985) and Apr. 18, 2025 Declaration of Daniel Kolta (provided to the Special Master *ex parte* on April 21, 2025). Defendants' arguments with respect to these safety features are unchallenged and should be upheld.[4]

For these reasons, the Special Master should uphold Uber's privilege claims as to the documents submitted for review.

DATED: July 18, 2025                          Respectfully submitted,

                                              **SHOOK HARDY & BACON L.L.P.**

                                              By: */s/ Jennifer Hill*
                                                   Jennifer Hill

                                              **KIRKLAND & ELLIS LLP**
                                              LAURA VARTAIN HORN
                                              ALLISON M. BROWN

---

[4] The Special Master invited Plaintiffs to submit any additional briefing on this topic. Plaintiffs did not provide briefing, but rather withdrew their challenges to 15 documents relating to the safety feature addressed in Mr. Kolta's April 18, 2025, declaration. *See* June 30, 2025, Email from Tiffany Ellis to Special Master Jones.

|   |   |
|---|---|
| 1 | JESSICA DAVIDSON |
| 2 | **O'MELVENY AND MYERS LLP** |
|   | SABRINA STRONG |
| 3 | JONATHAN SCHNELLER |

**SHOOK, HARDY, & BACON, LLP**
PATRICK OOT (Admitted *Pro Hac Vice*)
   oot@shb.com
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

ALYCIA A. DEGEN (SBN: 211350)
   adegen@shb.com
MICHAEL B. SHORTNACY (SBN: 277035)
   mshortnacy@shb.com
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

CHRISTOPHER V. COTTON (Admitted *Pro Hac Vice*)
   ccotton@shb.com
MARIA SALCEDO (Admitted *Pro Hac Vice*)
   msalcedo@shb.com
JENNIFER HILL (Admitted Pro Hac Vice)
   jshill@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

5
DEFENDANTS' BRIEF IN SUPPORT OF UBER'S JUNE 6, 2025 PRIVILEGE LOG PURSUANT TO SPECIAL MASTER ORDER NO. 4, § II (DKT. 2933)
Case No. 3:23-MD-3084-CRB