# EXHIBIT B

|  |  |
|---|---|
| 1 | LAURA VARTAIN HORN (SBN: 258485) |
| 2 | laura.vartain@kirkland.com<br>**KIRKLAND & ELLIS LLP** |
| 3 | 555 California Street, 30th Floor<br>San Francisco, CA 94104 |
| 4 | Telephone: (415) 439-1625 |
| 5 | ALLISON M. BROWN (Pro Hac Vice admitted)<br>allison.brown@kirkland.com |
| 6 | JESSICA DAVIDSON (Pro Hac Vice admitted)<br>jessica.davidson@kirkland.com |
| 7 | **KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue |
| 8 | New York, NY 10022<br>Telephone: (212) 446-4723 |
| 9 | *Attorneys for Defendants* |
| 10 | UBER TECHNOLOGIES, INC.,<br>RASIER, LLC, and RASIER-CA, LLC |
| 11 | *[Additional Counsel Listed on Following Pages]* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>Judge:   Honorable Charles Breyer<br><br>**DECLARATION OF JENNIFER HANDLEY IN SUPPORT OF DEFENDANTS' JULY 18, 2025 BRIEF PURSUANT TO SPECIAL MASTER ORDER NO. 4, § II (JUNE 6, 2025 PRIVILEGE LOG CHALLENGES)** |

<u>**DECLARATION OF JENNIFER HANDLEY**</u>

I, Jennifer Handley, having personal knowledge of the following state:

1. I am the Senior Legal Director, Global Safety, at Uber. I was first employed by Uber in December 2018 and have worked as in-house counsel for the past 6 years. My previous roles include Senior Counsel, Safety and Legal Director, Safety. In my current role, as has been the case throughout my tenure at Uber, I am responsible for providing legal advice to Uber's leadership and employees related to safety issues, procedures, and policy, among other legal advice. I offer this

DECLARATION OF JENNIFER HANDLEY IN SUPPORT OF DEFENDANTS' JULY 18, 2025 BRIEF PURSUANT TO SPECIAL MASTER ORDER NO. 4, § II (JUNE 6, 2025 PRIVILEGE LOG CHALLENGES)
Case No. 3:23-MD-3084-CRB

|   |   |
|---|---|
| 1 | Declaration in the above-captioned matter in support of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's July 18, 2025 Brief Pursuant to Special Master Order No. 4 § II (ECF 2933). The facts set forth herein are true and correct and are based on my own personal knowledge, and I could and would competently testify thereto if called. |

2.	I am familiar with the document identified as JCCP_MDL_PRIVLOG105477. I worked closely with the team that compiled and analyzed safety data in connection with Uber's U.S. Safety Report in order to provide legal advice. This is a report that contains information gathered to facilitate my legal advice regarding safety trends as they relate to Uber's U.S. Safety Report, and I recall providing input on the data that was captured to facilitate this advice. As I have explained in my previous declarations, a team of Uber's in-house attorneys, including myself, directed and coordinated the drafting of the Safety Reports due to the legal risks and potential litigation regarding safety issues. JCCP_MDL_PRIVLOG105477 accurately states that it is work product performed under my direction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 17, 2025        By: *Jennifer Handley*

                                                               Jennifer Handley