# EXHIBIT A

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-----------------------------------------X
In re: UBER TECHNOLOGIES, INC.
       PASSENGER SEXUAL ASSAULT LITIGATION
Case No. 3:23-md-03084-CRB
_____
This Document Relates to:
JAYLYNN DEAN v. UBER TECHNOLOGIES, INC.,
et al.,
3:23-cv-06708

LCHB128 v. UBER TECHNOLOGIES, INC., et al.,
3:24-cv-7019
-----------------------------------------X
                    DATE: July 2, 2025
                    TIME: 10:00 A.M. MST
```

TESTIMONY of ALLISON CISSNA, taken by the Plaintiffs, pursuant to a notice and to the Federal Rules of Civil Procedure, held remotely via Zoom Videoconference, before Suzanne Pastor, a Notary Public of the State of New York.

```
 1        Q.    Are there times that you recall
 2   where there were -- where it was
 3   anticipated that there would be a higher
 4   number of safety reports come in to you and
 5   higher levels of staffing would be needed?
 6        A.    Generally, around, like, major
 7   holidays, like Halloween and New Years Eve,
 8   and holidays like that where a lot of
 9   people were taking trips, we do anticipate
10   more reports coming through.
11        Q.    You said generally around
12   holidays.  You listed Halloween, New Years.
13   Are there other days of the year that the
14   trust and safety team that you help lead
15   anticipates receiving a higher number of
16   safety incident reports?
17        A.    There could be --
18              MS. LEVY:  Object to form and
19         foundation.  I'm trying to give you a
20         lot of latitude, Tiffany, but we're,
21         like, so far afield from anything
22         case-specific.
23              You can answer in your personal
24         capacity if you have an answer to
25         that.  But if we could get to the
```

```
 1        case-specific, that would be
 2        appreciated.
 3             MS. ELLIS:  We will.  And all
 4        of this is laying a foundation.  I
 5        confirm there was no scope
 6        limitations on these depositions.
 7             MS. LEVY:  The depositions are
 8        supposed to be case specific.  We
 9        haven't gotten to anything case
10        specific yet and we've been going for
11        an hour and a half.
12             MS. ELLIS:  Jenny, I
13        understand.  The jury is entitled to
14        an understanding of this witness'
15        background and knowledge.
16             MS. LEVY:  And I didn't object
17        to any of the background and
18        knowledge.  Only like general
19        questions about Uber that is
20        duplicative of what we have put
21        forward other witnesses on.
22             MS. ELLIS:  Jenny, I'll object
23        to your objection.  Unless you're
24        instructing the witness not to
25        answer, I will re-ask the question.
```