# EXHIBIT B

CONFIDENTIAL

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2         COUNTY OF SAN FRANCISCO - UNLIMITED JURISDICTION
 3
      COORDINATION PROCEEDING          ) Case No.:
 4    SPECIAL TITLE (Rule 3.550)       ) CJC-21-005188
                                       )
 5    In Re: Uber Rideshare Cases      )
                                       )
 6    This Document Relates to:        )
                                       )
 7    Jane Doe WHBE 6 v. Uber          )
      Technologies, Inc., et al.       )
 8    (Case No. CGC-20-588388)         )
      _____)
 9
10
11                      ** CONFIDENTIAL **
12          VIDEOTAPED DEPOSITION OF HALEY ALBRECHT
13
14
                         Phoenix, Arizona
15                      December 18, 2024
                          9:13 a.m. MST
16
17
18
19
20
21
22
23
      REPORTED BY:
24    Janice Gonzales, RPR, CRR
      AZ Certified Court
25    Reporter No. 50844


                                                      Page 1
```

| | | |
|---|---|---|
| 1 | Jira comment, but I know -- I don't really know their | 11:46 |
| 2 | internal escalations process other than that. | 11:46 |
| 3 | Q.   Okay.  So it would say in a comment -- it | 11:46 |
| 4 | would say something like counsel tagged it or would | 11:46 |
| 5 | it say like Bob Smith tagged it? | 11:47 |
| 6 | A.   I believe it would have their specific | 11:47 |
| 7 | names if they were searchable. | 11:47 |
| 8 | Q.   Okay.  And then we see "Type:  Global | 11:47 |
| 9 | Incident/Accident."  What's that mean? | 11:47 |
| 10 | A.   That just means that's what's being | 11:47 |
| 11 | reported is either an incident or accident. | 11:47 |
| 12 | Q.   Okay.  And then "Reporter:  Haley | 11:47 |
| 13 | Albrecht," that's you, right? | 11:47 |
| 14 | A.   Yes, that's me. | 11:47 |
| 15 | Q.   But we saw earlier that the documents | 11:47 |
| 16 | talking about reporter sometimes being the victims of | 11:47 |
| 17 | sexual assaults, right? | 11:47 |
| 18 | A.   We call them the reporting party. | 11:47 |
| 19 | Q.   Okay.  Why are you listed as the reporter | 11:47 |
| 20 | here? | 11:47 |
| 21 | A.   I'm listed as the reporter because I was | 11:47 |
| 22 | the one that took the case and documented it. | 11:47 |
| 23 | Q.   Okay.  Did you create this Jira ticket? | 11:47 |
| 24 | Did you start it? | 11:48 |
| 25 | A.   Yes. | 11:48 |

| | | |
|---|---|---|
| 1 | Q. Okay. It says the assignee's Jordan | 11:48 |
| 2 | Hornback, right? | 11:48 |
| 3 | A. I see that. | 11:48 |
| 4 | Q. Who's Jordan Hornback? | 11:48 |
| 5 | A. I'm not familiar with him. | 11:48 |
| 6 | Q. Why does it say "inactive" next to him? | 11:48 |
| 7 | A. I am not sure. It usually means that | 11:48 |
| 8 | they're no longer with the company, but I can't be | 11:48 |
| 9 | sure. | 11:48 |
| 10 | Q. And you don't know why he's listed here? | 11:48 |
| 11 | A. I believe he is the investigator or was | 11:48 |
| 12 | an investigator at some point. | 11:48 |
| 13 | Q. So you believe he investigated this at | 11:48 |
| 14 | some point, right? | 11:48 |
| 15 | A. Yes. | 11:48 |
| 16 | Q. And you also believe that he no longer | 11:48 |
| 17 | works at Uber, correct? | 11:48 |
| 18 | MS. BRANDT: Objection. Misstates | 11:48 |
| 19 | testimony. | 11:48 |
| 20 | THE WITNESS: I'm not sure. | 11:48 |
| 21 | BY MR. CUBBERLY: | 11:48 |
| 22 | Q. Well, it says "inactive" next to him, | 11:48 |
| 23 | right? | 11:48 |
| 24 | A. Right. | 11:48 |
| 25 | Q. And do you know Jordan Hornback? | 11:48 |