UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF SUPPORTING MATERIALS FOR MOTION TO ENFORCE PROTECTIVE ORDER**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SEAL RE: MOTION TO ENFORCE PROTECTIVE ORDER

Case No. 3:23-MD-3084-CRB,

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC's (collectively "Defendants") Administrative Motion to File Under Seal Portions of Supporting Materials for Motion to Enforce Protective Order, dated July 18, 2025, the Court hereby ORDERS that the following materials remain under seal:

| Document | Description |
| --- | --- |
| Portions of Declaration of Veronica Hayes Gromada in support of Motion to Enforce | Redacted portions containing information and screenshots of highly confidential and confidential documents regarding company policy-related resources and information. Specifically, screenshots in paragraphs 15, 16, 22, 23, 24, 25 and 43. |
| Exhibit 1 to Declaration of Veronica Hayes Gromada in support of Motion to Enforce | Redacted spreadsheet in exhibit containing highly confidential and confidential information regarding company policy-related resources and information. |
| Exhibit 3 to Declaration of Veronica Hayes Gromada in support of Motion to Enforce | Redacted spreadsheet in exhibit containing highly confidential and confidential information regarding company policy-related resources and information. |
| Exhibit 6 to Declaration of Veronica Hayes Gromada in support of Motion to Enforce | Redacted spreadsheet in exhibit containing highly confidential and confidential information regarding company policy-related resources and information. |
| Exhibit 7 to Declaration of Veronica Hayes Gromada in support of Motion to Enforce | Redacted spreadsheet in exhibit containing highly confidential and confidential information regarding company policy-related resources and information. |
| Exhibit 16 to Declaration of Veronica Hayes Gromada in support of Motion to Enforce | Redacted spreadsheet in exhibit containing highly confidential and confidential information regarding company policy-related resources and information. |
| Exhibit 17 to Declaration of Veronica Hayes Gromada in support of Motion to Enforce | Redacted spreadsheet in exhibit containing highly confidential and confidential information regarding company policy-related resources and information. |

**IT IS SO ORDERED.**

Dated:_____

Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' DEFENDANTS' MOTION TO SEAL RE: MOTION TO ENFORCE PROTECTIVE ORDER
Case No. 3:23-MD-3084-CRB