# EXHIBIT 1

# RE: Uber MDL M&C re: Discovery Schedule and Custodians

**Bret Stanley** <BStanley@johnsonlawgroup.com>
05/17/2024 at 10:50 AM

**From:** **Bret Stanley** <BStanley@johnsonlawgroup.com>
**Sent:** 05/17/2024 at 10:50 AM
**To:** **Beth Wilkins** <Wilkins@chaffinluhana.com>, **Gromada, Veronica G. (SHB)** <vgromada@shb.com>, **Roopal Luhana** <Luhana@chaffinluhana.com>, **Shortnacy, Michael (SHB)** <mshortnacy@shb.com>, **Oot, Patrick L. (SHB)** <OOT@shb.com>, **Haider, Jay B. (SHB)** <jhaider@shb.com>, **Schoultz, Shannon M. (SHB)** <sschoultz@shb.com>, **'Wolf, Marc Price'** <mpricewolf@paulweiss.com>, **Wikler, Jeremy (SHB)** <JWIKLER@shb.com>, **Marlene Goldenberg** <mgoldenberg@nighgoldenberg.com>
**Cc:** **Rachel Abrams** <rabrams@peifferwolf.com>, **Sarah London** <slondon@lchb.com>, **Uber MDL Discovery Team** <ubermdldiscovery@chaffinluhana.com>, **Michael Sweet** <sweet@chaffinluhana.com>

1 Attachment(s) Total 18.5 KB View

Uber Policy List - Stanley.xlsx (18.5 KB)

**EXTERNAL**

Veronica, Michael, and Jeremy –

Following up on the items listed by Beth below, we also discussed the production of Uber Polices on the call yesterday. Please excuse this longwinded email, but I think it will help you to know the back story.

As discussed on our May 16, 2024 call, I have litigated wage and hour cases against Uber for many years, both trying many cases through final arbitration hearings and trying the *Razak vs Uber* matter in March 2024 before Judge Baylson (Eastern District of PA – Philadelphia). Discovery efforts in these matters have resulted in the production of many policies from Uber's Knowledge Base ("KB") Platform and many other types of documents. I have hours of testimony from Brad Rosenthal and Matthew Baker on these Policies and other matters. Matthew Baker is Uber's main testifier Uber's KB Platform Policies. You should ask your client for a copy of the 30b6 Deposition I took of Matthew Baker on January 18, 2023 in the *Saxton & Taboada vs Uber Technologies* matter in Austin, Texas. Baker describes the Knowledge Base system as an "Intranet" used by support staff any time a support request comes in from a rider or driver. *See* Baker (Jan. 18, 2023) at 44:19-45:7. I cannot share this deposition with you due to protective order. However, KB Policies provide a roadmap for Uber Support Staff to follow when dealing with any type of support request from a User of Uber's system. These policies are highly organized into categories and sub-categories so that support staff can find them quickly and use them to handle requests made by Riders, Drivers, or Delivery people.

Having received and reviewed many of these policies, it is very clear to me that an index **does exist** on the KB Platform. Indeed, all of the Policies have an Uber KB Lightning Force hyperlink that look something like this: https://uberkb.lightning.force.com/articles/en_US/Knowledge/Global-Safety-Support-Taxonomy.

The above link is for the "[Global Safety] Taxonomy | Categories and Definitions" Policy held on the Uber KB Platform. The version of this document that I have is Version 8, Article 000014088. The Article Record type is "Internal Guide" and this version's Publication Status is listed as "Archived," because later versions of this Policy have been published since this

version was produced to me.

My assumption is you will find an Index at the following hyperlink: https://uberkb.lightning.force.com/articles/.

You also might find helpful the trial testimony from the *Razak* trial of Tara Murray, taken by Shannon Liss-Riordan, and Chad Dobbs taken by me. Both of these witnesses give testimony about Uber's system and information of the KB Platform. I can share this testimony with you if you need it because it came in open court and is not sealed.

As discussed, each of these KB Platform Policies reference other Policies in the "Related Resources" section. I have pulled the names of all the KB Platform Policies that have been produced to me as well as the names of all KB Platform Policies that are listed in the "Related Resources" section of these Policies. **Attached** is a spreadsheet with the names of all Policies that I'm aware of. If the policy is highlighted in red, then it is duplicated on my list due to multiple versions of the same policy.

To be sure, more policies exist than what I have listed on my spreadsheet. **This is not the total universe.** However, to my knowledge Uber has not produced these documents to any other lawyer.

Pursuant to the ESI order and the agreed-upon discovery milestones, Uber was to provide Plaintiffs with a list of non-custodial files that could be produced without the use of search terms by April 26. Although Uber provided a list on May 6, the list was comprised primarily of incident-specific documents that Uber is required to produce pursuant to the Defendant Fact Sheet. During the meet and confer on May 10, we inquired about the production of non-custodial policy and procedure files or an index of policies and procedures. You indicated that Uber does not have a location where these types of files are stored and could not produce these files without the use of search terms. **Uber definitely has a location where these Policies are stored and (based on testimony I have from Uber Corporate Witnesses) Uber retains the last 20 Versions of all policies on the KB Platform.**

Please review the material attached and review the Uber KB Lightning Force portal. Once reviewed, please produce the Policies listed on my spreadsheet, the index from Uber KB Lightning Force portal, and all other policies referenced in the portal immediately.

Our position is that these documents should have been produced already.

Sincerely,

Johnson Law Group

**Bret Stanley** | Senior Counsel
Johnson Law Group | 2925 Richmond Ave., Suite 1700 | Houston, Texas 77098
Toll Free (800) 230-7700 | Phone (713) 626-9336 | Fax (713) 583-9460
BStanley@johnsonlawgroup.com | www.johnsonlawgroup.com







Case 3:23-md-03084-CRB   Document 3512-2   Filed 07/18/25   Page 9 of 11





