# EXHIBIT 2

Page 2

Pages 1 - 32

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Lisa J. Cisneros, Magistrate Judge

```
IN RE:  UBER TECHNOLOGIES,    )
INC., PASSENGER SEXUAL ASSAULT)
LITIGATION                    )
                              )  NO. C 23-md-03084 CRB (LJC)
_____)
```

San Francisco, California
Tuesday, June 11, 2024

TRANSCRIPT OF REMOTE ZOOM VIDEO CONFERENCE PROCEEDINGS

APPEARANCES VIA ZOOM:

For Plaintiffs:
                LIEFF, CABRASER, HEIMANN
                  & BERNSTEIN LLP
                275 Battery Street, 29th Floor
                San Francisco, California 94111
          BY:   SARAH R. LONDON, ATTORNEY AT LAW

                PEIFFER WOLF CARR & KANE
                555 Montgomery Street, Suite 820
                San Francisco, California 94111
          BY:   RACHEL B. ABRAMS, ATTORNEY AT LAW

                PEIFFER WOLF CARR KANE CONWAY & WISE LLP
                2229 Trumbull Street
                Detroit, Michigan 48216
          BY:   TIFFANY R. ELLIS, ATTORNEY AT LAW

                CHAFFIN LUHANA LLP
                600 Third Avenue, 12th Floor
                New York, New York 10016
          BY:   ROOPAL P. LUHANA, ATTORNEY AT LAW
                BETH WILKINS, ATTORNEY AT LAW

(APPEARANCES CONTINUED ON FOLLOWING PAGE)

REPORTED BY:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
              CSR No. 7445, Official United States Reporter

Page 2

1  APPEARANCES VIA ZOOM:  (CONTINUED)
2  For Plaintiffs:
3              WALKUP MELODIA KELLY & SCHOENBERGER
               650 California Street, 26th Floor
               San Francisco, California 94108
4        BY:   KHALDOUN A. BAGHDADI, ATTORNEY AT LAW
5              NIGH GOLDENBERG RASO & VAUGHN
               14 Ridge Square NW, Third Floor
6              Washington, D.C. 20016
         BY:   MARLENE J. GOLDENBERG, ATTORNEY AT LAW
7
               SIMONS HANLY CONROY LLP
8              One Court Street
               Alton, Illinois 62002
9        BY:   ELLYN HURD, ATTORNEY AT LAW
10             JOHNSON LAW GROUP
               2925 Richmond Avenue, Suite 1700
11             Houston, Texas 77098
         BY:   BRET STANLEY, ATTORNEY AT LAW
12
13 For JCCP Plaintiffs:
               WILLIAM HART & BOUNDAS, LLP
14             8441 Gulf Freeway, Suite 600
               Houston, Texas 77017
15       BY:   WALT CUBBERLY, ATTORNEY AT LAW
16             CUTTER LAW PC
               401 Watt Avenue
17             Sacramento, California 95864
         BY:   CELINE E. CUTTER, ATTORNEY AT LAW
18
19 For Defendants:
               SHOOK, HARDY & BACON LLP
20             2121 Avenue of the Stars, Suite 1400
               Los Angeles, California 90067
21       BY:   MICHAEL B. SHORTNACY, ATTORNEY AT LAW
22             SHOOK, HARDY & BACON LLP
               1800 K Street, NW, Suite 1000
23             Washington, D.C. 20006
         BY:   PATRICK L. OOT, JR., ATTORNEY AT LAW
24
25       (APPEARANCES CONTINUED ON FOLLOWING PAGE)

Page 3

1  APPEARANCES VIA ZOOM:  (CONTINUED)
2  For Defendants:
3              PAUL WEISS RIFKIND WHARTON
                 & GARRISON LLP
               1285 Avenue of the Americas
4              New York, New York 10019
         BY:   JACQUELINE P. RUBIN, ATTORNEY AT LAW
5
6              PAUL, WEISS, RIFKIND, WHARTON
                 & GARRISON LLP
7              535 Mission Street, 24th Floor
               San Francisco, California 94105
8        BY:   RANDALL S. LUSKEY, ATTORNEY AT LAW

Page 4

1  Tuesday - June 11, 2024                    2:07 p.m.
2                    P R O C E E D I N G S
3                         ---oOo---
4              (Mr. Stanley not present.)
5       THE CLERK:   The United States District Court is now in
6  session, the Honorable Magistrate Judge Lisa J. Cisneros
7  presiding.
8       We are call 23-MD-03084.
9       Counsel, please state your appearances for the record,
10 beginning with plaintiff.
11      MS. LONDON:   Good morning.
12      MS. LUHANA:   Good afternoon, Judge.  Roopal Luhana of
13 Chaffin Luhana for the plaintiffs.
14      MS. LONDON:   Good afternoon, Your Honor.
15      MS. ABRAMS:   Good morning, Your Honor.  Rachel Abrams
16 from Peiffer Wolf for the plaintiffs.
17      MS. LONDON:   Sarah London for plaintiffs.  Thank you,
18 Your Honor.
19      MR. BAGHDADI:   Good afternoon, Your Honor.  Khaldoun
20 Baghdadi for the plaintiffs.
21      MS. GOLDENBERG:   And, Your Honor, Marlene Goldenberg
22 for the plaintiffs.
23      MS. HURD:   Good afternoon.  Ellyn Hurd for the
24 plaintiffs, Simmons Hanly Conroy.
25      MS. ELLIS:   Good afternoon, Your Honor.  Tiffany Ellis

Page 5

1  from Peiffer Wolf for the plaintiffs.
2          MR. CUBBERLY:   Good morning, Your Honor.  Walt
3  Cubberly for the JCCP plaintiff.
4          MS. CUTTER:   Celine Cutter --
5          MS. WILKINS:   Good afternoon, Your Honor.
6  Beth Wilkins from Chaffin Luhana for the plaintiffs.
7          MS. CUTTER:   Celine Cutter, JCCP plaintiffs.
8          MR. SHORTNACY:   Good afternoon, Your Honor.  I am
9  assuming that's everyone for plaintiffs.
10         This is Michael Shortnacy speaking of Shook Hardy & Bacon
11 for the Uber defendants.  I have with me today my colleague
12 Patrick Oot, also of Shook Hardy, and my colleagues from Paul
13 Weiss, Randall Luskey and Jacqueline Rubin, who may address
14 the Court today.
15         THE COURT:   So the first --
16         THE CLERK:   Your Honor, your mic was out in the
17 beginning of you speaking.  I apologize for interrupting.
18         THE COURT:   That's okay.
19         Good afternoon, everyone.  Hopefully, you can hear me now.
20 Thanks for being here.
21         We've got -- it's been a while since we've had any kind of
22 status conference or to talk about where we're at overall with
23 discovery.
24         So I received your joint status report, and I know in
25 addition to that, you've also filed competing positions on

Page 6

1  deposition protocols.
2          There's a pending dispute related to the safety data that
3  was requested by plaintiffs, and there's a number of letter
4  briefs related to third-party subpoenas and also a letter brief
5  related -- regarding custodians and search terms.
6          So, much of this was filed on Friday according to
7  schedule.  So I'm not prepared to hear argument on all of this,
8  but I thought what I could do is basically plan out when I'll
9  hear arguments.
10         And we've already got a June 21st hearing date set for the
11 third-party subpoena issues.  So for -- I think that's a time
12 that we can also use to hear argument on any outstanding
13 discovery disputes where there's briefing already pending at
14 this point in time.
15         So as far as the deposition protocols, I was hesitant to
16 make a decision on that today, in part because it's hard -- my
17 own inclination was it's difficult to decide how many
18 depositions should be held when it's not even clear how many
19 custodians we have.  And I didn't have a sense that there was a
20 strong urgency -- but tell me if you disagree -- to decide that
21 right away, early this month.
22         But what I first wanted to do was to resolve the
23 custodians and search terms issues, hear argument on that on
24 June 21st, and we can talk about the deposition protocols at
25 that point in time as well.

Page 7

1          Now, I am ready to hear arguments on the safety data
2  issues that were briefed.  So that, I would want to hear today.
3          And as far as some of the other issues that were surfaced
4  in the joint status report, such as the non-custodial sources
5  for documents, policy documents and, like, the knowledge base
6  system that Uber has, we can talk about -- we can talk about
7  that today.  It's not formally briefed, but maybe we can
8  resolve any disputes based on anything that's argued today.
9          But -- so just to be clear, what we'll do on June 21st is
10 hear arguments on the third-party subpoenas, hear arguments on
11 custodians and search terms, any arguments on the deposition
12 protocols at that point in time.
13         Today we'll deal with the safety data and any particular
14 issues that were surfaced in the discovery status report.
15         That's my proposal for what we do.
16         MR. SHORTNACY:   Your Honor, Michael Shortnacy speaking
17 for the Uber defendants.
18         If I could just make a proposal.
19         THE COURT:   Yes.
20         MR. SHORTNACY:   The notice for today's proceedings was
21 the status conference, and so I know that the statistics and
22 data PTO 8 motion have been submitted.
23         We would -- we would respectfully request that that be
24 noticed for hearing.  And it may be that that hearing take
25 place at the Court's convenience on June 21.  It may be that it

Page 8

1  could happen sooner.  But I think the issue is it was not
2  noticed for hearing today.  And so we are certainly prepared to
3  talk with the Court about those issues, but in terms of a
4  formal PTO 8 argument, we would respectfully propose that be
5  noticed.
6          MS. LUHANA:   And, Judge, this is Roopal Luhana.
7          I would just note, in our June 4th joint status report, we
8  specifically had said the parties would be prepared to discuss
9  that PTO 8 dispute.  And the plaintiffs are ready, if you'd
10 like to proceed.
11         MR. SHORTNACY:   And I would just say, that was in
12 plaintiffs' position statement in the case management
13 conference, Your Honor.
14         And so, again, we're happy to talk about it with
15 Your Honor; but I think in terms of a formal motion, that we
16 believe that should be noticed to be heard.
17         THE COURT:   Well, I'm inclined to set it for hearing
18 on June 13th at 9:00 in the morning by Zoom.  So you have a few
19 days to prepare to argue it.  But that was briefed ahead of
20 some of the other issues that were filed on the 7th.  So I'm
21 just further along and ready to hear the argument on it and
22 decide it.
23         So unless plaintiffs object, I'll set it for 9:00 in the
24 morning via Zoom on June 13th.
25         MS. LUHANA:   Judge, we don't object to that.

Page 9

1         MR. SHORTNACY: And we appreciate that, Your Honor.
2   And I think just in terms of process for PTO 8, we expect
3 the search terms and custodians dispute may not be the first or
4 the last dispute that Your Honor hears.
5   And so just, you know, so that the parties are aligned in
6 how those will become teed up, it may be helpful for the Court
7 to set dates, just so that there's no confusion.
8   And so we appreciate Your Honor setting that for hearing.
9         THE COURT: Okay.
10        THE CLERK: Your Honor --
11        THE COURT: Well --
12        THE CLERK: -- just to -- oh, I apologize, Your Honor.
13   Just to confirm, you're setting a status conference for
14 June 13th at 9:00 a.m.
15        THE COURT: It's a hearing on the parties' discovery
16 dispute related to safety data. It's filed at ECF 592.
17        THE CLERK: Thank you, Your Honor.
18        THE COURT: And the parties have briefed up the letter
19 brief -- their letter brief regarding custodians and search
20 terms at 607. That's the ECF number on the docket.
21   So I was inclined to put that over to the 21st, but since
22 we're meeting anyways on the 13th, let's do the argument then,
23 that morning at 9:00.
24        MR. SHORTNACY: We understand, Your Honor.
25        THE COURT: Okay.

Page 10

1         MR. SHORTNACY: We appreciate that.
2        THE COURT: So that's notice -- that letter brief is
3 notice for a hearing as well, and that's the letter brief
4 that's filed at ECF 607.
5   Okay. So as far as the discovery status report, then, you
6 explained what's going on with custodians, search terms. There
7 was an issue around the non-custodial sources for documents
8 like policies. And so that's not teed up in a discovery
9 letter, but maybe we can avoid that by talking about it right
10 now.
11   I mean, is there no centralized repository for Uber's
12 policy documents? Or maybe that's shifted over the years,
13 since we're talking about a large time period. But perhaps
14 this is pretty straightforward and we might be able to come to
15 a solution today.
16        MS. LUHANA: Judge, Roopal Luhana for the plaintiffs.
17   As you're aware, you entered the ESI order and required
18 the parties to meet and confer regarding custodial and
19 non-custodial sources.
20   And in terms of the discovery that plaintiffs had served
21 RFPs to defendants on February 28th, we had also negotiated
22 additional milestones. And one of the milestones that we had
23 negotiated to allow defendants to have a three-month extension
24 for discovery was them -- for them to produce a list of
25 non-custodial sources.

