# EXHIBIT 3

## RE: NCDS, Knowledge Base Homepages, and Policies

**Bret Stanley** <BStanley@johnsonlawgroup.com>
10/09/2024 at 09:29 AM

| | |
|---|---|
| From: | Bret Stanley <BStanley@johnsonlawgroup.com> |
| Sent: | 10/09/2024 at 09:29 AM |
| To: | Gromada, Veronica G. (SHB) <vgromada@shb.com>, Michael Sweet <sweet@chaffinluhana.com>, Shortnacy, Michael (SHB) <mshortnacy@shb.com>, Haider, Jay B. (SHB) <jhaider@shb.com>, Schoultz, Shannon M. (SHB) <sschoultz@shb.com> |
| Cc: | Beth Wilkins <Wilkins@chaffinluhana.com>, Sarah London <slondon@lchb.com>, Rachel Abrams <rabrams@peifferwolf.com>, Uber MDL Discovery Team <ubermdldiscovery@chaffinluhana.com>, Roopal Luhana <Luhana@chaffinluhana.com> |

📎 1 Attachment(s) Total 33.1 KB  View ⌃

📄 2024.10.09_Uber Policy Requests to OC.xlsx (33.1 KB)

**EXTERNAL**

Veronica and Michael –

Attached is a spreadsheet of the relevant Uber policies for production that have been identified from the Homepages/Repositories/Directories produced in this MDL or from other sources.

If the Policy on this spreadsheet was identified from documents produced in the MDL, then you will find Beg Bates and Source information identifying where the policy name was pulled from.

Additionally, I have highlighted in green Homepages / Repositories / Directories that have not been produced despite the Court's prior order. Now that these are identified to you, please produce them immediately.

Please review and let me know if you have any questions.

Sincerely,



**Bret Stanley** | Senior Counsel
Johnson Law Group | 2925 Richmond Ave., Suite 1700 | Houston, Texas 77098
Toll Free (800) 230-7700 | Phone (713) 626-9336 | Fax (713) 583-9460
BStanley@johnsonlawgroup.com | www.johnsonlawgroup.com

The information contained in this email is confidential and/or privileged. This email is intended to be reviewed initially by the recipient or a representative of the recipient, you are hereby notified that any review, dissemination or copying of this email or the information contained herein is prohibited. If you have received this



















