1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
|---|---|
| | **[PROPOSED] ORDER ON DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S MOTION TO ENFORCE PROTECTIVE ORDER** |
| This Document Relates to: ALL ACTIONS | Judge:    Honorable Charles R. Breyer<br>Courtroom:   6 - 17th Floor |

1       This cause coming before the Court on Defendants Uber Technologies, Inc., Rasier, LLC and Raiser-CA, LLC's Motion to Enforce Protective Order, due notice given and the Court being fully advised, IT IS HEREBY ORDERED:

(a)     The Confidential Information is covered by the Protective Order, which requires the Confidential Information be used "only for prosecuting, defending, or attempting to settle this Action or the [related JCCP] consolidated action…" [ECF 176, ¶7.1];

(b)     Within three days of the date of this Order, Bret Stanley shall identify all persons outside of the MDL or JCCP to whom he has disclosed, or with whom he has discussed, any information covered by the Protective Order, including without limitation, the Confidential Information; and

(c)     Within three days of the date of this Order, Bret Stanley shall provide a copy of this Order to all persons identified pursuant to paragraph (b) of this Order.

**IT IS SO ORDERED:**

Dated: _____            _____
                                                                              HON. CHARLES R. BREYER
                                                                              United States District Judge