Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street,
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**LAURA VARTAIN HORN DECLARATION IN SUPPORT OF DOCKET NO. 3495**<br><br>Judge:       Hon. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

I, Laura Vartain Horn, declare as follows:

1. I respectfully make this declaration in response to the Court's July 18, 2025 Order (ECF 3508) and in further support of Defendants' Unopposed Administrative Motion for Order to Adopt Modified Briefing Schedule to Docket 3402 (ECF 3495):

2. Defendants filed ECF 3495 seeking to modify the schedule because Defendants inadvertently did not file their opposition to Plaintiffs' Motion to Quash Subpoenas to Law Firms (ECF 3402) on July 8, 2025. Defendants' not submitting their opposition to the Motion to Quash was not intentional, but rather was the result of miscommunication in the context of a complex litigation, for which Defendants take full responsibility.

3. Defendants' not filing an opposition to the Motion to Quash was not the result of a conscious disregard of the Local Rules or the need for timely filings. Nor was it due to bad faith, inexcusable neglect, or gamesmanship. Defendants have not gained any strategic or litigation advantage from the delay.

4. Upon recognizing the miscommunication and corresponding missed deadline on July 15, 2025, Defendants' counsel immediately reached out to Plaintiffs' counsel, who agreed to modify the schedule to permit briefing and a ruling on the merits.

5. Later on July 15, 2025, I and my co-counsel conferred with Plaintiffs' counsel, Andrew Kaufman, regarding Plaintiffs' position regarding ECF 3495 prior to filing, including to establish and agree upon the modified briefing schedule, which is set out at ECF 3495. Mr. Kaufman represented that Plaintiffs did not oppose Defendants' Unopposed Administrative Motion for Order to Adopt Modified Briefing Schedule in Support to Docket 3402 (ECF 3495).

Dated: July 19, 2025

Respectfully submitted,

By: /s/ Laura Vartain Horn
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.; RASIER, LLC; and RASIER-CA, LLC

VARTAIN DECLARATION                                    Case No. 3:23-md-03084-CRB