Sadi R. Antonmattei-Goitia (SBN #24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA, LLP**
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *JANE DOE KG 034 v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-06007-CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the

Complaint with Jury Demand in the above-referenced action was filed on July 16, 2025.

///

///

///

1

1   Dated: July 20, 2025                    Respectfully submitted,

2                                           By: */s/ Sadi Antonmattei-Goitia*

3                                           Sadi R. Antonmattei-Goitia (SBN #24091383)
                                            *(Pro Hac Vice)*
4                                           **KHERKHER GARCIA, LLP**
                                            2925 Richmond Ave., Suite 1560
5                                           Houston, TX 77098
                                            Telephone: (713) 333-1030
6                                           Facsimile: (713) 333-1029
                                            Email: skherkher-team@kherkhergarcia.com
7                                           Email: rideshare@kherkhergarcia.com

8
                                            *Attorneys for Plaintiff*
9

10

11

12

13

14

15                    **<u>CERTIFICATE OF SERVICE</u>**

16          I hereby certify that on July 20, 2025, I electronically transmitted the foregoing

17   **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System

18   for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

19

20                                          */s/ Sadi R. Antonmattei-Goitia*
                                            Sadi R. Antonmattei-Goitia
21

22

23

24

25

26

27

28