1  Sadi R. Antonmattei-Goitia (SBN #24091383)
   *(Pro Hac Vice)*
2  **KHERKHER GARCIA, LLP**
   2925 Richmond Ave., Suite 1560
3  Houston, TX 77098
4  Telephone: (713) 333-1030
   Facsimile: (713) 333-1029
5  Email: skherkher-team@kherkhergarcia.com
   Email: rideshare@kherkhergarcia.com
6
7  *Attorneys for Plaintiff*

8

9

10

11
                    **UNITED STATES DISTRICT COURT**
12                  **NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN FRANCISCO DIVISION**
13
   IN RE: UBER TECHNOLOGIES, INC.,
14 PASSENGER SEXUAL ASSAULT              )  No. 3:23-md-03084-CRB
   LITIGATION                            )
15                                        )  **NOTICE OF FILING OF NEW ACTION**
                                          )
16                                        )
                                          )
17                                        )
   *This document relates to:*            )
18                                        )
                                          )
19 *JANE DOE KG 036 v. UBER*              )
   *TECHNOLOGIES, INC., et*               )
20 *al., 3:25-cv-06012-CRB*               )
                                          )
21                                        )

22

23      Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the

24 Complaint with Jury Demand in the above-referenced action was filed on July 16, 2025.

25 ///

26 ///

27 ///

28

                                    1

Dated: July 20, 2025

Respectfully submitted,

By: */s/ Sadi Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia (SBN #24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA, LLP**
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 20, 2025, I electronically transmitted the foregoing

**NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System

for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia