1
2
3
4

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S UNOPPOSED ADMINISTRATIVE MOTION TO SHORTEN BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO ENFORCE PROTECTIVE ORDER |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 - 17th Floor |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Defendants") Unopposed Administrative Motion to Shorten Briefing Schedule on Defendants' Motion to Enforce Protective Order which advises that all parties have agreed to the briefing schedule entered herein, as well as all other papers and evidence submitted in support and opposition, the pertinent pleadings and papers on file in this action, and the arguments of counsel, and all other matters presented to the Court, it is hereby ORDERED that the Unopposed Motion is GRANTED. Accordingly, the deadline for Plaintiffs and Bret Stanley to respond to Defendants' Motion to Enforce Protective Order is July 25, 2025 and Defendants' reply is due July 29, 2025.

**IT IS SO ORDERED:**

Dated: July 21, 2025



IT IS SO ORDERED
Judge Charles R. Breyer
United States District Court, Northern District of California

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO SHORTEN TIME
Case No. 3:23-MD-3084-CRB