Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **ORDER** |
| This Document Relates to: | Judge:        Hon. Lisa J. Cisneros |
| ALL ACTIONS | Courtroom:   G – 15th Floor |

ORDER                                                    Case No. 3.23-md-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Unopposed Administrative Motion for Order to Adopt Modified Briefing Schedule to Dockets 3335 and 3402, the following schedule is adopted:

| Brief | Deadline | Page Limit |
|---|---|---|
| Uber's Opposition | July 21, 2025 | 4 pages |
| Plaintiffs' Reply | July 28, 2025 | 2 pages |

**IT IS SO ORDERED.**

DATED: July 21, 2025

By: _____
Hon. Lisa J. Cisneros
United States Magistrate Judge

ORDER                                                    Case No. 3.23-md-03084-CRB (LJC)