| | |
|---|---|
| 1 | RACHEL B. ABRAMS (Cal Bar No. 209316) |
|  | ADAM B. WOLF (Cal Bar No. 215914) |
| 2 | **Peiffer Wolf Carr Kane Conway & Wise, LLP** |
|  | 555 Montgomery Street, Suite 820 |
| 3 | San Francisco, CA 94111 |
|  | Telephone: 415.766.3544 |
| 4 | Facsimile: 415.840.9435 |
|  | Email: rabrams@peifferwolf.com |
| 5 | Email: awolf@peifferwolf.com |

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
|  | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *S.T. v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-05984-CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on July 16, 2025.

///

///

///

CASE NO. 3:23-md-03084-CRB        1        NOTICE OF FILING OF NEW ACTION

| | | |
|---|---|---|
| 1 | Dated: July 21, 2025 | Respectfully submitted, |
| 2 | | By: */s/ Rachel B. Abrams* |
| 3 | | RACHEL B. ABRAMS (Cal Bar No. 209316) |
| | | ADAM B. WOLF (Cal Bar No. 215914) |
| 4 | | **Peiffer Wolf Carr Kane Conway & Wise, LLP** |
| | | 555 Montgomery Street, Suite 820 |
| 5 | | San Francisco, CA 94111 |
| | | Telephone: 415.766.3544 |
| 6 | | Facsimile: 415.840.9435 |
| | | Email: rabrams@peifferwolf.com |
| 7 | |         awolf@peifferwolf.com |
| 8 | | |
| | | TIFFANY R. ELLIS (*Admitted PHV*) |
| 9 | | **Peiffer Wolf Carr Kane Conway & Wise, LLP** |
| | | 15 E. Baltimore Ave. |
| 10 | | Detroit, MI 48202 |
| | | Telephone: 313.210.1559 |
| 11 | | Facsimile: 415.840.9435 |
| | | Email: tellis@peifferwolf.com |
| 12 | | |
| | | *Counsel for Plaintiff* |
| 13 | | |

### CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

          */s/ Rachel B. Abrams*
          Rachel B. Abrams