IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITigation _____/ <br><br> This Order Relates To: <br><br> C.B. v. Uber Technologies, Inc., Case No. 3:24-cv-09049-CRB <br><br> D.J. v. Uber Technologies, Inc., Case No. 3:24-cv-09050-CRB <br><br> L.G. v. Uber Technologies, Inc., Case No. 3:24-cv-09036-CRB | MDL No. 3084 <br><br> **ORDER GRANTING MOTIONS TO WITHDRAW** <br><br> Re: Dkt. Nos. 3492, 3494, 3507 |

Plaintiffs' counsels' motions to withdraw in the above-captioned matters are granted. Within 28 days of this order, the plaintiffs shall file a notice indicating whether they intend to pursue their action with new counsel or representing themselves. If the plaintiffs do not file that notice, the Court will dismiss this case without prejudice (meaning the plaintiffs might be able to refile the case later if they wish).

Plaintiffs' counsels shall provide a copy of this order to their respective plaintiffs, and file a declaration within 7 days of this ruling explaining how they did so.

**IT IS SO ORDERED.**

Dated: July 21, 2025



_____
CHARLES R. BREYER
United States District Judge