Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

*[Additional Counsel Listed on Following Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **NOTICE OF BELLWETHER REPLACEMENT** |
| This Document Relates to: | |
| ALL ACTIONS | Judge:        Hon. Charles R. Breyer |
| | Courtroom:   6 – 17th Floor |

1  SABRINA H. STRONG (SBN 200292)
   sstrong@omm.com
2  JONATHAN SCHNELLER (SBN: 291288)
   jschneller@omm.com
3  O'MELVENY & MYERS LLP
   400 South Hope Street, 19th Floor
4  Los Angeles, CA 90071
   Telephone: (213) 430-6000
5  Facsimile: (213) 430-6407

6  PATRICK L. OOT, JR. (*Pro Hac Vice*)
   oot@shb.com
7  SHOOK, HARDY & BACON, LLP
   1800 K Street NW, 10th Floor
8  Washington, DC 20006
   Telephone: (202) 783-8400
9  Facsimile: (202) 783-4211

10 ALYCIA A. DEGEN (SBN 211350)
   adegen@shb.com
11 MICHAEL B. SHORTNACY (SBN 277035)
   mshortnacy@shb.com
12 SHOOK, HARDY & BACON, LLP
   2121 Avenue of the Stars, Suite 1400
13 Los Angeles, CA 90067
   Telephone: (424) 285-8330
14 Facsimile: (424) 204-9093

15 CHRISTOPHER V. COTTON (*Pro Hac Vice*)
   ccotton@shb.com
16 SHOOK, HARDY & BACON, LLP
   255 Grand Boulevard
17 Kansas City, MO 64108
   Telephone: (816) 474-6550
18 Facsimile: (816) 421-5547

19 *Counsel for Defendants*
   *UBER TECHNOLOGIES, INC.,*
20 *RASIER, LLC, and RASIER-CA, LLC*

21

22

23

24

25

26

27

28

NOTICE OF BELLWETHER REPLACEMENT
Case No. 3.23-md-03084-CRB (LJC)

1    Pursuant to Pretrial Order No. 28 ("PTO 28"), Dkt. 3441, Defendants write to inform the Court of

2    their replacement pick for Trial Wave 1. As instructed, the pick has been drawn from the existing

3    bellwether pool. Defendants select WHB 318, which is case number 3:24-cv-04889.

4        In addition, PTO 28 also directs that "[b]ecause WHB 1876's amended complaint is dismissed in

5    full, Plaintiffs are ORDERED to select a new bellwether case within 14 days of this Order to fill the open

6    position." Defendants respectfully submit that because WHB 1876 was a defense pick, Defendants should

7    be allowed to choose a replacement case to replenish the bellwether pool.

8

DATED: July 22, 2025                    Respectfully submitted,

9

10                                        */s/ Laura Vartain Horn*
                                          Laura Vartain Horn (SBN 258485)

11                                        **KIRKLAND & ELLIS LLP**
                                          555 California Street, Suite 2700

12                                        San Francisco, CA 94104
                                          Telephone: (415) 439-1625

13                                        laura.vartain@kirkland.com

14
                                          Jessica Davidson (Admitted *Pro Hac Vice*)

15                                        Christopher D. Cox (Admitted *Pro Hac Vice*)
                                          **KIRKLAND & ELLIS LLP**

16                                        601 Lexington Avenue
                                          New York, NY 10022

17                                        Telephone: (212) 446-4800
                                          jessica.davidson@kirkland.com

18                                        christopher.cox@kirkland.com

19
                                          Allison M. Brown (Admitted *Pro Hac Vice*)

20                                        **KIRKLAND & ELLIS LLP**
                                          2005 Market Street, Suite 1000

21                                        Philadelphia, PA 19103
                                          Telephone: (215) 268-5000

22                                        alli.brown@kirkland.com

23
                                          SABRINA H. STRONG (SBN 200292)

24                                        sstrong@omm.com
                                          JONATHAN SCHNELLER (SBN 291288)

25                                        jschneller@omm.com
                                          **O'MELVENY & MYERS LLP**

26                                        400 South Hope Street, 19th Floor
                                          Los Angeles, CA 90071

27                                        Telephone: (213) 430-6000
                                          Facsimile: (213) 430-6407

28

1

NOTICE OF BELLWETHER REPLACEMENT
Case No. 3.23-md-03084-CRB (LJC)

PATRICK L. OOT, JR. (*Pro Hac Vice*)
oot@shb.com
**SHOOK, HARDY & BACON, LLP**
1800 K Street NW, 10th Floor
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

ALYCIA A. DEGEN (SBN 211350)
adegen@shb.com
MICHAEL B. SHORTNACY (SBN 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON, LLP**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

CHRISTOPHER V. COTTON (*Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON, LLP**
255 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Counsel for Defendants
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*Counsel for Defendants*
*UBER TECHNOLOGIES, INC.,*
*RASIER, LLC, and RASIER-CA, LLC*

2
NOTICE OF BELLWETHER REPLACEMENT
Case No. 3.23-md-03084-CRB (LJC)