# EXHIBIT A

| Name | Case(s) | Dep Date | Notes |
|---|---|---|---|
| Chad Fogg | All MDL | 2/5/2025 | Completed |
| Cory Freivogel | All MDL | 2/6/2025 | Completed |
| Nairi Hourdajjian | All MDL | 2/7/2025 | Completed |
| Kate Parker | All MDL | 2/14/2025 | Completed |
| David Richter | All MDL | 2/24/2025 | Completed |
| Meghan Joyce | All MDL | 2/26/2025 | Completed |
| Jenny Luu | All MDL | 2/27/2025 | Completed |
| Kayla Whaling | All MDL | 2/28/2025 | Completed |
| Tracey Breeden | All MDL | 3/13/2025, 3/14/2025 | Completed |
| Carley Lake | All MDL | 3/20/2025, 3/21/2025 | Completed |
| Jordan Burke | All MDL | 3/20/2025, 3/21/2025 | Completed |
| Michael Sullivan | All MDL | 3/26/2025 | Completed |
| Gus Fuldner | All MDL | 3/26/2025, 3/27/2025, 4/29/2025 | Completed |
| Dennis Cinelli | All MDL | 3/28/2025 | Completed |
| Cassandra Hawk | All MDL | 4/8/2025 | Completed |
| Rachel Holt | All MDL | 4/9/2025 | Completed |
| Andrew Hasbun | All MDL | 4/10/2025, 4/11/2025 | Completed |
| Valerie Shuping | All MDL | 4/17/2025, 4/18/2025 | Completed |
| Roger Kaiser | All MDL | 4/22/2025 | Completed |
| Katy McDonald (30(b)(6)) | All MDL | 4/25/2025 | Completed |
| Brooke Anderson | All MDL | 5/5/2025, 5/6/2025 | Completed |
| Katy McDonald | All MDL | 5/7/2025 | Completed |
| Frank Chang | All MDL | 5/9/2025 | Completed |
| Bushra Faiz | All MDL | 5/13/2025 | Completed |
| Ryan Graves | All MDL | 5/13/2025 | Completed |
| Danielle Sheridan | All MDL | 5/15/2025, 5/16/2025 | Completed |
| Mike Akamine | All MDL | 5/19/2025, 5/20/2025 | Completed |
| Sachin Kansal | All MDL | 5/28/2025 | Completed |
| Pat Twomey | All MDL | 5/29/2025 | Completed |
| Cameron Poetzcher | All MDL | 6/4/2025 | Completed |
| Catherine Gibbons | All MDL | 6/5/2025 | Completed |
| Heather Childs Individual & (30(b)(6)) | All MDL & Wave 1 Case Specific | 6/5/2025 | Completed |
| Lizzie Ross (30(b)(6)) | All MDL | 6/11/2025, 6/12/2025 | Completed |
| L.L. | B.L. Case No. 3:24-cv-07940 | 6/12/2025 | Completed |
| M.M. | B.L. Case No. 3:24-cv-07940 | 6/13/2025 | Completed |
| Greg Brown (30(b)(6)) | All MDL | 6/17/2025 | Completed |
| Jill Hazelbaker | All MDL | 6/17/2025 | Completed |
| Ikechukwu R. Ogbu, MD | B.L. Case No. 3:24-cv-07940 | 6/19/2025 | Completed |
| S.C. | B.L. Case No. 3:24-cv-07940 | 6/19/2025 | Completed |
| A.L. | WHB 1876 Case No. 3:24-cv-05230 | 6/20/2025 | Completed |
| A.S. | WHB 1876 Case No. 3:24-cv-05230 | 6/23/2025 | Completed |
| D.T. | WHB 1876 Case No. 3:24-cv-05230 | 6/23/2025 | Completed |
| L.L. | B.L. Case No. 3:24-cv-07940 | 6/24/2025 | Completed |
| D.F.S. | J.D. Case No. 3:23-cv-06708 | 6/25/2025 | Completed |
| E.M. | LCHB128, Case No. 3:24-cv-07019 | 6/25/2025 | Completed |
| B.L. | B.L. Case No. 3:24-cv-07940 | 6/25/2025 | Completed |
| Joe Sullivan | All MDL | 6/25/2025 | Completed |
| Sunny Wong (30(b)(6)) | All MDL | 6/25/2025 | Completed |
| E.G. | J.D. Case No. 3:23-cv-06708 | 6/25/2025 | Completed |
| N.R. | J.D. Case No. 3:23-cv-06708 | 6/26/2025 | Completed |
| O.R. | J.D. Case No. 3:23-cv-06708 | 6/26/2025 | Completed |
| D.H. | B.L. Case No. 3:24-cv-07940 | 6/26/2025 | Completed |
| Andrew Colton | B.L. Case No. 3:24-cv-07940 | 6/26/2025 | Completed |
| Edith Fong | B.L. Case No. 3:24-cv-07940 | 6/27/2025 | Completed |
| H.S. | B.L. Case No. 3:24-cv-07940 | 6/27/2025 | Completed |
| J.D. | J.D. Case No. 3:23-cv-06708 | 6/27/2025 | Completed |
