KIRKLAND & ELLIS LLP
Jessica Davidson (*Admitted Pro Hac Vice*)
jessica.davidson@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Allison M. Brown (*Admitted Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
Facsimile: (215) 268-5001

Laura Vartain Horn (SBN 258485)
laura.vartain@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC
and RASIER-CA, LLC
[*Additional Counsel Listed on Following Pages*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor (via videoconference)<br>Date:       July 25, 2025<br>Time:       10:00 a.m. |

SHOOK HARDY & BACON LLP
Alycia Degen (SBN 211350)
adegen@shb.com
Michael B. Shortnacy (SBN 277035)
mshortnacy@shb.com
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

Patrick L. Oot, Jr. (*Admitted Pro Hac Vice*)
oot@shb.com
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

Christopher V. Cotton (*Admitted Pro Hac Vice*)
ccotton@shb.com
Maria Salcedo (*Admitted Pro Hac Vice*)
msalcedo@shb.com
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

O'MELVENY AND MYERS LLP
Sabrina H. Strong (SBN 200292)
sstrong@omm.com
Jonathan Schneller (SBN 291288)
jschneller@omm.com
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC
and RASIER-CA, LLC

GIRARD SHARP LLP
Sarah R. London
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

CHAFFIN LUHANA LLP
Roopal P. Luhana
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

PEIFFER WOLF CARR KANE CONWAY & WISE, LLP
Rachel B. Abrams (SBN 209316)
Adam B. Wolf (SBN 215914)
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

**JOINT CASE MANAGEMENT STATEMENT**

Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC (collectively, "Uber"), and Plaintiffs' Co-Lead Counsel (collectively referred to herein as "the Parties"), respectfully provide this Joint Case Management Conference Statement and Proposed Agenda in advance of the Case Management Conference scheduled for July 25, 2025.

**Proposed Agenda**

I.   Status of Case Filings

II.  General Discovery Updates

III. Substitute Bellwether Selections

IV.  Chart of Claims Remaining after PTO 26

V.   Jane Roe CL 68 Amended Complaint

VI.  Trial Order Briefs

VII. Case Schedule

VIII. Settlement / Mediation

IX.  Next Case Management Conference

I.   **STATUS OF CASE FILINGS**

   1.   **Number of MDL Case Filings**

As of July 22, 2025 there are 2,438 cases in this MDL, with approximately 145 new filings since the last case management conference.

   2.   **Status of JCCP**

There are approximately 621 cases pending in the JCCP. The previously scheduled trial date of July 7, 2025 for the first set of bellwether cases was continued to September 8, 2025. Transaction ID: 76372685.

   3.   **Other Cases and Proceedings**

Defendants have provided a current list of civil actions and government investigations arising from sexual assault on the Uber platform in which Uber is a defendant, attached as Exhibit A.

## II. GENERAL DISCOVERY UPDATES

The deadline for substantial completion of Trial Wave 1 case-specific fact discovery was on July 16, 2025. The parties continue to work to complete case-specific discovery, including depositions of third-party fact witnesses and Uber under Rule 30(b)(6). The parties are working through numerous issues that have arisen from 30(b)(6) depositions, including outstanding documents Plaintiffs have requested from Uber. The parties presented their views on procedures to resolve those issues to Judge Cisneros in the July 21, 2025 Joint Discovery Status Report. ECF 3529.

Currently pending before Judge Cisneros is Plaintiffs' motion to quash subpoenas Uber served on leadership firms seeking litigation-funding information. ECF 3402, 3538.

Since the last CMC, Judge Cisneros resolved disputes regarding (1) Plaintiffs' production of social media documents, ECF 3136, 3209, 3230; (2) Uber's production of case-specific documents and answers to case-specific interrogatories, ECF 3140, 3172, 3216; and (3) Uber's provision of the names and contact information for passengers who reported misconduct on the part of drivers at issue, ECF 3074, *motion for relief denied*, ECF 3479.

## III. SUBSTITUTE BELLWETHER SELECTIONS

In the Order on the Motion to Dismiss, the Court dismissed Wave 1 bellwether case WHB 1876. PTO 28. The Court ordered Plaintiffs to select a substitute bellwether case. Plaintiffs selected *L.S. v. Uber Technologies Inc.* No. 25-cv-03307 (N.D. Cal.). ECF 3543. The Court ordered Defendants to select a substitute Wave 1 case from the existing pool. Defendants selected WHB 318. ECF 3542. The parties will meet and confer on a schedule for discovery in this new Wave 1 case and submit a stipulation to the Court.

