# EXHIBIT B

## Uber – Remaining Bellwether Claims

Pursuant to Pretrial Order 28, ECF No. 3441, "Y" identifies Plaintiffs' remaining claims following Uber's Motion to Dismiss Plaintiffs' Amended Bellwether Complaints, ECF No. 2791.

| Plaintiff | State | Negligence (B) | Fraud (C) | Common-Carrier (E) | Respondeat Superior/ Apparent Agency (G.1 and G.2) | Ratification (G.3) | Product Liability (H) | Breach of Warranty/ Negligent Design Defect Claims (H) |
|---|---|---|---|---|---|---|---|---|
| *A.R.1* | PA | Y | | | | | Y (as to Gender Matching; App-Based Ride Recording; Age Gating) | |
| *A.R.2* | CA | Y | Y (as to Driver Notifications) | Y | Y | Y | Y (as to Gender Matching; App-Based Ride Recording; GPS Discrepancy) | |
| *B.L.* | CA | Y | | Y | Y | | Y (as to Gender Matching; App-Based Ride Recording; GPS Discrepancy) | |
| *C.L.* | VA/ MD | Y | Y (as to Driver Notifications) | Y | Y (as to Respondeat Superior) | Y | Y (as to Gender Matching; App-Based Ride Recording) | Y |
| *D.J.* | IN | Y | | | | | Y (as to Gender Matching; App-Based Ride Recording) | Y |
| *J.E.* | MI | Y | Y (as to Driver Notifications) | | | | Y (as to Gender Matching; App-Based Ride Recording) | Y |
| *Jane Doe QLF 0001* | TX | Y | | | | | Y (as to Gender Matching; App-Based Ride Recording) | |

| Plaintiff | State | Negligence (B) | Fraud (C) | Common-Carrier (E) | Respondeat Superior/ Apparent Agency (G.1 and G.2) | Ratification (G.3) | Product Liability (H) | Breach of Warranty/ Negligent Design Defect Claims (H) |
|---|---|---|---|---|---|---|---|---|
| *Jaylynn Dean* | AZ | Y | Y (as to Driver Notifications) | | Y | | Y (as to Gender Matching; App-Based Ride Recording; GPS Discrepancy) | |
| *K.E.* | TX | Y | | | | | Y (as to Gender Matching; App-Based Ride Recording; GPS Discrepancy) | |
| *Amanda Lazio* | IA | Y | | | | | Y (as to App-Based Ride Recording) | |
| *A.G.* | OR | Y | | | Y | | Y (as to App-Based Ride Recording) | |
| *LCHB128* | AZ | Y | Y (as to Driver Notifications) | | Y | | Y (as to Gender Matching; App-Based Ride Recording) | |
| *T.L.* | GA | Y | | Y | | | Y (as to Gender Matching; App-Based Ride Recording; GPS Discrepancy) | |
| *WHB 318* | NC | Y | | Y | | | Y (as to Gender Matching; App-Based Ride Recording) | Y |
| *WHB 407* | GA | | | Y | | | | |
| *WHB 823* | NC | Y | | Y | | | Y (as to App-Based Ride Recording) | Y |
| *WHB 1486* | TX | Y | | | | | Y (as to Gender Matching; App-Based Ride Recording) | |

| Plaintiff | State | Negligence (B) | Fraud (C) | Common-Carrier (E) | Respondeat Superior/ Apparent Agency (G.1 and G.2) | Ratification (G.3) | Product Liability (H) | Breach of Warranty/ Negligent Design Defect Claims (H) |
|---|---|---|---|---|---|---|---|---|
| *WHB 1876* | IL | | | | | | | |
| *WHB 1898* | MA | | | Y (as to Assault and False Imprison-ment) | | Y | | |
| *Jane Roe CL 68* | TX | Y | | | | | | |