ALLISON M. BROWN (Admitted Pro Hac Vice)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted Pro Hac Vice)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted Pro Hac Vice)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH THE COURT'S JULY 3, 2025 ORDER** |
| *Jane Doe LS 250 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-03995-CRB | Judge:   Hon. Charles R. Breyer<br>Courtroom:   6-17th Floor |
| *Jane Doe LS 353 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05401-CRB | |
| *Jane Doe LS 285 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05919-CRB | |
| *Jane Doe LS 330 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05160-CRB | |
| *Jane Doe LS 412 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05317-CRB | |

1  *Jane Doe LS 492 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05324-CRB
2
3  *Jane Doe LS 338 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05326-CRB
4
5  *Jane Doe LS 252 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05334-CRB
6
7  *Jane Doe LS 225 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05336-CRB
8
9  *Jane Doe LS 131 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05337-CRB
10 *Jane Doe LS 500 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05513-CRB
11
12 *Jane Doe LS 101 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05521-CRB
13
14 *Jane Doe LS 47 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05571-CRB
15 *Jane Doe LS 482 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05593-CRB
16
17 *Jane Doe LS 476 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05646-CRB
18
19 *Jane Doe LS 467 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05652-CRB
20
21 *Jane Doe LS 435 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05755-CRB
22 *Jane Doe LS 417 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05821-CRB
23
24 *Jane Doe LS 366 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05886-CRB
25
26 *Jane Doe LS 300 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05900-CRB
27 *Jane Doe LS 169 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05918-CRB
28

1   *Jane Doe LS 124 v. Uber Technologies, Inc., et al., No. 3:24-cv-05930-CRB*

2
3   *Jane Doe LS 132 v. Uber Technologies, Inc., et al., No. 3:24-cv-05934-CRB*

4
5   *Jane Doe LS 45 v. Uber Technologies, Inc., et al., No. 3:24-cv-05935-CRB*

6   *Jane Doe LS 243 v. Uber Technologies, Inc., et al., No. 3:24-cv-05939-CRB*

7
8   *Jane Doe LS 192 v. Uber Technologies, Inc., et al., No. 3:24-cv-05975-CRB*

9
10  *Jane Doe LS 5 v. Uber Technologies, Inc., et al., No. 3:24-cv-05976-CRB*

11  *Jane Doe LS 288 v. Uber Technologies, Inc., et al., No. 3:24-cv-05987-CRB*
12

13  *Jane Doe LS 160 v. Uber Technologies, Inc., et al., No. 3:24-cv-05996-CRB*

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS
NOT IN COMPLIANCE WITH THE COURT'S JULY 3, 2025 ORDER              Case No. 3:23-md-03084-CRB

# DECLARATION OF MICHAEL B. SHORTNACY

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Los Angeles, CA. I respectfully submit this declaration identifying the plaintiffs that are not in compliance with the Court's July 3, 2025 Order.

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, (collectively, "Uber"). I am a member in good standing of the Bars of the State of California, the State of New York, and the District of Columbia. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so.

3. On July 3, 2025, the Court ordered each Plaintiff subject to Uber's Motion to Dismiss Levin Simes Cases for Failure to Comply with Discovery Orders to provide a complete and verified Plaintiff Fact Sheet within 14 days of the Order. The Order therefore compelled compliance by each Plaintiff subject to the Order by July 17, 2025.

4. The Court also ordered counsel for Uber to submit a declaration within 21 days of the Order (*i.e.*, by July 24, 2025), identifying which, if any, Plaintiffs did not comply with the Court's Order.

5. On July 23, 2025, counsel for Uber reviewed MDL Centrality to determine which Plaintiffs subject to the Court's July 3, 2025 Order failed to provide a complete and verified Plaintiff Fact Sheet as ordered by the Court.

6. Based on counsel for Uber's review of MDL Centrality, the following Plaintiffs have failed to provide a complete and verified Plaintiff Fact Sheet by as ordered by the Court:

| Case Name | Case No. |
|---|---|
| *Jane Doe LS 250 v. Uber Technologies, Inc., et al.* | 3:23-cv-03995-CRB |
| *Jane Doe LS 353 v. Uber Technologies, Inc., et al.* | 3:23-cv-05401-CRB |
| *Jane Doe LS 285 v. Uber Technologies, Inc., et al.* | 3:23-cv-05919-CRB |
| *Jane Doe LS 330 v. Uber Technologies, Inc., et al.* | 3:24-cv-05160-CRB |
| *Jane Doe LS 412 v. Uber Technologies, Inc., et al.* | 3:24-cv-05317-CRB |

| Case Name | Case No. |
|---|---|
| *Jane Doe LS 492 v. Uber Technologies, Inc., et al.* | 3:24-cv-05324-CRB |
| *Jane Doe LS 338 v. Uber Technologies, Inc., et al.* | 3:24-cv-05326-CRB |
| *Jane Doe LS 252 v. Uber Technologies, Inc., et al.* | 3:24-cv-05334-CRB |
| *Jane Doe LS 225 v. Uber Technologies, Inc., et al.* | 3:24-cv-05336-CRB |
| *Jane Doe LS 131 v. Uber Technologies, Inc., et al.* | 3:24-cv-05337-CRB |
| *Jane Doe LS 500 v. Uber Technologies, Inc., et al.* | 3:24-cv-05513-CRB |
| *Jane Doe LS 101 v. Uber Technologies, Inc., et al.* | 3:24-cv-05521-CRB |
| *Jane Doe LS 47 v. Uber Technologies, Inc., et al.* | 3:24-cv-05571-CRB |
| *Jane Doe LS 482 v. Uber Technologies, Inc., et al.* | 3:24-cv-05593-CRB |
| *Jane Doe LS 476 v. Uber Technologies, Inc., et al.* | 3:24-cv-05646-CRB |
| *Jane Doe LS 467 v. Uber Technologies, Inc., et al.* | 3:24-cv-05652-CRB |
| *Jane Doe LS 435 v. Uber Technologies, Inc., et al.* | 3:24-cv-05755-CRB |
| *Jane Doe LS 417 v. Uber Technologies, Inc., et al.* | 3:24-cv-05821-CRB |
| *Jane Doe LS 366 v. Uber Technologies, Inc., et al.* | 3:24-cv-05886-CRB |
| *Jane Doe LS 300 v. Uber Technologies, Inc., et al.* | 3:24-cv-05900-CRB |
| *Jane Doe LS 169 v. Uber Technologies, Inc., et al.* | 3:24-cv-05918-CRB |
| *Jane Doe LS 124 v. Uber Technologies, Inc., et al.* | 3:24-cv-05930-CRB |
| *Jane Doe LS 132 v. Uber Technologies, Inc., et al.* | 3:24-cv-05934-CRB |
| *Jane Doe LS 45 v. Uber Technologies, Inc., et al.* | 3:24-cv-05935-CRB |
| *Jane Doe LS 243 v. Uber Technologies, Inc., et al.* | 3:24-cv-05939-CRB |
| *Jane Doe LS 192 v. Uber Technologies, Inc., et al.* | 3:24-cv-05975-CRB |
| *Jane Doe LS 5 v. Uber Technologies, Inc., et al.* | 3:24-cv-05976-CRB |
| *Jane Doe LS 288 v. Uber Technologies, Inc., et al.* | 3:24-cv-05987-CRB |
| *Jane Doe LS 160 v. Uber Technologies, Inc., et al.* | 3:24-cv-05996-CRB |

I declare under penalty of perjury that the foregoing is true and correct.

1 | Executed on July 24, 2025, in Los Angeles, California.

*/s/Michael B. Shortnacy*
Michael B. Shortnacy