# EXHIBIT A

| Case Caption | Case Number |
|---|---|
| JANE DOE EB 80 v. Uber Technologies, Inc. et al. | 3:25-cv-03456 |
| JANE DOE EB 70 v. Uber Technologies, Inc. et al. | 3:25-cv-0931 |
| JANE DOE EB 63 v. Uber Technologies, Inc. et al. | 3:25-CV-00064 |
| JANE DOE EB 76 v. Uber Technologies, Inc. et al. | 3:25-cv-02765 |
| JANE DOE EB 71 v. Uber Technologies, Inc. et al. | 3:25-CV-01935 |
| JANE DOE EB 9 v. Uber Technologies, Inc. et al. | 3:24-CV-05194 |
| JANE DOE EB 55 v. Uber Technologies, Inc. et al. | 3:24-cv-06926 |
| JANE DOE EB 3 v. Uber Technologies, Inc. et al. | 3:24-CV-05180 |
| Jailene Collard v. Uber Technologies, Inc. et al. | 3:25-cv-04567 |
| JANE DOE EB 45 v. Uber Technologies, Inc. et al. | 3:24-cv-05497 |
| JANE DOE EB 11 v. Uber Technologies, Inc. et al. | 3:24-CV-05199 |
| JANE DOE EB 46 v. Uber Technologies, Inc. et al | 3:24-cv-05502 |
| JANE DOE EB 12 v. Uber Technologies, Inc. et al. | 3:24-CV-05203 |
| JANE DOE EB 87 v. Uber Technologies, Inc. et al. | 3:25-cv-05079 |
| JANE DOE EB 89 v. Uber Technologies, Inc. et al. | 3:25-cv-05304 |
| JANE DOE EB 88 v. Uber Technologies, Inc. et al. | 3:25-cv-05086 |

| Case Caption | Case Number |
|---|---|
| JANE DOE EB 13 v. Uber Technologies, Inc. et al. | 3:24-CV-05208 |
| Natalie Erickson v. Uber Technologies, Inc. et al. | 3:24-cv-04695 |
| JOHN DOE EB 57 v. Uber Technologies, Inc. et al. | 3:24-cv-07072 |
| JANE DOE EB 74 v. Uber Technologies, Inc. et al. | 3:25-cv-02479 |
| JANE DOE EB 47 v. Uber Technologies, Inc. et al. | 3:24-cv-05505 |
| JANE DOE EB 6 v. Uber Technologies, Inc. et al. | 3:24-CV-05188 |
| JANE DOE EB 7 v. Uber Technologies, Inc. et al. | 3:24-CV-05189 |
| JANE DOE EB 48 v. Uber Technologies, Inc. et al. | 3:24-cv-05506 |
| JANE DOE EB 62 v. Uber Technologies, Inc. et al. | 3:24-cv-08458 |
| JANE DOE EB 14 v. Uber Technologies, Inc. et al. | 3:24-CV-05210 |
| JANE DOE EB 15 v. Uber Technologies, Inc. et al. | 3:24-CV-05212 |
| JANE DOE EB 61 v. Uber Technologies, Inc. et al. | 3:24-CV-07178 |
| JANE DOE EB 49 v. Uber Technologies, Inc. et al. | 3:24-cv-05507 |
| JANE DOE EB 16 v. Uber Technologies, Inc. et al. | 3:24-CV-05213 |

| Case Caption | Case Number |
|---|---|
| JANE DOE EB 17 v. Uber Technologies, Inc. et al. | 3:24-CV-05214 |
| JANE DOE EB 79 v. Uber Technologies, Inc. et al. | 3:25-cv-03311 |
| JANE DOE EB 28 v. Uber Technologies, Inc. et al. | 3:24-CV-05285 |
| Shalita Hunter v. Uber Technologies, Inc. et al. | 3:25-cv-02763 |
| JANE DOE EB 66 v. Uber Technologies, Inc. et al. | 3:25-cv-01273 |
| JANE DOE EB 18 v. Uber Technologies, Inc. et al. | 3:24-CV-05215 |
| JANE DOE EB 20 v. Uber Technologies, Inc. et al. | 3:24-CV-05221 |
| JANE DOE EB 90 v. Uber Technologies, Inc. et al. | 3:25-cv-05306 |
| JANE DOE EB 4 v. Uber Technologies, Inc. et al. | 3:24-CV-05185 |
| JANE DOE EB 81 v. Uber Technologies, Inc. et al. | 3:25-cv-03667 |
| JANE DOE EB 50 v. Uber Technologies, Inc. et al. | 3:24-cv-05510 |
| JANE DOE EB 75 v. Uber Technologies, Inc. et al. | 3:25-cv-02487 |
| JANE DOE EB 83 v. Uber Technologies, Inc. et al. | 3:25-cv-04173 |
| JANE DOE EB 23 v. Uber Technologies, Inc. et al. | 3:24-CV-05247 |

