1   RACHEL B. ABRAMS (Cal Bar No. 209316)
    ADAM B. WOLF (Cal Bar No. 215914)
2   **Peiffer Wolf Carr Kane Conway & Wise, LLP**
    555 Montgomery Street, Suite 820
3   San Francisco, CA 94111
    Telephone: 415.766.3544
4   Facsimile: 415.840.9435
    Email: rabrams@peifferwolf.com
5   Email: awolf@peifferwolf.com

6   TIFFANY R. ELLIS (*Admitted PHV*)
    **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7   15 E. Baltimore Ave.
    Detroit, MI 48202
8   Telephone: 313.210.1559
    Facsimile: 415.840.9435
9   Email: tellis@peifferwolf.com

10  *Counsel for Plaintiff*

11

12  **UNITED STATES DISTRICT COURT**
    **NORTHERN DISTRICT OF CALIFORNIA**
13  **SAN FRANCISCO DIVISION**

14  IN RE: UBER TECHNOLOGIES, INC.,      ) No. 3:23-md-03084-CRB
    PASSENGER SEXUAL ASSAULT             )
15  LITIGATION                           ) **NOTICE OF FILING OF NEW ACTION**
                                         )
16                                       )
                                         )
17  _____     )
                                         )
18  *This document relates to:*          )
                                         )
19  *M.W. v. UBER TECHNOLOGIES, INC., et* )
    *al., 3:25-cv-06173-CRB*             )
20                                       )
                                         )
21                                       )
                                         )
22

23          Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

24  with Jury Demand in the above-referenced action was filed on July 23, 2025.

25  ///

26  ///

27  ///

28

1    Dated: July 25, 2025                    Respectfully submitted,

2                                            By: */s/ Rachel B. Abrams*
                                             RACHEL B. ABRAMS (Cal Bar No. 209316)
3                                            ADAM B. WOLF (Cal Bar No. 215914)
4                                            **Peiffer Wolf Carr Kane Conway & Wise, LLP**
                                             555 Montgomery Street, Suite 820
5                                            San Francisco, CA 94111
                                             Telephone: 415.766.3544
6                                            Facsimile: 415.840.9435
                                             Email: rabrams@peifferwolf.com
7                                                   awolf@peifferwolf.com
8                                            TIFFANY R. ELLIS (*Admitted PHV*)
9                                            **Peiffer Wolf Carr Kane Conway & Wise, LLP**
                                             15 E. Baltimore Ave.
10                                           Detroit, MI 48202
                                             Telephone: 313.210.1559
11                                           Facsimile: 415.840.9435
                                             Email: tellis@peifferwolf.com
12
                                             *Counsel for Plaintiff*
13

14

15                      <u>**CERTIFICATE OF SERVICE**</u>

16        I hereby certify that on July 25, 2025, I electronically transmitted the foregoing **NOTICE**

17   **OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing

18   thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

19

20                                           */s/ Rachel B. Abrams*
                                             Rachel B. Abrams
21

22

23

24

25

26

27

28