OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

| **Date:** July 25, 2025 | **Time:** 11:05-11:46 | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 23-md-03084-CRB | **Case Name:** In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation | |

**Attorneys for Plaintiff:** Roopal Luhana, Sarah London, Rachel Abrams, Sara Peters, Meredith Drukker Stratigopoulos
**Attorneys for Defendant:** Christopher Cox, Laura Vartain, Michael Vives, Michael Shortnacy

**Deputy Clerk:** Brenda Lopez          **Court Reporter:** Marla Knox

**ZOOM WEBINAR PROCEEDINGS**

Discovery Status Conference – Held

**SUMMARY**

The Court addressed the parties' [3539] Joint Status Report. Parties discussed with the Court setting a schedule for document production and raising disputes with the Court before depositions. The Court suggested that document production be completed three business days before a deposition, and parties file a letter brief with any disputes two business days in advance of the deposition. Parties shall meet and confer regarding Greg Brown's deposition date, the deposition schedule overall, and the schedule for document production and the presentation of disputes in advance of depositions. Parties complete their meet and confer and shall file a stipulation or joint discovery letter by 7/30/2025. The Court will issue an order on the timing of document production and disputes after parties have met and conferred. Parties continue to discuss other issues in their status report and will file a letter brief if needed.

If parties file a letter brief on 7/31/2025 in response to the order issued on 7/24/2025 regarding an error by Uber in discovery for the B.L. bellwether case, the hearing will be held on 8/1/2025 at 11:30 am by Zoom Webinar.