LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
SARA M. PETERS (State Bar #260610)
speters@walkuplawoffice.com
MARTIN P. NEIRA (State Bar #333895)
mneira@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,<br><br>This Document Relates to:<br><br>C.B.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 3:24-cv-09049-CRB<br><br>**DECLARATION OF SARA M. PETERS RE: SERVICE OF ORDER ON MOTION TO WITHDRAW** |

I, Sara M. Peters, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Walkup, Melodia, Kelly & Schoenberger, attorneys of record for Plaintiff C.B.. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I make this declaration regarding the Service of Order on Motion to Withdraw.

2. On July 21, 2025, the Court issued an Order Granting Motions to Withdraw in this matter and two others. The Order instructed Plaintiff's counsel to

1 provide a copy of the order to their respective Plaintiffs and file a declaration within
2 7 days of the ruling explaining how they did so.

3     3.    Plaintiff's counsel provided a copy of the order to C.B. via email on July
4 23, 2025.

5     4.    A true and correct copy of the email to Plaintiff C.B. (with plaintiff's
6 name and email address redacted) is attached hereto as Exhibit 1.

7     I declare under penalty of perjury under the laws of the United States of
8 America that the foregoing is true and correct to the best of my knowledge.

9     Executed on this 28th day of July, 2025, at San Francisco, California.

/s/ Sara M. Peters
Sara M. Peters

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
DECLARATION OF SARA M. PETERS RE: SERVICE OF ORDER ON MOTION TO WITHDRAW - CASE NO. 3:24-cv-09049-CRB