# EXHIBIT 1

| | |
|---|---|
| **From:** | Courtney Megino |
| **To:** | |
| **Cc:** | Owen Stephens; Lily Connors |
| **Subject:** | C.B. v. Uber Technologies, Case No. 3:24-cv-09049-CRB |
| **Date:** | Wednesday, July 23, 2025 3:45:01 PM |
| **Attachments:** | courtneymegino11152024_1571973f-facb-4933-8978-6ec22b1d9ced.png <br> DN 06 Order Granting Motion to Withdraw.pdf |

Dear Ms. B███,

Enclosed please find the Court Order granting our motion to withdraw as your counsel in the above matter. Please note the 28-day timeframe you have to file a notice to pursue your own action.

Thank you.

Best,
Courtney Megino

Courtney Megino
Legal Assistant to Sara M. Peters, Esq.
and Ian A. Head, Esq.



415-981-7210            650 California Street, 26th Fl.
walkuplawoffice.com     San Francisco, CA 94108

  

Case 3:24-cv-09049-CRB Document 3568-1 Filed 07/21/25 Page 1 of 3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 |
| This Order Relates To: <br><br> C.B. v. Uber Technologies, Inc., Case No. 3:24-cv-09049-CRB <br><br> D.J. v. Uber Technologies, Inc., Case No. 3:24-cv-09050-CRB <br><br> L.G. v. Uber Technologies, Inc., Case No. 3:24-cv-09036-CRB | **ORDER GRANTING MOTIONS TO WITHDRAW** <br><br> Re: Dkt. Nos. 3492, 3494, 3507 |

Plaintiffs' counsels' motions to withdraw in the above-captioned matters are granted. Within 28 days of this order, the plaintiffs shall file a notice indicating whether they intend to pursue their action with new counsel or representing themselves. If the plaintiffs do not file that notice, the Court will dismiss this case without prejudice (meaning the plaintiffs might be able to refile the case later if they wish).

Plaintiffs' counsels shall provide a copy of this order to their respective plaintiffs, and file a declaration within 7 days of this ruling explaining how they did so.

**IT IS SO ORDERED.**

Dated: July 21, 2025



CHARLES R. BREYER
United States District Judge