# EXHIBIT 1

 WALKUP, MELODIA
KELLY + SCHOENBERGER

Courtney Megino
cmegino@walkuplawoffice.com

July 24, 2025

**Via First Class Mail**



     **Re:**   *D.J. v. Uber Technologies, Inc.*

Dear Ms. J███:

     Enclosed please find the Court Order granting our motion to withdraw as your counsel in the above matter. Please note the 28-day timeframe you have to file a notice to pursue your own action.

     Thank you.

                  Very truly yours,

                  COURTNEY MEGINO
                  Legal Assistant to Sara Peters

cm\CM
Enclosure

1

2

3

4

5                 IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   IN RE: UBER TECHNOLOGIES, INC.,          MDL No. 3084
    PASSENGER SEXUAL ASSAULT
9   LITIGATION
                                             _____/
10                                            **ORDER GRANTING MOTIONS TO**
                                              **WITHDRAW**
11  This Order Relates To:
                                             Re: Dkt. Nos. 3492, 3494, 3507
12  C.B. v. Uber Technologies, Inc.,
    Case No. 3:24-cv-09049-CRB
13
14  D.J. v. Uber Technologies, Inc.,
    Case No. 3:24-cv-09050-CRB
15
16  L.G. v. Uber Technologies, Inc.,
    Case No. 3:24-cv-09036-CRB
17

18

19        Plaintiffs' counsels' motions to withdraw in the above-captioned matters are

20  granted.  Within 28 days of this order, the plaintiffs shall file a notice indicating whether

21  they intend to pursue their action with new counsel or representing themselves.  If the

22  plaintiffs do not file that notice, the Court will dismiss this case without prejudice

23  (meaning the plaintiffs might be able to refile the case later if they wish).

24        Plaintiffs' counsels shall provide a copy of this order to their respective plaintiffs,

25  and file a declaration within 7 days of this ruling explaining how they did so.

26        **IT IS SO ORDERED.**

27        Dated: July 21, 2025



28                                            CHARLES R. BREYER
                                             United States District Judge

United States District Court
Northern District of California