# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *T.B., an individual  v.*<br>***UBER TECHNOLOGIES,***<br>***INC., et  al.***<br>**Case  No.: 3:25-cv-** | |

Notice    is    hereby    given    pursuant    to    Pretrial    Order    No.    6    (Direct Filing) that  the  Complaint  with  Jury  Demand  in  the  above-referenced  action  was  filed  on July 29, 2025.

Dated: July 29, 2025.

Respectfully submitted,

By: */s/ D. Douglas Grubbs*
D. DOUGLAS GRUBBS (TX Bar No. 24065339)
ADAM K. PULASKI (TX Bar No. 16385800)
**PULASKI KHERKHER, PLLC.**
2925 Richmond Ave., Suite 1725
Houston, TX 77098
Telephone: 713.664.4555
Facsimile: 713.664.7543
Email: dgrubbs@pulaskilawfirm.com
Email: adam@pulaskilawfirm.com

*Counsel for Plaintiff*

NOTICE OF FILING OF NEW ACTION

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2025, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants registered to receive service in this matter.

*/s/ D. Douglas Grubbs*
D. Douglas Grubbs

NOTICE OF FILING OF NEW ACTION