Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)

Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Uber*

UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' MOTION FOR ENTRY OF TWO ORDERS RELATED TO RECEIPTS AND ACCOMPANYING DOCUMENTS**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

**DEFENDANTS' STATEMENT IN SUPPORT OF SEALING CONFIDENTIAL MATERIALS**

Under Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Uber" or "Defendants") hereby move this Court for an order to seal the personal identifying information ("PII") contained in its Motion for Entry of (1) an Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed with Prejudice and (2) a Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, including all attached exhibits and declarations (altogether, the "Motion") and the accompanying Declaration of Brett D. Harrison and FTI Consulting, Inc. (the "FTI Declaration). The Motion and FTI Declaration contains PII from materials produced by both Uber and Plaintiffs. The Motion and FTI Declaration is attached as Exhibit A, filed concurrently to this Administrative Motion.

A party seeking to seal a judicial record bears the burden of establishing that "compelling reasons" support that request. *Kamakana v. City and Cnty. of Honolulu,* 447 F.3d 1172, 1178–79 (9th Cir.2006). Specifically, that party must "articulate[] compelling reasons supported by specific factual findings … that outweigh the general history of access and the public policies favoring disclosure [of court records], such as the public interest in understanding the judicial process." *Kamakana,* 447 F.3d at 1178–79 (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). "In turn, the [C]ourt must 'conscientiously balance[ ] the competing interests' of the public and the party who seeks to keep certain judicial records secret." *Id.* (quoting *Foltz*, 331 F.3d at 1135).

Assessment of the public and private interests implicated here warrant sealing this information. Local Rule 79-5(c)(1)(i). Uber in particular seeks to seal the names of Plaintiffs, drivers, and other non-parties contained throughout the Motion and FTI Declaration, as well as home and other addresses,[1] contact information such as phone numbers and email addresses, and financial information. Courts have found that such information "is sealable under the compelling reasons standard." *See, e.g.*, *Kumandan v. Google LLC*, No. 19-CV-04286-BLF, 2022 WL 17971633, at *1–2 (N.D. Cal. Nov. 17, 2022). That is

---

[1] Uber proposes redacting all addresses, because Uber is not able to assess which addresses are potentially personally identifying.

because such information is "not relevant to any of the issues in this litigation, nor would the public have any real interest in its disclosure." *O'Connor v. Uber Techs., Inc.*, No. C-13-3826 EMC, 2015 WL 355496, at *3 (N.D. Cal. Jan. 27, 2015). On the other hand, the public disclosure of the PII contained within the Motion and FTI Declaration could cause significant and avoidable harm or embarrassment to the affected individuals. Moreover, no less restrictive alternative to sealing the PII in the Motion and FTI Declaration is sufficient. Local Rule 79-5(c)(1)(iii). Uber's request is narrowly tailored to seal only the PII while ensuring that the public retains access to the rest of the Motion and FTI Declaration. This Court may therefore "appropriately balance[]" the privacy interests of the affected individuals with the public's right to access by allowing redaction of all such PII in the Motion. *O'Connor*, 2015 WL 355496, at *2.

## CONCLUSION

For the foregoing reasons, Uber respectfully requests this Court grant the administrative motion to seal the personal identifying information, specifically the names, addresses, contact information, and financial information, contained in the Motion and FTI Declaration.

DATED: July 30, 2025                                   Respectfully submitted,

                                                       */s/ Laura Vartain Horn*
                                                       Laura Vartain Horn (SBN 258485)
                                                       **KIRKLAND & ELLIS LLP**
                                                       555 California Street, Suite 2700
                                                       San Francisco, CA 94104
                                                       Telephone: (415) 439-1625
                                                       laura.vartain@kirkland.com

                                                       Jessica Davidson (Admitted *Pro Hac Vice*)
                                                       Christopher D. Cox (Admitted *Pro Hac Vice*)
                                                       **KIRKLAND & ELLIS LLP**
                                                       601 Lexington Avenue
                                                       New York, NY 10022
                                                       Telephone: (212) 446-4800
                                                       jessica.davidson@kirkland.com
                                                       christopher.cox@kirkland.com

                                                       Allison M. Brown (Admitted *Pro Hac Vice*)
                                                       **KIRKLAND & ELLIS LLP**
                                                       2005 Market Street, Suite 1000
                                                       Philadelphia, PA 19103
                                                       Telephone: (215) 268-5000
                                                       alli.brown@kirkland.com

                                                       SABRINA H. STRONG (SBN: 200292)
                                                       sstrong@omm.com
                                                       JONATHAN SCHNELLER (SBN: 291288)
                                                       jschneller@omm.com
                                                       **O'MELVENY & MYERS LLP**
                                                       400 South Hope Street, 19th Floor
                                                       Los Angeles, CA 90071
                                                       Telephone: (213) 430-6000
                                                       Facsimile: (213) 430-6407

                                                       PATRICK L. OOT, JR. (*Pro Hac Vice*)
                                                       oot@shb.com
                                                       **SHOOK, HARDY & BACON, LLP**
                                                       1800 K Street NW, 10th Floor
                                                       Washington, DC 20006
                                                       Telephone: (202) 783-8400
                                                       Facsimile: (202) 783-4211

                                                       ALYCIA A. DEGEN (SBN: 211350)

                                                       3

adegen@shb.com
MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON, LLP**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

CHRISTOPHER V. COTTON (*Pro Hac Vice*) ccotton@shb.com
**SHOOK, HARDY & BACON, LLP**
255 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*Attorneys for Uber*
UBER TECHNOLOGIES, INC.,
RASIER,LLC, And RASIER-CA, LLC