Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF KRISTEN FOURNIER IN SUPPORT OF UBER'S ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' MOTION FOR ENTRY OF TWO ORDERS RELATED TO RECEIPTS AND ACCOMPANYING DOCUMENTS** |
| This Document Relates to:<br><br>ALL ACTIONS | |
| | Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

I, Kristen Renee Fournier, state as follows:

1.  I am an attorney at Kirkland & Ellis L.L.P., counsel of record for Defendants Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC (collectively, "Uber" or "Defendants").  I offer this Declaration in the above-captioned matter in support of Uber's Administrative Motion to Seal Personal Identifying Information Contained in Defendants' Motion for Entry of Two Orders Related to Receipts and Accompanying Documents.

2.  In connection with a July 30, 2025 meet and confer that was held with the Nachawati and Chaffin Luhana firms, I raised the issue of sealing personally identifying information ("PII").  Counsel indicated that they did not oppose sealing PII, including counsel from Chaffin Luhana who serves as part of plaintiffs' leadership in this matter.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 30th day of July, 2025, at New York, New York.

/s/ Kristen Renee Fournier
Kristen Renee Fournier