# Exhibit 1

Steve Schulte (TX SBN 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, TX 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712
schulte@ntrial.com
jraggio@ntrial.com
afurness@ntrial.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB  **DECLARATION OF STEVEN S. SCHULTE IN SUPPORT OF THE NACHAWATI PLAINTIFFS' RESPONSE TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS** |
| This Document Relates to:  *T.W. v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 00559-CRB  *P.K. v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 00572-CRB | Date: August 22, 2025  Time: 10:00 a.m.  Courtroom: 6 – 17th Floor |

1

DECL. OF STEVEN S. SCHULTE TO NACHAWATI PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER        Case No. 3:23-md-03084-CRB

# DECLARATION OF STEVEN S. SCHULTE

I, Steven S. Schulte, declare pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm of Nachawati Law Group, representing several plaintiffs, including T.W. and P.K., in MDL 3084. I am a member in good standing of the State Bar of Texas. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2. This declaration is made in support of the Nachawati Plaintiffs' Response to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss (ECF No. 3493).

3. Attached to this declaration as **Exhibit A** is a true and correct copy of the Plaintiff Information screen from MDL Centrality for Plaintiff ID 1360. The date of birth is redacted.

4. Attached to this declaration as **Exhibit B** is a true and correct copy of the Plaintiff Information screen from MDL Centrality for Plaintiff ID 1361. The date of birth is redacted.

5. Attached to this declaration as **Exhibit C** is a true and correct copy of a Defendants' Delinquency Notice dated May 29, 2025.

6. Attached to this declaration as **Exhibit D** is a true and correct copy of the Plaintiff Information screen from MDL Centrality for Plaintiff ID 1212. The date of birth and plaintiff's name where it appears in the documents table are redacted.

7. Attached to this declaration as **Exhibit E** is a true and correct copy Plaintiff Information screen from MDL Centrality for Plaintiff ID 1220. The date of birth is redacted.

8. Attached to this declaration as **Exhibit F** is a true and copy of the relevant excerpted data from "Removal Request Report – Uber Technologies, Inc., Passenger Sexual Assault Litigation (As of 7/28/2025)", a spreadsheet downloaded from MDL Centrality.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 28, 2025 in Dallas, Texas.

**NACHAWATI LAW GROUP**

*/s/ Steven S. Schulte*
Steve Schulte (TX SBN 24051306)

2

DECL. OF STEVEN S. SCHULTE TO NACHAWATI PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER    Case No. 3:23-md-03084-CRB