# Exhibit A



| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 127638 | PFS Deficiency Notice | 07/13/2025 | Plettner, Mark | 07/13/2025 | |
| 38506 | Plaintiff Verification of PFS - Amended Plaintiff Verification of PFS | 12/12/2024 | Raggio, John | 12/12/2024 | Request Removal Approval |
| 38487 | Second Amended Plaintiff Fact Sheet | 12/12/2024 | Raggio, John | 12/12/2024 | |
| 36849 | Plaintiff Verification of PFS - Amended PFS Verification | 12/11/2024 | Raggio, John | 12/11/2024 | Request Removal Approval |
| 14846 | First Amended Plaintiff Fact Sheet | 07/16/2024 | Raggio, John | 07/16/2024 | |
| 12451 | Deficiency Notice - Upload - 2024.06.21 PFS Deficiency Notice, MDLC ID 1360 | 06/21/2024 | Tsalikis, Alexandra | 06/21/2024 | |
| 2644 | Plaintiff Verification of PFS | 05/29/2024 | Raggio, John | 05/29/2024 | Request Removal Approval |
| 2623 | Plaintiff Fact Sheet | 05/29/2024 | Raggio, John | 05/29/2024 | |

Showing 1 to 9 of 9 entries

Previous | 1 | Next

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.