# Exhibit B



# Uber Technologies, Inc., Passenger Sexual Assault Litigation

🔊 MDL Centrality

☰                                                                                                    👤 My Account ▾

◀◀ Return

## Plaintiff Information

✏ Edit

**Plaintiff ID:** 1361                                          **Date of Birth:** ▇▇▇▇▇
**Name:** JANE DOE TW                                **Law Firm:** Nachawati Law Group
**Case Number:** 24-CV-00559

🗑 Request Deactivation

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

| 1. Uber Ride Information Form  [Submitted]                                                                                          + |
| 2. Plaintiff Fact Sheet  [Submitted]                                                                                                + |

## Documents

Upload ⬆

Filter: [ ALL ▾ ]                                                                                                         Produce

Show [ 20 ▾ ] entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|

Registering Plaintiffs
If you require further assistance, contact us at Uber@browngreer.com or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 127410 | PFS Deficiency Notice | 07/10/2025 | Plettner, Mark | 07/10/2025 | |
| 104936 | Notice of Deficient Ride Receipt or Ride Information Form | 06/13/2025 | Admin, System | 06/13/2025 | |
| 58569 | Defendant Fact Sheet | 02/01/2025 | Lee, Isamu | 02/01/2025 | |
| 45100 | Uber Ride Information Form | 01/16/2025 | Raggio, John | 01/16/2025 | |
| 38507 | Plaintiff Verification of PFS - Amended Plaintiff Verification of PFS | 12/12/2024 | Raggio, John | 12/12/2024 | Request Removal Approval |
| 38491 | Second Amended Plaintiff Fact Sheet | 12/12/2024 | Raggio, John | 12/12/2024 | |
| 36858 | Plaintiff Verification of PFS - Amended Plaintiff Verification of PFS | 12/11/2024 | Raggio, John | 12/11/2024 | Request Removal Approval |
| 14847 | First Amended Plaintiff Fact Sheet | 07/16/2024 | Raggio, John | 07/16/2024 | |
| 12453 | Deficiency Notice - Upload - 2024.06.21 PFS Deficiency Notice, MDLC ID 1361 | 06/21/2024 | Tsalikis, Alexandra | 06/21/2024 | |
| 2646 | Plaintiff Verification of PFS | 05/29/2024 | Raggio, John | 05/29/2024 | Request Removal Approval |
| 2645 | Health Insurance Record Authorization | 05/29/2024 | Raggio, John | 05/29/2024 | Request Removal Approval |
| 2624 | Plaintiff Fact Sheet | 05/29/2024 | Raggio, John | 05/29/2024 | |

Showing 1 to 13 of 13 entries

Previous | 1 | Next

**Registering Plaintiffs**
If you require further assistance, contact us at Uber@browngreer.com or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.