# Exhibit C



May 29, 2025

Brandon J. Hoerl

**VIA MDL CENTRALITY**

2555 Grand Blvd.
Kansas City, Missouri 64108
**t** 816.474.6550
**dd** 816.559.2009
**f** 816.421.5547
bhoerl@shb.com

**Re:   MDL 3084 - Notice of Overdue Plaintiff Fact Sheet**

Counsel,

Pursuant to Pretrial Order No. 10 issued by Judge Breyer on March 19, 2024 ("PTO 10"), we write on behalf of our client, Uber Technologies, Inc. ("Uber"), regarding overdue Plaintiff Fact Sheets ("PFSs").

PTO 10 requires that all plaintiffs whose cases are filed, transferred or removed to the MDL to submit a PFS (and associated documents) and execute applicable authorizations within 30 days of said filing, transfer or removal. The plaintiffs identified in the table below have failed to submit a PFS to MDL Centrality. Should the plaintiffs identified in the table below fail to submit a PFS within 30 days of the date of this letter, Uber intends to move for their dismissal and reserves the right to seek dismissals. If you believe any plaintiffs were included on the below table in error, please advise as soon as possible.

| MDL C ID | Plaintiff Identifier | Case No. | Final PFS Due Date | No. of Days |
|---|---|---|---|---|
| 2852 | A.J. (3) | 3:25-cv-01096 | 3/5/2025 | 85 |
| 1778 | Jane Roe CL 16 | 3:24-cv-04837 | 12/20/2024 | 160 |
| 2082 | Jane Roe CL 24 | 3:24-cv-05536 | 12/20/2024 | 160 |
| 2093 | Jane Roe CL 34 | 3:24-cv-05696 | 12/20/2024 | 160 |
| 2095 | Jane Roe CL 36 | 3:24-cv-05720 | 12/20/2024 | 160 |
| 2103 | Jane Roe CL 42 | 3:24-cv-05740 | 12/20/2024 | 160 |
| 2104 | Jane Roe CL 43 | 3:24-cv-05741 | 12/20/2024 | 160 |
| 2110 | Jane Roe CL 48 | 3:24-cv-05810 | 12/20/2024 | 160 |
| 2115 | Jane Roe CL 53 | 3:24-cv-05831 | 12/20/2024 | 160 |
| 2118 | Jane Roe CL 56 | 3:24-cv-05837 | 12/20/2024 | 160 |

ATLANTA | BOSTON | CHICAGO | DENVER | HARTFORD | HOUSTON | KANSAS CITY | LOS ANGELES | MIAMI | NEW YORK | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | ST. LOUIS | TAMPA | WASHINGTON, D.C.

Shook Hardy & Bacon International LLP is a limited liability partnership registered in England and Wales (registered number OC303304) and is authorised and regulated by the Solicitors Regulation Authority (SRA number 371191). A full list of members' names and their professional qualifications may be inspected at our registered office, Tower 42, 25 Old Broad Street, London EC2N 1HQ. Vat Number: GB80228674.



