# Exhibit D





**YOUR PERSONAL INFORMATION**

⌛ Start

**INFORMATION AS TO THE INCIDENT**

⌛ Start

**THE INCIDENT**

⌛ Start

**WITNESSES**

⌛ Start

**INJURIES AND DAMAGES; AUTHORIZATIONS**

⌛ Start

Filter:   ALL

Upload ⬆

Produce

Show  10 ▾  entries

Deactivation Request for Plaintiff ID: **1212** submitted successfully.

The Plaintiff Information page will not be available while this request is pending. Please choose **Withdraw** to withdraw the request and make the Plaintiff Information page available, or **See Inventory** to select a different PID.

| Document ID ▾ | | | Produced Date ⬍ | Action |
|---|---|---|---|---|
| 99258 | PFS Deli... | | 05/29/2025 | |
| 11769 | Defenda... Doe (P.K... | | 05/29/2024 | |
| 11744 | Defendant Fact Sheet Attachment – 0_Jane Doe (P.K.) (          ) - req 22b_4 | 05/29/2024 | Haider, Jay | 05/29/2024 | |
| 11721 | Defendant Fact Sheet Attachment – 40_Jane Doe (P.K.) (          )_26 | 05/29/2024 | Haider, Jay | 05/29/2024 | |
| 11679 | Defendant Fact Sheet Attachment – 40_Jane Doe (P.K.) (          )_26 | 05/29/2024 | Haider, Jay | 05/29/2024 | |
| 11639 | Defendant Fact Sheet Attachment – 40_Jane Doe (P.K.) (          ) - req 24 | 05/29/2024 | Haider, Jay | 05/29/2024 | |
| 11572 | Defendant Fact Sheet Attachment – 40_Jane Doe (P.K.) (          ) - req 8 | 05/29/2024 | Haider, Jay | 05/29/2024 | |
| 11509 | Defendant Fact Sheet Attachment – 40_Jane Doe (P.K.) (          )_26 | 05/29/2024 | Haider, Jay | 05/29/2024 | |
| 11467 | Defendant Fact Sheet Attachment – 40_Jane Doe (P.K.) (          )_27 | 05/29/2024 | Haider, Jay | 05/29/2024 | |
| 11300 | Defendant Fact Sheet Attachment – 40_Jane Doe (P.K.) (          ) - req 25_3 | 05/29/2024 | Haider, Jay | 05/29/2024 | |

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

| Document ID ▾ | Document Type | ⇕ | Upload Date ⇕ | Produced By ⇕ | Produced Date ⇕ | Action |
|---|---|---|---|---|---|---|
| | | | | | Previous | 1 | 2 | 3 | 4 | 5 | Next |



Deactivation Request for Plaintiff ID: **1212** submitted successfully.

The Plaintiff Information page will not be available while this request is pending. Please choose **Withdraw** to withdraw the request and make the Plaintiff Information page available, or **See Inventory** to select a different PID.

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.