# Exhibit E



**MDLCENTRALITY®**
Powered by BrownGreer

## Uber Technologies, Inc., Passenger Sexual Assault Litigation

🐘 MDL Centrality

☰      👤 My Account ▾

◀◀ Return

### Plaintiff Information

✏️ Edit

| | |
|---|---|
| **Plaintiff ID:** 1229 | **Date of Birth:** ▮▮▮▮▮ |
| **Name:** JANE DOE TS | **Law Firm:** Nachawati Law Group |
| **Case Number:** 24-CV-00559 | |

---

If you have a receipt, please up... [obscured] ...to produce this document after you
upload it" checkbox to produc... [obscured] ...the defendant later from the
Documents list.

If you don't have a receipt, co... [obscured]

Click Start/Edit next to the sec... [obscured]

---

✓

Deactivation Request for Plaintiff ID: **1229** submitted
successfully.

The Plaintiff Information page will not be available while this
request is pending. Please choose **Withdraw** to withdraw the
request and make the Plaintiff Information page available, or
**See Inventory** to select a different PID.

[ Withdraw ]    [ See Inventory ]

---

**1. Uber Ride Informatio...**    +

**2. Plaintiff Fact Sheet** `Not Yet Started`    −

👁 View Draft   ⬆ Import   ⬇ Export      Submit ➡

**AMENDED PLAINTIFF FACT SHEET; GENERAL INSTRUCTIONS; DEFINITIONS**

⏳ Start

---

**CASE INFORMATION**

⏳ Start

---

**YOUR PERSONAL INFORMATION**

⏳ Start

---

**INFORMATION AS TO THE INCIDENT**

⏳ Start

---

THE INCIDENT

[⧗ Start]

WITNESSES

[⧗ Start]

INJURIES AND DAMAGES; AUTHORIZATIONS

[⧗ Start]

## Documents

[Upload ⬆]

Filter: [ ALL ▾ ]

[Produce]

Show [ 10 ▾ ] entries

| Document ID | | | Produced Date | Action |
|---|---|---|---|---|
| 104933 | Notice o... Informat... | | 06/13/2025 | |
| 99259 | PFS Deli... | | 05/29/2025 | |
| 2781 | Defenda... | | 05/29/2024 | |
| 1296 | First Am... | | 04/11/2024 | |
| 1192 | Uber Rid... | | 02/15/2024 | |

Showing 1 to 5 of 5 entries

[Previous] [1] [Next]

✓

Deactivation Request for Plaintiff ID: **1229** submitted successfully.

The Plaintiff Information page will not be available while this request is pending. Please choose **Withdraw** to withdraw the request and make the Plaintiff Information page available, or **See Inventory** to select a different PID.