# Exhibit F

| MDL 1218 | Removal Request Report<br>Uber Technologies, Inc., Passenger Sexual Assault Litigation<br>(As of 7/28/2025) | | | | | |
|---|---|---|---|---|---|---|
| Row | Plaintiff ID | Plaintiff Name | Law Firm | Date of Request | Deactivation Reason | Comments | Status |
| 1. | 1212 | JANE DOE PK | Nachawati Law Group | 7/23/2025 | Duplicate Plaintiff | | Pending |
| 2. | 1229 | JANE DOE TS | Nachawati Law Group | 7/28/2025 | Duplicate Plaintiff | | Pending |