# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*T.W. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-00559-CRB<br><br>*P.K. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-00572-CRB | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER** |

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Court Order ("Motion"), Plaintiffs' Opposition, timely replies thereto, arguments of counsel (if any), the pleadings on file, the applicable law, and all other matters properly before the Court, the Court finds that Defendants' Motion should be DENIED as it relates to Plaintiffs *T.W.* (No. 3:24-cv-00559-CRB) and *P.K* (No. 3:24-cv-00572-CRB).

The Court therefore herby ORDERS as follows:

1. Defendants' Motion is denied as it relates to *T.W. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-00559-CRB; and

2. Defendants' Motion is denied as it relates to *P.K. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-00572-CRB.

**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　HON. CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge