# APPENDIX A

## Appendix A

### Appendix A.1 (MDL ID 2812)



### Appendix A.1 (MDL ID 2812)



### Uber's Formatting



## Appendix A.2 (MDL ID 1914)





**Appendix A.3 (MDL ID 1194)**



**Appendix A.3 (MDL ID 1194)**    **Uber's Formatting**



**Appendix A.4 (MDL ID 2918)**

Listed Total = $7.12
Actual Total = $7.03

Total                                                                $7.12

Trip fare                                                           $5.99

Subtotal                                                           $5.99
Booking Fee                                                        $1.32
Promotion                                                         -$0.37
Texas Regulatory Recovery Fee                                     $0.09

## Appendix A.5 (MDL ID 3425)



Listed Total = $14.99
Actual Total = $14.49

| Total | $14.99 |
|---|---|

| Trip fare | $13.25 |
|---|---|

| Subtotal | $13.25 |
|---|---|
| Marketplace Fee | $3.14 |
| Promotion | -$3.25 |
| Access for All Fee | $0.10 |
| CA Driver Benefits | $1.25 |

| Subtotal | $13.25 |
|---|---|
| Marketplace Fee | $3.14 |
| Promotion | -$3.25 |
| Access for All Fee | $0.10 |
| CA Driver Benefits | $1.25 |

### Payments

| Uber Cash 6/8/22 12:39 PM | $4.46 |
|---|---|
| Visa ••• | $10.53 |
| 6/9/23 2:12 AM | |

Visit the trip page for more information, including invoices (where available)

You rode with Jaeden
Issued on behalf of Jaeden

WAV min    7.60 miles | 34

12:05 PM |
12:39 PM |

### Payments



Uber Cash    6/8/22 12:39 PM

Visa ••••
6/9/23 2:12 AM

5

Appendix A.docx

## Appendix A.6 (MDL ID 2723)



| | |
|---|---|
| Subtotal | $11.13 |
| Wait Time | $0.98 |
| Booking Fee | $14.96 |
| CA Driver Benefits | $0.79 |
| Access for All Fee | $0.10 |
| Tip | $5.39 |

**Payments**

| Uber | Uber Cash<br>3/5/24 9:43 PM | $1.81 |
|---|---|---|
| VISA | Visa ••• ███ <br>3/5/24 9:54 PM | $29.54 |

Visit the trip page for more information, including invoices (where available)

You rode with JAMES

Wait & Save   7.17 miles | 40 min

9:05 PM | ███████████████

9:45 PM | ████████████

## Appendix A.7 (MDL ID 3038)

**Listed Total = $36.79**
**Actual Total = $37.15**

Total

$36.79

Trip fare                                                     $31.56

Subtotal                                                      $31.56
Booking Fee                                                   $5.23
Wait Time                                                     $2.14
Promotion                                                     -$2.14
Texas Regulatory Recovery Fee                                 $0.36

Appendix A.docx

**Appendix A.11-B (MDL ID 2350)**    **Uber's Formatting**



## Appendix A.12 (MDL ID 3078)



## Uber's Formatting



Appendix A.docx

**Appendix A.13 (MDL ID 3422)**



**Appendix A.14 (MDL ID 2959)**          **Uber's Formatting**



**Appendix A.15 (MDL ID 3198)**          **Uber's Formatting**



**Appendix A.16-B (MDL ID 2103)**    **Appendix A.16-C (MDL ID 2277)**



Appendix A.docx

**Appendix A.17-B (MDL ID 3510)**



**Appendix A.17-C (MDL ID 3521)**



**Original**



**Appendix A.18-B (MDL ID 3048)**



Appendix A.docx

**Original:**



**Appendix A.19-B (MDL ID 3303)**



Appendix A.docx

**Original**



**Appendix A.20-B (MDL ID 3125)**



**Original**



**Appendix A.21-B (MDL ID 3047)**



Appendix A.docx

## Appendix A.21-B (MDL ID 3047)



| | |
|---|---|
| Here's your receipt for your ride. ▮▮▮ | |
| We hope you enjoyed your ride this evening. | |
| | |
| **Total** | **$11.32** |
| Trip fare | $8.72 |
| **Subtotal** | **$8.72** |
| Booking Fee | $3.14 |
| Wait Time | $0.06 |
| Promotion | -$0.60 |

19