# Exhibit A

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF LAURA VARTAIN HORN**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

I, Laura Vartain Horn, state as follows:

1. I am an attorney licensed to practice before all state and federal courts in California. I am an attorney at Kirkland & Ellis L.L.P., counsel of record for Defendants Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC (collectively, "Uber" or "Defendants"). I offer this Declaration in the above-captioned matter in support of Uber's Motion for Entry of (1) an Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona-Fide Receipts Should Not Be Dismissed with Prejudice and (2) a Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts.

2. The company that owns the Makereceipt.com website (Express Digital Services LLC) no longer resides at its registered address - 340 S. Lemon Ave., Ste. 1544, Walnut, CA 91789-2706. The registered agent and only officer listed—Justin Taster—is not a real person.

3. Attached as **Exhibit 1** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 2812 in the above-captioned matter.

4. Attached as **Exhibit 2** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 1914.

5. Attached as **Exhibit 3** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 1194.

6. Attached as **Exhibit 4** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 2918.

7. Attached as **Exhibit 5** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 3425.

8. Attached as **Exhibit 6** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 2723.

9. Attached as **Exhibit 7** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 3038.

10. Attached as **Exhibit 8** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 1982.

11. Attached as **Exhibit 9-A** is a true and correct copy of a bona fide receipt from Uber's systems with a Trip ID of 0193ff48-8701-4317-9038-2b9c9c3154bb.

12. Attached as **Exhibit 9-B** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 3286.

13. Attached as **Exhibit 10** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 2734.

14. Attached as **Exhibit 11-A** is a true and correct copy of a bona fide receipt from Uber's systems for a trip for a total charge of $25.84.

15. Attached as **Exhibit 11-B** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 2350.

16. Attached as **Exhibit 12** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 3078.

17. Attached as **Exhibit 13** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 3422.

18. Attached as **Exhibit 14** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 2959.

19. Attached as **Exhibit 15** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 3198.

20. Attached as **Exhibit 16-A** is a true and correct copy of a bona fide receipt from Uber's systems for a trip for a total charge of $7.95.

21. Attached as **Exhibit 16-B** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 2103.

22. Attached as **Exhibit 16-C** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 2277.

23. Attached as **Exhibit 17-A** is a true and correct copy of a bona fide receipt from Uber's systems for a 13-minute trip that occurred in New Orleans, Louisiana for a total charge of $43.96.

24. Attached as **Exhibit 17-B** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 3510.

25. Attached as **Exhibit 17-C** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 3521.

26. Attached as **Exhibit 18-A** is a true and correct copy of a bona fide receipt from Uber's systems for a 7-minute trip that occurred in Memphis, Tennessee, for a total charge of $23.91.

27. Attached as **Exhibit 18-B** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 3048.

28. Attached as **Exhibit 19-A** is a true and correct copy of a bona fide receipt from Uber's systems for a 21-minute trip that occurred in Las Vegas, Nevada on May 3, 2023, for a total charge of $14.96.

29. Attached as **Exhibit 19-B** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 3303.

30. Attached as **Exhibit 20-A** is a true and correct copy of a bona fide receipt from Uber's systems for a 10-minute trip that occurred in Memphis, Tennessee on May 15, 2024, for a total charge of $14.93.

31. Attached as **Exhibit 20-B** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 3125.

32. Attached as **Exhibit 21-A** is a true and correct copy of a bona fide receipt from Uber's systems for a 9-minute trip that occurred in Highland Park and Detroit, Michigan starting at 10:43 p.m. for a total charge of $11.32.

33. Attached as **Exhibit 21-B** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 3047.

34. Attached as **Exhibit 22** is a true and correct copy of a bona fide receipt produced by Uber for a ride by Plaintiff with MDL ID 3327.

35. Attached as **Exhibit 23** is a true and correct copy of a bona fide receipt produced by Uber for a ride by Plaintiff with MDL ID 2699.

36. Attached as **Exhibit 24** is a true and correct copy of a bona fide receipt produced by Uber for a ride by Plaintiff with MDL ID 3534.

37. Attached as **Exhibit 25** is a spreadsheet containing the names of 90 Plaintiffs who have not produced a bona fide ride receipt in this litigation and have either provided no explanation, a limited explanation, or a boilerplate explanation for not doing so. The spreadsheet also includes the name of the law firm representing each Plaintiff, the reason provided by each Plaintiff for not providing a bona fide

1 receipt as provided in his or her Plaintiff Fact Sheet, and certain other information that each Plaintiff provided in his or her Plaintiff Fact Sheet.

I declare under the penalty of perjury under the laws of the California that the foregoing is true and correct. Executed this 30th day of July, 2025, at San Francisco, California.

          /s/ Laura Vartain Horn
          Laura Vartain Horn