# EXHIBIT 2

← **Trip Details**

03/10/2017, 10:10 AM  $23.00
Volkswagon Passat ████████

● ████████████████████████
■ ████████████████████████

 Your trip with ████████

Help    **Receipt**

**UberX Receipt**

Trip Fare                              $20.74

Subtotal                               $20.74

Tolls, Surcharges, and Fees            $2.26

Total                                  $23.00

Cash                                   $23.00
03/10/2017, 10:10 AM

FOR PRO OR ENTERPRISE MEMBERS ONLY
FOR PRO OR ENTERPRISE MEMB