# EXHIBIT 3

# Uber

Sun, Apr 5, 2020

## Here's your updated ride receipt

We hope you enjoyed your ride this evening.

| | |
|---|---|
| **Total** | **$25.16** |
| Trip Fare | $22.55 |
| **Subtotal** | **$22.55** |
| Tolls, Surcharges and Fees | $2.61 |

**Amount Charged**

•••• VISA                                                                $25.16

You rode with Oscar

**UberXL**   8.1 miles | 23 hour 45 min

11:46 PM |
12:01 AM |