# EXHIBIT 4

# Uber

March 8, 2024

## Here's your receipt for your ride, 

We hope you enjoyed your ride this evening.

| Total | $7.12 |
|---|---|

| Trip fare | $5.99 |
|---|---|

| Subtotal | $5.99 |
|---|---|
| Booking Fee | $1.32 |
| Promotion | -$0.37 |
| Texas Regulatory Recovery Fee | $0.09 |

### Payments

**VISA** Visa •••• 
3/8/24 12:11 PM                                                                 $7.12

Visit the trip page for more information, including invoices (where available)

You rode with Peter

Wait & Save    1.54 miles | 7 min

12:28 PM |
12:35 PM |



Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.