# Exhibit B

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | **DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.** |
| This Document Relates to: | |
| ALL ACTIONS | **[REDACTED VERSION]** |

1

## DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.

2      I Brett D. Harrison, am a Senior Managing Director within FTI Consulting, Inc.'s ("FTI")

3 Technology Segment.  I submit this declaration in support of Defendants Uber Technologies, Inc.,

4 Raiser, LLC, and Raiser-CA, LLC's Motion for Entry of (1) an Order to Show Cause Why Plaintiffs

5 Who Have Submitted Non-Bona-Fide Receipts Should Not Be Dismissed with Prejudice and (2) a

6 Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts.

7      ## BACKGROUND AND QUALIFICATIONS

8      I currently lead FTI's Digital Forensics Practice.  I have over thirty years of experience

9 assisting clients with Digital Forensic and Electronic Discovery (e-discovery) related engagements.

10 Since joining FTI, I have led many dozens of engagements involving the investigation of Intellectual

11 Property (IP) theft, forensic data collection and the processing and analysis of data.

12      Prior to my employment with FTI, I was employed by the Federal Bureau of Investigation

13 (FBI) for fifteen years.  For seven of those years (from 1999 until 2006), I worked within the FBI's

14 Computer Analysis Response Team (CART) Unit in Washington, D.C.  The FBI's CART Unit is

15 responsible for the forensic acquisition and processing of all computers which are examined by the

16 FBI.  During my tenure with the CART Unit, I worked as both an FBI Certified Forensic Examiner of

17 computer evidence and as a Program Manager.  As a Computer Forensic Examiner, I conducted

18 acquisitions and forensic examinations of a wide range of computers including laptops, desktops and

19 servers as well as computers which utilized both Windows and UNIX operating systems.

20      Following my certification as a Forensic Examiner, I also served as a Program Manager within

21 the CART Unit and was responsible for ensuring that the FBI's 400 Forensic Examiners of computer

22 evidence had the necessary knowledge, skills and tools required to perform forensic examinations.  As

23 a Program Manager, I focused on leading the development of custom and semi-custom forensic tools

24 to allow the FBI's Forensic Examiners to accurately collect, preserve, and process data from computer

25 systems.

26      During the course of my career, I have conducted many hundreds of forensic analyses and have

27 authored hundreds of forensic reports.  I have testified in court twenty times in both civil and criminal

28

matters.  I have provided numerous written declarations and reports, and have been deposed several times.  I have worked on both the plaintiff and defendant sides of many engagements and have even served in a neutral capacity on numerous occasions.

FTI is a well-respected, independent, global business advisory firm dedicated to helping organizations manage change, mitigate risk, and resolve disputes: financial, legal, operational, political & regulatory, reputational, and transactional.  The organization has more than 8,000 consultants and professionals in approximately 27 countries, and every year, FTI helps many thousands of organizations globally transform the way they anticipate and respond to events.  The scope of FTI's clients includes, but is not limited to, many of Fortune's Global 100 corporations.  I am supported by hundreds of dedicated digital forensics, cybersecurity, incident response, and data and analytics consultants, with cross-functional teams led by those with decades of experience at the highest levels of law enforcement, intelligence, and global private sector institutions.

FTI is being compensated for work in this matter at its currently standard hourly rates charged for each person working on the project.  FTI's rates range from $225/hour to $895/hour—depending on the practitioner.  Generally, simple forensic work is performed by lower bill rate practitioners, and more complex expert reporting and testimony work is performed by more senior practitioners.  My current rate is $895/hour.

No part of my or FTI's compensation is dependent on the contents of this Declaration, the substance of any further opinions I may offer, or the ultimate outcome of this matter.

**SCOPE OF ASSIGNMENT**

I have been asked to compare and analyze 22 Uber receipts which were produced by Plaintiffs and which purport to show evidence of Uber ride activity by that Plaintiff. I visually scrutinized the receipts to look for discrepancies.

I reviewed and compared these to the population of actual receipts produced by Uber for other Plaintiffs' substantiated rides. Appendix A contains the bates numbers of files I reviewed.

I reviewed the affidavit of Uber employee Chad Dobbs, signed July 25, 2025, and have considered his statements, where applicable, in my analysis.

During my review, I relied upon other members of the FTI Technology practice working under

my direction. Any reference to "I," "my" or "FTI" include my efforts as well as those working under my supervision.

**FINDINGS**

I understand, based on my knowledge, experience and research, that reviewing PDF metadata can provide insight into a PDF file's origin, history, and authenticity. I reviewed file metadata to show what particular software was used to create and produce the Uber PDF receipts.

I understand, based on my testing and research, that the website MakeReceipt[.]com advertises that it provides a service to "Customize, edit and download your receipt quickly and easily in 3 steps. Change fonts, add logos and modify any receipt details to create your custom receipts. Create receipts with subtotals, taxes, signature, tip lines and more!" With just a few basic inputs, Makereceipt.com can generate receipts that otherwise appear to have been generated by Uber (or other companies).

Makereceipt.com offers users different levels of membership, including "Standard," "Pro," and "Enterprise" plans. Makereceipt.com contains an FAQ section with the following question and answer: "[Question] Help! I am a member and still see watermarks on my receipt. [Answer] Many of our receipts are for PRO or Enterprise members only. You will see a watermark stating 'For Pro or Enterprise Members Only' on these receipts. They are also marked with a PRO emblem on the homepage. Standard members need to upgrade their account from the ACCOUNT page to access these PRO-level receipts." I understand that MakeReceipt[.]com places the watermark "FOR PRO OR ENTERPRISE MEMBERS ONLY" in particular receipts when created in the Uber template and using its "Standard" website service.

The 22 Uber receipts I reviewed contained evidence of being fabricated, changed or edited. My conclusions are based on evidence that includes discrepancies in content and formatting including font types, punctuation, fees, fee totals, payment types, timestamps, ride duration, rider and driver names, and use of watermarks from MakeReceipt[.]com.

Below are the details of my analysis:

**1194_1170 - PTO 5 Submission.pdf**

I reviewed the content of the file named "1194_1170 - PTO 5 Submission.pdf" to determine whether there was an indication that the receipt file content was fabricated, changed or edited. I

understand that Plaintiff produced this file during the course of the litigation. Additionally, I reviewed receipts produced by Uber for other Plaintiffs' substantiated rides. I noted missing capitalization of street names, incorrect usage of a period after the state abbreviation, and a missing space before the state abbreviation. I noted the ride duration was listed as "23 hour 45 min," while the trip began at "11:46 PM" and ended at "12:01 AM," totaling 15 minutes. I was able to replicate this error by purchasing a Makereceipt.com account and inputting a ride-start time before midnight and a ride-end time after midnight, which generated a ride receipt showing a ride time close to 24 hours. I noted that the receipt did not contain the rider name. I noted that the top right date was not properly aligned. I noted that no embedded metadata detailing the creation and production application existed.



