# Exhibit C

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Uber*

UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF CHAD DOBBS**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

I, Chad Dobbs, on behalf of Defendants Uber Technologies, Inc., Raisier, LCC, and Raisier-CA, LLC (collectively, "Defendants" or "Uber"), state as follows:

1. I am a Director of the U.S. City Operations Team and have been employed by Uber Technologies, Inc. since April 2013. I have been in my current role since 2022. I am familiar with Uber's general business operations and have personal experience in reviewing receipts and charges associated with rides in the United States.

2. I offer this Declaration in the above-captioned matter in support of Uber's Motion related to receipts. The facts set forth herein are true and correct and are based on my own personal knowledge, and I could and would competently testify thereto if called to testify in this matter.

3. State-specific benefits or surcharges are based on where the trip originated and/or concluded and would only reflect state-specific benefits or surcharges for the state(s) in which the ride originated and/or concluded.

4. If a trip facilitated on the Uber platform has a pick-up and drop-off address in Texas or Nevada, the ride receipt would not reflect a "California Driver Benefits" fee.

5. If a trip facilitated on the Uber platform has a pick-up and drop-off address in Texas or Iowa, the receipt for the ride should not show a "Nevada Recovery Surcharge."

6. If a trip facilitated on the Uber platform occurred in Georgia in 2023, it was subject to the Georgia for-hire ground transport excise tax.

7. Venmo was not an accepted payment method within the Uber App until July 2018.

8. Cash was not an accepted payment method within the Uber App in 2017 for rides that occurred in Minnesota.

1  I declare under the penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2025

*Chad Dobbs*

CHAD DOBBS

---

3
DECLARATION OF CHAD DOBBS
Case No. 3:23-md-03084-CRB (LJC)