C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
          jdomer@cutterlaw.com
          ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Roe CL 16 v. Uber Technologies, Inc., et al., No. 3:24-cv-04837-CRB*<br><br>*Jane Roe CL 24 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05536-CRB*<br><br>*Jane Roe CL 34 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05696-CRB*<br><br>*Jane Roe CL 36 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05720-CRB*<br><br>*Jane Roe CL 37 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05728-CRB*<br><br>*Jane Roe CL 38 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05729-CRB*<br><br>*Jane Roe CL 42 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05740-CRB*<br><br>*Jane Roe CL 43 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05741-CRB*<br><br>*Jane Roe CL 48 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05810-CRB* | **PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>Date:  August 22, 2025<br>Time:  10:00 a.m.<br>Courtroom:  6 – 17th Floor |

1
2   *Jane Roe CL 53 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05831-CRB

3   *Jane Roe CL 56 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05837-CRB

4
5   *Jane Roe CL 65 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 06189-CRB

6   *Jane Roe CL 70 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 06863-CRB

7
8   *Jane Roe CL 71 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 06864-CRB

9   *Jane Roe CL 76 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 07569-CRB

10
11  *Jane Roe CL 77 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 07571-CRB

12  *Jane Roe CL 78 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 07584-CRB

13
14  *Jane Roe CL 79 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 07857-CRB

15  *Jane Roe CL 81 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 08521-CRB

16
17  *Jane Roe CL 83 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 08525-CRB

18  *Jane Roe CL 84 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 08526-CRB

19
20  *Jane Roe CL 85 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 08754-CRB

21  *Jane Roe CL 86 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 08756-CRB

22
23  *Jane Roe CL 88 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 09145-CRB

24  *Jane Roe CL 91 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 09235-CRB

25
26  *Jane Roe CL 92 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 09237-CRB

27  *Jane Roe CL 93 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 09549-CRB

28

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

*Jane Roe CL 98 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 00853-CRB

*Jane Roe CL 101 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 01118-CRB

*Jane Roe CL 102 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 01120-CRB

*Jane Roe CL 103 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 01347-CRB

*Jane Roe CL 105 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 01349-CRB

*Jane Roe CL 107 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 01470-CRB

*Jane Roe CL 109 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 01652-CRB

*Jane Roe CL 110 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 01653-CRB

*Jane Roe CL 114 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 01942-CRB

*Jane Roe CL 118 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 02132-CRB

*Jane Roe CL 119 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 02133-CRB

*Jane Roe CL 122 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 02138-CRB

*Jane Roe CL 126 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 02495-CRB

*Jane Roe CL 127 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 02496-CRB

*Jane Roe CL 130 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 02742-CRB

*Jane Roe CL 131 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 02743-CRB

*Jane Roe CL 135 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 02747-CRB

*Jane Roe CL 137 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 03036-CRB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Jane Roe CL 138 v. Uber Technologies, Inc., et al.*, No. 3:25-cv- 03137-CRB

*Jane Roe CL 139 v. Uber Technologies, Inc., et al.*, No. 3:25-cv- 03255-CRB

*Jane Roe CL 142 v. Uber Technologies, Inc., et al.*, No. 3:25-cv- 03258-CRB

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

# I.  INTRODUCTION

On July 16, 2025, Defendants filed a Motion to Dismiss cases of Plaintiffs who did not file a Plaintiff Fact Sheet ("PFS") in connection with Pretrial Order ("PTO") 10. (Doc. 3493). Counsel acknowledges and understands that under PTO 10, the court created procedures and deadlines to produce a PFS. Counsel has diligently attempted to comply with the production of the documents required for the discovery obligation of each of the Plaintiffs addressed in this motion. During the course of litigation, a Plaintiff may become unavailable for a variety of reasons. Counsel has utilized extensive efforts to reach each of the clients, predating the filing of Defendant's motion. (Domer Dec. at ¶ 4). Counsel was able to produce the PFS for six of the missing claimants, dismissed three claimants by joint stipulation, and is continuing extensive efforts to reach the remaining missing claimants.

# II. ARGUMENT

Counsel has produced PFSs for Jane Roes CL 38, 105, 126, 127, 135, and 142, and should therefore be removed from consideration of Defendants' Motion, rendering their inclusion moot as to PTO 10 as a PFS has been produced. Additionally, Jane Roes CL 103, 131, and 152, were dismissed by joint stipulation and should likewise be removed from Defendants' Motion.

As to claimants Jane Roe CL 36 and Jane Roe CL 37, through our efforts, Counsel was able to determine that they were deceased. We were therefore unable to comply with PTO 10 and began trying to reach claimants' next of kin. Despite our efforts to date, we have not been able to speak with them about this case and whether to proceed. These claims may require additional time than proposed by Uber Counsel to reach and have these discussions with the next of kin.

# III.    CONCLUSION

For the foregoing reasons, Plaintiffs Jane Roes CL 38, 103, 105, 126, 127, 131, 135, 142, and 152 respectfully request that their claims be removed from

1   Defendants' Motion to Dismiss as either having fulfilled their obligation under

2   PTO 10 to submit a PFS, or their case has already been dismissed.

3

4

5   Dated: July 30, 2025                    CUTTER LAW P.C.

6

7                              By:   */s/ Jennifer S. Domer*

8                                   Jennifer S. Domer (SBN 305822)
                                    C. Brooks Cutter (SBN 121407)
9                                   Celine Cutter (SBN 312622)
                                    **CUTTER LAW P.C.**
10                                  401 Watt Avenue
                                    Sacramento, CA 95864
11                                  Telephone: 916-290-9400
                                    Facsimile: 916-588-9330
12                                  Email: bcutter@cutterlaw.com
                                           jdomer@cutterlaw.com
13                                         ccutter@cutterlaw.com

14                                  *Attorneys for ROE CL Plaintiffs*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO MTE

1

## CERTIFICATE OF SERVICE

2    I hereby certify that, on July 30, 2025, I electronically filed the following

3  with the Clerk of the Court using the CM/ECF system, which will send notification

4  of such filing via electronic mail to all counsel of record as maintained in the

5  CM/ECF electronic system.

6

7  Dated: July 30, 2025              CUTTER LAW P.C.

8

9                         By:  /s/ Jennifer S. Domer

10                             C. Brooks Cutter (SBN 121407)
                               Jennifer S. Domer (SBN 305822)
11                             Celine Cutter (SBN 312622)
                               **CUTTER LAW P.C.**
12                             401 Watt Avenue
                               Sacramento, CA 95864
13                             Telephone: 916-290-9400
                               Facsimile: 916-588-9330
14                             Email: bcutter@cutterlaw.com
                                      jdomer@cutterlaw.com
15                                    ccutter@cutterlaw.com

16                             *Attorneys for ROE CL Plaintiffs*

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO MTE