C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
        jdomer@cutterlaw.com
        ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Roe CL 16 v. Uber Technologies, Inc., et al., No. 3:24-cv-04837-CRB*<br><br>*Jane Roe CL 24 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05536-CRB*<br><br>*Jane Roe CL 34 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05696-CRB*<br><br>*Jane Roe CL 36 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05720-CRB*<br><br>*Jane Roe CL 37 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05728-CRB*<br><br>*Jane Roe CL 38 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05729-CRB*<br><br>*Jane Roe CL 42 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05740-CRB*<br><br>*Jane Roe CL 43 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05741-CRB*<br><br>*Jane Roe CL 48 v. Uber Technologies, Inc., et al., No. 3:24-cv- 05810-CRB* | **ATTORNEY JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>Date:  August 22, 2025<br>Time:  10:00 a.m.<br>Courtroom:  6 – 17th Floor |

1
2

*Jane Roe CL 53 v. Uber Technologies,*
*Inc., et al., No. 3:24-cv- 05831-CRB*

3

*Jane Roe CL 56 v. Uber Technologies,*
*Inc., et al., No. 3:24-cv- 05837-CRB*

4
5

*Jane Roe CL 65 v. Uber Technologies,*
*Inc., et al., No. 3:24-cv- 06189-CRB*

6

*Jane Roe CL 70 v. Uber Technologies,*
*Inc., et al., No. 3:24-cv- 06863-CRB*

7
8

*Jane Roe CL 71 v. Uber Technologies,*
*Inc., et al., No. 3:24-cv- 06864-CRB*

9

*Jane Roe CL 76 v. Uber Technologies,*
*Inc., et al., No. 3:24-cv- 07569-CRB*

10
11

*Jane Roe CL 77 v. Uber Technologies,*
*Inc., et al., No. 3:24-cv- 07571-CRB*

12

*Jane Roe CL 78 v. Uber Technologies,*
*Inc., et al., No. 3:24-cv- 07584-CRB*

13
14

*Jane Roe CL 79 v. Uber Technologies,*
*Inc., et al., No. 3:24-cv- 07857-CRB*

15

*Jane Roe CL 81 v. Uber Technologies,*
*Inc., et al., No. 3:24-cv- 08521-CRB*

16
17

*Jane Roe CL 83 v. Uber Technologies,*
*Inc., et al., No. 3:24-cv- 08525-CRB*

18

*Jane Roe CL 84 v. Uber Technologies,*
*Inc., et al., No. 3:24-cv- 08526-CRB*

19
20

*Jane Roe CL 85 v. Uber Technologies,*
*Inc., et al., No. 3:24-cv- 08754-CRB*

21

*Jane Roe CL 86 v. Uber Technologies,*
*Inc., et al., No. 3:24-cv- 08756-CRB*

22
23

*Jane Roe CL 88 v. Uber Technologies,*
*Inc., et al., No. 3:24-cv- 09145-CRB*

24

*Jane Roe CL 91 v. Uber Technologies,*
*Inc., et al., No. 3:24-cv- 09235-CRB*

25
26

*Jane Roe CL 92 v. Uber Technologies,*
*Inc., et al., No. 3:24-cv- 09237-CRB*

27

*Jane Roe CL 93 v. Uber Technologies,*
*Inc., et al., No. 3:24-cv- 09549-CRB*

28

JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

*Jane Roe CL 98 v. Uber Technologies, Inc., et al.*, No. 3:25-cv- 00853-CRB

*Jane Roe CL 101 v. Uber Technologies, Inc., et al.*, No. 3:25-cv- 01118-CRB

*Jane Roe CL 102 v. Uber Technologies, Inc., et al.*, No. 3:25-cv- 01120-CRB

*Jane Roe CL 103 v. Uber Technologies, Inc., et al.*, No. 3:25-cv- 01347-CRB

*Jane Roe CL 105 v. Uber Technologies, Inc., et al.*, No. 3:25-cv- 01349-CRB

*Jane Roe CL 107 v. Uber Technologies, Inc., et al.*, No. 3:25-cv- 01470-CRB

*Jane Roe CL 109 v. Uber Technologies, Inc., et al.*, No. 3:25-cv- 01652-CRB

