| | |
|---|---|
| 1 | Laura Vartain Horn (SBN 258485) |
| 2 | **KIRKLAND & ELLIS LLP**<br>555 California Street, Suite 2700 |
| 3 | San Francisco, CA 94104<br>Telephone: (415) 439-1625 |
| 4 | laura.vartain@kirkland.com |
| 5 | Jessica Davidson (Admitted *Pro Hac Vice*)<br>Christopher D. Cox (Admitted *Pro Hac Vice*) |
| 6 | **KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue |
| 7 | New York, NY 10022<br>Telephone: (212) 446-4800 |
| 8 | jessica.davidson@kirkland.com<br>christopher.cox@kirkland.com |
| 9 | Allison M. Brown (Admitted *Pro Hac Vice*) |
| 10 | **KIRKLAND & ELLIS LLP**<br>2005 Market Street, Suite 1000 |
| 11 | Philadelphia, PA 19103<br>Telephone: (215) 268-5000 |
| 12 | alli.brown@kirkland.com |
| 13 | *Attorneys for Defendants*<br>UBER TECHNOLOGIES, INC., RASIER, LLC, |
| 14 | And RASIER-CA, LLC |
| 15 | *[Additional Counsel Listed on Following Page]* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**NOTICE OF SELECTION TO REPLENISH BELLWETHER POOL**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

1  SABRINA H. STRONG (SBN 200292)
   sstrong@omm.com
2  JONATHAN SCHNELLER (SBN 291288)
   jschneller@omm.com
3  O'MELVENY & MYERS LLP
   400 South Hope Street, 19th Floor
4  Los Angeles, CA 90071
   Telephone: (213) 430-6000
5  Facsimile: (213) 430-6407

6  PATRICK L. OOT, JR. (*Pro Hac Vice*)
   oot@shb.com
7  SHOOK, HARDY & BACON, LLP
   1800 K Street NW, 10th Floor
8  Washington, DC 20006
   Telephone: (202) 783-8400
9  Facsimile: (202) 783-4211

10 ALYCIA A. DEGEN (SBN 211350)
   adegen@shb.com
11 MICHAEL B. SHORTNACY (SBN 277035)
   mshortnacy@shb.com
12 SHOOK, HARDY & BACON, LLP
   2121 Avenue of the Stars, Suite 1400
13 Los Angeles, CA 90067
   Telephone: (424) 285-8330
14 Facsimile: (424) 204-9093

15 CHRISTOPHER V. COTTON (*Pro Hac Vice*)
   ccotton@shb.com
16 SHOOK, HARDY & BACON, LLP
   255 Grand Boulevard
17 Kansas City, MO 64108
   Telephone: (816) 474-6550
18 Facsimile: (816) 421-5547

19 *Counsel for Defendants*
   UBER TECHNOLOGIES, INC.,
20 RASIER, LLC, and RASIER-CA, LLC

21

22

23

24

25

26

27

28

Pursuant to the Court's Order at ECF 3554, Defendants write to propose a selection for a substitute bellwether case. Defendants select Jane Doe LS 60, Case 24-cv-05618. This case is not subject to a motion for dismissal at the pleading stage.

DATED: July 30, 2025

Respectfully submitted,

*/s/ Laura Vartain Horn*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

SABRINA H. STRONG (SBN 200292)
sstrong@omm.com
JONATHAN SCHNELLER (SBN 291288)
jschneller@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

|   |   |
|---|---|
| 1 | PATRICK L. OOT, JR. (*Pro Hac Vice*) |
| 2 | oot@shb.com |
|   | **SHOOK, HARDY & BACON, LLP** |
| 3 | 1800 K Street NW, 10th Floor |
|   | Washington, DC 20006 |
| 4 | Telephone: (202) 783-8400 |
|   | Facsimile: (202) 783-4211 |

ALYCIA A. DEGEN (SBN 211350)
adegen@shb.com
MICHAEL B. SHORTNACY (SBN 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON, LLP**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

CHRISTOPHER V. COTTON (*Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON, LLP**
255 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Counsel for Defendants
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*Counsel for Defendants*
*UBER TECHNOLOGIES, INC.,*
*RASIER, LLC, and RASIER-CA, LLC*