**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 263-8949
Fax: (303) 376-6361
sluther@wagstafflawfirm.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>Honorable Charles R. Breyer<br><br>JURY TRIAL DEMANDED |
| This Document Relates to:<br><br>*K.J. v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 09059-CRB<br><br>*B.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv- 00982-CRB<br><br>*K.G. v. Uber Technologies, Inc., et al.*, No. 3:25-cv- 01962-CRB<br><br>*TA.W. v. Uber Technologies, Inc., et al.*, No. 3:25-cv- 01967-CRB | **PLAINTIFFS' RESPONSE TO UBER's MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>Date: August 22, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

## I.   INTRODUCTION

On July 16, 2025, Defendants filed a Motion to Dismiss cases of Plaintiffs who did not file a Plaintiff Fact Sheet ("PFS") in connection with Pretrial Order ("PTO") 10. (Doc. 3493). Counsel acknowledges and understands that under PTO 10, the Court created procedures and

deadlines to produce a PFS. Counsel has and continues to diligently comply with discovery obligations. Plaintiffs can become unavailable for a variety of reasons during litigation, especially when said plaintiff is the survivor of a sexual assault by a stranger. Counsel was able to produce the PFS for one of the missing claimants and it was appropriately served on defense. Counsel continues to try to obtain a completed PFS from the four outstanding clients.

## II.  ARGUMENT

a. Counsel has produced a PFS for *B.M. v. Uber Technologies, Inc., et al., No. 3:25-cv-00982-CRB* and their claim should therefore be removed from consideration of Defendant's Motion, rendering their inclusion moot as to PTO 10.

b. The Court should deny Uber's Motion to Dismiss as procedurally improper.

Uber inappropriately filed its motion as a motion to dismiss and must be denied as it is procedurally improper. Uber has filed their motion as a procedural tool to compel Plaintiffs to justify their actions or inactions before the Court as seen in its "[Proposed] Order Regarding Motion to Dismiss Cases for Failure to Comply with Court Order" (hereinafter referred to as "Proposed Order").  See: Laborers' Internat. Union of North America v. El Dorado Landscape Co., 208 Cal.App.3d 993 (1989).  Uber's Proposed Order suggests the procedure effectively telling Plaintiffs to explain why they are delayed in their PFS production, in sum, a tool to address a compliance issue in this litigation. As discussed in Amjadi v. Brown, a motion to dismiss filed in lieu of a motion to show cause may be procedurally improper and subject to challenge.  68 Cal.App.5th 383 (2021).

c. The Court should not dismiss these cases with prejudice.

In the event the Court is inclined to grant Uber's Motion to Dismiss, it cannot dismiss with prejudice in this context. Dismissing with prejudice, goes against the Malone factors as discussed by other Plaintiffs and Uber. Here, Plaintiffs say the quiet commentary out loud: dismissing with

prejudice is premature as these are survivors of sexual assault speaking out against one of the largest corporations on the planet.

### III.     CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request this Court DENY Uber's Motion to Dismiss as procedurally improper. In the alternative, Plaintiffs request that *B.M. v. Uber Technologies, Inc., et al., No. 3:25-cv-00982-CRB* be removed from Defendants' Motion to Dismiss as having fulfilled her obligation under PTO 10 and that plaintiffs NO PFS should not be dismissed with prejudice.

Dated: July 30, 2025

/s/ *Sommer D. Luther*
**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 263-8949
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that, on July 30, 2025, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: July 30, 2025

<u>/s/ *Sommer D. Luther*</u>
**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 263-8949
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Attorney for Plaintiffs*

## PROOF OF SERVICE

I, the undersigned, declare: I am a citizen of the United States, over 18 years of age and not a party to the within action. My business mailing address is 940 Lincoln Street, Denver, CO 80203.

On the date specified below, I served a copy of the foregoing document described as:

**PLAINTIFFS' RESPONSE TO UBER's MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER**

To be served by providing a true copy thereof addressed to each of the persons named below:

**O'MELVENY & MYERS, LLP**
400 South Hope Street
Suite 1900
Los Angeles, CA 90071
Telephone: (310) 553-6700

**SABRINA STRONG**
sstrong@omm.com
**JONATHAN SCHNELLER**
jschneller@omm.com
**JOSHUA REVESZ**
jrevesz@omm.com
**LOUIS FISHER**
lfisher@omm.com

**KIRKLAND & ELLIS, LLP**
601 Lexington Avenue New York, NY 10022
Telephone: (212) 446-4800

**ALLI BROWN**
alli.brown@kirkland.com
**CHRIS COX**
christopher.cox@kirkland.com
**JESSICA DAVIDSON**
jessica.davidson@kirkland.com
**JENNIFER LEVY**
jlevy@kirkland.com
**RUPAL JOSHI**
rupal.joshi@kirkland.com

**SHOOK, HARDY & BACON LLP**
1 Rockefeller Plaza, Suite 2801 New York, NY 10020
Telephone: (212) 989-8844
UberMDLService@listserv.shb.com

**PATRICK OOT**
oot@shb.com
**ALYCIA A. DEGEN**
adegen@shb.com
**MICHAEL B. SHORTNACY**

mshortnacy@shb.com
**CHRISTOPHER C. COTTON**
ccotton@shb.com

*Attorneys for Defendants – UBER TEHCNOLOGIES, INC., RASIER LLC, and RASIER-CA, LLC*

[X]   **BY ELECTRONIC TRANSMISSION ONLY:** By emailing the document(s) to the persons at the email address(es) listed above. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed July 30, 2025 in Denver, Colorado.

*/s/ Theresa Fryan*
Theresa Fryan
Paralegal