
William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF WILLIAM A. LEVIN IN SUPPORT OF LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH DISCOVERY ORDER** |
| This Document Relates to:<br><br>*Jane Doe LS 98 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05412-CRB<br><br>*Jane Doe LS 326 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05415-CRB<br><br>*Jane Doe LS 245 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05944-CRB<br><br>*Jane Doe LS 268 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05910-CRB<br><br>*Jane Doe LS 546 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-09186-CRB<br><br>*Jane Doe LS 547 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-09208-CRB | Judge: Honorable Charles R. Breyer<br>Date: August 22, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

1

1  *Jane Doe LS 548 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-09211-CRB

2

3  *Jane Doe LS 550 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-01327-CRB

4  *Jane Doe LS 553 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-01493-CRB

5

6  *Jane Doe LS 554 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-01693-CRB

7

8  *Jane Doe LS 580 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02460-CRB

9

10  *Jane Doe LS 582 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02792-CRB

11  *Jane Doe LS 584 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02806-CRB

12

13  *Jane Doe LS 589 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-03216-CRB

14

15  *Jane Doe LS 590 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-03217-CRB

16  *Jane Doe LS 592 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-03266-CRB

17

18  *Jane Doe LS 593 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-03269-CRB

19

20  *Jane Doe LS 594 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-03274-CRB

21

22

23

24

25

26

27

28

Case No. 3:23-md-03084-CRB   DECL. OF WILLIAM A. LEVIN ISO LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH DISCOVERY ORDER

I, William A. Levin declare as follows:

1. I am an attorney who is duly licensed to practice law before all courts of the State of California. I am a partner the law firm Levin Simes LLP, and counsel of record for Jane Doe LSA and Jane Doe LS Plaintiffs in MDL No. 3084. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2. This declaration is made in support of Levin Simes Plaintiffs' Opposition to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss Cases for Failure to Comply with Discovery Order.

3. Since this issue was with respect to Levin Simes cases overall in November 2024, Levin Simes has been able to cure the vast majority of the unproduced fact sheets, and we expect we will continue to cure them.

4. Our firm's efforts to reach the Plaintiff subject to Uber's motion include numerous phone calls, emails, texts, written letters, and address searches. We also employed investigators to trace new contact information for these individuals.

5. Uber identifies 18 Plaintiffs, however Plaintiff Jane Doe LS 546 produced her fact sheet on July 28, 2025.

6. We now believe that four of the Levin Simes Plaintiffs subject to this motion are incarcerated and two are deceased.

7. Furthermore, four of these Plaintiff were originally filed in the JCCP and subject to the Court's August 27, 2024 filing deadline.

8. Uber brought a similar request in the JCCP before Judge Schulman. Judge Schulman denied the request because the cases were stayed, and bellwethers were already selected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 30, 2025, in San Francisco, California.

Respectfully Submitted,

*/s/ William A. Levin*
William A. Levin
*Attorney for LS Plaintiffs*

3

CASE NO. 3:23-MD-03084-CRB    DECL. OF WILLIAM A. LEVIN ISO LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH DISCOVERY ORDER