UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH DISCOVERY ORDER**<br><br>Judge: Honorable Charles R. Breyer<br>Date: August 22, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |
| *Jane Doe LS 98 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05412-CRB | |
| *Jane Doe LS 326 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05415-CRB | |
| *Jane Doe LS 245 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05944-CRB | |
| *Jane Doe LS 268 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05910-CRB | |
| *Jane Doe LS 546 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-09186-CRB | |
| *Jane Doe LS 547 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-09208-CRB | |
| *Jane Doe LS 548 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-09211-CRB | |
| *Jane Doe LS 550 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-01327-CRB | |
| *Jane Doe LS 553 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-01493-CRB | |
| *Jane Doe LS 554 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-01693-CRB | |
| *Jane Doe LS 580 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02460-CRB | |
| *Jane Doe LS 582 v. Uber Technologies, Inc., et* | |

1

CASE NO. 3:23-MD-03084-CRB    [PROPOSED] ORDER RE: DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH DISCOVERY ORDER

1 | *al.,* Case No. 3:25-cv-02792-CRB

2 | *Jane Doe LS 584 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02806-CRB

3 |

4 | *Jane Doe LS 589 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-03216-CRB

5 |

6 | *Jane Doe LS 590 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-03217-CRB

7 | *Jane Doe LS 592 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-03266-CRB

8 |

9 | *Jane Doe LS 593 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-03269-CRB

10 |

11 | *Jane Doe LS 594 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-03274-CRB

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

CASE NO. 3:23-MD-03084-CRB   [PROPOSED] ORDER RE: DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH DISCOVERY ORDER

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Discovery Order, the Court therefore hereby ORDERS as follows:

1. Each Plaintiff subject to Defendants' Motion must provide a complete and verified Plaintiff Fact Sheet within 14 days of this Order.

2. 2. Uber shall submit a declaration within 21 days of this Order, identifying which, if any, Plaintiffs have not complied with the Court's Order as of that date.

3. 3. If Levin Simes LLP ("Levin Simes") disagrees with the inclusion of any Plaintiff(s) identified in Uber's declaration, Levin Simes shall submit a declaration 28 days of this Order, identifying the date when such Plaintiff(s) submitted a complete and verified

4. Plaintiff Fact Sheet. 4. The Court will dismiss without prejudice the claims of any Plaintiff who does not comply with Paragraph 1 of this Order.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
HON. CHARLES R. BREYER
United States District Court Judge

3

CASE No. 3:23-MD-03084-CRB     [PROPOSED] ORDER RE: DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH DISCOVERY ORDER