**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | **MDL No. 3084** <br> **3:23-md-03084** |
| | **Case No.: 3:25-cv-062155** |
| **This Document Relates to:** <br> **C.G. v. Uber Technologies, Inc et al** | |

## NOTICE OF THE FILING OF A NEW ACTION

Pursuant to Pretrial Order No. 6, notice is hereby given that the Complaint with Jury

Demand in the above-captioned action was filed on July 22, 2025.


Dated: July 31, 2025                          Respectfully submitted,

                                              */s/ Marlene Goldenberg*
                                              Marlene Goldenberg
                                              Nigh Goldenberg Raso & Vaughn, PLLC
                                              14 Ridge Square NW, Third Floor
                                              Washington, DC 20016
                                              (202) 978-2228
                                              mgoldenberg@nighgoldenberg.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 31, 2025, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to all

attorneys of record.


Dated: July 31, 2025                                      Respectfully submitted,

                                                        */s/ Marlene Goldenberg*
                                                        Marlene Goldenberg
                                                        Nigh Goldenberg Raso & Vaughn, PLLC
                                                        14 Ridge Square NW, Third Floor
                                                        Washington, DC 20016
                                                        (202) 978-2228
                                                        mgoldenberg@nighgoldenberg.com