1   Laura Vartain Horn (SBN 258485)
    **KIRKLAND & ELLIS LLP**
2   555 California Street, Suite 2700
    San Francisco, CA 94104
3   Telephone: (415) 439-1625
    laura.vartain@kirkland.com
4
    Jessica Davidson (Admitted *Pro Hac Vice*)
5   Christopher D. Cox (Admitted *Pro Hac Vice*)
    **KIRKLAND & ELLIS LLP**
6   601 Lexington Avenue
    New York, NY 10022
7   Telephone: (212) 446-4800
    jessica.davidson@kirkland.com
8   christopher.cox@kirkland.com

9   Allison M. Brown (Admitted *Pro Hac Vice*)
    **KIRKLAND & ELLIS LLP**
10  2005 Market Street, Suite 1000
    Philadelphia, PA 19103
11  Telephone: (215) 268-5000
    alli.brown@kirkland.com
12

13  *Counsel for Defendants*
    UBER TECHNOLOGIES, INC.,
14  RASIER, LLC, and RASIER-CA, LLC

15  *[Additional Counsel Listed on Signature Pages]*

16

17              **UNITED STATES DISTRICT COURT**

18              **NORTHERN DISTRICT OF CALIFORNIA**

19                **SAN FRANCISCO DIVISION**

20  IN RE: UBER TECHNOLOGIES, INC.,        Case No. 3:23-md-03084-CRB
    PASSENGER SEXUAL ASSAULT
21  LITIGATION,                            **STIPULATION AND ORDER**
                                           **REGARDING PRODUCTION OF**
22  _____    **DOCUMENTS IN ADVANCE OF WAVE**
                                           **1 BELLWETHER DEPOSITIONS**
    This Document Relates to:
23                                         Judge:      Hon. Lisa J. Cisneros
    All Wave 1 Bellwether Cases           Courtroom:  Courtroom G – 15th Floor
24

25

26

27

28

_____
STIPULATION AND ORDER REGARDING PRODUCTION OF DOCUMENTS IN ADVANCE OF WAVE 1
BELLWETHER DEPOSITIONS
Case No. 3:23-md-03084-CRB

## RECITALS

**WHEREAS**, the parties are interested in facilitating the prompt and efficient completion of Wave 1 bellwether depositions;

**WHEREAS**, in a joint status report submitted on July 21, 2025 and during the hearing held before the Court on July 25, 2025, the parties presented their respective positions regarding production of documents relating to such depositions a reasonable time before such depositions take place;

**WHEREAS**, during the hearing held before the Court on July 25, 2025, the Court expressed its view regarding what would constitute a reasonable period of time for production prior to such depositions;

**WHEREAS**, the parties acknowledge that there are existing requests for documents and information relating to Wave 1 bellwether depositions, which have been the subject of meet-and-confer discussions;

## STIPULATION

**NOW, THEREFORE**, the parties hereby agree and request the Court enter the parties' stipulation as follows:

1.  The party tendering the witness will produce at least three business days prior to any scheduled Wave 1 bellwether deposition documents relating to the deposition that have been requested by the deposing party, subject to meet-and-confer discussions.

2.  If there is a dispute about the nature or extent of such production, the parties shall raise the dispute with the Court by joint letter no later than two business days prior to the scheduled Wave 1 bellwether deposition.

**IT IS SO STIPULATED.**

1

2    Dated:  July 30, 2025                      Respectfully submitted,

3                                              By: */s/ Laura Vartain Horn*
                                             Laura Vartain Horn (SBN 258485)
4                                              **KIRKLAND & ELLIS LLP**
                                             555 California Street, Suite 2700
5                                              San Francisco, CA 94104
                                             Telephone: (415) 439-1625
6                                              laura.vartain@kirkland.com

7                                              Jessica Davidson (Admitted *Pro Hac Vice*)
                                             Christopher D. Cox (Admitted *Pro Hac Vice*)
8                                              **KIRKLAND & ELLIS LLP**
                                             601 Lexington Avenue
9                                              New York, NY 10022
                                             Telephone: (212) 446-4800
10                                             jessica.davidson@kirkland.com
                                             christopher.cox@kirkland.com

11                                             Allison M. Brown (Admitted *Pro Hac Vice*)
                                             **KIRKLAND & ELLIS LLP**
12                                             2005 Market Street, Suite 1000
                                             Philadelphia, PA 19103
13                                             Telephone: (215) 268-5000
                                             alli.brown@kirkland.com

14

15                                             *Counsel for Defendants*
                                             UBER TECHNOLOGIES, INC.,
16                                             RASIER, LLC, and RASIER-CA, LLC

17

18    Dated:  July 30, 2025                      Respectfully submitted,

19                                             By: */s/ Roopal P. Luhana*
                                             Roopal P. Luhana
20                                             **CHAFFIN LUHANA LLP**
                                             600 Third Avenue, Floor 12
21                                             New York, NY 10016
                                             Telephone: (888) 480-1123
22                                             luhana@chaffinluhana.com

23                                             Sarah R. London
24                                             **GIRARD SHARP LLP**
                                             601 California St., Suite 1400
25                                             San Francisco, CA 94108
                                             Telephone: (415) 981-4800
26                                             slondon@girardsharp.com

27                                             Rachel B. Abrams (SBN 209316)
28                                             **PEIFFER WOLF CARR KANE**

2

1

CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

2

3

4

*Co-Lead Counsel for Plaintiffs*

5

6

**ATTESTATION**

7

Under Civil Local Rule 5-1(h)(3), I attest that all signatories listed, and on whose behalf the

8

filing is submitted, concur in the filing's content and have authorized the filing.

9

10

Dated: July 30, 2025                                                    By: /s/ *Laura Vartain Horn*

11

12

**ORDER**

13

PURSUANT TO STIPULATION, IT IS SO ORDERED.

14

15

16

DATED:   July 31, 2025

17

HON. LISA J. CISNEROS
United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

3