|   |   |
|---|---|
| 1 | Laura Vartain Horn (SBN 258485) |
|   | **KIRKLAND & ELLIS LLP** |
| 2 | 555 California Street, Suite 2700 |
|   | San Francisco, CA 94104 |
| 3 | Telephone: (415) 439-1625 |
|   | laura.vartain@kirkland.com |
| 4 |   |
|   | Jessica Davidson (Admitted *Pro Hac Vice*) |
| 5 | Christopher D. Cox (Admitted *Pro Hac Vice*) |
|   | **KIRKLAND & ELLIS LLP** |
| 6 | 601 Lexington Avenue |
|   | New York, NY 10022 |
| 7 | Telephone: (212) 446-4800 |
|   | jessica.davidson@kirkland.com |
| 8 | christopher.cox@kirkland.com |
|   |   |
| 9 | Allison M. Brown (Admitted *Pro Hac Vice*) |
|   | **KIRKLAND & ELLIS LLP** |
| 10 | 2005 Market Street, Suite 1000 |
|   | Philadelphia, PA 19103 |
| 11 | Telephone: (215) 268-5000 |
|   | alli.brown@kirkland.com |
| 12 |   |
|   | *Attorneys for Defendants* |
| 13 | UBER TECHNOLOGIES, INC., RASIER, LLC, |
|   | And RASIER-CA, LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
|---|---|
|   | [~~PROPOSED~~] ORDER |
| This Document Relates to: | Judge:      Hon. Charles R. Breyer |
| ALL ACTIONS | Courtroom:  6 – 17th Floor |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Administrative Motion to Seal Personal Identifying Information Contained in Defendants' Motion for Entry of Two Orders Related to Receipts and Accompanying Documents, the Court hereby **ORDERS** that the following portions of the July 30, 2025 filings remain under seal, as requested in Uber's Motion:

| Document | Text to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| July 30, 2025 Motion for Entry of Two Orders Related to Receipts and Accompanying Appendix | Personal identifying information, specifically the names, addresses, contact information, and financial information | Uber Technologies Inc.; Rasier LLC; Rasier-CA, LLC |
| July 30, 2025 Declaration of Brett D. Harrison | Personal identifying information, specifically the names, addresses, contact information, and financial information | Uber Technologies Inc.; Rasier LLC; Rasier-CA, LLC |
| July 30, 2025 Exhibits to the Declaration of Laura Vartain | Personal identifying information, specifically the names, addresses, contact information, and financial information | Uber Technologies Inc.; Rasier LLC; Rasier-CA, LLC |

**IT IS SO ORDERED.**

DATED: July 31, 2025

By: _____
Hon. Charles R. Breyer
United States District Court Judge