| | |
|---|---|
| 1 | Laura Vartain Horn (SBN 258485) |
| | **KIRKLAND & ELLIS LLP** |
| 2 | 555 California Street, Suite 2700 |
| | San Francisco, CA 94104 |
| 3 | Telephone: (415) 439-1625 |
| | laura.vartain@kirkland.com |
| 4 | |
| | Jessica Davidson (Admitted *Pro Hac Vice*) |
| 5 | Christopher D. Cox (Admitted *Pro Hac Vice*) |
| | **KIRKLAND & ELLIS LLP** |
| 6 | 601 Lexington Avenue |
| | New York, NY 10022 |
| 7 | Telephone: (212) 446-4800 |
| | jessica.davidson@kirkland.com |
| 8 | christopher.cox@kirkland.com |
| 9 | Allison M. Brown (Admitted *Pro Hac Vice*) |
| | **KIRKLAND & ELLIS LLP** |
| 10 | 2005 Market Street, Suite 1000 |
| | Philadelphia, PA 19103 |
| 11 | Telephone: (215) 268-5000 |
| | alli.brown@kirkland.com |
| 12 | |
| 13 | *Counsel for Defendants* |
| | UBER TECHNOLOGIES, INC., |
| 14 | RASIER, LLC, and RASIER-CA, LLC |
| 15 | *[Additional Counsel Listed on Signature Pages]* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB **STIPULATION AND [PROPOSED] ORDER REGARDING ECF 3569** |
| This Document Relates to: *B.L. v. Uber Technologies, Inc. et al.*, 3:24-cv-7940 | Judge: Hon. Lisa J. Cisneros Courtroom: Courtroom G – 15th Floor |

**RECITALS**

**WHEREAS**, pursuant to the Court's July 24, 2025 Order (ECF 3569), on July 25, 2025, Plaintiff served 10 questions regarding certain document production issues and on July 29, 2025 Defendants provided responses to such questions, agreeing to tender two 30(b)(6) witnesses and provide a declaration; and

**WHEREAS**, the parties have been meeting-and-conferring regarding Defendants' responses, including the timing of document productions that Plaintiff believes are necessary to conduct such depositions, the scheduling of the two depositions, how certain questions will be addressed at the two depositions, and timing for Defendants to provide the declaration.

**STIPULATION**

**NOW, THEREFORE**, the parties hereby agree and request the Court enter the parties' stipulation as follows:

1. Defendants will serve by August 1, 2025 amended responses to question nos. 2 and 3 clarifying the witnesses who will testify regarding different issues within those questions;

2. Defendants will serve by August 1, 2025 the declaration identified in their response to question no. 10;

3. Defendants will comply with ECF 3615 in connection with the 30(b)(6) deposition of Jamie Brown (question no. 1 and portions of question nos. 2 and 3), scheduled for August 6;

4. Defendants will comply with ECF 3615 in connection with the 30(b)(6) deposition of Hannah Nilles (portions of question nos. 2 and 3 and question nos. 4-9), scheduled for August 7, 2025.

**IT IS SO STIPULATED.**

Dated: July 31, 2025

Respectfully submitted,

By: */s/ Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Dated: July 31, 2025

Respectfully submitted,

By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE**

2 STIPULATION AND [PROPOSED] ORDER REGARDING ECF 3569
Case No. 3:23-md-03084-CRB

CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

### **ATTESTATION**

Under Civil Local Rule 5-1(h)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 31, 2025                                   By: /s/ *Laura Vartain Horn*

### **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

HON. LISA J. CISNEROS
United States Magistrate Judge