UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS UBER TECHNOLOGIES, INC., RAISER, LLC, AND RAISER-CA, LLC'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

## [PROPOSED] ORDER

Defendants' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge is hereby GRANTED. The Court vacates the Magistrate Judge's July 22, 2025 Order (Dkt. 3545) denying Defendants leave to file a motion for reconsideration of the Magistrate Judge's April 24, 2025 Minute Order (Dkt. 2855). Defendants are granted leave to file their motion for reconsideration.

**IT IS SO ORDERED:**

Dated: _____        _____
                              HON. CHARLES R. BREYER
                              United States District Judge