Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE**
CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

*[Additional Counsel Listed on Signature Pages]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING ECF NO. 3604** |
| This Document Relates to: | Judge: Hon. Charles R. Breyer |
| ALL ACTIONS | Courtroom: 6 – 17th Floor |

1

## <u>RECITALS</u>

2

**WHEREAS**, on July 30, 2025, Defendants filed a Motion for Entry Of (1) An Order To

3

4

Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be

Dismissed With Prejudice And (2) A Case Management Order Addressing Certain Plaintiffs Who

5

6

Have Not Submitted Receipts ("Motion")(ECF No. 3604);

7

**WHEREAS**, Plaintiffs' Response to Defendants' Motion is due on or before August 13,

8

2025;

9

**WHEREAS,** Defendants' Reply in Support of their Motion is due on or before August

10

20, 2025;

11

**WHEREAS**, Plaintiffs request that they be granted an additional fourteen (14) days to file

12

13

their Response to Defendants' Motion, with said Response to be due on or before August 27,

2025; and

14

15

**WHEREAS,** Defendants consent to Plaintiffs' request and request a reciprocal extension

16

of their Reply in Support of their Motion to be due on or before September 5, 2025.

17

## <u>STIPULATION</u>

18

**NOW, THEREFORE**, the parties hereby agree and request the Court enter the parties'

19

stipulation as follows:

20

21

1.  Plaintiffs shall be granted an extension to respond to Defendants' Motion for Entry Of (1)

22

   An Order To Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts

23

   Should Not Be Dismissed With Prejudice And (2) A Case Management Order Addressing

24

   Certain Plaintiffs Who Have Not Submitted Receipts ("Motion")(ECF No. 3604) with

25

   said Response to be due on or before August 27, 2025; and

26

2.  Defendants' Reply in Support of their Motion shall be due on or before September 5,

27

   2025.

28

1      **IT IS SO STIPULATED.**

2

3      Dated: August 6, 2025                    Respectfully submitted,

4                                               By: */s/ Roopal P. Luhana*
                                                Roopal P. Luhana (Admitted *Pro Hac Vice*)

5                                               **CHAFFIN LUHANA LLP**
                                                600 Third Avenue, Floor 12

6                                               New York, NY 10016
                                                Telephone: (888) 480-1123

7                                               luhana@chaffinluhana.com

8                                               Sarah R. London

9                                               **GIRARD SHARP LLP**
                                                601 California St., Suite 1400

10                                              San Francisco, CA 94108
                                                Telephone: (415) 981-4800

11                                              slondon@girardsharp.com

12                                              Rachel B. Abrams (SBN 209316)

13                                              **PEIFFER WOLF CARR KANE**
                                                CONWAY & WISE, LLP

14                                              555 Montgomery Street, Suite 820
                                                San Francisco, CA 94111

15                                              Telephone: (415) 426-5641
                                                rabrams@peifferwolf.com

16

17                                              *Co-Lead Counsel for Plaintiffs*

18                                              By: */s/ Christopher V. Cotton*
                                                Christopher V. Cotton (Admitted *Pro Hac Vice*)

19                                              **SHOOK, HARDY & BACON L.L.P.**
                                                2555 Grand Blvd.

20                                              Kansas City, MO 64108
                                                Phone: 816-474-6550

21                                              Email: ccotton@shb.com

22                                              Alycia A. Degen (Admitted *Pro Hac Vice*)
                                                Michael B. Shortnacy (Admitted *Pro Hac Vice*)

23                                              **SHOOK, HARDY, & BACON L.L.P.**
                                                2121 Avenue of the Stars

24                                              Suite 1400
                                                Los Angeles, CA 90067

25                                              Phone: 424-324-3494
                                                Email: adegen@shb.com

26                                              Email: mshortnacy@shb.com

27

28

1
Patrick L. Oot, Jr. (Admitted *Pro Hac Vice*)
**SHOOK, HARDY, & BACON L.L.P.**
2
Shook, Hardy and Bacon, LLP
1800 K Street NW
3
10th Floor
Washington, DC 20006
4
Phone: 202-639-5645
Email: oot@shb.com
5

6
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
7
555 California Street, Suite 2700
San Francisco, CA 94104
8
Telephone: (415) 439-1625
laura.vartain@kirkland.com

9
Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
10
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
11
New York, NY 10022
Telephone: (212) 446-4800
12
jessica.davidson@kirkland.com
christopher.cox@kirkland.com
13

14
Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
15
Philadelphia, PA 19103
Telephone: (215) 268-5000
16
alli.brown@kirkland.com

17
*Counsel for Defendants*
18
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

19

20
**<u>ATTESTATION</u>**

21
Under Civil Local Rule 5-1(h)(3), I attest that all signatories listed, and on whose behalf the
22
filing is submitted, concur in the filing's content and have authorized the filing.
23

24
Dated: August 6, 2025                                      By: /s/ *Roopal P. Luhana*
25

26

27

28

1

2
**[PROPOSED] ORDER**

3
PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5

6
DATED: _____

7
_____
HON. CHARLES R. BREYER
United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28