IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ <br><br> This Order Relates To: <br><br> *ALL CASES* | MDL No. 3084 <br><br> **ORDER DENYING DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** <br><br> Re: Dkt. Nos. 3545, 3639 |

After considering Defendants' dkt. 3639 Motion for Relief from the dkt. 3545 Nondispositive Pretrial Order of Magistrate Judge Cisneros, the Court has concluded that Judge Cisneros exercised sound judgement in denying Defendants' Motion for Leave to File a Motion for Reconsideration due to Uber's failure to exercise adequate diligence. The Court agrees with Judge Cisneros that Uber has not presented a reasonable justification for its significant delay in filing its Motion for Leave. *See* dkt. 3545 at 8.

Accordingly, Defendants' Motion for Relief is denied.

**IT IS SO ORDERED.**

Dated: August 6, 2025

CHARLES R. BREYER
United States District Judge