Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

*[Additional Counsel Listed on Signature Pages]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING ECF NO. 3604**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |

**RECITALS**

**WHEREAS**, on July 30, 2025, Defendants filed a Motion for Entry Of (1) An Order To Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice And (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts ("Motion")(ECF No. 3604);

**WHEREAS**, Plaintiffs' Response to Defendants' Motion is due on or before August 13, 2025;

**WHEREAS,** Defendants' Reply in Support of their Motion is due on or before August 20, 2025;

**WHEREAS**, Plaintiffs request that they be granted an additional fourteen (14) days to file their Response to Defendants' Motion, with said Response to be due on or before August 27, 2025; and

**WHEREAS,** Defendants consent to Plaintiffs' request and request a reciprocal extension of their Reply in Support of their Motion to be due on or before September 5, 2025.

**STIPULATION**

**NOW, THEREFORE**, the parties hereby agree and request the Court enter the parties' stipulation as follows:

1. Plaintiffs shall be granted an extension to respond to Defendants' Motion for Entry Of (1) An Order To Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice And (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts ("Motion")(ECF No. 3604) with said Response to be due on or before August 27, 2025; and

2. Defendants' Reply in Support of their Motion shall be due on or before September 5, 2025.

**IT IS SO STIPULATED.**

Dated: August 6, 2025

Respectfully submitted,

By: */s/ Roopal P. Luhana*
Roopal P. Luhana (Admitted *Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

By: */s/ Christopher V. Cotton*
Christopher V. Cotton (Admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Phone: 816-474-6550
Email: ccotton@shb.com

Alycia A. Degen (Admitted *Pro Hac Vice*)
Michael B. Shortnacy (Admitted *Pro Hac Vice*)
**SHOOK, HARDY, & BACON L.L.P.**
2121 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Phone: 424-324-3494
Email: adegen@shb.com
Email: mshortnacy@shb.com

2 STIPULATION AND [PROPOSED] ORDER REGARDING ECF 3604
Case No. 3:23-md-03084-CRB

|   |   |
|---|---|
| 1 | Patrick L. Oot, Jr. (Admitted *Pro Hac Vice*) |
|   | **SHOOK, HARDY, & BACON L.L.P.** |
| 2 | Shook, Hardy and Bacon, LLP |
|   | 1800 K Street NW |
| 3 | 10th Floor |
|   | Washington, DC 20006 |
| 4 | Phone: 202-639-5645 |
|   | Email: oot@shb.com |

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

## **ATTESTATION**

Under Civil Local Rule 5-1(h)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 6, 2025                                                                 By: /s/ *Roopal P. Luhana*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 7, 2025

HON. CHARLES R. BREYER
United States District Court Judge