**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 263-8949
Fax: (303) 376-6361
sluther@wagstafflawfirm.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION

---

This Document Relates to:

*K.J. v. Uber Technologies, Inc., et al., No. 3:24-cv- 09059-CRB*

*B.M. v. Uber Technologies, Inc., et al., No. 3:25-cv- 00982-CRB*

*K.G. v. Uber Technologies, Inc., et al., No. 3:25-cv- 01962-CRB*

*TA.W. v. Uber Technologies, Inc., et al., No. 3:25-cv- 01967-CRB*

*T.G. v. Uber Technologies, Inc., et al., No. 3:25-cv- 03261-CRB*

Case 3:23-md-03084-CRB

MDL No. 3084

Honorable Charles R. Breyer

JURY TRIAL DEMANDED

**PLAINTIFFS' CORRECTED RESPONSE TO UBER'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER**

Date: August 22, 2025
Time: 10:00 a.m.
Courtroom: 6 – 17th Floor

Plaintiffs, by and through undersigned counsel, respectfully submit this Motion to Correct their recently filed Response to Defendant Uber's Motion to Dismiss Cases for Failure to Comply with Court Order.

On July 30, 2025, Plaintiffs filed their initial response to Uber's Motion to Dismiss Cases for (ECF Nos. 3608 & 3609), but inadvertently omitted reference to *T.G. v. Uber Technologies, Inc., et al., No. 3:25-cv- 03261-CRB*.

Plaintiffs incorporate by reference the arguments set forth in their Response to Uber's Motion to Dismiss Cases for Failure to Comply with Court Order, filed on July 30, 2025 (ECF Nos. 3608 & 3609). At this time, Plaintiffs reiterate and rely on the language previously submitted in their accurate motion. Ongoing efforts have been made to establish communication with Plaintiff *T.G.* Plaintiff *T.G.* has produced their ride receipt. Meanwhile, the process of producing a PFS is a multifaceted task that requires a survivor to confront their traumatizing experience head on and it is often uncomfortable and overwhelming. Counsel will continue its efforts with plaintiffs to produce their PFS, this including Plaintiff *T.G.*

Dated: August 7, 2025

Respectfully submitted,

/s/ *Sommer D. Luther*
**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 263-8949
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 7, 2025, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: August 7, 2025

/s/ *Sommer D. Luther*
**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053 940
Lincoln Street
Denver, CO 80203
Tel: (303) 263-8949
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Attorney for Plaintiffs*

**PROOF OF SERVICE**

I, the undersigned, declare: I am a citizen of the United States, over 18 years of age and not a party to the within action. My business mailing address is 940 Lincoln Street, Denver, CO 80203.

On the date specified below, I served a copy of the foregoing document described as:

**PLAINTIFFS' CORRECTED RESPONSE TO UBER's MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER**

To be served by providing a true copy thereof addressed to each of the persons named below:

**O'MELVENY & MYERS, LLP**
400 South Hope Street
Suite 1900
Los Angeles, CA 90071
Telephone: (310) 553-6700

**SABRINA STRONG**
sstrong@omm.com
**JONATHAN SCHNELLER**
jschneller@omm.com
**JOSHUA REVESZ**
jrevesz@omm.com
**LOUIS FISHER**
lfisher@omm.com

**KIRKLAND & ELLIS, LLP**
601 Lexington Avenue New York, NY 10022
Telephone: (212) 446-4800

**ALLI BROWN**
alli.brown@kirkland.com
**CHRIS COX**
christopher.cox@kirkland.com
**JESSICA DAVIDSON**
jessica.davidson@kirkland.com
**JENNIFER LEVY**
jlevy@kirkland.com
**RUPAL JOSHI**
rupal.joshi@kirkland.com

**SHOOK, HARDY & BACON LLP**
1 Rockefeller Plaza, Suite 2801 New York, NY 10020
Telephone: (212) 989-8844
UberMDLService@listserv.shb.com

**PATRICK OOT**
oot@shb.com
**ALYCIA A. DEGEN**
adegen@shb.com
**MICHAEL B. SHORTNACY**

mshortnacy@shb.com
**CHRISTOPHER C. COTTON**
ccotton@shb.com

***Attorneys for Defendants – UBER TEHCNOLOGIES, INC., RASIER LLC, and RASIER-CA, LLC***

**[X]** **BY ELECTRONIC TRANSMISSION ONLY:** By emailing the document(s) to the persons at the email address(es) listed above. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed August 7, 2025 in Denver, Colorado.

*/s/ Theresa Fryan*______________________
Theresa Fryan
Paralegal