1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    IN RE: UBER TECHNOLOGIES, INC.,          MDL No. 3084
     PASSENGER SEXUAL ASSAULT
9    LITIGATION

10   _____ /        **ORDER REGARDING PLAINTIFFS
                                                NOT IN COMPLIANCE WITH THE
11   This Order Relates To:                     COURT'S JULY 3, 2025 ORDER**

                                                Re: Dkt. Nos. 3429, 3561
12   Jane Doe LS 250 v. Uber Technologies,
     Inc., et al., No. 3:23-cv-03995-CRB
13

14   Jane Doe LS 353 v. Uber Technologies,
     Inc., et al., No. 3:23-cv-05401-CRB
15

16   Jane Doe LS 285 v. Uber Technologies,
     Inc., et al., No. 3:23-cv-05919-CRB
17

18   Jane Doe LS 330 v. Uber Technologies,
     Inc., et al., No. 3:24-cv-05160-CRB
19

20   Jane Doe LS 412 v. Uber Technologies,
     Inc., et al., No. 3:24-cv-05317-CRB
21

22   Jane Doe LS 492 v. Uber Technologies,
     Inc., et al., No. 3:24-cv-05324-CRB
23
     Jane Doe LS 338 v. Uber Technologies,
24   Inc., et al., No. 3:24-cv-05326-CRB

25   Jane Doe LS 252 v. Uber Technologies,
     Inc., et al., No. 3:24-cv-05334-CRB
26

27   Jane Doe LS 225 v. Uber Technologies,
     Inc., et al., No. 3:24-cv-05336-CRB
28

United States District Court
Northern District of California

1

Jane Doe LS 131 v. Uber Technologies, Inc., et al., No. 3:24-cv-05337-CRB

2

3

Jane Doe LS 500 v. Uber Technologies, Inc., et al., No. 3:24-cv-05513-CRB

4

5

Jane Doe LS 101 v. Uber Technologies, Inc., et al., No. 3:24-cv-05521-CRB

6

7

Jane Doe LS 47 v. Uber Technologies, Inc., et al., No. 3:24-cv-05571-CRB

8

9

Jane Doe LS 482 v. Uber Technologies, Inc., et al., No. 3:24-cv-05593-CRB

10

11

Jane Doe LS 476 v. Uber Technologies, Inc., et al., No. 3:24-cv-05646-CRB

12

13

Jane Doe LS 467 v. Uber Technologies, Inc., et al., No. 3:24-cv-05652-CRB

14

Jane Doe LS 435 v. Uber Technologies, Inc., et al., No. 3:24-cv-05755-CRB

15

16

Jane Doe LS 417 v. Uber Technologies, Inc., et al., No. 3:24-cv-05821-CRB

17

18

Jane Doe LS 366 v. Uber Technologies, Inc., et al., No. 3:24-cv-05886-CRB

19

20

Jane Doe LS 300 v. Uber Technologies, Inc., et al., No. 3:24-cv-05900-CRB

21

22

Jane Doe LS 169 v. Uber Technologies, Inc., et al., No. 3:24-cv-05918-CRB

23

24

Jane Doe LS 124 v. Uber Technologies, Inc., et al., No. 3:24-cv-05930-CRB

25

26

Jane Doe LS 132 v. Uber Technologies, Inc., et al., No. 3:24-cv-05934-CRB

27

Jane Doe LS 45 v. Uber Technologies, Inc., et al., No. 3:24-cv-05935-CRB

28

United States District Court
Northern District of California

1    Jane Doe LS 243 v. Uber Technologies,
     Inc., et al., No. 3:24-cv-05939-CRB
2

3    Jane Doe LS 192 v. Uber Technologies,
     Inc., et al., No. 3:24-cv-05975-CRB
4

5    Jane Doe LS 5 v. Uber Technologies,
     Inc., et al., No. 3:24-cv-05976-CRB
6

7    Jane Doe LS 288 v. Uber Technologies,
     Inc., et al., No. 3:24-cv-05987-CRB
8
     Jane Doe LS 160 v. Uber Technologies,
9    Inc., et al., No. 3:24-cv-05996-CRB

10

11           The Court has reviewed Uber's declaration (dkt. 3561) regarding the Plaintiffs who

12   have failed to comply with the Court's July 3, 2025 order (dkt. 3429) to submit a

13   completed Plaintiff Fact Sheet.  Because these Plaintiffs have failed to comply with their

14   discovery obligations pursuant to PTO No. 10 (dkt. 348), the cases identified in Uber's

15   declaration are dismissed without prejudice.  See dkt. 3561 at 1-2.  Plaintiffs are ordered to

16   file a notice of dismissal on each of the respective member case dockets within 7 days of

17   this order.

             **IT IS SO ORDERED.**
18
             Dated: August 7, 2025
19

20                                                    

21

22

23

24

25

26

27

28

3