**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | **Case No. 3:23-md-03084-CRB** |
| | **NOTICE OF FILING OF NEW ACTION** |
| *J.T., an individual  v.* *UBER TECHNOLOGIES, INC., et  al.* **Case  No.: 3:25-cv-** | |

Notice   is   hereby   given   pursuant   to   Pretrial   Order   No.   6   (Direct Filing) that  the  Complaint  with  Jury  Demand  in  the  above-referenced  action  was  filed  on August 8, 2025.

Dated: August 8, 2025.                Respectfully submitted,

By: */s/ D. Douglas Grubbs*
D. DOUGLAS GRUBBS (TX Bar No. 24065339)
ADAM K. PULASKI (TX Bar No. 16385800)
**PULASKI KHERKHER, PLLC.**
2925 Richmond Ave., Suite 1725
Houston, TX 77098
Telephone: 713.664.4555
Facsimile: 713.664.7543
Email: dgrubbs@pulaskilawfirm.com
Email: adam@pulaskilawfirm.com


*Counsel for Plaintiff*

NOTICE OF FILING OF NEW ACTION

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2025, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants registered to receive service in this matter.

_/s/ D. Douglas Grubbs_
D. Douglas Grubbs

NOTICE OF FILING OF NEW ACTION