UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER |
| This Document Relates to:<br><br>*Jane Doe LS 98 v. Uber Technologies, Inc., et al.,* No. 3:23-cv- 05412-CRB<br><br>*Jane Doe LS 326 v. Uber Technologies, Inc., et al.,* No. 3:23-cv- 05415-CRB<br><br>*Jane Doe LS 245 v. Uber Technologies, Inc., et al.,* No. 3:23-cv- 05944-CRB<br><br>*T.W. v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 00559-CRB<br><br>*P.K. v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 00572-CRB<br><br>*D.P. v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 04449-CRB<br><br>*Jane Roe CL 16 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04837-CRB<br><br>*Jane Roe CL 24 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05536-CRB<br><br>*Jane Roe CL 34 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05696-CRB<br><br>*Jane Roe CL 36 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05720-CRB<br><br>*Jane Roe CL 37 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 05728-CRB | |

*Jane Roe CL 38 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05729-CRB

*Jane Roe CL 42 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05740-CRB

*Jane Roe CL 43 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05741-CRB

*Jane Roe CL 48 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05810-CRB

*Jane Roe CL 53 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05831-CRB

*Jane Roe CL 56 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05837-CRB

*Jane Doe LS 268 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05910-CRB

*Jane Roe CL 65 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 06189-CRB

*Jane Roe CL 70 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 06863-CRB

*Jane Roe CL 71 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 06864-CRB

*Jane Roe CL 76 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 07569-CRB

*Jane Roe CL 77 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 07571-CRB

*Jane Roe CL 78 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 07584-CRB

*Jane Roe CL 79 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 07857-CRB

*A.J. v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 07929-CRB

*A.R. v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 08177-CRB

*Jane Roe CL 81 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 08521-CRB

1
2  *Jane Roe CL 83 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 08525-CRB
3  *Jane Roe CL 84 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 08526-CRB
4
5  *Jane Roe CL 85 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 08754-CRB
6  *Jane Roe CL 86 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 08756-CRB
7
8  *K.J. v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 09059-CRB
9  *Jane Roe CL 88 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 09145-CRB
10
11  *Jane Doe LS 546 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 09186-CRB
12  *G.C. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09195-CRB
13
14  *Jane Doe LS 547 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 09208-CRB
15  *Jane Doe LS 548 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 09211-CRB
16
17  *Jane Roe CL 91 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 09235-CRB
18  *Jane Roe CL 92 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 09237-CRB
19
20  *Jane Roe CL 93 v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 09549-CRB
21  *Jane Roe CL 98 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 00853-CRB
22
23  *B.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 00982-CRB
24  *Jane Roe CL 101 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 01118-CRB
25
26  *Jane Roe CL 102 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 01120-CRB
27
28

1
2 *Jane Doe LS 550 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 01327-CRB

3 *Jane Roe CL 103 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 01347-CRB
4
5 *Jane Roe CL 105 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 01349-CRB

6 *Jane Roe CL 107 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 01470-CRB
7
8 *Jane Doe LS 553 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 01493-CRB

9 *Jane Roe CL 109 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 01652-CRB
10
11 *Jane Roe CL 110 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 01653-CRB

12 *Jane Doe LS 554 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 01693-CRB
13
14 *Jane Roe CL 114 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 01942-CRB

15 *K.G. v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 01962-CRB
16
17 *TA.W. v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 01967-CRB

18 *Jane Roe CL 118 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 02132-CRB
19
20 *Jane Roe CL 119 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 02133-CRB

21 *Jane Roe CL 122 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 02138-CRB
22
23 *Jane Doe LS 580 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 02460-CRB

24 *Jane Roe CL 126 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 02495-CRB
25
26 *Jane Roe CL 127 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 02496-CRB

27
28

4

[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER

Case No. 3:23-md-03084-CRB

| | |
|---|---|
| 1 | |
| 2 | *Jane Roe CL 130 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 02742-CRB |
| 3 | *Jane Roe CL 131 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 02743-CRB |
| 4 | |
| 5 | *Jane Roe CL 135 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 02747-CRB |
| 6 | *Jane Doe LS 582 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 02792-CRB |
| 7 | |
| 8 | *Jane Doe LS 584 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 02806-CRB |
| 9 | *Jane Roe CL 137 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 03036-CRB |
| 10 | |
| 11 | *Jane Roe CL 138 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 03137-CRB |
| 12 | *Jane Doe LS 589 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 03216-CRB |
| 13 | |
| 14 | *Jane Doe LS 590 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 03217-CRB |
| 15 | *Jane Roe CL 139 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 03255-CRB |
| 16 | |
| 17 | *Jane Roe CL 142 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 03258-CRB |
| 18 | *Jane Doe LS 592 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 03266-CRB |
| 19 | |
| 20 | *Jane Doe LS 593 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 03269-CRB |
| 21 | *Jane Doe LS 594 v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 03274-CRB |
| 22 | |
| 23 | *T.G. v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 03261-CRB |

## [PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Court Order, the Court finds that the Plaintiffs subject to Defendants' Motion have violated Pretrial Order

No. 10 by failing to provide complete and verified Plaintiff Fact Sheets. Plaintiffs' failure to provide complete and verified fact sheets has caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. Each Plaintiff subject to Defendants' Motion must provide a complete and verified Plaintiff Fact Sheet within 14 days of this Order.

2. Uber shall submit a declaration within 21 days of this Order, identifying which, if any, Plaintiffs have not complied with the Court's Order as of that date.

3. If any Plaintiffs disagree with their inclusion in Uber's declaration, they shall submit a declaration within 28 days of this Order, identifying the date when such Plaintiffs submitted a complete and verified Plaintiff Fact Sheet.

4. The Court will dismiss without prejudice the claims of any Plaintiff who does not comply with Paragraph 1 of this Order, absent a declaration that they are incarcerated or deceased.

**IT IS SO ORDERED.**

Dated: August 8, 2025



Judge Charles R. Breyer

[PROPOSED] ORDER REGARDING MOTION TO DISMISS
CASES FOR FAILURE TO COMPLY WITH COURT ORDER

Case No. 3:23-md-03084-CRB