# EXHIBIT 1

**From:** ▮
**Sent:** Tue, 8 Jul 2025 17:35:19 -0500
**Subject:** Follow-Up Regarding My Deposition
**To:** ▮

Hi Sara,

I wanted to follow up regarding my recent deposition in the A.R. v. Uber Technologies matter. After some reflection, I'm feeling increasingly uncomfortable with how my involvement in the case was handled.

To be candid, I don't feel I was fully informed about the implications of participating, and I now have serious concerns about the way my deposition was managed. Specifically, yesterday I was asked not to provide / search for certain documents (the text messages I showed you regarding the text ▮ sent to me regarding the litigation) that were directly requested in the deposition notice, which in hindsight feels inappropriate and misleading. That doesn't sit right with me.

Although I've already provided testimony, I no longer wish to be involved in this matter or to have my deposition used in any capacity. Please let me know what steps can be taken to formally communicate that objection or limit further use of my statements.

Thank you,
▮