# EXHIBIT 3

|  | Page 78 |  | Page 80 |
|---|---|---|---|
| 1 | MS. ABRAMS: Object to form. | 1 | Just she gave me quick details, and that she had to |
| 2 | THE WITNESS: Yes. | 2 | turn her phone over to the police and everything |
| 3 | Q  (BY MR. BROWN) Okay. Gotcha. And so was | 3 | like that, and we didn't really discuss full details |
| 4 | it a couple of days later when you became aware of | 4 | at that moment. |
| 5 | why her phone was taken away? | 5 | Q  During the -- well, can you tell me, do |
| 6 | A  Yes. | 6 | you recall about how long that phone conversation |
| 7 | Q  Okay. Gotcha. Well, have you and | 7 | was? |
| 8 | Ms. Dean ever texted about the incident in this | 8 | A  It was maybe ten minutes maximum. Just we |
| 9 | lawsuit? | 9 | both had things to do and so it was short. |
| 10 | A  We have, just not on iMessage. Most of it | 10 | Q  Okay. At that time, did Ms. Dean tell you |
| 11 | has been primarily through Snapchat. | 11 | whether or not she had contacted the police about a |
| 12 | Q  Well, I guess, since you became aware of | 12 | police report? |
| 13 | this lawsuit, have you screenshot any other text | 13 | MS. ABRAMS: Object to form. |
| 14 | messages that you had with Ms. Dean? | 14 | THE WITNESS: I knew the police were |
| 15 | A  No. | 15 | involved, but I didn't know how far she had gone |
| 16 | Q  Okay. Have you ever screenshot any | 16 | into it. |
| 17 | Snapchat messages that you've had with Ms. Dean? | 17 | Q  (BY MR. BROWN) Okay. When you had that |
| 18 | A  I have not, no. | 18 | conversation with Ms. Dean on or about |
| 19 | Q  Okay. Gotcha. Gotcha. All right. Okay. | 19 | November 17th, did she tell you anything about |
| 20 | Thank you. I'm going to take that down. Now that I | 20 | whether or not she had been drinking any alcohol |
| 21 | know what's going on, much appreciated. Okay. | 21 | that evening? |
| 22 | Correct me if I'm wrong, but you weren't with | 22 | A  She did not tell me about any of the, |
| 23 | Ms. Dean on the day of the incident; is that right? | 23 | like, context of the situation, no. |
| 24 | A  I was not, no. | 24 | Q  Okay. So, I guess, with that in mind, I |
| 25 | Q  Okay. Well, so when you found out about | 25 | think I know the answer, but did she tell you |
|  | Page 79 |  | Page 81 |
| 1 | the incident a couple of days after that text | 1 | anything about the communication that she had with |
| 2 | message, can you just tell me what Ms. Dean told you | 2 | the -- the Uber driver? |
| 3 | during that phone conversation? | 3 | A  She did not. All she told me was that he |
| 4 | A  Yeah. So basically I -- she got her phone | 4 | did not speak English. |
| 5 | back and I had called her and asked just, like, what | 5 | Q  Okay. So after that November 17th phone |
| 6 | was going on, why her phone had been taken away, | 6 | conversation, when was the next time that you and |
| 7 | because I had just assumed it was a flight attendant | 7 | Ms. Dean would have discussed the incident in this |
| 8 | training thing, she was on her phone and it got | 8 | lawsuit? |
| 9 | taken away, but she kind of explained the situation | 9 | A  It was that first time that we were able |
| 10 | to me at that point. I believe it may have been | 10 | to hang out in person in January of 2024. |
| 11 | November 17th, and that was when I first kind of | 11 | Q  So, I guess, at that time, did she give |
| 12 | learned the basis of the situation. She didn't go | 12 | you more details? |
| 13 | into detail or anything and that was when I had | 13 | A  Yes. |
| 14 | first found out about the incident. | 14 | Q  Okay. So what did she tell you about the |
| 15 | Q  Okay. Well, sorry. I want to take a step | 15 | incident at that time? |
| 16 | back. Had you -- had you had any text messages with | 16 | A  She had told me that she had been on her |
| 17 | Ms. Dean on the day of November 14th? | 17 | way to go see a friend at their hotel and that |
| 18 | A  Not that I'm aware of, no. Not by text. | 18 | basically the driver didn't speak any English and |
| 19 | Q  Okay. Gotcha. Well, so in terms of the | 19 | had pulled over and had raped her, and it -- I |
| 20 | basis of the situation, what did Ms. Dean tell you | 20 | didn't press her to go into any more detail than |
| 21 | when you had that phone conversation on about | 21 | that, but she kind of thoroughly described the |
| 22 | November 17th? | 22 | situation. At that point, she did let me know that |
| 23 | A  It was essentially just that she had been | 23 | she had been drinking that night, but I didn't press |
| 24 | assaulted by her Uber driver. She didn't say, like, | 24 | her any further for details or anything like that. |
| 25 | he sexually assaulted her or anything like that. | 25 | Q  Before I forget, did she tell you who the |