# EXHIBIT 4

| Page 14 | Page 16 |
|---|---|
| 1   A.  No.  They -- they weren't relevant.  They  <br>2  were mostly pictures to jog my memory about dates.  <br>3  So things such as we went to a baseball game the day  <br>4  after this.  I would go back and find when was that  <br>5  baseball game?  Did I take pictures with my friends  <br>6  at that baseball game?  Things like that.  <br>7   Q.  Okay.  Anything else that you can think of  <br>8  today about other pictures that you saw to help jog  <br>9  your memory besides the baseball game?  <br>10   A.  No.  <br>11   Q.  I'm going to ask that you provide those  <br>12  photos to your counsel and then your counsel can  <br>13  provide them to us.  It's typical if -- it's typical  <br>14  for me to be able to look at whatever you looked at  <br>15  in order to jog your memory for a deposition.  <br>16   A.  Okay.  <br>17   Q.  Okay.  <br>18     MS. ABRAMS:  Noting our objection based on  <br>19  relevance of those photos that she looked at, but...  <br>20     MS. CLEMENT:  Okay.  Well, we get to look  <br>21  at them.  <br>22     MS. ABRAMS:  With our -- the same  <br>23  objections.  You can proceed.  <br>24   Q.  (By Ms. Clement:)  Have you had any  <br>25  conversations with anyone other than your lawyers | 1   A.  No.  <br>2   Q.  So when you say they asked you to have a  <br>3  deposition today, are -- are you referring to Jaylyn  <br>4  Dean's lawyers?  <br>5   A.  Yes.  <br>6   Q.  Have you had any -- have you had any  <br>7  conversations with Jaylyn Dean about her deposition  <br>8  in this case?  <br>9   A.  No.  <br>10   Q.  Has Jaylyn Dean texted you about her  <br>11  deposition in this case?  <br>12   A.  She's texted me that she was overwhelmed,  <br>13  but no details about the deposition.  <br>14   Q.  And when did you receive this text from  <br>15  Jaylyn Dean?  <br>16   A.  That would have been last Friday.  <br>17   Q.  I'm, likewise, going to ask you to produce  <br>18  that to your counsel so that they can produce that  <br>19  to us.  <br>20   A.  I don't have that.  <br>21   Q.  What do you mean you do not have the text  <br>22  message between you and Jaylyn from last Friday?  <br>23   A.  They were messages on Snapchat.  They  <br>24  disappear after 24 hours.  <br>25   Q.  So was that something that you did not |
| Page 15 | Page 17 |
| 1  about your deposition today?  <br>2   A.  Not involving the deposition.  <br>3   Q.  Help me understand what you mean by, "not  <br>4  involving the deposition"?  <br>5   A.  My mom knows that I'm on here.  She knew  <br>6  what I time I had to be here.  <br>7   Q.  So it sounds like you may have had a  <br>8  conversation with your mother that you were taking a  <br>9  deposition today?  <br>10   A.  Yes.  <br>11   Q.  What did you discuss with your mother  <br>12  about your deposition today?  <br>13   A.  I discussed with her that my friend Jaylyn  <br>14  had a civil suit against Uber Technologies for  <br>15  something that happened to her and that they asked  <br>16  me to be deposed as a witness.  <br>17   Q.  Okay.  And who is, "they"?  <br>18   A.  Jaylyn and her lawyers.  <br>19   Q.  Okay.  And what was your mom's reaction  <br>20  when she heard about this?  <br>21   A.  She was pretty indifferent.  She told me,  <br>22  you know, good luck.  Don't let it bother you.  Have  <br>23  -- you know, be honest.  <br>24   Q.  Have you had any conversations with Jaylyn  <br>25  Dean about your testimony today? | 1  save?  <br>2   A.  No.  <br>3   Q.  Have you seen the notice of deposition for  <br>4  your deposition today?  <br>5   A.  Yes.  <br>6   Q.  And have you seen the requests for  <br>7  production with your deposition today?  <br>8   A.  Yes.  <br>9   Q.  Do you recall that that notice asked you  <br>10  for communications with Jaylyn Dean about this  <br>11  matter?  <br>12   A.  Yes.  <br>13   Q.  So would you agree that that text message  <br>14  or that message through Snapchat is responsive to  <br>15  our request for communications between you and  <br>16  Jaylyn about this matter?  <br>17     MS. ABRAMS:  Object to form.  <br>18     THE WITNESS:  I did not believe it was.  <br>19  She was telling me that -- the most detail it was  <br>20  was, that was super overwhelming.  I didn't expect  <br>21  to feel so many emotions.  I told her I was proud of  <br>22  her and we left it at that.  <br>23   Q.  (By Ms. Clement:)  Okay.  But do you agree  <br>24  that you were communicating with Jaylyn in writing  <br>25  on Friday about this matter? |

5 (Pages 14 - 17)