# EXHIBIT 5

Page 170

1    A   Yes.
2    Q   Okay.
3    A   I've seen her in passing at the Houston
4   airport as well.
5    Q   You've seen her just in passing?
6    A   Yeah.
7    Q   Did you sit down and have a conversation
8   with her at Houston?
9    A   Yeah.
10    Q   How many times did you see her in
11   Houston?
12    A   I can only recall one time.  But to me
13   it's hard believe that it only ever happened one
14   time, but maybe all they're all blending together.
15    Q   And the -- the -- I think you said maybe
16   two times that you saw her in passing in the
17   Louisville airport and then --
18    A   Yeah, and I stayed with her for like an
19   hour or two; whereas like at Houston, we kind of
20   just like saw each other, said hi --
21    Q   Okay.
22    A   -- that was about it.
23    Q   Those times, either in the Louisville
24   airport of the Houston airport, do you think you
25   would have had any conversations about the alleged

Page 171

1   incident?
2    A   No.
3    Q   Okay.
4    Have you ever spoken wit Ms. Dean about this
5   lawsuit?
6    A   Yes.
7    Q   What did you have -- tell me how many
8   times you spoke about the lawsuit.
9    A   Maybe two or three times.
10    Q   Okay.
11    And what would have been the format, if you
12   will, of those conversations?  For example,
13   telephone?  Text message?
14    A   Snapchat.
15    Q   Snapchat.  Okay.
16    Would you have any of those messages still?
17    A   No.  Snapchat messages delete after
18   24 hours.
19    Q   Unless you save them.
20    Would you have saved them?
21    A   I -- I forgot.  I can't look, but I
22   don't think I did.
23    Q   You can look.
24    But do you -- do you think you saved any of
25   them?

Page 172

1    A   I don't think I did.
2    Q   Okay.
3    So after you got your notice of deposition
4   you were asked to look for any communications.
5    Did you undertake to look for those types of
6   conversations?
7    A   Yeah, yeah.  Actually, yeah, that's a
8   good paint, I did look already.  Yeah, I looked at
9   the -- I looked through our messages at the time, I
10   looked through our -- like our text messages and
11   then our Instagram messages and Snapchat.
12    Q   You did look at saved Snapchat messages?
13    A   Yeah.
14    Q   Do you have any saved Snapchat messages
15   that in any way relate to the lawsuit?
16    A   No.
17    Q   And so during those conversations you
18   mentioned two or three times that talked about the
19   lawsuit.
20    What did she tell you?
21    A   She told me, "Hey, would you like to
22   give a witness testimony for what happened to me in
23   Phoenix?"  And I said, "Yes, absolutely.  I'd love
24   to."  And then she texted me a few times.  She'd
25   just be like, "Hey, I'm just letting you know my

Page 173

1   lawyer's going to reach out to you soon," blah,
2   blah, blah.  And I was like, "Okay.  Cool."  So she
3   was kind of giving me at heads-up on just when it
4   was going to happen, what was going on.
5    Q   Okay.
6    Did she ever tell you what she hoped to
7   receive as a result of lawsuit?
8    A   No, she's never mentioned money.
9    Q   Have you ever driven for any ride share
10   company?
11    A   No.
12    Q   You hesitated.  Do you think you might
13   have?
14    A   I've done like -- I've done DoorDash,
15   but like I don't think that counts as like a ride
16   share.
17    Q   Okay.
18    A   Yeah.
19    Q   And have you used Uber since you became
20   aware of Ms. Dean's alleged incident?
21    A   Sparingly.
22    Q   So you do continue to use Uber
23   currently?
24    MS. ABRAMS:  Object to form.
25    THE WITNESS:  It's complicated.  I have like

44 (Pages 170 - 173)