# EXHIBIT 6

| Page 42 | Page 44 |
|---|---|
| 1   A.  Just her mom not believing her at first.<br>2   Q.  Anything else?<br>3   A.  Other than being upset, no.  Nothing<br>4  other than that.<br>5   Q.  Are you aware of conversations she had<br>6  with family members other than her mom?<br>7   A.  No.<br>8   Q.  Did Ms. Dean talk to you about the<br>9  conversation after -- with her mom after it was<br>10 over?<br>11       MS. ABRAMS:  Object to form.<br>12  A.  Yes.<br>13 BY MS. AGUIRRE:<br>14  Q.  And when was that?<br>15  A.  Directly after the conversation.  Sorry.<br>16 Directly after the conversation.<br>17  Q.  Do you remember what she said to you?<br>18  A.  She was upset.<br>19  Q.  Anything else?<br>20  A.  That's all I remember.<br>21  Q.  Do you know anything about the current<br>22 state of Ms. Dean's relationship with her family<br>23 members?<br>24  A.  No.<br>25  Q.  Who would you consider to be Ms. Dean's | 1       MS. ABRAMS:  Object to form.<br>2   A.  It just depends on the day.  Life<br>3  updates.<br>4  BY MS. AGUIRRE:<br>5   Q.  Can you recall any specifics?<br>6   A.  No.<br>7   Q.  Do you still have those group chat<br>8  messages?<br>9   A.  I have the ones we saved, but the rest<br>10 of them are gone because Snapchat deletes them.<br>11  Q.  If you could include those saved<br>12 Snapchat group chats and any texts that you find to<br>13 give to your counsel, we would appreciate it.<br>14 Thank you.<br>15  A.  Just like any group chat messages about<br>16 anything?<br>17  Q.  The Snapchat group chat with the four of<br>18 you in it.<br>19       MS. ABRAMS:  Of course we would object<br>20 to relevance on production of those as well so...<br>21       MS. AGUIRRE:  Noted.<br>22 BY MS. AGUIRRE:<br>23  Q.  Do you have any knowledge of Ms. Dean's<br>24 romantic relationships?<br>25  A.  No.  Other than that one, no. |

| Page 43 | Page 45 |
|---|---|
| 1  closest friends?<br>2   A.  I don't know any of them.<br>3   Q.  Do you know if she's still friends with<br>4  other classmates from flight attendant training?<br>5   A.  Yes.<br>6   Q.  Do you know which one of your classmates<br>7  she's still friends with?<br>8   A.  Yes.<br>9   Q.  And which ones do you know that she's<br>10 still close with?<br>11       MS. ABRAMS:  Object to form.<br>12  A.  ▓▓▓ and ▓▓▓<br>13 BY MS. AGUIRRE:<br>14  Q.  Do you know either of their last names?<br>15  A.  ▓▓▓ ▓▓▓ and ▓▓▓ ▓▓▓<br>16  Q.  How do you know that they're still<br>17 friends?<br>18  A.  We have a group chat.<br>19  Q.  How often do you guys talk to each other<br>20 in a group chat?<br>21  A.  Every few months.<br>22  Q.  Is there anyone else in the group chat?<br>23  A.  Just us three -- four.  Sorry.  No.<br>24  Q.  And what do you guys talk about in the<br>25 group chat? | 1   Q.  And by "that one," what are you<br>2  referring to?<br>3   A.  The one that she was assaulted in.<br>4   Q.  Did she tell you any details about that<br>5  assault?<br>6   A.  No.<br>7   Q.  Would you say that Ms. Dean has<br>8  difficulty with interpersonal relationships?<br>9        MS. ABRAMS:  Object to form.<br>10 (Interruption by reporter for clarification.)<br>11  A.  I'm not sure.<br>12 BY MS. AGUIRRE:<br>13  Q.  Are there difficulties in your<br>14 relationship with Ms. Dean?<br>15  A.  No.<br>16  Q.  Do you know if Ms. Dean was in a<br>17 romantic relationship on November 15th, 2023?<br>18       MS. ABRAMS:  Object to form.<br>19  A.  No, she was not.<br>20 BY MS. AGUIRRE:<br>21  Q.  Do you know if she was seeing anyone<br>22 romantically on November 15th, 2023?<br>23       MS. ABRAMS:  Object to form.<br>24  A.  I'm not sure.<br>25 BY MS. AGUIRRE: |

Veritext Legal Solutions

800-567-8658                                            973-410-4098

Page 70

1  A. I do not.
2  Q. And did -- in that conversation in the
3  morning of November 16th, did Ms. Dean tell you the
4  specifics of the assault?
5  A. No.
6  Q. You mentioned that Ms. Dean told you it
7  happened in the back seat. Do you remember any
8  other details?
9  A. Just that the ride was stopped. She
10 watched him stop the ride on his phone.
11      THE WITNESS: I do have an appointment
12 to go to, so I did -- I set aside two hours like
13 Rachel told me, so I might have to get off of here
14 pretty soon.
15      MS. AGUIRRE: Okay. So I'm going to
16 wrap up this line of questioning, and then we can
17 take a break.
18      MS. ABRAMS: What time is your
19 appointment?
20      THE WITNESS: It's at 12.
21      MS. ABRAMS: That's in 45 minutes?
22      THE WITNESS: Correct.
23      MS. ABRAMS: And how long do you need
24 before going to that appointment?
25      THE WITNESS: It's -- I mean, I probably

Page 71

1  have to be in the car by 11:45, 11:30.
2      MS. ABRAMS: So approximately half an
3  hour.
4      THE WITNESS: Correct.
5      MS. ABRAMS: Just want to check.
6      MS. AGUIRRE: Okay.
7  BY MS. AGUIRRE:
8  Q. Other than that November 16th
9  conversation, have you had any other conversations
10 with Ms. Dean about the incident?
11 A. Multiple, yes.
12 Q. And when were those?
13 A. Sporadically throughout the last two
14 years.
15 Q. Do you recall how many conversations
16 you've had?
17 A. No. Too many to recall.
18 Q. Have you had conversations with anyone
19 other than Ms. Dean about the incident?
20 A. Yes.
21 Q. With whom?
22 A. Many people, family, friends. I
23 couldn't recall every person.
24 Q. What -- who are the people that you can
25 recall?

Page 72

1  A. My mom, my sister, my dad, a lot of my
2  friends.
3  Q. Have you had conversations about the
4  incident with any mutual friends of yours and
5  Ms. Dean?
6  A. Just the ones that were at the training
7  center with us.
8  Q. Do you remember specific people from the
9  training center?
10 A. No.
11 Q. Your conversations with Ms. Dean about
12 the assault, were those over text?
13 A. Sometimes.
14 Q. Do you have those texts?
15 A. Possibly.
16 Q. If you could, look for those and produce
17 those to your counsel.
18     What other ways did you communicate with
19 Ms. Dean about the incident?
20 A. Can we take a break real quick?
21 Q. Answer the question first, and then we
22 can take a break.
23 A. What was the question?
24 Q. What other ways have you communicated
25 with Ms. Dean about the incident?

Page 73

1  A. Snapchat messages and phone calls.
2  Q. Are any of those Snapchat messages
3  saved?
4  A. Probably.
5  Q. Okay. If you could, look for those and
6  provide those to your counsel as well.
7      MS. AGUIRRE: And we are going to take a
8  break.
9      VIDEOGRAPHER: Okay. Off the record.
10 Time is 11:16 a.m.
11     (Recess held.)
12     VIDEOGRAPHER: Back on the record at
13 11:21 a.m.
14 BY MS. AGUIRRE:
15 Q. So how did you learn about this lawsuit?
16 A. When she asked me to do the deposition.
17 Q. Did she give you any specifics about the
18 lawsuit?
19 A. She just told me it was in reference to
20 the incident that occurred.
21 Q. Do you support Ms. Dean bringing a
22 lawsuit?
23 A. Yes.
24 Q. Have you used any rideshares since
25 November 15th, 2023?