# EXHIBIT 7

Page 277

1    Q    (BY MS. BLAKE)  No worries.  So you talked
2  about doing screenshots of your phone, looking
3  through text messages and social media accounts;
4  right?
5    A    Yes.
6    Q    And you then provided anything that was
7  collected to your attorney; right?
8    A    Yes.
9    Q    For example, text messages that you
10  provided to your attorney, did you then delete those
11  text messages that were on your phone?
12    A    No.
13    Q    So you kept them on your phone?
14    A    Sorry.  Yeah.  No, I had not done that.
15    Q    That's what I was just making sure.
16         MS. ABRAMS:  It's getting late.
17    Q    (BY MS. BLAKE)  And the phone that you
18  have now, is that the same phone that you had as of
19  November 15th, 2023?
20    A    No.
21    Q    Have you -- how many -- is that -- when
22  did you get that phone?
23    A    I'm trying to think.  I got it last year,
24  but I had a phone -- I've had two phones in between
25  it.  I had a 15 and this is a 16.  I only had my 15

Page 278

1     for a couple of months, and then I just got this one
2     last year.
3          Q    Do you still have the old phones?
4          A    No.  I traded them in.
5          Q    And do you have a cloud account that syncs
6     all of the data?
7          A    I have an iCloud, and I don't mess with
8     it, so whatever is on there, it's just automatic
9     settings.
10         Q    Okay.  Do you have -- did you search any
11    of your computers or -- strike that.  Do you have a
12    personal computer?
13         A    Yes, I do.
14         Q    And did you search that computer for
15    anything related to this lawsuit?
16         A    No.
17         Q    Is there a particular reason you didn't
18    search the computer?
19         A    It's -- I only use it for school and work.
20    It's not a personal one.
21         Q    Same question with, like, a tablet, an
22    iPad.  Do you have an iPad or tablet, something like
23    that?
24         A    Yes, I do.
25         Q    And did you search that for any documents

Page 279

1    that are related to this litigation?
2         A    No.
3         Q    And why not?
4         A    Because I just use it for games at work.
5         Q    Did you search through any email that you
6    may have had related to this -- the incident at
7    issue in this litigation?
8         A    No.
9         Q    Why not?  Why did you not search through
10   email?
11        A    I didn't think it was necessary.  I mean,
12   I turned everything over I thought was needed.
13        Q    Do you know whether or not you have
14   emails, not with your attorney, but do you know
15   whether or not you have emails related to any of
16   your allegations in this lawsuit?
17        A    No.
18        Q    You just haven't searched one way or the
19   other?
20        A    Yes.
21        Q    Okay.  Since November 15th, 2023, have you
22   used iMessage for texting?
23        A    Yes.
24        Q    WhatsApp?
25        A    No.

Page 280

1    Q    Signal?
2    A    No.
3    Q    You've used Snapchat.  We talked about
4    that.  Do you do like a Google Chat or G Chat?
5    A    No.
6    Q    You've used Facebook Messenger?
7    A    Yes.
8    Q    Telegram?
9    A    No.
10   Q    Do you know if the -- any of the accounts
11   automatically delete the messages after a period of
12   time?
13   A    Snapchat and then Instagram.  I know they
14   have vanish mode, but I don't use that.
15   Q    Okay.  Have you -- strike that.  Have you
16   provided all of your social media accounts through
17   your interrogatory responses that you use or your
18   handle names?
19   A    Yes.  The ones that I have access to, I
20   did.
21   Q    Are there ones that you don't have
22   access -- like, are they old accounts?
23   A    Yeah.  Like, middle school and high school
24   that I have no ties to.
25   Q    Okay.  When you got your two new phones,