# EXHIBIT 1

Page 246

1      A    Yes.
2      Q    And what was that?
3      A    Me going on the Dr. Phil show.
4      Q    Okay.  And can you -- going on to our next
5  topic, can you tell me about your participation in
6  the Dr. Phil show?
7           MS. ABRAMS:  Object to form.
8           THE WITNESS:  I didn't -- I didn't do it.
9      Q    (BY MS. BLAKE)  Can you tell me about --
10 strike that.  Were you asked to participate in the
11 Dr. Phil show?
12     A    Yes, I was.
13     Q    Who asked you?
14     A    My lawyers.
15     Q    Okay.  And you ultimately did not go on
16 the Dr. Phil show?
17     A    Yes.  I didn't.
18     Q    And why did you choose not to do that?
19     A    I didn't want to upset my family or my
20 grandmother, so I didn't do it.
21     Q    Why -- was your grandmother the only one
22 that expressed being upset about that?
23     A    To my knowledge, yes.
24     Q    Did anyone in your family participate in
25 the Dr. Phil show?

```
                                            Page 247

 1        A    No.
 2        Q    Did you meet with anyone on the Dr. Phil
 3   show?
 4        A    Yes.
 5        Q    Who did you meet with?
 6        A    I remember hair and makeup, a
 7   videographer.  That's it.
 8        Q    Were these in-person meetings?
 9        A    Some of them were over Zoom.  There was
10   Producer 1 that was like a meet and greet, but
11   that's about it.
12        Q    The Producer 1 was in person?
13        A    This was over Zoom.
14        Q    Okay.  How many different meetings did you
15   have about the Dr. Phil show with people other than
16   your lawyers?
17        A    Just the one Producer 1.
18        Q    And then you met with hair and makeup?
19        A    Yes.
20        Q    Was that a separate meeting?
21        A    This was in person.
22        Q    Okay.  And when was this?
23        A    In June of '24.
24        Q    Did you meet with a videographer on the
25   same day?
```

```
                                                   Page 248
 1         A    Yes.
 2         Q    Did you go out to the set?
 3         A    Yes.
 4         Q    Did you tape anything for the Dr. Phil
 5    show?
 6         A    Yes.
 7         Q    And did you believe it was going to air?
 8         A    Yes.
 9         Q    And do you have an understanding as to why
10    it didn't?
11         A    We didn't finish the second part.  There
12    was a break.  Something happened.  I'm not sure what
13    happened, but in between that break, I decided not
14    to do it.
15         Q    So did you withdraw consent?
16         A    I don't -- I don't know.
17              MS. ABRAMS:  Object to form.
18              THE WITNESS:  I don't know.
19         Q    (BY MS. BLAKE)  Did you provide any
20    documents or sign any paperwork with the Dr. Phil
21    show?
22         A    I don't remember.
23         Q    Did you meet with Dr. Phil?
24         A    No.
25         Q    How many times did you go out to the
```

Page 249

1  studio?
2      A    Just once.
3      Q    Were you asked to come back to finish this
4  segment?
5      A    Yes.
6      Q    And you declined?
7      A    Yes.
8      Q    Did anyone -- any family or friends go
9  with you when you went to the set?
10     A    Yes.
11     Q    Who went?
12     A    My friend Elisa.
13     Q    And did you meet with your -- strike that.
14 Did your attorneys go with you when you went to the
15 Dr. Phil set?
16     A    Yes.
17     Q    Okay.  And were your attorneys present
18 when you met with the producer, hair and makeup, and
19 the videographer?
20     A    Yes.
21     Q    Okay.  Any other meetings with the
22 Dr. Phil show we didn't talk about?
23     A    No.
24     Q    Do you have any video or transcript about
25 the portion of the Dr. Phil show that you did shoot?

Page 250

1      A    No.
2      Q    Have you seen that video?
3      A    No.  They showed me a preview of, like, a
4  picture, but I don't know what was on it.
5      Q    Who showed you?
6      A    The videographer showing me what I looked
7  like on camera, but that was it.
8      Q    Have you been on any other shows related
9  to the incident on November 15th, 2024 [sic]?
10     A    No.
11     Q    Okay.  When you were in the Uber on
12 November 15, 2024 [sic], did you communicate with
13 anyone else at all at any point during the ride?
14     A    No.
15     Q    Like, for example, when you said he was on
16 the phone and you were waiting, do you recall if you
17 were texting anyone or called anyone?
18     A    No.  Like I said, I laid down in the back.
19     Q    Following meeting with the police that
20 morning of the 15th, have you had any further
21 discussions with any police officers about the
22 incident on November 15th, 2023?
23     A    No.
24     Q    When did you decide that you wanted to sue
25 Uber for the incident related to November 15th,