**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | NOTICE OF FILING OF NEW ACTION |
| *J.H., an individual v.* *UBER TECHNOLOGIES, INC., et al.* Case No.: 3:25-cv- | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 11, 2025.

Dated: August 11, 2025.                    Respectfully submitted,

By: */s/ D. Douglas Grubbs*
D. DOUGLAS GRUBBS (TX Bar No. 24065339)
ADAM K. PULASKI (TX Bar No. 16385800)
**PULASKI KHERKHER, PLLC.**
2925 Richmond Ave., Suite 1725
Houston, TX 77098
Telephone: 713.664.4555
Facsimile: 713.664.7543
Email: dgrubbs@pulaskilawfirm.com
Email: adam@pulaskilawfirm.com

*Counsel for Plaintiff*

NOTICE OF FILING OF NEW ACTION

1

**CERTIFICATE OF SERVICE**

2      I      hereby      certify      that      on      August      11,      2025,

3  a  copy  of  the  foregoing      was      electronically      filed      with      the      Clerk      of      the

4  Court  using  the  CM/ECF      system,      which      will      send      notification      of      such      filing

5  to      all CM/ECF participants registered  to receive service  in  this matter.

6                                                                    */s/ D. Douglas Grubbs*
                                                                     D. Douglas Grubbs
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF FILING OF NEW ACTION