HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
**ANAPOL WEISS**
60 South 6th St., Suite 2800
Minneapolis, MN 55402
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: hdolejsi@anapolweiss.com

WILLIAM L. SMITH (Cal Bar No. 324235)
**ANAPOL WEISS**
6060 Center Drive 10th Floor,
Los Angeles, CA 90045
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: wsmith@anapolweiss.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>_____<br><br>This Document Relates to:<br><br>*T.L., v. Uber Technologies, Inc., et al.*<br>Case No. 3:25-cv-06766 | MDL: No. 3084<br><br>**NOTICE OF FILING OF NEW ACTION** |

     Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 11, 2025.

///

///

///

///

| | |
|---|---|
| Dated: August 11, 2025 | Respectfully submitted, |
| | **ANAPOL WEISS** |
| | By: */s/ Holly Dolejsi* <br> HOLLY DOLEJSI (*Admitted Pro Hac Vice*) <br> 60 South 6th St. Suite 2800 <br> Minneapolis, MN 55402 <br> Telephone: 202.780.3014 <br> Facsimile: 202.780.3678 <br> Email: hdolejsi@anapolweiss.com |
| | WILLIAM L. SMITH (Cal Bar No. 324235) <br> 6060 Center Drive 10th Floor <br> Los Angeles, CA 90045 <br> Telephone: 202.780.3014 <br> Facsimile: 202.780.3678 <br> Email: wsmith@anapolweiss.com |
| | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2025, I electronically transmitted the forgoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Holly Dolejsi*
Holly Dolejsi