IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ This Order Relates To: *ALL CASES* | MDL No. 3084 **PRETRIAL ORDER NO. 30: ORDER REGARDING NEW BELLWETHER CASE SELECTION AND AMENDED TRIAL WAVE 1** |

On May 1, 2025, the Court issued Pretrial Order No. 26, which in part identified the six bellwether cases comprising Trial Wave 1: B.L., A.R.2, WHB 1486, WHB 1876, LCHB128, and Jaylynn Dean. See dkt. 2894 at 2. The parties later informed the Court that Plaintiff WHB 1486 was unable to complete discovery in time to participate in Trial Wave 1. See dkt. 3189. Uber was ordered to identify a replacement bellwether case for Trial Wave 1 and selected WHB 832. See dkt. 3228. The Court later dismissed Plaintiff WHB 1876's amended complaint in full. See PTO 28 (dkt. 3441). Uber subsequently selected WHB 318 as the substitute case for WHB 1876 in Trial Wave 1. See dkt. 3542. Both parties also submitted their proposals for a case to fill the vacated bellwether position. See dkt. 3543 (Plaintiffs); 3607 (Uber).

Based on this significant activity, the Court issues the following order to clarify the current Trial Wave 1 and overall bellwether pool.

**I.   NEW BELLWETHER CASE**

After reviewing both of the parties' recommendations, the Court has selected Jane Doe LS 60 (Case No. 3:24-cv-05618-CRB) as the replacement case for WHB 1876 in the

bellwether pool. Plaintiff Jane Doe LS 60 shall file an amended complaint with any individualized allegations within 21 days of this order.

## II.  AMENDED BELLWETHER TRIAL WAVE 1

In accordance with the suggestions of the parties, the Court has concluded that the six cases identified in the below chart shall comprise the amended Trial Wave 1:

| AMENDED TRIAL WAVE 1 | | | | |
|---|---|---|---|---|
| **Name** | **Case No.** | **Alleged Incident** | **Party Choice** | **State** |
| B.L. | 24-cv-7940 | Sexual Penetration | Plaintiffs | CA |
| A.R.2 | 24-cv-7821 | Kissing of a Sexual Body Part | Plaintiffs | CA |
| LCHB128 | 24-cv-7019 | Touching of a Sexual Body Part | Plaintiffs | AZ |
| Jaylynn Dean | 23-cv-6708 | Sexual Penetration | Plaintiffs | AZ |
| **WHB 832** | **24-cv-4900** | **Touching of a Non-Sexual Body Part** | **Defendants** | **NC** |
| **WHB 318** | **24-cv-4889** | **Touching of a Non-Sexual Body Part** | **Defendants** | **NC** |

The new additions to Trial Wave 1 are identified in **bold**. These cases shall adhere to the discovery schedule provided by PTO 26, as modified by the parties' joint stipulation. See dkt. 3533.

## III.  PROPOSALS FOR BELLWETHER TRIAL WAVE 2 PARTICIPANTS AND DISCOVERY SCHEDULE

As part of the joint statement to be filed in advance of the August 22, 2025 case management conference, the parties are ordered to include their proposals for the (1) five bellwether cases to comprise Trial Wave 2 and (2) discovery schedule for Trial Wave 2.

**IT IS SO ORDERED.**

Dated: August 11, 2025

CHARLES R. BREYER
United States District Judge