# EXHIBIT A

| MDLC ID | Case Name | Case Number | Plaintiff Firm | PFS Due | Days overdue | Date of delinquency letter | Delinquency Response Due Date |
|---|---|---|---|---|---|---|---|
| 3268 | Jane Roe CL 125 | 3:25-cv-02233 | Cutter Law | 4/3/2025 | 125 | 6/30/2025 | 7/30/2025 |
| 3271 | Jane Roe CL 128 | 3:25-cv-02497 | Cutter Law | 4/11/2025 | 117 | 6/30/2025 | 7/30/2025 |
| 3607 | L.L. (5) | 3:25-cv-03742 | Meyer Wilson; Peiffer Wolf | 5/30/2025 | 68 | 6/30/2025 | 7/30/2025 |
| 3438 | Roe CL 148 | 3:25-cv-03812 | Cutter Law | 6/1/2025 | 66 | 6/30/2025 | 7/30/2025 |
| 3437 | Roe CL 147 | 3:25-cv-03811 | Cutter Law | 6/1/2025 | 66 | 6/30/2025 | 7/30/2025 |
| 3439 | Roe CL 149 | 3:25-cv-03813 | Cutter Law | 6/1/2025 | 66 | 6/30/2025 | 7/30/2025 |
| 3440 | Roe CL 150 | 3:25-cv-03815 | Cutter Law | 6/1/2025 | 66 | 6/30/2025 | 7/30/2025 |
| 3441 | Jane Roe CL 151 | 3:25-cv-03816 | Cutter Law | 6/2/2025 | 65 | 6/30/2025 | 7/30/2025 |
| 3446 | Jane Doe CL 156 | 3:25-cv-03944 | Cutter Law | 6/6/2025 | 61 | 6/30/2025 | 7/30/2025 |
| 3448 | Jane Roe CL 158 | 3:25-cv-04038 | Cutter Law | 6/8/2025 | 59 | 6/30/2025 | 7/30/2025 |
| 3450 | Jane Roe CL 160 | 3:25-cv-04205 | Cutter Law | 6/15/2025 | 52 | 6/30/2025 | 7/30/2025 |
| 3451 | Jane Roe CL 161 | 3:25-cv-04206 | Cutter Law | 6/15/2025 | 52 | 6/30/2025 | 7/30/2025 |
| 3453 | Jane Roe CL 163 | 3:25-cv-04386 | Cutter Law | 6/22/2025 | 45 | 6/30/2025 | 7/30/2025 |
| 1211 | T.S. | 3:24-cv-00635 | Pro Se | 5/29/2024 | 434 | 7/9/2025 | 8/8/2025 |
| None | C.B. (2) | 3:25-cv-01961 | Pro Se | 3/27/2025 | 132 | 7/9/2025 | 8/8/2025 |
| 3381 | Jane Doe LS 596 | 3:25-cv-04069 | Levin Simes LLP | 6/11/2025 | 56 | 7/9/2025 | 8/8/2025 |
| 3379 | Jane Doe LS 597 | 3:25-cv-04070 | Levin Simes LLP | 6/11/2025 | 56 | 7/9/2025 | 8/8/2025 |
| 3380 | Jane Doe LS 598 | 3:25-cv-04071 | Levin Simes LLP | 6/11/2025 | 56 | 7/9/2025 | 8/8/2025 |
| 3545 | Jane Roe Cl 165 | 3:25-cv-04589 | Cutter Law | 6/30/2025 | 37 | 7/9/2025 | 8/8/2025 |
| 3546 | Jane Roe Cl 166 | 3:25-cv-04591 | Cutter Law | 6/30/2025 | 37 | 7/9/2025 | 8/8/2025 |
| 3541 | S.Y. | 3:25-cv-04629 | Wagstaff Law Firm | 7/3/2025 | 34 | 7/9/2025 | 8/8/2025 |
| 3483 | Jane Doe LS 600 | 3:25-cv-04631 | Levin Simes LLP | 7/3/2025 | 34 | 7/9/2025 | 8/8/2025 |
| 3482 | T.T. | 3:25-cv-04647 | Wagstaff Law Firm | 7/3/2025 | 34 | 7/9/2025 | 8/8/2025 |
| 3547 | Jane Roe CL 167 | 3:25-cv-04670 | Cutter Law | 7/4/2025 | 33 | 7/9/2025 | 8/8/2025 |
| 3549 | Jane Roe CL 169 | 3:25-cv-04672 | Cutter Law | 7/4/2025 | 33 | 7/9/2025 | 8/8/2025 |
| 3512 | Jane Doe LS 601 | 3:25-cv-04699 | Levin Simes LLP | 7/5/2025 | 32 | 7/9/2025 | 8/8/2025 |
| 3550 | Jane Roe Cl 170 | 3:25-cv-04705 | Cutter Law | 7/5/2025 | 32 | 7/9/2025 | 8/8/2025 |