UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER** |

This Document Relates to:

*Jane Roe CL 125 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02233-CRB

*Jane Roe CL 128 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02497-CRB

*L.L. (5) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03742-CRB

*Roe CL 148 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03812-CRB

*Roe CL 147 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03811-CRB

*Roe CL 149 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03813-CRB

*Roe CL 150 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03815-CRB

*Jane Roe CL 151 v. Uber Technologies, Inc.,* et al., No. 3:25-cv-03816-CRB

*Jane Doe CL 156 v. Uber Technologies, Inc.,* et al., No. 3:25-cv-03944-CRB

*Jane Roe CL 158 v. Uber Technologies, Inc.,* et al., No. 3:25-cv-04038-CRB

*Jane Roe CL 160 v. Uber Technologies, Inc.,* et al., No. 3:25-cv-04205-CRB

1 | *Jane Roe CL 161 v. Uber Technologies, Inc.,* et al., No. 3:25-cv-04206-CRB

2

3 | *Jane Roe CL 163 v. Uber Technologies, Inc.,* et al., No. 3:25-cv-04386-CRB

4 | *T.S. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-00635-CRB

5

6 | *C.B. (2) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01961-CRB

7 | *Jane Doe LS 596 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04069-CRB

8

9 | *Jane Doe LS 597 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04070-CRB

10 | *Jane Doe LS 598 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04071-CRB

11

12 | *Jane Roe Cl 165 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04589-CRB

13 | *Jane Roe Cl 166 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04591-CRB

14

15 | *S.Y. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04629-CRB

16 | *Jane Doe LS 600 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04631-CRB

17

18 | *T.T. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04647-CRB

19 | *Jane Roe CL 167 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04670-CRB

20

21 | *Jane Roe CL 169 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04672-CRB

22 | *Jane Doe LS 601 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04699-CRB

23

24 | *Jane Roe Cl 170 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04705-CRB

25

26

27

28

2

[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES
FOR FAILURE TO COMPLY WITH COURT ORDER

Case No. 3:23-md-03084-CRB

# [PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Court Order, the Court finds that the Plaintiffs subject to Defendants' Motion have violated Pretrial Order No. 10 by failing to provide complete and verified Plaintiff Fact Sheets. Plaintiffs' failure to provide complete and verified fact sheets has caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. Each Plaintiff subject to Defendants' Motion must provide a complete and verified Plaintiff Fact Sheet within 14 days of this Order.

2. Uber shall submit a declaration within 21 days of this Order, identifying which, if any, Plaintiffs have not complied with the Court's Order as of that date.

3. If any Plaintiffs disagree with their inclusion in Uber's declaration, they shall submit a declaration within 28 days of this Order, identifying the date when such Plaintiffs submitted a complete and verified Plaintiff Fact Sheet.

4. The Court will dismiss with prejudice the claims of any Plaintiff who does not comply with Paragraph 1 of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2025 _____      _____
                                                           HON. CHARLES R. BREYER
                                                           United States District Court Judge