ANDREW A. DAO
(TXBN:24082895) (Admitted to PHV)
Daly & Black, P.C.
2211 Norfolk St #300
Houston, TX 77098
Telephone: (855) 682-3090
Facsimile: 713.655.1587
Email: adao@dalyblack.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Name, A.J., an Individual ) <br> ) <br>          *Plaintiff,* ) <br> ) <br>     v. ) <br> ) <br> Uber Technologies, Inc.; ) <br> Rasier,LLC; ) <br> Rasier-CA, LLC ) <br> ) <br>          *Defendants.* ) <br> ) <br> ) | **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

<u>**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND DISCLOSURE OF DIVERSITY-JURISDICTION INFORMATION**</u>

Plaintiffs file this disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3-15(b)(2), and they certify as follows:

1. The following persons or entities may have a financial interest in the outcome of this litigation:

    a. Plaintiff, in his individual capacity.
    b. Plaintiff's law firm, Daly & Black, P.C.
    c. Defendants Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC

2. Plaintiffs' citizenship for purposes of diversity jurisdiction is as follows:

    a. Plaintiff, in his individual capacity and is a citizen of Virginia.

Dated: August 12, 2025.                                Respectfully Submitted,

                                                       ANDREW A. DAO
                                                       (TXBN:24082895) (Admitted to PHV)
                                                       Daly & Black, P.C.
                                                       2211 Norfolk St #300
                                                       Houston, TX 77098
                                                       Telephone: (855) 682-3090
                                                       Facsimile: 713.655.1587
                                                       Email: adao@dalyblack.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2025 a true and correct copy of this document was served on all counsel of record by the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

                                                       /s/ Andrew A. Dao