Sarah R. London (State Bar No. 267083)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: slondon@girardsharp.com

*Attorneys for Plaintiff GS1*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to:<br><br>*GS1 v. Uber Technologies, Inc., et al.*<br>Case No: 3:25-cv-06634-CRB | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 6, 2025.

| | |
|---|---|
| Dated: August 12, 2025 | By: */s Sarah R. London*<br>Sarah R. London (State Bar No. 267083)<br>Andrew Kaufman (pro hac vice)<br>Maya Kalonia (State Bar No. 359755)<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, California 94108<br>Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846<br>Email: slondon@girardsharp.com<br>Email: akaufman@girardsharp.com<br>Email: mkalonia@girardsharp.com<br><br>*Attorneys for Plaintiff GS1* |