ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330

PATRICK OOT (Admitted *Pro Hac Vice*)
oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF MICHAEL B. SHORTNACY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5** |
| This Document Relates to: | Date:      October 3, 2025 |
| *D.P. v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 04449-CRB | Time:      10:00 a.m. Courtroom:  6 – 17th Floor |

1

*Jane Roe CL 17 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04915-CRB

*Jane Roe CL 37 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05728-CRB

*Jane Roe CL 38 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05729-CRB

*Jane Roe CL 67 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06191-CRB

*Jane Roe CL 70 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06863-CRB

*Jane Roe CL 71 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06864-CRB

*Jane Roe CL 76 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07569-CRB

*Jane Roe CL 77 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07571-CRB

*Jane Roe CL 79 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07587-CRB

*A.R. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08177-CRB

*Jane Roe CL 81 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08521-CRB

*Jane Roe CL 83 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08525-CRB

*L.G. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09036-CRB

*Jane Roe CL 88 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09145-CRB

*G.C. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09195-CRB

*Jane Roe CL 91 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09235-CRB

*Jane Roe CL 92 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09237-CRB

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS
CASES FOR FAILURE TO COMPLY WITH PTO 5

Case No. 3:23-md-03084-CRB

*Jane Roe CL 93 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09549-CRB

*Jane Roe CL 98 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-00853-CRB

*Jane Roe CL 101 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01118-CRB

*Jane Roe CL 102 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01120-CRB

*Jane Roe CL 107 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01470-CRB

*Jane Roe CL 109 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01652-CRB

*Jane Roe CL 110 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01653-CRB

*Jane Roe CL 114 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01942-CRB

*C.B. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01961-CRB

*Jane Roe CL 118 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02132-CRB

*Jane Roe CL 119 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02133-CRB

*Jane Roe CL 122 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02138-CRB

*Jane Roe CL 126 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02495-CRB

*Jane Doe NLG (PB) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02938-CRB

*Jane Roe CL 138 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03137-CRB

*Jane Roe CL 139 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03255-CRB

*Jane Roe CL 147 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03811-CRB

3

1

2
*Jane Roe CL 148 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03812-CRB

3
*Jane Roe CL 150 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03815-CRB

4

5
*Jane Roe CL 151 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03816-CRB

6
*Jane Roe CL 158 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04038-CRB

7

8
*Jane Roe CL 160 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04205-CRB

9
*Jane Roe CL 161 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04206-CRB

10

11
*Jane Roe CL 164 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04587-CRB

12
*Jane Roe CL 165 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04589-CRB

13

14
*Jane Roe CL 166 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04591-CRB

15
*Jane Roe CL 167 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04670-CRB

16

17
*Jane Roe CL 169 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04672-CRB

18
*Jane Roe CL 170 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04705-CRB

19

20

21

22

23

24

25

26

27

28

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS
CASES FOR FAILURE TO COMPLY WITH PTO 5

Case No. 3:23-md-03084-CRB

## DECLARATION OF MICHAEL B. SHORTNACY

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1.      I am over the age of 18 and am a resident of Los Angeles, California. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Uber's") motion to dismiss the cases of certain Plaintiffs represented by for noncompliance with PTO 5.

2.      I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Uber in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the State of California, the Bar of the District of Columbia Court of Appeals, and the Bar of the State of New York. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3.      On December 28, 2023, this Court entered Pretrial Order No. 5 ("PTO 5") in this matter, requiring each Plaintiff to "produce to Defendants a bona fide ride receipt from an Uber trip connected to the alleged incident." ECF No. 175 at 2. PTO 4 required each Plaintiff whose case was a part of the MDL by February 1, 2024, to produce the receipt (or, if a receipt was not readily available, certain ride information) within 14 days of that date—i.e., by February 15, 2024. *Id.* Each Plaintiff who joined the MDL after February 1, 2024 had to produce the ride receipt or information within 14 days of joining. *Id.* at 3.

4.      Attached to this declaration as **Exhibit A** is a table identifying 47 Plaintiffs who, as of the date of this Declaration, have failed to produce a ride receipt or information by their deadline to do so. The Plaintiffs' deadlines are identified in the table at Exhibit A.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1

2     Executed on August 12, 2025 in Los Angeles, California.

3

4                                              **SHOOK, HARDY & BACON L.L.P.**

5                                              */s/ Michael B. Shortnacy*_____

6                                              MICHAEL B. SHORTNACY (SBN: 277035)
                                               mshortnacy@shb.com
7                                              **SHOOK, HARDY & BACON L.L.P.**
                                               2121 Avenue of the Stars, Suite 1400
8                                              Los Angeles, CA 90067
                                               Telephone: (424) 285-8330
9                                              Facsimile: (424) 204-9093
10
                                               *Attorney for Defendants*
11                                             UBER TECHNOLOGIES, INC., RASIER,
                                               LLC, and RASIER-CA, LLC
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS
CASES FOR FAILURE TO COMPLY WITH PTO 5

Case No. 3:23-md-03084-CRB