# Exhibit A

| MDLC ID | Case Name | Counsel | Case Number | Receipt Due Date | Days Overdue | Date of Delinquency Notice |
|---|---|---|---|---|---|---|
| 3501 | D.P. (3) | Meyer Wilson | 3:24-cv-04449 | 10/11/2024 | 270 | 7/9/2025 |
| 1779 | Jane Roe CL 17 | Cutter Law | 3:24-cv-04915 | 11/15/2024 | 235 | 7/9/2025 |
| 2096 | Jane Roe CL 37 | Cutter Law | 3:24-cv-05728 | 11/15/2024 | 235 | 7/9/2025 |
| 2098 | Jane Roe CL 38 | Cutter Law | 3:24-cv-05729 | 11/15/2024 | 235 | 7/9/2025 |
| 2494 | Jane Roe CL 67 | Cutter Law | 3:24-cv-06191 | 11/15/2024 | 235 | 7/9/2025 |
| 2599 | Jane Roe CL 70 | Cutter Law | 3:24-cv-06863 | 11/15/2024 | 235 | 7/9/2025 |
| 2600 | Jane Roe CL 71 | Cutter Law | 3:24-cv-06864 | 11/15/2024 | 235 | 7/9/2025 |
| 2680 | Jane Roe CL 76 | Cutter Law | 3:24-cv-07569 | 11/14/2024 | 236 | 7/9/2025 |
| 2681 | Jane Roe CL 77 | Cutter Law | 3:24-cv-07571 | 11/14/2024 | 236 | 7/9/2025 |
| 2683 | Jane Roe CL 79 | Cutter Law | 3:24-cv-07587 | 11/15/2024 | 235 | 7/9/2025 |
| 2687 | A.R. (3) | Meyer Wilson | 3:24-cv-08177 | 12/4/2024 | 216 | 7/9/2025 |
| 2702 | Jane Roe CL 81 | Cutter Law | 3:24-cv-08521 | 12/10/2024 | 210 | 7/9/2025 |
| 2704 | Jane Roe CL 83 | Cutter Law | 3:24-cv-08525 | 12/10/2024 | 210 | 7/9/2025 |
| 2771 | L.G. (2) | Pro se | 3:24-cv-09036 | 12/27/2024 | 193 | 7/9/2025 |
| 2778 | Jane Roe CL 88 | Cutter Law | 3:24-cv-09145 | 12/31/2024 | 189 | 7/9/2025 |
| 3471 | G.C. (2) | Meyer Wilson | 3:24-cv-09195 | 1/1/2025 | 188 | 7/9/2025 |
| 2781 | Jane Roe CL 91 | Cutter Law | 3:24-cv-09235 | 1/2/2025 | 187 | 7/9/2025 |
| 2782 | Jane Roe CL 92 | Cutter Law | 3:24-cv-09237 | 1/2/2025 | 187 | 7/9/2025 |
| 2783 | Jane Roe CL 93 | Cutter Law | 3:24-cv-09549 | 1/14/2025 | 175 | 7/9/2025 |
| 2830 | Jane Roe CL 98 | Cutter Law | 3:25-cv-00853 | 2/7/2025 | 151 | 7/9/2025 |
| 2948 | Jane Roe CL | Cutter Law | 3:25-cv-01118 | 2/17/2025 | 141 | 7/9/2025 |
| 2949 | Jane Roe CL | Cutter Law | 3:25-cv-01120 | 2/17/2025 | 141 | 7/9/2025 |
| 3250 | Jane Roe CL | Cutter Law | 3:25-cv-01470 | 2/26/2025 | 132 | 7/9/2025 |
| 3252 | Jane Roe CL | Cutter Law | 3:25-cv-01652 | 3/3/2025 | 127 | 7/9/2025 |
| 3253 | Jane Roe CL | Cutter Law | 3:25-cv-01653 | 3/3/2025 | 127 | 7/9/2025 |
| 3257 | Jane Roe CL | Cutter Law | 3:25-cv-01942 | 3/10/2025 | 120 | 7/9/2025 |
| None | C.B. (2) | Pro Se | 3:25-cv-01961 | 3/11/2025 | 119 | 7/9/2025 |
| 3261 | Jane Roe CL | Cutter Law | 3:25-cv-02132 | 3/14/2025 | 116 | 7/9/2025 |
| 3262 | Jane Roe CL | Cutter Law | 3:25-cv-02133 | 3/14/2025 | 116 | 7/9/2025 |
| 3265 | Jane Roe CL | Cutter Law | 3:25-cv-02138 | 3/14/2025 | 116 | 7/9/2025 |
| 3269 | Jane Roe CL | Cutter Law | 3:25-cv-02495 | 3/26/2025 | 104 | 7/9/2025 |
| 3455 | Jane Doe NLG | Nachawati | 3:25-cv-02938 | 4/14/2025 | 85 | 7/9/2025 |
| 3281 | Jane Roe CL | Cutter Law | 3:25-cv-03137 | 4/21/2025 | 78 | 7/9/2025 |
| 3282 | Jane Roe CL | Cutter Law | 3:25-cv-03255 | 4/25/2025 | 74 | 7/9/2025 |
| 3438 | Roe CL 148 | Cutter Law | 3:25-cv-03812 | 5/16/2025 | 53 | 7/9/2025 |
| 3437 | Roe CL 147 | Cutter Law | 3:25-cv-03811 | 5/16/2025 | 53 | 7/9/2025 |
| 3440 | Roe CL 150 | Cutter Law | 3:25-cv-03815 | 5/16/2025 | 53 | 7/9/2025 |
| 3441 | Jane Roe CL | Cutter Law | 3:25-cv-03816 | 5/17/2025 | 52 | 7/9/2025 |

| MDLC ID | Case Name | Counsel | Case Number | Receipt Due Date | Days Overdue | Date of Delinquency Notice |
|---|---|---|---|---|---|---|
| 3448 | Jane Roe CL | Cutter Law | 3:25-cv-04038 | 5/22/2025 | 47 | 7/9/2025 |
| 3450 | Jane Roe CL | Cutter Law | 3:25-cv-04205 | 5/29/2025 | 40 | 7/9/2025 |
| 3451 | Jane Roe CL | Cutter Law | 3:25-cv-04206 | 5/29/2025 | 40 | 7/9/2025 |
| 3544 | Jane Roe Cl 164 | Cutter Law | 3:25-cv-04587 | 6/13/2025 | 25 | 7/9/2025 |
| 3545 | Jane Roe Cl 165 | Cutter Law | 3:25-cv-04589 | 6/13/2025 | 25 | 7/9/2025 |
| 3546 | Jane Roe Cl 166 | Cutter Law | 3:25-cv-04591 | 6/13/2025 | 25 | 7/9/2025 |
| 3547 | Jane Roe CL | Cutter Law | 3:25-cv-04670 | 6/17/2025 | 21 | 7/9/2025 |
| 3549 | Jane Roe CL | Cutter Law | 3:25-cv-04672 | 6/17/2025 | 21 | 7/9/2025 |
| 3550 | Jane Roe Cl 170 | Cutter Law | 3:25-cv-04705 | 6/18/2025 | 20 | 7/9/2025 |