# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5** |
| This Document Relates to:<br><br>*D.P. v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 04449-CRB<br><br>*Jane Roe CL 17 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04915-CRB<br><br>*Jane Roe CL 37 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05728-CRB<br><br>*Jane Roe CL 38 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05729-CRB<br><br>*Jane Roe CL 67 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06191-CRB<br><br>*Jane Roe CL 70 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06863-CRB<br><br>*Jane Roe CL 71 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06864-CRB<br><br>*Jane Roe CL 76 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07569-CRB<br><br>*Jane Roe CL 77 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07571-CRB<br><br>*Jane Roe CL 79 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07587-CRB<br><br>*A.R. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08177-CRB | |

1
2  *Jane Roe CL 81 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08521-CRB
3  *Jane Roe CL 83 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08525-CRB
4
5  *L.G. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09036-CRB
6  *Jane Roe CL 88 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09145-CRB
7
8  *G.C. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09195-CRB
9  *Jane Roe CL 91 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09235-CRB
10
11  *Jane Roe CL 92 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09237-CRB
12  *Jane Roe CL 93 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09549-CRB
13
14  *Jane Roe CL 98 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00853-CRB
15  *Jane Roe CL 101 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01118-CRB
16
17  *Jane Roe CL 102 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01120-CRB
18  *Jane Roe CL 107 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01470-CRB
19
20  *Jane Roe CL 109 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01652-CRB
21  *Jane Roe CL 110 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01653-CRB
22
23  *Jane Roe CL 114 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01942-CRB
24  *C.B. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01961-CRB
25
26  *Jane Roe CL 118 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02132-CRB
27
28

*Jane Roe CL 119 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02133-CRB

*Jane Roe CL 122 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02138-CRB

*Jane Roe CL 126 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02495-CRB

*Jane Doe NLG (PB) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02938-CRB

*Jane Roe CL 138 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03137-CRB

*Jane Roe CL 139 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03255-CRB

*Jane Roe CL 147 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03811-CRB

*Jane Roe CL 148 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03812-CRB

*Jane Roe CL 150 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03815-CRB

*Jane Roe CL 151 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03816-CRB

*Jane Roe CL 158 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04038-CRB

*Jane Roe CL 160 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04205-CRB

*Jane Roe CL 161 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04206-CRB

*Jane Roe CL 164 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04587-CRB

*Jane Roe CL 165 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04589-CRB

*Jane Roe CL 166 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04591-CRB

*Jane Roe CL 167 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04670-CRB

*Jane Roe CL 169 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04672-CRB

*Jane Roe CL 170 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04705-CRB

## **[PROPOSED] ORDER**

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 5, the Court finds that the Plaintiffs subject to Defendants' Motion have violated Pretrial Order No. 5 by failing to produce bona ride receipts or ride information. Plaintiffs' failure to produce ride receipts or information has caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. Each Plaintiff subject to Defendants' Motion must provide a bona fide ride receipt within 14 days of this Order.

2. For those cases where a receipt is not readily available, Plaintiffs' counsel must disclose to Defendants within 14 days of this Order: (1) why the receipt is unavailable; (2) the name, phone number, and email address of the accountholder who ordered the ride; (3) the date of the ride, with as much precision as is reasonably possible; (4) the starting location and ending location of the ride, with as much precision as is reasonably possible; (5) any other basic information that may assist Defendants in identifying the ride; and (6) if items (2) through (5) cannot be provided with precision or cannot be provided at all, an explanation as to why the information is not readily ascertainable.

3. Uber shall submit a declaration within 21 days of this Order, identifying which, if any, Plaintiffs have not complied with the Court's Order as of that date.

4. If any Plaintiffs disagree with their inclusion in Uber's declaration, they shall submit a declaration within 28 days of this Order, identifying the date when such Plaintiffs produced a ride receipt or information.

5. The Court will dismiss with prejudice the claims of any Plaintiff who does not comply with Paragraph 1 of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. CHARLES R. BREYER
United States District Court Judge