1  [Submitting Counsel below]

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
|---|---|
| This Document Relates to:<br>ALL CASES | **STATUS REPORT RE: COURT ORDER (ECF 3676)** |

Plaintiffs' Co-Lead Counsel submit this status report as ordered at ECF 3676. Following the Court's August 1, 2025 order (ECF 3625), Plaintiffs' Co-Lead Counsel convened an all-counsel call to review the Court's order. Plaintiffs' Co-Lead Counsel are not aware of any plaintiff who intends to submit a supplemental Civil Local Rule 3.15 Certificate of Interested Entities. Plaintiffs' Co-Lead Counsel do understand that some plaintiffs have not yet submitted their original Certificates, but will do so by August 15.

Dated: August 12, 2025                Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111

|   |   |
|---|---|
| 1 | Telephone: (415) 426-5641 |
| 2 | Facsimile: (415) 840-9435 |
|   | rabrams@peifferwolf.com |
| 3 | By: */s/ Roopal P. Luhana* |
| 4 | Roopal P. Luhana |
| 5 | **CHAFFIN LUHANA LLP** |
| 6 | 600 Third Avenue, 12th Floor |
|   | New York, NY 10016 |
| 7 | Telephone: (888) 480-1123 |
|   | Facsimile: (888) 499-1123 |
| 8 | luhana@chaffinluhana.com |
| 9 | *Co-Lead Counsel for Plaintiffs* |

- 2 -

STATUS REPORT RE: COURT ORDER
CASE NO. 23-MD-03084-CRB

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: August 12, 2025         By:   */s/ Andrew R. Kaufman*
                                      Andrew R. Kaufman