1    [Submitting Counsel below]

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    IN RE: UBER TECHNOLOGIES, INC.,          Case No. 23-md-03084-CRB
     PASSENGER SEXUAL ASSAULT
9    LITIGATION
                                              **ADMINISTRATIVE MOTION TO**
10   _____         **CONSIDER WHETHER ANOTHER**
                                              **PARTY'S MATERIAL SHOULD BE**
11   This Document Relates to:                **FILED UNDER SEAL**

12   ALL WAVE 1 BELLWETHER CASES

13        Under Civil Local Rules 7-11 and 79-5(f), Plaintiffs move the Court to consider whether

14   material designated confidential by Uber should be sealed.

15        On June 13, 2025, Plaintiffs filed a letter brief regarding the trial order for the Wave 1

16   bellwether cases. Plaintiffs' motion references information contained in documents that Uber

17   designated "CONFIDENTIAL" or "ATTORNEYS' EYES ONLY" under the stipulated

18   protective order.

19                        **Material To Be Filed Under Seal**

20        The material to be filed under seal is portions of Plaintiffs' letter brief:

21
| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiff's Letter Brief Regarding Order of Wave 1 Trials | Portion of briefing referring to information contained in documents designated confidential | Uber |

24        Under Local Rule 79-5(f)(3), Uber bears the responsibility to establish that all of the

25   designated material is sealable.

26        This motion complies with Civil Local Rule 7-11 and 79-5, and the following

27   attachments accompany this motion:

28        1.    The Declaration of Andrew R. Kaufman in Support of this Motion; and

1        2.    A Proposed Order that lists in tabular format all material sought to be sealed.

2

3    Dated: August 12, 2025                    Respectfully submitted,

4                                     By: */s/ Sarah R. London*

5                                     Sarah R. London (SBN 267093)

6    **GIRARD SHARP LLP**
601 California St., Suite 1400

7    San Francisco, CA 94108
Telephone: (415) 981-4800

8    slondon@girardsharp.com

9    By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

10

11    **PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**

12    555 Montgomery Street, Suite 820
San Francisco, CA 94111

13    Telephone: (415) 426-5641
Facsimile: (415) 840-9435

14    rabrams@peifferwolf.com

15    By: */s/ Roopal P. Luhana*
Roopal P. Luhana

16

17    **CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor

18    New York, NY 10016
Telephone: (888) 480-1123

19    Facsimile: (888) 499-1123
luhana@chaffinluhana.com

20

21    *Co-Lead Counsel for Plaintiffs*

22

23

24

25

26

27

28

1

## **FILER'S ATTESTATION**

2        I am the ECF User whose ID and password are being used to file this document. In

3  compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this

4  filing.

5

6  Dated:  August 12, 2025               By:   */s/ Andrew R. Kaufman*

                                             Andrew R. Kaufman

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMIN MOT. TO CONSIDER WHETHER
ANOTHER PARTY'S MAT. SHOULD BE SEALED
CASE NO. 23-MD-03084-CRB