IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF ANDREW R. KAUFMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
|---|---|

I, Andrew R. Kaufman, declare:

1. I am an attorney in the law firm of Girard Sharp LLP. I am a member of the State Bars of Wisconsin and New York and am admitted to practice pro hac vice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein

2. Because the materials at issue were designated by Uber as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," Plaintiffs filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiff's Letter Brief Regarding Order of Wave 1 Trials | Portion of briefing referring to information contained in documents designated confidential | Uber |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 12, 2025 in Milwaukee, Wisconsin.

*/s/ Andrew R. Kaufman*
Andrew R. Kaufman

- 1 -

A. KAUFMAN DECL ISO ADMIN MOT.
RE: ANOTHER PARTY'S MATERIAL
CASE NO. 23-MD-03084-CRB