OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** August 12, 2025 | **Time:** 11:35 a.m.-12:04 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:23-md-03084-CRB | **Case Name:** In re: Uber Technologies, Inc. | |

**For Plaintiff:** Bret Stanley and Steven Cohn

**For Defendant:** Christopher Cox and Veronica Gromada

**Deputy Clerk:** Brittany Sims         **Reported by:** Irene Rodriguez

PROCEEDINGS

Hearing on Motion to Enforce Protective Order (Dkt. No. 3152) held.  The Court heard arguments from the parties.  The Court held on the record that Plaintiffs' attorney Bret Stanley violated the protective order by disclosing the complete substantive contents of certain documents produced in discovery and designated as confidential, i.e., lists of policy documents and the manner in which Uber organized them.  The Court determined that Uber's proposed relief (a finding of violation, and requiring Stanley to identify others to whom he disclosed such information and share with them a copy of the Court's order) is justified, but that Uber's proposed order is vague and potentially overbroad as to the confidential material at issue, such that a recipient might not know what material is covered.  The Court ordered the parties to file within three business days (by August 15, 2025) either a joint revised proposed order or separate revised proposed orders consistent with that determination.  Plaintiffs' filing or joining in a proposed order consistent with the Court's ruling shall not be deemed a waiver of any right to seek relief from that ruling.