Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street,
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF MOTION FOR ENFORCEMENT OF PROTECTIVE ORDER**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

I, Laura Vartain Horn declare as follows:

1. I am an attorney licensed to practice before all state and federal courts in California. I am an attorney at Kirkland & Ellis L.L.P., counsel of record for Defendants Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC (collectively, "Uber" or "Defendants"). I offer this Declaration in the above-captioned matter in support of Uber's Motion for Enforcement of the Protective Order.

2. Attached as **Exhibit 1** is an article published by the New York Times, dated August 6, 2025, titled, "Uber's Festering Sexual Assault Problem."

3. Attached as **Exhibit 2** is a true copy of the declaration of William Anderson, dated August 12, 2025.

4. Attached as **Exhibit 3** is a true copy of the declaration of Christopher V. Cotton, dated August 12, 2025.

5. Attached as **Exhibit 4** is a true copy of the declaration of Randy Luskey, dated August 12, 2025.

6. Attached as **Exhibit 5** is a true copy of the declaration of Louis W. Fisher, dated August 12, 2025.

7. Attached as **Exhibit 6** is a true copy of the declaration of Kristen Fournier, dated August 13, 2025.

8. Attached as **Exhibit 7** is a true copy of an email dated July 30, 2025, at 7:36 a.m., from Emily Steel to Uber personnel.

9. Attached as **Exhibit 8** is a true copy of the Protective Order dated December 28, 2023.

10. Attached as **Exhibit 9** is the Acknowledgment and Agreement to Be Bound, attached as Exhibit A to the Protective Order dated December 28, 2023.

11. Attached as **Exhibit 10** is the Stipulation and Amended Protective Order dated March 6, 2025.

12. Attached as **Exhibit 11** is a true copy of the Transcript of Proceedings held before the Honorable Ethan P. Schulman on July 31, 2025.

13. Attached as **Exhibit 12** is a true copy of an email dated July 9, 2025, at 7:53 p.m., from Duffy Carolan to counsel for Uber.

1  I declare under penalty of perjury under the laws of the State of California and the laws of the
2  United States of America that the foregoing is true and correct.

3  Dated: August 13, 2025                                Respectfully submitted,

                                                        By: /s/ Laura Vartain Horn
                                                            Laura Vartain Horn (SBN 258485)
                                                            **KIRKLAND & ELLIS LLP**
                                                            555 California Street
                                                            San Francisco, CA 94104
                                                            Telephone: (415) 439-1400
                                                            laura.vartain@kirkland.com

                                                            *Attorneys for Defendants*
                                                            UBER TECHNOLOGIES, INC.; RASIER, LLC; and RASIER-CA, LLC