# L. Vartain Horn Decl. Exhibit 11

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                       COUNTY OF SAN FRANCISCO

 3      BEFORE THE HONORABLE ETHAN P. SCHULMAN, JUDGE PRESIDING

 4                        DEPARTMENT NUMBER 304

 5                              ---oOo---

 6    COORDINATION PROCEEDING           ) No. CJC-21-005188
      SPECIAL TITLE (Rule 3.550)        )
 7                                      )
      In Re Uber Rideshare Cases        )
 8                                      )
                                        )
 9    _____ )

10

11

12

13

14

15                   REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                         Thursday, July 31, 2025

17

18

19

20

21

22    Stenographically Reported By:

23    Peggy Tsujimoto, RPR, CSR No. 5229

24    Job No. 10168666

25
```

```
 1   I would fully expect that they will make the same
 2   representation to you that they have made to me, but if
 3   you want to hear it from them and insist that each firm
 4   go through that process, that's up to you, but what I'm
 5   telling you is at least as a first option, your option
 6   is not to start serving subpoenas on opposing counsel.
 7           You're going to need to think about, after you
 8   have met with your friends across the aisle here, what,
 9   if anything, you want to do, and then you bring it to
10   me, and that's the way the process works.
11           MR. PREMO-HOPKINS:  Thank you, Your Honor.
12           THE COURT:  I don't advise you on what to do.
13           MR. PREMO-HOPKINS:  Thank you, Your Honor.
14           THE COURT:  Sometimes I advise you on what not
15   to do.
16           MR. CUTTER:  I would just like to add, Your
17   Honor, that before counsel stands up in court and
18   accuses us of violating the protective order, I would
19   like to see a representation that they have
20   investigated their 30,000 employees as potential
21   sources of these documents.
22           THE COURT:  Look, Mr. Cutter, this is exactly
23   why I didn't want to get into this today.  This is not
24   constructive.
25           MR. CUTTER:  Understood, Your Honor.
```

Transcript of Proceedings	In re: Uber Rideshare Cases

```
 1   STATE OF CALIFORNIA       )
                               )
 2   COUNTY OF SAN FRANCISCO   )

 3

 4           I, PEGGY TSUJIMOTO, court reporter of the

 5   Superior Court of California, County of San Francisco,

 6   do hereby certify:

 7           That I was present at the time of the above

 8   proceedings;

 9           That I took down in machine shorthand notes all

10   proceedings had and testimony given;

11           That I thereafter transcribed said shorthand

12   notes with the aid of a computer;

13           That the above and foregoing transcript is a

14   full, true, and correct transcription of said shorthand

15   notes taken by such reporter of the proceedings in the

16   above-entitled matter;

17           That I am not a party to the action or related

18   to a party or counsel;

19           That I have no financial or other interest in

20   the outcome of the action.

21

22   August 4, 2025

23
                           _____
24

25                         Peggy Tsujimoto, CSR #5229
```

Page 78