# L. Vartain Horn Decl. Exhibit 12

| | |
|---|---|
| **From:** | Duffy Carolan |
| **To:** | Vartain, Laura; Brown, Alli; Davidson, Jessica |
| **Cc:** | rabrams@peifferwolf.com |
| **Subject:** | Uber Ridesharing Cases Inadvertent Disclosures |
| **Date:** | Wednesday, July 9, 2025 7:53:16 PM |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Counsel,

This afternoon, I started receiving from File and ServeXpress links to several filings in connection with Defendants' motions to seal records and/or filings in connection with the upcoming motion for summary judgment. On review of only one such link and only one paragraph of one exhibit (exhibit G) it became apparent that I was being provided access to both redacted and unredacted versions of exhibits that Defendants are attempting to seal. Upon this discovery, I stopped reviewing any links provided by File and ServeXpress, and will refrain from reviewing or accessing the links until the matter can be resolved. I did not share the links with my client The New York Times Company.

I am ccing one plaintiff's counsel as I do not have access to the emails of any others.

Please let me know if there is anything further you would like me to do.

Regards,

Duffy Carolan


Duffy Carolan
Jassy Vick Carolan LLP
601 Montgomery Street, Suite 850
San Francisco, CA 94111
415-539-3399
www.jassyvick.com