# M. Premo-Hopkins Decl. Exhibit 3

| | |
|---|---|
| **From:** | Premo-Hopkins, Mark W. |
| **Sent:** | Friday, August 1, 2025 6:23 PM |
| **To:** | wlevin@levinsimes.com; bcutter@cutterlaw.com; jwilliams@whlaw.com; Sarah London; Roopal Luhana; Rachel Abrams |
| **Cc:** | Brown, Alli; Nomellini, Mark J.; Vartain, Laura; Davidson, Jessica |
| **Subject:** | Uber Litigation - Protective Order |
| **Attachments:** | MPH Ltr to JCCP + MDL Ptf Counsel re NYT.pdf |

Counsel – please see the attached correspondence regarding the protective order in the Uber matter, and that requires your immediate attention.

**Mark Premo-Hopkins, P.C.**

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco
**T** 415 439 1910
**M** 312 497 6606

he / him / his
mark.premohopkins@kirkland.com

1