# M. Premo-Hopkins Decl. Exhibit 5

| | |
|---|---|
| **From:** | Sarah London <slondon@girardsharp.com> |
| **Sent:** | Monday, August 4, 2025 4:14 PM |
| **To:** | Premo-Hopkins, Mark W.; wlevin@levinsimes.com; bcutter@cutterlaw.com; jwilliams@whlaw.com; Roopal Luhana; Rachel Abrams |
| **Cc:** | Brown, Alli; Nomellini, Mark J.; Vartain, Laura; Davidson, Jessica |
| **Subject:** | Re: Uber Litigation - Protective Order |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Dear Mark,

We received your letter Friday afternoon and are reviewing your contentions regarding the Protective Order. We take any claim of non-compliance seriously and are looking into the issues you've raised. We are preparing a written response and will send as soon as possible. In the meantime, our team is available to discuss any updates you may have in your investigation, including whether the reporter had access to confidential materials via File&Serve, and whether you've looked into possible disclosures from Uber employees, counsel, and agents.

Best,
Sarah, Roopal and Rachel

---

**From:** Premo-Hopkins, Mark W. <mark.premohopkins@kirkland.com>
**Date:** Friday, August 1, 2025 at 4:23 PM
**To:** wlevin@levinsimes.com <wlevin@levinsimes.com>, bcutter@cutterlaw.com <bcutter@cutterlaw.com>, jwilliams@whlaw.com <jwilliams@whlaw.com>, Sarah London <slondon@girardsharp.com>, Roopal Luhana <luhana@chaffinluhana.com>, Rachel Abrams <rabrams@peifferwolf.com>
**Cc:** Brown, Alli <alli.brown@kirkland.com>, Nomellini, Mark J. <mnomellini@kirkland.com>, Vartain, Laura <laura.vartain@kirkland.com>, Davidson, Jessica <jessica.davidson@kirkland.com>
**Subject:** Uber Litigation - Protective Order

**EXTERNAL EMAIL**
Counsel – please see the attached correspondence regarding the protective order in the Uber matter, and that requires your immediate attention.

**Mark Premo-Hopkins, P.C.**

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco
T 415 439 1910
M 312 497 6606

he / him / his
mark.premohopkins@kirkland.com

1

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.