# M. Premo-Hopkins Decl. Exhibit 9

| | |
|---|---|
| **From:** | Steven Cohn <cohn@chaffinluhana.com> |
| **Sent:** | Wednesday, August 6, 2025 3:47 PM |
| **To:** | Premo-Hopkins, Mark W.; Brown, Alli; Nomellini, Mark J.; Vartain, Laura; Davidson, Jessica |
| **Cc:** | Roopal Luhana; Rachel Abrams; Sarah London; Andrew Kaufman; 'wlevin@levinsimes.com'; 'bcutter@cutterlaw.com'; 'jwilliams@whlaw.com' |
| **Subject:** | Re: Uber Litigation - Protective Order |
| **Attachments:** | 8.6.25 In re Uber Passenger Sexual Assault 23 md 03084 CRB.pdf |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Counsel,

Please see the attached correspondence regarding this matter.

Regards,
Steve

**Steven Cohn | Partner**
**E:** cohn@chaffinluhana.com
**P:** (347) 269-4465

Serving clients nationwide with offices in CT, NY, PA, and WV.



ChaffinLuhana.com
ChaffinLuhanaFoundation.org

**Mailing Address:**
Chaffin Luhana LLP 615 Iron City Drive, Pittsburgh, PA, 15205

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Premo-Hopkins, Mark W. <mark.premohopkins@kirkland.com>
**Sent:** Friday, August 1, 2025 4:23 PM

1

**To:** wlevin@levinsimes.com <wlevin@levinsimes.com>; bcutter@cutterlaw.com <bcutter@cutterlaw.com>; jwilliams@whlaw.com <jwilliams@whlaw.com>; Sarah London <slondon@girardsharp.com>; Roopal Luhana <luhana@chaffinluhana.com>; Rachel Abrams <rabrams@peifferwolf.com>
**Cc:** Brown, Alli <alli.brown@kirkland.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Davidson, Jessica <jessica.davidson@kirkland.com>
**Subject:** Uber Litigation - Protective Order

EXTERNAL EMAIL

Counsel – please see the attached correspondence regarding the protective order in the Uber matter, and that requires your immediate attention.

**Mark Premo-Hopkins, P.C.**

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco
**T** 415 439 1910
**M** 312 497 6606

he / him / his
mark.premohopkins@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

---

*Post your message to the list by sending it to PSCUberMDL@listserv.lchb.com.*

*To troubleshoot problems and receive your subscription history*
*https://member.mail-list.com/sc?ln=PSCUberMDL*

*To contact the list owner, send your message to*
*PSCUberMDL-list-owner@listserv.lchb.com.*
*mail-list.com 1302 Waugh Dr. #438 Houston, Texas 77019 USA*

*To unsubscribe, switch to/from digest, get on/off vacation, or change your email address, click here.*
*https://member.mail-list.com/u?ln=pscubermdl&nm=cohn%40chaffinluhana.com*