# M. Premo-Hopkins Decl. Exhibit 11

| | |
|---|---|
| **From:** | Brooks Cutter <bcutter@cutterlaw.com> |
| **Sent:** | Wednesday, August 6, 2025 5:21 AM |
| **To:** | Premo-Hopkins, Mark W. |
| **Subject:** | Protective Order email |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Confirmed.

Brooks