# M. Premo-Hopkins Decl. Exhibit 12

| | |
|---|---|
| From: | Premo-Hopkins, Mark W. |
| Sent: | Wednesday, August 6, 2025 8:28 PM |
| To: | Rachel Abrams (Peiffer); Roopal Luhana; Sarah London |
| Cc: | Brown, Alli; Vartain, Laura; Davidson, Jessica |
| Subject: | RE: Uber Litigation - Protective Order |

MDL Counsel –

Please let us know when you are available for a meet-and-confer by phone tomorrow (Thursdasy) to discuss this issue?

**Mark Premo-Hopkins, P.C.**

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco
T 415 439 1910
M 312 497 6606

he / him / his
mark.premohopkins@kirkland.com

---

**From:** William Levin <wlevin@levinsimes.com>
**Sent:** Tuesday, August 5, 2025 8:30 PM
**To:** Premo-Hopkins, Mark W. <mark.premohopkins@kirkland.com>; John Eddie Williams <jwilliams@whlaw.com>
**Cc:** Brooks Cutter <bcutter@cutterlaw.com>; Sarah London <slondon@girardsharp.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Rachel Abrams (Peiffer) <rabrams@peifferwolf.com>; Brown, Alli <alli.brown@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Davidson, Jessica <jessica.davidson@kirkland.com>
**Subject:** Re: Uber Litigation - Protective Order

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Confirmed. I do not believe anyone working at our firm has communicated with the NY Times at all. I can confirm that no one would, or has, communicated confidential information to the Times.

William Levin

---

**From:** Premo-Hopkins, Mark W. <mark.premohopkins@kirkland.com>
**Sent:** Monday, August 4, 2025 5:16:12 PM
**To:** John Eddie Williams <jwilliams@whlaw.com>
**Cc:** William Levin <wlevin@levinsimes.com>; Brooks Cutter <bcutter@cutterlaw.com>; Sarah London <slondon@girardsharp.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Rachel Abrams (Peiffer) <rabrams@peifferwolf.com>; Brown, Alli <alli.brown@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Davidson, Jessica <jessica.davidson@kirkland.com>
**Subject:** RE: Uber Litigation - Protective Order

Counsel – would each of you (John Eddie, Bill, Brooks, Roopal, Sarah, and Rachel) please specifically confirm that neither your law firms nor anyone acting at your direction or on your behalf communicated confidential information to the New York Times.

**Mark Premo-Hopkins, P.C.**

---

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco
T 415 439 1910
M 312 497 6606

---

he / him / his
mark.premohopkins@kirkland.com

---

**From:** John Eddie Williams Jr. <jwilliams@whlaw.com>
**Sent:** Monday, August 4, 2025 2:32 PM
**To:** Premo-Hopkins, Mark W. <mark.premohopkins@kirkland.com>
**Cc:** William Levin <wlevin@levinsimes.com>; Brooks Cutter <bcutter@cutterlaw.com>; Sarah London <slondon@girardsharp.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Rachel Abrams <rabrams@peifferwolf.com>; Brown, Alli <alli.brown@kirkland.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Davidson, Jessica <jessica.davidson@kirkland.com>
**Subject:** Re: Uber Litigation - Protective Order

I've spoken with my co-counsel in the JCCP leadership, and none of us have any personal knowledge of any breach of the Protective Order. If you have any solid evidence, we'll be happy to investigate further. As always, we are happy to discuss further.
Sent from my iPad


**John Eddie Williams Jr.**
Managing Partner
Direct: (713) 230-2330
jwilliams@whlaw.com



**Williams Hart & Boundas, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
(713) 230-2200 Main
(800) 220-9341
(713) 643-6226 Fax
www.whlaw.com

   

This e-mail and any attachments are confidential and may be protected by the attorney-client privilege and the attorney work product doctrine. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient or you believe this message has been sent to you in error, please notify the sender by e-mail and delete this message without disclosing it.

> On Aug 1, 2025, at 6:23 PM, Premo-Hopkins, Mark W. <mark.premohopkins@kirkland.com> wrote:

Counsel – please see the attached correspondence regarding the protective order in the Uber matter, and that requires your immediate attention.

**Mark Premo-Hopkins, P.C.**

------------------------------------

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco
**T** 415 439 1910
**M** 312 497 6606

------------------------------------

he / him / his
mark.premohopkins@kirkland.com


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

<MPH Ltr to JCCP + MDL Ptf Counsel re NYT.pdf>

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.