UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION; | Case No.3:23-md-03084-CRB<br><br>**ORDER OF REFERENCE**<br>Re: Dkt. No. 3695 |

Counsel filed a Motion for Enforcement of the Protective Order at ECF Docket No. 3695. The motion is referred to Magistrate Judge Lisa J. Cisneros. Motion hearing set for October 3, 2025 is VACATED. Counsel will be advised of the date, time and place of appearance by notice from Magistrate Judge Cisneros.

**IT IS SO ORDERED.**

Dated: August 14, 2025

CHARLES R. BREYER
United States District Judge