Ellyn Hurd (MA Bar No. 652031; *Pro Hac Vice*)
Jo Anna Pollock (IL Bar No. 6273491; *Pro Hac Vice*)
**SIMMONS HANLY CONROY, LLP**
One Court Street
Alton, IL 62002
Telephone: 800-479-9533
Facsimile: 618-259-2251
Email: ehurd@simmonsfirm.com
       jpollack@simmonsfirm.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 |
| | Master Docket Case No. 3:23-md-03084-CRB |
| **THIS DOCUMENT RELATES TO:** | Honorable Charles R. Breyer |
| ALL CASES | Magistrate Judge Lisa J. Cisnero |
| | **STATUS REPORT RE: COURT ORDER (ECF 3676)** |

      Simmons Hanly Conroy, LLP submits this Status Report on behalf of its Plaintiffs in response to the Court's Order at ECF 3676.

      Following the Court's August 1, 2025 Order (ECF 3625), Plaintiffs' counsel at Simmons Hanly Conroy, LLP conferred and confirms they are not aware of any providers of litigation funding whose financial arrangement or interest is in any way contingent on the outcome of this litigation as to any of its Plaintiffs.

      Each Simmons Hanly Conroy, LLP Plaintiff filed a Civil Local Rule 3.15 Certificate of Interested Entities contemporaneously with their Short Form Complaint and served Defendants with a

copy. Counsel is unaware of any Plaintiff who intends to submit a supplemental Civil Local Rule 3.15 Certificate of Interested Entities.

Dated August 14, 2025         Respectfully Submitted,

/s/ Ellyn Hurd
Ellyn Hurd (MA Bar No. 652031; *Pro Hac Vice*)
Jo Anna Pollock (IL Bar No. 6273491; *Pro Hac Vice*)
**SIMMONS HANLY CONROY, LLP**
One Court Street
Alton, IL 62002
Telephone: 800-479-9533
Facsimile: 618-259-2251
Email: ehurd@simmonsfirm.com
       jpollack@simmonsfirm.com

*Attorneys for Plaintiffs*

---

**STATUS REPORT RE: COURT ORDER (ECF 3676) – 3:23-md-03084**

## CERTIFICATE OF SERVICE

I, Ellyn Hurd, hereby certify that on August 14, 2025, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Ellyn Hurd*
Ellyn Hurd