**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 263-8949
Fax: (888) 875-2889
sluther@wagstafflawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| *This document relates to:* J.F. v. UBER TECHNOLIGIES, INC., *et al.* ; 25-cv-06842 | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 13, 2025.

Dated: August 15, 2025

    Respectfully submitted,

    */s/ Sommer D. Luther*
    Sommer D. Luther, CO 35053
    **WAGSTAFF LAW FIRM**
    940 Lincoln Street
    Denver, CO 80203
    Tel: (303) 263-8949
    Fax: (888) 875-2889
    sluther@wagstafflawfirm.com
    Attorney for Plaintiff
    *Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2025, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/ *Sommer D. Luther*

Sommer D. Luther