Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 1486 V. Uber Technologies, Inc., et al.,* Case No. 24-cv-4803;<br><br>*A.R.2 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-07821;<br><br>*Dean v. Uber Technologies, Inc., et al.,* Case No. 23-cv-6708;<br><br>*B.L. v. Uber Technologies, Inc., et al.,* Case No. 2f-cv-7940;<br><br>*LCHB128 v. Uber Technologies, Inc., et al.,* Case No. 24-cv-7019; and<br><br>*WHB 1876 v. Uber Technologies, Inc., et al.* Case No. 24-cv-5230. | Case No. 3:23-md-03084-CRB (LJC)<br><br>STIPULATION AND [PROPOSED] ORDER TO RESET DEADLINES RE: PTO NO. 26 AND EXPERT DEMONSTRATIVES<br><br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6-17th Floor |

STIPULATION TO RESET DEADLINES AND EXPERT DEMONSTRATIVES — - 1 -                    CASE NO. 3:23-MD-03084-CRB

1  WHEREAS, on May 1, 2025, the Court issued Pretrial Order No. 26: Bellwether Trial Wave 1 Case Assignments and Discovery Schedule;

2  WHEREAS, Pretrial Order No. 26, which required the parties to exchange expert reports by August 8, 2025 and rebuttal expert reports by September 8, 2025, was modified by Stipulation and Court Order to require the parties to submit expert reports by August 22, 2025, and rebuttal expert reports by September 22, 2025 [ECF 3533];

3  WHEREAS, the parties agree certain fact discovery remains open for completion -- including a 30(b)(6) deposition on August 21, 2025 that is necessary for expert discovery;

4  WHEREAS, the parties agree that expert deadlines should be modified such that the exchange of expert reports should move from August 22, 2025 to August 29, 2025, and the exchange of rebuttal expert reports should move from September 15, 2025 to September 29, 2025;

5  WHEREAS, the parties agree that extending the aforementioned deadlines will not require extending any other deadlines set by Pretrial Order No. 26.

6  WHEREAS, the Court's Standing Order on Civil Jury Trials Section II(F)(1) regarding Expert Witnesses provides, in relevant part: "expert reports must be complete and sufficiently detailed. Illustrative animations, diagrams, charts and models may be used on direct examination only if they were part to the expert's report… By written stipulation, of course, all sides may relax these requirements."

7  WHEREAS, on June 3, 2025, the Parties indicated their intent to provide a stipulation relaxing these requirements to the Court. ECF 3157.

8  THEREFORE, the parties respectfully request the Court enter the parties' stipulation and that the following deadlines set by Pretrial Order No. 26 and modified by ECF 3533 be extended as follows:

- The parties shall exchange expert reports by August 29, 2025.
- The parties shall exchange expert rebuttal reports by September 29, 2025.

1  IT IS HEREBY STIPULATED AND AGREED by the Parties that expert reports need not
2  include "[i]llustrative animations, diagrams, charts and models" for them to be used on direct
3  examination.

4

5  **IT IS SO STIPUALTED.**

6

7  DATED:  August 14, 2025                    Respectfully submitted,

8                                             By: */s/ Sarah London*
                                               RACHEL B. ABRAMS (Cal Bar No. 209316)
9                                              ADAM B. WOLF (Cal Bar No. 215914)
                                               SARA B. CRAIG (Cal Bar No. 301290)
10                                             PEIFFER WOLF CARR KANE CONWAY
                                                & WISE, LLP
11                                             555 Montgomery Street, Suite 820
                                               San Francisco, CA 94111
12                                             Telephone: 415.766.3544
                                               Facsimile: 415.840.9435
13                                             Email: rabrams@peifferwolf.com
                                                      awolf@peifferwolf.com
14                                                    scraig@peifferwolf.com

15                                             ROOPAL P. LUHANA *(Pro Hac Vice)*
                                               CHAFFIN LUHANA LLP
16                                             600 Third Avenue, Fl. 12
                                               New York, NY 10016
17                                             Telephone: (888) 480-1123
                                               Email: luhana@chaffinluhana.com
18

19                                             SARAH R. LONDON (SBN 267083)
                                               ANDREW R. KAUFMAN (*Pro Hac Vice*)
20                                             GIRARD SHARP LLP
                                               601 California St., Suite 1400
21                                             San Francisco, CA 94108
                                               Telephone: (415) 981-4800
22                                             Email: slondon@girardsharp.com
                                                      akaufman@girardsharp.com
23

24                                             *Co-Lead Counsel for Plaintiffs*

25

26

27

28

STIPULATION TO RESET DEADLINES AND
EXPERT DEMONSTRATIVES                    - 3 -                    CASE NO. 3:23-MD-03084-CRB

| | |
|---|---|
| Dated: August 14, 2025 | KIRKLAND & ELLIS LLP |
| | */s/ Laura Vartain Horn* |
| | Jessica Davidson (*Admitted Pro Hac Vice*) |
| | jessica.davidson@kirkland.com |
| | 601 Lexington Avenue New York, NY 10022 |
| | Telephone: (212) 446-4800 |
| | |
| | Allison M. Brown (*Admitted Pro Hac Vice*) |
| | alli.brown@kirkland.com |
| | 2005 Market Street, Suite 1000 |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 268-5000 |
| | |
| | Laura Vartain Horn (SBN 258485) |
| | laura.vartain@kirkland.com |
| | 555 California Street |
| | San Francisco, CA 94104 |
| | Telephone: (415) 439-1400 |
| | |
| | *Attorneys for Defendants* |
| | UBER TECHNOLOGIES, INC., |
| | RASIER, LLC, and RASIER-CA, LLC |

1 **ATTESTATION**

2 Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose

3 behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

4 Dated: August 14, 2025

5 */s/ Sarah R. London*
SARAH R. LONDON

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: August 15, 2025

