ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330

PATRICK OOT (Admitted *Pro Hac Vice*)
oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St., NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **NOTICE OF LODGING PURSUANT TO ECF 3692 OF [PROPOSED] ORDER ON MOTION TO ENFORCE PROTECTIVE ORDER [ECF 3152]** |
| This Document Relates to: | |
| ALL ACTIONS | |

## NOTICE OF LODGING

As directed by the Court's August 13, 2025 Order [ECF No. 3692], Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"), Mr. Bret Stanley, and Plaintiffs have conferred and respectfully jointly submit the attached [Proposed] Order on Defendants' Motion to Enforce Protective Order [ECF 3152] for the Court's consideration and entry.


Dated: August 15, 2025                    SHOOK, HARDY & BACON L.L.P.

                                          By: */s/ Michael B. Shortnacy*
                                             MICHAEL B. SHORTNACY

                                          MICHAEL B. SHORTNACY (SBN: 277035)
                                          mshortnacy@shb.com
                                          **SHOOK, HARDY & BACON L.L.P.**
                                          2121 Avenue of the Stars, Suite 1400
                                          Los Angeles, CA 90067
                                          Telephone: (424) 285-8330
                                          Facsimile: (424) 204-9093