KIRKLAND & ELLIS LLP
Jessica Davidson (*Admitted Pro Hac Vice*)
jessica.davidson@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Allison M. Brown (*Admitted Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
Facsimile: (215) 268-5001

Laura Vartain Horn (SBN 258485)
laura.vartain@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC
and RASIER-CA, LLC
[*Additional Counsel Listed on Following Pages*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates To:<br><br>All Bellwether Actions | Case No. 3:23-md-03084-CRB (LJC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESET DEADLINE RE ANSWERS TO BELLWETHER COMPLAINTS**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6 – 17th Floor |

SHOOK HARDY & BACON LLP
Alycia Degen (SBN 211350)
adegen@shb.com
Michael B. Shortnacy (SBN 277035)
mshortnacy@shb.com
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

Patrick L. Oot, Jr. (*Admitted Pro Hac Vice*)
oot@shb.com
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

Christopher V. Cotton (*Admitted Pro Hac Vice*)
ccotton@shb.com
Maria Salcedo (*Admitted Pro Hac Vice*)
msalcedo@shb.com
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

O'MELVENY AND MYERS LLP
Sabrina H. Strong (SBN 200292)
sstrong@omm.com
Jonathan Schneller (SBN 291288)
jschneller@omm.com
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

WHEREAS, on July 21, 2025, the Court signed the parties' stipulation that reset certain deadlines, including the deadlines for Answers to Bellwether Complaints. Pursuant to that stipulation, Defendants filed Answers to the Wave 1 Bellwether Complaints on August 5, 2025. The Answers to the remaining bellwether complaints are due on August 19, 2025.

WHEREAS, the parties agree that Defendants will file Answers to the remaining Bellwether Complaints, except that of Jane Doe LS 60, on September 2, 2025. Defendants will answer Jane Doe LS 60's amended complaint 14 days after the complaint is filed.

**IT IS SO STIPULATED.**

DATED: August 18, 2025

KIRKLAND & ELLIS LLP

/s/ Laura Vartain Horn
Jessica Davidson (*Admitted Pro Hac Vice*)
jessica.davidson@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Allison M. Brown (*Admitted Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
Facsimile: (215) 268-5001

Laura Vartain Horn (SBN 258485)
laura.vartain@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

DATED: August 18, 2025

/s/ Andrew R. Kaufman
ROOPAL P. LUHANA *(Admitted Pro Hac Vice)*
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

1

1
2  SARAH R. LONDON (SBN 267083)
   ANDREW R. KAUFMAN (*Admitted Pro Hac Vice*)
3  **GIRARD SHARP LLP**
   601 California St., Suite 1400
4  San Francisco, CA 94108
   Telephone: (415) 981-4800
5  Email: slondon@girardsharp.com
   Email: akaufman@girardsharp.com
6
   RACHEL B. ABRAMS (SBN 209316)
7  **PEIFFER WOLF CARR KANE CONWAY &
   WISE, LLP**
8  555 Montgomery Street, Suite 820
   San Francisco, CA 94111
9  Telephone: (415) 426-5641
   Email: rabrams@peifferwolf.com
10
11  *Co-Lead Counsel for Plaintiffs*
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

STIPULATION TO RESET DEADLINES                            Case No. 3:23-md-03084-CRB

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

DATED: August 18, 2025

*/s/ Laura Vartain Horn*
Laura Vartain Horn

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Charles R. Breyer
United States District Judge