Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street,
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>PLAINTIFF B.F.<br>Case No. 3:25-cv-04466<br><br>PLAINTIFF H.S.01<br>Case No. 3:25-cv-01999 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF UBER'S ADMINISTRATIVE MOTION TO SEAL PERSONALLY IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' OPPOSITION TO MOTIONS TO WITHDRAW**<br><br>Judge:          Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |

I, Laura Vartain Horn declare as follows:

1. I am an attorney licensed to practice before all state courts in California and the Northern District of California federal court. I am an attorney at Kirkland & Ellis L.L.P., counsel of record for Defendants Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC (collectively, "Uber" or "Defendants"). I offer this Declaration in the above-captioned matter in support of Uber's Administrative Motion to Seal Personally Identifying Information Contained in Defendants' Opposition to Motions to Withdraw.

2. Counsel for Uber previously met and conferred with Chaffin Luhana concerning the sealing of personally identifying information ("PII") in connection with Uber's Motion for Entry of an Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed with Prejudice. ECF 3602-1. Chaffin Luhana did not oppose sealing the PII contained in that motion, and the Court granted Uber's motion to seal. ECF 3616. The sealed information contained in Defendants' Opposition to Motions to Withdraw is a subset of the PII that has already been filed under seal, unopposed by Chaffin Luhana.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Dated: August 19, 2025

Respectfully submitted,

By: /s/ Laura Vartain Horn
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.; RASIER, LLC; and RASIER-CA, LLC