Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Uber*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| _____ | **DECLARATION OF ALYCIA A. DEGEN IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC AND RASIER-CA, LLC'S OPPOSITION TO MOTIONS TO WITHDRAW** |
| This Document Relates to: | |
| PLAINTIFF B.F. Case No. 3:25-cv-04466 | Judge:         Hon. Charles R. Breyer Courtroom:    6 – 17th Floor |
| PLAINTIFF H.S.01 Case No. 3:25-cv-01999 | |

**<u>DECLARATION OF ALYCIA A. DEGEN</u>**

I, Alycia A. Degen, declare as follows:

1.      I am an attorney licensed to practice before all state and federal courts in California. I am an attorney at Shook, Hardy & Bacon L.L.P., counsel of record for Defendants Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC (collectively, "Uber" or "Defendants"). I make this declaration in support of Defendants' Opposition to Motions to Withdraw.  I make this declaration of my own personal knowledge and on information prepared at my direction.  If called as a witness, I could and would testify to the matters set forth herein.

2.      On August 12, 2025, Michael Sweet, an attorney with Chaffin Luhana, reached out via email two staff attorneys at Shook Hardy & Bacon who handle intake of Plaintiff Fact Sheets for Uber. Attached as **Exhibit 1** is a true copy of the email chain containing the email from Michael Sweet, dated August 12, 2025, at 12:06 p.m., and its attachment and the email sent by staff attorney Brandon Hoerl in response, dated August 12, 2025, at 1:38 p.m.

3.      Neither of the two staff attorneys at Shook Hardy whom Chaffin Luhana contacted regarding its motions to withdraw have entered appearances in this MDL.

4.      No one from Chaffin Luhana reached out to counsel for Uber, including any of its lead litigation counsel across various firms, to hold a telephonic meet and confer about Chaffin Luhana's intention to withdraw as counsel.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.  Executed this 18th day of August, 2025, at Los Angeles, California.

ALYCIA DEGEN DECLARATION                                    Case No. 3:23-md-03084-CRB

Dated:  August 18, 2025                    Respectfully submitted,


By: _____
Alycia A. Degen (SBN   211350)
**SHOOK, HARDY & BACON LLP**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 324-3496
adegen@shb.com

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.; RASIER,
LLC; and RASIER-CA, LLC

ALYCIA DEGEN DECLARATION                    Case No. 3:23-md-03084-CRB