# A. Degen Decl. Exhibit 1

| | |
|---|---|
| **From:** | Hoerl, Brandon J. (SHB) <BHOERL@shb.com> |
| **Sent:** | Tuesday, August 12, 2025 1:38 PM |
| **To:** | Michael Sweet; Arnone, Mike (SHB) |
| **Cc:** | Roopal Luhana; Nicholas Farnolo; Nicole Perez |
| **Subject:** | RE: Uber MDL - PFS Extensions |

Thanks for the heads up Michael!

**From:** Michael Sweet <sweet@chaffinluhana.com>
**Sent:** Tuesday, August 12, 2025 12:06 PM
**To:** Hoerl, Brandon J. (SHB) <bhoerl@shb.com>; Arnone, Mike (SHB) <marnone@shb.com>
**Cc:** Roopal Luhana <Luhana@chaffinluhana.com>; Nicholas Farnolo <Farnolo@chaffinluhana.com>; Nicole Perez <Perez@chaffinluhana.com>
**Subject:** Re: Uber MDL - PFS Extensions

**EXTERNAL**

Hi Brandon,

I hope you're well.  Please see the attached for the two clients we intend to file a motion to withdraw for tomorrow and wanted to reach out as a courtesy.

Michael



**Michael Sweet | Associate**
**E:** sweet@chaffinluhana.com
**P:** (412) 752-7518

**Serving clients nationwide with offices in CT, NY, PA, and WV.**



ChaffinLuhana.com
ChaffinLuhanaFoundation.org

**Mailing Address:**
Chaffin Luhana LLP 615 Iron City Drive, Pittsburgh, PA, 15205

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're*

1

*available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

---

**From:** Hoerl, Brandon J. (SHB) <bhoerl@shb.com>
**Sent:** Friday, August 8, 2025 8:58 AM
**To:** Michael Sweet <sweet@chaffinluhana.com>; Arnone, Mike (SHB) <marnone@shb.com>
**Cc:** Roopal Luhana <Luhana@chaffinluhana.com>; Nicholas Farnolo <Farnolo@chaffinluhana.com>; Nicole Perez <Perez@chaffinluhana.com>
**Subject:** RE: Uber MDL - PFS Extensions

No problem Michael.  We will extend the due date for MDLC IDs 3425 and 2657 by 14-days to Friday, August 22.
Thanks,
Brandon

---

**From:** Michael Sweet <sweet@chaffinluhana.com>
**Sent:** Thursday, August 7, 2025 9:13 PM
**To:** Hoerl, Brandon J. (SHB) <bhoerl@shb.com>; Arnone, Mike (SHB) <marnone@shb.com>
**Cc:** Roopal Luhana <Luhana@chaffinluhana.com>; Nicholas Farnolo <Farnolo@chaffinluhana.com>; Nicole Perez <Perez@chaffinluhana.com>
**Subject:** Uber MDL - PFS Extensions

**EXTERNAL**

Good evening Brandon,

I hope you're well.  We have two clients that have not previously been granted an extension that I believe will need an extension with the upcoming due date being tomorrow.  I am requesting a 14-day extension on these two as we work to secure additional information from our clients.  Please let me know if this is agreeable.

Thank you and have a nice weekend.

Michael


**Michael Sweet | Associate**
**E:** sweet@chaffinluhana.com
**P:** (412) 752-7518

**Serving clients nationwide with offices in CT, NY, PA, and WV.**



ChaffinLuhana.com
ChaffinLuhanaFoundation.org

**Mailing Address:**
Chaffin Luhana LLP 615 Iron City Drive, Pittsburgh, PA, 15205

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

|   | Case Number | MDLC ID | Plaintiff Initials |
|---|---|---|---|
| 1 | 3:25-cv-04466 | 3425 | B.F. |
| 2 | 3:25-cv-01999 | 3038 | H.S.01 |