**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2025, I electronically filed Defendants' Administrative Motion to Seal Personal Identifying Information Contained in Defendants' Response in Opposition to Motions to Withdraw as Counsel, Declaration of Laura Vartain Horn and Proposed Order attached thereto (ECF 3717) and Opposition to Motions to Withdraw, Declaration of Alycia A. Degan and Exhibit A attached thereto (ECF 3718) with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By:  */s/ Laura Vartain Horn*

Laura Vartain Horn