# EXHIBIT A

| # | *Case Name* | Case Number | Jurisdiction |
|---|---|---|---|
| 1 | *Doe v. Uber Technologies, Inc., et al.* | 47-CV-23-901221 | AL |
| 2 | *United Financial Casualty Co. v. Uber Technologies Inc., et al.* | 5:24-cv-01065-CLS | AL |
| 3 | *Diamond v. Uber Technologies* | 50641300700 | AZ |
| 4 | *P.T., et al v. Uber Technologies, Inc., et al.* | CGC-25-622882 | CA |
| 5 | *Garcia v. Uber Technologies, Inc., et al.* | 25STCV19278 | CA |
| 6 | *A.A. et al. v. Uber Technologies, Inc., et al.* | CGC-25-621863 | CA |
| 7 | *Doe v. Uber Technologies, Inc., et al.* | 24CU010461C | CA |
| 8 | *Carrico v. Uber Technologies, Inc.* | 25CU007625N | CA |
| 9 | *JANE DOE v. Uber Technologies, Inc, et al.* | 2025010533CA01 | FL |
| 10 | *A.W. v. Uber Technologies, Inc., et al.* | 052025CA032780XXCABC | FL |
| 11 | *JANE DOE EB 399 v. Uber Technologies, Inc, et al.* | 2024-CA-011269-O | FL |
| 12 | *Jane Doe v. v. Uber Technologies, Inc, et al.* | 2025-CA-001579 | FL |
| 13 | *C.C. v. Uber Technologies, Inc., et al.* | CACE24017617 | FL |
| 14 | *Doe v. Uber Technologies, Inc., et al.* | 2024-011285-CA-01 | FL |
| 15 | *Doe v. Uber Technologies, Inc., et al.* | 23-CA-006624 | FL |
| 16 | *Jane Doe 2025 v. v. Uber Technologies, Inc, et al.* | 25-C-02860-S1 | GA |
| 17 | *Doe v. Uber Technologies, Inc., et al.* | 25-C-02725-S1 | GA |
| 18 | *Doe v. Uber Technologies, Inc., et al.* | 24-C-05066-S1 | GA |
| 19 | *Jane Doe WHBE 3 v. Uber Technologies, Inc. et al* | 1CCV240001 560 | HI |
| 20 | *Doe v. Uber Technologies, Inc., et al.* | 2025-L-000836 | IL |
| 21 | *Check v. Uber Technologies, Inc., et al.* | 2484CV00948 | MA |
| 22 | *Farrington v. Uber Technologies, Inc., et al.* | 2383CV00084 | MA |
| 23 | *Scheper v. Uber Technologies, Inc., et al.* | 2484CV01054 | MA |
| 24 | *Doe v. Uber Technologies, Inc., et al.* | 22-013966-CZ | MI |
| 25 | *Jane Doe WHBE 1836 v. Uber Technologies, Inc., et al.* | 2422-CC07864 | MO |
| 26 | *Jane Doe WHBE 302, et al. v. Uber Technologies, Inc., et al.* | 2322-CC01288 | MO |
| 27 | *C.T. v. Uber Technologies, Inc., et al.* | MRSL00172323 | NJ |
| 28 | *Doe v. Uber Technologies, Inc., et al.* | 801980/2022 | NY |
| 29 | *Peterson v. Uber Technologies, Inc., et al.* | 8078592022E | NY |
| 30 | *Ventura v. Uber Technologies, Inc., et al.* | 1517572023 | NY |
| 31 | *Doe v. Uber Technologies, Inc., et al.* | CJ-2023-2352 | OK |
| 32 | *Humes v. Uber Technologies, Inc., et al.* | 24CV52619 | OR |
| 33 | *K.W. v. Uber Technologies, Inc, et al.* | 25OV12710 | OR |
| 34 | *G.R. v. Uber Technologies Inc., et al.* | C067225E | TX |
| 35 | *C.B. v. Uber Technologies, Inc., et al.* | 2023-38875 | TX |
| 36 | *Doe v. Uber Technologies, Inc., et al.* | CC-23-05566-C | TX |
| 37 | *Doe v. Uber Technologies, Inc., et al.* | 2023-69932 | TX |
| 38 | *Fernandes v. Uber Technologies, Inc., et al.* | 202515902 | TX |
| 39 | *Jane Doe KGKS 1 v. Uber Technologies, Inc., et al.* | 202457168 | TX |
| 40 | *Jane Doe WHB 1842 v. Uber Technologies, Inc., et al.* | 202462281 | TX |
| 41 | *Johnson v. Uber, et al.* | 2024-24542 | TX |
| 42 | *Doe v. Uber Technologies, Inc., et al.* | DC-2024-CV-0690 | TX |

| 43 | *Doe v. Uber Technologies, Inc., et al.* | CV23 1343 | TX |
| 44 | *Jane Doe WHBE 12 v. Uber Technologies, Inc., et al.* | CC-24-0781 5-E | TX |
| 45 | *Jane Doe v. v. Uber Technologies, Inc, et al.* | 252131718SEA | WA |
| 46 | *Dillard v. Uber Technologies, Inc., et al.* | 2024CV002 172 | WI |