UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean c. Uber Technologies, Inc., et al.*, 3:23-cv-06708-CRB | Case No.: 3:23-MD-03084-CRB<br><br>**JOINT STATUS REPORT PURSUANT TO ECF 3675**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

The Parties respectfully submit this joint status report regarding Plaintiff Jaylynn Dean's production in response to the Court's Order. *See* ECF 3675. On August 13, Plaintiff and her counsel made a production of documents of 1605 pages, many of which contained redactions. Plaintiff's accompanying privilege log listed 34 separate documents that contained redactions, which Plaintiffs assert relate to plaintiffs other than Plaintiff Jaylynn Dean. Defendants have concerns that the redactions are overbroad and contain communications covered by the Court's Order. The parties have met and conferred with respect to the scope of the redactions. Plaintiff and her counsel have agreed to remove all redactions within the production except for the names of any client other than Jaylynn Dean. Plaintiff will provide the updated production to Defendants by August 22, 2025. Defendants reserve their right to submit a PTO 8 letter brief to the Court on an expedited fashion to ensure it can be fully briefed before the August 28, 2025 conference with the Court in the event any disputes remain with respect to Plaintiff's amended production.

.

Respectfully submitted,

DATED: August 20, 2025

By: /s/ Rachel B. Abrams
    ROOPAL P. LUHANA (*Pro Hac Vice*)
    **CHAFFIN LUHANA LLP**
    600 Third Avenue, Fl. 12
    New York, NY 10016
    Telephone: (888) 480-1123
    Email: luhana@chaffinluhana.com

    SARAH R. LONDON (SBN 267083)
    **GIRARD SHARP LLP**
    601 California St., Suite 1400
    San Francisco, CA 94108
    Telephone: (415) 981-4800
    Email: slondon@girardsharp.com

    RACHEL B. ABRAMS (SBN 209316)
    **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
    555 Montgomery Street, Suite 820
    San Francisco, CA 94111
    Telephone: (415) 426-5641
    Email: rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

By: /s/ Laura Vartain
    LAURA VARTAIN
    **KIRKLAND & ELLIS LLP**
    LAURA VARTAIN
    Laura.vartain@kirkland.com
    ALLISON M. BROWN (*pro hac vice*)
    Alli.brown@kirkland.com
    JESSICA DAVIDSON (*pro hac vice*)
    Jessica.davidson@kirkland.com

*Counsel for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC*

**CERTIFICATE OF SERVICE**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing

*/s/ Tiffany R. Ellis*
Tiffany R. Ellis