# **EXHIBIT B**

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4                        ---oOo---
 5   IN RE: UBER TECHNOLOGIES,
     INC., PASSENGER SEXUAL
 6   ASSAULT LITIGATION
 7    B.L. vs. UBER TECHNOLOGIES,
      INC., et al.
 8                                  No. 3:23-md-03084-CRB
     No. 24-CV-7940
 9   _____/
10
11
12
13     VIDEOTAPED REMOTE DEPOSITION OF SERGEANT EDITH FONG
14
15
16                      June 27, 2025
17
18
19
20
21
22
23   Taken before Janice H. Dispo, CSR No. 13299
24   Job No. CO 7433018
25   Pages 1 to 104

                                                   Page 1
```

| | | |
|---|---|---|
| 1 | provide -- I requested a large date range, but they | |
| 2 | did provide the relevant details to this trip. | |
| 3 | Q. Did you have any other communications with | |
| 4 | Uber outside of the communication that you have | |
| 5 | just described? | 10:17:25 |
| 6 | A. No, just the emergency request and the | |
| 7 | preservation request. | |
| 8 | Q. Any other evidence -- are you aware, | |
| 9 | Sergeant, of any other evidence that was gathered | |
| 10 | in this case as part of the investigation by | 10:17:39 |
| 11 | yourself or your team members? | |
| 12 | A. Not other than what you brought up. | |
| 13 | Q. At some point -- well, what happens at the | |
| 14 | conclusion of your investigation in cases like | |
| 15 | this? | 10:17:55 |
| 16 | A. If we are able to and we have information | |
| 17 | regarding where the suspect lives, we may go out | |
| 18 | and we may write a Ramey warrant, and -- which is | |
| 19 | an arrest warrant, and go make a physical arrest. | |
| 20 | If, for some reason, we can't do that, we | 10:18:10 |
| 21 | may just send it to the DA's office for review of | |
| 22 | the case, for review of formal charges against the | |
| 23 | suspect. | |
| 24 | And then once the DA's office reviews it | |
| 25 | and they decide to criminally charge the person, | 10:18:21 |

Page 55

```
 1   then an arrest warrant is issued, and then we go
 2   out and serve the arrest warrant, if possible, if
 3   we do have information regarding their whereabouts.
 4        Q.   And at the conclusion of this
 5   investigation -- well, let me ask it this way.          10:18:32
 6   When you conclude your investigation and you send
 7   cases to the district attorney's office to review
 8   them, is there a particular standard that you
 9   follow in sending cases over, deciding which cases
10   you should send over to the district attorney's         10:18:48
11   office?
12             MS. BUENO:  Objection.  Form.
13             THE WITNESS:  I wouldn't say there is a
14   set standard.  It's just case-by-case basis.  It's
15   a team discussion and a discussion with the             10:19:00
16   supervisor as far as whether we are going to
17   proceed with a Ramey or if we are going to send it
18   to the DA's for review.
19   BY MS. LUTHER:
20        Q.   Prior to sending to the DA's for review,      10:19:12
21   do you -- well, strike that.
22             In terms of sending to the DA's for
23   review, do you send all of the cases to the
24   district attorney's office for review?
25        A.   Not every single case.                        10:19:23
```

Page 56

```
1         Q.   How do you decide which ones you are going
2    to send to the district attorney's office for
3    review?
4         A.   Some are -- and it's rare, but some are                10:19:35
5    determined to be unfounded or cannot be sent for
6    review because of statute-of-limitations issues.
7    But for the most part, all others are sent for
8    review or result in a physical arrest.
9         Q.   And do you know what the disposition of
10   this case was after the -- your investigation?                   10:19:53
11        A.   So this case was sent for review, and an
12   arrest warrant was issued, and the arrest warrant
13   is still active.
14             MS. LUTHER:  Let's -- if we can take
15   another five-minute break, I'm going to just go                  10:20:08
16   through some notes and follow up and -- I may have
17   just a few more questions for you, but let's take a
18   five-minute break so I can go through my notes.
19             THE VIDEOGRAPHER:  We are off the record
20   at 10:20.                                                        10:20:20
21        (Break taken from 10:20 a.m. to
22        10:30 a.m.)
23             THE VIDEOGRAPHER:  We are back on the
24   record at 10:30.
25             MS. LUTHER:  Sergeant Fong, thank you for              10:30:20
```

Page 57