# **EXHIBIT C**

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5    IN RE UBER TECHNOLOGIES, INC.,
 6    PASSENGER SEXUAL ASSAULT
 7    LITIGATION,
 8                                          CASE NO.:
 9    THIS DOCUMENT RELATES TO:             3:23-MD-03084-CRB
10    B.L. V. UBER TECHNOLOGIES,            MDL NO. 3084
11    INC., ET AL., NO. 24-CV-7940,
12    _____/
13
14         VIDEOTAPED DEPOSITION OF OFFICER ANDREW COLTON
15             *VIA REMOTE COUNSEL VIDEOCONFERENCE*
16                   THURSDAY, JUNE 26, 2025
17                         VOLUME I
18
19
20
21
22    STENOGRAPHICALLY REPORTED BY:
23    MEGAN F. ALVAREZ, RPR, CSR No. 12470
24    JOB NO. 7431575
25    PAGES 1 - 160
```

Page 1

```
 1    right?                                                  16:38:24
 2            MS. BUENO:  Objection.  Form.  Asked and        16:38:24
 3    answered.                                               16:38:25
 4            MS. LUTHER:  Objection -- Counsel, the          16:38:27
 5    objections, as you know, are limited to form.  Thank    16:38:28
 6    you.                                                    16:38:30
 7    BY MS. LUTHER:                                          16:38:34
 8        Q.  Officer Colton, you did know that the case      16:38:34
 9    was referred to the district attorney's office; is      16:38:37
10    that right?                                             16:38:39
11            MS. BUENO:  Objection.  Form.                   16:38:40
12            THE WITNESS:  Yes.                              16:38:42
13    BY MS. LUTHER:                                          16:38:42
14        Q.  And, Officer, would you be surprised if         16:38:43
15    you learned today that the suspect in this case that    16:38:45
16    raped Ms. ███████ is someone that Uber is still         16:38:51
17    allowing to drive for their company?                    16:38:55
18            MS. BUENO:  Form.  Absolutely ridiculous        16:38:59
19    question --                                             16:39:02
20            MS. LUTHER:  Excuse me --                       16:39:02
21            MS. BUENO:  -- and completely untrue.           16:39:03
22            MS. LUTHER:  Excuse me, Counsel.  The           16:39:04
23    objection is to form.  Thank you.                       16:39:05
24            MS. BUENO:  This is not an appropriate          16:39:09
25    question for this witness, and it's absolutely          16:39:10
```

```
 1    untrue.                                                   16:39:12
 2            MS. LUTHER:  Counsel, Counsel, excuse me.         16:39:13
 3    Please limit your objections to form as outlined in       16:39:15
 4    the PTO 12 that we've talked about now for two days       16:39:18
 5    together.                                                 16:39:21
 6    BY MS. LUTHER:                                            16:39:22
 7        Q.   Officer Colton, you can answer the               16:39:24
 8    question?                                                 16:39:25
 9        A.   Would I be surprised to find out that Uber       16:39:28
10    is still letting him drive?                               16:39:30
11        Q.   Yes.                                             16:39:33
12        A.   I mean, based on the information that I          16:39:35
13    know just from the incident, yeah, that's -- that         16:39:37
14    would be surprising.                                      16:39:41
15            MS. LUTHER:  Officer Colton, those are all        16:39:43
16    the questions that I have for you today.  Thank you.      16:39:44
17            THE WITNESS:  Thank you.                          16:39:47
18            MS. BUENO:  Thanks for your time.  It's           16:39:48
19    been nice to meet you.  Best wishes.                      16:39:49
20            Let's go off the record.                          16:39:51
21            THE WITNESS:  Thank you.                          16:39:53
22            MS. BUENO:  Don't leave yet, though.              16:39:53
23    Don't hang up yet.                                        16:39:53
24            THE WITNESS:  Okay.  I won't.                     16:39:53
25            STENOGRAPHIC REPORTER:  If I could get            16:40:01
```