# EXHBIT D

# FILED UNDER SEAL