# EXHBIT E

# FILED UNDER SEAL