# EXHBIT F

# FILED UNDER SEAL