# EXHBIT G

# FILED UNDER SEAL