IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*B.L. v. Uber Techs., Inc.*,<br>No. 24-cv-7940 | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: PLAINTIFF B.L.'S MOTION FOR LEAVE TO AMEND BELLWETHER COMPLAINT** |

 Having considered Plaintiff B.L.'s Motion for Leave to Amend Bellwether Complaint, the Court GRANTS the motion. Plaintiff B.L. shall file the Second Amended Bellwether Complaint within seven days of this Order.

Dated: _____

                     HON. CHARLES R. BREYER
                     United States District Judge