1  [Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*B.L. v. Uber Technologies, Inc., et al.*, No. 24-cv-7940 | Case No. 23-md-03084-CRB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

Under Civil Local Rules 7-11 and 79-5(f), Plaintiff moves the Court to consider whether material designated confidential by Uber should be sealed.

On August 22, 2025, Plaintiff B.L. filed a motion for leave to amend her bellwether complaint. Plaintiffs' motion refers to and attaches documents that Uber designated "CONFIDENTIAL" or "ATTORNEYS' EYES ONLY" under the stipulated protective order.

**Material To Be Filed Under Seal**

The material to be filed under seal is portion of Plaintiffs' motion, portions of the declaration in support, and the attached exhibits:

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiff's Motion for Leave to Amend | Portion of briefing referring to documents designated confidential | Uber |
| [Unredacted] Luther Declaration | Portion of declaration referring to documents designated confidential | |
| Exhibit D | Uber's Responses to Plaintiff's Requests for Admission | Uber |
| Exhibit E | Excerpts of 7/10/25 Nilles Deposition | Uber |
| Exhibit F | Excerpts of 8/7/25 Nilles Deposition | Uber |
| Exhibit G | Document produced by Uber | Uber |

- 1 -

ADMIN MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MAT. SHOULD BE SEALED
CASE NO. 23-MD-03084-CRB

1 | Under Local Rule 79-5(f)(3), Uber bears the responsibility to establish that all of the designated material is sealable.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Andrew R. Kaufman in Support of this Motion; and
2. A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: August 22, 2025

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: August 22, 2025                    By:     */s/ Andrew R. Kaufman*
                                                   Andrew R. Kaufman