IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF ANDREW R. KAUFMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

I, Andrew R. Kaufman, declare:

1. I am an attorney in the law firm of Girard Sharp LLP. I am a member of the State Bars of Wisconsin and New York and am admitted to practice pro hac vice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein

2. Because the materials at issue were designated by Uber as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," or because the material reflect deposition transcript automatically confidential under the Protective Order, Plaintiffs filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiff's Motion for Leave to Amend | Portion of briefing referring to documents designated confidential | Uber |
| [Unredacted] Luther Declaration | Portion of declaration referring to documents designated confidential | |
| Exhibit D | Uber's Responses to Plaintiff's Requests for Admission | Uber |
| Exhibit E | Excerpts of 7/10/25 Nilles Deposition | Uber |

- 1 -

A. KAUFMAN DECL ISO ADMIN MOT.
RE: ANOTHER PARTY'S MATERIAL
CASE NO. 23-MD-03084-CRB

| Document | Description | Designating Party |
|---|---|---|
| Exhibit F | Excerpts of 8/7/25 Nilles Deposition | Uber |
| Exhibit G | Document produced by Uber | Uber |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2025 in Milwaukee, Wisconsin.

*/s/ Andrew R. Kaufman*
Andrew R. Kaufman