ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330

PATRICK OOT (Admitted *Pro Hac Vice*)
oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB **DECLARATION OF MICHAEL B. SHORTNACY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10** |
| This Document Relates to: *Jane Doe LS 37 v. Uber Technologies, Inc., et al., No.* 3:23-cv-04393-CRB | Date: October 3, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

1. *E.D. v. Uber Technologies, Inc., et al.,* No. 3:23-cv-05307-CRB

2. *Jane Doe LS 244 v. Uber Technologies, Inc., et al.,* No. 3:23-cv-05372-CRB

3. *H.L. v. Uber Technologies, Inc. et al.,* No. 3:24-cv-04526-CRB

4. *Jane Roe CL 12 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04673-CRB

5. *WHB 1293 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04817-CRB

6. *WHB 1027 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04820-CRB

7. *WHB 928 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04825-CRB

8. *WHB 511 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04842-CRB

9. *WHB 860 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04845-CRB

10. *WHB 1023 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04877-CRB

11. *WHB 1002 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04885-CRB

12. *WHB 1497 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04891-CRB

13. *WHB 310 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04903-CRB

14. *WHB 333 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04905-CRB

15. *WHB 56 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04908-CRB

16. *WHB 312 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04928-CRB

17. *WHB 1590 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04946-CRB

18. *WHB 1667 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04957-CRB

*WHB 1960 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04960-CRB

*WHB 1619 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04961-CRB

*WHB 689 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04965-CRB

*WHB 676 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05024-CRB

*WHB 1837 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05033-CRB

*WHB 1902 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05040-CRB

*WHB 1431 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05057-CRB

*WHB 666 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05127-CRB

*LS 523 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05155-CRB

*WHB 1394 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05237-CRB

*WHB 466 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05265-CRB

*WHB 1832 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05305-CRB

*WHB 645 v. Uber Technologies, Inc., et al., No. 3:*24-cv-05356-CRB

*WHB 703 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05361-CRB

*WHB 1272 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05366-CRB

*LS 529 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05422-CRB

*WHB 994 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05452-CRB

*WHB 1856 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05461-CRB

1    *WHB 1021 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05466-CRB

2    *WHB 1661 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05468-CRB

3

4    *WHB 1414 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05495-CRB

5    *WHB 1468 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05500-CRB

6

7    *WHB 1043 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05501-CRB

8    *CL 21 v. Uber Technologies, Inc., et al., No.* 3:24-cv-05525-CRB

9

10    *LS 494 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05547-CRB

11    *WHB 1840 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05554-CRB

12

13    *WHB 1677 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05556-CRB

14    *WHB 1659 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05565-CRB

15

16    *WHB 1618 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05572-CRB

17    *Jane Roe CL 30 v. Uber Technologies, Inc.,* et al., No. 3:24-cv-05591-CRB

18

19    *A.T. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05592-CRB

20    *WHB 1943 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05598-CRB

21

22    *WHB 1552 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05599-CRB

23    *WHB 1880 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05602-CRB

24

25    *WHB 1381 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05603-CRB

26    *WHB 632 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05604-CRB

27

28

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS
CASES FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

1 | *WHB 1260 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05613-CRB

2 | *WHB 1544 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05622-CRB

3 |

4 | *WHB 438 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05631-CRB

5 | *LS 248 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05647-CRB

6 |

7 | *LS 514 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05658-CRB

8 | *WHB 1611 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05665-CRB

9 |

10 | *WHB 891 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05666-CRB

11 | *WHB 1348 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05669-CRB

12 |

13 | *WHB 946 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05698-CRB

14 | *Jane Roe CL 35 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05706-CRB

15 |

16 | *WHB 1142 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05712-CRB

17 | *WHB 1057 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05715-CRB

18 |

19 | *WHB 1470 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05716-CRB

20 | *Jane Roe CL 44 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05744-CRB

21 |

22 | *WHB 494 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05767-CRB

23 | *WHB 871 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05770-CRB

24 |

25 | *WHB 935 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05776-CRB

26 | *LS 455 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05812-CRB

27 |

28 |

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS
CASES FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

*CL 55 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05835-CRB

*LS 363 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05891-CRB

*LS 318 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05932-CRB

*WHB 884 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05948-CRB

*WHB 991 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05959-CRB

*LS 207 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05965-CRB

*DMA 1 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05968-CRB

*LS 303 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05980-CRB

*LS 125 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05982-CRB

*WHB 1556 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05986-CRB

*LS 153 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06011-CRB

*LS 216 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06029-CRB

*LS 233 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06030-CRB

*Jane Roe CL 73 v. Uber Technologies, Inc., et al.,* No 3:24-cv-7030-CRB

*WHB 1999 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07048-CRB

*B.B. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07492-CRB

*A.A. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07549-CRB

*E.R. 02 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07635-CRB

1  *E.H. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08342-CRB

2
3  *Jane Doe NLG (HK) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08614-CRB

4  *S.G. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08675-CRB
5

6  *Dadej v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08785-CRB

7  *C.B. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09049-CRB
8

9  *D.J. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09050-CRB

10 *E.B. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09052-CRB
11

12 *S.H. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09068-CRB

13 *CL 90 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09201-CRB
14

15 *Jane Doe NLG (R.M.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09216-CRB
16

17 *D.C. 2636 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09367-CRB

18 *Jane Doe 693827 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09515-CRB
19

20 *Jane Doe 691535 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09523-CRB

21 *CL 94 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09550-CRB
22

23 *CL 96 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00463-CRB

24 *I.A. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00822-CRB
25

26 *CL 99 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00855-CRB

27
28

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

*L.F. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01005-CRB

*WHB 2060 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01092-CRB

*WHB 2061 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01095-CRB

*WHB 2062 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01098-CRB

*WHB 2063 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01099-CRB

*WHB 2064 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01101-CRB

*WHB 2067 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01122-CRB

*WHB 2070 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01126-CRB

*WHB 2071 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01130-CRB

*WHB 2073 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01143-CRB

*WHB 2075 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01148-CRB

*WHB 2077 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01150-CRB

*WHB 2082 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01177-CRB

*WHB 2084 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01179-CRB

*WHB 2036 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01180-CRB

*WHB 2039 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01202-CRB

*WHB 2041 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01205-CRB

*WHB 2043 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01207-CRB

| | |
|---|---|
| 1 | *WHB 2044 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01209-CRB |
| 2 | *WHB 2047 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01215-CRB |
| 3 | |
| 4 | *WHB 2048 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01216-CRB |
| 5 | *WHB 2049 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01218-CRB |
| 6 | |
| 7 | *WHB 2051 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01226-CRB |
| 8 | *WHB 2054 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01244-CRB |
| 9 | |
| 10 | *WHB 2057 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01249-CRB |
| 11 | *WHB 2059 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01255-CRB |
| 12 | |
| 13 | *S.G. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01417-CRB |
| 14 | *K.D. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01602-CRB |
| 15 | |
| 16 | *T.K. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01651-CRB |
| 17 | *S.W. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01658-CRB |
| 18 | |
| 19 | *C.C. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01707-CRB |
| 20 | *M.S. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01863-CRB |
| 21 | |
| 22 | *Halligan v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02104-CRB |
| 23 | *T.C. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02109-CRB |
| 24 | |
| 25 | *Jane Doe LS 578 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02405-CRB |
| 26 | *CL 129 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02498-CRB |
| 27 | |
| 28 | |

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS
CASES FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

*A.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02510-CRB

*J.H. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02526-CRB

*A.J. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02577-CRB

*Jane Doe NLG (KS) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02616-CRB

*K.B. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02650-CRB

*N.K. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02681-CRB

*J.M., v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02689-CRB

*T.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02704-CRB

*S.F. v. Uber Technologies, Inc., et al.,,* No. 3:25-cv-02708-CRB

*CL 132 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02744-CRB

*NLG (IM) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02771-CRB

*M.H. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02859-CRB

*K.T. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02880-CRB

*T.P. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03016-CRB

*CL 143 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03260-CRB

*CL 145 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03262-CRB

*J.P.F. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03289-CRB

*J.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03364-CRB

| | |
|---|---|
| 1 | *Batterson, Vanessa v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03378-CRB |
| 2 | |
| 3 | *V.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03591-CRB |
| 4 | *CL 153 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03818-CRB |
| 5 | |
| 6 | *Crystal Lugo v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03969-CRB |
| 7 | *Breanna Donaldson v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03976-CRB |
| 8 | |
| 9 | *C.E. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04100-CRB |
| 10 | |
| 11 | *S.S. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04143-CRB |
| 12 | *W.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04717-CRB |
| 13 | |
| 14 | *K.N. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04719-CRB |
| 15 | *R.H. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04725-CRB |
| 16 | |
| 17 | *T.P. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04766-CRB |
| 18 | *V.R. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04767-CRB |
| 19 | |
| 20 | *S.K. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04768-CRB |
| 21 | *L.K. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04774-CRB |
| 22 | |
| 23 | *B.W. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04796-CRB |
| 24 | *G.G. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04798-CRB |
| 25 | |
| 26 | *D.C. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04851-CRB |
| 27 | |
| 28 | |

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS
CASES FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

# DECLARATION OF MICHAEL B. SHORTNACY

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Los Angeles, California. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Uber's") motion to dismiss the cases of certain Plaintiffs represented by for noncompliance with PTO 5.

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Uber in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the State of California, the Bar of the District of Columbia Court of Appeals, and the Bar of the State of New York. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. On December 28, 2023, this Court entered Pretrial Order No. 10 ("PTO 10") in this matter, requiring each Plaintiff to "submit a completed PFS, and executed Authorizations, through MDL Centrality." *Id.* at 4. PTO 10 required each Plaintiff whose case was a part of the MDL by March 26, 2024 to submit a completed PFS within 60 days of that date—i.e., by May 25, 2024. *Id.* at 5. Each Plaintiff who joined the MDL after March 26, 2024 must submit the completed PFS within 30 days of joining. *Id.* at 6. Each PFS was required to be "substantially complete." *Id.*

4. Attached to this declaration as **Exhibit A** is a table identifying 179 Plaintiffs who, as of the date of this Declaration, have failed to submit a substantially complete Plaintiff Fact Sheet ("PFS") by their deadline to do so. The Plaintiffs' PFS deficiencies, missed deadlines, and Deficiency Notice dates are identified in the table at Exhibit A.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1 | Executed on August 22, 2025 in Los Angeles, California.

**SHOOK, HARDY & BACON L.L.P.**

 /s/ Michael B. Shortnacy_____

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC