# EXHIBIT A

| MDLC Pltf ID | Case Name | Plaintiff's Counsel | Current Cause # | PFS & Documentation Due Date | MDL PFS Deficiency Letter Sent Date (via MDLC) | MDL PFS Deficiency Response/ Remediation Due Date | Days Overdue | Material PFS Deficiencies Remaining |
|---|---|---|---|---|---|---|---|---|
| 2479 | Jane Doe LS 529 | Levin Simes, LLP | 3:24-cv-05422 | 12/16/2024 | 05/19/2025 | 06/18/2025 | 64 | Missing production |
| 2351 | Jane Doe LS 153 | Levin Simes, LLP | 3:24-cv-06011 | 12/16/2024 | 05/19/2025 | 06/18/2025 | 64 | Missing release |
| 2279 | Jane Doe LS 303 | Levin Simes, LLP | 3:24-cv-05980 | 11/15/2024 | 05/21/2025 | 06/20/2025 | 62 | Missing release |
| 2056 | WHB 1840 | Williams Hart & Boundas, LLP | 3:24-cv-05554 | 09/20/2024 | 05/27/2025 | 06/26/2025 | 56 | Missing release |
| 1535 | WHB 928 | Williams Hart & Boundas, LLP | 3:24-cv-04825 | 09/06/2024 | 05/28/2025 | 06/27/2025 | 55 | Missing verification |
| 1551 | WHB 511 | Williams Hart & Boundas, LLP | 3:24-cv-04842 | 09/06/2024 | 05/28/2025 | 06/27/2025 | 55 | Missing release; missing verification |
| 1549 | WHB 860 | Williams Hart & Boundas, LLP | 3:24-cv-04845 | 09/06/2024 | 05/28/2025 | 06/27/2025 | 55 | Missing verification |
| 1563 | WHB 1023 | Williams Hart & Boundas, LLP | 3:24-cv-04877 | 09/07/2024 | 05/28/2025 | 06/27/2025 | 55 | Missing verification |
| 2136 | WHB 1943 | Williams Hart & Boundas, LLP | 3:24-cv-05598 | 09/20/2024 | 05/28/2025 | 06/27/2025 | 55 | Missing release; missing production |
| 2139 | WHB 1880 | Williams Hart & Boundas, LLP | 3:24-cv-05602 | 09/20/2024 | 05/28/2025 | 06/27/2025 | 55 | Missing release |
| 2133 | WHB 1381 | Williams Hart & Boundas, LLP | 3:24-cv-05603 | 09/20/2024 | 05/28/2025 | 06/27/2025 | 55 | Missing verification |
| 2134 | WHB 632 | Williams Hart & Boundas, LLP | 3:24-cv-05604 | 09/20/2024 | 05/28/2025 | 06/27/2025 | 55 | Missing verification |
| 2146 | WHB 1544 | Williams Hart & Boundas, LLP | 3:24-cv-05622 | 09/20/2024 | 05/28/2025 | 06/27/2025 | 55 | Missing verification |
| 2148 | WHB 438 | Williams Hart & Boundas, LLP | 3:24-cv-05631 | 09/20/2024 | 05/28/2025 | 06/27/2025 | 55 | Missing verification; missing production |
| 2073 | WHB 494 | Williams Hart & Boundas, LLP | 3:24-cv-05767 | 09/22/2024 | 05/28/2025 | 06/27/2025 | 55 | Missing production |
| 2130 | DMA 1 | Williams Hart & Boundas, LLP | 3:24-cv-05968 | 09/25/2024 | 05/28/2025 | 06/27/2025 | 55 | Missing production |
| 1593 | WHB 1293 | Williams Hart & Boundas, LLP | 3:24-cv-04817 | 09/06/2024 | 05/29/2025 | 06/28/2025 | 54 | Missing release |
| 1533 | WHB 1027 | Williams Hart & Boundas, LLP | 3:24-cv-04820 | 09/06/2024 | 05/29/2025 | 06/28/2025 | 54 | Missing release; missing verification |

| MDLC Pltf ID | Case Name | Plaintiff's Counsel | Current Cause # | PFS & Documentation Due Date | MDL PFS Deficiency Letter Sent Date (via MDLC) | MDL PFS Deficiency Response/ Remediation Due Date | Days Overdue | Material PFS Deficiencies Remaining |
|---|---|---|---|---|---|---|---|---|
| 1595 | WHB 333 | Williams Hart & Boundas, LLP | 3:24-cv-04905 | 09/07/2024 | 05/29/2025 | 06/28/2025 | 54 | Missing verification |
| 1598 | WHB 56 | Williams Hart & Boundas, LLP | 3:24-cv-04908 | 09/07/2024 | 05/29/2025 | 06/28/2025 | 54 | Missing release |
| 1607 | WHB 1590 | Williams Hart & Boundas, LLP | 3:24-cv-04946 | 09/08/2024 | 05/29/2025 | 06/28/2025 | 54 | Missing production |
| 1893 | WHB 1832 | Williams Hart & Boundas, LLP | 3:24-cv-05305 | 09/15/2024 | 05/29/2025 | 06/28/2025 | 54 | Missing verification |
| 1925 | WHB 703 | Williams Hart & Boundas, LLP | 3:24-cv-05361 | 09/18/2024 | 05/29/2025 | 06/28/2025 | 54 | Missing verification |
| 1926 | WHB 1272 | Williams Hart & Boundas, LLP | 3:24-cv-05366 | 09/18/2024 | 05/29/2025 | 06/28/2025 | 54 | Missing verification |
| 1937 | WHB 994 | Williams Hart & Boundas, LLP | 3:24-cv-05452 | 09/19/2024 | 05/29/2025 | 06/28/2025 | 54 | Question 41 unanswered |
| 1988 | WHB 1414 | Williams Hart & Boundas, LLP | 3:24-cv-05495 | 09/19/2024 | 05/29/2025 | 06/28/2025 | 54 | Missing verification |
| 1989 | WHB 1468 | Williams Hart & Boundas, LLP | 3:24-cv-05500 | 09/19/2024 | 05/29/2025 | 06/28/2025 | 54 | Missing verification |
| 2057 | WHB 1677 | Williams Hart & Boundas, LLP | 3:24-cv-05556 | 09/20/2024 | 05/29/2025 | 06/28/2025 | 54 | Missing verification |
| 2070 | WHB 1659 | Williams Hart & Boundas, LLP | 3:24-cv-05565 | 09/20/2024 | 05/29/2025 | 06/28/2025 | 54 | Missing verification |
| 2158 | WHB 1552 | Williams Hart & Boundas, LLP | 3:24-cv-05599 | 09/20/2024 | 05/29/2025 | 06/28/2025 | 54 | Missing release; missing verification |
| 2161 | WHB 1260 | Williams Hart & Boundas, LLP | 3:24-cv-05613 | 09/20/2024 | 05/29/2025 | 06/28/2025 | 54 | Missing production |
| 2176 | WHB 1611 | Williams Hart & Boundas, LLP | 3:24-cv-05665 | 09/21/2024 | 05/29/2025 | 06/28/2025 | 54 | Missing verification |
| 2178 | WHB 891 | Williams Hart & Boundas, LLP | 3:24-cv-05666 | 09/21/2024 | 05/29/2025 | 06/28/2025 | 54 | Missing verification |
| 2174 | WHB 1348 | Williams Hart & Boundas, LLP | 3:24-cv-05669 | 09/21/2024 | 05/29/2025 | 06/28/2025 | 54 | Missing verification |
| 2184 | WHB 946 | Williams Hart & Boundas, LLP | 3:24-cv-05698 | 09/21/2024 | 05/29/2025 | 06/28/2025 | 54 | Missing release; missing verification |

| MDLC Pltf ID | Case Name | Plaintiff's Counsel | Current Cause # | PFS & Documentation Due Date | MDL PFS Deficiency Letter Sent Date (via MDLC) | MDL PFS Deficiency Response/ Remediation Due Date | Days Overdue | Material PFS Deficiencies Remaining |
|---|---|---|---|---|---|---|---|---|
| 2065 | WHB 935 | Williams Hart & Boundas, LLP | 3:24-cv-05776 | 09/22/2024 | 05/29/2025 | 06/28/2025 | 54 | Missing verification |
| 2180 | WHB 1556 | Williams Hart & Boundas, LLP | 3:24-cv-05986 | 09/25/2024 | 05/29/2025 | 06/28/2025 | 54 | Missing release; missing verification |
| 1627 | WHB 1002 | Williams Hart & Boundas, LLP | 3:24-cv-04885 | 09/07/2024 | 05/30/2025 | 06/29/2025 | 53 | Missing release |
| 1632 | WHB 1497 | Williams Hart & Boundas, LLP | 3:24-cv-04891 | 09/07/2024 | 05/30/2025 | 06/29/2025 | 53 | Missing release; missing verification |
| 1616 | WHB 310 | Williams Hart & Boundas, LLP | 3:24-cv-04903 | 09/07/2024 | 05/30/2025 | 06/29/2025 | 53 | Missing release |
| 1649 | WHB 312 | Williams Hart & Boundas, LLP | 3:24-cv-04928 | 09/08/2024 | 05/30/2025 | 06/29/2025 | 53 | Missing release |
| 1688 | WHB 1667 | Williams Hart & Boundas, LLP | 3:24-cv-04957 | 09/08/2024 | 05/30/2025 | 06/29/2025 | 53 | Missing production |
| 1655 | WHB 1960 | Williams Hart & Boundas, LLP | 3:24-cv-04960 | 09/08/2024 | 05/30/2025 | 06/29/2025 | 53 | Missing release |
| 1690 | WHB 1619 | Williams Hart & Boundas, LLP | 3:24-cv-04961 | 09/08/2024 | 05/30/2025 | 06/29/2025 | 53 | Missing verification |
| 1631 | WHB 689 | Williams Hart & Boundas, LLP | 3:24-cv-04965 | 09/08/2024 | 05/30/2025 | 06/29/2025 | 53 | Missing verification |
| 1965 | WHB 1856 | Williams Hart & Boundas, LLP | 3:24-cv-05461 | 09/19/2024 | 05/30/2025 | 06/29/2025 | 53 | Missing release |
| 1947 | WHB 1021 | Williams Hart & Boundas, LLP | 3:24-cv-05466 | 09/19/2024 | 05/30/2025 | 06/29/2025 | 53 | Missing release |
| 1948 | WHB 1661 | Williams Hart & Boundas, LLP | 3:24-cv-05468 | 09/19/2024 | 05/30/2025 | 06/29/2025 | 53 | Missing verification |
| 1972 | WHB 1043 | Williams Hart & Boundas, LLP | 3:24-cv-05501 | 09/19/2024 | 05/30/2025 | 06/29/2025 | 53 | Missing verification |
| 1964 | WHB 1618 | Williams Hart & Boundas, LLP | 3:24-cv-05572 | 09/20/2024 | 05/30/2025 | 06/29/2025 | 53 | Missing release |
| 2187 | WHB 1142 | Williams Hart & Boundas, LLP | 3:24-cv-05712 | 09/21/2024 | 05/30/2025 | 06/29/2025 | 53 | Missing verification |
| 2189 | WHB 1057 | Williams Hart & Boundas, LLP | 3:24-cv-05715 | 09/21/2024 | 05/30/2025 | 06/29/2025 | 53 | Missing release; missing verification |

| MDLC Pltf ID | Case Name | Plaintiff's Counsel | Current Cause # | PFS & Documentation Due Date | MDL PFS Deficiency Letter Sent Date (via MDLC) | MDL PFS Deficiency Response/ Remediation Due Date | Days Overdue | Material PFS Deficiencies Remaining |
|---|---|---|---|---|---|---|---|---|
| 2190 | WHB 1470 | Williams Hart & Boundas, LLP | 3:24-cv-05716 | 11/15/2024 | 05/30/2025 | 06/29/2025 | 53 | Missing verification |
| 2196 | WHB 871 | Williams Hart & Boundas, LLP | 3:24-cv-05770 | 09/22/2024 | 05/30/2025 | 06/29/2025 | 53 | Missing verification |
| 2207 | WHB 884 | Williams Hart & Boundas, LLP | 3:24-cv-05948 | 09/25/2024 | 05/30/2025 | 06/29/2025 | 53 | Missing release |
| 2206 | WHB 991 | Williams Hart & Boundas, LLP | 3:24-cv-05959 | 09/25/2024 | 05/30/2025 | 06/29/2025 | 53 | Missing verification |
| 2629 | WHB 1999 | Williams Hart & Boundas, LLP | 3:24-cv-07048 | 11/07/2024 | 05/30/2025 | 06/29/2025 | 53 | Missing verification |
| 2850 | WHB 2060 | Williams Hart & Boundas, LLP | 3:25-cv-01092 | 03/05/2025 | 05/30/2025 | 06/29/2025 | 53 | Missing verification |
| 2851 | WHB 2061 | Williams Hart & Boundas, LLP | 3:25-cv-01095 | 03/05/2025 | 05/30/2025 | 06/29/2025 | 53 | Missing verification |
| 2853 | WHB 2062 | Williams Hart & Boundas, LLP | 3:25-cv-01098 | 03/05/2025 | 05/30/2025 | 06/29/2025 | 53 | Missing production |
| 2854 | WHB 2063 | Williams Hart & Boundas, LLP | 3:25-cv-01099 | 03/05/2025 | 05/30/2025 | 06/29/2025 | 53 | Missing production |
| 2855 | WHB 2064 | Williams Hart & Boundas, LLP | 3:25-cv-01101 | 03/05/2025 | 05/30/2025 | 06/29/2025 | 53 | Missing release |
| 2859 | WHB 2067 | Williams Hart & Boundas, LLP | 3:25-cv-01122 | 03/06/2025 | 05/30/2025 | 06/29/2025 | 53 | Missing verification |
| 2861 | WHB 2070 | Williams Hart & Boundas, LLP | 3:25-cv-01126 | 03/06/2025 | 05/30/2025 | 06/29/2025 | 53 | Missing verification |
| 2862 | WHB 2071 | Williams Hart & Boundas, LLP | 3:25-cv-01130 | 03/06/2025 | 05/30/2025 | 06/29/2025 | 53 | Missing production |
| 1734 | WHB 676 | Williams Hart & Boundas, LLP | 3:24-cv-05024 | 09/11/2024 | 05/31/2025 | 06/30/2025 | 52 | Missing verification |
| 1747 | WHB 1837 | Williams Hart & Boundas, LLP | 3:24-cv-05033 | 09/11/2024 | 05/31/2025 | 06/30/2025 | 52 | Missing release |
| 1749 | WHB 1902 | Williams Hart & Boundas, LLP | 3:24-cv-05040 | 09/11/2024 | 05/31/2025 | 06/30/2025 | 52 | Missing production |
| 1759 | WHB 1431 | Williams Hart & Boundas, LLP | 3:24-cv-05057 | 09/11/2024 | 05/31/2025 | 06/30/2025 | 52 | Missing release |

| MDLC Pltf ID | Case Name | Plaintiff's Counsel | Current Cause # | PFS & Documentation Due Date | MDL PFS Deficiency Letter Sent Date (via MDLC) | MDL PFS Deficiency Response/ Remediation Due Date | Days Overdue | Material PFS Deficiencies Remaining |
|---|---|---|---|---|---|---|---|---|
| 2864 | WHB 2073 | Williams Hart & Boundas, LLP | 3:25-cv-01143 | 03/06/2025 | 05/31/2025 | 06/30/2025 | 52 | Missing verification |
| 2866 | WHB 2075 | Williams Hart & Boundas, LLP | 3:25-cv-01148 | 03/06/2025 | 05/31/2025 | 06/30/2025 | 52 | Missing verification |
| 2868 | WHB 2077 | Williams Hart & Boundas, LLP | 3:25-cv-01150 | 03/06/2025 | 05/31/2025 | 06/30/2025 | 52 | Missing verification |
| 2874 | WHB 2082 | Williams Hart & Boundas, LLP | 3:25-cv-01177 | 03/07/2025 | 05/31/2025 | 06/30/2025 | 52 | Missing verification |
| 2878 | WHB 2036 | Williams Hart & Boundas, LLP | 3:25-cv-01180 | 03/07/2025 | 05/31/2025 | 06/30/2025 | 52 | Missing verification |
| 2885 | WHB 2043 | Williams Hart & Boundas, LLP | 3:25-cv-01207 | 03/07/2025 | 05/31/2025 | 06/30/2025 | 52 | Missing verification |
| 2881 | WHB 2039 | Williams Hart & Boundas, LLP | 3:25-cv-01202 | 03/07/2025 | 06/01/2025 | 07/01/2025 | 51 | Missing release; missing verification |
| 2883 | WHB 2041 | Williams Hart & Boundas, LLP | 3:25-cv-01205 | 03/07/2025 | 06/01/2025 | 07/01/2025 | 51 | Missing verification |
| 2888 | WHB 2044 | Williams Hart & Boundas, LLP | 3:25-cv-01209 | 03/07/2025 | 06/01/2025 | 07/01/2025 | 51 | Missing release |
| 2891 | WHB 2047 | Williams Hart & Boundas, LLP | 3:25-cv-01215 | 03/07/2025 | 06/01/2025 | 07/01/2025 | 51 | Missing verification |
| 2892 | WHB 2048 | Williams Hart & Boundas, LLP | 3:25-cv-01216 | 03/07/2025 | 06/01/2025 | 07/01/2025 | 51 | Missing verification |
| 2894 | WHB 2049 | Williams Hart & Boundas, LLP | 3:25-cv-01218 | 03/07/2025 | 06/01/2025 | 07/01/2025 | 51 | Missing verification |
| 2896 | WHB 2051 | Williams Hart & Boundas, LLP | 3:25-cv-01226 | 03/07/2025 | 06/01/2025 | 07/01/2025 | 51 | Missing verification |
| 2900 | WHB 2054 | Williams Hart & Boundas, LLP | 3:25-cv-01244 | 03/07/2025 | 06/01/2025 | 07/01/2025 | 51 | Missing release; missing verification |
| 2904 | WHB 2057 | Williams Hart & Boundas, LLP | 3:25-cv-01249 | 03/07/2025 | 06/01/2025 | 07/01/2025 | 51 | Missing verification |
| 2906 | WHB 2059 | Williams Hart & Boundas, LLP | 3:25-cv-01255 | 03/07/2025 | 06/01/2025 | 07/01/2025 | 51 | Missing release |
| 1788 | WHB 666 | Williams Hart & Boundas, LLP | 3:24-cv-05127 | 09/13/2024 | 06/02/2025 | 07/02/2025 | 50 | Missing verification |

| MDLC Pltf ID | Case Name | Plaintiff's Counsel | Current Cause # | PFS & Documentation Due Date | MDL PFS Deficiency Letter Sent Date (via MDLC) | MDL PFS Deficiency Response/ Remediation Due Date | Days Overdue | Material PFS Deficiencies Remaining |
|---|---|---|---|---|---|---|---|---|
| 1807 | WHB 466 | Williams Hart & Boundas, LLP | 3:24-cv-05265 | 09/15/2024 | 06/02/2025 | 07/02/2025 | 50 | Missing release |
| 2080 | Jane Roe CL 21 | Cutter Law PC | 3:24-cv-05525 | 12/20/2024 | 06/13/2025 | 07/13/2025 | 39 | Missing release |
| 2780 | Jane Roe CL 90 | Cutter Law PC | 3:24-cv-09201 | 01/17/2025 | 06/13/2025 | 07/13/2025 | 39 | Missing release |
| 2784 | Jane Roe CL 94 | Cutter Law PC | 3:24-cv-09550 | 01/30/2025 | 06/13/2025 | 07/13/2025 | 39 | Missing release; missing production |
| 3272 | Jane Roe CL 129 | Cutter Law PC | 3:25-cv-02498 | 04/11/2025 | 06/13/2025 | 07/13/2025 | 39 | Missing release |
| 3275 | Jane Roe CL 132 | Cutter Law PC | 3:25-cv-02744 | 04/20/2025 | 06/13/2025 | 07/13/2025 | 39 | Missing release |
| 3286 | Jane Roe CL 143 | Cutter Law PC | 3:25-cv-03260 | 05/11/2025 | 06/13/2025 | 07/13/2025 | 39 | Missing release |
| 3443 | Jane Roe CL 153 | Cutter Law PC | 3:25-cv-03818 | 05/31/2025 | 06/13/2025 | 07/13/2025 | 39 | Missing release |
| 2089 | Jane Roe CL 30 | Cutter Law PC | 3:24-cv-05591 | 12/20/2024 | 06/16/2025 | 07/16/2025 | 36 | Missing release |
| 2094 | Jane Roe CL 35 | Cutter Law PC | 3:24-cv-05706 | 12/20/2024 | 06/16/2025 | 07/16/2025 | 36 | Missing release |
| 2105 | Jane Roe CL 44 | Cutter Law PC | 3:24-cv-05744 | 12/20/2024 | 06/16/2025 | 07/16/2025 | 36 | Missing production |
| 2117 | Jane Doe CL 55 | Cutter Law PC | 3:24-cv-05835 | 12/20/2024 | 06/16/2025 | 07/16/2025 | 36 | Missing release |
| 2306 | Jane Doe LS 318 | Levin Simes, LLP | 3:24-cv-05932 | 12/16/2024 | 06/17/2025 | 07/17/2025 | 35 | Missing release |
| 2719 | Jane Doe NLG (HK) | Nachawati Law Group | 3:24-cv-08614 | 01/01/2025 | 06/17/2025 | 07/17/2025 | 35 | Missing release |
| 2602 | Jane Roe CL 73 | Cutter Law PC | 3:24-cv-07030 | 12/20/2024 | 06/18/2025 | 07/18/2025 | 34 | Missing production |
| 2733 | C.B. (3:24-cv-09049) | Pro Se | 3:24-cv-09049 | 01/12/2025 | 06/18/2025 | 07/18/2025 | 34 | Missing release; missing verification |
| 2769 | Jane Doe NLG (R.M.) | Nachawati Law Group | 3:24-cv-09216 | 01/18/2025 | 06/18/2025 | 07/18/2025 | 34 | Missing release |
| 1774 | Jane Roe CL 12 | Cutter Law PC | 3:24-cv-04673 | 08/31/2024 | 06/23/2025 | 07/23/2025 | 29 | Missing release |
| 1836 | WHB 1394 | Williams Hart & Boundas, LLP | 3:24-cv-05237 | 09/15/2024 | 06/23/2025 | 07/23/2025 | 29 | Missing release |
| 1928 | WHB 645 | Williams Hart & Boundas, LLP | 3:24-cv-05356 | 09/18/2024 | 06/23/2025 | 07/23/2025 | 29 | Missing release |
| 3084 | Jane Doe LS 578 | Levin Simes, LLP | 3:25-cv-02405 | 04/09/2025 | 06/23/2025 | 07/23/2025 | 29 | Missing release |
| 3091 | J.H. (3:25-cv-02526) | Pulaski Law Firm, PLLC | 3:25-cv-02526 | 04/13/2025 | 06/23/2025 | 07/23/2025 | 29 | Missing release |
| 1008 | E.D. (3:23-cv-05307) | Justice Law Collaborative | 3:23-cv-05307 | 05/27/2024 | 06/26/2025 | 07/26/2025 | 26 | Missing release |
| 2149 | H.L. | Peiffer Wolf Carr Kane Conway & Wise | 3:24-cv-04526 | 08/25/2024 | 06/01/2025 | 08/01/2025 | 20 | Missing release; missing verification |
| 1927 | A.T. | Peiffer Wolf Carr Kane Conway & Wise | 3:24-cv-05592 | 09/20/2024 | 06/01/2025 | 08/01/2025 | 20 | Missing release; missing verification |
| 2836 | I.A. (3:25-cv-00822) | Peiffer Wolf Carr Kane Conway & Wise | 3:25-cv-00822 | 02/23/2025 | 06/01/2025 | 08/01/2025 | 20 | Missing verification |

| MDLC Pltf ID | Case Name | Plaintiff's Counsel | Current Cause # | PFS & Documentation Due Date | MDL PFS Deficiency Letter Sent Date (via MDLC) | MDL PFS Deficiency Response/ Remediation Due Date | Days Overdue | Material PFS Deficiencies Remaining |
|---|---|---|---|---|---|---|---|---|
| 2841 | L.F. | Peiffer Wolf Carr Kane Conway & Wise | 3:25-cv-01005 | 03/02/2025 | 06/02/2025 | 08/01/2025 | 20 | Missing verification |
| 2972 | K.D. | Peiffer Wolf Carr Kane Conway & Wise | 3:25-cv-01602 | 03/16/2025 | 06/02/2025 | 08/01/2025 | 20 | Missing verification |
| 3044 | Halligan, Leah | Peiffer Wolf Carr Kane Conway & Wise | 3:25-cv-02104 | 03/30/2025 | 06/02/2025 | 08/01/2025 | 20 | Missing release |
| 3122 | K.B. (3:25-cv-02650) | Peiffer Wolf Carr Kane Conway & Wise | 3:25-cv-02650 | 04/18/2025 | 06/02/2025 | 08/01/2025 | 20 | Missing release; missing verification |
| 3133 | J.M. (3:25-cv-02689) | Peiffer Wolf Carr Kane Conway & Wise | 3:25-cv-02689 | 04/19/2025 | 06/02/2025 | 08/01/2025 | 20 | Missing release |
| 2801 | E.B. | Anapol Weiss | 3:24-cv-09052 | 01/12/2025 | 07/03/2025 | 08/02/2025 | 19 | Question 19 unanswered. |
| 2331 | Jane Doe LS 248 | Levin Simes, LLP | 3:24-cv-05647 | 11/15/2024 | 07/06/2025 | 08/05/2025 | 16 | Missing release |
| 2335 | Jane Doe LS 514 | Levin Simes, LLP | 3:24-cv-05658 | 11/15/2024 | 07/06/2025 | 08/05/2025 | 16 | Missing production |
| 2791 | E.H. | Anapol Weiss | 3:24-cv-08342 | 12/22/2024 | 07/06/2025 | 08/05/2025 | 16 | Missing release |
| 2828 | Jane Roe CL 96 | Cutter Law PC | 3:25-cv-00463 | 02/13/2025 | 07/06/2025 | 08/05/2025 | 16 | Missing production |
| 2831 | Jane Roe CL 99 | Cutter Law PC | 3:25-cv-00855 | 02/23/2025 | 07/06/2025 | 08/05/2025 | 16 | Missing verification |
| 2365 | Jane Doe LS 494 | Levin Simes, LLP | 3:24-cv-05547 | 12/16/2024 | 07/07/2025 | 08/06/2025 | 15 | Missing production |
| 2403 | Jane Doe LS 233 | Levin Simes, LLP | 3:24-cv-06030 | 12/16/2024 | 07/07/2025 | 08/06/2025 | 15 | Missing production |
| 2751 | S.H. (3:24-cv-09068) | Wagstaff Law Firm | 3:24-cv-09068 | 01/15/2025 | 07/07/2025 | 08/06/2025 | 15 | Missing production |
| 2774 | Jane Doe 693827 | Kherkher Garcia | 3:24-cv-09515 | 01/30/2025 | 07/07/2025 | 08/06/2025 | 15 | Missing verification |
| 2773 | Jane Doe 691535 | Kherkher Garcia | 3:24-cv-09523 | 01/30/2025 | 07/07/2025 | 08/06/2025 | 15 | Missing verification |
| 2442 | Jane Doe LS 455 | Levin Simes, LLP | 3:24-cv-05812 | 12/16/2024 | 07/08/2025 | 08/07/2025 | 14 | Missing release |
| 2408 | Jane Doe LS 207 | Levin Simes, LLP | 3:24-cv-05965 | 12/16/2024 | 07/08/2025 | 08/07/2025 | 14 | Missing production |
| 2706 | S.G. (3:24-cv-08675) | Pulaski Law Firm, PLLC | 3:24-cv-08675 | 01/02/2025 | 07/08/2025 | 08/07/2025 | 14 | Missing verification |
| 2734 | D.J. | Pro Se | 3:24-cv-09050 | 01/12/2025 | 07/08/2025 | 08/07/2025 | 14 | Missing release; missing verification |
| 3465 | C.E. (3:25-cv-04100) | Anapol Weiss | 3:25-cv-04100 | 06/11/2025 | 07/08/2025 | 08/07/2025 | 14 | Missing release; missing verification |
| 2462 | Jane Doe LS 216 | Levin Simes, LLP | 3:24-cv-06029 | 11/15/2024 | 07/09/2025 | 08/08/2025 | 13 | Missing release |
| 2643 | B.B. (3:24-cv-07492) | Pulaski Law Firm, PLLC | 3:24-cv-07492 | 11/28/2024 | 07/09/2025 | 08/08/2025 | 13 | Missing verification |
| 2644 | A.A. (3:24-cv-07549) | Pulaski Law Firm, PLLC | 3:24-cv-07549 | 11/30/2024 | 07/09/2025 | 08/08/2025 | 13 | Missing verification |
| 2647 | E.R. 02 | Reich and Binstock, LLP | 3:24-cv-07635 | 12/04/2024 | 07/09/2025 | 08/08/2025 | 13 | Missing production |
| 3151 | Jane Doe NLG (K.S.) (3:25-cv-02616) | Nachawati Law Group | 3:25-cv-02616 | 04/17/2025 | 07/11/2025 | 08/10/2025 | 11 | Missing verification |
| 3163 | Jane Doe NLG (IM) | Nachawati Law Group | 3:25-cv-02771 | 04/23/2025 | 07/11/2025 | 08/10/2025 | 11 | Missing verification |

| MDLC Pltf ID | Case Name | Plaintiff's Counsel | Current Cause # | PFS & Documentation Due Date | MDL PFS Deficiency Letter Sent Date (via MDLC) | MDL PFS Deficiency Response/ Remediation Due Date | Days Overdue | Material PFS Deficiencies Remaining |
|---|---|---|---|---|---|---|---|---|
| 2495 | Jane Doe LS 363 | Levin Simes, LLP | 3:24-cv-05891 | 12/16/2024 | 07/13/2025 | 08/12/2025 | 9 | Missing release |
| 2489 | Jane Doe LS 125 | Levin Simes, LLP | 3:24-cv-05982 | 11/15/2024 | 07/13/2025 | 08/12/2025 | 9 | Missing release |
| 1141 | Jane Doe LS 37 | Levin Simes, LLP | 3:23-cv-04393 | 05/27/2024 | 07/14/2025 | 08/13/2025 | 8 | Missing release |
| 1171 | Jane Doe LS 244 | Levin Simes, LLP | 3:23-cv-05372 | 05/27/2024 | 07/14/2025 | 08/13/2025 | 8 | Missing release |
| 2876 | WHB 2084 | Williams Hart & Boundas, LLP | 3:25-cv-01179 | 03/07/2025 | 07/14/2025 | 08/13/2025 | 8 | Question 9 unanswered |
| 2636 | D.C. 2636 | Cohen Hirsch, LP | 3:24-cv-09367 | 01/22/2025 | 07/15/2025 | 08/14/2025 | 7 | Missing verification |
| 3582 | W.M. (3:25-cv-04717) | Anapol Weiss | 3:25-cv-04717 | 07/04/2025 | 07/15/2025 | 08/14/2025 | 7 | Missing release |
| 3583 | K.N. (3:25-cv-04719) | Anapol Weiss | 3:25-cv-04719 | 07/04/2025 | 07/15/2025 | 08/14/2025 | 7 | Missing verification |
| 3584 | R.H. (3:25-cv-04725) | Anapol Weiss | 3:25-cv-04725 | 07/04/2025 | 07/15/2025 | 08/14/2025 | 7 | Missing release |
| 3588 | T.P. | Anapol Weiss | 3:25-cv-04766 | 07/05/2025 | 07/15/2025 | 08/14/2025 | 7 | Missing verification |
| 3587 | S.K. | Anapol Weiss | 3:25-cv-04768 | 07/05/2025 | 07/15/2025 | 08/14/2025 | 7 | Missing release |
| 3586 | L.K. | Anapol Weiss | 3:25-cv-04774 | 07/05/2025 | 07/15/2025 | 08/14/2025 | 7 | Missing verification |
| 3589 | B.W. | Anapol Weiss | 3:25-cv-04796 | 07/06/2025 | 07/15/2025 | 08/14/2025 | 7 | Missing release; missing verification |
| 3590 | G.G. | Anapol Weiss | 3:25-cv-04798 | 07/06/2025 | 07/15/2025 | 08/14/2025 | 7 | Missing verification |
| 3610 | D.C. (3:25-cv-04851) | Anapol Weiss | 3:25-cv-04851 | 07/09/2025 | 07/15/2025 | 08/14/2025 | 7 | Missing release |
| 2710 | Dadej, Jakub | Peiffer Wolf Carr Kane Conway & Wise | 3:24-cv-08785 | 01/04/2025 | 06/15/2025 | 08/15/2025 | 6 | Missing release |
| 2960 | S.G. (3:25-cv-01417) | Simmons Hanly Conroy | 3:25-cv-01417 | 03/13/2025 | 07/16/2025 | 08/15/2025 | 6 | Missing release; missing verification |
| 3288 | Jane Roe CL 145 | Cutter Law PC | 3:25-cv-03262 | 05/11/2025 | 07/16/2025 | 08/15/2025 | 6 | Missing production |
| 3235 | J.P.F. | Peiffer Wolf Carr Kane Conway & Wise | 3:25-cv-03289 | 05/11/2025 | 06/15/2025 | 08/15/2025 | 6 | Missing release |
| 3298 | J.M. (3:25-cv-03364) | Peiffer Wolf Carr Kane Conway & Wise | 3:25-cv-03364 | 05/16/2025 | 06/15/2025 | 08/15/2025 | 6 | Missing verification |
| 3299 | Batterson, Vanessa | Peiffer Wolf Carr Kane Conway & Wise | 3:25-cv-03378 | 05/16/2025 | 06/15/2025 | 08/15/2025 | 6 | Missing release |
| 3316 | V.M. (3:25-cv-03591) | Peiffer Wolf Carr Kane Conway & Wise | 3:25-cv-03591 | 05/24/2025 | 06/16/2025 | 08/15/2025 | 6 | Missing release; missing verification |
| 3363 | Lugo, Crystal | Peiffer Wolf Carr Kane Conway & Wise | 3:25-cv-03969 | 06/06/2025 | 06/16/2025 | 08/15/2025 | 6 | Missing release |
| 3365 | Donaldson, Breanna | Peiffer Wolf Carr Kane Conway & Wise | 3:25-cv-03976 | 06/06/2025 | 06/16/2025 | 08/15/2025 | 6 | Missing verification |

| MDLC Pltf ID | Case Name | Plaintiff's Counsel | Current Cause # | PFS & Documentation Due Date | MDL PFS Deficiency Letter Sent Date (via MDLC) | MDL PFS Deficiency Response/ Remediation Due Date | Days Overdue | Material PFS Deficiencies Remaining |
|---|---|---|---|---|---|---|---|---|
| 3390 | S.S. | Peiffer Wolf Carr Kane Conway & Wise | 3:25-cv-04143 | 06/13/2025 | 06/16/2025 | 08/15/2025 | 6 | Missing verification |
| 2973 | T.K. (3:25-cv-01651) | Pulaski Law Firm, PLLC | 3:25-cv-01651 | 03/19/2025 | 07/17/2025 | 08/16/2025 | 5 | Missing release |
| 2975 | S.W. (3:25-cv-01658) | Pulaski Law Firm, PLLC | 3:25-cv-01658 | 03/20/2025 | 07/17/2025 | 08/16/2025 | 5 | Missing verification |
| 2981 | C.C. (3:25-cv-01707) | Pulaski Law Firm, PLLC | 3:25-cv-01707 | 03/21/2025 | 07/17/2025 | 08/16/2025 | 5 | Missing verification |
| 3472 | M.S. (3:25-cv-01863) | Meyer Wilson | 3:25-cv-01863 | 03/23/2025 | 07/17/2025 | 08/16/2025 | 5 | Missing production |
| 3047 | T.C. (3:25-cv-02109) | Pulaski Law Firm, PLLC | 3:25-cv-02109 | 03/30/2025 | 07/17/2025 | 08/16/2025 | 5 | Missing release |
| 2508 | Jane Doe LS 523 | Levin Simes, LLP | 3:24-cv-05155 | 12/16/2024 | 07/18/2025 | 08/17/2025 | 4 | Missing production |
| 3089 | A.M. (3:25-cv-02510) | Pulaski Law Firm, PLLC | 3:25-cv-02510 | 04/12/2025 | 07/18/2025 | 08/17/2025 | 4 | Missing verification |
| 3099 | A.J. (3:25-cv-02577) | Pulaski Law Firm, PLLC | 3:25-cv-02577 | 04/16/2025 | 07/18/2025 | 08/17/2025 | 4 | Missing release |
| 3126 | N.K. | Pulaski Law Firm, PLLC | 3:25-cv-02681 | 04/19/2025 | 07/18/2025 | 08/17/2025 | 4 | Missing release; missing verification |
| 3129 | T.M. (3:25-cv-02704) | Pulaski Law Firm, PLLC | 3:25-cv-02704 | 04/20/2025 | 07/18/2025 | 08/17/2025 | 4 | Missing release |
| 3131 | S.F. (3:25-cv-02708) | Pulaski Law Firm, PLLC | 3:25-cv-02708 | 04/20/2025 | 07/18/2025 | 08/17/2025 | 4 | Missing release |
| 3504 | V.R. (3:25-cv-04767) | Pulaski Law Firm, PLLC | 3:25-cv-04767 | 07/05/2025 | 07/18/2025 | 08/17/2025 | 4 | Missing production |
| 3182 | M.H. (3:25-cv-02859) | Pulaski Law Firm, PLLC | 3:25-cv-02859 | 04/26/2025 | 07/19/2025 | 08/18/2025 | 3 | Missing production |
| 3187 | K.T. | Pulaski Law Firm, PLLC | 3:25-cv-02880 | 04/27/2025 | 07/19/2025 | 08/18/2025 | 3 | Missing release; missing verification |
| 3213 | T.P. (3:25-cv-03016) | Pulaski Law Firm, PLLC | 3:25-cv-03016 | 05/02/2025 | 07/19/2025 | 08/18/2025 | 3 | Missing release |