# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10** |
| This Document Relates to:<br><br>*Jane Doe LS 37 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-04393-CRB<br><br>*E.D. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05307-CRB<br><br>*Jane Doe LS 244 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05372-CRB<br><br>*H.L. v. Uber Technologies, Inc. et al.*, No. 3:24-cv-04526-CRB<br><br>*Jane Roe CL 12 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04673-CRB<br><br>*WHB 1293 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04817-CRB<br><br>*WHB 1027 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04820-CRB<br><br>*WHB 928 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04825-CRB<br><br>*WHB 511 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04842-CRB<br><br>*WHB 860 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04845-CRB<br><br>*WHB 1023 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04877-CRB<br><br>*WHB 1002 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04885-CRB<br><br>*WHB 1497 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04891-CRB | |

|    |                                                                          |
|----|--------------------------------------------------------------------------|
| 1  | *WHB 310 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04903-CRB      |
| 2  |                                                                          |
| 3  | *WHB 333 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04905-CRB      |
| 4  | *WHB 56 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04908-CRB       |
| 5  |                                                                          |
| 6  | *WHB 312 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04928-CRB      |
| 7  | *WHB 1590 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04946-CRB     |
| 8  |                                                                          |
| 9  | *WHB 1667 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04957-CRB     |
| 10 | *WHB 1960 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04960-CRB     |
| 11 |                                                                          |
| 12 | *WHB 1619 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04961-CRB     |
| 13 | *WHB 689 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04965-CRB      |
| 14 |                                                                          |
| 15 | *WHB 676 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05024-CRB      |
| 16 | *WHB 1837 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05033-CRB     |
| 17 |                                                                          |
| 18 | *WHB 1902 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05040-CRB     |
| 19 | *WHB 1431 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05057-CRB     |
| 20 |                                                                          |
| 21 | *WHB 666 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05127-CRB      |
| 22 | *LS 523 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05155-CRB       |
| 23 |                                                                          |
| 24 | *WHB 1394 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05237-CRB     |
| 25 | *WHB 466 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05265-CRB      |
| 26 |                                                                          |
| 27 | *WHB 1832 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05305-CRB     |
| 28 |                                                                          |

|   |   |
|---|---|
| 1 | *WHB 645 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05356-CRB |
| 2 | |
| 3 | *WHB 703 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05361-CRB |
| 4 | *WHB 1272 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05366-CRB |
| 5 | |
| 6 | *LS 529 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05422-CRB |
| 7 | *WHB 994 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05452-CRB |
| 8 | |
| 9 | *WHB 1856 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05461-CRB |
| 10 | *WHB 1021 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05466-CRB |
| 11 | |
| 12 | *WHB 1661 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05468-CRB |
| 13 | *WHB 1414 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05495-CRB |
| 14 | |
| 15 | *WHB 1468 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05500-CRB |
| 16 | *WHB 1043 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05501-CRB |
| 17 | |
| 18 | *CL 21 v. Uber Technologies, Inc., et al., No.* 3:24-cv-05525-CRB |
| 19 | *LS 494 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05547-CRB |
| 20 | |
| 21 | *WHB 1840 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05554-CRB |
| 22 | *WHB 1677 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05556-CRB |
| 23 | |
| 24 | *WHB 1659 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05565-CRB |
| 25 | *WHB 1618 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05572-CRB |
| 26 | |
| 27 | *Jane Roe CL 30 v. Uber Technologies, Inc.,* et al., No. 3:24-cv-05591-CRB |
| 28 | |

3

[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

1 | *A.T. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05592-CRB

2

3 | *WHB 1943 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05598-CRB

4 | *WHB 1552 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05599-CRB

5

6 | *WHB 1880 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05602-CRB

7 | *WHB 1381 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05603-CRB

8

9 | *WHB 632 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05604-CRB

10 | *WHB 1260 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05613-CRB

11

12 | *WHB 1544 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05622-CRB

13 | *WHB 438 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05631-CRB

14

15 | *LS 248 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05647-CRB

16 | *LS 514 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05658-CRB

17

18 | *WHB 1611 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05665-CRB

19 | *WHB 891 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05666-CRB

20

21 | *WHB 1348 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05669-CRB

22 | *WHB 946 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05698-CRB

23

24 | *Jane Roe CL 35 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05706-CRB

25 | *WHB 1142 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05712-CRB

26

27 | *WHB 1057 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05715-CRB

28

| | |
|---|---|
| 1 | *WHB 1470 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05716-CRB |
| 2 | |
| 3 | *Jane Roe CL 44 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05744-CRB |
| 4 | *WHB 494 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05767-CRB |
| 5 | |
| 6 | *WHB 871 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05770-CRB |
| 7 | *WHB 935 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05776-CRB |
| 8 | |
| 9 | *LS 455 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05812-CRB |
| 10 | *CL 55 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05835-CRB |
| 11 | |
| 12 | *LS 363 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05891-CRB |
| 13 | *LS 318 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05932-CRB |
| 14 | |
| 15 | *WHB 884 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05948-CRB |
| 16 | *WHB 991 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05959-CRB |
| 17 | |
| 18 | *LS 207 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05965-CRB |
| 19 | *DMA 1 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05968-CRB |
| 20 | |
| 21 | *LS 303 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05980-CRB |
| 22 | *LS 125 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05982-CRB |
| 23 | |
| 24 | *WHB 1556 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05986-CRB |
| 25 | *LS 153 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06011-CRB |
| 26 | |
| 27 | *LS 216 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06029-CRB |
| 28 | |

| | |
|---|---|
| 1 | *LS 233 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06030-CRB |
| 2 | |
| 3 | *Jane Roe CL 73 v. Uber Technologies, Inc., et al.,* No 3:24-cv-7030-CRB |
| 4 | *WHB 1999 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07048-CRB |
| 5 | |
| 6 | *B.B. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07492-CRB |
| 7 | *A.A. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07549-CRB |
| 8 | |
| 9 | *E.R. 02 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07635-CRB |
| 10 | *E.H. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08342-CRB |
| 11 | |
| 12 | *Jane Doe NLG (HK) v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08614-CRB |
| 13 | |
| 14 | *S.G. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08675-CRB |
| 15 | *Dadej v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08785-CRB |
| 16 | |
| 17 | *C.B. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09049-CRB |
| 18 | *D.J. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09050-CRB |
| 19 | |
| 20 | *E.B. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09052-CRB |
| 21 | *S.H. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09068-CRB |
| 22 | |
| 23 | *CL 90 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09201-CRB |
| 24 | *Jane Doe NLG (R.M.) v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09216-CRB |
| 25 | |
| 26 | *D.C. 2636 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09367-CRB |
| 27 | |
| 28 | |

6

[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

1 | *Jane Doe 693827 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09515-CRB
2 |
3 | *Jane Doe 691535 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09523-CRB
4 | *CL 94 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09550-CRB
5 |
6 | *CL 96 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00463-CRB
7 | *I.A. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00822-CRB
8 |
9 | *CL 99 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00855-CRB
10 | *L.F. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01005-CRB
11 |
12 | *WHB 2060 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01092-CRB
13 | *WHB 2061 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01095-CRB
14 |
15 | *WHB 2062 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01098-CRB
16 | *WHB 2063 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01099-CRB
17 |
18 | *WHB 2064 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01101-CRB
19 | *WHB 2067 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01122-CRB
20 |
21 | *WHB 2070 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01126-CRB
22 | *WHB 2071 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01130-CRB
23 |
24 | *WHB 2073 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01143-CRB
25 | *WHB 2075 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01148-CRB
26 |
27 | *WHB 2077 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01150-CRB
28 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*WHB 2082 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01177-CRB

*WHB 2084 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01179-CRB

*WHB 2036 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01180-CRB

*WHB 2039 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01202-CRB

*WHB 2041 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01205-CRB

*WHB 2043 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01207-CRB

*WHB 2044 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01209-CRB

*WHB 2047 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01215-CRB

*WHB 2048 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01216-CRB

*WHB 2049 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01218-CRB

*WHB 2051 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01226-CRB

*WHB 2054 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01244-CRB

*WHB 2057 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01249-CRB

*WHB 2059 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01255-CRB

*S.G. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01417-CRB

*K.D. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01602-CRB

*T.K. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01651-CRB

*S.W. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01658-CRB

8

[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

| | |
|---|---|
| 1 | *C.C. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01707-CRB |
| 2 | |
| 3 | *M.S. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01863-CRB |
| 4 | *Halligan v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02104-CRB |
| 5 | |
| 6 | *T.C. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02109-CRB |
| 7 | *Jane Doe LS 578 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02405-CRB |
| 8 | |
| 9 | *CL 129 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02498-CRB |
| 10 | *A.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02510-CRB |
| 11 | |
| 12 | *J.H. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02526-CRB |
| 13 | *A.J. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02577-CRB |
| 14 | |
| 15 | *Jane Doe NLG (KS) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02616-CRB |
| 16 | |
| 17 | *K.B. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02650-CRB |
| 18 | *N.K. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02681-CRB |
| 19 | |
| 20 | *J.M., v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02689-CRB |
| 21 | *T.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02704-CRB |
| 22 | |
| 23 | *S.F. v. Uber Technologies, Inc., et al.,,* No. 3:25-cv-02708-CRB |
| 24 | *CL 132 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02744-CRB |
| 25 | |
| 26 | *NLG (IM) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02771-CRB |
| 27 | *M.H. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02859-CRB |
| 28 | |

| | |
|---|---|
| 1 | *K.T. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02880-CRB |
| 2 | |
| 3 | *T.P. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03016-CRB |
| 4 | *CL 143 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03260-CRB |
| 5 | |
| 6 | *CL 145 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03262-CRB |
| 7 | *J.P.F. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03289-CRB |
| 8 | |
| 9 | *J.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03364-CRB |
| 10 | *Batterson, Vanessa v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03378-CRB |
| 11 | |
| 12 | *V.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03591-CRB |
| 13 | |
| 14 | *CL 153 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03818-CRB |
| 15 | *Crystal Lugo v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03969-CRB |
| 16 | |
| 17 | *Breanna Donaldson v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03976-CRB |
| 18 | |
| 19 | *C.E. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04100-CRB |
| 20 | *S.S. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04143-CRB |
| 21 | |
| 22 | *W.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04717-CRB |
| 23 | *K.N. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04719-CRB |
| 24 | |
| 25 | *R.H. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04725-CRB |
| 26 | *T.P. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04766-CRB |
| 27 | |
| 28 | |

10

[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

1  *V.R. v. Uber Technologies, Inc., et al.,*
   No. 3:25-cv-04767-CRB

2  *S.K. v. Uber Technologies, Inc., et al.,*
3  No. 3:25-cv-04768-CRB

4  *L.K. v. Uber Technologies, Inc., et al.,*
   No. 3:25-cv-04774-CRB
5
   *B.W. v. Uber Technologies, Inc., et al.,*
6  No. 3:25-cv-04796-CRB

7  *G.G. v. Uber Technologies, Inc., et al.,*
   No. 3:25-cv-04798-CRB
8
   *D.C. v. Uber Technologies, Inc., et al.,*
9  No. 3:25-cv-04851-CRB

10

11

12                          **[PROPOSED] ORDER**

13       Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with PTO

14  10, the Court finds that the Plaintiffs subject to Defendants' Motion have violated Pretrial Order No.

15  10 by failing to provide substantially complete and verified Plaintiff Fact Sheets by the deadline to

16  do so. Plaintiffs' failure to provide substantially complete and verified fact sheets has caused

17  prejudice to Uber.

18       The Court therefore hereby ORDERS as follows:

19       1.      Each Plaintiff subject to Defendants' Motion must provide a substantially complete

20               and verified Plaintiff Fact Sheet as required by Pretrial Order No. 10 within 14 days

21               of this Order.

22       2.      Uber shall submit a declaration within 21 days of this Order, identifying which, if any,

23               Plaintiffs have not complied with the Court's Order as of that date.

24       3.      If any Plaintiffs disagree with their inclusion in Uber's declaration, they shall submit

25               a declaration within 28 days of this Order, identifying the date when such Plaintiffs

26               submitted a substantially complete and verified Plaintiff Fact Sheet.

27       4.      The Court will dismiss with prejudice the claims of any Plaintiff who does not comply

28               with Paragraph 1 of this Order.

11

1  **IT IS SO ORDERED.**

3  Dated: _____, 2025            _____
                                          HON. CHARLES R. BREYER
                                          United States District Court Judge

[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 10
                                                    Case No. 3:23-md-03084-CRB