# EXHIBIT 2

| | |
|---|---|
| **From:** | Andrew Kaufman |
| **To:** | Premo-Hopkins, Mark W.; Roopal P. Luhana |
| **Cc:** | Vartain, Laura; Sarah London; Rachel B. Adams; Steven Cohn; Larsen, Beth; Davidson, Jessica; Carden, Alanna Ruth |
| **Subject:** | RE: Uber"s Motion For Enforcement of the Protective Order |
| **Date:** | Friday, August 22, 2025 1:49:13 PM |

---

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

---

Hi Mark,

You can represent Plaintiffs' position as follows:

> Plaintiffs defer to the Court on the timing of the hearing, but respectfully request that the Court not advance the due date for Plaintiffs' response to the motion, currently set for August 27.

Thanks,

Andrew

**Andrew R. Kaufman**
**GIRARD | SHARP**
415.287.7142 (direct)
415.981.4800 (main)
akaufman@girardsharp.com
www.girardsharp.com

---

**From:** Premo-Hopkins, Mark W. <mark.premohopkins@kirkland.com>
**Sent:** Friday, August 22, 2025 3:42 PM
**To:** Roopal P. Luhana <luhana@chaffinluhana.com>
**Cc:** Vartain, Laura <laura.vartain@kirkland.com>; Sarah London <slondon@girardsharp.com>; Rachel B. Adams <rabrams@peifferwolf.com>; Andrew Kaufman <akaufman@girardsharp.com>; Steven Cohn <cohn@chaffinluhana.com>; Larsen, Beth <beth.larsen@kirkland.com>; Davidson, Jessica <jessica.davidson@kirkland.com>; Carden, Alanna Ruth <alanna.carden@kirkland.com>
**Subject:** Re: Uber's Motion For Enforcement of the Protective Order

EXTERNAL EMAIL
Now with attachment.

Mark Premo-Hopkins, P.C.
---------------------------------------------------------

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco
**T** 415 439 1910
**M** 312 497 6606
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
he / him / his
mark.premohopkins@kirkland.com

On Aug 22, 2025, at 4:40 PM, Premo-Hopkins, Mark W.
<mark.premohopkins@kirkland.com> wrote:

Counsel -

In further follow-up to our meet and confer last night, attached is a motion to set the
hearing on Uber's motion for protective order to coincide with the Cisneros
conference next Thursday.

To the extent counsel are able to cooperate as represented on our call yesterday, I'm
optimistic that we will be able to report that for those attorneys the motion has been
mooted.

Please let us know today if you oppose the motion to reset the hearing date.

**Mark Premo-Hopkins, P.C.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco
**T** 415 439 1910
**M** 312 497 6606
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
he / him / his
mark.premohopkins@kirkland.com

On Aug 22, 2025, at 1:57 PM, Premo-Hopkins, Mark W.
<mark.premohopkins@kirkland.com> wrote:

Roopal -

Following up on our conversation yesterday, below is a list of firms from
whom we would expect the same certification that Uber requested and
that plaintiffs' leadership has agreed to give.

As explained yesterday, some of these firms have already informed us
that they do not intend to provide any further information.

| Anapol Weiss |
| --- |

| |
|---|
| Herzfeld, Suetholz, Gastel, Leniski and Wall, PLLC |
| Justice Law Collaborative |
| Cutter Law PC |
| Cohen Hirsch, LP |
| Williams Hart & Boundas, LLP |
| Nigh Goldenberg Raso & Vaughn |
| Slater Slater Schulman LLP |
| Kenney Conley, PC |
| Levin Simes, LLP |
| Edelson PC |
| Clarkson Law Firm, P.C. |
| Nachawati Law Group |
| Lieff Cabraser Heimann & Bernstein, LLP |
| Pulaski Law Firm, PLLC |
| Harding Mazzotti, LLP |
| Kherkher Garcia |
| Potter Handy, LLP |
| Simmons Hanly Conroy |
| Meyer Wilson |
| Wagstaff Law Firm |
| Christopher Ligori & Associates |
| Simon Greenstone Panatier, P.C. |
| Reich and Binstock, LLP |
| Walkup, Melodia, Kelly & Schoenberger |
| Queenan Law Firm, P.C. |
| Johnson Law Group |
| Erskine & Blackburn, PLLC |
| Davis Bethune Jones |
| D. Miller & Associates, PLLC |
| Grant & Eisenhofer |
| Ben Martin Law Group |
| Daly & Black, P.C. |
| Verhine & Verhine, PLLC |

**Mark Premo-Hopkins, P.C.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco
**T** 415 439 1910
**M** 312 497 6606

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

he / him / his
mark.premohopkins@kirkland.com

On Aug 21, 2025, at 3:39 PM, Premo-Hopkins, Mark W.
<mark.premohopkins@kirkland.com> wrote:

Roopal - can you let me know your response to the email
below and whether there is a time that works for you later
today?

Also - given the parties and the Court's interest in fully
understanding the facts here as soon as possible, would
Plaintiffs join in a note to Judge Cisneros to move the
hearing on Uber's motion from September 30 to September
3 or 4?

**Mark Premo-Hopkins, P.C.**

---------------------------------------------------------

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco
**T** 415 439 1910
**M** 312 497 6606

---------------------------------------------------------

he / him / his
mark.premohopkins@kirkland.com

On Aug 21, 2025, at 11:06 AM, Premo-Hopkins,
Mark W. <mark.premohopkins@kirkland.com>
wrote:

Thanks, Roopal.  Here is a proposed alternative
with some minor changes.

We maintain that we will ultimately need to
obtain certifications from all counsel on the
plaintiffs' side that had access to the materials.

I can be available to discuss starting at 3:30 PT
/ 6:30 ET today.  If that times works, can you
please circulate an invite?

*****UBER DRAFT*****

- Each PSC law firm with
access to MDL shared
document and work product
depositories will conduct an
investigation and report to
Uber's counsel by email the

following:

- o I contacted each employee, contractor, consultant or agent (including expert witnesses) working with [INSERT FIRM NAME HERE], as well as any client who, to best of my knowledge and based on a reasonable investigation, had access to the compilation of sealed documents/exhibits (or a significant subset thereof) submitted in connection with Plaintiffs' summary judgment opposition in the JCCP. Each of the individuals confirmed to me they did not share or in any way provide access, directly or indirectly, to any of the documents referenced in the Article to the New York Times or its agents, either directly or indirectly.  I did not contact consultants, contractors, agents, or experts that I knew were contacted by another law firm.

- o ~~I do not have information suggesting that that any individual identified in paragraph 1 shared or in any way provided access, directly or indirectly, to any of the documents referenced in the~~

~~Article to the New York Times or its agents, either directly or indirectly~~. **I do not have any knowledge or information relating to the identity of any person, entity or organization that was involved in any way - either directly or indirectly - in sharing confidential information with the New York Times**.

OR

- ○ The investigation described in paragraph 1 revealed information concerning the source of this unauthorized disclosure to the New York Times and then describe the circumstances of such disclosure.

1. Reports to Uber's counsel at [email address] are due by [insert reasonable date].

**Mark Premo-Hopkins, P.C.**

-------------------------------------

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco
**T** 415 439 1910
**M** 312 497 6606

-------------------------------------

he / him / his
mark.premohopkins@kirkland.com

---

**From:** Roopal Luhana
<Luhana@chaffinluhana.com>
**Sent:** Wednesday, August 20, 2025 12:14 PM
**To:** Premo-Hopkins, Mark W.
<mark.premohopkins@kirkland.com>

**Cc:** Vartain, Laura
<laura.vartain@kirkland.com>; Sarah London
<slondon@girardsharp.com>; Rachel Abrams
<rabrams@peifferwolf.com>; Andrew Kaufman
<akaufman@girardsharp.com>; Steven Cohn
<cohn@chaffinluhana.com>; Roopal Luhana
<Luhana@chaffinluhana.com>
**Subject:** Re: Uber's Motion For Enforcement of
the Protective Order

Thank you for your e-mail Mark. I'm
available for a call tomorrow to discuss
the matter further. However, as I
mentioned to Laura yesterday and noted
in my emails last week, we should have
met and conferred before the
Defendants filed the Motion to Enforce
the Protective Order. We believe the
Defendants should withdraw their
Motion since the proper meeting and
conferring process was not followed.

To address your concerns, MDL
Leadership is willing to agree to the
following:

- Each PSC law firm with
access to MDL shared
document and work product
depositories will conduct an
investigation and report to
Uber's counsel by email the
following:

    o I contacted each
    employee, contractor,
    consultant or agent
    (including expert
    witnesses) working
    with [INSERT FIRM
    NAME HERE], as well
    as any client who, to
    best of my
    knowledge and based
    on a reasonable
    investigation, had
    access to the

compilation of sealed documents/exhibits (or a significant subset thereof) submitted in connection with Plaintiffs' summary judgment opposition in the JCCP. I did not contact consultants, contractors, agents, or experts that I knew were contacted by another law firm.

o Following reasonable investigation, I do not have information suggesting that that any individual identified in paragraph 1 shared or in any way provided access, directly or indirectly, to any of the documents referenced in the Article to the New York Times or its agents, either directly or indirectly.

OR

o The investigation described in paragraph 1 revealed information concerning the source of this unauthorized disclosure to the New York Times and then describe the circumstances of such disclosure.

2. Reports to Uber's counsel at [email address] are due by [insert reasonable date].

We believe this proposal adequately

addresses the concerns raised.


Best,
Roopal


**Roopal Luhana | Partner**
**E:** Luhana@chaffinluhana.com
**P:** (347) 269-4461

**Serving clients nationwide with offices in CT, NY, PA, and WV.**
<image001.jpg>
ChaffinLuhana.com                    <image002.png>
ChaffinLuhanaFoundation.org

                                     <image003.png>

                                     <image004.png>

                                     <image005.png>


**Mailing Address:**
Chaffin Luhana LLP 600 Third Ave.,
12th Flr. New York, NY 10016

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Premo-Hopkins, Mark W.
<mark.premohopkins@kirkland.com>
**Sent:** Tuesday, August 19, 2025 4:07 PM
**To:** Roopal Luhana
<Luhana@chaffinluhana.com>
**Cc:** Roopal Luhana
<Luhana@chaffinluhana.com>; Vartain, Laura
<laura.vartain@kirkland.com>
**Subject:** Re: Uber's Motion For Enforcement of
the Protective Order

Roopal - apologies for the delay in getting back
to you.  I was traveling internationally for work
and did not get a chance to circle back.

I am happy to connect to discuss.  I understand
from Laura Vartain that you have a proposal for
what plaintiffs' leadership counsel would be
willing to do.  Please send that along in
advance.

Copying Laura here for visibility.

Are you available to discuss tomorrow or
Thursday?

**Mark Premo-Hopkins, P.C.**
--------------------------------------------------
**KIRKLAND & ELLIS LLP**
333 W. Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 2706
**M** +1 312 497 6606
**F** +1 312 862 2200
--------------------------------------------------
he / him / his
mark.premohopkins@kirkland.com

On Aug 14, 2025, at 6:28 PM,
Roopal Luhana
<Luhana@chaffinluhana.com>
wrote:

Hi Mark, I left you a VM on
your cell and work line today

to discuss above. Can you please give me a call when you get a chance? Thanks.

Best,
Roopal

**Roopal Luhana | Partner**
**E:** [Luhana@chaffinluhana.com](mailto:Luhana@chaffinluhana.com)
**P:** (347) 269-4461

**Serving clients nationwide with offices in CT, NY, PA, and WV.**

<image001.jpg>
ChaffinLuhana.com
ChaffinLuhanaFoundation.org

<image002.png>

<image003.png>

<image004.png>

<image005.png>

**Mailing Address:**
Chaffin Luhana LLP 600 Third Ave., 12th Flr. New York, NY 10016

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

The information contained in this communication is confidential, may be attorney-client privileged, may

constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.