# EXHIBIT 3

| Date | Dkt. No. | Description |
|---|---|---|
| 1/11/2024 | 194 | STIPULATION WITH PROPOSED ORDER *Extending Time to Submit Joint or Competing Proposed Orders and Facts Sheets* filed by Rasier, LLC, Rasier-CA, LLC, Uber Technologies, Inc.. (Luskey, Randall) (Filed on 1/11/2024) (Entered: 01/11/2024) |
| 1/11/2024 | 198 | STIPULATION AND ORDER Extending Time to Submit Joint or Competing Proposed Orders and Facts Sheets by Judge Charles R. Breyer: Granting 194 Stipulation. (ls, COURT STAFF) (Filed on 1/11/2024) (Entered: 01/11/2024) |
| 1/16/2024 | 208 | STIPULATION WITH PROPOSED ORDER *Extending Time to File Response to Administrative Motion to Consider Whether Another Party's Material Should Be Sealed* filed by Rasier, LLC, Rasier-CA, LLC, Uber Technologies, Inc.. (Luskey, Randall) (Filed on 1/16/2024) (Entered: 01/16/2024) |
| 1/17/2024 | 209 | Order by Magistrate Judge Lisa J. Cisneros granting 208 Stipulation Extending Time to File Response to Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.(bns, COURT STAFF) (Filed on 1/17/2024) (Entered: 01/17/2024) |
| 1/24/2024 | 222 | STIPULATION WITH PROPOSED ORDER *Regarding Letter Briefing on Production of Documents from Other Sexual Assault Cases Under PTO No. 5 and Extension of Time in Which to Submit Proposed Privilege Log Orders and Proposed Fact Sheets* filed by Rasier, LLC, Rasier-CA, LLC, Uber Technologies, Inc.. (Luskey, Randall) (Filed on 1/24/2024) (Entered: 01/24/2024) |
| 1/24/2024 | 223 | Order by Magistrate Judge Lisa J. Cisneros granting 222 Stipulation Regarding Letter Briefing on Production of Documents from Other Sexual Assault Cases Under PTO No. 5 and Extension of Time in Which to Submit Proposed Privilege Log Orders and Proposed Fact Sheets. Discovery Hearing set for 2/22/2024 at 03:00 PM in San Francisco, - Videoconference Only before Magistrate Judge Lisa J. Cisneros.(bns, COURT STAFF) (Filed on 1/24/2024) (Entered: 01/24/2024) |
| 2/2/2024 | 243 | STIPULATION WITH PROPOSED ORDER *Extending Time to Submit a Joint or Competing ESI Protocol* filed by Rasier, LLC, Rasier-CA, LLC, Uber Technologies, Inc. (Luskey, Randall) (Filed on 2/2/2024) (Entered: 02/02/2024) |
| 2/5/2024 | 247 | ORDER by Judge Lisa J. Cisneros granting 243 STIPULATION EXTENDING TIME TO SUBMIT A JOINT OR COMPETING ESI PROTOCOL. (bns, COURT STAFF) (Filed on 2/5/2024) (Entered: 02/05/2024) |
| 2/6/2024 | 250 | STIPULATION WITH PROPOSED ORDER re: Extended Briefing Schedule and Enlargement of Page Limit for Terms of Use Motion filed by Rasier, LLC, Rasier-CA, LLC, Uber Technologies, Inc.. (Attachments: # 1 Declaration of Randall S. Luskey in Support)(Luskey, Randall) (Filed on 2/6/2024) (Entered: 02/06/2024) |
| 2/7/2024 | 252 | STIPULATION AND ORDER re: Extended Briefing Schedule and Enlargement of Page Limit for Terms of Use Motion by Judge Charles R. Breyer: Granting 250 Stipulation. (ls, COURT STAFF) (Filed on 2/7/2024) (Entered: 02/07/2024) |
| 2/23/2024 | 284 | STIPULATION WITH PROPOSED ORDER *Extending Time to Submit Joint or Competing Deposition and Expert Discovery Protocols* filed by Rasier, LLC, Rasier-CA, LLC, Uber Technologies, Inc.. (Luskey, Randall) (Filed on 2/23/2024) (Entered: 02/23/2024) |
| 2/23/2024 | 285 | Order by Magistrate Judge Lisa J. Cisneros granting 284 Stipulation Extending Time to Submit Joint or Competing Deposition and Expert Discovery Protocols.(ljclc1, COURT STAFF) (Filed on 2/23/2024) (Entered: 02/23/2024) |
| 2/27/2024 | 294 | STIPULATION WITH PROPOSED ORDER *Extending Time for Defendants' Rule 26 Initial Disclosures* filed by Rasier, LLC, Rasier-CA, LLC, Uber Technologies, Inc.. (Luskey, Randall) (Filed on 2/27/2024) (Entered: 02/27/2024) |
| 2/27/2024 | 297 | Order by Magistrate Judge Lisa J. Cisneros granting 294 Stipulation Extending Time for Defendants' Rule 26 Initial Disclosures.(bns, COURT STAFF) (Filed on 2/27/2024) (Entered: 02/27/2024) |
| 2/29/2024 | 313 | STIPULATION WITH PROPOSED ORDER *Extending Time for Proposals Regarding Short Form Complaints* filed by Rasier, LLC, Rasier-CA, LLC, Uber Technologies, Inc.. (Luskey, Randall) (Filed on 2/29/2024) (Entered: 02/29/2024) |
| 3/1/2024 | 315 | STIPULATION AND ORDER Extending Time for Proposals Regarding Short Form Complaints by Judge Charles R. Breyer: Granting 313 Stipulation. (ls, COURT STAFF) (Filed on 3/1/2024) (Entered: 03/01/2024) |
| 3/7/2024 | 334 | STIPULATION WITH PROPOSED ORDER Regarding Extended Briefing Schedule for Terms of Use Motion filed by Rasier, LLC, Rasier-CA, LLC, Uber Technologies, Inc.. (Attachments: # 1 Declaration of Randall S. Luskey)(Luskey, Randall) (Filed on 3/7/2024) (Entered: 03/07/2024) |
| 3/7/2024 | 335 | STIPULATION AND ORDER Regarding Extended Briefing Schedule for Terms of Use Motion by Judge Charles R. Breyer: Granting 334 Stipulation. Plaintiffs Opposition to the Terms of Use Motion shall be due March 12, 2024; Defendants Reply in support of the Terms of Use Motion shall be due April 2, 2024. (ls, COURT STAFF) (Filed on 3/7/2024) (Entered: 03/07/2024) |
| 3/21/2024 | 351 | MOTION to Extend the Deadline for Compliance with the Court's March 15 Order re 344 Order on Motion for Miscellaneous Relief, Order on Discovery Letter Brief filed by Rasier, LLC, Rasier-CA, LLC, Uber Technologies, Inc.. Responses due by 4/4/2024. Replies due by 4/11/2024. (Attachments: # 1 Declaration of Michael B. Shortnacy, # 2 Proposed Order)(Shortnacy, Michael) (Filed on 3/21/2024) (Entered: 03/21/2024) |
| 3/22/2024 | 353 | Order by Magistrate Judge Lisa J. Cisneros granting 351 MOTION TO EXTEND THE DEADLINE FOR COMPLIANCE WITH THE COURTS MARCH 15 ORDER (ECF NO. 344 ).(bns, COURT STAFF) (Filed on 3/22/2024) (Entered: 03/22/2024) |
| 7/17/2024 | 700 | MOTION Extend Cutoff Filing Date submitted by JCCP Plaintiffs filed by Jane Doe F-1, Jane Doe F-2, Jane Doe F-3. Responses due by 7/31/2024. Replies due by 8/7/2024. (Attachments: # 1 Proposed Order)(Cubberly, Walter) (Filed on 7/17/2024) (Entered: 07/17/2024) |
| 7/22/2024 | 709 | ORDER DENYING 700 MOTION TO EXTEND FILING CUTOFF by Judge Charles R. Breyer. (crblc4, COURT STAFF) (Filed on 7/22/2024) (Entered: 07/22/2024) |

| Date | Dkt. No. | Description |
|---|---|---|
| 10/1/2024 | 1691 | Minute Entry for proceedings held before Magistrate Judge Lisa J. Cisneros: Discovery Status Conference held on 10/1/2024 via Zoom.Total Time in Court: 55 minutes. Court Reporter: Debra Pas. Plaintiff Attorney: Roopal Luhana, Chaffin Luhana LLP; Rachel Abrams, Peiffer Wolf Carr Kane Conway & Wise, LLP; Marlene Goldenberg, Nigh Goldenberg Raso & Vaughn.<br>Defendant Attorney: Michael Shortnacy, Patrick Oot, Veronica Gromada and Jeremy Wikler, Shook, Hardy & Bacon LLP.; Mark Price Wolf and Louis Murray, Paul, Weiss, Rifkind, Wharton & Garrison.<br>Results: The Court and the parties discussed potential disputes regarding Uber's privilege logs. The parties continue to meet and confer. If a dispute requires Court intervention, the Court expects the parties to present a limited sample of disputed privilege log entries in the first instance.<br>The Court and the parties discussed validation of Uber's technology-assisted document review, consistent with the ESI Order. Uber indicated that it intends to implement a validation process after production of documents from 20 custodians.<br>The Court and the parties discussed a potential dispute regarding hyperlinked documents, including Plaintiffs' request for Uber to audit its production to ensure that hyperlinked document families have been produced correctly and metadata has been provided. The Court instructed the parties to meet and confer following the conclusion of the status conference.<br>The parties indicated that they intend to file a stipulation to <u>extend</u> certain discovery deadlines.<br>The Court and the parties discussed a dispute regarding production of Uber employee deponents' personnel files. The Court ordered that Uber need not produce background check materials, performance evaluations, or compensation information for deponents unless Plaintiffs present a particularized need for such materials from specific deponents. The parties shall meet and confer regarding any related disputes.<br>The Court and the parties discussed a dispute regarding a subpoena served by Plaintiffs on their own counsel Bret Stanley for materials from previous litigation. The Court indicated that production of relevant documents (but not necessarily all documents) by Stanley would likely promote efficiency. The parties shall meet and confer regarding a potential resolution.<br>(bns, COURT STAFF) (Date Filed: 10/1/2024) (Entered: 10/01/2024) |
| 10/11/2024 | 1745 | STATUS REPORT regarding Defendants' Request to Extend Deadlines by Rasier, LLC, Rasier-CA, LLC, Uber Technologies, Inc.. (Attachments: # 1 Exhibit A)(Shortnacy, Michael) (Filed on 10/11/2024) (Entered: 10/11/2024) |
| 10/11/2024 | 1746 | STATUS REPORT *regarding Defendants' Request to Extend Deadlines* by All Plaintiffs. (Attachments: # 1 Declaration Luhana Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Luhana, Roopal) (Filed on 10/11/2024) (Entered: 10/11/2024) |
| 10/14/2024 | 1747 | ORDER re 1745 Status Report filed by Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC, 1746 Status Report, filed by All Plaintiffs. By October 15, 2024, the parties shall meet and confer regarding Plaintiffs' proposal for timelines for the production of privilege logs and de-designated documents. ECF No. 1746 at 4. By October 16, 2024, the parties shall file a joint report regarding their meet and confer efforts, which includes (a) their agreement(s) or respective positions regarding the extension of deadlines for production, and the timelines Plaintiffs proposed; (b) the deposition schedule for the JCCP and/or this MDL to the extent one has been set by the parties; (c) a chart showing, for each of the 55 custodians, the number of privilege log entries (if known) and the date of that custodian's deposition if it has been set; and (d) Uber's best estimate of the number of custodians that will fall in each of Plaintiff's three proposed categories based on number of privilege log entries, if those totals have not yet been determined conclusively. Signed by Judge Lisa J. Cisneros on 10/14/2024. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (Cisneros, Lisa) (Filed on 10/14/2024) |
| 12/11/2024 | 1944 | STIPULATION WITH PROPOSED ORDER re 1908 Order on Discovery Letter Brief [Extending Time to Provide Certain Privilege Logs] filed by Rasier, LLC, Uber Technologies, Inc.. (Shortnacy, Michael) (Filed on 12/11/2024) (Entered: 12/11/2024) |
| 12/11/2024 | 1945 | ADMINISTRATIVE MOTION for Extension of Time to Provide Custodial Records and Privilege Logs filed by Rasier, LLC, Uber Technologies, Inc.. Responses due by 12/16/2024. (Attachments: # 1 Declaration of Veronica Gromada, # 2 Proposed Order)(Shortnacy, Michael) (Filed on 12/11/2024) (Entered: 12/11/2024) |
| 12/12/2024 | 1946 | ORDER by Magistrate Judge Lisa J. Cisneros: The Court finds Uber's 1945 Administrative Motion to Extend Time suitable for resolution without further briefing. The Court is amenable to granting some degree of extension, but disapproves of Uber's eleventh-hour motion. The last minute request leaves the Court little choice but to either grant relief or consider issuing sanctions for noncompliance, which the circumstances may not warrant. The Court would like the parties to stay focused on quickly completing all discovery in compliance with the Court's orders and to avoid time consuming briefing and distractions. The Motion is GRANTED IN PART, and Uber is ORDERED to produce the digest at issue no later than Saturday, December 14, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ljclc2, COURT STAFF) (Filed on 12/12/2024) (Entered: 12/12/2024) |
| 1/27/2025 | 2147 | STIPULATION WITH PROPOSED ORDER *Extending Time Period for Joint Letter Brief Regarding TAR Dispute* filed by All Plaintiffs. (Luhana, Roopal) (Filed on 1/27/2025) (Entered: 01/27/2025) |
| 1/27/2025 | 2148 | Order by Magistrate Judge Lisa J. Cisneros granting 2147 Stipulation Extending Time Period for Joint Letter Brief Regarding TAR Dispute.(bns, COURT STAFF) (Filed on 1/27/2025) (Entered: 01/27/2025) |
| 1/27/2025 | 2149 | STIPULATION WITH PROPOSED ORDER *Extending Time for Third-Party Plaintiffs to Respond to Motion to Compel Arbitration and Stay Case* filed by Rasier-CA, LLC, Uber Technologies, Inc., Rasier, LLC. (Attachments: # 1 Declaration of Maria Salcedo, # 2 Proposed Order)(Salcedo, Maria) (Filed on 1/27/2025) (Entered: 01/27/2025) |
| 1/28/2025 | 2155 | STIPULATION AND MODIFIED ORDER EXTENDING TIME FOR THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC., RAISER, LLC, AND RAISER-CA, LLC TO RESPOND TO THIRD-PARTY DEFENDANTS MOTION TO COMPEL ARBITRATION AND STAY THE CASE by Judge Charles R. Breyer: Granting (2149) Stipulation in case 3:23-md-03084-CRB; Granting (14) Stipulation in case 3:23-cv-05932-CRB. Motion hearing set for April 11, 2025 at 10:00 a.m. by video conference. (ls, COURT STAFF) (Filed on 1/28/2025) (Entered: 01/28/2025) |

| Date | Dkt. No. | Description |
|---|---|---|
| 1/29/2025 | 2167 | Order by Magistrate Judge Lisa J. Cisneros granting 2164 STIPULATION EXTENDING TIME FOR JOINT LETTER REGARDING HYPERLINKS.(bns, COURT STAFF) (Filed on 1/29/2025) (Entered: 01/29/2025) |
| 2/21/2025 | 2372 | ORDER GRANTING MOTION FOR EXTENSION OF TIME. Signed by Judge Charles R. Breyer. Associated cases: 3:23-md-03084-CRB, 3:23-cv-04731-CRB. (crblc4, COURT STAFF) (Filed on 2/21/2025) (Entered: 02/21/2025) |
| 3/7/2025 | 2446 | ORDER GRANTING MOTION FOR EXTENSION OF TIME. Signed by Judge Charles R. Breyer. Associated cases: 3:23-md-03084; 3:23-cv-04308-CRB. (crblc4, COURT STAFF) (Filed on 3/7/2025) (Entered: 03/07/2025) |
| 3/14/2025 | 2517 | STIPULATION WITH PROPOSED ORDER *Extending Time for Third-Party Plaintiffs to Respond to Third-Party Defendant's Motion to Compel Arbitration and Stay the Case* filed by Rasier, LLC, Rasier-CA, LLC, Uber Technologies, Inc.. (Attachments: # 1 Declaration of Maria Salcedo, # 2 Proposed Order)(Salcedo, Maria) (Filed on 3/14/2025) (Entered: 03/14/2025) |
| 3/17/2025 | 2525 | ORDER GRANTING STIPULATION EXTENDING TIME FOR THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC., RAISER, LLC, AND RAISER-CA, LLC TO RESPOND TO THIRD-PARTY DEFENDANTS MOTION TO COMPEL ARBITRATION AND STAY THE CASE by Judge Charles R. Breyer: Granting 2517 Stipulation. (ls, COURT STAFF) (Filed on 3/17/2025) (Entered: 03/17/2025) |
| 3/26/2025 | 2621 | STIPULATION WITH PROPOSED ORDER *Extending Time for Third-Party Plaintiffs to Respond to Motion to Dismiss and Motion for Protective Order* filed by Rasier, LLC, Rasier-CA, LLC, Uber Technologies, Inc.. (Attachments: # 1 Declaration of Maria Salcedo, # 2 Proposed Order)(Salcedo, Maria) (Filed on 3/26/2025) (Entered: 03/26/2025) |
| 3/27/2025 | 2631 | STIPULATION AND ORDER GRANTING EXTENDING TIME FOR THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC., RAISER, LLC, AND RAISER-CA, LLC TO RESPOND TO THIRD-PARTY DEFENDANTS MOTION TO DISMISS AND MOTION FOR PROTECTIVE ORDER by Judge Charles R. Breyer: Granting (2621) Stipulation in case 3:23-md-03084-CRB; Granting (32) Stipulation in case 3:23-cv-05647-CRB. The March 27, 2025 deadline for Third- Party Plaintiffs to respond to Third-Party Defendants Motion to Dismiss and Motion for Protective Order is extended to April 17, 2025, and Third-Party Defendants deadline to file reply in support of his Motion to Dismiss and Motion for Protective Order is extended to April 24, 2025. (ls, COURT STAFF) (Filed on 3/27/2025) (Entered: 03/27/2025) |
| 4/7/2025 | 2715 | ORDER by Magistrate Judge Lisa J. Cisneros: As reflected in the 2647 Minutes, this Court ordered on March 27, 2025 that "Uber shall file a motion for relief from written discovery no later than April 4, 2025" and "Plaintiffs shall file a response by April 10, 2025." The parties filed a 2713 Joint Letter on April 4, 2025 indicating that they have resolved most issues related to that written discovery and will file a joint letter brief on April 10, 2025 if they are not able to resolve their remaining disputes. The Court construes that Letter as a Stipulated Request for Order Changing Time, and so construed, GRANTS the request. No later than April 10, 2025, the parties shall file a joint letter pursuant to Pretrial Order No. 8 or a status report indicating that they have resolved their disputes. The parties are admonished that private agreements do not serve to extend time set by court orders. See Civ. L.R. 6-1(b). Failure to raise a dispute within the time allowed, in the absence of an extension granted by the Court, may result in waiver.(This is a text-only entry generated by the court. There is no document associated with this entry.) (ljclc2, COURT STAFF) (Filed on 4/7/2025) (Entered: 04/07/2025) |
| 7/18/2025 | 3508 | ORDER by Magistrate Judge Lisa J. Cisneros: Pending before the Court is Defendants' purportedly unopposed 3495 Administrative Motion to modify the briefing schedule for the motion to quash. The representation that the motion is unopposed is unsupported by any evidence, and the request for extensions has not been filed as a stipulation. Therefore, the Court will defer ruling on the motion until the deadline for Plaintiffs' response has passed, Plaintiffs have filed a statement of non-opposition, or Defendants file a supporting declaration attesting that Plaintiffs' counsel were contacted and agreed not to oppose the request.The Court further notes that Defendants have provided no explanation for their need for an extension, as is normally required to modify a scheduling order under Rule 16(b)(4). Defendants may file a declaration explaining their need for an extension no later than noon on July 21, 2025. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ljclc2, COURT STAFF) (Filed on 7/18/2025) (Entered: 07/18/2025) |
| 7/25/2025 | 3575 | Minute Entry for proceedings held before Judge Charles R. Breyer: Further Case Management Conference held on 7/25/2025. The Court extended the deadline for the submission of a letter brief re the order of cases to be tried due by August 12. Also, counsel will include their stance re conducting the trial in different Districts. Further Case Management Conference set for 8/22/2025 at 10:00 AM in San Francisco - Videoconference Only. A Joint Case Management Statement due by August 20, 2025. (Total Time in Court: 30 Minutes)<br>Court Reporter: Kendra Steppler.<br>Plaintiff Attorney: Sarah London, Rachel Abrams, Roopal Luhana.<br>Defendant Attorney: Laura Vartain Horn.<br>(This is a text-only entry generated by the court. There is no document associated with this entry.) (ls, COURT STAFF) (Date Filed: 7/25/2025) (Entered: 07/25/2025) |
| 8/7/2025 | 3656 | STIPULATION AND ORDER REGARDING ECF NO. 3604 by Judge Charles R. Breyer: Granting 3647 Stipulation. Plaintiffs shall be granted an extension to respond to Defendants Motion for Entry Of (1) An Order To Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice. A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts (Motion)(ECF No. 3604) with said Response to be due on or before August 27, 2025; and Defendants Reply in Support of their Motion shall be due on or before September 5, 2025 (ls, COURT STAFF) (Filed on 8/7/2025) (Entered: 08/07/2025) |