UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER RESETTING HEARING DATE FOR MOTION TO ENFORCE PROTECTIVE ORDER** |

Having considered Uber's Motion to Shorten Time to Hearing on Motion for Enforcement of Protective Order, the Court hereby GRANTS the motion.

Accordingly, the Court ORDERS that the hearing on Uber's Motion for Enforcement of Protective Order (ECF 3695) is reset to August 28, 2025, and will coincide with status conference already scheduled on that date.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. LISA J. CISNEROS
United States Magistrate Judge