1   RACHEL B. ABRAMS (Cal Bar No. 209316)
    ADAM B. WOLF (Cal Bar No. 215914)
2   **Peiffer Wolf Carr Kane Conway & Wise, LLP**
    555 Montgomery Street, Suite 820
3   San Francisco, CA 94111
    Telephone: 415.766.3544
4   Facsimile: 415.840.9435
    Email: rabrams@peifferwolf.com
5   Email: awolf@peifferwolf.com

6   TIFFANY R. ELLIS (*Admitted PHV*)
    **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7   15 E. Baltimore Ave.
    Detroit, MI 48202
8   Telephone: 313.210.1559
    Facsimile: 415.840.9435
9   Email: tellis@peifferwolf.com

10  *Counsel for Plaintiff*

11

12              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
13                **SAN FRANCISCO DIVISION**

14  IN RE: UBER TECHNOLOGIES, INC.,        )  No. 3:23-md-03084-CRB
    PASSENGER SEXUAL ASSAULT               )
15  LITIGATION                             )  **NOTICE OF FILING OF NEW ACTION**
                                           )
16                                         )
                                           )
17  _____    )
                                           )
18  *This document relates to:*            )
                                           )
19  *L.M. v. UBER TECHNOLOGIES, INC., et*  )
    *al., 3:25-cv-07062-CRB*               )
20                                         )
                                           )
21                                         )
                                           )

22

23          Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

24  with Jury Demand in the above-referenced action was filed on August 20, 2025.

25  ///

26  ///

27  ///

28

1

Dated: August 25, 2025                    Respectfully submitted,

2

By: */s/ Rachel B. Abrams*
3                                          RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
4                                          **Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
5                                          San Francisco, CA 94111
Telephone: 415.766.3544
6                                          Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
7                                                awolf@peifferwolf.com

8                                          TIFFANY R. ELLIS (*Admitted PHV*)
9                                          **Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
10                                         Detroit, MI 48202
Telephone: 313.210.1559
11                                         Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

12

13                                         *Counsel for Plaintiff*

14

15                          <u>**CERTIFICATE OF SERVICE**</u>

16          I hereby certify that on August 25, 2025, I electronically transmitted the foregoing

17    **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System

18    for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

19

20                                         */s/ Rachel B. Abrams*
Rachel B. Abrams
21

22

23

24

25

26

27

28