**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (888) 875-2889
sluther@wagstafflawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| *This document relates to:*<br><br>G.L. v. UBER TECHNOLIGIES, INC., *et al.* ; 25-CV-07111 | **NOTICE OF FILING OF NEW ACTION** |

    Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 22, 2025.

Dated: August 25, 2025

                                      Respectfully submitted,

                                      */s/ Sommer D. Luther*
                                      Sommer D. Luther, CO 35053
                                      **WAGSTAFF LAW FIRM**
                                      940 Lincoln Street
                                      Denver, CO 80203
                                      Tel: (720) 208-9417
                                      Fax: (888) 875-2889
                                      sluther@wagstafflawfirm.com
                                      Attorney for Plaintiff
                                      *Admitted Pro Hac Vice*

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 25, 2025, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

                              */s/ Sommer D. Luther*
                              Sommer D. Luther