# EXHIBIT A

LAURA VARTAIN HORN (SBN: 258485)
    laura.vartain@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (Pro Hac Vice admitted)
    alli.brown@kirkland.com
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>Judge:    Honorable Charles Breyer<br><br>**DECLARATION OF SCOTT BINNINGS IN SUPPORT OF DEFENDANTS' BRIEF REGARDING AUGUST 8, 2025 CLAWBACK PURSUANT TO SPECIAL MASTER ORDER NO. 4, § III** |

**DECLARATION OF SCOTT BINNINGS**

I, Scott Binnings, having personal knowledge of the following state:

1.    I am the Associate General Counsel, Safety and Core Services, at Uber. I was first employed by Uber in April 2015 and have worked as in-house legal counsel for the past 10 years. My previous positions included Senior Counsel, Regulatory; Senior Counsel, Safety; Legal Director, Safety; Senior Legal Director, Safety; and Senior Legal Director, Safety, Payments, and Risk. In my current role, as has been the case throughout my tenure at Uber, I am responsible for providing legal advice to Uber's leadership and employees related to safety issues, procedures, and policy, among

---

DECLARATION OF SCOTT BINNINGS IN SUPPORT OF DEFENDANTS' BRIEF REGARDING AUGUST 8, 2025
CLAWBACK PURSUANT TO SPECIAL MASTER ORDER NO. 4, § III
    Case No. 3:23-MD-3084-CRB

other legal advice. I offer this Declaration in the above-captioned matter in support of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Brief Regarding August 8, 2025 Clawback Pursuant to Special Master Order No. 4 § III (ECF 2933). The facts set forth herein are true and correct and are based on my own personal knowledge, and I could and would competently testify thereto if called.

    2.    JCCP_MDL_PRIVLOG074265 is a confidential spreadsheet titled "Global-Safety Risk Register Template – ATTORNEY-CLIENT PRIVILEGED." The Google Author is Sean McIntyre, Director of Safety - APAC & EMEA. I was a collaborator on this document, along with my colleagues, Amos Davis, then-Global Senior Counsel; Hannah Nilles, Director, Head of Safety – Americas; and others. This spreadsheet tracked certain safety risks so that the company could identify risk prevention and mitigation efforts. The goal of this document was to pull together examples of risk frameworks that various teams within Uber had established over the years. This was done to support the Uber safety team's establishment of an improved safety management system and protocols for managing safety risk that the Operations team would follow globally, and spanning all lines of business. As in-house counsel, I and Mr. Davis helped to develop this risk tracking framework and provided legal guidance throughout its creation. In addition, we provided our legal advice on certain areas of risks that were important to potential litigation and regulatory concerns. This legal advice is reflected in redacted portions of the spreadsheet, including in the tab for "Risk Matrix," "US&C Risk Tracker, and "Copy of US&C Risk Tracker." For example, Mr. Davis, who reported to me at the time, was responsible for providing legal guidance on how to categorize certain areas of risk. His work was performed at my direction and with my supervision, and his guidance is directly reflected in the redacted portions of the spreadsheet.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

DECLARATION OF SCOTT BINNINGS IN SUPPORT OF DEFENDANTS' BRIEF REGARDING AUGUST 8, 2025 CLAWBACK PURSUANT TO SPECIAL MASTER ORDER NO. 4, § III

Case No. 3:23-MD-3084-CRB

| | |
|---|---|
| Executed on August 22, 2025. | By: /s/ [signature]<br>Scott Binnings |

3

DECLARATION OF SCOTT BINNINGS IN SUPPORT OF DEFENDANTS' BRIEF REGARDING AUGUST 8, 2025 CLAWBACK PURSUANT TO SPECIAL MASTER ORDER NO. 4, § III

Case No. 3:23-MD-3084-CRB