ALLISON M. BROWN (Admitted Pro Hac Vice)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted Pro Hac Vice)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted Pro Hac Vice)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH THE COURT'S AUGUST 8, 2025 ORDER [ECF 3666]** |
| *Jane Doe LS 98 v. Uber Technologies, Inc., et al.,* No. 3:23-cv- 05412-CRB | Judge:  Hon. Charles R. Breyer<br>Courtroom:  6-17th Floor |
| *Jane Doe LS 326 v. Uber Technologies, Inc., et al.,* No. 3:23-cv- 05415-CRB | |
| *Jane Doe LS 245 v. Uber Technologies, Inc., et al.,* No. 3:23-cv- 05944-CRB | |
| *T.W. v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 00559-CRB | |
| *P.K. v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 00572-CRB | |

| | |
|---|---|
| 1 | *D.P. v. Uber Technologies, Inc., et al.,* |
| 2 | No. 3:24-cv- 04449-CRB |
| 3 | *Jane Roe CL 16 v. Uber Technologies,* |
| 4 | *Inc., et al.,* No. 3:24-cv-04837-CRB |
| 5 | *Jane Roe CL 24 v. Uber Technologies,* |
|   | *Inc., et al.,* No. 3:24-cv- 05536-CRB |
| 6 | |
| 7 | *Jane Roe CL 34 v. Uber Technologies,* |
|   | *Inc., et al.,* No. 3:24-cv- 05696-CRB |
| 8 | |
| 9 | *Jane Roe CL 36 v. Uber Technologies,* |
|   | *Inc., et al.,* No. 3:24-cv- 05720-CRB |
| 10 | *Jane Roe CL 37 v. Uber Technologies,* |
|   | *Inc., et al.,* No. 3:24-cv- 05728-CRB |
| 11 | |
| 12 | *Jane Roe CL 38 v. Uber Technologies,* |
|   | *Inc., et al.,* No. 3:24-cv- 05729-CRB |
| 13 | |
| 14 | *Jane Roe CL 42 v. Uber Technologies,* |
|   | *Inc., et al.,* No. 3:24-cv- 05740-CRB |
| 15 | *Jane Roe CL 43 v. Uber Technologies,* |
| 16 | *Inc., et al.,* No. 3:24-cv- 05741-CRB |
| 17 | *Jane Roe CL 48 v. Uber Technologies,* |
|   | *Inc., et al.,* No. 3:24-cv- 05810-CRB |
| 18 | |
| 19 | *Jane Roe CL 53 v. Uber Technologies,* |
|   | *Inc., et al.,* No. 3:24-cv- 05831-CRB |
| 20 | |
| 21 | *Jane Roe CL 56 v. Uber Technologies,* |
|   | *Inc., et al.,* No. 3:24-cv- 05837-CRB |
| 22 | *Jane Doe LS 268 v. Uber Technologies,* |
| 23 | *Inc., et al.,* No. 3:24-cv- 05910-CRB |
| 24 | *Jane Roe CL 65 v. Uber Technologies,* |
|   | *Inc., et al.,* No. 3:24-cv- 06189-CRB |
| 25 | |
| 26 | *Jane Roe CL 70 v. Uber Technologies,* |
|   | *Inc., et al.,* No. 3:24-cv- 06863-CRB |
| 27 | *Jane Roe CL 71 v. Uber Technologies,* |
| 28 | *Inc., et al.,* No. 3:24-cv- 06864-CRB |

*Jane Roe CL 76 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 07569-CRB

*Jane Roe CL 77 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 07571-CRB

*Jane Roe CL 78 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 07584-CRB

*Jane Roe CL 79 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 07857-CRB

*A.J. v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 07929-CRB

*A.R. v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 08177-CRB

*Jane Roe CL 81 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 08521-CRB

*Jane Roe CL 83 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 08525-CRB

*Jane Roe CL 84 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 08526-CRB

*Jane Roe CL 85 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 08754-CRB

*Jane Roe CL 86 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 08756-CRB

*K.J. v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 09059-CRB

*Jane Roe CL 88 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 09145-CRB

*Jane Doe LS 546 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 09186-CRB

*G.C. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09195-CRB

*Jane Doe LS 547 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 09208-CRB

*Jane Doe LS 548 v. Uber Technologies,*

1  *Inc., et al., No. 3:24-cv- 09211-CRB*

2  *Jane Roe CL 91 v. Uber Technologies, Inc., et al., No. 3:24-cv- 09235-CRB*

3

4  *Jane Roe CL 92 v. Uber Technologies, Inc., et al., No. 3:24-cv- 09237-CRB*

5

6  *Jane Roe CL 93 v. Uber Technologies, Inc., et al., No. 3:24-cv- 09549-CRB*

7  *Jane Roe CL 98 v. Uber Technologies, Inc., et al., No. 3:25-cv- 00853-CRB*

8

9  *B.M. v. Uber Technologies, Inc., et al., No. 3:25-cv- 00982-CRB*

10

11 *Jane Roe CL 101 v. Uber Technologies, Inc., et al., No. 3:25-cv- 01118-CRB*

12 *Jane Roe CL 102 v. Uber Technologies, Inc., et al., No. 3:25-cv- 01120-CRB*

13

14 *Jane Doe LS 550 v. Uber Technologies, Inc., et al., No. 3:25-cv- 01327-CRB*

15

16 *Jane Roe CL 103 v. Uber Technologies, Inc., et al., No. 3:25-cv- 01347-CRB*

17

18 *Jane Roe CL 105 v. Uber Technologies, Inc., et al., No. 3:25-cv- 01349-CRB*

19 *Jane Roe CL 107 v. Uber Technologies, Inc., et al., No. 3:25-cv- 01470-CRB*

20

21 *Jane Doe LS 553 v. Uber Technologies, Inc., et al., No. 3:25-cv- 01493-CRB*

22

23 *Jane Roe CL 109 v. Uber Technologies, Inc., et al., No. 3:25-cv- 01652-CRB*

24 *Jane Roe CL 110 v. Uber Technologies, Inc., et al., No. 3:25-cv- 01653-CRB*

25

26 *Jane Doe LS 554 v. Uber Technologies, Inc., et al., No. 3:25-cv- 01693-CRB*

27 *Jane Roe CL 114 v. Uber Technologies, Inc., et al., No. 3:25-cv- 01942-CRB*

28

DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS
NOT IN COMPLIANCE WITH THE COURT'S AUGUST 8, 2025 ORDER    Case No. 3:23-md-03084-CRB

1 | *K.G. v. Uber Technologies, Inc., et al., No. 3:25-cv- 01962-CRB*

2
3 | *TA.W. v. Uber Technologies, Inc., et al., No. 3:25-cv- 01967-CRB*

4
5 | *Jane Roe CL 118 v. Uber Technologies, Inc., et al., No. 3:25-cv- 02132-CRB*

6 | *Jane Roe CL 119 v. Uber Technologies, Inc., et al., No. 3:25-cv- 02133-CRB*

7
8 | *Jane Roe CL 122 v. Uber Technologies, Inc., et al., No. 3:25-cv- 02138-CRB*

9
10 | *Jane Doe LS 580 v. Uber Technologies, Inc., et al., No. 3:25-cv- 02460-CRB*

11
12 | *Jane Roe CL 126 v. Uber Technologies, Inc., et al., No. 3:25-cv- 02495-CRB*

13 | *Jane Roe CL 127 v. Uber Technologies, Inc., et al., No. 3:25-cv- 02496-CRB*

14
15 | *Jane Roe CL 130 v. Uber Technologies, Inc., et al., No. 3:25-cv- 02742-CRB*

16
17 | *Jane Roe CL 131 v. Uber Technologies, Inc., et al., No. 3:25-cv- 02743-CRB*

18
19 | *Jane Roe CL 135 v. Uber Technologies, Inc., et al., No. 3:25-cv- 02747-CRB*

20 | *Jane Doe LS 582 v. Uber Technologies, Inc., et al., No. 3:25-cv- 02792-CRB*

21
22 | *Jane Doe LS 584 v. Uber Technologies, Inc., et al., No. 3:25-cv- 02806-CRB*

23
24 | *Jane Roe CL 137 v. Uber Technologies, Inc., et al., No. 3:25-cv- 03036-CRB*

25 | *Jane Roe CL 138 v. Uber Technologies, Inc., et al., No. 3:25-cv- 03137-CRB*

26
27 | *Jane Doe LS 589 v. Uber Technologies, Inc., et al., No. 3:25-cv- 03216-CRB*

28 | *Jane Doe LS 590 v. Uber Technologies,*

| | |
|---|---|
| *Inc., et al., No. 3:25-cv- 03217-CRB* | |
| *Jane Roe CL 139 v. Uber Technologies, Inc., et al., No. 3:25-cv- 03255-CRB* | |
| *Jane Roe CL 142 v. Uber Technologies, Inc., et al., No. 3:25-cv- 03258-CRB* | |
| *Jane Doe LS 592 v. Uber Technologies, Inc., et al., No. 3:25-cv- 03266-CRB* | |
| *Jane Doe LS 593 v. Uber Technologies, Inc., et al., No. 3:25-cv- 03269-CRB* | |
| *Jane Doe LS 594 v. Uber Technologies, Inc., et al., No. 3:25-cv- 03274-CRB* | |
| *T.G. v. Uber Technologies, Inc., et al., No. 3:25-cv- 03261-CRB* | |

DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS
NOT IN COMPLIANCE WITH THE COURT'S AUGUST 8, 2025 ORDER        Case No. 3:23-md-03084-CRB

# DECLARATION OF MICHAEL B. SHORTNACY

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Los Angeles, CA. I respectfully submit this declaration identifying the plaintiffs that are not in compliance with the Court's August 8, 2025 Order.

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, (collectively, "Uber"). I am a member in good standing of the Bars of the State of California, the State of New York, and the District of Columbia. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so.

3. On August 8, 2025, the Court ordered each Plaintiff subject to Uber's Motion to Dismiss Cases for Failure to Comply with Court Orders to provide a complete and verified Plaintiff Fact Sheet within 14 days of the Order. ECF 3666. The Order therefore compelled compliance by each Plaintiff subject to the Order by August 22, 2025.

4. The Court also ordered counsel for Uber to submit a declaration within 21 days of the Order (*i.e.*, by August 29, 2025), identifying which, if any, Plaintiffs did not comply with the Court's Order.

5. On August 25, 2025, counsel for Uber reviewed MDL Centrality to determine which Plaintiffs subject to the Court's August 8, 2025 Order failed to provide a Plaintiff Fact Sheet as ordered by the Court.

6. Based on counsel for Uber's review of MDL Centrality, the following Plaintiffs have failed to provide a Plaintiff Fact Sheet as ordered by the Court:

| MDLC ID | Case Name | Case Number | Plaintiff Firm |
|---|---|---|---|
| 1179 | Jane Doe LS 98 | 3:23-cv-05412 | Levin Simes |
| 1180 | Jane Doe LS 326 | 3:23-cv-05415 | Levin Simes |
| 1199 | Jane Doe LS 245 | 3:23-cv-05944 | Levin Simes |
| 3501 | D.P. (3) | 3:24-cv-04449 | Meyer Wilson |
| 1778 | Jane Roe CL 16 | 3:24-cv-04837 | Cutter Law |
| 2082 | Jane Roe CL 24 | 3:24-cv-05536 | Cutter Law |
| 2093 | Jane Roe CL 34 | 3:24-cv-05696 | Cutter Law |
| 2095 | Jane Roe CL 36 | 3:24-cv-05720 | Cutter Law |

| MDLC ID | Case Name | Case Number | Plaintiff Firm |
|---|---|---|---|
| 2096 | Jane Roe CL 37 | 3:24-cv-05728 | Cutter Law |
| 2103 | Jane Roe CL 42 | 3:24-cv-05740 | Cutter Law |
| 2104 | Jane Roe CL 43 | 3:24-cv-05741 | Cutter Law |
| 2110 | Jane Roe CL 48 | 3:24-cv-05810 | Cutter Law |
| 2115 | Jane Roe CL 53 | 3:24-cv-05831 | Cutter Law |
| 2118 | Jane Roe CL 56 | 3:24-cv-05837 | Cutter Law |
| 2305 | Jane Doe LS 268 | 3:24-cv-05910 | Levin Simes |
| 2492 | Jane Roe CL 65 | 3:24-cv-06189 | Cutter Law |
| 2600 | Jane Roe CL 71 | 3:24-cv-06864 | Cutter Law |
| 2681 | Jane Roe CL 77 | 3:24-cv-07571 | Cutter Law |
| 2682 | Jane Roe CL 78 | 3:24-cv-07584 | Cutter Law |
| 2683 | Jane Roe CL 79 | 3:24-cv-07587 | Cutter Law |
| 3470 | A.R. (3) | 3:24-cv-08177 | Meyer Wilson |
| 2702 | Jane Roe CL 81 | 3:24-cv-08521 | Cutter Law |
| 2704 | Jane Roe CL 83 | 3:24-cv-08525 | Cutter Law |
| 2705 | Jane Roe CL 84 | 3:24-cv-08526 | Cutter Law |
| 2713 | Jane Roe CL 85 | 3:24-cv-08754 | Cutter Law |
| 2714 | Jane Roe CL 86 | 3:24-cv-08756 | Cutter Law |
| 2727 | K.J. (2) | 3:24-cv-09059 | Wagstaff Law Firm |
| 2778 | Jane Roe CL 88 | 3:24-cv-09145 | Cutter Law |
| 3471 | G.C. (2) | 3:24-cv-09195 | Meyer Wilson |
| 2755 | Jane Doe LS 547 | 3:24-cv-09208 | Levin Simes |
| 2756 | Jane Doe LS 548 | 3:24-cv-09211 | Levin Simes |
| 2781 | Jane Roe CL 91 | 3:24-cv-09235 | Cutter Law |
| 2782 | Jane Roe CL 92 | 3:24-cv-09237 | Cutter Law |
| 2830 | Jane Roe CL 98 | 3:25-cv-00853 | Cutter Law |
| 2948 | Jane Roe CL 101 | 3:25-cv-01118 | Cutter Law |
| 2949 | Jane Roe CL 102 | 3:25-cv-01120 | Cutter Law |
| 2925 | Jane Doe LS 550 | 3:25-cv-01327 | Levin Simes |
| 3250 | Jane Roe CL 107 | 3:25-cv-01470 | Cutter Law |
| 2989 | Jane Doe LS 553 | 3:25-cv-01493 | Levin Simes |
| 3252 | Jane Roe CL 109 | 3:25-cv-01652 | Cutter Law |
| 3253 | Jane Roe CL 110 | 3:25-cv-01653 | Cutter Law |
| 2990 | Jane Doe LS 554 | 3:25-cv-01693 | Levin Simes |
| 3257 | Jane Roe CL 114 | 3:25-cv-01942 | Cutter Law |
| 3063 | K.G. (2) | 3:25-cv-01962 | Wagstaff Law Firm |
| 3065 | TA.W. | 3:25-cv-01967 | Wagstaff Law Firm |
| 3262 | Jane Roe CL 119 | 3:25-cv-02133 | Cutter Law |
| 3265 | Jane Roe CL 122 | 3:25-cv-02138 | Cutter Law |
| 3087 | Jane Doe LS 580 | 3:25-cv-02460 | Levin Simes |
| 3273 | Jane Roe CL 130 | 3:25-cv-02742 | Cutter Law |
| 3178 | Jane Doe LS 582 | 3:25-cv-02792 | Levin Simes |
| 3176 | Jane Doe LS 584 | 3:25-cv-02806 | Levin Simes |
| 3280 | Jane Roe CL 137 | 3:25-cv-03036 | Cutter Law |

| MDLC ID | Case Name | Case Number | Plaintiff Firm |
|---|---|---|---|
| 3239 | Jane Doe LS 589 | 3:25-cv-03216 | Levin Simes |
| 3240 | Jane Doe LS 590 | 3:25-cv-03217 | Levin Simes |
| 3282 | Jane Roe CL 139 | 3:25-cv-03255 | Cutter Law |
| 3242 | Jane Doe LS 592 | 3:25-cv-03266 | Levin Simes |
| 3243 | Jane Doe LS 593 | 3:25-cv-03269 | Levin Simes |
| 3244 | Jane Doe LS 594 | 3:25-cv-03274 | Levin Simes |
| 3324 | T.G. | 3:25-cv-03621 | Wagstaff Law Firm |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2025, in Los Angeles, California.

                                                 */s/Michael B. Shortnacy*
                                                   Michael B. Shortnacy