1  C. Brooks Cutter (SBN 121407)
   Jennifer S. Domer (SBN 305822)
2  Celine Cutter (SBN 312622)
   **CUTTER LAW P.C.**
3  401 Watt Avenue
   Sacramento, CA 95864
4  Telephone: 916-290-9400
   Facsimile: 916-588-9330
5  Email: bcutter@cutterlaw.com
           jdomer@cutterlaw.com
6          ccutter@cutterlaw.com

7
   *Attorneys for ROE CL Plaintiffs*
8

9           **IN THE UNITED STATES DISTRICT COURT**

10          **NORTHERN DISTRICT OF CALIFORNIA**

11

12 IN RE: UBER TECHNOLOGIES,            Case No.: 3:23-md-03084-CRB
   INC., PASSENGER SEXUAL
13 ASSAULT LITIGATION                   Hon. Charles R. Breyer

14 ─────────────────────────────       **PLAINTIFFS' MEMORANDUM
                                        IN SUPPORT OF OPPOSITION
15 This Document Relates to:            TO DEFENDANTS' MOTION TO
                                        DISMISS CASES FOR FAILURE
16 *Jane Roe CL 125 v. Uber Technologies, TO COMPLY WITH COURT
   Inc., et al., No. 3:25-cv-02233-CRB* ORDER**

17 *Jane Roe CL 128 v. Uber Technologies,
   Inc., et al., No. 3:25-cv-02497-CRB*
18                                      Date:  October 3, 2025
   *Jane Roe CL 147 v. Uber Technologies, Time:  10:00 a.m.
19 Inc., et al., No. 3:25-cv-03811-CRB* Courtroom:  6 – 17th Floor

20 *Jane Roe CL 148 v. Uber Technologies,
   Inc., et al., No. 3:25-cv-03812-CRB*
21
   *Jane Roe CL 149 v. Uber Technologies,
22 Inc., et al., No. 3:25-cv-03813-CRB*

23 *Jane Roe CL 150 v. Uber Technologies,
   Inc., et al., No. 3:25-cv-03815-CRB*
24
   *Jane Roe CL 151 v. Uber Technologies,
25 Inc., et al., No. 3:25-cv-03816-CRB*

26 *Jane Roe CL 156 v. Uber Technologies,
   Inc., et al., No. 3:25-cv-03944-CRB*
27
   *Jane Roe CL 158 v. Uber Technologies,
28 Inc., et al., No. 3:25-cv-04038-CRB*

*Jane Roe CL 160 v. Uber Technologies, Inc., et al., No. 3:25-cv-04205-CRB*

*Jane Roe CL 161 v. Uber Technologies, Inc., et al., No. 3:25-cv-04206-CRB*

*Jane Roe CL 163 v. Uber Technologies, Inc., et al., No. 3:25-cv-04386-CRB*

*Jane Roe CL 165 v. Uber Technologies, Inc., et al., No. 3:25-cv-04589-CRB*

*Jane Roe CL 166 v. Uber Technologies, Inc., et al., No. 3:25-cv-04591-CRB*

*Jane Roe CL 167 v. Uber Technologies, Inc., et al., No. 3:25-cv-04670-CRB*

*Jane Roe CL 169 v. Uber Technologies, Inc., et al., No. 3:25-cv-04672-CRB*

*Jane Roe CL 170 v. Uber Technologies, Inc., et al., No. 3:25-cv-04705-CRB*

## I.  INTRODUCTION

On August 11, 2025, Defendants filed a Motion to Dismiss cases of Plaintiffs who did not file a Plaintiff Fact Sheet ("PFS") in connection with Pretrial Order ("PTO") 10. (Doc. 3677). Counsel acknowledges and understands that under PTO 10, the court created procedures and deadlines to produce a PFS. Counsel has diligently attempted to comply with the production of the documents required for the discovery obligation of each of the Plaintiffs addressed in this motion. During the course of litigation, a Plaintiff may become unavailable for a variety of reasons. Counsel has utilized extensive efforts to reach each of the clients, predating the filing of Defendant's motion. (Domer Dec. at ¶ 4). Counsel was able to produce the PFS for five of the missing claimants and is continuing extensive efforts to reach the remaining missing claimants.

## II. ARGUMENT

Counsel has produced PFSs for Jane Roes CL 149, 150, 161, 167, and 169, and should therefore be removed from consideration of Defendants' Motion, rendering their inclusion moot

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

1  as to PTO 10 as a PFS has been produced. Additionally, Counsel is continuing in our efforts to

2  reach the remaining clients as described in the attached Declaration and will continue to do so.

3  <center>**III.    CONCLUSION**</center>

4      For the foregoing reasons, Plaintiffs Jane Roes CL 149, 150, 161, 167, and 169

5  respectfully request that their claims be removed from Defendants' Motion to Dismiss as either

6  having fulfilled their obligation under PTO 10 to submit a PFS.

7

8
   Dated: August 25, 2025              CUTTER LAW P.C.
9

10                          By:  */s/ Jennifer S. Domer*

11                              Jennifer S. Domer (SBN 305822)
                                C. Brooks Cutter (SBN 121407)
12                              Celine Cutter (SBN 312622)
                                **CUTTER LAW P.C.**
13                              401 Watt Avenue
                                Sacramento, CA 95864
14                              Telephone: 916-290-9400
                                Facsimile: 916-588-9330
15                              Email: bcutter@cutterlaw.com
                                        jdomer@cutterlaw.com
16                                      ccutter@cutterlaw.com

17                              *Attorneys for ROE CL Plaintiffs*

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

1

## **CERTIFICATE OF SERVICE**

2

      I hereby certify that, on August 25, 2025, I electronically filed the following

3

with the Clerk of the Court using the CM/ECF system, which will send notification

4

of such filing via electronic mail to all counsel of record as maintained in the

5

CM/ECF electronic system.

6

7

Dated: August 25, 2025          CUTTER LAW P.C.

8

             By:  */s/ Jennifer S. Domer*

9

10

          C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)

11

Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**

12

401 Watt Avenue
Sacramento, CA 95864

13

Telephone: 916-290-9400
Facsimile: 916-588-9330

14

Email: bcutter@cutterlaw.com
        jdomer@cutterlaw.com

15

        ccutter@cutterlaw.com

16

          *Attorneys for ROE CL Plaintiffs*

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS