# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**AFFIDAVIT OF TIFFANY R. ELLIS IN SUPPORT OF PLAINTIFFS' LIST OF DISPUTED ENTRIES FOR SPECIAL MASTER REVIEW**<br><br>Judge: Honorable Barbara S. Jones |

I, Tiffany R. Ellis, hereby declare as follows:

1. I am a partner of Peiffer Wolf Carr Kane Conway & Wise, an attorney licensed in the States of Michigan and Illinois and duly admitted to practice before this Court, representing Plaintiffs in the above caption action.

2. I submit this declaration in support of Plaintiffs' List of Disputed Entries from Defendants' August 8, 2025 and August 11, 2025 clawback notices that were submitted for Master Review on August 22, 2025.

3. Plaintiffs incorporate the Discovery Letter Brief Regarding Disputed Entries for Master Review filed by All Plaintiffs on March 4, 2025. *See* ECF No. 2434. Plaintiffs incorporate the brief to support the specific reasons each entry on Plaintiffs' List of Disputed Entries from Defendants' August 8, 2025 and August 11, 2025 clawback notices were challenged. The Brief included the general background of the privilege dispute process to date, the legal standard for Plaintiffs raising challenges to Defendants' privilege log entries, and a general argument for the challenges Plaintiffs raised.

**Uber's August 8, 2025 and August 11, 2025 clawback notices**

4. On August 8, 2025, Defendants provided a clawback notice for UBER_JCCP_MDL_003266523 (JCCP_MDL_PRIVLOG074265), UBER_JCCP_MDL_000886031 (JCCP_MDL_PRIVLOG110283), and UBER_JCCP_MDL_003028890 (JCCP_MDL_PRIVLOG110284).

5. On August 11, 2025, Defendants produced an updated clawback notice with revised privilege log.

6. On August 13, 2025, Plaintiffs sent Defendants challenges to all three of the clawback documents.

7. The Parties met on August 20, 2025. During that meeting, counsel for Uber indicated they might reconsider their position on two of the entries (JCCP_MDL_PRIVLOG074265 and JCCP_MDL_PRIVLOG110283) but needed to confer with their client. To date, Defendants have not provided any update

8. On August 22, 2025, Plaintiffs submitted the three entries for Master review.

Plaintiffs also requested expedited review of UBER_JCCP_MDL_003028890 (JCCP_MDL_PRIVLOG110284). The Master determined this document to be privileged on August 24, 2025.

9. The remaining two documents should be produced with redactions.

10. UBER_JCCP_MDL_003266523 (JCCP_MDL_PRIVLOG074265) is a spreadsheet where most of the data relates to business concepts. During the August 6, 2025 deposition of Hannah Nilles, Uber's counsel stated that Uber's asserted claim to privilege only applies to a "portion of the document" and expressly stated that multiple columns "are legitimate portions of the document that can be questioned about." H. Nilles 8/6/25 Depo. Tr. at 839-840; see also id. at 843-844 (Uber's counsel: "[T]here are columns ... that do not contain privileged information" and "are certainly open and subject to questioning in this deposition on their contents.") and 846-846 (legal advice not received on topics in "every single cell," identifying only one part of column N, row 66, as cell that "reflect[s] legal guidance"). (Plaintiffs can provide to Special Master if needed.)

11. UBER_JCCP_MDL_000886031 (JCCP_MDL_PRIVLOG110283) contains notes for both attorneys and non-attorneys authored by a non-attorney. In addition, a version of this same document has already been presented to Master Jones, who directed Uber to produce it with Uber's proposed redactions, and Uber produced that document with only minor redactions (JCCP_MDL_PRIVLOG014931, UBER_JCCP_MDL_004014302), demonstrating that this document is not privileged in its entirety.

Executed this 25th day of August 2025 in Detroit, Michigan.

/s/ *Tiffany R. Ellis*
Tiffany R. Ellis

AFFIDAVIT OF TIFFANY R. ELLIS IN SUPPORT OF PLAINTIFFS' LIST OF DISPUTED ENTRIES FOR SPECIAL MASTER REVIEW