# Exhibit A

To the August 2025 Joint Status Report

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Name | Case(s) | Dep Date | Notes |
| 2 | Chad Fogg | All MDL | 2/5/2025 | Completed |
| 3 | Cory Freivogel | All MDL | 2/6/2025 | Completed |
| 4 | Nairi Hourdajjian | All MDL | 2/7/2025 | Completed |
| 5 | Kate Parker | All MDL | 2/14/2025 | Completed |
| 6 | David Richter | All MDL | 2/24/2025 | Completed |
| 7 | Meghan Joyce | All MDL | 2/26/2025 | Completed |
| 8 | Jenny Luu | All MDL | 2/27/2025 | Completed |
| 9 | Kayla Whaling | All MDL | 2/28/2025 | Completed |
| 10 | Tracey Breeden | All MDL | 3/13/2025, 3/14/2025 | Completed |
| 11 | Carley Lake | All MDL | 3/20/2025, 3/21/2025 | Completed |
| 12 | Jordan Burke | All MDL | 3/20/2025, 3/21/2025 | Completed |
| 13 | Michael Sullivan | All MDL | 3/26/2025 | Completed |
| 14 | Gus Fuldner | All MDL | 3/26/2025, 3/27/2025, 4/29/2025 | Completed |
| 15 | Dennis Cinelli | All MDL | 3/28/2025 | Completed |
| 16 | Cassandra Hawk | All MDL | 4/8/2025 | Completed |
| 17 | Rachel Holt | All MDL | 4/9/2025 | Completed |
| 18 | Andrew Hasbun | All MDL | 4/10/2025, 4/11/2025 | Completed |
| 19 | Valerie Shuping | All MDL | 4/17/2025, 4/18/2025 | Completed |
| 20 | Roger Kaiser | All MDL | 4/22/2025 | Completed |
| 21 | Katy McDonald (30(b)(6)) | All MDL | 4/25/2025 | Completed |
| 22 | Brooke Anderson | All MDL | 5/5/2025, 5/6/2025 | Completed |
| 23 | Katy McDonald | All MDL | 5/7/2025 | Completed |
| 24 | Frank Chang | All MDL | 5/9/2025 | Completed |
| 25 | Bushra Faiz | All MDL | 5/13/2025 | Completed |
| 26 | Ryan Graves | All MDL | 5/13/2025 | Completed |
| 27 | Danielle Sheridan | All MDL | 5/15/2025, 5/16/2025 | Completed |
| 28 | Mike Akamine | All MDL | 5/19/2025, 5/20/2025 | Completed |
| 29 | Sachin Kansal | All MDL | 5/28/2025 | Completed |
| 30 | Pat Twomey | All MDL | 5/29/2025 | Completed |
| 31 | Cameron Poetzcher | All MDL | 6/4/2025 | Completed |
| 32 | Catherine Gibbons | All MDL | 6/5/2025 | Completed |
| 33 | Heather Childs Individual & (30(b)(6)) | All MDL; Wave 1 Case Specific | 6/5/2025 | Completed |
| 34 | Lizzie Ross (30(b)(6)) | All MDL | 6/11/2025, 6/12/2025 | Completed |
| 35 | L.L. | B.L. Case No. 3:24-cv-07940 | 6/12/2025 | Completed |
| 36 | M.M. | B.L. Case No. 3:24-cv-07940 | 6/13/2025 | Completed |
| 37 | Greg Brown (30(b)(6)) | All MDL | 6/17/2025 | Completed |
| 38 | Jill Hazelbaker | All MDL | 6/17/2025 | Completed |
| 39 | Ikechukwu R. Ogbu, MD | B.L. Case No. 3:24-cv-07940 | 6/19/2025 | Completed |
| 40 | S.C. | B.L. Case No. 3:24-cv-07940 | 6/19/2025 | Completed |
| 41 | A.L. | WHB 1876 Case No. 3:24-cv-05230 | 6/20/2025 | Completed |
| 42 | A.S. | WHB 1876 Case No. 3:24-cv-05230 | 6/23/2025 | Completed |
| 43 | D.T. | WHB 1876 Case No. 3:24-cv-05230 | 6/23/2025 | Completed |
| 44 | L.L. | B.L. Case No. 3:24-cv-07940 | 6/24/2025 | Completed |
| 45 | D.F.S. | J.D. Case No. 3:23-cv-06708 | 6/25/2025 | Completed |
| 46 | E.M. | LCHB128, Case No. 3:24-cv-07019 | 6/25/2025 | Completed |
| 47 | B.L. | B.L. Case No. 3:24-cv-07940 | 6/25/2025 | Completed |
| 48 | Joe Sullivan | All MDL | 6/25/2025 | Completed |
| 49 | Sunny Wong (30(b)(6)) | All MDL | 6/25/2025 | Completed |
| 50 | E.G. | J.D. Case No. 3:23-cv-06708 | 6/25/2025 | Completed |
| 51 | N.R. | J.D. Case No. 3:23-cv-06708 | 6/26/2025 | Completed |
| 52 | O.R. | J.D. Case No. 3:23-cv-06708 | 6/26/2025 | Completed |
| 53 | D.H. | B.L. Case No. 3:24-cv-07940 | 6/26/2025 | Completed |
| 54 | Andrew Colton | B.L. Case No. 3:24-cv-07940 | 6/26/2025 | Completed |
| 55 | Edith Fong | B.L. Case No. 3:24-cv-07940 | 6/27/2025 | Completed |
| 56 | H.S. | B.L. Case No. 3:24-cv-07940 | 6/27/2025 | Completed |
| 57 | J.D. | J.D. Case No. 3:23-cv-06708 | 6/27/2025 | Completed |
| 58 | B.F. | J.D. Case No. 3:23-cv-06708 | 6/30/2025 | Completed |
| 59 | J.P. | J.D. Case No. 3:23-cv-06708 | 6/30/2025 | Completed |
| 60 | Hannah Nilles (30(b)(6)) | All MDL | 6/30/2025 | Completed |
| 61 | Kate Classen | B.L. Case No. 3:24-cv-07940 | 6/30/2025 | Completed |

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | Name | Case(s) | Dep Date | Notes |
| 62 | P.L. | B.L. Case No. 3:24-cv-07940 | 7/1/2025 | Completed |
| 63 | A.R. | A.R. Case No. 3:24-cv-07821 | 7/1/2025 | Completed |
| 64 | Dara Khosrowshahi | All MDL | 7/1/2025 | Completed |
| 65 | B.S. | LCHB128, Case No. 3:24-cv-07019 | 7/2/2025 | Completed |
| 66 | Allison Cissna | Wave 1 Case Specific | 7/2/2025 | Completed |
| 67 | Travis Kalanick | All MDL | 7/3/2025 | Completed |
| 68 | M.M. | LCHB128, Case No. 3:24-cv-07019 | 7/3/2025 | Completed |
| 69 | R.S. | WHB 1876 Case No. 3:24-cv-05230 | 7/8/2025 | Completed |
| 70 | I.E. | A.R. Case No. 3:24-cv-07821 | 7/8/2025 | Completed |
| 71 | Dominea Lopez | LCHB128, Case No. 3:24-cv-07019 | 7/9/2025 | Failed to Appear - New Date TBD |
| 72 | E.M. | A.R. Case No. 3:24-cv-07821 | 7/9/2025 | Completed |
| 73 | Sergio Aguirre-Sanchez | LCHB128, Case No. 3:24-cv-07019 | 7/10/2025 | Completed |
| 74 | G.S. | LCHB128, Case No. 3:24-cv-07019 | 7/10/2025 | Completed |
| 75 | Hannah Nilles (30(b)(6)) | Wave 1 Case Specific | 7/10/2025 | Completed |
| 76 | J.M. | A.R. Case No. 3:24-cv-07821 | 7/10/2025 | Completed |
| 77 | Marissa Peterson | Wave 1 Case Specific | 7/10/2025 | Completed |
| 78 | Rick Earle | Wave 1 Case Specific | 7/10/2025 | Completed |
| 79 | B.M. | WHB 832, Case No. 3:24-cv-04900 | 7/10/2025 | Completed |
| 80 | Deepika L | Wave 1 Case Specific | 7/11/2025 | Completed |
| 81 | O.K. | A.R. Case No. 3:24-cv-07821 | 7/11/2025 | Completed |
| 82 | Todd Gaddis (30(b)(6)) | All MDL | 7/11/2025 | Completed |
| 83 | H.R. | A.R. Case No. 3:24-cv-07821 | 7/14/2025 | Completed |
| 84 | S.R. | A.R. Case No. 3:24-cv-07821 | 7/14/2025 | Completed |
| 85 | Francisca Ogu | B.L. Case No. 3:24-cv-07940 | 7/14/2025 | Completed |
| 86 | Greg Brown (30(b)(6)) | Wave 1 Case Specific | 7/15/2025; 7/16/2025 | Completed (still open, see below) |
| 87 | C.M. | LCHB128, Case No. 3:24-cv-07019 | 7/15/2025 | Completed |
| 88 | Mariana Esteves (30(b)(6)) | All MDL; Wave 1 Case Specific | 7/15/2025 | Completed (still open, see below) |
| 89 | N.Y. | WHB 832, Case No. 3:24-cv-04900 | 7/17/2025 | Completed |
| 90 | S.M. | J.D. Case No. 3:23-cv-06708 | 7/22/2025 | Completed |
| 91 | Hannah Nilles (30(b)(6)) | All MDL | 7/23/2025 | Completed |
| 92 | Sunny Wong (30(b)(6)) | Wave 1 Case Specific | 7/23/2025 | Completed (still open, see below) |
| 93 | Hassan Turay | J.D. Case No. 3:23-cv-06708 | 7/23/2025 | Completed |
| 94 | A.W. | WHB 832, Case No. 3:24-cv-04900 | 7/23/2025 | Completed |
| 95 | Jessica Weaver | J.D. Case No. 3:23-cv-06708 | 7/24/2025 | Completed |
| 96 | Officer Adam Cordova | J.D. Case No. 3:23-cv-06708 | 7/25/2025 | Subpoena Date |
| 97 | Sarita Molinar | B.L. Case No. 3:24-cv-07940 | 7/25/2025 | Completed |
| 98 | R.S. | A.R. Case No. 3:24-cv-07821 | 7/28/2025 | Completed |
| 99 | Sara Pickard, M.D | A.R. Case No. 3:24-cv-07821 | 7/30/2025 | Completed |
| 100 | T.L. | WHB 832, Case No. 3:24-cv-04900 | 7/31/2025 | Completed |
| 101 | Jamie Brown (30(b)(6) | Wave 1 Case Specific | 8/6/2026 | Completed |
| 102 | Alexander Patsiornik | A.R. Case No. 3:24-cv-07821 | 8/7/2025 | Completed |
| 103 | M.M. | WHB 832, Case No. 3:24-cv-04900 | 8/7/2025 | Completed |
| 104 | Hannah Nilles (30(b)(6)) | Wave 1 Case Specific | 8/7/2025 | Completed |
| 105 | Chad Dobbs | All MDL | 8/21/2025 | Completed |
| 106 | Greg Brown (30(b)(6)) | Wave 1 Case Specific | 8/25/2025; 8/26/2025 | Confirmed |
| 107 | Mariana Esteves (30(b)(6)) | All MDL; Wave 1 Case Specific | 8/28/2025 | Confirmed |
| 108 | Jenny Smith, M.D. | WHB 832, Case No. 3:24-cv-04900 | 8/29/2025 | Confirmed |
| 109 | Sunny Wong (30(b)(6)) | Wave 1 Case Specific | 9/9/2025 | Confirmed |
| 110 | | | | |
| 111 | | | | |