1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
|---|---|
| This Document Relates to: ALL WAVE 1 BELLWETHER CASES | **DECLARATION OF SARAH R. LONDON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND EXPERT DISCOVERY DEADLINES FOR WAVE 1 BELLWETHER CASES**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17 Floor |

I, Sarah R. London, declare:

1. I am an attorney in the law firm of Girard Sharp LLP, appointed Co-Lead and Liaison Counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. On May 1, 2025, the Court issued Pretrial Order No. 26: Bellwether Trial Wave 1 Case Assignments and Discovery Schedule. PTO 26 required the parties to exchange expert reports by August 8, 2025 and rebuttal expert reports by September 8, 2025.

3. PTO 26 was modified by Stipulation and Court Order to require the parties to submit expert reports by August 22, 2025, and rebuttal expert reports by September 22, 2025. ECF 3533.

4. PTO 26 was further modified by Stipulation and Court Order to require the parties to submit expert reports by August 29 and rebuttal expert reports by September 29. ECF 3705.

5. At the August 22, 2025 Case Management Conference, the Court informed the parties that the first bellwether trial will begin on January 6, 2026, rather than December 8, 2025. ECF 3725.

6. Plaintiffs sent Defendants proposed adjustments to the schedule on Friday, August 22, and discussed this proposal with Defense Counsel via phone call on Saturday, August 23 to request that Uber agree to the limited stipulation to extend the expert deadlines.

7. Plaintiffs sent Defendants a draft stipulation regarding the expert discovery deadlines on Monday, August 25, 2025.

8. On Monday, August 25, 2025, counsel for Defendants informed Plaintiffs that they were not able to sign off on the proposed stipulation by the end of the day, but hoped to obtain client consent the next day.

9. Plaintiffs have been working diligently to meet the August 29, 2025 deadline for expert reports.

10. The parties are still working to complete crucial outstanding fact discovery that will affect the substance of Plaintiffs' opening expert reports.

11. Several 30(b)(6) depositions that involve substantive issues central to the Trial Wave 1 cases have been scheduled for August 26, August 28, August 29, and September 9.

12. To streamline the deposition process, Plaintiffs agreed to withdraw certain 30(b)(6) deposition topics in exchange for written interrogatory responses from Defendants.

13. Defendants served unsatisfactory interrogatory responses on August 18, 2025 and the parties continue to confer on this matter.

14. The parties continue to confer on Plaintiffs request for information regarding a safety initiative in response to a 30(b)(6) deposition on July 23, 2025 that revealed that this information was "readily available" to Uber.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of August, 2025 in San Anselmo, California.

/s/ Sarah R. London
Sarah R. London