UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND EXPERT DISCOVERY DEADLINES FOR WAVE 1 BELLWETHER CASES** |
|---|---|
| This Document Relates to:<br><br>ALL WAVE 1 BELLWETHER CASES | |

# [PROPOSED] ORDER

Having considered Plaintiffs' Administrative Motion to Extend Expert Discovery Deadlines for Wave 1 Bellwether Cases, the Court ORDERS the following deadlines set by Pretrial Order No. 26 and modified by ECF 3533 and 3705 be extended as follows:

<u>For Wave 1 Bellwether Cases B.L., A.R.2, Dean, LCHB128, and WHB 823:</u>

1. The deadline to submit expert reports is extended to September 12, 2025.
2. The deadline to submit rebuttal reports is extended to October 13, 2025.

Further, the parties are ORDERED to submit a proposed revised pretrial schedule for these five cases reflecting this extension and modifying remaining dates appropriately within three days.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Charles R. Breyer
United States District Judge

1

[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND EXPERT DISCOVERY DEADLINES FOR WAVE 1 BELLWETHER CASES
Case No. 3:23-md-03084-CRB