Steve Schulte (TX SBN 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, TX 75231
Phone: (214) 890-0711
Direct: (972) 581-9778
schulte@ntrial.com
jraggio@ntrial.com
afurness@ntrial.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | MDL No. 3:23-md-03084-CRB |
| | Honorable Charles R. Breyer |
| **This Document Relates to:** | |
| | Case No.: 3:24-cv-08622 |
| **JANE DOE (J.V.),** an Individual**,** *Plaintiff,* vs. | **ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF J.V.** |
| **UBER TECHNOLOGIES, INC.** a Delaware Corporation; **RASIER, LLC**, a Delaware Limited Liability Company, **RASIER-CA, LLC,** a Delaware Limited Liability Company, and Does 1 through 50, Inclusive, et al. *Defendants*. | |

This matter comes before the Court on the Motion of Nachawati Law Group ("NLG") to withdraw as counsel of record for Plaintiff C.H. in the above-referenced civil action pursuant to Local Rule 11-5.

1. NLG's Motion is GRANTED. NLG and its attorneys are terminated as counsel of record for Plaintiff J.V. NLG and its attorneys are no longer responsible for the representation of Plaintiff J.V.

1

2. Pursuant to Local Rule 11-5(b), NLG is ordered to serve all notices, papers, or pleadings on Plaintiff by regular mail until such time as Plaintiff may appear *pro se* or other counsel may appear on her behalf.

**IT IS SO ORDERED.**

Dated: _____   _____
HON. CHARLES R. BREYER
United States District Court Judge