Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates To:<br><br>ALL WAVE 1 BELLWETHER CASES | Case No. 3:23-md-03084-CRB<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND EXPERT DISCOVERY DEADLINES FOR WAVE 1 BELLWETHER CASES**<br><br>Judge:    Hon. Charles R. Breyer<br>Courtroom:    6 – 17 Floor |

Under Civil Local Rule 7-7(e), Plaintiffs respectfully withdraw the Administrative Motion and Proposed Order to Extend Expert Discovery Deadlines for Wave 1 Bellwether Cases (ECF 3747). The motion is mooted by the joint Stipulation with Proposed Order to Reset Pretrial Deadlines (ECF 3751).

Dated: August 26, 2025

By: */s/ Sarah R. London*

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Plaintiffs' Co-Lead Counsel*

**FILER'S ATTESTATION**

I, Maya Kalonia, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: August 26, 2025                               */s/ Maya Kalonia*
                                                      Maya Kalonia