Steve Schulte (TX SBN 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, TX  75231
Phone: (214) 890-0711
Direct: (972) 581-9778
schulte@ntrial.com
jraggio@ntrial.com
afurness@ntrial.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>**This Document Relates to:**<br><br>**JANE DOE (A.B.),** an Individual,<br>    *Plaintiff,*<br>vs.<br><br>**UBER TECHNOLOGIES, INC.** a Delaware Corporation;<br>**RASIER, LLC**, a Delaware Limited Liability Company,<br>**RASIER-CA, LLC,** a Delaware Limited Liability Company, and Does 1 through 50, Inclusive, et al.<br>    *Defendants*. | MDL No. 3:23-md-03084-CRB<br><br>**Honorable Charles R. Breyer**<br><br>**Case No.: No. 3:25-cv-01079**<br><br>**ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF A.B.** |

This matter comes before the Court on the Motion of Nachawati Law Group ("NLG") to withdraw as counsel of record for Plaintiff C.H. in the above-referenced civil action pursuant to Local Rule 11-5.

1. NLG's Motion is GRANTED. NLG and its attorneys are terminated as counsel of record for Plaintiff A.B. NLG and its attorneys are no longer responsible for the representation of Plaintiff A.B.

1

2. Pursuant to Local Rule 11-5(b), NLG is ordered to serve all notices, papers, or pleadings on Plaintiff by regular mail until such time as Plaintiff may appear *pro se* or other counsel may appear on her behalf.

**IT IS SO ORDERED.**

Dated: _____        _____
                                         HON. CHARLES R. BREYER
                                         United States District Court Judge