William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB  **DECLARATION OF WILLIAM A. LEVIN IN SUPPORT OF LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER** |
| This Document Relates to: *Jane Roe CL 125 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02233-CRB  *Jane Roe CL 128 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02497-CRB  *L.L. (5) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03742-CRB  *Roe CL 148 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03812-CRB  *Roe CL 147 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03811-CRB  *Roe CL 149 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03813-CRB | Judge: Honorable Charles R. Breyer  Date: August 22, 2025  Time: 10:00 a.m.  Courtroom: 6 – 17th Floor |

1  *Roe CL 150 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03815-CRB

2
3  *Jane Roe CL 151 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03816-CRB

4  *Jane Doe CL 156 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03944-CRB
5

6  *Jane Roe CL 158 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04038-CRB

7
8  *Jane Roe CL 160 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04205-CRB

9  *Jane Roe CL 161 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04206-CRB
10

11 *Jane Roe CL 163 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04386-CRB
12

13 *T.S. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-00635-CRB

14
15 *C.B. (2) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01961-CRB

16 *Jane Doe LS 596 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04069-CRB
17

18 *Jane Doe LS 597 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04070-CRB
19

20 *Jane Doe LS 598 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04071-CRB

21
22 *Jane Roe Cl 165 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04589-CRB

23 *Jane Roe Cl 166 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04591-CRB
24

25 *S.Y. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04629-CRB

26
27 *Jane Doe LS 600 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04631-CRB

28

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

1  *T.T. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04647-CRB

2
3  *Jane Roe CL 167 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04670-CRB

4
5  *Jane Roe CL 169 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04672-CRB

6  *Jane Doe LS 601 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04699-CRB

7
8  *Jane Roe Cl 170 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04705-CRB

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

3

CASE NO. 3:23-MD-03084-CRB    DECL. OF WILLIAM A. LEVIN ISO LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER

I, William A. Levin declare as follows:

1. I am an attorney who is duly licensed to practice law before all courts of the State of California. I am a partner the law firm Levin Simes LLP, and counsel of record for Jane Doe LSA and Jane Doe LS Plaintiffs in MDL No. 3084. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2. This declaration is made in support of Levin Simes Plaintiffs' Opposition to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss Cases for Failure to Comply with Discovery Order.

3. Jane Doe LS 600's fact sheet was produced on August 14, 2025.

4. Jane Doe LS 596, is a client whose case was concurrently filed with another firm, the Levin Simes case will be dismissed.

5. Our office has made significant effort to reach these efforts including numerous phone calls, emails, texts, written letters, and address searches, as well as hiring investigators.

6. Uber brought a similar request in the JCCP before Judge Schulman. Judge Schulman denied the request because the cases were stayed, and bellwethers were already selected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 26, 2025, in San Francisco, California.

Respectfully Submitted,

**LEVIN SIMES LLP**

*/s/ William A. Levin*
William A. Levin
*Attorney for LS Plaintiffs*

4

CASE NO. 3:23-MD-03084-CRB   DECL. OF WILLIAM A. LEVIN ISO LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER