UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Roe CL 125 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02233-CRB<br><br>*Jane Roe CL 128 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02497-CRB<br><br>*L.L. (5) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03742-CRB<br><br>*Roe CL 148 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03812-CRB<br><br>*Roe CL 147 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03811-CRB<br><br>*Roe CL 149 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03813-CRB<br><br>*Roe CL 150 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03815-CRB<br><br>*Jane Roe CL 151 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03816-CRB<br><br>*Jane Doe CL 156 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03944-CRB<br><br>*Jane Roe CL 158 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04038-CRB<br><br>*Jane Roe CL 160 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04205-CRB | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>Judge: Honorable Charles R. Breyer<br>Date: August 22, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

1

Case No. 3:23-md-03084-CRB    [PROPOSED] ORDER RE: DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER

1   *Jane Roe CL 161 v. Uber Technologies,*
2   *Inc., et al., No. 3:25-cv-04206-CRB*

3   *Jane Roe CL 163 v. Uber Technologies,*
    *Inc., et al., No. 3:25-cv-04386-CRB*
4

5   *T.S. v. Uber Technologies, Inc.,*
    *et al., No. 3:24-cv-00635-CRB*

6
    *C.B. (2) v. Uber Technologies, Inc., et al.,*
7   *No. 3:25-cv-01961-CRB*

8   *Jane Doe LS 596 v. Uber Technologies,*
    *Inc., et al., No. 3:25-cv-04069-CRB*
9

10  *Jane Doe LS 597 v. Uber Technologies,*
    *Inc., et al.,* No. 3:25-cv-04070-CRB
11

    *Jane Doe LS 598 v. Uber Technologies,*
12  *Inc., et al.,* No. 3:25-cv-04071-CRB

13
    *Jane Roe Cl 165 v. Uber Technologies,*
14  *Inc., et al.,* No. 3:25-cv-04589-CRB

15  *Jane Roe Cl 166 v. Uber Technologies,*
    *Inc., et al.,* No. 3:25-cv-04591-CRB
16

17  *S.Y. v. Uber Technologies, Inc., et al.,* No.
    3:25-cv-04629-CRB
18
    *Jane Doe LS 600 v. Uber Technologies,*
19  *Inc., et al.,* No. 3:25-cv-04631-CRB

20  *T.T. v. Uber Technologies, Inc., et al.,* No.
    3:25-cv-04647-CRB
21

22  *Jane Roe CL 167 v. Uber Technologies,*
    *Inc., et al.,* No. 3:25-cv-04670-CRB
23

    *Jane Roe CL 169 v. Uber Technologies,*
24  *Inc., et al.,* No. 3:25-cv-04672-CRB

25
    *Jane Doe LS 601 v. Uber Technologies,*
26  *Inc., et al.,* No. 3:25-cv-04699-CRB

27  *Jane Roe Cl 170 v. Uber Technologies,*
    *Inc., et al.,* No. 3:25-cv-04705-CRB
28

2

CASE NO. 3:23-MD-03084-CRB    [PROPOSED] ORDER RE: DEFENDANTS UBER TECHNOLOGIES, INC.,
                              RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES
                              FOR FAILURE TO COMPLY WITH COURT ORDER

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Court Order, the Court therefore hereby ORDERS as follows:

1. Each Plaintiff subject to Defendants' Motion must provide a complete and verified Plaintiff Fact Sheet within 14 days of this Order.

2. 2. Uber shall submit a declaration within 21 days of this Order, identifying which, if any, Plaintiffs have not complied with the Court's Order as of that date.

3. 3. If Levin Simes LLP ("Levin Simes") disagrees with the inclusion of any Plaintiff(s) identified in Uber's declaration, Levin Simes shall submit a declaration 28 days of this Order, identifying the date when such Plaintiff(s) submitted a complete and verified

4. Plaintiff Fact Sheet. 4. The Court will dismiss without prejudice the claims of any Plaintiff who does not comply with Paragraph 1 of this Order.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
HON. CHARLES R. BREYER
United States District Court Judge

3

Case No. 3:23-md-03084-CRB     [PROPOSED] ORDER RE: DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER