IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ <br><br>This Order Relates To: <br><br>B.F. v. Uber, Inc., Case No. 3:25-cv-04466-CRB <br><br>H.S.01 v. Uber, Inc., Case No. 3:25-cv-01999-CRB | MDL No. 3084 <br><br>**ORDER DENYING MOTIONS TO WITHDRAW AS COUNSEL** <br><br>Re: Dkt. Nos. 3689, 3690 |

The Motions to Withdraw as Counsel in the above-captioned cases are denied without prejudice pending the resolution of Uber's Motion for Entry of an Order to Show Cause. The plaintiffs in these cases are alleged to have submitted fraudulent ride receipts; such action could potentially result in a variety of penalties, including but not limited to dismissal of plaintiffs' claims with prejudice and sanctions against plaintiffs' counsel. Given the seriousness of the potential repercussions of Uber's pending motion, it would be prejudicial both to plaintiffs as well as Uber to allow counsel to withdraw so soon before that dispute can be resolved.

**IT IS SO ORDERED.**

Dated: August 26, 2025

_____
CHARLES R. BREYER
United States District Judge