C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
        jdomer@cutterlaw.com
        ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Roe CL 17 v. Uber Technologies, Inc., et al., No. 3:24-cv-04915-CRB*<br><br>*Jane Roe CL 37 v. Uber Technologies, Inc., et al., No. 3:24-cv-05728-CRB*<br><br>*Jane Roe CL 38 v. Uber Technologies, Inc., et al., No. 3:24-cv-05729-CRB*<br><br>*Jane Roe CL 67 v. Uber Technologies, Inc., et al., No. 3:24-cv-06191-CRB*<br><br>*Jane Roe CL 70 v. Uber Technologies, Inc., et al., No. 3:24-cv-06863-CRB*<br><br>*Jane Roe CL 71 v. Uber Technologies, Inc., et al., No. 3:24-cv-06864-CRB*<br><br>*Jane Roe CL 76 v. Uber Technologies, Inc., et al., No. 3:24-cv-07569-CRB*<br><br>*Jane Roe CL 77 v. Uber Technologies, Inc., et al., No. 3:24-cv-07571-CRB*<br><br>*Jane Roe CL 79 v. Uber Technologies, Inc., et al., No. 3:24-cv-07587-CRB* | **PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5**<br><br>Date:  October 3, 2025<br>Time:  10:00 a.m.<br>Courtroom:  6 – 17th Floor |

*Jane Roe CL 81 v. Uber Technologies, Inc., et al., No. 3:24-cv-08521-CRB*

*Jane Roe CL 83 v. Uber Technologies, Inc., et al., No. 3:24-cv-08525-CRB*

*Jane Roe CL 88 v. Uber Technologies, Inc., et al., No. 3:24-cv-09145-CRB*

*Jane Roe CL 91 v. Uber Technologies, Inc., et al., No. 3:24-cv-09235-CRB*

*Jane Roe CL 92 v. Uber Technologies, Inc., et al., No. 3:24-cv-09237-CRB*

*Jane Roe CL 93 v. Uber Technologies, Inc., et al., No. 3:24-cv-09549-CRB*

*Jane Roe CL 98 v. Uber Technologies, Inc., et al., No. 3:25-cv-00853-CRB*

*Jane Roe CL 101 v. Uber Technologies, Inc., et al., No. 3:25-cv-01118-CRB*

*Jane Roe CL 102 v. Uber Technologies, Inc., et al., No. 3:25-cv-01120-CRB*

*Jane Roe CL 107 v. Uber Technologies, Inc., et al., No. 3:25-cv-01470-CRB*

*Jane Roe CL 109 v. Uber Technologies, Inc., et al., No. 3:25-cv-01652-CRB*
\
*Jane Roe CL 110 v. Uber Technologies, Inc., et al., No. 3:25-cv-01653-CRB*

*Jane Roe CL 114 v. Uber Technologies, Inc., et al., No. 3:25-cv-01942-CRB*

*Jane Roe CL 118 v. Uber Technologies, Inc., et al., No. 3:25-cv-02132-CRB*

*Jane Roe CL 119 v. Uber Technologies, Inc., et al., No. 3:25-cv-02133-CRB*

*Jane Roe CL 122 v. Uber Technologies, Inc., et al., No. 3:25-cv-02138-CRB*

*Jane Roe CL 126 v. Uber Technologies, Inc., et al., No. 3:25-cv-02495-CRB*

*Jane Roe CL 138 v. Uber Technologies, Inc., et al., No. 3:25-cv-03137-CRB*

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

1

2

*Jane Roe CL 139 v. Uber Technologies, Inc., et al., No. 3:25-cv-03255-CRB*

3

*Jane Roe CL 147 v. Uber Technologies, Inc., et al., No. 3:25-cv-03811-CRB*

4

5

*Jane Roe CL 148 v. Uber Technologies, Inc., et al., No. 3:25-cv-03812-CRB*

6

*Jane Roe CL 150 v. Uber Technologies, Inc., et al., No. 3:25-cv-03815-CRB*

7

8

*Jane Roe CL 151 v. Uber Technologies, Inc., et al., No. 3:25-cv-03816-CRB*

9

*Jane Roe CL 158 v. Uber Technologies, Inc., et al., No. 3:25-cv-04038-CRB*

10

11

*Jane Roe CL 160 v. Uber Technologies, Inc., et al., No. 3:25-cv-04205-CRB*

12

*Jane Roe CL 161 v. Uber Technologies, Inc., et al., No. 3:25-cv-04206-CRB*

13

14

*Jane Roe CL 164 v. Uber Technologies, Inc., et al., No. 3:25-cv-04587-CRB*

15

*Jane Roe CL 165 v. Uber Technologies, Inc., et al., No. 3:25-cv-04589-CRB*

16

17

*Jane Roe CL 166 v. Uber Technologies, Inc., et al., No. 3:25-cv-04591-CRB*

18

*Jane Roe CL 167 v. Uber Technologies, Inc., et al., No. 3:25-cv-04670-CRB*

19

20

*Jane Roe CL 169 v. Uber Technologies, Inc., et al., No. 3:25-cv-04672-CRB*

21

*Jane Roe CL 170 v. Uber Technologies, Inc., et al., No. 3:25-cv-04705-CRB*

22

23

24

## I.   INTRODUCTION

25

        On August 12, 2025, Defendants filed a Motion to Dismiss cases of Plaintiffs who did not

26

file a bona fide trip receipt or ride form in connection with Pretrial Order ("PTO") 5. (Doc. 3682).

27

Counsel acknowledges and understands that under PTO 5, the court created procedures and

28

deadlines to produce a bona fide trip receipt, or in the alternative complete a form that identifies

1    information Defendants can utilize to find the referenced ride, along with an explanation for its

2    unavailability. (Doc. 175, at 2-3).

3            Defendants' Motion argues that Plaintiffs have willfully violated this requirement and thus

4    deserve dismissal. However, during the course of litigation, there are a number of reasons a client

5    may become unavailable and unable to produce documents or information needed. Failure to

6    provide the information by a certain deadline does not mean a Plaintiff has willfully chosen not to

7    participate in their case. Counsel has undergone extensive efforts to find these clients and assist

8    them, predating Defendants' Motion. (Domer Decl. at ¶ 4).

9                                    **II.  ARGUMENT**

10            Counsel has diligently worked with clients to try to ascertain the missing information

11   needed to complete a PTO 5 document or assist the client in finding a bona fide trip receipt. As

12   proof of this diligence, Counsel was able to assist eight Plaintiffs, Jane Roes CL 70, 76, 93, 118,

13   138, 150, 161, and 167, and produced their trip receipt or ride form. Due to the production of

14   these receipts and forms, their inclusion on their motion should be removed.

15            As indicated, there are many circumstances that may occur to render information not

16   readily available to comply with PTO 5 discovery obligations. For example, Plaintiff contact

17   information changes, or friends who may have ordered referenced rides also lose touch with

18   Plaintiffs as life or circumstances change. New contact information or changing friendships does

19   not mean a Plaintiff has willfully disregarded their obligation. However, it does mean that

20   additional steps may need to be taken to locate information or assist clients in locating

21   information required to comply with PTO 5. These Plaintiffs do not therefore deserve to have

22   their cases dismissed with prejudice as a result. Counsel will continue to reach out to Plaintiffs as

23   described in the attached Declaration.

24                                    **III.CONCLUSION**

25            For the foregoing reasons, Plaintiffs Jane Roes CL 70, 76, 93, 118, 138, 150, 161, and 167

26   should be removed from Defendants' Motion, and the remaining cases should not be dismissed

27   with prejudice.

28

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

1    Dated: August 26, 2025                    CUTTER LAW P.C.

2                                        By:  */s/ Jennifer S. Domer*

3                                             Jennifer S. Domer (SBN 305822)
4                                             C. Brooks Cutter (SBN 121407)
                                              Celine Cutter (SBN 312622)
5                                             **CUTTER LAW P.C.**
                                              401 Watt Avenue
6                                             Sacramento, CA 95864
                                              Telephone: 916-290-9400
7                                             Facsimile: 916-588-9330
                                              Email: bcutter@cutterlaw.com
8                                                    jdomer@cutterlaw.com
                                                     ccutter@cutterlaw.com
9

10                                            *Attorneys for ROE CL Plaintiffs*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>**CERTIFICATE OF SERVICE**</u>

2

I hereby certify that, on August 26, 2025, I electronically filed the following with the

3

Clerk of the Court using the CM/ECF system, which will send notification of such filing via

4

electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

5

6

Dated: August 26, 2025                    CUTTER LAW P.C.

7

                                   By:   */s/ Jennifer S. Domer*

8

                                        C. Brooks Cutter (SBN 121407)

9                                        Jennifer S. Domer (SBN 305822)
                                        Celine Cutter (SBN 312622)
10                                       **CUTTER LAW P.C.**
                                        401 Watt Avenue
11                                       Sacramento, CA 95864
                                        Telephone: 916-290-9400
12                                       Facsimile: 916-588-9330
                                        Email: bcutter@cutterlaw.com
13                                                jdomer@cutterlaw.com
                                                ccutter@cutterlaw.com
14

15                                       *Attorneys for ROE CL Plaintiffs*

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS