C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
       jdomer@cutterlaw.com
       ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Roe CL 17 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04915-CRB<br><br>*Jane Roe CL 37 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05728-CRB<br><br>*Jane Roe CL 38 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05729-CRB<br><br>*Jane Roe CL 67 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06191-CRB<br><br>*Jane Roe CL 70 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06863-CRB<br><br>*Jane Roe CL 71 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06864-CRB<br><br>*Jane Roe CL 76 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07569-CRB<br><br>*Jane Roe CL 77 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07571-CRB<br><br>*Jane Roe CL 79 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07587-CRB | **ATTORNEY JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5**<br><br>Date:  October 3, 2025<br>Time:  10:00 a.m.<br>Courtroom:  6 – 17th Floor |

-1-
JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

1  *Jane Roe CL 81 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08521-CRB
2
3  *Jane Roe CL 83 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08525-CRB
4  *Jane Roe CL 88 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09145-CRB
5
6  *Jane Roe CL 91 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09235-CRB
7  *Jane Roe CL 92 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09237-CRB
8
9  *Jane Roe CL 93 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09549-CRB
10
11 *Jane Roe CL 98 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00853-CRB
12 *Jane Roe CL 101 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01118-CRB
13
14 *Jane Roe CL 102 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01120-CRB
15 *Jane Roe CL 107 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01470-CRB
16
17 *Jane Roe CL 109 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01652-CRB
    \
18 *Jane Roe CL 110 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01653-CRB
19
20 *Jane Roe CL 114 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01942-CRB
21 *Jane Roe CL 118 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02132-CRB
22
23 *Jane Roe CL 119 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02133-CRB
24 *Jane Roe CL 122 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02138-CRB
25
26 *Jane Roe CL 126 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02495-CRB
27 *Jane Roe CL 138 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03137-CRB
28

-2-
JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

*Jane Roe CL 139 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03255-CRB

*Jane Roe CL 147 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03811-CRB

*Jane Roe CL 148 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03812-CRB

*Jane Roe CL 150 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03815-CRB

*Jane Roe CL 151 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03816-CRB

*Jane Roe CL 158 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04038-CRB

*Jane Roe CL 160 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04205-CRB

*Jane Roe CL 161 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04206-CRB

*Jane Roe CL 164 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04587-CRB

*Jane Roe CL 165 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04589-CRB

*Jane Roe CL 166 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04591-CRB

*Jane Roe CL 167 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04670-CRB

*Jane Roe CL 169 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04672-CRB

*Jane Roe CL 170 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04705-CRB

I, Jennifer S. Domer, declare as follows:

1. I am an attorney at Cutter Law P.C. admitted to practice before the courts of the State of California. I am a Partner at Cutter Law, P.C., and am one of the counsels of record for all filed Jane Roe CL claimants. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently as to the information below.

2. This declaration is made in support of the Opposition to Defendants' Motion to

1  Dismiss.

2      3.    Counsel's firm has made extensive efforts to reach clients listed as Exhibit A,
3  subject to Defendants' Motion to Dismiss.

4      4.    Those efforts include extensive phone calls, text messages, emails, physical
5  mailings to last known address, and additional address searches in databases. Counsel has also
6  employed a private investigator to help locate these individuals. Through the database searches
7  and private investigators, Counsel also attempted to reach potential relatives in an effort to reach
8  the Plaintiffs.

9      5.    Counsel produced a ride form pursuant to PTO 5 for Jane Roes CL 118 and 150
10 on August 18, 2025.

11     6.    Counsel produced a ride form pursuant to PTO 5 for Jane Roes CL 70, 76, 93,
12 and 138 on August 22, 2025.

13     7.    Counsel produced a ride form pursuant to PTO 5 for Jane Roe CL 167 on August
14 25, 2025.

15     8.    Counsel produced a trip receipt pursuant to PTO 5 for Jane Roe CL 161 on
16 August 26, 2025.

17 I declare under penalty of perjury that the foregoing is true and correct, and that this
18 declaration was executed on August 26, 2025, in Sacramento, California.

20 Dated: August 26, 2025        CUTTER LAW P.C.

22         By:   */s/ Jennifer S. Domer*

23         Jennifer S. Domer

24         *Attorney for Jane Roe CL Plaintiffs*