# Exhibit 1-A

 Outlook

## Re: Uber MDL: Request for Meet and Confer

| | |
|---|---|
| Organizer | Fournier, Kristen <kristen.fournier@kirkland.com> |
| Meeting time | This event occurred 1 week ago (Fri 7/25/2025 5:00 PM - 5:30 PM) |
| Location | https://kirkland.zoom.us/j/94531177889?pwd=rP4UI163iFSmpiDrNoSwJnjcctvOAE.1 |
| My response | Not yet responded |
| Required attendees | Fournier, Kristen, William Levin, Roopal Luhana, Sarah London, Rachel Abrams (Peiffer), Cabraser, Elizabeth J., Brooks Cutter, Celine Cutter, Jennifer Domer, Laurel Simes, Michael Bomberger, Angela Nehmens (Estey), sadi@kherkhergarcia.com, Steve Schulte, mgoldenberg@nighgoldenberg.com, Douglas Grubbs, jfoley@simmonsfirm.com, Michael Carney, speters@walkuplawoffice.com |
| Optional attendees | Cotton, Chris (SHB) |
| Message sent | Wed 7/30/2025 1:33 PM |

This message originated from outside your organization

I agree with this.

## Sadi R. Antonmattei-Goitia

PARTNER
D: 281-473-0117 *(please note new direct number)*
E: sadi@kherkhergarcia.com
━━━━━━━━━━━━━━━━━━━━━━━━

## Kherkher Garcia LLP

Catastrophic Injury Trial Lawyers

2925 Richmond Ave., Suite 1560
Houston, TX 77098

O: 713-333-1030
F: 713-333-1029
W: kherkhergarcia.com

NOTICE OF Confidentiality: The information contained in this email may be privileged and confidential. If you are not the intended recipient, please notify us immediately and delete the email. Any copying, reproduction, or dissemination of this email is strictly prohibited.

Please excuse any typos, as this email was likely dictated.
Get Outlook for iOS

**From:** Roopal Luhana <Luhana@chaffinluhana.com>
**Sent:** Wednesday, July 30, 2025 12:28:20 PM
**To:** Fournier, Kristen <kristen.fournier@kirkland.com>; Sarah London <slondon@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Elizabeth Cabraser <ecabraser@lchb.com>; bcutter@cutterlaw.com <bcutter@cutterlaw.com>; ccutter@cutterlaw.com <ccutter@cutterlaw.com>; jdomer@cutterlaw.com <jdomer@cutterlaw.com>; wlevin@levinsimes.com <wlevin@levinsimes.com>; llsimes@levinsimes.com

<llsimes@levinsimes.com>; mike@estey-bomberger.com <mike@estey-bomberger.com>; angela@estey-bomberger.com <angela@estey-bomberger.com>; Sadi Antonmattei-Goitia <sadi@kherkhergarcia.com>; schulte@fnlawfirm.com <schulte@fnlawfirm.com>; Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>; dgrubbs@pulaskilawfirm.com <dgrubbs@pulaskilawfirm.com>; jfoley@simmonsfirm.com <jfoley@simmonsfirm.com>; mcarney@sssfirm.com <mcarney@sssfirm.com>; Sara Peters <speters@walkuplawoffice.com>
**Cc:** Cotton, Chris (SHB) <CCOTTON@shb.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Steven Cohn <cohn@chaffinluhana.com>
**Subject:** Re: Uber MDL: Request for Meet and Confer

You don't often get email from luhana@chaffinluhana.com. Learn why this is important

**Caution:** This email originated from outside our organization. DO NOT click on any images or links, or open any attachments, unless you have verified the sender and determined the content is safe.

Hi Kristen, as we discussed on today's meet and confer, we'd appreciate the opportunity to discuss the feedback you provided with our clients and circle back with you. We think that is appropriate under the circumstances and that you should wait to file the motion until the end of this week to allow us an opportunity to further discuss. Thanks.

Best,
Roopal


**Roopal Luhana | Partner**
**E:** Luhana@chaffinluhana.com
**P:** (347) 269-4461

**Serving clients nationwide with offices in CT, NY, PA, and WV.**



ChaffinLuhana.com
ChaffinLuhanaFoundation.org



**Mailing Address:**
Chaffin Luhana LLP 600 Third Ave., 12th Flr. New York, NY 10016

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Fournier, Kristen <kristen.fournier@kirkland.com>
**Sent:** Wednesday, July 30, 2025 1:57 PM
**To:** Roopal Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Elizabeth Cabraser <ecabraser@lchb.com>; bcutter@cutterlaw.com

<bcutter@cutterlaw.com>; ccutter@cutterlaw.com <ccutter@cutterlaw.com>; jdomer@cutterlaw.com <jdomer@cutterlaw.com>; wlevin@levinsimes.com <wlevin@levinsimes.com>; llsimes@levinsimes.com <llsimes@levinsimes.com>; mike@estey-bomberger.com <mike@estey-bomberger.com>; angela@estey-bomberger.com <angela@estey-bomberger.com>; sadi@kherkhergarcia.com <sadi@kherkhergarcia.com>; schulte@fnlawfirm.com <schulte@fnlawfirm.com>; Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>; dgrubbs@pulaskilawfirm.com <dgrubbs@pulaskilawfirm.com>; jfoley@simmonsfirm.com <jfoley@simmonsfirm.com>; mcarney@sssfirm.com <mcarney@sssfirm.com>; Sara Peters <speters@walkuplawoffice.com>
**Cc:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Subject:** RE: Uber MDL: Request for Meet and Confer

All:

Thank you to each of you for the several meet and confers that have occurred over the past 8 days.  As I mentioned on various calls, to the extent that you determine you will dismiss a matter implicated by Uber's letter and the issues discussed on our Zooms, please let us know as we will update the Court and remove the names from our proposed orders and briefing.

I also wanted to confirm again formally in writing that we have removed the Peiffer Wolf and Nigh Goldenberg cases from our proposed orders following M&C efforts with those firms.

Thank you,

KRF

**Kristen Renee Fournier**
━━━━━━━━━━━━━━━━━━━━
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 4777   **M** +1 917 207 7447
**F** +1 212 446 4900
━━━━━━━━━━━━━━━━━━━━

kristen.fournier@kirkland.com

---

**From:** Fournier, Kristen
**Sent:** Tuesday, July 22, 2025 10:52 PM
**To:** Roopal Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; 'Cabraser, Elizabeth J.' <ecabraser@lchb.com>; 'bcutter@cutterlaw.com' <bcutter@cutterlaw.com>; 'ccutter@cutterlaw.com' <ccutter@cutterlaw.com>; 'jdomer@cutterlaw.com' <jdomer@cutterlaw.com>; 'wlevin@levinsimes.com' <wlevin@levinsimes.com>; 'llsimes@levinsimes.com' <llsimes@levinsimes.com>; 'mike@estey-bomberger.com' <mike@estey-bomberger.com>; 'angela@estey-bomberger.com' <angela@estey-bomberger.com>; 'sadi@kherkhergarcia.com' <sadi@kherkhergarcia.com>; 'schulte@fnlawfirm.com' <schulte@fnlawfirm.com>; 'mgoldenberg@nighgoldenberg.com' <mgoldenberg@nighgoldenberg.com>; 'dgrubbs@pulaskilawfirm.com' <dgrubbs@pulaskilawfirm.com>; 'jfoley@simmonsfirm.com' <jfoley@simmonsfirm.com>; 'mcarney@sssfirm.com' <mcarney@sssfirm.com>; 'speters@walkuplawoffice.com' <speters@walkuplawoffice.com>
**Cc:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Subject:** Uber MDL: Request for Meet and Confer

Roopal, Sarah, Rachel, Elizabeth and all:

Please see attached correspondence concerning a need to meet and confer regarding the receipts that were ordered to be produced pursuant to PTO #5.  Please let me know a time that works for any needed counsel to

meet and confer by this weekend; I can be flexible.  Defendants intend to move next week for appropriate relief if we are unable to reach an agreed resolution to the issues laid out in my letter.  I am hopeful that we can.

Look forward to hearing from you,

KRF

**Kristen Renee Fournier**
‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗
**KIRKLAND & ELLIS LLP**

601 Lexington Avenue, New York, NY 10022

T +1 212 446 4777   M +1 917 207 7447

F +1 212 446 4900
‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗

kristen.fournier@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

 Outlook

## Uber mdl zoom today / mtd issue

| | |
|---|---|
| **Organizer** | Fournier, Kristen <kristen.fournier@kirkland.com> |
| **Meeting time** | This event occurred 23 hours ago (Wed 7/30/2025 10:30 AM - 11:00 AM) |
| **Location** | https://kirkland.zoom.us/j/95313908412?pwd=q8sfvZCAzUt0NjVdVrQkkUPetpl2ZM.1 |
| **My response** | Accepted |
| **Required attendees** | Fournier, Kristen, Steve Schulte, Roopal Luhana |
| **Optional attendees** | Cotton, Chris (SHB) |
| **Message sent** | Tue 7/29/2025 3:20 PM |

1 attachment (7 KB)
image001.jpg;


This message originated from outside your organization

kristen.fournier@kirkland.com is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://kirkland.zoom.us/j/95313908412?pwd=q8sfvZCAzUt0NjVdVrQkkUPetpl2ZM.1

Meeting ID: 953 1390 8412
Passcode: 752749
One tap mobile
+16465588656,,95313908412#,,,,,,0#,,752749# US (New York)
+16469313860,,95313908412#,,,,,,0#,,752749# US
Join by SIP
95313908412@zoomcrc.com

Meeting ID:  953 1390 8412
Passcode: 752749

Dial by your location
    +1 646 558 8656 US (New York)
    +1 646 931 3860 US
    +1 301 715 8592 US (Washington DC)
    +1 305 224 1968 US
    +1 309 205 3325 US
    +1 312 626 6799 US (Chicago)
    +1 360 209 5623 US
    +1 386 347 5053 US
    +1 507 473 4847 US
    +1 564 217 2000 US
    +1 669 444 9171 US
    +1 669 900 6833 US (San Jose)
    +1 689 278 1000 US
    +1 719 359 4580 US

+1 253 205 0468 US
+1 253 215 8782 US (Tacoma)
+1 346 248 7799 US (Houston)
+44 208 080 6592 United Kingdom
+44 330 088 5830 United Kingdom
+44 131 460 1196 United Kingdom
+44 203 481 5237 United Kingdom
+44 203 481 5240 United Kingdom
+44 203 901 7895 United Kingdom
+44 208 080 6591 United Kingdom
0 800 031 5717 United Kingdom Toll-free
0 800 260 5801 United Kingdom Toll-free
0 800 358 2817 United Kingdom Toll-free
0 800 456 1369 United Kingdom Toll-free
+32 1579 5132 Belgium
+32 2 290 9360 Belgium
+32 2 585 5574 Belgium
+32 2 588 4188 Belgium
+32 2 788 0172 Belgium
+32 2 788 0173 Belgium
+49 69 3807 9883 Germany
+49 69 3807 9884 Germany
+49 69 5050 0951 Germany
+49 69 5050 0952 Germany
+49 695 050 2596 Germany
+49 69 7104 9922 Germany
+852 5803 3730 Hong Kong SAR
+852 5803 3731 Hong Kong SAR
+852 5808 6088 Hong Kong SAR

Meeting ID: 953 1390 8412
Passcode: 752749
Find your local number: https://kirkland.zoom.us/u/alBnpgjyS

Join by H.323
144.195.19.161 (US West)
206.247.11.121 (US East)
221.122.88.195 (Mainland China)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
159.124.15.191 (Amsterdam Netherlands)
159.124.47.249 (Germany)
159.124.104.213 (Australia Sydney)
159.124.74.212 (Australia Melbourne)
170.114.134.121 (Hong Kong SAR)
170.114.180.219 (Singapore)
64.211.144.160 (Brazil)
159.124.132.243 (Mexico)
159.124.168.213 (Canada Toronto)
159.124.196.25 (Canada Vancouver)
170.114.194.163 (Japan Tokyo)
147.124.100.25 (Japan Osaka)
Meeting ID: 953 1390 8412
Passcode: 752749

_____

**From:** Steve Schulte <schulte@ntrial.com>
**Sent:** Tuesday, July 29, 2025 3:03 PM
**To:** Fournier, Kristen <kristen.fournier@kirkland.com>
**Subject:** Re: Uber mdl zoom today / mtd issue

Do you have some time tomorrow between 10a-12p est?

**Steve Schulte**
**Partner**
**O:** 214-890-0711; **D:** 469.638.6824
**E:** schulte@ntrial.com

 5489 Blair Rd.  /  Dallas, TX 75231
ntrial.com

**LAW IS OUR PASSION. JUSTICE IS OUR BUSINESS.**

**Confidentiality Notice:** The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.

**From:** Fournier, Kristen <kristen.fournier@kirkland.com>
**Sent:** Tuesday, July 29, 2025 10:58 AM
**To:** Steve Schulte <schulte@ntrial.com>
**Cc:** Oot, Patrick L. (SHB) <OOT@shb.com>; Cotton, Chris (SHB) <CCOTTON@shb.com>
**Subject:** RE: Uber mdl zoom today / mtd issue

This message originated from outside your organization

Copying in my virtual colleagues at Shook who have been handling PFS issues to alert them to the below—thanks all-- KRF

**Kristen Renee Fournier**
------------------------------------
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 4777   **M** +1 917 207 7447
**F** +1 212 446 4900
------------------------------------
kristen.fournier@kirkland.com

**From:** Steve Schulte <schulte@ntrial.com>
**Sent:** Tuesday, July 29, 2025 10:24 AM
**To:** Fournier, Kristen <kristen.fournier@kirkland.com>
**Subject:** Uber mdl zoom today / mtd issue

Kristen, I plan to be on your uber zoom meeting today around 1245-1p est. If my meeting beforehand goes longer and I miss, I'll circle back this afternoon.

On another note, Uber filed a motion to dismiss (document 3493), stating 2 of our plaintiffs (PK and TW) did not serve PFSs.

It appears these 2 plaintiffs were assigned 2 IDs in centrality; we served a PFS for IDs 1360 (PK) and 1361 (TW). The motion to dismiss pertains to IDs 1212 (PK) and 1229 (TW).

We requested deactivation of IDs 1212 (PK) and 1229 (TW) as duplicates.

Since there is no actual deficiency, can you withdraw your motion as to these 2 plaintiffs? Would prefer not having to file a response on this tomorrow.

**Steve Schulte**
**Partner**
**O:** 214-890-0711; **D:** 469.638.6824
**E:** schulte@ntrial.com



5489 Blair Rd.  /  Dallas, TX 75231
ntrial.com

**LAW IS OUR PASSION. JUSTICE IS OUR BUSINESS.**

**Confidentiality Notice:** The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.