# Exhibit 1-B

# UBER RIDE INFORMATION FORM

**CASE NUMBER:** 24 -cv- 4326

**PLAINTIFF NAME:** First: K▮▮▮    Last: H▮▮▮

*on behalf of (if applicable):* First: N/A    Last: N/A

*relationship (if applicable):* N/A

1. **Why the receipt is unavailable:**

   Despite a diligent search of Plaintiff's email address that she believes was associated with her Uber account at the time of the subject ride, Plaintiff cannot locate a ride receipt and does not recall whether she ever received a receipt of the ride. Plaintiff has been unable to access her account and locate the receipt despite a diligent effort to do so. Additionally, while Plaintiff believes the below phone number and email address were associated with this ride and account, it is possible that an older or now expired number or email address may have instead been associated with this ride or account, any details of which she does not recall at this time.

2. **The name, phone number and email address of the account holder who ordered the ride:**

   A. Name: First: ▮▮▮    Last: ▮▮▮

   B. Phone Number: ▮▮▮

   C. Email Address: ▮▮▮

3. **The date of the ride, with as much precision as reasonably possible:**

   Approximate Date: Nov    1    2021

4. **The starting and ending location of the ride with as much precision as reasonably possible:**

   Approximate Starting Address:
   ▮▮▮

   Approximate Ending Address:
   ▮▮▮

5. **Any other information that may assist Defendants in identifying the ride:**

Plaintiff recalls having contacting Uber to report the incident and initiate a complaint but did not receive a response or any further communication from Uber. Plaintiff does not recall whether her communications with Uber were oral or written, or both oral and written. In addition to the above and to the best of her recollection, Plaintiff believes the Uber driver who assaulted her was a male. She does not recall the Uber driver's name or any additional identifying information or characteristics at this time, or details of the make, model, or color of his vehicle. She does not recall the time or duration of the ride at this time. Plaintiff also believes she reported this incident to law enforcement.

6. **If any of items 2-5 cannot be provided with precision or cannot be provided at all, an explanation as to why the information is not readily ascertainable:**

Aside from and with respect to the above, at this time, Plaintiff is unable to provide any additional responsive information, because Plaintiff does not know or recall any additional information that could be responsive to this request.