**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR ENTRY OF (1) AN ORDER TO SHOW CAUSE WHY PLAINTIFFS WHO HAVE SUBMITTED NON-BONA FIDE RECEIPTS SHOULD NOT BE DISMISSED WITH PREJUDICE AND (2) A CASE MANAGEMENT ORDER ADDRESSING CERTAIN PLAINTIFFS WHO HAVE NOT SUBMITTED RECEIPTS** |
| *Doe (LR) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04306-CRB | |
| *DOE (KH) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04326-CRB | |
| *Doe (YE) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04330-CRB | |
| *Doe (TW) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04356-CRB | |
| *Doe (E.N.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04370-CRB | |
| *Doe (EB) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05110-CRB | |
| *Doe (D.G.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05169-CRB | |
| *Doe (CH) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05340-CRB | |
| *DOE (JH) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05341-CRB | |
| *Doe (TM) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05764-CRB | |
| *Doe (K.M.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05796-CRB | |
| *Doe (EP) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05946-CRB | |

| | |
|---|---|
| 1 | *Doe (AR) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05947-CRB |
| 2 | |
| 3 | *Doe (CS) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05964-CRB |
| 4 | *Doe (E.W.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06073-CRB |
| 5 | |
| 6 | *Doe (JS) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06075-CRB |
| 7 | |
| 8 | *DOE (SS) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06076-CRB |
| 9 | *Doe NLG (NC) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00069-CRB |
| 10 | |
| 11 | *Doe NLG (BH) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00369-CRB |
| 12 | |
| 13 | *Doe NLG (AB) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01079-CRB |
| 14 | *Doe NLG (JV) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08622-CRB |
| 15 | |

Having considered Defendants' Motion for Entry of (1) An Order To Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice And (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts ("Motion")(ECF No. 3604), Plaintiffs' Opposition, timely replies thereto, arguments of counsel (if any), the pleadings on file, the applicable law, and all other matters properly before the Court, the Court hereby ORDERS as follows:

1. Defendants' Motion for Entry of an Order to Show Cause is DENIED.

2. Defendants' Motion for Entry of a Case Management Order is DENIED.

**IT IS SO ORDERED.**

Dated: _____

HON. CHARLES R. BREYER
United States District Court Judge