# EXHBIT B

# FILED UNDER SEAL