# Exhibit A



June 17, 2025

**VIA MDL CENTRALITY**

Brandon J. Hoerl

2555 Grand Blvd.
Kansas City, Missouri 64108
**t** 816.474.6550
**dd** 816.559.2009
**f** 816.421.5547
bhoerl@shb.com

**Re:   MDL 3084 - Notice of Deficient or Incomplete Ride Receipt or Ride Information Form**

Counsel,

Pursuant to Pretrial Order No. 5, issued by Judge Breyer on December 28, 2023 ("PTO 5") and Pretrial Order No. 10, issued by Judge Breyer on March 19, 2024 ("PTO 10"), we write on behalf of our client, Uber Technologies, Inc. ("Uber"), regarding deficient or incomplete ride receipts or Ride Information Forms.

PTO 5 and PTO 10 require that all MDL Plaintiffs produce a bona fide ride receipt. For cases where a receipt is not readily available, Plaintiff's Counsel must disclose: 1) why the receipt is unavailable, 2) name, phone number, email address of account holder who ordered the ride, 3) date of the ride, 4) starting and ending location of the ride, 5) any other basic information to assist Defendants in identifying the ride, 6) if items 2-5 cannot be provided, an explanation as to why the information cannot be provided.

Plaintiff's submission is deficient in the following respect(s):

| Plaintiff ID | Plaintiff Name | Case No. | Applicable question No. | Ride Receipt Due Date | Days since ride receipt was due |
|---|---|---|---|---|---|
| 1807 | WHB 466 | 24-CV-05265 | 1,2 | 8/30/2024 | 290 |
| 1863 | WHB 1409 | 24-CV-05122 | 3,6 | 8/28/2024 | 292 |
| 1866 | WHB 427 | 24-CV-05132 | 3,6 | 8/28/2024 | 292 |
| 1867 | WHB 1275 | 24-CV-05136 | 2 | 8/28/2024 | 292 |



| Plaintiff ID | Plaintiff Name | Case No. | Applicable question No. | Ride Receipt Due Date | Days since ride receipt was due |
|---|---|---|---|---|---|
| 1868 | WHB 1425 | 24-CV-05129 | 3 | 8/28/2024 | 292 |
| 1874 | WHB 638 | 24-CV-05116 | 3,6 | 8/28/2024 | 292 |
| 1876 | WHB 1469 | 24-CV-05123 | 4,6 | 8/28/2024 | 292 |
| 1879 | WHB 510 | 24-CV-05278 | 3,6 | 8/30/2024 | 290 |
| 1882 | WHB 491 | 24-CV-05268 | 4,6 | 8/30/2024 | 290 |
| 1883 | WHB 644 | 24-CV-05272 | 2 | 8/30/2024 | 290 |
| 1885 | WHB 1549 | 24-CV-05275 | 2 | 8/30/2024 | 290 |
| 1887 | WHB 500 | 24-CV-05238 | 4,6 | 8/30/2024 | 290 |
| 1921 | WHB 1024 | 24-CV-05258 | 2,6 | 8/30/2024 | 290 |
| 1926 | WHB 1272 | 24-CV-05366 | 2 | 9/2/2024 | 287 |
| 1932 | WHB 1855 | 24-CV-05364 | 2,6 | 9/2/2024 | 287 |
| 1942 | WHB 335 | 24-CV-05460 | 2 | 9/3/2024 | 286 |
| 1944 | WHB 830 | 24-CV-05464 | 2 | 9/3/2024 | 286 |
| 1947 | WHB 1021 | 24-CV-05466 | 3 | 9/3/2024 | 286 |
| 1963 | WHB 1930 | 24-CV-05555 | 2 | 9/4/2024 | 285 |
| 1968 | WHB 1613 | 24-CV-05574 | 3 | 9/4/2024 | 285 |
| 1978 | WHB 1476 | 24-CV-05450 | 2 | 9/3/2024 | 286 |
| 1985 | WHB 406 | 24-CV-05560 | 3,4 | 9/4/2024 | 285 |
| 1988 | WHB 1414 | 24-CV-05495 | 2 | 9/3/2024 | 286 |
| 2055 | WHB 1324 | 24-CV-05561 | 4 | 9/4/2024 | 285 |
| 2057 | WHB 1677 | 24-CV-05556 | 2 | 9/4/2024 | 285 |
| 2059 | WHB 1020 | 24-CV-05558 | 4 | 9/4/2024 | 285 |

June 17, 2025
Page 2

ATLANTA | BOSTON | CHICAGO | DENVER | HARTFORD | HOUSTON | KANSAS CITY | LOS ANGELES | MIAMI | NEW YORK |
ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | ST. LOUIS | TAMPA | WASHINGTON, D.C.



| Plaintiff ID | Plaintiff Name | Case No. | Applicable question No. | Ride Receipt Due Date | Days since ride receipt was due |
|---|---|---|---|---|---|
| 2060 | WHB 1304 | 24-CV-05566 | 2,3,4 | 9/4/2024 | 285 |
| 2061 | WHB 1860 | 24-CV-05568 | 3 | 9/4/2024 | 285 |
| 2064 | WHB 1010 | 24-CV-05773 | 2,3,4 | 9/6/2024 | 283 |
| 2065 | WHB 935 | 24-CV-05776 | 2,3,4,6 | 9/6/2024 | 283 |
| 2066 | WHB 1484 | 24-CV-05779 | 3,4,6 | 9/6/2024 | 283 |
| 2067 | WHB 375 | 24-CV-05781 | 2,3,6 | 9/6/2024 | 283 |
| 2069 | WHB 342 | 24-CV-05784 | 3,6 | 9/6/2024 | 283 |
| 2070 | WHB 1659 | 24-CV-05565 | 3,6 | 9/4/2024 | 285 |
| 2071 | WHB 345 | 24-CV-05766 | 2 | 9/6/2024 | 283 |
| 2073 | WHB 494 | 24-CV-05767 | 2 | 9/6/2024 | 283 |
| 2074 | WHB 498 | 24-CV-05769 | 3,6 | 9/6/2024 | 283 |
| 2077 | WHB 497 | 24-CV-05956 | 2,3,6 | 9/9/2024 | 280 |
| 2078 | WHB 678 | 24-CV-05961 | 2,3,6 | 9/9/2024 | 280 |
| 2079 | WHB 1604 | 24-CV-05958 | 3 | 9/9/2024 | 280 |
| 2126 | WHB 941 | 24-CV-05955 | 2,3,6 | 9/9/2024 | 280 |
| 2127 | WHB 1273 | 24-CV-05950 | 3,4,6 | 9/9/2024 | 280 |
| 2128 | WHB 885 | 24-CV-05952 | 3,6 | 9/9/2024 | 280 |
| 2131 | WHB 1417 | 24-CV-05977 | 4,6 | 9/9/2024 | 280 |
| 2136 | WHB 1943 | 24-CV-05598 | 4,6 | 9/4/2024 | 285 |
| 2148 | WHB 438 | 24-CV-05631 | 2,3 | 9/4/2024 | 285 |
| 2150 | WHB 393 | 24-CV-05633 | 3 | 9/4/2024 | 285 |
| 2151 | WHB 338 | 24-CV-05635 | 4 | 9/4/2024 | 285 |

June 17, 2025
Page 3



| Plaintiff ID | Plaintiff Name | Case No. | Applicable question No. | Ride Receipt Due Date | Days since ride receipt was due |
|---|---|---|---|---|---|
| 2152 | WHB 349 | 24-CV-05636 | 3,4 | 9/4/2024 | 285 |
| 2153 | WHB 359 | 24-CV-05610 | 3 | 9/4/2024 | 285 |
| 2158 | WHB 1552 | 24-CV-05599 | 3,4 | 9/4/2024 | 285 |
| 2160 | WHB 1449 | 24-CV-05587 | 3,6 | 9/4/2024 | 285 |
| 2172 | WHB 658 | 24-CV-07869 | 3,4 | ####### | 203 |
| 2173 | WHB 1003 | 24-CV-05616 | 3,6 | 9/4/2024 | 285 |
| 2176 | WHB 1611 | 24-CV-05665 | 3,6 | 9/5/2024 | 284 |
| 2178 | WHB 602 | 24-CV-05666 | 4,6 | 9/5/2024 | 284 |
| 2180 | WHB 1556 | 24-CV-05986 | 3,6 | 9/9/2024 | 280 |
| 2181 | WHB 1844 | 24-CV-05697 | 4,6 | 9/5/2024 | 284 |
| 2184 | WHB 946 | 24-CV-05698 | 2 | 9/5/2024 | 284 |
| 2186 | WHB 505 | 24-CV-05709 | 3,6 | 9/5/2024 | 284 |
| 2187 | WHB 1142 | 24-CV-05712 | 3,6 | 9/5/2024 | 284 |
| 2188 | WHB 1295 | 24-CV-05713 | 4,6 | 9/5/2024 | 284 |
| 2191 | WHB 647 | 24-CV-05703 | 2,3,6 | 9/5/2024 | 284 |
| 2196 | WHB 871 | 24-CV-05770 | 3,6 | 9/6/2024 | 283 |
| 2197 | WHB 503 | 24-CV-05774 | 3,6 | 9/6/2024 | 283 |
| 2198 | WHB 413 | 24-CV-05782 | 4,6 | 9/6/2024 | 283 |
| 2199 | WHB 1317 | 24-CV-05791 | 3,6 | 9/6/2024 | 283 |
| 2202 | WHB 695 | 24-CV-05799 | 3,4,6 | 9/6/2024 | 283 |
| 2203 | WHB 1927 | 24-CV-05802 | 4 | 9/6/2024 | 283 |
| 2204 | WHB 1597 | 24-CV-05801 | 3 | 9/6/2024 | 283 |

June 17, 2025
Page 4



| Plaintiff ID | Plaintiff Name | Case No. | Applicable question No. | Ride Receipt Due Date | Days since ride receipt was due |
|---|---|---|---|---|---|
| 2205 | WHB 520 | 24-CV-05954 | 3,6 | 9/9/2024 | 280 |
| 2206 | WHB 991 | 24-CV-05959 | 3,6 | 9/9/2024 | 280 |
| 2207 | WHB 884 | 24-CV-05948 | 3,6 | 9/9/2024 | 280 |
| 2209 | WHB 1671 | 24-CV-05953 | 3,4 | 9/9/2024 | 280 |
| 2850 | WHB 2060 | 25-CV-01092 | 3 | 2/17/2025 | 119 |
| 2851 | WHB 2061 | 25-CV-01095 | 4,6 | 2/17/2025 | 119 |
| 2853 | WHB 2062 | 25-CV-01098 | 3 | 2/17/2025 | 119 |
| 2855 | WHB 2064 | 25-CV-01101 | 4,6 | 2/17/2025 | 119 |
| 2857 | WHB 2066 | 25-CV-01121 | 3,4 | 2/18/2025 | 118 |
| 2859 | WHB 2067 | 25-CV-01122 | 3 | 2/18/2025 | 118 |
| 2860 | WHB 2069 | 25-CV-01124 | 2 | 2/18/2025 | 118 |
| 2862 | WHB 2071 | 25-CV-01130 | 4,6 | 2/18/2025 | 118 |
| 2863 | WHB 2072 | 25-CV-01140 | 2 | 2/18/2025 | 118 |
| 2865 | WHB 2074 | 25-CV-01145 | 2,6 | 2/18/2025 | 118 |
| 2866 | WHB 2075 | 25-CV-01148 | 2,3 | 2/18/2025 | 118 |
| 2869 | WHB 2078 | 25-CV-01152 | 2,3,4 | 2/18/2025 | 118 |
| 2870 | WHB 2079 | 25-CV-01154 | 3 | 2/18/2025 | 118 |
| 2874 | WHB 2082 | 25-CV-01177 | 3 | 2/19/2025 | 117 |
| 2876 | WHB 2084 | 25-CV-01179 | 3 | 2/19/2025 | 117 |
| 2877 | WHB 2085 | 25-CV-01183 | 4,6 | 2/19/2025 | 117 |
| 2878 | WHB 2036 | 25-CV-01180 | 3 | 2/19/2025 | 117 |
| 2880 | WHB 2038 | 25-CV-01196 | 3 | 2/19/2025 | 117 |

June 17, 2025
Page 5



| Plaintiff ID | Plaintiff Name | Case No. | Applicable question No. | Ride Receipt Due Date | Days since ride receipt was due |
|---|---|---|---|---|---|
| 2884 | WHB 2041 | 25-CV-01206 | 3 | 2/19/2025 | 117 |
| 2885 | WHB 2043 | 25-CV-01207 | 3 | 2/19/2025 | 117 |
| 2887 | WHB 2037 | 25-CV-01189 | 3 | 2/19/2025 | 117 |
| 2888 | WHB 2044 | 25-CV-01209 | 2,4 | 2/19/2025 | 117 |
| 2889 | WHB 2045 | 24-CV-01211 | 2,3,4 | 2/19/2025 | 117 |
| 2890 | WHB 2046 | 25-CV-01213 | 2,3 | 2/19/2025 | 117 |
| 2892 | WHB 2048 | 25-CV-01216 | 3 | 2/19/2025 | 117 |
| 2895 | WHB 2050 | 25-CV-01224 | 2,3,6 | 2/19/2025 | 117 |
| 2896 | WHB 2051 | 25-CV-01226 | 3,6 | 2/19/2025 | 117 |
| 2898 | WHB 2052 | 25-CV-01229 | 3 | 2/19/2025 | 117 |
| 2900 | WHB 2054 | 25-CV-01244 | 3 | 2/19/2025 | 117 |
| 2902 | WHB 2055 | 25-CV-01245 | 3,4 | 2/19/2025 | 117 |
| 2903 | WHB 2056 | 25-CV-01246 | 3,4,6 | 2/19/2025 | 117 |
| 2904 | WHB 2057 | 25-CV-01247 | 3 | 2/19/2025 | 117 |
| 2906 | WHB 2059 | 25-CV-01255 | 3,6 | 2/19/2025 | 117 |

June 17, 2025
Page 6

This letter constitutes notice of the deficiencies outlined above and Uber reserves the right to supplement this notice if any other PTO 5 and PTO 10 deficiencies are identified for the plaintiffs listed above. Uber reserves all rights with respect to all deficiencies in your client's PFS, including the right to move for dismissal with prejudice as to any plaintiffs who do not promptly provide compliant disclosures.

Although neither PTO 5 nor PTO 10 require the parties to meet and confer about incomplete or deficient ride information, Uber is open to discussing further if you believe it would be helpful. Please contact me (bhoerl@shb.com) via email about any such meet and confer.



<div style="float:right">June 17, 2025<br/>Page 7</div>

Sincerely,

*Brandon Hoerl*
Brandon J. Hoerl
Staff Attorney
bhoerl@shb.com

ATLANTA | BOSTON | CHICAGO | DENVER | HARTFORD | HOUSTON | KANSAS CITY | LOS ANGELES | MIAMI | NEW YORK |
ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | ST. LOUIS | TAMPA | WASHINGTON. D.C.