John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>**[PROPOSED] ORDER RE: DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 6 – 17th Floor |
| This Document Relates to:<br><br>*WHB 1339 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05292<br><br>*WHB 645 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05356<br><br>*WHB 492 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05470 | |

1
2  *WHB 1969 v. Uber Technologies, Inc., et al., No. 3:24-cv-05483*

3  *WHB 1484 v. Uber Technologies, Inc., et al., No. 3:24-cv-05779*
4
5  *WHB 375 v. Uber Technologies, Inc., et al., No. 3:24-cv-05781*

6  *WHB 1604 v. Uber Technologies, Inc., et al., No. 3:24-cv-05958*
7
8  *WHB 1273 v. Uber Technologies, Inc., et al., No. 3:24-cv-05950*

9  *WHB 885 v. Uber Technologies, Inc., et al., No. 3:24-cv-05952*
10
11  *WHB 1381 v. Uber Technologies, Inc., et al., No. 3:24-cv-05603*

12  *WHB 505 v. Uber Technologies, Inc., et al., No. 3:24-cv-05709*
13
14  *WHB 2030 v. Uber Technologies, Inc., et al., No. 3:25-cv-01092*

15  *WHB 2063 v. Uber Technologies, Inc., et al., No. 3:25-cv-01099*
16
17  *WHB 2064 v. Uber Technologies, Inc., et al., No. 3:25-cv-01101*

18  *WHB 2066 v. Uber Technologies, Inc., et al., No. 3:25-cv-01121*
19
20  *WHB 2067 v. Uber Technologies, Inc., et al., No. 3:25-cv-01122*

21  *WHB 2069 v. Uber Technologies, Inc., et al., No. 3:25-cv-01124*
22
23  *WHB 2071 v. Uber Technologies, Inc., et al., No. 3:25-cv-01130*

24  *WHB 2072 v. Uber Technologies, Inc., et al., No. 3:25-cv-01140*
25
26  *WHB 2075 v. Uber Technologies, Inc., et al., No. 3:25-cv-01148*

27  *WHB 2076 v. Uber Technologies, Inc., et al., No. 3:25-cv-01149*
28

*WHB 2078 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01152

*WHB 2081 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01161

*WHB 2082 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01177

*WHB 2084 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01179

*WHB 2085 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01183

*WHB 2036 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01180

*WHB 2038 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01196

*WHB 2042 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01206

*WHB 2043 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01207

*WHB 2037 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01189

*WHB 2044 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01209

*WHB 2046 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01213

*WHB 2048 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01216

*WHB 2051 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01226

*WHB 2052 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01229

*WHB 2053 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01237

*WHB 2054 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01244

*WHB 2056 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01246

*WHB 2057 v. Uber Technologies, Inc., et al., No. 3:25-cv-01247*

*WHB 2059 v. Uber Technologies, Inc., et al., No. 3:25-cv-01255*

*WHB 491 v. Uber Technologies, Inc., et al., No. 3:24-cv-05268*

*WHB 644 v. Uber Technologies, Inc., et al., No. 3:24-cv-05272*

*WHB 1348 v. Uber Technologies, Inc., et al., No. 3:24-cv-05669*

*WHB 1556 v. Uber Technologies, Inc., et al., No. 3:24-cv-05986*

## [PROPOSED] ORDER

Having considered Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) a Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, the Court therefore hereby ORDERS Defendants' Motion is DENIED as to the 45 Williams Hart & Boundas LLP Plaintiffs who have submitted Uber Ride Information Forms.

**IT IS SO ORDERED.**

Dated: _____

HON. CHARLES R. BREYER
United States District Court Judge