1  [Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
|---|---|

Under Civil Local Rules 7-11 and 79-5(f), Plaintiff moves the Court to consider whether material designated confidential by Uber should be sealed.

On August 27, 2025, Plaintiffs filed an opposition to Uber's motion to enforce the protective order. Plaintiffs' motion refers to and attaches documents that Uber designated "CONFIDENTIAL" or "ATTORNEYS' EYES ONLY" under the stipulated protective order.

**Material To Be Filed Under Seal**

The material to be filed under seal is portion of Plaintiffs' motion, portions of the declaration in support, and the attached exhibits:

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiffs' Opposition | Portion of briefing referring to document designated confidential | Uber |
| [Unredacted] London Declaration | Portion of declaration referring to document designated confidential | Uber |
| Exhibit B | Exhibit 1731 to Nilles Deposition | Uber |

Under Local Rule 79-5(f)(3), Uber bears the responsibility to establish that all of the designated material is sealable.

1    This motion complies with Civil Local Rule 7-11 and 79-5, and the following
2    attachments accompany this motion:
3        1.   The Declaration of Andrew R. Kaufman in Support of this Motion; and
4        2.   A Proposed Order that lists in tabular format all material sought to be sealed.

6    Dated: August 27, 2025                      Respectfully submitted,

7                                                By: */s/ Sarah R. London*
                                                 Sarah R. London (SBN 267093)

9                                                **GIRARD SHARP LLP**
                                                 601 California St., Suite 1400
10                                               San Francisco, CA 94108
                                                 Telephone: (415) 981-4800
11                                               slondon@girardsharp.com

12                                               By: */s/ Rachel B. Abrams*
                                                 Rachel B. Abrams (SBN 209316)

14                                               **PEIFFER WOLF CARR KANE
                                                 CONWAY & WISE, LLP**
15                                               555 Montgomery Street, Suite 820
                                                 San Francisco, CA 94111
16                                               Telephone: (415) 426-5641
                                                 Facsimile: (415) 840-9435
17                                               rabrams@peifferwolf.com

18                                               By: */s/ Roopal P. Luhana*
                                                 Roopal P. Luhana
19
20                                               **CHAFFIN LUHANA LLP**
                                                 600 Third Avenue, 12th Floor
21                                               New York, NY 10016
                                                 Telephone: (888) 480-1123
22                                               Facsimile: (888) 499-1123
                                                 luhana@chaffinluhana.com
23
24                                               *Co-Lead Counsel for Plaintiffs*

- 2 -    ADMIN MOT. TO CONSIDER WHETHER
         ANOTHER PARTY'S MAT. SHOULD BE SEALED
         CASE NO. 23-MD-03084-CRB

|   |   |
|---|---|
| 1 | **FILER'S ATTESTATION** |

2   I am the ECF User whose ID and password are being used to file this document. In
3   compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this
4   filing.

6   Dated: August 27, 2025        By:   */s/ Andrew R. Kaufman*
                                         Andrew R. Kaufman