IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No. 23-md-03084-CRB<br><br>**CERTIFICATE OF SERVICE** |

I certify that, on August 27, 2025 a true and correct copy of each of the following documents:

- [Unredacted] Plaintiffs' Opposition to Motion to Enforce the Protective Order
- [Unredacted] London Declaration
- Exhibit B

was served pursuant to Civil L.R. 5(a) to each person named below:

**KIRKLAND & ELLIS LLP**
Laura R. Vartain (laura.vartain@kirkland.com)
Allison M. Brown (allison.brown@kirkland.com)
Jessica Davidson (jessica.davidson@kirkland.com)
Christopher D. Cox (christopher.cox@kirkland.com)
Alli Brown (alli.brown@kirkland.com)
Jennifer Levy (jlevy@kirkland.com)
Rupal Joshi (rupal.joshi@kirkland.com)
Jordan Sagalowsky (jordan.sagalowsky@kirkland.com)
Cohl Love (cohl.love@kirkland.com)
Kristen Fournier (kristen.fournier@kirkland.com)
Michael Vives (michael.vives@kirkland.com)

**O'MELVENY & MYERS LLP**
Sabrina H. Strong (sstrong@omm.com)

Jonathan Schneller (jschneller@omm.com)
Joshua Revesz (jrevesz@omm.com)
Louis Fisher (lfisher@omm.com)

**SHOOK, HARDY & BACON, LLP**
Patrick L. Oot, Jr. (oot@shb.com)
Alycia A. Degen (adegen@shb.com)
Michael B. Shortnacy (mshortnacy@shb.com)
Jay D. Haider (jhaider@shb.com)
Christopher J. Kaufman (ckaufman@shb.com)
Christopher W. Cotton (ccotton@shb.com)
Michelle M. Fujimoto (mfujimoto@shb.com)
Polly Tran (ptran@shb.com)

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I directed the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and my designee did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2025 in Milwaukee, WI.

By: */s Andrew R. Kaufman*
Andrew R. Kaufman