# M. Premo-Hopkins Reply Decl. Exhibit 1

| | |
|---|---|
| From: | Roopal Luhana <Luhana@chaffinluhana.com> |
| Sent: | Thursday, August 14, 2025 5:29 PM |
| To: | Premo-Hopkins, Mark W. |
| Cc: | Roopal Luhana |
| Subject: | Uber's Motion For Enforcement of the Protective Order |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Hi Mark, I left you a VM on your cell and work line today to discuss above. Can you please give me a call when you get a chance? Thanks.

Best,
Roopal


**Roopal Luhana | Partner**
E:  Luhana@chaffinluhana.com
P:  (347) 269-4461

Serving clients nationwide with offices in CT, NY, PA, and WV.



ChaffinLuhana.com
ChaffinLuhanaFoundation.org 

**Mailing Address:**
Chaffin Luhana LLP 600 Third Ave., 12th Flr. New York, NY 10016

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.