# M. Premo-Hopkins Reply Decl. Exhibit 2

| | |
|---|---|
| **From:** | Premo-Hopkins, Mark W. <mark.premohopkins@kirkland.com> |
| **Sent:** | Tuesday, August 19, 2025 3:08 PM |
| **To:** | Roopal Luhana |
| **Cc:** | Roopal Luhana; Vartain, Laura |
| **Subject:** | Re: Uber's Motion For Enforcement of the Protective Order |

Roopal - apologies for the delay in getting back to you. I was traveling internationally for work and did not get a chance to circle back.

I am happy to connect to discuss. I understand from Laura Vartain that you have a proposal for what plaintiffs' leadership counsel would be willing to do. Please send that along in advance.

Copying Laura here for visibility.

Are you available to discuss tomorrow or Thursday?

**Mark Premo-Hopkins, P.C.**

**KIRKLAND & ELLIS LLP**
333 W. Wolf Point Plaza, Chicago, IL 60654
T +1 312 862 2706
M +1 312 497 6606
F +1 312 862 2200

he / him / his
mark.premohopkins@kirkland.com

> On Aug 14, 2025, at 6:28 PM, Roopal Luhana <Luhana@chaffinluhana.com> wrote:

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Hi Mark, I left you a VM on your cell and work line today to discuss above. Can you please give me a call when you get a chance? Thanks.

Best,
Roopal

**Roopal Luhana | Partner**
E: Luhana@chaffinluhana.com
P: (347) 269-4461

Serving clients nationwide with offices in CT, NY, PA, and WV.

1



ChaffinLuhana.com
ChaffinLuhanaFoundation.org

**Mailing Address:**
Chaffin Luhana LLP 600 Third Ave., 12th Flr. New York, NY 10016

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.