Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) <br><br> **CERTIFICATE OF SERVICE** <br><br> Judge: Hon. Lisa J. Cisneros <br> Date: August 28, 2025 <br> Time: 10:30 a.m. <br> Courtroom: 6 – 17th Floor |
| This Document Relates to: <br><br> ALL ACTIONS | |

I, the undersigned, hereby certify that on August 27, 2025, I electronically filed the foregoing documents with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

1. **REPLY IN SUPPORT OF MOTION FOR ENFORCEMENT OF THE PROTECTIVE ORDER**
2. **REPLY DECLARATION OF MARK PREMO-HOPKINS IN SUPPORT OF MOTION FOR ENFORCEMENT OF PROTECTIVE ORDER**

I declare under penalty of perjury under the law of the State of New York that the foregoing is true and correct. Executed on August 27, 2025 in New York, New York.

*/s/ Laura Vartain Horn*
Laura Vartain Horn

CERTIFICATE OF SERVICE
Case No. 3.23-md-03084-CRB (LJC)