IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>[~~PROPOSED~~] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SESAL |
|---|---|

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiffs' Opposition | Portion of briefing referring to document designated confidential | Uber |
| [Unredacted] London Declaration | Portion of declaration referring to document designated confidential | Uber |
| Exhibit B | Exhibit 1731 to Nilles Deposition | Uber |

**IT IS SO ORDERED.**

Dated: August 28, 2025

HON. CHARLES R. BREYER
United States District Judge