[Submitting counsel below]

UNITED STATES DISTRICT COURT

OF NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** <br><br> This Document Relates to: <br><br> ALL ACTIONS | No. 3:23-md-03084-CRB <br><br> **PLAINTIFFS' OBJECTION TO REPLY EVIDENCE** <br><br> Judge:  Honorable Lisa J. Cisneros <br> Date:   August 28, 2025 <br> Time:   10:30 A.M. <br> Corm.:  G-15th Floor (zoom) |

     Under L.R. 7-3(d)(2), Plaintiffs respectfully object to evidence submitted with Uber's Reply in Support of Motion for Enforcement of the Protective Order (ECF 3772).

     1.    The Premo-Hopkins Reply Declaration (ECF 3772-2) states that MDL Co-Lead Counsel agreed to provide a certification. That is incorrect. In trying to resolve this issue without Court intervention, Plaintiffs suggested a compromise under which Uber would withdraw its motion. Uber declined to do so, so there was no agreement. That fact was again made clear in the email attached as Exhibit 10 to the Premo-Hopkins Reply Declaration (ECF 3772-12).

     2.    Uber's Reply also suggests that MDL Co-Lead Counsel proposed, as part of that compromise, the language on page 3 of the reply. As shown in Exhibit 3 to the Premo-Hopkins Reply Declaration (ECF 3772-5), the language in the Reply is not accurate.

| | |
|---|---|
| Dated: August 28, 2025 | Respectfully submitted, |
| | By: */s/ Sarah R. London* |
| | Sarah R. London (SBN 267083) |
| | **GIRARD SHARP LLP** |
| | 601 California St., Suite 1400 |
| | San Francisco, CA 94108 |
| | Telephone: (415) 981-4800 |
| | slondon@girardsharp.com |
| | By: */s/ Rachel B. Abrams* |
| | Rachel B. Abrams (SBN 209316) |
| | **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP** |
| | 555 Montgomery Street, Suite 820 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 426-5641 |
| | Facsimile: (415) 840-9435 |
| | rabrams@peifferwolf.com |
| | By: */s/ Roopal P. Luhana* |
| | Roopal P. Luhana |
| | **CHAFFIN LUHANA LLP** |
| | 600 Third Avenue, 12th Floor |
| | New York, NY 10016 |
| | Telephone: (888) 480-1123 |
| | Facsimile: (888) 499-1123 |
| | luhana@chaffinluhana.com |
| | *Co-Lead Counsel* |

## FILER'S ATTESTATION

I am the ECF User whose ID and password are being used to file this document. In compliance with L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

| | | |
|---|---|---|
| Dated: August 28, 2025 | By: | */s/ Andrew R. Kaufman* |
| | | Andrew R. Kaufman |