John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB |
| | MDL No. 3084 |
| | Honorable Charles R. Breyer |
| | **PLAINTIFFS' MEMORANDUM OF SUPPORT IN OPPOSITION TO DEFENDANTS' MOTION FOR ENTRY OF (1) ORDER TO SHOW CAUSE AND (2) CASE MANAGEMENT ORDER** |
| This Document Relates to: | Judge: Hon. Charles R. Breyer |
| *WHB 1339 v. Uber Technologies, Inc., et al., No. 3:24-cv-05292* | Courtroom: 6 – 17th Floor |
| *WHB 645 v. Uber Technologies, Inc., et al., No. 3:24-cv-05356* | |
| *WHB 492 v. Uber Technologies, Inc., et al., No. 3:24-cv-05470* | |

*WHB 1969 v. Uber Technologies, Inc., et al., No. 3:24-cv-05483*

*WHB 1484 v. Uber Technologies, Inc., et al., No. 3:24-cv-05779*

*WHB 375 v. Uber Technologies, Inc., et al., No. 3:24-cv-05781*

*WHB 1604 v. Uber Technologies, Inc., et al., No. 3:24-cv-05958*

*WHB 1273 v. Uber Technologies, Inc., et al., No. 3:24-cv-05950*

*WHB 885 v. Uber Technologies, Inc., et al., No. 3:24-cv-05952*

*WHB 1381 v. Uber Technologies, Inc., et al., No. 3:24-cv-05603*

*WHB 505 v. Uber Technologies, Inc., et al., No. 3:24-cv-05709*

*WHB 2030 v. Uber Technologies, Inc., et al., No. 3:25-cv-01092*

*WHB 2063 v. Uber Technologies, Inc., et al., No. 3:25-cv-01099*

*WHB 2064 v. Uber Technologies, Inc., et al., No. 3:25-cv-01101*

*WHB 2066 v. Uber Technologies, Inc., et al., No. 3:25-cv-01121*

*WHB 2067 v. Uber Technologies, Inc., et al., No. 3:25-cv-01122*

*WHB 2069 v. Uber Technologies, Inc., et al., No. 3:25-cv-01124*

*WHB 2071 v. Uber Technologies, Inc., et al., No. 3:25-cv-01130*

*WHB 2072 v. Uber Technologies, Inc., et al., No. 3:25-cv-01140*

*WHB 2075 v. Uber Technologies, Inc., et al., No. 3:25-cv-01148*

*WHB 2076 v. Uber Technologies, Inc., et al., No. 3:25-cv-01149*

1  | *WHB 2078 v. Uber Technologies, Inc., et al., No. 3:25-cv-01152*

2

3  | *WHB 2081 v. Uber Technologies, Inc., et al., No. 3:25-cv-01161*

4

5  | *WHB 2082 v. Uber Technologies, Inc., et al., No. 3:25-cv-01177*

6  | *WHB 2084 v. Uber Technologies, Inc., et al., No. 3:25-cv-01179*

7

8  | *WHB 2085 v. Uber Technologies, Inc., et al., No. 3:25-cv-01183*

9  | *WHB 2036 v. Uber Technologies, Inc., et al., No. 3:25-cv-01180*

10

11 | *WHB 2038 v. Uber Technologies, Inc., et al., No. 3:25-cv-01196*

12 | *WHB 2042 v. Uber Technologies, Inc., et al., No. 3:25-cv-01206*

13

14 | *WHB 2043 v. Uber Technologies, Inc., et al., No. 3:25-cv-01207*

15 | *WHB 2037 v. Uber Technologies, Inc., et al., No. 3:25-cv-01189*

16

17 | *WHB 2044 v. Uber Technologies, Inc., et al., No. 3:25-cv-01209*

18 | *WHB 2046 v. Uber Technologies, Inc., et al., No. 3:25-cv-01213*

19

20 | *WHB 2048 v. Uber Technologies, Inc., et al., No. 3:25-cv-01216*

21 | *WHB 2051 v. Uber Technologies, Inc., et al., No. 3:25-cv-01226*

22

23 | *WHB 2052 v. Uber Technologies, Inc., et al., No. 3:25-cv-01229*

24 | *WHB 2053 v. Uber Technologies, Inc., et al., No. 3:25-cv-01237*

25

26 | *WHB 2054 v. Uber Technologies, Inc., et al., No. 3:25-cv-01244*

27 | *WHB 2056 v. Uber Technologies, Inc., et al., No. 3:25-cv-01246*

28

*WHB 2057 v. Uber Technologies, Inc., et al., No. 3:25-cv-01247*

*WHB 2059 v. Uber Technologies, Inc., et al., No. 3:25-cv-01255*

*WHB 491 v. Uber Technologies, Inc., et al., No. 3:24-cv-05268*

*WHB 644 v. Uber Technologies, Inc., et al., No. 3:24-cv-05272*

*WHB 1348 v. Uber Technologies, Inc., et al., No. 3:24-cv-05669*

*WHB 1556 v. Uber Technologies, Inc., et al., No. 3:24-cv-05986*

## I.    INTRODUCTION

To be clear, none of the 45 Williams Hart & Boundas (WHB) Plaintiffs Uber moves to dismiss provided fraudulent or doctored ride receipts. Rather Uber moves to dismiss these 45 WHB Plaintiffs for providing "boilerplate" reasons as to why they have been unable to provide a ride receipt. Uber's draconian motion for dismissal should be denied.

All 45 WHB Plaintiffs have provided Uber with all information in their possession about the accountholder who ordered the ride so that Uber can identify the accounts at issue. All 45 WHB Plaintiffs have also provided Uber with the approximate date, starting, and ending locations of the ride with as much precision as possible so that Uber can identify the rides at issue. By providing Uber with this information, Plaintiffs have complied with the Court's Orders.

On July 30, 2025, Defendants filed a proposed Motion for Entry of (1) And Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) a Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts (ECF No. 3604). Defendants allege that 45 WHB Plaintiffs have provided insufficient responses for why ride receipts are not available. According to Uber, 42 of the WHB Plaintiffs' articulated reasons in their uploaded Uber Ride Information Forms are

"boilerplate." Motion at 14. Presumably, the remaining three WHB Plaintiffs' reasons as stated in their uploaded Uber Ride Information Forms are simply not detailed enough for Defendants.

Pretrial Orders 5 and 10 do not require the detailed explanations that Defendants seek from Plaintiffs, and certainly not at the cost of dismissal with prejudice. Motion at 15. The Court never demanded dismissal with prejudice of Plaintiffs who could not provide ride receipts. Rather, the Court anticipated instances in which a plaintiff could not produce a ride receipt. In such cases, counsel must disclose why the receipt is unavailable, the accountholder's name, phone number, and email address, the date, starting and ending locations of the ride with as much precision as reasonably possible, and any other basic information that may assist Defendants in identifying the ride. PTO 5 at 2 -3.

There is no requirement in Pretrial Orders 5 or 10 that Plaintiffs provide a detailed explanation as to why they are unable to produce the receipt for the ride in question. After all, the purpose of the Uber Ride Information Form is to provide data so that Uber can ultimately identify the ride.

Two months ago, Defendants alleged that over 100 of WHB's Uber Ride Information Forms[1] were deficient in a June 17, 2025 letter. See attached **Exhibit A**. The deficiencies spanned questions two through six of the Uber Ride Information Form, as opposed to question 1, the subject of the current motion. WHB responded to Defendants' letter on August 18, noting that the vast majority of the Ride Information Forms (86 to be exact) were compliant with PTO 5 and 10. See attached **Exhibit B**. For those cases in which the Uber Ride Information Forms were not, WHB uploaded amended Forms, curing any alleged deficiencies.

Similarly, if the Court determines that any of the responses these 45 WHB Plaintiffs provided to Question 1 in the Uber Ride Information Form are not compliant with PTO 5 or 10, WHB respectfully requests that counsel be permitted to submit amended Forms.

---

[1] Uber raises six of these same cases in the current motion (MDL ID 2066, 2067, 2079, 2127, 2128, 2186).

**ARGUMENT**

Defendants' only complaint is that these 45 plaintiffs have provided "boilerplate" reasons as to why they cannot submit a ride receipt. Indeed, in many of the 45 Uber Ride Information Forms for WHB's listed cases, the Plaintiffs note that they are unable to locate the receipt for the rides at issue. However, pursuant to PTO 5 and 10, Plaintiffs' counsel has disclosed all information in Plaintiffs' possession about the accountholder who ordered the ride (in most cases, the name, phone number, and email address); the approximate date of the ride with as much precision as is reasonably possible; the starting location and ending location of the ride with as much precision as reasonably possible; as well as any other basic information that may assist Defendants in identifying the ride in each properly produced Uber Ride Information Form.

Plaintiffs have complied with all of the Court's Pretrial Orders. Plaintiffs do not have the ride receipts for the rides at issue,[2] and they have stated this in their Uber Ride Information Forms. Pursuant to this Court's Pretrial Orders, because they do not have their ride receipts, they have provided the information that is required of a plaintiff who does not have her ride receipt. If Defendants believe that additional information in the Ride Information Form is somehow deficient, they should serve a deficiency notice on counsel just as they did in June.[3] Defendants have not, however, in their motion, articulated any justification for how or why a more detailed explanation will help them identify the rides at issue. Defendants' desire for a more detailed explanation does not support the severe penalty of dismissal and is not supported by the Pretrial Orders.

**CONCLUSION**

The 45 WHB Plaintiffs Defendants seek to dismiss have complied with PTO 5 and 10 by providing a reason why the ride receipt for the ride at issue is not available. Defendants' request to include these plaintiffs in the scope of the Show Cause Order and/or to dismiss these plaintiffs

---

[2] Per PTO 10, a party must produce requested documents to the extent such documents are in the party's possession, custody, or control. While this language relates to substantial completeness of PFS and DFS, counsel adheres to it when filling out the Uber Ride Information Form as well.

[3] To date, counsel has not heard back from Uber regarding the August 22 deficiency response.

should be denied. In the event that the Court determines some or all of Plaintiffs' Uber Ride Information Forms are not compliant with PTO 5 or 10, WHB respectfully requests that counsel be permitted to submit amended Forms.


Dated: August 26, 2025

/s/ *Walt Cubberly*
John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

1   John Eddie Williams, Jr.
    Brian Abramson
2   Margret Lecocke
    Walt Cubberly (SBN 325163)
3   Batami Baskin
    Myles Shaw
4   WILLIAM HART & BOUNDAS, LLP
    8441 Gulf Freeway, Suite 600
5   Houston, Texas 77017-5051
    Telephone: (713) 230-2200
6   Facsimile: (713) 643-6226
    Email: jwilliams@whlaw.com
7   Email: babramson@whlaw.com
    Email: mlecocke@whlaw.com
8   Email: wcubberly@whlaw.com
    Email: bbaskin@whlaw.com
9   Email: mshaw@whlaw.com
10

11  *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br><br>**ATTORNEY WALT CUBBERLY'S AMENDED DECLARATION [3766-1] IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR ENTRY OF (1) ORDER TO SHOW CAUSE AND (2) CASE MANAGEMENT ORDER**<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 6 – 17th Floor |
| This Document Relates to:<br><br>*WHB 1339 v. Uber Technologies, Inc., et al., No. 3:24-cv-05292*<br><br>*WHB 645 v. Uber Technologies, Inc., et al., No. 3:24-cv-05356*<br><br>*WHB 492 v. Uber Technologies, Inc., et al., No. 3:24-cv-05470* | |

1

*WHB 1969 v. Uber Technologies, Inc., et al., No. 3:24-cv-05483*

2

3

*WHB 1484 v. Uber Technologies, Inc., et al., No. 3:24-cv-05779*

4

*WHB 375 v. Uber Technologies, Inc., et al., No. 3:24-cv-05781*

5

6

*WHB 1604 v. Uber Technologies, Inc., et al., No. 3:24-cv-05958*

7

*WHB 1273 v. Uber Technologies, Inc., et al., No. 3:24-cv-05950*

8

9

*WHB 885 v. Uber Technologies, Inc., et al., No. 3:24-cv-05952*

10

*WHB 1381 v. Uber Technologies, Inc., et al., No. 3:24-cv-05603*

11

12

*WHB 505 v. Uber Technologies, Inc., et al., No. 3:24-cv-05709*

13

*WHB 2060 v. Uber Technologies, Inc., et al., No. 3:25-cv-01092*

14

15

*WHB 2063 v. Uber Technologies, Inc., et al., No. 3:25-cv-01099*

16

*WHB 2064 v. Uber Technologies, Inc., et al., No. 3:25-cv-01101*

17

18

*WHB 2066 v. Uber Technologies, Inc., et al., No. 3:25-cv-01121*

19

*WHB 2067 v. Uber Technologies, Inc., et al., No. 3:25-cv-01122*

20

21

*WHB 2069 v. Uber Technologies, Inc., et al., No. 3:25-cv-01124*

22

*WHB 2071 v. Uber Technologies, Inc., et al., No. 3:25-cv-01130*

23

24

*WHB 2072 v. Uber Technologies, Inc., et al., No. 3:25-cv-01140*

25

*WHB 2075 v. Uber Technologies, Inc., et al., No. 3:25-cv-01148*

26

27

*WHB 2076 v. Uber Technologies, Inc., et al., No. 3:25-cv-01149*

28

1
2   *WHB 2078 v. Uber Technologies, Inc., et al., No. 3:25-cv-01152*

3   *WHB 2081 v. Uber Technologies, Inc., et al., No. 3:25-cv-01161*
4

5   *WHB 2082 v. Uber Technologies, Inc., et al., No. 3:25-cv-01177*

6   *WHB 2084 v. Uber Technologies, Inc., et al., No. 3:25-cv-01179*
7

8   *WHB 2085 v. Uber Technologies, Inc., et al., No. 3:25-cv-01183*

9   *WHB 2036 v. Uber Technologies, Inc., et al., No. 3:25-cv-01180*
10

11  *WHB 2038 v. Uber Technologies, Inc., et al., No. 3:25-cv-01196*

12  *WHB 2042 v. Uber Technologies, Inc., et al., No. 3:25-cv-01206*
13

14  *WHB 2043 v. Uber Technologies, Inc., et al., No. 3:25-cv-01207*

15  *WHB 2037 v. Uber Technologies, Inc., et al., No. 3:25-cv-01189*
16

17  *WHB 2044 v. Uber Technologies, Inc., et al., No. 3:25-cv-01209*

18  *WHB 2046 v. Uber Technologies, Inc., et al., No. 3:25-cv-01213*
19

20  *WHB 2048 v. Uber Technologies, Inc., et al., No. 3:25-cv-01216*

21  *WHB 2051 v. Uber Technologies, Inc., et al., No. 3:25-cv-01226*
22

23  *WHB 2052 v. Uber Technologies, Inc., et al., No. 3:25-cv-01229*

24  *WHB 2053 v. Uber Technologies, Inc., et al., No. 3:25-cv-01237*
25

26  *WHB 2054 v. Uber Technologies, Inc., et al., No. 3:25-cv-01244*

27  *WHB 2056 v. Uber Technologies, Inc., et al., No. 3:25-cv-01246*
28

*WHB 2057 v. Uber Technologies, Inc., et al., No. 3:25-cv-01247*

*WHB 2059 v. Uber Technologies, Inc., et al., No. 3:25-cv-01255*

*WHB 491 v. Uber Technologies, Inc., et al., No. 3:24-cv-05268*

*WHB 644 v. Uber Technologies, Inc., et al., No. 3:24-cv-05272*

*WHB 1348 v. Uber Technologies, Inc., et al., No. 3:24-cv-05669*

*WHB 1556 v. Uber Technologies, Inc., et al., No. 3:24-cv-05986*

I, Walt Cubberly, declare as follows:

1. I am an attorney at Williams Hart & Boundas LLP admitted to practice before ethe courts of the State of California. I am one of the counsels of record for all filed WHB claimants. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently as to the information below:

2. This amended declaration is made in support of the Opposition to Defendants' Motion for Entry of (1) Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) a Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts [3766].

3. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 1882, WHB 491on August 21, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25**, a spreadsheet containing the names of 90

plaintiffs who did not produce a bona fide ride receipt in the litigation. The spreadsheet also contains the following information from all 45 WHB Plaintiffs' submitted Uber Ride Information Forms: Plaintiff Id Number; Name (redacted); Firm Name; Date of Uber Ride Information Form; Why the Ride Receipt is Unavailable, Accountholder Name, email address, and phone number (all redacted), Approximate Date of Ride; Approximate Starting Address of Ride (redacted): Approximate Ending Address of Ride (redacted); Any Other Information That May Assist Defendants in Identifying Ride; If Items 2 Through 6 Cannot Be Provided, Explanation as to Why Information is Not Readily Ascertainable.

4. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID1883, WHB 644 on August 21, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

5. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID1889, WHB1339 on August 21, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

6. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 1928, WHB 645 on August 23, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

7. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 1949, WHB 492 on August 23, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

8. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 1984, WHB 1969 on August 26, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

9. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2066, WHB 1484 on August 26, 2024. See **Exhibit A** to Defendants' Motion for Entry of

(1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

10. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2067, WHB 375 on August 26, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

11. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2079, WHB 1604 on August 26, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

12. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2127, WHB 1273 on August 26, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order

Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

13. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2128, WHB 885 on August 26, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

14. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2133, WHB 1381 on August 26, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

15. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2174, WHB 1381 on August 27, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

16. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2180, WHB 1556 on August 27, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

17. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2186, WHB 505 on August 27, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

18. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2850, WB 2060 on February 4, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

19. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2854, WHB 2063 on February 4, 2025. See **Exhibit A** to Defendants' Motion for Entry of

(1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

20. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2855, WHB 2064 on February 4, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

21. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2857, WHB 2066 on February 4, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

22. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2859, WHB 2067 on February 4, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order

Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

23. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2860, WHB 2069 on February 4, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

24. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2862, WHB 2071 on February 4, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

25. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2863, WHB 2072 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

26. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2866, WHB 2072 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

27. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2867, WHB 2076 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

28. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2869, WHB 2078 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

29. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2872, WHB 2081 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of

(1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

30. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2874, WHB 2082 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

31. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2876, WHB 2084 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

32. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2877, WHB 2085 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order

Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura

Vartain at paragraph 37, attaching **Exhibit 25.**

33. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride

receipt is not available by producing an Uber Ride Information Form for Plaintiff ID

2878, WHB 2036 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of

(1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide

Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order

Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura

Vartain at paragraph 37, attaching **Exhibit 25.**

34. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride

receipt is not available by producing an Uber Ride Information Form for Plaintiff ID

2880, WHB 2038 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of

(1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide

Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order

Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura

Vartain at paragraph 37, attaching **Exhibit 25.**

35. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride

receipt is not available by producing an Uber Ride Information Form for Plaintiff ID

2884, WHB 2042 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of

(1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide

Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order

Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura

Vartain at paragraph 37, attaching **Exhibit 25.**

36. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2885, WHB 2043 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

37. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2887, WHB 2037 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

38. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2888, WHB 2044 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

39. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2890, WHB 2046 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of

(1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

40. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2892, WHB 2048 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

41. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2896, WHB 2051 on February 6, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

42. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2898, WHB 2052 on February 6, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order

Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

43. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2899, WHB 2053 on February 6, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

44. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2900, WHB 2054 on February 6, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

45. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2878, WHB 2036 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

46. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2903, WHB 2056 on February 6, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

47. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2904, WHB 2057 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

48. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2906, WHB 2059 on February 6, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

49. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 28, 2025 in Houston, Texas.

Dated: August 28, 2025

/s/ *Walt Cubberly*
Walt Cubberly

*Attorneys for Plaintiff*