HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
**ANAPOL WEISS**
60 South 6th St., Suite 2800
Minneapolis, MN 55402
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: hdolejsi@anapolweiss.com

WILLIAM L. SMITH (Cal Bar No. 324235)
**ANAPOL WEISS**
6060 Center Drive, 10th Floor
Los Angeles, CA 90045
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: wsmith@anapolweiss.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*E.B. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09052-CRB<br><br>*E.H. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08342-CRB<br><br>*C.E. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04100-CRB<br><br>*W.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04717-CRB<br><br>*K.N. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04719-CRB<br><br>*R.H. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04725-CRB | Case No. 3:23-md-03084-CRB<br><br>Honorable Charles R. Breyer<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10 [Doc No. 3731]**<br><br>Date: October 3, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

*T.P. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-04766-CRB

*S.K. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-04768-CRB

*L.K. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-04774-CRB

*B.W. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-04796-CRB

*G.G. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-04798-CRB

*D.C. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-04851-CRB

## I.  INTRODUCTION

On August 22, 2025, Defendants filed a Motion to Dismiss Plaintiffs who allegedly failed to submit substantially complete Plaintiff Fact Sheets in connection with Pretrial Order ("PTO") 10. [Doc. No. 3731]. PTO 10 establishes the procedures and deadlines for Plaintiffs to produce substantially complete Plaintiff Fact Sheets.

## II.  BACKGROUND

Parties are required to meet and confer **in good faith** before bringing any motion concerning alleged discovery disputes to the Court. L. R. 37-1.

## III.  ARGUMENT

**a**.  *Plaintiffs E.B., E.H., C.E., W.M., K.N., R.H., T.P., S,K., L.K., B.W., G.G., and D.C. Should Not Be Dismissed.*

Plaintiffs E.B., E.H., C.E., W.M., K.N., R.H., T.P., S.K., L.K., B.W., G.G., and D.C. ("Plaintiffs") have acted diligently to cure any deficiencies identified by the Defendants and have now fully complied with PTO 10 by providing the missing information and documents Defendants alleged were deficient. Therefore, Plaintiffs should be removed from consideration of Defendants' August 22, 2025 Motion to Dismiss, rendering their inclusion moot.

**b.** *Defendants Failure To Meet and Confer With Plaintiffs Provides An Independent Basis to Deny Dismissal of Plaintiffs Claims.*

Local Rule 37-1 expressly requires Counsel to meet and confer in good faith before bringing a discovery motion. L. R. 37-1. Defendants' counsel failed to engage in this process with Plaintiffs' counsel before filing their motion, contrary to this Court's Local Rules. This failure independently warrants denial of Defendants' motion as to these Plaintiffs.

### IV.    CONCLUSION

For the foregoing reasons, Plaintiffs E.B., E.H., C.E., W.M., K.N., R.H., T.P., S.K., L.K., B.W., G.G., and D.C. respectfully request that the Court deny Defendants' Motion to Dismiss as to them, as they have fulfilled their obligations under PTO 10 and were not afforded the required meet and confer process.

Dated: August 28, 2025          Respectfully submitted,

**ANAPOL WEISS**

By: */s/ Holly Dolejsi*
HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
**ANAPOL WEISS**
60 South 6th St. Suite 2800
Minneapolis, MN 55402
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: hdolejsi@anapolweiss.com

*And*

WILLIAM L. SMITH (Cal Bar No. 324235)
**ANAPOL WEISS**
6060 Center Drive, 10th Floor
Los Angeles, CA 90045
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: wsmith@anapolweiss.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2025, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

Dated: August 28, 2025                                By: */s/ Holly Dolejsi*
                                                          Holly Dolejsi