John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>**ATTORNEY WALT CUBBERLY'S AMENDED DECLARATION [3766-1] IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR ENTRY OF (1) ORDER TO SHOW CAUSE AND (2) CASE MANAGEMENT ORDER**<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 6 – 17th Floor |
| This Document Relates to:<br><br>*WHB 1339 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05292<br><br>*WHB 645 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05356<br><br>*WHB 492 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05470 | |

| | |
|---|---|
| 1 | *WHB 1969 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05483 |
| 2 | |
| 3 | *WHB 1484 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05779 |
| 4 | |
| 5 | *WHB 375 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05781 |
| 6 | *WHB 1604 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05958 |
| 7 | |
| 8 | *WHB 1273 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05950 |
| 9 | *WHB 885 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05952 |
| 10 | |
| 11 | *WHB 1381 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05603 |
| 12 | *WHB 505 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05709 |
| 13 | |
| 14 | *WHB 2060 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01092 |
| 15 | *WHB 2063 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01099 |
| 16 | |
| 17 | *WHB 2064 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01101 |
| 18 | *WHB 2066 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01121 |
| 19 | |
| 20 | *WHB 2067 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01122 |
| 21 | *WHB 2069 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01124 |
| 22 | |
| 23 | *WHB 2071 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01130 |
| 24 | *WHB 2072 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01140 |
| 25 | |
| 26 | *WHB 2075 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01148 |
| 27 | *WHB 2076 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01149 |
| 28 | |

*WHB 2078 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01152

*WHB 2081 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01161

*WHB 2082 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01177

*WHB 2084 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01179

*WHB 2085 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01183

*WHB 2036 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01180

*WHB 2038 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01196

*WHB 2042 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01206

*WHB 2043 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01207

*WHB 2037 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01189

*WHB 2044 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01209

*WHB 2046 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01213

*WHB 2048 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01216

*WHB 2051 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01226

*WHB 2052 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01229

*WHB 2053 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01237

*WHB 2054 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01244

*WHB 2056 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01246

*WHB 2057 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01247

*WHB 2059 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01255

*WHB 491 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05268

*WHB 644 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05272

*WHB 1348 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05669

*WHB 1556 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05986

I, Walt Cubberly, declare as follows:

1. I am an attorney at Williams Hart & Boundas LLP admitted to practice before ethe courts of the State of California. I am one of the counsels of record for all filed WHB claimants. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently as to the information below:

2. This amended declaration is made in support of the Opposition to Defendants' Motion for Entry of (1) Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) a Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts [3766].

3. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 1882, WHB 491on August 21, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25**, a spreadsheet containing the names of 90

plaintiffs who did not produce a bona fide ride receipt in the litigation. The spreadsheet also contains the following information from all 45 WHB Plaintiffs' submitted Uber Ride Information Forms: Plaintiff Id Number; Name (redacted); Firm Name; Date of Uber Ride Information Form; Why the Ride Receipt is Unavailable, Accountholder Name, email address, and phone number (all redacted), Approximate Date of Ride; Approximate Starting Address of Ride (redacted): Approximate Ending Address of Ride (redacted); Any Other Information That May Assist Defendants in Identifying Ride; If Items 2 Through 6 Cannot Be Provided, Explanation as to Why Information is Not Readily Ascertainable.

4. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID1883, WHB 644 on August 21, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

5. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID1889, WHB1339 on August 21, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

6. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 1928, WHB 645 on August 23, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

7. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 1949, WHB 492 on August 23, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

8. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 1984, WHB 1969 on August 26, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

9. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2066, WHB 1484 on August 26, 2024. See **Exhibit A** to Defendants' Motion for Entry of

(1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

10. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2067, WHB 375 on August 26, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

11. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2079, WHB 1604 on August 26, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

12. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2127, WHB 1273 on August 26, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order

Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

13. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2128, WHB 885 on August 26, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

14. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2133, WHB 1381 on August 26, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

15. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2174, WHB 1381 on August 27, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

16. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2180, WHB 1556 on August 27, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

17. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2186, WHB 505 on August 27, 2024. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

18. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2850, WB 2060 on February 4, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

19. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2854, WHB 2063 on February 4, 2025. See **Exhibit A** to Defendants' Motion for Entry of

(1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

20. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2855, WHB 2064 on February 4, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

21. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2857, WHB 2066 on February 4, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

22. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2859, WHB 2067 on February 4, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order

Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

23. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2860, WHB 2069 on February 4, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

24. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2862, WHB 2071 on February 4, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

25. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2863, WHB 2072 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

26. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2866, WHB 2072 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

27. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2867, WHB 2076 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

28. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2869, WHB 2078 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

29. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2872, WHB 2081 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of

(1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

30. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2874, WHB 2082 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

31. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2876, WHB 2084 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

32. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2877, WHB 2085 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order

Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

33. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2878, WHB 2036 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

34. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2880, WHB 2038 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

35. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2884, WHB 2042 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

36. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2885, WHB 2043 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

37. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2887, WHB 2037 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

38. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2888, WHB 2044 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

39. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2890, WHB 2046 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of

(1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

40. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2892, WHB 2048 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

41. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2896, WHB 2051 on February 6, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

42. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2898, WHB 2052 on February 6, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order

Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

43. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2899, WHB 2053 on February 6, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

44. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2900, WHB 2054 on February 6, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

45. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2878, WHB 2036 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

46. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2903, WHB 2056 on February 6, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

47. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2904, WHB 2057 on February 5, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

48. Counsel disclosed the information required in PTO 5 and PTO 10 for cases in which a ride receipt is not available by producing an Uber Ride Information Form for Plaintiff ID 2906, WHB 2059 on February 6, 2025. See **Exhibit A** to Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, Declaration of Laura Vartain at paragraph 37, attaching **Exhibit 25.**

49. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 28, 2025 in Houston, Texas.

Dated: August 28, 2025                     /s/ *Walt Cubberly*
                                           Walt Cubberly

                                           *Attorneys for Plaintiff*