# EXHIBIT B

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Uber*

UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF CHRISTOPHER V. COTTON**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

1
DECLARATION OF CHRISTOPHER V. COTTON
Case No. 3:23-md-03084-CRB (LJC)

I, Christopher V. Cotton, state as follows:

1. I am an attorney at Shook, Hardy & Bacon L.L.P., counsel of record for Defendants Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC (collectively, "Uber" or "Defendants"). I offer this Declaration in the above-captioned matter in support of Uber's Motion for Entry of an Order to Show Cause Why 6 Plaintiffs Who Have Submitted Non-Bona-Fide Receipts Should Not Be Dismissed with Prejudice.

2. Attached as **Exhibit 1-A** is a true and correct copy of a bona fide receipt from Uber's systems for a 27-minute ride that occurred on November 30, 2022, in Alabama for a total of $34.94.

3. Attached as **Exhibit 1-B** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 2642 in the above-captioned matter.

4. Attached as **Exhibit 2-A** is a true and correct copy of a bona fide receipt from Uber's systems for a 5-minute ride that occurred on January 5, 2018, in Kent, Washington with a subtotal of $4.13.

5. Attached as **Exhibit 2-B** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 1384.

6. Attached as **Exhibit 3** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 1507.

7. Attached as **Exhibit 4** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 3841.

8. Attached as **Exhibit 5** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 3659.

9. Attached as **Exhibit 6** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 1199.

10. Attached as **Exhibit 7** is a true and correct copy of a bona fide receipt produced by Uber for a ride by Plaintiff with MDL ID 1384.

11. Attached as **Exhibit 8** is a true and correct copy of a bona fide receipt from Uber's systems for a 53-minute ride that occurred on June 12, 2022, in Las Vegas, Nevada for a total of $25.84.

12. Attached as **Exhibit 9** a true and correct copy of a bona fide receipt from Uber's systems for a 10-minute ride that occurred on August 18, 2021, in Gulf Breeze, Florida for a total of $14.99.

13. Attached **Exhibit 10** is a true and correct copy of a letter sent by Uber's counsel, dated May 14, 2024, to counsel for Plaintiff with MDL ID 1199.

14. Attached as **Exhibit 11** is a true and correct copy of Peiffer Wolf Carr Kane Conway & Wise, LLP's Motion to Withdraw as Counsel for Plaintiff with MDL ID 1384, dated January 8, 2025.

15. Attached as **Exhibit 12** is a true and correct copy of the Court's order, dated February 3, 2025, granting Peiffer Wolf Carr Kane Conway & Wise, LLP's Motion to Withdraw as Counsel for Plaintiff with MDL ID 1384.

16. Attached as **Exhibit 13** is a true and correct copy of the Ride Information Form uploaded by Plaintiff with MDL ID 2774.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  August 25, 2025

Respectfully submitted,

By: *Christopher V. Cotton*
Christopher V. Cotton (admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC