# EXHIBIT 1-A





