# EXHIBIT 1-B

# Receipt

Original receipt



**November 30, 2022**

## Here's your receipt for your ride,

| Total | $34.94 |
|---|---|

| | |
|---|---|
| Trip fare | $29.36 |
| Subtotal | $29.36 |
| Booking Fee ⓘ | $4.73 |
| Temporary Fuel Surcharge ⓘ | $0.55 |
| Alabama TNC Fee | $0.30 |

# UberX ride with ███

Nov 30 5:03PM
$34.94

🧾 Receipt

• ████████████████  5:15 PM
   ████████

■ ████████████████  5:43 PM

💰 $5.00 tip added

⭐ Rated 5 ⭐

🔒 **View what your driver sees**
After your ride, driver can't see your pickup or dropoff address details  ›

## Help

Find lost item

# Receipt

| Receipt including tip | ⌄ |
|---|---|

| Trip fare | $29.36 |
|---|---|

| Subtotal | $29.36 |
|---|---|
| Booking Fee ⓘ | $4.73 |
| Temporary Fuel Surcharge ⓘ | $0.55 |
| Tips | $5.00 |
| Alabama TNC Fee | $0.30 |

## Payments

| Apple Pay Visa •••• ▮▮▮▮ | $39.94 |
|---|---|
| 11/30/22 5:53 PM | |

Download PDF

Resend email