# EXHIBIT 2-A

