# EXHIBIT 2-B

**Photo** ⌄       **Done**

code 20ubereats. Download the app today.

## Your Fare

| | |
|---|---|
| Base Fare | 1.35 |
| Distance | 1.40 |
| Time | 1.38 |

| | |
|---|---|
| Subtotal | $4.13 |

| | |
|---|---|
| Booking Fee (?) | 1.95 |
| King County accessibility and admin fee (?) | 0.45 |
| Wait Time (?) | 0.71 |

CHARGED

 Personal ••••    **$7.24**

         

11:29    LTE



**Yesterday**
2:19 PM

Edit



**Uber Receipts**    January 1, 2022

to me ✓



**UBER**

# $7.24

Thanks for choosing Uber,

January 1, 2022    | uberX

● 8:11pm    |

● 9:21pm    |

