# EXHIBIT 3



Sun, Aug 21, 2022

Jane Doe (█████)
3:24-cv-4363

# Here's your updated ride receipt

We hope you enjoyed your ride this afternoon.

| | |
|---|---|
| **Total** | **$18.11** |
| Trip Fare | $15.59 |
| Subtotal | $15.59 |
| Tolls, Surcharges and Fees | $2.52 |

**Amount Charged**

VISA •••• ████   $18.11

You rode with ████

**UberX**   1.3 miles | 0 hour 0 min

8:13 PM  ████
8:13 PM  ████