# EXHIBIT 5

 **Outlook**

---

**(No subject)**

---

From
Date  Thu 1/23/2025 12:11 PM
To





