# EXHIBIT 6

# Uber

January 8, 2021

## Here's your receipt for your ride, 

We hope you enjoyed your ride this evening.

| Total | $16.59 |
|---|---|

| Trip fare | $16.59 |
|---|---|

| Subtotal | $16.59 |
|---|---|
| Booking Fee | $3.00 |

**Amount Charged**

VISA  •••• ▇▇▇▇    $19.59

[Visit the trip page](#) for more information, including invoices (where available)

You rode with ▇▇▇▇

**UberX**  7.16 Miles | 13

9:12 AM | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
11:32 AM | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.