# EXHIBIT 7



# Uber

Total **$9.58**
January 1, 2022

## Thanks for riding,

We're glad to have you as an Uber Rewards Platinum Member.

### Total $9.58

*You earned 19 points on this trip

Nice work using your Uber Cash balance. Now, turn on auto-refill for Uber Cash and lock in your savings.

| | |
|---|---|
| Trip fare | $7.44 |
| Subtotal | $7.44 |
| Booking Fee | $1.20 |
| King County accessibility and admin fee | $0.33 |
| Driver Paid Sick & Safe Time | $0.61 |

**Payments**

Uber Cash    $9.58
1/1/22 4:30 PM

Download PDF

**Uber Rewards**

Base points    19
2 points per eligible $ on UberX

Driver Compensation    $4.12
Trip earnings    $4.12

**You rode with**

4.96 ★ Rating    Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.



When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

UberX  1.87 miles | 5 min

4:25 PM

4:30 PM

Report lost item >   |   Contact support >   |   My trips >



Uber

Forgot password
Privacy
Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158