# EXHIBIT 8

# Uber

June 12, 2022

## Here's your receipt for your ride, ███

We hope you enjoyed your ride this afternoon.

| Total | $25.84 |
|---|---|

| Trip fare | $17.11 |
|---|---|

| Subtotal | $17.11 |
|---|---|
| Temporary Fuel Surcharge | $0.45 |
| Wait time at stop | $0.43 |
| Booking Fee | $7.06 |
| NV Recovery Surcharge | $0.04 |
| Transportation Recovery Tax | $0.75 |

## Payments

 Visa •••• ███

6/12/22 2:07 PM                                                                 $25.84

A temporary hold of $26.62 was placed on your payment method •••• ███ . This is not a charge and will be removed. It should disappear from your bank statement shortly.

Visit the trip page for more information, including invoices (where available)

You rode with ███

UberX     13.95 miles | 53 min



1:14 PM | ████████████████

2:07 PM | ████████████████

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.