# EXHIBIT 9

# Uber

August 18, 2021

## Here's your receipt for your ride,

We hope you enjoyed your ride this evening.

| Total | $14.99 |
|---|---|

| Trip fare | $11.99 |
|---|---|

| Subtotal | $11.99 |
|---|---|
| Booking Fee | $3.00 |

**Amount Charged**

VISA ••••  $14.99

[Visit the trip page](#) for more information, including invoices (where available)

**You rode with**

UberX   6.14 miles | 10 min

9:27 PM |
9:38 PM |

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.