# EXHIBIT 1



Christopher V. Cotton

2555 Grand Blvd.
Kansas City, Missouri 64108
**t** 816.474.6550
**f** 816.421.5547
ccotton@shb.com

August 19, 2025

VIA ELECTRONIC MAIL

| | |
|---|---|
| Roopal P. Luhana<br>CHAFFIN LUHANA LLP<br>600 Third Avenue, Fl. 12<br>New York, NY 10016<br>luhana@chaffinluhana.com | Sarah R. London<br>Andrew R. Kaufman<br>GIRARD SHARP LLP<br>601 California St., Suite 1400<br>San Francisco, CA 94108<br>slondon@girardsharp.com<br>akaufman@girardsharp.com |
| Rachel B. Abrams<br>PEIFFER WOLF CARR KANE<br>CONWAY & WISE, LLP<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>rabrams@peifferwolf.com | Elizabeth J. Cabraser<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, Suite 2900<br>San Francisco, CA 94111<br>ecabraser@lchb.com |
| Donald D. Grubbs<br>PULASKI KHERKHER, PLLC<br>2925 Richmond Ave. #1725<br>Houston, TX 77098<br>dgrubbs@pulaskilawfirm.com | William A. Levin<br>Laurel L. Simes<br>LEVIN SIMES LLP<br>1700 Montgomery St Suite 250, San<br>Francisco, CA 94111<br>wlevin@levinsimes.com<br>llsimes@levinsimes.com |
| Sadi R. Antonmattei-Goitia<br>KHERKHER GARCIA, LLP<br>2925 Richmond Ave. Suite 1560,<br>Houston, TX 77098<br>sadi@kherkhergarcia.com | Steven Scott Schulte<br>NACHAWATI LAW GROUP<br>5489 Blair Rd<br>Dallas, TX 75231<br>schulte@fnlawfirm.com |

Counsel:

I write to initiate a meet and confer regarding Plaintiffs listed in **Attachment 1**.

PTO #5 requires each Plaintiff to "submit a bona fide ride receipt" from an Uber trip connected to the alleged incident. PTO #5, ¶ 4 (ECF 175). Plaintiffs listed in Attachment 1 have violated PTO #5 and have not provided a bona fide receipt. These cases should be dismissed with prejudice.



August 19, 2025
Page 2

I have included all law firms representing Plaintiffs on Attachment 1 on this communication, as well as Plaintiffs' MDL leadership. Given the fast-moving nature of this docket and impending trials in this matter, it is imperative that we meet and confer on these issues promptly this week. I can make myself available most times this week to accommodate the group's schedules. Please provide your availability to meet and confer this week.

Sincerely,

*/s/ Christopher V. Cotton*

Christopher V. Cotton
Partner

**Attachment 1**

1. MDL ID 2642 - Pulaski Law Firm

2. MDL ID 1199 - Levin Simes LLP

3. MDL ID 1384[1] - Peiffer Wolf

4. MDL ID 2774[2] - Kherker Garcia

5. MDL 1507[3] - Nachawati Law Group

6. MDL ID 3841 - Pulaski Law Firm

7. MDL ID 3659 - Pulaski Law Firm

---

[1] Plaintiff was dismissed without prejudice after the Court granted the withdrawal of counsel on February 3, 2025. Dismissal should be converted to dismissal with prejudice.

[2] Same Plaintiff as Plaintiff with MDL ID 1384.

[3] Dismissed without prejudice on June 2, 2025 due to the failure by Plaintiff to file a notice indicating whether they intended to pursue their action following the withdrawal of Nachawati. Dismissal should be converted to dismissal with prejudice.