# EXHIBIT 2

| | |
|---|---|
| **From:** | Cotton, Chris (SHB) <CCOTTON@shb.com> |
| **Sent:** | Wednesday, August 20, 2025 2:54 PM |
| **To:** | sadi@kherkhergarcia.com; schulte@fnlawfirm.com; Douglas Grubbs; wlevin@levinsimes.com; llsimes@levinsimes.com; rabrams@peifferwolf.com; luhana@chaffinluhana.com; slondon@girardsharp.com; akaufman@girardsharp.com; ecabraser@lchb.com |
| **Cc:** | Fournier, Kristen |
| **Subject:** | RE: Uber MDL: Request for Meet and Confer this Week |
| **Attachments:** | Letter to Counsel - August 19, 2025.pdf |

Counsel,

I haven't received a response to my request below to meet and confer regarding the plaintiffs referenced in the attached letter that have not submitted a bona fide ride receipt as required by PTO #5. Please let me know your availability tomorrow to discuss.

Thanks.

Chris

---

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Sent:** Tuesday, August 19, 2025 3:21 PM
**To:** sadi@kherkhergarcia.com; schulte@fnlawfirm.com; Douglas Grubbs <dgrubbs@pulaskilawfirm.com>; wlevin@levinsimes.com; llsimes@levinsimes.com; rabrams@peifferwolf.com; luhana@chaffinluhana.com; slondon@girardsharp.com; akaufman@girardsharp.com; ecabraser@lchb.com
**Cc:** Fournier, Kristen <kristen.fournier@kirkland.com>
**Subject:** Uber MDL: Request for Meet and Confer this Week

Counsel,

Please see the attached letter and let me know your availability this week to meet and confer with respect to the cases referenced in the letter. The noted plaintiffs have not provided a bona fide ride receipt as required by PTO #5 and should be dismissed with prejudice.

Thanks.

Chris


**Christopher V. Cotton**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2393 | ccotton@shb.com

1