# EXHIBIT 4

| | |
|---|---|
| **From:** | Rachel Abrams <rabrams@peifferwolf.com> |
| **Sent:** | Thursday, August 21, 2025 11:46 AM |
| **To:** | Cotton, Chris (SHB); sadi@kherkhergarcia.com; schulte@fnlawfirm.com; Douglas Grubbs; wlevin@levinsimes.com; llsimes@levinsimes.com; luhana@chaffinluhana.com; slondon@girardsharp.com; akaufman@girardsharp.com; ecabraser@lchb.com |
| **Cc:** | Fournier, Kristen |
| **Subject:** | Re: Uber MDL: Request for Meet and Confer this Week |
| **Attachments:** | image001.jpg; Order Dismissing Cases Without Prejudice - 6.2.2025[72].pdf; 25.02.03_MDL_2221 Order Granting Motion to Withdraw[34].pdf |

**EXTERNAL**

Chris,

Regarding, MDL ID 13841, we withdrew as counsel and the case was dismissed without prejudice, Orders attached.

Regards,

Rachel

**Rachel Abrams**
Partner



555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 | **Direct:** 415-426-5641

peifferwolf.com

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

---

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Date:** Thursday, August 21, 2025 at 8:27 AM
**To:** sadi@kherkhergarcia.com <sadi@kherkhergarcia.com>, schulte@fnlawfirm.com <schulte@fnlawfirm.com>, Douglas Grubbs <dgrubbs@pulaskilawfirm.com>, wlevin@levinsimes.com <wlevin@levinsimes.com>, llsimes@levinsimes.com <llsimes@levinsimes.com>, Rachel Abrams <rabrams@peifferwolf.com>, luhana@chaffinluhana.com <luhana@chaffinluhana.com>, slondon@girardsharp.com <slondon@girardsharp.com>, akaufman@girardsharp.com <akaufman@girardsharp.com>, ecabraser@lchb.com <ecabraser@lchb.com>
**Cc:** Fournier, Kristen <kristen.fournier@kirkland.com>
**Subject:** RE: Uber MDL: Request for Meet and Confer this Week

Counsel,

I'm following up again because I have not heard back from the following firms:

Levin Simes LLP - MDL ID 1199
Peiffer Wolf - MDL ID 13841
Kherker Garcia - MDL ID 27742
Nachawati Law Group - MDL 15073

Please let me know your availability today to meet and confer regarding the noted plaintiffs who have not submitted bona fide receipts as required by PTO #5.

Thanks.

Chris

---

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Sent:** Wednesday, August 20, 2025 2:54 PM
**To:** sadi@kherkhergarcia.com; schulte@fnlawfirm.com; Douglas Grubbs <dgrubbs@pulaskilawfirm.com>; wlevin@levinsimes.com; llsimes@levinsimes.com; rabrams@peifferwolf.com; luhana@chaffinluhana.com; slondon@girardsharp.com; akaufman@girardsharp.com; ecabraser@lchb.com
**Cc:** Fournier, Kristen <kristen.fournier@kirkland.com>
**Subject:** RE: Uber MDL: Request for Meet and Confer this Week

Counsel,

I haven't received a response to my request below to meet and confer regarding the plaintiffs referenced in the attached letter that have not submitted a bona fide ride receipt as required by PTO #5. Please let me know your availability tomorrow to discuss.

Thanks.

Chris

---

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Sent:** Tuesday, August 19, 2025 3:21 PM
**To:** sadi@kherkhergarcia.com; schulte@fnlawfirm.com; Douglas Grubbs <dgrubbs@pulaskilawfirm.com>; wlevin@levinsimes.com; llsimes@levinsimes.com; rabrams@peifferwolf.com; luhana@chaffinluhana.com; slondon@girardsharp.com; akaufman@girardsharp.com; ecabraser@lchb.com
**Cc:** Fournier, Kristen <kristen.fournier@kirkland.com>
**Subject:** Uber MDL: Request for Meet and Confer this Week

Counsel,

Please see the attached letter and let me know your availability this week to meet and confer with respect to the cases referenced in the letter. The noted plaintiffs have not provided a bona fide ride receipt as required by PTO #5 and should be dismissed with prejudice.

Thanks.

Chris

**Christopher V. Cotton**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2393 | ccotton@shb.com

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.