# EXHIBIT 6

**From:** Sadi Antonmattei-Goitia
**To:** Cotton, Chris (SHB)
**Subject:** Declined: Meet and Confer - ride receipts

EXTERNAL