# **EXHIBIT 7**

| | |
|---|---|
| **From:** | William Levin |
| **To:** | Cotton, Chris (SHB) |
| **Subject:** | Accepted: Meet and Confer - ride receipts |

EXTERNAL