# EXHIBIT 8

**From:** Laurel Simes
**To:** Cotton, Chris (SHB)
**Subject:** Accepted: Meet and Confer - ride receipts

EXTERNAL