Benjamin A. Gastel (TN #28699)
**Herzfeld, Suetholz, Gastel, Leniski**
  **& Wall, PLLC**
1920 Adelicia St., Ste 300
Nashville, TN 37212
Ph: (615) 800-6225
Fax: (615) 994-8625
Email: ben@hsglawgroup.com
***Counsel for Plaintiff F.W.***

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANSISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES INC., PASSENGER SEXUAL ASSAULT LITIGATION** <br><br> This Document Relates to: <br><br> Case No. 3:23-cv-05898-CRB <br> *F.W. V. UBER TECHNOLOGIES, INC.,* et al, | **Case No.: 3:23-md-03084-CRB** <br><br> **Hon. Charles R. Breyer** <br><br> **NOTICE OF COUNSEL'S CHANGE OF ADDRESS** |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

     Please take notice that, as of August 29, 2025, attorney Benjamin A. Gastel, counsel of record for Plaintiff F.W., in the above cases, has changed his address for service of notifications in this action. Mr. Gastel's new address is as follows:

Benjamin A. Gastel
**Herzfeld, Suetholz, Gastel, Leniski**
  **& Wall, PLLC**
1920 Adelicia St., Suite 300
Nashville, TN 37212
Tel: (615) 800-6225
Fax: (615) 994-8625
Email: ben@hsglawgroup.com

NOTICE OF COUNSEL'S CHANGE OF ADDRESS - 1

All future notices and documents in this action should be sent to the above email and/or mailing address.

Dated this 29th day of August, 2025.

Respectfully Submitted by:

*/s/ Benjamin A. Gastel*
Benjamin A. Gastel* (TN #28699)
**Herzfeld, Suetholz, Gastel, Leniski & Wall, PLLC**
1920 Adelicia St., Ste 300
Nashville, TN 37212
Phone: (615) 800-6225
Fax: (615) 994 - 8625
ben@hsglawgroup.com

*Admitted *Pro Hac Vice*

### CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of records.

*/s/ Benjamin A. Gastel*
Benjamin A. Gastel

NOTICE OF COUNSEL'S CHANGE OF ADDRESS - 2