1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

14
15
16

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*B.L. v. Uber Techs., Inc.*,<br>No. 24-cv-7940 | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF No. 3727]**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom: Courtroom 6 – 17th Floor |

17
18
19
20
21
22
23
24
25
26
27
28

Having considered statement in support of Plaintiffs' Administrative Motions to Consider Whether Another Party's Material Should Be Filed Under Seal, dated August 22, 2025, ECF 3727 ("Plaintiffs' Motion"), and Defendants' Statement in Support of Plaintiffs' Motion, dated August 29, 2025, ECF ____ ("Statement in Support"), the Court hereby ORDERS that the following materials remain under seal as stated in Defendants' Statement in Support:

| Document | Description | Scope of Sealing |
| --- | --- | --- |
| **Exhibit E** to Luther Declaration in Support of Motion to Amend (ECF 3727-7) | Excerpts of Transcript of July 10, 2025 Deposition of Hannah Niles, designated as Highly Confidential pursuant to Protective Order | Single redaction of unrelated driver's name (at 19:21) |
| **Exhibit F** to Luther Declaration in Support of Motion to Amend (ECF 3727-8) | Excerpts of Transcript of August 7, 2025 Rule 30(b)(6) Deposition of Defendants by Hannah Niles, designated as Highly Confidential pursuant to Protective Order | Limited redactions of unredacted driver's name (at 268:14, 15, 17-18) and proprietary information on Uber systems (at 269:9-271:8, 272:18-274:7) |
| **Exhibit G** to Luther Declaration in Support of Motion to Amend (ECF 3727-9) | Document produced by Uber | Limited redactions of unrelated drivers' names ("Driver Name" column, rows 3-8) |

**IT IS SO ORDERED.**

Dated:_____

                                                        Hon. Charles R. Breyer
                                                        United States District Judge