1 | William A. Levin (CA Bar No. 98592)
2 | Laurel L. Simes (CA Bar No. 134637)
  | David M. Grimes (CA Bar No. 324292)
3 | Samira J. Bokaie (CA Bar No. 332782)
  | **LEVIN SIMES LLP**
4 | 1700 Montgomery Street, Suite 250
  | San Francisco, California 94111
5 | Telephone: (415) 426-3000
  | Facsimile:  (415) 426-3001
6 | Email: wlevin@levinsimes.com
7 | Email: llsimes@levinsimes.com
  | Email: dgrimes@levinsimes.com
8 | Email: sbokaie@levinsimes.com
  | *Attorneys for Plaintiff Jane Doe LS 636*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
|---|---|
| | Honorable Charles R. Breyer |
| This Document Relates to: *Jane Doe LS 636 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-07381 | |

## **PLAINTIFF'S NOTICE OF NEW ACTION FILED**

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on September 2, 2025.

Dated: September 2, 2025                                    Respectfully Submitted,

                                                            **LEVIN SIMES LLP**

                                                            By: /s/ *William A. Levin*
                                                            William A. Levin
                                                            Laurel L. Simes
                                                            David M. Grimes
                                                            Samira J. Bokaie
                                                            *Attorneys for Plaintiff*

1

PLAINTIFF'S NOTICE OF NEW ACTION FILED

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *William A. Levin*
William A. Levin