1  DENNIS C. REICH, ESQ. (SBN #69631)
   Reich and Binstock, LLP
2  4265 San Felipe, Suite 1000
   Houston, Texas 77027
3  Tel: 713.622.7271
   Fax: 713.623.8724
4  Email: dreich@reichandbinstock.com

5  *Counsel for Plaintiff*

6

7

8

9

10             **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
11               **SAN FRANCISCO DIVISION**

12  IN RE: UBER TECHNOLOGIES, INC.,                No. 3:23-md-03084-CRB
    PASSENGER SEXUAL ASSAULT            )
13  LITIGATION                          )
                                        )   **NOTICE OF FILING OF NEW ACTION**
14                                      )
                                        )
15                                      )
                                        )
16  _____    )
                                        )
17  *This document relates to:*          )
                                        )
18  *L.T., an individual v. UBER*        )
    *TECHNOLOGIES, INC., et al., 3:25-cv-* )
19  *07075-CRB*                          )
                                        )
20                                      )

21         Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

22  with Jury Demand in the above-referenced action was filed on August 21, 2025.

23  ///

24  ///

25  ///

26  ///

27

28

1

Dated: September 3, 2025                Respectfully submitted,

2

By: */s/ Dennis C. Reich*

3

DENNIS C. REICH (SBN #69631)
Reich & Binstock, LLP

4

4265 San Felipe, Suite 1000
Houston, Texas 77027

5

Tel: 713.622.7271
Fax: 713.623.8724

6

Email: dreich@reichandbinstock.com

7

*Counsel for Plaintiff*

8

9

**CERTIFICATE OF SERVICE**

10

I hereby certify that on September 3, 20255, I electronically transmitted the foregoing

11

**NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System

12

for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

13

14

*/s/ Dennis C. Reich*

15

Dennis C. Reich

16

17

18

19

20

21

22

23

24

25

26

27

28