DENNIS C. REICH, ESQ. (SBN #69631)
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
|  | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* |  |
| *A.D., an individual v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-07091-CRB* |  |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

with Jury Demand in the above-referenced action was filed on August 21, 2025.

///

///

///

///

CASE NO. 3:25-cv-07091-CRB                1                NOTICE OF FILING OF NEW ACTION

1

Dated: September 3, 2025                    Respectfully submitted,

2

By: */s/ Dennis C. Reich*

3
DENNIS C. REICH (SBN #69631)
Reich & Binstock, LLP

4
4265 San Felipe, Suite 1000
Houston, Texas 77027

5
Tel: 713.622.7271
Fax: 713.623.8724

6
Email: dreich@reichandbinstock.com

7

*Counsel for Plaintiff*

8

9

## CERTIFICATE OF SERVICE

10

I hereby certify that on September 3, 2025, I electronically transmitted the foregoing

11

**NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System

12

for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

13

14
*/s/ Dennis C. Reich*

15
Dennis C. Reich

16

17

18

19

20

21

22

23

24

25

26

27

28