# EXHIBIT A

 **Outlook**

## RE: Service 3:25-cv-07091-CRB

**From** MDL3084-service-Uber@paulweiss.com <MDL3084-service-Uber@paulweiss.com>
**Date** Thu 8/21/2025 5:39 PM
**To** Chancey Booker <cbooker@reichandbinstock.com>

This email address was established pursuant to the terms of the Court's Order dated January 2, 2024 (Dkt. 177), MDL No. 3084.  No further replies beyond this automatic reply will be sent to you from this email address.

# EXHIBIT B

DENNIS C. REICH, ESQ. (SBN #69631)
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>*This document relates to:*<br><br>A.D., an individual v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-07091-CRB | No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 21, 2025.

///

///

///

///

Dated: September 3, 2025          Respectfully submitted,

By: /s/ Dennis C. Reich
DENNIS C. REICH (SBN #69631)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

/s/ Dennis C. Reich
Dennis C. Reich