HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
**ANAPOL WEISS**
60 South 6th St., Suite 2800
Minneapolis, MN 55402
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: hdolejsi@anapolweiss.com

WILLIAM L. SMITH (Cal Bar No. 324235)
**ANAPOL WEISS**
6060 Center Drive 10th Floor,
Los Angeles, CA 90045
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: wsmith@anapolweiss.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL: No. 3084 |
| | **NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to: *K.C., v. Uber Technologies, Inc., et al.* Case No. 3:25-cv-07466 | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on September 4, 2025.

///

///

///

///

CASE NO. 3:25-cv-07466                     1         NOTICE OF FILING OF NEW ACTION

///

| | |
|---|---|
| Dated: September 4, 2025 | Respectfully submitted, |
| | **ANAPOL WEISS** |
| | By: */s/ Holly Dolejsi* <br> HOLLY DOLEJSI (*Admitted Pro Hac Vice*) <br> 60 South 6th St., Suite 2800 <br> Minneapolis, MN 55402 <br> Telephone: 202.780.3014 <br> Facsimile: 202.780.3678 <br> Email: hdolejsi@anapolweiss.com |
| | WILLIAM L. SMITH (Cal Bar No. 324235) <br> 6060 Center Drive 10th Floor <br> Los Angeles, CA 90045 <br> Telephone: 202.780.3014 <br> Facsimile: 202.780.3678 <br> Email: wsmith@anapolweiss.com |
| | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025, I electronically transmitted the forgoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Holly Dolejsi*
Holly Dolejsi