UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*B.L. v. Uber Techs., Inc.*,<br>No. 24-cv-7940 | Case No. 3:23-md-03084-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF No. 3727]<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom: Courtroom 6 – 17th Floor |

Having considered statement in support of Plaintiffs' Administrative Motions to Consider Whether Another Party's Material Should Be Filed Under Seal, dated August 22, 2025, ECF 3727 ("Plaintiffs' Motion"), and Defendants' Statement in Support of Plaintiffs' Motion, dated August 29, 2025, ECF ____ ("Statement in Support"), the Court hereby ORDERS that the following materials remain under seal as stated in Defendants' Statement in Support:

| Document | Description | Scope of Sealing |
| --- | --- | --- |
| **Exhibit E** to Luther Declaration in Support of Motion to Amend (ECF 3727-7) | Excerpts of Transcript of July 10, 2025 Deposition of Hannah Niles, designated as Highly Confidential pursuant to Protective Order | Single redaction of unrelated driver's name (at 19:21) |
| **Exhibit F** to Luther Declaration in Support of Motion to Amend (ECF 3727-8) | Excerpts of Transcript of August 7, 2025 Rule 30(b)(6) Deposition of Defendants by Hannah Niles, designated as Highly Confidential pursuant to Protective Order | Limited redactions of unredacted driver's name (at 268:14, 15, 17-18) and proprietary information on Uber systems (at 269:9-271:8, 272:18-274:7) |
| **Exhibit G** to Luther Declaration in Support of Motion to Amend (ECF 3727-9) | Document produced by Uber | Limited redactions of unrelated drivers' names ("Driver Name" column, rows 3-8) |

**IT IS SO ORDERED.**

Dated: September 4, 2025

Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF JOINT LETTER BRIEF AND EXHIBITS REGARDING PLAINTIFFS' INTERROGATORIES 7 & 8
Case No. 3:23-MD-3084-CRB