RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: (415) 766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANSISCO

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*H.L. v. Uber Technologies, Inc., et al; 3:24-cv-04526-CRB*<br><br>*A.T. v. Uber Technologies, Inc., et al; 3:24-cv-05592-CRB*<br><br>*I.A. v. Uber Technologies, Inc., et al; 3:25-cv-00822-CRB*<br><br>*L.F. v. Uber Technologies, Inc., et al; 3:25-cv-01005-CRB*<br><br>*K.D. v. Uber Technologies, Inc., et al; 3:25-cv-01602-CRB*<br><br>*Halligan, Leah v. Uber Technologies, Inc., et al; 3:25-cv-02104-CRB*<br><br>*K.B. v. Uber Technologies, Inc., et al; 3:25-cv-* | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer<br><br>**ATTORNEY RACHEL B. ABRAMS' DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>Date: October 3, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

*02650-CRB*

*J.M. v. Uber Technologies, Inc., et al; 3:25-cv-02689-CRB*

*Dadej, Jakub v. Uber Technologies, Inc., et al; 3:24-cv-08785-CRB*

*J.P.F. v. Uber Technologies, Inc., et al; 3:25-cv-03289-CRB*

*J.M. v. Uber Technologies, Inc., et al; 3:25-cv-03364-CRB*

*Batterson, Vanessa. v. Uber Technologies, Inc., et al; 3:25-cv-03378-CRB*

*V.M. v. Uber Technologies, Inc., et al; 3:25-cv-03591-CRB*

*Lugo, Crystal v. Uber Technologies, Inc., et al; 3:25-cv-03969-CRB*

*Donaldson, Breanna v. Uber Technologies, Inc., et al; 3:25-cv-03976-CRB*

*S.S. v. Uber Technologies, Inc., et al; 3:25-cv-04143-CRB*

I, Rachael Abrams, declare as follows:

1. I am partner at Peiffer Wolf Carr Kane Conway & Wise, LLP, admitted to practice before the courts of the State of California, and I am counsel of record for the plaintiff in the above-captioned matters. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently as to the information below.

2. This declaration is made in support of the Opposition to Defendants' Motion to Dismiss.

3. My firm has made extensive efforts to reach Plaintiffs H.L., A.T., I.A., L.F., K.D., K.B., J.P.F., and J.M. (3298).

4. Those efforts include extensive phone calls, text messages, emails, physical mailings

to last known address, and additional address searches in databases. We have also employed a private investigator to help locate these individuals. Through the database searches and private investigators, we also attempted to reach potential relatives in an effort to reach Plaintiffs H.L., A.T., I.A., L.F., K.D., K.B., J.P.F., and J.M. (3298).

5. Based on a review of our files and MDL Centrality, my firm has confirmed that Plaintiff Leah Halligan submitted both Exhibit A and Exhibit B releases on May 5, 2025, and Plaintiff J.M. (3133) submitted both Exhibit A and Exhibit B releases on April 21, 2025. We have further confirmed that the deficiency notices issued in relation to Plaintiffs Leah Halligan and J.M. (3133) did not reference the missing releases on which Defendants now base their motion to dismiss the claims brought by these plaintiffs.

6. We uploaded an updated Exhibit B release to MDL Centrality for Plaintiff Jakub Dadej on August 26, 2025.

7. We uploaded updated Exhibits A and B releases to MDL Centrality for Plaintiff Vanessa Batterson on August 26, 2025.

8. We amended the PFS and uploaded the Exhibit C release to MDL Centrality for Plaintiff V.M on August 27, 2025.

9. We uploaded the PFS verification and Exhibit B release to MDL Centrality for Plaintiff Crystal Lugo on August 26, 2025.

10. We uploaded the PFS verification to MDL Centrality for Plaintiff Breanna Donaldson on August 26, 2025.

11. We uploaded the PFS verification to MDL Centrality for S.S. on August 28, 2025.

12. Defendants' counsel did not seek to meet and confer with my firm regarding the alleged deficiencies related to missing releases for Plaintiffs Leah Halligan and J.M. (3133) that form the basis of Defendants' motion to dismiss those Plaintiffs' claims.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 4, 2025 in San Francisco, California.

Dated: September 4, 2025                    Respectfully Submitted by:

/s/ Rachel Abrams
Rachel B. Abrams (Bar #209316)
Adam B. Wolf (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: 415-766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
          awolf@peifferwolf.com

Tiffany R. Ellis (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 4, 2025, I electronically filed the following with the Clerk of the Court using the CM/ECF System, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: September 4, 2025

Respectfully Submitted by:

/s/ Rachel Abrams
Rachel B. Abrams (Bar #209316)
Adam B. Wolf (Cal Bar No. 215914)
**Peiffer Wolf Carr**
**Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: 415-766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
       awolf@peifferwolf.com

Tiffany R. Ellis (*Admitted PHV*)
**Peiffer Wolf Carr**
**Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com