| | |
|---|---|
| 1 | ROOPAL P. LUHANA (*admitted Pro Hac Vice*) |
| 2 | **Chaffin Luhana LLP** |
|   | 600 Third Avenue |
| 3 | 12th Floor |
|   | New York, NY 10016 |
| 4 | Telephone: (888) 480-1123 |
|   | Facsimile: (888) 499-1123 |
| 5 | Email: luhana@chaffinluhana.com |
| 6 | |
| 7 | *Counsel for Plaintiff* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | ) ) ) ) ) | No. 3:23-md-03084-CRB |
| | ) | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | ) ) ) ) | |
| *L.S.01, an individual v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-05115-CRB* | ) ) ) ) ) ) | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on June 17, 2025. ///

///

///

| | |
|---|---|
| Dated: September 4, 2025 | Respectfully submitted,<br><br>By: */s/ Roopal P. Luhana*<br>ROOPAL P. LUHANA (*admitted PHV*)<br>**Chaffin Luhana LLP**<br>600 Third Avenue<br>12th Floor<br>New York, NY 10016<br>Telephone: (888) 480-1123<br>Facsimile: (888) 499-1123<br>Email: luhana@chaffinluhana.com<br><br>*Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Roopal P. Luhana*
Roopal P. Luhana