David L. Grebel (admitted *pro hac vice*)
**NIEMEYER, GREBEL & KRUSE, LLC**
211 N. Broadway, Suite 2950
St. Louis, MO 63102
314-241-1919 (T)
314-665-3017 (F)
grebel@ngklawfirm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*R.D.B. v. Uber Technologies, Inc., et al.,*<br>*Case No. 3:25-cv-7483* | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filings) that the Complaint with Jury Demand in the above-referenced action was filed on September 4, 2025.

Respectfully submitted,

Dated: September 5, 2025     By:     */s/ David L. Grebel*
David L. Grebel (pending *pro hac vice*)
NIEMEYER, GREBEL & KRUSE, LLC
211 N. Broadway, Suite 2950
St. Louis, MO 63102
314-241-1919 (T)
314-665-3017 (F)
grebel@ngklawfirm.com

*Attorneys for Plaintiff R.D.B.*

Case No. 3:23-md-03084-CRB                           NOTICE OF FILING OF NEW ACTION

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF system for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ David L. Grebel*