Steve Schulte (TX Bar No. 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: schulte@ntrial.com
Email: jraggio@ntrial.com
Email: afurness@ntrial.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF STEVEN S. SCHULTE IN SUPPORT OF NACHAWATI LAW GROUP PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10** |
| This Document Relates To: | |
| *Jane Doe NLG (HK) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-8614-CRB | |
| *Jane Doe NLG (R.M.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09216-CRB | Judge: Honorable Charles R. Breyer<br>Date: October 3, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |
| *Jane Doe NLG (KS) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02616-CRB | |
| *Jane Doe NLG (IM) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02771-CRB | |
| *Et al* | |

1

**DECLARATION OF STEVEN S. SCHULTE**

I, Steve Schulte declare as follows:

1. I am an attorney who is admitted *pro hac vice* to practice before this Court. I am a partner at the law firm Nachawati Law Group and counsel of record for Jane Doe NLG (HK), Jane Doe NLG (R.M.), Jane Doe NLG (KS), and Jane Doe NLG (IM) in MDL No. 3084. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2. This declaration is made in support of Nachawati Law Group Plaintiffs' Opposition to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss Cases for Failure to Comply with PTO 10.

3. Our office has made significant effort to reach these Plaintiffs including numerous phone calls, emails, texts, written letters, and address searches.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 5, 2025, in Dallas, Texas.

**NACHAWATI LAW GROUP**

*/s/ Steven S. Schulte*
Steve S. Schulte (TX SBN 24051306)

2

CASE NO. 3:23-MD-03084-CRB    DECL. OF STEVEN S. SCHULTE ISO NACHAWATI LAW GROUP PLAINTIFFS' OPP'N TO DEFENDANTS' MOT. TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10