ELLYN HURD Massachusetts Bar No. 652031
JO ANNA POLLOCK Illinois Bar No. 6273491
**Simmons Hanly Conroy, LLP**
One Court Street
Alton, IL 62002
Telephone: 800-479-9533
Facsimile: 618-259-2251
Email: ehurd@simmonsfirm.com
         jpollack@simmonsfirm.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*S.G., v. Uber Technologies, Inc., et al.*<br>No. 3:25-cv-01417-CRB | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>PLAINTIFF'S RESPONSE TO UBER'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10<br><br>Date:      October 3, 2025<br>Time:      10:00 a.m.<br>Courtroom: 6-17th Floor |

**I.      INTRODUCTION**

On August 22, 2025, Defendants filed a Motion to Dismiss the claims of the above-listed Plaintiffs on the grounds that Plaintiffs' have failed to comply with Pretrial Order ("PTO") No. 10. [Document 3713]. PTO establishes procedures and deadlines related to the production of Plaintiff Fact Sheets [Document 348].

## II. ARGUMENT

### A. PLAINTIFF S.G. HAS COMPLIED WITH PTO 10

Plaintiff S.G., has now fully complied with PTO 10 by providing the missing identified documents identified in Defendants' Motion. Plaintiff has submitted a verification of Plaintiff Fact Sheet on September 4, 2025, (2) Limited Authorization to Disclose Health Information-Exhibit A, and (3) Authorization to Disclose Psychiatric, Psychotherapy, and Mental Health Information- Exhibit B on September 5, 2025. This case should therefore be removed from consideration of Defendants' Motion to Dismiss.

### B. DEFENDANT(S) FAILED TO COMPLY WITH LOCAL RULE 37-1 BEFORE FILING THEIR MOTION

Local Rule 37-1 requires counsel to meet and confer in good faith before bringing a discovery motion. *See* L.R. 37-1. Defendants' counsel failed to meet and confer with counsel for Plaintiff S.G. about Plaintiff's alleged failure to comply with PTO 10 before filing their Motion to Dismiss, contrary to this Court's Local Rules. Accordingly, this failure independently warrants denial of Defendants' motion as to this Plaintiff.

## III. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court deny Defendants' Motion to Dismiss.

Dated: September 5, 2025

Respectfully submitted,

By: */s/ Ellyn Hurd*
ELLYN HURD
JO ANNA POLLOCK
**Simmons Hanly Conroy, LLP**
One Court Street
Alton, IL 62002
Telephone: 800-479-9533
Facsimile: 618-259-2251
Email: ehurd@simmonsfirm.com
jpollack@simmonsfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2025, I electronically transmitted the foregoing **PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER** to the Clerk's Office using CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants. Additionally, the foregoing was served to Defendants' counsel via submittal of documents on: https://www.browngreer.com/mdl-centrality/.

*/s/ Ellyn Hurd*
Ellyn Hurd