Sadi R. Antonmattei-Goitia (SBN # 24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA LLP**
2925 Richmond Ave, Suite 1560
Houston, TX 77098
Telephone: (713) 333- 1030
Facsimile : (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB <br><br> Honorable Charles R. Breyer <br><br> **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE WHY PLAINTIFFS WHO HAVE SUBMITTED NON-BONA FIDE RECEIPTS SHOULD NOT BE DISMISSED WITH PREJUDICE** |
| This Document Relates to: <br><br> Jane Doe 693827 v. UBER TECHNOLOGIES, INC., et al., <br><br> Case No. 3:24-cv-09515-CRB, MDL ID 2774 | |

Plaintiffs take allegations of fraud seriously. Plaintiffs' Counsel has been vigilant in screening evidence submitted to this Court. Plaintiffs' Counsel has never knowingly or intentionally submitted a false or forged receipt.

Defendants' allegations relating to MDL ID 1384 are based on a prior, unrelated litigation. These purported bad acts should not be read into the litigation history of MDL ID 2774. No such receipt or document has been submitted in MDL ID 2774. There are numerous non-fraudulent reasons that a user such as Plaintiff might be unable to access and produce a receipt from the ride – the ride could have been ordered by another person or the user might have lost access to the Uber account, for instance. That is, just because Plaintiff has not produced a ride receipt in this litigation does not automatically mean she is acting nefariously.

In order to adequately respond to Defendant's Motion, Plaintiff should be afforded the opportunity to present a bona fide ride receipt. However, despite repeated efforts to do so, Plaintiff's Counsel has been unsuccessful in reaching Plaintiff MDL ID 2774. This lack of communication means Plaintiff's Counsel is unable to conduct a proper search to identify potentially responsive documents to Defendant Uber's request.

Plaintiff's Counsel respectfully requests that the Court allow 45 days to continue to attempt to contact Plaintiff to resolve these alleged deficiencies. Plaintiff's Counsel is unable to meaningfully respond without Plaintiff's assistance and Plaintiff's Counsel thus far is unable to obtain that assistance. Plaintiff respectfully seeks additional time to identify and produce a bona fide receipt and respond to Uber's Motion.

## CONCLUSION

For the reasons described herein, Uber's motion should be denied allowing Plaintiffs' counsel an additional 45 days to attempt to get in contact with Plaintiffs to resolve these discrepancies.

| | | |
|---|---|---|
| 1 | DATED: September 5, 2025 | Respectfully Submitted, |

<u>/s/ Sadi R. Antonmattei-Goitia</u>
Sadi R. Antonmattei-Goitia (SBN # 24091383)
(Pro Hac Vice)
KHERKHER GARCIA LLP
2925 Richmond Ave, Suite 1560
Houston, TX 77098
Telephone: (713) 333- 1030
Facsimile : (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

By: /s/ *Sadi R.Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia