1  LAURA VARTAIN HORN (SBN: 258485)
       laura.vartain@kirkland.com
2  **KIRKLAND & ELLIS LLP**
   555 California Street, 30th Floor
3  San Francisco, CA 94104
   Telephone: (415) 439-1625
4

5  ALLISON M. BROWN (*Pro Hac Vice* admitted)
       allison.brown@kirkland.com
6  JESSICA DAVIDSON (*Pro Hac Vice* admitted)
       jessica.davidson@kirkland.com
7  601 Lexington Avenue
   New York, NY 10022
8  Telephone: (212) 446-4723

9
   *Counsel for Defendants*
10 UBER TECHNOLOGIES, INC.,
   RASIER, LLC, and RASIER-CA, LLC
11

12 *[Additional Counsel Listed on Following Pages]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF B.L.'S MOTION FOR LEAVE TO AMEND BELLWETHER COMPLAINT** |
| This Document Relates to:<br><br>*B.L. v. Uber Technologies, Inc., et al.*, No. 24-cv-7940 | Judge:     Hon. Charles R. Breyer<br>Date:       October 3, 2025<br>Time:       10:00 AM<br>Courtroom: Courtroom 6 – 17th Floor (by Zoom) |

1

SABRINA H. STRONG (SBN: 200292)
  sstrong@omm.com
JONATHAN SCHNELLER (SBN: 291288)
  jschneller@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

PATRICK L. OOT, JR. (*Pro Hac Vice* admitted)
  oot@shb.com
**SHOOK, HARDY & BACON, LLP**
1800 K Street NW, 10th Floor
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

ALYCIA A. DEGEN (SBN: 211350)
  adegen@shb.com
MICHAEL B. SHORTNACY (SBN: 277035)
  mshortnacy@shb.com
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

CHRISTOPHER V. COTTON (*Pro Hac Vice* admitted)
  ccotton@shb.com
255 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

2

## [PROPOSED] ORDER

Before the Court is Plaintiff B.L.'s Motion for Leave to Amend Bellwether Complaint ("the Motion"). Having considered the papers filed in support of and in opposition to the Motion, all arguments presented at the hearing, and other matters relevant to the determination of the Motion, it is hereby **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

DATED: _____

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DENYING PLAINTIFF B.L.'S MOTION FOR LEAVE TO AMEND BELLWETHER COMPLAINT—CASE NO. 3:23-md-03084-CRB; CASE NO. 24-CV-7940