John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>**ATTORNEY WALT CUBBERLY'S DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10** |
| This Document Relates to:<br><br>*WHB 1293 v. Uber Technologies, Inc., et al., No. 3:24-cv-04526*<br><br>*WHB 1027 v. Uber Technologies, Inc., et al., No. 3:24-cv-04820*<br><br>*WHB 928 v. Uber Technologies, Inc., et al., No. 3:24-cv-04825* | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

1

2
*WHB 511 v. Uber Technologies, Inc., et al.,*
*No. 3:24-cv-04842*

3
*WHB 860 v. Uber Technologies, Inc., et al.,*
*No. 3:24-cv-04845*

4

5
*WHB 1023 v. Uber Technologies, Inc., et*
*al., No. 3:24-cv-04877*

6
*WHB 1002 v. Uber Technologies, Inc., et*
*al., No. 3:24-cv-04885*

7

8
*WHB 1497 v. Uber Technologies, Inc., et*
*al., No. 3:24-cv-04891*

9
*WHB 310 v. Uber Technologies, Inc., et al.,*
*No. 3:24-cv-04903*

10

11
*WHB 333 v. Uber Technologies, Inc., et al.,*
*No. 3:24-cv-04905*

12
*WHB 56 v. Uber Technologies, Inc., et al.,*
*No. 3:24-cv-04908*

13

14
*WHB 312 v. Uber Technologies, Inc., et al.,*
*No. 3:24-cv-04928*

15
*WHB 1590 v. Uber Technologies, Inc., et*
*al., No. 3:24-cv-04946*

16

17
*WHB 1667 v. Uber Technologies, Inc., et*
*al., No. 3:24-cv-04957*

18
*WHB 1960 v. Uber Technologies, Inc., et*
*al., No. 3:24-cv-04960*

19

20
*WHB 1619 v. Uber Technologies, Inc., et*
*al., No. 3:24-cv-04961*

21
*WHB 689 v. Uber Technologies, Inc., et al.,*
*No. 3:24-cv-04965*

22

23
*WHB 676 v. Uber Technologies, Inc., et al.,*
*No. 3:24-cv-05024*

24
*WHB 1837 v. Uber Technologies, Inc., et*
*al., No. 3:24-cv-05033*

25

26
*WHB 1902 v. Uber Technologies, Inc., et*
*al., No. 3:24-cv-05040*

27
*WHB 1431 v. Uber Technologies, Inc., et*
*al., No. 3:24-cv-05057*

28

1

2
*WHB 666 v. Uber Technologies, Inc., et al.,
No. 3:24-cv-05127*

3
*WHB 1394 v. Uber Technologies, Inc., et
al., No. 3:24-cv-05237*

4

5
*WHB 466 v. Uber Technologies, Inc., et al.,
No. 3:24-cv-05265*

6
*WHB 1832 v. Uber Technologies, Inc., et
al., No. 3:24-cv-05305*

7

8
*WHB 645 v. Uber Technologies, Inc., et al.,
No. 3:24-cv-05356*

9
*WHB 703 v. Uber Technologies, Inc., et al.,
No. 3:24-cv-05361*

10

11
*WHB 1272 v. Uber Technologies, Inc., et
al., No. 3:24-cv-05366*

12
*WHB 994 v. Uber Technologies, Inc., et al.,
No. 3:24-cv-05452*

13

14
*WHB 1856 v. Uber Technologies, Inc., et
al., No. 3:24-cv-05461*

15
*WHB 1021 v. Uber Technologies, Inc., et
al., No. 3:24-cv-05466*

16

17
*WHB 1661 v. Uber Technologies, Inc., et
al., No. 3:24-cv-05468*

18
*WHB 1414 v. Uber Technologies, Inc., et
al., No. 3:24-cv-05495*

19

20
*WHB 1468 v. Uber Technologies, Inc., et
al., No. 3:24-cv-05500*

21
*WHB 1043 v. Uber Technologies, Inc., et
al., No. 3:24-cv-05501*

22

23
*WHB 1840 v. Uber Technologies, Inc., et
al., No. 3:24-cv-05554*

24
*WHB 1677 v. Uber Technologies, Inc., et
al., No. 3:24-cv-05556*

25

26
*WHB 1659 v. Uber Technologies, Inc., et
al., No. 3:24-cv-05565*

27
*WHB 1618 v. Uber Technologies, Inc., et
al., No. 3:24-cv-05572*

28

*WHB 1943 v. Uber Technologies, Inc., et al., No. 3:24-cv-05598*

*WHB 1552 v. Uber Technologies, Inc., et al., No. 3:24-cv-05599*

*WHB 1880 v. Uber Technologies, Inc., et al., No. 3:24-cv-05602*

*WHB 1381 v. Uber Technologies, Inc., et al., No. 3:24-cv-05603*

*WHB 632 v. Uber Technologies, Inc., et al., No. 3:24-cv-05604*

*WHB 1260 v. Uber Technologies, Inc., et al., No. 3:24-cv-05613*

*WHB 1544 v. Uber Technologies, Inc., et al., No. 3:24-cv-05622*

*WHB 438 v. Uber Technologies, Inc., et al., No. 3:24-cv-05631-CRB*

*WHB 1611 v. Uber Technologies, Inc., et al., No. 3:24-cv-05665*

*WHB 891 v. Uber Technologies, Inc., et al., No. 3:24-cv-05666-CRB*

*WHB 1348 v. Uber Technologies, Inc., et al., No. 3:24-cv-05669*

*WHB 946 v. Uber Technologies, Inc., et al., No. 3:24-cv-05698*

*WHB 1142 v. Uber Technologies, Inc., et al., No. 3:24-cv-05712*

*WHB 1057 v. Uber Technologies, Inc., et al., No. 3:24-cv-05715*

*WHB 1470 v. Uber Technologies, Inc., et al., No. 3:24-cv-05716*

*WHB 494 v. Uber Technologies, Inc., et al., No. 3:24-cv-05767*

*WHB 871 v. Uber Technologies, Inc., et al., No. 3:24-cv-05770*

*WHB 935 v. Uber Technologies, Inc., et al., No. 3:24-cv-05776*

1

2      *WHB 884 v. Uber Technologies, Inc., et al.,*
       *No. 3:24-cv-05948*

3      *WHB 991 v. Uber Technologies, Inc., et al.,*
       *No. 3:24-cv-05959*

4
       *DMA 1 v. Uber Technologies, Inc., et al.,*
5      *No. 3:24-cv-05968*

6      *WHB 1556 v. Uber Technologies, Inc., et*
       *al., No. 3:24-cv-05986*

7
       *WHB 1999 v. Uber Technologies, Inc., et*
8      *al., No. 3:24-cv-07048*

9      *WHB 2060 v. Uber Technologies, Inc., et*
       *al., No. 3:25-cv-01092*

10
       *WHB 2061 v. Uber Technologies, Inc., et*
11     *al., No. 3:25-cv-01095*

12     *WHB 2062 v. Uber Technologies, Inc., et*
       *al., No. 3:25-cv-01098*

13
       *WHB 2063 v. Uber Technologies, Inc., et*
14     *al., No. 3:25-cv-01099*

15     *WHB 2064 v. Uber Technologies, Inc., et*
       *al., No. 3:25-cv-01101*

16
       *WHB 2067 v. Uber Technologies, Inc., et*
17     *al., No. 3:25-cv-01122*

18     *WHB 2070 v. Uber Technologies, Inc., et*
       *al., No. 3:25-cv-01126*

19
       *WHB 2071 v. Uber Technologies, Inc., et*
20     *al., No. 3:25-cv-01130*

21     *WHB 2073 v. Uber Technologies, Inc., et*
       *al., No. 3:25-cv-01143*

22
       *WHB 2075 v. Uber Technologies, Inc., et*
23     *al., No. 3:25-cv-01148*

24     *WHB 2077 v. Uber Technologies, Inc., et*
       *al., No. 3:25-cv-01150*

25
       *WHB 2082 v. Uber Technologies, Inc., et*
26     *al., No. 3:25-cv-01177*

27     *WHB 2084 v. Uber Technologies, Inc., et*
       *al., No. 3:25-cv-01179*

28

*WHB 2036 v. Uber Technologies, Inc., et al., No. 3:25-cv-01180*

*WHB 2039 v. Uber Technologies, Inc., et al., No. 3:25-cv-01202*

*WHB 2041 v. Uber Technologies, Inc., et al., No. 3:25-cv-01205*

*WHB 2043 v. Uber Technologies, Inc., et al., No. 3:25-cv-01207*

*WHB 2044 v. Uber Technologies, Inc., et al., No. 3:25-cv-01209*

*WHB 2047 v. Uber Technologies, Inc., et al., No. 3:25-cv-01215*

*WHB 2048 v. Uber Technologies, Inc., et al., No. 3:25-cv-01216*

*WHB 2049 v. Uber Technologies, Inc., et al., No. 3:25-cv-01218*

*WHB 2051 v. Uber Technologies, Inc., et al., No. 3:25-cv-01226*

*WHB 2054 v. Uber Technologies, Inc., et al., No. 3:25-cv-01244*

*WHB 2057 v. Uber Technologies, Inc., et al., No. 3:25-cv-01249*

*WHB 2059 v. Uber Technologies, Inc., et al., No. 3:25-cv-01255*

I, Walt Cubberly, declare as follows:

1.  I am an attorney at Williams Hart & Boundas LLP admitted to practice before ethe courts of the State of California. I am one of the counsels of record for all filed WHB claimants. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently to the information below:

2.  This declaration is made in support of the Opposition to Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 10.

3. Plaintiff WHB 860, ID 1549 uploaded a signed verification to MDL Centrality on August 25, 2025. **Exhibit A** to the Declaration of Walt Cubberly.

4. Plaintiff WHB 632, ID 2134 uploaded a signed verification to MDL Centrality on September 3, 2025. **Exhibit B** to the Declaration of Walt Cubberly.

5. Plaintiff WHB 333, ID 1595 uploaded a signed verification to MDL Centrality on September 3, 2025. **Exhibit C** to the Declaration of Walt Cubberly.

6. Plaintiff WHB 1677, ID 1688 uploaded a signed verification to MDL Centrality on September 3, 2025. **Exhibit D** to the Declaration of Walt Cubberly.

7. Plaintiff WHB 2067, ID 2859 uploaded a signed verification to MDL Centrality on September 4, 2025. **Exhibit E** to the Declaration of Walt Cubberly.

8. Plaintiff WHB 1840, ID 2056 uploaded a signed release to MDL Centrality on June 26, 2025. **Exhibit F** to the Declaration of Walt Cubberly.

9. Plaintiff WHB 1002, ID 1627 uploaded a signed release to MDL Centrality on June 30, 2025. **Exhibit G** to the Declaration of Walt Cubberly.

10. Plaintiff WHB 310, ID 1616 uploaded a signed release to MDL Centrality on September 3, 2025. **Exhibit H** to the Declaration of Walt Cubberly.

11. Plaintiff WHB 1618, ID 1964 uploaded a signed release to MDL Centrality on August 25, 2025. **Exhibit I** to the Declaration of Walt Cubberly.

12. Plaintiff WHB 2064, ID 2855 uploaded a signed release to MDL Centrality on June 30, 2025. **Exhibit J** to the Declaration of Walt Cubberly.

13. Plaintiff WHB 1837, ID 1747 uploaded a signed release to MDL Centrality on September 4, 2025. **Exhibit K** to the Declaration of Walt Cubberly.

14. Plaintiff WHB 466, ID 1807 uploaded a signed release to MDL Centrality on September 4, 2025. **Exhibit L** to the Declaration of Walt Cubberly.

15. Plaintiff WHB 1394, ID 1836 uploaded a signed release to MDL Centrality on July 23, 2025. **Exhibit M** to the Declaration of Walt Cubberly.

16. Plaintiff WHB 645, ID 1928 uploaded a signed release to MDL Centrality on September 3, 2025. **Exhibit N** to the Declaration of Walt Cubberly.

17. Plaintiff DMA 1, ID 2130 uploaded production to MDL Centrality on September 4, 2025. **Exhibit O** to the Declaration of Walt Cubberly.

18. Plaintiff WHB 1260, ID 2161 uploaded production to MDL Centrality on September 3, 2025. **Exhibit P** to the Declaration of Walt Cubberly.

19. Plaintiff WHB 2062, ID 2853 uploaded production to MDL Centrality on September 3, 2025. **Exhibit Q** to the Declaration of Walt Cubberly.

20. Plaintiff WHB 2071, ID 2862 cured the production deficiency by uploading her amended, verified PFS to MDL Centrality on September 3, 2025. **Exhibit R** to the Declaration of Walt Cubberly.

21. Plaintiff WHB 1902, ID 1749 cured the production deficiency by uploading a response to question 15 to MDL Centrality on September 3, 2025. **Exhibit S** to the Declaration of Walt Cubberly.

22. Plaintiff WHB 994, ID 1937 uploaded a verified, amended PFS to MDL Centrality on September 3, 2025. **Exhibit T** to the Declaration of Walt Cubberly.

23. Plaintiff WHB 2084, ID 2876 uploaded a verified, amended PFS to MDL Centrality on August 11, 2025. **Exhibit U** to the Declaration of Walt Cubberly.

24. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 5, 2025 in Houston, Texas.

Dated: September 5, 2025                    /s/ *Walt Cubberly*
                                            Walt Cubberly

                                            *Attorneys for Plaintiff*