# Exhibit B



Upload

Filter: ALL

Produce

Show 300 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 145093 | Plaintiff Verification of PFS | 09/03/2025 | Zamora, Gabriela | 09/03/2025 | Request Removal Approval |
| 117625 | Third Amended Plaintiff Fact Sheet | 06/26/2025 | Villanueva, Angel | 06/26/2025 | |
| 99157 | PFS Deficiency Notice | 05/28/2025 | Krueger, Mike | 05/28/2025 | |
| 45321 | Defendant Fact Sheet | 01/17/2025 | Lee, Isamu | 01/17/2025 | |
| 39026 | Second Amended Plaintiff Fact Sheet | 12/17/2024 | Hall, Lisa | 12/17/2024 | |
| 33954 | Other - Plaintiffs' Compliance with Pretrial Order No. 10 | 11/12/2024 | Gold, Emily | 11/12/2024 | |
| 32952 | Deficiency Notice - Upload - 2024.11.01 PFS Deficiency Notice, MDLC ID 2134 | 11/01/2024 | Gold, Emily | 11/01/2024 | |
| 32744 | First Amended Plaintiff Fact Sheet | 10/30/2024 | Rodriguez, Julie | 10/30/2024 | |
| 32743 | Plaintiff Fact Sheet | 10/30/2024 | Rodriguez, Julie | 10/30/2024 | |
| 17971 | Other - Exhibit B to Ride Receipt Form | 08/26/2024 | Rodriguez, Julie | 08/26/2024 | Request Removal Approval |
| 17970 | Other - Exhibit A to Ride Receipt Form | 08/26/2024 | Rodriguez, Julie | 08/26/2024 | Request Removal Approval |
| 17968 | Uber Ride Information Form | 08/26/2024 | Rodriguez, Julie | 08/26/2024 | |

Showing 1 to 12 of 12 entries

Previous | 1 | Next

**Registering Plaintiffs**

If you require further assistance, contact us at Uber@browngreer.com or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.

Case 3:23-md-03084-CRB     Document 3847-3     Filed 09/05/25     Page 4 of 4

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.