# Exhibit C



Uber Technologies, Inc., Passenger Sexual Assault Litigation

My Account

Return

## Plaintiff Information

Edit

**Plaintiff ID:** 1595  **Date of Birth:**
**Name:** ▓▓▓▓▓▓▓▓▓  **Law Firm:** Williams Hart & Boundas, LLP
**Case Number:** 24-CV-04905

🗑 Request Deactivation

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

1. Uber Ride Information Form    Submitted    +

2. Plaintiff Fact Sheet    Submitted    +

Registering Plaintiffs
If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

Upload

Filter: ALL

Produce

Show 300 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 145118 | Plaintiff Verification of PFS | 09/03/2025 | Zamora, Gabriela | 09/03/2025 | Request Removal Approval |
| 145117 | Third Amended Plaintiff Fact Sheet | 09/03/2025 | Zamora, Gabriela | 09/03/2025 | |
| 123454 | Second Amended Plaintiff Fact Sheet | 07/01/2025 | Coleman, Shanae | 07/01/2025 | |
| 111321 | Defendant Fact Sheet Attachment - 40_WHB 333 (█████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 110063 | Defendant Fact Sheet Attachment - 40_WHB 333 (█████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 108733 | Defendant Fact Sheet Attachment - 40_WHB 333 (█████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 107748 | Defendant Fact Sheet Attachment - 40_WHB 333 (█████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 105438 | Defendant Fact Sheet Attachment - 40_WHB 333 (█████)_Req 31d | 06/16/2025 | Haider, Jay | 06/16/2025 | |
| 99243 | PFS Deficiency Notice | 05/29/2025 | Hart, Brian | 05/29/2025 | |
| 49847 | Defendant Fact Sheet Attachment - WHB 333 (█████) - req 9_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 49846 | Defendant Fact Sheet Attachment - WHB 333 (█████) - req 8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| | Defendant Fact Sheet | | | | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 49844 | Defendant Fact Sheet Attachment - WHB 333 (█████) - req 31d_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 49843 | Defendant Fact Sheet Attachment - WHB 333 (█████) - req 25_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 49842 | Defendant Fact Sheet Attachment - WHB 333 (█████) - req 25_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 49841 | Defendant Fact Sheet Attachment - WHB 333 (█████) - req 24 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 49840 | Defendant Fact Sheet Attachment - WHB 333 (█████) - req 23 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 49839 | Defendant Fact Sheet Attachment - WHB 333 (█████) - req 22b_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 49838 | Defendant Fact Sheet Attachment - WHB 333 (█████) - req 22b_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 49837 | Defendant Fact Sheet Attachment - WHB 333 (█████) - req 22b_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 49836 | Defendant Fact Sheet Attachment - WHB 333 (█████) - req 22b_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46053 | Defendant Fact Sheet Attachment - WHB 333 (█████) - req 8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46052 | Defendant Fact Sheet Attachment - WHB 333 (█████) - req 24 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46051 | Defendant Fact Sheet Attachment - WHB 333 (█████) - req 23 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 45426 | Defendant Fact Sheet | 01/18/2025 | Lee, Isamu | 01/18/2025 | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 38615 | First Amended Plaintiff Fact Sheet | 12/13/2024 | Cost, Devyn | 12/13/2024 | |
| 33859 | Other - Plaintiffs' Compliance with Pretrial Order No. 10 | 11/12/2024 | Kim, Sumin | 11/12/2024 | |
| 32888 | Plaintiff Fact Sheet | 11/01/2024 | Zamora, Gabriela | 11/01/2024 | |
| 32887 | Uber Ride Information Form | 11/01/2024 | Zamora, Gabriela | 11/01/2024 | |
| 16701 | Ride Receipt | 08/09/2024 | Brown, Sonji | 08/09/2024 | Request Removal Approval |

Showing 1 to 30 of 30 entries

Previous | 1 | Next

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.