# Exhibit D



# Uber Technologies, Inc., Passenger Sexual Assault Litigation

My Account ▾

◀◀ Return

## Plaintiff Information

✎ Edit

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 1688 | **Date of Birth:** | |
| **Name:** | ▮▮▮▮▮▮ | **Law Firm:** | Williams Hart & Boundas, LLP |
| **Case Number:** | 24-CV-04957 | | |

🗑 Request Deactivation

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

**1. Uber Ride Information Form**   In Progress   —

👁 View Draft     ↑ Import     ↓ Export          Submit ➤

**Uber Ride Information Form**

✎ Edit

---

Registering Plaintiffs

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

2. Plaintiff Fact Sheet   Submitted                                                                                    +

## Documents

Upload

Produce

Filter: ALL

Show 300 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 145111 | Plaintiff Verification of PFS | 09/03/2025 | Villanueva, Angel | 09/03/2025 | Request Removal Approval |
| 145110 | Other - additional information sheet | 09/03/2025 | Villanueva, Angel | 09/03/2025 | Request Removal Approval |
| 120876 | Third Amended Plaintiff Fact Sheet | 06/30/2025 | Villanueva, Angel | 06/30/2025 | |
| 111345 | Defendant Fact Sheet Attachment - 40_WHB 1667 (█████████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 110981 | Defendant Fact Sheet Attachment - 40_WHB 1667 (█████████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 110730 | Defendant Fact Sheet Attachment - 40_WHB 1667 (█████████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 110540 | Defendant Fact Sheet Attachment - 40_WHB 1667 (█████████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 108963 | Defendant Fact Sheet Attachment - 40_WHB 1667 (█████████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 107640 | Defendant Fact Sheet Attachment - 40_WHB 1667 | 06/17/2025 | Haider, Jay | 06/17/2025 | |

Registering Plaintiffs

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 100538 | PFS Deficiency Notice | 05/30/2025 | Hart, Brian | 05/30/2025 | |
| 51821 | Defendant Fact Sheet Attachment - WHB 1667 (███████) - req 9_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 51820 | Defendant Fact Sheet Attachment - WHB 1667 (███████) - req 8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 51819 | Defendant Fact Sheet Attachment - WHB 1667 (███████) - req 31d_9 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 51818 | Defendant Fact Sheet Attachment - WHB 1667 (███████) - req 31d_8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 51817 | Defendant Fact Sheet Attachment - WHB 1667 (███████) - req 31d_7 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 51816 | Defendant Fact Sheet Attachment - WHB 1667 (███████) - req 31d_6 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 51815 | Defendant Fact Sheet Attachment - WHB 1667 (███████) - req 31d_5 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 51814 | Defendant Fact Sheet Attachment - WHB 1667 (███████) - req 31d_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 51813 | Defendant Fact Sheet Attachment - WHB 1667 (███████) - req 31d_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 51812 | Defendant Fact Sheet Attachment - WHB 1667 (███████) - req 31d_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 51811 | Defendant Fact Sheet Attachment - WHB 1667 (███████) - req 31d_12 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 51810 | Defendant Fact Sheet Attachment - WHB 1667 (███████) - req 31d_11 | 01/21/2025 | Haider, Jay | 01/21/2025 | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
|  | (█████) - req 31d_10 |  |  |  |  |
| 51808 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 31d_1 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 51807 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 26_9 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 51806 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 26_8 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 51805 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 26_7 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 51804 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 26_6 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 51803 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 26_5 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 51802 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 26_4 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 51801 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 26_3 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 51800 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 26_2 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 51799 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 26_15 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 51798 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 26_14 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 51797 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 26_13 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| | (█████) - req 26_12 | | | | |
| 51795 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 26_11 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 51794 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 26_10 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 51793 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 26_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 51792 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 25_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 51791 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 25_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 51790 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 25_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 51789 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 25_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 51788 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 24 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 51787 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 23 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 51786 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 22b_7 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 51785 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 22b_6 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 51784 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 22b_5 | 01/21/2025 | Haider, Jay | 01/21/2025 | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 22b_4 | | | | |
| 51782 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 22b_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 51781 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 22b_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 51780 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 22b_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46390 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46389 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 31d_9 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46388 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 31d_8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46387 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 31d_7 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46386 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 31d_6 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46385 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 31d_5 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46384 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 31d_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46383 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 31d_11 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46382 | Defendant Fact Sheet Attachment - WHB 1667 (█████) - req 24 | 01/21/2025 | Haider, Jay | 01/21/2025 | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| | ▇▇▇▇▇▇▇) - req 23 | | | | |
| 45497 | Defendant Fact Sheet | 01/18/2025 | Lee, Isamu | 01/18/2025 | |
| 39381 | Plaintiff Verification of PFS | 12/19/2024 | Villanueva, Angel | 12/19/2024 | Request Removal Approval |
| 39380 | Second Amended Plaintiff Fact Sheet | 12/19/2024 | Villanueva, Angel | 12/19/2024 | |
| 39306 | First Amended Plaintiff Fact Sheet | 12/18/2024 | Villanueva, Angel | 12/18/2024 | |
| 32509 | Plaintiff Fact Sheet | 10/28/2024 | Villanueva, Angel | 10/28/2024 | |
| 20999 | Authorization to Disclose Psychiatric, Psychotherapy, and Mental Health Information | 09/17/2024 | Villanueva, Angel | 10/28/2024 | Request Removal Approval |
| 20998 | Authorization to Disclose Law Enforcement Records | 09/17/2024 | Villanueva, Angel | 10/28/2024 | Request Removal Approval |
| 20997 | Plaintiff Verification of PFS | 09/17/2024 | Villanueva, Angel | 10/28/2024 | Request Removal Approval |
| 16814 | Ride Receipt | 08/13/2024 | Rodriguez, Julie | 08/13/2024 | Request Removal Approval |

Showing 1 to 71 of 71 entries

Previous | 1 | Next

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.