# Exhibit F



# Uber Technologies, Inc., Passenger Sexual Assault Litigation

My Account

◀◀ Return

## Plaintiff Information

✎ Edit

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 2056 | **Date of Birth:** | |
| **Name:** | ▮▮▮▮▮ | **Law Firm:** | Williams Hart & Boundas, LLP |
| **Case Number:** | 24-CV-05554 | | |

🗑 Request Deactivation

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

**1. Uber Ride Information Form**     Not Yet Started     —

👁 View Draft     ↑ Import     ↓ Export     Submit ➔

**Uber Ride Information Form**

⧗ Start

2. Plaintiff Fact Sheet  Submitted                                                                                           +

## Documents

Upload

Filter: | ALL ⌄ |

Produce

Show | 300 ⌄ | entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 117700 | Plaintiff Verification of PFS | 06/27/2025 | Rivera, Isreala | 06/27/2025 | Request Removal Approval |
| 117699 | Third Amended Plaintiff Fact Sheet | 06/27/2025 | Rivera, Isreala | 06/27/2025 | |
| 117617 | Authorization to Disclose Psychiatric, Psychotherapy, and Mental Health Information | 06/26/2025 | Rivera, Isreala | 06/26/2025 | Request Removal Approval |
| 117616 | Second Amended Plaintiff Fact Sheet | 06/26/2025 | Rivera, Isreala | 06/26/2025 | |
| 111308 | Defendant Fact Sheet Attachment - 40_WHB 1840 (Lazam, Tiffany)_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 111007 | Defendant Fact Sheet Attachment - 40_WHB 1840 (▇▇▇▇▇▇)_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 110962 | Defendant Fact Sheet Attachment - 40_WHB 1840 (▇▇▇▇▇▇)_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 99065 | PFS Deficiency Notice | 05/27/2025 | Krueger, Mike | 05/27/2025 | |
| 56745 | Defendant Fact Sheet Attachment - WHB 1840 (▇▇▇▇▇▇) - req 9_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| | Defendant Fact Sheet | | | | |

Registering Plaintiffs

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 56743 | Defendant Fact Sheet Attachment - WHB 1840 (████████) - req 28_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56742 | Defendant Fact Sheet Attachment - WHB 1840 ████████ - req 26_6 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56741 | Defendant Fact Sheet Attachment - WHB 1840 ████████ - req 26_5 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56740 | Defendant Fact Sheet Attachment - WHB 1840 ████████ - req 26_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56739 | Defendant Fact Sheet Attachment - WHB 1840 (Lazam, Tiffany) - req 26_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56738 | Defendant Fact Sheet Attachment - WHB 1840 (Lazam, Tiffany) - req 26_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56737 | Defendant Fact Sheet Attachment - WHB 1840 (Lazam, Tiffany) - req 26_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56736 | Defendant Fact Sheet Attachment - WHB 1840 (████████) - req 25_6 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56735 | Defendant Fact Sheet Attachment - WHB 1840 (████████) - req 25_5 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56734 | Defendant Fact Sheet Attachment - WHB 1840 (████████) - req 25_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56733 | Defendant Fact Sheet Attachment - WHB 1840 (████████) - req 25_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56732 | Defendant Fact Sheet Attachment - WHB 1840 (████████) - req 25_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| | Defendant Fact Sheet | | | | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 56730 | Defendant Fact Sheet Attachment - WHB 1840 (█████████) - req 24 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56729 | Defendant Fact Sheet Attachment - WHB 1840 (█████████) - req 23 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56728 | Defendant Fact Sheet Attachment - WHB 1840 (█████████) - req 22b_8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56727 | Defendant Fact Sheet Attachment - WHB 1840 (█████████) - req 22b_7 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56726 | Defendant Fact Sheet Attachment - WHB 1840 (█████████) - req 22b_6 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56725 | Defendant Fact Sheet Attachment - WHB 1840 (█████████) - req 22b_5 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56724 | Defendant Fact Sheet Attachment - WHB 1840 (█████████) - req 22b_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56723 | Defendant Fact Sheet Attachment - WHB 1840 (█████████) - req 22b_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56722 | Defendant Fact Sheet Attachment - WHB 1840 (█████████) - req 22b_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56721 | Defendant Fact Sheet Attachment - WHB 1840 (█████████) - req 22b_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 47256 | Defendant Fact Sheet Attachment - WHB 1840 █████████ - req 8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 47255 | Defendant Fact Sheet Attachment - WHB 1840 (█████████) - req 28_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| | Defendant Fact Sheet | | | | |

Registering Plaintiffs
If you require further assistance, contact us at Uber@browngreer.com or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 47253 | Defendant Fact Sheet Attachment - WHB 1840 (███████) - req 23 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 45639 | Defendant Fact Sheet | 01/18/2025 | Haider, Jay | 01/18/2025 | |
| 41842 | Plaintiff Verification of PFS | 01/08/2025 | Zamora, Gabriela | 01/08/2025 | Request Removal Approval |
| 39217 | First Amended Plaintiff Fact Sheet | 12/18/2024 | Zamora, Gabriela | 12/18/2024 | |
| 32777 | Plaintiff Fact Sheet | 10/31/2024 | Zamora, Gabriela | 10/31/2024 | |
| 32776 | Plaintiff Verification of PFS | 10/31/2024 | Zamora, Gabriela | 10/31/2024 | Request Removal Approval |
| 32775 | Authorization to Disclose Psychiatric, Psychotherapy, and Mental Health Information | 10/31/2024 | Zamora, Gabriela | 10/31/2024 | Request Removal Approval |
| 17872 | Ride Receipt | 08/26/2024 | Brown, Sonji | 08/26/2024 | Request Removal Approval |

Showing 1 to 44 of 44 entries

Previous | 1 | Next

**Registering Plaintiffs**
If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.