# Exhibit H



Uber Technologies, Inc., Passenger Sexual Assault Litigation

👤 My Account ▾

---

◀◀ Return

## Plaintiff Information

✎ Edit

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 1616 | **Date of Birth:** | |
| **Name:** | ████████████ | **Law Firm:** | Williams Hart & Boundas, LLP |
| **Case Number:** | 24-CV-04903 | | |

🗑 Request Deactivation

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

**1. Uber Ride Information Form**   In Progress                                                        ─

👁 View Draft    ↑ Import    ↓ Export                                              Submit ➤

**Uber Ride Information Form**

✎ Edit

---

2. Plaintiff Fact Sheet  Submitted                                                                +

## Documents

Upload

Filter: ALL

Produce

Show 300 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 146549 | Other - Additional Information Page | 09/03/2025 | Trevino, Marleyn | 09/03/2025 | Request Removal Approval |
| 146548 | Authorization to Disclose Law Enforcement Records | 09/03/2025 | Trevino, Marleyn | 09/03/2025 | Request Removal Approval |
| 146547 | Authorization to Disclose Psychiatric, Psychotherapy, and Mental Health Information | 09/03/2025 | Trevino, Marleyn | 09/03/2025 | Request Removal Approval |
| 146546 | Plaintiff Verification of PFS | 09/03/2025 | Trevino, Marleyn | 09/03/2025 | Request Removal Approval |
| 146545 | Second Amended Plaintiff Fact Sheet | 09/03/2025 | Trevino, Marleyn | 09/03/2025 | |
| 110473 | Defendant Fact Sheet Attachment - 40_WHB 310 (████████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 110036 | Defendant Fact Sheet Attachment - 40_WHB 310 (████████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 108430 | Defendant Fact Sheet Attachment - 40_WHB 310 (████████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| | Defendant Fact Sheet | | | | |

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 107673 | Defendant Fact Sheet Attachment - 40_WHB 310 (████████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 106900 | Defendant Fact Sheet Attachment - 40_WHB 310 (████████)_Req 31d | 06/16/2025 | Haider, Jay | 06/16/2025 | |
| 106645 | Defendant Fact Sheet Attachment - 40_WHB 310 (████████)_Req 31d | 06/16/2025 | Haider, Jay | 06/16/2025 | |
| 99405 | PFS Deficiency Notice | 05/30/2025 | Hart, Brian | 05/30/2025 | |
| 50289 | Defendant Fact Sheet Attachment - WHB 310 (████████) - req 9_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50288 | Defendant Fact Sheet Attachment - WHB 310 (████████) - req 8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50287 | Defendant Fact Sheet Attachment - WHB 310 (████████) - req 31d_9 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50286 | Defendant Fact Sheet Attachment - WHB 310 (████████) - req 31d_8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50285 | Defendant Fact Sheet Attachment - WHB 310 (████████) - req 31d_7 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50284 | Defendant Fact Sheet Attachment - WHB 310 (████████) - req 31d_6 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50283 | Defendant Fact Sheet Attachment - WHB 310 (████████) - req 31d_5 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50282 | Defendant Fact Sheet Attachment - WHB 310 (████████) - req 31d_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50281 | Defendant Fact Sheet Attachment - WHB 310 (████████) - req 31d_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| | (█████, █) - req 31d_2 | | | | |
| 50279 | Defendant Fact Sheet Attachment - WHB 310 (█████, █) - req 31d_19 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50278 | Defendant Fact Sheet Attachment - WHB 310 (█████, █) - req 31d_18 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50277 | Defendant Fact Sheet Attachment - WHB 310 (█████) - req 31d_17 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50276 | Defendant Fact Sheet Attachment - WHB 310 (█████) - req 31d_16 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50275 | Defendant Fact Sheet Attachment - WHB 310 (█████) - req 31d_15 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50274 | Defendant Fact Sheet Attachment - WHB 310 (█████) - req 31d_14 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50273 | Defendant Fact Sheet Attachment - WHB 310 (█████) - req 31d_13 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50272 | Defendant Fact Sheet Attachment - WHB 310 (█████) - req 31d_12 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50271 | Defendant Fact Sheet Attachment - WHB 310 (█████) - req 31d_11 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50270 | Defendant Fact Sheet Attachment - WHB 310 | 01/21/2025 | Haider, Jay | 01/21/2025 | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 50269 | Defendant Fact Sheet Attachment - WHB 310 (█████████) - req 31d_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50268 | Defendant Fact Sheet Attachment - WHB 310 (█████████) - req 25_5 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50267 | Defendant Fact Sheet Attachment - WHB 310 (█████████) - req 25_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50266 | Defendant Fact Sheet Attachment - WHB 310 (█████████) - req 25_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50265 | Defendant Fact Sheet Attachment - WHB 310 (█████████) - req 25_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50264 | Defendant Fact Sheet Attachment - WHB 310 (█████████) - req 25_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50263 | Defendant Fact Sheet Attachment - WHB 310 (█████████) - req 24 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50262 | Defendant Fact Sheet Attachment - WHB 310 (█████████) - req 23 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50261 | Defendant Fact Sheet Attachment - WHB 310 (█████████) - req 22b_6 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50260 | Defendant Fact Sheet Attachment - WHB 310 (█████████) - req 22b_5 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50259 | Defendant Fact Sheet Attachment - WHB 310 (█████████) - req 22b_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50258 | Defendant Fact Sheet Attachment - WHB 310 (█████████) - req 22b_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| | Defendant Fact Sheet | | | | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 50256 | Defendant Fact Sheet Attachment - WHB 310 (██████████) - req 22b_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46138 | Defendant Fact Sheet Attachment - WHB 310 (██████████) - req 8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46137 | Defendant Fact Sheet Attachment - WHB 310 (██████████) - req 31d_9 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46136 | Defendant Fact Sheet Attachment - WHB 310 (██████████) - req 31d_8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46135 | Defendant Fact Sheet Attachment - WHB 310 (██████████) - req 31d_18 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46134 | Defendant Fact Sheet Attachment - WHB 310 (██████████) - req 31d_16 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46133 | Defendant Fact Sheet Attachment - WHB 310 (██████████) - req 31d_14 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46132 | Defendant Fact Sheet Attachment - WHB 310 (██████████) - req 24 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46131 | Defendant Fact Sheet Attachment - WHB 310 (██████████) - req 23 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 45442 | Defendant Fact Sheet | 01/18/2025 | Lee, Isamu | 01/18/2025 | |
| 41597 | Plaintiff Verification of PFS | 12/30/2024 | Zamora, Gabriela | 12/30/2024 | Request Removal Approval |
| 39212 | First Amended Plaintiff Fact Sheet | 12/18/2024 | Zamora, Gabriela | 12/18/2024 | |
| 33874 | Other - Plaintiffs' Compliance | 11/12/2024 | Kim, Sumin | 11/12/2024 | |

**Registering Plaintiffs**

If you require further assistance, contact us at Uber@browngreer.com or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 32893 | Plaintiff Fact Sheet | 11/01/2024 | Zamora, Gabriela | 11/01/2024 | |
| 16745 | Ride Receipt | 08/12/2024 | Brown, Sonji | 08/12/2024 | Request Removal Approval |

Showing 1 to 61 of 61 entries

Previous | 1 | Next

**Registering Plaintiffs**

If you require further assistance, contact us at Uber@browngreer.com or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.