# Exhibit I



Upload

Filter: ALL

Produce

Show 300 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 143741 | Limited Authorization to Disclose Health Information | 08/25/2025 | Garrette, Crystal | 08/25/2025 | Request Removal Approval |
| 143740 | Plaintiff Verification of PFS | 08/25/2025 | Garrette, Crystal | 08/25/2025 | Request Removal Approval |
| 120850 | Third Amended Plaintiff Fact Sheet | 06/30/2025 | Garrette, Crystal | 06/30/2025 | |
| 99437 | PFS Deficiency Notice | 05/30/2025 | Plettner, Mark | 05/30/2025 | |
| 45284 | Defendant Fact Sheet | 01/17/2025 | Lee, Isamu | 01/17/2025 | |
| 41652 | Second Amended Plaintiff Fact Sheet | 12/31/2024 | Zamora, Gabriela | 12/31/2024 | |
| 38563 | First Amended Plaintiff Fact Sheet | 12/13/2024 | Garrette, Crystal | 12/13/2024 | |
| 36750 | Plaintiff Verification of PFS | 12/10/2024 | Garrette, Crystal | 12/13/2024 | Request Removal Approval |
| 35441 | Deficiency Notice - Upload - 2024.11.15 PFS Deficiency Notice, MDLC ID 1964 | 11/15/2024 | Michaels, Deanna | 11/15/2024 | |
| 30794 | Plaintiff Fact Sheet | 10/15/2024 | Garrette, Crystal | 10/15/2024 | |
| 30646 | Plaintiff Verification of PFS | 10/11/2024 | Garrette, Crystal | 10/15/2024 | Request Removal Approval |
| 17833 | Uber Ride Information Form | 08/26/2024 | Rodriguez, Julie | 08/26/2024 | |

Showing 1 to 12 of 12 entries

Previous | 1 | Next

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.