# Exhibit J



# Uber Technologies, Inc., Passenger Sexual Assault Litigation

**📢 MDL Centrality**

👤 My Account ▾

**◀◀ Return**

---

## Plaintiff Information

**✎ Edit**

**Plaintiff ID:** 2855

**Name:** ▉▉▉▉▉▉▉▉▉▉

**Case Number:** 25-CV-01101

**Date of Birth:**

**Law Firm:** Williams Hart & Boundas, LLP

---

🗑 Request Deactivation

---

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

---

1. Uber Ride Information Form   Submitted                                    +

---

2. Plaintiff Fact Sheet   In Progress                                       −

👁 View Draft     ⬆ Import     ⬇ Export                          Submit ➡

---

[ ✎ Edit ]

**CASE INFORMATION**

[ ✎ Edit ]

**YOUR PERSONAL INFORMATION**

[ ✎ Edit ]

**INFORMATION AS TO THE INCIDENT**

[ ✎ Edit ]

**THE INCIDENT**

[ ✎ Edit ]

**WITNESSES**

[ ✎ Edit ]

**INJURIES AND DAMAGES; AUTHORIZATIONS**

[ ✎ Edit ]

## Documents

[ Upload ⬆ ]

[ Produce ]

Filter: [ ALL ▾ ]

Show [ 300 ▾ ] entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 143569 | Legal Correspondence and Letters | 08/19/2025 | Glinski, Ryan | 08/19/2025 | Request Removal Approval |
| 139866 | Authorization to Disclose Law | 06/30/2025 | Coleman, | 06/30/2025 | Request Removal |

If you require further assistance, contact us at **Uber@browngreer.com** or **(888) 361-0741.**
© 2025 BrownGreer PLC. All rights reserved.

| Document ID ▼ | Document Type ⇅ | Upload Date ⇅ | Produced By ⇅ | Produced Date ⇅ | Action |
|---|---|---|---|---|---|
| **120862** | Authorization to Disclose Psychiatric, Psychotherapy, and Mental Health Information | 06/30/2025 | Coleman, Shanae | 06/30/2025 | **Request Removal Approval** |
| **120861** | Plaintiff Verification of PFS | 06/30/2025 | Coleman, Shanae | 06/30/2025 | **Request Removal Approval** |
| **120848** | First Amended Plaintiff Fact Sheet | 06/30/2025 | Coleman, Shanae | | |
| **112499** | Notice of Deficient Ride Receipt or Ride Information Form | 06/17/2025 | Admin, System | 06/17/2025 | |
| **100264** | PFS Deficiency Notice | 05/30/2025 | Krueger, Mike | 05/30/2025 | |
| **60807** | Defendant Fact Sheet | 02/21/2025 | Lee, Isamu | 02/21/2025 | |
| **60700** | Plaintiff Verification of PFS | 02/19/2025 | Cost, Devyn | 02/19/2025 | **Request Removal Approval** |
| **60699** | Plaintiff Fact Sheet | 02/19/2025 | Cost, Devyn | 02/19/2025 | |
| **58621** | Uber Ride Information Form | 02/04/2025 | Brown, Sonji | 02/04/2025 | |

Showing 1 to 11 of 11 entries

| Previous | 1 | Next |

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.