# Exhibit K



# Uber Technologies, Inc., Passenger Sexual Assault Litigation



Return

## Plaintiff Information

Edit

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 1747 | **Date of Birth:** | |
| **Name:** | ▇▇▇▇▇▇ | **Law Firm:** | Williams Hart & Boundas, LLP |
| **Case Number:** | 24-CV-05033 | | |

Request Deactivation

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

**1. Uber Ride Information Form**   Not Yet Started

View Draft   Import   Export   Submit

**Uber Ride Information Form**

Start

Registering Plaintiffs

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

2. Plaintiff Fact Sheet   Submitted                                                                                              +

## Documents

Upload

Filter: | ALL |

Produce

Show | 300 | entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 146591 | Authorization to Disclose Psychiatric, Psychotherapy, and Mental Health Information | 09/04/2025 | Villanueva, Angel | 09/04/2025 | Request Removal Approval |
| 146590 | Plaintiff Verification of PFS | 09/04/2025 | Villanueva, Angel | 09/04/2025 | Request Removal Approval |
| 146589 | Third Amended Plaintiff Fact Sheet | 09/04/2025 | Villanueva, Angel | 09/04/2025 | |
| 121355 | Second Amended Plaintiff Fact Sheet | 06/30/2025 | Villanueva, Angel | 06/30/2025 | |
| 111404 | Defendant Fact Sheet Attachment - 40_WHB 1837 ▮▮▮_Req 27 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 110970 | Defendant Fact Sheet Attachment - 40_WHB 1837 ▮▮▮_Req 27 | 06/17/2025 | Haider, Jay | 06/17/2025 | |

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 110362 | Defendant Fact Sheet Attachment - 40_WHB 1837 ▮_Req 27 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 109557 | Defendant Fact Sheet Attachment - 40_WHB 1837 ▮_Req 27 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 109220 | Defendant Fact Sheet Attachment - 40_WHB 1837 ▮_Req 27 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 108770 | Defendant Fact Sheet Attachment - 40_WHB 1837 ▮_Req 27 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 100725 | PFS Deficiency Notice | 05/31/2025 | Plettner, Mark | 05/31/2025 | |
| 53634 | Defendant Fact Sheet Attachment - WHB 1837 ▮ ▮ - req 9_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53633 | Defendant Fact Sheet Attachment - WHB 1837 ▮ ▮ - req 8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53632 | Defendant Fact Sheet Attachment - WHB 1837 (▮) - req 27_9 | 01/21/2025 | Haider, Jay | 01/21/2025 | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 53631 | Defendant Fact Sheet Attachment - WHB 1837 ▮▮ - req 27_8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53630 | Defendant Fact Sheet Attachment - WHB 1837 (▮▮) - req 27_7 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53629 | Defendant Fact Sheet Attachment - WHB 1837 ▮▮) - req 27_6 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53628 | Defendant Fact Sheet Attachment - WHB 1837 (▮▮) - req 27_5 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53627 | Defendant Fact Sheet Attachment - WHB 1837 (▮▮) - req 27_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53626 | Defendant Fact Sheet Attachment - WHB 1837 (▮▮) - req 27_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53625 | Defendant Fact Sheet Attachment - WHB 1837 (▮▮) - req 27_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| | Defendant Fact Sheet Attachment - WHB 1837 (▉) - req 27_13 | | | | |
| 53623 | Defendant Fact Sheet Attachment - WHB 1837 (▉) - req 27_12 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53622 | Defendant Fact Sheet Attachment - WHB 1837 (▉) - req 27_11 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53621 | Defendant Fact Sheet Attachment - WHB 1837 (▉) - req 27_10 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53620 | Defendant Fact Sheet Attachment - WHB 1837 (▉) - req 27_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53619 | Defendant Fact Sheet Attachment - WHB 1837 (▉) - req 25_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53618 | Defendant Fact Sheet Attachment - WHB 1837 (▉) - req 25_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53617 | Defendant Fact Sheet | 01/21/2025 | Haider, Jay | 01/21/2025 | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| | ▇▇ - req 25_1 | | | | |
| 53616 | Defendant Fact Sheet Attachment - WHB 1837 (▇▇) - req 24 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53615 | Defendant Fact Sheet Attachment - WHB 1837 (▇▇) - req 23 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53614 | Defendant Fact Sheet Attachment - WHB 1837 (▇▇) - req 22b_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53613 | Defendant Fact Sheet Attachment - WHB 1837 (▇▇) - req 22b_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53612 | Defendant Fact Sheet Attachment - WHB 1837 (▇▇) - req 22b_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46715 | Defendant Fact Sheet Attachment - WHB 1837 (▇▇) - req 8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46714 | Defendant Fact Sheet Attachment - WHB 1837 (▇▇) - req 27_9 | 01/21/2025 | Haider, Jay | 01/21/2025 | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| | WHB 1837 (▮▮) - req 27_8 | | | | |
| 46712 | Defendant Fact Sheet Attachment - WHB 1837 (▮▮) - req 27_5 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46711 | Defendant Fact Sheet Attachment - WHB 1837 ▮▮ - req 27_13 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46710 | Defendant Fact Sheet Attachment - WHB 1837 ▮▮ - req 24 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46709 | Defendant Fact Sheet Attachment - WHB 1837 (▮▮) - req 23 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 45548 | Defendant Fact Sheet | 01/18/2025 | Lee, Isamu | 01/18/2025 | |
| 36696 | First Amended Plaintiff Fact Sheet | 12/09/2024 | Hall, Lisa | 12/09/2024 | |
| 36694 | Plaintiff Verification of PFS | 12/09/2024 | Hall, Lisa | 12/09/2024 | Removal Request Pending |
| 33919 | Other - Plaintiffs' Compliance with Pretrial Order No. 10 | 11/12/2024 | Kim, Sumin | 11/12/2024 | |
| 32840 | Plaintiff Fact Sheet | 10/31/2024 | Rodriguez, Julie | 10/31/2024 | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|

Showing 1 to 47 of 47 entries

Previous | 1 | Next

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.