# Exhibit L



Uber Technologies, Inc., Passenger Sexual Assault Litigation

My Account

Return

## Plaintiff Information

Edit

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 1807 | **Date of Birth:** | |
| **Name:** | | **Law Firm:** | Williams Hart & Boundas, LLP |
| **Case Number:** | 24-CV-05265 | | |

Request Deactivation

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

1. Uber Ride Information Form    Submitted    +

2. Plaintiff Fact Sheet    Submitted    +

Registering Plaintiffs

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

Upload

Filter: ALL

Produce

Show 300 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 146603 | Authorization to Disclose Law Enforcement Records | 09/04/2025 | Rios, Rebecca | 09/04/2025 | Request Removal Approval |
| 146602 | Authorization to Disclose Psychiatric, Psychotherapy, and Mental Health Information | 09/04/2025 | Rios, Rebecca | 09/04/2025 | Request Removal Approval |
| 146601 | Limited Authorization to Disclose Health Information | 09/04/2025 | Rios, Rebecca | 09/04/2025 | Request Removal Approval |
| 146600 | Plaintiff Verification of PFS | 09/04/2025 | Rios, Rebecca | 09/04/2025 | Request Removal Approval |
| 146599 | Second Amended Plaintiff Fact Sheet | 09/04/2025 | Rios, Rebecca | 09/04/2025 | |
| 143496 | Legal Correspondence and Letters | 08/19/2025 | Glinski, Ryan | 08/19/2025 | Request Removal Approval |
| 112017 | Defendant Fact Sheet Attachment - 40_WHB 466 (████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 111938 | Defendant Fact Sheet Attachment - 40_WHB 466 (████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 111811 | Notice of Deficient Ride Receipt or Ride Information Form | 06/17/2025 | Admin, System | 06/17/2025 | |
| 111521 | Defendant Fact Sheet Attachment - 40_WHB 466 (████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |

Registering Plaintiffs

If you require further assistance, contact us at Uber@browngreer.com or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 109464 | Defendant Fact Sheet Attachment - 40_WHB 466 (████████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 108813 | Defendant Fact Sheet Attachment - 40_WHB 466 (████████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 108091 | Defendant Fact Sheet Attachment - 40_WHB 466 (████████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 107977 | Defendant Fact Sheet Attachment - 40_WHB 466 (████████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 106775 | Defendant Fact Sheet Attachment - 40_WHB 466 (████████)_Req 31d | 06/16/2025 | Haider, Jay | 06/16/2025 | |
| 106307 | Defendant Fact Sheet Attachment - 40_WHB 466 (████████)_Req 31d | 06/16/2025 | Haider, Jay | 06/16/2025 | |
| 100808 | PFS Deficiency Notice | 06/02/2025 | Plettner, Mark | 06/02/2025 | |
| 54364 | Defendant Fact Sheet Attachment - WHB 466 (████████) - req 9_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 54363 | Defendant Fact Sheet Attachment - WHB 466 (████████) - req 8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 54362 | Defendant Fact Sheet Attachment - WHB 466 (████████) - req 6a_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 54361 | Defendant Fact Sheet Attachment - WHB 466 (████████) - req 31d_9 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 54360 | Defendant Fact Sheet Attachment - WHB 466 (████████) - req 31d_8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 54359 | Defendant Fact Sheet Attachment - WHB 466 (████████) - req 31d_7 | 01/21/2025 | Haider, Jay | 01/21/2025 | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| | - req 31d_6 | | | | |
| 54357 | Defendant Fact Sheet Attachment - WHB 466 (█) - req 31d_5 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 54356 | Defendant Fact Sheet Attachment - WHB 466 (█) - req 31d_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 54355 | Defendant Fact Sheet Attachment - WHB 466 (█) - req 31d_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 54354 | Defendant Fact Sheet Attachment - WHB 466 (█) - req 31d_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 54353 | Defendant Fact Sheet Attachment - WHB 466 (█) - req 31d_14 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 54352 | Defendant Fact Sheet Attachment - WHB 466 (█) - req 31d_13 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 54351 | Defendant Fact Sheet Attachment - WHB 466 (█) - req 31d_12 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 54350 | Defendant Fact Sheet Attachment - WHB 466 (█) - req 31d_11 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 54349 | Defendant Fact Sheet Attachment - WHB 466 (█) - req 31d_10 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 54348 | Defendant Fact Sheet Attachment - WHB 466 (█) - req 31d_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 54347 | Defendant Fact Sheet Attachment - WHB 466 (█) - req 25_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 54346 | Defendant Fact Sheet Attachment - WHB 466 (█) - req 25_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| | Defendant Fact Sheet Attachment - WHB 466 (█████) - req 25_2 | | | | |
| 54344 | Defendant Fact Sheet Attachment - WHB 466 (█████) - req 25_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 54343 | Defendant Fact Sheet Attachment - WHB 466 (█████) - req 24 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 54342 | Defendant Fact Sheet Attachment - WHB 466 (█████) - req 23 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 54341 | Defendant Fact Sheet Attachment - WHB 466 (█████) - req 22b_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 54340 | Defendant Fact Sheet Attachment - WHB 466 (█████) - req 22b_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46824 | Defendant Fact Sheet Attachment - WHB 466 (█████) - req 8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46823 | Defendant Fact Sheet Attachment - WHB 466 (█████) - req 31d_7 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46822 | Defendant Fact Sheet Attachment - WHB 466 (█████) - req 31d_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46821 | Defendant Fact Sheet Attachment - WHB 466 (█████) - req 31d_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46820 | Defendant Fact Sheet Attachment - WHB 466 (█████) - req 24 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46819 | Defendant Fact Sheet Attachment - WHB 466 (█████) - req 23 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 45569 | Defendant Fact Sheet | 01/18/2025 | Lee, Isamu | 01/18/2025 | |
| 39137 | First Amended Plaintiff Fact Sheet | 12/17/2024 | Rios, Rebecca | 12/17/2024 | |

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 39134 | Plaintiff Verification of PFS | 12/17/2024 | Rios, Rebecca | 12/17/2024 | Request Removal Approval |
| 32767 | Plaintiff Fact Sheet | 10/31/2024 | Rios, Rebecca | 10/31/2024 | |
| 32766 | Plaintiff Verification of PFS | 10/31/2024 | Rios, Rebecca | 10/31/2024 | Request Removal Approval |
| 32765 | Limited Authorization to Disclose Health Information | 10/31/2024 | Rios, Rebecca | 10/31/2024 | Request Removal Approval |
| 32764 | Plaintiff Verification of PFS | 10/31/2024 | Rios, Rebecca | 10/31/2024 | Request Removal Approval |
| 18093 | Other - Exhibit B to Ride Receipt Form | 08/28/2024 | Shaw, Myles | 08/28/2024 | Request Removal Approval |
| 18092 | Other - Exhibit A to Ride Receipt Form | 08/28/2024 | Shaw, Myles | 08/28/2024 | Request Removal Approval |
| 18091 | Uber Ride Information Form | 08/28/2024 | Shaw, Myles | 08/28/2024 | |

Showing 1 to 59 of 59 entries

Previous | 1 | Next

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.