# Exhibit N



# Uber Technologies, Inc., Passenger Sexual Assault Litigation



Upload ⬆

Filter: ALL

Produce

Show 300 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 145098 | Limited Authorization to Disclose Health Information | 09/03/2025 | Zamora, Gabriela | 09/03/2025 | Request Removal Approval |
| 145097 | Authorization to Disclose Psychiatric, Psychotherapy, and Mental Health Information | 09/03/2025 | Zamora, Gabriela | 09/03/2025 | Request Removal Approval |
| 145096 | Plaintiff Verification of PFS | 09/03/2025 | Zamora, Gabriela | 09/03/2025 | Request Removal Approval |
| 132063 | Third Amended Plaintiff Fact Sheet | 07/24/2025 | Brown, Sonji | 07/24/2025 | |
| 131995 | Other - Exhibit B | 07/22/2025 | Brown, Sonji | 07/22/2025 | Request Removal Approval |
| 131994 | Limited Authorization to Disclose Health Information | 07/22/2025 | Brown, Sonji | 07/22/2025 | Request Removal Approval |
| 131993 | Second Amended Plaintiff Fact Sheet | 07/22/2025 | Brown, Sonji | 07/22/2025 | |
| 117192 | PFS Deficiency Notice | 06/23/2025 | Plettner, Mark | 06/23/2025 | |
| 45274 | Defendant Fact Sheet | 01/17/2025 | Lee, Isamu | 01/17/2025 | |
| 38987 | Plaintiff Verification of PFS | 12/17/2024 | Brown, Sonji | 12/17/2024 | Request Removal Approval |
| 38986 | First Amended Plaintiff Fact Sheet | 12/17/2024 | Brown, Sonji | 12/17/2024 | |
| 30895 | Plaintiff Fact Sheet | 10/16/2024 | Brown, Sonji | 10/16/2024 | |

Registering Plaintiffs

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 30780 | Other - Exhibit B Mental Health Auth | 10/15/2024 | Brown, Sonji | 10/16/2024 | Request Removal Approval |
| 30777 | Plaintiff Verification of PFS | 10/15/2024 | Brown, Sonji | 10/16/2024 | Request Removal Approval |
| 17773 | Uber Ride Information Form | 08/23/2024 | Brown, Sonji | 08/23/2024 | |

Showing 1 to 15 of 15 entries

Previous  1  Next

**Registering Plaintiffs**

If you require further assistance, contact us at Uber@browngreer.com or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.