# Exhibit O



# Uber Technologies, Inc., Passenger Sexual Assault Litigation



**Return**

## Plaintiff Information

**Edit**

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 2130 | **Date of Birth:** | |
| **Name:** | ███████ | **Law Firm:** | Williams Hart & Boundas, LLP |
| **Case Number:** | 24-CV-05968 | | |

**Request Deactivation**

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

**1. Uber Ride Information Form**  Not Yet Started





### Registering Plaintiffs

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

2. Plaintiff Fact Sheet  Submitted                                                                                    +

## Documents

Upload

Filter: | ALL |

Produce

Show | 300 | entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 146635 | Photo/Recordings | 09/04/2025 | Zamora, Gabriela | 09/04/2025 | Request Removal Approval |
| 117488 | Authorization to Disclose Law Enforcement Records | 06/24/2025 | Rivera, Isreala | 06/24/2025 | Request Removal Approval |
| 117487 | Authorization to Disclose Psychiatric, Psychotherapy, and Mental Health Information | 06/24/2025 | Rivera, Isreala | 06/24/2025 | Request Removal Approval |
| 117486 | Limited Authorization to Disclose Health Information | 06/24/2025 | Rivera, Isreala | 06/24/2025 | Request Removal Approval |
| 117485 | Plaintiff Verification of PFS | 06/24/2025 | Rivera, Isreala | 06/24/2025 | Request Removal Approval |
| 117484 | Second Amended Plaintiff Fact Sheet | 06/24/2025 | Rivera, Isreala | 06/24/2025 | |
| 110264 | Defendant Fact Sheet Attachment - 40_DMA 1 (███████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 109918 | Defendant Fact Sheet Attachment - 40_DMA 1 (███████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| | Defendant Fact Sheet | | | | |

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 108593 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 108154 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 106662 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 31d | 06/16/2025 | Haider, Jay | 06/16/2025 | |
| 99163 | PFS Deficiency Notice | 05/28/2025 | Krueger, Mike | 05/28/2025 | |
| 58556 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 25 | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58550 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 31d | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58515 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 8 | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58506 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 28 | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58491 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 31d | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58490 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 8 | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58485 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 31d | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58480 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 31d | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58470 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 9 | 02/01/2025 | Haider, Jay | 02/01/2025 | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 31d | | | | |
| 58466 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 24 | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58459 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 28 | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58457 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 28 | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58445 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 23 | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58434 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 28 | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58433 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 31d | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58426 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 31d | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58406 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 31d | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58394 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 25 | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58388 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 31d | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58386 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 31d | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58382 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 28 | 02/01/2025 | Haider, Jay | 02/01/2025 | |

**Registering Plaintiffs**

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| | (█████)_Req 24 | | | | |
| 58378 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 31d | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58371 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 25 | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58350 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 22b | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58335 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 28 | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58333 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 25 | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58327 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 28 | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58314 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 31d | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58302 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 31d | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58288 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 22b | 02/01/2025 | Haider, Jay | 02/01/2025 | |
| 58267 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 31d | 01/31/2025 | Haider, Jay | 01/31/2025 | |
| 58238 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 28 | 01/31/2025 | Haider, Jay | 01/31/2025 | |
| 58202 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 31d | 01/31/2025 | Haider, Jay | 01/31/2025 | |

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 28 | | | | |
| 58177 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 31d | 01/31/2025 | Haider, Jay | 01/31/2025 | |
| 58176 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 31d | 01/31/2025 | Haider, Jay | 01/31/2025 | |
| 58174 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 31d | 01/31/2025 | Haider, Jay | 01/31/2025 | |
| 58171 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 23 | 01/31/2025 | Haider, Jay | 01/31/2025 | |
| 58165 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 28 | 01/31/2025 | Haider, Jay | 01/31/2025 | |
| 58156 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 28 | 01/31/2025 | Haider, Jay | 01/31/2025 | |
| 58141 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 28 | 01/31/2025 | Haider, Jay | 01/31/2025 | |
| 58123 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 31d | 01/31/2025 | Haider, Jay | 01/31/2025 | |
| 58108 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 28 | 01/31/2025 | Haider, Jay | 01/31/2025 | |
| 58102 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 31d | 01/31/2025 | Haider, Jay | 01/31/2025 | |
| 58100 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 31d | 01/31/2025 | Haider, Jay | 01/31/2025 | |
| 58086 | Defendant Fact Sheet Attachment - 40_DMA 1 (█████)_Req 28 | 01/31/2025 | Haider, Jay | 01/31/2025 | |

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| | (███████)_Req 6a | | | | |
| 58079 | First Amended Defendant Fact Sheet | 01/31/2025 | Lee, Isamu | 01/31/2025 | |
| 45319 | Defendant Fact Sheet | 01/17/2025 | Lee, Isamu | 01/17/2025 | |
| 36728 | First Amended Plaintiff Fact Sheet | 12/09/2024 | Zamora, Gabriela | 12/09/2024 | |
| 36727 | Plaintiff Verification of PFS | 12/09/2024 | Zamora, Gabriela | 12/09/2024 | Request Removal Approval |
| 32876 | Plaintiff Fact Sheet | 11/01/2024 | Zamora, Gabriela | 11/01/2024 | |
| 32875 | Plaintiff Verification of PFS | 11/01/2024 | Zamora, Gabriela | 11/01/2024 | Request Removal Approval |
| 32404 | Plaintiff Verification of PFS | 10/24/2024 | | | ☐ ⊖ |
| 17941 | Ride Receipt | 08/26/2024 | Brown, Sonji | 08/26/2024 | Request Removal Approval |

Showing 1 to 70 of 70 entries

Previous | 1 | Next

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.