# Exhibit P



Upload

Filter: ALL

Produce

Show 300 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 145115 | Photo/Recordings - Photo of Assailant 4 | 09/03/2025 | Cost, Devyn | 09/03/2025 | Request Removal Approval |
| 145114 | Photo/Recordings - Photo of Assailant 3 | 09/03/2025 | Cost, Devyn | 09/03/2025 | Request Removal Approval |
| 145113 | Photo/Recordings - Photo of Assailant 2 | 09/03/2025 | Cost, Devyn | 09/03/2025 | Request Removal Approval |
| 145112 | Photo/Recordings - Photo of Assailant 1 | 09/03/2025 | Cost, Devyn | 09/03/2025 | Request Removal Approval |
| 123446 | Plaintiff Verification of PFS | 07/01/2025 | Cost, Devyn | 07/01/2025 | Request Removal Approval |
| 123445 | Third Amended Plaintiff Fact Sheet | 07/01/2025 | Cost, Devyn | 07/01/2025 | |
| 123442 | Authorization to Disclose Psychiatric, Psychotherapy, and Mental Health Information | 06/30/2025 | Rivera, Isreala | 06/30/2025 | Request Removal Approval |
| 123441 | Limited Authorization to Disclose Health Information | 06/30/2025 | Rivera, Isreala | 06/30/2025 | Request Removal Approval |
| 123439 | Second Amended Plaintiff Fact Sheet | 06/30/2025 | Rivera, Isreala | 06/30/2025 | |
| 115471 | Defendant Fact Sheet Attachment - 40_WHB 1260 ▉▉▉▉▉)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| | Defendant Fact Sheet | | | | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 114101 | Defendant Fact Sheet Attachment - 40_WHB 1260 (█████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 112371 | Defendant Fact Sheet Attachment - 40_WHB 1260 (█████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 105497 | Defendant Fact Sheet Attachment - 40_WHB 1260 (█████)_Req 31d | 06/16/2025 | Haider, Jay | 06/16/2025 | |
| 99188 | PFS Deficiency Notice | 05/29/2025 | Krueger, Mike | 05/29/2025 | |
| 57341 | Defendant Fact Sheet Attachment - WHB 1260 (█████) - req 9_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57340 | Defendant Fact Sheet Attachment - WHB 1260 (█████) - req 8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57339 | Defendant Fact Sheet Attachment - WHB 1260 (█████) - req 6a_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57338 | Defendant Fact Sheet Attachment - WHB 1260 (█████) - req 31d_9 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57337 | Defendant Fact Sheet Attachment - WHB 1260 (█████) - req 31d_8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57336 | Defendant Fact Sheet Attachment - WHB 1260 (█████) - req 31d_7 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57335 | Defendant Fact Sheet Attachment - WHB 1260 (█████) - req 31d_6 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57334 | Defendant Fact Sheet Attachment - WHB 1260 (█████) - req 31d_5 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57333 | Defendant Fact Sheet Attachment - WHB 1260 (█████) - req 31d_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
|  | (██████) - req 31d_3 |  |  |  |  |
| 57331 | Defendant Fact Sheet Attachment - WHB 1260 (██████) - req 31d_2 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 57330 | Defendant Fact Sheet Attachment - WHB 1260 (██████) - req 31d_15 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 57329 | Defendant Fact Sheet Attachment - WHB 1260 (██████) - req 31d_14 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 57328 | Defendant Fact Sheet Attachment - WHB 1260 ██████) - req 31d_13 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 57327 | Defendant Fact Sheet Attachment - WHB 1260 (██████) - req 31d_12 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 57326 | Defendant Fact Sheet Attachment - WHB 1260 (██████) - req 31d_11 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 57325 | Defendant Fact Sheet Attachment - WHB 1260 ██████ - req 31d_10 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 57324 | Defendant Fact Sheet Attachment - WHB 1260 (██████) - req 31d_1 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 57323 | Defendant Fact Sheet Attachment - WHB 1260 ██████ - req 26_5 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 57322 | Defendant Fact Sheet Attachment - WHB 1260 ██████) - req 26_4 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 57321 | Defendant Fact Sheet Attachment - WHB 1260 (██████) - req 26_3 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 57320 | Defendant Fact Sheet Attachment - WHB 1260 ██████) - req 26_2 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| | ▓▓▓▓ - req 26_1 | | | | |
| 57318 | Defendant Fact Sheet Attachment - WHB 1260 (▓▓▓▓) - req 25_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57317 | Defendant Fact Sheet Attachment - WHB 1260 (▓▓▓▓) - req 25_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57316 | Defendant Fact Sheet Attachment - WHB 1260 (▓▓▓▓) - req 25_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57315 | Defendant Fact Sheet Attachment - WHB 1260 (▓▓▓▓) - req 24 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57314 | Defendant Fact Sheet Attachment - WHB 1260 (▓▓▓▓) - req 23 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57313 | Defendant Fact Sheet Attachment - WHB 1260 (▓▓▓▓) - req 22b_5 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57312 | Defendant Fact Sheet Attachment - WHB 1260 (▓▓▓▓) - req 22b_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57311 | Defendant Fact Sheet Attachment - WHB 1260 (▓▓▓▓) - req 22b_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57310 | Defendant Fact Sheet Attachment - WHB 1260 (▓▓▓▓) - req 22b_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57309 | Defendant Fact Sheet Attachment - WHB 1260 (▓▓▓▓) - req 22b_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 47344 | Defendant Fact Sheet Attachment - WHB 1260 (▓▓▓▓) - req 8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 47343 | Defendant Fact Sheet Attachment - WHB 1260 (▓▓▓▓) - req 31d_8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| | ▇▇▇▇▇ - req 31d_7 | | | | |
| 47341 | Defendant Fact Sheet Attachment - WHB 1260 (▇▇▇▇▇) - req 31d_6 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 47340 | Defendant Fact Sheet Attachment - WHB 1260 ▇▇▇▇▇ - req 31d_5 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 47339 | Defendant Fact Sheet Attachment - WHB 1260 (▇▇▇▇▇) - req 31d_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 47338 | Defendant Fact Sheet Attachment - WHB 1260 ▇▇▇▇▇ - req 24 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 47337 | Defendant Fact Sheet Attachment - WHB 1260 ▇▇▇▇▇ - req 23 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 45511 | Defendant Fact Sheet | 01/18/2025 | Haider, Jay | 01/18/2025 | |
| 36541 | Authorization to Disclose Law Enforcement Records | 12/05/2024 | Cost, Devyn | 12/05/2024 | Request Removal Approval |
| 36540 | Authorization to Disclose Psychiatric, Psychotherapy, and Mental Health Information | 12/05/2024 | Cost, Devyn | 12/05/2024 | Request Removal Approval |
| 36539 | Limited Authorization to Disclose Health Information | 12/05/2024 | Cost, Devyn | 12/05/2024 | Request Removal Approval |
| 36538 | Plaintiff Verification of PFS | 12/05/2024 | Cost, Devyn | 12/05/2024 | Request Removal Approval |
| 36537 | First Amended Plaintiff Fact Sheet | 12/05/2024 | Cost, Devyn | 12/05/2024 | |
| 32463 | Plaintiff Verification of PFS | 10/25/2024 | Cost, Devyn | 10/25/2024 | Request Removal Approval |
| 32462 | Plaintiff Fact Sheet | 10/25/2024 | Cost, Devyn | 10/25/2024 | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| Showing 1 to 65 of 65 entries | | | | | |
| | | | | Previous  1  Next | |

Case 3:23-md-03084-CRB     Document 3847-17     Filed 09/05/25     Page 8 of 8