# Exhibit Q



# Uber Technologies, Inc., Passenger Sexual Assault Litigation

📢 MDL Centrality

👤 My Account ▾

◀◀ Return

## Plaintiff Information

✏️ Edit

**Plaintiff ID:** 2853
**Name:** ███████████
**Case Number:** 25-CV-01098

**Date of Birth:**
**Law Firm:** Williams Hart & Boundas, LLP

🗑 Request Deactivation

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

1. Uber Ride Information Form   Submitted                                    +

2. Plaintiff Fact Sheet   Submitted                                         +

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

**Upload** ⬆

**Produce**

Filter: [ ALL ▼ ]

Show [ 300 ▼ ] ▮▮▮▮▮ entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 145261 | Photo/Recordings | 09/03/2025 | Zamora, Gabriela | 09/03/2025 | Request Removal Approval |
| 143568 | Legal Correspondence and Letters | 08/19/2025 | Glinski, Ryan | 08/19/2025 | Request Removal Approval |
| 123431 | Plaintiff Verification of PFS | 06/30/2025 | Rivera, Isreala | 06/30/2025 | Request Removal Approval |
| 123430 | First Amended Plaintiff Fact Sheet | 06/30/2025 | Rivera, Isreala | 06/30/2025 | |
| 115721 | Defendant Fact Sheet Attachment - 40_WHB 2062 ▮▮▮▮▮_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 115288 | Defendant Fact Sheet Attachment - 40_WHB 2062 (▮▮▮▮▮_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 114930 | Defendant Fact Sheet Attachment - 40_WHB 2062 ▮▮▮▮▮_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 113742 | Defendant Fact Sheet Attachment - 40_WHB 2062 (▮▮▮▮▮_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 113731 | Defendant Fact Sheet Attachment - 40_WHB 2062 (▮▮▮▮▮_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 113250 | Defendant Fact Sheet Attachment - 40_WHB 2062 (▮▮▮▮▮)_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 113103 | Defendant Fact Sheet Attachment - 40_WHB 2062 | 06/17/2025 | Haider, Jay | 06/17/2025 | |

**Registering Plaintiffs**

If you require further assistance, contact us at Uber@browngreer.com or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 112498 | Notice of Deficient Ride Receipt or Ride Information Form | 06/17/2025 | Admin, System | 06/17/2025 | |
| 107020 | Defendant Fact Sheet Attachment - 40_WHB 2062 ███████_Req 26 | 06/16/2025 | Haider, Jay | 06/16/2025 | |
| 106340 | Defendant Fact Sheet Attachment - 40_WHB 2062 (███████_Req 26 | 06/16/2025 | Haider, Jay | 06/16/2025 | |
| 100259 | PFS Deficiency Notice | 05/30/2025 | Krueger, Mike | 05/30/2025 | |
| 63636 | Defendant Fact Sheet | 02/27/2025 | Lee, Isamu | 02/27/2025 | |
| 63582 | Defendant Fact Sheet Attachment - 40_WHB 2062 (███████_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 63578 | Defendant Fact Sheet Attachment - 40_WHB 2062 (███████_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 63571 | Defendant Fact Sheet Attachment - 40_WHB 2062 (███████_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 63563 | Defendant Fact Sheet Attachment - 40_WHB 2062 ███████)_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 63561 | Defendant Fact Sheet Attachment - 40_WHB 2062 (███████_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 63557 | Defendant Fact Sheet Attachment - 40_WHB 2062 ███████_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 63551 | Defendant Fact Sheet Attachment - 40_WHB 2062 (███████_Req 22b | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 63532 | Defendant Fact Sheet Attachment - 40_WHB 2062 (███████)_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| | Defendant Fact Sheet | | | | |

If you require further assistance, contact us at Uber@browngreer.com or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 63479 | Defendant Fact Sheet Attachment - 40_WHB 2062 ███████_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 63453 | Defendant Fact Sheet Attachment - 40_WHB 2062 ███████_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 63435 | Defendant Fact Sheet Attachment - 40_WHB 2062 (███████_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 63395 | Defendant Fact Sheet Attachment - 40_WHB 2062 (███████)_Req 25 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 63383 | Defendant Fact Sheet Attachment - 40_WHB 2062 (███████)_Req 22b | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 63345 | Defendant Fact Sheet Attachment - 40_WHB 2062 (███████_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 63336 | Defendant Fact Sheet Attachment - 40_WHB 2062 ███████_Req 25 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 63319 | Defendant Fact Sheet Attachment - 40_WHB 2062 (███████_Req 22b | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 63261 | Defendant Fact Sheet Attachment - 40_WHB 2062 ███████_Req 22b | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 63240 | Defendant Fact Sheet Attachment - 40_WHB 2062 (███████_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 63158 | Defendant Fact Sheet Attachment - 40_WHB 2062 (███████)_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 63145 | Defendant Fact Sheet Attachment - 40_WHB 2062 (███████)_Req 25 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| | Defendant Fact Sheet | | | | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 63018 | Defendant Fact Sheet Attachment - 40_WHB 2062 ▮▮▮▮▮▮_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62951 | Defendant Fact Sheet Attachment - 40_WHB 2062 (▮▮▮▮▮▮)_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62940 | Defendant Fact Sheet Attachment - 40_WHB 2062 ▮▮▮▮▮▮_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62930 | Defendant Fact Sheet Attachment - 40_WHB 2062 ▮▮▮▮▮▮_Req 22b | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62902 | Defendant Fact Sheet Attachment - 40_WHB 2062 ▮▮▮▮▮▮_Req 22b | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62861 | Defendant Fact Sheet Attachment - 40_WHB 2062 (▮▮▮▮▮▮_Req 22b | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62855 | Defendant Fact Sheet Attachment - 40_WHB 2062 (▮▮▮▮▮▮_Req 25 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62845 | Defendant Fact Sheet Attachment - 40_WHB 2062 ▮▮▮▮▮▮_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62813 | Defendant Fact Sheet Attachment - 40_WHB 2062 (▮▮▮▮▮▮_Req 22b | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62788 | Defendant Fact Sheet Attachment - 40_WHB 2062 (▮▮▮▮▮▮_Req 22b | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62783 | Defendant Fact Sheet Attachment - 40_WHB 2062 (▮▮▮▮▮▮_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62739 | Defendant Fact Sheet Attachment - 40_WHB 2062 (▮▮▮▮▮▮_Req 22b | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| | Defendant Fact Sheet | | | | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 62616 | Defendant Fact Sheet Attachment - 40_WHB 2062 ███████)_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62591 | Defendant Fact Sheet Attachment - 40_WHB 2062 ___Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62571 | Defendant Fact Sheet Attachment - 40_WHB 2062 (███████_Req 8 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62535 | Defendant Fact Sheet Attachment - 40_WHB 2062 (███████_Req 22b | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62490 | Defendant Fact Sheet Attachment - 40_WHB 2062 (███████_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62471 | Defendant Fact Sheet Attachment - 40_WHB 2062 (███████_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62470 | Defendant Fact Sheet Attachment - 40_WHB 2062 (███████_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62468 | Defendant Fact Sheet Attachment - 40_WHB 2062 ███████_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62445 | Defendant Fact Sheet Attachment - 40_WHB 2062 (███████)_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62441 | Defendant Fact Sheet Attachment - 40_WHB 2062 ███████_Req 6a | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62412 | Defendant Fact Sheet Attachment - 40_WHB 2062 ███████_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62341 | Defendant Fact Sheet Attachment - 40_WHB 2062 (███████_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| | Defendant Fact Sheet | | | | |

If you require further assistance, contact us at Uber@browngreer.com or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 62283 | Defendant Fact Sheet Attachment - 40_WHB 2062 ▮▮▮▮▮_Req 22b | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62248 | Defendant Fact Sheet Attachment - 40_WHB 2062 (▮▮▮▮▮_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62189 | Defendant Fact Sheet Attachment - 40_WHB 2062 ▮▮▮▮▮_Req 22b | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62183 | Defendant Fact Sheet Attachment - 40_WHB 2062 ▮▮▮▮▮_Req 22b | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62175 | Defendant Fact Sheet Attachment - 40_WHB 2062 ▮▮▮▮▮_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62173 | Defendant Fact Sheet Attachment - 40_WHB 2062 (▮▮▮▮▮_Req 25 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62092 | Defendant Fact Sheet Attachment - 40_WHB 2062 ▮▮▮▮▮_Req 22b | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 62076 | Defendant Fact Sheet Attachment - 40_WHB 2062 ▮▮▮▮▮_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 61998 | Defendant Fact Sheet Attachment - 40_WHB 2062 (▮▮▮▮▮_Req 26 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 61984 | Defendant Fact Sheet Attachment - 40_WHB 2062 ▮▮▮▮▮_Req 22b | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 61956 | Defendant Fact Sheet Attachment - 40_WHB 2062 ▮▮▮▮▮_Req 24 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 61918 | Defendant Fact Sheet Attachment - 40_WHB 2062 ▮▮▮▮▮_Req 25 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| | Defendant Fact Sheet | | | | |

If you require further assistance, contact us at Uber@browngreer.com or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 61826 | Defendant Fact Sheet Attachment - 40_WHB 2062 ████████_Req 23 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 61625 | Defendant Fact Sheet Attachment - 40_WHB 2062 ████████_Req 8 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 61621 | Defendant Fact Sheet Attachment - 40_WHB 2062 ████████_Req 23 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 61606 | Defendant Fact Sheet Attachment - 40_WHB 2062 ████████_Req 24 | 02/27/2025 | Haider, Jay | 02/27/2025 | |
| 60703 | Plaintiff Verification of PFS | 02/19/2025 | Cost, Devyn | 02/19/2025 | Request Removal Approval |
| 60702 | Plaintiff Fact Sheet | 02/19/2025 | Cost, Devyn | 02/19/2025 | |
| 58619 | Uber Ride Information Form | 02/04/2025 | Brown, Sonji | 02/04/2025 | |

Showing 1 to 84 of 84 entries

Previous | 1 | Next