# Exhibit R



Upload ⬆

Filter: ALL

Produce

Show 300 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 145100 | Plaintiff Verification of PFS | 09/03/2025 | Zamora, Gabriela | 09/03/2025 | Request Removal Approval |
| 145099 | First Amended Plaintiff Fact Sheet | 09/03/2025 | Zamora, Gabriela | 09/03/2025 | |
| 143572 | Legal Correspondence and Letters | 08/19/2025 | Glinski, Ryan | 08/19/2025 | Request Removal Approval |
| 112503 | Notice of Deficient Ride Receipt or Ride Information Form | 06/17/2025 | Admin, System | 06/17/2025 | |
| 100542 | PFS Deficiency Notice | 05/30/2025 | Krueger, Mike | 05/30/2025 | |
| 63741 | Plaintiff Fact Sheet | 03/05/2025 | Zamora, Gabriela | 03/05/2025 | |
| 63740 | Plaintiff Verification of PFS | 03/05/2025 | Zamora, Gabriela | 03/05/2025 | Request Removal Approval |
| 63739 | Other - Additional Information | 03/05/2025 | Zamora, Gabriela | 03/05/2025 | Request Removal Approval |
| 60812 | Defendant Fact Sheet | 02/21/2025 | Lee, Isamu | 02/21/2025 | |
| 58629 | Uber Ride Information Form | 02/04/2025 | Brown, Sonji | 02/04/2025 | |

Showing 1 to 10 of 10 entries

Previous | 1 | Next

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.