# Exhibit S



# Uber Technologies, Inc., Passenger Sexual Assault Litigation

My Account

◀◀ Return

## Plaintiff Information

✎ Edit

**Plaintiff ID:** 1749
**Name:** ▮▮▮▮▮▮▮▮
**Case Number:** 24-CV-05040

**Date of Birth:**
**Law Firm:** Williams Hart & Boundas, LLP

🗑 Request Deactivation

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

**1. Uber Ride Information Form**   Not Yet Started   −

👁 View Draft    ↑ Import    ↓ Export    Submit ➤

**Uber Ride Information Form**

⧗ Start

---

Registering Plaintiffs
If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

2. Plaintiff Fact Sheet   Submitted                                                            +

## Documents

Upload

Filter: [ALL]

Produce

Show [300] entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 145108 | Plaintiff Verification of PFS | 09/03/2025 | Villanueva, Angel | 09/03/2025 | Request Removal Approval |
| 145107 | Authorization to Disclose Psychiatric, Psychotherapy, and Mental Health Information | 09/03/2025 | Villanueva, Angel | 09/03/2025 | Request Removal Approval |
| 145106 | Other - Additional Information | 09/03/2025 | Villanueva, Angel | 09/03/2025 | Request Removal Approval |
| 145105 | Third Amended Plaintiff Fact Sheet | 09/03/2025 | Villanueva, Angel | 09/03/2025 | |
| 121420 | Second Amended Plaintiff Fact Sheet | 06/30/2025 | Villanueva, Angel | 06/30/2025 | |
| 111569 | Defendant Fact Sheet Attachment - 40_WHB 1902 (█████)_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 110858 | Defendant Fact Sheet Attachment - 40_WHB 1902 (█████_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 110695 | Defendant Fact Sheet Attachment - 40_WHB 1902 (█████_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 110651 | Defendant Fact Sheet Attachment - 40_WHB 1902 | 06/17/2025 | Haider, Jay | 06/17/2025 | |

Registering Plaintiffs

If you require further assistance, contact us at Uber@browngreer.com or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 110388 | Defendant Fact Sheet Attachment - 40_WHB 1902 (▮)_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 110132 | Defendant Fact Sheet Attachment - 40_WHB 1902 (▮)_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 109399 | Defendant Fact Sheet Attachment - 40_WHB 1902 (▮)_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 109288 | Defendant Fact Sheet Attachment - 40_WHB 1902 (▮)_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 108785 | Defendant Fact Sheet Attachment - 40_WHB 1902 (▮)_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 108354 | Defendant Fact Sheet Attachment - 40_WHB 1902 (▮)_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 106268 | Defendant Fact Sheet Attachment - 40_WHB 1902 (▮)_Req 26 | 06/16/2025 | Haider, Jay | 06/16/2025 | |
| 105313 | Defendant Fact Sheet Attachment - 40_WHB 1902 (▮)_Req 26 | 06/16/2025 | Haider, Jay | 06/16/2025 | |
| 100727 | PFS Deficiency Notice | 05/31/2025 | Plettner, Mark | 05/31/2025 | |
| 53750 | Defendant Fact Sheet Attachment - WHB 1902 ▮ - req 9_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53749 | Defendant Fact Sheet Attachment - WHB 1902 (▮) - req 8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53748 | Defendant Fact Sheet Attachment - WHB 1902 (▮) - req 26_9 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53747 | Defendant Fact Sheet Attachment - WHB 1902 ▮ - req 26_8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
|  | (█████) - req 26_7 |  |  |  |  |
| 53745 | Defendant Fact Sheet Attachment - WHB 1902 (█████) - req 26_6 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 53744 | Defendant Fact Sheet Attachment - WHB 1902 (█████) - req 26_5 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 53743 | Defendant Fact Sheet Attachment - WHB 1902 (█████) - req 26_4 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 53742 | Defendant Fact Sheet Attachment - WHB 1902 (█████) - req 26_37 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 53741 | Defendant Fact Sheet Attachment - WHB 1902 (█████) - req 26_36 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 53740 | Defendant Fact Sheet Attachment - WHB 1902 (█████) - req 26_35 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 53739 | Defendant Fact Sheet Attachment - WHB 1902 (█████) - req 26_34 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 53738 | Defendant Fact Sheet Attachment - WHB 1902 (█████) - req 26_33 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 53737 | Defendant Fact Sheet Attachment - WHB 1902 (█████) - req 26_32 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 53736 | Defendant Fact Sheet Attachment - WHB 1902 (█████) - req 26_31 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 53735 | Defendant Fact Sheet Attachment - WHB 1902 (█████) - req 26_30 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 53734 | Defendant Fact Sheet Attachment - WHB 1902 (█████) - req 26_3 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| | ▮▮▮▮▮▮▮▮ - req 26_29 | | | | |
| 53732 | Defendant Fact Sheet Attachment - WHB 1902 (▮▮▮▮▮▮▮▮) - req 26_28 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53731 | Defendant Fact Sheet Attachment - WHB 1902 (▮▮▮▮▮▮▮▮) - req 26_27 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53730 | Defendant Fact Sheet Attachment - WHB 1902 (▮▮▮▮▮▮▮▮) - req 26_26 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53729 | Defendant Fact Sheet Attachment - WHB 1902 (▮▮▮▮▮▮▮▮) - req 26_25 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53728 | Defendant Fact Sheet Attachment - WHB 1902 (▮▮▮▮▮▮▮▮) - req 26_24 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53727 | Defendant Fact Sheet Attachment - WHB 1902 (▮▮▮▮▮▮▮▮) - req 26_23 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53726 | Defendant Fact Sheet Attachment - WHB 1902 (▮▮▮▮▮▮▮▮) - req 26_22 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53725 | Defendant Fact Sheet Attachment - WHB 1902 (▮▮▮▮▮▮▮▮) - req 26_21 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53724 | Defendant Fact Sheet Attachment - WHB 1902 (▮▮▮▮▮▮▮▮) - req 26_20 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53723 | Defendant Fact Sheet Attachment - WHB 1902 (▮▮▮▮▮▮▮▮) - req 26_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53722 | Defendant Fact Sheet Attachment - WHB 1902 (▮▮▮▮▮▮▮▮) - req 26_19 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53721 | Defendant Fact Sheet Attachment - WHB 1902 (▮▮▮▮▮▮▮▮) - req 26_18 | 01/21/2025 | Haider, Jay | 01/21/2025 | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| | Defendant Fact Sheet Attachment - WHB 1902 (███████) - req 26_17 | | | | |
| 53719 | Defendant Fact Sheet Attachment - WHB 1902 (███████) - req 26_16 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53718 | Defendant Fact Sheet Attachment - WHB 1902 (███████) - req 26_15 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53717 | Defendant Fact Sheet Attachment - WHB 1902 (███████) - req 26_14 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53716 | Defendant Fact Sheet Attachment - WHB 1902 (███████) - req 26_13 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53715 | Defendant Fact Sheet Attachment - WHB 1902 (███████) - req 26_12 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53714 | Defendant Fact Sheet Attachment - WHB 1902 (███████) - req 26_11 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53713 | Defendant Fact Sheet Attachment - WHB 1902 (███████) - req 26_10 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53712 | Defendant Fact Sheet Attachment - WHB 1902 (███████) - req 26_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53711 | Defendant Fact Sheet Attachment - WHB 1902 (███████) - req 25_5 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53710 | Defendant Fact Sheet Attachment - WHB 1902 (███████) - req 25_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53709 | Defendant Fact Sheet Attachment - WHB 1902 (███████) - req 25_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53708 | Defendant Fact Sheet Attachment - WHB 1902 (███████) - req 25_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
|  | ▮▮▮▮▮ - req 25_1 |  |  |  |  |
| 53706 | Defendant Fact Sheet Attachment - WHB 1902 (▮▮▮▮▮) - req 24 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 53705 | Defendant Fact Sheet Attachment - WHB 1902 (▮▮▮▮▮) - req 23 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 53704 | Defendant Fact Sheet Attachment - WHB 1902 (▮▮▮▮▮) - req 22b_9 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 53703 | Defendant Fact Sheet Attachment - WHB 1902 (▮▮▮▮▮) - req 22b_8 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 53702 | Defendant Fact Sheet Attachment - WHB 1902 (▮▮▮▮▮) - req 22b_7 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 53701 | Defendant Fact Sheet Attachment - WHB 1902 (▮▮▮▮▮) - req 22b_6 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 53700 | Defendant Fact Sheet Attachment - WHB 1902 (▮▮▮▮▮) - req 22b_5 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 53699 | Defendant Fact Sheet Attachment - WHB 1902 (▮▮▮▮▮) - req 22b_4 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 53698 | Defendant Fact Sheet Attachment - WHB 1902 (▮▮▮▮▮) - req 22b_3 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 53697 | Defendant Fact Sheet Attachment - WHB 1902 (▮▮▮▮▮) - req 22b_28 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 53696 | Defendant Fact Sheet Attachment - WHB 1902 (▮▮▮▮▮) - req 22b_27 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
|  | Defendant Fact Sheet Attachment - WHB 1902 |  |  |  |  |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 53694 | Defendant Fact Sheet Attachment - WHB 1902 (██████) - req 22b_25 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53693 | Defendant Fact Sheet Attachment - WHB 1902 (██████) - req 22b_24 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53692 | Defendant Fact Sheet Attachment - WHB 1902 (██████) - req 22b_23 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53691 | Defendant Fact Sheet Attachment - WHB 1902 (██████) - req 22b_22 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53690 | Defendant Fact Sheet Attachment - WHB 1902 (██████) - req 22b_21 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53689 | Defendant Fact Sheet Attachment - WHB 1902 (██████) - req 22b_20 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53688 | Defendant Fact Sheet Attachment - WHB 1902 (██████) - req 22b_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53687 | Defendant Fact Sheet Attachment - WHB 1902 (██████) - req 22b_19 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53686 | Defendant Fact Sheet Attachment - WHB 1902 (██████) - req 22b_18 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53685 | Defendant Fact Sheet Attachment - WHB 1902 (██████) - req 22b_17 | 01/21/2025 | Haider, Jay | 01/21/2025 | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| | (███████) - req 22b_16 | | | | |
| 53683 | Defendant Fact Sheet Attachment - WHB 1902 (███████) - req 22b_15 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53682 | Defendant Fact Sheet Attachment - WHB 1902 (███████) - req 22b_14 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53681 | Defendant Fact Sheet Attachment - WHB 1902 (███████) - req 22b_13 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53680 | Defendant Fact Sheet Attachment - WHB 1902 (███████) - req 22b_12 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53679 | Defendant Fact Sheet Attachment - WHB 1902 (███████) - req 22b_11 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53678 | Defendant Fact Sheet Attachment - WHB 1902 (███████) - req 22b_10 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53677 | Defendant Fact Sheet Attachment - WHB 1902 (███████) - req 22b_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46730 | Defendant Fact Sheet Attachment - WHB 1902 (███████) - req 8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46729 | Defendant Fact Sheet Attachment - WHB 1902 (███████) - req 26_36 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46728 | Defendant Fact Sheet Attachment - WHB 1902 (███████) - req 26_27 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| | Defendant Fact Sheet | | | | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 46726 | Defendant Fact Sheet Attachment - WHB 1902 (▓▓▓▓▓▓) - req 26_25 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46725 | Defendant Fact Sheet Attachment - WHB 1902 (▓▓▓▓▓▓) - req 26_24 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46724 | Defendant Fact Sheet Attachment - WHB 1902 (▓▓▓▓▓▓) - req 26_23 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46723 | Defendant Fact Sheet Attachment - WHB 1902 (▓▓▓▓▓▓) - req 26_22 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46722 | Defendant Fact Sheet Attachment - WHB 1902 (▓▓▓▓▓▓) - req 24 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 46721 | Defendant Fact Sheet Attachment - WHB 1902 (▓▓▓▓▓▓) - req 23 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 45550 | Defendant Fact Sheet | 01/18/2025 | Lee, Isamu | 01/18/2025 | |
| 36630 | First Amended Plaintiff Fact Sheet | 12/06/2024 | Hall, Lisa | 12/06/2024 | |
| 36629 | Authorization to Disclose Psychiatric, Psychotherapy, and Mental Health Information | 12/06/2024 | Hall, Lisa | 12/06/2024 | Request Removal Approval |
| 36628 | Plaintiff Verification of PFS | 12/06/2024 | Hall, Lisa | 12/06/2024 | Request Removal Approval |
| 33921 | Other - Plaintiffs' Compliance with Pretrial Order No. 10 | 11/12/2024 | Kim, Sumin | 11/12/2024 | |
| 32837 | Plaintiff Fact Sheet | 10/31/2024 | Rodriguez, Julie | 10/31/2024 | |
| 16981 | Ride Receipt | 08/16/2024 | Rodriguez, Julie | 08/16/2024 | Request Removal Approval |

Showing 1 to 109 of 109 entries

Previous  1  Next

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.