# Exhibit T



Upload ⬆

Filter: ALL

Produce

Show 300 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 145095 | Plaintiff Verification of PFS | 09/03/2025 | Zamora, Gabriela | 09/03/2025 | Request Removal Approval |
| 145094 | Fourth Amended Plaintiff Fact Sheet | 09/03/2025 | Zamora, Gabriela | 09/03/2025 | |
| 123457 | Plaintiff Verification of PFS | 07/01/2025 | Coleman, Shanae | 07/01/2025 | Request Removal Approval |
| 123456 | Authorization to Disclose Psychiatric, Psychotherapy, and Mental Health Information | 07/01/2025 | Coleman, Shanae | 07/01/2025 | Request Removal Approval |
| 123455 | Third Amended Plaintiff Fact Sheet | 07/01/2025 | Coleman, Shanae | 07/01/2025 | |
| 99352 | PFS Deficiency Notice | 05/29/2025 | Plettner, Mark | 05/29/2025 | |
| 45277 | Defendant Fact Sheet | 01/17/2025 | Lee, Isamu | 01/17/2025 | |
| 41795 | Plaintiff Verification of PFS | 01/06/2025 | Zamora, Gabriela | 01/06/2025 | Request Removal Approval |
| 41794 | Second Amended Plaintiff Fact Sheet | 01/06/2025 | Zamora, Gabriela | 01/06/2025 | |
| 39135 | First Amended Plaintiff Fact Sheet | 12/17/2024 | Zamora, Gabriela | 12/17/2024 | |
| 32403 | Plaintiff Fact Sheet | 10/24/2024 | Zamora, Gabriela | 10/24/2024 | |
| 31152 | Plaintiff Verification of PFS | 10/22/2024 | Zamora, Gabriela | 10/24/2024 | Request Removal Approval |
| 31151 | Authorization to Disclose | 10/22/2024 | Zamora, | 10/24/2024 | Request |

**Registering Plaintiffs**

If you require further assistance, contact us at Uber@browngreer.com or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| | and Mental Health Information | | | | |
| 17788 | Uber Ride Information Form | 08/23/2024 | Brown, Sonji | 08/23/2024 | |

Showing 1 to 14 of 14 entries

| Previous | 1 | Next |