# Exhibit U



Upload

Produce

Filter: ALL

Show 100 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 143577 | Legal Correspondence and Letters | 08/19/2025 | Glinski, Ryan | 08/19/2025 | Request Removal Approval |
| 139303 | Plaintiff Verification of PFS | 08/11/2025 | Trevino, Marleyn | 08/11/2025 | Request Removal Approval |
| 139302 | First Amended Plaintiff Fact Sheet | 08/11/2025 | Trevino, Marleyn | 08/11/2025 | |
| 127705 | PFS Deficiency Notice | 07/14/2025 | Krueger, Mike | 07/14/2025 | |
| 112510 | Notice of Deficient Ride Receipt or Ride Information Form | 06/17/2025 | Admin, System | 06/17/2025 | |
| 60817 | Defendant Fact Sheet | 02/21/2025 | Lee, Isamu | 02/21/2025 | |
| 60745 | Plaintiff Verification of PFS | 02/21/2025 | Trevino, Marleyn | 02/21/2025 | Request Removal Approval |
| 60744 | Plaintiff Fact Sheet | 02/21/2025 | Trevino, Marleyn | 02/21/2025 | |
| 58659 | Uber Ride Information Form | 02/05/2025 | Brown, Sonji | 02/05/2025 | |

Showing 1 to 9 of 9 entries

Previous | 1 | Next

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.