John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>**[PROPOSED] ORDER RE: DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 6 – 17th Floor |
| This Document Relates to:<br><br>*WHB 1293 v. Uber Technologies, Inc., et al., No. 3:24-cv-04526*<br><br>*WHB 1027 v. Uber Technologies, Inc., et al., No. 3:24-cv-04820*<br><br>*WHB 928 v. Uber Technologies, Inc., et al., No. 3:24-cv-04825*<br><br>*WHB 511 v. Uber Technologies, Inc., et al., No. 3:24-cv-04842* | |

1

2
*WHB 860 v. Uber Technologies, Inc., et al.,*
*No. 3:24-cv-04845*

3
*WHB 1023 v. Uber Technologies, Inc., et*
*al., No. 3:24-cv-04877*

4

5
*WHB 1002 v. Uber Technologies, Inc., et*
*al., No. 3:24-cv-04885*

6
*WHB 1497 v. Uber Technologies, Inc., et*
*al., No. 3:24-cv-04891*

7

8
*WHB 310 v. Uber Technologies, Inc., et al.,*
*No. 3:24-cv-04903*

9
*WHB 333 v. Uber Technologies, Inc., et al.,*
*No. 3:24-cv-04905*

10

11
*WHB 56 v. Uber Technologies, Inc., et al.,*
*No. 3:24-cv-04908*

12
*WHB 312 v. Uber Technologies, Inc., et al.,*
*No. 3:24-cv-04928*

13

14
*WHB 1590 v. Uber Technologies, Inc., et*
*al., No. 3:24-cv-04946*

15
*WHB 1667 v. Uber Technologies, Inc., et*
*al., No. 3:24-cv-04957*

16

17
*WHB 1960 v. Uber Technologies, Inc., et*
*al., No. 3:24-cv-04960*

18
*WHB 1619 v. Uber Technologies, Inc., et*
*al., No. 3:24-cv-04961*

19

20
*WHB 689 v. Uber Technologies, Inc., et al.,*
*No. 3:24-cv-04965*

21
*WHB 676 v. Uber Technologies, Inc., et al.,*
*No. 3:24-cv-05024*

22

23
*WHB 1837 v. Uber Technologies, Inc., et*
*al., No. 3:24-cv-05033*

24
*WHB 1902 v. Uber Technologies, Inc., et*
*al., No. 3:24-cv-05040*

25

26
*WHB 1431 v. Uber Technologies, Inc., et*
*al., No. 3:24-cv-05057*

27
*WHB 666 v. Uber Technologies, Inc., et al.,*
*No. 3:24-cv-05127*

28

*WHB 1394 v. Uber Technologies, Inc., et al., No. 3:24-cv-05237*

*WHB 466 v. Uber Technologies, Inc., et al., No. 3:24-cv-05265*

*WHB 1832 v. Uber Technologies, Inc., et al., No. 3:24-cv-05305*

*WHB 645 v. Uber Technologies, Inc., et al., No. 3:24-cv-05356*

*WHB 703 v. Uber Technologies, Inc., et al., No. 3:24-cv-05361*

*WHB 1272 v. Uber Technologies, Inc., et al., No. 3:24-cv-05366*

*WHB 994 v. Uber Technologies, Inc., et al., No. 3:24-cv-05452*

*WHB 1856 v. Uber Technologies, Inc., et al., No. 3:24-cv-05461*

*WHB 1021 v. Uber Technologies, Inc., et al., No. 3:24-cv-05466*

*WHB 1661 v. Uber Technologies, Inc., et al., No. 3:24-cv-05468*

*WHB 1414 v. Uber Technologies, Inc., et al., No. 3:24-cv-05495*

*WHB 1468 v. Uber Technologies, Inc., et al., No. 3:24-cv-05500*

*WHB 1043 v. Uber Technologies, Inc., et al., No. 3:24-cv-05501*

*WHB 1840 v. Uber Technologies, Inc., et al., No. 3:24-cv-05554*

*WHB 1677 v. Uber Technologies, Inc., et al., No. 3:24-cv-05556*

*WHB 1659 v. Uber Technologies, Inc., et al., No. 3:24-cv-05565*

*WHB 1618 v. Uber Technologies, Inc., et al., No. 3:24-cv-05572*

*WHB 1943 v. Uber Technologies, Inc., et al., No. 3:24-cv-05598*

*WHB 1552 v. Uber Technologies, Inc., et al., No. 3:24-cv-05599*

*WHB 1880 v. Uber Technologies, Inc., et al., No. 3:24-cv-05602*

*WHB 1381 v. Uber Technologies, Inc., et al., No. 3:24-cv-05603*

*WHB 632 v. Uber Technologies, Inc., et al., No. 3:24-cv-05604*

*WHB 1260 v. Uber Technologies, Inc., et al., No. 3:24-cv-05613*

*WHB 1544 v. Uber Technologies, Inc., et al., No. 3:24-cv-05622*

*WHB 438 v. Uber Technologies, Inc., et al., No. 3:24-cv-05631-CRB*

*WHB 1611 v. Uber Technologies, Inc., et al., No. 3:24-cv-05665*

*WHB 891 v. Uber Technologies, Inc., et al., No. 3:24-cv-05666-CRB*

*WHB 1348 v. Uber Technologies, Inc., et al., No. 3:24-cv-05669*

*WHB 946 v. Uber Technologies, Inc., et al., No. 3:24-cv-05698*

*WHB 1142 v. Uber Technologies, Inc., et al., No. 3:24-cv-05712*

*WHB 1057 v. Uber Technologies, Inc., et al., No. 3:24-cv-05715*

*WHB 1470 v. Uber Technologies, Inc., et al., No. 3:24-cv-05716*

*WHB 494 v. Uber Technologies, Inc., et al., No. 3:24-cv-05767*

*WHB 871 v. Uber Technologies, Inc., et al., No. 3:24-cv-05770*

*WHB 935 v. Uber Technologies, Inc., et al., No. 3:24-cv-05776*

*WHB 884 v. Uber Technologies, Inc., et al., No. 3:24-cv-05948*

1

2
*WHB 991 v. Uber Technologies, Inc., et al.,*
*No. 3:24-cv-05959*

3
*DMA 1 v. Uber Technologies, Inc., et al.,*
*No. 3:24-cv-05968*

4

5
*WHB 1556 v. Uber Technologies, Inc., et*
*al., No. 3:24-cv-05986*

6
*WHB 1999 v. Uber Technologies, Inc., et*
*al., No. 3:24-cv-07048*

7

8
*WHB 2060 v. Uber Technologies, Inc., et*
*al., No. 3:25-cv-01092*

9
*WHB 2061 v. Uber Technologies, Inc., et*
*al., No. 3:25-cv-01095*

10

11
*WHB 2062 v. Uber Technologies, Inc., et*
*al., No. 3:25-cv-01098*

12
*WHB 2063 v. Uber Technologies, Inc., et*
*al., No. 3:25-cv-01099*

13

14
*WHB 2064 v. Uber Technologies, Inc., et*
*al., No. 3:25-cv-01101*

15
*WHB 2067 v. Uber Technologies, Inc., et*
*al., No. 3:25-cv-01122*

16

17
*WHB 2070 v. Uber Technologies, Inc., et*
*al., No. 3:25-cv-01126*

18
*WHB 2071 v. Uber Technologies, Inc., et*
*al., No. 3:25-cv-01130*

19

20
*WHB 2073 v. Uber Technologies, Inc., et*
*al., No. 3:25-cv-01143*

21
*WHB 2075 v. Uber Technologies, Inc., et*
*al., No. 3:25-cv-01148*

22

23
*WHB 2077 v. Uber Technologies, Inc., et*
*al., No. 3:25-cv-01150*

24
*WHB 2082 v. Uber Technologies, Inc., et*
*al., No. 3:25-cv-01177*

25

26
*WHB 2084 v. Uber Technologies, Inc., et*
*al., No. 3:25-cv-01179*

27
*WHB 2036 v. Uber Technologies, Inc., et*
*al., No. 3:25-cv-01180*

28

*WHB 2039 v. Uber Technologies, Inc., et al., No. 3:25-cv-01202*

*WHB 2041 v. Uber Technologies, Inc., et al., No. 3:25-cv-01205*

*WHB 2043 v. Uber Technologies, Inc., et al., No. 3:25-cv-01207*

*WHB 2044 v. Uber Technologies, Inc., et al., No. 3:25-cv-01209*

*WHB 2047 v. Uber Technologies, Inc., et al., No. 3:25-cv-01215*

*WHB 2048 v. Uber Technologies, Inc., et al., No. 3:25-cv-01216*

*WHB 2049 v. Uber Technologies, Inc., et al., No. 3:25-cv-01218*

*WHB 2051 v. Uber Technologies, Inc., et al., No. 3:25-cv-01226*

*WHB 2054 v. Uber Technologies, Inc., et al., No. 3:25-cv-01244*

*WHB 2057 v. Uber Technologies, Inc., et al., No. 3:25-cv-01249*

*WHB 2059 v. Uber Technologies, Inc., et al., No. 3:25-cv-01255*

## [PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Court Order, the Court therefore hereby DENIES Defendants' Motion as to WHB Plaintiffs.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Court Judge