Sadi R. Antonmattei-Goitia (SBN # 24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA LLP**
2925 Richmond Ave, Suite 1560
Houston, TX 77098
Telephone: (713) 333- 1030
Facsimile : (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB <br><br> Honorable Charles R. Breyer <br><br> **[PROPOSED] ORDER DEFENDANT'S MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE WHY PLAINTIFFS WHO HAVE SUBMITTED NON-BONA FIDE RECEIPTS SHOULD NOT BE DISMISSED WITH PREJUDICE** |
| This Document Relates to: <br><br> Jane Doe 693827 v. UBER TECHNOLOGIES, INC., et al., <br><br> Case No. 3:24-cv-09515-CRB, MDL ID 2774 | |

**[PROPOSED] ORDER**

Having considered Defendants' Motion for Entry of (1) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice and (2) a Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts, the Court therefore hereby ORDERS Defendants' Motion is DENIED as to the KHERKHER GARCIA Plaintiffs who have submitted Uber Ride Information Forms. IT IS SO ORDERED.

Date: _____    _____
                             HON. CHARLES R. BREYER
                             United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2025, I electronically transmitted the foregoing [PROPOSED] ORDER DEFENDANT'S MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE WHY PLAINTIFFS WHO HAVE SUBMITTED NON-BONA FIDE RECEIPTS SHOULD NOT BE DISMISSED WITH PREJUDICE to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia (SBN 24091383)
Kherkher Garcia, LLP
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*