# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.,* No. 3:23-cv-06708 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**JOINT STIPULATION IN RESPONSE TO COURT ORDER ECF 3786**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

The Parties respectfully submit this joint stipulation in response to the Court's Order. *See* ECF 3786. The Parties met and conferred in compliance with the Court's Order pertaining to the *Dean* case as set out in ECF 3786 and reached the following agreements:

1. The Parties agree that by September 12, 2025, Plaintiff and non-party witnesses B.F., E.G., J.D., and D.S. (each of whom are represented by counsel for Plaintiff) will each submit verified declarations complying with ECF 3786, which will include a description of (1) what steps were conducted to search for any requested information; (2) what steps were conducted to preserve any requested information; (3) what steps were conducted to replace, wherever feasible, allegedly lost documents obtainable through third-party sources; (4) what they knew about whether their messages were preserved on particular devices, backup systems, and messaging and social media platforms; and (5) when they were informed of their duty to preserve requested information.

2. The Parties agree that by September 16, 2025, Defendants will notify Plaintiff as to its position on whether the depositions of the Plaintiff, B.F., E.G., J.D., and/or D.S. should be reopened.

3. The Parties agree that if the Defendants request to reopen any of the depositions after reviewing the declarations, the parties will meet and confer on this issue by September 19, 2025.

Respectfully submitted,

DATED:      September 5, 2025

By: /s/_____

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

By: /s/_____

LAURA VARTAIN
**KIRKLAND & ELLIS LLP**
LAURA VARTAIN
Laura.vartain@kirkland.com
ALLISON M. BROWN (*pro hac vice*)
Alli.brown@kirkland.com
JESSICA DAVIDSON (*pro hac vice*)
Jessica.davidson@kirkland.com

| | |
|---|---|
| 1    ROOPAL P. LUHANA (*Pro Hac Vice*) | |
|      **CHAFFIN LUHANA LLP** | |
| 2    600 Third Avenue, Fl. 12 | *Counsel for Defendants Uber Technologies,* |
|      New York, NY 10016 | *Inc., Rasier, LLC, and Rasier-CA, LLC* |

1  ROOPAL P. LUHANA (*Pro Hac Vice*)
   **CHAFFIN LUHANA LLP**
2  600 Third Avenue, Fl. 12                    *Counsel for Defendants Uber Technologies,*
   New York, NY 10016                          *Inc., Rasier, LLC, and Rasier-CA, LLC*
3  Telephone: (888) 480-1123
   Email: luhana@chaffinluhana.com
4
   SARAH R. LONDON (SBN 267083)
5  **GIRARD SHARP LLP**
   601 California St., Suite 1400
6  San Francisco, CA 94108
   Telephone: (415) 981-4800
7  Email: slondon@girardsharp.com

*Co-Lead Counsel for Plaintiffs*