C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
         jdomer@cutterlaw.com
         ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Roe CL 16 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04837-CRB<br><br>*Jane Roe CL 24 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05536-CRB<br><br>*Jane Roe CL 34 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05696-CRB<br><br>*Jane Roe CL 36 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05720-CRB<br><br>*Jane Roe CL 37 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05728-CRB<br><br>*Jane Roe CL 38 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05729-CRB<br><br>*Jane Roe CL 42 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05740-CRB<br><br>*Jane Roe CL 43 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05741-CRB<br><br>*Jane Roe CL 48 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05810-CRB | **ATTORNEY JENNIFER S. DOMER'S DECLARATION REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH COURT'S AUGUST 8, 2025 ORDER**<br><br>Date:  August 22, 2025<br>Time:  10:00 a.m.<br>Courtroom:  6 – 17th Floor |

1  *Jane Roe CL 53 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05831-CRB
2
3  *Jane Roe CL 56 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 05837-CRB
4  *Jane Roe CL 65 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 06189-CRB
5
6  *Jane Roe CL 70 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 06863-CRB
7  *Jane Roe CL 71 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 06864-CRB
8
9  *Jane Roe CL 76 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 07569-CRB
10  *Jane Roe CL 77 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 07571-CRB
11
12  *Jane Roe CL 78 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 07584-CRB
13  *Jane Roe CL 79 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 07857-CRB
14
15  *Jane Roe CL 81 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 08521-CRB
16  *Jane Roe CL 83 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 08525-CRB
17
18  *Jane Roe CL 84 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 08526-CRB
19  *Jane Roe CL 85 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 08754-CRB
20
21  *Jane Roe CL 86 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 08756-CRB
22  *Jane Roe CL 88 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 09145-CRB
23
24  *Jane Roe CL 91 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 09235-CRB
25  *Jane Roe CL 92 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 09237-CRB
26
27  *Jane Roe CL 93 v. Uber Technologies, Inc., et al.*, No. 3:24-cv- 09549-CRB
28

| | |
|---|---|
| 1 | *Jane Roe CL 98 v. Uber Technologies, Inc., et al., No. 3:25-cv- 00853-CRB* |
| 2 | |
| 3 | *Jane Roe CL 101 v. Uber Technologies, Inc., et al., No. 3:25-cv- 01118-CRB* |
| 4 | *Jane Roe CL 102 v. Uber Technologies, Inc., et al., No. 3:25-cv- 01120-CRB* |
| 5 | |
| 6 | *Jane Roe CL 103 v. Uber Technologies, Inc., et al., No. 3:25-cv- 01347-CRB* |
| 7 | *Jane Roe CL 105 v. Uber Technologies, Inc., et al., No. 3:25-cv- 01349-CRB* |
| 8 | |
| 9 | *Jane Roe CL 107 v. Uber Technologies, Inc., et al., No. 3:25-cv- 01470-CRB* |
| 10 | *Jane Roe CL 109 v. Uber Technologies, Inc., et al., No. 3:25-cv- 01652-CRB* |
| 11 | |
| 12 | *Jane Roe CL 110 v. Uber Technologies, Inc., et al., No. 3:25-cv- 01653-CRB* |
| 13 | *Jane Roe CL 114 v. Uber Technologies, Inc., et al., No. 3:25-cv- 01942-CRB* |
| 14 | |
| 15 | *Jane Roe CL 118 v. Uber Technologies, Inc., et al., No. 3:25-cv- 02132-CRB* |
| 16 | *Jane Roe CL 119 v. Uber Technologies, Inc., et al., No. 3:25-cv- 02133-CRB* |
| 17 | |
| 18 | *Jane Roe CL 122 v. Uber Technologies, Inc., et al., No. 3:25-cv- 02138-CRB* |
| 19 | *Jane Roe CL 126 v. Uber Technologies, Inc., et al., No. 3:25-cv- 02495-CRB* |
| 20 | |
| 21 | *Jane Roe CL 127 v. Uber Technologies, Inc., et al., No. 3:25-cv- 02496-CRB* |
| 22 | *Jane Roe CL 130 v. Uber Technologies, Inc., et al., No. 3:25-cv- 02742-CRB* |
| 23 | |
| 24 | *Jane Roe CL 131 v. Uber Technologies, Inc., et al., No. 3:25-cv- 02743-CRB* |
| 25 | *Jane Roe CL 135 v. Uber Technologies, Inc., et al., No. 3:25-cv- 02747-CRB* |
| 26 | |
| 27 | *Jane Roe CL 137 v. Uber Technologies, Inc., et al., No. 3:25-cv- 03036-CRB* |
| 28 | |

*Jane Roe CL 138 v. Uber Technologies, Inc., et al., No. 3:25-cv- 03137-CRB*

*Jane Roe CL 139 v. Uber Technologies, Inc., et al., No. 3:25-cv- 03255-CRB*

*Jane Roe CL 142 v. Uber Technologies, Inc., et al., No. 3:25-cv- 03258-CRB*

I, Jennifer S. Domer, declare as follows:

1. I am an attorney at Cutter Law P.C. admitted to practice before the courts of the State of California. I am a Partner at Cutter Law, P.C., and am one of the counsels of record for all filed Jane Roe CL claimants. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently as to the information below.

2. This declaration is made pursuant to the Court's Order to submit a Declaration within 28 days day of the Order (September 5, 2025 being 28 days from August 8, 2025, the date the Order was signed) as to whether Counsel disagrees with any Plaintiff inclusion in Uber's Declaration, which Defendants submitted on August 25, 2025.

3. Counsel's firm has made extensive efforts to reach clients listed as Exhibit A, subject to Defendants' Motion to Dismiss.

4. Counsel submitted a response to the Opposition Motion on July 30, 2025, and explained we would continue to make efforts to reach any missing claimants.

5. Those efforts include extensive phone calls, text messages, emails, physical mailings to last known address, and additional address searches in databases. Counsel has also employed a private investigator to help locate these individuals. Through the database searches and private investigators, Counsel also attempted to reach potential relatives in an effort to reach the Plaintiffs.

6. Through those continued efforts, Counsel received two PFSs after the date that Defendants submitted their Declaration.

7. Counsel submitted PFSs for Jane Roe CL 56 and Jane Roe CL 137 on September 5, 2025.

8. Though late, the submission of their PFSs is still prior to the Court entering an Order for Dismissal.

9. Counsel would therefore dispute their inclusion on Uber's current list of delinquent PFSs for their Motion, as well as ask for their exclusion on the Court's future entry of Dismissal.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 5, 2025, in Sacramento, California.

Dated: September 5, 2025                    CUTTER LAW P.C.

                                By:   /s/ Jennifer S. Domer

                                      Jennifer S. Domer

                                      *Attorney for Jane Roe CL Plaintiffs*