# Exhibit B

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] REVISED PRETRIAL ORDER NO. ##: ADDITIONAL DISCOVERY RELATED TO RECEIPTS** |

On December 28, 2023, the Court entered Pretrial Order No. 5, providing, *inter alia*, that "[a]ll Plaintiffs must produce to Defendants a bona fide ride receipt from an Uber trip connected to the alleged incident." ECF No. 175. "For those cases where a receipt is not readily available, Plaintiffs' counsel must disclose to Defendants," among other things, "why the receipt is unavailable." *Id.*

   a. The Court now further orders as follows: Where any Plaintiff who claims to have ordered the relevant ride themselves[1] has not submitted a ride receipt and Uber, as indicated by its Defense Fact Sheet, has not been able to substantiate the ride alleged by that Plaintiff, Uber may serve written notice on each such Plaintiff requiring that the Plaintiff comply with the procedures set forth in this Order.

   b. Within 30 days of receiving Uber's written notice, the Plaintiff must either (i) produce a bona fide ride receipt to Defendants via MDL Centrality, or (ii) serve a statement indicating that the Plaintiff is unable to locate the receipt, explaining in detail the reasonable efforts that have been undertaken by Plaintiff to search their email and the Uber app for the receipt, and explaining why Plaintiff has been unable to locate the receipt.

   c. If a Plaintiff provides a receipt, Plaintiff shall verify under penalty of perjury that it is a bona fide ride receipt relating to the Uber trip relating to the allegations contained in Plaintiff's complaint.

   d. If a Plaintiff serves a statement in lieu of a bona fide receipt, the statement shall identify the date of both the oldest and most recent Uber receipt available in their email and the date of both the oldest and most recent Uber receipt available in the Uber app.  Such a statement must be verified under penalty of perjury by the Plaintiff.

---

[1] This Order shall not, however, apply to Plaintiffs who have previously claimed in this litigation that the ride was ordered by someone other than themselves.

      e.   A failure by a Plaintiff to provide the information required in this Order by the deadlines set forth above shall subject the Plaintiff to dismissal with prejudice.

Exhibit B-1 identifies Plaintiffs already identified by Uber who have not produced a bona fide ride receipt and who have provided either no explanation, a limited explanation, or a boilerplate explanation (identical or substantially identical to others submitted by other plaintiffs represented by the same attorney) for not doing so. Entry of this Order shall serve as the written notice described in paragraph (a) to the 90 Plaintiffs listed in Exhibit B-1 and automatically initiate the procedures set forth in this Order as to those 90 Plaintiffs.

**IT IS SO ORDERED.**

DATED:_____

_____
CHARLES R. BREYER
United States District Judge

3
[PROPOSED] REVISED ORDER
Case No. 3.23-md-03084-CRB (LJC)

**Exhibit B-1:**

| | | |
|---|---|---|
| 1. | 2091 | Cutter Law PC |
| 2. | 2106 | Cutter Law PC |
| 3. | 2123 | Cutter Law PC |
| 4. | 1184 | Levin Simes, LLP |
| 5. | 1189 | Levin Simes, LLP |
| 6. | 1121 | Levin Simes, LLP |
| 7. | 1137 | Levin Simes, LLP |
| 8. | 1154 | Levin Simes, LLP |
| 9. | 1482 | Nachawati Law Group |
| 10. | 1491 | Nachawati Law Group |
| 11. | 1493 | Nachawati Law Group |
| 12. | 1500 | Nachawati Law Group |
| 13. | 1511 | Nachawati Law Group |
| 14. | 1889 | Williams Hart & Boundas, LLP |
| 15. | 1928 | Williams Hart & Boundas, LLP |

| | | |
|---|---|---|
| 16. | 1949 | Williams Hart & Boundas, LLP |
| 17. | 1984 | Williams Hart & Boundas, LLP |
| 18. | 2066 | Williams Hart & Boundas, LLP |
| 19. | 2067 | Williams Hart & Boundas, LLP |
| 20. | 2079 | Williams Hart & Boundas, LLP |
| 21. | 2095 | Cutter Law PC |
| 22. | 2127 | Williams Hart & Boundas, LLP |
| 23. | 2128 | Williams Hart & Boundas, LLP |
| 24. | 2133 | Williams Hart & Boundas, LLP |
| 25. | 2186 | Williams Hart & Boundas, LLP |
| 26. | 2221 | Nachawati Law Group |
| 27. | 2227 | Nachawati Law Group |
| 28. | 2231 | Nachawati Law Group |
| 29. | 2232 | Nachawati Law Group |
| 30. | 2241 | Pulaski Law Firm, PLLC |
| 31. | 2253 | Nachawati Law Group |

| | | |
|---|---|---|
| 32. | 2255 | Nachawati Law Group |
| 33. | 2256 | Nachawati Law Group |
| 34. | 2257 | Nachawati Law Group |
| 35. | 2259 | Nachawati Law Group |
| 36. | 2261 | Nachawati Law Group |
| 37. | 2263 | Nachawati Law Group |
| 38. | 2264 | Nachawati Law Group |
| 39. | 2395 | Levin Simes, LLP |
| 40. | 2513 | Levin Simes, LLP |
| 41. | 2682 | Cutter Law PC |
| 42. | 2796 | Nachawati Law Group |
| 43. | 2850 | Williams Hart & Boundas, LLP |
| 44. | 2854 | Williams Hart & Boundas, LLP |
| 45. | 2855 | Williams Hart & Boundas, LLP |
| 46. | 2857 | Williams Hart & Boundas, LLP |
| 47. | 2859 | Williams Hart & Boundas, LLP |

| 48. | 2860 | Williams Hart & Boundas, LLP |
|---|---|---|
| 49. | 2862 | Williams Hart & Boundas, LLP |
| 50. | 2863 | Williams Hart & Boundas, LLP |
| 51. | 2866 | Williams Hart & Boundas, LLP |
| 52. | 2867 | Williams Hart & Boundas, LLP |
| 53. | 2869 | Williams Hart & Boundas, LLP |
| 54. | 2872 | Williams Hart & Boundas, LLP |
| 55. | 2874 | Williams Hart & Boundas, LLP |
| 56. | 2876 | Williams Hart & Boundas, LLP |
| 57. | 2877 | Williams Hart & Boundas, LLP |
| 58. | 2878 | Williams Hart & Boundas, LLP |
| 59. | 2880 | Williams Hart & Boundas, LLP |
| 60. | 2884 | Williams Hart & Boundas, LLP |
| 61. | 2885 | Williams Hart & Boundas, LLP |

| | | |
|---|---|---|
| 62. | 2887 | Williams Hart & Boundas, LLP |
| 63. | 2888 | Williams Hart & Boundas, LLP |
| 64. | 2890 | Williams Hart & Boundas, LLP |
| 65. | 2892 | Williams Hart & Boundas, LLP |
| 66. | 2896 | Williams Hart & Boundas, LLP |
| 67. | 2898 | Williams Hart & Boundas, LLP |
| 68. | 2899 | Williams Hart & Boundas, LLP |
| 69. | 2900 | Williams Hart & Boundas, LLP |
| 70. | 2903 | Williams Hart & Boundas, LLP |
| 71. | 2904 | Williams Hart & Boundas, LLP |
| 72. | 2906 | Williams Hart & Boundas, LLP |
| 73. | 3243 | Levin Simes, LLP |
| 74. | 2293 | Levin Simes, LLP |
| 75. | 2344 | Levin Simes, LLP |
| 76. | 2367 | Levin Simes, LLP |
| 77. | 2371 | Levin Simes, LLP |
| 78. | 2385 | Levin Simes, LLP |

| | | |
|---|---|---|
| 79. | 2389 | Levin Simes, LLP |
| 80. | 2482 | Levin Simes, LLP |
| 81. | 2489 | Levin Simes, LLP |
| 82. | 2512 | Levin Simes, LLP |
| 83. | 2536 | Levin Simes, LLP |
| 84. | 2537 | Levin Simes, LLP |
| 85. | 2774 | Kherkher Garcia |
| 86. | 1882 | Williams Hart & Boundas, LLP |
| 87. | 1883 | Williams Hart & Boundas, LLP |
| 88. | 2174 | Williams Hart & Boundas, LLP |
| 89. | 2180 | Williams Hart & Boundas, LLP |
| 90. | 2703 | Cutter Law PC |