# C. Cotton Decl. Exhibit 1

## **VERIFICATION**

I, █████████████████████████████, hereby state that I have reviewed the Plaintiff Fact Sheet. The statements set forth therein are true and correct to the best of my knowledge, information, and belief. I make this verification based on my personal knowledge. I also declare that I have completed and submitted all required authorizations listed above. I declare under penalty of perjury that the foregoing is true and correct. I understand that I am under an obligation to supplement these responses.

Executed on the  9th  day of  Jan , 2025.

Signature: █████████████████████

Print Name: █████████████████████