# C. Cotton Decl.
# Exhibit 2
# FILED UNDER SEAL