# C. Cotton Decl. Exhibit 3

   



# Trip

Apr 17, 2023, 9:33 PM • 5.8 miles • 16 min





Pickup
9:33 PM

Drop-off



9:49 PM

## Payment

| | |
|---|---|
| Lyft Standard fare (5.8 mi, 16m) | $9.67 |
| NV Cost Recovery Fee | $0.29 |

📶 T-Mobile LTE                    8:55 PM                    🔋

<          **Ride history**          Export

All          Personal          Business

11:49 AM • 7 min      $9.99 >

## Apr 17, 2023

Standard Lyft ride
9:33 PM • 16 min      $9.96 >

Standard Lyft ride
8:26 PM • 10 min      $13.75 >

## Apr 11, 2023

Standard Lyft ride
12:04 PM • 17 min      $14.97 >

Standard Lyft ride
10:34 AM • 15 min      $13.85 >

# Mar 14, 2023



Standard Lyft ride
11:26 AM • 14 min

$14.31 >