# C. Cotton Decl. Exhibit 4
# FILED UNDER SEAL