# C. Cotton Decl. Exhibit 5



# Uber

Sun, Apr 5, 2020

## Here's your updated ride receipt

We hope you enjoyed your ride this evening.

| Total | $25.16 |
|---|---|

| Trip Fare | $22.55 |
|---|---|

| Subtotal | $22.55 |
|---|---|
| Tolls, Surcharges and Fees | $2.61 |

**Amount Charged**

•••• VISA ▉  $25.16

You rode with ▉

**UberXL** 8.1 miles | 23 hour 45 min

11:46 PM ▉▉▉▉▉▉▉▉▉▉▉▉▉

12:01 AM ▉▉▉▉▉▉▉▉▉