# C. Cotton Decl. Exhibit 6

# Uber

July 08, 2023

## Here's your receipt for your ride,

We hope you enjoyed your ride this afternoon.

| | |
|---|---|
| Total | $25.84 |

| | |
|---|---|
| Trip fare | $17.11 |
| Subtotal | $17.11 |
| Temporary Fuel Surcharge | $0.45 |
| Wait time at stop | $0.43 |
| Booking Fee | $7.06 |
| NV Recovery Surcharge | $0.04 |
| Transportation Recovery Tax | $0.75 |

## Payments

Visa ••• ▇▇▇▇     $25.84
7/8/2023

A temporary hold of $26.62 was placed on your payment method ••• ▇▇▇▇ This is not a charge and will be removed. It should disappear from your bank statement shortly.

Visit the trip page for more information, including invoices (where available)

You rode with ▇▇▇▇
UberX 11.00 miles /
26 min

1:24 / ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
2:00 / ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.