# C. Cotton Decl. Exhibit 7

| | |
|---|---|
| **From:** | Cotton, Chris (SHB) |
| **To:** | wlevin@levinsimes.com; llsimes@levinsimes.com; dgrimes@levinsimes.com; sbokaie@levinsimes.com |
| **Subject:** | Uber MDL - Levin Simes Plaintiffs" Opposition Regarding Plaintiffs Who Have Submitted Non-Bona Fide Receipts |
| **Date:** | Tuesday, September 2, 2025 11:11:10 PM |
| **Attachments:** | image001.jpg |

Bill, Laurel, David, and Samira,

In your Opposition dated August 27, 2025, you state that "Both Plaintiffs assure us their receipts are authentic[.]"  Please provide native versions (i.e., PDF receipt from the Uber application or .msg of the e-mail receipt received from Uber) of the alleged receipts at issue by this Friday, September 5.  They should be provided in accordance with the parties' agreed upon ESI Protocol (Dkt. 524), including all available metadata outlined in Appendix 2.

Thanks.

Chris


**Christopher V. Cotton**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2393 | ccotton@shb.com

