# C. Cotton Decl. Exhibit 8

 



code 20ubereats. Download the app today.

## Your Fare

| | |
|---|---|
| Base Fare | 1.35 |
| Distance | 1.40 |
| Time | 1.38 |
| Subtotal | $4.13 |
| Booking Fee (?) | 1.95 |
| King County accessibility and admin fee (?) | 0.45 |
| Wait Time (?) | 0.71 |

CHARGED  $7.24
 Personal ●●●● ▮▮▮▮



   

11:29

Yesterday
2:19 PM

Edit

**Uber Receipts**    January 1, 2022
to me ⌄





**$7.24**

Thanks for choosing Uber,

January 1, 2022   | uberX

● 8:11pm | ▬▬▬▬▬▬▬▬▬▬

● 9:21pm | ▬▬▬▬▬▬▬▬▬▬