# C. Cotton Decl. Exhibit 9

## UBER RIDE INFORMATION FORM

**CASE NUMBER:** 24 -cv- 09515

**PLAINTIFF NAME:** First: ▮     Last: ▮

*on behalf of (if applicable):* First:     Last:

*relationship (if applicable):*

**1. Why the receipt is unavailable:**

Plaintiff is not able to provide the ride receipt at this time. Will supplement if available.

**2. The name, phone number and email address of the account holder who ordered the ride:**

A. Name: First: ▮     Last: ▮

B. Phone Number: ▮▮▮▮▮

C. Email Address: ▮▮▮▮▮▮

**3. The date of the ride, with as much precision as reasonably possible:**

Approximate Date: ▮▮ ▮ ▮▮

**4. The starting and ending location of the ride with as much precision as reasonably possible:**

Approximate Starting Address:

Will supplement.

Approximate Ending Address:

Will supplement.

**5   Any other information that may assist Defendants in identifying the ride:**

The driver's name was █████

---

**6.  If any of items 2-5 cannot be provided with precision or cannot be provided at all, an explanation as to why the information is not readily ascertainable:**

N/A

---