# C. Cotton Decl. Exhibit 10

# UBER RIDE INFORMATION FORM

**CASE NUMBER:** 24 -cv- 08522

**PLAINTIFF NAME:** First: ███  Last: ███

*on behalf of (if applicable):* First:  Last:

*relationship (if applicable):*

1. **Why the receipt is unavailable:**
   Cannot access account

2. **The name, phone number and email address of the account holder who ordered the ride:**

   A. Name: First: ███  Last: ███

   B. Phone Number: ███

   C. Email Address: ███

3. **The date of the ride, with as much precision as reasonably possible:**

   Approximate Date: ███

4. **The starting and ending location of the ride with as much precision as reasonably possible:**

   Approximate Starting Address:
   ███

   Approximate Ending Address:
   ███

**5  Any other information that may assist Defendants in identifying the ride:**

**6. If any of items 2-5 cannot be provided with precision or cannot be provided at all, an explanation as to why the information is not readily ascertainable:**