# C. Cotton Decl. Exhibit 11
# FILED UNDER SEAL