# C. Cotton Decl. Exhibit 12

## UBER RIDE INFORMATION FORM

**CASE NUMBER:** _____ -cv- _____

**PLAINTIFF NAME:** First: ███████   Last: ███████

*on behalf of (if applicable):* First: _____   Last: _____

*relationship (if applicable):* _____

**1. Why the receipt is unavailable:**

Cannot access account

**2. The name, phone number and email address of the account holder who ordered the ride:**

A. Name: First: ██████   Last: ███████

B. Phone Number: ████████

C. Email Address: ██████████████

**3 The date of the ride, with as much precision as reasonably possible:**

Approximate Date: ███   █   ████

**4. The starting and ending location of the ride with as much precision as reasonably possible:**

Approximate Starting Address:

████████████████

Approximate Ending Address:

██████████████████████

**5    Any other information that may assist Defendants in identifying the ride:**

The driver was kind of skinny, he had hair, she thinks he was causation.

---

**6.    If any of items 2-5 cannot be provided with precision or cannot be provided at all, an explanation as to why the information is not readily ascertainable:**

N/A

---