# C. Cotton Decl. Exhibit 13
# FILED UNDER SEAL