| | |
|---|---|
| 1 | Laura Vartain Horn (SBN 258485) |
| 2 | **KIRKLAND & ELLIS LLP**<br>555 California Street, Suite 2700 |
| 3 | San Francisco, CA 94104<br>Telephone: (415) 439-1625 |
| 4 | laura.vartain@kirkland.com |
| 5 | Jessica Davidson (Admitted *Pro Hac Vice*)<br>Christopher D. Cox (Admitted *Pro Hac Vice*) |
| 6 | **KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue |
| 7 | New York, NY 10022<br>Telephone: (212) 446-4800 |
| 8 | jessica.davidson@kirkland.com<br>christopher.cox@kirkland.com |
| 9 | Allison M. Brown (Admitted *Pro Hac Vice*) |
| 10 | **KIRKLAND & ELLIS LLP**<br>2005 Market Street, Suite 1000 |
| 11 | Philadelphia, PA 19103<br>Telephone: (215) 268-5000 |
| 12 | alli.brown@kirkland.com |
| 13 | *Attorneys for Defendants*<br>UBER TECHNOLOGIES, INC., RASIER, LLC, |
| 14 | And RASIER-CA, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC)<br><br>**CERTIFICATE OF SERVICE** |
| This Document Relates to:<br><br>ALL ACTIONS | Judge:     Hon. Charles R. Breyer<br>Date:      September 19, 2025<br>Time:      10:00 a.m.<br>Courtroom: 6 – 17th Floor |

I, the undersigned, hereby certify that on September 5, 2025, I electronically filed the foregoing documents with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

1. **REPLY IN SUPPORT OF MOTION FOR ENTRY OF (1) AN ORDER TO SHOW CAUSE WHY PLAINTIFFS WHO HAVE SUBMITTED NON-BONA FIDE RECEIPTS SHOULD NOT BE DISMISSED WITH PREJUDICE AND (2) A CASE MANAGEMENT ORDER ADDRESSING CERTAIN PLAINTIFFS WHO HAVE NOT SUBMITTED RECEIPTS**
2. **DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR ENTRY OF (1) AN ORDER TO SHOW CAUSE WHY PLAINTIFFS WHO HAVE SUBMITTED NON-BONA FIDE RECEIPTS SHOULD NOT BE DISMISSED WITH PREJUDICE AND (2) A CASE MANAGEMENT ORDER ADDRESSING CERTAIN PLAINTIFFS WHO HAVE NOT SUBMITTED RECEIPTS**
3. **DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC. IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR ENTRY OF (1) AN ORDER TO SHOW CAUSE WHY PLAINTIFFS WHO HAVE SUBMITTED NON-BONA FIDE RECEIPTS SHOULD NOT BE DISMISSED WITH PREJUDICE AND (2) A CASE MANAGEMENT ORDER ADDRESSING CERTAIN PLAINTIFFS WHO HAVE NOT SUBMITTED RECEIPTS**
4. **DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR ENTRY OF RECEIPTS ORDER AND ACCOMPANYING DOCUMENTS**
5. **DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF UBER'S ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR ENTRY OF RECEIPTS ORDER AND ACCOMPANYING DOCUMENTS**

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct. Executed on September 5, 2025 in San Francisco, California.

*/s/ Laura Vartain Horn*
LAURA VARTAIN HORN

---

CERTIFICATE OF SERVICE
Case No. 3.23-md-03084-CRB (LJC)