William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF WILLIAM A. LEVIN IN SUPPORT OF LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10** |
| This Document Relates to:<br><br>*Jane Doe LS 529 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05422-CRB<br><br>*Jane Doe LS 37 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04393-CRB<br><br>*Jane Doe LS 244 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05372-CRB<br><br>*Jane Doe LS 578 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02405-CRB<br><br>*Jane Doe LS 153 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-06011-CRB<br><br>*Jane Doe LS 303 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05980-CRB | Judge: Honorable Charles R. Breyer<br>Date: Date: October 3, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

1

Case No. 3:23-md-03084-CRB    DECL. OF WILLIAM A. LEVIN ISO LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

1  *Jane Doe LS 318 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05980-CRB

2

3  *Jane Doe LS 248 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05647-CRB

4  *Jane Doe LS 514 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05658-CRB

5

6  *Jane Doe LS 494 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05547-CRB

7

8  *Jane Doe LS 233 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-06030-CRB

9

10 *Jane Doe LS 455 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05812-CRB

11 *Jane Doe LS 207 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05965-CRB

12

13 *Jane Doe LS 216 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-06029-CRB

14

15 *Jane Doe LS 363 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05891-CRB

16 *Jane Doe LS 125 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05982-CRB

17

18 *Jane Doe LS 523 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05155-CRB

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

2

CASE NO. 3:23-MD-03084-CRB   DECL. OF WILLIAM A. LEVIN ISO LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

I, William A. Levin declare as follows:

1. I am an attorney who is duly licensed to practice law before all courts of the State of California. I am a partner the law firm Levin Simes LLP, and counsel of record for Jane Doe LSA and Jane Doe LS Plaintiffs in MDL No. 3084. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2. This declaration is made in support of Levin Simes Plaintiffs' Opposition to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss Cases for Failure to Comply with Discovery Order.

3. Jane Doe LS 37's fact sheet was produced on December 11, 2024.

4. Jane Doe LS 244's fact sheet was produced on December 20, 2024.

5. Jane Doe LS 578's Plaintiff Fact Sheet was produced on April 17, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 5, 2025, in San Francisco, California.

Respectfully Submitted,

**LEVIN SIMES LLP**

*/s/ William A. Levin*

William A. Levin
*Attorney for LS Plaintiffs*

3

CASE NO. 3:23-MD-03084-CRB   DECL. OF WILLIAM A. LEVIN ISO LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10