UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL MATTERS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF MAYA R. KALONIA IN SUPPORT OF PLAINTIFFS' POSITION IN THE JOINT LETTER REGARDING 30(b)(6) TOPICS AND WRITTEN DISCOVERY**<br><br>Judge:        Hon. Lisa J. Cisneros<br>Courtroom:   G - 15th Floor |

I, Maya R. Kalonia, declare:

1. I am an attorney in the law firm of Girard Sharp, LLP, and counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Attached as **Exhibit A** is a true and correct copy of excerpts of the Uber Defendants' August 18, 2025 Objections and Responses to Plaintiffs' Interrogatories and Requests for Admission in Lieu of 30(b)(6) depositions. Because Uber marked this document as Highly Confidential-Attorneys' Eyes Only, it has been filed under seal.

3. Attached as **Exhibit B** is a true and correct copy of excerpts of the August 21, 2025 deposition transcript of Chad Dobbs. Because Uber has marked the transcript as Highly Confidential, it has been filed under seal.

4. Attached as **Exhibit C** is a true and correct copy of excerpts of Exhibit 1897 from the August 21, 2025 deposition transcript of Chad Dobbs. Because Uber has marked the transcript as Highly Confidential, it has been filed under seal.

5. Attached as **Exhibit D** is a true and correct copy of a document Uber produced bates-stamped UBER_JCCP_MDL_0003276626. Because Uber marked this document as Confidential, it has been filed under seal.

6. Attached as **Exhibit E** is a true and correct copy of a document Uber produced bates-stamped UBER_JCCP_MDL_002618039. Because Uber marked this document as Confidential, it has been filed under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of September, 2025 in Oakland, CA.

                                */s/ Maya R. Kalonia*
                                Maya R. Kalonia

1

DECLARATION OF MAYA R. KALONIA IN SUPPORT OF PLAINTIFFS' POSITION IN THE JOINT LETTER REGARDING 30(b)(6) TOPICS AND WRITTEN DISCOVERY
Case No. 3:23-md-03084-CRB (LJC)