FILED UNDER SEAL

EXHIBIT A