# FILED UNDER SEAL

# EXHIBIT C