# FILED UNDER SEAL

# EXHIBIT D