# FILED UNDER SEAL

# EXHIBIT E