1   [Submitting Counsel below]

2

3

4

5                 IN THE UNITED STATES DISTRICT COURT

6            FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   IN RE: UBER TECHNOLOGIES, INC.,          Case No. 23-md-03084-CRB
    PASSENGER SEXUAL ASSAULT
9   LITIGATION
                                             **ADMINISTRATIVE MOTION TO**
10  _____         **CONSIDER WHETHER ANOTHER**
                                             **PARTY'S MATERIAL SHOULD BE**
    This Document Relates to:                **FILED UNDER SEAL**
11
    ALL CASES
12

13          Under Civil Local Rules 7-11 and 79-5(f), Plaintiffs move the Court to consider whether

14  material designated confidential by Uber should be sealed.

15          On September 8,2025, the parties filed a joint letter which refers to and attaches

16  documents that Uber designated "HIGHLY CONFIDENTIAL" and "CONFIDENTIAL."

17                      **Material To Be Filed Under Seal**

18          The material to be filed under seal is in a portion of Plaintiffs' motion, portions of the

19  declaration in support, and the attached exhibits:

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Joint Letter Regarding 30(b)(6) Topics and Written Discovery | Portion of briefing referring to documents and testimony designated highly confidential and confidential | Uber |
| Exhibit A | Excerpts of Uber Defendants' August 18, 2025 Objections and Responses to Plaintiffs' Interrogatories and Requests for Admission in Lieu of 30(b)(6) depositions designated as highly confidential | Uber |
| Exhibit B | Excerpts of the August 21, 2025 deposition transcript of Chad Dobbs designated as highly confidential | Uber |

| Document | Description | Designating Party |
|---|---|---|
| Exhibit C | Uber-produced document bates stamped UBER_JCCP_MDL_003341903 and Exhibit 1897 designated as highly confidential | Uber |
| Exhibit D | Uber-produced document bates stamped UBER_JCCP_MDL_0003276626 designated as confidential | Uber |
| Exhibit E | Uber-produced document bates stamped UBER_JCCP_MDL_002618039 designated as confidential | Uber |

Under Local Rule 79-5(f)(3), Uber bears the responsibility to establish that all of the designated material is sealable.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

    1.    The Declaration of Maya R. Kalonia in Support of this Motion; and

    2.    A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: September 8, 2025

Respectfully submitted,

By: /s/ Sarah R. London
Sarah R. London (SBN 267093)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: /s/ Rachel B. Abrams
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: /s/ Roopal P. Luhana
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>FILER'S ATTESTATION</u>**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated:  September 8, 2025                    By:    */s/ Maya R. Kalonia*
                                                               Maya R. Kalonia