IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF MAYA R. KALONIA IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
|---|---|

I, Maya R. Kalonia, declare:

1. I am an attorney in the law firm of Girard Sharp, LLP, and counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Because the materials at issue were designated by Uber as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL", Plaintiffs filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Joint Letter Regarding 30(b)(6) Topics and Written Discovery | Portion of briefing referring to documents and testimony designated highly confidential and confidential | Uber |
| Exhibit A | Excerpts of Uber Defendants' August 18, 2025 Objections and Responses to Plaintiffs' Interrogatories and Requests for Admission in Lieu of 30(b)(6) depositions designated as highly confidential | Uber |

- 1 -

| Exhibit B | Excerpts of the August 21, 2025 deposition transcript of Chad Dobbs designated as highly confidential | Uber |
|---|---|---|
| Exhibit C | Uber-produced document bates stamped UBER_JCCP_MDL_003341903 and Exhibit 1897 designated as highly confidential | Uber |
| Exhibit D | Uber-produced document bates stamped UBER_JCCP_MDL_0003276626 designated as confidential | Uber |
| Exhibit E | Uber-produced document bates stamped UBER_JCCP_MDL_002618039 designated as confidential | Uber |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2025 in Oakland, California.

                                        */s/ Maya R. Kalonia*
                                          Maya R. Kalonia