IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SESAL** |
|---|---|

Having considered Plaintiffs' September 7, 2025 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Joint Letter Regarding 30(b)(6) Topics and Written Discovery | Portion of briefing referring to documents and testimony designated highly confidential and confidential | Uber |
| Exhibit A | Excerpts of Uber Defendants' August 18, 20218 Objections and Responses to Plaintiffs' Interrogatories and Requests for Admission in Lieu of 30(b)(6) depositions designated as highly confidential | Uber |
| Exhibit B | Excerpts of the August 21, 2025 deposition transcript of Chad Dobbs designated as highly confidential | Uber |
| Exhibit C | Uber-produced document bates stamped UBER_JCCP_MDL_003341903 and Exhibit 1897 designated as highly confidential | Uber |

- 1 -

[PROPOSED] ORDER RE: ADMIN MOT. TO SEAL
CASE NO. 23:MD-03084-CRB

| | Exhibit D | Uber-produced document bates stamped UBER_JCCP_MDL_0003276626 designated as confidential | Uber |
|---|---|---|---|
| | Exhibit E | Uber-produced document bates stamped UBER_JCCP_MDL_002618039 designated as confidential | Uber |

**IT IS SO ORDERED.**

Dated: _____

_____
HON. LISA J. CISNEROS
United States Magistrate Judge