1 | HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
**ANAPOL WEISS**
2 | 60 South 6th St., Suite 2800
Minneapolis, MN 55402
3 | Telephone: 202.780.3014
Facsimile: 202.780.3678
4 | Email: hdolejsi@anapolweiss.com

5 |

6 | WILLIAM L. SMITH (Cal Bar No. 324235)
**ANAPOL WEISS**
7 | 6060 Center Drive 10th Floor,
Los Angeles, CA 90045
8 | Telephone: 202.780.3014
Facsimile: 202.780.3678
9 | Email: wsmith@anapolweiss.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL: No. 3084 |
|---|---|
| _____ | **NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to: | |
| *P.H., v. Uber Technologies, Inc., et al.* Case No. 3:25-cv-07140 | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 22, 2025.

///

///

///

///

CASE NO. 3:25-cv-07140        1        NOTICE OF FILING OF NEW ACTION

///

Dated: September 9, 2025

Respectfully submitted,

**ANAPOL WEISS**

By: */s/ Holly Dolejsi*
HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
60 South 6th St., Suite 2800
Minneapolis, MN 55402
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: hdolejsi@anapolweiss.com

WILLIAM L. SMITH (Cal Bar No. 324235)
6060 Center Drive, 10th Floor
Los Angeles, CA 90045
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: wsmith@anapolweiss.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2025, I electronically transmitted the forgoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Holly Dolejsi*
Holly Dolejsi