1  Sadi R. Antonmattei-Goitia (SBN #24091383)
   *(Pro Hac Vice)*
2  **KHERKHER GARCIA, LLP**
   2925 Richmond Ave., Suite 1560
3  Houston, TX 77098
4  Telephone: (713) 333-1030
   Facsimile: (713) 333-1029
5  Email: skherkher-team@kherkhergarcia.com
   Email: rideshare@kherkhergarcia.com
6
7  *Attorneys for Plaintiff*

8

9

10

11
              **UNITED STATES DISTRICT COURT**
12             **NORTHERN DISTRICT OF CALIFORNIA**
                **SAN FRANCISCO DIVISION**
13

14  IN RE: UBER TECHNOLOGIES, INC.,
    PASSENGER SEXUAL ASSAULT      )  No. 3:23-md-03084-CRB
    LITIGATION                    )
15                                )  **NOTICE OF FILING OF NEW ACTION**
                                  )
16                                )
                                  )
17                                )
                                  )
18  *This document relates to:*   )
                                  )
19  *Jane Doe KG 045 v. UBER*     )
    *TECHNOLOGIES, INC., et al., 3:25-*  )
20  *cv-07566-CRB*                )
                                  )
21                                )

22

23     Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the

24  Complaint with Jury Demand in the above-referenced action was filed on September 5, 2025.

25

26

27

28

                                        1

Dated: September 10, 2025            Respectfully submitted,

By: */s/ Sadi Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia (SBN #24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA, LLP**
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia