1 | Sadi R. Antonmattei-Goitia (SBN #24091383)
  | *(Pro Hac Vice)*
2 | **KHERKHER GARCIA, LLP**
  | 2925 Richmond Ave., Suite 1560
3 | Houston, TX 77098
4 | Telephone: (713) 333-1030
  | Facsimile: (713) 333-1029
5 | Email: skherkher-team@kherkhergarcia.com
6 | Email: rideshare@kherkhergarcia.com

7 | *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |
|---|---|---|
| *This document relates to:*<br><br>*Jane Doe KG 046 v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-07567-CRB* | | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on September 5, 2025.

1

| | | |
|---|---|---|
| 1 | Dated: September 10, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */s/ Sadi Antonmattei-Goitia*<br>Sadi R. Antonmattei-Goitia (SBN #24091383) |
| 4 | | *(Pro Hac Vice)*<br>**KHERKHER GARCIA, LLP** |
| 5 | | 2925 Richmond Ave., Suite 1560<br>Houston, TX 77098 |
| 6 | | Telephone: (713) 333-1030<br>Facsimile: (713) 333-1029 |
| 7 | | Email: skherkher-team@kherkhergarcia.com<br>Email: rideshare@kherkhergarcia.com |
| 8 | | |
| 9 | | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia