1  Sadi R. Antonmattei-Goitia (SBN #24091383)
   *(Pro Hac Vice)*
2  **KHERKHER GARCIA, LLP**
   2925 Richmond Ave., Suite 1560
3  Houston, TX 77098
4  Telephone: (713) 333-1030
   Facsimile: (713) 333-1029
5  Email: skherkher-team@kherkhergarcia.com
   Email: rideshare@kherkhergarcia.com
6
7  *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:23-md-03084-CRB  **NOTICE OF FILING OF NEW ACTION** |
|---|---|---|
| *This document relates to:*  *Jane Doe KG 048 v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-07570-CRB* | | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on September 5, 2025.

1

| | | |
|---|---|---|
| 1 | Dated: September 10, 2025 | Respectfully submitted, |
| 2 | | By: */s/ Sadi Antonmattei-Goitia* |
| 3 | | Sadi R. Antonmattei-Goitia (SBN #24091383) |
| | | *(Pro Hac Vice)* |
| 4 | | **KHERKHER GARCIA, LLP** |
| | | 2925 Richmond Ave., Suite 1560 |
| 5 | | Houston, TX 77098 |
| 6 | | Telephone: (713) 333-1030 |
| | | Facsimile: (713) 333-1029 |
| 7 | | Email: skherkher-team@kherkhergarcia.com |
| | | Email: rideshare@kherkhergarcia.com |

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia

2