1  Sadi R. Antonmattei-Goitia (SBN #24091383)
   *(Pro Hac Vice)*
2  **KHERKHER GARCIA, LLP**
   2925 Richmond Ave., Suite 1560
3  Houston, TX 77098
4  Telephone: (713) 333-1030
   Facsimile: (713) 333-1029
5  Email: skherkher-team@kherkhergarcia.com
   Email: rideshare@kherkhergarcia.com
6
7  *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | ) No. 3:23-md-03084-CRB ) ) **NOTICE OF FILING OF NEW ACTION** ) ) ) |
| *This document relates to:* | ) ) |
| *Jane Doe KG 049 v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-07571-CRB* | ) ) ) ) ) |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on September 5, 2025.

1

Dated: September 10, 2025

Respectfully submitted,

By: */s/ Sadi Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia (SBN #24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA, LLP**
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia