D. Douglas Grubbs *(Admitted PHV)*
Adam K. Pulaski *(Admitted PHV)*
**PULASKI KHERKHER, PLLC**
2925 Richmond Avenue, Ste 1725
Houston, TX 77098
Telephone: 713-664-4555
Facsimile: 713-664-7543
Email: dgrubbs@pulaskilawfirm.com
Email: adam@pulaskilawfirm.com

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*V.B. vs. Uber Technologies, Inc., et al.,*<br>*3:25-cv-06705;*<br><br>*M.W. vs. Uber Technologies, Inc., et al.,*<br>*3:25-cv-05474; and*<br><br>*E.B. vs. Uber Technologies, Inc., et al.,*<br>*3:24-cv-07491* | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Pursuant to Local Rule 11-5, D. Douglas Grubbs of Pulaski Kherkher, PLLC, counsel of record ("Counsel") for the above-referenced Plaintiffs, respectfully moves this Court for an Order allowing his firm to withdraw as counsel of record in the above-captioned matters.

In response to a meet and confer with opposing counsel on August 21, 2025, Counsel re-reviewed the alleged "non-bona-fide receipts" that Plaintiffs previously provided to Counsel. Relying on Defendants' representations, Counsel personally contacted the above-referenced Plaintiffs via email later that afternoon. Counsel informed Plaintiffs of Uber's concerns and requested that Plaintiffs provide any additional proof of their ride at issue, *e.g.,* the summary

email that Uber typically sends upon ride completion. In response to Defendants' additional show cause motion (ECF 3784), Counsel followed up with the above-referenced plaintiffs via telephone and email on August 29, 2025. On September 2, 2025, Counsel also mailed letters via 2-day Federal Express giving Plaintiffs until September 9, 2025 to provide any additional proof otherwise Counsel would initiate the process of withdrawing as their attorneys. At the time of filing this motion to withdraw, no additional ride receipt proof has been provided by the above-referenced Plaintiffs nor substitute counsel identified.

Additionally, during the aforementioned meet and confer zoom on August 21, 2025, Counsel advised opposing counsel at Shook, Hardy & Bacon of his firm's intent to withdraw should the above-referenced Plaintiffs fail to provide additional ride receipt proof. As required by Local Rule 11-5(a), Counsel has provided written notice of Counsel's intent to withdraw, reasonably in advance, to the above-referenced Plaintiffs as well as opposing parties.

WHEREFORE, the attorneys and law firm of Pulaski Kherkher, PLLC respectfully request that they be allowed to withdraw as counsel of record for the above-referenced Plaintiffs. A courtesy copy of this motion will be served upon Plaintiff at their last known address and via electronic mail.

Dated: September 10, 2025

Respectfully submitted,

**PULASKI KHERKHER, PLLC**

/s/ D. Douglas Grubbs
D. Douglas Grubbs (TX Bar No. 24065339)
(*Admitted Pro Hac Vice*)
Adam K. Pulaski (TX Bar No. 16385800)
(*Admitted Pro Hac Vice*)
2925 Richmond Avenue, Suite 1725
Houston, Texas 77098
Tel: 713-664-4555
Facsimile: 713-664-7543
dgrubbs@pulaskilawfirm.com
adam@pulaskilawfirm.com

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2025, I electronically transmitted the foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. Additionally, the foregoing was served on Defendants' counsel via email at: ubermdlservice@listserv.shb.com.

> */s/ D. Douglas Grubbs*
> D. Douglas Grubbs