Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE**
**CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL WAVE 1 BELLWETHER CASES | Case No. 3:23-md-03084-CRB (LJC)<br><br>STIPULATION AND [PROPOSED] ORDER TO RESET PRETRIAL DEADLINES<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: Courtroom 6-17th Floor |

WHEREAS, on May 1, 2025, the Court issued Pretrial Order No. 26: Bellwether Trial Wave 1 Case Assignments and Discovery Schedule;

WHEREAS, Pretrial Order No. 26, which required the parties to exchange expert reports by August 8, 2025 and rebuttal expert reports by September 8, 2025, was modified by Stipulation and Court Order to require the parties to submit expert reports by August 22, 2025, and rebuttal expert reports by September 22, 2025 [ECF 3533]; and was further modified by Stipulation and Court Order

- 1 -

STIPULATION TO RESET DEADLINES
CASE NO. 3:23-MD-03084-CRB

1  to require the parties to submit expert reports by August 29 and rebuttal expert reports by September
2  29 [ECF 3705];

3      WHEREAS, at the August 22, 2025 Case Management Conference, the Court informed the
4  parties that the first bellwether trial will begin on January 6, 2026, rather than December 8, 2025 [ECF
5  3725];

6      WHEREAS, Pretrial Order No. 26 was further modified by Stipulation and Court Order to
7  require the parties to submit expert reports by September 12, 2025 and rebuttal expert reports by
8  October 13, 2025 [ECF 3757];

9      WHEREAS, the parties agree that an additional extension of the expert disclosure deadlines is
10 necessary, and that they will meet and confer on adjustments to the remainder of the pretrial schedule;

11     WHEREAS, given the additional time made available by the new trial date, the parties agree
12 that pretrial deadlines for the disclosure of expert reports in the five Wave 1 cases that have
13 substantially completed fact discovery should be modified as follows:

14     • Expert Reports:     September 26, 2025
15     • Rebuttal Reports:     October 24, 2025

16     THEREFORE, the parties respectfully request the Court enter the parties' stipulation and
17 that the following deadlines set by Pretrial Order No. 26 and modified by ECF 3533, 3705, and 3757
18 be extended as follows:

19     <u>For B.L., A.R.2, Dean, LCHB128, and WHB 823:</u>
20     • Expert Reports:     September 26, 2025
21     • Rebuttal Reports:     October 24, 2025

22

23     **IT IS SO STIPULATED.**

24

25 DATED: September 10, 2025     Respectfully submitted,

26     By: */s/ Sarah R. London*

27     RACHEL B. ABRAMS (Cal Bar No. 209316)
    ADAM B. WOLF (Cal Bar No. 215914)
28

|||
|---|---|
| 1 | SARA B. CRAIG (Cal Bar No. 301290) |
| 2 | PEIFFER WOLF CARR KANE CONWAY & WISE, LLP |
|   | 555 Montgomery Street, Suite 820 |
| 3 | San Francisco, CA 94111 |
|   | Telephone: 415.766.3544 |
| 4 | Facsimile: 415.840.9435 |
|   | Email: rabrams@peifferwolf.com |
| 5 |       awolf@peifferwolf.com |
|   |       scraig@peifferwolf.com |


```
1    SARA B. CRAIG (Cal Bar No. 301290)
     PEIFFER WOLF CARR KANE CONWAY
2     & WISE, LLP
     555 Montgomery Street, Suite 820
3    San Francisco, CA 94111
     Telephone: 415.766.3544
4    Facsimile: 415.840.9435
     Email: rabrams@peifferwolf.com
5           awolf@peifferwolf.com
            scraig@peifferwolf.com

6
     ROOPAL P. LUHANA (Pro Hac Vice)
7    CHAFFIN LUHANA LLP
     600 Third Avenue, Fl. 12
8    New York, NY 10016
     Telephone: (888) 480-1123
9    Email: luhana@chaffinluhana.com

10
     SARAH R. LONDON (SBN 267083)
11   ANDREW R. KAUFMAN (Pro Hac Vice)
     GIRARD SHARP LLP
12   601 California St., Suite 1400
     San Francisco, CA 94108
13   Telephone: (415) 981-4800
     Email: slondon@girardsharp.com
14          akaufman@girardsharp.com

15
     Co-Lead Counsel for Plaintiffs
16

17
     Dated: September 10, 2025          KIRKLAND & ELLIS LLP
18
                                        /s/ Laura Vartain
19                                      _____
                                        Jessica Davidson (Admitted Pro Hac Vice)
20                                      jessica.davidson@kirkland.com
                                        601 Lexington Avenue New York, NY 10022
21                                      Telephone: (212) 446-4800

22
                                        Allison M. Brown (Admitted Pro Hac Vice)
23                                      alli.brown@kirkland.com
                                        2005 Market Street, Suite 1000
24                                      Philadelphia, PA 19103
                                        Telephone: (215) 268-5000
25

26                                      Laura Vartain (SBN 258485)
                                        laura.vartain@kirkland.com
27                                      555 California Street
                                        San Francisco, CA 94104
28                                      Telephone: (415) 439-1400
```

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: September 10, 2025

             */s/ Sarah R. London*
             Sarah R. London

|  |  |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 |  |
| 3 | **IT IS SO ORDERED.** |

Dated: _____     _____
                                  Honorable Charles R. Breyer
                                  United States District Judge