1
2
3

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

4
5
6
7

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

8
9
10
11

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

12

*Co-Lead Counsel for Plaintiffs*

13

14        **IN THE UNITED STATES DISTRICT COURT**

15        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16
17

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

18        This Document Relates to:

19        ALL WAVE 1 BELLWETHER CASES

20
21

Case No. 3:23-md-03084-CRB (LJC)

STIPULATION AND [~~PROPOSED~~] ORDER
TO RESET PRETRIAL DEADLINES

Judge:        Hon. Charles R. Breyer
Courtroom:   Courtroom 6-17th Floor

22        WHEREAS, on May 1, 2025, the Court issued Pretrial Order No. 26: Bellwether Trial Wave 1

23        Case Assignments and Discovery Schedule;

24        WHEREAS, Pretrial Order No. 26, which required the parties to exchange expert reports by

25        August 8, 2025 and rebuttal expert reports by September 8, 2025, was modified by Stipulation and

26        Court Order to require the parties to submit expert reports by August 22, 2025, and rebuttal expert

27        reports by September 22, 2025 [ECF 3533]; and was further modified by Stipulation and Court Order

28

STIPULATION TO RESET DEADLINES
CASE NO. 3:23-MD-03084-CRB

1   to require the parties to submit expert reports by August 29 and rebuttal expert reports by September

2   29 [ECF 3705];

3           WHEREAS, at the August 22, 2025 Case Management Conference, the Court informed the

4   parties that the first bellwether trial will begin on January 6, 2026, rather than December 8, 2025 [ECF

5   3725];

6           WHEREAS, Pretrial Order No. 26 was further modified by Stipulation and Court Order to

7   require the parties to submit expert reports by September 12, 2025 and rebuttal expert reports by

8   October 13, 2025 [ECF 3757];

9           WHEREAS, the parties agree that an additional extension of the expert disclosure deadlines is

10  necessary, and that they will meet and confer on adjustments to the remainder of the pretrial schedule;

11          WHEREAS, given the additional time made available by the new trial date, the parties agree

12  that pretrial deadlines for the disclosure of expert reports in the five Wave 1 cases that have

13  substantially completed fact discovery should be modified as follows:

14          • Expert Reports:                                September 26, 2025

15          • Rebuttal Reports:                             October 24, 2025

16          THEREFORE, the parties respectfully request the Court enter the parties' stipulation and

17  that the following deadlines set by Pretrial Order No. 26 and modified by ECF 3533, 3705, and 3757

18  be extended as follows:

19          For B.L., A.R.2, Dean, LCHB128, and WHB 823:

20          • Expert Reports:                                September 26, 2025

21          • Rebuttal Reports:                             October 24, 2025

22

23          **IT IS SO STIPULATED.**

24

25  DATED:  September 10, 2025                    Respectfully submitted,

26                                                By: */s/ Sarah R. London*

27                                                RACHEL B. ABRAMS (Cal Bar No. 209316)
                                                  ADAM B. WOLF (Cal Bar No. 215914)
28

- 2 -                    STIPULATION TO RESET DEADLINES
                                              CASE NO. 3:23-MD-03084-CRB

SARA B. CRAIG (Cal Bar No. 301290)
PEIFFER WOLF CARR KANE CONWAY
 & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
       awolf@peifferwolf.com
       scraig@peifferwolf.com

ROOPAL P. LUHANA *(Pro Hac Vice)*
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

SARAH R. LONDON (SBN 267083)
ANDREW R. KAUFMAN (*Pro Hac Vice*)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
       akaufman@girardsharp.com

*Co-Lead Counsel for Plaintiffs*

Dated:  September 10, 2025          KIRKLAND & ELLIS LLP

*/s/  Laura Vartain*
Jessica Davidson (*Admitted Pro Hac Vice*)
jessica.davidson@kirkland.com
601 Lexington Avenue New York, NY 10022
Telephone: (212) 446-4800

Allison M. Brown (*Admitted Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

Laura Vartain (SBN 258485)
laura.vartain@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

- 3 -

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: September 10, 2025

*/s/ Sarah R. London*
Sarah R. London

STIPULATION TO RESET DEADLINES
CASE NO. 3:23-MD-03084-CRB

1

**[PROPOSED] ORDER**

2

3          **IT IS SO ORDERED.**

4

5     Dated: _____September 11, 2025_____          _____

6                                                  Honorable Charles R. Breyer
                                                   United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -