IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ This Order Relates To: *ALL CASES* | MDL No. 3084 **ORDER DENYING DEFENDANTS' MOTION FOR RELIEF FROM MAGISTRATE JUDGE'S ORDER REGARDING JOINT DISCOVERY LETTER CONCERNING FLACK DATA** Re: Dkt. No. 3878 |

After considering Defendants' dkt. 3878 Motion for Relief from Judge Cisneros's dkt. 3848 Order Regarding the Joint Discovery Letter Concerning Flack Data, the Court concludes that Judge Cisneros exercised sound judgement in requiring production of the Flack data. The Court agrees with Judge Cisneros that the requested discovery is appropriate given the significant relevance of Uber's incident rates information to Plaintiffs' case and in light of the new evidence gathered at the July 23, 2025 deposition of Hannah Nilles.

Accordingly, Defendants' Motion for Relief is denied.

**IT IS SO ORDERED.**

Dated: September 12, 2025

CHARLES R. BREYER
United States District Judge