1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Uber*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| This Document Relates to: | Judge:      Hon. Charles R. Breyer |
| *V.B. vs. Uber Technologies, Inc., et al.*, 3:25-cv-06705; | Date:       TBD<br>Time:       TBD<br>Courtroom:  6 – 17th Floor |
| *M.W. vs. Uber Technologies, Inc., et al.*, 3:25-cv-05474 | |
| *E.B. vs. Uber Technologies, Inc., et al.*, 3:24-cv-07491 | |

The Court should deny Pulaski's Motion to Withdraw as Counsel of Record (ECF 3891) for the above-referenced Plaintiffs (MDL IDs 2642, 3841, and 3659), each of whom is subject to Uber's August 28, 2025 Motion for Entry of an Order to Show Cause Why 6 Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed with Prejudice (ECF 3784, the "Second Receipts Motion").

In an August 26, 2025 Order (ECF 3759, the "Order"), this Court denied a similar motion to withdraw by counsel for Plaintiffs subject to Uber's First Receipts Motion filed on July 30, 2025 (ECF 3604).[1] The Court stated in the Order:

> The Motions to Withdraw as Counsel in the above-captioned cases are denied without prejudice pending the resolution of Uber's Motion for Entry of an Order to Show Cause. The plaintiffs in these cases are alleged to have submitted fraudulent ride receipts; such action could potentially result in a variety of penalties, including but not limited to dismissal of plaintiffs' claims with prejudice and sanctions against plaintiffs' counsel. Given the seriousness of the potential repercussions of Uber's pending motion, it would be prejudicial both to plaintiffs as well as Uber to allow counsel to withdraw so soon before that dispute can be resolved. (ECF 3759)

For the same reasons stated in the Court's Order, Uber requests that it deny Pulaski's Motion to Withdraw without prejudice, pending the resolution of the Second Receipts Motion.

---

[1] For clarity, Uber has filed two Receipts Motions. The First Receipts Motion, filed on July 30, 2025 (ECF 3604), was resolved by this Court on September 9, 2025 (ECF 3876). Uber's Second Receipts Motion, filed on August 28, 2025 (ECF 3784). The Motion to Withdraw currently at issue relates to three Plaintiffs subject to the Second Receipts Motion.

OPPOSITION TO MOTION TO WITHDRAW
Case No. 3:23-md-03084-CRB (LJC)

1    DATED:  September 12, 2025                    Respectfully submitted,

2

3                                                  /s/ Laura Vartain Horn

4                                                  Laura Vartain Horn (SBN 258485)
                                                   **KIRKLAND & ELLIS LLP**
                                                   555 California Street, Suite 2700
5                                                  San Francisco, CA 94104
                                                   Telephone: (415) 439-1625
6                                                  laura.vartain@kirkland.com

7
                                                   Jessica Davidson (Admitted *Pro Hac Vice*)
8                                                  Christopher D. Cox (Admitted *Pro Hac Vice*)
                                                   **KIRKLAND & ELLIS LLP**
9                                                  601 Lexington Avenue
                                                   New York, NY 10022
10                                                 Telephone: (212) 446-4800
                                                   jessica.davidson@kirkland.com
11                                                 christopher.cox@kirkland.com

12
                                                   Allison M. Brown (Admitted *Pro Hac Vice*)
13                                                 **KIRKLAND & ELLIS LLP**
                                                   2005 Market Street, Suite 1000
14                                                 Philadelphia, PA 19103
                                                   Telephone: (215) 268-5000
15                                                 alli.brown@kirkland.com

16
                                                   *Attorneys for Uber*
17                                                 UBER TECHNOLOGIES, INC.,
                                                   RASIER,LLC, And RASIER-CA, LLC
18

19

20

21

22

23

24

25

26

27

28

OPPOSITION TO MOTION TO WITHDRAW
                                                   Case No. 3:23-md-03084-CRB (LJC)