1  ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
2  JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
3  CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
4  **KIRKLAND & ELLIS LLP**
5  601 Lexington Avenue
New York, NY 10022
6  Telephone: (212) 446-4800

7
8  MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
9  2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
10  Telephone: (424) 285-8330

11
12  PATRICK OOT (Admitted *Pro Hac Vice*)
oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
13  1800 K St. NW Ste. 1000
Washington, DC 20006
14  Telephone: (202) 783-8400

15
*Attorneys for Defendants*
16  UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC
17

18                    **UNITED STATES DISTRICT COURT**

19                   **NORTHERN DISTRICT OF CALIFORNIA**

20                        **SAN FRANCISCO DIVISION**

21  IN RE: UBER TECHNOLOGIES, INC.,          Case No. 3:23-md-03084-CRB
PASSENGER SEXUAL ASSAULT
22  LITIGATION                               **NOTICE OF ERRATA REGARDING
                                             DEFENDANTS UBER TECHNOLOGIES,
23                                           INC., RASIER, LLC, AND RASIER-CA,
                                             LLC'S REPLY SUPPORTING MOTION TO
24                                           DISMISS CASES FOR FAILURE TO
                                             COMPLY WITH PTO 10 [ECF 3731]**
25  This Document Relates to:
                                             Judge:     Honorable Charles R. Breyer
26  *Jane Doe LS 37 v. Uber Technologies,*   Date:      October 3, 2025
    *Inc., et al., No.* 3:23-cv-04393-CRB    Time:      10:00 a.m.
27                                           Courtroom: 6 – 17th Floor

28

---

1    *E.D. v. Uber Technologies, Inc., et al.,*
     No. 3:23-cv-05307-CRB

2
     *Jane Doe LS 244 v. Uber Technologies,*
3    *Inc., et al.,* No. 3:23-cv-05372-CRB

4    *H.L. v. Uber Technologies, Inc. et al.,*
     No. 3:24-cv-04526-CRB

5
     *Jane Roe CL 12 v. Uber Technologies,*
6    *Inc., et al.,* No. 3:24-cv-04673-CRB

7    *WHB 1293 v. Uber Technologies, Inc., et*
     *al.,* No. 3:24-cv-04817-CRB

8
     *WHB 1027 v. Uber Technologies, Inc., et*
9    *al.,* No. 3:24-cv-04820-CRB

10   *WHB 928 v. Uber Technologies, Inc., et*
     *al.,* No. 3:24-cv-04825-CRB

11
     *WHB 511 v. Uber Technologies, Inc., et*
12   *al.,* No. 3:24-cv-04842-CRB

13   *WHB 860 v. Uber Technologies, Inc., et*
     *al.,* No. 3:24-cv-04845-CRB

14
     *WHB 1023 v. Uber Technologies, Inc., et*
15   *al.,* No. 3:24-cv-04877-CRB

16   *WHB 1002 v. Uber Technologies, Inc., et*
     *al.,* No. 3:24-cv-04885-CRB

17
     *WHB 1497 v. Uber Technologies, Inc., et*
18   *al.,* No. 3:24-cv-04891-CRB

19   *WHB 310 v. Uber Technologies, Inc., et*
     *al.,* No. 3:24-cv-04903-CRB

20
     *WHB 333 v. Uber Technologies, Inc., et*
21   *al.,* No. 3:24-cv-04905-CRB

22   *WHB 56 v. Uber Technologies, Inc., et*
     *al.,* No. 3:24-cv-04908-CRB

23
     *WHB 312 v. Uber Technologies, Inc., et*
24   *al.,* No. 3:24-cv-04928-CRB

25   *WHB 1590 v. Uber Technologies, Inc., et*
     *al.,* No. 3:24-cv-04946-CRB

26
     *WHB 1667 v. Uber Technologies, Inc., et*
27   *al.,* No. 3:24-cv-04957-CRB

28

*WHB 1960 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04960-CRB

*WHB 1619 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04961-CRB

*WHB 689 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04965-CRB

*WHB 676 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05024-CRB

*WHB 1837 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05033-CRB

*WHB 1902 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05040-CRB

*WHB 1431 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05057-CRB

*WHB 666 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05127-CRB

*Jane Doe LS 523 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05155-CRB

*WHB 1394 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05237-CRB

*WHB 466 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05265-CRB

*WHB 1832 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05305-CRB

*WHB 645 v. Uber Technologies, Inc., et al., No. 3:*24-cv-05356-CRB

*WHB 703 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05361-CRB

*WHB 1272 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05366-CRB

*Jane Doe LS 529 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05422-CRB

*WHB 994 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05452-CRB

*WHB 1856 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05461-CRB

1    *WHB 1021 v. Uber Technologies, Inc., et
     al.,* No. 3:24-cv-05466-CRB
2
     *WHB 1661 v. Uber Technologies, Inc., et
3    al.,* No. 3:24-cv-05468-CRB

4    *WHB 1414 v. Uber Technologies, Inc., et
     al.,* No. 3:24-cv-05495-CRB
5
     *WHB 1468 v. Uber Technologies, Inc., et
6    al.,* No. 3:24-cv-05500-CRB

7    *WHB 1043 v. Uber Technologies, Inc., et
     al.,* No. 3:24-cv-05501-CRB
8
     *Jane Roe CL 21 v. Uber Technologies,
9    Inc., et al., No.* 3:24-cv-05525-CRB

10   *Jane Doe LS 494 v. Uber Technologies,
     Inc., et al.,* No. 3:24-cv-05547-CRB
11
     *WHB 1840 v. Uber Technologies, Inc., et
12   al.,* No. 3:24-cv-05554-CRB

13   *WHB 1677 v. Uber Technologies, Inc., et
     al.,* No. 3:24-cv-05556-CRB
14
     *WHB 1659 v. Uber Technologies, Inc., et
15   al.,* No. 3:24-cv-05565-CRB

16   *WHB 1618 v. Uber Technologies, Inc., et
     al.,* No. 3:24-cv-05572-CRB
17
     *Jane Roe CL 30 v. Uber Technologies,
18   Inc.,* et al., No. 3:24-cv-05591-CRB

19   *A.T. v. Uber Technologies, Inc., et al.,*
     No. 3:24-cv-05592-CRB
20
     *WHB 1943 v. Uber Technologies, Inc., et
21   al.,* No. 3:24-cv-05598-CRB

22   *WHB 1552 v. Uber Technologies, Inc., et
     al.,* No. 3:24-cv-05599-CRB
23
     *WHB 1880 v. Uber Technologies, Inc., et
24   al.,* No. 3:24-cv-05602-CRB

25   *WHB 1381 v. Uber Technologies, Inc., et
     al.,* No. 3:24-cv-05603-CRB
26
     *WHB 632 v. Uber Technologies, Inc., et
27   al.,* No. 3:24-cv-05604-CRB

28

NOTICE OF ERRATA RE DEFENDANTS' REPLY SUPPORTING MOTION TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 10
                                                          Case No. 3:23-MD-3084-CRB

*WHB 1260 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05613-CRB

*WHB 1544 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05622-CRB

*WHB 438 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05631-CRB

*Jane Doe LS 248 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05647-CRB

*Jane Doe LS 514 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05658-CRB

*WHB 1611 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05665-CRB

*WHB 891 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05666-CRB

*WHB 1348 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05669-CRB

*WHB 946 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05698-CRB

*Jane Roe CL 35 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05706-CRB

*WHB 1142 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05712-CRB

*WHB 1057 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05715-CRB

*WHB 1470 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05716-CRB

*Jane Roe CL 44 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05744-CRB

*WHB 494 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05767-CRB

*WHB 871 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05770-CRB

*WHB 935 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05776-CRB

*Jane Doe LS 455 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05812-CRB

NOTICE OF ERRATA RE DEFENDANTS' REPLY SUPPORTING MOTION TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-MD-3084-CRB

*Jane Doe CL 55 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05835-CRB

*Jane Doe LS 363 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05891-CRB

*Jane Doe LS 318 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05932-CRB

*WHB 884 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05948-CRB

*WHB 991 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05959-CRB

*Jane Doe LS 207 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05965-CRB

*DMA 1 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05968-CRB

*Jane Doe LS 303 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05980-CRB

*Jane Doe LS 125 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05982-CRB

*WHB 1556 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05986-CRB

*Jane Doe LS 153 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06011-CRB

*Jane Doe LS 216 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06029-CRB

*Jane Doe LS 233 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06030-CRB

*Jane Roe CL 73 v. Uber Technologies, Inc., et al.,* No 3:24-cv-7030-CRB

*WHB 1999 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07048-CRB

*B.B. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07492-CRB

*A.A. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07549-CRB

NOTICE OF ERRATA RE DEFENDANTS' REPLY SUPPORTING MOTION TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-MD-3084-CRB

1  *E.R. 02 v. Uber Technologies, Inc., et al.,*
   No. 3:24-cv-07635-CRB

2
   *E.H. v. Uber Technologies, Inc., et al.,*
3  No. 3:24-cv-08342-CRB

4  *Jane Doe NLG (HK) v. Uber*
   *Technologies, Inc., et al.,* No. 3:24-cv-
5  08614-CRB

6  *S.G. v. Uber Technologies, Inc., et al.,*
   No. 3:24-cv-08675-CRB
7
   *Dadej v. Uber Technologies, Inc., et al.,*
8  No. 3:24-cv-08785-CRB

9  *C.B. v. Uber Technologies, Inc., et al.,*
   No. 3:24-cv-09049-CRB
10
   *D.J. v. Uber Technologies, Inc., et al.,*
11 No. 3:24-cv-09050-CRB

12 *E.B. v. Uber Technologies, Inc., et al.,*
   No. 3:24-cv-09052-CRB
13
   *S.H. v. Uber Technologies, Inc., et al.,*
14 No. 3:24-cv-09068-CRB

15 *Jane Roe CL 90 v. Uber Technologies,*
   *Inc., et al.,* No. 3:24-cv-09201-CRB
16
   *Jane Doe NLG (R.M.) v. Uber*
17 *Technologies, Inc., et al.,* No. 3:24-cv-
   09216-CRB
18
   *D.C. 2636 v. Uber Technologies, Inc., et*
19 *al.,* No. 3:24-cv-09367-CRB

20 *Jane Doe 693827 v. Uber Technologies,*
   *Inc., et al., No.* 3:24-cv-09515-CRB
21
   *Jane Doe 691535 v. Uber Technologies,*
22 *Inc., et al.,* No. 3:24-cv-09523-CRB

23 *Jane Roe CL 94 v. Uber Technologies,*
   *Inc., et al.,* No. 3:24-cv-09550-CRB
24
   *Jane Roe CL 96 v. Uber Technologies,*
25 *Inc., et al.,* No. 3:25-cv-00463-CRB

26 *I.A. v. Uber Technologies, Inc., et al.,*
   No. 3:25-cv-00822-CRB
27

28

1    *Jane Roe CL 99 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-00855-CRB

2

3    *L.F. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01005-CRB

4    *WHB 2060 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01092-CRB

5

6    *WHB 2061 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01095-CRB

7    *WHB 2062 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01098-CRB

8

9    *WHB 2063 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01099-CRB

10    *WHB 2064 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01101-CRB

11

12    *WHB 2067 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01122-CRB

13    *WHB 2070 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01126-CRB

14

15    *WHB 2071 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01130-CRB

16    *WHB 2073 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01143-CRB

17

18    *WHB 2075 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01148-CRB

19    *WHB 2077 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01150-CRB

20

21    *WHB 2082 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01177-CRB

22    *WHB 2084 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01179-CRB

23

24    *WHB 2036 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01180-CRB

25    *WHB 2039 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01202-CRB

26

27    *WHB 2041 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01205-CRB

28

NOTICE OF ERRATA RE DEFENDANTS' REPLY SUPPORTING MOTION TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-MD-3084-CRB

1   *WHB 2043 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01207-CRB

2

3   *WHB 2044 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01209-CRB

4   *WHB 2047 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01215-CRB

5

6   *WHB 2048 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01216-CRB

7   *WHB 2049 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01218-CRB

8

9   *WHB 2051 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01226-CRB

10  *WHB 2054 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01244-CRB

11

12  *WHB 2057 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01249-CRB

13  *WHB 2059 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01255-CRB

14

15  *S.G. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01417-CRB

16  *K.D. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01602-CRB

17

18  *T.K. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01651-CRB

19  *S.W. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01658-CRB

20

21  *C.C. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01707-CRB

22  *M.S. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01863-CRB

23

24  *Halligan v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02104-CRB

25  *T.C. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02109-CRB

26

27  *Jane Doe LS 578 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02405-CRB

28

NOTICE OF ERRATA RE DEFENDANTS' REPLY SUPPORTING MOTION TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-MD-3084-CRB

*Jane Roe CL 129 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02498-CRB

*A.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02510-CRB

*J.H. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02526-CRB

*A.J. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02577-CRB

*Jane Doe NLG (KS) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02616-CRB

*K.B. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02650-CRB

*N.K. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02681-CRB

*J.M., v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02689-CRB

*T.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02704-CRB

*S.F. v. Uber Technologies, Inc., et al.,,* No. 3:25-cv-02708-CRB

*Jane Roe CL 132 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02744-CRB

*Jane Doe NLG (IM) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02771-CRB

*M.H. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02859-CRB

*K.T. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02880-CRB

*T.P. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03016-CRB

*Jane Roe CL 143 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03260-CRB

*Jane Roe CL 145 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03262-CRB

*J.P.F. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03289-CRB

*J.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03364-CRB

*Batterson v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03378-CRB

*V.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03591-CRB

*Jane Roe CL 153 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03818-CRB

*Lugo v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03969-CRB

*Donaldson v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03976-CRB

*C.E. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04100-CRB

*S.S. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04143-CRB

*W.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04717-CRB

*K.N. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04719-CRB

*R.H. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04725-CRB

*T.P. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04766-CRB

*V.R. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04767-CRB

*S.K. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04768-CRB

*L.K. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04774-CRB

*B.W. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04796-CRB

*G.G. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04798-CRB

1

*D.C. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-04851-CRB

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1         TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2         PLEASE TAKE NOTICE that Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-

3 CA, LLC's Reply Supporting Motion to Dismiss Cases for Failure to Comply with PTO 10 (ECF No.

4 3901), erroneously omitted "S.H., No.3:24-cv-09068" from footnote 4.  The corrected Reply is

5 attached hereto as Exhibit A.  Other than the "S.H., No.3:24-cv-09068" from footnote 4, no other

6 differences exist between the Reply at ECF No. 3901 and the corrected version attached hereto as

7 Exhibit A.

Dated: September 12, 2025        SHOOK, HARDY & BACON L.L.P.
By: */s/ Michael B. Shortnacy*
  MICHAEL B. SHORTNACY

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

DEFENDANTS' REPLY SUPPORTING MOTION TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 10
                                    Case No. 3:23-MD-3084-CRB