Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Christopher V. Cotton (Admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON LLP**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) **DECLARATION OF CHRISTOPHER V. COTTON** Judge: Hon. Charles R. Breyer Courtroom: 6 – 17th Floor |
| This Document Relates to: *Jane Doe LS 333 v. Uber Technologies, Inc., et al,* Case No. 3:23-cv-05930-CRB *Jane Doe LS 397 v. Uber Technologies. Inc., et al*, Case No. 3:24-cv-05864-CRB | |

I, Christopher V. Cotton, state as follows:

1. I am an attorney at Shook, Hardy & Bacon L.L.P., counsel of record for Defendants Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC (collectively, "Uber" or "Defendants"). I offer this Declaration in the above-captioned matter in support of Defendants' Opposition to Plaintiffs' Motion to Change Time to Comply with Court's Order Concerning Non-Bona-Fide Receipts.

2. On February 15, 2024, the Levin Simes firm served via MDL Centrality an alleged ride receipt for Plaintiff with MDL ID 1194.

3. On September 16, 2024, the Levin Simes firm served via MDL Centrality an alleged ride receipt for Plaintiff with MDL ID 2350.

4. On May 29, 2024, Uber provided a Defendant Fact Sheet indicating that Uber could not locate a ride receipt that corresponded to the allegations made by Plaintiff with MDL ID 1194.

5. On March 17, 2025, Uber provided a Defendant Fact Sheet indicating that Uber could not locate a ride receipt that corresponded to the allegations made by Plaintiff with MDL ID 2350.

6. In light of this Court's September 9, 2025 Order (ECF 3876), on September 10, I emailed Plaintiffs' counsel at the Levin Simes law firm and asked them to provide availability for Plaintiffs with MDL IDs 1194 and 2350 for depositions between September 26-29 and October 6-9. The Levin Simes firm did not respond to that request, so I followed up with respect to deposition scheduling on September 12. In response, the Levin Simes firm requested an extension of the deadlines set by the Court. Defendants did not agree to the requested extension. A true copy of an email chain that reflects these communications is attached as **Exhibit 1**.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 15, 2025

Respectfully submitted,

By: *[signature: Christoph V Cotto]*
Christopher V. Cotton (admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC