# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*All Cases* | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF No. 3868]**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6 – 17th Floor |

Having considered statement in support of Plaintiffs' Administrative Motions to Consider Whether Another Party's Material Should Be Filed Under Seal, dated September 8, 2025, ECF 3868 ("Plaintiffs' Motion"), and Defendants' Unopposed Statement in Support of Plaintiffs' Motion, dated September 14, 2025, ECF ____ ("Statement in Support"), the Court hereby ORDERS that the following materials remain under seal as stated in Defendants' Statement in Support:

| Document | Description | Defendants' Request |
|---|---|---|
| **[Unredacted] Letter Brief** (ECF 3868-3; redacted version at ECF 3867) | Portions of briefing referring to documents designated confidential | Narrowly tailored redactions at p. 2 |
| **Plaintiffs' Exhibit A** in Support of Joint Discovery Letter Brief (ECF 3868-4) | Exhibit consisting of excerpt of Defendants' August 18, 2025 written responses and objections to Plaintiffs' Interrogatories and Requests for Admission in Lieu of 30(b)(5) Depositions, designated Highly Confidential Attorneys Eyes Only | Narrowly tailored redaction of non-public compensation information for one individual at 13:12 |
| **Plaintiffs' Exhibit B** in Support of Joint Discovery Letter Brief (ECF 3868-5) | Exhibit consisting of excerpt of transcript of August 21, 2025 deposition of Chad Dobbs, designated Highly Confidential | Narrowly tailored redactions of deposition transcript at 104:9-108:23 |
| **Plaintiffs' Exhibit C** in Support of Joint Discovery Letter Brief (ECF 3868-6) | Exhibit consisting of excerpt of document produced by Defendants in discovery, designated as Highly Confidential – Attorneys' Eyes Only, marked as Bates UBER_JCCP_MDL_003341903, marked as Exhibit 1897 for deposition of Chad Dobbs, detailing confidential internal business strategy | Maintain under seal |
| **Plaintiffs' Exhibit D** in Support of Joint Discovery Letter Brief (ECF 3868-7) | Exhibit consisting of document produced by Defendants in discovery, designated as Confidential, marked as Bates UBER_JCCP_MDL_003276626-45, detailing confidential internal business strategy | Maintain under seal |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 3868]
Case No. 3:23-MD-3084-CRB

| Document | Description | Defendants' Request |
|---|---|---|
| **Plaintiffs' Exhibit E** in Support of Joint Discovery Letter Brief (ECF 3868-8) | Exhibit consisting of document produced by Defendants in discovery, designated as Confidential, marked as Bates UBER_JCCP_MDL_002618039-45, detailing confidential internal business strategy | Maintain under seal |

**IT IS SO ORDERED.**

Dated:_____

                                            Hon. Charles R. Breyer
                                            United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 3868]
Case No. 3:23-MD-3084-CRB