# Exhibit A

Exhibit A - Uber's Motion to Dismiss For Failure to Comply with Court Order - *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Case Number | Plaintiff Firm | PFS Due | Days Overdue | Date of Delinquency Letter | Delinquency Response Due Date |
|---|---|---|---|---|---|---|---|
| 3569 | WHBE 2149 | 3:25-cv-05035 | Williams Hart & Boundas, LLP | 7/14/2025 | 63 | 8/1/2025 | 9/1/2025 |
| 3639 | Jane Doe LS 608 | 3:25-cv-05312 | Levin Simes, LLP | 7/26/2025 | 51 | 8/1/2025 | 9/1/2025 |
| 3640 | Jane Doe LS 609 | 3:25-cv-05328 | Levin Simes, LLP | 7/26/2025 | 51 | 8/1/2025 | 9/1/2025 |
| 3641 | Jane Doe LS 610 | 3:25-cv-05374 | Levin Simes, LLP | 7/27/2025 | 50 | 8/1/2025 | 9/1/2025 |
| 3678 | Jane Roe CL 178 | 3:25-cv-05537 | Cutter Law PC | 8/1/2025 | 45 | 8/8/2025 | 9/8/2025 |
| 3679 | Jane Roe CL 179 | 3:25-cv-05538 | Cutter Law PC | 8/1/2025 | 45 | 8/8/2025 | 9/8/2025 |
| 3681 | E.M. 3681 | 3:25-cv-05571 | Cohen Hirsch, LP | 8/2/2025 | 44 | 8/8/2025 | 9/8/2025 |
| 3883 | Jane Roe CL 182 | 3:25-cv-05628 | Cutter Law PC | 8/3/2025 | 43 | 8/8/2025 | 9/8/2025 |
| 3884 | Jane Roe CL 181 | 3:25-cv-05633 | Cutter Law PC | 8/3/2025 | 43 | 8/8/2025 | 9/8/2025 |