IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
|---|---|

I, Roopal P. Luhana, declare:

1. I am a partner of Chaffin Luhana, LLP, an attorney licensed in the State of New York, and duly admitted to practice before this Court *pro hac vice*, representing Plaintiffs in the above caption action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Because the materials at issue were designated confidential by Uber, Plaintiffs filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit A to the Declaration of B. Wilkins in support of Plaintiffs' Statement in Joint Discovery Brief | References to information deemed confidential | Uber |
| Exhibit B to the Declaration of B. Wilkins in support of Plaintiffs' Statement in Joint Discovery Brief | References to information deemed confidential | Uber |
| Exhibit C to the Declaration of B. Wilkins in support of Plaintiffs' Statement in Joint Discovery Brief | References to information deemed confidential | Uber |
| Exhibit D to the Declaration of B. Wilkins in support of | References to information deemed confidential | Uber |

- 1 -

RPL DECL ISO ADMIN MOT.
CASE NO. 23-MD-03084-CRB

| | | |
|---|---|---|
| Plaintiffs' Statement in Joint Discovery Brief | | |
| Exhibit E to the Declaration of B. Wilkins in support of Plaintiffs' Statement in Joint Discovery Brief | References to information deemed confidential | Uber |
| Exhibit F to the Declaration of B. Wilkins in support of Plaintiffs' Statement in Joint Discovery Brief | References to information deemed confidential | Uber |
| Exhibit G to the Declaration of B. Wilkins in support of Plaintiffs' Statement in Joint Discovery Brief | References to information deemed confidential | Uber |
| Exhibit H to the Declaration of B. Wilkins in support of Plaintiffs' Statement in Joint Discovery Brief | References to information deemed confidential | Uber |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of September, 2025 in Brooklyn, New York.

*/s/ Roopal P. Luhana*
Roopal P. Luhana