IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SESAL** |
|---|---|

Having considered Plaintiffs' September 15, 2025 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit A to the Declaration of B. Wilkins in support of Plaintiffs' Statement in Joint Discovery Brief | References to information deemed confidential | Uber |
| Exhibit B to the Declaration of B. Wilkins in support of Plaintiffs' Statement in Joint Discovery Brief | References to information deemed confidential | Uber |
| Exhibit C to the Declaration of B.Wilkins in support of Plaintiffs' Statement in Joint Discovery Brief | References to information deemed confidential | Uber |
| Exhibit D to the Declaration of B. Wilkins in support of Plaintiffs' Statement in Joint Discovery Brief | References to information deemed confidential | Uber |
| Exhibit E to the Declaration of B. Wilkins in support of | References to information deemed confidential | Uber |

| Plaintiffs' Statement in Joint Discovery Brief | | |
|---|---|---|
| Exhibit F to the Declaration of B. Wilkins in support of Plaintiffs' Statement in Joint Discovery Brief | References to information deemed confidential | Uber |
| Exhibit G to the Declaration of B. Wilkins in support of Plaintiffs' Statement in Joint Discovery Brief | References to information deemed confidential | Uber |
| Exhibit H to the Declaration of B. Wilkins in support of Plaintiffs' Statement in Joint Discovery Brief | References to information deemed confidential | Uber |

**IT IS SO ORDERED.**

Dated: _____

HON. LISA J. CISNEROS
United States Magistrate Court Judge