IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| This Document Relates to: | ~~[PROPOSED]~~ ORDER RE: PLAINTIFF B.L.'S MOTION FOR LEAVE TO AMEND BELLWETHER COMPLAINT |
| *B.L. v. Uber Techs., Inc.*, No. 24-cv-7940 | |

Having considered Plaintiff B.L.'s Motion for Leave to Amend Bellwether Complaint, the Court GRANTS the motion. Plaintiff B.L. shall file the Second Amended Bellwether Complaint within seven days of this Order.

Dated:  September 16, 2025

IT IS SO ORDERED

Judge Charles R. Breyer

HO____
Unit____