| | |
|---|---|
| 1 | DENNIS C. REICH, ESQ. (SBN #69631) |
| | Reich and Binstock, LLP |
| 2 | 4265 San Felipe, Suite 1000 |
| | Houston, Texas 77027 |
| 3 | Tel: 713.622.7271 |
| | Fax: 713.623.8724 |
| 4 | Email: dreich@reichandbinstock.com |
| 5 | *Counsel for Plaintiff* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *J.M., an individual v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-07665-CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on September 9, 2025.

///

///

///

///

CASE NO. 3:23-md-03084-CRB          1          NOTICE OF FILING OF NEW ACTION

| | | |
|---|---|---|
| Dated: September 17, 2025 | | Respectfully submitted, |
| | | By: */s/ Dennis C. Reich* <br> DENNIS C. REICH (SBN #69631) <br> Reich & Binstock, LLP <br> 4265 San Felipe, Suite 1000 <br> Houston, Texas 77027 <br> Tel: 713.622.7271 <br> Fax: 713.623.8724 <br> Email: dreich@reichandbinstock.com |
| | | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Dennis C. Reich*
Dennis C. Reich