DENNIS C. REICH, ESQ. (SBN #69631)
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| J.M., an individual,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, Inclusive, et al.,<br><br>Defendants. | Case No. 3:25-cv-07665-CRB<br><br>**PROOF OF SERVICE OF COMPLAINT ET AL.** |

Pursuant to the Court's Pretrial Order No. 6, the undersigned certifies that service of the summons for this action was executed on Defendants Uber Technologies, Inc., Rasier, LLC and Rasier-CA, LLC via email on September 10, 2025, as evidenced by the Defendants' automatic reply attached hereto as "Exhibit A." Attached as Exhibit "B" is the corresponding Notice of Filing of New Action, which was filed in the Master Docket of the MDL 3084 on September 17, 2025.

Dated: September 17, 2025

Respectfully submitted,

By: */s/ Dennis C. Reich*
DENNIS C. REICH (SBN #69631)
Reich & Binstock Law Firm, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2025, I electronically transmitted the foregoing

**PROOF OF SERVICE OF COMPLAINT ET AL.** to the Clerk's Office using the CM/ECF

System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Dennis C. Reich*
Dennis C. Reich

# EXHIBIT A

 Outlook

---

**RE: Service: 3:25-cv-07665**

---

**From** MDL3084-service-Uber@paulweiss.com <MDL3084-service-Uber@paulweiss.com>

**Date** Wed 9/10/2025 9:36 AM

**To** Chancey Booker <cbooker@reichandbinstock.com>

This email address was established pursuant to the terms of the Court's Order dated January 2, 2024 (Dkt. 177), MDL No. 3084.  No further replies beyond this automatic reply will be sent to you from this email address.

# EXHIBIT B

1    DENNIS C. REICH, ESQ. (SBN #69631)
     Reich and Binstock, LLP
2    4265 San Felipe, Suite 1000
     Houston, Texas 77027
3    Tel: 713.622.7271
     Fax: 713.623.8724
4    Email: dreich@reichandbinstock.com

5    *Counsel for Plaintiff*

6

7

8

9

10                   **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
11                      **SAN FRANCISCO DIVISION**

12   IN RE: UBER TECHNOLOGIES, INC.,
     PASSENGER SEXUAL ASSAULT                )   No. 3:23-md-03084-CRB
13   LITIGATION                              )
                                             )   **NOTICE OF FILING OF NEW ACTION**
14                                           )
                                             )
15                                           )
                                             )
16   *This document relates to:*             )
                                             )
17   *J.M., an individual v. UBER*           )
     *TECHNOLOGIES, INC., et al., 3:25-cv-*  )
18   *07665-CRB*                             )
                                             )
19                                           )
                                             )
20   ──────────────────────────────────────────────────────

21          Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

22   with Jury Demand in the above-referenced action was filed on September 9, 2025.

23   ///

24   ///

25   ///

26   ///

27

28

Dated: September 17, 2025                Respectfully submitted,

                                         By: */s/ Dennis C. Reich*
                                         DENNIS C. REICH (SBN #69631)
                                         Reich & Binstock, LLP
                                         4265 San Felipe, Suite 1000
                                         Houston, Texas 77027
                                         Tel: 713.622.7271
                                         Fax: 713.623.8724
                                         Email: dreich@reichandbinstock.com

                                         *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2025, I electronically transmitted the foregoing

**NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System

for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

                                         */s/ Dennis C. Reich*
                                         Dennis C. Reich