1   DENNIS C. REICH, ESQ. (SBN #69631)
    Reich and Binstock, LLP
2   4265 San Felipe, Suite 1000
    Houston, Texas 77027
3   Tel: 713.622.7271
    Fax: 713.623.8724
4   Email: dreich@reichandbinstock.com

5   *Counsel for Plaintiff*

6

7

8

9

10                  **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
11                     **SAN FRANCISCO DIVISION**

12  IN RE: UBER TECHNOLOGIES, INC.,
    PASSENGER SEXUAL ASSAULT          )   No. 3:23-md-03084-CRB
13  LITIGATION                        )
                                      )   **NOTICE OF FILING OF NEW ACTION**
14                                    )
                                      )
15                                    )
                                      )
16  *This document relates to:*       )
                                      )
17  *A.E., an individual v. UBER*     )
    *TECHNOLOGIES, INC., et al., 3:25-cv-* )
18  *07668-CRB*                       )
                                      )
19                                    )
                                      )
20

21          Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

22  with Jury Demand in the above-referenced action was filed on September 10, 2025.

23  ///

24  ///

25  ///

26  ///

27

28

    CASE NO. 3:23-md-03084-CRB            1     NOTICE OF FILING OF NEW ACTION

Dated: September 17, 2025

Respectfully submitted,

By: */s/ Dennis C. Reich*
DENNIS C. REICH (SBN #69631)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2025, I electronically transmitted the foregoing

**NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System

for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Dennis C. Reich*
Dennis C. Reich