1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

9

10

11

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

MDL No. 3084 CRB

Honorable Charles R. Breyer

**NOTICE OF FILING OF A NEW ACTION**

12

13

14

This Document Relates to:

*K.M v. Uber Technologies, Inc., et al.*
Case No: 3:25-cv-07881

15

16        Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

17   and Jury Demand in the above-referenced action that was filed on September 18, 2025.

18   Dated: September 18, 2025.                    Respectfully submitted,

19

20                                                **RUBENSTEIN LAW, P.A.**
                                                  9130 S Dadeland Blvd
21                                                Miami, Florida 33156
                                                  Tel: (305) 661-6000
22                                                Fax: (305) 670-7555
                                                  Email:  mfagrait@rubensteinlaw.com
23                                                        lbanciella@rubensteinlaw.com
                                                          mteservice@rubensteinlaw.com
24                                                By:  */s/ Miriam Fresco Agrait*
                                                  **MIRIAM FRESCO AGRAIT**
25
                                                  Florida Bar No.: 91428
26                                                *Attorneys for Plaintiff*

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 18, 2025, I electronically transmitted the foregoing

**NOTICE OF FILING OF A NEW ACTION** to the Clerk's Office using the CM/ECF System

for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.


*/s/ Miriam Fresco Agrait*
Miriam Fresco Agrait