1  DENNIS C. REICH, ESQ. (SBN #69631)
   Reich and Binstock, LLP
2  4265 San Felipe, Suite 1000
   Houston, Texas 77027
3  Tel: 713.622.7271
   Fax: 713.623.8724
4  Email: dreich@reichandbinstock.com

5  *Counsel for Plaintiff*

6

7

8

9            **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
10               **SAN FRANCISCO DIVISION**

11

12  S.W., an individual,                    )   Case No. 3:25-cv-07695-CRB
                                            )
13                                          )   **PROOF OF SERVICE OF**
                                            )   **COMPLAINT ET AL.**
14            Plaintiff,                    )
                                            )
15       v.                                 )
                                            )
16  UBER TECHNOLOGIES, INC., a              )
    Delaware Corporation; RASIER, LLC, a    )
17  Delaware Limited Liability Company; and )
    DOES 1 through 50, Inclusive, et al.,   )
18                                          )
                                            )
19            Defendants.                   )
                                            )
20                                          )
                                            )
21                                          )

22

23          Pursuant to the Court's Pretrial Order No. 6, the undersigned certifies that service of the

24  summons for this action was executed on Defendants Uber Technologies, Inc., Rasier, LLC and

25  Rasier-CA, LLC via email on September 11, 2025, as evidenced by the Defendants' automatic

26  reply attached hereto as "Exhibit A." Attached as Exhibit "B" is the corresponding Notice of

27  Filing of New Action, which was filed in the Master Docket of the MDL 3084 on September 18,

28  2025.

Dated: September 18, 2025

Respectfully submitted,

By: */s/ Dennis C. Reich*
DENNIS C. REICH (SBN #69631)
Reich & Binstock Law Firm, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2025, I electronically transmitted the foregoing

**PROOF OF SERVICE OF COMPLAINT ET AL.** to the Clerk's Office using the CM/ECF

System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Dennis C. Reich*
Dennis C. Reich

# EXHIBIT A

MDL3084-service-Uber@paulweiss.com
mdl3084-service-uber@paulweiss.com

9/11/2025, 12:12 PM

**RE: Service: 3:25-cv-07695-CRB**


This email address was established pursuant to the terms of the Court's Order dated January 2, 2024 (Dkt. 177), MDL No. 3084.  No further replies beyond this automatic reply will be sent to you from this email address.

# EXHIBIT B

1  DENNIS C. REICH, ESQ. (SBN #69631)
   Reich and Binstock, LLP
2  4265 San Felipe, Suite 1000
   Houston, Texas 77027
3  Tel: 713.622.7271
   Fax: 713.623.8724
4  Email: dreich@reichandbinstock.com

5  *Counsel for Plaintiff*

6

7

8

9

10              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
11                 **SAN FRANCISCO DIVISION**

12  IN RE: UBER TECHNOLOGIES, INC.,
    PASSENGER SEXUAL ASSAULT
13  LITIGATION                           )  No. 3:23-md-03084-CRB
                                         )
14                                       )  **NOTICE OF FILING OF NEW ACTION**
                                         )
15  _____ )
                                         )
16  *This document relates to:*          )
                                         )
17  *S.W., an individual v. UBER*        )
    *TECHNOLOGIES, INC., et al., 3:25-cv-* )
18  *07695-CRB*                          )
                                         )
19                                       )
                                         )
20

21          Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

22  with Jury Demand in the above-referenced action was filed on September 10, 2025.

23  ///

24  ///

25  ///

26  ///

27

28

Dated: September 18, 2025

Respectfully submitted,

By: */s/ Dennis C. Reich*
DENNIS C. REICH (SBN #69631)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Dennis C. Reich*
Dennis C. Reich