DENNIS C. REICH, ESQ. (SBN #69631)
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *M.W., an individual v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-07753-CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on September 11, 2025.

///

///

///

///

CASE NO. 3:23-md-03084-CRB        1        NOTICE OF FILING OF NEW ACTION

| | |
|---|---|
| Dated: September 18, 2025 | Respectfully submitted,<br><br>By: */s/ Dennis C. Reich*<br>DENNIS C. REICH (SBN #69631)<br>Reich & Binstock, LLP<br>4265 San Felipe, Suite 1000<br>Houston, Texas 77027<br>Tel: 713.622.7271<br>Fax: 713.623.8724<br>Email: dreich@reichandbinstock.com<br><br>*Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Dennis C. Reich*
Dennis C. Reich