1   DENNIS C. REICH, ESQ. (SBN #69631)
    Reich and Binstock, LLP
2   4265 San Felipe, Suite 1000
    Houston, Texas 77027
3   Tel: 713.622.7271
    Fax: 713.623.8724
4   Email: dreich@reichandbinstock.com

5   *Counsel for Plaintiff*

6

7

8

9                   **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
10                    **SAN FRANCISCO DIVISION**

11   ―――――――――――――――――――――――――――――――――――

12   M.W., an individual,                  )  Case No. 3:25-cv-07753-CRB
                                           )
13                                         )  **PROOF OF SERVICE OF**
                                           )  **COMPLAINT ET AL.**
14            Plaintiff,                   )
                                           )
15        v.                               )
                                           )
16   UBER TECHNOLOGIES, INC., a            )
     Delaware Corporation; RASIER, LLC, a  )
17   Delaware Limited Liability Company; and )
     DOES 1 through 50, Inclusive, et al., )
18                                         )
19            Defendants.                  )
                                           )
20                                         )
                                           )
21                                         )
                                           )
22   ―――――――――――――――――――――――――――――――――――

23        Pursuant to the Court's Pretrial Order No. 6, the undersigned certifies that service of the

24   summons for this action was executed on Defendants Uber Technologies, Inc., Rasier, LLC and

25   Rasier-CA, LLC via email on September 11, 2025, as evidenced by the Defendants' automatic

26   reply attached hereto as "Exhibit A." Attached as Exhibit "B" is the corresponding Notice of

27   Filing of New Action, which was filed in the Master Docket of the MDL 3084 on September 18,

28   2025.

     CASE NO. 3:25-cv-07753-CRB              1                    PROOF OF SERVICE

1

Dated: September 18, 2025                    Respectfully submitted,

2

By: */s/ Dennis C. Reich*

3

DENNIS C. REICH (SBN #69631)
Reich & Binstock Law Firm, LLP

4

4265 San Felipe, Suite 1000
Houston, Texas 77027

5

Tel: 713.622.7271
Fax: 713.623.8724

6

Email: dreich@reichandbinstock.com

7

*Counsel for Plaintiff*

8

9

## <u>CERTIFICATE OF SERVICE</u>

10

I hereby certify that on September 18, 2025, I electronically transmitted the foregoing

11

**PROOF OF SERVICE OF COMPLAINT ET AL.** to the Clerk's Office using the CM/ECF

12

13

System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

14

*/s/ Dennis C. Reich*

15

Dennis C. Reich

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

 Outlook

---

**RE: Service:  3:25-cv-07753-CRB**

---

**From** MDL3084-service-Uber@paulweiss.com <MDL3084-service-Uber@paulweiss.com>

**Date** Thu 9/11/2025 1:58 PM

**To** Chancey Booker <cbooker@reichandbinstock.com>

This email address was established pursuant to the terms of the Court's Order dated January 2, 2024 (Dkt. 177), MDL No. 3084.  No further replies beyond this automatic reply will be sent to you from this email address.

# EXHIBIT B

1  DENNIS C. REICH, ESQ. (SBN #69631)
   Reich and Binstock, LLP
2  4265 San Felipe, Suite 1000
   Houston, Texas 77027
3  Tel: 713.622.7271
   Fax: 713.623.8724
4  Email: dreich@reichandbinstock.com

5  *Counsel for Plaintiff*

6

7

8

9

10               **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
11                 **SAN FRANCISCO DIVISION**

12  IN RE: UBER TECHNOLOGIES, INC.,
    PASSENGER SEXUAL ASSAULT            )  No. 3:23-md-03084-CRB
13  LITIGATION                          )
                                        )  **NOTICE OF FILING OF NEW ACTION**
14                                      )
                                        )
15                                      )
                                        )
16  _____   )
                                        )
17  *This document relates to:*          )
                                        )
18  *M.W., an individual v. UBER*        )
    *TECHNOLOGIES, INC., et al., 3:25-cv-* )
19  *07753-CRB*                          )
                                        )
20                                      )

21         Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

22  with Jury Demand in the above-referenced action was filed on September 11, 2025.

23  ///

24  ///

25  ///

26  ///

27

28

1    Dated: September 18, 2025                  Respectfully submitted,

2                                              By: */s/ Dennis C. Reich*
3                                              DENNIS C. REICH (SBN #69631)
     Reich & Binstock, LLP
4                                              4265 San Felipe, Suite 1000
     Houston, Texas 77027
5                                              Tel: 713.622.7271
     Fax: 713.623.8724
6                                              Email: dreich@reichandbinstock.com

7                                              *Counsel for Plaintiff*

8

9                      **CERTIFICATE OF SERVICE**

10         I hereby certify that on September 18, 2025, I electronically transmitted the foregoing

11   **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System

12   for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

13

14                                              */s/ Dennis C. Reich*
     Dennis C. Reich
15

16

17

18

19

20

21

22

23

24

25

26

27

28