UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*CLF T.M. v. Uber Technologies, Inc., et al.*<br>Case No. 3:25-cv-4281-CRB | **MDL No. 3084 CRB**<br>Hon. Charles R. Breyer<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>Date: November 7, 2025<br>Time: 10:00 a.m.<br>Courtroom 6 |

**[PROPOSED] ORDER**

The Court, having considered the Motion to Withdraw as Counsel of Record, and good cause appearing therefore, GRANTS the motion.

**IT IS SO ORDERED.**

Dated: _____

                                                                                    _____
                                                                                    Hon. Charles R. Breyer
                                                                                    U.S. District Judge