Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Uber*

UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR ENTRY OF SECOND RECEIPTS ORDER AND ACCOMPANYING DOCUMENTS**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

**DEFENDANTS' STATEMENT IN SUPPORT OF SEALING CONFIDENTIAL MATERIALS**

Under Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Uber" or "Defendants") hereby move this Court for an order to seal the personal identifying information ("PII") contained in their Reply in Support of Motion for Entry of an Order to Show Cause Why 6 Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed with Prejudice, including all attached exhibits and declarations (altogether, the "Reply"). The Reply contains PII from materials produced by both Uber and one Plaintiff. The Reply is attached as Exhibit A, filed concurrently to this Administrative Motion.

A party seeking to seal a judicial record bears the burden of establishing that "compelling reasons" support that request. *Kamakana v. City & Cnty. of Honolulu,* 447 F.3d 1172, 1178–79 (9th Cir. 2006). Specifically, that party must "articulate[] compelling reasons supported by specific factual findings … that outweigh the general history of access and the public policies favoring disclosure [of court records], such as the 'public interest in understanding the judicial process.'" *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). "In turn, the [C]ourt must 'conscientiously balance[] the competing interests' of the public and the party who seeks to keep certain judicial records secret." *Id* at 1179 (quoting *Foltz*, 331 F.3d at 1135).

Assessment of the public and private interests implicated here warrant sealing this information. Local Rule 79-5(c)(1)(i). Uber in particular seeks to seal the names of a Plaintiff and one other individual contained throughout the Reply, as well as home and other addresses,[1] contact information such as phone numbers and email addresses, financial information such as credit card number, and information including a Plaintiff's birth date. Courts have found that such information "is sealable under the compelling reasons standard." *See, e.g.*, *Kumandan v. Google LLC*, No. 19-cv-04286-BLF, 2022 WL 17971633, at *1 (N.D. Cal. Nov. 17, 2022). That is because such information is "not relevant to any of the issues in this litigation, nor would the public have any real interest in its disclosure." *O'Connor v. Uber Techs., Inc.*, No. C-13-

---

[1] Uber proposes redacting all addresses, because Uber is not able to assess which addresses are potentially personally identifying.

3826 EMC, 2015 WL 355496, at *3 (N.D. Cal. Jan. 27, 2015).  On the other hand, the public disclosure of the PII contained within the Reply could cause significant and avoidable harm or embarrassment to the affected individuals.  Moreover, no less restrictive alternative to sealing the PII in the Reply is sufficient.  Local Rule 79-5(c)(1)(iii).  Uber's request is narrowly tailored to seal only the PII while ensuring that the public retains access to the rest of the Reply.  This Court may therefore "appropriately balance[]" the privacy interests of the affected individuals with the public's right to access by allowing redaction of all such PII in the Motion.  *O'Connor*, 2015 WL 355496, at *2.

## **CONCLUSION**

For the foregoing reasons, Uber respectfully requests this Court grant this Administrative Motion to seal the personal identifying information, specifically the names, addresses, financial information, contact information, and birth date information, contained in the Reply.

DATED: September 18, 2025						Respectfully submitted,

							*/s/ Laura Vartain Horn*
							Laura Vartain Horn (SBN 258485)
							**KIRKLAND & ELLIS LLP**
							555 California Street, Suite 2700
							San Francisco, CA 94104
							Telephone: (415) 439-1625
							laura.vartain@kirkland.com

							Allison M. Brown (Admitted *Pro Hac Vice*)
							**KIRKLAND & ELLIS LLP**
							2005 Market Street, Suite 1000
							Philadelphia, PA 19103
							Telephone: (215) 268-5000
							alli.brown@kirkland.com

							Jessica Davidson (Admitted *Pro Hac Vice*)
							**KIRKLAND & ELLIS LLP**
							601 Lexington Avenue
							New York, NY 10022
							Telephone: (212) 446-4800
							jessica.davidson@kirkland.com

							SABRINA H. STRONG (SBN: 200292)
							sstrong@omm.com
							JONATHAN SCHNELLER (SBN: 291288)
							jschneller@omm.com
							**O'MELVENY & MYERS LLP**
							400 South Hope Street, 19th Floor
							Los Angeles, CA 90071
							Telephone: (213) 430-6000
							Facsimile: (213) 430-6407

							PATRICK L. OOT (*Pro Hac Vice*)
							oot@shb.com
							**SHOOK, HARDY & BACON, LLP**
							1800 K Street NW, 10th Floor
							Washington, DC 20006
							Telephone: (202) 783-8400
							Facsimile: (202) 783-4211

							ALYCIA A. DEGEN (SBN: 211350)
							adegen@shb.com
							MICHAEL B. SHORTNACY (SBN: 277035)
							mshortnacy@shb.com

4

DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PERSONALLY IDENTIFYING INFORMATION
CONTAINED IN DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR ENTRY OF SECOND RECEIPTS ORDER
Case No. 3:23-md-03084-CRB (LJC)

**SHOOK, HARDY & BACON, LLP**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

CHRISTOPHER V. COTTON (*Pro Hac Vice*) ccotton@shb.com
**SHOOK, HARDY & BACON, LLP**
255 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*Attorneys for Uber*
UBER TECHNOLOGIES, INC.,
RASIER,LLC, And RASIER-CA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Laura Vartain Horn*
Laura Vartain Horn