Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street,
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF UBER'S ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR ENTRY OF SECOND RECEIPTS ORDER AND ACCOMPANYING DOCUMENTS**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

I, Christopher V. Cotton, declare as follows:

1. I am an attorney at Shook, Hardy & Bacon L.L.P., counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" or "Defendants"). I offer this Declaration in the above-captioned matter in support of Uber's Administrative Motion to Seal Personal Identifying Information Contained in Defendants' Reply in Support of Motion for Entry of Receipts Order and Accompanying Documents (the "Sealing Motion").

2. Counsel for Uber previously met and conferred with the Nachawati and Chaffin Luhana firms concerning the sealing of personally identifying information ("PII") in connection with Uber's Motion for Entry of (1) an Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed with Prejudice and (2) a Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts. ECF 3602-1. Counsel indicated that they did not oppose sealing PII, including counsel from Chaffin Luhana who serves as part of Plaintiffs' Leadership in this matter. The Court granted Uber's motion to seal. ECF 3616. The sealed information contained in the instant Sealing Motion is the same sort of PII that has already been filed under seal, unopposed by the Nachawati and Chaffin Luhana firms.

3. Counsel for Uber also previously made diligent efforts to meet and confer with Plaintiffs' counsel concerning the sealing of PII in connection with Uber's Motion for Entry of an Order to Show Cause Why 6 Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed with Prejudice. Those efforts are detailed in my declaration in support of Uber's motion to seal the PII in that motion. ECF 3783-1. Counsel for Uber have not received any communications from any Plaintiff's counsel regarding opposition to the sealing of the material detailed in ECF 3783. Part of the sealed information contained in the instant Sealing Motion is a subset of the PII that was included in Uber's prior motion to seal, and other sealed information is the same sort of PII.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| Dated: September 18, 2025 | Respectfully submitted, |
| | By: *[signature: Christopher V. Cotton]* |
| | Christopher V. Cotton (admitted *Pro Hac Vice*) |
| | **SHOOK, HARDY & BACON L.L.P.** |
| | 2555 Grand Blvd. |
| | Kansas City, MO 64108 |
| | Telephone: (816) 474-6550 |
| | ccotton@shb.com |
| | *Attorney for Defendants* |
| | UBER TECHNOLOGIES, INC.; RASIER, LLC; and RASIER-CA, LLC |