Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street,
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF CHRISTOPHER V. COTTON**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

I, Christopher V. Cotton, state as follows:

1. I am an attorney at Shook, Hardy & Bacon L.L.P., counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" or "Defendants"). I offer this Declaration in the above-captioned matter in support of Uber's Reply in Support of its Motion for Entry of an Order to Show Cause Why 6 Plaintiffs Who Have Submitted Non-Bona-Fide Receipts Should Not Be Dismissed with Prejudice.

2. Attached as **Exhibit 1** is a true and correct copy of a purported receipt submitted by Plaintiff with MDL ID 1384 in the above-captioned matter.

3. Attached as **Exhibit 2** is a true and correct copy of a bona fide, itemized receipt from Uber's systems for a ride that occurred on January 1, 2022, and totaled $9.58.

4. Attached as **Exhibit 3** is a true and correct copy of the confidential Defendant Fact Sheet Uber provided to Plaintiff with MDL ID 1384 dated as of July 3, 2024. Uber served Plaintiff's counsel with this document on July 3, 2024.

5. Attached as **Exhibit 4** is a true and correct copy of Plaintiff's Information for MDL ID 1384, as shown on MDL Centrality as of September 17, 2025.

6. Attached as **Exhibit 5** is a true and correct copy of Plaintiff's Information for MDL ID 2774, as shown on MDL Centrality as of September 17, 2025.

7. Attached as **Exhibit 6** is a true and correct copy of the Ride Information Form uploaded by Plaintiff with MDL ID 2774.

8. Attached as **Exhibit 7** is a true and correct copy of the confidential Defendant Fact Sheet Uber provided to Plaintiff with MDL ID 2774 dated as of January 31, 2025. Uber served Plaintiff's counsel with this document on February 5, 2025.

9. Attached as **Exhibit 8** is a true and correct copy of the verified Amended Plaintiff Fact Sheet submitted by Plaintiff with MDL ID 1384.

10. Attached as **Exhibit 9** is a true and correct copy of the Amended Plaintiff Fact Sheet submitted by Plaintiff with MDL ID 2774.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 18, 2025

Respectfully submitted,

By: *[signature]*

Christopher V. Cotton (admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.; RASIER, LLC; and RASIER-CA, LLC