# C. Cotton Decl. Exhibit 1

11:29 

 Photo    Done

code "20ubereats." Download the app today.

## Your Fare

| | |
|---|---|
| Base Fare | 1.35 |
| Distance | 1.40 |
| Time | 1.38 |
| **Subtotal** | **$4.13** |
| Booking Fee (?) | 1.95 |
| King County accessibility and admin fee (?) | 0.45 |
| Wait Time (?) | 0.71 |

CHARGED

 Personal •••• ▮▮▮▮    $7.24



         



**Uber Receipts**  January 1, 2022
to me



**$7.24**

Thanks for choosing Uber,

January 1, 2022  | uberX

8:11pm |

9:21pm |