# C. Cotton Decl. Exhibit 2





