# C. Cotton Decl. Exhibit 3
# FILED UNDER SEAL