# C. Cotton Decl. Exhibit 4

# C. Cotton Decl. Exhibit 4

## Plaintiff Information

**Plaintiff ID:** 1384
**Name:** ▮
**Case Number:** 24-CV-03441

**Date of Birth:** ▮
**Law Firm:** Peiffer Wolf Carr Kane Conway & Wise
**PFS Date:** 07/02/2024
**Amended PFS Date(s):**
**Most Recent PFS Date:** 07/02/2024

Wednesday, September 17, 2025 12:35:53 PM -