# C. Cotton Decl. Exhibit 5

## Plaintiff Information

**Plaintiff ID:** 2774  
**Name:** ███████  
**Case Number:** 24-CV-09515  

**Date of Birth:** ███████  
**Law Firm:** Kherkher Garcia  
**PFS Date:** 01/30/2025  
**Amended PFS Date(s):**  
**Most Recent PFS Date:** 01/30/2025  

Wednesday, September 17, 2025 12:33:32 PM -