# C. Cotton Decl. Exhibit 6

## UBER RIDE INFORMATION FORM

**CASE NUMBER:** 24 -cv- 09515

**PLAINTIFF NAME:** First: ■    Last: ■

*on behalf of (if applicable):* First:    Last:

*relationship (if applicable):*

1. **Why the receipt is unavailable:**

   ■

2. **The name, phone number and email address of the account holder who ordered the ride:**

   A. Name: First: ■    Last: ■

   B. Phone Number: ■

   C. Email Address: ■

3. **The date of the ride, with as much precision as reasonably possible:**

   Approximate Date: ■

4. **The starting and ending location of the ride with as much precision as reasonably possible:**

   Approximate Starting Address:
   ■

   Approximate Ending Address:
   ■

**5   Any other information that may assist Defendants in identifying the ride:**

███████████████

**6.  If any of items 2-5 cannot be provided with precision or cannot be provided at all, an explanation as to why the information is not readily ascertainable:**

███