# C. Cotton Decl. Exhibit 7
# FILED UNDER SEAL