# C. Cotton Decl. Exhibit 8
# FILED UNDER SEAL