# C. Cotton Decl.
# Exhibit 9
# FILED UNDER SEAL