Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) <br><br> **CERTIFICATE OF SERVICE** |
| This Document Relates to: <br><br> ALL ACTIONS | Judge:     Hon. Charles R. Breyer <br> Date:      October 3, 2025 <br> Time:      10:00 a.m. <br> Courtroom: 6 – 17th Floor |

I, the undersigned, hereby certify that on September 18, 2025, I electronically filed the foregoing documents with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

1. **REPLY IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE WHY 6 PLAINTIFFS WHO HAVE SUBMITTED NON-BONA FIDE RECEIPTS SHOULD NOT BE DISMISSED WITH PREJUDICE**
2. **DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF UBER'S ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR ENTRY OF SECOND RECEIPTS ORDER AND ACCOMPANYING DOCUMENTS**
3. **DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR ENTRY OF SECOND RECEIPTS ORDER AND ACCOMPANYING DOCUMENTS**
4. **DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF UBER'S ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR ENTRY OF SECOND RECEIPTS ORDER AND ACCOMPANYING DOCUMENTS**

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct. Executed on September 18, 2025 in San Francisco, California.

*/s/ Laura Vartain Horn*
LAURA VARTAIN HORN