1  Sadi R. Antonmattei-Goitia (SBN #24091383)
   *(Pro Hac Vice)*
2  **KHERKHER GARCIA, LLP**
   2925 Richmond Ave., Suite 1560
3  Houston, TX 77098
   Telephone: (713) 333-1030
4  Facsimile: (713) 333-1029
5  Email: skherkher-team@kherkhergarcia.com
   Email: rideshare@kherkhergarcia.com
6
7  *Attorneys for Plaintiff*

8
9
10
11
                          **UNITED STATES DISTRICT COURT**
12                        **NORTHERN DISTRICT OF CALIFORNIA**
                             **SAN FRANCISCO DIVISION**
13

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | ) ) ) ) ) ) ) ) | No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |
|---|---|---|
| *This document relates to:*<br><br>*JANE DOE KG 051 v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-07963-CRB* | ) ) ) ) ) ) ) ) ) | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on September 18, 2025.

1

| | |
|---|---|
| Dated: September 19, 2025 | Respectfully submitted, |
| | By: */s/ Sadi R. Antonmattei-Goitia* |
| | Sadi R. Antonmattei-Goitia (SBN #24091383) |
| | *(Pro Hac Vice)* |
| | **KHERKHER GARCIA, LLP** |
| | 2925 Richmond Ave., Suite 1560 |
| | Houston, TX 77098 |
| | Telephone: (713) 333-1030 |
| | Facsimile: (713) 333-1029 |
| | Email: skherkher-team@kherkhergarcia.com |
| | Email: rideshare@kherkhergarcia.com |
| | |
| | *Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia