DENNIS C. REICH, ESQ. (SBN #69631)
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| C.F., an individual, | Case No. 3:25-cv-07698-CRB |
| Plaintiff, | **PROOF OF SERVICE OF COMPLAINT ET AL.** |
| v. | |
| UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, Inclusive, et al., | |
| Defendants. | |

Pursuant to the Court's Pretrial Order No. 6, the undersigned certifies that service of the summons for this action was executed on Defendants Uber Technologies, Inc., Rasier, LLC and Rasier-CA, LLC via email on September 12, 2025, as evidenced by the Defendants' automatic reply attached hereto as "Exhibit A." Attached as Exhibit "B" is the corresponding Notice of Filing of New Action, which was filed in the Master Docket of the MDL 3084 on September 19, 2025.

1    Dated: September 19, 2025              Respectfully submitted,

2                                          By: /s/ Dennis C. Reich
                                           DENNIS C. REICH (SBN #69631)
3                                          Reich & Binstock Law Firm, LLP
                                           4265 San Felipe, Suite 1000
4                                          Houston, Texas 77027
                                           Tel: 713.622.7271
5                                          Fax: 713.623.8724
6                                          Email: dreich@reichandbinstock.com

7                                          *Counsel for Plaintiff*

8

9                           **CERTIFICATE OF SERVICE**

10

11          I hereby certify that on September 19, 2025, I electronically transmitted the foregoing

12    **PROOF OF SERVICE OF COMPLAINT ET AL.** to the Clerk's Office using the CM/ECF

13    System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

14                                          /s/ Dennis C. Reich
15                                          Dennis C. Reich

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

 Outlook

---

**RE: Service: 3:25-cv-07698-CRB**

---

**From** MDL3084-service-Uber@paulweiss.com <MDL3084-service-Uber@paulweiss.com>

**Date** Fri 9/12/2025 8:48 AM

**To** Chancey Booker <cbooker@reichandbinstock.com>

This email address was established pursuant to the terms of the Court's Order dated January 2, 2024 (Dkt. 177), MDL No. 3084. No further replies beyond this automatic reply will be sent to you from this email address.

# EXHIBIT B

1   DENNIS C. REICH, ESQ. (SBN #69631)
    Reich and Binstock, LLP
2   4265 San Felipe, Suite 1000
    Houston, Texas 77027
3   Tel: 713.622.7271
    Fax: 713.623.8724
4   Email: dreich@reichandbinstock.com

5   *Counsel for Plaintiff*

6

7

8

9

10                      **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
11                       **SAN FRANCISCO DIVISION**

12  IN RE: UBER TECHNOLOGIES, INC.,
    PASSENGER SEXUAL ASSAULT              )   No. 3:23-md-03084-CRB
13  LITIGATION                            )
                                          )   **NOTICE OF FILING OF NEW ACTION**
14                                        )
                                          )
15                                        )
                                          )
16  *This document relates to:*           )
                                          )
17  *C.F., an individual v. UBER*         )
    *TECHNOLOGIES, INC., et al., 3:25-cv-* )
18  *07698-CRB*                           )
                                          )
19                                        )
                                          )
20

21          Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

22  with Jury Demand in the above-referenced action was filed on September 10, 2025.

23  ///

24  ///

25  ///

26  ///

27

28

Dated: September 19, 2025

Respectfully submitted,

By: /s/ Dennis C. Reich
DENNIS C. REICH (SBN #69631)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2025, I electronically transmitted the foregoing

**NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System

for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

/s/ Dennis C. Reich
Dennis C. Reich