| | |
|---|---|
| 1 | |
| 2 | ROOPAL P. LUHANA (*admitted Pro Hac Vice*)<br>**Chaffin Luhana LLP** |
| 3 | 600 Third Avenue<br>12th Floor |
| 4 | New York, NY 10016<br>Telephone: (888) 480-1123 |
| 5 | Facsimile: (888) 499-1123<br>Email: luhana@chaffinluhana.com |
| 6 | |
| 7 | *Counsel for Plaintiff* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *J.A.02, an individual v. UBER TECHNOLOGIES, INC., et al.,*<br>*3:25-cv-05356-CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on June 26, 2025.

///

///

///

CASE NO. 3:23-md-03084-CRB    1    NOTICE OF FILING OF NEW ACTION

Dated: September 19, 2025

Respectfully submitted,

By: /s/ Roopal P. Luhana
ROOPAL P. LUHANA (admitted PHV)
**Chaffin Luhana LLP**
600 Third Avenue
12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
Email: luhana@chaffinluhana.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

/s/ Roopal P. Luhana
Roopal P. Luhana