Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*A.R. v. Uber Technologies, Inc., et al.*, 3:24-cv-07821-CRB | Case No.: 3:23-MD-03084-CRB<br><br>**DECLARATION OF LAURA VARTAIN HORN RE ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3) IN SUPPORT OF JOINT LETTER REGARDING FURTHER DEPOSITIONS**<br><br>Judge:    Hon. Lisa J. Cisneros<br>Courtroom:    G – 15th Floor |

I, Laura Vartain Horn, having personal knowledge state as follows:

1.    I am an attorney at Kirkland & Ellis LLP, counsel of record for Defendants

Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively,

"Defendants"). I offer this Declaration in the above-captioned matter in support of

Defendants' and Plaintiff's Joint Letter Regarding Further Depositions filed on

September 19, 2025. Dkt. No. 3966.

2.    I am the ECF user whose ID and password were used to file the Joint Letter

Regarding Further Depositions on September 19, 2025. In compliance with Civil Local

Rule 5-1(i)(3), I hereby attest that each of the signatories identified in the Joint Letter,

Dkt. No. 3966, have consented to the filing.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: September 21, 2025                                      By: */s/ Laura Vartain Horn*

Laura Vartain Horn