IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ <br><br> This Order Relates To: <br><br> *Jaylynn Dean v. Uber Technologies, Inc. et al.*, Case No. 3:23-cv-06708-CRB <br><br> *LCHB128 v. Uber Technologies, Inc. et al.*, Case No. 3:24-cv-07019-CRB | MDL No. 3084 <br><br> **PRETRIAL ORDER NO. 33: ORDER TRANSFERRING BELLWETHER CASES JAYLYNN DEAN AND LCHB128 TO THE DISTRICT OF ARIZONA** |

Based on consultation with the Judicial Panel of Multidistrict Litigation and the Administrative Office of the U.S. Courts' Committee on Assignments, and pursuant to 28 U.S.C. § 1404(a) and Uber's Terms of Use, the Court transfers bellwether cases Jaylynn Dean and LCHB128 to the District of Arizona. See PTO 29 re: Mot. to Transfer (dkt. 3484). Both cases shall remain bellwethers in Trial Wave 1 and will continue to be adjudicated by this Court. By transferring these cases now, an action number in the District of Arizona can be generated and assigned to the Court, which will allow the Court to preside over the trials in that district.

**IT IS SO ORDERED.**

Dated: September 22, 2025

_____
CHARLES R. BREYER
United States District Judge