1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*All Cases* | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF No. 3913]**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: Courtroom 6 – 17th Floor |

17
18
19
20
21
22
23
24
25
26
27
28

Having considered statement in support of Plaintiffs' Administrative Motions to Consider Whether Another Party's Material Should Be Filed Under Seal, dated September 15, 2025, ECF 3913 ("Plaintiffs' Motion"), and Defendants' Unopposed Statement in Support of Plaintiffs' Motion, dated September 22, 2025, ECF ____ ("Statement in Support"), the Court hereby ORDERS that the following materials remain under seal as stated in Defendants' Statement in Support:

| Document | Description | Defendants' Request |
|---|---|---|
| **Plaintiffs' Exhibit A** to the Letter Brief (ECF 3913-3) | Declaration of Todd Gaddis, designated as Highly Confidential – Attorneys' Eyes Only, containing confidential information about Uber's internal data systems | Seal in part (¶¶ 5-11 and appendix at pages 5-7) |
| **Plaintiffs' Exhibit B** to the Letter Brief (ECF 3913-4) | Defendants' Responses to Plaintiffs' Requests for Production of Documents Set One, containing confidential information about Uber's operations and products | Seal in part (all requests and responses except those cited in the Letter Brief: RFP Nos. 73, 83, 84) |
| **Plaintiffs' Exhibit C** to the Letter Brief (ECF 3913-5) | Excerpts of transcript of Defendants' July 11, 2025, 30(b)(6) deposition by Todd Gaddis, designated as Highly Confidential – Attorneys' Eyes Only, containing confidential information about Uber's internal data systems | Seal in part (86:5-93:25) |
| **Plaintiffs' Exhibit D** to the Letter Brief (ECF 3913-6) | Documents identifying and describing all fields within Uber's Jira and Bliss systems, designated as Highly Confidential – Attorneys' Eyes Only | Maintain under seal |
| **Plaintiffs' Exhibit E** to the Letter Brief (ECF 3913-7) | Document providing detailed supplemental information about Uber's incident report data, categorization, storage, and systems, designated as Highly Confidential – Attorneys' Eyes Only | Maintain under seal |
| **Plaintiffs' Exhibit F** to the Letter Brief (ECF 3913-8) | Document providing detailed supplemental information about Uber's incident report data, categorization, storage, and systems, designated as Highly Confidential – Attorneys' Eyes Only | Maintain under seal |
| **Plaintiffs' Exhibit G** to the Letter Brief (ECF 3913-9) | Document providing detailed supplemental information about Uber's incident report data, categorization, storage, and systems, designated as Highly Confidential – Attorneys' Eyes Only | Maintain under seal |
| **Plaintiffs' Exhibit H** to the Letter Brief (ECF 3913-10) | Email from Plaintiffs' counsel containing confidential information about Uber's incident categorization and data systems | Seal in part (incident report system data fields) |

**IT IS SO ORDERED.**

Dated:_____                    _____
                                                 Hon. Charles R. Breyer
                                                 United States District Judge