Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE**
**CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL WAVE 1 BELLWETHER CASES | Case No. 3:23-md-03084-CRB (LJC)<br><br>STIPULATION AND [PROPOSED] ORDER TO RESET PRETRIAL DEADLINES<br><br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6-17th Floor |

   WHEREAS, on May 1, 2025, the Court issued Pretrial Order No. 26: Bellwether Trial Wave 1 Case Assignments and Discovery Schedule;

   WHEREAS, Pretrial Order No. 26, which required the parties to exchange expert reports by August 8, 2025 and rebuttal expert reports by September 8, 2025, was modified by Stipulation and Court Order to require the parties to submit expert reports by August 22, 2025, and rebuttal expert

reports by September 22, 2025 [ECF 3533];

WHEREAS, Pretrial Order No. 26 was further modified by Stipulation and Court Order to require the parties to submit expert reports by August 29 and rebuttal expert reports by September 29 [ECF 3705];

WHEREAS, at the August 22, 2025 Case Management Conference, the Court informed the parties that the first bellwether trial will begin on January 6, 2026, rather than December 8, 2025 [ECF 3725];

WHEREAS, Pretrial Order No. 26 was further modified by Stipulation and Court Order to require the parties to submit expert reports by September 12, 2025 and rebuttal expert reports by October 13, 2025 [ECF 3757];

WHEREAS, on September 10, 2025, the parties submitted a Stipulation and Order to the Court extending expert reports and rebuttal reports [Dkt. 3893] for B.L., A.R.2, Dean, LCHB128, and WHB 823;

WHEREAS, the parties also jointly request a pretrial conference date, upon which the dates required under the Court's Standing Order Regarding Guidelines for Civil Jury Trials can be predicated.

WHEREAS, the parties anticipate that the pretrial conference will pertain to the first-scheduled trial (the Jaylynn Dean case) and will address this in their forthcoming joint statement in advance of the October 3, 2025 Status Conference.

WHEREAS, given the additional time made available by the new trial date, the parties agree that pretrial deadlines for the five Wave 1 cases that have substantially completed fact discovery should be modified as follows:

For B.L., A.R.2, Dean, LCHB128, and WHB 823:

- Expert Reports:                                                    September 26, 2025
- Rebuttal Reports:                                                  October 24, 2025
- Dispositive Motions and Daubert Motions
  for Experts Who Serve 9/26 Reports:                  November 10, 2025
- Daubert Motions for Experts
  Who Serve Only 10/24 Reports:                          November 14, 2025

- Dispositive/Daubert Oppositions:             December 10, 2025
- Dispositive/Daubert Replies:                 December 23, 2025

Pretrial Conference for Dean Trial:            To be set by the Court

For WHB 318:

- Fact Disc. Substantial Completion:  November 3, 2025
- Expert Reports:                      November 17, 2025
- Rebuttal Reports:                    December 15, 2025
- Close of Discovery:                  December 30, 2025
- Dispositive/Daubert Motions:         January 5, 2026
- Dispositive/Daubert Oppositions:     January 19, 2026
- Dispositive/Daubert Replies:         February 2, 2026

THEREFORE, the parties respectfully request the Court enter the parties' stipulation and that, the following deadlines set by Pretrial Order No. 26 and modified by ECF 3533, 3705, and 3858 be extended as follows:

For B.L., A.R.2, Dean, LCHB128, and WHB 823:

- Expert Reports:                                                September 26, 2025
- Rebuttal Reports:                                              October 24, 2025
- Dispositive Motions and Daubert Motions for Experts Who Serve 9/26 Reports:    November 10, 2025
- Daubert Motions for Exprts Who Serve Only 10/24 Reports:       November 14, 2025
- Dispositive/Daubert Oppositions:                               December 10, 2025
- Dispositive/Daubert Replies:                                   December 23, 2025

Pretrial Conference for Dean Trial:            To be set by the Court

For WHB 318:

- Fact Disc. Substantial Completion:  November 3, 2025
- Expert Reports:                      November 17, 2025
- Rebuttal Reports:                    December 15, 2025
- Close of Discovery:                  December 30, 2025

- 3 -

STIPULATION TO RESET DEADLINES
CASE NO. 3:23-MD-03084-CRB

- Dispositive/Daubert Motions: January 5, 2026
- Dispositive/Daubert Oppositions: January 19, 2026
- Dispositive/Daubert Replies: February 2, 2026

**IT IS SO STIPULATED.**

DATED: September 22, 2025                Respectfully submitted,

By: */s/ Rachel Abrams*
RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
PEIFFER WOLF CARR KANE CONWAY
 & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
       awolf@peifferwolf.com
       scraig@peifferwolf.com

ROOPAL P. LUHANA *(Pro Hac Vice)*
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

SARAH R. LONDON (SBN 267083)
ANDREW R. KAUFMAN (*Pro Hac Vice*)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
       akaufman@girardsharp.com

*Co-Lead Counsel for Plaintiffs*

Dated: September 22, 2025                KIRKLAND & ELLIS LLP

*/s/ Laura Vartain*
Jessica Davidson (*Admitted Pro Hac Vice*)
jessica.davidson@kirkland.com

- 4 -                STIPULATION TO RESET DEADLINES
                     CASE NO. 3:23-MD-03084-CRB

| | |
|---|---|
| 1 | 601 Lexington Avenue New York, NY 10022 |
| 2 | Telephone: (212) 446-4800 |
| 3 | Allison M. Brown (*Admitted Pro Hac Vice*) |
| | alli.brown@kirkland.com |
| 4 | 2005 Market Street, Suite 1000 |
| | Philadelphia, PA 19103 |
| 5 | Telephone: (215) 268-5000 |
| 6 | |
| 7 | Laura Vartain (SBN 258485) |
| | laura.vartain@kirkland.com |
| 8 | 555 California Street |
| | San Francisco, CA 94104 |
| 9 | Telephone: (415) 439-1400 |
| 10 | *Attorneys for Defendants* |
| | UBER TECHNOLOGIES, INC., |
| 11 | RASIER, LLC, and RASIER-CA, LLC |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: September 22, 2025

                                               */s/ Andrew R. Kaufman*
                                               Andrew R. Kaufman

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: _____   _____

Honorable Charles R. Breyer
United States District Judge