**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **Case No. 3:23-md-03084-CRB** |
| | **NOTICE OF FILING OF NEW ACTION** |
| **This Document Relates   to:** | |
| *N.M. , an individual  v. UBER TECHNOLOGIES,   INC., et  al.* **Case  No.: 3:25-cv-08072** | |

Notice   is   hereby   given   pursuant   to   Pretrial   Order   No.   6   (Direct Filing) that  the  Complaint  with  Jury  Demand  in  the  above-referenced  action  was  filed  on September 23, 2025.

Dated:  September 23, 2025.                     Respectfully submitted,

By: */s/ D. Douglas Grubbs*
D. DOUGLAS GRUBBS (TX Bar No. 24065339)
ADAM K. PULASKI (TX Bar No. 16385800)
**PULASKI KHERKHER, PLLC.**
2925 Richmond Ave., Suite 1725
Houston, TX 77098
Telephone: 713.664.4555
Facsimile: 713.664.7543
Email: dgrubbs@pulaskilawfirm.com
Email: adam@pulaskilawfirm.com

*Counsel for Plaintiff*

NOTICE OF FILING OF NEW ACTION

1                         **CERTIFICATE OF SERVICE**

2         I    hereby    certify    that    on    September  23,    2025,

3 a  copy  of  the  foregoing    was    electronically    filed    with    the    Clerk    of    the

4 Court  using  the  CM/ECF    system,    which    will    send    notification    of    such    filing

5 to    all CM/ECF participants registered  to receive service  in  this matter.

6                                      */s/ D. Douglas Grubbs*

7                                        D. Douglas Grubbs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF FILING OF NEW ACTION