1  C. Brooks Cutter (SBN 121407)
   Jennifer S. Domer (SBN 305822)
2  Celine E. Cutter (SBN 312622)
   **CUTTER LAW, P.C.**
3  401 Watt Ave.
4  Sacramento, CA 95864
   (916) 290-9400
5  bcutter@cutterlaw.com
   jdomer@cutterlaw.com
6  ccutter@cutterlaw.com
7
   *ATTORNEYS FOR PLAINTIFFS*
8
                   **UNITED STATES DISTRICT COURT**
9
                  **NORTHERN DISTRICT OF CALIFORNIA**
10
                      **SAN FRANCISCO DIVISION**
11

12 | IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
13 | | *Hon. Judge Charles R. Breyer* |

14
15 THIS DOCUMENT RELATES TO:

16 *Roe CL 112 v. Uber Technologies, Inc., et al.,
   Case No. 3:25-cv-01655*

17 *Roe CL 113 v. Uber Technologies, Inc., et al.,
18 Case No. 3:25-cv-01941*

19 *Roe CL 114 v. Uber Technologies, Inc., et al.,
   Case No. 3:25-cv-01942*

20 *Roe CL 115 v. Uber Technologies, Inc., et al.,
   Case No. 3:25-cv-01943*
21
   *Roe CL 116 v. Uber Technologies, Inc., et al.,
22 Case No. 3:25-cv-01944*

23 *Roe CL 117 v. Uber Technologies, Inc., et al.,
   Case No. 3:25-cv-01945*
24
   *Roe CL 118 v. Uber Technologies, Inc., et al.,
25 Case No. 3:25-cv-02132*

26 *Roe CL 119 v. Uber Technologies, Inc., et al.,
   Case No. 3:25-cv-02133*
27
   *Roe CL 120 v. Uber Technologies, Inc., et al.,
28 Case No. 3:25-cv-02134*

1. *Roe CL 121 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02136

2. *Roe CL 122 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02138

3. *Roe CL 123 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02139

4. *Roe CL 124 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02140

5. *Roe CL 125 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02233

6. *Roe CL 126 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02495

7. *Roe CL 127 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02496

8. *Roe CL 128 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02497

9. *Roe CL 129 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02498

10. *Roe CL 130 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02742

11. *Roe CL 132 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02744

12. *Roe CL 133 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02745

13. *Roe CL 134 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02746

14. *Roe CL 135 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02747

15. *Roe CL 136 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02748

16. *Roe CL 137 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-03036

17. *Roe CL 138 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-03137

18. *Roe CL 139 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-03255

19. *Roe CL 140 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-03256

NOTICE OF FILING NEW ACTIONS

**NOTICE OF FILING NEW ACTIONS**

Notice is hereby given pursuant to Pretrial Order No. 6 that Short Form Complaints and Jury Demands have been filed on behalf of Plaintiffs Jane Roe CL 112, Jane Roe CL 113, Jane Roe CL 114, Jane Roe CL 115, Jane Roe CL 116, Jane Roe CL 117, Jane Roe CL 118, Jane Roe CL 119, Jane Roe CL 120, Jane Roe CL 121, Jane Roe CL 122, Jane Roe CL 123, Jane Roe CL 124, Jane Roe CL 125, Jane Roe CL 126, Jane Roe CL 127, Jane Roe CL 128, Jane Roe CL 129, Jane Roe CL 130, Jane Roe CL 132, Jane Roe CL 133, Jane Roe CL 134, Jane Roe CL 135, Jane Roe CL 136, Jane Roe CL 137, Jane Roe CL 138, Jane Roe CL 139, and Jane Roe CL 140.

DATED: September 23, 2025               Respectfully submitted,

/s/ Jennifer S. Domer
Jennifer S. Domer

C. Brooks Cutter
Jennifer S. Domer
Celine E. Cutter
CUTTER LAW, P.C.
401 Watt Avenue
Sacramento, CA 95864
(916) 290-9400
bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com

*ATTORNEYS FOR PLAINTIFFS*

**PROOF OF SERVICE**

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within entitled action; my business address is Cutter Law P.C., 401 Watt Avenue, Sacramento, California 95864.

On the date below, I served a copy of the following document(s) described as Short Form Complaints for Plaintiffs Jane Roe CL 112 through Jane Roe CL 140 on the interested party(ies) in this action as follows:

| | |
|---|---|
| X | **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on Pretrial Order No. 6: Direct Filing, whereby defense agreed to waive formal service of summons, I caused the documents to be sent from **ebell@*cutterlaw.com*** to the person(s) at the e-mail address ubermdlservice@listserv.shb.com. |

Executed on September 16, 2025 at Sacramento, California.

*Elaine Bell*
Elaine Bell