ALLISON M. BROWN (Admitted Pro Hac Vice)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted Pro Hac Vice)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted Pro Hac Vice)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH THE COURT'S SEPTEMBER 8, 2025 ORDER [ECF 3861]** |
| This Document Relates to: | |
| *Jane Roe CL 125 v. Uber Technologies, Inc., et al., No. 3:25-cv-02233-CRB* | Judge:   Hon. Charles R. Breyer<br>Courtroom:    6-17th Floor |
| *Jane Roe CL 128 v. Uber Technologies, Inc., et al., No. 3:25-cv-02497-CRB* | |
| *L.L. (5) v. Uber Technologies, Inc., et al., No. 3:25-cv-03742-CRB* | |
| *Roe CL 148 v. Uber Technologies, Inc., et al., No. 3:25-cv-03812-CRB* | |
| *Roe CL 147 v. Uber Technologies, Inc., et al., No. 3:25-cv-03811-CRB* | |

1    *Roe CL 149 v. Uber Technologies, Inc., et al., No. 3:25-cv-03813-CRB*

2

3    *Roe CL 150 v. Uber Technologies, Inc., et al., No. 3:25-cv-03815-CRB*

4    *Jane Roe CL 151 v. Uber Technologies, Inc., et al., No. 3:25-cv-03816-CRB*

5

6    *Jane Doe CL 156 v. Uber Technologies, Inc., et al., No. 3:25-cv-03944-CRB*

7

8    *Jane Roe CL 158 v. Uber Technologies, Inc., et al., No. 3:25-cv-04038-CRB*

9

10    *Jane Roe CL 160 v. Uber Technologies, Inc., et al., No. 3:25-cv-04205-CRB*

11    *Jane Roe CL 161 v. Uber Technologies, Inc., et al., No. 3:25-cv-04206-CRB*

12

13    *Jane Roe CL 163 v. Uber Technologies, Inc., et al., No. 3:25-cv-04386-CRB*

14

15    *T.S. v. Uber Technologies, Inc., et al., No. 3:24-cv-00635-CRB*

16    *C.B. (2) v. Uber Technologies, Inc., et al., No. 3:25-cv-01961-CRB*

17

18    *Jane Doe LS 596 v. Uber Technologies, Inc., et al., No. 3:25-cv-04069-CRB*

19

20    *Jane Doe LS 597 v. Uber Technologies, Inc., et al., No. 3:25-cv-04070-CRB*

21

22    *Jane Doe LS 598 v. Uber Technologies, Inc., et al., No. 3:25-cv-04071-CRB*

23    *Jane Roe Cl 165 v. Uber Technologies, Inc., et al., No. 3:25-cv-04589-CRB*

24

25    *Jane Roe Cl 166 v. Uber Technologies, Inc., et al., No. 3:25-cv-04591-CRB*

26

27    *S.Y. v. Uber Technologies, Inc., et al., No. 3:25-cv-04629-CRB*

28    *Jane Doe LS 600 v. Uber Technologies,*

1    *Inc., et al., No. 3:25-cv-04631-CRB*

2    *T.T. v. Uber Technologies, Inc., et al., No. 3:25-cv-04647-CRB*

3

4    *Jane Roe CL 167 v. Uber Technologies, Inc., et al., No. 3:25-cv-04670-CRB*

5

6    *Jane Roe CL 169 v. Uber Technologies, Inc., et al., No. 3:25-cv-04672-CRB*

7    *Jane Doe LS 601 v. Uber Technologies, Inc., et al., No. 3:25-cv-04699-CRB*

8

9    *Jane Roe Cl 170 v. Uber Technologies, Inc., et al., No. 3:25-cv-04705-CRB*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS
NOT IN COMPLIANCE WITH THE COURT'S SEPTEMBER 8, 2025 ORDER          Case No. 3:23-md-03084-CRB

**DECLARATION OF MICHAEL B. SHORTNACY**

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1.      I am over the age of 18 and am a resident of Los Angeles, CA. I respectfully submit this declaration identifying the plaintiffs that are not in compliance with the Court's September 8, 2025 Order [ECF 3861].

2.      I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, (collectively, "Uber").  I am a member in good standing of the Bar of the State of California, the Bar of the State of New York, and the Bar of the District of Columbia. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so.

3.      On September 8, 2025, the Court ordered each Plaintiff subject to Uber's Motion to Dismiss Cases for Failure to Comply with Court Order to provide a complete and verified Plaintiff Fact Sheet within 14 days of the Order. The Order therefore compelled compliance by each Plaintiff subject to the Order by September 22, 2025.

4.      The Court also ordered counsel for Uber to submit a declaration within 21 days of the Order (*i.e.*, by September 29, 2025), identifying which, if any, Plaintiffs did not comply with the Court's Order.

5.      On September 23, 2025, counsel for Uber reviewed MDL Centrality to determine which Plaintiffs subject to the Court's September 8, 2025, Order failed to provide a complete and verified Plaintiff Fact Sheet as ordered by the Court.

6.      Based on counsel for Uber's review of MDL Centrality, as of September 23, 2025, the following Plaintiffs have failed to provide a Plaintiff Fact Sheet as ordered by the Court:

| MDLC ID | Case Name | Case Number | Plaintiff Firm |
|---------|-----------|-------------|----------------|
| 1211 | T.S. | 3:24-cv-00635 | Pro Se (formerly Clarkson Law Firm) |
| 3268 | Jane Roe CL 125 | 3:25-cv-02233 | Cutter Law |
| 3271 | Jane Roe CL 128 | 3:25-cv-02497 | Cutter Law |
| 3379 | Jane Doe LS 597 | 3:25-cv-04070 | Levin Simes LLP |

| MDLC ID | Case Name | Case Number | Plaintiff Firm |
|---|---|---|---|
| 3380 | Jane Doe LS 598 | 3:25-cv-04071 | Levin Simes LLP |
| 3381 | Jane Doe LS 596 | 3:25-cv-04069 | Levin Simes LLP |
| 3437 | Jane Roe CL 147 | 3:25-cv-03811 | Cutter Law |
| 3438 | Jane Roe CL 148 | 3:25-cv-03812 | Cutter Law |
| 3441 | Jane Roe CL 151 | 3:25-cv-03816 | Cutter Law |
| 3446 | Jane Doe CL 156 | 3:25-cv-03944 | Cutter Law |
| 3448 | Jane Roe CL 158 | 3:25-cv-04038 | Cutter Law |
| 3450 | Jane Roe CL 160 | 3:25-cv-04205 | Cutter Law |
| 3453 | Jane Roe CL 163 | 3:25-cv-04386 | Cutter Law |
| 3482 | T.T. | 3:25-cv-04647 | Wagstaff Law Firm |
| 3512 | Jane Doe LS 601 | 3:25-cv-04699 | Levin Simes LLP |
| 3545 | Jane Roe CL 165 | 3:25-cv-04589 | Cutter Law |
| 3546 | Jane Roe CL 166 | 3:25-cv-04591 | Cutter Law |
| 3550 | Jane Roe CL 170 | 3:25-cv-04705 | Cutter Law |
| 3607 | L.L. | 3:25-cv-03742 | Meyer Wilson; Peiffer Wolf |
| 3912 | C.B. | 3:25-cv-01961 | Pro Se (formerly Wagstaff Law Firm) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 23, 2025, in Los Angeles, California.


 /s/Michael B. Shortnacy
Michael B. Shortnacy

DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS
NOT IN COMPLIANCE WITH THE COURT'S SEPTEMBER 8, 2025 ORDER     Case No. 3:23-md-03084-CRB