ALLISON M. BROWN (Admitted Pro Hac Vice)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted Pro Hac Vice)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted Pro Hac Vice)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*D.P. v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 04449-CRB<br><br>*Jane Roe CL 17 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04915-CRB<br><br>*Jane Roe CL 37 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05728-CRB<br><br>*Jane Roe CL 38 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05729-CRB<br><br>*Jane Roe CL 67 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06191-CRB | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH THE COURT'S SEPTEMBER 8, 2025 ORDER [ECF 3862]**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6-17th Floor |

1 | *Jane Roe CL 70 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06863-CRB

2

3 | *Jane Roe CL 71 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06864-CRB

4 | *Jane Roe CL 76 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07569-CRB

5

6 | *Jane Roe CL 77 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07571-CRB

7

8 | *Jane Roe CL 79 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07587-CRB

9

10 | *A.R. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08177-CRB

11 | *Jane Roe CL 81 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08521-CRB

12

13 | *Jane Roe CL 83 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08525-CRB

14

15 | *L.G. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09036-CRB

16

17 | *Jane Roe CL 88 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09145-CRB

18 | *G.C. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09195-CRB

19

20 | *Jane Roe CL 91 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09235-CRB

21

22 | *Jane Roe CL 92 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09237-CRB

23

24 | *Jane Roe CL 93 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09549-CRB

25 | *Jane Roe CL 98 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-00853-CRB

26

27 | *Jane Roe CL 101 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01118-CRB

28 | *Jane Roe CL 102 v. Uber Technologies,*

*Inc., et al., No. 3:25-cv-01120-CRB*

*Jane Roe CL 107 v. Uber Technologies, Inc., et al., No. 3:25-cv-01470-CRB*

*Jane Roe CL 109 v. Uber Technologies, Inc., et al., No. 3:25-cv-01652-CRB*

*Jane Roe CL 110 v. Uber Technologies, Inc., et al., No. 3:25-cv-01653-CRB*

*Jane Roe CL 114 v. Uber Technologies, Inc., et al., No. 3:25-cv-01942-CRB*

*C.B. v. Uber Technologies, Inc., et al., No. 3:25-cv-01961-CRB*

*Jane Roe CL 118 v. Uber Technologies, Inc., et al., No. 3:25-cv-02132-CRB*

*Jane Roe CL 119 v. Uber Technologies, Inc., et al., No. 3:25-cv-02133-CRB*

*Jane Roe CL 122 v. Uber Technologies, Inc., et al., No. 3:25-cv-02138-CRB*

*Jane Roe CL 126 v. Uber Technologies, Inc., et al., No. 3:25-cv-02495-CRB*

*Jane Doe NLG (PB) v. Uber Technologies, Inc., et al., No. 3:25-cv-02938-CRB*

*Jane Roe CL 138 v. Uber Technologies, Inc., et al., No. 3:25-cv-03137-CRB*

*Jane Roe CL 139 v. Uber Technologies, Inc., et al., No. 3:25-cv-03255-CRB*

*Jane Roe CL 147 v. Uber Technologies, Inc., et al., No. 3:25-cv-03811-CRB*

*Jane Roe CL 148 v. Uber Technologies, Inc., et al., No. 3:25-cv-03812-CRB*

*Jane Roe CL 150 v. Uber Technologies, Inc., et al., No. 3:25-cv-03815-CRB*

*Jane Roe CL 151 v. Uber Technologies,*

1  *Inc., et al., No. 3:25-cv-03816-CRB*

2  *Jane Roe CL 158 v. Uber Technologies, Inc., et al., No. 3:25-cv-04038-CRB*

3  

4  *Jane Roe CL 160 v. Uber Technologies, Inc., et al., No. 3:25-cv-04205-CRB*

5  

6  *Jane Roe CL 161 v. Uber Technologies, Inc., et al., No. 3:25-cv-04206-CRB*

7  *Jane Roe CL 164 v. Uber Technologies, Inc., et al., No. 3:25-cv-04587-CRB*

8  

9  *Jane Roe CL 165 v. Uber Technologies, Inc., et al., No. 3:25-cv-04589-CRB*

10 

11 *Jane Roe CL 166 v. Uber Technologies, Inc., et al., No. 3:25-cv-04591-CRB*

12 *Jane Roe CL 167 v. Uber Technologies, Inc., et al., No. 3:25-cv-04670-CRB*

13 

14 *Jane Roe CL 169 v. Uber Technologies, Inc., et al., No. 3:25-cv-04672-CRB*

15 

16 *Jane Roe CL 170 v. Uber Technologies, Inc., et al., No. 3:25-cv-04705-CRB*

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF MICHAEL B. SHORTNACY**

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Los Angeles, CA. I respectfully submit this declaration identifying the plaintiffs that are not in compliance with the Court's September 8, 2025 Order [ECF 3862].

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, (collectively, "Uber"). I am a member in good standing of the Bar of the State of California, the Bar of the State of New York, and the Bar of the District of Columbia. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so.

3. On September 8, 2025, the Court ordered each Plaintiff subject to Uber's Motion to Dismiss Cases for Failure to Comply with PTO 5 to provide a bona fide ride receipt, or in cases where is receipt is not readily available, to disclose to Defendants: (1) why the receipt is unavailable; (2) the name, phone number, and email address of the accountholder who ordered the ride; (3) the date of the ride, with as much precision as is reasonably possible; (4) the starting location and ending location of the ride, with as much precision as is reasonably possible; (5) any other basic information that may assist Defendants in identifying the ride; and (6) if items (2) through (5) cannot be provided with precision or cannot be provided at all, an explanation as to why the information is not readily ascertainable, within 14 days of the Order. The Order therefore compelled compliance by each Plaintiff subject to the Order by September 22, 2025.

4. The Court also ordered counsel for Uber to submit a declaration within 21 days of the Order (*i.e.*, by September 29, 2025), identifying which, if any, Plaintiffs did not comply with the Court's Order.

5. On September 23, 2025, counsel for Uber reviewed MDL Centrality to determine which Plaintiffs subject to the Court's September 8, 2025, Order failed to provide a ride receipt or a ride information form disclosing: (1) why the receipt is unavailable; (2) the name, phone number, and email address of the accountholder who ordered the ride; (3) the date of the ride, with as much

precision as is reasonably possible; (4) the starting location and ending location of the ride, with as much precision as is reasonably possible; (5) any other basic information that may assist Defendants in identifying the ride; and (6) if items (2) through (5) cannot be provided with precision or cannot be provided at all, an explanation as to why the information is not readily ascertainable, as ordered by the Court.

6. Based on counsel for Uber's review of MDL Centrality, as of September 23, 2025, the following Plaintiffs have failed to comply with the Court's September 8, 2025 Order:

| MDLC ID | Case Name | Case Number | Plaintiff Firm |
|---|---|---|---|
| 1779 | Jane Roe CL 17 | 3:24-cv-04915 | Cutter Law |
| 2096 | Jane Roe CL 37 | 3:24-cv-05728 | Cutter Law |
| 2098 | Jane Roe CL 38 | 3:24-cv-05729 | Cutter Law |
| 2494 | Jane Roe CL 67 | 3:24-cv-06191 | Cutter Law |
| 2600 | Jane Roe CL 71 | 3:24-cv-06864 | Cutter Law |
| 2681 | Jane Roe CL 77 | 3:24-cv-07571 | Cutter Law |
| 2683 | Jane Roe CL 79 | 3:24-cv-07587 | Cutter Law |
| 2702 | Jane Roe CL 81 | 3:24-cv-08521 | Cutter Law |
| 2704 | Jane Roe CL 83 | 3:24-cv-08525 | Cutter Law |
| 2771 | L.G. | 3:24-cv-09036 | Pro se (formerly Chaffin Luhana) |
| 2778 | Jane Roe CL 88 | 3:24-cv-09145 | Cutter Law |
| 2781 | Jane Roe CL 91 | 3:24-cv-09235 | Cutter Law |
| 2782 | Jane Roe CL 92 | 3:24-cv-09237 | Cutter Law |
| 2830 | Jane Roe CL 98 | 3:25-cv-00853 | Cutter Law |
| 2948 | Jane Roe CL 101 | 3:25-cv-01118 | Cutter Law |
| 2949 | Jane Roe CL 102 | 3:25-cv-01120 | Cutter Law |
| 3250 | Jane Roe CL 107 | 3:25-cv-01470 | Cutter Law |
| 3252 | Jane Roe CL 109 | 3:25-cv-01652 | Cutter Law |
| 3253 | Jane Roe CL 110 | 3:25-cv-01653 | Cutter Law |
| 3257 | Jane Roe CL 114 | 3:25-cv-01942 | Cutter Law |
| 3262 | Jane Roe CL 119 | 3:25-cv-02133 | Cutter Law |
| 3265 | Jane Roe CL 122 | 3:25-cv-02138 | Cutter Law |
| 3269 | Jane Roe CL 126 | 3:25-cv-02495 | Cutter Law |
| 3282 | Jane Roe CL 139 | 3:25-cv-03255 | Cutter Law |
| 3437 | Jane Roe CL 147 | 3:25-cv-03811 | Cutter Law |
| 3438 | Jane Roe CL 148 | 3:25-cv-03812 | Cutter Law |
| 3441 | Jane Roe CL 151 | 3:25-cv-03816 | Cutter Law |
| 3448 | Jane Roe CL 158 | 3:25-cv-04038 | Cutter Law |
| 3450 | Jane Roe CL 160 | 3:25-cv-04205 | Cutter Law |
| 3471 | G.C. | 3:24-cv-09195 | Meyer Wilson |
| 3501 | D.P. | 3:24-cv-04449 | Meyer Wilson |
| 3544 | Jane Roe CL 164 | 3:25-cv-04587 | Cutter Law |

| MDLC ID | Case Name | Case Number | Plaintiff Firm |
|---|---|---|---|
| 3545 | Jane Roe CL 165 | 3:25-cv-04589 | Cutter Law |
| 3546 | Jane Roe CL 166 | 3:25-cv-04591 | Cutter Law |
| 3549 | Jane Roe CL 169 | 3:25-cv-04672 | Cutter Law |
| 3550 | Jane Roe CL 170 | 3:25-cv-04705 | Cutter Law |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 23, 2025, in Los Angeles, California.

                    */s/Michael B. Shortnacy*
                    Michael B. Shortnacy