**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
|---|---|

I, Roopal P. Luhana declare:

1. I am a partner of Chaffin Luhana, LLP, an attorney licensed in the State of New York, and duly admitted to practice before this Court *pro hac vice*, representing Plaintiffs in the above caption action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Because the materials at issue were designated confidential by Defendants or contain references to documents produced and marked confidential by Defendants, Plaintiffs filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| **Exhibit 1** | Excerpt of document produced by Defendants, Bates stamped UBER_JCCP_MDL_000031233, designated as Confidential, containing confidential information about Uber's Flack system and non-public employee email addresses | Defendants |
| **Exhibit 2** | Excerpt of production letter from counsel for Defendants to counsel for Plaintiffs dated August 19, 2024, containing link to secure file transfer and user name. | Defendants |

| Document | Description | Designating Party |
|---|---|---|
| **Exhibit 3** | Draft Joint Discovery Letter Brief Relating to Safety Data | Defendants |
| **Exhibit 4** | Excerpts of transcript of April 25, 2025 Rule 30(b)(6) deposition of Defendants by Todd Gaddis, containing confidential information about Uber's Flack system | Defendants |
| **Exhibit D** | Email correspondence between the Parties dated July 31 – August 5, 2025 | Defendants |
| **Exhibit E** | Correspondence between the Parties dated August 7 – September 15, 2025 | Defendants |
| **Exhibit F** | Letter dated January 16, 2024 from counsel for Defendants to counsel for Plaintiffs pursuant to the Court's January 9, 2024 Order | Defendants |
| **Exhibit G** | Letter dated February 22, 2024 from counsel for Defendants to counsel for Plaintiffs responding to Plaintiffs' January 29, 2024 letter | Defendants |
| **Exhibit H** | Email correspondence between the parties dated April 19 – May 10, 2024 | Defendants |
| **Exhibit I** | January 18, 2024 declaration of Katherine McDonald | Defendants |
| **Exhibit K** | Correspondence from counsel for Defendants to counsel for Plaintiffs dated June 21, 2024 | Defendants |
| **Exhibit N** | Certification of Katherine McDonald dated January 10, 2025 | Defendants |
| **Exhibit O** | Certification of Katherine McDonald dated February 25, 2025 | Defendants |
| **Exhibit P** | Certification of Katherine McDonald dated March 6, 2025 | Defendants |
| **Exhibit Q** | Exhibit to April 24, 2025 JCCP deposition of Katherine McDonald | Defendants |
| **Exhibit R** | Email correspondence between the parties dated April 28 – May 1, 2025 | Defendants |
| **Exhibit S** | Draft Joint Discovery Letter Brief Relating to Safety Data | Defendants |

| Document | Description | Designating Party |
|---|---|---|
| **Exhibit T** | Excerpts of transcript of April 25, 2025 Rule 30(b)(6) deposition of Defendants by Todd Gaddis, containing confidential information about Uber's Flack system | Defendants |
| **Exhibit X** | Excerpts of transcript of April 24, 2025 deposition of Katy R. McDonald, designated as Highly Confidential – Attorneys' Eyes Only, containing confidential information about Uber's Bliss and Jira systems | Defendants |
| **Exhibit Y** | Excerpts of transcript of April 25, 2025 Rule 30(b)(6) deposition of Defendants by Katy R. McDonald, designated as Highly Confidential – Attorneys' Eyes Only, containing confidential information about Uber's Flack system | Defendants |
| **Exhibit Z** | Excerpt of transcript of April 25, 2025 Rule 30(b)(6) deposition of Defendants by Hannah Nilles, designated as Highly Confidential – Attorneys' Eyes Only, containing confidential information about Uber's Flack system | Defendants |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of September, 2025 in Brooklyn, New York.

/s/*Roopal P. Luhana*

**Roopal P. Luhana**