# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 3:23-md-03084-CRB<br><br>**[[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

Having considered Plaintiffs' September 23, 2025 Administrative Motion To Consider Whether Another Party's Materials Should be Filed Under Seal, the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| **Exhibit 1** | Excerpt of document produced by Defendants, Bates stamped UBER_JCCP_MDL_000031233, designated as Confidential, containing confidential information about Uber's Flack system and non-public employee email addresses | Defendants |
| **Exhibit 2** | Excerpt of production letter from counsel for Defendants to counsel for Plaintiffs dated August 19, 2024, containing link to secure file transfer and user name. | Defendants |
| **Exhibit 3** | Draft Joint Discovery Letter Brief Relating to Safety Data | Defendants |

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN MATERIALS FILED PURSUANT TO ECF NO. 3969

Case No. 3:23-MD-3084-CRB,

| Document | Description | Designating Party |
|---|---|---|
| **Exhibit 4** | Excerpts of transcript of April 25, 2025 Rule 30(b)(6) deposition of Defendants by Todd Gaddis, containing confidential information about Uber's Flack system | Defendants |
| **Exhibit D** | Email correspondence between the Parties dated July 31 – August 5, 2025 | Defendants |
| **Exhibit E** | Correspondence between the Parties dated August 7 – September 15, 2025 | Defendants |
| **Exhibit F** | Letter dated January 16, 2024 from counsel for Defendants to counsel for Plaintiffs pursuant to the Court's January 9, 2024 Order | Defendants |
| **Exhibit G** | Letter dated February 22, 2024 from counsel for Defendants to counsel for Plaintiffs responding to Plaintiffs' January 29, 2024 letter | Defendants |
| **Exhibit H** | Email correspondence between the parties dated April 19 – May 10, 2024 | Defendants |
| **Exhibit I** | January 18, 2024 declaration of Katherine McDonald | Defendants |
| **Exhibit K** | Correspondence from counsel for Defendants to counsel for Plaintiffs dated June 21, 2024 | Defendants |
| **Exhibit N** | Certification of Katherine McDonald dated January 10, 2025 | Defendants |
| **Exhibit O** | Certification of Katherine McDonald dated February 25, 2025 | Defendants |
| **Exhibit P** | Certification of Katherine McDonald dated March 6, 2025 | Defendants |
| **Exhibit Q** | Exhibit to April 24, 2025 JCCP deposition of Katherine McDonald | Defendants |
| **Exhibit R** | Email correspondence between the parties dated April 28 – May 1, 2025 | Defendants |
| **Exhibit S** | Draft Joint Discovery Letter Brief Relating to Safety Data | Defendants |

| Document | Description | Designating Party |
|---|---|---|
| **Exhibit T** | Excerpts of transcript of April 25, 2025 Rule 30(b)(6) deposition of Defendants by Todd Gaddis, containing confidential information about Uber's Flack system | Defendants |
| **Exhibit X** | Excerpts of transcript of April 24, 2025 deposition of Katy R. McDonald, designated as Highly Confidential – Attorneys' Eyes Only, containing confidential information about Uber's Bliss and Jira systems | Defendants |
| **Exhibit Y** | Excerpts of transcript of April 25, 2025 Rule 30(b)(6) deposition of Defendants by Katy R. McDonald, designated as Highly Confidential – Attorneys' Eyes Only, containing confidential information about Uber's Flack system | Defendants |
| **Exhibit Z** | Excerpt of transcript of April 25, 2025 Rule 30(b)(6) deposition of Defendants by Hannah Nilles, designated as Highly Confidential – Attorneys' Eyes Only, containing confidential information about Uber's Flack system | Defendants |

**IT IS SO ORDERED.**

Dated:_____

                                                      Hon. Lisa J. Cisneros
                                                      United States Magistrate Judge