| | |
|---|---|
| 1 | Roopal P. Luhana (*pro hac vice*) |
| 2 | **CHAFFIN LUHANA LLP**<br>600 Third Avenue, 12th Floor |
| 3 | New York, NY 10016<br>Telephone: (888) 480-1123 |
| 4 | Facsimile: (888) 499-1123<br>luhana@chaffinluhana.com |
| 5 | |
| 6 | Sarah R. London (SBN 267093)<br>**GIRARD SHARP LLP** |
| 7 | 601 California St., Suite 1400<br>San Francisco, CA 94108 |
| 8 | Telephone: (415) 981-4800<br>slondon@girardsharp.com |
| 9 | |
| 10 | |
| 11 | Rachel B. Abrams (SBN 209316)<br>**PEIFFER WOLF CARR KANE CONWAY &** |
| 12 | **WISE, LLP**<br>555 Montgomery Street, Suite 820 |
| 13 | San Francisco, CA 94111<br>Telephone: (415) 426-5641 |
| 14 | Facsimile: (415) 840-9435<br>rabrams@peifferwolf.com |
| 15 | |
| 16 | *Co-Lead Counsel for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| | **CERTIFICATE OF SERVICE** |
| This Document Relates to:<br><br>ALL CASES | |

I certify that, on September 23, 2025 a true and correct copy of the UNSEALED versions of the following documents:

- **Exhibits D-I, K, N-T, X-Z to the Declaration of Beth Wilkins Pursuant to ECF 3969**

- 1 -

- **Exhibits 1-4 to the Declaration of Christopher Cox Pursuant to ECF 3969**

were served pursuant to Civil L.R. 5 (a) to each person named below:

**Kirkland & Ellis LLP**
Alli Brown
alli.brown@kirkland.com
Chris Cox
christopher.cox@kirkland.com
Jessica Davidson:
jessica.davidson@kirkland.com
Jennifer Levy
jlevy@kirkland.com
Rupal Joshi
rupal.joshi@kirkland.com

**O'Melveny and Meyers LLP**
Sabrina Strong
sstrong@omm.com
Jonathan Schneller
jschneller@omm.com
Joshua Revesz
jrevesz@omm.com
Louis Fisher:
lfisher@omm.com

**Shook, Hardy & Bacon LLP**
Michael B. Shortnacy
mshortnacy@shb.com
Patrick L. Oot, Jr.
oot@shb.com
Christopher V. Cotton
ccotton@shb.com
Alycia A. Degen
adegen@shb.com
Veronica Gromada
vgromada@shb.com

Service Email
UBERMDLSERVICE@LISTSERV.SHB.COM

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an

email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 23, 2025.

By: */s Roopal Luhana*
Roopal Luhana