# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**JOINT SUBMISSION TO PURSUANT TO ECF 3969**<br><br>Judge:     Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

Dear Judge Cisneros:

    Pursuant to the Court's September 22, 2025 Order (ECF 3969), the Parties respectfully submit the attached declarations and exhibits.

DATED: September 23, 2025                                                            Respectfully submitted,

By: */s/ Roopal P. Luhana*                                        *s/ Christopher D. Cox*
ROOPAL P. LUHANA *(Pro Hac Vice)*          **KIRKLAND & ELLIS LLP**
**CHAFFIN LUHANA LLP**                                 ALLISON M. BROWN
600 Third Avenue, Fl. 12                                       CHRISTOPEHR D. COX
New York, NY 10016                                            JESSICA DAVIDSON
Telephone: (888) 480-1123                                 LAURA VARTAIN
Email: luhana@chaffinluhana.com

                                                                                     **SHOOK, HARDY & BACON L.L.P.**
SARAH R. LONDON (SBN 267083)              MICHAEL B. SHORTNACY
**GIRARD SHARP LLP**                                     PATRICK L. OOT, JR.
601 California St., Suite 1400                              CHRISTOPHER V. COTTON
San Francisco, CA 94108                                    ALYCIA A. DEGEN
Telephone: (415) 981-4800

Email: slondon@girardsharp.com               **O'MELVENY AND MYERS LLP**
                                                                                     SABRINA H. STRONG
RACHEL B. ABRAMS (SBN 209316)            JONATHAN SCHNELLER

JOINT SUBMISSION PURSUANT TO ECF 3969    Case No. 3:23-MD-3084-CRB

1  **PEIFFER WOLF CARR KANE CONWAY**      *Attorneys for Defendants*
   **& WISE, LLP**                        UBER TECHNOLOGIES, INC.,
2  555 Montgomery Street, Suite 820       RASIER, LLC, and RASIER-CA, LLC
3  San Francisco, CA 94111
   Telephone: (415) 426-5641
4  Email: rabrams@peifferwolf.com

5  *Co-Lead Counsel for Plaintiffs*

JOINT SUBMISSION PURSUANT TO ECF 3969   Case No. 3:23-MD-3084-CRB

## ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: September 23, 2025                                      By: /s/ *Roopal P. Luhana*

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Roopal P. Luhana*