Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF CHRISTOPHER COX PURSUANT TO ECF 3969**<br><br>Judge:       Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

I, Christopher Cox, declare the following:

1. I am over the age of 18 and am a resident of Darien, Connecticut.

2. I am a partner at the law firm of Kirkland & Ellis LLP, attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Uber"). I am a member in good standing of the Bar of the State of New York. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so.

3. I submit this declaration pursuant to this Court's Order (ECF 3969).

**August 2024: Uber Produces to MDL Plaintiffs Document Identifying Flack Logic**

4. **Exhibit 1** is a true and correct copy of an excerpt from UBER_JCCP_MDL_000031197, a document that identifies the three ticket data sources (Jira, Bliss, and Zendesk) used by Uber to record reported incidents and states the following: "Flack ingests from the three ticket data sources, then, for each ticket, approximates the closest classification in Safety Standard Taxonomy. Finally, Flack uses logic to combine multiple tickets on the same trip_uuid to a single event."

5. Uber produced this document to MDL Plaintiffs in August 2024. *See* **Exhibit 2** (true and correct copy of letter identifying production of UBER_JCCP_MDL_0000000001 to UBER_JCCP_MDL000184677).

**April 2025: Katherine McDonald Testifies Regarding Flack and Flack Logic**

6. **Exhibit X** is a true and correct copy of excerpts from the transcript of the JCCP PMK Deposition of Katherine McDonald, No. CJC-21-005188 (Apr. 24, 2025). The deposing attorney was Brian Abramson (*see* **Ex. X** at 6), who is a member of MDL Plaintiffs' Leadership (*see* PTO 4 at 3 (ECF 152)), and other MDL Plaintiffs' counsel attended the deposition. *See* **Ex. X** at 3-4 (identifying Kristina Berkover (Simmons Hanly Conroy), Sara Craig (Peiffer Wolf), Tiffany Ellis (Peiffer Wolf), Michael Sweet (Chaffin Luhana), and Beth Wilkins (Chaffin Luhana) as attendees).

7. Plaintiffs' counsel questioned Ms. McDonald regarding

1  UBER_JCCP_MDL_000031197 (attached as **Exhibit 1**) and marked the document as an exhibit to
2  the deposition. Mr. Abramson specifically questioned Ms. McDonald about the language quoted in
3  paragraph 4 above. **Ex. X** at 42:19-46:8.

4        8.    Ms. McDonald testified that Flack uses "the trip UUID, which is the unique
5  identifier associated to a given trip, to be able to consolidate and be able to identify all the tickets
6  related to that given trip." **Ex. X** at 46:4-8.

7        9.    Plaintiffs' counsel also questioned Ms. McDonald regarding another Uber-produced
8  document, stating the number of serious incidents that occur in the U.S. and Canada on average per
9  day and noting that the incident data in the document was sourced from Flack. **Ex. X** at 94:7-18.

10        10.    **Exhibit Y** is a true and correct copy of excerpts from the transcript of the MDL
11  30(b)(6) Deposition of Katherine McDonald, No. 3:23-md-03084-CRB-LJC (Apr. 25, 2025).

12        11.    "Flack" was referenced 40 times during the April 25 deposition, in questions by
13  MDL Plaintiffs' counsel and in testimony by Ms. McDonald. *See* **Ex. Y** (index identifying 40
14  "Flack" references).

15        12.    MDL Plaintiffs' counsel asked Ms. McDonald whether "Flack contain[s] any
16  information ***from reports*** that are originally put into Bliss that is not stored in Bliss," to which Ms.
17  McDonald responded, "No." **Ex. Y** at 108:19-23 (emphasis added).

18        13.    MDL Plaintiffs' counsel then asked Ms. McDonald, "Is there ***anything*** in Flack
19  that's not in Bliss or Jira?" Ms. McDonald responded that ". . . [t]here are additional tables that
20  enrich that information. For example, the Bliss system does not actually have a dropdown for
21  reported-against. . . . So there is, you know, additional columns and logic using the information
22  from Bliss or Jira to enrich it . . . ." **Ex. Y** at 110:13-24 (emphasis added).

23        14.    MDL Plaintiffs' counsel then asked Ms. McDonald, "What are those additional
24  columns and logic?" Ms. McDonald responded, ". . . "Bliss does not have a reported-against field"
25  and then continued by explaining Flack's "reported-against-possible field" and the "reported-
26  against-probable field," which she testified were "examples of fields that Uber has created to enrich
27  the original Bliss information . . . ." **Ex. Y** at 111:21-25; 112:8-113:6. Ms. McDonald also testified

28

1  that Flack includes "a category and a subcategory column." **Ex. Y** at 114:2-8. Ms. McDonald
2  testified that "there are additional columns and enrichment," but she could not recall all of the Flack
3  fields off the top of her head. **Ex. Y** at 113:7-114:1.

4  **April 2025: MDL Plaintiffs Acknowledge Ms. McDonald's Flack-Related Testimony**

5  15.  **Exhibit 3** is a true and correct copy of a draft PTO 8 letter brief that MDL Plaintiffs'
6  counsel sent to Defendants' counsel on April 30, 2025, in which MDL Plaintiffs specifically
7  referenced Ms. McDonald's April 24 and 25, 2025 testimony: "McDonald additionally testified
8  that, in addition to Bliss and JIRA, Uber uses a system called Flack to logically 'combine multiple
9  tickets on the same trip UUID to a single event.' This system . . . also has additional fields upon
10 which Uber relies to determine whether violence was, for example, committed on a rider or driver."
11 **Ex. 3** at 2.

12 **July 2025: Todd Gaddis Does Not Reference Flack in Deposition**

13 16.  **Exhibit 4** is a true and correct copy of an index excerpt from the transcript of the
14 MDL 30(b)(6) Deposition of Todd Gaddis, No. 3:23-md-3084-CRB-LJC (July 11, 2025), showing
15 that Flack was not discussed during his deposition. *See* ECF 3914 at 7 n.10; ECF 3700 at 7.

16 I declare under penalty of perjury under the laws of the United States of America that the
17 foregoing is true and correct.

18 Executed on September 23, 2025, in Darien, Connecticut.

*/s/Christopher Cox*
Christopher Cox