# EXHIBIT A

| | |
|---|---|
| 1 | Roopal P. Luhana |
| | **CHAFFIN LUHANA LLP** |
| 2 | 600 Third Avenue, Floor 12 |
| | New York, NY 10016 |
| 3 | Telephone: (888) 480-1123 |
| | luhana@chaffinluhana.com |
| 4 | |
| | Sarah R. London (SBN 267083) |
| 5 | **GIRARD SHARP LLP** |
| | 601 California St., Suite 1400 |
| 6 | San Francisco, CA 94108 |
| | Telephone: (415) 981-4800 |
| 7 | slondon@girardsharp.com |
| 8 | Rachel B. Abrams (SBN 209316) |
| | **PEIFFER WOLF CARR KANE** |
| 9 | **CONWAY & WISE, LLP** |
| | 555 Montgomery Street, Suite 820 |
| 10 | San Francisco, CA 94111 |
| | Telephone: (415) 426-5641 |
| 11 | rabrams@peifferwolf.com |
| 12 | *Co-Lead Counsel for Plaintiffs* |

(Counsel block above)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| This Document Relates to: | STIPULATION AND [PROPOSED] ORDER TO RESET DEADLINES RE: PTO NO. 26 AND EXPERT DEMONSTRATIVES |
| *WHB 1486 V. Uber Technologies, Inc., et al.*, Case No. 24-cv-4803; | |
| *A.R.2 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-07821; | |
| *Dean v. Uber Technologies, Inc., et al.*, Case No. 23-cv-6708; | Judge: Hon. Charles R. Breyer |
| | Courtroom: Courtroom 6-17th Floor |
| *B.L. v. Uber Technologies, Inc., et al.*, Case No. 2f-cv-7940; | |
| *LCHB128 v. Uber Technologies, Inc., et al.*, Case No. 24-cv-7019; and | |
| *WHB 1876 v. Uber Technologies, Inc., et al.* Case No. 24-cv-5230. | |

1  WHEREAS, on May 1, 2025, the Court issued Pretrial Order No. 26: Bellwether Trial Wave 1
2  Case Assignments and Discovery Schedule;

3  WHEREAS, Pretrial Order No. 26, which required the parties to exchange expert reports by
4  August 8, 2025 and rebuttal expert reports by September 8, 2025, was modified by Stipulation and
5  Court Order to require the parties to submit expert reports by August 22, 2025, and rebuttal expert
6  reports by September 22, 2025 [ECF 3533];

7  WHEREAS, the parties agree certain fact discovery remains open for completion -- including
8  a 30(b)(6) deposition on August 21, 2025 that is necessary for expert discovery;

9  WHEREAS, the parties agree that expert deadlines should be modified such that the
10  exchange of expert reports should move from August 22, 2025 to August 29, 2025, and the
11  exchange of rebuttal expert reports should move from September 15, 2025 to September 29, 2025;

12  WHEREAS, the parties agree that extending the aforementioned deadlines will not require
13  extending any other deadlines set by Pretrial Order No. 26.

14  WHEREAS, the Court's Standing Order on Civil Jury Trials Section II(F)(1) regarding Expert
15  Witnesses provides, in relevant part: "expert reports must be complete and sufficiently detailed.
16  Illustrative animations, diagrams, charts and models may be used on direct examination only if they
17  were part to the expert's report… By written stipulation, of course, all sides may relax these
18  requirements."

19  WHEREAS, on June 3, 2025, the Parties indicated their intent to provide a stipulation
20  relaxing these requirements to the Court. ECF 3157.

21  THEREFORE, the parties respectfully request the Court enter the parties' stipulation and
22  that the following deadlines set by Pretrial Order No. 26 and modified by ECF 3533 be extended as
23  follows:

24  • The parties shall exchange expert reports by August 29, 2025.

25  • The parties shall exchange expert rebuttal reports by September 29, 2025.

STIPULATION TO RESET DEADLINES AND
EXPERT DEMONSTRATIVES        - 2 -        CASE NO. 3:23-MD-03084-CRB

1    IT IS HEREBY STIPULATED AND AGREED by the Parties that expert reports need not
2    include "[i]llustrative animations, diagrams, charts and models" for them to be used on direct
3    examination.

4

5    **IT IS SO STIPUALTED.**

6

7    DATED:  August 14, 2025             Respectfully submitted,

8                                        By: */s/ Sarah London*
                                         RACHEL B. ABRAMS (Cal Bar No. 209316)
9                                        ADAM B. WOLF (Cal Bar No. 215914)
                                         SARA B. CRAIG (Cal Bar No. 301290)
10                                       PEIFFER WOLF CARR KANE CONWAY
                                          & WISE, LLP
11                                       555 Montgomery Street, Suite 820
                                         San Francisco, CA 94111
12                                       Telephone: 415.766.3544
                                         Facsimile: 415.840.9435
13                                       Email: rabrams@peifferwolf.com
                                                awolf@peifferwolf.com
14                                              scraig@peifferwolf.com

15                                       ROOPAL P. LUHANA *(Pro Hac Vice)*
                                         CHAFFIN LUHANA LLP
16                                       600 Third Avenue, Fl. 12
                                         New York, NY 10016
17                                       Telephone: (888) 480-1123
                                         Email: luhana@chaffinluhana.com
18

19                                       SARAH R. LONDON (SBN 267083)
                                         ANDREW R. KAUFMAN *(Pro Hac Vice)*
20                                       GIRARD SHARP LLP
                                         601 California St., Suite 1400
21                                       San Francisco, CA 94108
                                         Telephone: (415) 981-4800
22                                       Email: slondon@girardsharp.com
                                                akaufman@girardsharp.com
23

24                                       *Co-Lead Counsel for Plaintiffs*

25

26

27

28

STIPULATION TO RESET DEADLINES AND
EXPERT DEMONSTRATIVES           - 3 -               CASE NO. 3:23-MD-03084-CRB

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 14, 2025 | KIRKLAND & ELLIS LLP |

*/s/ Laura Vartain Horn*
Jessica Davidson (*Admitted Pro Hac Vice*)
jessica.davidson@kirkland.com
601 Lexington Avenue New York, NY 10022
Telephone: (212) 446-4800

Allison M. Brown (*Admitted Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

Laura Vartain Horn (SBN 258485)
laura.vartain@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

| | |
|---|---|
| 1 | **<u>ATTESTATION</u>** |
| 2 | Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose |
| 3 | behalf the filing is submitted, concur in the filing's consent and have authorized the filing. |
| 4 | Dated: August 14, 2025 |

*/s/ Sarah R. London*
SARAH R. LONDON

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: August 15, 2025

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(Seal: United States District Court, Northern District of California)

STIPULATION TO RESET DEADLINES AND
EXPERT DEMONSTRATIVES — - 6 - CASE NO. 3:23-MD-03084-CRB