# EXHIBIT B

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE**
**CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL WAVE 1 BELLWETHER CASES | Case No. 3:23-md-03084-CRB (LJC)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO RESET PRETRIAL DEADLINES<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:   Courtroom 6-17th Floor |

WHEREAS, on May 1, 2025, the Court issued Pretrial Order No. 26: Bellwether Trial Wave 1 Case Assignments and Discovery Schedule;

WHEREAS, Pretrial Order No. 26, which required the parties to exchange expert reports by August 8, 2025 and rebuttal expert reports by September 8, 2025, was modified by Stipulation and Court Order to require the parties to submit expert reports by August 22, 2025, and rebuttal expert reports by September 22, 2025 [ECF 3533];

WHEREAS, Pretrial Order No. 26 was further modified by Stipulation and Court Order to require the parties to submit expert reports by August 29 and rebuttal expert reports by September 29 [ECF 3705];

WHEREAS, at the August 22, 2025 Case Management Conference, the Court informed the parties that the first bellwether trial will begin on January 7, 2026, rather than December 8, 2025 [ECF 3725];

WHEREAS, the parties are still working to complete outstanding fact discovery, including 30(b)(6) depositions scheduled for the last week of August and into September;

WHEREAS, given the need to complete outstanding discovery and the additional time made available by the new trial date, the parties agree that expert discovery deadlines for the five Wave 1 cases that have substantially completed fact discovery should be modified as follows:

- Expert Reports:                September 12, 2025[1]
- Rebuttal Reports:              October 13, 2025

WHEREAS, Plaintiffs filed an administration motion seeking an extension to the expert reports on August 25, 2025 and hereby withdraw that motion [ECF 3747];

WHEREAS, the parties will promptly meet and confer and propose adjustments to the schedule for *Daubert* and dispositive motion briefing, as well as a schedule for expert discovery and briefing in WHB 318, with the goal of ensuring that WHB 318 is integrated into the proposed adjustments such that all Wave 1 cases will be briefed to the extent possible on the same schedule to minimize burdens on the parties and the Court;

---

[1] This includes the mental examination report of Dr. Reminick in WHB 823 to be produced on August 28, 2025, which will now be produced consistent with the schedule set out here.

1    THEREFORE, the parties respectfully request the Court enter the parties' stipulation and
2    that, the following deadlines set by Pretrial Order No. 26 and modified by ECF 3533 and 3705 be
3    extended as follows:

    <u>For B.L., A.R.2, Dean, LCHB128, and WHB 823:</u>

- Expert Reports:                     September 12, 2025
- Rebuttal Reports:                  October 13, 2025

**IT IS SO STIPUALTED.**

DATED:  August 26, 2025               Respectfully submitted,

By: */s/ Rachel Abrams*
RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
PEIFFER WOLF CARR KANE CONWAY
 & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
        awolf@peifferwolf.com
        scraig@peifferwolf.com

ROOPAL P. LUHANA *(Pro Hac Vice)*
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

SARAH R. LONDON (SBN 267083)
ANDREW R. KAUFMAN (*Pro Hac Vice*)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
        akaufman@girardsharp.com

*Co-Lead Counsel for Plaintiffs*

| | | |
|---|---|---|
| 1 | Dated: August 26, 2025 | KIRKLAND & ELLIS LLP |
| 2 | | */s/ Laura Vartain* |
| 3 | | Jessica Davidson (*Admitted Pro Hac Vice*) |
| | | jessica.davidson@kirkland.com |
| 4 | | 601 Lexington Avenue New York, NY 10022 |
| 5 | | Telephone: (212) 446-4800 |
| 6 | | Allison M. Brown (*Admitted Pro Hac Vice*) |
| | | alli.brown@kirkland.com |
| 7 | | 2005 Market Street, Suite 1000 |
| | | Philadelphia, PA 19103 |
| 8 | | Telephone: (215) 268-5000 |
| 9 | | Laura Vartain (SBN 258485) |
| 10 | | laura.vartain@kirkland.com |
| | | 555 California Street |
| 11 | | San Francisco, CA 94104 |
| 12 | | Telephone: (415) 439-1400 |
| 13 | | *Attorneys for Defendants* |
| | | UBER TECHNOLOGIES, INC., |
| 14 | | RASIER, LLC, and RASIER-CA, LLC |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: August 26, 2025

*/s/ Sarah R. London*
Sarah R. London

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: __August 26, 2025__

Honorable Charles R. Breyer
United States District Judge