# EXHIBIT C

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL WAVE 1 BELLWETHER CASES | Case No. 3:23-md-03084-CRB (LJC)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO RESET PRETRIAL DEADLINES<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: Courtroom 6-17th Floor |

WHEREAS, on May 1, 2025, the Court issued Pretrial Order No. 26: Bellwether Trial Wave 1 Case Assignments and Discovery Schedule;

WHEREAS, Pretrial Order No. 26, which required the parties to exchange expert reports by August 8, 2025 and rebuttal expert reports by September 8, 2025, was modified by Stipulation and Court Order to require the parties to submit expert reports by August 22, 2025, and rebuttal expert reports by September 22, 2025 [ECF 3533]; and was further modified by Stipulation and Court Order

- 1 -

STIPULATION TO RESET DEADLINES
CASE NO. 3:23-MD-03084-CRB

to require the parties to submit expert reports by August 29 and rebuttal expert reports by September 29 [ECF 3705];

WHEREAS, at the August 22, 2025 Case Management Conference, the Court informed the parties that the first bellwether trial will begin on January 6, 2026, rather than December 8, 2025 [ECF 3725];

WHEREAS, Pretrial Order No. 26 was further modified by Stipulation and Court Order to require the parties to submit expert reports by September 12, 2025 and rebuttal expert reports by October 13, 2025 [ECF 3757];

WHEREAS, the parties agree that an additional extension of the expert disclosure deadlines is necessary, and that they will meet and confer on adjustments to the remainder of the pretrial schedule;

WHEREAS, given the additional time made available by the new trial date, the parties agree that pretrial deadlines for the disclosure of expert reports in the five Wave 1 cases that have substantially completed fact discovery should be modified as follows:

- Expert Reports:                                              September 26, 2025
- Rebuttal Reports:                                            October 24, 2025

THEREFORE, the parties respectfully request the Court enter the parties' stipulation and that the following deadlines set by Pretrial Order No. 26 and modified by ECF 3533, 3705, and 3757 be extended as follows:

<u>For B.L., A.R.2, Dean, LCHB128, and WHB 823:</u>

- Expert Reports:                                              September 26, 2025
- Rebuttal Reports:                                            October 24, 2025

**IT IS SO STIPULATED.**

DATED:  September 10, 2025           Respectfully submitted,

By: */s/ Sarah R. London*

RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)

```
 1    SARA B. CRAIG (Cal Bar No. 301290)
      PEIFFER WOLF CARR KANE CONWAY
 2     & WISE, LLP
      555 Montgomery Street, Suite 820
 3    San Francisco, CA 94111
      Telephone: 415.766.3544
 4    Facsimile: 415.840.9435
      Email: rabrams@peifferwolf.com
 5           awolf@peifferwolf.com
             scraig@peifferwolf.com
 6
      ROOPAL P. LUHANA (Pro Hac Vice)
 7    CHAFFIN LUHANA LLP
      600 Third Avenue, Fl. 12
 8    New York, NY 10016
      Telephone: (888) 480-1123
 9    Email: luhana@chaffinluhana.com

10    SARAH R. LONDON (SBN 267083)
      ANDREW R. KAUFMAN (Pro Hac Vice)
11    GIRARD SHARP LLP
      601 California St., Suite 1400
12    San Francisco, CA 94108
      Telephone: (415) 981-4800
13    Email: slondon@girardsharp.com
             akaufman@girardsharp.com
14
15    Co-Lead Counsel for Plaintiffs
```

| | |
|---|---|
| Dated: September 10, 2025 | KIRKLAND & ELLIS LLP |
| | |
| | */s/ Laura Vartain* |
| | Jessica Davidson (*Admitted Pro Hac Vice*) |
| | jessica.davidson@kirkland.com |
| | 601 Lexington Avenue New York, NY 10022 |
| | Telephone: (212) 446-4800 |
| | |
| | Allison M. Brown (*Admitted Pro Hac Vice*) |
| | alli.brown@kirkland.com |
| | 2005 Market Street, Suite 1000 |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 268-5000 |
| | |
| | Laura Vartain (SBN 258485) |
| | laura.vartain@kirkland.com |
| | 555 California Street |
| | San Francisco, CA 94104 |
| | Telephone: (415) 439-1400 |

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: September 10, 2025

                                               */s/ Sarah R. London*
                                               Sarah R. London

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: September 11, 2025

_____
Honorable Charles R. Breyer
United States District Judge