1   Steve Schulte (TX SBN 24051306)
    *Appearance Pro Hac Vice*
2   John Raggio (CA Bar No. 338261)
    Arati Furness (CA Bar No. 225435)
3   **NACHAWATI LAW GROUP**
4   5489 Blair Road
    Dallas, TX  75231
5   Phone: (214) 890-0711
    Direct: (972) 581-9778
6   schulte@ntrial.com
    jraggio@ntrial.com
7   afurness@ntrial.com
8   *Attorneys for Plaintiff*

9                **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIF**
10              **SAN FRANCISCO DIVISION**

11  IN RE: UBER TECHNOLOGIES, INC.,          **MDL No. 3084 CRB**
12  PASSENGER SEXUAL ASSAULT
    LITIGATION                               **Honorable Charles R. Breyer**
13
    **This Document Relates to:**
14
    *JANE DOE NLG (AH);*
15  **Case No.: 3:25-cv-8112**
    *v. Uber Technologies, Inc., et al.*     **NOTICE OF FILING OF NEW ACTION**
16
17          Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the

18  Complaint with Jury Demand in the above-referenced action was filed on March 24, 2025.

19   Dated: September 24, 2025                **NACHAWATI LAW GROUP**

20                                           */s./ Steven S. Schulte*
                                             Steve Schulte (TX SBN 24051306)
21                                           *Appearance Pro Hac Vice*
                                             Arati Furness (CA Bar No. 225435)
22                                           5489 Blair Road, Dallas, TX  75231
                                             Phone: (214) 890-0711
23                                           Direct: (972) 581-9778
                                             schulte@ntrial.com
24                                           afurness@ntrial.com
                                             **ATTORNEYS FOR PLAINTIFF**
25

26

27

28

                                        1