|   |   |
|---|---|
| 1 | ELLYN HURD Massachusetts Bar No. 652031 |
| 2 | JO ANNA POLLOCK Illinois Bar No. 6273491 |

ELLYN HURD Massachusetts Bar No. 652031
JO ANNA POLLOCK Illinois Bar No. 6273491
**Simmons Hanly Conroy, LLP**
One Court Street
Alton, IL 62002
Telephone: 800-479-9533
Facsimile: 618-259-2251
Email: ehurd@simmonsfirm.com
          jpollack@simmonsfirm.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>L.B. v. UBER TECHNOLOGIES, Inc., et al., 3:24-cv-08116 | No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the complaint with Jury Demand in the above-referenced action was filed on September 24, 2025.

Dated: September 24, 2025                   Respectfully submitted,

                                            By: */s/ Ellyn Hurd*
                                            ELLYN HURD
                                            JO ANNA POLLOCK
                                            **Simmons Hanly Conroy, LLP**
                                            One Court Street
                                            Alton, IL 62002
                                            Telephone: 800-479-9533
                                            Facsimile: 618-259-2251
                                            Email: ehurd@simmonsfirm.com
                                                      jpollack@simmonsfirm.com
                                            *Counsel for Plaintiff*

CASE NO. 3:23-md-03084-CRB            1            NOTICE OF FILING OF NEW ACTION

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2025, Plaintiff electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using CM/ECF System for filing thereby transmitting a Notice for Electronic Filing to all CM/ECF registrants.

/s/ Ellyn Hurd
Ellyn Hurd