|     |     |
| --- | --- |
| 1   | Laura Vartain Horn (SBN 258485) |
| 2   | **KIRKLAND & ELLIS LLP**<br>555 California Street, Suite 2700 |
| 3   | San Francisco, CA 94104<br>Telephone: (415) 439-1625 |
| 4   | laura.vartain@kirkland.com |
| 5   | Jessica Davidson (Admitted *Pro Hac Vice*)<br>Christopher D. Cox (Admitted *Pro Hac Vice*) |
| 6   | **KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue |
| 7   | New York, NY 10022<br>Telephone: (212) 446-4800 |
| 8   | jessica.davidson@kirkland.com<br>christopher.cox@kirkland.com |
| 9   | Allison M. Brown (Admitted *Pro Hac Vice*) |
| 10  | **KIRKLAND & ELLIS LLP**<br>2005 Market Street, Suite 1000 |
| 11  | Philadelphia, PA 19103<br>Telephone: (215) 268-5000 |
| 12  | alli.brown@kirkland.com |
| 13  | Christopher V. Cotton (Admitted *Pro Hac Vice*)<br>**SHOOK, HARDY & BACON, LLP** |
| 14  | 255 Grand Boulevard<br>Kansas City, MO 64108 |
| 15  | Telephone: (816) 474-6550<br>ccotton@shb.com |
| 16  | *Attorneys for Defendants* |
| 17  | UBER TECHNOLOGIES, INC., RASIER, LLC,<br>And RASIER-CA, LLC |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH CIVIL LOCAL RULE 3-15 AND COURT ORDERS**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

I, Christopher V. Cotton, declare as follows:

1. I am an attorney at Shook, Hardy & Bacon L.L.P., counsel of record for Defendants Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC (collectively, "Uber" or "Defendants"). I make this declaration in support of Defendants' Motion to Compel Compliance With Civil Local Rule 3-15 and Court Orders. I make this declaration of my own personal knowledge. If called as a witness, I could and would testify to the matters set forth herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of "Fortress' Billions Quietly Power America's Biggest Legal Fights," Bloomberg Law, dated October 16, 2024.

3. Attached hereto as **Exhibit B** is a true and correct copy of Dkt. No. 3684 which is Plaintiffs' Status Report in response to Court Order, Dkt. No. 3676.

4. Attached hereto as **Exhibit C** is a true and correct copy of Dkt. No. 3683 which is Plaintiffs' Status Report in response to Court Order, Dkt. No. 3625.

5. Attached hereto as **Exhibit D** is a true and correct copy of Dkt. No. 3685 which is Plaintiff's Status Report in response to Court Order, Dkt. No. 3676.

6. Attached hereto as **Exhibit E** is a true and correct copy of Dkt. No. 3698 which is Plaintiffs' Status Report in response to Court Order, Dkt. No. 3676.

7. Attached hereto as **Exhibit F** is a true and correct copy of a letter from Mark Premo-Hopkins to Plaintiffs' Counsel concerning deficiencies regarding the Civil Local Rule 3-15 Status Reports filed by Plaintiffs' firms, dated August 18, 2025.

8. Attached hereto as **Exhibit G** is a true and correct copy of an email chain between counsel regarding a meet and confer regarding Civil Local Rule 3-15 Status Report deficiencies, dated August 19, 25-26th 2025.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 24th day of September, 2025, at Kansas City, Missouri.

_____
CHRISTOPHER V. COTTON