# EXHIBIT B

[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**STATUS REPORT RE: COURT ORDER (ECF 3676)** |

Plaintiffs' Co-Lead Counsel submit this status report as ordered at ECF 3676. Following the Court's August 1, 2025 order (ECF 3625), Plaintiffs' Co-Lead Counsel convened an all-counsel call to review the Court's order. Plaintiffs' Co-Lead Counsel are not aware of any plaintiff who intends to submit a supplemental Civil Local Rule 3.15 Certificate of Interested Entities. Plaintiffs' Co-Lead Counsel do understand that some plaintiffs have not yet submitted their original Certificates, but will do so by August 15.

Dated: August 12, 2025

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111

- 1 -

STATUS REPORT RE: COURT ORDER
CASE NO. 23-MD-03084-CRB

Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

| | |
|---|---|
| 1 | **<u>FILER'S ATTESTATION</u>** |
| 2 | I am the ECF User whose ID and password are being used to file this document. In |
| 3 | compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this |
| 4 | filing. |
| 5 | |
| 6 | Dated: August 12, 2025                    By:     */s/ Andrew R. Kaufman* <br>                                                                Andrew R. Kaufman |