# EXHIBIT C

John Eddie Williams Jr. (*pro hac vice*)
John Boundas (*pro hac vice*)
Brian Abramson (*pro hac vice*)
Margret Lecocke (*pro hac vice*)
Walt Cubberly (SBN 325163)
Batami Baskin (*pro hac vice*)
Myles Shaw (*pro hac vice*)
Joseph C. Melugin (SBN 279439)
**WILLIAM HART & BOUNDAS, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: wcubberly@whlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALL JANE DOE WHB PLAINTIFFS,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; RASIER-CA, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No.: 3:23-md-03084-CRB<br><br>**STATUS REPORT ON BEHALF OF ALL WILLIAMS HART & BOUNDAS, LLP PLAINTIFFS IN RESPONSE TO AUGUST 11, 2025 ORDER OF HON. LISA J. CISNEROS [3625]** |

Pursuant to Magistrate Judge Lisa J. Cisneros's August 11, 2025 Order, Williams Hart & Boundas, LLP confirms that it is not aware of any providers of litigation funding whose financial arrangement or interest is in any way contingent on the outcome of litigation as to any of its Jane Doe WHB plaintiffs.

Each Williams Hart & Boundas, LLP plaintiff filed a "Certificate of Interested Parties or Entities" contemporaneously with the individual Short Form Complaint in her underlying cause and served Defendants with a copy simultaneously with service of Summons. Every filed Certificate of Interested Parties or Entities on file in this firm's cases stated that "Pursuant to Civil Local Rule 3-15, the undersigned counsel of record certifies that apart from the named parties to this action, there is no conflict of interest to report at this time." There remains no conflict of interest, other than that between the named parties, to the present day.

For the reasons noted above, Williams Hart & Boundas, LLP states that it is not aware of any entity with a financial interest.

Dated: August 12, 2025                                Respectfully submitted,

**WILLIAMS HART & BOUNDAS, LLP**

By: /s/ Walt Cubberly_____
    Walt Cubberly
    *Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ Walt Cubberly_____
    Walt Cubberly

PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS