# EXHIBIT D

Steven S. Schulte (TX Bar No. 24051306; *admitted Pro Hac Vice*)
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, TX 75231
Phone: (214) 890-0711
schulte@ntrial.com
jraggio@ntrial.com
afurness@ntrial.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALL JANE DOE NLG PLAINTIFFS,**<br><br>    Plaintiffs,<br><br>v.<br><br>**UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; RASIER-CA, LLC, a Delaware Limited Liability Company; and DOES 1-50, Inclusive,**<br><br>    Defendants. | **Case No.: 3:23-MD-03084-CRB**<br><br>**STATUS REPORT ON BEHALF OF ALL NACHAWATI LAW GROUP PLAINTIFFS IN RESPONSE TO AUGUST 11, 2025 ORDER OF HON. LISA J. CISNEROS [3676]** |

Pursuant to Magistrate Judge Lisa J. Cisneros's Order entered on August 11, 2025, Nachawati Law Group hereby states and confirms that it is not aware of any providers of litigation funding whose financial arrangement or interest is in any way contingent on the outcome of litigation as to any of its NLG plaintiffs.

Each NLG plaintiff has filed or is filing a "Certificate of Interested Parties or Entities" in the individual cases pursuant to Civil Local Rule 3-15, stating that the undersigned counsel of record

certifies that apart from the named parties to this action, there is no conflict of interest to report and Nachawati Law group is not aware of any entity with a financial interest.

Dated: August 12, 2025                    Respectfully submitted,

                                          **NACHAWATI LAW GROUP**

                                          */s./ Steven S. Schulte*
                                          Steven S. Schulte (TX Bar No. 24051306; *PHV*)
                                          Arati Furness (CA Bar No. 225435)
                                          John Raggio (CA Bar No. 338261)
                                          5489 Blair Road, Dallas, TX 75231
                                          Phone: (214) 890-0711
                                          schulte@ntrial.com
                                          afurness@ntrial.com
                                          jraggio@ntrial.com

                                          *Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

                                          */s./ Steven S. Schulte*
                                          Steven S. Schulte