**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor<br><br>Date:         October 31, 2025<br>Time:         10:00 AM<br>Courtroom:  17th Floor, Courtroom 6 |

1  Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Motion to Compel Compliance With Civil Local Rule 3-15 and Court Orders, the Court hereby **ORDERS** all law firms that represent Plaintiffs to file, by November 15, 2025, Civil Local Rule 3-15 disclosures that include any litigation financing contingent, in whole or in part, on the outcome of a single Uber case, a portfolio of cases against Uber, or some broader portfolio that includes but is not limited to Uber cases, and to file a digest of all such interested entities (and the cases in which they have an interest) in the MDL docket.

.

**IT IS SO ORDERED.**

DATED:_____    By:_____
                                                        CHARLES R BREYER
                                                        United States District Judge