IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF RACHEL B. ABRAMS IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
|---|---|

I, Rachel B. Abrams, declare:

1. I am an attorney in the law firm of Peiffer Wolf Carr Kane Conway & Wise, LLP, appointed Co-Lead counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein

2. Because the materials at issue were designated confidential by Uber, Plaintiffs filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| [Partially Redacted] Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |
| [Partially Redacted] Exhibit A to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |
| [Partially Redacted] Exhibit B to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |

| | | |
|---|---|---|
| Exhibit D [Filed Under Seal] to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |
| Exhibit E [Filed Under Seal] to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |
| Exhibit F [Filed Under Seal] to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |
| [Partially Redacted] Exhibit H to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of September, 2024 in San Francisco, California.

*/s/ Rachel B. Abrams*
Rachel B. Abrams