1  Roopal P. Luhana (*pro hac vice*)
**CHAFFIN LUHANA LLP**
2  600 Third Avenue, 12th Floor
New York, NY 10016
3  Telephone: (888) 480-1123
Facsimile: (888) 499-1123
4  luhana@chaffinluhana.com
5  Sarah R. London (SBN 267093)

6
**GIRARD SHARP LLP**
7  601 California St., Suite 1400
San Francisco, CA 94108
8  Telephone: (415) 981-4800
slondon@girardsharp.com
9  Rachel B. Abrams (SBN 209316)

10
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
11  555 Montgomery Street, Suite 820
San Francisco, CA 94111
12  Telephone: (415) 426-5641
Facsimile: (415) 840-9435
13  rabrams@peifferwolf.com

14  *Co-Lead Counsel For Plaintiffs*

15

16                    IN THE UNITED STATES DISTRICT COURT

17                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

19  IN RE: UBER TECHNOLOGIES, INC.,          Case No. 23-md-03084-CRB
    PASSENGER SEXUAL ASSAULT
20  LITIGATION
                                             **[PROPOSED] ORDER RE:**
21  _____          **ADMINISTRATIVE MOTION TO**
                                             **CONSIDER WHETHER ANOTHER**
22  This Document Relates to:                **PARTY'S MATERIAL SHOULD BE**
                                             **FILED UNDER SEAL**
23  ALL CASES

24

25          Having considered Plaintiff's Administrative Motion to Consider Whether Another Party's

26  Material Should be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN**

27  **PART)** the Motion and ORDERS that the following material shall be sealed:

28

                                    - 1 -        [PROPOSED] ORDER RE: ADMIN MOT. TO SEAL
                                                         CASE NO. 23-MD-03084-CRB

| Document | Description | Designating Party |
|---|---|---|
| [Partially Redacted] Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |
| Partially Redacted] Exhibit A to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |
| Partially Redacted] Exhibit B to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |
| Exhibit D [Filed Under Seal] to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |
| Exhibit E  [Filed Under Seal] to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |
| Exhibit F  [Filed Under Seal] to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |
| [Partially Redacted] Exhibit H to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |

**IT IS SO ORDERED.**

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Judge

[PROPOSED] ORDER RE:  ADMIN MOT. TO SEAL
CASE NO. 23-MD-03084-CRB