1  Roopal P. Luhana (*pro hac vice*)
   **CHAFFIN LUHANA LLP**
2  600 Third Avenue, 12th Floor
3  New York, NY 10016
   Telephone: (888) 480-1123
4  Facsimile: (888) 499-1123
   luhana@chaffinluhana.com
5  Sarah R. London (SBN 267093)

6
   **GIRARD SHARP LLP**
7  601 California St., Suite 1400
   San Francisco, CA 94108
8  Telephone: (415) 981-4800
   slondon@girardsharp.com
9  Rachel B. Abrams (SBN 209316)

10
   **PEIFFER WOLF CARR KANE CONWAY &**
11 **WISE, LLP**
   555 Montgomery Street, Suite 820
12 San Francisco, CA 94111
   Telephone: (415) 426-5641
13 Facsimile: (415) 840-9435
   rabrams@peifferwolf.com
14

15 *Co-Lead Counsel For Plaintiffs*

16

17                    IN THE UNITED STATES DISTRICT COURT

18                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| This Document Relates to: ALL CASES | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

25  **TO:   THE COURT, PARTIES, AND ALL COUNSEL OF RECORD:**

26       Under Civil Local Rules 7-11 and 79-5(f), Plaintiffs hereby move the Court to consider

27  whether certain materials should be sealed. Plaintiffs file these materials under seal out of an

28

abundance of caution because they contain references to documents produced and marked confidential by Uber.

**Material To Be Filed Under Seal**

The materials to be filed under seal are portions of Plaintiff's letter brief and exhibits to same:

| Document | Description | Designating Party |
|---|---|---|
| [Partially Redacted] Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |
| [Partially Redacted] Exhibit A to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |
| [Partially Redacted] Exhibit B to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |
| Exhibit D [Filed Under Seal] to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |
| Exhibit E [Filed Under Seal] to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |
| Exhibit F [Filed Under Seal] to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |
| [Partially Redacted] Exhibit H to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |

Under Local Rule 79-5(f)(3), Uber bears the responsibility to establish that all of the designated material is sealable sealable and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules. None of the information at issue was marked confidential by Plaintiffs. Pursuant to the Court's order at Dkt. 1559, Uber must file its statement within one day.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Rachel B. Abrams in Support of this Motion; and

2. A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: September 24, 2025

Respectfully submitted,

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com


By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
slondon@lchb.com


By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*