1  Roopal P. Luhana (*pro hac vice*)
   **CHAFFIN LUHANA LLP**
2  600 Third Avenue, 12th Floor
   New York, NY 10016
3  Telephone: (888) 480-1123
4  Facsimile: (888) 499-1123
   luhana@chaffinluhana.com
5  Sarah R. London (SBN 267093)

6
   **GIRARD SHARP LLP**
7  601 California St., Suite 1400
   San Francisco, CA 94108
8  Telephone: (415) 981-4800
   slondon@girardsharp.com
9  Rachel B. Abrams (SBN 209316)

10
   **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
11 555 Montgomery Street, Suite 820
   San Francisco, CA 94111
12 Telephone: (415) 426-5641
   Facsimile: (415) 840-9435
13 rabrams@peifferwolf.com

14 *Co-Lead Counsel For Plaintiffs*

15

16
              IN THE UNITED STATES DISTRICT COURT
17
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
18

19 | IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
20 |---|---|
21 |   | **[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
22 | This Document Relates to:  ALL CASES |   |
23

24
25         Having considered Plaintiff's Administrative Motion to Consider Whether Another Party's
26 Material Should be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN**
27 **PART)** the Motion and ORDERS that the following material shall be sealed:
28

| Document | Description | Designating Party |
|---|---|---|
| [Partially Redacted] Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |
| Partially Redacted] Exhibit A to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |
| Partially Redacted] Exhibit B to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |
| Exhibit D [Filed Under Seal] to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |
| Exhibit E [Filed Under Seal] to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |
| Exhibit F [Filed Under Seal] to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |
| [Partially Redacted] Exhibit H to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues | References to information deemed confidential | Uber |

**IT IS SO ORDERED.**

Dated: _____          _____
                                        HON. CHARLES R. BREYER
                                        United States District Judge