# EXHIBIT B

LAURA VARTAIN HORN (SBN: 258485)
  laura.vartain@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (Pro Hac Vice admitted)
  alli.brown@kirkland.com
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF JESSICA SMITH IN SUPPORT OF DEFENDANTS' BRIEF REGARDING SEPTEMBER 5 AND 8, 2025 CLAWBACKS PURSUANT TO SPECIAL MASTER ORDER NO. 4 § III** |

**DECLARATION OF JESS SMITH**

I, JESSICA SMITH having personal knowledge of the following state:

1. I am the Director, Head of Marketing Legal & Commercial Transactions at Uber. I was first employed by Uber in July 2018 and have worked in Marketing and Advertising Legal since then. My previous positions at Uber included Director, Head of Ads and Marketing Legal; Director, Marketing and Advertising Legal; Senior Counsel, Marketing and Advertising Legal; Counsel, Marketing and Advertising Legal. I offer this Declaration in the above-captioned matter in support of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Brief Regarding September 5 and 8, 2025 Clawbacks Pursuant to Special Master Order No. 4 § III (ECF 2933). The facts set forth herein are true and correct and are based on my own personal knowledge, and I could and would competently testify thereto if called.

2. I am familiar with the document identified as JCCP_MDL_PRIVLOG110292. It is a slide presentation dated March 7, 2022, titled "Uber Marketing Legal Training." The slides reflect a confidential, internal-only legal training course. As the Director, Head of Marketing Legal & Commercial Transactions at Uber, I am familiar with how these types of legal training courses are created and presented. The Google author identified in the metadata is Alex Riback, Manager, Legal - Compliance. Although not an attorney, Mr. Riback is part of the Compliance Legal team. The Compliance Legal team works in close collaboration with Uber in-house attorneys including Marketing Legal to create these types of legal training courses, and in-house attorneys provide the legal guidance on the legal and regulatory landscape.

3. This document was created at the direction of, and contains advice, opinions, and analysis performed by, attorneys in Uber's Marketing Legal team and Legal Ethics and Compliance team. Specifically, as the metadata of the presentation confirms, Uber in-house attorneys Scott

2

DECLARATION OF JESSICA SMITH IN SUPPORT OF DEFENDANTS' BRIEF REGARDING SEPTEMBER 5 AND 8, 2025 CLAWBACKS PURSUANT TO SPECIAL MASTER ORDER NO. 4 § III

Case No. 3:23-MD-3084-CRB

Schools, then-Chief Ethics and Compliance Officer, and Deanna Slocum, then-Senior Director, Ethics and Compliance Programs, are collaborators on the document and provided legal advice reflected in the legal training, such as the federal and state laws applicable to Uber's marketing practices. One of the key responsibilities of Uber attorneys in the Compliance team is training various departments on the laws and regulations that apply to the department, as well as advising them concerning the legal liabilities and risks associated with non-compliance. This training was designed to provide legal guidance to Uber's marketing department.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September __, 2025.                    By: /s/ *Jess Smith*
      September 25, 2025                                             Jessica Smith