*[Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**JOINT STATUS REPORT FOR SEPTEMBER 30, 2025 DISCOVERY STATUS CONFERENCE**<br><br>Judge:   Hon. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

## JOINT STATUS REPORT

In advance of the discovery status conference set for Thursday, September 30, 2025 at 10:30 am PST, Plaintiffs and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Defendants" or "Uber") (jointly, "the Parties"), respectfully submit this Joint Status Report.

**Pending PTO 8 Disputes**

**Plaintiffs' Proposed Joint Statement:** The following PTO 8 briefs are currently pending before the Court: (1) Joint Letter regarding Uber's production from Flack and/or Uber's Dashboards. *See* ECF 3914. Pursuant to the Court's September 22, 2025 Order, the Parties filed additional materials for the Court's consideration on September 23, 2025. *See* ECF 3994. (2) Joint Letter regarding outstanding S-RAD Issues. *See* ECF 4009. The Parties will be prepared to discuss these letter briefs at the Discovery Status Conference.

I.   **Updates on Deposition Scheduling**

**Joint Statement**: Attached as Exhibit A is a chart listing the completed and upcoming depositions.

II.  **WHB 823 – Redaction of Old Vineyard Behavioral Health Services Records**

**Joint Statement:** Plaintiff produced redacted mental healthcare records from an in-patient facility at which Plaintiff received treatment, Old Vineyard Behavioral Health Services. Uber objected to the grounds of the redactions. Plaintiff has agreed to produce unredacted records in exchange for Uber's agreement that the Old Vineyard records will not be the sole basis for Uber seeking to reopen the deposition of the Plaintiff.  However, this agreement will not bar Uber from seeking to reopen the deposition of the Plaintiff on any other grounds and Uber will not be foreclosed from asking about the Old Vineyard Behavioral Health Services records at any future deposition of the Plaintiff. This agreement will not bar Plaintiff from opposing Uber's attempts to reopen the deposition on any other grounds.  Both parties agree to meet and confer on these issues should they arise in the future.

III. **Ongoing Conferrals Regarding Sept. 3 Order on Uber's Motion to Enforce Protective Order (ECF 3822)**

**Defendants' Position:**  On September 3, 2025, the Court deferred ruling on Uber's Motion to Enforce Protective Order and ordered Plaintiffs' Co-Lead Counsel to "cooperate with Uber's counsel in helping Uber to understand which Plaintiffs' attorneys in this MDL had access to the JCCP filing at issue and how such access was managed." ECF 3822, at 4.  Consistent with that Order, Uber contacted Plaintiffs' leadership and requested that they identify which Plaintiffs' attorneys in the MDL

1. had access to the JCCP filings at issue to their knowledge and how such access was managed.
2. According to information from the File & Serve system used for the JCCP litigation, representatives
3. from MDL Plaintiffs' leadership were registered to receive the above-referenced filings through File
4. & Serve. As part of their response, Uber requested that Plaintiffs' leadership account for all law firms
5. with access to Plaintiffs' MDL shared document and work product depositories that Plaintiffs'
6. leadership previously disclosed, and how their access was managed. In light of the deadlines set by
7. the September 3 Order, Uber asked for a response by September 25.

To date, despite the September 3 Order, Plaintiffs have not provided any of the information requested by Uber. Plaintiffs should be ordered to provide that information – including (1) the identification of Plaintiffs' attorneys in this MDL that had access to the JCCP filings at issue, and (2) how such access was managed (which is consistent with this Court's Order), so the parties can further meet and confer within the deadlines set by the Court.

**Plaintiffs' Position**: As required by the Court's order, Co-Lead Counsel will provide Uber a list of law firms that had access to MDL shared workspaces containing exhibits submitted in connection with the JCCP summary judgment opposition by September 26, 2025. Uber has not presented Co-Lead Counsel with "specific, non-speculative reason(s) to believe that materials at issue were disclosed by a party or attorney in this MDL." ECF 3817.

By: /s/Roopal P. Luhana
ROOPAL P. LUHANA (Pro Hac Vice)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

SARAH R. LONDON (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com

By: /s/Laura Vartain Horn
LAURA VARTAIN HORN (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street,
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

| | |
|---|---|
| RACHEL B. ABRAMS (SBN 209316)<br>**PEIFFER WOLF CARR KANE**<br>**CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: (415) 426-5641<br>Email: rabrams@peifferwolf.com<br><br>*Co-Lead Counsel for Plaintiffs* | Jessica Davidson (Admitted *Pro Hac Vice*)<br>Christopher D. Cox (Admitted *Pro Hac Vice*)<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4800<br>jessica.davidson@kirkland.com<br>christopher.cox@kirkland.com<br><br>MICHAEL B. SHORTNACY (SBN: 277035)<br>**SHOOK, HARDY & BACON, L.L.P.**<br>2121 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (424) 285-8330<br>Facsimile: (424) 204-9093<br>mshortnacy@shb.com<br>PATRICK OOT (*Pro Hac Vice*)<br>**SHOOK, HARDY & BACON, L.L.P.**<br>1800 K Street NW, Suite 1000<br>Washington, DC 20006<br>Telephone: (202) 783-8400<br>Facsimile: (202) 783-4211<br>oot@shb.com<br><br>*Attorneys for Defendants*<br>UBER TECHNOLOGIES, INC.,<br>RASIER, LLC, and RASIER-CA, LLC |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: September 25, 2025

By: */s/Laura Vartain Horn*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/*Laura Vartain Horn*