DENNIS C. REICH, ESQ. (SBN #69631)
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| M.T., an individual, | Case No. 3:25-cv-07831-CRB |
| Plaintiff, | **PROOF OF SERVICE OF COMPLAINT ET AL.** |
| v. | |
| UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, Inclusive, et al., | |
| Defendants. | |

Pursuant to the Court's Pretrial Order No. 6, the undersigned certifies that service of the summons for this action was executed on Defendants Uber Technologies, Inc., Rasier, LLC and Rasier-CA, LLC via email on September 18, 2025, as evidenced by the Defendants' automatic reply attached hereto as "Exhibit A." Attached as Exhibit "B" is the corresponding Notice of Filing of New Action, which was filed in the Master Docket of the MDL 3084 on September 26, 2025.

CASE NO. 3:25-cv-07831-CRB     1     PROOF OF SERVICE

| | |
|---|---|
| Dated: September 26, 2025 | Respectfully submitted, |
| | By: */s/ Dennis C. Reich* <br> DENNIS C. REICH (SBN #69631) <br> Reich & Binstock Law Firm, LLP <br> 4265 San Felipe, Suite 1000 <br> Houston, Texas 77027 <br> Tel: 713.622.7271 <br> Fax: 713.623.8724 <br> Email: dreich@reichandbinstock.com |
| | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2025, I electronically transmitted the foregoing **PROOF OF SERVICE OF COMPLAINT ET AL.** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Dennis C. Reich*
Dennis C. Reich

# EXHIBIT A

 Outlook

**Service: 3:25-cv-07831-CRB**

| | |
|---|---|
| From | UberMDLService <UBERMDLSERVICE@LISTSERV.SHB.COM> on behalf of Chancey Booker <cbooker@REICHANDBINSTOCK.COM> |
| Date | Thu 9/18/2025 12:12 PM |
| To | UBERMDLSERVICE@LISTSERV.SHB.COM <UBERMDLSERVICE@LISTSERV.SHB.COM> |

📎 5 attachments (1 MB)
PTO 6- Direct Filing Order.pdf; 2025.09.15 M.T. - Certification of Interested Entities or Persons.pdf; 2025.09.16 M.T. - Issued Summons.pdf; 2025.09.15 M.T. - Short Form Complaint.pdf; Outlook-5lwo4ozl.jpg;

**EXTERNAL**
**EXTERNAL**
Please find attached documents for Case M.T. , an individual v. Uber Technologies, Inc., et al; 3:25-cv-07831-CRB.

Best Regards,

Chancey Booker
Paralegal
Reich & Binstock, LLP
4265 San Felipe, Suite 1000 | Houston, Texas 77027
 P: 713.622.7271  |  F: 713.622.1909
cbooker@reichandbinstock.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that disclosure, distribution, copying, or use of any of the information contained in or attached to

 Outlook

**RE: Service: 3:25-cv-07830 & 3:25-cv-07831**

From  Hoerl, Brandon J. (SHB) <bhoerl@shb.com>
Date  Fri 9/26/2025 11:54 AM
To    Chancey Booker <cbooker@reichandbinstock.com>
Cc    Andrew Holcomb <aholcomb@reichandbinstock.com>

2 attachments (2 MB)
Service: 3:25-cv-07830-CRB; Service: 3:25-cv-07831-CRB;

Ok great, we did receive those two (attached).

I'll check on the auto-response, although I don't think it's set up for that.

**From:** Chancey Booker <cbooker@reichandbinstock.com>
**Sent:** Friday, September 26, 2025 11:49 AM
**To:** Hoerl, Brandon J. (SHB) <bhoerl@shb.com>
**Cc:** Andrew Holcomb <aholcomb@reichandbinstock.com>
**Subject:** Re: Service: 3:25-cv-07830 & 3:25-cv-07831

**EXTERNAL**

My apologies, the caption wasn't correct.  These are two are the cases in question:
- 3:25-cv-07830
- 3:25-cv-07831

I will send them again now.

Chancey Booker
Paralegal
Reich & Binstock, LLP
4265 San Felipe, Suite 1000 | Houston, Texas 77027
 P: 713.622.7271  |   F: 713.622.1909
cbooker@reichandbinstock.com

this message is STRICTLY PROHIBITED. If you have received this transmission in error, please destroy the original transmission and its attachments without reading them or saving them to disk and immediately notify Reich & Binstock, LLP by reply email or by phone at 713-622-7271.

# EXHIBIT B

DENNIS C. REICH, ESQ. (SBN #69631)
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>*This document relates to:*<br><br>*M.T., an individual v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-07831-CRB* | No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on September 15, 2025.

///

///

///

///

CASE NO. 3:23-md-03084-CRB            1        NOTICE OF FILING OF NEW ACTION

| | | |
|---|---|---|
| Dated: September 26, 2025 | | Respectfully submitted, |

By: */s/ Dennis C. Reich*
DENNIS C. REICH (SBN #69631)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Dennis C. Reich*
Dennis C. Reich