1  ELLYN HURD Massachusetts Bar No. 652031
2  JO ANNA POLLOCK Illinois Bar No. 6273491
   **Simmons Hanly Conroy, LLP**
3  One Court Street
   Alton, IL 62002
4  Telephone: 800-479-9533
   Facsimile: 618-259-2251
5  Email: ehurd@simmonsfirm.com
          jpollack@simmonsfirm.com
6
7  *Counsel for Plaintiff*

8
                    **UNITED STATES DISTRICT COURT**
9                   **NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN FRANCISCO DIVISION**
10

11 | IN RE: UBER TECHNOLOGIES, INC., | No. 3:23-md-03084-CRB |
   | PASSENGER SEXUAL ASSAULT |  |
12 | LITIGATION |  |
   |  |  |
13 |  | **NOTICE OF FILING NEW ACTION** |
   | This Document Relates to: |  |
14 |  |  |
   | M.T. v. UBER TECHNOLOGIES, Inc., et al., |  |
15 | 3:25-cv-08202 |  |

16

17

18     Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the complaint

19 with Jury Demand in the above-referenced action was filed on September 26, 2025.

20
    Dated: September 26, 2025              Respectfully submitted,
21
22                                          By: */s/ Ellyn Hurd*
                                            ELLYN HURD
23                                          JO ANNA POLLOCK
                                            **Simmons Hanly Conroy, LLP**
24                                          One Court Street
                                            Alton, IL 62002
25                                          Telephone: 800-479-9533
                                            Facsimile: 618-259-2251
26                                          Email: ehurd@simmonsfirm.com
                                                   jpollack@simmonsfirm.com
27                                          *Counsel for Plaintiff*
28

CASE NO. 3:23-md-03084-CRB           1         NOTICE OF FILING OF NEW ACTION

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2025, Plaintiff electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using CM/ECF System for filing thereby transmitting a Notice for Electronic Filing to all CM/ECF registrants.

*/s/ Ellyn Hurd*
Ellyn Hurd