| | |
|---|---|
| 1 | ALLISON M. BROWN (Admitted *Pro Hac Vice*) |
| 2 | alli.brown@kirkland.com |
|   | JESSICA DAVIDSON (Admitted *Pro Hac Vice*) |
| 3 | jessica.davidson@kirkland.com |
| 4 | CHRISTOPHER D. COX (Admitted *Pro Hac Vice*) |
|   | christopher.cox@kirkland.com |
| 5 | **KIRKLAND & ELLIS LLP** |
|   | 601 Lexington Avenue |
| 6 | New York, NY 10022 |
| 7 | Telephone: (212) 446-4800 |
| 8 | MICHAEL B. SHORTNACY (SBN: 277035) |
|   | mshortnacy@shb.com |
| 9 | **SHOOK, HARDY & BACON L.L.P.** |
| 10 | 2121 Avenue of the Stars, Suite 1400 |
|    | Los Angeles, CA 90067 |
| 11 | Telephone: (424) 285-8330 |
| 12 | PATRICK OOT (Admitted *Pro Hac Vice*) |
|    | oot@shb.com |
| 13 | **SHOOK, HARDY & BACON L.L.P.** |
| 14 | 1800 K St. NW Ste. 1000 |
|    | Washington, DC 20006 |
| 15 | Telephone: (202) 783-8400 |
| 16 | *Attorneys for Defendants* |
|    | UBER TECHNOLOGIES, INC.; |
| 17 | RASIER, LLC; and RASIER-CA, LLC |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*K.C. (4) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05720-CRB | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF MICHAEL B. SHORTNACY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>Date:       November 7, 2025<br>Time:       10:00 a.m.<br>Courtroom: 6 – 17th Floor |

*Jane Doe LS 615 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05887-CRB

*Jane Roe CL 183 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05733-CRB

*Jane Roe CL 184 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05855-CRB

*Jane Roe CL 185 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05890-CRB

*Jane Roe CL 186 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06086-CRB

*R.J. 1472 v. Uber Technologies, Inc.,* et al., No. 3:25-cv-05991-CRB

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS
CASES FOR FAILURE TO COMPLY WITH COURT ORDER

Case No. 3:23-md-03084-CRB

## DECLARATION OF MICHAEL B. SHORTNACY

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Los Angeles, California. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Uber's") motion to dismiss the cases of certain Plaintiffs represented by Levin Simes, LLP, Cutter Law PC, Cohen Hirsch, LP, and Wagstaff Law Firm for noncompliance with this Court's order.

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Uber in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the State of California, the Bar of the State of New York, and the Bar of the District of Columbia. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. On March 19, 2024, this Court entered Pretrial Order No. 10 ("PTO 10") in this matter, requiring each Plaintiff to "submit a completed PFS, and executed Authorizations, through MDL Centrality." ECF No. 348 at 4. PTO 10 required each Plaintiff whose case was a part of the MDL by March 26, 2024 to submit a PFS within 60 days of that date—i.e., by May 25, 2024. *Id.* at 5. Each Plaintiff who joined the MDL after March 26, 2024 must submit a PFS within 30 days of joining. *Id.* at 6.

4. Attached to this declaration as **Exhibit A** is a table identifying seven Plaintiffs who, as of the date of this Declaration, have failed to submit a Plaintiff Fact Sheet ("PFS") by their deadline to do so. The Plaintiffs' deadlines are identified in the table at Exhibit A.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 26, 2025 in Los Angeles, California.

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS
CASES FOR FAILURE TO COMPLY WITH COURT ORDER

Case No. 3:23-md-03084-CRB

|   |                                              |
|---|----------------------------------------------|
| 1 |                                              |
| 2 | **SHOOK, HARDY & BACON L.L.P.**              |
| 3 | */s/ Michael B. Shortnacy*                   |

**SHOOK, HARDY & BACON L.L.P.**

*/s/ Michael B. Shortnacy*

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC