# Exhibit A

Exhibit A - Uber's Motion to Dismiss for Failure to Comply with Court Order - *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*  (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Case Number | Plaintiff Firm | PFS Due | Days Overdue | Date of Delinquency Notice | Delinquency Response Date |
|---|---|---|---|---|---|---|---|
| 3730 | K.C. | 3:25-cv-05720 | Wagstaff Law Firm | 8/8/2025 | 14 | 8/22/2025 | 9/23/2025 |
| 3885 | Jane Roe CL 183 | 3:25-cv-05733 | Cutter Law PC | 8/9/2025 | 13 | 8/22/2025 | 9/23/2025 |
| 3886 | Jane Roe CL 184 | 3:25-cv-05855 | Cutter Law PC | 8/11/2025 | 11 | 8/22/2025 | 9/23/2025 |
| 3760 | Jane Doe LS 615 | 3:25-cv-05887 | Levin Simes, LLP | 8/14/2025 | 8 | 8/22/2025 | 9/23/2025 |
| 3887 | Jane Roe CL 185 | 3:25-cv-05890 | Cutter Law PC | 8/14/2025 | 8 | 8/22/2025 | 9/23/2025 |
| 1472 | R.J. 1472 | 3:25-cv-05991 | Cohen Hirsch, LP | 8/16/2025 | 6 | 8/22/2025 | 9/23/2025 |
| 3889 | Jane Roe CL 186 | 3:25-cv-06086 | Cutter Law PC | 8/18/2025 | 4 | 8/22/2025 | 9/23/2025 |