|   |   |
|---|---|
| 1 |   |
| 2 |   |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB <br><br> **[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER** |
|---|---|
| This Document Relates to: <br><br> *K.C. (4) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05720-CRB <br><br> *Jane Doe LS 615 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05887-CRB <br><br> *Jane Roe CL 183 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05733-CRB <br><br> *Jane Roe CL 184 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05855-CRB <br><br> *Jane Roe CL 185 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05890-CRB <br><br> *Jane Roe CL 186 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06086-CRB <br><br> *R.J. 1472 v. Uber Technologies, Inc.,* et al., No. 3:25-cv-05991-CRB | |

## [PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Court Order, the Court finds that the Plaintiffs subject to Defendants' Motion have violated Pretrial Order

No. 10 by failing to provide complete and verified Plaintiff Fact Sheets. Plaintiffs' failure to provide complete and verified fact sheets has caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. Each Plaintiff subject to Defendants' Motion must provide a complete and verified Plaintiff Fact Sheet within 14 days of this Order.

2. Uber shall submit a declaration within 21 days of this Order, identifying which, if any, Plaintiffs have not complied with the Court's Order as of that date.

3. If any Plaintiffs disagree with their inclusion in Uber's declaration, they shall submit a declaration within 28 days of this Order, identifying the date when such Plaintiffs submitted a complete and verified Plaintiff Fact Sheet.

4. The Court will dismiss with prejudice the claims of any Plaintiff who does not comply with Paragraph 1 of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2025 _____          _____
                                            HON. CHARLES R. BREYER
                                            United States District Court Judge