# Exhibit A

Case 3:23-md-03084-CRB   Document 4027-2   Filed 09/26/25   Page 2 of 2

Exhibit A - Uber's Motion to Dismiss for Failure to Comply with PTO 5 - *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Case Number | Plaintiff Firm | Ride Receipt/Ride Information Form Due | Days Overdue | Date of Ride Delinquency Notice | Delinquency Response Date |
|---|---|---|---|---|---|---|---|
| 3678 | Jane Roe CL 178 | 3:25-cv-05537 | Cutter Law | 7/15/2025 | 30 | 8/14/2025 | 9/14/2025 |
| 3679 | Jane Roe CL 179 | 3:25-cv-05538 | Cutter Law | 7/15/2025 | 30 | 8/14/2025 | 9/14/2025 |
| 3883 | Jane Roe CL 182 | 3:25-cv-05628 | Cutter Law | 7/17/2025 | 28 | 8/14/2025 | 9/14/2025 |
| 3884 | Jane Roe CL 181 | 3:25-cv-05633 | Cutter Law | 7/17/2025 | 28 | 8/14/2025 | 9/14/2025 |
| 3850 | Jane Doe NLG (N.K.) | 3:25-cv-06217 | Nachawati Law Group | 8/7/2025 | 7 | 8/14/2025 | 9/14/2025 |
| 3752 | Jane Doe NLG (B.D.) | 3:25-cv-05972 | Nachawati Law Group | 8/1/2025 | 24 | 8/25/2025 | 9/25/2025 |
| 3855 | Jane Doe NLG (M.E.) | 3:25-cv-06480 | Nachawati Law Group | 8/15/2025 | 10 | 8/25/2025 | 9/25/2025 |