UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5** |
| This Document Relates to:<br><br>*Jane Roe CL 178 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05537-CRB<br><br>*Jane Roe CL 179 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05538-CRB<br><br>*Jane Roe CL 181 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05633-CRB<br><br>*Jane Roe CL 182 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05628-CRB<br><br>*Jane Doe NLG (N.K.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06217-CRB<br><br>*Jane Doe NLG (B.D.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05972-CRB<br><br>*Jane Doe NLG (M.E.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06480-CRB | |

## **[PROPOSED] ORDER**

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 5, the Court finds that the Plaintiffs subject to Defendants' Motion have violated Pretrial Order No. 5 by

failing to produce bona ride receipts or ride information. Plaintiffs' failure to produce ride receipts or ride information has caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. Each Plaintiff subject to Defendants' Motion must provide a bona fide ride receipt within 14 days of this Order.

2. For those cases where a receipt is not readily available, Plaintiffs' counsel must disclose to Defendants within 14 days of this Order: (1) why the receipt is unavailable; (2) the name, phone number, and email address of the accountholder who ordered the ride; (3) the date of the ride, with as much precision as is reasonably possible; (4) the starting location and ending location of the ride, with as much precision as is reasonably possible; (5) any other basic information that may assist Defendants in identifying the ride; and (6) if items (2) through (5) cannot be provided with precision or cannot be provided at all, an explanation as to why the information is not readily ascertainable.

3. Uber shall submit a declaration within 21 days of this Order, identifying which, if any, Plaintiffs have not complied with the Court's Order as of that date.

4. If any Plaintiffs disagree with their inclusion in Uber's declaration, they shall submit a declaration within 28 days of this Order, identifying the date when such Plaintiffs produced a ride receipt or information.

5. The Court will dismiss with prejudice the claims of any Plaintiff who does not comply with Paragraph 1 of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. CHARLES R. BREYER
United States District Court Judge