```
1  Steve Schulte (TX SBN 24051306)
   Appearance Pro Hac Vice
2  John Raggio (CA Bar No. 338261)
   Arati Furness (CA Bar No. 225435)
3  NACHAWATI LAW GROUP
   5489 Blair Road
4  Dallas, TX  75231
5  Phone: (214) 890-0711
   Direct: (972) 581-9778
6  schulte@ntrial.com
   jraggio@ntrial.com
7  afurness@ntrial.com
8  Attorneys for Plaintiff
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIF
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| **This Document Relates to:** | |
| *JANE DOE NLG (NS);* **Case No.: 3:25-cv-8186** *v. Uber Technologies, Inc., et al.* | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on March 24, 2025.

Dated: September 29, 2025

                                        **NACHAWATI LAW GROUP**

                                        */s./ Steven S. Schulte*
                                        Steve Schulte (TX SBN 24051306)
                                        *Appearance Pro Hac Vice*
                                        Arati Furness (CA Bar No. 225435)
                                        5489 Blair Road, Dallas, TX  75231
                                        Phone: (214) 890-0711
                                        Direct: (972) 581-9778
                                        schulte@ntrial.com
                                        afurness@ntrial.com
                                        **ATTORNEYS FOR PLAINTIFF**