|   |   |
|---|---|
| 1 | C. Brooks Cutter (SBN 121407) |
|   | Jennifer S. Domer (SBN 305822) |
| 2 | Celine Cutter (SBN 312622) |
|   | **CUTTER LAW P.C.** |
| 3 | 401 Watt Avenue |
|   | Sacramento, CA 95864 |
| 4 | Telephone: 916-290-9400 |
|   | Facsimile: 916-588-9330 |
| 5 | Email: bcutter@cutterlaw.com |
|   |          jdomer@cutterlaw.com |
| 6 |          ccutter@cutterlaw.com |

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB |
| | Hon. Charles R. Breyer |
| This Document Relates to: | **ATTORNEY JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER** |
| *Jane Roe CL 178 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05537-CRB | |
| *Jane Roe CL 179 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05538-CRB | Date:  October 31, 2025 |
| | Time:  10:00 a.m. |
| *Jane Roe CL 181 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05628-CRB | Courtroom:  6 – 17th Floor |
| *Jane Roe CL 182 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05633-CRB | |

I, Jennifer S. Domer, declare as follows:

1. I am an attorney at Cutter Law P.C. admitted to practice before the courts of the State of California. I am a Partner at Cutter Law, P.C., and am one of the counsels of record for all filed Roe CL claimants. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently as to the information below.

2. This declaration is made in support of the Opposition to Defendants' Motion to

1  Dismiss.

2     3.    Counsel's firm has made extensive efforts to reach clients listed as Exhibit A, subject to Defendants' Motion to Dismiss.

4     4.    Those efforts include extensive phone calls, text messages, emails, physical mailings to last known address, and additional address searches in databases. Counsel has also employed a private investigator to help locate these individuals. Through the database searches and private investigators, Counsel also attempted to reach potential relatives in an effort to reach the Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 29, 2025, in Sacramento, California.

Dated: September 29, 2025          CUTTER LAW P.C.

By:   */s/ Jennifer S. Domer*

Jennifer S. Domer

*Attorney for Roe CL Plaintiffs*

-2-
JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS