C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
          jdomer@cutterlaw.com
          ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Roe CL 178 v. Uber Technologies, Inc., et al., No. 3:25-cv-05537-CRB*<br><br>*Jane Roe CL 179 v. Uber Technologies, Inc., et al., No. 3:25-cv-05538-CRB*<br><br>*Jane Roe CL 181 v. Uber Technologies, Inc., et al., No. 3:25-cv-05628-CRB*<br><br>*Jane Roe CL 182 v. Uber Technologies, Inc., et al., No. 3:25-cv-05633-CRB* | **PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>Date:  October 31, 2025<br>Time:  10:00 a.m.<br>Courtroom:  6 – 17th Floor |

## I.   INTRODUCTION

On September 15, 2025, Defendants filed a Motion to Dismiss cases of Plaintiffs who did not file a Plaintiff Fact Sheet ("PFS") in connection with Pretrial Order ("PTO") 10. (Doc. 3912). Counsel acknowledges and understands that under PTO 10, the court created procedures and deadlines to produce a PFS. Counsel has diligently attempted to comply with the production of

1  the documents required for the discovery obligation of each of the Plaintiffs addressed in this

2  motion. During the course of litigation, a Plaintiff may become unavailable for a variety of

3  reasons. Counsel has utilized extensive efforts to reach each of the clients, predating the filing of

4  Defendant's motion. (Domer Dec. at ¶ 4).

5  **ARGUMENT**

6      Counsel has worked diligently in reaching the above referenced claimants, including

7  alternate contact information, various methods of outreach such as text, email, and mailing.

8  Counsel is continuing in our efforts to reach the remaining clients as described in the attached

9  Declaration and will continue to do so.

10  **II.  CONCLUSION**

11      For the foregoing reasons, Counsel respectfully requests that the claims for Plaintiffs Jane

12  Roes CL 178, 179, 181, and 182 be given additional time to produce the information required, as

13  Counsel continues to follow up in various methods to locate and reach them.

14

15  Dated: September 29, 2025            CUTTER LAW P.C.

16

17                    By:  */s/ Jennifer S. Domer*

18                       Jennifer S. Domer (SBN 305822)
                     C. Brooks Cutter (SBN 121407)

19                       Celine Cutter (SBN 312622)
                     **CUTTER LAW P.C.**

20                       401 Watt Avenue
                     Sacramento, CA 95864

21                       Telephone: 916-290-9400
                     Facsimile: 916-588-9330

22                       Email: bcutter@cutterlaw.com

23                               jdomer@cutterlaw.com
                             ccutter@cutterlaw.com

24                       *Attorneys for ROE CL Plaintiffs*

25

26

27

28

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

1

## CERTIFICATE OF SERVICE

2

I hereby certify that, on September 29, 2025, I electronically filed the following with the

3

Clerk of the Court using the CM/ECF system, which will send notification of such filing via

4

electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

5

6

Dated: September 29, 2025                    CUTTER LAW P.C.

7

By:  */s/ Jennifer S. Domer*
8

C. Brooks Cutter (SBN 121407)
9          Jennifer S. Domer (SBN 305822)
          Celine Cutter (SBN 312622)
10        **CUTTER LAW P.C.**
          401 Watt Avenue
11        Sacramento, CA 95864
          Telephone: 916-290-9400
12        Facsimile: 916-588-9330
          Email: bcutter@cutterlaw.com
13                jdomer@cutterlaw.com
                  ccutter@cutterlaw.com
14

15        *Attorneys for ROE CL Plaintiffs*

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS