HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
**ANAPOL WEISS**
60 South 6th St., Suite 2800
Minneapolis, MN 55402
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: hdolejsi@anapolweiss.com


WILLIAM L. SMITH (Cal Bar No. 324235)
**ANAPOL WEISS**
6060 Center Drive 10th Floor,
Los Angeles, CA 90045
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: wsmith@anapolweiss.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL: No. 3084 |
| | **NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to: | |
| *V.D., v. Uber Technologies, Inc., et al.* Case No. 3:25-cv-08064 | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

with Jury Demand in the above-referenced action was filed on September 30, 2025.

///

///

///

///

CASE NO. 3:25-cv-08064                    1          NOTICE OF FILING OF NEW ACTION

1  ///

2  Dated: September 30, 2025          Respectfully submitted,

3                                     **ANAPOL WEISS**

4                                     By: */s/ Holly Dolejsi*
                                      HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
5                                     60 South 6th St. Suite 2800
                                      Minneapolis, MN 55402
6                                     Telephone: 202.780.3014
                                      Facsimile: 202.780.3678
7                                     Email: hdolejsi@anapolweiss.com

8
                                      WILLIAM L. SMITH (Cal Bar No. 324235)
9                                     6060 Center Drive 10th Floor
                                      Los Angeles, CA 90045
10                                    Telephone: 202.780.3014
                                      Facsimile: 202.780.3678
11                                    Email: wsmith@anapolweiss.com

12

13                                    *Counsel for Plaintiff*

14

15                  <u>**CERTIFICATE OF SERVICE**</u>

16      I hereby certify that on September 30, 2025, I electronically transmitted the forgoing

17  NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for

18  filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

19                                    */s/ Holly Dolejsi*
                                      Holly Dolejsi
20

21

22

23

24

25

26

27

28