OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** September 30, 2025 | **Time:** 10:35 a.m.-10:41 a.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:23-md-03084-CRB | **Case Name:** In re: Uber Technologies, Inc. | |

**For Plaintiffs:** Elizabeth Wilkins and Steven Cohn, Chaffin Luhana LLP; Rachel Abrams, Tiffany Ellis and Sara Craig, Peiffer Wolf Carr Kane Conway & Wise, LLP; Sara M. Peters, Walkup, Melodia, Kelly and Schoenberger, APC, counsel for Plaintiffs.

**For Defendants:** Christopher Cox and Kaitlyn Coverstone, Kirkland & Ellis LLP; Michael Shortnacy and Chris Cotton, Shook Hardy & Bacon LLP, counsel for Defendants

**Deputy Clerk:** Brittany Sims                     **Reported by:** Marla Knox

PROCEEDINGS

Discovery Status Conference held. The Court will issue either a clerk's notice or text order by noon, October 1, 2025, notifying the parties if a hearing will be held at 2:30 PM on October 2, 2025 on the Joint Discovery Letters regarding Flack data (Dkt. No. 3914) and S-RAD data (Dkt. No. 4009). The Court directed the parties to file a joint submission one week from today (October 7, 2025) stating either their shared or separate position on a deadline for common discovery in the MDL. The parties represented that they are continuing to discuss Uber's requests for information regarding counsel's access to the sealed JCCP filing that was apparently disclosed to the New York Times, and that they do not have an active dispute on that issue at this time.