ALLISON M. BROWN (Admitted Pro Hac Vice)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted Pro Hac Vice)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted Pro Hac Vice)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHBE 2149 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05035-CRB<br><br>*Jane Doe LS 608 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05312-CRB<br><br>*Jane Doe LS 609 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05328-CRB<br><br>*Jane Doe LS 610 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05374-CRB<br><br>*Jane Roe CL 178 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05537-CRB | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH THE COURT'S SEPTEMBER 16, 2025 ORDER [ECF 3921]**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6-17th Floor |

1  *Jane Roe CL 179 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05538-CRB

2
3  *E.M. 3681 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05571-CRB

4  *Jane Roe CL 182 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05628-CRB
5

6  *Jane Roe CL 181 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05633-CRB

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF MICHAEL B. SHORTNACY**

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Los Angeles, CA. I respectfully submit this declaration identifying the plaintiffs that are not in compliance with the Court's September 16, 2025 Order [ECF 3921].

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, (collectively, "Uber"). I am a member in good standing of the Bar of the State of California, the Bar of the State of New York, and the Bar of the District of Columbia. I know the following facts to be true of my own knowledge, and if called to testify, I could competently do so.

3. On September 16, 2025, the Court ordered each Plaintiff subject to Uber's Motion to Dismiss Cases for Failure to Comply with Court Order to provide a complete and verified Plaintiff Fact Sheet within 14 days of the Order. The Order therefore compelled compliance by each Plaintiff subject to the Order by September 30, 2025.

4. The Court also ordered counsel for Uber to submit a declaration within 21 days of the Order (*i.e.*, by October 7, 2025), identifying which, if any, Plaintiffs did not comply with the Court's Order.

5. On October 1, 2025, counsel for Uber reviewed MDL Centrality to determine which Plaintiffs subject to the Court's September 16, 2025, Order failed to provide a complete and verified Plaintiff Fact Sheet as ordered by the Court.

6. Based on counsel for Uber's review of MDL Centrality, as of October 1, 2025, the following Plaintiffs have failed to provide a Plaintiff Fact Sheet as ordered by the Court:

| MDLC ID | Case Name | Case Number | Plaintiff Firm |
|---|---|---|---|
| 3639 | Jane Doe LS 608 | 3:25-cv-05312 | Levin Simes, LLP |
| 3640 | Jane Doe LS 609 | 3:25-cv-05328 | Levin Simes, LLP |
| 3641 | Jane Doe LS 610 | 3:25-cv-05374 | Levin Simes, LLP |
| 3678 | Jane Roe CL 78 | 3:25-cv-05537 | Cutter Law PC |
| 3679 | Jane Roe CL 79 | 3:25-cv-05538 | Cutter Law PC |

| MDLC ID | Case Name | Case Number | Plaintiff Firm |
|---|---|---|---|
| 3681 | E.M. 3681 | 3:25-cv-05571 | Cohen Hirsch, LP |
| 3883 | Jane Roe CL 182 | 3:25-cv-05628 | Cutter Law PC |
| 3884 | Jane Roe CL 181 | 3:25-cv-05633 | Cutter Law PC |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 1, 2025, in Los Angeles, California.

                                         */s/Michael B. Shortnacy*
                                           Michael B. Shortnacy