UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*All Cases* | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 4008]**<br><br>Judge:   Hon. Lisa J. Cisneros<br>Courtroom: Courtroom G – 15th Floor |

Having considered statement in support of Plaintiffs' Administrative Motions to Consider Whether Another Party's Material Should Be Filed Under Seal, dated September 23, 2025, ECF 4008 ("Plaintiffs' Motion"), and Defendants' Unopposed Statement in Support of Plaintiffs' Motion, dated October 1, 2025, ECF ____ ("Statement in Support"), the Court hereby ORDERS that the following materials remain under seal as stated in Defendants' Statement in Support:

| Document | Description | Defendants' Request |
|---|---|---|
| [Partially Redacted] **Letter Brief** (ECF 4008-3) | Letter Brief containing references to confidential, proprietary information about the operation, functionality, and design of Uber's S-RAD system | Seal in part (second paragraph of Plaintiffs' Position) |
| [Partially Redacted] **Exhibit A** to Letter Brief (ECF 4008-4) | Plaintiffs' detailed requests for S-RAD data, documents, and information, containing confidential, proprietary information about the operation and functionality of Uber's S-RAD system | Seal in part (portion of p. 1) |
| [Partially Redacted] **Exhibit B** to Letter Brief (ECF 4008-5) | Declaration of Plaintiffs' ESI discovery and litigation consultant Jonathan Jaffe dated September 22, 2025, containing detailed confidential, proprietary information about the operation, functionality, and design of Uber's S-RAD system from confidential discovery produced by Defendants | Seal in part (¶¶ 17-20, 24-27, 52, fn. 9, 18-20, 22-23) |
| **Exhibit D** to Letter Brief (ECF 4008-7) | Transcript of July 23, 2025 Rule 30(b)(6) deposition of Defendants by Sunny Wong, designated as Highly Confidential, containing confidential, proprietary information about the testing, operation, functionality, and design of Uber's S-RAD system | Maintain under seal |
| **Exhibit E** to Letter Brief (ECF 4008-8) | Excerpts of transcript of May 20, 2025 deposition of Michael Akamine, designated as Highly Confidential, containing confidential, proprietary information about the operation, functionality, and design of Uber's S-RAD system | Maintain under seal |

| Document | Description | Defendants' Request |
|---|---|---|
| **Exhibit F** to Letter Brief (ECF 4008-9) | Transcript of June 25, 2025 Rule 30(b)(6) deposition of Defendants by Sunny Wong, designated as Highly Confidential | Maintain under seal |
| [Partially Redacted] **Exhibit H** to Letter Brief (ECF 4008-11) | Declaration of Sunny Wong dated September 24, 2025, containing detailed confidential, proprietary information about the operation, functionality, and design of Uber's S-RAD system | Seal in part (¶¶ 14, 19, 22, 24, 28) |

**IT IS SO ORDERED.**

Dated:_____

                                              Hon. Lisa J. Cisneros
                                              United States Magistrate Judge