**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 – 17 Floor (via videoconference)<br>Date:       October 3, 2025<br>Time:       10:00 a.m. |

**JOINT CASE MANAGEMENT STATEMENT**

Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC (collectively "Uber"), and Plaintiffs' Co-Lead Counsel (collectively referred to herein as "the Parties"), respectfully provide this Joint Case Management Conference Statement and Proposed Agenda in advance of the Case Management Conference scheduled for October 3, 2025.

**Proposed Agenda**

I.     **Status of Case Filings**

II.     **General Discovery Updates**

III.     **Pretrial Conference Timing and Substance**

IV.     **Pretrial Procedures**

V.     **Trial Schedule and Logistics**

VI.     **Topics Concerning PTO 32 and 33**

VII.     **Settlement / Mediation**

VIII.     **Next Case Management Conference**

**I.   STATUS OF CASE FILINGS**

    **1.   Number of MDL Case Filings**

As of September 30, there are 2,679 cases in this MDL, with approximately 168 new filings since the last case management conference.

    **2.   Status of JCCP**

There are approximately 750 cases pending in the JCCP. The first trial began on September 8, 2025. Plaintiff rested on September 18, Defendants rested on September 24, and the case was submitted to the jury on September 25. On September 30, the jury delivered a defense verdict and found that Uber was negligent, but its negligence was not a substantial factor in causing harm to the Plaintiff. The next trial has not been scheduled yet, but Judge Schulman has indicated that he may try the second bellwether case in early November.

    **3.   Other Cases and Proceedings**

Defendants have provided a current list of civil actions and government investigations arising from sexual assault on the Uber platform in which Uber is a defendant, attached as Exhibit A.

## II.   GENERAL DISCOVERY UPDATES

The deadline for substantial completion of common fact discovery was on June 16 and the deadline for substantial completion of Wave 1 case-specific discovery was on July 16. Common fact discovery and discovery in five of the six Wave 1 cases is largely completed. The parties exchanged expert reports on September 26.

Currently pending before Judge Cisneros are (1) a discovery dispute concerning safety data in Uber's Flack database, ECF 3848, 3914; and (2) a discovery dispute pertaining to Uber's S-RAD Program and the scheduling of a related 30(b)(6) deposition, ECF 4009. The Court has advised it anticipates resolving these issues on the papers, ECF 4039. There is also a 30(b)(6) deposition scheduled for October 1 concerning Uber's transportation network, costs and expenditures, and payments to nonprofits.

PTO 26, as later amended, provided that the "close of discovery" was October 6. Judge Cisneros instructed the parties to make a joint submission by October 7 regarding a cutoff for common fact discovery, ECF 4038.

***Defendants' Position***: To ensure compliance with the Court's trial schedule, it is critical that discovery closes consistent with the currently set-schedule.  While most discovery is complete, there are several significant issues that remain subject to disputes pending before Judge Cisneros. Defendants are providing this information for the Court's awareness given the potential impact on the trial schedule and the importance of keeping the schedule on track consistent with the Court's directives.

## III.   PRETRIAL CONFERENCE TIMING AND SUBSTANCE

The Court recently granted the parties' stipulation to extend the dates for expert discovery and dispositive/*Daubert* motions. The following schedule applies to the five cases that have substantially completed fact discovery:

- Expert Reports:                                                                                               September 26, 2025
- Rebuttal Reports:                                                                                              October 24, 2025
- Dispositive Motions and Daubert Motions  
  for Experts Who Serve 9/26 Reports:                                                          November 10, 2025
- Daubert Motions for Experts

|   |   |
|---|---|
| Who Serve Only 10/24 Reports: | November 14, 2025 |
| • Dispositive/Daubert Oppositions: | December 10, 2025 |
| • Dispositive/Daubert Replies: | December 23, 2025 |

ECF 3978, 3997.

The parties seek guidance on the timing of the pretrial conference. The parties also assume that the pretrial conference (and various deadlines that flow backwards from it) will pertain to the first-scheduled trial (the Jaylynn Dean case) but seek confirmation from the Court.

### IV.  PRETRIAL PROCEDURES

The parties seek guidance on the extent to which the remaining pretrial procedures are governed by this District's local rules, as opposed to those in the District of Arizona or the Western District of North Carolina. The parties assume, but ask the Court to confirm, that dispositive and *Daubert* motions will be governed by N.D. Cal. rules and this Court's standing order. Likewise, the parties seek to confirm that procedures (exhibit numbering, jury questionnaire, etc.) will be governed by N.D. Cal. rules and this Court's standing order as opposed to the trial forum's rules.

### V.  TRIAL SCHEDULE AND LOGISTICS

The parties seek guidance on the Court's schedule for the Jaylynn Dean case, including the length of trial, the anticipated daily schedule, and whether there will be any dark days. The parties also respectfully request the Court's direction on: (a) who to contact with questions regarding courtroom technology; and (b) the availability of workrooms in the courthouse.

### VI.  TOPICS CONCERNING PTO 32 AND 33

The parties seek guidance on administrative matters concerning these PTOs.

#### A.  *Pro Hac Vice* Requirements

The Western District of North Carolina requires that local counsel file any *pro hac vice* motions and accompany *pro hac vice* counsel to all hearings unless otherwise permitted by the Court. W.D.N.C. L.R. 83.1(b)(1), (c)(2)(A). The parties seek clarification as to whether these requirements apply to the MDL bellwether cases, and if so, request that the Court enter a case management order in WHB 823 and WHB 318 suspending them. The parties additionally seek

guidance on whether to file *pro hac vice* applications in the District of Arizona, which does not require local counsel but does require PHV applications.

### B.   Filing Procedures in the MDL and District of Arizona and W.D.N.C

The parties request the court's guidance on whether it is appropriate to continue to file pleadings in the MDL rather than under the action numbers opened in W.D.N.C.

## VII.   SETTLEMENT / MEDIATION

The parties continue to meet periodically with Judge Andler to discuss the potential for resolution.

## VIII.   NEXT CASE MANAGEMENT CONFERENCE

The next case management conference is set for October 24, 2025 at 10:00am, via videoconference. ECF 1990.

Dated:  October 1, 2025

By: /s/ Sarah R. London

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: /s/ Rachel B. Abrams

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

By: /s/ Roopal P. Luhana

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

| | | |
|---|---|---|
| 1 | Dated: October 1, 2025 | **KIRKLAND & ELLIS LLP** |
| 2 | | By: */s/ Laura Vartain Horn* |
| 3 | | **KIRKLAND & ELLIS LLP**<br>ALLISON M. BROWN |
| 4 | | JESSICA DAVIDSON<br>LAURA VARTAIN |
| 5 | | **SHOOK, HARDY & BACON L.L.P.** |
| 6 | | MICHAEL B. SHORTNACY<br>PATRICK L. OOT, JR. |
| 7 | | CHRISTOPHER V. COTTON<br>ALYCIA A. DEGEN |
| 8 | | **O'MELVENY AND MYERS LLP**<br>SABRINA H. STRONG |
| 9 | | JONATHAN SCHNELLER |
| 10 | | *Attorneys for Defendants*<br>UBER TECHNOLOGIES, INC., |
| 11 | | RASIER, LLC, and RASIER-CA, LLC |

5
JOINT CASE MANAGEMENT STATEMENT
Case No. 3:23-md-03084-CRB

**FILER'S ATTESTATION**

I, Laura Vartain Horn, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: October 1, 2025

*/s/ Laura Vartain Horn*
Laura Vartain Horn