Steve Schulte (TX SBN 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, TX  75231
Phone: (214) 890-0711
Direct: (972) 581-9778
schulte@ntrial.com
jraggio@ntrial.com
afurness@ntrial.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIF**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL No. 3084 CRB** |
| | **Honorable Charles R. Breyer** |
| **This Document Relates to:** | |
| *JANE DOE NLG (DS):* **Case No.: 3:25-cv-8258** *v. Uber Technologies, Inc., et al.* | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the

Complaint with Jury Demand in the above-referenced action was filed on March 24, 2025.

Dated: October 2, 2025                    **NACHAWATI LAW GROUP**

                              /s./ *Steven S. Schulte*
                              Steve Schulte (TX SBN 24051306)
                              *Appearance Pro Hac Vice*
                              Arati Furness (CA Bar No. 225435)
                              5489 Blair Road, Dallas, TX  75231
                              Phone: (214) 890-0711
                              Direct: (972) 581-9778
                              schulte@ntrial.com
                              afurness@ntrial.com
                              **ATTORNEYS FOR PLAINTIFF**

1