# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | **MDL No. 3084 CRB**<br>Hon. Charles R. Breyer<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| This Document Relates to:<br><br>*CLF K.P. v. Uber Technologies, Inc., et al.*<br>Case No. 3:25-cv-4288-CRB | Date: November 7, 2025<br>Time: 10:00 a.m.<br>Courtroom 6 |

## [PROPOSED] ORDER

The Court, having considered the Motion to Withdraw as Counsel of Record, and good cause appearing therefore, GRANTS the motion.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Charles R. Breyer
U.S. District Judge

[PROPOSED[ ORDER RE MOTION TO WITHDRAW AS COUNSEL         CASE NO. _3:25-cv-4288-CRB_____