**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (888) 875-2889
sluther@wagstafflawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| *This document relates to:*<br><br>S.B. v. UBER TECHNOLIGIES, INC., *et al.*; 3:25-CV- 08326-CRB | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on September 30, 2025.

Dated: October 3, 2025

                                              Respectfully submitted,

                                              */s/ Sommer D. Luther*
                                              Sommer D. Luther, CO 35053
                                              **WAGSTAFF LAW FIRM**
                                              940 Lincoln Street
                                              Denver, CO 80203
                                              Tel: (720) 208-9417
                                              Fax: (888) 875-2889
                                              sluther@wagstafflawfirm.com
                                              Attorney for Plaintiff
                                              **Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2025, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

                                                             */s/ Sommer D. Luther*

                                                             Sommer D. Luther