| | |
|---|---|
| 1 | C. Brooks Cutter (SBN 121407) |
| | Jennifer S. Domer (SBN 305822) |
| 2 | Celine Cutter (SBN 312622) |
| | **CUTTER LAW P.C.** |
| 3 | 401 Watt Avenue |
| | Sacramento, CA 95864 |
| 4 | Telephone: 916-290-9400 |
| | Facsimile: 916-588-9330 |
| 5 | Email: bcutter@cutterlaw.com |
| | jdomer@cutterlaw.com |
| 6 | ccutter@cutterlaw.com |

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB |
| | Hon. Charles R. Breyer |
| This Document Relates to: | **ATTORNEY JENNIFER S. DOMER'S DECLARATION REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH COURT'S SEPTEMBER 8, 2025 ORDER** |
| *Jane Roe CL 125 v. Uber Technologies, Inc., et al., No. 3:25-cv-02233-CRB* | |
| *Jane Roe CL 128 v. Uber Technologies, Inc., et al., No. 3:25-cv-02497-CRB* | Date:  October 3, 2025 |
| | Time:  10:00 a.m. |
| *Jane Roe CL 147 v. Uber Technologies, Inc., et al., No. 3:25-cv-03811-CRB* | Courtroom:  6 – 17th Floor |
| *Jane Roe CL 148 v. Uber Technologies, Inc., et al., No. 3:25-cv-03812-CRB* | |
| *Jane Roe CL 149 v. Uber Technologies, Inc., et al., No. 3:25-cv-03813-CRB* | |
| *Jane Roe CL 150 v. Uber Technologies, Inc., et al., No. 3:25-cv-03815-CRB* | |
| *Jane Roe CL 151 v. Uber Technologies, Inc., et al., No. 3:25-cv-03816-CRB* | |
| *Jane Roe CL 156 v. Uber Technologies, Inc., et al., No. 3:25-cv-03944-CRB* | |
| *Jane Roe CL 158 v. Uber Technologies, Inc., et al., No. 3:25-cv-04038-CRB* | |

*Jane Roe CL 160 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04205-CRB

*Jane Roe CL 161 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04206-CRB

*Jane Roe CL 163 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04386-CRB

*Jane Roe CL 165 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04589-CRB

*Jane Roe CL 166 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04591-CRB

*Jane Roe CL 167 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04670-CRB

*Jane Roe CL 169 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04672-CRB

*Jane Roe CL 170 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04705-CRB

I, Jennifer S. Domer, declare as follows:

1. I am an attorney at Cutter Law P.C. admitted to practice before the courts of the State of California. I am a Partner at Cutter Law, P.C., and am one of the counsels of record for all filed Jane Roe CL claimants. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently as to the information below.

2. This declaration is made pursuant to the Court's Order to submit a Declaration within 28 days day of the Order (October 6, 2025, being 28 days from September 8, 2025, the date the Order was signed) as to whether Counsel disagrees with any Plaintiff inclusion in Uber's Declaration, which Defendants submitted on September 23, 2025.

3. Counsel's firm has made extensive efforts to reach clients listed as Exhibit A, subject to Defendants' Motion to Dismiss.

4. Counsel submitted a response to the Opposition Motion on August 25, 2025, and explained we would continue to make efforts to reach any missing claimants.

5. Those efforts include extensive phone calls, text messages, emails, physical

mailings to last known address, and additional address searches in databases. Counsel has also employed a private investigator to help locate these individuals. Through the database searches and private investigators, Counsel also attempted to reach potential relatives in an effort to reach the Plaintiffs.

6. Through those continued efforts, Counsel received two PFSs after the date that Defendants submitted their Declaration.

7. Counsel submitted PFSs for Jane Roe CL 160 and Jane Roe CL 170 on September 26, 2025.

8. Though late, the submission of their PFSs is still prior to the Court entering an Order for Dismissal.

9. Counsel would therefore dispute their inclusion on Uber's current list of delinquent PFSs for their Motion, as well as ask for their exclusion on the Court's future entry of Dismissal.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on October 3, 2025, in Sacramento, California.

Dated: October 3, 2025                    CUTTER LAW P.C.

                                          By:   /s/ Jennifer S. Domer

                                               Jennifer S. Domer
                                               *Attorney for Jane Roe CL Plaintiffs*