C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
       jdomer@cutterlaw.com
       ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Roe CL 17 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04915-CRB<br><br>*Jane Roe CL 37 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05728-CRB<br><br>*Jane Roe CL 38 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05729-CRB<br><br>*Jane Roe CL 67 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06191-CRB<br><br>*Jane Roe CL 70 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06863-CRB<br><br>*Jane Roe CL 71 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06864-CRB<br><br>*Jane Roe CL 76 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07569-CRB<br><br>*Jane Roe CL 77 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07571-CRB<br><br>*Jane Roe CL 79 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07587-CRB | Case No.: 3:23-md-03084-CRB<br><br>**ATTORNEY JENNIFER S. DOMER'S DECLARATION REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH COURT'S SEPTEMBER 8, 2025 ORDER**<br><br>Judge: Hon. Charles R. Breyer<br><br>Date: October 3, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

| | |
|---|---|
| 1 | *Jane Roe CL 81 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08521-CRB |
| 2 | |
| 3 | *Jane Roe CL 83 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08525-CRB |
| 4 | *Jane Roe CL 88 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09145-CRB |
| 5 | |
| 6 | *Jane Roe CL 91 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09235-CRB |
| 7 | *Jane Roe CL 92 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09237-CRB |
| 8 | |
| 9 | *Jane Roe CL 93 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09549-CRB |
| 10 | *Jane Roe CL 98 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00853-CRB |
| 11 | |
| 12 | *Jane Roe CL 101 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01118-CRB |
| 13 | *Jane Roe CL 102 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01120-CRB |
| 14 | |
| 15 | *Jane Roe CL 107 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01470-CRB |
| 16 | *Jane Roe CL 109 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01652-CRB |
| 17 | \ |
| 18 | *Jane Roe CL 110 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01653-CRB |
| 19 | *Jane Roe CL 114 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01942-CRB |
| 20 | |
| 21 | *Jane Roe CL 118 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02132-CRB |
| 22 | *Jane Roe CL 119 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02133-CRB |
| 23 | |
| 24 | *Jane Roe CL 122 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02138-CRB |
| 25 | *Jane Roe CL 126 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02495-CRB |
| 26 | |
| 27 | *Jane Roe CL 138 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03137-CRB |
| 28 | |

-2-
JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

| | |
|---|---|
| 1 | *Jane Roe CL 139 v. Uber Technologies, Inc., et al., No. 3:25-cv-03255-CRB* |
| 2 | |
| 3 | *Jane Roe CL 147 v. Uber Technologies, Inc., et al., No. 3:25-cv-03811-CRB* |
| 4 | *Jane Roe CL 148 v. Uber Technologies, Inc., et al., No. 3:25-cv-03812-CRB* |
| 5 | |
| 6 | *Jane Roe CL 150 v. Uber Technologies, Inc., et al., No. 3:25-cv-03815-CRB* |
| 7 | *Jane Roe CL 151 v. Uber Technologies, Inc., et al., No. 3:25-cv-03816-CRB* |
| 8 | |
| 9 | *Jane Roe CL 158 v. Uber Technologies, Inc., et al., No. 3:25-cv-04038-CRB* |
| 10 | *Jane Roe CL 160 v. Uber Technologies, Inc., et al., No. 3:25-cv-04205-CRB* |
| 11 | |
| 12 | *Jane Roe CL 161 v. Uber Technologies, Inc., et al., No. 3:25-cv-04206-CRB* |
| 13 | *Jane Roe CL 164 v. Uber Technologies, Inc., et al., No. 3:25-cv-04587-CRB* |
| 14 | |
| 15 | *Jane Roe CL 165 v. Uber Technologies, Inc., et al., No. 3:25-cv-04589-CRB* |
| 16 | *Jane Roe CL 166 v. Uber Technologies, Inc., et al., No. 3:25-cv-04591-CRB* |
| 17 | |
| 18 | *Jane Roe CL 167 v. Uber Technologies, Inc., et al., No. 3:25-cv-04670-CRB* |
| 19 | *Jane Roe CL 169 v. Uber Technologies, Inc., et al., No. 3:25-cv-04672-CRB* |
| 20 | |
| 21 | *Jane Roe CL 170 v. Uber Technologies, Inc., et al., No. 3:25-cv-04705-CRB* |
| 22 | |

I, Jennifer S. Domer, declare as follows:

1. I am an attorney at Cutter Law P.C. admitted to practice before the courts of the State of California. I am a Partner at Cutter Law, P.C., and am one of the counsels of record for all filed Jane Roe CL claimants. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently as to the information below.

2. This declaration is made pursuant to the Court's Order to submit a Declaration within 28 days day of the Order (October 6, 2025 being 28 days from September 8, 2025, the date the Order was signed) as to whether Counsel disagrees with any Plaintiff inclusion in Uber's Declaration, which Defendants submitted on September 23, 2025.

3. Counsel's firm has made extensive efforts to reach clients listed as Exhibit A, subject to Defendants' Motion to Dismiss.

4. Counsel submitted a response to the Opposition Motion on August 26, 2025, and explained we would continue to make efforts to reach any missing claimants.

5. Those efforts include extensive phone calls, text messages, emails, physical mailings to last known address, and additional address searches in databases. Counsel has also employed a private investigator to help locate these individuals. Through the database searches and private investigators, Counsel also attempted to reach potential relatives in an effort to reach the Plaintiffs.

6. Through those continued efforts, Counsel received three responsive trip receipt documents for clients listed on Defendants' Declaration.

7. Counsel submitted an Uber Ride Information Form for Jane Roe CL 160 and Jane Roe CL 170 on September 26, 2025.

8. Counsel submitted an Uber Ride Information Form for Jane Roe CL 169 on September 29, 2025.

9. Though late, the submission of their PFSs is still prior to the Court entering an Order for Dismissal.

10. Counsel would therefore dispute their inclusion on Uber's current list of delinquent Trip Receipts or Ride Information Forms for their Motion, as well as ask for their exclusion on the Court's future entry of Dismissal.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on October 3, 2025, in Sacramento, California.

Dated: October 3, 2025            CUTTER LAW P.C.

                                  By:   /s/ Jennifer S. Domer

                                        Jennifer S. Domer
                                        *Attorney for Jane Roe CL Plaintiffs*