1 | RACHEL B. ABRAMS (Cal Bar No. 209316)
2 | ADAM B. WOLF (Cal Bar No. 215914)
  | **Peiffer Wolf Carr Kane Conway & Wise, LLP**
3 | 555 Montgomery Street, Suite 820
  | San Francisco, CA 94111
4 | Telephone: 415.766.3544
  | Facsimile: 415.840.9435
5 | Email: rabrams@peifferwolf.com
  | Email: awolf@peifferwolf.com

6 | TIFFANY R. ELLIS (*Admitted PHV*)
  | **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7 | 15 E. Baltimore Ave.
  | Detroit, MI 48202
8 | Telephone: 313.210.1559
  | Facsimile: 415.840.9435
9 | Email: tellis@peifferwolf.com

10 | *Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
|---|---|
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *V.D. v. UBER TECHNOLOGIES, INC., et al.*, 3:25-cv-08155-CRB | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on September 25, 2025.

///

///

///

CASE NO. 3:23-md-03084-CRB            1            NOTICE OF FILING OF NEW ACTION

| | |
|---|---|
| Dated: October 6, 2025 | Respectfully submitted,<br><br>By: */s/ Rachel B. Abrams*<br>RACHEL B. ABRAMS (Cal Bar No. 209316)<br>ADAM B. WOLF (Cal Bar No. 215914)<br>**Peiffer Wolf Carr Kane Conway & Wise, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: 415.766.3544<br>Facsimile: 415.840.9435<br>Email: rabrams@peifferwolf.com<br>           awolf@peifferwolf.com<br><br>TIFFANY R. ELLIS (*Admitted PHV*)<br>**Peiffer Wolf Carr Kane Conway & Wise, LLP**<br>15 E. Baltimore Ave.<br>Detroit, MI 48202<br>Telephone: 313.210.1559<br>Facsimile: 415.840.9435<br>Email: tellis@peifferwolf.com<br><br>*Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

           */s/ Rachel B. Abrams*
           Rachel B. Abrams

CASE NO. 3:23-md-03084-CRB           2           NOTICE OF FILING OF NEW ACTION