1  Steve Schulte (TX SBN 24051306)
   *Appearance Pro Hac Vice*
2  John Raggio (CA Bar No. 338261)
   Arati Furness (CA Bar No. 225435)
3  **NACHAWATI LAW GROUP**
4  5489 Blair Road
   Dallas, TX  75231
5  Phone: (214) 890-0711
   Direct: (972) 581-9778
6  schulte@ntrial.com
   jraggio@ntrial.com
7  afurness@ntrial.com
8  *Attorneys for Plaintiff*

9              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIF**
10               **SAN FRANCISCO DIVISION**

11 IN RE: UBER TECHNOLOGIES, INC.,          **MDL No. 3084 CRB**
12 PASSENGER SEXUAL ASSAULT
   LITIGATION                                **Honorable Charles R. Breyer**
13
   **This Document Relates to:**
14
   *JANE DOE NLG (JL);*
15 **Case No.: 3:25-cv-8523**
   *v. Uber Technologies, Inc., et al.*      **NOTICE OF FILING OF NEW ACTION**
16

17      Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the First

18 Amended Short Form Complaint with Jury Demand in the above-referenced action was

19 filed on October 7, 2025.

20      Dated: October 7, 2025           **NACHAWATI LAW GROUP**

21                                       */s./ Steven S. Schulte*
                                         Steve Schulte (TX SBN 24051306)
22                                       *Appearance Pro Hac Vice*
                                         Arati Furness (CA Bar No. 225435)
23                                       5489 Blair Road, Dallas, TX  75231
                                         Phone: (214) 890-0711
24                                       Direct: (972) 581-9778
                                         schulte@ntrial.com
25                                       afurness@ntrial.com
                                         **ATTORNEYS FOR PLAINTIFF**
26

27

28

                                     1