RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>*This document relates to:*<br><br>*K.H. v. UBER TECHNOLOGIES, INC., et al.*, 3:25-cv-08377-CRB | No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on October 1, 2025.

///

///

///

| | |
|---|---|
| Dated: October 7, 2025 | Respectfully submitted, |
| | By: /s/ Rachel B. Abrams |
| | RACHEL B. ABRAMS (Cal Bar No. 209316) |
| | ADAM B. WOLF (Cal Bar No. 215914) |
| | **Peiffer Wolf Carr Kane Conway & Wise, LLP** |
| | 555 Montgomery Street, Suite 820 |
| | San Francisco, CA 94111 |
| | Telephone: 415.766.3544 |
| | Facsimile: 415.840.9435 |
| | Email: rabrams@peifferwolf.com |
| | awolf@peifferwolf.com |
| | |
| | TIFFANY R. ELLIS (*Admitted PHV*) |
| | **Peiffer Wolf Carr Kane Conway & Wise, LLP** |
| | 15 E. Baltimore Ave. |
| | Detroit, MI 48202 |
| | Telephone: 313.210.1559 |
| | Facsimile: 415.840.9435 |
| | Email: tellis@peifferwolf.com |
| | |
| | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

/s/ Rachel B. Abrams
Rachel B. Abrams