RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>*This document relates to:*<br><br>*P.P. v. UBER TECHNOLOGIES, INC., et al.,* 3:25-cv-08381-CRB | No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on October 1, 2025.

///

///

///

CASE NO. 3:23-md-03084-CRB                1                NOTICE OF FILING OF NEW ACTION

| | | |
|---|---|---|
| 1 | Dated: October 7, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */s/ Rachel B. Abrams*<br>RACHEL B. ABRAMS (Cal Bar No. 209316) |
| 4 | | ADAM B. WOLF (Cal Bar No. 215914)<br>**Peiffer Wolf Carr Kane Conway & Wise, LLP** |
| 5 | | 555 Montgomery Street, Suite 820<br>San Francisco, CA 94111 |
| 6 | | Telephone: 415.766.3544<br>Facsimile: 415.840.9435 |
| 7 | | Email: rabrams@peifferwolf.com<br>           awolf@peifferwolf.com |
| 8 | | |
| 9 | | TIFFANY R. ELLIS (*Admitted PHV*)<br>**Peiffer Wolf Carr Kane Conway & Wise, LLP** |
| 10 | | 15 E. Baltimore Ave.<br>Detroit, MI 48202 |
| 11 | | Telephone: 313.210.1559<br>Facsimile: 415.840.9435 |
| 12 | | Email: tellis@peifferwolf.com |
| 13 | | *Counsel for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Rachel B. Abrams*
Rachel B. Abrams