UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF SARAH R. LONDON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR ENFORCEMENT OF THE PROTECTIVE ORDER**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 - 17th Floor (zoom) |

I, Sarah R. London, declare:

1. I am an attorney in the law firm of Girard Sharp, LLP, appointed Co-Lead and Liaison Counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. At Uber's request, I met and conferred with Uber counsel Chris Cotton on August 25, 2025.

3. During that call, Uber asserted that Plaintiffs' responses to Judge Cisneros's August 1, 2025 and August 11, 2025 orders (ECF 3625 & 3676) were deficient.

4. During the call, I re-confirmed for Uber that Plaintiffs' Co-Lead Counsel reviewed the details of the August 1 order with all Plaintiffs' counsel, and that, as far as Co-Lead Counsel knew, no firm had litigation funding to disclose.

5. I asked Uber's counsel to provide any information they had suggesting any firm had not complied with Court orders.

6. I committed that Co-Lead Counsel would investigate any specific or credible allegations against any Plaintiff's counsel and take swift and thorough action.

7. In response, Uber offered only generalities and innuendo.

8. Attached as **Exhibit A** is a true and correct copy of Defendants' First Set of Requests for Admissions to Plaintiff Jaylynn Dean, served on August 26, 2025.

9. Attached as **Exhibit B** is a true and correct copy of Defendants' Third Set of Requests for Production to Plaintiff Jaylynn Dean, served on August 26, 2025.

10. Attached as **Exhibit C** is a true and correct copy of Defendants' Third Set of Interrogatories to Plaintiff Jaylynn Dean, served on August 26, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of October, 2025 in San Francisco, California.

                                           */s/ Sarah R. London*
                                           Sarah R. London