**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*A.B v. Uber Technologies, Inc., et al.*<br>Case No: 3:25-cv-08636 | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**NOTICE OF FILING OF A NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint and Jury Demand in the above-referenced action that was filed on October 9, 2025.

Dated: October 9, 2025.                              Respectfully submitted,

                                                **RUBENSTEIN LAW, P.A.**
                                                9130 S Dadeland Blvd
                                                Miami, Florida 33156
                                                Tel: (305) 661-6000
                                                Fax: (305) 670-7555
                                                Email:  mfagrait@rubensteinlaw.com
                                                             lbanciella@rubensteinlaw.com
                                                             mteservice@rubensteinlaw.com
                                                By:  */s/ Miriam Fresco Agrait*
                                                  **MIRIAM FRESCO AGRAIT**

                                                Florida Bar No.: 91428
                                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 9, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF A NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

  /s/ *Miriam Fresco Agrait*
Miriam Fresco Agrait