RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.
Detroit, MI 48216
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF K.B.** |
| This Document Relates to: | Honorable Charles R. Breyer |
| *K.B. v. Uber Technologies, Inc., et al; 3:25-cv-02650-CRB* | |

## NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF K.B.

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE that as soon hereafter as the matter may be heard, Peiffer Wolf Carr Kane Conway and Wise, LLP ("Peiffer Wolf"), counsel of record for Plaintiff K.B. ("Plaintiff"), moves this Court for an order permitting its withdrawal as counsel for Plaintiff.

This Motion is made pursuant to Local Rule 11-5(a) and C. This Notice of Motion & Motion is based on the below Memorandum in Support and the accompanying Declaration of Rachel B. Abrams ("Decl."), attached hereto as Exhibit A. A Proposed Order is attached as Exhibit B.

1    **MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

2          Pursuant to Local Civil Rule 11-5(a) and California Rules of Professional Conduct

3    1.16(b)(4) and 1.16(d), Peiffer Wolf submits this Memorandum of Law in support of its Motion

4    to Withdraw as Counsel for Plaintiff K.B. Peiffer Wolf respectfully requests the Court grant the

5    Motion.

6          **STATEMENT OF FACTS**

7          Peiffer Wolf should be permitted to withdraw as counsel for Plaintiff. An attorney may

8    withdraw from a case by obtaining an order from the court after reasonable advance written

9    notice has been provided to the client and to all other parties. Civ. L.R. 11-5(a); *see also* Cal.

10   Rules Prof. Conduct 1.16(d)(1).

11         Peiffer Wolf has given appropriate advance notice of its intent to withdraw to Plaintiff

12   beginning on September 25, 2025, and culminating with final notice on September 30, 2025.

13   Decl. ¶¶ 5(j). Peiffer Wolf has also given Uber advance notice. Decl. ¶ 7. Peiffer Wolf has taken

14   all possible steps to avoid prejudice to Plaintiff by explaining to her the possible consequences

15   of failing to contact Peiffer Wolf or meet discovery deadlines. Decl. ¶¶ 5-6. Peiffer Wolf also

16   submitted the limited information Peiffer Wolf did have. Decl. ¶ 5. Despite those efforts,

17   Plaintiff failed to establish useful communication with Peiffer Wolf ¶ 5. Plaintiff also failed to

18   provide Peiffer Wolf with sufficient or adequate information to confirm her claim ¶ 6. Peiffer

19   Wolf has thus taken all reasonable steps to avoid foreseeable prejudice to Plaintiff. Decl. ¶ 9.

20         Under California Rule of Professional Conduct 1.16(b)(4), a lawyer may withdraw from

21   a case if "the client … renders it unreasonably difficult for the lawyer to carry out the

22   representation effectively." Here, Plaintiff rendered it unreasonably difficult for Peiffer Wolf to

23   carry out the representation effectively by failing to communicate with Peiffer Wolf and failing

24   to provide information required to prosecute her case, despite requests from Peiffer Wolf. Decl.

25   ¶ 5. Therefore, Peiffer Wolf has been unable to meet discovery deadlines in this case.

26         Because this motion is not accompanied by a substitution of counsel or an agreement by

27   Plaintiff to proceed *pro se*, Peiffer Wolf agrees to the condition imposed by Local Rule 11-5(b)

28   to serve Plaintiff with all papers in this matter, unless or until Plaintiff appears *pro se*, other

1  counsel appears on Plaintiff's behalf, or upon further order of the Court. Decl. ¶ 10.

2  **CONCLUSION**

3      Peiffer Wolf respectfully requests that the Court enter an order terminating its

4  representation of Plaintiff and allowing Plaintiff 30 days to retain new counsel.

5   DATED: October 9, 2025                RESPECTFULLY SUBMITTED,

6

7  BY: */S/ RACHEL B. ABRAMS*
RACHEL B. ABRAMS (CAL BAR NO. 209316)
ADAM B. WOLF (CAL BAR NO. 215914)

8  **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**

9  555 MONTGOMERY STREET, SUITE 820

10  SAN FRANCISCO, CA 94111
TELEPHONE: 415.766.3544

11  FACSIMILE: 415.840.9435

12  EMAIL: RABRAMS@PEIFFERWOLF.COM
    AWOLF@PEIFFERWOLF.COM

13  TIFFANY R. ELLIS (*ADMITTED PHV*)

14  **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
2229 TRUMBULL ST.

15  DETROIT, MI 48216
TELEPHONE: 313.210.1559

16  FACSIMILE: 415.840.9435
EMAIL: TELLIS@PEIFFERWOLF.COM

17

18  *COUNSEL FOR PLAINTIFF*

19

20

21

22

23

24

25

26

27

28