ALLISON M. BROWN (Admitted Pro Hac Vice)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted Pro Hac Vice)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted Pro Hac Vice)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: *Jane Doe LS 37 v. Uber Technologies, Inc.,* et al., No. 3:23-cv-04393-CRB *E.D. v. Uber Technologies, Inc., et al.,* No. 3:23-cv-05307-CRB *Jane Doe LS 244 v. Uber Technologies, Inc.,* et al., No. 3:23-cv-05372-CRB *H.L. v. Uber Technologies, Inc. et al.,* No. 3:24-cv-04526-CRB | **NOTICE OF ERRATA RE: DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH THE COURT'S SEPTEMBER 16, 2025 ORDER [ECF 4072]** Judge: Hon. Charles R. Breyer Courtroom: 6-17th Floor |

1. *Jane Roe CL 12 v. Uber Technologies, Inc.*, et al., No. 3:24-cv-04673-CRB
2. *WHB 1293 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04817-CRB
3. *WHB 1027 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04820-CRB
4. *WHB 928 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04825-CRB
5. *WHB 511 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04842-CRB
6. *WHB 860 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04845-CRB
7. *WHB 1023 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04877-CRB
8. *WHB 1002 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04885-CRB
9. *WHB 1497 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04891-CRB
10. *WHB 310 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04903-CRB
11. *WHB 333 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04905-CRB
12. *WHB 56 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04908-CRB
13. *WHB 312 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04928-CRB
14. *WHB 1590 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04946-CRB
15. *WHB 1667 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04957-CRB
16. *WHB 1960 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04960-CRB

NOTICE OF ERRATA RE DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH THE COURT'S SEPTEMBER 16, 2025 ORDER

Case No. 3:23-MD-3084-CRB

*WHB 1619 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04961-CRB

*WHB 689 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04965-CRB

*WHB 676 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05024-CRB

*WHB 1837 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05033-CRB

*WHB 1902 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05040-CRB

*WHB 1431 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05057-CRB

*WHB 666 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05127-CRB

*LS 523 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05155-CRB

*WHB 1394 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05237-CRB

*WHB 466 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05265-CRB

*WHB 1832 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05305-CRB

*WHB 645 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05356-CRB

*WHB 703 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05361-CRB

*WHB 1272 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05366-CRB

*LS 529 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05422-CRB

*WHB 994 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05452-CRB

NOTICE OF ERRATA RE DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH THE COURT'S SEPTEMBER 16, 2025 ORDER

Case No. 3:23-MD-3084-CRB

*WHB 1856 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05461-CRB

*WHB 1021 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05466-CRB

*WHB 1661 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05468-CRB

*WHB 1414 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05495-CRB

*WHB 1468 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05500-CRB

*WHB 1043 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05501-CRB

*CL 21 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05525-CRB

*LS 494 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05547-CRB

*WHB 1840 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05554-CRB

*WHB 1677 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05556-CRB

*WHB 1659 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05565-CRB

*WHB 1618 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05572-CRB

*Jane Roe CL 30 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05591-CRB

*A.T. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05592-CRB

*WHB 1943 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05598-CRB

NOTICE OF ERRATA RE DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH THE COURT'S SEPTEMBER 16, 2025 ORDER

Case No. 3:23-MD-3084-CRB

*WHB 1552 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05599-CRB

*WHB 1880 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05602-CRB

*WHB 1381 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05603-CRB

*WHB 632 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05604-CRB

*WHB 1260 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05613-CRB

*WHB 1544 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05622-CRB

*WHB 438 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05631-CRB

*LS 248 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05647-CRB

*LS 514 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05658-CRB

*WHB 1611 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05665-CRB

*WHB 891 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05666-CRB

*WHB 1348 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05669-CRB

*WHB 946 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05698-CRB

*Jane Roe CL 35 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05706-CRB

*WHB 1142 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05712-CRB

*WHB 1057 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05715-CRB

| | |
|---|---|
| 1 | *WHB 1470 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05716-CRB |
| 2 | |
| 3 | *Jane Roe CL 44 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05744-CRB |
| 4 | |
| 5 | *WHB 494 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05767-CRB |
| 6 | *WHB 871 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05770-CRB |
| 7 | |
| 8 | *WHB 935 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05776-CRB |
| 9 | |
| 10 | *LS 455 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05812-CRB |
| 11 | *CL 55 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05835-CRB |
| 12 | |
| 13 | *LS 363 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05891-CRB |
| 14 | |
| 15 | *LS 318 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05932-CRB |
| 16 | *WHB 884 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05948-CRB |
| 17 | |
| 18 | *WHB 991 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05959-CRB |
| 19 | |
| 20 | *LS 207 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05965-CRB |
| 21 | *DMA 1 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05968-CRB |
| 22 | |
| 23 | *LS 303 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05980-CRB |
| 24 | |
| 25 | *LS 125 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05982-CRB |
| 26 | *WHB 1556 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05986-CRB |
| 27 | |
| 28 | |

NOTICE OF ERRATA RE DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH THE COURT'S SEPTEMBER 16, 2025 ORDER

Case No. 3:23-MD-3084-CRB

*LS 153 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06011-CRB

*LS 216 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06029-CRB

*LS 233 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06030-CRB

*Jane Roe CL 73 v. Uber Technologies, Inc., et al.,* No 3:24-cv-7030-CRB

*WHB 1999 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07048-CRB

*B.B. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07492-CRB

*A.A. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07549-CRB

*E.R. 02 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07635-CRB

*E.H. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08342-CRB

*Jane Doe NLG (HK) v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 08614-CRB

*S.G. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08675-CRB

*Dadej v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08785-CRB

*C.B. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09049-CRB

*D.J. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09050-CRB

*E.B. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09052-CRB

*S.H. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09068-CRB

NOTICE OF ERRATA RE DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH THE COURT'S SEPTEMBER 16, 2025 ORDER

Case No. 3:23-MD-3084-CRB

*LS 153 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06011-CRB

*LS 216 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06029-CRB

*LS 233 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06030-CRB

*Jane Roe CL 73 v. Uber Technologies, Inc., et al.,* No 3:24-cv-7030-CRB

*WHB 1999 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07048-CRB

*B.B. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07492-CRB

*A.A. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07549-CRB

*E.R. 02 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07635-CRB

*E.H. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08342-CRB

*Jane Doe NLG (HK) v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 08614-CRB

*S.G. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08675-CRB

*Dadej v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08785-CRB

*C.B. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09049-CRB

*D.J. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09050-CRB

*E.B. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09052-CRB

*S.H. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09068-CRB

NOTICE OF ERRATA RE DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH THE COURT'S SEPTEMBER 16, 2025 ORDER

Case No. 3:23-MD-3084-CRB

1    *CL 90 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09201-CRB

2
3    *Jane Doe NLG (R.M.) v. Uber Technologies, Inc., et al.,* No. 3:24-cv- 09216-CRB

4    *D.C. 2636 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09367-CRB

5
6    *Jane Doe 693827 v. Uber Technologies, Inc., et al., No.* 3:24-cv-09515-CRB

7
8    *Jane Doe 691535 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09523-CRB

9    *CL 94 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09550-CRB

10
11    *CL 96 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-00463-CRB

12
13    *I.A. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-00822-CRB

14    *CL 99 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-00855-CRB

15
16    *L.F. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01005-CRB

17
18    *WHB 2060 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01092-CRB

19    *WHB 2061 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01095-CRB

20
21    *WHB 2062 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01098-CRB

22
23    *WHB 2063 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01099-CRB

24    *WHB 2064 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01101-CRB

25
26    *WHB 2067 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01122-CRB

27
28

NOTICE OF ERRATA RE DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH THE COURT'S SEPTEMBER 16, 2025 ORDER
                                                                                 Case No. 3:23-MD-3084-CRB

1   *WHB 2070 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01126-CRB

2

3   *WHB 2071 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01130-CRB

4   *WHB 2073 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01143-CRB

5

6   *WHB 2075 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01148-CRB

7

8   *WHB 2077 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01150-CRB

9   *WHB 2082 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01177-CRB

10

11  *WHB 2084 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01179-CRB

12  *WHB 2036 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01180-CRB

13

14  *WHB* 2039 *v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01202-CRB

15

16  *WHB 2041 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01205-CRB

17

18  *WHB 2043 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01207-CRB

19  *WHB 2044 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01209-CRB

20

21  *WHB 2047 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01215-CRB

22  *WHB 2048 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01216-CRB

23

24  *WHB 2049 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01218-CRB

25

26  *WHB 2051 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01226-CRB

27

28

NOTICE OF ERRATA RE DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH THE COURT'S SEPTEMBER 16, 2025 ORDER
Case No. 3:23-MD-3084-CRB

1. *WHB 2054 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01244-CRB

2. *WHB 2057 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01249-CRB

3. 

4. *WHB 2059 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01255-CRB

5. 

6. *S.G. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01417-CRB

7. *K.D. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01602-CRB

8. 

9. *T.K. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01651-CRB

10. 

11. *S.W. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01658-CRB

12. *C.C. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01707-CRB

13. 

14. *M.S. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01863-CRB

15. 

16. *Halligan v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02104-CRB

17. *T.C. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02109-CRB

18. 

19. *Jane Doe LS 578 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02405-CRB

20. 

21. *CL 129 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02498-CRB

22. *A.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02510-CRB

23. 

24. *J.H. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02526-CRB

25. 

26. *A.J. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02577-CRB

27. 

28. 

NOTICE OF ERRATA RE DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH THE COURT'S SEPTEMBER 16, 2025 ORDER

Case No. 3:23-MD-3084-CRB

*Jane Doe NLG (KS) v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 02616-CRB

*K.B. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02650-CRB

*N.K. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02681-CRB

*J.M., v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02689-CRB

*T.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02704-CRB

*S.F. v. Uber Technologies, Inc., et al.,,* No. 3:25-cv-02708-CRB

*CL 132 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02744-CRB

*NLG (IM) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02771-CRB

*M.H. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02859-CRB

*K.T. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02880-CRB

*T.P. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03016-CRB

*CL 143 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03260-CRB

*CL 145 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03262-CRB

*J.P.F. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03289-CRB

*J.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03364-CRB

*Batterson, Vanessa v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 03378-CRB

NOTICE OF ERRATA RE DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH THE COURT'S SEPTEMBER 16, 2025 ORDER

Case No. 3:23-MD-3084-CRB

1  *V.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03591-CRB

2  *CL 153 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03818-CRB

3

4  *Crystal Lugo v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03969-CRB

5

6  *Breanna Donaldson v. Uber Technologies, Inc., et al.,* No. 3:25-cv- 03976-CRB

7  *C.E. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04100-CRB

8

9  *S.S. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04143-CRB

10

11  *W.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04717-CRB

12  *K.N. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04719-CRB

13

14  *R.H. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04725-CRB

15

16  *T.P. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04766-CRB

17  *V.R. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04767-CRB

18

19  *S.K. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04768-CRB

20

21  *L.K. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04774-CRB

22  *B.W. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04796-CRB

23

24  *G.G. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04798-CRB

25

26  *D.C. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04851-CRB

27

28

NOTICE OF ERRATA RE DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH THE COURT'S SEPTEMBER 16, 2025 ORDER

Case No. 3:23-MD-3084-CRB

|  |  |
|---|---|
| 1 | TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |

PLEASE TAKE NOTICE that Exhibit A to the Declaration of Michael B. Shortnacy Regarding Plaintiffs Not in Compliance with the Court's September 16, 2025 Order (ECF. No. 4072), inadvertently included the case styled, "S.H., No.3:24-cv-09068." The corrected Exhibit is attached hereto as Exhibit A (Corrected). Other than inadvertently including "S.H., No.3:24-cv-09068," no other differences exist between the Exhibit A at ECF No. 4072 and the corrected version attached hereto as Exhibit A (Corrected). Counsel for S.H. raised this issue with Defendants, and counsel is aware of this correction.

Dated: October 9, 2025

SHOOK, HARDY & BACON L.L.P.

By: */s/ Michael B. Shortnacy*
  MICHAEL B. SHORTNACY

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC