# EXHIBIT A
# (CORRECTED)

*In Re: Uber Technologies Inc., Passenger Sexual Assault Litigation* ; Case No. 3:23-md-03084-CRB

Exhibit A - Declaration in Support of Uber's Motion to Dismiss for Failure to Comply with PTO 10

| MDLC ID | Case Name | Case Number | Plaintiff Firm | Basis/es for Inclusion | Uncured Deficiencies |
|---|---|---|---|---|---|
| 1141 | Jane Doe LS 37 | 3:23-cv-04393-CRB | Levin Simes, LLP | Missing Release (Exhibit B) | Missing Release (Exhibit B) |
| 1171 | Jane Doe LS 244 | 3:23-cv-05372-CRB | Levin Simes, LLP | Missing Release (Exhibit B & C) | Missing release (Exhibit B & C) |
| 2149 | H.L. | 3:24-cv-04526-CRB | Peiffer Wolf Carr Kane Conway & Wise | Missing Release (Exhibit A & B); Missing Verification | Missing release (Exhibit A & B); Missing Verification |
| 1593 | WHB 1293 | 3:24-cv-04817-CRB | Williams Hart & Boundas, LLP | Missing Release (Exhibit A) | Missing Release (Exhibit A) |
| 1533 | WHB 1027 | 3:24-cv-04820-CRB | Williams Hart & Boundas, LLP | Missing Release (Exhibit A); Missing Verification | Missing Release (Exhibit A); Missing Verification |
| 1535 | WHB 928 | 3:24-cv-04825-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 1551 | WHB 511 | 3:24-cv-04842-CRB | Williams Hart & Boundas, LLP | Missing Release (Exhibit B); Missing Verification | Missing Release (Exhibit B); Missing Verification |
| 1563 | WHB 1023 | 3:24-cv-04877-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 1627 | WHB 1002 | 3:24-cv-04885-CRB | Williams Hart & Boundas, LLP | Missing Release (Exhibit A, B, & C) | Missing Release (B & C) |
| 1632 | WHB 1497 | 3:24-cv-04891-CRB | Williams Hart & Boundas, LLP | Missing Release (Exhibit A); Missing Verification | Missing Release (Exhibit A); Missing Verification |
| 1607 | WHB 1590 | 3:24-cv-04946-CRB | Williams Hart & Boundas, LLP | Missing Production (15.a.) | Missing Production (15.a.) |
| 1688 | WHB 1667 | 3:24-cv-04957-CRB | Williams Hart & Boundas, LLP | Missing Production (19.a.) | Missing Production (19.a.) |
| 1631 | WHB 689 | 3:24-cv-04965-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |

1

Case 3:23-md-03084-CRB   Document 4106-1   Filed 10/09/25   Page 3 of 9

*In Re: Uber Technologies Inc., Passenger Sexual Assault Litigation* ; Case No. 3:23-md-03084-CRB
Exhibit A - Declaration in Support of Uber's Motion to Dismiss for Failure to Comply with PTO 10

| MDLC ID | Case Name | Case Number | Plaintiff Firm | Basis/es for Inclusion | Uncured Deficiencies |
|---|---|---|---|---|---|
| 1690 | WHB 1619 | 3:24-cv-04961-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 1734 | WHB 676 | 3:24-cv-05024-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 1759 | WHB 1431 | 3:24-cv-05057-CRB | Williams Hart & Boundas, LLP | Missing Release (Exhibit B & C) | Missing Release (Exhibit B & C) |
| 1788 | WHB 666 | 3:24-cv-05127-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 2508 | Jane Doe LS 523 | 3:24-cv-05155-CRB | Levin Simes, LLP | Missing Production (15.a.) | Missing Production (15.a.) |
| 1925 | WHB 703 | 3:24-cv-05361-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 1926 | WHB 1272 | 3:24-cv-05366-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 1937 | WHB 994 | 3:24-cv-05452-CRB | Williams Hart & Boundas, LLP | Question 41 Unanswered | Question 41 Unanswered |
| 1948 | WHB 1661 | 3:24-cv-05468-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 1972 | WHB 1043 | 3:24-cv-05501-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 1988 | WHB 1414 | 3:24-cv-05495-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 1989 | WHB 1468 | 3:24-cv-05500-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 2365 | Jane Doe LS 494 | 3:24-cv-05547-CRB | Levin Simes, LLP | Missing Production (15.a.) | Missing Production (15.a.) |

Case 3:23-md-03084-CRB   Document 4106-1   Filed 10/09/25   Page 4 of 9
*In Re: Uber Technologies Inc., Passenger Sexual Assault Litigation* ; Case No. 3:23-md-03084-CRB
Exhibit A - Declaration in Support of Uber's Motion to Dismiss for Failure to Comply with PTO 10

| MDLC ID | Case Name | Case Number | Plaintiff Firm | Basis/es for Inclusion | Uncured Deficiencies |
|---|---|---|---|---|---|
| 2057 | WHB 1677 | 3:24-cv-05556-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 2065 | WHB 935 | 3:24-cv-05776-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 1927 | A.T. (2) | 3:24-cv-05592-CRB | Peiffer Wolf Carr Kane Conway & Wise | Missing Release (Exhibit B); Missing Verification | Missing Release (Exhibit B); Missing Verification |
| 2158 | WHB 1552 | 3:24-cv-05599-CRB | Williams Hart & Boundas, LLP | Missing Release (Exhibit B); Missing Verification | Missing Release (Exhibit B); Missing Verification |
| 2139 | WHB 1880 | 3:24-cv-05602-CRB | Williams Hart & Boundas, LLP | Missing Release (Exhibit B) | Missing Release (Exhibit B) |
| 2070 | WHB 1659 | 3:24-cv-05565-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 2133 | WHB 1381 | 3:24-cv-05603-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 2207 | WHB 884 | 3:24-cv-05948-CRB | Williams Hart & Boundas, LLP | Missing Release (Exhibit C) | Missing Release (Exhibit C) |
| 2335 | Jane Doe LS 514 | 3:24-cv-05658-CRB | Levin Simes, LLP | Missing Production (19.a.) | Missing Production (19.a.) |
| 2146 | WHB 1544 | 3:24-cv-05622-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 2174 | WHB 1348 | 3:24-cv-05669-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 2176 | WHB 1611 | 3:24-cv-05665-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 2180 | WHB 1556 | 3:24-cv-05986-CRB | Williams Hart & Boundas, LLP | Missing Release (Exhibit B); Missing Verification | Missing Release (Exhibit B); Missing Verification |

Case 3:23-md-03084-CRB     Document 4106-1     Filed 10/09/25     Page 5 of 9

*In Re: Uber Technologies Inc., Passenger Sexual Assault Litigation* ; Case No. 3:23-md-03084-CRB
Exhibit A - Declaration in Support of Uber's Motion to Dismiss for Failure to Comply with PTO 10

| MDLC ID | Case Name | Case Number | Plaintiff Firm | Basis/es for Inclusion | Uncured Deficiencies |
|---|---|---|---|---|---|
| 2184 | WHB 946 | 3:24-cv-05698-CRB | Williams Hart & Boundas, LLP | Missing Release (Exhibit B); Missing Verification | Missing Release (Exhibit B); Missing Verification |
| 2187 | WHB 1142 | 3:24-cv-05712-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 2196 | WHB 871 | 3:24-cv-05770-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 2279 | Jane Doe LS 303 | 3:24-cv-05980-CRB | Levin Simes, LLP | Missing Release (Exhibit C) | Missing Release (Exhibit C) |
| 2331 | Jane Doe LS 248 | 3:24-cv-05647-CRB | Levin Simes, LLP | Missing Release (Exhibit C) | Missing Release (Exhibit C) |
| 2206 | WHB 991 | 3:24-cv-05959-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 2408 | Jane Doe LS 207 | 3:24-cv-05965-CRB | Levin Simes, LLP | Missing Production (19.a.) | Missing Production (19.a.) |
| 2351 | Jane Doe LS 153 | 3:24-cv-06011-CRB | Levin Simes, LLP | Missing Release (Exhibit C) | Missing Release (Exhibit C) |
| 2489 | Jane Doe LS 125 | 3:24-cv-05982-CRB | Levin Simes, LLP | Missing Release (Exhibit A) | Missing Release (Exhibit A) |
| 2189 | WHB 1057 | 3:24-cv-05715-CRB | Williams Hart & Boundas, LLP | Missing Release (Exhibit C); Missing Verification | Missing Release (Exhibit C); Missing Verification |
| 2495 | Jane Doe LS 363 | 3:24-cv-05891-CRB | Levin Simes, LLP | Missing Release (Exhibit A) | Missing Release (Exhibit A) |
| 2403 | Jane Doe LS 233 | 3:24-cv-06030-CRB | Levin Simes, LLP | Missing Production (19.a.) | Missing Production (19.a.) |
| 2602 | Jane Roe CL 73 | 3:24-cv-07030-CRB | Cutter Law PC | Missing Production (15.a.) | Missing Production (15.a.) |
| 2629 | WHB 1999 | 3:24-cv-07048-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 2636 | D.C. 2636 | 3:24-cv-09367-CRB | Cohen Hirsch, LP | Missing Verification | Missing Verification |
| 2643 | B.B. | 3:24-cv-07492-CRB | Pulaski Law Firm, PLLC | Missing Verification | Missing Verification |

Case 3:23-md-03084-CRB   Document 4106-1   Filed 10/09/25   Page 6 of 9

*In Re: Uber Technologies Inc., Passenger Sexual Assault Litigation* ; Case No. 3:23-md-03084-CRB
Exhibit A - Declaration in Support of Uber's Motion to Dismiss for Failure to Comply with PTO 10

| MDLC ID | Case Name | Case Number | Plaintiff Firm | Basis/es for Inclusion | Uncured Deficiencies |
|---|---|---|---|---|---|
| 2719 | Jane Doe NLG (H.K.) | 3:24-cv-08614-CRB | Nachawati Law Group | Missing Release (Exhibit B) | Missing Release (Exhibit B) |
| 2644 | A.A. (3) | 3:24-cv-07549-CRB | Pulaski Law Firm, PLLC | Missing Verification | Missing Verification |
| 2733 | C.B. | 3:24-cv-09049-CRB | Pro Se | Missing Release (Exhibit B); Missing Verification | Missing Release (Exhibit B); Missing Verification |
| 2734 | D.J. (2) | 3:24-cv-09050-CRB | Pro Se | Missing Release (Exhibit B); Missing Verification | Missing Release (Exhibit B); Missing Verification |
| 2769 | Jane Doe NLG (R.M.) | 3:24-cv-09216-CRB | Nachawati Law Group | Missing Release (Exhibit C) | Missing Release (Exhibit C) |
| 2773 | Jane Doe 691535 | 3:24-cv-09523-CRB | Kherkher Garcia | Missing Verification | Missing Verification |
| 2774 | Jane Doe 693827 | 3:24-cv-09515-CRB | Kherkher Garcia | Missing Verification | Missing Verification |
| 2784 | Jane Roe CL 94 | 3:24-cv-09550-CRB | Cutter Law PC | Missing Release (Exhibit A); Missing Production (15.a.) | Missing Release (Exhibit A) |
| 2831 | Jane Roe CL 99 | 3:25-cv-00855-CRB | Cutter Law PC | Missing Verification | Missing Verification |
| 2836 | I.A. (2) | 3:25-cv-00822-CRB | Peiffer Wolf Carr Kane Conway & Wise | Missing Verification | Missing Verification |
| 2841 | L.F. (4) | 3:25-cv-01005-CRB | Peiffer Wolf Carr Kane Conway & Wise | Missing Verification | Missing Verification |
| 2850 | WHB 2060 | 3:25-cv-01092-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 2851 | WHB 2061 | 3:25-cv-01095-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |

Case 3:23-md-03084-CRB   Document 4106-1   Filed 10/09/25   Page 7 of 9

*In Re: Uber Technologies Inc., Passenger Sexual Assault Litigation* ; Case No. 3:23-md-03084-CRB
Exhibit A - Declaration in Support of Uber's Motion to Dismiss for Failure to Comply with PTO 10

| MDLC ID | Case Name | Case Number | Plaintiff Firm | Basis/es for Inclusion | Uncured Deficiencies |
|---|---|---|---|---|---|
| 2854 | WHB 2063 | 3:25-cv-01099-CRB | Williams Hart & Boundas, LLP | Missing Production (19.a.) | Missing Production (19.a.) |
| 2861 | WHB 2070 | 3:25-cv-01126-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 2864 | WHB 2073 | 3:25-cv-01143-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 2866 | WHB 2075 | 3:25-cv-01148-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 2868 | WHB 2077 | 3:25-cv-01150-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 2874 | WHB 2082 | 3:25-cv-01177-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 2878 | WHB 2036 | 3:25-cv-01180-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 2881 | WHB 2039 | 3:25-cv-01202-CRB | Williams Hart & Boundas, LLP | Missing Release (Exhibit B); Missing Verification | Missing Release (Exhibit B); Missing Verification |
| 2885 | WHB 2043 | 3:25-cv-01207-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 2891 | WHB 2047 | 3:25-cv-01215-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 2892 | WHB 2048 | 3:25-cv-01216-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 2894 | WHB 2049 | 3:25-cv-01218-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 2896 | WHB 2051 | 3:25-cv-01226-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |

*In Re: Uber Technologies Inc., Passenger Sexual Assault Litigation* ; Case No. 3:23-md-03084-CRB
Exhibit A - Declaration in Support of Uber's Motion to Dismiss for Failure to Comply with PTO 10

| MDLC ID | Case Name | Case Number | Plaintiff Firm | Basis/es for Inclusion | Uncured Deficiencies |
|---|---|---|---|---|---|
| 2900 | WHB 2054 | 3:25-cv-01244-CRB | Williams Hart & Boundas, LLP | Missing Release (Exhibit C); Missing Verification | Missing Release (Exhibit C); Missing Verification |
| 2904 | WHB 2057 | 3:25-cv-01249-CRB | Williams Hart & Boundas, LLP | Missing Verification | Missing Verification |
| 2906 | WHB 2059 | 3:25-cv-01255-CRB | Williams Hart & Boundas, LLP | Missing Release (Exhibit C) | Missing Release (Exhibit C) |
| 2973 | T.K. (3) | 3:25-cv-01651-CRB | Pulaski Law Firm, PLLC | Missing Release (Exhibit A) | Missing Release (Exhibit A) |
| 3472 | M.S. (5) | 3:25-cv-01863-CRB | Meyer Wilson | Missing Production (15.a.) | Missing Production (15.a.) |
| 3047 | T.C. (4) | 3:25-cv-02109-CRB | Pulaski Law Firm, PLLC | Missing Release (Exhibit A & B) | Missing Release (Exhibit A & B) |
| 3099 | A.J. (4) | 3:25-cv-02577-CRB | Pulaski Law Firm, PLLC | Missing Release (Exhibit B) | Missing Release (Exhibit B) |
| 3151 | Jane Doe NLG (KS) (2) | 3:25-cv-02616-CRB | Nachawati Law Group | Missing Verification | Missing Verification |
| 3122 | K.B. (4) | 3:25-cv-02650-CRB | Peiffer Wolf Carr Kane Conway & Wise | Missing Release (Exhibit B); Missing Verification | Missing Release (Exhibit B); Missing Verification |
| 3126 | N.K. | 3:25-cv-02681-CRB | Pulaski Law Firm, PLLC | Missing Release (Exhibit A); Missing Verification | Missing Release (Exhibit A) |
| 3131 | S.F. (2) | 3:25-cv-02708-CRB | Pulaski Law Firm, PLLC | Missing Release (Exhibit A & B) | Missing Release (Exhibit A & B) |
| 3213 | T.P. (2) | 3:25-cv-03016-CRB | Pulaski Law Firm, PLLC | Missing Release (Exhibit B & C) | Missing Release (Exhibit B & C) |
| 3163 | Jane Doe NLG (IM) | 3:25-cv-02771-CRB | Nachawati Law Group | Missing Verification | Missing Verification |
| 3182 | M.H. (6) | 3:25-cv-02859-CRB | Pulaski Law Firm, PLLC | Missing Production (15.a.) | Missing Production (15.a.) |
| 3275 | Jane Roe CL 132 | 3:25-cv-02744-CRB | Cutter Law PC | Missing Release (Exhibit C) | Missing Release (Exhibit C) |
| 3286 | Jane Roe CL 143 | 3:25-cv-03260-CRB | Cutter Law PC | Missing Release (Exhibit A) | Missing Release (Exhibit A) |

Case 3:23-md-03084-CRB   Document 4106-1   Filed 10/09/25   Page 9 of 9
*In Re: Uber Technologies Inc., Passenger Sexual Assault Litigation* ; Case No. 3:23-md-03084-CRB
Exhibit A - Declaration in Support of Uber's Motion to Dismiss for Failure to Comply with PTO 10

| MDLC ID | Case Name | Case Number | Plaintiff Firm | Basis/es for Inclusion | Uncured Deficiencies |
|---|---|---|---|---|---|
| 3298 | J.M. (5) | 3:25-cv-03364-CRB | Peiffer Wolf Carr Kane Conway & Wise | Missing Verification | Missing Verification |
| 3443 | Roe CL 153 | 3:25-cv-03818-CRB | Cutter Law PC | Missing Release (Exhibit B) | Missing Release (Exhibit B) |