1

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

3

4

5

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

MDL No. 3084 CRB

**[PROPSED] ORDER GRANTING**
**MOTION TO WITHDRAW AS COUNSEL**
**FOR PLAINTIFF I.A.**

6

7

8

This Document Relates to:

*I.A. v. Uber Technologies, Inc., et al;*
*3:25-cv-00822-CRB*

9

10

11

12

13

This matter comes before the court on the Motion of Peiffer Wolf Carr Kane Conway and Wise, LLP ("Peiffer Wolf") to withdraw as counsel for Plaintiff I.A. in the above-captioned case pursuant to Local Rule 11-5 and California Rules of Professional Conduct 1.16(b)(4) and 1.16(d).

14

15

1. Peiffer Wolf's Motion is GRANTED. Peiffer Wolf and its attorneys are terminated as counsel of record for Plaintiff I.A.

16

17

18

2. Pursuant to Local Rule 11-5(b) Peiffer Wolf is ordered to serve all notices, papers, or pleadings on Plaintiff by regular mail until such time as this Plaintiff appears *pro se* or counsel appear on her behalf.

19

20

**IT IS SO ORDERED.**

21

22

Dated: _____

23

_____
HON. CHARLES R. BREYER
United States District Court Judge

24

25

26

27

28