1    RACHEL B. ABRAMS (Cal Bar No. 209316)
     ADAM B. WOLF (Cal Bar No. 215914)
2    **Peiffer Wolf Carr Kane Conway & Wise, LLP**
     555 Montgomery Street, Suite 820
3    San Francisco, CA 94111
     Telephone: 415.766.3544
4    Facsimile: 415.840.9435
     Email: rabrams@peifferwolf.com
5    Email: awolf@peifferwolf.com

6    TIFFANY R. ELLIS (*Admitted PHV*)
     **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7    2229 Trumbull St.
     Detroit, MI 48216
8    Telephone: 313.210.1559
     Facsimile: 415.840.9435
9    Email: tellis@peifferwolf.com

10   *Counsel for Plaintiff*

11

12                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
13                        **SAN FRANCISCO DIVISION**

14   IN RE: UBER TECHNOLOGIES, INC.,          MDL No. 3084 CRB
     PASSENGER SEXUAL ASSAULT
15   LITIGATION                               **NOTICE OF MOTION AND MOTION TO**
                                              **WITHDRAW AS COUNSEL FOR**
16                                            **PLAINTIFF H.L.**

17   This Document Relates to:               Honorable Charles R. Breyer

18   *H.L. v. Uber Technologies, Inc., et al;*
     *3:24-cv-04526-CRB*
19

20        **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR**
                              **PLAINTIFF H.L.**
21
            TO ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE
22
     that as soon hereafter as the matter may be heard, Peiffer Wolf Carr Kane Conway and Wise,
23
     LLP ("Peiffer Wolf"), counsel of record for Plaintiff H.L. ("Plaintiff"), moves this Court for an
24
     order permitting its withdrawal as counsel for Plaintiff.
25
            This Motion is made pursuant to Local Rule 11-5(a) and C. This Notice of Motion &
26
     Motion is based on the below Memorandum in Support and the accompanying Declaration of
27
     Rachel B. Abrams ("Decl."), attached hereto as Exhibit A. A Proposed Order is attached as
28
     Exhibit B.

1      **MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

2          Pursuant to Local Civil Rule 11-5(a) and California Rules of Professional Conduct

3   1.16(b)(4) and 1.16(d), Peiffer Wolf submits this Memorandum of Law in support of its Motion

4   to Withdraw as Counsel for Plaintiff H.L. Peiffer Wolf respectfully requests the Court grant the

5   Motion.

6                          **STATEMENT OF FACTS**

7          Peiffer Wolf should be permitted to withdraw as counsel for Plaintiff. An attorney may

8   withdraw from a case by obtaining an order from the court after reasonable advance written

9   notice has been provided to the client and to all other parties. Civ. L.R. 11-5(a); *see also* Cal.

10  Rules Prof. Conduct 1.16(d)(1).

11         Peiffer Wolf has given appropriate advance notice of its intent to withdraw to Plaintiff

12  beginning on July 25, 2025 and culminating with final notice on August 1, 2025. Decl. ¶¶ 5(k).

13  Peiffer Wolf has also given Uber advance notice. Decl. ¶ 7. Peiffer Wolf has taken all possible

14  steps to avoid prejudice to Plaintiff by explaining to her the possible consequences of failing to

15  contact Peiffer Wolf or meet discovery deadlines. Decl. ¶¶ 5-6. Peiffer Wolf also submitted the

16  limited information Peiffer Wolf did have. Decl. ¶ 5. Despite those efforts, Plaintiff failed to

17  establish useful communication with Peiffer Wolf ¶ 5. Plaintiff also failed to provide Peiffer

18  Wolf with sufficient or adequate information to confirm her claim ¶ 6. Peiffer Wolf has thus

19  taken all reasonable steps to avoid foreseeable prejudice to Plaintiff. Decl. ¶ 9.

20         Under California Rule of Professional Conduct 1.16(b)(4), a lawyer may withdraw from

21  a case if "the client … renders it unreasonably difficult for the lawyer to carry out the

22  representation effectively." Here, Plaintiff rendered it unreasonably difficult for Peiffer Wolf to

23  carry out the representation effectively by failing to communicate with Peiffer Wolf and failing

24  to provide information required to prosecute her case, despite requests from Peiffer Wolf. Decl.

25  ¶ 5. Therefore, Peiffer Wolf has been unable to meet discovery deadlines in this case.

26         Because this motion is not accompanied by a substitution of counsel or an agreement by

27  Plaintiff to proceed *pro se*, Peiffer Wolf agrees to the condition imposed by Local Rule 11-5(b)

28  to serve Plaintiff with all papers in this matter, unless or until Plaintiff appears *pro se*, other

1   counsel appears on Plaintiff's behalf, or upon further order of the Court. Decl. ¶ 10.

2                                   **CONCLUSION**

3        Peiffer Wolf respectfully requests that the Court enter an order terminating its

4   representation of Plaintiff and allowing Plaintiff 30 days to retain new counsel.

5    DATED: October 10, 2025                    RESPECTFULLY SUBMITTED,

6
                                                BY: */S/ RACHEL B. ABRAMS*
7                                               RACHEL B. ABRAMS (CAL BAR NO. 209316)
                                                ADAM B. WOLF (CAL BAR NO. 215914)
8                                               **PEIFFER WOLF CARR KANE CONWAY &**
                                                **WISE, LLP**
9                                               555 MONTGOMERY STREET, SUITE 820
                                                SAN FRANCISCO, CA 94111
10                                              TELEPHONE: 415.766.3544
                                                FACSIMILE: 415.840.9435
11                                              EMAIL: RABRAMS@PEIFFERWOLF.COM
                                                      AWOLF@PEIFFERWOLF.COM
12
13                                              TIFFANY R. ELLIS (*ADMITTED PHV*)
                                                **PEIFFER WOLF CARR KANE CONWAY &**
14                                              **WISE, LLP**
                                                2229 TRUMBULL ST.
15                                              DETROIT, MI 48216
                                                TELEPHONE: 313.210.1559
16                                              FACSIMILE: 415.840.9435
                                                EMAIL: TELLIS@PEIFFERWOLF.COM
17
18                                              *COUNSEL FOR PLAINTIFF*

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION
                                                TO WITHDRAW AS COUNSEL