1   Steve Schulte (TX Bar No. 24051306)
    *Appearance Pro Hac Vice*
2   John Raggio (CA Bar No. 338261)
    Arati Furness (CA Bar No. 225435)
3   **NACHAWATI LAW GROUP**
    5489 Blair Road
4   Dallas, Texas 75231
    Telephone: (214) 890-0711
5   Fax Number: (214) 890-0712
    Email: schulte@ntrial.com
6   Email: jraggio@ntrial.com
    Email: afurness@ntrial.com
7

8   *Counsel for Plaintiff*

9            **UNITED STATES DISTRICT COURT**

10          **NORTHERN DISTRICT OF CALIFORNIA**

11             **SAN FRANCISCO DIVISION**

12

13

| | |
|---|---|
| 14  IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | ) Case No. 3:23-md-03084-CRB |
| 15 | ) |
| 16 | ) **DECLARATION OF STEVEN S. SCHULTE IN SUPPORT OF NACHAWATI LAW GROUP PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5** |
| 16  This Document Relates to: | ) |
| 17 | ) |
| 18  *Jane Doe NLG (N.K.) v. Uber Technologies, Inc., et al., No. 3:25-cv-06217-CRB* | ) |
| 19 | ) |
| 20  *Jane Doe NLG (B.D.) v. Uber Technologies, Inc., et al., No. 3:25-cv-05972-CRB* | ) Judge: Honorable Charles R. Breyer Date: November 7, 2025 Time: 10:00 a.m. Courtroom: 6 – 17th Floor |
| 21 | ) |
| 22  *Jane Doe NLG (M.E.) v. Uber Technologies, Inc., et al., No. 3:25-cv-06480-CRB,* | ) |
| 23 | ) |
| 24 | ) |
| 25  *Et al* | ) |
| 26 | ) |

27

28
                            1

## <u>DECLARATION OF STEVEN S. SCHULTE</u>

I, Steven S. Schulte declare as follows:

1.  I am an attorney who is admitted *pro hac vice* to practice before this Court. I am a partner at the law firm Nachawati Law Group and counsel of record for Jane Doe NLG (N.K.), Jane Doe NLG (B.D.), and Jane Doe NLG (M.E.) in MDL No. 3084. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2.  This declaration is made in support of Nachawati Law Group Plaintiffs' Opposition to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss Cases for Failure to Comply with PTO 5.

3.  Our office has made significant effort to reach these Plaintiffs including numerous phone calls, emails, texts, written letters, and address searches.

4.  Jane Doe NLG (N.K.) and Jane Doe NLG (B.D.)'s ride receipts were submitted and produced on September 29, 2025. Counsel would therefore dispute their inclusion on Uber's list of delinquencies for their Motion, as well as respectfully request for their exclusion on any future entry of dismissal by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 10, 2025, in Dallas, Texas.

**NACHAWATI LAW GROUP**

*/s/ Steven S. Schulte*
Steven S. Schulte (TX SBN 24051306)

2