**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER RE: DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5** |
| This Document Relates to: | |
| *Jane Doe NLG (N.K.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06217-CRB | |
| *Jane Doe NLG (B.D.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05972-CRB | |
| *Jane Doe NLG (M.E.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06480-CRB, | |
| *Et al* | |

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 5, the papers filed in support and opposition, and the record in this case, the Court therefore hereby ORDERS as follows:

Defendant's Motion to Dismiss [ECF No. 4027] is DENIED without prejudice.

**IT IS SO ORDERED.**

DATED: _____, 2025          _____
                                       HON. CHARLES R. BREYER
                                       United States District Court Judge

CASE NO. 3:23-MD-03084-CRB          [PROPOSED] ORDER RE: DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5