DENNIS C. REICH, ESQ. (SBN #69631)
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>*This document relates to:*<br><br>*K.H., an individual v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-07700 -CRB* | No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on September 10, 2025.

///

///

///

///

CASE NO. 3:23-md-03084-CRB      1      NOTICE OF FILING OF NEW ACTION

Dated: October 10, 2025

Respectfully submitted,

By: */s/ Dennis C. Reich*
DENNIS C. REICH (SBN #69631)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Dennis C. Reich*
Dennis C. Reich

# EXHIBIT A

 Outlook

**Your message dated Thu, 2 Oct 2025 15:34:44 +0000 with...**

**From** LISTSERV.SHB.COM LISTSERV Server (16.0) <LISTSERV@LISTSERV.SHB.COM>
**Date** Thu 10/2/2025 10:35 AM
**To** Chancey Booker <cbooker@reichandbinstock.com>

[You don't often get email from listserv@listserv.shb.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL

Your message dated  Thu, 2 Oct 2025 15:34:44 +0000  with subject "Service: 3:25-cv-07700-CRB" has been successfully distributed to the UBERMDLSERVICE list (60 recipients).

# EXHIBIT B

|   |   |
|---|---|
| 1 | DENNIS C. REICH, ESQ. (SBN #69631) |
| 2 | Reich and Binstock, LLP |
|   | 4265 San Felipe, Suite 1000 |
|   | Houston, Texas 77027 |
| 3 | Tel: 713.622.7271 |
|   | Fax: 713.623.8724 |
| 4 | Email: dreich@reichandbinstock.com |
| 5 | *Counsel for Plaintiff* |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| K.H., an individual, | Case No. 3:25-cv-07700-CRB |
| Plaintiff, | **PROOF OF SERVICE OF COMPLAINT ET AL.** |
| v. | |
| UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, Inclusive, et al., | |
| Defendants. | |

Pursuant to the Court's Pretrial Order No. 6, the undersigned certifies that service of the summons for this action was executed on Defendants Uber Technologies, Inc., Rasier, LLC and Rasier-CA, LLC via email on October 2, 2025, as evidenced by the Defendants' automatic reply attached hereto as "Exhibit A." Attached as Exhibit "B" is the corresponding Notice of Filing of New Action, which was filed in the Master Docket of the MDL 3084 on October 10, 2025

CASE NO. 3:25-cv-07700-CRB            1            PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | Dated: October 10, 2025 | Respectfully submitted, |
| 2 | | By: */s/ Dennis C. Reich* |
| 3 | | DENNIS C. REICH (SBN #69631)<br>Reich & Binstock Law Firm, LLP |
| 4 | | 4265 San Felipe, Suite 1000<br>Houston, Texas 77027 |
| 5 | | Tel: 713.622.7271<br>Fax: 713.623.8724 |
| 6 | | Email: dreich@reichandbinstock.com |
| 7 | | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2025, I electronically transmitted the foregoing **PROOF OF SERVICE OF COMPLAINT ET AL.** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Dennis C. Reich*
Dennis C. Reich

CASE NO. 3:25-cv-07700-CRB        2        PROOF OF SERVICE