C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
  jdomer@cutterlaw.com
  ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Roe CL 178 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05537-CRB<br><br>*Jane Roe CL 179 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05538-CRB<br><br>*Jane Roe CL 181 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05633-CRB<br><br>*Jane Roe CL 182 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05628-CRB | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer<br><br>**PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5**<br><br>Date:  November 7, 2025<br>Time:  10:00 a.m.<br>Courtroom:  6 – 17th Floor |

## I.  INTRODUCTION

On September 26, 2025, Defendants filed a Motion to Dismiss cases of Plaintiffs who did not file a bona fide trip receipt or ride form in connection with Pretrial Order ("PTO") 5. (Doc. 4027). Counsel acknowledges and understands that under PTO 5, the court created procedures and deadlines to produce a bona fide trip receipt, or in the alternative complete a form that

identifies information Defendants can utilize to find the referenced ride, along with an explanation for its unavailability. (Doc. 175, at 2-3).

Defendants' Motion argues that Plaintiffs have willfully violated this requirement and thus deserve dismissal. However, during the course of litigation, there are a number of reasons a client may become unavailable and unable to produce documents or information needed. Failure to provide the information by a certain deadline does not mean a Plaintiff has willfully chosen not to participate in their case. Counsel has undergone extensive efforts to find these clients and assist them, predating Defendants' Motion. (Domer Decl. at ¶ 4).

## II.  ARGUMENT

Counsel has diligently worked on communicating with clients to try to ascertain the missing information needed to complete a PTO 5 document or assist the client in finding a bona fide trip receipt. As indicated, there are many circumstances that may occur to render information not readily available to comply with PTO 5 discovery obligations. For example, Plaintiff contact information changes, or friends who may have ordered referenced rides also lose touch with Plaintiffs as life or circumstances change. New contact information or changing friendships does not mean a Plaintiff has willfully disregarded their obligation. However, it does mean that additional steps may need to be taken to locate information or assist clients in locating information required to comply with PTO 5. These Plaintiffs do not therefore deserve to have their cases dismissed with prejudice as a result. Counsel will continue to reach out to Plaintiffs as described in the attached Declaration.

## III. CONCLUSION

For the foregoing reasons, Plaintiffs Jane Roes CL 178, 179, 181, and 182 should not be dismissed with prejudice as Counsel diligently continues to try to reach them.

Dated: October 10, 2025         CUTTER LAW P.C.

                                By:  /s/ Jennifer S. Domer

Jennifer S. Domer (SBN 305822)
C. Brooks Cutter (SBN 121407)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
       jdomer@cutterlaw.com
       ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

-1-
PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

# CERTIFICATE OF SERVICE

I hereby certify that, on October 10, 2025, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: October 10, 2025                    CUTTER LAW P.C.

                                By:  /s/ Jennifer S. Domer

                                    C. Brooks Cutter (SBN 121407)
                                    Jennifer S. Domer (SBN 305822)
                                    Celine Cutter (SBN 312622)
                                    **CUTTER LAW P.C.**
                                    401 Watt Avenue
                                    Sacramento, CA 95864
                                    Telephone: 916-290-9400
                                    Facsimile: 916-588-9330
                                    Email: bcutter@cutterlaw.com
                                           jdomer@cutterlaw.com
                                           ccutter@cutterlaw.com

                                    *Attorneys for ROE CL Plaintiffs*

-2-
PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS