cC. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
       jdomer@cutterlaw.com
       ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Roe CL 183 v. Uber Technologies, Inc., et al., No. 3:25-cv-05733-CRB*<br><br>*Jane Roe CL 184 v. Uber Technologies, Inc., et al., No. 3:25-cv-05855-CRB*<br><br>*John Roe CL 6 v. Uber Technologies, Inc., et al., No. 3:25-cv-05892-CRB*<br><br>*Jane Roe CL 186 v. Uber Technologies, Inc., et al., No. 3:25-cv-06086-CRB* | **PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>Date:  November 7, 2025<br>Time:  10:00 a.m.<br>Courtroom:  6 – 17th Floor |

## I. INTRODUCTION

On September 26, 2025, Defendants filed a Motion to Dismiss cases of Plaintiffs who did not file a Plaintiff Fact Sheet ("PFS") in connection with Pretrial Order ("PTO") 10. (Doc. 4026). Counsel acknowledges and understands that under PTO 10, the court created procedures and deadlines to produce a PFS. Counsel has diligently attempted to comply with the production of the documents required for the discovery obligation of each of the Plaintiffs addressed in this

motion. During the course of litigation, a Plaintiff may become unavailable for a variety of reasons. Counsel has utilized extensive efforts to reach each of the clients, predating the filing of Defendant's motion. (Domer Dec. at ¶ 4).

## ARGUMENT

Counsel has worked diligently in reaching the above referenced claimants, including alternate contact information, various methods of outreach such as text, email, and mailing. Counsel is continuing in our efforts to reach the remaining clients as described in the attached Declaration and will continue to do so.

## II.  CONCLUSION

For the foregoing reasons, Counsel respectfully requests that Counsel be given additional time to produce the information required, as Counsel continues to follow up in various methods to locate and reach them.

Dated: October 10, 2025                    CUTTER LAW P.C.

By: */s/ Jennifer S. Domer*

Jennifer S. Domer (SBN 305822)
C. Brooks Cutter (SBN 121407)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
          jdomer@cutterlaw.com
          ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

1  **CERTIFICATE OF SERVICE**

2     I hereby certify that, on October 10, 2025, I electronically filed the following with the

3  Clerk of the Court using the CM/ECF system, which will send notification of such filing via

4  electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

6  Dated: October 10, 2025                CUTTER LAW P.C.

                                       By:  */s/ Jennifer S. Domer*

C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
        jdomer@cutterlaw.com
        ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

-2-
PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS