1  C. Brooks Cutter (SBN 121407)
   Jennifer S. Domer (SBN 305822)
2  Celine Cutter (SBN 312622)
   **CUTTER LAW P.C.**
3  401 Watt Avenue
   Sacramento, CA 95864
4  Telephone: 916-290-9400
   Facsimile: 916-588-9330
5  Email: bcutter@cutterlaw.com
           jdomer@cutterlaw.com
6          ccutter@cutterlaw.com

7
   *Attorneys for ROE CL Plaintiffs*
8

9
                    **IN THE UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11

12 | IN RE: UBER TECHNOLOGIES, INC., | Case No.: 3:23-md-03084-CRB |
   | PASSENGER SEXUAL ASSAULT | |
13 | LITIGATION | Hon. Charles R. Breyer |

14   This Document Relates to:

15                                        **ATTORNEY JENNIFER S. DOMER'S**
                                          **DECLARATION IN SUPPORT OF**
16   *Jane Roe CL 183 v. Uber Technologies, Inc.,*   **OPPOSITION TO DEFENDANTS'**
     *et al., No. 3:25-cv-05733-CRB*          **MOTION TO DISMISS CASES FOR**
                                          **FAILURE TO COMPLY WITH COURT**
17                                        **ORDER**
     *Jane Roe CL 184 v. Uber Technologies, Inc.,*
18   *et al., No. 3:25-cv-05855-CRB*

     *John Roe CL 6 v. Uber Technologies, Inc., et*   Date:  November 7, 2025
19   *al., No. 3:25-cv-05892-CRB*          Time:  10:00 a.m.
                                          Courtroom:  6 – 17th Floor
20   *Jane Roe CL 186 v. Uber Technologies, Inc.,*
     *et al., No. 3:25-cv-06086-CRB*
21

22

23   I, Jennifer S. Domer, declare as follows:

24          1.     I am an attorney at Cutter Law P.C. admitted to practice before the courts of the

25   State of California. I am a Partner at Cutter Law, P.C., and am one of the counsels of record for

26   all filed Roe CL claimants. I have personal knowledge of the matters set forth herein, and if

27   called to testify, I would testify competently as to the information below.

28          2.     This declaration is made in support of the Opposition to Defendants' Motion to

                                          -1-
   JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

1    Dismiss.

2        3.    Counsel's firm has made extensive efforts to reach clients listed as Exhibit A,

3    subject to Defendants' Motion to Dismiss.

4        4.    Those efforts include extensive phone calls, text messages, emails, physical

5    mailings to last known address, and additional address searches in databases. Counsel has also

6    employed a private investigator to help locate these individuals. Through the database searches

7    and private investigators, Counsel also attempted to reach potential relatives in an effort to reach

8    the Plaintiffs.

9        I declare under penalty of perjury that the foregoing is true and correct, and that this

10   declaration was executed on October 10, 2025, in Sacramento, California.

11

12   Dated: October 10, 2025                    CUTTER LAW P.C.

13

14                                        By:    /s/ Jennifer S. Domer

15                                              Jennifer S. Domer

16                                              *Attorney for Roe CL Plaintiffs*

17

18

19

20

21

22

23

24

25

26

27

28

JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS