D. Douglas Grubbs (*Admitted PHV*)
Adam K. Pulaski (*Admitted PHV*)
**PULASKI KHERKHER, PLLC**
2925 Richmond Avenue, Ste 1725
Houston, TX 77098
Telephone: 713-664-4555
Facsimile: 713-664-7543
Email: dgrubbs@pulaskilawfirm.com
Email: adam@pulaskilawfirm.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*T.K. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01651-CRB;<br><br>*T.C. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02109-CRB;<br><br>*A.J. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02577-CRB;<br><br>*N.K. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02681-CRB;<br><br>*S.F. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02708-CRB;<br><br>*T.P. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03016-CRB;<br><br>*M.H. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02859-CRB; | **DECLARATION OF D. DOUGLAS GRUBBS IN RESPONSE TO THE COURT'S SEPTEMBER 16, 2025 ORDER [ECF 3922]** |

I, Donald Douglas Grubbs, declare:

1. I am an attorney with the law firm of Pulaski Kherkher, PLLC. I am a member of the State Bar of Texas and am admitted to practice *pro hac vice* before this Court. I make this

declaration based on my own personal knowledge.  If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Pursuant to the Court's September 16, 2025 Order [ECF 3922], the above-referenced Plaintiffs disagree with their inclusion in Uber's declaration [ECF 4072].

3. The above-referenced Plaintiffs submitted a substantially complete and verified Plaintiff Fact Sheet (including exhibits) on the following dates:

| MDLC ID | DATE OF PRODUCTION |
|---|---|
| 2973 | 10/13/25 - PFS Exhibit A |
| 3047 | 10/13/25 - PFS Exhibit A<br>7/25/25 - PFS Exhibit B |
| 3099 | 10/13/25 - PFS Exhibit B |
| 3126 | 10/13/25 - PFS Exhibit A |
| 3131 | 10/13/25 - PFS Exhibits A & B |
| 3213 | 10/13/25 - PFS Exhibit B & C |
| 3182 | 10/13/25 - Amended PFS 15.a. |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on October 13, 2025 in Houston, Texas.

*/s/ D. Douglas Grubbs*
D. Douglas Grubbs

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2025, I electronically transmitted the foregoing DECLARATION OF D. DOUGLAS GRUBBS IN RESPONSE TO THE COURT'S SEPTEMBER 16, 2025 ORDER [ECF 3922] to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. Additionally, the foregoing was served on Defendants' counsel via email at: ubermdlservice@listserv.shb.com.

*/s/ D. Douglas Grubbs*
D. Douglas Grubbs