1  C. Brooks Cutter (SBN 121407)
   Jennifer S. Domer (SBN 305822)
2  Celine Cutter (SBN 312622)
   **CUTTER LAW P.C.**
3  401 Watt Avenue
   Sacramento, CA 95864
4  Telephone: 916-290-9400
   Facsimile: 916-588-9330
5  Email: bcutter@cutterlaw.com
           jdomer@cutterlaw.com
6          ccutter@cutterlaw.com

7
   *Attorneys for ROE CL Plaintiffs*
8

9
                   **IN THE UNITED STATES DISTRICT COURT**
10
                   **NORTHERN DISTRICT OF CALIFORNIA**
11

12  IN RE: UBER TECHNOLOGIES, INC.,          Case No.: 3:23-md-03084-CRB
    PASSENGER SEXUAL ASSAULT
13  LITIGATION                               Hon. Charles R. Breyer

14  ────────────────────────────────        **ATTORNEY JENNIFER S. DOMER'S**
                                             **DECLARATION REGARDING**
    This Document Relates to:               **PLAINTIFFS NOT IN COMPLIANCE**
15                                           **WITH COURT'S SEPTEMBER 16, 2025**
    *Jane Roe CL 73 v. Uber Technologies,*   **ORDER**
16  *Inc., et al., No 3:24-cv-7030-CRB*

17  *Jane Roe CL 94 v. Uber Technologies, Inc., et*   Courtroom:  6 – 17th Floor
    *al., No. 3:24-cv-09550-CRB*
18
    *Jane Roe CL 99 v. Uber Technologies, Inc., et*
19  *al., No. 3:25-cv-00855-CRB*

20  *Jane Roe CL 132 v. Uber Technologies,*
    *et al., No. 3:25-cv-02744-CRB*
21
    *Jane Roe CL 143 v. Uber Technologies,*
22  *et al., No. 3:25-cv-03260-CRB*

23  *Jane Roe CL 153 v. Uber Technologies,*
    *et al., No. 3:25-cv-03818-CRB*
24

25
    I, Jennifer S. Domer, declare as follows:
26
           1.      I am an attorney at Cutter Law P.C. admitted to practice before the courts of the
27
    State of California. I am a Partner at Cutter Law, P.C., and am one of the counsels of record for
28

1   all filed Jane Roe CL claimants. I have personal knowledge of the matters set forth herein, and if

2   called to testify, I would testify competently as to the information below.

3        2.        This declaration is made pursuant to the Court's Order to submit a Declaration

4   within 28 days of the Order (October 13, 2025, being 28 days from September 16, 2025, the date

5   the Order was signed) as to whether Counsel disagrees with any Plaintiff inclusion in Uber's

6   Declaration, which Defendants submitted on October 6, 2025.

7        3.        Counsel's firm has made extensive efforts to reach clients listed as Exhibit A,

8   subject to Defendants' Motion to Dismiss.

9        4.        Counsel submitted a response to the Opposition Motion on September 5, 2025,

10  and explained we would continue to make efforts to reach any missing claimants.

11       5.        Those efforts include extensive phone calls, text messages, emails, physical

12  mailings to last known address, and additional address searches in databases. Counsel has also

13  employed a private investigator to help locate these individuals. Through the database searches

14  and private investigators, Counsel also attempted to reach potential relatives in an effort to reach

15  the Plaintiffs.

16       6.        Through those continued efforts, Counsel received two deficiency cures after the

17  date that Defendants submitted their Declaration.

18       7.        Counsel submitted the Exhibit C Release for the PFS for Jane Roe CL 132 on

19  October 9, 2025.

20       8.        Counsel submitted the Verification for the PFS for Jane Roe CL 99 on October

21  13, 2025.

22       9.        Though late, the submission of their deficiencies is still prior to the Court entering

23  an Order for Dismissal.

24       10.       Lastly, Jane Roe CL 94 was listed for not producing the Exhibit A Release.

25  However, the PFS does not indicate a physical injury in Question 36 that would necessitate a

26  Release for Exhibit A. Counsel emailed Defense Counsel October 13, 2025, and is awaiting a

27  response.

28       11.       Counsel would therefore dispute their inclusion on Uber's current list of deficient

JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

1    PFSs for their Motion, as well as ask for their exclusion on the Court's future entry of Dismissal.

2        I declare under penalty of perjury that the foregoing is true and correct, and that this

3    declaration was executed on October 13, 2025, in Sacramento, California.

4

5    Dated: October 13, 2025                    CUTTER LAW P.C.

6

7                                By:    */s/ Jennifer S. Domer*

8                                    Jennifer S. Domer
                                    *Attorney for Jane Roe CL Plaintiffs*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS