Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street,
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF CHRISTOPHER V. COTTON**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

I, Christopher V. Cotton, state as follows:

1. I am an attorney at Shook, Hardy & Bacon L.L.P., counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" or "Defendants"). I offer this Declaration in the above-captioned matter in support of Uber's Motion for Entry of an Order to Show Cause Why 7 Plaintiffs Who Have Submitted Non-Bona-Fide Receipts Should Not Be Dismissed with Prejudice.

2. Attached as **Exhibit 1** is a true and correct copy of a bona fide, itemized receipt from Uber's systems for a ride that occurred on November 9, 2023, and totaled $23.38.

3. Attached as **Exhibit 2** is a purported receipt submitted by Plaintiff with MDL ID 3962.

4. Attached as **Exhibit 3** is a purported receipt submitted by Plaintiff with MDL ID 3286.

5. Attached as **Exhibit 4** is a true and correct copy of a bona fide, itemized receipt from Uber's systems for a ride that occurred on August 30, 2023, and totaled $38.91.

6. Attached as **Exhibit 5** is a purported receipt submitted by Plaintiff with MDL ID 3666.

7. Attached as **Exhibit 6** is a true and correct copy of a bona fide, itemized receipt from Uber's systems for a ride that occurred on August 31, 2024, and totaled $12.94.

8. Attached as **Exhibit 7** is a purported receipt submitted by Plaintiff with MDL ID 3699.

9. Attached as **Exhibit 8** is a true and correct copy of a bona fide, itemized receipt from Uber's systems for a ride that occurred on July 29, 2023, and totaled $18.95.

10. Attached as **Exhibit 9** is a purported receipt submitted by Plaintiff with MDL ID 3621.

11. Attached as **Exhibit 10** is a purported receipt submitted by Plaintiff with MDL ID 3787.

12. Attached as **Exhibit 11** is a true and correct copy of a bona fide, itemized receipt from Uber's systems for a ride that occurred on May 25, 2024, and totaled $17.54.

13. Attached as **Exhibit 12** is a purported receipt submitted by Plaintiff with MDL ID 3877.

14. Attached as **Exhibit 13** is a true and correct copy of a bona fide, itemized receipt from Uber's systems for a ride that occurred on May 29, 2024, and totaled $25.92.

15. Attached as **Exhibit 14** is a purported receipt submitted by Plaintiff with MDL ID 3977.

16. Attached as **Exhibit 15** is a purported receipt submitted by Plaintiff with MDL ID 3921.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  October 13, 2025

Respectfully submitted,



By: _____
Christopher V. Cotton (admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.; RASIER, LLC; and RASIER-CA, LLC