# C. Cotton Decl. Exhibit 2

# Uber

September 20, 2023

## Here's your receipt for your ride, ▮

We hope you enjoyed your ride this morning.

| | |
|---|---|
| **Total** | **$27.74** |

| | |
|---|---|
| Trip fare | $16.93 |

| | |
|---|---|
| **Subtotal** | **$16.93** |
| Time at Stop | $0.36 |
| NV Recovery Surcharge | $0.10 |
| Wait Time | $0.16 |
| Booking Fee | $9.31 |
| Transportation Recovery Tax | $0.88 |

## Payments

**VISA**  Visa •••• ▮▮▮▮    $27.74
9/20/23 9:58 AM

▮▮▮▮▮▮▮ for more information, including invoices (where available)

---

You rode with ▮▮▮

**UberX**  10.24 miles | 24 min

■ 11:33 AM | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
┊
■ 11:57 AM | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.