# C. Cotton Decl. Exhibit 3

# Uber

April 24, 2023

## Here's your receipt for your ride, ▉▉▉▉

We hope you enjoyed your ride this evening.

| Total | $15.42 |
|---|---|

| | |
|---|---|
| Trip fare | $11.10 |

| | |
|---|---|
| Subtotal | $11.10 |
| Time at Stop | $0.14 |
| NV Recovery Surcharge | $0.09 |
| Wait Time | $0.05 |
| Booking Fee | $3.82 |
| Transportation Recovery Tax | $0.22 |

## Payments

| VISA | Visa ••••▉▉▉▉ | $15.42 |
|---|---|---|
| | 04/24/23 9:20 PM | |

▉▉▉▉▉▉▉ for more information, including invoices (where available)

---

You rode with ▉▉▉▉

UberX 7.4 miles | 14min

9:34 PM ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
9:50 PM ▉▉▉▉▉▉▉▉▉▉▉▉▉

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.