# C. Cotton Decl. Exhibit 4









