# C. Cotton Decl. Exhibit 5



**Uber**

Total **$38.91**
August 16, 2023

# Thanks for riding,

We hope you enjoyed your ride this morning.

## Total                        $38.91

Trip fare                       $27.74



Drivers are critical to communities right now. Say thanks with a tip.

**Rate or tip**

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ❯**

UberX    25.89 miles | 32 min

1:54 AM

2:27 AM

| Subtotal | $27.74 |
|---|---|
| NV Recovery Surcharge | $0.04 |
| Booking Fee | $10.00 |
| Transportation Recovery Tax | $1.13 |

**Download PDF**

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

## You rode with ████████

**4.91 ★** Rating

Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.