# C. Cotton Decl. Exhibit 6



August 31, 2024

# Thanks for riding,

| | |
|---|---|
| **Total** | **$12.94** |

| | |
|---|---|
| Trip fare | $5.88 |
| **Subtotal** | **$5.88** |
| Booking Fee ❓ | $6.48 |
| City of New Orleans per trip fee | $0.50 |
| State Assessment Fee | $0.08 |

**Payments**

 **Apple Pay Visa ••••**     $12.94
8/31/24 11:59 AM