# C. Cotton Decl. Exhibit 7

