# C. Cotton Decl. Exhibit 8

# Uber

July 29, 2023

## Here's your receipt for your ride, ▮

We hope you enjoyed your ride this evening.

| | |
|---|---|
| **Total** | **$18.95** |

| | |
|---|---|
| Trip fare | $16.63 |

| | |
|---|---|
| Subtotal | $16.63 |
| Booking Fee | $1.07 |
| Chicago TNP Administrative Surcharge | $0.02 |
| Chicago Ground Transportation Surcharge | $1.13 |
| Chicago Accessibility Surcharge | $0.10 |

## Payments

Apple Pay Visa •••• ▮  
7/29/23 6:00 PM  
$18.95

▮ for more information, including invoices (where available)

You rode with ▮
▮

UberX   0.89 miles | 10 min

5:49 PM | ▮

5:59 PM | ▮

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.