# C. Cotton Decl. Exhibit 9

