# C. Cotton Decl. Exhibit 10

