# C. Cotton Decl. Exhibit 11




