# C. Cotton Decl. Exhibit 12

# Receipt

Receipt including tip

Aug 25, 2024

## Thanks for riding, ▮

## Total $17.54

| | |
|---|---|
| Trip fare | $8.57 |
| **Subtotal** | **$8.57** |
| Wait Time ⓘ | $1.64 |
| Booking Fee ⓘ | $3.76 |
| State Assessment Fee | $0.07 |



## UberX ride with ▮

Aug 25 7:44AM
$17.54

- Receipt

• ▮     7:57 AM
■ ▮     8:05 AM

- No tip added
- ★ Not Rated

🔒 **View what your driver sees**
After your ride, driver can't see your pickup or dropoff address details   ›

## Help

Find lost item