# C. Cotton Decl. Exhibit 13



May 29, 2024

# Thanks for being an Uber One member,

## Total $25.92

🅤 You earned $1.50 Uber Cash with Uber One

| | |
|---|---|
| Trip fare | $10.44 |
| **Subtotal** | **$10.44** |
| Booking Fee | $14.84 |
| City of New Orleans per trip fee | $0.50 |
| State Assessment Fee | $0.14 |

**Payments**

| | | |
|---|---|---|
| Uber | **Uber Cash**<br>5/29/24 4:13PM | $0.33 |
| Pay | **Apple Pay Visa ••••**<br>5/29/24 4:13PM | $25.59 |

Trip ID: