# C. Cotton Decl. Exhibit 14

# Receipt

September 29, 2024

## Thanks for being an Uber One member,



| Total | $25.92 |
|---|---|

⊙ You earned $1.50 Uber Cash with Uber One

| Trip fare | $10.44 |
|---|---|

| Subtotal | $10.44 |
|---|---|
| Booking Fee ⓘ | $14.84 |
| City of New Orleans per trip fee | $0.50 |

Ride Details

# UberX ride with



September 29 9:40 PM

$25.92

**Receipt**

| | 9:46 PM |
| | 9:57 PM |
| | 10:13 PM |

No tip added

No rating

**View what your driver sees**
After your ride, driver can't see your pickup or dropoff address details

# Receipt

| | |
|---|---|
| **Total** | **$25.92** |

You earned $1.50 Uber Cash with Uber One

| | |
|---|---|
| Trip fare | $10.44 |
| Subtotal | $10.44 |
| Booking Fee | $14.84 |
| City of New Orleans per trip fee | $0.50 |
| State Assessment Fee | $0.14 |

## Payments

| | | |
|---|---|---|
| Uber | Uber Cash<br>9/29/24 9:40 PM | $0.33 |
| Pay | Apple Pay Visa •••• ▇▇▇▇<br>9/29/24 9:40 PM | $25.59 |

Trip ID: ▇▇▇▇▇▇▇▇