# C. Cotton Decl. Exhibit 15



September 2, 2023

## Here's your receipt for your ride,

We hope you enjoyed your ride this morning.

| | |
|---|---|
| **Total** | **$17.70** |

| | |
|---|---|
| **Trip fare** | $10.04 |
| **Subtotal** | $10.04 |
| Membership Benefit | -$0.56 |
| Booking Fee | $3.22 |
| Tip | $5.00 |

| | |
|---|---|
| **Payments** | **$17.70** |

CashApp ****
9/2/23 10:38 AM

for more information, including invoices (where available)

You rode with

**UberX**  7.5 miles  |  21 mins
- 10:45 AM |
- 11:06 AM |

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.