ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330

PATRICK OOT (Admitted *Pro Hac Vice*)
oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>ALL ACTIONS | **DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.** |

## DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.

I Brett D. Harrison, am a Senior Managing Director within FTI Consulting, Inc.'s ("FTI") Technology Segment. I currently lead FTI's Digital Forensics Practice. I have over thirty years of experience assisting clients with Digital Forensic and Electronic Discovery (e-Discovery) related engagements. Since joining FTI, I have led many dozens of engagements involving the investigation of Intellectual Property (IP) theft, forensic data collection and the processing and analysis of data.

Prior to my employment with FTI, I was employed by the Federal Bureau of Investigation (FBI) for fifteen years. For seven of those years (from 1999 until 2006), I worked within the FBI's Computer Analysis Response Team (CART) Unit in Washington, D.C. The FBI's CART Unit is responsible for the forensic acquisition and processing of all computers which are examined by the FBI. During my tenure with the CART Unit, I worked as both an FBI Certified Forensic Examiner of computer evidence and as a Program Manager. As a Computer Forensic Examiner, I conducted acquisitions and forensic examinations of a wide range of computers including laptops, desktops and servers as well as computers which utilized both Windows and UNIX operating systems.

Following my certification as a Forensic Examiner, I also served as a Program Manager within the CART Unit and was responsible for ensuring that the FBI's 400 Forensic Examiners of computer evidence had the necessary knowledge, skills and tools required to perform forensic examinations. As a Program Manager, I focused on leading the development of custom and semi-custom forensic tools to allow the FBI's Forensic Examiners to accurately collect, preserve, and process data from computer systems.

During the course of my career, I have conducted many hundreds of forensic analyses and have authored hundreds of forensic reports. I have testified in court twenty times in both civil and criminal matters. I have provided numerous written declarations and reports and have been deposed several times. I have worked on both the plaintiff and defendant sides of many engagements and have even served in a "neutral" capacity on numerous occasions.

FTI is a well-respected, independent, global business advisory firm dedicated to helping organizations manage change, mitigate risk, and resolve disputes: financial, legal, operational, political & regulatory, reputational, and transactional. The organization has more than 8,000

DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.

consultants and professionals in approximately 27 countries, and every year, FTI helps many thousands of organizations globally transform the way they anticipate and respond to events. The scope of FTI's clients includes, but is not limited to, many of Fortune's Global 100 corporations. I am supported by hundreds of dedicated digital forensics, cybersecurity, incident response, and data and analytics consultants, with cross-functional teams led by those with decades of experience at the highest levels of law enforcement, intelligence, and global private sector institutions

FTI is being compensated for work in this matter at its currently standard hourly rates charged for each person working on the project. FTI's rates range from $225/hour to $895/hour—depending on the practitioner. Generally, simple forensic work is performed by lower bill rate practitioners, and more complex expert reporting and testimony work is performed by more senior practitioners. My current rate is $895/hour.

No part of my or FTI's compensation is dependent on the contents of this Declaration, the substance of any further opinions I may offer, or the ultimate outcome of this matter.

I have been asked to compare and analyze 7 Uber receipts which were produced by Plaintiffs and which purport to show evidence of Uber ride activity by that Plaintiff. I visually scrutinized the receipts to look for discrepancies.

I also reviewed and compared the population of actual receipts produced from Uber as part of the defendant fact sheet ("DFS") process. Appendix A contains the bates numbers of files I reviewed.

During my review, I relied upon other members of the FTI Technology practice working under my direction. Any reference to "I," "my" or "FTI" include my efforts as well as those working under my supervision.

I understand, based on my knowledge, experience and research, that reviewing PDF metadata can provide insight into a PDF file's origin, history, and authenticity. I reviewed file metadata to show what particular software was used to create and produce the Uber PDF receipts.

The 7 Uber receipts I reviewed contained evidence of being changed or edited. My conclusions are based on evidence that includes discrepancies in content and formatting including characters, address locations, punctuation, fees, fee totals, payment types, date and timestamps, ride duration, map image, and rider names. Below are the details of my analysis:

DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.

1  **3666_123472.pdf**

2      I reviewed the content of the file named "3666_123472.pdf" to determine whether there was

3  an indication that the receipt file content was fabricated, changed or edited. I understand that Plaintiff

4  produced this file during the course of the litigation. Additionally, I reviewed receipts produced from

5  Uber as part of the DFS process. I noted that "3666_123472.pdf" appeared to be a modified version

6  of an original receipt from Uber's system ("3666 - Real Receipt.pdf") based on matching the exact

7  dollar-cents amount for Total, dollar-cents for Trip fare, pickup time, pickup address, drop-off time

8  and drop-off address. The alteration appeared to have edited the date, so it showed "███████████".

9  I observed an inconsistent white line between the total and the date. I observed an inconsistent dollar

10  sign ($) character being used. I observed inconsistent black lines under the number 8, the dot character,

11  and the number 9. I noted that the embedded metadata indicated the file was created by "Adobe

12  Acrobat Pro (64-bit) 24.5.20421" and produced by "Adobe Acrobat Pro (64-bit) 24.5.20421" and not

13  Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".

14
15
16                            
17
18

19  **Plaintiff submitted 3666_123472.pdf**           **Exemplar 3666 - Real Receipt.pdf**

20  **3699_127104.pdf**

21      I reviewed the content of the file named "3699_127104.pdf" to determine whether there was

22  an indication that the Uber receipt file content was fabricated, changed or edited. I understand that

23  Plaintiff produced this file during the course of the litigation. I noted that "3699_127104.pdf" appeared

24  to be a modified version of original receipt from Uber's system ("3699 - Real Receipt - Email

25  Version.pdf") and ("3699 - Real Receipt - Mobile Version.pdf") based on matching the exact dollar-

26  cents amount for Total, Trip fare, Subtotal, Booking Fee, pickup time, pickup address, drop-off time

27  and drop-off address. The alteration appeared to have edited rider name so it showed "██████". I

28  observed an inconsistent font type for the letters "a" in the rider name "██████" when compared to

DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.

                                        Case No. 3:23-md-03084-CRB

the word "Thanks". I noted that the embedded metadata indicated the file was created by "[Cognito Forms]" and produced by "Adobe Acrobat Pro (64-bit) 24.3.20112" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".



**Plaintiff submitted 3699_127104.pdf**                    **Exemplar 3666 - Real Receipt.pdf**

**3787_135524.pdf**

      I reviewed the content of the file named " 3787_135524.pdf" to determine whether there was an indication that the receipt file content was fabricated, changed or edited. I understand that Plaintiff produced this file during the course of the litigation. I noted that " 3787_135524.pdf" appeared to be a modified version of original receipt from Uber's system ("3787 - Real Receipt.pdf") based on matching the exact dollar-cents amount for Total, dollar-cents for Trip fare, pickup time, pickup address, drop-off time and drop-off address. The alteration appeared to have changed the rider name from "▮▮▮▮▮" to "▮▮▮▮". I observed an inconsistent word alignment where the rider name "▮▮▮▮" appeared to be aligned lower than the other characters in the line. I noted that the embedded metadata indicated the file was created by "▮▮▮▮▮▮▮" using "Acrobat PDFMaker 24 for Word" and produced by "Adobe PDF Library 24.3.144" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".

DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.

Case No. 3:23-md-03084-CRB

**Plaintiff submitted 3787_135524.pdf**　　　　**Exemplar 3787 - Real Receipt.pdf**

**3877_143837.pdf**

I reviewed the content of the file named " 3877_143837.pdf" to determine whether there was an indication that the receipt file content was fabricated, changed or edited. I understand that Plaintiff produced this file during the course of the litigation. I noted that "3877_143837.pdf" appeared to be a modified version of a version of the original receipt from Uber's system ("3877 - Real Receipt - Email Version.pdf") based on matching the exact dollar-cents amount for Total, dollar-cents for Trip fare, pickup time, pickup address, drop-off time and drop-off address. The alteration appeared to have edited changed the rider name from " █████ " to " █████ " and the ride date from █████████ to █████████ I observed an inconsistent payment timestamp of " █████ " occurring before the ride began. I noted that the embedded metadata indicated the file was created by "Adobe Acrobat 25.1" and produced by "Adobe Acrobat 25.1 Image Conversion Plug-in" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".

DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.

Case No. 3:23-md-03084-CRB

1
2
3
4
5
6
7
8
9
10
11



12  **Plaintiff submitted 3877_143837.pdf        Exemplar 3877 - Real Receipt - Email Version.pdf**

13  **3921_145109.pdf**

14      I reviewed the content of the file named "3921_145109.pdf" to determine whether there was

15  an indication that the receipt file content was fabricated, changed or edited. I understand that Plaintiff

16  produced this file during the course of the litigation. Additionally, I reviewed receipts produced from

17  Uber as part of the DFS process. I noted that "3921_145109.pdf" appeared to contain bolded fonts

18  inconsistent with an Uber receipt.  I noted that the top four lines of the receipt extended beyond the

19  expected alignment right. I noted that the ride duration contained an inconsistent "s" in the word

20  "mins" and the word appeared inconsistently on the same line as the numeric minutes. I observed an

21  inconsistent payment timestamp of "▮▮▮▮▮▮" which occurred before the ride began. I noted that the

22  embedded metadata indicated the file was created by "Forma" and produced by "iOS Version 18.6

23  (Build 22G5064d) Quartz PDFContext" and not Uber's PDF receipt creator "wkhtmltopdf" and

24  producer "Qt".

25
26
27
28

DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.



**Plaintiff submitted 3921_145109.pdf**          **Exemplar 3962 - Real Receipt.pdf**

**3962_147976.pdf**

I reviewed the content of the file named " 3962_147976.pdf" to determine whether there was an indication that the receipt file content was fabricated, changed or edited. I understand that Plaintiff produced this file during the course of the litigation. I noted that "3962_147976.pdf" appeared to be a modified copy of an original receipt from Uber's system ("3962 - Real Receipt.pdf"). I observed that a trip identifier was embedded with a hyperlink ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮" which is the trip identifier for "3962 - Real Receipt.pdf". I noted that the date displayed in top right contained a partially truncated number "3". I noted that the date was changed from "▮▮▮▮▮▮▮▮▮▮▮" to "▮▮▮▮▮▮▮▮▮▮▮". I observed an inconsistent payment timestamp of "▮▮▮▮▮" which occurred before the ride began. I noted that the address locations, fees, fee totals, payment types, date and timestamps, ride duration, map image, and rider names were all changed. I noted that the embedded metadata indicated the file was created by "Microsoft® Word 2019", by author "DELL", and produced by "Microsoft® Word 2019" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".



**Plaintiff submitted 3962_147976.pdf**                    **Exemplar 3962 - Real Receipt.pdf**

**3977_148014.pdf**

I reviewed the content of the file named "3977_148014.pdf" to determine whether there was an indication that the receipt file content was fabricated, changed or edited. I understand that Plaintiff produced this file during the course of the litigation. I observed the "Trip ID: ███████████ ████████████████" was the trip identifier for a receipt from Uber's system ("3977 - Real Receipt - Email Version.pdf").   I noted that "3977_148014.pdf" appeared to be a modified version of a receipt from Uber's system ("3977 - Real Receipt - Email Version.pdf") based on matching the exact dollar-cents amount for Total, dollar-cents for Trip fare, pickup time, pickup address, drop-off time and drop-off address. The alteration appeared to have edited changed the rider name from "████████" to "███████". I observed an inconsistent payment timestamp of "████████" which occurred before the ride began. I noted that the date was changed from "██████████" to "████████████". I noted that the embedded metadata indicated the file was created by "Adobe Acrobat 25.1" and produced by "Adobe Acrobat 25.1 Image Conversion Plug-in" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".

DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.

Case No. 3:23-md-03084-CRB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



16 **Plaintiff submitted 3977_148014.pdf**

17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.



**Exemplar 3977 - Real Receipt - Mobile Version.pdf**     **Exemplar 3977 - Real Receipt - Email Version.pdf**

I declare under penalty of perjury that the foregoing is true and correct. Executed on <u>10/09/2025</u>.

Brett D. Harrison
Senior Managing Director
FTI Consulting Technology

<u>Brett D. Harrison</u>
Brett D. Harrison

DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.
Case No. 3:23-md-03084-CRB

# Attachment 1
# Documents Considered

## List of Documents Considered

| | |
|---|---|
| UBER-MDL3084-DFS00001272 | ███████████████ |
| UBER-MDL3084-DFS00001697 | ███████████████ |
| UBER-MDL3084-DFS00006581 | ███████████████ |
| UBER-MDL3084-DFS00007746 | ██████████████ |
| UBER-MDL3084-DFS00007750 | ██████████████ |
| UBER-MDL3084-DFS00009723 | ████████████████ |
| UBER-MDL3084-DFS00009977 | ███████████████ |
| UBER-MDL3084-DFS00009979 | ███████████████ |
| UBER-MDL3084-DFS00010299 | █████████████████ |
| UBER-MDL3084-DFS00010527 | ███████████████ |
| UBER-MDL3084-DFS00010529 | ███████████████ |
| UBER-MDL3084-DFS00010780 | ███████████████ |
| UBER-MDL3084-DFS00010859 | ████████████████ |
| UBER-MDL3084-DFS00011479 | ███████████████ |
| UBER-MDL3084-DFS00011608 | ████████████████ |

| UBER-MDL3084-DFS00011924 | ████████████████████████ |
| UBER-MDL3084-DFS00012254 | ████████████████████████ |
| UBER-MDL3084-DFS00012529 | ████████████████████ |
| UBER-MDL3084-DFS00013036 | ████████████████████ |
| UBER-MDL3084-DFS00013040 | ████████████████████ |
| UBER-MDL3084-DFS00013276 | ██████████████████████ |
| UBER-MDL3084-DFS00013309 | ████████████████████ |
| UBER-MDL3084-DFS00014299 | █████████████████████ |
| UBER-MDL3084-DFS00014303 | █████████████████████ |
| UBER-MDL3084-DFS00015016 | ███████████████ |
| UBER-MDL3084-DFS00015269 | █████████████████████ |
| UBER-MDL3084-DFS00015332 | █████████████████████ |
| UBER-MDL3084-DFS00015334 | ██████████████████████ |
| UBER-MDL3084-DFS00015337 | █████████████████████ |
| UBER-MDL3084-DFS00015398 | ██████████████████████ |
| UBER-MDL3084-DFS00015449 | ████████████████████ |

| UBER-MDL3084-DFS00015451 | ████████████████████ |
| UBER-MDL3084-DFS00015618 | ██████████████████████ |
| UBER-MDL3084-DFS00015699 | █████████████████████ |
| UBER-MDL3084-DFS00015701 | █████████████████████ |
| UBER-MDL3084-DFS00015878 | █████████████████████ |
| UBER-MDL3084-DFS00016147 | ████████████████████ |
| UBER-MDL3084-DFS00016151 | █████████████████████ |
| UBER-MDL3084-DFS00016154 | ██████████████████████ |
| UBER-MDL3084-DFS00016409 | █████████████████ |
| UBER-MDL3084-DFS00016460 | ███████████████ |
| UBER-MDL3084-DFS00016463 | ███████████████ |
| UBER-MDL3084-DFS00016465 | ███████████████ |
| UBER-MDL3084-DFS00020152 | ██████████████████ |
| UBER-MDL3084-DFS00024304 | ████████████████ |
| UBER-MDL3084-DFS00024905 | █████████████████████ |
| UBER-MDL3084-DFS00025489 | ██████████████████ |

| UBER-MDL3084-DFS00025919 | █████████████████████████ |
| UBER-MDL3084-DFS00026207 | █████████████████████████ |
| UBER-MDL3084-DFS00026828 | █████████████████████████ |
| UBER-MDL3084-DFS00029433 | █████████████████████████ |
| UBER-MDL3084-DFS00029606 | █████████████████████████ |
| UBER-MDL3084-DFS00029684 | █████████████████████████ |
| UBER-MDL3084-DFS00033000 | █████████████████████████ |
| UBER-MDL3084-DFS00033002 | █████████████████████████ |
| UBER-MDL3084-DFS00035086 | █████████████████████████ |
| UBER-MDL3084-DFS00035088 | █████████████████████████ |
| UBER-MDL3084-DFS00036343 | █████████████████████████ |
| UBER-MDL3084-DFS00036345 | █████████████████████████ |
| UBER-MDL3084-DFS00038082 | █████████████████████████ |
| UBER-MDL3084-DFS00038945 | █████████████████████████ |
| UBER-MDL3084-DFS00039696 | █████████████████████████ |
| UBER-MDL3084-DFS00040195 | █████████████████████████ |

| | |
|---|---|
| UBER-MDL3084-DFS00040198 | ████████████████ |
| UBER-MDL3084-DFS00040201 | ████████████████ |
| UBER-MDL3084-DFS00040305 | █████████████████ |
| UBER-MDL3084-DFS00043056 | ███████████████ |
| UBER-MDL3084-DFS00043060 | ███████████████ |
| UBER-MDL3084-DFS00046677 | ████████████████ |
| UBER-MDL3084-DFS00046679 | ████████████████ |
| UBER-MDL3084-DFS00048599 | ████████████████ |
| UBER-MDL3084-DFS00048601 | ████████████████ |
| UBER-MDL3084-DFS00049748 | █████████████ |
| UBER-MDL3084-DFS00049751 | █████████████ |
| UBER-MDL3084-DFS00050467 | ████████████████ |
| UBER-MDL3084-DFS00050470 | ███████████████ |
| UBER-MDL3084-DFS00052281 | ████████████ |
| UBER-MDL3084-DFS00053208 | ██████████████ |
| UBER-MDL3084-DFS00055340 | █████████████ |

| | |
|---|---|
| UBER-MDL3084-DFS00057860 | ████████████████████ |
| UBER-MDL3084-DFS00057987 | ████████████████ |
| UBER-MDL3084-DFS00058077 | ███████████████ |
| UBER-MDL3084-DFS00060318 | █████████████████ |
| UBER-MDL3084-DFS00061332 | █████████████████ |
| UBER-MDL3084-DFS00061383 | █████████████████ |
| UBER-MDL3084-DFS00061511 | ██████████████████ |
| UBER-MDL3084-DFS00061685 | █████████████████ |
| UBER-MDL3084-DFS00061786 | ███████████████ |
| UBER-MDL3084-DFS00061854 | █████████████████ |
| UBER-MDL3084-DFS00061857 | █████████████████ |
| UBER-MDL3084-DFS00062612 | ██████████████ |
| UBER-MDL3084-DFS00064113 | █████████████████ |
| UBER-MDL3084-DFS00064937 | ████████████████████ |
| UBER-MDL3084-DFS00087277 | ██████████████████ |
| UBER-MDL3084-DFS00088205 | ████████████████████ |

| UBER-MDL3084-DFS00088475 | ███████████████ |
| UBER-MDL3084-DFS00089109 | ███████████████ |
| UBER-MDL3084-DFS00090342 | ███████████████ |
| UBER-MDL3084-DFS00090345 | ███████████████ |
| UBER-MDL3084-DFS00090464 | ███████████████ |
| UBER-MDL3084-DFS00090497 | ███████████████ |
| UBER-MDL3084-DFS00091063 | ███████████████ |
| UBER-MDL3084-DFS00091544 | ███████████████ |
| UBER-MDL3084-DFS00093218 | ███████████████ |
| UBER-MDL3084-DFS00093221 | ███████████████ |
| UBER-MDL3084-DFS00093445 | ███████████████ |
| UBER-MDL3084-DFS00093577 | ███████████████ |
| UBER-MDL3084-DFS00093580 | ███████████████ |
| UBER-MDL3084-DFS00094485 | ███████████████ |
| UBER-MDL3084-DFS00094579 | ███████████████ |
| UBER-MDL3084-DFS00094625 | ███████████████ |

| UBER-MDL3084-DFS00094693 | |
| UBER-MDL3084-DFS00094902 | |
| UBER-MDL3084-DFS00095070 | |
| UBER-MDL3084-DFS00095121 | |
| UBER-MDL3084-DFS00095742 | |
| UBER-MDL3084-DFS00095825 | |
| UBER-MDL3084-DFS00095860 | |
| UBER-MDL3084-DFS00096817 | |
| UBER-MDL3084-DFS00097948 | |
| UBER-MDL3084-DFS00097951 | |
| UBER-MDL3084-DFS00099769 | |
| UBER-MDL3084-DFS00099772 | |
| UBER-MDL3084-DFS00100445 | |
| UBER-MDL3084-DFS00101967 | |
| UBER-MDL3084-DFS00101970 | |
| UBER-MDL3084-DFS00104212 | |

| UBER-MDL3084-DFS00104776 | |
| UBER-MDL3084-DFS00106061 | |
| UBER-MDL3084-DFS00106064 | |
| UBER-MDL3084-DFS00106919 | |
| UBER-MDL3084-DFS00107026 | |
| UBER-MDL3084-DFS00107172 | |
| UBER-MDL3084-DFS00112496 | |
| UBER-MDL3084-DFS00114521 | |
| UBER-MDL3084-DFS00115542 | |
| UBER-MDL3084-DFS00117196 | |
| UBER-MDL3084-DFS00119998 | |
| UBER-MDL3084-DFS00120292 | |
| UBER-MDL3084-DFS00120295 | |
| UBER-MDL3084-DFS00124222 | |
| UBER-MDL3084-DFS00124224 | |
| UBER-MDL3084-DFS00124227 | |

| | |
|---|---|
| UBER-MDL3084-DFS00124477 | |
| UBER-MDL3084-DFS00124539 | |
| UBER-MDL3084-DFS00124949 | |
| UBER-MDL3084-DFS00128931 | |
| UBER-MDL3084-DFS00129162 | |
| UBER-MDL3084-DFS00129572 | |
| UBER-MDL3084-DFS00130840 | |
| UBER-MDL3084-DFS00133090 | |
| UBER-MDL3084-DFS00133648 | |
| UBER-MDL3084-DFS00134817 | |
| UBER-MDL3084-DFS00136821 | |
| UBER-MDL3084-DFS00137493 | |
| UBER-MDL3084-DFS00137496 | |
| UBER-MDL3084-DFS00137828 | |
| UBER-MDL3084-DFS00138613 | |
| UBER-MDL3084-DFS00143710 | |

| | |
|---|---|
| UBER-MDL3084-DFS00147409 | ██████████████████ |
| UBER-MDL3084-DFS00147652 | ████████████████ |
| UBER-MDL3084-DFS00150328 | █████████████████ |
| UBER-MDL3084-DFS00150697 | ████████████████ |
| UBER-MDL3084-DFS00151956 | ████████████████ |
| UBER-MDL3084-DFS00154518 | █████████████████ |
| UBER-MDL3084-DFS00154521 | ████████████████ |
| UBER-MDL3084-DFS00159272 | ████████████████████ |
| UBER-MDL3084-DFS00159273 | ████████████████████ |
| UBER-MDL3084-DFS00159274 | ████████████████████ |
| UBER-MDL3084-DFS00161203 | █████████████████ |
| UBER-MDL3084-DFS00162955 | ██████████████ |
| UBER-MDL3084-DFS00162958 | ██████████████ |
| UBER-MDL3084-DFS00163591 | ███████████████████ |
| UBER-MDL3084-DFS00163594 | ████████████████████ |
| UBER-MDL3084-DFS00168983 | ████████████████ |

| UBER-MDL3084-DFS00171060 | █████████████████████ |
| UBER-MDL3084-DFS00171063 | █████████████████████ |
| UBER-MDL3084-DFS00172988 | ███████████████████████ |
| UBER-MDL3084-DFS00173434 | ████████████████████ |
| UBER-MDL3084-DFS00173651 | ██████████████████████ |
| UBER-MDL3084-DFS00196110 | ███████████████████████ |
| UBER-MDL3084-DFS00198780 | ██████████████████████ |
| UBER-MDL3084-DFS00208904 | ████████████████████████ |
| UBER-MDL3084-DFS00210543 | ████████████████████ |
| UBER-MDL3084-DFS00210636 | ██████████████████████ |
| UBER-MDL3084-DFS00210788 | ██████████████████████ |
| UBER-MDL3084-DFS00210887 | ██████████████████ |
| UBER-MDL3084-DFS00210889 | ██████████████████ |
| UBER-MDL3084-DFS00211871 | ███████████████████ |
| UBER-MDL3084-DFS00212187 | ████████████████████████ |
| UBER-MDL3084-DFS00212865 | ████████████████████████ |

| UBER-MDL3084-DFS00216625 | █████████████████████ |
|---|---|
| UBER-MDL3084-DFS00217553 | █████████████████████ |
| UBER-MDL3084-DFS00217555 | █████████████████████ |
| UBER-MDL3084-DFS00217699 | █████████████████████ |
| UBER-MDL3084-DFS00218915 | █████████████████████ |
| UBER-MDL3084-DFS00218918 | █████████████████████ |
| UBER-MDL3084-DFS00218921 | █████████████████████ |
| UBER-MDL3084-DFS00219709 | █████████████████████ |
| UBER-MDL3084-DFS00219712 | █████████████████████ |
| UBER-MDL3084-DFS00223054 | █████████████████████ |
| UBER-MDL3084-DFS00223610 | █████████████████████ |
| UBER-MDL3084-DFS00223753 | █████████████████████ |
| UBER-MDL3084-DFS00223756 | █████████████████████ |
| UBER-MDL3084-DFS00224142 | █████████████████████ |
| UBER-MDL3084-DFS00224449 | █████████████████████ |
| Plaintiff Receipt (MDLC) | 3666_123472.pdf |

| Uber DFS (MDLC) | 3666_128627.pdf |
|---|---|
| Plaintiff PFS (MDLC) | 3666_135784.pdf |
| Plaintiff Receipt (MDLC) | 3699_127104.pdf |
| Uber DFS (MDLC) | 3699_136978.pdf |
| Plaintiff PFS (MDLC) | 3699_138644.pdf |
| Plaintiff Receipt (MDLC) | 3787_135524.pdf |
| Uber DFS (MDLC) | 3787_142528.pdf |
| Plaintiff PFS (MDLC) | 3787_147982.pdf |
| Plaintiff Receipt (MDLC) | 3877_143837.pdf |
| Plaintiff Receipt (MDLC) | 3921_145109.pdf |
| Plaintiff Receipt (MDLC) | 3962_147976.pdf |
| Plaintiff Receipt (MDLC) | 3977_148014.pdf |
| N/A | 3666 – Real Receipt.pdf |
| N/A | 3699 – Real Receipt – Email Version.pdf |
| N/A | 3699 – Real Receipt – Mobile Version.pdf |
| N/A | 3787 – Real Receipt.pdf |
| N/A | 3877 – Real Receipt – Email Version.pdf |
| N/A | 3962 – Real Receipt.pdf |
| N/A | 3977 – Real Receipt – Email Version.pdf |
| N/A | 3977 – Real Receipt – Mobile Version.pdf |

# Attachment 2
# List of Publications and Prior Testimony

**Brett D. Harrison**

**Senior Managing Director**

**FTI Technology**

**555 12th Street, NW, Suite 700**

**Washington, DC 20004**

**+1 202 728 8701**

**brett.harrison@fticonsulting.com**

**Publications**

**2021 –** Co-authored an article related to new methods for analyzing mobile devices to determine whether they have been infected and/or hacked.

**2021 –** Co-authored an article on "Discovery in the Cloud." The article focused on taking a close look at the risks and challenges, specifically with respect to Dropbox.

**2015 –** Co-authored an article on Information Management.com titled "Forensic Files: Lessons from Real Cases" which dealt with collecting data from social media sites and mobile, BYOD devices.

**Testimony, Reporting, Deposition and Declaration**

**11/10/2023 Nashville US District Court; Ecolab Inc. v. Anthony Ridley and Chemtreat, Inc.** Retained by the Special Master and submitted an Expert Report related to activities observed on a number of computers.

**6/29/2023 San Francisco US District Court; Wisk Aero v. Archer Aviation** Submitted a Second Supplemental Expert Rebuttal Report in Support of Archer Aviation

**4/26/2023 San Francisco US District Court; Wisk Aero v. Archer Aviation** Submitted a Declaration in Support of Archer's Opposition to Wisk's Motion for Adverse Inferences

**4/21/2023 Applied Predictive Technologies, Inc. v. Marketdial, Inc. et al.** Provided Deposition testimony related to a number of Intellectual Property Theft related topics outlined in Expert Rebuttal Report dated 2/8/2023.

**4/4/2023 San Francisco US District Court; Wisk Aero v. Archer Aviation** Submitted a Supplemental Expert Rebuttal Report in Support of Archer Aviation

**2/15/2023 San Francisco US District Court; Wisk Aero v. Archer Aviation** Submitted a Sur-Reply Declaration in Support of Archer Opposition to Wisk's Spoliation Motion

**2/8/2023 Applied Predictive Technologies, Inc. v. Marketdial, Inc. et al.** Submitted an Expert Report related to the exfiltration and use of certain electronic Intellectual Property materials.

**2/7/2023 San Francisco US District Court; Wisk Aero v. Archer Aviation** Provided Deposition testimony related to a number of Intellectual Property Theft related topics outlined in Expert Rebuttal Report dated 1/27/2023.

**1/27/2023 San Francisco US District Court; Wisk Aero v. Archer Aviation** Submitted an Expert Rebuttal Report related to multiple topics surrounding potential misappropriation of electronic documents.

**5/2/2022 San Francisco US District Court; Wisk Aero v. Archer Aviation** Submitted a Declaration in support of certain Third Parties in opposition to a Wisk Aero LLC Motion to Compel Forensic Inspections.

**2/11/2022 New York US District Court; George Galgano v. County of Putnam, New York, et al.** Submitted an Affidavit which outlined FTI's process for organizing and threading TXT messages exported off mobile devices.

**7/1/2021 San Francisco US District Court; Wisk Aero v. Archer Aviation** Provided Deposition testimony to support a Declaration which documented the investigation and analysis of Archer's systems to attempt to locate any Wisk Aero Intellectual Property. Testimony covered multiple FTI workstreams to include Digital Forensics and also Brainspace analysis of Archer data.

**6/24/2021 San Francisco US District Court; Wisk Aero v. Archer Aviation** Submitted a Declaration to document FTI's investigation and analysis of Archer's systems to attempt to locate any Wisk Aero Intellectual Property. The Declaration covered multiple FTI workstreams to include Digital Forensics and also Brainspace analysis of Archer data.

# Declaration of Brett D. Harrison and FTI Consulting Inc_

Final Audit Report                                                    2025-10-10

| | |
|---|---|
| Created: | 2025-10-09 |
| By: | Deborah Hillburn (dhillburn@shb.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAcNCFPjSLfmcgaDODkpjjsQt6daInVDXZ |

## "Declaration of Brett D. Harrison and FTI Consulting Inc_" History

Document created by Deborah Hillburn (dhillburn@shb.com)
2025-10-09 - 8:41:34 PM GMT

Document emailed to brett.harrison@fticonsulting.com for signature
2025-10-09 - 8:41:42 PM GMT

Email viewed by brett.harrison@fticonsulting.com
2025-10-10 - 0:20:19 AM GMT

Signer brett.harrison@fticonsulting.com entered name at signing as Brett D Harrison
2025-10-10 - 0:25:10 AM GMT

Document e-signed by Brett D Harrison (brett.harrison@fticonsulting.com)
Signature Date: 2025-10-10 - 0:25:12 AM GMT - Time Source: server

Agreement completed.
2025-10-10 - 0:25:12 AM GMT

Adobe Acrobat Sign