Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF CHRISTOPHER V. COTTON**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

I, Christopher V. Cotton, state as follows:

1. I am an attorney at Shook, Hardy & Bacon L.L.P., counsel of record for Defendants Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC (collectively, "Uber" or "Defendants"). I offer this Declaration in support of Uber's Motion for Entry of an Order to Show Cause Why 7 Plaintiffs Who Have Submitted Non-Bona-Fide Receipts Should Not Be Dismissed with Prejudice.

2. In an effort to seek Plaintiffs' agreement to the relief sought in the above-referenced motion, counsel for Uber initiated a meet-and-confer process.

3. On October 6, 2025, I sent a letter on behalf of Uber to Plaintiffs' counsel, copying MDL leadership, that requested to promptly meet and confer regarding the aforementioned Plaintiffs' noncompliance with the Receipt Order. The letter stated that the cases of those Plaintiffs should be dismissed with prejudice. A true copy of the letter to Plaintiffs' counsel is attached as **Exhibit 16**.

5. On October 7, 2025, I had a meet-and-confer via Zoom with the Pulaski Firm, counsel for Plaintiffs with MDL IDs 3666, 3699, and 3787. No agreement was reached with counsel regarding the dismissal of these Plaintiffs' cases with prejudice or the deposition of Plaintiff with MDL ID 3621.

6. On October 8, 2025, I had a meet-and-confer via Zoom with Peiffer Wolf Carr Kane Conway & Wise, counsel for Plaintiff with MDL ID 3921. No agreement was reached with counsel regarding the dismissal of this Plaintiff's case with prejudice.

7. On October 10, 2025, I had a meet-and-confer via Zoom with Reich and Binstock, LLP, counsel for Plaintiffs with MDL IDs 3877, 3962, and 3977. No agreement was reached with counsel regarding the dismissal of these Plaintiffs' cases with prejudice or the deposition of Plaintiff with MDL ID 3962.

8. Although Uber has made every effort to meet and confer on this cross-cutting issue affecting several Plaintiffs, as well as many counsel, it has not been possible to reach agreement. Rather than attempting to address this issue piecemeal, Uber submits that the relief requested is the most efficient way to proceed for all parties and the Court.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  October 13, 2025

Respectfully submitted,

By: *[signature: Christopher V. Cotton]*
Christopher V. Cotton (admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC