Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

I, the undersigned, hereby certify that on October 13, 2025, I electronically filed the foregoing documents with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

1. **MOTION FOR (1) ENTRY OF AN ORDER TO SHOW CAUSE WHY 7 PLAINTIFFS WHO HAVE SUBMITTED NON-BONA FIDE RECEIPTS SHOULD NOT BE DISMISSED WITH PREJUDICE AND (2) ALLOWING LIMITED DEPOSITIONS OF TWO PLAINTIFFS REFERENCED HEREIN**
2. **DECLARATION OF CHRISTOPHER V. COTTON REGARDING EXHIBITS IN SUPPORT OF MOTION FOR (1) ENTRY OF AN ORDER TO SHOW CAUSE WHY 7 PLAINTIFFS WHO HAVE SUBMITTED NON-BONA FIDE RECEIPTS SHOULD NOT BE DISMISSED WITH PREJUDICE AND (2) ALLOWING LIMITED DEPOSITIONS OF TWO PLAINTIFFS REFERENCED HEREIN**
3. **DECLARATION OF CHRISTOPHER V. COTTON REGARDING THE MEET AND CONFER PROCESS**
4. **DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC. IN SUPPORT OF MOTION FOR (1) ENTRY OF AN ORDER TO SHOW CAUSE WHY 7 PLAINTIFFS WHO HAVE SUBMITTED NON-BONA FIDE RECEIPTS SHOULD NOT BE DISMISSED WITH PREJUDICE AND (2) ALLOWING LIMITED DEPOSITIONS OF TWO PLAINTIFFS REFERENCED HEREIN**
5. **DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' MOTION FOR ENTRY OF THIRD RECEIPTS ORDER AND ACCOMPANYING DOCUMENTS**
6. **DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF UBER'S ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' MOTION FOR ENTRY OF THIRD RECEIPTS ORDER AND ACCOMPANYING DOCUMENTS**

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct. Executed on October 13, 2025 in San Francisco, California.

*/s/ Laura Vartain Horn*
LAURA VARTAIN HORN