Steve Schulte (TX Bar No. 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: schulte@ntrial.com
Email: jraggio@ntrial.com
Email: afurness@ntrial.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **ATTORNEY STEVEN S. SCHULTE'S DECLARATION REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH COURT'S SEPTEMBER 16, 2025 ORDER [ECF 3922]** |
| This Document Relates to: | |
| *Jane Doe NLG (HK) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-8614-CRB | Judge: Honorable Charles R. Breyer<br>Date: October 3, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |
| *Jane Doe NLG (R.M.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09216-CRB | |
| *Jane Doe NLG (KS) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02616-CRB | |
| *Jane Doe NLG (IM) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02771-CRB | |
| *Et al* | |

1

CASE NO. 3:23-MD-03084-CRB    ATTORNEY STEVEN S. SCHULTE'S DECLARATION REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH COURT'S SEPTEMBER 16, 2025 ORDER [ECF 3922]

1

## DECLARATION OF STEVEN S. SCHULTE

2

3    I, Steven S. Schulte, declare as follows:

4    1. I am an attorney who is admitted *pro hac vice* to practice before this Court. I am a

5       partner at the law firm Nachawati Law Group and counsel of record for Jane Doe NLG

6       (HK), Jane Doe NLG (R.M.), Jane Doe NLG (KS), and Jane Doe NLG (IM) in MDL

7       No. 3084. I make this declaration of my personal knowledge. If called as a witness, I

8       could and would competently testify to the matters set forth herein.

9
10   2. This declaration is made pursuant to the Court's Order to submit a Declaration within

11      28 days of the Order (October 14, 2025 being 28 days from September 16, 2025, the

12      date the Order was signed) as to whether Counsel disagrees with any Plaintiff inclusion

13      in Uber's Declaration, which Defendants submitted on October 6, 2025.

14   3. Counsel's firm has made significant effort to reach these Plaintiffs including numerous

15      phone calls, emails, texts, written letters, and address searches.

16
17   4. Counsel submitted a response to the Opposition Motion on September 5, 2025, and

18      explained we would continue to make efforts to reach any missing claimants.

19   5. Those efforts included extensive phone calls, text messages, emails, physical mailings

20      to last known address, and address searches.

21   6. Through those continued efforts, Counsel received one responsive verification and

22      authorization for a client listed on Defendants' Declaration.

23   7. In this regard, Counsel submitted a Plaintiff Verification of PFS and an Authorization

24      to Disclose Law Enforcement Records for Jane Doe NLG (R.M.) on October 9, 2025.

25
26   8. Though late, the submission of their PFSs is still prior to the Court entering an Order

27      for Dismissal.

28

CASE NO. 3:23-MD-03084-CRB      ATTORNEY STEVEN S. SCHULTE'S DECLARATION REGARDING
                                PLAINTIFFS NOT IN COMPLIANCE WITH COURT'S SEPTEMBER 16,
                                2025 ORDER [ECF 3922]

9.  Counsel would therefore dispute Jane Doe NLG (R.M.)'s inclusion on Uber's current list of delinquent Trip Receipts or Ride Information Forms for their Motion, as well as ask for their exclusion on the Court's future entry of Dismissal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 14, 2025, in Dallas, Texas.

**NACHAWATI LAW GROUP**

*/s/ Steven S. Schulte*
Steven S. Schulte (TX SBN 24051306)

CASE NO. 3:23-MD-03084-CRB          ATTORNEY STEVEN S. SCHULTE'S DECLARATION REGARDING
PLAINTIFFS NOT IN COMPLIANCE WITH COURT'S SEPTEMBER 16,
2025 ORDER [ECF 3922]

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2025, I electronically transmitted the foregoing ATTORNEY STEVEN S. SCHULTE'S DECLARATION REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH COURT'S SEPTEMBER 16, 2025 ORDER [ECF 3922] to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

**NACHAWATI LAW GROUP**

*/s/ Steven S. Schulte*
Steven S. Schulte (TX SBN 24051306)

CASE NO. 3:23-MD-03084-CRB    ATTORNEY STEVEN S. SCHULTE'S DECLARATION REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH COURT'S SEPTEMBER 16, 2025 ORDER [ECF 3922]

1

## PROOF OF SERVICE

2

3
I, the undersigned, declare: I am a citizen of the United States, over 18 years of age and not a party to the within action. My business mailing address is 5489 Blair Road, Dallas, TX 75231.

4
On the date specified below, I served a copy of the foregoing document described as:

5

6
**ATTORNEY STEVEN S. SCHULTE'S DECLARATION REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH COURT'S SEPTEMBER 16, 2025 ORDER [ECF 3922]**

7
To be served by providing a true copy thereof addressed to each of the persons named below:

8
**O'MELVENY & MYERS, LLP**

9
400 South Hope Street
Suite 1900

10
Los Angeles, CA 90071
Telephone: (310) 553-6700

11

12
**SABRINA STRONG**
sstrong@omm.com

13
**JONATHAN SCHNELLER**
jschneller@omm.com

14
**JOSHUA REVESZ**
jrevesz@omm.com

15
**LOUIS FISHER**
lfisher@omm.com

16

17
**KIRKLAND & ELLIS, LLP**

18
601 Lexington Avenue New York, NY 10022
Telephone: (212) 446-4800

19
**ALLI BROWN**
alli.brown@kirkland.com

20
**CHRIS COX**
christopher.cox@kirkland.com

21
**JESSICA DAVIDSON**
jessica.davidson@kirkland.com

22
**JENNIFER LEVY**

23
jlevy@kirkland.com
**RUPAL JOSHI**

24
rupal.joshi@kirkland.com

25
**SHOOK, HARDY & BACON LLP**

26
1 Rockefeller Plaza, Suite 2801 New York, NY 10020
Telephone: (212) 989-8844

27
UberMDLService@listserv.shb.com

28

5

CASE NO. 3:23-MD-03084-CRB    ATTORNEY STEVEN S. SCHULTE'S DECLARATION REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH COURT'S SEPTEMBER 16, 2025 ORDER [ECF 3922]

**PATRICK OOT**
oot@shb.com
**ALYCIA A. DEGEN**
adegen@shb.com
**MICHAEL B. SHORTNACY**
mshortnacy@shb.com
**CHRISTOPHER C. COTTON**
ccotton@shb.com

**Attorneys for Defendants – UBER TECHNOLOGIES, INC., RASIER LLC, and RASIER-CA, LLC**

**[X]      BY ELECTRONIC TRANSMISSION ONLY:** By emailing the document(s) to the persons at the email address(es) listed above. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed October 14, 2025 in Dallas, Texas.

                         */s/ Porsha Sydnor*
                         Porsha Sydnor
                         Paralegal

CASE NO. 3:23-MD-03084-CRB          ATTORNEY STEVEN S. SCHULTE'S DECLARATION REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH COURT'S SEPTEMBER 16, 2025 ORDER [ECF 3922]