John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>Honorable Charles R. Breyer<br><br>**ATTORNEY WALT CUBBERLY'S DECLARATION ON BEHALF OF PLAINTIFFS PURSUANT TO COURT ORDER (DKT. 3922)**<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 6 – 17th Floor |
| This Document Relates to:<br><br>*WHB 994 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05452<br><br>*WHB 1002 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04885<br><br>*WHB 2063 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-01099<br><br>*WHB 1667 v. Uber Technologies, Inc., et al.* No. 3:24-cv-04957-CRB | |

-1-

*WHB 1431 v. Uber Technologies, Inc., et al. No. 3:24-cv-05057- CRB*

*WHB 1880 v. Uber Technologies, Inc., et al. No. 3:24-cv-05602- CRB*

*WHB 2082 v. Uber Technologies, Inc., et al. No. 3:25-cv-01177- CRB*

I, Walt Cubberly, declare as follows:

1. I am an attorney at Williams Hart & Boundas LLP admitted to practice before the courts of the state of California. I am one of the counsels of record for all filed WHB claimants. I have personal knowledge of the matters set forth therein, and if called to testify, I would testify competently to the information below.

2. This declaration is made on behalf of Plaintiffs pursuant to Court Order (Dkt. 3922).

3. Plaintiff WHB 994, ID 1937 uploaded a substantially complete and verified Plaintiff Fact Sheet to MDL Centrality on October 14, 2025. Exhibit A to the Declaration of Walt Cubberly.

4. Plaintiff WHB 1002, ID 1627 uploaded a substantially complete and verified release to MDL Centrality on June 30, 2025. Exhibit B to the Declaration of Walt Cubberly.

5. Uber withdrew its motion as to Plaintiff WHB 2063, ID 2854. See Defendants' Reply Supporting Motion to Dismiss Cases for Failure to Comply With PTO 10, page 5 at footnote 4.

6. Plaintiff WHB 1667, ID 1688 uploaded a substantially complete and verified Plaintiff Fact Sheet to MDL Centrality on October 14, 2025. Exhibit C to the Declaration of Walt Cubberly.

7. Plaintiff WHB 1431, ID 1759 uploaded substantially complete production to MDL Centrality on October 14, 2025. Exhibit D to the Declaration of Walt Cubberly.

8. Plaintiff WHB 1880, ID 2139 uploaded substantially complete production to MDL Centrality on October 14, 2025. Exhibit E to the Declaration of Walt Cubberly.

9. Plaintiff WHB 2082, ID 2874 uploaded substantially complete production to MDL Centrality on October 10, 2025. Exhibit F to the Declaration of Walt Cubberly.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on October 14, 2025, in Houston, Texas.

Dated: October 14, 2025

/s/ *Walt Cubberly*
Walt Cubberly (SBN 325163)
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: wcubberly@whlaw.com

*Attorney for Plaintiff*