# Exhibit A



Uber Technologies, Inc., Passenger Sexual Assault Litigation



My Account

⏪ Return

## Plaintiff Information

✎ Edit

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 1937 | **Date of Birth:** | |
| **Name:** | ▇▇▇▇▇▇ | **Law Firm:** | Williams Hart & Boundas, LLP |
| **Case Number:** | 24-CV-05452 | | |

🗑 Request Deactivation

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

1. Uber Ride Information Form   Submitted   +

2. Plaintiff Fact Sheet   Submitted   +

## Documents

Registering Plaintiffs



Upload

Filter: ALL

Produce

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 156446 | Plaintiff Verification of PFS | 10/14/2025 | Hall, Lisa | 10/14/2025 | Request Removal Approval |
| 156445 | Fifth Amended Plaintiff Fact Sheet | 10/14/2025 | Hall, Lisa | 10/14/2025 | |
| 156401 | Other - Verified Personal Statement Regarding Ride Receipt | 10/14/2025 | Trevino, Marleyn | 10/14/2025 | Request Removal Approval |
| 148599 | PTO 31 Notice of Additional Ride Receipt Discovery - Uber MDL - PTO 31 Notice for 1937 | 09/12/2025 | Admin, System | 09/12/2025 | |
| 145095 | Plaintiff Verification of PFS | 09/03/2025 | Zamora, Gabriela | 09/03/2025 | Request Removal Approval |
| 145094 | Fourth Amended Plaintiff Fact Sheet | 09/03/2025 | Zamora, Gabriela | 09/03/2025 | |
| 123457 | Plaintiff Verification of PFS | 07/01/2025 | Coleman, Shanae | 07/01/2025 | Request Removal Approval |
| 123456 | Authorization to Disclose Psychiatric, Psychotherapy, and Mental Health Information | 07/01/2025 | Coleman, Shanae | 07/01/2025 | Request Removal Approval |
| 123455 | Third Amended Plaintiff Fact Sheet | 07/01/2025 | Coleman, Shanae | 07/01/2025 | |
| 99352 | PFS Deficiency Notice | 05/29/2025 | Plettner, Mark | 05/29/2025 | |

Showing 1 to 10 of 18 entries

Previous | 1 | 2 | Next

Registering Plaintiffs