# Exhibit C



# Uber Technologies, Inc., Passenger Sexual Assault Litigation

My Account

Return

## Plaintiff Information

Edit

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 1688 | **Date of Birth:** | |
| **Name:** | ████████ | **Law Firm:** | Williams Hart & Boundas, LLP |
| **Case Number:** | 24-CV-04957 | | |

Request Deactivation

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

**1. Uber Ride Information Form**   In Progress

View Draft    Import    Export    Submit

**Uber Ride Information Form**

Edit

2. Plaintiff Fact Sheet   Submitted                                                                                    +

## Documents

Upload ⬆

Filter: [ ALL ▾ ]                                                          Produce

Show [ 10 ▾ ] entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 156433 | Other - Additional Information Sheet | 10/14/2025 | Villanueva, Angel | 10/14/2025 | Request Removal Approval |
| 156432 | Plaintiff Verification of PFS | 10/14/2025 | Villanueva, Angel | 10/14/2025 | Request Removal Approval |
| 156431 | Fourth Amended Plaintiff Fact Sheet | 10/14/2025 | Villanueva, Angel | 10/14/2025 | |
| 145111 | Plaintiff Verification of PFS | 09/03/2025 | Villanueva, Angel | 09/03/2025 | Request Removal Approval |
| 145110 | Other - additional information sheet | 09/03/2025 | Villanueva, Angel | 09/03/2025 | Request Removal Approval |
| 120876 | Third Amended Plaintiff Fact Sheet | 06/30/2025 | Villanueva, Angel | 06/30/2025 | |
| 111345 | Defendant Fact Sheet Attachment - 40_WHB 1667 ▇▇▇_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 110981 | Defendant Fact Sheet Attachment - 40_WHB 1667 ▇▇▇_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 110730 | Defendant Fact Sheet Attachment - 40_WHB 1667 ▇▇▇_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
|  | ▬▬▬▬▬▬_Req 31d |  |  |  |  |

Showing 1 to 10 of 74 entries

| Previous | 1 | 2 | 3 | 4 | 5 | Next |

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.