# Exhibit D



Uber Technologies, Inc., Passenger Sexual Assault Litigation

My Account



2. Plaintiff Fact Sheet  Submitted                                                                                    +

## Documents

Upload

Filter: ALL

Produce

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 156430 | Authorization to Disclose Psychiatric, Psychotherapy, and Mental Health Information | 10/14/2025 | Hall, Lisa | 10/14/2025 | Request Removal Approval |
| 156429 | Authorization to Disclose Law Enforcement Records | 10/14/2025 | Hall, Lisa | 10/14/2025 | Request Removal Approval |
| 117635 | Plaintiff Verification of PFS | 06/26/2025 | Hall, Lisa | 06/26/2025 | Request Removal Approval |
| 117634 | Third Amended Plaintiff Fact Sheet | 06/26/2025 | Hall, Lisa | 06/26/2025 | |
| 111849 | Defendant Fact Sheet Attachment - 40_WHB 1431 ▮▮▮▮_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 111633 | Defendant Fact Sheet Attachment - 40_WHB 1431 ▮▮▮▮_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 111482 | Defendant Fact Sheet Attachment - 40_WHB 1431 ▮▮▮▮_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 109641 | Defendant Fact Sheet Attachment - 40_WHB 1431 ▮▮▮▮_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| | Defendant Fact Sheet | | | | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 108087 | Defendant Fact Sheet Attachment - 40_WHB 1431 ▮▮▮▮▮_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |

Showing 1 to 10 of 59 entries

Previous | 1 | 2 | 3 | 4 | 5 | Next

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.