| | |
|---|---|
| 1 | ALLISON M. BROWN (Admitted *Pro Hac Vice*) |
| | alli.brown@kirkland.com |
| 2 | JESSICA DAVIDSON (Admitted *Pro Hac Vice*) |
| | jessica.davidson@kirkland.com |
| 3 | CHRISTOPHER D. COX (Admitted *Pro Hac Vice*) |
| | christopher.cox@kirkland.com |
| 4 | **KIRKLAND & ELLIS LLP** |
| | 601 Lexington Avenue |
| 5 | New York, NY 10022 |
| 6 | Telephone: (212) 446-4800 |
| 7 | MICHAEL B. SHORTNACY (SBN: 277035) |
| | mshortnacy@shb.com |
| 8 | **SHOOK, HARDY & BACON L.L.P.** |
| 9 | 2121 Avenue of the Stars, Suite 1400 |
| | Los Angeles, CA 90067 |
| 10 | Telephone: (424) 285-8330 |
| 11 | PATRICK OOT (Admitted *Pro Hac Vice*) |
| | oot@shb.com |
| 12 | **SHOOK, HARDY & BACON L.L.P.** |
| 13 | 1800 K St. NW Ste. 1000 |
| | Washington, DC 20006 |
| 14 | Telephone: (202) 783-8400 |
| 15 | *Attorneys for Defendants* |
| 16 | UBER TECHNOLOGIES, INC.; |
| | RASIER, LLC; and RASIER-CA, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF MICHAEL B. SHORTNACY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS DUPLICATE CASES** |
| This Document Relates to: | |
| *E.B. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09052-CRB | Date:        December 12, 2025 |
| | Time:        10:00 a.m. |
| | Courtroom:   6 – 17th Floor |
| *A.P. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02105-CRB | |

*T.B. 1475 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02989-CRB

*Jane Roe CL 146 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03719-CRB

*E.B. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04526-CRB

*Arpitkumar Patel v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05287-CRB

*Jane Doe LS 618 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06160-CRB

*K.L. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06178-CRB

# DECLARATION OF MICHAEL B. SHORTNACY

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Los Angeles, California. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Uber's") motion to dismiss the cases of certain Plaintiffs as duplicative of other cases filed by the same Plaintiffs in this MDL.

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Uber in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the State of California, the Bar of the District of Columbia, and the Bar of the State of New York. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

4. Based on Defendants' counsel's review of the Complaints filed by Plaintiffs in this MDL, four Plaintiffs have filed two different actions in the MDL seeking relief based on the same facts and legal theories. Counsel for Uber emailed both sets of counsel for each of these four Plaintiffs to notify them of the duplication in cases and ask that it be resolved. The following chart provides information about each of the four Plaintiffs' duplicate cases and the date of the notice provided by Defendants' counsel.

| Plaintiff | First-Filed Case in MDL | Later-Filed Case in MDL | Date/ Location of Alleged Incident | Date of Defendants' Notice to Counsel of Duplicate Cases |
|---|---|---|---|---|
| E.B. | *E.B. v. Uber Technologies, Inc. et al.*, No. 3:24-cv-09052-CRB (N.D. Cal. Dec. 13, 2024) | *E.B. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-04526-CRB (N.D. Cal. May 29, 2025) | June 9, 2021; Florida | August 21, 2025 |

1

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS
DUPLICATE CASES

Case No. 3:23-md-03084-CRB

| Plaintiff | First-Filed Case in MDL | Later-Filed Case in MDL | Date/ Location of Alleged Incident | Date of Defendants' Notice to Counsel of Duplicate Cases |
|---|---|---|---|---|
| T.B. | *T.B. v. Uber Technologies, Inc. et al.,* No. 3:25-cv-02989-CRB (N.D. Cal. April 1, 2025) | *Jane Roe CL 146 v. Uber Technologies, Inc. et al.,* No. 3:25-cv-03719-CRB (N.D. Cal. April 29, 2025) | April 30, 2024; Shelby County, Tennessee | August 21, 2025 |
| Jane Doe L.S. 618 | *Jane Doe L.S. 618 v. Uber Technologies, Inc. et al.,* No. 3:25-cv-06160-CRB (N.D. Cal. July 22, 2025) | *K.L. v. Uber Technologies, Inc. et al.,* No. 3:25-cv-06178-CRB (N.D. Cal. July 23, 2025) | July 29, 2023; Dallas, Texas | August 21, 2025 |
| A.P. | *A.P. v. Uber Technologies, Inc. et al.,* No. 3:25-cv-02105-CRB (N.D. Cal. Feb. 28, 2025) | *Patel v. Uber Technologies, Inc. et al.,* No. 3:25-cv-05287-CRB (N.D. Cal. June 27, 2025) | June 27, 2023; New Jersey | August 22, 2025 |

To date, only counsel for E.B. has responded to Defendants' counsel's notice of duplicate cases. In an August 21 email, E.B.'s counsel stated they "will let Uber know who is taking the lead." E.B.'s counsel, however, has never done so. To date, none of the identified duplicative cases for any of these four plaintiffs have been dismissed.

5. Due to Plaintiffs' failure to resolve the duplication of cases after receiving notice from Defendants, Defendants were forced to spend an approximate total of 24.6 attorney hours to research, draft, and prepare this motion, at a total approximate cost to Defendants of $16,278.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 14, 2025 in Los Angeles, California.

**SHOOK, HARDY & BACON L.L.P.**

 /s/ Michael B. Shortnacy

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400

|   |   |
|---|---|
| 1 | |
| 2 | Los Angeles, CA 90067<br>Telephone: (424) 285-8330<br>Facsimile: (424) 204-9093 |
| 3 | |
| 4 | *Attorney for Defendants*<br>UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28