# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*E.B. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09052-CRB<br><br>*A.P. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02105-CRB<br><br>*T.B. 1475 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02989-CRB<br><br>*Jane Roe CL 146 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03719-CRB<br><br>*E.B. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04526-CRB<br><br>*Arpitkumar Patel v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05287-CRB<br><br>*Jane Doe LS 618 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06160-CRB<br><br>*K.L. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06178-CRB | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING MOTION TO DISMISS DUPLICATIVE CASES** |

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Dismiss Duplicative Cases, the Court finds that the Plaintiffs subject to Defendants' Motion have filed two separate but substantively identical complaints in this multidistrict litigation. The later-filed of each of Plaintiffs' two complaints will be dismissed with prejudice to protect the parties' rights and in the interest of judicial economy.

The Court therefore hereby ORDERS that the following cases are DISMISSED WITH PREJUDICE:

1. *E.B. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-04526-CRB
2. *Jane Roe CL 146 v. Uber Technologies, Inc. et al.,* No. 3:25-cv-03719-CRB
3. *K.L. v. Uber Technologies, Inc. et al.,* No. 3:25-cv-06178-CRB
4. *Patel v. Uber Technologies, Inc. et al.,* No. 3:25-cv-05287-CRB

Additionally, the Plaintiffs in these four cases are ORDERED TO SHOW CAUSE why they should not be required to pay Defendants' reasonable attorneys' fees and costs of $16,278 incurred to file Defendants' Motion to Dismiss Duplicative Cases.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. CHARLES R. BREYER
United States District Court Judge