# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

_____

This Document Relates to:

*Jane Doe LS 333 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05930-CRB

*Jane Doe LS 397 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05864-CRB

Case No. 3:23-md-03084-CRB

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS JANE DOE LS 333 AND JANE DOE LS 397**

Judge: Hon. Charles R. Breyer
Date: November 14 , 2025
Time: 10:00 a.m.
Courtroom: 6 – 17th Floor

## [PROPOSED] ORDER

Having considered Plaintiffs' Motion to Withdraw as Counsel for Plaintiffs Jane Doe LS 333 and Jane Doe LS 397, the Court therefore hereby ORDERS as follows:

1. Levin Simes' Motion is GRANTED. Levin Simes and its attorneys are terminated as counsel of record for Plaintiffs Jane Doe LS 333 and Jane Doe LS 397

2. Pursuant to Local Rule 11-5(b) Levin Simes is ordered to serve all notices, papers, or pleadings on Plaintiffs by regular mail until such time as these Plaintiffs appear pro se or counsel appear on her behalf.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
HON. CHARLES R. BREYER
United States District Court Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: _____
David M. Grimes