Steve Schulte (TX SBN 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, TX 75231
Phone: (214) 890-0711
Direct: (972) 581-9778
schulte@ntrial.com
jraggio@ntrial.com
afurness@ntrial.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIF
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>**This Document Relates to:**<br>*Case No.: 3:25-cv-8757*<br>*JANE DOE NLG (VS);*<br>*v.*<br>*Uber Technologies, Inc., et al.* | **MDL No. 3084 CRB**<br><br>**Honorable Charles R. Breyer**<br><br><br>**AMENED NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on October 14, 2025.

Dated: October 14, 2025          NACHAWATI LAW GROUP

          /s./ Steven S. Schulte
          Steve Schulte (TX SBN 24051306)
          *Appearance Pro Hac Vice*
          Arati Furness (CA Bar No. 225435)
          5489 Blair Road, Dallas, TX 75231
          Phone: (214) 890-0711
          Direct: (972) 581-9778
          schulte@ntrial.com
          afurness@ntrial.com
          **ATTORNEYS FOR PLAINTIFF**