D. Douglas Grubbs *(Admitted PHV)*
Adam K. Pulaski *(Admitted PHV)*
**PULASKI KHERKHER, PLLC**
2925 Richmond Avenue, Ste 1725
Houston, TX 77098
Telephone: 713-664-4555
Facsimile: 713-664-7543
Email: dgrubbs@pulaskilawfirm.com
Email: adam@pulaskilawfirm.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*E.B. vs. Uber Technologies, Inc., et al;*<br>*3:25-cv-04526* | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff E.B. and her counsel hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants. Defense counsel has notified Plaintiff's counsel that two separate MDL actions have been filed by different law firms regarding the same incident. Plaintiff's counsel has conferred, and Plaintiff will dismiss this action and proceed with cause number 3:24-CV-09052 filed by the Anapol Weiss.

- 1 -

NOTICE OF VOLUNTARY DISMISSAL


Dated: October 15, 2025

Respectfully submitted,

**PULASKI KHERKHER, PLLC**

*/s/ D. Douglas Grubbs*
D. Douglas Grubbs (TX Bar No. 24065339)
(*Admitted Pro Hac Vice*)
Adam K. Pulaski (TX Bar No. 16385800)
(*Admitted Pro Hac Vice*)
2925 Richmond Avenue, Suite 1725
Houston, Texas 77098
Tel: 713-664-4555
Facsimile: 713-664-7543
dgrubbs@pulaskilawfirm.com
adam@pulaskilawfirm.com

Counsel for Plaintiff

- 3 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 15, 2025, I electronically transmitted the foregoing NOTICE OF VOLUNTARY DISMISSAL to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. Additionally, the foregoing was served on Defendants' counsel via email at: ubermdlservice@listserv.shb.com.

                        */s/ D. Douglas Grubbs*
                        D. Douglas Grubbs