1 | D. Douglas Grubbs *(Admitted PHV)*
  | Adam K. Pulaski *(Admitted PHV)*
2 | **PULASKI KHERKHER, PLLC**
  | 2925 Richmond Avenue, Ste 1725
3 | Houston, TX 77098
  | Telephone: 713-664-4555
4 | Facsimile: 713-664-7543
  | Email: dgrubbs@pulaskilawfirm.com
5 | Email: adam@pulaskilawfirm.com

6 | *Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*S.R. vs. Uber Technologies, Inc., et al;*<br>*3:25-cv-00969* | **NOTICE OF VOLUNTARY DISMISSAL** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff S.R. and her counsel hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants.

Dated: October 16, 2025                                   Respectfully submitted,

**PULASKI KHERKHER, PLLC**

*/s/ D. Douglas Grubbs*
D. Douglas Grubbs (TX Bar No. 24065339)
(*Admitted Pro Hac Vice*)
2925 Richmond Avenue, Suite 1725
Houston, Texas 77098
Tel: 713-664-4555
Facsimile: 713-664-7543
dgrubbs@pulaskilawfirm.com

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2025, I electronically transmitted the foregoing NOTICE OF VOLUNTARY DISMISSAL to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. Additionally, the foregoing was served on Defendants' counsel via email at: ubermdlservice@listserv.shb.com.

*/s/ D. Douglas Grubbs*
D. Douglas Grubbs