# EXHIBIT A

| | |
|---|---|
| **From:** | Cotton, Chris (SHB) |
| **To:** | David Grimes; William Levin; Laurel Simes; Samira Bokaie |
| **Subject:** | RE: Uber MDL - Judge Breyer"s 9/9/25 Order - Request for Deposition Dates |
| **Date:** | Friday, September 12, 2025 3:54:05 PM |

David,

I corrected a typo in my message below with respect to one of the MDLC IDs at issue. That correction is highlighted. Specifically, as you know, MDLC ID 1194 and 2350 are the cases at issue.

Chris

**From:** Cotton, Chris (SHB)
**Sent:** Friday, September 12, 2025 3:42 PM
**To:** David Grimes ; William Levin ; Laurel Simes ; Samira Bokaie
**Subject:** RE: Uber MDL - Judge Breyer's 9/9/25 Order - Request for Deposition Dates

David,

Judge Breyer already set a reasonable timetable to resolve this issue, and we will not agree to an extension of the deadlines he set. The non-bona-fide receipts at issue in MDLC IDs 1194 and 2350 were raised nearly two months ago in July – well before the trial in the JCCP started.

Please provide each Plaintiff's availability for a deposition between September 26-29 and October 6-9 by this coming Monday morning (September 15). As I said below, Uber will issue notices for these depositions no later than the afternoon of September 15.

Chris

**From:** David Grimes <dgrimes@levinsimes.com>
**Sent:** Friday, September 12, 2025 11:23 AM
**To:** Cotton, Chris (SHB) <CCOTTON@shb.com>; William Levin <wlevin@levinsimes.com>; Laurel Simes <llsimes@levinsimes.com>; Samira Bokaie <sbokaie@levinsimes.com>
**Subject:** RE: Uber MDL - Judge Breyer's 9/9/25 Order - Request for Deposition Dates

**EXTERNAL**

Hi Chris,

We're in trial right now, so this is not the easiest thing to coordinate at this moment. Would you consider stipulating to a three-week extension of these deadlines? That would also give us an opportunity to discuss this order with the clients and see if we can't moot the issue altogether.

Thanks,

David

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Sent:** Friday, September 12, 2025 7:09 AM
**To:** William Levin <wlevin@levinsimes.com>; Laurel Simes <llsimes@levinsimes.com>; David Grimes <dgrimes@levinsimes.com>; Samira Bokaie <sbokaie@levinsimes.com>
**Subject:** RE: Uber MDL - Judge Breyer's 9/9/25 Order - Request for Deposition Dates

Bill, Laurel, David, and Samira,

I'm following up on the September 9 order (ECF No. 3876) entered by Judge Breyer (attached) and my September 10 email below. As you know, Plaintiffs with MDL IDs 1194 and 2350 have each been ordered by Judge Breyer to submit to a deposition within 30 days of the September 9 order. **Please**

**provide each Plaintiff's availability for a deposition between September 26-29 and October 6-9 by this coming Monday morning (September 15).** Uber will issue notices for these depositions no later than the afternoon of September 15.

As a reminder, Judge Breyer also ordered Plaintiffs with MDL IDs 1194 and 2530 to "produce native versions of their receipts, in accordance with the parties' agreed upon ESI Protocol (dkt. 524), including all available metadata outlined in Appendix 2[.]" Those productions should be made within 14 days of the Court's September 9 order, which is consistent with the deadline set by Judge Breyer to produce "any documents and communications relating to the production of their ride receipts, the generation of their receipts, and/or the website 'Makereceipt.com'[.]"

Chris

---

**From:** Cotton, Chris (SHB)
**Sent:** Wednesday, September 10, 2025 5:13 PM
**To:** wlevin@levinsimes.com; llsimes@levinsimes.com; dgrimes@levinsimes.com; sbokaie@levinsimes.com
**Subject:** Uber MDL - Judge Breyer's 9/9/25 Order - Request for Deposition Dates

Bill, Laurel, David, and Samira,

I'm following up on the attached order (ECF No. 3876) entered by Judge Breyer yesterday, September 9. As you know, Plaintiffs with MDL IDs 1194 and 2350 have each been ordered to submit to a deposition within 30 days of the order entered yesterday. **By the morning of Monday, September 15, please provide each Plaintiff's availability for a deposition between September 26-29 and October 6-9.** Uber will issue notices for these depositions no later than the afternoon of September 15.

Judge Breyer also ordered Plaintiffs with MDL IDs 1194 and 2530 to "produce native versions of their receipts, in accordance with the parties' agreed upon ESI Protocol (dkt. 524), including all available metadata outlined in Appendix 2[.]" Those productions should be made within 14 days of the Court's September 9 order, which is consistent with the deadline set by Judge Breyer to produce "any documents and communications relating to the production of their ride receipts, the generation of their receipts, and/or the website 'Makereceipt.com'[.]"

Chris
**Christopher V. Cotton**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2393 | ccotton@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged

material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.