C. Brooks Cutter (SBN: 121407)
Jennifer S. Domer (SBN: 305822)
Celine E. Cutter (SBN: 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA  95864
Telephone No.: 916-290-9400
Fax No.: 916-588-9330
E-Mail:  bcutter@cutterlaw.com
        jdomer@cutterlaw.com
        ccutter@cutterlaw.com

*Attorneys for Plaintiff JANE ROE CL 146*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Roe CL 146 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-03719 | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.Pro. 41(1)(A)(ii), Plaintiff, Jane Roe CL 146, and the defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, hereby stipulate to the dismissal of this action with prejudice. Each party to bear their own costs and attorney fees.

DATED: October 16, 2025

                    Cutter Law P.C.


                    By: /s/ *Jennifer S. Domer*
                        Jennifer S. Domer
                        *Attorney for Plaintiff, Jane Roe CL 146*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: /s/ Christopher V. Cotton

CHRISTOPHER V. COTTON (Admitted Pro Hac Vice)
ccotton@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendants, UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC*