# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>[PROPOSED] ORDER REGARDING PEIFFER WOLF'S MOTIONS TO WITHDRAW AS COUNSEL OF RECORD |
| This Document Relates to:<br><br>*A.T. v. Uber Technologies, Inc., et al.*, 3:24-cv-05592; and<br><br>*K.B. v. Uber Technologies, Inc., et al.*, 3:25-cv-02650. | Judge:    Honorable Charles R. Breyer |

# [PROPOSED] ORDER

Having considered Peiffer Wolf's Motions to Withdraw as Counsel of Record (ECF Nos. 4103 & 4104), the Court finds that, given that Plaintiffs A.T. and K.B. are subject to impending deadlines under PTO 31, granting withdrawal would cause prejudice to Plaintiffs and Uber, likely delay the progress of this multi-district litigation, and potentially harm the administration of justice.

The Court therefore hereby ORDERS as follows:

1. Peiffer Wolf's Motions to Withdraw are DENIED.
2. Peiffer Wolf shall submit, within seven (7) days of this order, a declaration stating:
   a. whether it informed plaintiffs of their specific obligations under PTO 31 and, if so, when it did so; and
   b. how counsel believes plaintiffs can proceed *pro se* to meet the existing PTO 31 deadlines without further delaying the progress of this matter.

**IT IS SO ORDERED.**

Dated: October 17, 2025



[PROPOSED] ORDER ON PEIFFER WOLF'S MOTIONS TO WITHDRAW AS COUNSEL OF RECORD
Case No. 3:23-md-03084-CRB