RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com
Email: scraig@peifferwolf.com

TIFFANY R. ELLIS (*Admitted Pro Hac Vice*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave
Detroit, MI 48202
Telephone: (313) 572-4727
Facsimile: (415) 840-9435
Email: tellis@peifferwolf.com

CRISTINE FARAH (*Admitted Pro Hac Vice*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
935 Gravier Street, Suite 1600
New Orleans, LA 70112
Telephone: (504) 523-2434
Facsimile: (415) 840-9435
Email: cfarah@peifferwolf.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>**RESPONSE TO ORDER TO SHOW CAUSE FOR PLAINTIFF J.H. IN EXHIBIT A1** |
| This Document Relates to:<br><br>*J.H. v. Uber Technologies, Inc., et al;*<br>*3:24-cv-03441-CRB* | Honorable Charles R. Breyer |

### RESPONSE TO ORDER TO SHOW CAUSE FOR PLAINTIFF J.H. IN EXHIBIT A1

On February 3, 2025, the Court ordered the withdrawal of Peiffer Wolf as counsel for Plaintiff J.H. in the present matter. *See Docket No. 2221*. Furthermore, on June 2, 2025, the Court dismissed this case without prejudice. *See Docket No. 10.* We no longer represent J.H. and we

defer to the Court on this matter.

DATED: October 17, 2025

RESPECTFULLY SUBMITTED,

By: /s/ Rachel Abrams

RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
awolf@peifferwolf.com
scraig@peifferwolf.com

*Attorneys for Plaintiff*