Ellyn Hurd, Esq. *(Pro Hac Vice)*
Jo Anna Pollock, Esq. *(Pro Hac Vice)*
**SIMMONS HANLY CONROY, LLP**
One Court Street
Alton, IL 62002
Telephone: (800) 479-9533
Facsimile: (618) 259-2251
Email: ehurd@simmonsfirm.com;
jpollack@simmonsfirm.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 |
| | Master Docket Case No. 3:23-md-03084 |
| **THIS DOCUMENT RELATES TO:** | Honorable Charles R. Breyer |
| R.M. | Case No. 3:25-cv-1384 |
| v. | |
| UBER TECHNOLOGIES, INC.; RASIER, LLC; and RASIER-CA, LLC | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff R.M., by and through undersigned counsel, hereby voluntarily dismisses all claims against all Defendants in this action, with prejudice, with each party to bear its own costs, on the averment that Plaintiff no longer wishes to pursue a case against Defendants.

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

**NOTICE OF VOLUNTARY DISMISSAL – 3:25-cv-1384**

Dated: October 17, 2025                    Respectfully submitted,


                                           */s/ Ellyn Hurd*
                                           Ellyn Hurd, Esq. *(Pro Hac Vice)*
                                           Jo Anna Pollock, Esq. *(Pro Hac Vice)*
                                           **SIMMONS HANLY CONROY, LLP**
                                           One Court Street
                                           Alton, IL 62002
                                           Telephone: (800) 479-9533
                                           Facsimile: (618) 259-2251
                                           Email: ehurd@simmonsfirm.com;
                                           jpollack@simmonsfirm.com

                                           *Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I, Ellyn Hurd, hereby certify that on October 17, 2025, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                           */s/ Ellyn Hurd*
                                           Ellyn Hurd

---

**NOTICE OF VOLUNTARY DISMISSAL – 3:25-cv-1384**