Sadi R. Antonmattei-Goitia (SBN # 24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA LLP**
2925 Richmond Ave, Suite 1560
Houston, TX 77098
Telephone: (713) 333- 1030
Facsimile : (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB <br><br> Honorable Charles R. Breyer <br><br> **EX A – DECLARATION OF SADI R. ANTONMATTEI-GOITIA IN SUPPORT OF PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER AS TO WHY PLAINTIFFS WHO HAVE SUBMITTED NON-BONA FIDE RECEIPTS SHOULD NOT BE DISMISSED WITH PREJUDICE** |
| This Document Relates to: <br><br> Jane Doe 693827 v. UBER TECHNOLOGIES, INC., et al., <br><br> Case No. 3:24-cv-09515-CRB, MDL ID 2774 | |

I, Sadi R. Antonmattei-Goitia, declare:

1. I am an attorney in the law firm of Kherkher Garcia, LLP. I am a member in good standing of the State Bars of Texas and Puerto Rico and am admitted to practice before this Court *Pro Hac Vice*. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I am counsel of record for Plaintiff in the above-entitled action, and I make this declaration in support of Plaintiff's Response to the Court's Show Cause Order at ECF 3972. I either personally or through members of my law firm reached out to Plaintiff numerous times from December 31, 2024 to present, as follows:

- Called and emailed and sent physical letter via both First Class Mail and Certified Mail Return Receipt Requested on January 6, 2025. The CMRRR envelope was returned unclaimed. The First Class Mail envelope was not.
- Emailed on January 9, 2025.
- Called and spoke to emergency contact on January 15, 2025 and requested that Plaintiff contact our offices.
- Emailed on January 16, 2025.
- Called and spoke to emergency contact on January 21, 2025 and requested that Plaintiff contact our offices.
- Called and emailed on January 22, 2025.
- Called and spoke to emergency contact on February 20, 2025 and requested that Plaintiff contact our offices.
- Emailed on August 4, 2025.
- Emailed and sent physical letter via both First Class Mail and Certified Mail Return Receipt Requested on August 5, 2025 to Plaintiff's last known mailing address as well as 4 additional addresses found through investigation. 3 of the CMRRR envelopes were returned as unclaimed, 2 were not. None of the First Class Mail envelopes were returned.

3. I received no response from Plaintiff on any of these attempts.

4. I declare under penalty of perjury that the foregoing is true and correct.

EX A – DECLARATION OF SADI R. ANTONMATTEI-GOITIA IN SUPPORT OF PLAINTIFF'S RESPONSE…

Executed this 17th of October 2025 in Houston, Texas.

/s/ *Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia