Ellyn Hurd, Esq. *(Pro Hac Vice)*
Jo Anna Pollock, Esq. *(Pro Hac Vice)*
**SIMMONS HANLY CONROY, LLP**
One Court Street
Alton, IL 62002
Telephone: (800) 479-9533
Facsimile: (618) 259-2251
Email: ehurd@simmonsfirm.com;
jpollack@simmonsfirm.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 |
| | Master Docket Case No. 3:23-md-03084 |
| **THIS DOCUMENT RELATES TO:** | Honorable Charles R. Breyer |
| R.M. | Case No. 3:25-cv-1384 |
| v. | |
| UBER TECHNOLOGIES, INC.; RASIER, LLC; and RASIER-CA, LLC | |

**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE WHY PLAINTIFFS WHO HAVE SUBMITTED NON-BONA-FIDE RECEIPTS SHOULD NOT BE DISMISSED WITH PREJUDICE**

Pursuant to the Court's Orders [ECF 3972] (Order to Show Cause) and [ECF 4120] (Ordering Plaintiff to respond by October 17, 2025), Plaintiff R.M. submits the following response. In short, Plaintiff has now filed a Notice of Voluntary Dismissal with Prejudice and, accordingly, Plaintiff respectfully submits that the Court's Order to Show Cause is now moot as to Plaintiff R.M.

---

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [ECF 3972] – 3:25-cv-1384**

# ARGUMENT

### a. Plaintiff Filed a Notice of Voluntary Dismissal with Prejudice

On October 17, 2025, Plaintiff filed a Notice of Voluntary Dismissal with Prejudice as to all claims and all Defendants [ECF 4173]. In light of that dismissal with prejudice, the issues identified in the Court's Order to Show Cause are largely moot. Plaintiff respectfully requests that the Court discharge the Order to Show Cause and deny any further discovery or sanctions proceedings as unnecessary.

### b. Plaintiff Had Diligently Complied with Discovery Obligations

Prior to dismissal, Plaintiff produced all materials reasonably within her control, including a 20-page Plaintiff Fact Sheet and the available receipt. She made diligent efforts to obtain additional documentation of her rideshare use, but was hindered by the fact that she no longer used the Uber app, no longer had access to the email account associated with her rideshare profile, and was unable to recover historical emails containing further receipts.

### c. Survivors of Sexual Assault Frequently Encounter Barriers to Discovery and Litigation

Difficulties in retrieving legacy receipts do not reasonably imply fraud. Survivors frequently change phones, applications, and email credentials, often for safety, rendering older account information inaccessible. The resulting evidentiary gaps are logistical in nature. Plaintiff's Notice of Voluntary Dismissal with Prejudice reflects the unique burdens survivors encounter in prosecuting claims, rather than any admission or improper purpose. To avoid further scrutiny and risk re-victimization, Plaintiff elected to dismiss her claims with prejudice.

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [ECF 3972] – 3:25-cv-1384**

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully submits that the Court's Order to Show Cause is now moot, and the Clerk may administratively close the case.

Dated: October 17, 2025                     Respectfully submitted,

                                             /s/ Ellyn Hurd
                                            Ellyn Hurd, Esq. *(Pro Hac Vice)*
                                            Jo Anna Pollock, Esq. *(Pro Hac Vice)*
                                            **SIMMONS HANLY CONROY, LLP**
                                            One Court Street
                                            Alton, IL 62002
                                            Telephone: (800) 479-9533
                                            Facsimile: (618) 259-2251
                                            Email: ehurd@simmonsfirm.com;
                                            jpollack@simmonsfirm.com

                                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Ellyn Hurd, hereby certify that on October 17, 2025, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                             /s/ Ellyn Hurd
                                            Ellyn Hurd