ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330

PATRICK OOT (Admitted *Pro Hac Vice*)
oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Baumgarner v. Uber Technologies, Inc., et al.,* No. 3:23-cv-05949-CRB

*Grier v. Uber Technologies, Inc., et al.,* No. 3:23-cv-05960-CRB

*Jane Doe LN v. Uber Technologies, Inc., et al.,* No. 3:24-cv-00120-CRB

*Jane Doe TW v. Uber Technologies, Inc., et al.,* No. 3:24-cv-00559-CRB

Case No. 3:23-md-03084-CRB

**DECLARATION OF MICHAEL B. SHORTNACY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10**

Date: December 12, 2025
Time: 10:00 a.m.
Courtroom: 6 – 17th Floor

*Jane Doe DP v. Uber Technologies, Inc., et al.,* No. 3:24-cv-00573-CRB

*Crisotomo v. Uber Technologies, Inc., et al.,* No. 3:24-cv-01211-CRB

*Jane Doe LR v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04306-CRB

*Jane Doe BW v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04308-CRB

*Jane Doe ST v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04309-CRB

*Jane Doe AR v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04313-CRB

*Jane Doe JB v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04316-CRB

*Jane Doe VB v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04317-CRB

*Jane Doe KH v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04326-CRB

*Jane Doe SF v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04327-CRB

*Jane Doe SR v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04332-CRB

*Jane Doe MC v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04334-CRB

*Jane Doe SG v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04353-CRB

*Jane Doe TW v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04356-CRB

*Jane Doe VL v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04357-CRB

*Jane Doe SW v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04358-CRB

*Jane Doe DM v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04359-CRB

*Jane Doe GA v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04361-CRB

*Jane Doe CH v. Uber Technologies, Inc., et al., No.* 3:24-cv-04363-CRB

*Jane Doe SW v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04364-CRB

*Jane Doe JG v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04368-CRB

*Jane Doe KY v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04369-CRB

*Jane Doe DC v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04373-CRB

*Jane Doe PC v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04374-CRB

*Jane Doe DB v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04428-CRB

*SA KE v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04669-CRB

*BR TI v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04670-CRB

*Stephens v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04801-CRB

*Carvalho v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04813-CRB

*Watrobski v. Uber Technologies, Inc., et al.,* No. 3:24-cv-4814-CRB

*Anderson v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04833-CRB

*Head v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04834-CRB

*Ivey v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04850-CRB

*Gallant v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04859-CRB

*Li v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04869-CRB

*Greco v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04870-CRB

*Grimes v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04874-CRB

*Holloway v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04886-CRB

*Morris v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04901-CRB

*McCoy v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04931-CRB

*McKinney v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04935-CRB

*Mensah v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04937-CRB

*Moye v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04945-CRB

*Miquel v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04948-CRB

*Payne v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04949-CRB

*Kennedy v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04950-CRB

*Okamoto v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04954-CRB

*Patrick v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04958-CRB

*Sonnier v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04969-CRB

*Campbell v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04971-CRB

*Carr v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04975-CRB

*Lord v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04977-CRB

*Lyons-Orange v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04979-CRB

*Maple v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04980-CRB

*Martin v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04982-CRB

*Tyler v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05003-CRB

*Young v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05015-CRB

*Peterson v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05025-CRB

*Raibon v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05034-CRB

*Frost v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05036-CRB

*Cvetkovich v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05037-CRB

*Dobey v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05039-CRB

*Tijerina v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05061-CRB

*Willig v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05062-CRB

*Rizwan v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05066-CRB

*Doe CA Jane v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05072-CRB

*Jane Doe KC v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05073-CRB

*Jane Doe RD v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05074-CRB

*Jane Doe TD v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05075-CRB

*Jane Doe JH v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05079-CRB

*Saliba v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05082-CRB

*Carr v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05085-CRB

*Dupree v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05089-CRB

*Pargaman v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05094-CRB

*Stewart v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05095-CRB

*Yoke v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05097-CRB

*Jane Doe JM v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05108-CRB

*Jane Doe JB v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05109-CRB

*Jane Doe EB v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05110-CRB

*Jane Doe AE v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05121-CRB

*Whitaker v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05128-CRB

*Kampfl v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05129-CRB

*Harris v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05132-CRB

*John Doe DG v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05169-CRB

*Jane Doe KH v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05174-CRB

*Lowe v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05230-CRB

*Shaver v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05232-CRB

*Shifflett v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05236-CRB

*Smith v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05240-CRB

*Steege v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05243-CRB

*Anderson v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05254-CRB

*Motsinger v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05261-CRB

*Fraser v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05275-CRB

*Orozco v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05280-CRB

*Tasby v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05355-CRB

*Wright v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05434-CRB

*Yarbrough v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05436-CRB

*Jamison v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05450-CRB

*Reed-Morrow v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05457-CRB

*Mincy v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05460-CRB

*Peterson v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05462-CRB

*Cates v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05472-CRB

*Wade v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05473-CRB

*Ritzberg v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05477-CRB

*Womble v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05504-CRB

*Makoka v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05552-CRB

*Fischer v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05568-CRB

*Williams v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05574-CRB

| |
|---|
| *Robinson v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05612-CRB |
| *Grilliot v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05627-CRB |
| *Gould v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05633-CRB |
| *Prince v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05667-CRB |
| *Nyirabahaya v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05693-CRB |
| *Demmon v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05709-CRB |
| *Jane Doe SK v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05710-CRB |
| *Jane Doe AM v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05765-CRB |
| *Napenas v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05782-CRB |
| *Streaks v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05791-CRB |
| *Washington v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05794-CRB |
| *Koehler v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05799-CRB |
| *Jane Doe AR v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05947-CRB |
| *Simmons v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05952-CRB |
| *Smith v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05954-CRB |
| *Jane Doe AS v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05960-CRB |
| *Montie v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05961-CRB |
| *Jane Doe CS v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05964-CRB |

*Jane Doe GT v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06051-CRB

*John Doe EW v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06073-CRB

*Jane Doe JD v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06074-CRB

*Jane Doe JS v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06075-CRB

*Jane Doe SS v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06076-CRB

*CH WA v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06176-CRB

*Arthur v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06643-CRB

*Jane Doe NLG MR v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07677-CRB

*Jane Doe NLG-TG v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07803-CRB

*Jane Doe NLG-GH v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08078-CRB

*Jane Doe NLG-MC v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08091-CRB

*Jane Doe NLG VK v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08610-CRB

*Jane Doe NLG TJ v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08621-CRB

*Jane Doe NLG JV v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08622-CRB

*Jane Doe NLG AC v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09151-CRB

*Jane Doe NLG AB v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09188-CRB

*Jane Doe NLG PP v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09215-CRB

| |
|---|
| *Jane Doe NLG KC v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00072-CRB |
| *Jane Doe NLG TT v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00075-CRB |
| *John Doe NLG GH v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00308-CRB |
| *Jane Doe NLG PO v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00358-CRB |
| *Jane Doe NLG LB v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00365-CRB |
| *Jane Doe NLG BH v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00369-CRB |
| *Jane Doe NLG RC v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00371-CRB |
| *Jane Doe NLG BE v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00401-CRB |
| *Jane Doe NLG KK v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00673-CRB |
| *Jane Doe NLG HK v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00675-CRB |
| *Jane Doe NLG JN v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00715-CRB |
| *Jane Doe NLG AJ v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00717-CRB |
| *Jane Doe NLG DO v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00718-CRB |
| *Jane Doe NLG CM v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00738-CRB |
| *Jane Doe NLG KK v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01068-CRB |

| |
|---|
| *Jane Doe NLG KS v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01076-CRB |
| *Jane Doe NLG MS v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01078-CRB |
| *Jane Doe NLG AB v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01079-CRB |
| *Jane Doe NLG HB v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01084-CRB |
| *Jane Doe NLG TS v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01090-CRB |
| *Williams v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01178-CRB |
| *Green v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01229-CRB |
| *Johnson v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01245-CRB |
| *Jones v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01246-CRB |
| *Jane Doe NLG KL v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01265-CRB |
| *Jane Doe NLG AH v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01266-CRB |
| *Jane Doe NLG- CR v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01716-CRB |
| *Jane Doe NLG- BH v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01719-CRB |
| *Jane Doe NLG- BY v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01720-CRB |
| *Jane Doe NLG- HW v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01725-CRB |

| |
|---|
| *Jane Doe NLG- ZD v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01729-CRB |
| *Jane Doe NLG- CP v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01731-CRB |
| *Jane Doe NLG- JF v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01733-CRB |
| *Jane Doe NLG- BB v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01734-CRB |
| *Jane Doe NLG- AM v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01797-CRB |
| *Jane Doe NLG- WB v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01799-CRB |
| *Jane Doe NLG- JJ v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01804-CRB |
| *Jane Doe NLG- KD v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01809-CRB |
| *Jane Doe NLG- RS v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01814-CRB |
| *Jane Doe NLG- KG v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01816-CRB |
| *Jane Doe NLG- JN v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01818-CRB |
| *Jane Doe NLG- DS v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01907-CRB |
| *Jane Doe NLG- JD v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01909-CRB |
| *Douglas v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02274-CRB |

| | |
|---|---|
| *Jane Doe NLG- VM v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02622-CRB | |
| *Jane Doe NLG-BS v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02685-CRB | |
| *Jane Doe NLG-KM v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02706-CRB | |
| *Montoya v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02716-CRB | |
| *Jane Doe NLG-KO v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02787-CRB | |
| *Jane Doe NLG-RR v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02788-CRB | |
| *Jane Doe NLG-AH v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02797-CRB | |
| *Jane Doe NLG-AV v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02855-CRB | |
| *Jane Doe NLG-KM v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02856-CRB | |
| *Vardiman v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02885-CRB | |
| *Jane Doe NLG-BC v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02899-CRB | |
| *Jane Doe NLG-LB v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02904-CRB | |
| *Jane Doe NLG-PB v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02938-CRB | |
| *Jane Doe NLG-KM v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02956-CRB | |
| *Rivera v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03285-CRB | |

| |
|---|
| *Jane Doe NLG VT v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03789-CRB |
| *Jane Doe NLG-EC v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03794-CRB |
| *John Doe-RM v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04152-CRB |
| *Jane Doe NLG-SW v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04155-CRB |
| *Brown v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04371-CRB |
| *Davis v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04742-CRB |
| *Moore v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04803-CRB |
| *Brandon v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04856-CRB |
| *Jane Doe NLG-PL v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05014-CRB |
| *Jane Doe NLG-PA v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05096-CRB |
| *Jane Doe NLG-YM v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05109-CRB |
| *Jane Doe NLG-MH v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05163-CRB |

**DECLARATION OF MICHAEL B. SHORTNACY**

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Los Angeles, California. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Defendants") motion to dismiss the cases of certain Plaintiffs for noncompliance with Pretrial Order No. 10 ("PTO 10").

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Defendants in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the State of California, the Bar of the District of Columbia, and the Bar of the State of New York. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. On December 28, 2023, this Court entered PTO 10 in this matter, requiring each Plaintiff to submit a "substantially complete" Plaintiff Fact Sheet ("PFS") that "[i]nclude[d] a signed declaration" or verification that the PFS answers are true and correct. ECF No. 348 at 6-7. The Court also provided firm deadlines by which Plaintiffs must submit their PFS and supporting documents. *Id.* at 5-6.

4. On November 18, 2024, Magistrate Judge Cisneros expressly rejected Plaintiffs' position that PTO 10's verification requirement did not apply to amended PFS, and ordered Plaintiffs to submit verifications for any then-unverified PFS amendments within 30 days of the Court's Order, and, moving forward, "in conjunction with any further amendments." ECF No. 1877 at 3.

5. Attached to this declaration as **Exhibit A** is a table identifying 218 Plaintiffs who, as of the date of execution of this Declaration, have failed to submit a verification of their most recent amended PFS responses. The dates Plaintiffs filed their most recent PFS without the required verification are also identified in the table at Exhibit A.

6. On September 18, 2025, in an effort to secure compliance without intervention by the Court, Defendants' counsel sent a Notice of Deficiency to each of the 218 Plaintiffs, reminding them

of Plaintiffs' non-compliance with this Court's order to provide a verification of Plaintiffs' most recent amended PFS responses, but none of these Plaintiffs have subsequently submitted a verification or otherwise responded.

7. Separately, on September 9, 2025, this Court entered PTO 31, requiring ninety specifically identified Plaintiffs to, within thirty days of entry of PTO 31, "either (i) produce a bona fide ride receipt to Defendants via MDL Centrality, or (ii) serve a statement indicating that the Plaintiff is unable to locate the receipt, explaining in detail the reasonable efforts that have been undertaken by Plaintiff to search their email and the Uber app for the receipt, and explaining why Plaintiff has been unable to locate the receipt." ECF No. 3877. As permitted by PTO 31, Uber identified a second batch of 213 Plaintiffs who were subject to PTO 31's requirements and gave these Plaintiffs written notice; they were due to comply with PTO 31 by October 13, 2025. With those deadlines now passed, as of October 16, 2025 (giving Plaintiffs a four-day grace period beyond their October 12 deadline) only 74 out of 303 (or just over 24% of) Plaintiffs subject to PTO 31 have complied with this Order of the Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 20, 2025 in Los Angeles, California.

**SHOOK, HARDY & BACON L.L.P.**

*/s/ Michael B. Shortnacy*__________

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC