# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10** |
| This Document Relates to:<br><br>*Baumgarner v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05949-CRB<br><br>*Grier v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05960-CRB<br><br>*Jane Doe LN v. Uber Technologies, Inc., et al.*, No. 3:24-cv-00120-CRB<br><br>*Jane Doe TW v. Uber Technologies, Inc., et al.*, No. 3:24-cv-00559-CRB<br><br>*Jane Doe DP v. Uber Technologies, Inc., et al.*, No. 3:24-cv-00573-CRB<br><br>*Crisotomo v. Uber Technologies, Inc., et al.*, No. 3:24-cv-01211-CRB<br><br>*Jane Doe LR v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04306-CRB<br><br>*Jane Doe BW v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04308-CRB<br><br>*Jane Doe ST v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04309-CRB<br><br>*Jane Doe AR v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04313-CRB | |

1
2   *Jane Doe JB v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04316-CRB
3   *Jane Doe VB v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04317-CRB
4
5   *Jane Doe KH v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04326-CRB
6   *Jane Doe SF v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04327-CRB
7
8   *Jane Doe SR v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04332-CRB
9   *Jane Doe MC v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04334-CRB
10
11  *Jane Doe SG v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04353-CRB
12  *Jane Doe TW v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04356-CRB
13
14  *Jane Doe VL v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04357-CRB
15  *Jane Doe SW v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04358-CRB
16
17  *Jane Doe DM v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04359-CRB
18  *Jane Doe GA v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04361-CRB
19
20  *Jane Doe CH v. Uber Technologies, Inc., et al., No.* 3:24-cv-04363-CRB
21  *Jane Doe SW v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04364-CRB
22
23  *Jane Doe JG v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04368-CRB
24  *Jane Doe KY v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04369-CRB
25
26  *Jane Doe DC v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04373-CRB
27  *Jane Doe PC v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04374-CRB
28

[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

1
2   *Jane Doe DB v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04428-CRB

3   *SA KE v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04669-CRB
4
5   *BR TI v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04670-CRB

6   *Stephens v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04801-CRB
7
8   *Carvalho v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04813-CRB

9   *Watrobski v. Uber Technologies, Inc., et al.,* No. 3:24-cv-4814-CRB
10
11  *Anderson v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04833-CRB

12  *Head v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04834-CRB
13
14  *Ivey v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04850-CRB

15  *Gallant v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04859-CRB
16
17  *Li v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04869-CRB

18  *Greco v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04870-CRB
19
20  *Grimes v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04874-CRB

21  *Holloway v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04886-CRB
22
23  *Morris v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04901-CRB

24  *McCoy v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04931-CRB
25
26  *McKinney v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04935-CRB

27  *Mensah v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04937-CRB
28

[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

1
2  *Moye v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04945-CRB

3  *Miquel v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04948-CRB
4
5  *Payne v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04949-CRB

6  *Kennedy v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04950-CRB
7
8  *Okamoto v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04954-CRB

9  *Patrick v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04958-CRB
10
11  *Sonnier v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04969-CRB

12  *Campbell v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04971-CRB
13
14  *Carr v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04975-CRB

15  *Lord v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04977-CRB
16
17  *Lyons-Orange v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04979-CRB

18  *Maple v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04980-CRB
19
20  *Martin v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04982-CRB

21  *Tyler v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05003-CRB
22
23  *Young v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05015-CRB

24  *Peterson v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05025-CRB
25
26  *Raibon v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05034-CRB

27  *Frost v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05036-CRB
28

[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

*Cvetkovich v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05037-CRB

*Dobey v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05039-CRB

*Tijerina v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05061-CRB

*Willig v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05062-CRB

*Rizwan v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05066-CRB

*Doe CA Jane v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05072-CRB

*Jane Doe KC v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05073-CRB

*Jane Doe RD v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05074-CRB

*Jane Doe TD v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05075-CRB

*Jane Doe JH v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05079-CRB

*Saliba v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05082-CRB

*Carr v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05085-CRB

*Dupree v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05089-CRB

*Pargaman v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05094-CRB

*Stewart v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05095-CRB

*Yoke v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05097-CRB

*Jane Doe JM v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05108-CRB

*Jane Doe JB v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05109-CRB

*Jane Doe EB v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05110-CRB

*Jane Doe AE v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05121-CRB

*Whitaker v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05128-CRB

*Kampfl v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05129-CRB

*Harris v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05132-CRB

*John Doe DG v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05169-CRB

*Jane Doe KH v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05174-CRB

*Lowe v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05230-CRB

*Shaver v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05232-CRB

*Shifflett v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05236-CRB

*Smith v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05240-CRB

*Steege v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05243-CRB

*Anderson v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05254-CRB

*Motsinger v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05261-CRB

*Fraser v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05275-CRB

*Orozco v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05280-CRB

*Tasby v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05355-CRB

*Wright v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05434-CRB

*Yarbrough v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05436-CRB

*Jamison v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05450-CRB

*Reed-Morrow v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05457-CRB

*Mincy v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05460-CRB

*Peterson v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05462-CRB

*Cates v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05472-CRB

*Wade v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05473-CRB

*Ritzberg v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05477-CRB

*Womble v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05504-CRB

*Makoka v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05552-CRB

*Fischer v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05568-CRB

*Williams v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05574-CRB

*Robinson v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05612-CRB

*Grilliot v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05627-CRB

*Gould v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05633-CRB

*Prince v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05667-CRB

*Nyirabahaya v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05693-CRB

*Demmon v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05709-CRB

1
2      *Jane Doe SK v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05710-CRB
3      *Jane Doe AM v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05765-CRB
4
5      *Napenas v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05782-CRB
6      *Streaks v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05791-CRB
7
8      *Washington v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05794-CRB
9      *Koehler v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05799-CRB
10
11     *Jane Doe AR v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05947-CRB
12     *Simmons v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05952-CRB
13
14     *Smith v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05954-CRB
15     *Jane Doe AS v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05960-CRB
16
17     *Montie v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05961-CRB
18     *Jane Doe CS v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05964-CRB
19
20     *Jane Doe GT v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06051-CRB
21     *John Doe EW v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06073-CRB
22
23     *Jane Doe JD v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06074-CRB
24     *Jane Doe JS v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06075-CRB
25
26     *Jane Doe SS v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06076-CRB
27     *CH WA v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06176-CRB
28

[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

| | |
|---|---|
| 1 | |
| 2 | *Arthur v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06643-CRB |
| 3 | *Jane Doe NLG MR v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07677-CRB |
| 4 | |
| 5 | *Jane Doe NLG-TG v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07803-CRB |
| 6 | |
| 7 | *Jane Doe NLG-GH v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08078-CRB |
| 8 | |
| 9 | *Jane Doe NLG-MC v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08091-CRB |
| 10 | |
| 11 | *Jane Doe NLG VK v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08610-CRB |
| 12 | |
| 13 | *Jane Doe NLG TJ v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08621-CRB |
| 14 | *Jane Doe NLG JV v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08622-CRB |
| 15 | |
| 16 | *Jane Doe NLG AC v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09151-CRB |
| 17 | *Jane Doe NLG AB v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09188-CRB |
| 18 | |
| 19 | *Jane Doe NLG PP v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09215-CRB |
| 20 | *Jane Doe NLG KC v. Uber Technologies, Inc., et al.,* No. 3:25-cv-00072-CRB |
| 21 | |
| 22 | *Jane Doe NLG TT v. Uber Technologies, Inc., et al.,* No. 3:25-cv-00075-CRB |
| 23 | |
| 24 | *John Doe NLG GH v. Uber Technologies, Inc., et al.,* No. 3:25-cv-00308-CRB |
| 25 | |
| 26 | *Jane Doe NLG PO v. Uber Technologies, Inc., et al.,* No. 3:25-cv-00358-CRB |
| 27 | |
| 28 | |

[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

1
2   *Jane Doe NLG LB v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00365-CRB
3   *Jane Doe NLG BH v. Uber Technologies, Inc., et al.*, No. 3:25-cv-
4   00369-CRB
5   *Jane Doe NLG RC v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00371-CRB
6
    *Jane Doe NLG BE v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00401-CRB
7
8   *Jane Doe NLG KK v. Uber Technologies, Inc., et al.*, No. 3:25-cv-
9   00673-CRB
10  *Jane Doe NLG HK v. Uber Technologies, Inc., et al.*, No. 3:25-cv-
11  00675-CRB
12  *Jane Doe NLG JN v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00715-CRB
13
14  *Jane Doe NLG AJ v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00717-CRB
15  *Jane Doe NLG DO v. Uber Technologies, Inc., et al.*, No. 3:25-cv-
16  00718-CRB
17  *Jane Doe NLG CM v. Uber Technologies, Inc., et al.*, No. 3:25-cv-
18  00738-CRB
19  *Jane Doe NLG KK v. Uber Technologies, Inc., et al.*, No. 3:25-cv-
20  01068-CRB
21  *Jane Doe NLG KS v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01076-CRB
22
23  *Jane Doe NLG MS v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01078-CRB
24
25  *Jane Doe NLG AB v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01079-CRB
26  *Jane Doe NLG HB v. Uber Technologies, Inc., et al.*, No. 3:25-cv-
27  01084-CRB
28

[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

*Jane Doe NLG TS v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01090-CRB

*Williams v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01178-CRB

*Green v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01229-CRB

*Johnson v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01245-CRB

*Jones v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01246-CRB

*Jane Doe NLG KL v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01265-CRB

*Jane Doe NLG AH v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01266-CRB

*Jane Doe NLG- CR v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01716-CRB

*Jane Doe NLG- BH v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01719-CRB

*Jane Doe NLG- BY v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01720-CRB

*Jane Doe NLG- HW v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01725-CRB

*Jane Doe NLG- ZD v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01729-CRB

*Jane Doe NLG- CP v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01731-CRB

*Jane Doe NLG- JF v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01733-CRB

*Jane Doe NLG- BB v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01734-CRB

1
2   *Jane Doe NLG- AM v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01797-CRB
3
4   *Jane Doe NLG- WB v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01799-CRB
5
6   *Jane Doe NLG- JJ v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01804-CRB
7
8   *Jane Doe NLG- KD v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01809-CRB
9
10  *Jane Doe NLG- RS v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01814-CRB
11
12  *Jane Doe NLG- KG v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01816-CRB
13
14  *Jane Doe NLG- JN v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01818-CRB
15
16  *Jane Doe NLG- DS v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01907-CRB
17
18  *Jane Doe NLG- JD v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01909-CRB
19
20  *Douglas v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02274-CRB
21  *Jane Doe NLG- VM v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02622-CRB
22
23  *Jane Doe NLG-BS v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02685-CRB
24
25  *Jane Doe NLG-KM v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02706-CRB
26  *Montoya v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02716-CRB
27
28

[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

| | |
|---|---|
| 1 | |
| 2 | *Jane Doe NLG-KO v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02787-CRB |
| 3 | |
| 4 | *Jane Doe NLG-RR v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02788-CRB |
| 5 | |
| 6 | *Jane Doe NLG-AH v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02797-CRB |
| 7 | |
| 8 | *Jane Doe NLG-AV v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02855-CRB |
| 9 | |
| 10 | *Jane Doe NLG-KM v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02856-CRB |
| 11 | |
| 12 | *Vardiman v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02885-CRB |
| 13 | *Jane Doe NLG-BC v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02899-CRB |
| 14 | |
| 15 | *Jane Doe NLG-LB v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02904-CRB |
| 16 | |
| 17 | *Jane Doe NLG-PB v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02938-CRB |
| 18 | |
| 19 | *Jane Doe NLG-KM v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02956-CRB |
| 20 | |
| 21 | *Rivera v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03285-CRB |
| 22 | *Jane Doe NLG VT v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03789-CRB |
| 23 | |
| 24 | *Jane Doe NLG-EC v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03794-CRB |
| 25 | |
| 26 | *John Doe-RM v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04152-CRB |
| 27 | |
| 28 | |

[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

1
2  *Jane Doe NLG-SW v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04155-CRB
3
4  *Brown v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04371-CRB
5  *Davis v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04742-CRB
6
7  *Moore v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04803-CRB
8  *Brandon v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04856-CRB
9
10 *Jane Doe NLG-PL v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05014-CRB
11 *Jane Doe NLG-PA v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05096-CRB
12
13 *Jane Doe NLG-YM v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05109-CRB
14
15 *Jane Doe NLG-MH v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05163-CRB
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

# [PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 10, the Court finds that the Plaintiffs subject to Defendants' Motion have violated Pretrial Order No. 10 by failing to provide verifications for their amended Plaintiff Fact Sheets, causing prejudice to Uber. Plaintiffs' failure to provide these required verifications also raises questions about whether Plaintiffs' counsel consulted the individual Plaintiffs before amending their PFS prior to service.

The Court therefore hereby ORDERS as follows:

1. The claims of the Plaintiffs subject to Defendants' motion are DISMISSED WITH PREJUDICE.
2. Counsel for each Plaintiff subject to Defendants' motion must serve a Rule 26(g) certification within 7 days of the date of this Order identifying on separate lists: (i) which plaintiffs reviewed the amended PFS before it was served, and (b) which plaintiffs did not review the amended PFS before it was served.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. CHARLES R. BREYER
United States District Court Judge