| | |
|---|---|
| 1 | DENNIS C. REICH, ESQ. (SBN #69631) |
| | Reich and Binstock, LLP |
| 2 | 4265 San Felipe, Suite 1000 |
| | Houston, Texas 77027 |
| 3 | Tel: 713.622.7271 |
| | Fax: 713.623.8724 |
| 4 | Email: dreich@reichandbinstock.com |
| 5 | *Counsel for Plaintiff* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *D.S., an individual v. UBER TECHNOLOGIES, INC., et al.*, 3:25-cv-08519 -CRB | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on October 6, 2025.

///

///

///

///

| | |
|---|---|
| Dated: October 21, 2025 | Respectfully submitted, |
| | By: */s/ Dennis C. Reich*<br>DENNIS C. REICH (SBN #69631)<br>Reich & Binstock, LLP<br>4265 San Felipe, Suite 1000<br>Houston, Texas 77027<br>Tel: 713.622.7271<br>Fax: 713.623.8724<br>Email: dreich@reichandbinstock.com |
| | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Dennis C. Reich*
Dennis C. Reich