Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF ALEXANDRA CARITIS IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO EXTEND TIME TO SERVE REBUTTAL EXPERT REPORTS**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6 - 17th Floor |

I, Alexandra Caritis, declare as follows:

1. I am an attorney licensed to practice law in the State of Texas and admitted *pro hac vice* in this action. I am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" or "Defendants"). I make this declaration of my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein. I have knowledge of the facts set forth herein, and if called to testify as a witness, could do so competently under oath.

2. Attached as **Exhibits A** and **B** are communications that reflect the efforts Uber has made to secure an extension without court intervention. These communications describe what Uber understood to be an agreement to move rebuttal deadlines in exchange for an agreement to depose the majority of Plaintiffs' experts near or after the October 24, 2025 rebuttal deadline, which Plaintiff's counsel withdrew on October 15, 2025. Uber then endeavored to resolve this dispute through a meet and confer and multiple email correspondences, which were not successful.

3. The extension is necessary so that Uber's rebuttal experts can fully understand Plaintiffs' experts' opinions and address Plaintiffs' experts' deposition testimony in their reports.

4. As detailed in the accompanying motion at page 2, lines 21-24, the parties have jointly stipulated to prior extensions at ECF 3533, 3705, 3757, 3893 and 3997, which represent the relevant prior time modifications.

5. The requested extension could create a need to move the Rule 702/Daubert deadlines by a week, but Uber does not expect any additional impact on the schedule.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on October 21, 2025, in Houston, TX.

                                            */s/ Alexandra Caritis*
                                            Alexandra Caritis

## E-FILING ATTESTATION

I, Laura Vartain Horn, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

> /s/ Laura Vartain Horn
> Laura Vartain Horn