Page 11

1   And so the ones that they produced to us were just general
2 things like the DFS submissions, the Bliss database,
3 Google Drive, documents produced pursuant to PTO 5 and
4 PureCloud.
5   And as you raised, we would believe that Uber has
6 maintained, through the course of time, certain documents that
7 are centrally located. However, their position has been that
8 we're going to get those documents via custodial searches and
9 piecemeal.
10   But, obviously, there are non-custodial sources which were
11 stored that shouldn't require search terms to produce, like the
12 knowledge base policies; for example, any kind of retention
13 policies. And one of the other things that we had raised was,
14 for example, the safety report data, which obviously is going
15 to be discussed on June 13th.
16   But -- so we're at a loss here in terms of how they
17 maintain their non-custodial files, and we would think there
18 would be a lot more than they represented to us. And so some
19 clarity from, I believe, Mr. Shortnacy would be helpful.
20        MR. SHORTNACY: Yeah, Your Honor, I'll address that.
21   We have -- Uber has met its deadlines with respect to the
22 milestones. It has explained the non-data source -- the
23 non-custodial data sources from which it will collect
24 documents.
25   What we are presented with in the meet and confer process

Page 12

1 is a series of questions that I think that we have tried to
2 address in the meet and confer process. The specific question
3 that Your Honor has raised as to what I -- you know, it's
4 referred to by plaintiffs as a central data source. We have
5 investigated that.
6   We have also proposed providing plaintiffs with specific
7 policies that are at issue, because the reason that this
8 system, to the extent it exists, was even raised is because one
9 of the plaintiffs' counsel in another case, in an employment
10 case, unrelated to these proceedings, apparently at some former
11 point in time had learned about a system through that
12 proceeding. We are looking into that system and seeing whether
13 there are non-duplicative documents that would need to be
14 produced.
15   But our approach for the policies and procedures,
16 Your Honor, just to be very clear, is that we have pulled
17 specific policies in place for relevant areas of inquiry that
18 the plaintiffs have raised in their requests for production,
19 like the policy for reactivation or deactivation of independent
20 drivers, for example. There are discrete policies that are at
21 issue or that may have changed over time that Uber is pulling
22 together to produce pursuant to its responses and objections.
23 And so we are in the process of meeting and conferring with
24 plaintiffs about that.
25   I think what plaintiffs specifically are seeking is the

Page 13

1  production of that entire system or database or an index, to
2  the extent it exists -- and I don't believe it does -- to be
3  able to then choose and select policies that plaintiffs believe
4  may be responsive to their requests.
5      Our position is, as we've stated to plaintiffs in the meet
6  and confer process, that's backwards; it's disproportionate and
7  not necessary because Uber will pull specific policies that are
8  relevant and produce them. I don't think there's any objection
9  to that.
10      But I think that the issue here -- and there really
11  shouldn't be a dispute -- is whether an entire system should be
12  subject to production or an entire list for every policy in the
13  company, to the extent it exists, should be produced. And our
14  position is that's unnecessary and disproportionate.
15          THE COURT: Is there an index or a table of contents
16  or something of that sort?
17          MR. SHORTNACY: I'm not aware of that in that system,
18  and nor am I aware --
19          THE COURT: Or any other system? Is there a list of
20  policies that Uber management or executives looks to?
21          MR. SHORTNACY: I think the policies and procedures
22  reside in multiple parts of the company and the systems. And
23  remember, this company has gone through iterations --
24          THE COURT: Right.
25          MR. SHORTNACY: -- over time; and so all of these

Page 14

1  things have changed, the systems have changed.
2          THE COURT: Right. But is there a centralized
3  web page that one would go to to find the bulk of this
4  information?
5          MR. SHORTNACY: No, Your Honor, there is not.
6          THE COURT: Or a set -- you know, or maybe a set of
7  pages, like HR, or dealing with drivers, or -- maybe it's not
8  one omnibus place that all of the policies live, but a set of
9  places where there may be lists.
10          MR. SHORTNACY: That's -- that's correct, Your Honor.
11  Your understanding is correct. There is not a centralized
12  list.
13          THE COURT: Is it, like, five different places?
14  Because -- I'm asking these questions because you have argued
15  proportionality, and so I'm trying to understand --
16          MR. SHORTNACY: Well --
17          THE COURT: -- how many different places these
18  documents might be -- might live in and be organized in.
19          MR. SHORTNACY: Certainly, Your Honor. Let me address
20  that point.
21      I think the argument here, before we get into our
22  proportionality analysis per se, is that the procedures that
23  plaintiffs are seeking do not reside in a centralized place.
24  They may be fractured and all over the place, and I do not know
25  how many specific places they may be.

Page 15

1      But what Uber is doing in terms of its factual
2  investigation in response to plaintiffs' request is to look in
3  the appropriate places that correlate to policies and
4  procedures that are called for in requests for production by
5  plaintiffs.
6      And an easy example would be rider or -- driver or
7  rider -- independent driver, that is -- deactivation or
8  reactivation. Those would be in a centralized place. Uber
9  would pull those documents, to the extent they exist, over the
10  appropriate period of time and produce them.
11      And so what we're doing is looking in the right places,
12  fractured though they may be, to be able to pull policies and
13  procedures for plaintiffs in response to their requests.
14      We have different teams and different entities all over
15  the world that house this data. So we're undertaking that
16  effort to find the appropriate policies, and there's no central
17  place to look.
18          MS. LUHANA: Judge, this is Roopal Luhana.
19      Unfortunately, the milestone we had negotiated with the
20  defendants was May 6, and, of course, the ESI protocol was
21  entered way before that. And so for the defendants to say just
22  Team Google Drives is a non-custodial source, frankly, isn't
23  sufficient.
24      And in terms of the knowledge base that we had raised
25  where they had kept their policies, we had provided an index of

Page 16

1  sorts to them that we had, and we still haven't heard back from
2  defendants on these non-custodial sources.
3      And we just find it hard to believe that there wasn't
4  centralized folders, for example, in Google Drive for the
5  safety team, for the marketing team. They must have housed
6  documents in a centralized place, but we've been unable to get
7  answers beyond the Team Google Drives, to have Bliss as
8  non-custodial sources, PureCloud as non-custodial sources, and
9  not get answers.
10      And right now it's June 11th, and this was something that
11  was negotiated and was supposed to be produced by May 6th.
12          MR. SHORTNACY: Your Honor, I disagree with counsel's
13  representations. I mean, we have been engaged in the process
14  of information sharing. We have provided information about the
15  places we're going to look. We've litigated the issue of the
16  Google Drive documents. And so I'm just -- I'm not sure how to
17  respond to counsel's representation other than to say that we
18  have provided information.
19          THE COURT: I -- what I'm hearing on the part of
20  defendants is that you want plaintiffs to ask for relevant
21  evidence or documents or policies in a particular manner, that
22  is, to sort of like ask for the policy and then you go find
23  that particular policy and pull it from one of these central --
24  one of several somewhat centralized locations where the
25  policies may live at any particular time.

Page 17

1  Plaintiffs are asking for what appears to me to be
2  relevant policy information and information about -- and they
3  don't necessarily know what the names of all the different
4  policies are because they don't work for Uber. So this is
5  their approach to searching down -- searching for relevant
6  documents. I don't know -- I don't think that -- it's not an
7  approach that you -- that Uber prefers or the defendants
8  prefer, but I don't think that there is an aspect of Rule 26
9  that precludes them from asking for this information in this
10 way unless it's disproportionate.
11     And from what you've described so far, the fact that it's
12 not in one omnibus location doesn't -- and that it may live in
13 a couple of different places doesn't mean that it is
14 disproportionate for them to ask for a table of contents or an
15 index, indices or, you know, printouts of the web pages that
16 describe all the different policies, and then they can get a
17 sense of what the universe of policy documents are that relate
18 to the claims here in this case.
19     So to me it sounds like you're arguing that the way that
20 plaintiffs are going about searching for the relevant evidence
21 is what Uber finds objectionable; but unless it's
22 disproportionate or unduly burdensome, to me it doesn't strike
23 me as out of bounds as far as Rule 26 is concerned.
24     MR. SHORTNACY: But, Your Honor, let me just take one
25 additional swing at this one, if I could.

Page 18

1  The issue is that the documents, to the extent they exist,
2  reside in disparate places.
3      And what plaintiffs are saying is: We want all policies
4  and procedures.
5      And what Uber is saying is: We will respond and provide
6  appropriate responsive policies and procedures that relate to
7  the areas and categories of the case that are relevant and that
8  we can put our hands on and provide to plaintiffs.
9      And those policies and procedures, categorically speaking,
10 can relate to the requests for production and the claims and
11 defenses of the cases, which Rule 26 requires. Uber is in the
12 process of doing that. And what we're saying is that we are
13 producing those documents. And I think in some respects, this
14 is a premature dispute because we're providing those policies
15 and procedures in the relevant categories, which we've
16 identified to plaintiffs.
17     Going to every disparate place where an index -- an,
18 a-n -- an index may reside, I think, is burdensome, and there's
19 no reason that I think that I've heard articulated by
20 plaintiffs that the search that Uber is doing presently is
21 somehow inadequate.
22     The plaintiffs are getting policies and procedures that
23 are relevant to the case, and they will get them. And they
24 will get them through non-custodial sources, and they're very
25 likely to get them in custodial searches through search terms,

Page 19

1  to the extent that they reside by custodians that are in roles
2  who would touch policies and procedures.
3      So I think there is a relevance portion to the argument,
4  and, hopefully, that addresses Your Honor's first question, the
5  proportionality question, which if we would be permitted to
6  provide, you know, some substantiation to that, if it would be
7  helpful to Your Honor, there's really -- that's the second
8  piece of the analysis.
9      I think the first piece, we're providing. The second
10 piece would be the burden to going to the disparate places
11 within the company, to the extent these things exist.
12     MS. LUHANA: Judge --
13     THE CLERK: Your Honor, my apologies for interrupting.
14 I have a Bret Stanley that is consistently raising his
15 hand. Is he with either plaintiff or defense side --
16     MS. LUHANA: He is with the plaintiffs.
17     THE CLERK: -- and should be heard?
18     MS. LUHANA: Yes. Yes, he should be heard.
19     THE CLERK: Okay.
20     MS. LUHANA: Mr. Stanley actually knows a great deal
21 about the knowledge base database. And that's the database
22 that has -- provides Uber support staff with policies,
23 instructional articles, that assists the Uber staff in managing
24 rider and driver issues. So it's a critical database, and
25 we've asked about it numerous times to the defendants and

Page 20

1  haven't heard anything since.
2      And then there are other non-custodial files which, as I
3  articulated, presumably would be located centrally as well, but
4  those haven't been provided.
5      And I presume there would be some level of index somewhere
6  that Uber has as to these policies or as to these shared
7  folders that are maintained in the centralized location. And
8  specifically in the ESI order, Judge, you had noted that Uber
9  was supposed to provide the specific location of these
10 non-custodial files as well, and we will simply haven't
11 received that.
12     THE CLERK: Your Honor.
13     (Bret Stanley joins the proceedings via Zoom.)
14     THE CLERK: Mr. Stanley, can you please state your
15 appearance, since you're coming on after we've already called
16 the case?
17     MR. STANLEY: Good afternoon. Bret Stanley on behalf
18 of the plaintiffs. Thank you very much.
19     THE CLERK: Thank you.
20     THE COURT: Okay. Is there a -- Mr. Shortnacy, is
21 there a knowledge base -- set of knowledge base policies in an
22 internal database? Is there a knowledge base system? Is that
23 a -- are you disputing that that exists?
24     MR. SHORTNACY: We're not disputing that, Your Honor.
25 We are saying that that exists, and it's being searched for

Page 21

1  relevant policies. And those policies, as I explained, differ
2  over time and can be categorized in different ways, depending
3  on the subject matter that, as counsel, we are working with
4  Uber to correlate back to the request for production.
5           THE COURT:   Okay.
6           MR. STANLEY:   Judge, could I give some color to this,
7  please?
8           THE COURT:   Sure.
9           MR. STANLEY:   I apologize for not having a tie on. I
10 didn't know that this was going to be a front issue today.
11      I'm Bret Stanley on behalf of the plaintiffs. It's good
12 to see you.
13      So the knowledge base platform is a platform that holds
14 hundreds and hundreds of policies that dictate what support
15 staff do with riders and drivers on a daily basis. If there's
16 a rider that calls in or a driver that calls in, the knowledge
17 base platform exists so that support staff can find the policy
18 to decide how to respond.
19      And so I have received many of these policies through
20 employment litigation against Uber over the past several years,
21 and I provided hundreds of these policies to defense counsel in
22 hopes that we can get them just to be turned over and sent to
23 us. It's relevant to the employment question, but it's also
24 relevant to how Uber deals with both riders and drivers.
25      And so we know that the knowledge base platform houses

Page 22

1  many versions of these policies. I've taken 30(b)(6)
2  depositions against Uber witnesses talking about these
3  policies, discussing them and other issues. And so they're
4  there, and they're designed for ease of use by support staff,
5  and they're in a centralized location.
6      Once they developed the knowledge base platform, it was
7  designed for ease of use and for all the policies to be housed
8  in one location. And so I don't understand the various
9  locations that counsel is discussing. It's all housed in one
10 place. I don't understand that.
11          MR. SHORTNACY:   Your Honor, if I could address that.
12 It's Michael Shortnacy speaking.
13      I mean, I think what Mr. Stanley said is not correct.
14 "It's all housed in one place" is just simply not correct.
15      And we're not disputing that knowledge base is a system.
16 We've explained that to plaintiffs. We're searching it. We
17 will produce documents relating to policies for support staff,
18 as Mr. Stanley has requested. We're not arguing about that.
19      The issue is, what plaintiffs are seeking and the way that
20 they've -- Ms. Luhana has framed the issue for the Court is
21 they want -- they want indices that may or may not exist for
22 all systems besides the one that we're talking about here. And
23 so that is where the burden truly comes in.
24      I mean, they're, in a sense, asking us to create -- on the
25 one hand, potentially create indices that may or may not exist

Page 23

1  and, on the other hand, go to other places that those indices
2  would reside.
3       And when we're talking about the specific and narrow ask
4  for knowledge base, I think there should be, as I mentioned
5  before, really no dispute. Uber is undertaking an effort to
6  search that to produce relevant responses that correlate to the
7  categories the plaintiffs have asked.
8           THE COURT:   Understanding the sort of categories or
9  taxonomy of policies within -- within the knowledge base
10 system, to me it would seem relevant to understanding how Uber
11 is managing its drivers and dealing with reports that customers
12 are making to the company.
13      So, you know, it does seem like the relevance is there
14 with respect to the policies. And what is relevant is not only
15 discrete policies within that system that may bear on the
16 claims, but also how the policies are organized in relation to
17 managing the drivers' work and sort of what -- what the
18 different issues are that Uber has to contend with in terms of
19 interfacing with its drivers and managing them.
20      So I don't -- I don't -- I think that there is some
21 relevance there, and this is one system that plaintiffs are
22 asking out -- asking about specifically. So it doesn't seem
23 disproportionate or burdensome to produce the table of contents
24 or the index or a printout of the web page at different points
25 of times.

Page 24

1       It may -- I'm sure that this -- what exactly is contained
2  therein and the universe of information within the knowledge
3  base system has changed over time; but at least this is
4  something that the plaintiffs are specifically asking for.
5  You know, broadly construing relevance, it seems like they've
6  established as much. They're not asking --
7       My understanding, Ms. Luhana, is that you're not asking
8  for every -- a copy of every single policy that lives in the
9  knowledge base system. Right?
10          MS. LUHANA:   We're not, Your Honor. But the --
11          THE COURT:   No. You want --
12          MS. LUHANA:   -- problem --
13          THE COURT:   -- the overview of it.
14          MS. LUHANA:   Yes.
15      And the issue is, is we just happen to know about the
16 knowledge base and raise it with them. But the onus is on Uber
17 to have these discussions in discovery where they're providing
18 the non-custodial sources, and that's simply just not
19 happening, where they're forthcoming with what centralized
20 files they have that they don't have to run search terms
21 against.
22      And as I said, like, we want to move forward with
23 discovery here, and that's why some of these milestones were
24 put in place. That's why you put these things in your order,
25 in the ESI order. But it's just -- it's just, unfortunately,

Page 25

1  not happening.
2      And we're at a loss here on the non-custodial sources as
3  well as other issues which we're going to speak to Your Honor
4  about later this week.
5      THE COURT:  Yeah.
6      Mr. Shortnacy, you had referenced other places besides the
7  knowledge base system, that there's other places where policy
8  documents live.  And to understand the scope of this -- and
9  there may be some that are not at all relevant.  It's just hard
10 for me to fathom.  I don't work for Uber.  But at what point --
11 if it's three other places where these documents live, then you
12 should disclose that to the plaintiffs.  I don't think there's
13 any reason to not be specific about the non-custodial sources
14 of policy documents.
15     MR. SHORTNACY:  But, Your Honor, I think where --
16 where the stumbling block is in the discussion with plaintiffs
17 as it's being framed is that we're leaping from specific
18 policies to all policies.
19     THE COURT:  They're not asking for all policies.
20 They're asking for a list of the policies that live in these
21 different systems, whatever the system is that Uber has set up
22 over the course of time.
23     And then from there, they'll figure out, okay, this
24 appears to be relevant, and it's -- the point is, is that we
25 shouldn't -- the gathering of relevant evidence isn't

Page 26

1  exclusively and solely based on the search term process.
2  There's just going to be a set of policy documents that are
3  relevant to Uber dealing with drivers in managing whatever
4  safety concerns may come up.  So...
5      MR. SHORTNACY:  But, Your Honor, if I could, what I --
6  what I think the -- the framing -- the framing is going back to
7  policies, because what is being discussed is, like, the overall
8  framework for all policies that exist in the company.  And
9  those are in different places.  And I frankly, as I sit here
10 today, don't know where all the policies in the company reside,
11 and it may have changed over time.
12     And so that's why we're approaching it from a slightly
13 different approach, which is that we're working internally with
14 the appropriate stakeholders to find the policies that may be
15 relevant.
16     And what I'm hearing is that plaintiffs now -- they don't
17 want and they're not arguing, as I hear, that all policies are
18 relevant.  But they're saying that discovery about all of the
19 policies in the company is relevant; whereas I think that
20 that's going to be tremendously burdensome to sort out in a
21 world where we're providing the policies and procedures to the
22 plaintiffs that pertain to the issues in dispute.
23     And so I just feel like we -- we're sort of talking past
24 each other on the way that the plaintiffs are presenting this.
25 We're not -- we're not saying it's not -- the policies and

Page 27

1  procedures about driver policies and the way that safety
2  protocols are implemented in the company are not relevant.
3  That's not the argument.  The argument is where they reside and
4  how to get them.
5      And I think what we're trying to express to the Court is
6  that we've undertaken an effort to do that and are explaining
7  that to plaintiffs.  And it's not fair to say that we're not
8  giving them any information about the non-custodial data
9  sources.  Of course we've been engaged in this process, the
10 milestone process, for several weeks.  So I take issue with
11 that, Your Honor.
12     MS. LUHANA:  Judge, Roopal Luhana.
13 We have been engaged in the process and have asked for
14 this on May 6th, May 17th, May 29th, and still have not
15 received.
16     Perhaps it may be helpful for Mr. Shortnacy to provide
17 different policies and things that they're pulling, which are
18 not from non-custodial sources, and then we can have a
19 discussion about those non-custodial sources and what resides
20 there.  And perhaps there are other policies which we believe
21 would be relevant, we'd ask them to produce.
22     So, I mean, that requires a discussion and an openness and
23 a willingness to share that information as to these things,
24 so -- as to these non-custodial sources.
25     MR. SHORTNACY:  And, Your Honor, we certainly are

Page 28

1  willing to do that, and I feel like we've been engaged in that
2  process.  So we're not sitting here in front of the Court
3  suggesting that we're not willing to provide information.
4      THE COURT:  Well, it seems like Uber's position is
5  basically that Uber gets to unilaterally decide which policies
6  are relevant without allowing plaintiffs to look at an index or
7  a table of contents of policies and make some determination
8  based on the titles of the policies or how they're organized or
9  situated in categories that the policies might be relevant.
10     And so I just don't think that what plaintiffs are asking
11 for is an unreason- -- is an unreasonable approach to finding
12 relevant policy or other guidance information that Uber has.
13     And the fact that we're here at this point in time and
14 you're not sure where all the different policies may be living
15 when the Court has been expecting that there would be
16 non-custodial sources of policy documents identified, I mean,
17 that order came out months ago.  I just expected that it would
18 be further along.
19     But at this point, the one source that we know about is
20 the knowledge base.  So provide the index and the list or the
21 table of contents or whatever is necessary for plaintiffs to be
22 able to participate in the identification of relevant policies
23 as opposed to relying on Uber's just unilateral decision-making
24 about what's relevant or having to rely on search terms,
25 because the whole point is this process was to be -- not have

Page 29

1  to wait until there's a set of search terms agreed upon.
2       This should have been a more streamlined, faster process.
3  It's not to say that it's a simple process because Uber's been
4  around for a long time; policy -- organizations change over
5  time and have different policies and different approaches to
6  managing their information. So I don't want to oversimplify
7  this. But I think that -- I just don't think that what
8  plaintiffs are asking for is unreasonable.
9       And the sooner that you can do the work with your team to
10 identify the other source and specify that and disclose by the
11 end of the week what those other sources are apart from the
12 knowledge base system, then the sooner there can be a more
13 meaningful meet and confer process.
14      There's no way that I'm in any position to say that it's a
15 disproportionate request to look beyond -- at sources beyond
16 the knowledge base system because there's no specific
17 information that's been shared with the Court or, for that
18 matter, for plaintiffs about the other sources or systems where
19 these policies live.
20      I mean, I expect the plaintiffs to be thoughtful about
21 this. And there's bound to be policies that have nothing to do
22 with -- with the claims here in the case.
23      But it sounds like the meet and confers haven't been very
24 effective at this point.
25      So I'm asking Uber to come up with more specifics around

Page 30

1  these sources so that we can get to the bottom of this sooner
2  rather than later.
3       MR. SHORTNACY: We understand that, Your Honor, and
4  certainly, we'll take that guidance to heart.
5       THE COURT: Okay. Thank you.
6       So we spent quite a bit of time on the non-custodial
7  sources, and we're not going to hear argument on -- on the
8  other items until the 13th, and then some of the other disputes
9  until the 21st.
10      Is there anything else in the discovery status report that
11 you want to discuss today that would be helpful?
12      MS. LUHANA: Your Honor --
13      MS. GOLDENBERG: Judge, just in terms of search terms,
14 I wanted to make sure that we submitted that dispute to you in
15 a way that was helpful.
16      The way that we've been doing this is we've been going
17 back and forth on separate sheets with PIT counts and all sorts
18 of things.
19      And different judges like to see this presented in
20 different types of ways, but it doesn't lend itself very well
21 to a two-page letter or I think you're going to end up with a
22 PDF that looks pretty ugly.
23      Do you have a preferred method of dealing with search
24 terms from other cases? If not, we can get one to you and
25 propose it jointly.

Page 31

1       THE COURT: I don't have a preferred --
2       MR. SHORTNACY: I'm sorry?
3       THE COURT: I don't have a preferred method. So if
4  you all can come to a joint --
5       MS. GOLDENBERG: We'll talk.
6       THE COURT: -- agreement about how you want to present
7  it, that's fine.
8       MS. GOLDENBERG: Sure.
9       MR. SHORTNACY: Your Honor, it's Michael Shortnacy
10 speaking.
11      We'll certainly work with plaintiffs on the appropriate
12 format for briefing and how it might be most helpful for
13 the Court.
14      We're certainly willing to engage and continue those
15 discussions with plaintiffs about search terms. So we'll
16 certainly do that, Your Honor.
17      THE CLERK: I'm sorry, Your Honor. Your audio seemed
18 to go out again. Apologize.
19      THE COURT: Hopefully, I can sort this out before your
20 next appearance. But, hopefully, everyone can hear me at the
21 moment.
22      I don't think that there's anything further that we need
23 to discuss then today.
24      MS. LUHANA: There isn't, Judge. Thank you.
25      THE COURT: Okay.

Page 32

1       MR. SHORTNACY: Thank you, Your Honor.
2       THE COURT: Okay. Thank you.
3       THE CLERK: Court is now adjourned.
4  Thank you, Your Honor.
5       (Proceedings adjourned at 2:51 p.m.)
6                         ---o0o---
7
8              **CERTIFICATE OF REPORTER**
9       I certify that the foregoing is a correct transcript
10 from the record of proceedings in the above-entitled matter.
11
12 DATE:  Wednesday, June 11, 2024
13
14
15          _Ana Dub_
16 _____
17          Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG

**MR. BAGHDADI: [1]**  1:4/19
**MR. CUBBERLY: [1]**  1:5/2
**MR. SHORTNACY: [26]**  1:5/8 1:7/16 1:7/20 1:8/11 1:9/1 1:9/24 1:10/1 1:11/20 1:13/17 1:13/21 1:13/25 1:14/5 1:14/10 1:14/16 1:14/19 1:16/12 1:17/24 1:20/24 1:22/11 1:25/15 1:26/5 1:27/25 1:30/3 1:31/2 1:31/9 1:32/1
**MR. STANLEY: [3]**  1:20/17 1:21/6 1:21/9
**MS. ABRAMS: [1]**  1:4/15
**MS. CUTTER: [2]**  1:5/4 1:5/7
**MS. ELLIS: [1]**  1:4/25
**MS. GOLDENBERG: [4]**  1:4/21 1:30/13 1:31/5 1:31/8
**MS. HURD: [1]**  1:4/23
**MS. LONDON: [3]**  1:4/11 1:4/14 1:4/17
**MS. LUHANA: [15]**  1:4/12 1:8/6 1:8/25 1:10/16 1:15/18 1:19/12 1:19/16 1:19/18 1:19/20 1:24/10 1:24/12 1:24/14 1:27/12 1:30/12 1:31/24
**MS. WILKINS: [1]**  1:5/5
**THE CLERK: [13]**  1:4/5 1:5/16 1:9/10 1:9/12 1:9/17 1:19/13 1:19/17 1:19/19 1:20/12 1:20/14 1:20/19 1:31/17 1:32/3
**THE COURT: [34]**

**-**
**---o0o [2]**  1:4/3 1:32/6

**0**
**03084 [2]**  1:1/6 1:4/8

**1**
**1000 [1]**  1:2/22
**10016 [1]**  1:1/21
**10019 [1]**  1:3/4
**11 [3]**  1:1/8 1:4/1 1:32/12
**11th [1]**  1:16/10
**1285 [1]**  1:3/3
**12th [1]**  1:1/20
**13th [6]**  1:8/18 1:8/24 1:9/14 1:9/22 1:11/15 1:30/8
**14 [1]**  1:2/5

**1400 [1]**  1:2/20
**1700 [1]**  1:2/10
**17th [1]**  1:27/14
**1800 [1]**  1:2/22

**2**
**20006 [1]**  1:2/23
**20016 [1]**  1:2/6
**2024 [3]**  1:1/8 1:4/1 1:32/12
**21 [1]**  1:7/25
**2121 [1]**  1:2/20
**21st [5]**  1:6/10 1:6/24 1:7/9 1:9/21 1:30/9
**2229 [1]**  1:1/18
**23-md-03084 [2]**  1:1/6 1:4/8
**24th [1]**  1:3/7
**26 [3]**  1:17/8 1:17/23 1:18/11
**26th [1]**  1:2/3
**275 [1]**  1:1/13
**28th [1]**  1:10/21
**2925 [1]**  1:2/10
**29th [2]**  1:1/13 1:27/14
**2:07 [1]**  1:4/1
**2:51 [1]**  1:32/5

**3**
**30 [1]**  1:22/1
**32 [1]**  1:1/1

**4**
**401 [1]**  1:2/16
**48216 [1]**  1:1/18
**4th [1]**  1:8/7

**5**
**535 [1]**  1:3/7
**555 [1]**  1:1/15
**592 [1]**  1:9/16

**6**
**600 [2]**  1:1/20 1:2/14
**607 [2]**  1:9/20 1:10/4
**62002 [1]**  1:2/8
**650 [1]**  1:2/3
**6th [2]**  1:16/11 1:27/14

**7**
**7445 [1]**  1:1/25
**77017 [1]**  1:2/14
**77098 [1]**  1:2/11
**7th [1]**  1:8/20

**8**
**820 [1]**  1:1/15
**8441 [1]**  1:2/14

**9**
**90067 [1]**  1:2/20
**94105 [1]**  1:3/7
**94108 [1]**  1:2/3
**94111 [2]**  1:1/13 1:1/16

**95864 [1]**  1:2/17
**9:00 [3]**  1:8/18 1:8/23 1:9/23
**9:00 a.m [1]**  1:9/14

**A**
**a.m [1]**  1:9/14
**able [4]**  1:10/14 1:13/3 1:15/12 1:28/22
**about [33]**
**above [1]**  1:32/10
**above-entitled [1]**  1:32/10
**ABRAMS [2]**  1:1/16 1:4/15
**according [1]**  1:6/6
**actually [1]**  1:19/20
**addition [1]**  1:5/25
**additional [2]**  1:10/22 1:17/25
**address [5]**  1:5/13 1:11/20 1:12/2 1:14/19 1:22/11
**addresses [1]**  1:19/4
**adjourned [2]**  1:32/3 1:32/5
**after [1]**  1:20/15
**afternoon [9]**  1:4/12 1:4/14 1:4/19 1:4/23 1:4/25 1:5/5 1:5/8 1:5/19 1:20/17
**again [2]**  1:8/14 1:31/18
**against [3]**  1:21/20 1:22/2 1:24/21
**ago [1]**  1:28/17
**agreed [1]**  1:29/1
**agreement [1]**  1:31/6
**ahead [1]**  1:8/19
**aligned [1]**  1:9/5
**all [22]**  1:6/7 1:13/25 1:14/8 1:14/24 1:15/14 1:17/3 1:17/16 1:18/3 1:22/7 1:22/9 1:22/14 1:22/22 1:25/9 1:25/18 1:25/19 1:26/8 1:26/10 1:26/17 1:26/18 1:28/14 1:30/17 1:31/4
**allow [1]**  1:10/23
**allowing [1]**  1:28/6
**along [2]**  1:8/21 1:28/18
**already [3]**  1:6/10 1:6/13 1:20/15
**also [8]**  1:5/12 1:5/25 1:6/4 1:6/12 1:10/21 1:12/6 1:21/23 1:23/16
**Alton [1]**  1:2/8
**am [3]**  1:5/8 1:7/1 1:13/18
**Americas [1]**  1:3/3
**Ana [2]**  1:1/24 1:32/17
**analysis [2]**  1:14/22

1:19/8
**Angeles [1]**  1:2/20
**another [1]**  1:12/9
**answers [2]**  1:16/7 1:16/9
**any [12]**  1:5/21 1:6/12 1:7/8 1:7/11 1:7/13 1:11/12 1:13/8 1:13/19 1:16/25 1:25/13 1:27/8 1:29/14
**anything [4]**  1:7/8 1:20/1 1:30/10 1:31/22
**anyways [1]**  1:9/22
**apart [1]**  1:29/11
**apologies [1]**  1:19/13
**apologize [4]**  1:5/17 1:9/12 1:21/9 1:31/18
**apparently [1]**  1:12/10
**appearance [2]**  1:20/15 1:31/20
**appearances [6]**  1:1/10 1:1/23 1:2/1 1:2/25 1:3/1 1:4/9
**appears [2]**  1:17/1 1:25/24
**appreciate [3]**  1:9/1 1:9/8 1:10/1
**approach [5]**  1:12/15 1:17/5 1:17/7 1:26/13 1:28/11
**approaches [1]**  1:29/5
**approaching [1]**  1:26/12
**appropriate [6]**  1:15/3 1:15/10 1:15/16 1:18/6 1:26/14 1:31/11
**are [53]**
**areas [2]**  1:12/17 1:18/7
**argue [1]**  1:8/19
**argued [2]**  1:7/8 1:14/14
**arguing [3]**  1:17/19 1:22/18 1:26/17
**argument [11]**  1:6/7 1:6/12 1:6/23 1:8/4 1:8/21 1:9/22 1:14/21 1:19/3 1:27/3 1:27/3 1:30/7
**arguments [5]**  1:6/9 1:7/1 1:7/10 1:7/10 1:7/11
**around [3]**  1:10/7 1:29/4 1:29/25
**articles [1]**  1:19/23
**articulated [2]**  1:18/19 1:20/3
**as [38]**
**ask [5]**  1:16/20 1:16/22 1:17/14 1:23/3 1:27/21
**asked [3]**  1:19/25 1:23/7 1:27/13
**asking [14]**  1:14/14

1:17/1 1:17/9 1:22/24 1:23/22 1:23/22 1:24/4 1:24/6 1:24/7 1:25/19 1:25/20 1:28/10 1:29/8 1:29/25
**aspect [1]**  1:17/8
**ASSAULT [1]**  1:1/5
**assists [1]**  1:19/23
**assuming [1]**  1:5/9
**at [44]**
**ATTORNEY [15]**  1:1/14 1:1/16 1:1/19 1:1/21 1:1/22 1:2/4 1:2/6 1:2/9 1:2/11 1:2/15 1:2/17 1:2/21 1:2/23 1:3/4 1:3/8
**audio [1]**  1:31/17
**Avenue [5]**  1:1/20 1:2/10 1:2/16 1:2/20 1:3/3
**avoid [1]**  1:10/9
**aware [3]**  1:10/17 1:13/17 1:13/18
**away [1]**  1:6/21

**B**
**back [4]**  1:16/1 1:21/4 1:26/6 1:30/17
**backwards [1]**  1:13/6
**BACON [3]**  1:2/19 1:2/22 1:5/10
**BAGHDADI [2]**  1:2/4 1:4/20
**base [21]**  1:7/5 1:11/12 1:15/24 1:19/21 1:20/21 1:20/21 1:20/22 1:21/13 1:21/17 1:21/25 1:22/6 1:22/15 1:23/4 1:23/9 1:24/3 1:24/9 1:24/16 1:25/7 1:28/20 1:29/12 1:29/16
**based [3]**  1:7/8 1:26/1 1:28/8
**basically [2]**  1:6/8 1:28/5
**basis [1]**  1:21/15
**Battery [1]**  1:1/13
**be [64]**
**bear [1]**  1:23/15
**because [12]**  1:6/16 1:12/7 1:12/8 1:13/7 1:14/14 1:14/14 1:17/4 1:18/14 1:26/7 1:28/25 1:29/3 1:29/16
**become [1]**  1:9/6
**been [16]**  1:5/21 1:7/22 1:11/7 1:16/6 1:16/13 1:20/4 1:27/9 1:27/13 1:28/1 1:28/15 1:29/2 1:29/3 1:29/17 1:29/23 1:30/16 1:30/16
**before [5]**  1:1/4 1:14/21 1:15/21 1:23/5

**B**

**before...** [1]  1:31/19
**beginning** [2]  1:4/10 1:5/17
**behalf** [2]  1:20/17 1:21/11
**being** [4]  1:5/20 1:20/25 1:25/17 1:26/7
**believe** [7]  1:8/16 1:11/5 1:11/19 1:13/2 1:13/3 1:16/3 1:27/20
**BERNSTEIN** [1]  1:1/12
**besides** [2]  1:22/22 1:25/6
**BETH** [2]  1:1/22 1:5/6
**BETH WILKINS** [2]  1:1/22 1:5/6
**beyond** [3]  1:16/7 1:29/15 1:29/15
**bit** [1]  1:30/6
**Bliss** [2]  1:11/2 1:16/7
**block** [1]  1:25/16
**both** [1]  1:21/24
**bottom** [1]  1:30/1
**bound** [1]  1:29/21
**BOUNDAS** [1]  1:2/13
**bounds** [1]  1:17/23
**BRET** [5]  1:2/11 1:19/14 1:20/13 1:20/17 1:21/11
**brief** [5]  1:6/4 1:9/19 1:9/19 1:10/2 1:10/3
**briefed** [4]  1:7/2 1:7/7 1:8/19 1:9/18
**briefing** [2]  1:6/13 1:31/12
**briefs** [1]  1:6/4
**broadly** [1]  1:24/5
**bulk** [1]  1:14/3
**burden** [2]  1:19/10 1:22/23
**burdensome** [4]  1:17/22 1:18/18 1:23/23 1:26/20
**but** [39]

**C**

**CABRASER** [1]  1:1/12
**CALIFORNIA** [9]  1:1/3 1:1/8 1:1/13 1:1/16 1:2/3 1:2/3 1:2/17 1:2/20 1:3/7
**call** [1]  1:4/8
**called** [2]  1:15/4 1:20/15
**calls** [2]  1:21/16 1:21/16
**came** [1]  1:28/17
**can** [22]  1:5/19 1:6/12 1:6/24 1:7/2 1:7/6 1:7/7 1:10/9 1:17/16 1:18/8 1:18/10 1:20/14 1:21/2 1:21/17 1:21/22 1:27/18

1:29/9 1:29/12 1:30/1 1:30/24 1:31/4 1:31/19 1:31/20
**CARR** [2]  1:1/15 1:1/17
**case** [8]  1:8/12 1:12/9 1:12/10 1:17/18 1:18/7 1:18/23 1:20/16 1:29/22
**cases** [2]  1:18/11 1:30/24
**categorically** [1]  1:18/9
**categories** [5]  1:18/7 1:18/15 1:23/7 1:23/8 1:28/9
**categorized** [1]  1:21/2
**CCG** [2]  1:1/24 1:32/17
**CCRR** [2]  1:1/24 1:32/17
**CELINE** [3]  1:2/17 1:5/4 1:5/7
**central** [3]  1:12/4 1:15/16 1:16/23
**centralized** [11]  1:10/11 1:14/2 1:14/11 1:14/23 1:15/8 1:16/4 1:16/6 1:16/24 1:20/7 1:22/5 1:24/19
**centrally** [2]  1:11/7 1:20/3
**certain** [1]  1:11/6
**certainly** [7]  1:8/2 1:14/19 1:27/25 1:30/4 1:31/11 1:31/14 1:31/16
**CERTIFICATE** [1]  1:32/8
**certify** [1]  1:32/9
**CHAFFIN** [3]  1:1/20 1:4/13 1:5/6
**change** [1]  1:29/4
**changed** [5]  1:12/21 1:14/1 1:14/1 1:24/3 1:26/11
**choose** [1]  1:13/3
**Cisneros** [2]  1:1/4 1:4/6
**claims** [4]  1:17/18 1:18/10 1:23/16 1:29/22
**clarity** [1]  1:11/19
**clear** [3]  1:6/18 1:7/9 1:12/16
**colleague** [1]  1:5/11
**colleagues** [1]  1:5/12
**collect** [1]  1:11/23
**color** [1]  1:21/6
**come** [4]  1:10/14 1:26/4 1:29/25 1:31/4
**comes** [1]  1:22/23
**coming** [1]  1:20/15
**company** [9]  1:13/13 1:13/22 1:13/23 1:19/11 1:23/12 1:26/8 1:26/10 1:26/19 1:27/2
**competing** [1]  1:5/25

**concerned** [1]  1:17/23
**concerns** [1]  1:26/4
**confer** [5]  1:10/18 1:11/25 1:12/2 1:13/6 1:29/13
**conference** [5]  1:1/9 1:5/22 1:7/21 1:8/13 1:9/13
**conferring** [1]  1:12/23
**confers** [1]  1:29/23
**confirm** [1]  1:9/13
**confusion** [1]  1:9/7
**CONROY** [2]  1:2/7 1:4/24
**consistently** [1]  1:19/14
**construing** [1]  1:24/5
**contained** [1]  1:24/1
**contend** [1]  1:23/18
**contents** [5]  1:13/15 1:17/14 1:23/23 1:28/7 1:28/21
**continue** [1]  1:31/14
**CONTINUED** [4]  1:1/23 1:2/1 1:2/25 1:3/1
**convenience** [1]  1:7/25
**CONWAY** [1]  1:1/17
**copy** [1]  1:24/8
**correct** [5]  1:14/10 1:14/11 1:22/13 1:22/14 1:32/9
**correlate** [3]  1:15/3 1:21/4 1:23/6
**could** [7]  1:6/8 1:7/18 1:8/1 1:17/25 1:21/6 1:22/11 1:26/5
**counsel** [5]  1:4/9 1:12/9 1:21/3 1:21/21 1:22/9
**counsel's** [2]  1:16/12 1:16/17
**counts** [1]  1:30/17
**couple** [1]  1:17/13
**course** [4]  1:11/6 1:15/20 1:25/22 1:27/9
**COURT** [13]  1:1/2 1:2/8 1:4/5 1:5/14 1:8/3 1:9/6 1:22/20 1:27/5 1:28/2 1:28/15 1:29/17 1:31/13 1:32/3
**Court's** [1]  1:7/25
**CRB** [1]  1:1/6
**create** [2]  1:22/24 1:22/25
**CRG** [2]  1:1/24 1:32/17
**critical** [1]  1:19/24
**CRR** [2]  1:1/24 1:32/17
**CSR** [1]  1:1/25
**CUBBERLY** [2]  1:2/15 1:5/3
**custodial** [26]  1:7/4 1:10/7 1:10/18 1:10/19 1:10/25 1:11/8 1:11/10

1:11/17 1:11/23 1:15/22 1:16/2 1:16/8 1:16/8 1:18/24 1:18/25 1:20/2 1:20/10 1:24/18 1:25/2 1:25/13 1:27/8 1:27/18 1:27/19 1:27/24 1:28/16 1:30/6
**custodians** [8]  1:6/5 1:6/19 1:6/23 1:7/11 1:9/3 1:9/19 1:10/6 1:19/1
**customers** [1]  1:23/11
**CUTTER** [4]  1:2/16 1:2/17 1:5/4 1:5/7

**D**

**D.C** [2]  1:2/6 1:2/23
**daily** [1]  1:21/15
**data** [11]  1:6/2 1:7/1 1:7/13 1:7/22 1:9/16 1:11/14 1:11/22 1:11/23 1:12/4 1:15/15 1:27/8
**database** [6]  1:11/2 1:13/1 1:19/21 1:19/21 1:19/24 1:20/22
**date** [2]  1:6/10 1:32/12
**dates** [1]  1:9/7
**days** [1]  1:8/19
**deactivation** [2]  1:12/19 1:15/7
**deadlines** [1]  1:11/21
**deal** [2]  1:7/13 1:19/20
**dealing** [4]  1:14/7 1:23/11 1:26/3 1:30/23
**deals** [1]  1:21/24
**decide** [5]  1:6/17 1:6/20 1:8/22 1:21/18 1:28/5
**decision** [2]  1:6/16 1:28/23
**decision-making** [1]  1:28/23
**defendants** [12]  1:2/19 1:3/2 1:5/11 1:7/17 1:10/21 1:10/23 1:15/20 1:15/21 1:16/2 1:16/20 1:17/7 1:19/25
**defense** [2]  1:19/15 1:21/21
**defenses** [1]  1:18/11
**depending** [1]  1:21/2
**deposition** [4]  1:6/1 1:6/15 1:6/24 1:7/11
**depositions** [2]  1:6/18 1:22/2
**describe** [1]  1:17/16
**described** [1]  1:17/11
**designed** [2]  1:22/4 1:22/7
**determination** [1]  1:28/7
**Detroit** [1]  1:1/18
**developed** [1]  1:22/6

**DFS** [1]  1:11/2
**dictate** [1]  1:21/14
**didn't** [2]  1:6/19 1:21/10
**differ** [1]  1:21/1
**different** [19]  1:14/13 1:14/17 1:15/14 1:15/14 1:17/3 1:17/13 1:17/16 1:21/2 1:23/18 1:23/24 1:25/21 1:26/9 1:26/13 1:27/17 1:28/14 1:29/5 1:29/5 1:30/19 1:30/20
**difficult** [1]  1:6/17
**disagree** [2]  1:6/20 1:16/12
**disclose** [2]  1:25/12 1:29/10
**discovery** [12]  1:5/23 1:6/13 1:7/14 1:9/15 1:10/5 1:10/8 1:10/20 1:10/24 1:24/17 1:24/23 1:26/18 1:30/10
**discrete** [2]  1:12/20 1:23/15
**discuss** [3]  1:8/8 1:30/11 1:31/23
**discussed** [2]  1:11/15 1:26/7
**discussing** [2]  1:22/3 1:22/9
**discussion** [3]  1:25/16 1:27/19 1:27/22
**discussions** [2]  1:24/17 1:31/15
**disparate** [3]  1:18/2 1:18/17 1:19/10
**disproportionate** [7]  1:13/6 1:13/14 1:17/10 1:17/14 1:17/22 1:23/23 1:29/15
**dispute** [10]  1:6/2 1:8/9 1:9/3 1:9/4 1:9/16 1:13/11 1:18/14 1:23/5 1:26/22 1:30/14
**disputes** [3]  1:6/13 1:7/8 1:30/8
**disputing** [3]  1:20/23 1:20/24 1:22/15
**DISTRICT** [3]  1:1/2 1:1/3 1:4/5
**do** [14]  1:6/8 1:6/22 1:7/9 1:7/15 1:9/22 1:14/23 1:14/24 1:21/15 1:27/6 1:28/1 1:29/9 1:29/21 1:30/23 1:31/16
**docket** [1]  1:9/20
**documents** [24]  1:7/5 1:7/5 1:10/7 1:10/12 1:11/3 1:11/6 1:11/8 1:11/24 1:12/13 1:14/18 1:15/9 1:16/6 1:16/16 1:16/21 1:17/6 1:17/17 1:18/1 1:18/13 1:22/17

**D**

**documents... [5]**  1:25/8 1:25/11 1:25/14 1:26/2 1:28/16
**does [2]**  1:13/2 1:23/13
**doesn't [5]**  1:17/12 1:17/13 1:17/22 1:23/22 1:30/20
**doing [5]**  1:15/1 1:15/11 1:18/12 1:18/20 1:30/16
**don't [23]**  1:8/25 1:13/2 1:13/8 1:17/3 1:17/4 1:17/6 1:17/6 1:17/8 1:22/8 1:22/10 1:23/20 1:23/20 1:24/20 1:25/10 1:25/12 1:26/10 1:26/16 1:28/10 1:29/6 1:29/7 1:31/1 1:31/3 1:31/22
**down [1]**  1:17/5
**Drive [3]**  1:11/3 1:16/4 1:16/16
**driver [5]**  1:15/6 1:15/7 1:19/24 1:21/16 1:27/1
**drivers [7]**  1:12/20 1:14/7 1:21/15 1:21/24 1:23/11 1:23/19 1:26/3
**drivers' [1]**  1:23/17
**Drives [2]**  1:15/22 1:16/7
**Dub [2]**  1:1/24 1:32/17
**duplicative [1]**  1:12/13

**E**

**each [1]**  1:26/24
**early [1]**  1:6/21
**ease [2]**  1:22/4 1:22/7
**easy [1]**  1:15/6
**ECF [3]**  1:9/16 1:9/20 1:10/4
**effective [1]**  1:29/24
**effort [3]**  1:15/16 1:23/5 1:27/6
**either [1]**  1:19/15
**ELLIS [2]**  1:1/19 1:4/25
**ELLYN [2]**  1:2/9 1:4/23
**else [1]**  1:30/10
**employment [3]**  1:12/9 1:21/20 1:21/23
**end [2]**  1:29/11 1:30/21
**engage [1]**  1:31/14
**engaged [4]**  1:16/13 1:27/9 1:27/13 1:28/1
**entered [2]**  1:10/17 1:15/21
**entire [3]**  1:13/1 1:13/11 1:13/12
**entities [1]**  1:15/14
**entitled [1]**  1:32/10
**ESI [4]**  1:10/17 1:15/20 1:20/8 1:24/25
**established [1]**  1:24/6
**even [2]**  1:6/18 1:12/8

**every [4]**  1:13/12 1:18/17 1:24/8 1:24/8
**everyone [3]**  1:5/9 1:5/19 1:31/20
**evidence [3]**  1:16/21 1:17/20 1:25/25
**exactly [1]**  1:24/1
**example [5]**  1:11/12 1:11/14 1:12/20 1:15/6 1:16/4
**exclusively [1]**  1:26/1
**executives [1]**  1:13/20
**exist [6]**  1:15/9 1:18/1 1:19/11 1:22/21 1:22/25 1:26/8
**exists [6]**  1:12/8 1:13/2 1:13/13 1:20/23 1:20/25 1:21/17
**expect [2]**  1:9/2 1:29/20
**expected [1]**  1:28/17
**expecting [1]**  1:28/15
**explained [4]**  1:10/6 1:11/22 1:21/1 1:22/16
**explaining [1]**  1:27/6
**express [1]**  1:27/5
**extension [1]**  1:10/23
**extent [7]**  1:12/8 1:13/2 1:13/13 1:15/9 1:18/1 1:19/1 1:19/11

**F**

**fact [2]**  1:17/11 1:28/13
**factual [1]**  1:15/1
**fair [1]**  1:27/7
**far [5]**  1:6/15 1:7/3 1:10/5 1:17/11 1:17/23
**faster [1]**  1:29/2
**fathom [1]**  1:25/10
**February [1]**  1:10/21
**February 28th [1]**  1:10/21
**feel [2]**  1:26/23 1:28/1
**few [1]**  1:8/18
**figure [1]**  1:25/23
**filed [5]**  1:5/25 1:6/6 1:8/20 1:9/16 1:10/4
**files [4]**  1:11/17 1:20/2 1:20/10 1:24/20
**find [6]**  1:14/3 1:15/16 1:16/3 1:16/22 1:21/17 1:26/14
**finding [1]**  1:28/11
**finds [1]**  1:17/21
**fine [1]**  1:31/7
**first [5]**  1:5/15 1:6/22 1:9/3 1:19/4 1:19/9
**five [1]**  1:14/13
**Floor [5]**  1:1/13 1:1/20 1:2/3 1:2/5 1:3/7
**folders [2]**  1:16/4 1:20/7
**FOLLOWING [2]**

1:1/23 1:2/25
**foregoing [1]**  1:32/9
**formal [2]**  1:8/4 1:8/15
**formally [1]**  1:7/7
**format [1]**  1:31/12
**former [1]**  1:12/10
**forth [1]**  1:30/17
**forthcoming [1]**  1:24/19
**forward [1]**  1:24/22
**fractured [2]**  1:14/24 1:15/12
**framed [2]**  1:22/20 1:25/17
**framework [1]**  1:26/8
**framing [2]**  1:26/6 1:26/6
**Francisco [5]**  1:1/8 1:1/13 1:1/16 1:2/3 1:3/7
**frankly [2]**  1:15/22 1:26/9
**Freeway [1]**  1:2/14
**Friday [1]**  1:6/6
**front [2]**  1:21/10 1:28/2
**further [3]**  1:8/21 1:28/18 1:31/22

**G**

**GARRISON [2]**  1:3/3 1:3/6
**gathering [1]**  1:25/25
**general [1]**  1:11/1
**get [12]**  1:11/8 1:14/21 1:16/6 1:16/9 1:17/16 1:18/23 1:18/24 1:18/25 1:21/22 1:27/4 1:30/1 1:30/24
**gets [1]**  1:28/5
**getting [1]**  1:18/22
**give [1]**  1:21/6
**giving [1]**  1:27/8
**go [4]**  1:14/3 1:16/22 1:23/1 1:31/18
**going [15]**  1:10/6 1:11/8 1:11/14 1:16/15 1:17/20 1:18/17 1:19/10 1:21/10 1:25/3 1:26/2 1:26/6 1:26/20 1:30/7 1:30/16 1:30/21
**GOLDENBERG [3]**  1:2/5 1:2/6 1:4/21
**gone [1]**  1:13/23
**good [13]**  1:4/11 1:4/12 1:4/14 1:4/15 1:4/19 1:4/23 1:4/25 1:5/2 1:5/5 1:5/8 1:5/19 1:20/17 1:21/11
**Google [5]**  1:11/3 1:15/22 1:16/4 1:16/7 1:16/16
**Google Drive [3]**  1:11/3 1:16/4 1:16/16

**Google Drives [1]**  1:16/7
**got [2]**  1:5/21 1:6/10
**great [1]**  1:19/20
**GROUP [1]**  1:2/10
**guidance [2]**  1:28/12 1:30/4
**Gulf [1]**  1:2/14

**H**

**had [14]**  1:5/21 1:8/8 1:10/20 1:10/21 1:10/22 1:11/13 1:12/11 1:15/19 1:15/24 1:15/25 1:15/25 1:16/1 1:20/8 1:25/6
**hand [3]**  1:19/15 1:22/25 1:23/1
**hands [1]**  1:18/8
**HANLY [2]**  1:2/7 1:4/24
**happen [2]**  1:8/1 1:24/15
**happening [2]**  1:24/19 1:25/1
**happy [1]**  1:8/14
**hard [3]**  1:6/16 1:16/3 1:25/9
**HARDY [4]**  1:2/19 1:2/22 1:5/10 1:5/12
**HART [1]**  1:2/13
**has [16]**  1:7/6 1:11/5 1:11/7 1:11/21 1:11/22 1:12/3 1:13/23 1:19/22 1:20/6 1:22/18 1:22/20 1:23/18 1:24/3 1:25/21 1:28/12 1:28/15
**have [41]**
**haven't [5]**  1:16/1 1:20/1 1:20/4 1:20/10 1:29/23
**having [2]**  1:21/9 1:28/24
**he [3]**  1:19/15 1:19/16 1:19/18
**hear [13]**  1:5/19 1:6/7 1:6/9 1:6/12 1:6/23 1:7/1 1:7/2 1:7/10 1:7/10 1:8/21 1:26/17 1:30/7 1:31/20
**heard [6]**  1:8/16 1:16/1 1:18/19 1:19/17 1:19/18 1:20/1
**hearing [10]**  1:6/10 1:7/24 1:7/24 1:8/2 1:8/17 1:9/8 1:9/15 1:10/3 1:16/19 1:26/16
**hears [1]**  1:9/4
**heart [1]**  1:30/4
**HEIMANN [1]**  1:1/12
**held [1]**  1:6/18
**helpful [7]**  1:9/6 1:11/19 1:19/7 1:27/16 1:30/11 1:30/15 1:31/12
**here [12]**  1:5/20

1:11/16 1:13/10 1:14/21 1:17/18 1:22/22 1:24/23 1:25/2 1:26/9 1:28/2 1:28/13 1:29/22
**hesitant [1]**  1:6/15
**his [1]**  1:19/14
**holds [1]**  1:21/13
**Honor [46]**
**Honor's [1]**  1:19/4
**Honorable [2]**  1:1/4 1:4/6
**hopefully [4]**  1:5/19 1:19/4 1:31/19 1:31/20
**hopes [1]**  1:21/22
**house [1]**  1:15/15
**housed [4]**  1:16/5 1:22/7 1:22/9 1:22/14
**houses [1]**  1:21/25
**Houston [2]**  1:2/11 1:2/14
**how [15]**  1:6/17 1:6/18 1:9/6 1:11/16 1:14/17 1:14/25 1:16/16 1:21/18 1:21/24 1:23/10 1:23/16 1:27/4 1:28/8 1:31/6 1:31/12
**However [1]**  1:11/7
**HR [1]**  1:14/7
**hundreds [3]**  1:21/14 1:21/14 1:21/21
**HURD [2]**  1:2/9 1:4/23

**I**

**I aware [1]**  1:13/18
**I believe [1]**  1:11/19
**I think [21]**  1:6/11 1:8/1 1:8/15 1:9/2 1:12/1 1:12/25 1:13/10 1:13/21 1:14/21 1:18/13 1:18/18 1:18/19 1:19/3 1:19/9 1:22/13 1:23/4 1:23/20 1:25/15 1:27/5 1:29/7 1:30/21
**I'll [3]**  1:6/8 1:8/23 1:11/20
**I'm [16]**  1:6/7 1:8/17 1:8/20 1:13/17 1:14/14 1:14/15 1:16/16 1:16/16 1:16/19 1:21/11 1:24/17 1:26/16 1:29/14 1:29/25 1:31/2 1:31/17
**I've [2]**  1:18/19 1:22/1
**identification [1]**  1:28/22
**identified [2]**  1:18/16 1:28/16
**identify [1]**  1:29/10
**if [12]**  1:6/20 1:7/18 1:8/9 1:17/25 1:19/5 1:19/6 1:21/15 1:22/11 1:25/11 1:26/5 1:30/24 1:31/3
**Illinois [1]**  1:2/8

**I**

**implemented [1]** 1:27/2
**in [104]**
**inadequate [1]** 1:18/21
**INC [1]** 1:1/5
**inclination [1]** 1:6/17
**inclined [2]** 1:8/17 1:9/21
**independent [2]** 1:12/19 1:15/7
**index [10]** 1:13/1 1:13/15 1:15/25 1:17/15 1:18/17 1:18/18 1:20/5 1:23/24 1:28/6 1:28/20
**indices [4]** 1:17/15 1:22/21 1:22/25 1:23/1
**information [14]** 1:14/4 1:16/14 1:16/14 1:16/18 1:17/2 1:17/2 1:17/9 1:24/2 1:27/8 1:27/23 1:28/3 1:28/12 1:29/6 1:29/17
**inquiry [1]** 1:12/17
**instructional [1]** 1:19/23
**interfacing [1]** 1:23/19
**internal [1]** 1:20/22
**internally [1]** 1:26/13
**interrupting [2]** 1:5/17 1:19/13
**into [2]** 1:12/12 1:14/21
**investigated [1]** 1:12/5
**investigation [1]** 1:15/2
**is [102]**
**isn't [3]** 1:15/22 1:25/25 1:31/24
**issue [12]** 1:8/1 1:10/7 1:12/7 1:12/21 1:13/10 1:16/15 1:18/1 1:21/10 1:22/19 1:22/20 1:24/15 1:27/10
**issues [12]** 1:6/11 1:6/23 1:7/2 1:7/3 1:7/14 1:8/3 1:8/20 1:19/24 1:22/3 1:23/18 1:25/3 1:26/22
**it [46]**
**it's [35]**
**items [1]** 1:30/8
**iterations [1]** 1:13/23
**its [5]** 1:11/21 1:12/22 1:15/1 1:23/11 1:23/19
**itself [1]** 1:30/20

**J**

**J. [1]** 1:4/6
**J. Cisneros [1]** 1:4/6
**JACQUELINE [2]** 1:3/4 1:5/13
**JCCP [3]** 1:2/13 1:5/3 1:5/7

**JOHNSON [1]** 1:2/10
**joins [1]** 1:20/13
**joint [4]** 1:5/24 1:7/4 1:8/7 1:31/4
**jointly [1]** 1:30/25
**JR [1]** 1:2/23
**Judge [13]** 1:1/4 1:4/6 1:4/12 1:8/6 1:8/25 1:10/16 1:15/18 1:19/12 1:20/8 1:21/6 1:27/12 1:30/13 1:31/24
**judges [1]** 1:30/19
**June [13]** 1:1/8 1:4/1 1:6/10 1:6/24 1:7/9 1:7/25 1:8/7 1:8/18 1:8/24 1:9/14 1:11/15 1:16/10 1:32/12
**June 11th [1]** 1:16/10
**June 13th [4]** 1:8/18 1:8/24 1:9/14 1:11/15
**June 21 [1]** 1:7/25
**June 21st [3]** 1:6/10 1:6/24 1:7/9
**June 4th [1]** 1:8/7
**just [30]** 1:7/9 1:7/18 1:8/7 1:8/11 1:8/21 1:9/2 1:9/5 1:9/7 1:9/12 1:9/13 1:11/1 1:12/16 1:15/21 1:16/3 1:16/16 1:17/24 1:21/22 1:22/14 1:24/15 1:24/18 1:24/25 1:24/25 1:25/9 1:26/2 1:26/23 1:28/10 1:28/17 1:28/23 1:29/7 1:30/13

**K**

**KANE [2]** 1:1/15 1:1/17
**KELLY [1]** 1:2/2
**kept [1]** 1:15/25
**KHALDOUN [2]** 1:2/4 1:4/19
**kind [2]** 1:5/21 1:11/12
**know [17]** 1:5/24 1:7/21 1:9/5 1:12/3 1:14/6 1:14/24 1:17/3 1:17/6 1:17/15 1:19/6 1:21/10 1:21/25 1:23/13 1:24/5 1:24/15 1:26/10 1:28/19
**knowledge [21]** 1:7/5 1:11/12 1:15/24 1:19/21 1:20/21 1:20/21 1:20/22 1:21/13 1:21/16 1:21/25 1:22/6 1:22/15 1:23/4 1:23/9 1:24/2 1:24/9 1:24/16 1:25/7 1:28/20 1:29/12 1:29/16
**knows [1]** 1:19/20

**L**

**large [1]** 1:10/13
**last [1]** 1:9/4
**later [2]** 1:25/4 1:30/2

**LAW [17]** 1:1/14 1:1/16 1:1/19 1:1/21 1:1/22 1:2/4 1:2/6 1:2/9 1:2/10 1:2/11 1:2/15 1:2/16 1:2/17 1:2/21 1:2/23 1:3/4 1:3/8
**leaping [1]** 1:25/17
**learned [1]** 1:12/11
**least [1]** 1:24/3
**lend [1]** 1:30/20
**let [2]** 1:14/19 1:17/24
**let's [1]** 1:9/22
**letter [8]** 1:6/3 1:6/4 1:9/18 1:9/19 1:10/2 1:10/3 1:10/9 1:30/21
**level [1]** 1:20/5
**LIEFF [1]** 1:1/12
**like [19]** 1:7/5 1:8/10 1:10/8 1:11/2 1:11/11 1:12/19 1:14/7 1:14/13 1:16/22 1:17/19 1:23/13 1:24/5 1:24/22 1:26/7 1:26/23 1:28/1 1:28/4 1:29/23 1:30/19
**likely [1]** 1:18/25
**Lisa [2]** 1:1/4 1:4/6
**list [6]** 1:10/24 1:13/12 1:13/19 1:14/12 1:25/20 1:28/20
**lists [1]** 1:14/9
**litigated [1]** 1:16/15
**litigation [2]** 1:1/6 1:21/20
**live [8]** 1:14/8 1:14/18 1:16/25 1:17/12 1:25/8 1:25/11 1:25/20 1:29/19
**lives [1]** 1:24/8
**living [1]** 1:28/14
**LJC [1]** 1:1/6
**LLP [9]** 1:1/12 1:1/17 1:1/20 1:2/7 1:2/13 1:2/19 1:2/22 1:3/3 1:3/6
**located [2]** 1:11/7 1:20/3
**location [5]** 1:17/12 1:20/7 1:20/9 1:22/5 1:22/8
**locations [2]** 1:16/24 1:22/9
**LONDON [2]** 1:1/14 1:4/17
**long [1]** 1:29/4
**look [5]** 1:15/2 1:15/17 1:16/15 1:28/6 1:29/15
**looking [2]** 1:12/12 1:15/11
**looks [2]** 1:13/20 1:30/22
**Los [1]** 1:2/20
**loss [2]** 1:11/16 1:25/2
**lot [1]** 1:11/18
**LUHANA [11]** 1:1/20

1:1/21 1:4/12 1:4/13 1:5/6 1:8/6 1:10/16 1:15/18 1:22/20 1:24/7 1:27/12
**LUSKEY [2]** 1:3/8 1:5/13

**M**

**Magistrate [2]** 1:1/4 1:4/6
**maintain [1]** 1:11/17
**maintained [2]** 1:11/6 1:20/7
**make [4]** 1:6/16 1:7/18 1:28/7 1:30/14
**making [2]** 1:23/12 1:28/23
**management [2]** 1:8/12 1:13/20
**managing [6]** 1:19/23 1:23/11 1:23/17 1:23/19 1:26/3 1:29/6
**manner [1]** 1:16/21
**many [6]** 1:6/17 1:6/18 1:14/17 1:14/25 1:21/19 1:22/1
**marketing [1]** 1:16/5
**MARLENE [2]** 1:2/6 1:4/21
**matter [3]** 1:21/3 1:29/18 1:32/10
**may [31]** 1:5/13 1:7/24 1:7/25 1:9/3 1:9/6 1:12/21 1:13/4 1:14/9 1:14/24 1:14/25 1:15/12 1:15/20 1:16/11 1:16/25 1:17/12 1:18/18 1:22/21 1:22/21 1:22/25 1:22/25 1:23/15 1:24/1 1:25/9 1:26/4 1:26/11 1:26/14 1:27/14 1:27/14 1:27/14 1:27/16 1:28/14
**May 29th [1]** 1:27/14
**May 6th [2]** 1:16/11 1:27/14
**maybe [5]** 1:7/7 1:10/9 1:10/12 1:14/6 1:14/7
**md [2]** 1:1/6 1:4/8
**me [12]** 1:5/11 1:5/19 1:6/20 1:14/19 1:17/1 1:17/19 1:17/22 1:17/23 1:17/24 1:23/10 1:25/10 1:31/20
**mean [8]** 1:10/11 1:16/13 1:17/13 1:22/13 1:22/24 1:27/22 1:28/16 1:29/20
**meaningful [1]** 1:29/13
**meet [6]** 1:10/18 1:11/25 1:12/2 1:13/5 1:29/13 1:29/23
**meeting [2]** 1:9/22 1:12/23

**MELODIA [1]** 1:2/2
**mentioned [1]** 1:23/4
**met [1]** 1:11/21
**method [2]** 1:30/23 1:31/3
**mic [1]** 1:5/16
**MICHAEL [5]** 1:2/21 1:5/10 1:7/16 1:22/12 1:31/9
**Michigan [1]** 1:1/18
**might [5]** 1:10/14 1:14/18 1:14/18 1:28/9 1:31/12
**milestone [2]** 1:15/19 1:27/10
**milestones [4]** 1:10/22 1:10/22 1:11/22 1:24/23
**Mission [1]** 1:3/7
**moment [1]** 1:31/21
**Montgomery [1]** 1:1/15
**month [2]** 1:6/21 1:10/23
**months [1]** 1:28/17
**more [4]** 1:11/18 1:29/2 1:29/12 1:29/25
**morning [6]** 1:4/11 1:4/15 1:5/2 1:8/18 1:8/24 1:9/23
**most [1]** 1:31/12
**motion [2]** 1:7/22 1:8/15
**move [1]** 1:24/22
**Mr [1]** 1:4/4
**Mr. [8]** 1:11/19 1:19/20 1:20/14 1:20/20 1:22/13 1:22/18 1:25/6 1:27/16
**Mr. Shortnacy [4]** 1:11/19 1:20/20 1:25/6 1:27/16
**Mr. Stanley [4]** 1:19/20 1:20/14 1:22/13 1:22/18
**Ms. [2]** 1:22/20 1:24/7
**Ms. Luhana [2]** 1:22/20 1:24/7
**much [3]** 1:6/6 1:20/18 1:24/6
**multiple [1]** 1:13/22
**must [1]** 1:16/5
**my [6]** 1:5/11 1:5/12 1:6/16 1:7/15 1:19/13 1:24/7

**N**

**names [1]** 1:17/3
**narrow [1]** 1:23/3
**necessarily [1]** 1:17/3
**necessary [2]** 1:13/7 1:28/21
**need [2]** 1:12/13 1:31/22
**negotiated [4]** 1:10/21 1:10/23 1:15/19 1:16/11
**New [4]** 1:1/21 1:1/21

**N**
**New...** [2]  1:3/4 1:3/4
**next** [1]  1:31/20
**NIGH** [1]  1:2/5
**no** [11]  1:1/6 1:1/25 1:9/7 1:10/11 1:14/5 1:15/16 1:18/19 1:23/5 1:24/11 1:29/14 1:29/16
**non** [25]  1:7/4 1:10/7 1:10/19 1:10/25 1:11/10 1:11/17 1:11/22 1:11/23 1:12/13 1:15/22 1:16/2 1:16/8 1:16/8 1:18/24 1:20/2 1:20/10 1:24/18 1:25/2 1:25/13 1:27/8 1:27/18 1:27/19 1:27/24 1:28/16 1:30/6
**non-custodial** [23]  1:7/4 1:10/7 1:10/19 1:10/25 1:11/10 1:11/17 1:11/23 1:15/22 1:16/2 1:16/8 1:16/8 1:18/24 1:20/2 1:20/10 1:24/18 1:25/2 1:25/13 1:27/8 1:27/18 1:27/19 1:27/24 1:28/16 1:30/6
**non-data** [1]  1:11/22
**non-duplicative** [1]  1:12/13
**nor** [1]  1:13/18
**NORTHERN** [1]  1:1/3
**not** [52]
**note** [1]  1:8/7
**noted** [1]  1:20/8
**nothing** [1]  1:29/21
**notice** [3]  1:7/20 1:10/2 1:10/3
**noticed** [4]  1:7/24 1:8/2 1:8/5 1:8/16
**now** [7]  1:4/5 1:5/19 1:7/1 1:10/10 1:16/10 1:26/16 1:32/3
**number** [2]  1:6/3 1:9/20
**numerous** [1]  1:19/25
**NW** [2]  1:2/5 1:2/22

**O**
**o0o** [2]  1:4/3 1:32/6
**object** [2]  1:8/23 1:8/25
**objection** [1]  1:13/8
**objectionable** [1]  1:17/21
**objections** [1]  1:12/22
**obviously** [2]  1:11/10 1:11/14
**Official** [1]  1:1/25
**oh** [1]  1:9/12
**okay** [11]  1:5/18 1:9/9 1:9/25 1:10/5 1:19/19 1:20/20 1:21/5 1:25/23 1:30/5 1:31/25 1:32/2
**omnibus** [2]  1:14/8

1:17/12
**on** [51]
**Once** [1]  1:22/6
**one** [19]  1:2/8 1:10/22 1:11/13 1:12/8 1:14/3 1:14/8 1:16/23 1:16/24 1:17/12 1:17/24 1:17/25 1:22/8 1:22/9 1:22/14 1:22/22 1:22/25 1:23/21 1:28/19 1:30/24
**ones** [1]  1:11/1
**only** [1]  1:23/14
**onus** [1]  1:24/16
**OOT** [2]  1:2/23 1:5/12
**openness** [1]  1:27/22
**opposed** [1]  1:28/23
**or** [44]
**order** [5]  1:10/17 1:20/8 1:24/24 1:24/25 1:28/17
**organizations** [1]  1:29/4
**organized** [3]  1:14/18 1:23/16 1:28/8
**other** [22]  1:7/3 1:8/20 1:11/13 1:13/19 1:16/17 1:20/2 1:22/3 1:23/1 1:23/1 1:25/3 1:25/6 1:25/7 1:25/11 1:26/24 1:27/20 1:28/12 1:29/10 1:29/11 1:29/18 1:30/8 1:30/8 1:30/24
**our** [6]  1:8/7 1:12/15 1:13/5 1:13/13 1:14/21 1:18/8
**out** [9]  1:5/16 1:6/8 1:17/23 1:23/22 1:25/23 1:26/20 1:28/17 1:31/18 1:31/19
**outstanding** [1]  1:6/12
**over** [14]  1:9/21 1:10/12 1:12/21 1:13/25 1:14/24 1:15/9 1:15/14 1:21/2 1:21/20 1:21/22 1:24/3 1:25/22 1:26/11 1:29/4
**overall** [2]  1:5/22 1:26/7
**oversimplify** [1]  1:29/6
**overview** [1]  1:24/13
**own** [1]  1:6/17

**P**
**p.m** [2]  1:4/1 1:32/5
**page** [5]  1:1/23 1:2/25 1:14/3 1:23/24 1:30/21
**pages** [3]  1:1/1 1:14/7 1:17/15
**part** [2]  1:6/16 1:16/19
**participate** [1]  1:28/22
**particular** [4]  1:7/13 1:16/21 1:16/23 1:16/25
**parties** [4]  1:8/8 1:9/5

1:9/18 1:10/18
**parties'** [1]  1:9/15
**parts** [1]  1:13/22
**party** [3]  1:6/4 1:6/11 1:7/10
**PASSENGER** [1]  1:1/5
**past** [2]  1:21/20 1:26/23
**PATRICK** [2]  1:2/23 1:5/12
**PAUL** [3]  1:3/2 1:3/6 1:5/12
**PC** [1]  1:2/16
**PDF** [1]  1:30/22
**PEIFFER** [4]  1:1/15 1:1/17 1:4/16 1:5/1
**pending** [2]  1:6/2 1:6/13
**per** [1]  1:14/22
**per se** [1]  1:14/22
**perhaps** [3]  1:10/13 1:27/16 1:27/20
**period** [2]  1:10/13 1:15/10
**permitted** [1]  1:19/5
**pertain** [1]  1:26/22
**piece** [3]  1:19/8 1:19/9 1:19/10
**piecemeal** [1]  1:11/9
**PIT** [1]  1:30/17
**place** [12]  1:7/25 1:12/17 1:14/8 1:14/23 1:14/24 1:15/8 1:15/17 1:16/6 1:18/17 1:22/10 1:22/14 1:24/24
**places** [15]  1:14/9 1:14/13 1:14/17 1:14/25 1:15/3 1:15/11 1:16/15 1:17/13 1:18/2 1:19/10 1:23/1 1:25/6 1:25/7 1:25/11 1:26/9
**plaintiff** [3]  1:4/10 1:5/3 1:19/15
**plaintiffs** [58]
**plaintiffs'** [3]  1:8/12 1:12/9 1:15/2
**plan** [1]  1:6/8
**platform** [5]  1:21/13 1:21/13 1:21/17 1:21/25 1:22/6
**please** [3]  1:4/9 1:20/14 1:21/7
**point** [11]  1:6/14 1:6/25 1:7/12 1:12/11 1:14/20 1:25/10 1:25/24 1:28/13 1:28/19 1:28/25 1:29/24
**points** [1]  1:23/24
**policies** [66]
**policy** [16]  1:7/5 1:10/12 1:12/19 1:13/12 1:16/22 1:16/23 1:17/2 1:17/17 1:21/17 1:24/8

1:25/7 1:25/14 1:26/2 1:28/12 1:28/16 1:29/4
**portion** [1]  1:19/3
**position** [6]  1:8/12 1:11/7 1:13/5 1:13/14 1:28/4 1:29/14
**positions** [1]  1:5/25
**potentially** [1]  1:22/25
**precludes** [1]  1:17/9
**prefer** [1]  1:17/8
**preferred** [3]  1:30/23 1:31/1 1:31/3
**prefers** [1]  1:17/7
**premature** [1]  1:18/14
**prepare** [1]  1:8/19
**prepared** [3]  1:6/7 1:8/2 1:8/8
**present** [2]  1:4/4 1:31/6
**presented** [2]  1:11/25 1:30/19
**presenting** [1]  1:26/24
**presently** [1]  1:18/20
**presiding** [1]  1:4/7
**presumably** [1]  1:20/3
**presume** [1]  1:20/5
**pretty** [2]  1:10/14 1:30/22
**printout** [1]  1:23/24
**printouts** [1]  1:17/15
**problem** [1]  1:24/12
**procedures** [13]  1:12/15 1:13/21 1:14/22 1:15/4 1:15/13 1:18/4 1:18/6 1:18/9 1:18/15 1:18/22 1:19/2 1:26/21 1:27/1
**proceed** [1]  1:8/10
**proceeding** [1]  1:12/12
**proceedings** [6]  1:1/9 1:7/20 1:12/10 1:20/13 1:32/5 1:32/10
**process** [16]  1:9/2 1:11/25 1:12/2 1:12/23 1:13/6 1:16/13 1:18/12 1:26/1 1:27/9 1:27/10 1:27/13 1:28/2 1:28/25 1:29/2 1:29/3 1:29/13
**produce** [9]  1:10/24 1:11/11 1:12/22 1:13/8 1:15/10 1:22/17 1:23/6 1:23/23 1:27/21
**produced** [5]  1:11/1 1:11/3 1:12/14 1:13/13 1:16/11
**producing** [1]  1:18/13
**production** [6]  1:12/18 1:13/1 1:13/12 1:15/4 1:18/10 1:21/4
**proportionality** [3]  1:14/15 1:14/22 1:19/5
**proposal** [2]  1:7/15 1:7/18

**propose** [2]  1:8/4 1:30/25
**proposed** [1]  1:12/6
**protocol** [1]  1:15/20
**protocols** [5]  1:6/1 1:6/15 1:6/24 1:7/12 1:27/2
**provide** [7]  1:18/5 1:18/8 1:19/6 1:20/9 1:27/16 1:28/3 1:28/20
**provided** [5]  1:15/25 1:16/14 1:16/18 1:20/4 1:21/21
**provides** [1]  1:19/22
**providing** [5]  1:12/6 1:18/14 1:19/9 1:24/17 1:26/21
**PTO** [5]  1:7/22 1:8/4 1:8/9 1:9/2 1:11/3
**pull** [4]  1:13/7 1:15/9 1:15/12 1:16/23
**pulled** [1]  1:12/16
**pulling** [2]  1:12/21 1:27/17
**PureCloud** [2]  1:11/4 1:16/8
**pursuant** [2]  1:11/3 1:12/22
**put** [4]  1:9/21 1:18/8 1:24/24 1:24/24

**Q**
**question** [4]  1:12/2 1:19/4 1:19/5 1:21/23
**questions** [2]  1:12/1 1:14/14
**quite** [1]  1:30/6

**R**
**RACHEL** [2]  1:1/16 1:4/15
**raise** [1]  1:24/16
**raised** [6]  1:11/5 1:11/13 1:12/3 1:12/8 1:12/18 1:15/24
**raising** [1]  1:19/14
**RANDALL** [2]  1:3/8 1:5/13
**RASO** [1]  1:2/5
**rather** [1]  1:30/2
**RDR** [2]  1:1/24 1:32/17
**RE** [1]  1:1/5
**reactivation** [2]  1:12/19 1:15/8
**ready** [3]  1:7/1 1:8/9 1:8/21
**really** [3]  1:13/10 1:19/7 1:23/5
**reason** [3]  1:12/7 1:18/19 1:25/13
**received** [4]  1:5/24 1:20/11 1:21/19 1:27/15
**record** [2]  1:4/9

**R**
**record... [1]** 1:32/10
**referenced [1]** 1:25/6
**referred [1]** 1:12/4
**regarding [3]** 1:6/5 1:9/19 1:10/18
**relate [3]** 1:17/17 1:18/6 1:18/10
**related [4]** 1:6/2 1:6/4 1:6/5 1:9/16
**relating [1]** 1:22/17
**relation [1]** 1:23/16
**relevance [4]** 1:19/3 1:23/13 1:23/21 1:24/5
**relevant [29]** 1:12/17 1:13/8 1:16/20 1:17/2 1:17/5 1:17/20 1:18/7 1:18/15 1:18/23 1:21/1 1:21/23 1:21/24 1:23/6 1:23/10 1:23/14 1:25/9 1:25/24 1:25/25 1:26/3 1:26/15 1:26/18 1:26/19 1:27/2 1:27/21 1:28/6 1:28/9 1:28/12 1:28/22 1:28/24
**rely [1]** 1:28/24
**relying [1]** 1:28/23
**remember [1]** 1:13/23
**REMOTE [1]** 1:1/9
**report [7]** 1:5/24 1:7/4 1:7/14 1:8/7 1:10/5 1:11/14 1:30/10
**REPORTED [1]** 1:1/24
**Reporter [2]** 1:1/25 1:32/8
**reports [1]** 1:23/11
**repository [1]** 1:10/11
**representation [1]** 1:16/17
**representations [1]** 1:16/13
**represented [1]** 1:11/18
**request [4]** 1:7/23 1:15/2 1:21/4 1:29/15
**requested [2]** 1:6/3 1:22/18
**requests [5]** 1:12/18 1:13/4 1:15/4 1:15/13 1:18/10
**require [1]** 1:11/11
**required [1]** 1:10/17
**requires [2]** 1:18/11 1:27/22
**reside [8]** 1:13/22 1:14/23 1:18/2 1:18/18 1:19/1 1:23/2 1:26/10 1:27/3
**resides [1]** 1:27/19
**resolve [2]** 1:6/22 1:7/8
**respect [2]** 1:11/21 1:23/14
**respectfully [2]** 1:7/23

1:8/4
**respects [1]** 1:18/13
**respond [3]** 1:16/17 1:18/5 1:21/18
**response [2]** 1:15/2 1:15/13
**responses [2]** 1:12/22 1:23/6
**responsive [2]** 1:13/4 1:18/6
**retention [1]** 1:11/12
**RFPs [1]** 1:10/21
**Richmond [1]** 1:2/10
**rider [4]** 1:15/6 1:15/7 1:19/24 1:21/16
**rider or [1]** 1:15/6
**riders [2]** 1:21/15 1:21/24
**Ridge [1]** 1:2/5
**RIFKIND [2]** 1:3/2 1:3/6
**right [7]** 1:6/21 1:10/9 1:13/24 1:14/2 1:15/11 1:16/10 1:24/9
**RMR [2]** 1:1/24 1:32/17
**roles [1]** 1:19/1
**ROOPAL [6]** 1:1/21 1:4/12 1:8/6 1:10/16 1:15/18 1:27/12
**RUBIN [2]** 1:3/4 1:5/13
**Rule [3]** 1:17/8 1:17/23 1:18/11
**Rule 26 [3]** 1:17/8 1:17/23 1:18/11
**run [1]** 1:24/20

**S**
**Sacramento [1]** 1:2/17
**safety [8]** 1:6/2 1:7/1 1:7/13 1:9/16 1:11/14 1:16/5 1:26/4 1:27/1
**said [3]** 1:8/8 1:22/13 1:24/22
**San [5]** 1:1/8 1:1/13 1:1/16 1:2/3 1:3/7
**SARAH [2]** 1:1/14 1:4/17
**say [6]** 1:8/11 1:15/21 1:16/17 1:27/7 1:29/3 1:29/14
**saying [6]** 1:18/3 1:18/5 1:18/12 1:20/25 1:26/18 1:26/25
**schedule [1]** 1:6/7
**SCHOENBERGER [1]** 1:2/2
**scope [1]** 1:25/8
**se [1]** 1:14/22
**search [17]** 1:6/5 1:6/23 1:7/11 1:9/3 1:9/19 1:10/6 1:11/11 1:18/20 1:18/25 1:23/6 1:24/20 1:26/1 1:28/24 1:29/1 1:30/13 1:30/23

1:31/15
**searched [1]** 1:20/25
**searches [2]** 1:11/8 1:18/25
**searching [4]** 1:17/5 1:17/5 1:17/20 1:22/16
**second [2]** 1:19/7 1:19/9
**see [2]** 1:21/12 1:30/19
**seeing [1]** 1:12/12
**seeking [3]** 1:12/25 1:14/23 1:22/19
**seem [3]** 1:23/10 1:23/13 1:23/22
**seemed [1]** 1:31/17
**seems [2]** 1:24/5 1:28/4
**select [1]** 1:13/3
**sense [3]** 1:6/19 1:17/17 1:22/24
**sent [1]** 1:21/22
**separate [1]** 1:30/17
**series [1]** 1:12/1
**served [1]** 1:10/20
**session [1]** 1:4/6
**set [11]** 1:6/10 1:8/17 1:8/23 1:9/7 1:14/6 1:14/6 1:14/8 1:20/21 1:25/21 1:26/2 1:29/1
**setting [2]** 1:9/8 1:9/13
**several [3]** 1:16/24 1:21/20 1:27/10
**SEXUAL [1]** 1:1/5
**share [1]** 1:27/23
**shared [2]** 1:20/6 1:29/17
**sharing [1]** 1:16/14
**sheets [1]** 1:30/17
**shifted [1]** 1:10/12
**SHOOK [4]** 1:2/19 1:2/22 1:5/10 1:5/12
**SHORTNACY [9]** 1:2/21 1:5/10 1:7/16 1:11/19 1:20/20 1:22/12 1:25/6 1:27/16 1:31/9
**should [9]** 1:6/18 1:8/16 1:13/11 1:13/13 1:19/17 1:19/18 1:23/4 1:25/12 1:29/2
**shouldn't [3]** 1:11/11 1:13/11 1:25/25
**side [1]** 1:19/15
**Simmons [1]** 1:4/24
**SIMONS [1]** 1:2/7
**simple [1]** 1:29/3
**simply [3]** 1:20/10 1:22/14 1:24/18
**since [5]** 1:5/21 1:9/21 1:10/13 1:20/1 1:20/15
**single [1]** 1:24/8
**sit [1]** 1:26/9
**sitting [1]** 1:28/2
**situated [1]** 1:28/9

**slightly [1]** 1:26/12
**so [62]**
**So the [1]** 1:5/15
**solely [1]** 1:26/1
**solution [1]** 1:10/15
**some [13]** 1:7/3 1:8/20 1:11/18 1:12/10 1:18/13 1:19/6 1:20/5 1:21/6 1:23/20 1:24/23 1:25/9 1:28/7 1:30/8
**somehow [1]** 1:18/21
**something [3]** 1:13/16 1:16/10 1:24/4
**somewhat [1]** 1:16/24
**somewhere [1]** 1:20/5
**sooner [4]** 1:8/1 1:29/9 1:29/12 1:30/1
**sorry [2]** 1:31/2 1:31/17
**sort [7]** 1:13/16 1:16/22 1:23/8 1:23/17 1:26/20 1:26/23 1:31/19
**sorts [2]** 1:16/1 1:30/17
**sounds [2]** 1:17/19 1:29/23
**source [5]** 1:11/22 1:12/4 1:15/22 1:28/19 1:29/10
**sources [23]** 1:7/4 1:10/7 1:10/19 1:10/25 1:11/10 1:11/23 1:16/2 1:16/8 1:16/8 1:18/24 1:24/18 1:25/2 1:25/13 1:27/9 1:27/18 1:27/19 1:27/24 1:28/16 1:29/11 1:29/15 1:29/18 1:30/1 1:30/7
**speak [1]** 1:25/3
**speaking [6]** 1:5/10 1:5/17 1:7/16 1:18/9 1:22/12 1:31/10
**specific [10]** 1:12/2 1:12/6 1:12/17 1:13/7 1:14/25 1:20/9 1:23/3 1:25/13 1:25/17 1:29/16
**specifically [5]** 1:8/8 1:12/25 1:20/8 1:23/22 1:24/4
**specifics [1]** 1:29/25
**specify [1]** 1:29/10
**spent [1]** 1:30/6
**Square [1]** 1:2/5
**staff [6]** 1:19/22 1:19/23 1:21/15 1:21/17 1:22/4 1:22/17
**stakeholders [1]** 1:26/14
**STANLEY [10]** 1:2/11 1:4/4 1:19/14 1:19/20 1:20/13 1:20/14 1:20/17 1:21/11 1:22/13 1:22/18
**Stars [1]** 1:2/20
**state [2]** 1:4/9 1:20/14

**stated [1]** 1:13/5
**statement [1]** 1:8/12
**STATES [3]** 1:1/2 1:1/25 1:4/5
**statistics [1]** 1:7/21
**status [9]** 1:5/22 1:5/24 1:7/4 1:7/14 1:7/21 1:8/7 1:9/13 1:10/5 1:30/10
**still [2]** 1:16/1 1:27/14
**stored [1]** 1:11/11
**straightforward [1]** 1:10/14
**streamlined [1]** 1:29/2
**Street [7]** 1:1/13 1:1/15 1:1/18 1:2/3 1:2/8 1:2/22 1:3/7
**strike [1]** 1:17/22
**strong [1]** 1:6/20
**stumbling [1]** 1:25/16
**subject [2]** 1:13/12 1:21/3
**submissions [1]** 1:11/2
**submitted [2]** 1:7/22 1:30/14
**subpoena [1]** 1:6/11
**subpoenas [2]** 1:6/4 1:7/10
**substantiation [1]** 1:19/6
**such [1]** 1:7/4
**sufficient [1]** 1:15/23
**suggesting [1]** 1:28/3
**Suite [5]** 1:1/15 1:2/10 1:2/14 1:2/20 1:2/22
**support [5]** 1:19/22 1:21/14 1:21/17 1:22/4 1:22/17
**supposed [2]** 1:16/11 1:20/9
**sure [6]** 1:16/16 1:21/8 1:24/1 1:28/14 1:30/14 1:31/8
**surfaced [2]** 1:7/3 1:7/14
**swing [1]** 1:17/25
**system [19]** 1:7/6 1:12/8 1:12/11 1:12/12 1:13/1 1:13/11 1:13/17 1:13/19 1:20/22 1:22/15 1:23/10 1:23/15 1:23/21 1:24/3 1:24/9 1:25/7 1:25/21 1:29/12 1:29/16
**systems [5]** 1:13/22 1:14/1 1:22/22 1:25/21 1:29/18

**T**
**table [5]** 1:13/15 1:17/14 1:23/23 1:28/7 1:28/21
**take [4]** 1:7/24 1:17/24

(14) record... - take

**T**

**take... [2]**  1:27/10 1:30/4
**taken [1]**  1:22/1
**talk [7]**  1:5/22 1:6/24 1:7/6 1:7/6 1:8/3 1:8/14 1:31/5
**talking [6]**  1:10/9 1:10/13 1:22/2 1:22/22 1:23/3 1:26/23
**taxonomy [1]**  1:23/9
**team [5]**  1:15/22 1:16/5 1:16/5 1:16/7 1:29/9
**teams [1]**  1:15/14
**TECHNOLOGIES [1]**  1:1/5
**teed [2]**  1:9/6 1:10/8
**tell [1]**  1:6/20
**term [1]**  1:26/1
**terms [23]**  1:6/5 1:6/23 1:7/11 1:8/3 1:8/15 1:9/2 1:9/3 1:9/20 1:10/6 1:10/20 1:11/11 1:11/16 1:15/1 1:15/24 1:18/25 1:23/18 1:24/20 1:28/24 1:29/1 1:30/13 1:30/13 1:30/24 1:31/15
**Texas [2]**  1:2/11 1:2/14
**than [3]**  1:11/18 1:16/17 1:30/2
**Thank [9]**  1:4/17 1:9/17 1:20/18 1:20/19 1:30/5 1:31/24 1:32/1 1:32/2 1:32/4
**Thank you [7]**  1:4/17 1:9/17 1:20/18 1:20/19 1:31/24 1:32/1 1:32/4
**Thanks [1]**  1:5/20
**that [226]**
**that's [25]**  1:5/9 1:5/18 1:6/11 1:7/8 1:7/15 1:9/20 1:10/2 1:10/3 1:10/4 1:10/8 1:10/12 1:13/6 1:13/14 1:14/10 1:14/10 1:19/7 1:19/21 1:24/18 1:24/23 1:24/24 1:26/12 1:26/20 1:27/3 1:29/17 1:31/7
**their [9]**  1:9/19 1:11/7 1:11/17 1:12/18 1:13/4 1:15/13 1:15/25 1:17/5 1:29/6
**them [17]**  1:10/24 1:10/24 1:13/8 1:15/10 1:16/1 1:17/9 1:17/14 1:18/23 1:18/24 1:18/25 1:21/22 1:22/3 1:23/19 1:24/16 1:27/4 1:27/8 1:27/21
**then [12]**  1:9/22 1:10/5 1:13/3 1:16/22 1:17/16 1:20/2 1:25/11 1:25/23 1:27/18 1:29/12 1:30/8

1:31/23
**there [35]**
**there's [17]**  1:6/2 1:6/3 1:6/13 1:9/7 1:13/8 1:15/16 1:18/18 1:19/7 1:21/15 1:25/7 1:25/12 1:26/2 1:29/1 1:29/14 1:29/16 1:29/21 1:31/22
**therein [1]**  1:24/2
**these [23]**  1:12/10 1:13/25 1:14/14 1:14/17 1:16/2 1:16/23 1:19/11 1:20/6 1:20/6 1:20/9 1:21/19 1:21/21 1:22/1 1:22/2 1:24/17 1:24/23 1:24/24 1:25/11 1:25/20 1:27/23 1:27/24 1:29/19 1:30/1
**they [23]**  1:11/1 1:11/16 1:11/18 1:14/24 1:14/25 1:15/9 1:15/12 1:15/25 1:16/5 1:17/2 1:17/4 1:17/16 1:18/1 1:18/23 1:18/23 1:19/1 1:22/6 1:22/21 1:22/21 1:24/20 1:24/20 1:26/16 1:27/3
**they'll [1]**  1:25/23
**they're [14]**  1:18/24 1:22/3 1:22/4 1:22/5 1:22/24 1:24/6 1:24/17 1:24/19 1:25/19 1:25/20 1:26/17 1:26/18 1:27/17 1:28/8
**they've [2]**  1:22/20 1:24/5
**things [8]**  1:11/2 1:11/13 1:14/1 1:19/11 1:24/24 1:27/17 1:27/23 1:30/18
**think [31]**  1:6/11 1:8/1 1:8/15 1:9/2 1:11/17 1:12/1 1:12/25 1:13/8 1:13/10 1:13/21 1:14/21 1:17/6 1:17/8 1:18/13 1:18/18 1:18/19 1:19/3 1:19/9 1:22/13 1:23/4 1:23/20 1:25/12 1:25/15 1:26/6 1:26/19 1:27/5 1:28/10 1:29/7 1:29/7 1:30/21 1:31/22
**third [5]**  1:1/20 1:2/5 1:6/4 1:6/11 1:7/10
**third-party [3]**  1:6/4 1:6/11 1:7/10
**this [41]**
**those [15]**  1:8/3 1:9/6 1:11/8 1:15/8 1:15/9 1:18/9 1:18/13 1:18/14 1:20/4 1:21/1 1:23/1 1:26/9 1:27/19 1:29/11 1:31/14
**though [1]**  1:15/12

**thought [1]**  1:6/8
**thoughtful [1]**  1:29/20
**three [2]**  1:10/23 1:25/11
**three-month [1]**  1:10/23
**through [6]**  1:11/6 1:12/11 1:13/23 1:18/24 1:18/25 1:21/19
**tie [1]**  1:21/9
**TIFFANY [2]**  1:1/19 1:4/25
**time [19]**  1:6/11 1:6/14 1:6/25 1:7/12 1:10/13 1:11/6 1:12/11 1:12/21 1:13/25 1:15/10 1:16/25 1:21/2 1:24/3 1:25/22 1:26/11 1:28/13 1:29/4 1:29/5 1:30/6
**times [2]**  1:19/25 1:23/25
**titles [1]**  1:28/8
**today [13]**  1:5/11 1:5/14 1:6/16 1:7/2 1:7/7 1:7/8 1:7/13 1:8/2 1:10/15 1:21/10 1:26/10 1:30/11 1:31/23
**today's [1]**  1:7/20
**together [1]**  1:12/22
**touch [1]**  1:19/2
**transcript [2]**  1:1/9 1:32/9
**tremendously [1]**  1:26/20
**tried [1]**  1:12/1
**truly [1]**  1:22/23
**Trumbull [1]**  1:1/18
**trying [2]**  1:14/15 1:27/5
**Tuesday [2]**  1:1/8 1:3/10
**turned [1]**  1:21/22
**two [1]**  1:30/21
**two-page [1]**  1:30/21
**types [1]**  1:30/20

**U**

**UBER [35]**
**Uber's [4]**  1:10/11 1:28/4 1:28/23 1:29/3
**ugly [1]**  1:30/22
**unable [1]**  1:16/6
**understand [6]**  1:9/24 1:14/15 1:22/8 1:22/10 1:25/8 1:30/3
**understanding [4]**  1:14/11 1:23/8 1:23/10 1:24/7
**undertaken [1]**  1:27/6
**undertaking [2]**  1:15/15 1:23/5
**unduly [1]**  1:17/22
**unfortunately [2]**

1:15/19 1:24/25
**unilateral [1]**  1:28/23
**unilaterally [1]**  1:28/5
**unilaterally decide [1]**  1:28/5
**UNITED [3]**  1:1/2 1:1/25 1:4/5
**universe [2]**  1:17/17 1:24/2
**unless [3]**  1:8/23 1:17/10 1:17/21
**unnecessary [1]**  1:13/14
**unreason [1]**  1:28/11
**unreasonable [2]**  1:28/11 1:29/8
**unrelated [1]**  1:12/10
**until [3]**  1:29/1 1:30/8 1:30/9
**up [7]**  1:9/6 1:9/18 1:10/8 1:25/21 1:26/4 1:29/25 1:30/21
**upon [1]**  1:29/1
**urgency [1]**  1:6/20
**us [4]**  1:11/1 1:11/18 1:21/23 1:22/24
**use [3]**  1:6/12 1:22/4 1:22/7

**V**

**various [1]**  1:22/8
**VAUGHN [1]**  1:2/5
**versions [1]**  1:22/1
**very [5]**  1:12/16 1:18/24 1:20/18 1:29/23 1:30/20
**via [6]**  1:1/10 1:2/1 1:3/1 1:8/24 1:11/8 1:20/13
**VIDEO [1]**  1:1/9

**W**

**wait [1]**  1:29/1
**WALKUP [1]**  1:2/2
**WALT [2]**  1:2/15 1:5/2
**want [11]**  1:7/2 1:16/20 1:18/3 1:22/21 1:22/21 1:24/11 1:24/22 1:26/17 1:29/6 1:30/11 1:31/6
**wanted [2]**  1:6/22 1:30/14
**was [26]**  1:5/16 1:6/3 1:6/6 1:6/15 1:6/17 1:6/19 1:6/22 1:7/20 1:8/1 1:8/11 1:8/19 1:9/21 1:10/7 1:10/24 1:11/13 1:12/8 1:15/20 1:15/20 1:16/10 1:16/11 1:16/11 1:20/9 1:21/10 1:22/6 1:28/25 1:30/15
**Washington [2]**  1:2/6 1:2/23
**wasn't [1]**  1:16/3

**Watt [1]**  1:2/16
**way [9]**  1:15/21 1:17/10 1:17/19 1:22/19 1:26/24 1:27/1 1:29/14 1:30/15 1:30/16
**ways [2]**  1:21/2 1:30/20
**we [72]**
**we'd [1]**  1:27/21
**we'll [6]**  1:7/9 1:7/13 1:30/4 1:31/5 1:31/11 1:31/15
**we're [35]**
**we've [15]**  1:5/21 1:5/21 1:6/10 1:13/5 1:16/6 1:16/15 1:18/15 1:19/25 1:20/15 1:22/16 1:27/6 1:27/9 1:28/1 1:30/16 1:30/16
**web [3]**  1:14/3 1:17/15 1:23/24
**web page [2]**  1:14/3 1:23/24
**web pages [1]**  1:17/15
**Wednesday [1]**  1:32/12
**week [2]**  1:25/4 1:29/11
**weeks [1]**  1:27/10
**WEISS [3]**  1:3/2 1:3/6 1:5/13
**well [10]**  1:6/25 1:8/17 1:9/11 1:10/3 1:14/16 1:20/3 1:20/10 1:25/3 1:28/4 1:30/20
**were [7]**  1:7/2 1:7/3 1:7/14 1:8/20 1:11/1 1:11/10 1:24/23
**WHARTON [2]**  1:3/2 1:3/6
**what [36]**
**what's [2]**  1:10/6 1:28/24
**whatever [3]**  1:25/21 1:26/3 1:28/21
**when [4]**  1:6/8 1:6/18 1:23/3 1:28/15
**where [18]**  1:5/22 1:6/13 1:14/9 1:15/25 1:16/24 1:18/17 1:22/23 1:24/17 1:24/19 1:25/7 1:25/11 1:25/15 1:25/16 1:26/10 1:26/21 1:27/3 1:28/14 1:29/18
**whereas [1]**  1:26/19
**whether [2]**  1:12/12 1:13/11
**which [12]**  1:11/10 1:11/14 1:11/23 1:18/11 1:18/15 1:19/5 1:20/2 1:25/3 1:26/13 1:27/17 1:27/20 1:28/5
**while [1]**  1:5/21

**W**

**who [2]**  1:5/13 1:19/2
**whole [1]**  1:28/25
**why [3]**  1:24/23 1:24/24 1:26/12
**WILKINS [2]**  1:1/22 1:5/6
**will [8]**  1:9/6 1:11/23 1:13/7 1:18/5 1:18/23 1:18/24 1:20/10 1:22/17
**WILLIAM [1]**  1:2/13
**willing [3]**  1:28/1 1:28/3 1:31/14
**willingness [1]**  1:27/23
**WISE [1]**  1:1/17
**within [5]**  1:19/11 1:23/9 1:23/9 1:23/15 1:24/2
**without [1]**  1:28/6
**witnesses [1]**  1:22/2
**WOLF [4]**  1:1/15 1:1/17 1:4/16 1:5/1
**work [5]**  1:17/4 1:23/17 1:25/10 1:29/9 1:31/11
**working [2]**  1:21/3 1:26/13
**world [2]**  1:15/15 1:26/21
**would [28]**  1:7/2 1:7/23 1:7/23 1:8/4 1:8/7 1:8/8 1:8/11 1:11/5 1:11/17 1:11/18 1:11/19 1:12/13 1:14/3 1:15/6 1:15/8 1:15/9 1:19/2 1:19/5 1:19/6 1:19/10 1:20/3 1:20/5 1:23/2 1:23/10 1:27/21 1:28/15 1:28/17 1:30/11

**Y**

**Yeah [2]**  1:11/20 1:25/5
**years [2]**  1:10/12 1:21/20
**Yes [4]**  1:7/19 1:19/18 1:19/18 1:24/14
**York [4]**  1:1/21 1:1/21 1:3/4 1:3/4
**you [42]**
**you know [7]**  1:9/5 1:12/3 1:14/6 1:17/15 1:19/6 1:23/13 1:24/5
**you'd [1]**  1:8/9
**you're [7]**  1:9/13 1:10/17 1:17/19 1:20/15 1:24/7 1:28/14 1:30/21
**you've [2]**  1:5/25 1:17/11
**your [56]**
**Your Honor [44]**
**Your Honor's [1]**  1:19/4

**Z**

**ZOOM [7]**  1:1/9 1:1/10 1:2/1 1:3/1 1:8/18 1:8/24 1:20/13