| B.F. | J.D. Case No. 3:23-cv-06708 | 6/30/2025 | Completed |
| J.P. | J.D. Case No. 3:23-cv-06708 | 6/30/2025 | Completed |
| Hannah Nilles (30(b)(6)) | All MDL | 6/30/2025 | Completed |
| Kate Classen | B.L. Case No. 3:24-cv-07940 | 6/30/2025 | Completed |
| P.L. | B.L. Case No. 3:24-cv-07940 | 7/1/2025 | Completed |
| A.R. | A.R. Case No. 3:24-cv-07821 | 7/1/2025 | Completed |
| Dara Khosrowshahi | All MDL | 7/1/2025 | Completed |
| B.S. | LCHB128, Case No. 3:24-cv-07019 | 7/2/2025 | Completed |
| Allison Cissna | Wave 1 Case Specific | 7/2/2025 | Completed |
| Travis Kalanick | All MDL | 7/3/2025 | Completed |
| M.M. | LCHB128, Case No. 3:24-cv-07019 | 7/3/2025 | Completed |
| R.S. | WHB 1876 Case No. 3:24-cv-05230 | 7/8/2025 | Completed |

| Name | Case(s) | Dep Date | Notes |
|---|---|---|---|
| **I.E.** | A.R. Case No. 3:24-cv-07821 | 7/8/2025 | Completed |
| **Dominea Lopez** | LCHB128, Case No. 3:24-cv-07019 | 7/9/2025 | Failed to Appear - New Date TBD |
| **E.M.** | A.R. Case No. 3:24-cv-07821 | 7/9/2025 | Completed |
| **Sergio Aguirre-Sanchez** | LCHB128, Case No. 3:24-cv-07019 | 7/10/2025 | Completed |
| **G.S.** | LCHB128, Case No. 3:24-cv-07019 | 7/10/2025 | Completed |
| **Hannah Nilles (30(b)(6))** | Wave 1 Case Specific | 7/10/2025 | Completed (still open, see below) |
| **J.M.** | A.R. Case No. 3:24-cv-07821 | 7/10/2025 | Completed |
| **Marissa Peterson** | Wave 1 Case Specific | 7/10/2025 | Completed |
| **Rick Earle** | Wave 1 Case Specific | 7/10/2025 | Completed |
| **B.M.** | WHB 832, Case No. 3:24-cv-04900 | 7/10/2025 | Completed |
| **Deepika L** | Wave 1 Case Specific | 7/11/2025 | Completed |
| **O.K.** | A.R. Case No. 3:24-cv-07821 | 7/11/2025 | Completed |
| **Todd Gaddis (30(b)(6))** | All MDL | 7/11/2025 | Completed |
| **H.R.** | A.R. Case No. 3:24-cv-07821 | 7/14/2025 | Completed |
| **S.R.** | A.R. Case No. 3:24-cv-07821 | 7/14/2025 | Completed |
| **Francisca Ogu** | B.L. Case No. 3:24-cv-07940 | 7/14/2025 | Completed |
| **Greg Brown (30(b)(6))** | Wave 1 Case Specific | 7/15/2025; 7/16/2025 | Completed (still open, see below) |
| **C.M.** | LCHB128, Case No. 3:24-cv-07019 | 7/15/2025 | Completed |
| **Mariana Esteves (30(b)(6))** | All MDL; Wave 1 Case Specific | 7/15/2025 | Completed (still open, see below) |
| **N.Y.** | WHB 832, Case No. 3:24-cv-04900 | 7/17/2025 | Completed |
| **S.M.** | J.D. Case No. 3:23-cv-06708 | 7/22/2025 | Confirmed |
| **Hannah Nilles (30(b)(6))** | All MDL | 7/23/2025 | Confirmed |
| **Sunny Wong (30(b)(6))** | Wave 1 Case Specific | 7/23/2025 | Confirmed |
| **Hassan Turay** | J.D. Case No. 3:23-cv-06708 | 7/23/2025 | Confirmed |
| **A.W.** | WHB 832, Case No. 3:24-cv-04900 | 7/23/2025 | Confirmed |
| **Jessica Weaver** | J.D. Case No. 3:23-cv-06708 | 7/24/2025 | Confirmed |
| **Officer Adam Cordova** | J.D. Case No. 3:23-cv-06708 | 7/25/2025 | Subpoena Date |
| **Sarita Molinar** | B.L. Case No. 3:24-cv-07940 | 7/25/2025 | Confirmed |
| **R.S.** | A.R. Case No. 3:24-cv-07821 | 7/25/2025; 7/28/2025 | Confirmed |
| **Greg Brown (30(b)(6))** | Wave 1 Case Specific | 7/29/2025; 7/30/2025 | Confirmed |
| **Sara Pickard, M.D** | A.R.2 | 7/30/2025 | Confirmed |
| **T.L.** | WHB 832, Case No. 3:24-cv-04900 | 7/31/2025 | Confirmed |
| **M.M.** | WHB 832, Case No. 3:24-cv-04900 | 8/7/2025 | Confirmed |
| **Hannah Nilles (30(b)(6))** | Wave 1 Case Specific | 8/7/2025 | Confirmed |
| **Mariana Esteves (30(b)(6))** | All MDL; Wave 1 Case Specific | 8/28/2025 | Confirmed |