On July 23, 2025, the Court ordered that within a week, Uber may propose its own substitute Bellwether case that is not subject to a motion to dismiss at the pleading stage. ECF 3554.

## IV. CHART OF CLAIMS REMAINING AFTER PTO 28

The Court ordered the parties to file a chart identifying Plaintiffs' claims remaining after PTO 28. The chart is attached as Exhibit B.

**Defendants' Position**

Defendants also request that, in light of the Court's Order, Plaintiffs voluntarily dismiss WHB 407's common carrier claim under Georgia law. *See* PTO 28 at 32-33.

**Plaintiffs' Position**

As Plaintiffs explained in opposition to Uber's motion to dismiss, Plaintiff WHB 407 adequately pleads intentional-tort claims, which support common-carrier liability. *See* ECF 3002 at 32; PTO 28 at 33 n.29. Plaintiff WHB 407 declines to voluntarily dismiss her common-carrier claims.

## V. JANE ROE CL 68 AMENDED COMPLAINT

As the Court ordered in PTO 28, Plaintiff Jane Roe CL 68 filed an amended complaint in her individual docket (No. 24-cv-6669) on July 22, 2025.

## VI. TRIAL ORDER BRIEF

As required by PTO 21 as modified by stipulation, ECF 3057, the parties will file letter briefs on July 29, 2025, two weeks after PTO 29, concerning the order in which the Wave 1 bellwether cases should be tried. The parties welcome any thoughts the Court has on the order of trials in advance of filing briefs, including availability of trial dates in the jurisdictions to which three of the current Wave 1 cases will be transferred outside the Northern District of California.

## VII. CASE SCHEDULE

On February 21, 2025, the Court signed the parties' stipulation resetting relevant deadlines for answers under Rule 12(a)(4)(A) and for certain expert discovery set out in PTO 26 for the Wave 1 bellwether cases. ECF 3553.

## VIII. SETTLEMENT / MEDIATION

The parties continue to meet periodically to discuss the potential for resolution. On July 9, 2025, Uber and Estey and Bomberger, LLP ("Estey & Bomberger") advised the JCCP Court that they had reached a comprehensive settlement agreement to resolve the claims of Estey & Bomberger's clients, including those in MDL 3084 and JCCP 5188. On July 10, 2025, the JCCP 5188 court vacated the trial of the Estey & Bomberger bellwether case (Jane Doe EB 25) pending the implementation of the comprehensive agreement and full dismissal of that plaintiff's claims with prejudice. There are 102

Plaintiffs represented by Estey & Bomberger in the MDL, and the settlement includes an agreement to resolve those claims.

### IX. NEXT CASE MANAGEMENT CONFERENCE

The next case management conference is set for August 22, 2025 at 10:00am, via videoconference. ECF 1990.

DATED: July 23, 2025

KIRKLAND & ELLIS LLP

*/s/ Jessica Davidson*
Jessica Davidson (*Admitted Pro Hac Vice*)
jessica.davidson@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Allison M. Brown (*Admitted Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
Facsimile: (215) 268-5001

Laura Vartain Horn (SBN 258485)
laura.vartain@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

DATED: July 23, 2025

PEIFFER WOLF CARR KANE CONWAY & WISE, LLP

*/s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)
Adam B. Wolf (SBN 215914)
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

| | | |
|---|---|---|
| 1 | DATED: July 23, 2025 | CHAFFIN LUHANA LLP |
| 2 | | */s/ Roopal P. Luhana* |
| 3 | | Roopal P. Luhana<br>600 Third Avenue, Floor 12<br>New York, NY 10016 |
| 4 | | Telephone: (888) 480-1123<br>luhana@chaffinluhana.com |
| 6 | DATED: July 23, 2025 | GIRARD SHARP LLP |
| 7 | | */s/ Sarah R. London* |
| | | Sarah R. London<br>601 California St., Suite 1400 |
| 8 | | San Francisco, CA 94108 |
| 9 | | Telephone: (415) 981-4800<br>slondon@girardsharp.com |
| 10 | | *Co-Lead Counsel for Plaintiffs* |

**FILER'S ATTESTATION**

I, Laura Vartain Horn, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: July 23, 2025

/s/ *Laura Vartain Horn*
Laura Vartain Horn