| Case Caption | Case Number |
|---|---|
| Keilsee Leisle v. Uber Technologies, Inc. et al. | 3:24-cv-04699 |
| JANE DOE EB 24 v. Uber Technologies, Inc. et al. | 3:24-CV-05253 |
| JANE DOE EB 25 v. Uber Technologies, Inc. et al. | 3:24-CV-05255 |
| JANE DOE EB 69 v. Uber Technologies, Inc. et al. | 3:25-cv-01468 |
| JANE DOE EB 58 v. Uber Technologies, Inc. et al. | 3:24-cv-07075 |
| JANE DOE EB 51 v. Uber Technologies, Inc. et al. | 3:24-cv-05512 |
| Cambrielle Macon v. Uber Technologies, Inc. et al. | 3:24-cv-05520 |
| JANE DOE EB 26 v. Uber Technologies, Inc. et al. | 3:24-CV-05266 |
| Rachael Markiewicz v. Uber Technologies, Inc. et al. | 3:24-CV-05271 |
| JANE DOE EB 27 v. Uber Technologies, Inc. et al. | 3:24-CV-05276 |
| JANE DOE EB 64 v. Uber Technologies, Inc. et al. | 3:25-CV-00667 |
| Alana McCormick v. Uber Technologies, Inc. et al. | 3:24-CV-05295 |
| JANE DOE EB 56 v. Uber Technologies, Inc. et al. | 3:24-cv-07068 |
| Antoinette Monaco v. Uber Technologies, Inc. et al. | 3:24-CV-05299 |
| JANE DOE EB 68 v. Uber Technologies, Inc. et al. | 3:25-cv-01466 |

| Case Caption | Case Number |
|---|---|
| JANE DOE EB 29 v. Uber Technologies, Inc. et al. | 3:24-CV-05309 |
| JANE DOE EB 60 v. Uber Technologies, Inc. et al. | 3:24-cv-07090 |
| JANE DOE EB 30 v. Uber Technologies, Inc. et al. | 3:24-CV-05313 |
| JANE DOE EB 73 v. Uber Technologies, Inc. et al. | 3:25-cv-02365 |
| JANE DOE EB 82 v. Uber Technologies, Inc. et al. | 3:25-cv-03674 |
| JANE DOE EB 31 v. Uber Technologies, Inc. et al. | 3:24-CV-05345 |
| JANE DOE EB 67 v. Uber Technologies, Inc. et al. | 3:25-cv-01458 |
| JANE DOE EB 78 v. Uber Technologies, Inc. et al. | 3:25-cv-03151 |
| JANE DOE EB 77 v. Uber Technologies, Inc. et al. | 3:25-cv-03146 |
| JANE DOE EB 32 v. Uber Technologies, Inc. et al. | 3:24-CV-05349 |
| JANE DOE EB 33 v. Uber Technologies, Inc. et al. | 3:24-CV-05350 |
| JANE DOE EB 91 v. Uber Technologies, Inc. et al. | 3:25-cv-05307 |
| JANE DOE EB 72 v. Uber Technologies, Inc. et al. | 3:25-cv-01939 |

| Case Caption | Case Number |
|---|---|
| JANE DOE EB 34 v. Uber Technologies, Inc. et al. | 3:24-CV-05353 |
| JANE DOE EB 35 v. Uber Technologies, Inc. et al. | 3:24-CV-05359 |
| JANE DOE EB 52 v. Uber Technologies, Inc. et al. | 3:24-cv-05514 |
| Aaliyah Seifullah v. Uber Technologies, Inc. et al. | 3:24-CV-05367 |
| JANE DOE EB 84 v. Uber Technologies, Inc. et al. | 3:25-cv-04176 |
| JANE DOE EB 36 v. Uber Technologies, Inc. et al. | 3:24-CV-05370 |
| JANE DOE EB 37 v. Uber Technologies, Inc. et al. | 3:24-CV-05374 |
| JANE DOE EB 38 v. Uber Technologies, Inc. et al. | 3:24-CV-05376 |
| JANE DOE EB 59 v. Uber Technologies, Inc. et al. | 3:24-cv-07076 |

| Case Caption | Case Number |
|---|---|
| JANE DOE EB 39 v. Uber Technologies, Inc. et al. | 3:24-CV-05378 |
| Rebekah Sprous v. Uber Technologies, Inc. et al. | 3:24-CV-05380 |
| Rachel Stevens v. Uber Technologies, Inc. et al. | 3:24-CV-05167 |
| JANE DOE EB 40 v. Uber Technologies, Inc. et al. | 3:24-CV-05382 |
| JANE DOE EB 65 v. Uber Technologies, Inc. et al. | 3:25-cv-01274 |
| Sideah Taylor v. Uber Technologies, Inc. et al. | 3:25-cv-01456 |
| JANE DOE EB 53 v. Uber Technologies, Inc. et al. | 3:24-cv-05518 |
| Maxine Tran v. Uber Technologies, Inc. et al. | 3:24-CV-05384 |
| Karilyn Trinidad v. Uber Technologies, Inc. et al. | 3:24-CV-05386 |
| JANE DOE EB 85 v. Uber Technologies, Inc. et al. | 3:25-cv-04180 |
| JANE DOE EB 41 v. Uber Technologies, Inc. et al. | 3:24-CV-05388 |

| Case Caption | Case Number |
|---|---|
| JANE DOE EB 21 v. Uber Technologies, Inc. et al. | 3:24-CV-05225 |
| JANE DOE EB 42 v. Uber Technologies, Inc. et al. | 3:24-CV-05389 |
| JANE DOE EB 43 v. Uber Technologies, Inc. et al. | 3:24-CV-05392 |
| JANE DOE EB 44 v. Uber Technologies, Inc. et al. | 3:24-CV-05395 |
| JANE DOE EB 86 v. Uber Technologies, Inc. et al. | 3:25-cv-04559 |
| Zina Willoughby v. Uber Technologies, Inc. et al. | 3:24-CV-05396 |
| Dayzi Wilmsmeyer v. Uber Technologies, Inc. et al. | 3:24-CV-05399 |
| JANE DOE EB 2 v. Uber Technologies, Inc. et al. | 3:23-CV-05870 |
| JANE DOE EB 54 v. Uber Technologies, Inc. et al. | 3:24-cv-05522 |
| JANE DOE EB 5 v. Uber Technologies, Inc. et al. | 3:24-CV-05186 |