| | | | | |
|---|---|---|---|---|
| 2492 | Jane Roe CL 65 | 3:24-cv-06189 | 12/20/2024 | 160 |
| 2682 | Jane Roe CL 78 | 3:24-cv-07584 | 12/1/2024 | 179 |
| 2703 | Jane Roe CL 82 | 3:24-cv-08522 | 12/26/2024 | 154 |
| 2705 | Jane Roe CL 84 | 3:24-cv-08526 | 12/26/2024 | 154 |
| 2713 | Jane Roe CL 85 | 3:24-cv-08754 | 1/4/2025 | 145 |
| 2779 | Jane Roe CL 89 | 3:24-cv-09200 | 1/17/2025 | 132 |
| 2780 | Jane Roe CL 90 | 3:24-cv-09201 | 1/17/2025 | 132 |
| 2827 | Jane Roe CL 95 | 3:25-cv-00399 | 2/9/2025 | 109 |
| 2828 | Jane Roe CL 96 | 3:25-cv-00463 | 2/13/2025 | 105 |
| 2829 | Jane Roe CL 97 | 3:25-cv-00464 | 2/13/2025 | 105 |
| 2831 | Jane Roe CL 99 | 3:25-cv-00855 | 2/23/2025 | 95 |
| 2832 | Jane Roe CL 100 | 3:25-cv-00856 | 2/23/2025 | 95 |
| 3254 | Jane Roe CL 111 | 3:25-cv-01654 | 3/19/2025 | 71 |
| 1122 | Jane Doe LS 250 | 3:23-cv-03995 | 12/16/2024 | 164 |
| 2284 | Jane Doe LS 330 | 3:24-cv-05160 | 12/16/2024 | 164 |
| 2382 | Jane Doe LS 412 | 3:24-cv-05317 | 12/16/2024 | 164 |
| 2319 | Jane Doe LS 492 | 3:24-cv-05324 | 12/16/2024 | 164 |
| 2400 | Jane Doe LS 338 | 3:24-cv-05326 | 12/16/2024 | 164 |
| 2283 | Jane Doe LS 252 | 3:24-cv-05334 | 12/16/2024 | 164 |
| 2528 | Jane Doe LS 225 | 3:24-cv-05336 | 12/16/2024 | 164 |
| 2530 | Jane Doe LS 131 | 3:24-cv-05337 | 12/16/2024 | 164 |
| 2511 | Jane Doe LS 281 | 3:24-cv-05430 | 12/16/2024 | 164 |
| 2313 | Jane Doe LS 507 | 3:24-cv-05509 | 12/16/2024 | 164 |
| 2469 | Jane Doe LS 500 | 3:24-cv-05513 | 12/16/2024 | 164 |
| 2539 | Jane Doe LS 101 | 3:24-cv-05521 | 12/16/2024 | 164 |
| 2298 | Jane Doe LS 506 | 3:24-cv-05531 | 12/16/2024 | 164 |
| 2386 | Jane Doe LS 473 | 3:24-cv-05544 | 12/16/2024 | 164 |
| 2390 | Jane Doe LS 47 | 3:24-cv-05571 | 12/16/2024 | 164 |
| 2291 | Jane Doe LS 482 | 3:24-cv-05593 | 12/16/2024 | 164 |
| 2416 | Jane Doe LS 476 | 3:24-cv-05646 | 12/16/2024 | 164 |
| 2299 | Jane Doe LS 467 | 3:24-cv-05652 | 12/16/2024 | 164 |
| 2341 | Jane Doe LS 509 | 3:24-cv-05662 | 12/16/2024 | 164 |
| 2334 | Jane Doe LS 449 | 3:24-cv-05689 | 12/16/2024 | 164 |
| 2419 | Jane Doe LS 435 | 3:24-cv-05755 | 12/16/2024 | 164 |
| 2424 | Jane Doe LS 452 | 3:24-cv-05756 | 12/16/2024 | 164 |
| 2414 | Jane Doe LS 422 | 3:24-cv-05758 | 12/16/2024 | 164 |
| 2329 | Jane Doe LS 519 | 3:24-cv-05759 | 12/16/2024 | 164 |
| 2289 | Jane Doe LS 429 | 3:24-cv-05797 | 12/16/2024 | 164 |
| 2375 | Jane Doe LS 434 | 3:24-cv-05814 | 12/16/2024 | 164 |
| 2458 | Jane Doe LS 417 | 3:24-cv-05821 | 12/16/2024 | 164 |

May 29, 2025
Page 2

ATLANTA | BOSTON | CHICAGO | DENVER | HARTFORD | HOUSTON | KANSAS CITY | LOS ANGELES | MIAMI | NEW YORK | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | ST. LOUIS | TAMPA | WASHINGTON, D.C.



| 2547 | Jane Doe LS 366 | 3:24-cv-05886 | 12/16/2024 | 164 |
|------|-----------------|---------------|------------|-----|
| 2352 | Jane Doe LS 355 | 3:24-cv-05887 | 12/16/2024 | 164 |
| 2308 | Jane Doe LS 300 | 3:24-cv-05900 | 12/16/2024 | 164 |
| 2497 | Jane Doe LS 173 | 3:24-cv-05907 | 12/16/2024 | 164 |
| 2305 | Jane Doe LS 268 | 3:24-cv-05910 | 12/16/2024 | 164 |
| 2296 | Jane Doe LS 169 | 3:24-cv-05918 | 12/16/2024 | 164 |
| 2516 | Jane Doe LS 324 | 3:24-cv-05920 | 12/16/2024 | 164 |
| 2467 | Jane Doe LS 124 | 3:24-cv-05930 | 12/16/2024 | 164 |
| 2517 | Jane Doe LS 132 | 3:24-cv-05934 | 12/16/2024 | 164 |
| 2362 | Jane Doe LS 45  | 3:24-cv-05935 | 12/16/2024 | 164 |
| 2413 | Jane Doe LS 243 | 3:24-cv-05939 | 12/16/2024 | 164 |
| 2524 | Jane Doe LS 192 | 3:24-cv-05975 | 12/16/2024 | 164 |
| 2409 | Jane Doe LS 5   | 3:24-cv-05976 | 12/16/2024 | 164 |
| 2550 | Jane Doe LS 288 | 3:24-cv-05987 | 12/16/2024 | 164 |
| 2295 | Jane Doe LS 160 | 3:24-cv-05996 | 12/16/2024 | 164 |
| 2755 | Jane Doe LS 547 | 3:24-cv-09208 | 1/18/2025  | 131 |
| 2756 | Jane Doe LS 548 | 3:24-cv-09211 | 1/18/2025  | 131 |
| 2925 | Jane Doe LS 550 | 3:25-cv-01327 | 3/9/2025   | 81  |
| 2989 | Jane Doe LS 553 | 3:25-cv-01493 | 3/15/2025  | 75  |
| 2990 | Jane Doe LS 554 | 3:25-cv-01693 | 3/21/2025  | 69  |
| 3087 | Jane Doe LS 580 | 3:25-cv-02460 | 4/10/2025  | 49  |
| 3178 | Jane Doe LS 582 | 3:25-cv-02792 | 4/24/2025  | 35  |
| 3176 | Jane Doe LS 584 | 3:25-cv-02806 | 4/24/2025  | 35  |
| 3239 | Jane Doe LS 589 | 3:25-cv-03216 | 5/10/2025  | 19  |
| 3240 | Jane Doe LS 590 | 3:25-cv-03217 | 5/10/2025  | 19  |
| 3242 | Jane Doe LS 592 | 3:25-cv-03266 | 5/11/2025  | 18  |
| 3243 | Jane Doe LS 593 | 3:25-cv-03269 | 5/11/2025  | 18  |
| 3244 | Jane Doe LS 594 | 3:25-cv-03274 | 5/11/2025  | 18  |
| 3245 | Jane Doe LS 595 | 3:25-cv-03282 | 5/11/2025  | 18  |
| 1148 | Jane Doe LS 383 | 3:23-cv-05197 | 12/16/2024 | 164 |
| 1151 | Jane Doe LS 107 | 3:23-cv-05232 | 12/16/2024 | 164 |
| 1174 | Jane Doe LS 353 | 3:23-cv-05401 | 12/16/2024 | 164 |
| 1179 | Jane Doe LS 98  | 3:23-cv-05412 | 12/16/2024 | 164 |
| 1180 | Jane Doe LS 326 | 3:23-cv-05415 | 12/16/2024 | 164 |
| 1196 | Jane Doe LS 285 | 3:23-cv-05919 | 12/16/2024 | 164 |
| 1199 | Jane Doe LS 245 | 3:23-cv-05944 | 12/16/2024 | 164 |
| 3177 | Jane Doe LS 583 | 3:25-cv-02801 | 4/24/2025  | 35  |
| 2754 | Jane Doe LS 546 | 3:24-cv-09186 | 1/17/2025  | 132 |
| 1229 | T.W.            | 3:24-cv-00559 | 5/29/2024  | 365 |
| 1212 | P.K.            | 3:24-cv-00572 | 5/29/2024  | 365 |

May 29, 2025
Page 3



| 2665 | A.J. (2) | 3:24-cv-07929 | 12/13/2024 | 167 |
| 2960 | S.G. (2) | 3:25-cv-01417 | 3/13/2025 | 77 |
| 2727 | K.J. (2) | 3:24-cv-09059 | 1/15/2025 | 134 |
| 2997 | B.M. | 3:25-cv-00982 | 3/1/2025 | 89 |
| 3063 | K.G. (2) | 3:25-cv-01962 | 3/27/2025 | 63 |
| 3062 | R.H. (2) | 3:25-cv-01964 | 3/27/2025 | 63 |
| 3065 | TA.W. | 3:25-cv-01967 | 3/27/2025 | 63 |
| 3324 | T.G. | 3:25-cv-03621 | 5/24/2025 | 5 |

May 29, 2025
Page 4

Although PTO 10 does not require the parties meet and confer about overdue PFS, Uber is open to discussing further if you believe it would be helpful. Please contact me (bhoerl@shb.com) via email about any such meet and confer.

Sincerely,


Brandon J. Hoerl
Staff Attorney
bhoerl@shb.com