1194_1170 – PTO 5

3327_███████████████_Req 6a_2.pdf

**2918_60483 - PTO 5 Submission.pdf**

I reviewed the content of the file named "2918_60483 - PTO 5 Submission.pdf" to determine whether there was an indication that the Uber receipt file content was fabricated, changed or edited. I understand that Plaintiff produced this file during the course of the litigation. Additionally, I reviewed receipts produced by Uber for other Plaintiffs' substantiated rides. I noted an incorrect total on the receipt, which states "$7.12," where the actual total should be "$7.03." I noted the payment timestamp occurred at "12:11 PM," prior to the trip start time of "12:28 PM" and end time of "12:35 PM." I noted that no embedded metadata detailing the creation and production application existed contrary to what was expected in an Uber PDF receipt.

1
2
3
4
5
6
7
8
9



10                              2918_60483 - PTO 5

11 **3425 - PTO 5 Submission.pdf**

12        I reviewed the content of the file named "3425 - PTO 5 Submission.pdf" to determine whether

13 there was an indication that the Uber receipt file content was fabricated, changed or edited. I

14 understand that Plaintiff produced this file during the course of the litigation. Additionally, I reviewed

15 receipts produced by Uber for other Plaintiffs' substantiated rides. In reviewing "3425 - PTO 5

16 Submission.pdf," I observed an incorrect final total on the receipt, which states "$14.99," when the

17 actual sum was "$14.49." I noted an inconsistency with Uber's "CA Driver Benefits" fee being listed

18 in a receipt for a Texas trip.  See Chad Dobbs July 25, 2025, declaration at 2:10-14. I noted an

19 inconsistency with Uber's payment date notation where one receipt payment date is "6/8/22," which

20 indicates a year before ride was completed (6/8/2023). I noted that no embedded metadata detailing

21 the creation and production application existed.

22
23
24
25
26
27
28

3425 - PTO 5

**2723_38683 - PTO 5 Submission.pdf**

I reviewed the content of the file named "2723_38683 - PTO 5 Submission.pdf" to determine whether there was an indication that the Uber receipt file content was fabricated, changed or edited. I understand that Plaintiff produced this file during the course of the litigation. Additionally, I reviewed receipts produced by Uber for other Plaintiffs' substantiated rides. In reviewing "2723_38683 - PTO 5 Submission.pdf," I observed an incorrect final total on the receipt, which states "$30.35," when actual sum is "$33.35." There is also an inconsistency with Uber's "CA Driver Benefits" fee being listed in a receipt for a Nevada trip. *See* Chad Dobbs July 25, 2025, Declaration at 2:10-12 and 2:15-16. I noted an inconsistency with the listed total trip mileage. I verified, using Google Maps, that the ride distance varied between 15–23 miles depending on traffic conditions and route preference. I used the Uber application to calculate the estimated distance and Uber estimated the route distance to be 20 miles (see my exemplar "FTI map LV trip.png" below). I noted that the starting address line had its first character and last character font in bold. I noted that the embedded metadata indicated the file was created by "Adobe Acrobat 24.4" and produced by "Adobe Acrobat 24.4 Image Conversion Plug-in" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28




2723_38683 - PTO 5



FTI map LV trip.png

**3038 - PTO 5 Submission.pdf**

I reviewed the content of the file named "3038 - PTO 5 Submission.pdf" to determine whether there was an indication that the Uber receipt file content was fabricated, changed or edited. I understand that Plaintiff produced this file during the course of the litigation. Additionally, I reviewed receipts produced by Uber for other Plaintiffs' substantiated rides.   In reviewing "3038 - PTO 5 Submission.pdf," I observed an incorrect final total on the receipt, which states "$36.79," when the actual sum is "$37.15." I noted there is a missing suffix (Lane, Road, Street) on the trip's end point street address. I noted that the destination address on the receipt appears invalid. The destination address does not exist according to the United States Postal Service's website zip code lookup by address tool. I verified that this address could not be inputted as a destination using the Uber mobile application.  I noted that the embedded metadata indicated the file was created by "Adobe Acrobat

24.5" and produced by "Acrobat Distiller 24.0 (Windows)" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".



3038 - PTO 5 Submission



USPS Search Using - https://tools.usps.com/zipcode-lookup.htm?byaddress

**3286 - PTO 5 Submission.pdf**

  I reviewed the content of the file named "3286 - PTO 5 Submission.pdf" to determine whether there was an indication that the Uber receipt file content was fabricated, changed or edited. I

understand that Plaintiff produced this file during the course of the litigation. Additionally, I reviewed receipts produced by Uber for other Plaintiffs' substantiated rides.  I noted a missing space after the comma of the starting point's street address. I noted a "NV Recovery Surcharge" fee being listed in a receipt for an Iowa trip. See Chad Dobbs July 25, 2025, declaration at 2:10-12 and 2:15-16. I reviewed the hyper link associated with "view the trip page" link and determined that the URL was associated with a different Uber trip ID based upon the trip ID being the same as "Real Receipt from ████████ Account - PDF Version.pdf". I noted there is a space missing between the payment date and timestamp. I noted that the payment timestamp occurs at "9:20 PM," which is prior to the trip which starts at "9:34 PM" and ends at "9:50 PM." I noted that the embedded metadata indicated the file was created by "Microsoft® Word 2016" and produced by "Microsoft® Word 2016" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".



3286 - PTO 5 Submission

1

2

3

4

5

6

7

8

9



10          Real Receipt from ▓▓▓▓▓▓▓▓▓▓ - PDF Version.pdf

11    **2812_45645 - PTO 5 Submission.pdf**

12          I reviewed the content of the file named "2812_45645 - PTO 5 Submission.pdf" to determine

13    whether there was an indication that the Uber receipt file content was fabricated, changed or edited. I

14    understand that Plaintiff produced this file during the course of the litigation. Additionally, I reviewed

15    receipts produced by Uber for other Plaintiffs' substantiated rides. I determined the file contained

16    inconsistencies showing fabrication of an Uber receipt file had occurred. I noted that the file contained

17    an embedded hidden watermark "FOR PRO OR ENTERPRISE MEMBERS ONLY". I noted that the

18    file was missing the address suffix (Lane, Road, Street) and comma between City and State for both

19    the pick-up and drop-off locations. I noted that the embedded metadata indicated the file was created

20    by "Adobe Acrobat 24.5" and produced by "Adobe Acrobat 24.5 Image Conversion Plug-in" and not

21    Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".

22

23

24

25

26

27

28

DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.

1

2

3

4

5

6

7

8

9

10

11

12

13



14          2812_45645 - PTO 5 Submission.pdf

15

16

17

18

19

20

21

22          

23

24

25

26

27

28          (MDLC ID 2699) (24-cv-07940).pdf

**<u>2734_39150 - PTO 5 Submission.pdf</u>**

I reviewed the content of the PDF named "2734_39150 - PTO 5 Submission.pdf" to determine whether there was an indication that the Uber receipt file content was changed or edited. I understand that Plaintiff produced this file during the course of the litigation. Additionally, I reviewed receipts produced by Uber for other Plaintiffs' substantiated rides. I determined the file contained inconsistencies showing editing and changing to the Uber receipt file had occurred. I noted that the file contained a state of Nevada surcharge contrary to being a trip that occurred in the state of Texas. I noted that the file was missing a charge for "Texas Regulatory Recovery Fee" that is expected for a trip that occurred in the state of Texas. I noted that payment time did not occur at the conclusion of the trip rather it occurred over an hour prior to the trip.  I noted that the embedded metadata indicated the file was produced by "Microsoft: Print To PDF" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".



2734_39150 - PTO 5 Submission.pdf

3534_40_███████████Req 6a_2.pdf

**2350_20922 - PTO 5 Submission.pdf**

I reviewed the content of the file named "2350_20922 - PTO 5 Submission.pdf" to determine whether there was an indication that the Uber receipt file content was fabricated, changed or edited. I understand that Plaintiff produced this file during the course of the litigation. Additionally, I reviewed receipts produced by Uber for other Plaintiffs' substantiated rides. I determined the file contained inconsistencies showing editing and changing of an Uber receipt file had occurred. I noted that the first name of the rider was missing despite a comma at the end of "Here's your receipt for your ride,". I noted that the scanned copy of hardcopy printout did not contain a payment timestamp that is expected in an Uber receipt file. I noted that the scanned copy of a hardcopy printout did not contain a two digit year notation in the payment date. I noted that the scanned copy of hardcopy printout contained the forward slash (/) special character which is contrary to the expected pipe (|) special character. I noted that the start time and end time of trip was missing the time notation AM or PM. I noted that no embedded metadata detailing the creation and production application existed.

1
2
3
4
5
6
7
8



9        2350 - Jane Doe LS 397 (⬛⬛⬛) real receipt underlying fake.pdf

10
11
12
13
14
15
16
17

18        2350_20922 - PTO 5 Submission.pdf

19 **3078 - PTO 5 Submission.pdf**

20        I reviewed the content of the file named "3078 - PTO 5 Submission.pdf" to determine whether

21 there was an indication that the Uber receipt file content was fabricated, changed or edited. I

22 understand that Plaintiff produced this file during the course of the litigation. Additionally, I reviewed

23 receipts produced by Uber for other Plaintiffs' substantiated rides. I determined the file contained

24 inconsistencies showing editing and changing of an Uber receipt file had occurred. I noted that the

25 booking fee contained an extra zero ($02.60) in its notation. I noted that the payment detail date

26 contained a zero (03/12/23) in its month notation. I noted that the subtotal fees are misaligned right. I

27 noted that the starting address location contained an extra space between TX and Zip code. I noted

28 that the "TX Recovery Surcharge" is an inconsistent fee. I noted that the embedded metadata indicated

---

DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.
                                                                              Case No. 3:23-md-03084-CRB

1    the file was created by "Adobe Acrobat Pro (64-bit) 24.3.20112" and produced by "Adobe Acrobat

2    Pro (64-bit) 24.3.20112" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".



13                              3078 - PTO 5 Submission.pdf



24                    3327_40_____Req 6a_2.pdf

25    **3422 - PTO 5 Submission.pdf**

26            I reviewed the content of the file named "3422 - PTO 5 Submission.pdf" to determine whether

27    there was an indication that the Uber receipt file content was fabricated, changed or edited. I

28    understand that Plaintiff produced this file during the course of the litigation. Additionally, I reviewed

receipts produced by Uber for other Plaintiffs' substantiated rides. I determined the file contained

inconsistencies showing editing and changing of an Uber receipt file had occurred. I noted that the

destination address is missing a comma between the street suffix and city. I noted that the embedded

metadata indicated the file was created by "Adobe Acrobat 24.2" and produced by "Adobe Acrobat

24.2 Image Conversion Plug-in" and not Uber's PDF receipt creator "wkhtmltopdf" and producer

"Qt".



3422 - PTO 5 Submission.pdf

3327_40_███████████_Req 6a_2.pdf

**2959_60514 - PTO 5 Submission.pdf**

I reviewed the content of the file named "2959_60514 - PTO 5 Submission.pdf" to determine

whether there was an indication that the Uber receipt file content was fabricated, changed or edited. I

understand that Plaintiff produced this file during the course of the litigation. Additionally, I reviewed

receipts produced by Uber for other Plaintiffs' substantiated rides.  I determined the file contained

inconsistencies showing editing and changing of an Uber receipt file had occurred. I noted that the file

contained a state of Nevada surcharge contrary to being a trip that occurred in the state of Texas. I

noted that the file was missing a charge for "Texas Regulatory Recovery Fee" that is expected for a

trip that occurred in the state of Texas. See Chad Dobbs July 25, 2025, declaration at 2:10-12. I noted

that that the starting address time stamp contained three digits for the seconds (7:018 PM) notation

contrary to the expected seconds notation. I noted a missing comma in the destination address. I noted

that the payment timestamp occurred before the ride ended timestamp. I noted that the embedded

metadata indicated the file was created by "Adobe Acrobat Pro (64-bit) 24.3.20180" and produced by

"Adobe Acrobat Pro (64-bit) 24.3.20180" and not Uber's PDF receipt creator "wkhtmltopdf" and

producer "Qt".



3327_40_____Req 6a_2.pdf

2959_60514 - PTO 5 Submission.pdf Receipt 1.pdf

**3198 - PTO 5 Submission.pdf**

    I reviewed the content of the file named "3198 - PTO 5 Submission.pdf" to determine whether

1   there was an indication that the Uber receipt file content was fabricated, changed or edited. I

2   understand that Plaintiff produced this file during the course of the litigation. Additionally, I reviewed

3   receipts produced by Uber for other Plaintiffs' substantiated rides. I determined the file contained

4   inconsistencies showing editing and changing of an Uber receipt file had occurred. I noted that

5   "0 hour" was included in the ride duration. I was able to replicate this inconsistency by

6   purchasing a MakeReceipt[.]com account and inputting a ride duration less than an hour with  a

7   ride-start time and a ride-end time before midnight, which generated a ride receipt showing "0

8   hour". I noted that the embedded metadata indicated the file was produced by "Microsoft: Print

9   To PDF" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".

10

11

12

13   

14

15

16

17

18

19   3198 - PTO 5 Submission.pdf

20

21

22

23   

24

25

26

27

28

3327_40_███████████████_Req 6a_2.pdf

**<u>2103_19468 - PTO 5 Submission.pdf</u>**

      I reviewed the content of the file named "2103_19468 - PTO 5 Submission.pdf" to determine whether there was an indication that the Uber receipt file content was fabricated, changed or edited. I understand that Plaintiff produced this file during the course of the litigation. Additionally, I reviewed receipts produced by Uber for other Plaintiffs' substantiated rides. I determined the file contained inconsistencies showing editing and changing of an Uber receipt file had occurred. I noted the payment detail date for the Venmo payment did not include a timestamp. I noted that the embedded metadata indicated the file was created by "Adobe Acrobat 24.2" and produced by "Adobe Acrobat 24.2 Image Conversion Plug-in" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".



Original ██████████ Receipt -2022-08-26 Trip with ██████ █████.pdf

1

2

3

4

5

6

7

8

9



10
2103_19468 - PTO 5 Submission.pdf

11
**2277_19430 - PTO 5 Submission.pdf**

12
     I reviewed the content of the file named "2277_19430 - PTO 5 Submission.pdf" to determine

13
whether there was an indication that the Uber receipt file content was fabricated, changed or edited. I

14
understand that Plaintiff produced this file during the course of the litigation. Additionally, I reviewed

15
receipts produced by Uber for other Plaintiffs' substantiated rides. I noted a font inconsistency between

16
the departure address and the arrival address. The departure address appears to be in a sans-serif font,

17
whereas the arrival address is in a serif style font. There is also a comma between the ZIP and country

18
in the departing location, but the arrival location has no comma. By comparison, the exemplar

19
documents used for our analysis have commas for both locations. We also observed that the 2277

20
receipt is blurry relativity to the exemplar. The date of the alleged ride occurred on September 19,

21
2022 based on the date in the top right of the receipt, but the Venmo payment occurred on August 26,

22
2022 several weeks in advance. I noted that the embedded metadata indicated the file was created by

23
"Adobe Acrobat 24.2" and produced by "Adobe Acrobat 24.2 Image Conversion Plug-in" and not

24
Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".

25

26

27

28

---

DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.

2277_19430 - PTO 5 Submission.pdf

Original ████████ Receipt –2022-08-26 Trip with ████████.pdf

**3510 - PTO 5 Submission.pdf**

I reviewed the content of the file named "3510 - PTO 5 Submission.pdf" to determine whether there was an indication that the Uber receipt file content was fabricated, changed or edited. I understand that Plaintiff produced this file during the course of the litigation. Additionally, I reviewed receipts produced by Uber for other Plaintiffs' substantiated rides. "3510 - PTO 5 Submission.pdf" appears to be a screen capture from a mobile device based on the "X" located on the upper lefthand side of the images. I noted there is no time, cell signal, Wi-Fi signal symbol, or battery life indicator in the top of each page. I noted this receipt appears to contain the same exact trip start time, end time,

locations, and amount as "3521 - PTO 5 Submission.pdf". I noted the payment date was different from "3521 - PTO 5 Submission.pdf" but the payment timestamp (11:23 PM) was the same. I noted that the trip payment time stamp was the same time as the ██████████ receipt ("Real Receipt from ██████ ██████ Account - Mobile Version.pdf"). The alterations are consistent with this being created by adjusting a few select values from "Real Receipt from ██████ ██████ Account - Mobile Version.pdf". I noted that the embedded metadata indicated the file was created by "Microsoft Office Word" and produced by "Adobe Acrobat Pro (64-bit) 24.4.20272" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".



3510 - PTO 5 Submission.pdf

1

2

3

4

5

6

7

8

9

10



11    Real Receipt from ▮▮▮ ▮▮▮ Account - Mobile Version.pdf

12

13

14

15

16

17

18

19



20

21

22

23

24

25

26



27    3521 - PTO 5 Submission.pdf

28

1    **<u>3521 - PTO 5 Submission.pdf</u>**

2        I reviewed the content of the file named "3521 - PTO 5 Submission.pdf" to determine whether

3    there was an indication that the Uber receipt file content was fabricated, changed or edited. I

4    understand that Plaintiff produced this file during the course of the litigation. Additionally, I reviewed

5    receipts produced by Uber for other Plaintiffs' substantiated rides. I noted that the 3521 receipt

6    contained the same Trip ID as "Real Receipt from ████ ████ Account - Mobile Version.pdf". I

7    noted that the 3521 receipt contained the same exact starting address and ending address and amount

8    as "3510 - PTO 5 Submission.pdf". I noted the trip total and payment time is the same time as "Real

9    Receipt from ████ ████ Account - Mobile Version.pdf" I noted that the embedded metadata

10   indicated the file was created by "Acrobat PDFMaker 24 for Word" and produced by "Adobe PDF

11   Library 24.4.48" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".



20                              3521 - PTO 5 Submission.pdf



28           Real Receipt from ████ ████ Account - Mobile Version.pdf

**3048 - PTO 5 Submission.pdf**

  I reviewed the content of the file named "3048 - PTO 5 Submission.pdf" to determine whether there was an indication that the Uber receipt file content was fabricated, changed or edited. I understand that Plaintiff produced this file during the course of the litigation. Additionally, I reviewed receipts produced by Uber for other Plaintiffs' substantiated rides. "3048 - PTO 5 Submission.pdf" appears to be an altered version of "Real Receipt from ████ ████ Account - PDF Version.pdf". Everything about the two receipts is exactly the same except for the month and driver name. The DD-YY remains the same, times remain the same, the trip and locations are identical, and the amounts are also the same. I noted that the embedded metadata indicated the file was created by "Acrobat PDFMaker 24 for Word" and produced by "Adobe PDF Library 24.5.96" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".



3048 - PTO 5 Submission.pdf

Real Receipt from ▮▮▮▮ ▮▮▮ Account - PDF Version.pdf

**3303 - PTO 5 Submission.pdf**

I reviewed the content of the PDF named "3303 - PTO 5 Submission.pdf" and compared it to "Real Receipt from ▮▮▮▮ ▮▮ Account - Email Version.pdf" to determine whether there was an indication that the Uber receipt file content was fabricated, changed or edited. Additionally, I reviewed receipts produced by Uber for other Plaintiffs' substantiated rides. I determined that the 3303 receipt appeared to be an edited mobile device version of "Real Receipt from ▮▮▮▮ ▮▮ Account - Email Version.pdf". I noted it contains nearly identical content with the exception of the driver's name. I noted that the driver's name appeared edited using a different letter font. I noted when comparing the "h" from the word "with", and the "h" from the word "▮▮▮▮ that the letter fonts appeared to be different. I noted, while comparing both receipts, that both receipts contain identical trip addresses, start time, end time, start location, end location and fare total amounts. I noted that the embedded metadata of the 3303 receipt indicated the file was created by "Adobe Acrobat Reader" and produced by "Adobe Acrobat T5" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



3303 - PTO 5 Submission.pdf

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



22              Real Receipt from ███████ Account - Email Version.pdf

23  **1914_17758 - PTO 5 Submission.pdf**

24          I reviewed the content of the PDF named "1914_17758 - PTO 5 Submission.pdf" and to

25  determine whether there was an indication that the Uber receipt file content was fabricated, changed

26  or edited. I understand that Plaintiff produced this file during the course of the litigation. Additionally,

27  I reviewed receipts produced by Uber for other Plaintiffs' substantiated rides. I determined that the

28  document contained a hidden watermark embedded "FOR PRO OR ENTERPRISE MEMBERS

ONLY" consistent with fabricating a receipt using the website "makereceipt.com". I noted that the payment was made in Cash and I understand that Uber did not offer Cash payment in 2017 for rides in Minnesota. See Chad Dobbs July 25, 2025, declaration at 2:20-21. I noted that the embedded metadata indicated the file was created by "Aspose Ltd." and produced by "Aspose.PDF for .NET 22.6.0" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".



1914_17758 - PTO 5 Submission.pdf

**3125 - PTO 5 Submission.pdf**

I reviewed the content of the PDF named "3125 - PTO 5 Submission.pdf" and compared it to "Real Receipt from ███████ ███████ Account - PDF Version.pdf" to determine whether there was an indication that the Uber receipt file content was fabricated, changed or edited. Additionally, I reviewed receipts produced by Uber for other Plaintiffs' substantiated rides. I noted that the 3125 receipt contains nearly identical content as ""Real Receipt from ███████ ███████ Account - PDF Version.pdf" with the exception of the driver's and the rider's names. I noted, while comparing both receipts, that they contain identical trip addresses, start time, end time, start location, end location and fare total amounts. I noted that the embedded metadata indicated the file was created by "███████ ███████ and produced by "Microsoft: Print To PDF" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".



3125 - PTO 5 Submission.pdf

Real Receipt from ███ ███ Account - PDF Version.pdf

**3047 - PTO 5 Submission.pdf**

I reviewed the content of the PDF named "3047 - PTO 5 Submission.pdf" and compared it to "Real Receipt from ███ ███ Account - PDF Version.pdf" to determine whether there was an indication that the Uber receipt file content was fabricated, changed or edited. Additionally, I reviewed receipts produced by Uber for other Plaintiffs' substantiated rides. I determined that nearly all the information in the 3047 receipt appeared to be identical to "Real Receipt from ███ ███ Account - PDF Version.pdf" with the exception of the date and the rider's name. I noted that the 3047 receipt appeared to be March 29, 2023, and that "Real Receipt from ███ ███ Account - PDF Version.pdf" was March 29, 2024. I noted that in the 3047 receipt, the rider's name was ███, and in "Real Receipt from ███ ███ Account - PDF Version.pdf", the rider's name was ███ I noted that the 3047 receipt contained a gray circle in the center of the receipt. I noted that the

embedded metadata indicated the file was created by "Adobe Acrobat Pro (64-bit) 24.4.20272" and produced by "Adobe Acrobat Pro (64-bit) 24.4.20272" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".



3047 - PTO 5 Submission.pdf

Real Receipt from ██████ ████ Account - PDF Version.pdf

1           I declare under penalty of perjury that the foregoing is true and correct. Executed on July 30,

2    2025.

3

4                                    Brett D. Harrison
                                    Senior Managing Director

5                                      FTI Consulting Technology

6

7                                      Brett D. Harrison

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Attachment 1
# Documents Considered

### List of Documents Considered

| | |
|---|---|
| Plaintiff Doc. (MDLC) | 2812_45645.pdf |
| Plaintiff Doc. (MDLC) | 1914_17758.pdf |
| Plaintiff Doc. (MDLC) | 1194_1170.pdf |
| Plaintiff Doc. (MDLC) | 2918_60483.pdf |
| Plaintiff Doc. (MDLC) | 3425_99063.pdf |
| Plaintiff Doc. (MDLC) | 2723_38683.pdf |
| Plaintiff Doc. (MDLC) | 3038_61464.pdf |
| Plaintiff Doc. (MDLC) | 3286_100947.pdf |
| Plaintiff Doc. (MDLC) | 2734_39150.pdf |
| Plaintiff Doc. (MDLC) | 2350_20922.pdf |
| Plaintiff Doc. (MDLC) | 3078_64231.pdf |
| Plaintiff Doc. (MDLC) | 3422_97793.pdf |
| Plaintiff Doc. (MDLC) | 2959_60514.pdf |
| Plaintiff Doc. (MDLC) | 3198_85001.pdf |
| Plaintiff Doc. (MDLC) | 2103_19468.pdf |
| Plaintiff Doc. (MDLC) | 2277_19430.pdf |
| Plaintiff Doc. (MDLC) | 3510_102628.pdf |
| Plaintiff Doc. (MDLC) | 3521_104781.pdf |
| Plaintiff Doc. (MDLC) | 3048_63657.pdf |
| Plaintiff Doc. (MDLC) | 3303_89165.pdf |
| Plaintiff Doc. (MDLC) | 3125_72294.pdf |
| Plaintiff Doc. (MDLC) | 3047_63654.pdf |
| N/A | Real Receipt from ███████ Account - PDF Version.pdf |

| | |
|---|---|
| N/A | 2350 - Jane Doe LS 397 ███████ - real receipt underlying fake.pdf |
| N/A | Original ███████ Receipt - 2022-08-26 Trip with ███████ |
| N/A | Real Receipt from ███████ Account - Mobile Version.pdf |
| N/A | Real Receipt from ███████ Account - PDF Version.pdf |
| N/A | Real Receipt from ███████ Account - Email Version.pdf |
| N/A | Real Receipt from ███████ Account - PDF Version.pdf |
| N/A | Real Receipt from ███████ Account - PDF Version.pdf |
| UBER-MDL3084-DFS00001272 | 1318_40_P.N. ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00001697 | 1011_40_Jane Roe CL 3 ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00006581 | 1086_40_A.M. ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00007746 | 1101_40_A.P. ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00007750 | 1101_40_A.P. ███████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00009723 | 1119_40_Jane Doe LS 348 ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00009977 | 1124_40_Jane Doe LS 259 ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00009979 | 1124_40_Jane Doe LS 259 ███████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00010299 | 1126_40_Jane Doe LS 260 ███████ - req 6a_1.pdf |

| | |
|---|---|
| UBER-MDL3084-DFS00010527 | 1131_40_Jane Doe LS 293 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00010529 | 1131_40_Jane Doe LS 293 ██████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00010780 | 1138_40_Jane Doe LS 149 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00010859 | 1140_40_Jane Doe LS 155 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00011479 | 1153_40_Jane Doe LS 253 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00011608 | 1157_40_Jane Doe LS 112 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00011924 | 1164_40_Jane Doe LS 388 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00012254 | 1167_40_Jane Doe LS 284 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00012529 | 1172_40_Jane Doe LS 265 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00013036 | 1182_40_Jane Doe LS 317 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00013040 | 1182_40_Jane Doe LS 317 ██████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00013276 | 1185_40_Jane Doe LS 103 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00013309 | 1186_40_Jane Doe LS 25 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00014299 | 1209_40_██ ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00014303 | 1209_40_██ ████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00015016 | 1218_40_██ ██████ - req 6a_1.pdf |

3

| | |
|---|---|
| UBER-MDL3084-DFS00015269 | 1220_40_██████ ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00015332 | 1221_40_███ █████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00015334 | 1221_40_███ █████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00015337 | 1221_40_███ █████████ - req 6a_3.pdf |
| UBER-MDL3084-DFS00015398 | 1222_40_███ █████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00015449 | 1223_40_███ █████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00015451 | 1223_40_███ █████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00015618 | 1233_40_Jane Doe ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00015699 | 1234_40_███ █████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00015701 | 1234_40_███ █████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00015878 | 1235_40_███ █████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00016147 | 1284_40_███ █████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00016151 | 1284_40_███ █████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00016154 | 1284_40_███ █████████ - req 6a_3.pdf |
| UBER-MDL3084-DFS00016409 | 1291_40_███ ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00016460 | 1292_40_███████ - req 6a_1.pdf |

| UBER-MDL3084-DFS00016463 | 1292_40_███████ - req 6a_2.pdf |
|---|---|
| UBER-MDL3084-DFS00016465 | 1292_40_███████ - req 6a_3.pdf |
| UBER-MDL3084-DFS00020152 | 1370_40_██ ████████ - req 6a.pdf |
| UBER-MDL3084-DFS00024304 | 1439_40_██████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00024905 | 1464_40_█████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00025489 | 1477_40_████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00025919 | 1489_40_Jane Doe ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00026207 | 1494_40_Jane Doe ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00026828 | 1523_40_█████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00029433 | 1773_40_Jane Roe CL 11 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00029606 | 1777_40_Jane Roe CL 15 ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00029684 | 1778_40_Jane Roe CL 16 █████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00033000 | 2000_40_Jane Doe EB 12 ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00033002 | 2000_40_Jane Doe EB 12 ███████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00035086 | 2026_40_Jane Doe EB 34 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00035088 | 2026_40_Jane Doe EB 34 ██████ - req 6a_2.pdf |

| UBER-MDL3084-DFS00036343 | 2037_40_Jane Doe EB 41 ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00036345 | 2037_40_Jane Doe EB 41 ███████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00038082 | 2140_40_███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00038945 | 2211_40_██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00039696 | 2220_40_Jane Doe ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00040195 | 2244_40_Jane Doe ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00040198 | 2244_40_Jane Doe ██████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00040201 | 2244_40_Jane Doe ██████ - req 6a_3.pdf |
| UBER-MDL3084-DFS00040305 | 2245_40_███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00043056 | 1775_40_Jane Roe CL 13 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00043060 | 1775_40_Jane Roe CL 13 ██████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00046677 | 2102_40_Jane Roe CL 41 ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00046679 | 2102_40_Jane Roe CL 41 ███████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00048599 | 2587_40_██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00048601 | 2587_40_██████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00049748 | 2595_40_█████ - req 6a_1.pdf |

| | |
|---|---|
| UBER-MDL3084-DFS00049751 | 2595_40_███████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00050467 | 2607_40_Jane Doe EB 60 ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00050470 | 2607_40_Jane Doe EB 60 ███████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00052281 | 2621_40_███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00053208 | 1467_40_C.E. 1467 ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00055340 | 2662_40_███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00057860 | 1369_40_███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00057987 | 2118_40_Jane Roe CL 56 ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00058077 | 2138_40_██ ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00060318 | 2597_40_Jane Roe CL 68 ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00061332 | 2698_40_███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00061383 | 2699_40_███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00061511 | 2700_40_███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00061685 | 2706_40_███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00061786 | 2707_40_███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00061854 | 2708_40_Jane Doe EB 62 ███████ - req 6a_1.pdf |

| UBER-MDL3084-DFS00061857 | 2708_40_Jane Doe EB 62 ███████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00062612 | 2713_40_Jane Roe CL 85 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00064113 | 2731_40_█. ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00064937 | 2742_40_Jane Doe QLF 001 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00087277 | 1807_40_WHB 466 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00088205 | 1866_40_WHB 427 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00088475 | 1870_40_WHB 426 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00089109 | 1876_40_WHB 1469 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00090342 | 1907_40_WHB 1397 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00090345 | 1907_40_WHB 1397 ██████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00090464 | 1908_40_WHB 623 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00090497 | 1910_40_WHB 373 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00091063 | 1931_40_WHB 873 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00091544 | 1943_40_WHB 1048 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00093218 | 2062_40_WHB 305 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00093221 | 2062_40_WHB 305 ██████ - req 6a_2.pdf |

| | |
|---|---|
| UBER-MDL3084-DFS00093445 | 2069_40_WHB 342 ██████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00093577 | 2076_40_WHB 514 ██████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00093580 | 2076_40_WHB 514 ██████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00094485 | 2153_40_WHB 359 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00094579 | 2158_40_WHB 1552 ██████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00094625 | 2159_40_WHB 1660 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00094693 | 2161_40_WHB 1260 ██████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00094902 | 2181_40_WHB 1844 ██████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00095070 | 2187_40_WHB 1142 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00095121 | 2191_40_WHB 647 ██████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00095742 | 2075_40_WHB 706 ████████_Req 6a_1 |
| UBER-MDL3084-DFS00095825 | 2130_40_DMA 1 ████████_Req 6a_1 |
| UBER-MDL3084-DFS00095860 | 2203_40_WHB 1927 ████████_Req 6a_1 |
| UBER-MDL3084-DFS00096817 | 2751_40_████████████_Req 6a_1 |
| UBER-MDL3084-DFS00097948 | 2787_40_████████████_Req 6a_1 |
| UBER-MDL3084-DFS00097951 | 2787_40_████████████_Req 6a_2 |

| | |
|---|---|
| UBER-MDL3084-DFS00099769 | 2807_40_███████████_Req 6a_1 |
| UBER-MDL3084-DFS00099772 | 2807_40_███████████_Req 6a_2 |
| UBER-MDL3084-DFS00100445 | 2080_40_Jane Roe CL 21 ██████ ███████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00101967 | 2825_40_Jane Doe 691408 ████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00101970 | 2825_40_Jane Doe 691408 ████████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00104212 | 2847_40_Jane Doe NLG ██████████ ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00104776 | 2853_40_WHB 2062 █████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00106061 | 2881_40_WHB 2039 █████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00106064 | 2881_40_WHB 2039 █████████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00106919 | 2865_40_WHB 2074 ██████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00107026 | 2883_40_WHB 2041 ████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00107172 | 2902_40_WHB 2055 █████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00112496 | 2992_40_Jane Doe LS 556 ████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00114521 | 2288_40_Jane Doe LS 269 ██████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00115542 | 2297_40_Jane Doe LS 55 █████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00117196 | 2311_40_Jane Doe LS 139 █████████_Req 6a_1.pdf |

| UBER-MDL3084-DFS00119998 | 2331_40_Jane Doe LS 248 ███████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00120292 | 2335_40_Jane Doe LS 514 ███████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00120295 | 2335_40_Jane Doe LS 514 ███████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00124222 | 2377_40_Jane Doe LS 347 ███████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00124224 | 2377_40_Jane Doe LS 347 ███████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00124227 | 2377_40_Jane Doe LS 347 ███████_Req 6a_3.pdf |
| UBER-MDL3084-DFS00124477 | 2381_40_Jane Doe LS 212 ███████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00124539 | 2383_40_Jane Doe LS 367 ████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00124949 | 2387_40_Jane Doe LS 399 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00128931 | 2423_40_Jane Doe LS 199 ███████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00129162 | 2428_40_Jane Doe LS 319 ████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00129572 | 2432_40_Jane Doe LS 87 ███████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00130840 | 2449_40_Jane Doe LS 44 ███████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00133090 | 2474_40_Jane Doe LS 184 ███████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00133648 | 2478_40_Jane Doe LS 487 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00134817 | 2503_40_Jane Doe LS 180 ███████_Req 6a_1.pdf |

| UBER-MDL3084-DFS00136821 | 2529_40_Jane Doe LS 113 ███████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00137493 | 2533_40_Jane Doe LS 403 ███████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00137496 | 2533_40_Jane Doe LS 403 ███████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00137828 | 2538_40_Jane Doe LS 60 ████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00138613 | 2551_40_Jane Doe LS 479 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00143710 | 3059_40_███████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00147409 | 3094_40_██████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00147652 | 3097_40_██████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00150328 | 3114_40_██████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00150697 | 3119_40_██████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00151956 | 3133_40_██████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00154518 | 2947_40_CLF ████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00154521 | 2947_40_CLF ████████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00159272 | 3192_40_JLG 116 ██████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00159273 | 3192_40_JLG 116 ██████████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00159274 | 3192_40_JLG 116 ██████████_Req 6a_3.pdf |

| UBER-MDL3084-DFS00161203 | 3215_40_█████████_Req 6a_1.pdf |
|---|---|
| UBER-MDL3084-DFS00162955 | 3232_40_███████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00162958 | 3232_40_███████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00163591 | 3219_40_█████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00163594 | 3219_40_█████████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00168983 | 3310_40_████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00171060 | 3327_40_████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00171063 | 3327_40_████████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00172988 | 3340_40_JLG 128 ████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00173434 | 3343_40_JLG 131 (████████)_Req 6a_1.pdf |
| UBER-MDL3084-DFS00173651 | 3344_40_JLG 132 (██████)_Req 6a_1.pdf |
| UBER-MDL3084-DFS00196110 | 2996_40_██ (████████)_Req 6a_1.pdf |
| UBER-MDL3084-DFS00198780 | 3429_40_██ (████████)_Req 6a_1.pdf |
| UBER-MDL3084-DFS00208904 | 3514_40_Jane Doe LS 603 (█████████)_Req 6a_1.pdf |
| UBER-MDL3084-DFS00210543 | 3531_40_██ (██████)_Req 6a_1.pdf |
| UBER-MDL3084-DFS00210636 | 3532_40_██ (███████)_Req 6a_1.pdf |

13

| UBER-MDL3084-DFS00210788 | 3533_40_███████████_Req 6a_1.pdf |
|---|---|
| UBER-MDL3084-DFS00210887 | 3534_40_█████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00210889 | 3534_40_█████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00211871 | 3541_40_███████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00212187 | 1132_40_Jane Doe LS 67 ██████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00212865 | 3548_40_Jane Roe CL 168 ████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00216625 | 3587_40_█████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00217553 | 3593_40_███████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00217555 | 3593_40_███████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00217699 | 3595_40_███████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00218915 | 3605_40_███████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00218918 | 3605_40_███████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00218921 | 3605_40_███████_Req 6a_3.pdf |
| UBER-MDL3084-DFS00219709 | 3610_40_█████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00219712 | 3610_40_█████████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00223054 | 3634_40_████████_Req 6a_1.pdf |

14

| UBER-MDL3084-DFS00223610 | 3639_40_Jane Doe LS 608 ██████_Req 6a_1.pdf |
|---|---|
| UBER-MDL3084-DFS00223753 | 3640_40_Jane Doe LS 609 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00223756 | 3640_40_Jane Doe LS 609 ██████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00224142 | 3649_40_Jane Doe KG 008 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00224449 | 3654_40_██████_Req 6a_1.pdf |
| Uber DFS (MDLC) | 1194_2813.pdf |
| Uber DFS (MDLC) | 2103_127932.pdf |
| Uber DFS (MDLC) | 2277_28685.pdf |
| Uber DFS (MDLC) | 2350_67639.pdf |
| Uber DFS (MDLC) | 2723_85275.pdf |
| Uber DFS (MDLC) | 2734_45252.pdf |
| Uber DFS (MDLC) | 2812_59975.pdf |
| Uber DFS (MDLC) | 2918_64020.pdf |
| Uber DFS (MDLC) | 2959_64022.pdf |
| Uber DFS (MDLC) | 3038_72482.pdf |
| Uber DFS (MDLC) | 3047_72483.pdf |
| Uber DFS (MDLC) | 3048_72484.pdf |
| Uber DFS (MDLC) | 3078_87328.pdf |
| Uber DFS (MDLC) | 3125_85343.pdf |
| Uber DFS (MDLC) | 3198_92539.pdf |
| Uber DFS (MDLC) | 3286_122951.pdf |

| | |
|---|---|
| Uber DFS (MDLC) | 3303_96312.pdf |
| Uber DFS (MDLC) | 3422_117241.pdf |
| Uber DFS (MDLC) | 3425_117651.pdf |
| Uber DFS (MDLC) | 3510_126262.pdf |
| Uber DFS (MDLC) | 3521_126256.pdf |
| Uber DFS (MDLC) | 1194_2813.pdf |
| Plaintiff PFS (MDLC) | ███████ (MDLC ID 1194) - PFS Verification.pdf |
| Plaintiff PFS (MDLC) | ███████ (MDLC ID 1194) - PFS.pdf |
| Plaintiff PFS (MDLC) | ███████ (MDLC ID 2918) - PFS Verification.pdf |
| Plaintiff PFS (MDLC) | ███████ (MDLC ID 2918) - PFS.pdf |
| Plaintiff PFS (MDLC) | ███████ (MDLC ID 3125) - PFS Verification.pdf |
| Plaintiff PFS (MDLC) | ███████ (MDLC ID 3125) - PFS.pdf |
| Plaintiff PFS (MDLC) | ███████ (MDLC ID 3047) - PFS Verification.pdf |
| Plaintiff PFS (MDLC) | ███████ (MDLC ID 3047) - PFS.pdf |
| Plaintiff PFS (MDLC) | ███████ (MDLC ID 3048) - PFS Verification.pdf |
| Plaintiff PFS (MDLC) | ███████ (MDLC ID 3048) - PFS.pdf |
| Plaintiff PFS (MDLC) | ███████ (MDLC ID 3425) - PFS Verification.pdf |
| Plaintiff PFS (MDLC) | ███████ (MDLC ID 3425) - PFS.pdf |
| Plaintiff PFS (MDLC) | ███████ (MDLC ID 3510) - PFS Verification.pdf |
| Plaintiff PFS (MDLC) | ███████ (MDLC ID 3510) - PFS.pdf |

| | |
|---|---|
| Plaintiff PFS (MDLC) | ███████████████ (MDLC ID 3198) - PFS Verification.pdf |
| Plaintiff PFS (MDLC) | ███████████████ (MDLC ID 3198) - PFS.pdf |
| Plaintiff PFS (MDLC) | ██████████ (MDLC ID 2812) - PFS Verification.pdf |
| Plaintiff PFS (MDLC) | ██████████ (MDLC ID 2812) - PFS.pdf |
| Plaintiff PFS (MDLC) | █████████ (MDLC ID 2350) - PFS Verification.pdf |
| Plaintiff PFS (MDLC) | █████████ (MDLC ID 2350) - PFS.pdf |
| Plaintiff PFS (MDLC) | ██████████ (MDLC ID 2734) - PFS.pdf |
| Plaintiff PFS (MDLC) | █████████ (MDLC ID 3521) - PFS.pdf |
| Plaintiff PFS (MDLC) | ███████████ (MDLC ID 2959) - PFS Verification.pdf |
| Plaintiff PFS (MDLC) | ███████████ (MDLC ID 2959) - PFS.pdf |
| Plaintiff PFS (MDLC) | ████████ (MDLC ID 1914) - PFS Verification.pdf |
| Plaintiff PFS (MDLC) | ████████ (MDLC ID 1914) - PFS.pdf |
| Plaintiff PFS (MDLC) | █████████ (MDLC ID 3038) - PFS Verification.pdf |
| Plaintiff PFS (MDLC) | █████████ (MDLC ID 3038) - PFS.pdf |
| Plaintiff PFS (MDLC) | ██████████ (MDLC ID 3286) - PFS Verification.pdf |
| Plaintiff PFS (MDLC) | ██████████ (MDLC ID 3286) - PFS.pdf |
| Plaintiff PFS (MDLC) | ████████ (MDLC ID 2723) - PFS Verification.pdf |
| Plaintiff PFS (MDLC) | ████████ (MDLC ID 2723) - PFS.pdf |
| Plaintiff PFS (MDLC) | ███████████ (MDLC ID 3078) - PFS Verification.pdf |

| Plaintiff PFS (MDLC) | ████████████ (MDLC ID 3078) - PFS.pdf |
|---|---|
| Plaintiff PFS (MDLC) | ████████████ (MDLC ID 3422) - PFS Verification.pdf |
| Plaintiff PFS (MDLC) | ████████████ (MDLC ID 3422) - PFS.pdf |

# Attachment 2
# List of Publications and Prior Testimony

**Brett D. Harrison**

**Senior Managing Director**

**FTI Technology**

**555 12th Street, NW, Suite 700**

**Washington, DC 20004**

**+1 202 728 8701**

**brett.harrison@fticonsulting.com**

**Publications**

**2021** – Co-authored an article related to new methods for analyzing mobile devices to determine whether they have been infected and/or hacked.

**2021** – Co-authored an article on "Discovery in the Cloud." The article focused on taking a close look at the risks and challenges, specifically with respect to Dropbox.

**2015** – Co-authored an article on Information Management.com titled "Forensic Files: Lessons from Real Cases" which dealt with collecting data from social media sites and mobile, BYOD devices.

**Testimony, Reporting, Deposition and Declaration**

**11/10/2023 Nashville US District Court; Ecolab Inc. v. Anthony Ridley and Chemtreat, Inc.** Retained by the Special Master and submitted an Expert Report related to activities observed on a number of computers.

**6/29/2023 San Francisco US District Court; Wisk Aero v. Archer Aviation** Submitted a Second Supplemental Expert Rebuttal Report in Support of Archer Aviation

**4/26/2023 San Francisco US District Court; Wisk Aero v. Archer Aviation** Submitted a Declaration in Support of Archer's Opposition to Wisk's Motion for Adverse Inferences

**4/21/2023 Applied Predictive Technologies, Inc. v. Marketdial, Inc. et al.** Provided Deposition testimony related to a number of Intellectual Property Theft related topics outlined in Expert Rebuttal Report dated 2/8/2023.

**4/4/2023 San Francisco US District Court; Wisk Aero v. Archer Aviation** Submitted a Supplemental Expert Rebuttal Report in Support of Archer Aviation

**2/15/2023 San Francisco US District Court; Wisk Aero v. Archer Aviation** Submitted a Sur-Reply Declaration in Support of Archer Opposition to Wisk's Spoliation Motion

**2/8/2023 Applied Predictive Technologies, Inc. v. Marketdial, Inc. et al.** Submitted an Expert Report related to the exfiltration and use of certain electronic Intellectual Property materials.

**2/7/2023 San Francisco US District Court; Wisk Aero v. Archer Aviation** Provided Deposition testimony related to a number of Intellectual Property Theft related topics outlined in Expert Rebuttal Report dated 1/27/2023.

**1/27/2023 San Francisco US District Court; Wisk Aero v. Archer Aviation** Submitted an Expert Rebuttal Report related to multiple topics surrounding potential misappropriation of electronic documents.

**5/2/2022 San Francisco US District Court; Wisk Aero v. Archer Aviation** Submitted a Declaration in support of certain Third Parties in opposition to a Wisk Aero LLC Motion to Compel Forensic Inspections.

**2/11/2022 New York US District Court; George Galgano v. County of Putnam, New York, et al.** Submitted an Affidavit which outlined FTI's process for organizing and threading TXT messages exported off mobile devices.

**7/1/2021 San Francisco US District Court; Wisk Aero v. Archer Aviation** Provided Deposition testimony to support a Declaration which documented the investigation and analysis of Archer's systems to attempt to locate any Wisk Aero Intellectual Property. Testimony covered multiple FTI workstreams to include Digital Forensics and also Brainspace analysis of Archer data.

**6/24/2021 San Francisco US District Court; Wisk Aero v. Archer Aviation** Submitted a Declaration to document FTI's investigation and analysis of Archer's systems to attempt to locate any Wisk Aero Intellectual Property. The Declaration covered multiple FTI workstreams to include Digital Forensics and also Brainspace analysis of Archer data.

# Harrison Declaration REDACTED

**Final Audit Report**                                          2025-07-30

| | |
|---|---|
| Created: | 2025-07-30 |
| By: | Deborah Hillburn (dhillburn@shb.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAHtZe55IHFfxJBJQYPO3DBMLouXRIfkPN |

## "Harrison Declaration REDACTED" History

Document created by Deborah Hillburn (dhillburn@shb.com)
2025-07-30 - 4:59:32 PM GMT

Document emailed to brett.harrison@fticonsulting.com for signature
2025-07-30 - 5:01:00 PM GMT

Email viewed by brett.harrison@fticonsulting.com
2025-07-30 - 5:32:49 PM GMT

Signer brett.harrison@fticonsulting.com entered name at signing as Brett D Harrison
2025-07-30 - 5:34:05 PM GMT

Document e-signed by Brett D Harrison (brett.harrison@fticonsulting.com)
Signature Date: 2025-07-30 - 5:34:07 PM GMT - Time Source: server

Agreement completed.
2025-07-30 - 5:34:07 PM GMT

**Adobe Acrobat Sign**