*Jane Roe CL 110 v. Uber Technologies, Inc., et al.*, No. 3:25-cv- 01653-CRB

*Jane Roe CL 114 v. Uber Technologies, Inc., et al.*, No. 3:25-cv- 01942-CRB

*Jane Roe CL 118 v. Uber Technologies, Inc., et al.*, No. 3:25-cv- 02132-CRB

*Jane Roe CL 119 v. Uber Technologies, Inc., et al.*, No. 3:25-cv- 02133-CRB

*Jane Roe CL 122 v. Uber Technologies, Inc., et al.*, No. 3:25-cv- 02138-CRB

*Jane Roe CL 126 v. Uber Technologies, Inc., et al.*, No. 3:25-cv- 02495-CRB

*Jane Roe CL 127 v. Uber Technologies, Inc., et al.*, No. 3:25-cv- 02496-CRB

*Jane Roe CL 130 v. Uber Technologies, Inc., et al.*, No. 3:25-cv- 02742-CRB

*Jane Roe CL 131 v. Uber Technologies, Inc., et al.*, No. 3:25-cv- 02743-CRB

*Jane Roe CL 135 v. Uber Technologies, Inc., et al.*, No. 3:25-cv- 02747-CRB

*Jane Roe CL 137 v. Uber Technologies, Inc., et al.*, No. 3:25-cv- 03036-CRB

JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

1
2

*Jane Roe CL 138 v. Uber Technologies, Inc., et al., No. 3:25-cv- 03137-CRB*

3

*Jane Roe CL 139 v. Uber Technologies, Inc., et al., No. 3:25-cv- 03255-CRB*

4

*Jane Roe CL 142 v. Uber Technologies, Inc., et al., No. 3:25-cv- 03258-CRB*

5

6    I, Jennifer S. Domer, declare as follows:

7        1.    I am an attorney at Cutter Law P.C. admitted to practice before the

8    courts of the State of California. I am a partner at Cutter Law, P.C., and am one of

9    the counsels of record for all filed Jane Roe CL claimants. I have personal

10   knowledge of the matters set forth herein, and if called to testify, I would testify

11   competently as to the information below.

12       2.    This declaration is made in support of the Opposition to Defendants'

13   Motion to Dismiss.

14       3.    Counsel's firm has made extensive efforts to reach clients listed as

15   Exhibit A, subject to Defendants' Motion to Dismiss.

16       4.    Those efforts include extensive phone calls, text messages, emails,

17   physical mailings to last known address, and additional address searches in

18   databases. Counsel has also employed a private investigator to help locate these

19   individuals. Through the database searches and private investigators, Counsel also

20   attempted to reach potential relatives in an effort to reach the Plaintiffs.

21       5.    Counsel filed stipulated dismissals for Jane Roes CL 131 and 152

22   were filed on July 17, 2025. Jane Roe CL 103's stipulation for dismissal was filed

23   on July 24, 2025.

24       6.    Counsel produced the PFS for Jane Roe CL 142 on July 25, 2025.

25       7.    Counsel produced the PFS for Jane Roes CL 38, 105, 126, 127 and

26   135 on July 30, 2025.

27

28

JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

1    I declare under penalty of perjury that the foregoing is true and correct, and

2  that this declaration was executed on July 30, 2025, in Sacramento, California.

3

4  Dated: July 30, 2025                    CUTTER LAW P.C.

5

6                                          By:   */s/ Jennifer S. Domer*

7                                              Jennifer S. Domer

8                                              *Attorney for Jane Roe CL Plaintiffs*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS