# EXHIBIT A

| | |
|---|---|
| **From:** | Caritis, Alexandra |
| **To:** | Rachel Abrams; Marden, Libby |
| **Cc:** | ehurd; Roopal P. Luhana; Sarah London |
| **Subject:** | RE: Uber_MDL: Defendants" Expert Reports for Eric Piza, Jason Morris & Matthew Kalady |
| **Date:** | Thursday, October 9, 2025 11:38:35 AM |
| **Attachments:** | RE Uber_MDL Defendants" Expert Reports for Eric Piza Jason Morris Matthew Kalady.msg |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |
| | image012.png |
| | image013.png |
| | image014.png |
| | image015.png |

Rachel,

Can we please do 130-2PT?

As a threshold matter to discuss, it's our position that for the experts we plan to rebut, we need at least 5 days between the dep. and the rebuttal deadline (currently Oct. 24).

Updated below and reattaching the info Libby sent yesterday re Thomas and West:

| Expert Name | Deposition Date (Offered) | Pl Proposed Time Limit | Uber Counter | Confirmed? | Supplement? |
|---|---|---|---|---|---|
| **Plaintiff Expert Weiner, Bruce** | 10/28 | 7 hours | 7 hours | Need to discuss rebuttal deadline | Yes |
| **Plaintiff Expert Drumwright, Meme (also in JCCP)** | Pls to provide new dates | 7 hours | 7 hours | | Yes |
| **Plaintiff Expert Chandler, John** | November 6-7 | 7 hours | 12 hours | Too close to 11/10 daubert deadline | Yes |
| **Plaintiff Expert Keller, Lacey** | Need earlier dates due to rebuttal deadline | 7 hours | 7 hours | | Yes |
| **Plaintiff Expert Moore, Julie** | October 22 | 7 hours | 7 hours | CONFIRMED | |
| **Plaintiff Expert Sawyer, David** | October 17 Can't do this date, 10/23 or 10/24? | 7 hours | 9 hours | | |
| **Plaintiff Expert Tremblay, Tom** | October 22, 23 (hard stop at 11am ET on 23rd) | 9 hours | 12 hours | Pls' position re time limit? Dates offered not enough time | |
| **Plaintiff Expert Valliere, Veronique (also in JCCP)** | Pl to provide new date | 7 hours | 7 hours | | Yes |
| **Plaintiff Expert Feldis, Jay (also in JCCP)** | 10/23 | 7 hours | 7 hours | Need to discuss rebuttal deadline | |
| **Plaintiff Expert Kelkar, Rajeev** | October 24 | 7 hours | 9 hours | Need to discuss rebuttal deadline | |
| **Plaintiff Expert Rando, Cynthia** | October 17 Can't do this date, can do any day the following week | 7 hours | 12 hours | | |
| **Plaintiff Expert Mechanic, Mindy (Psych)** | No dates provided | 12 hours | 21 hours (7 3-hour days or split into 4 days) | | |
| **Plaintiff Expert Milnor, Mike** | November 3 | 7 hours | 7 hours | Need to discuss rebuttal deadline | |
| **Plaintiff Expert Johnson Robert (also in JCCP)** | October 20, 2025 (see Uber's position) Is this confirmed? | 7 hours | 3 hours and JCCP dep treated as if taken in MDL | Can do 3 hour non-duplicative dep in afternoon on 10/20 so long as we can treat JCCP dep as if taken in MDL | |
| **Plaintiff Expert Charlene Espritt (LCP)** | November 4-5 | 7 hours | 15 hours (3 for each report) | CONFIRMED | |
| **Plaintiff Expert Brown, Erik (toxicologist)** | October 15, 2025 | 7 hours | 7 hours | CONFIRMED | |
| **Plaintiff Expert Rad, Helena (Psych)** | 10/17? (previously offered) Is this confirmed? | 3 hours | 7 hours | We can do 10/17 if that still works | |
| **Defendant Expert Kalady, Matthew (B.L.)** | Waiting on Pls to confirm | | | | |
| **Defendant Expert Morris, Jason** | November 5, 2025 | | | CONFIRMED | |
| **Defendant Expert Okpaku, Joseph** | Uber can do 10/20 or find new later dates | | | | |
| **Defendant Expert Piza, Eric** | October 30, 2025 | | | CONFIRMED | |
| **Defendant Expert Reminick, Alison** | Waiting on Pls to | | | | |

| | | | | | |
|---|---|---|---|---|---|
| (Mensing) | confirm | | | | |
| **Defendant Expert Stodden, Victoria** | October 21 | | | | |
| **Defendant Expert Thomas, Vida** | 10/27 | | | | |
| **Defendant Expert Osgood, Robert (Minfield, Mensing)** | Waiting on Pls to confirm | | | | |
| **Defendant Expert Defendant Expert West, Sara (Roberts)** | 11/14 | | | | |

Thanks and talk soon.

**Alexandra Caritis**

---

**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3531  **M** +1 412 780 7147
**F** +1 713 836 3601

---

alexandra.caritis@kirkland.com

**From:** Rachel Abrams <rabrams@peifferwolf.com>
**Sent:** Wednesday, October 8, 2025 11:33 PM
**To:** Caritis, Alexandra <alexandra.caritis@kirkland.com>; Marden, Libby <libby.marden@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>; Roopal P. Luhana <luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>
**Subject:** Re: Uber_MDL: Defendants' Expert Reports for Eric Piza, Jason Morris & Matthew Kalady

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Alex,

Here's the revised chart. I am available tomorrow morning until 10 am, 1-2 pm and after 3 pm (PT).

Thanks,

Rachel

| Expert Name | Deposition Date (Offered) | Pl Proposed Time Limit | Uber Counter | Confirmed? | Supplement? |
|---|---|---|---|---|---|
| **Plaintiff Expert Weiner, Bruce** | 10/28 | 7 hours | 7 hours | Need to discuss rebuttal deadline | Yes |
| **Plaintiff Expert Drumwright, Meme (also in JCCP)** | Pls to provide new dates | 7 hours | 7 hours | | Yes |
| **Plaintiff Expert Chandler, John** | November 6-7 | 7 hours | 12 hours | Too close to 11/10 daubert deadline | Yes |
| **Plaintiff Expert Keller, Lacey** | Need earlier dates due to rebuttal deadline | 7 hours | 7 hours | | Yes |
| **Plaintiff Expert Moore, Julie** | October 22 | 7 hours | 7 hours | | |
| **Plaintiff Expert Sawyer, David** | October 17 Can't do this date, 10/23 or 10/24? | 7 hours | 9 hours | | |
| **Plaintiff Expert Tremblay, Tom** | October 22, 23 (hard stop at 11am ET on 23rd) | 9 hours | 12 hours | Pls' position re time limit? Dates offered not enough time | |
| **Plaintiff Expert Valliere, Veronique (also in JCCP)** | Pl to provide new date | 7 hours | 7 hours | | Yes |
| **Plaintiff Expert Feldis, Jay (also in JCCP)** | 10/23 | 7 hours | 7 hours | Need to discuss rebuttal deadline | |
| **Plaintiff Expert Kelkar, Rajeev** | October 24 | 7 hours | 9 hours | Need to discuss rebuttal deadline | |
| **Plaintiff Expert Rando, Cynthia** | October 17 | 7 hours | 12 hours | | |
| **Plaintiff Expert Mechanic, Mindy (Psych)** | No dates provided | 12 hours | 21 hours (7 3-hour days or split into 4 days) | | |
| **Plaintiff Expert Milnor, Mike** | November 3 | 7 hours | 7 hours | Need to discuss rebuttal deadline | |
| **Plaintiff Expert Johnson Robert (also in JCCP)** | October 20, 2025 (see Uber's position) Is this confirmed? | 7 hours | 3 hours and JCCP dep treated as if taken in MDL | Can do 3 hour non-duplicative dep in afternoon on 10/20 so long as we can treat JCCP dep as if taken in MDL | |
| **Plaintiff Expert Charlene Espritt** | November 4-5 | 7 hours | 15 hours (3 for each report) | | |

| | | | | | |
|---|---|---|---|---|---|
| (LCP) | | | | | |
| **Plaintiff Expert Brown, Erik (toxicologist)** | October 15, 2025 | 7 hours | 7 hours | Yes | |
| **Plaintiff Expert Rad, Helena (Psych)** | 10/17? (previously offered) Is this confirmed? | 3 hours | 7 hours | We can do 10/17 if that still works | |
| **Defendant Expert Kalady, Matthew (B.L.)** | Waiting on Pls to confirm | | | | |
| **Defendant Expert Morris, Jason** | November 5, 2025 | | | Yes | |
| **Defendant Expert Okpaku, Joseph** | Uber can do 10/20 or find new later dates | | | | |
| **Defendant Expert Piza, Eric** | October 30, 2025 | | | Yes | |
| **Defendant Expert Reminick, Alison (Mensing)** | Waiting on Pls to confirm | | | | |
| **Defendant Expert Stodden, Victoria** | October 21 | | | | |
| **Defendant Expert Thomas, Vida** | 10/27 | | | | |
| **Defendant Expert Osgood, Robert (Minfield, Mensing)** | Waiting on Pls to confirm | | | | |
| **Defendant Expert Defendant Expert West, Sara (Roberts)** | 11/14 | | | | |

**Rachel Abrams**
Partner



555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 | **Direct:** 415-426-5641

peifferwolf.com

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

---

**From:** Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Date:** Wednesday, October 8, 2025 at 5:15 PM
**To:** Rachel Abrams <rabrams@peifferwolf.com>, Marden, Libby <libby.marden@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>, Roopal P. Luhana <luhana@chaffinluhana.com>, Sarah London <slondon@girardsharp.com>
**Subject:** RE: Uber_MDL: Defendants' Expert Reports for Eric Piza, Jason Morris & Matthew Kalady

Rachel,

Let us know a good time to connect tomorrow.

Thanks.

**Alexandra Caritis**
-----------------------------------------
**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3531  **M** +1 412 780 7147
**F** +1 713 836 3601
-----------------------------------------
alexandra.caritis@kirkland.com

**From:** Caritis, Alexandra
**Sent:** Wednesday, October 8, 2025 2:40 PM
**To:** 'Rachel Abrams' <rabrams@peifferwolf.com>; Marden, Libby <libby.marden@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>; Roopal P. Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>
**Subject:** RE: Uber_MDL: Defendants' Expert Reports for Eric Piza, Jason Morris & Matthew Kalady

Thanks for the update.

I can talk at 130-2PT. If that time doesn't work for you, let's please plan to discuss tomorrow.

**Alexandra Caritis**
-----------------------------------------
**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3531  **M** +1 412 780 7147

**F** +1 713 836 3601
_____

alexandra.caritis@kirkland.com

**From:** Rachel Abrams <rabrams@peifferwolf.com>
**Sent:** Wednesday, October 8, 2025 2:31 PM
**To:** Caritis, Alexandra <alexandra.caritis@kirkland.com>; Marden, Libby <libby.marden@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>; Roopal P. Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>
**Subject:** Re: Uber_MDL: Defendants' Expert Reports for Eric Piza, Jason Morris & Matthew Kalady

Alex,

I am pulling together a response after meeting with the team. I will send that shortly, but I propose that we set a time to speak again later today. Please let me know your availability. Thanks.

-Rachel

Rachel Abrams
Partner



555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 | **Direct:** 415-426-5641

peifferwolf.com

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

**From:** Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Date:** Tuesday, October 7, 2025 at 7:19 PM
**To:** Rachel Abrams <rabrams@peifferwolf.com>, Marden, Libby <libby.marden@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>, Roopal P. Luhana <Luhana@chaffinluhana.com>, Sarah London <slondon@girardsharp.com>
**Subject:** RE: Uber_MDL: Defendants' Expert Reports for Eric Piza, Jason Morris & Matthew Kalady

Rachel,

See below an updated chart. Happy to discuss.

| Expert Name | Deposition Date (Offered) | Pl Proposed Time Limit | Uber Counter | Confirmed? | Supplement? |
|---|---|---|---|---|---|
| **Plaintiff Expert Weiner, Bruce** |  10/28 | 7 hours | 7 hours | Yes (with understanding that if report is supplemented, may need narrow suppl dep) | Yes |
| **Plaintiff Expert Drumwright, Meme (also in JCCP)** | Pls to provide new dates | 7 hours | 7 hours | | Yes |
| **Plaintiff Expert Chandler, John** | 10/24? | 7 hours | 12 hours | Can Pls do 10/24 (previously offered)? | Yes |
| **Plaintiff Expert Keller, Lacey** | Need earlier dates due to rebuttal deadline | 7 hours | 7 hours | | Yes |
| **Plaintiff Expert Moore, Julie** | Pl checking if 10/22 works | 7 hours | 7 hours | | |
| **Plaintiff Expert Sawyer, David** | Pl to provide new date | 7 hours | 9 hours | | |
| **Plaintiff Expert Tremblay, Tom** | No dates provided yet | 9 hours | 12 hours | | |
| **Plaintiff Expert Valliere, Veronique (also in JCCP)** | Pl to provide new date | 7 hours | 7 hours | | Yes |
| **Plaintiff Expert Feldis, Jay (also in JCCP)** | 10/23 | 7 hours | 7 hours | Yes | |
| **Plaintiff Expert Kelkar, Rajeev** | No dates provided | 7 hours | 9 hours | | |
| **Plaintiff Expert Rando, Cynthia** | Uber confirming whether we can do 10/17 but need another date | 7 hours | 12 hours | | |
| **Plaintiff Expert Mechanic, Mindy (Psych)** | No dates provided | 12 hours | 21 hours (7 3-hour days or split into 4 days) | | |

| | | | | | |
|---|---|---|---|---|---|
| **Plaintiff Expert Milnor, Mike** | 10/19? (previously offered) | 7 hours | 7 hours | We can do 10/19 if that still works | |
| **Plaintiff Expert Johnson Robert (also in JCCP)** | October 20, 2025 (see Uber's position) | 7 hours | 3 hours and JCCP dep treated as if taken in MDL | Can do 3 hour non-duplicative dep in afternoon on 10/20 so long as we can treat JCCP dep as if taken in MDL | |
| **Plaintiff Expert Charlene Espritt (LCP)** | No dates provided | 7 hours | 15 hours (3 for each report) | | |
| **Plaintiff Expert Brown, Erik (toxicologist)** | October 15, 2025 | 7 hours | 7 hours | Yes | |
| **Plaintiff Expert Rad, Helena (Psych)** | 10/17? (previously offered) | 3 hours | 7 hours | We can do 10/17 if that still works | |
| **Defendant Expert Kalady, Matthew (B.L.)** | Waiting on Pls to confirm | | | | |
| **Defendant Expert Morris, Jason** | November 5, 2025 | | | Yes | |
| **Defendant Expert Okpaku, Joseph** | Uber can do 10/20 or find new later dates | | | | |
| **Defendant Expert Piza, Eric** | October 30, 2025 | | | Yes | |
| **Defendant Expert Reminick, Alison (Mensing)** | Waiting on Pls to confirm | | | | |
| **Defendant Expert Stodden, Victoria** | Waiting on Pls to confirm | | | | |
| **Defendant Expert Thomas, Vida** | Uber trying to get earlier dates | | | | |
| **Defendant Expert Osgood, Robert (Minfield, Mensing)** | Waiting on Pls to confirm | | | | |
| **Defendant Expert Defendant Expert West, Sara (Roberts)** | Uber trying to get earlier dates | | | | |

Thanks.

**Alexandra Caritis**

------------------------------------------------
**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3531  **M** +1 412 780 7147
**F** +1 713 836 3601
------------------------------------------------
alexandra.caritis@kirkland.com

**From:** Rachel Abrams <rabrams@peifferwolf.com>
**Sent:** Monday, October 6, 2025 11:12 PM
**To:** Caritis, Alexandra <alexandra.caritis@kirkland.com>; Marden, Libby <libby.marden@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>; Roopal P. Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>
**Subject:** Re: Uber_MDL: Defendants' Expert Reports for Eric Piza, Jason Morris & Matthew Kalady

Counsel,

Shifting expert deposition dates is not solely based on Judge Cisneros's recent order. There is additional outstanding discovery, and agreements on deposition duration time/allocation, and document requests, as well as other issues to iron out.

1. **Time Limits:** We will agree to **9 hours from Tremblay**. We will agree to **12 hours for Mechanic** (to be allocated per Uber choice for 4 reports), and **3 hours for Rad**. We will agree to 7 hours for remaining depositions. Plaintiffs are not currently requesting additional time for Uber's expert depositions.
2. **Remote/Zoom:** Plaintiff may be in person for Plaintiff expert depositions.
3. **Supplemental/Rebuttal:** We anticipate supplementing and/or serving rebuttal reports for several of Plaintiffs' experts. We can discuss more tomorrow.
4. **Deposition Dates:** We can confirm the following dates:

| Expert Name | Deposition Date | |
|---|---|---|
| **Plaintiff Expert Weiner, Bruce** | **October 28, 2025** | |
| **Plaintiff Expert Drumwright, Meme (also in JCCP)** | | |
| **Plaintiff Expert Chandler, John** | | |
| **Plaintiff Expert Keller, Lacey** | | |
| **Plaintiff Expert Moore, Julie** | **October 29, 2025** | |
| **Plaintiff Expert Sawyer, David** | **October 17, 2025** | |
| **Plaintiff Expert Tremblay, Tom** | | |
| **Plaintiff Expert Valliere, Veronique (also in JCCP)** | | |
| **Plaintiff Expert Feldis, Jay (also in JCCP)** | | |
| **Plaintiff Expert Kelkar, Rajeev** | | |
| **Plaintiff Expert Rando, Cynthia** | | |

| | | |
|---|---|---|
| **Plaintiff Expert Mechanic, Mindy (Psych)** | | |
| **Plaintiff Expert Milnor, Mike** | | |
| **Plaintiff Expert Johnson Robert (also in JCCP)** | October 20, 2025 | |
| **Plaintiff Expert Charlene Espritt (LCP)** | | |
| **Plaintiff Expert Brown, Erik (toxicologist)** | October 15, 2025 | |
| **Plaintiff Expert Rad, Helena (Psych)** | | |
| **Defendant Expert Kalady, Matthew (B.L.)** | | |
| **Defendant Expert Morris, Jason** | November 5, 2025 | |
| **Defendant Expert Okpaku, Joseph** | | |
| **Defendant Expert Piza, Eric** | October 30, 2025 | |
| **Defendant Expert Reminick, Alison (Mensing)** | | |
| **Defendant Expert Stodden, Victoria** | | |
| **Defendant Expert Thomas, Vida** | Need earlier dates | |
| **Defendant Expert Osgood, Robert (Minfield, Mensing)** | | |
| **Defendant Expert Defendant Expert West, Sara (Roberts)** | Need earlier dates | |

We look forward to working through the above tomorrow.

Regards,

Rachel

**Rachel Abrams**
Partner



555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 | **Direct:** 415-426-5641

peifferwolf.com 

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

**From:** Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Date:** Monday, October 6, 2025 at 5:29 PM
**To:** Rachel Abrams <rabrams@peifferwolf.com>, Marden, Libby <libby.marden@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>, Roopal P. Luhana <Luhana@chaffinluhana.com>, Sarah London <slondon@girardsharp.com>
**Subject:** RE: Uber_MDL: Defendants' Expert Reports for Eric Piza, Jason Morris & Matthew Kalady

Rachel,

I confirmed at 4CT that we are available to meet tomorrow at 9PT. See attached. That time still works for us.

So that we can be prepared to meaningfully confer, please provide more detail re what you want to discuss. For example, it's hard to imagine how Judge Cisneros' recent order had any impact on Mr. Feldis' deposition scheduled for Wednesday that you're pulling down.

Thanks and we look forward to discussing tomorrow.

**Alexandra Caritis**
-------------------------------------
**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3531  **M** +1 412 780 7147
**F** +1 713 836 3601
-------------------------------------
alexandra.caritis@kirkland.com

**From:** Rachel Abrams <rabrams@peifferwolf.com>
**Sent:** Monday, October 6, 2025 6:31 PM
**To:** Marden, Libby <libby.marden@kirkland.com>; Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>; Roopal P. Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>
**Subject:** Re: Uber_MDL: Defendants' Expert Reports for Eric Piza, Jason Morris & Matthew Kalady

Alex,

We need to discuss many issues regarding these expert depositions. We are going to provide future dates for Feldis as we work through these issues.

Please confirm your availability for tomorrow. Thank you.

Regards,

Rachel

**Rachel Abrams**
Partner



555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 | **Direct:** 415-426-5641

peifferwolf.com     

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

**From:** Rachel Abrams <rabrams@peifferwolf.com>
**Date:** Monday, October 6, 2025 at 1:26 PM
**To:** Marden, Libby <libby.marden@kirkland.com>, Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>, Roopal P. Luhana <Luhana@chaffinluhana.com>, Sarah London <slondon@girardsharp.com>
**Subject:** Re: Uber_MDL: Defendants' Expert Reports for Eric Piza, Jason Morris & Matthew Kalady

Thank you. We are creating a chart with all the experts, which will share with you later today. Can we set a call for tomorrow morning, 9:00 am PT?

**Rachel Abrams**
Partner



555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 | **Direct:** 415-426-5641

peifferwolf.com     

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

**From:** Marden, Libby <libby.marden@kirkland.com>
**Date:** Monday, October 6, 2025 at 10:07 AM
**To:** Rachel Abrams <rabrams@peifferwolf.com>, Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>, Roopal P. Luhana <Luhana@chaffinluhana.com>, Sarah London <slondon@girardsharp.com>
**Subject:** RE: Uber_MDL: Defendants' Expert Reports for Eric Piza, Jason Morris & Matthew Kalady

Hi Rachel,

The Sara West report was served to you on 8/8.

We also want to confirm that that the only two experts for which you expect supplementation are Chandler and Keller. If so, we want to know how long you need to make the supplementation. Once we know this, we can send over confirmed dates for plaintiffs' experts.

Thanks,
Libby

**Libby Marden**
------------------------------------
**KIRKLAND & ELLIS LLP**
333 Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 0984   **M** +1 913 526 3900
**F** +1 312 862 2200
------------------------------------
libby.marden@kirkland.com

**From:** Rachel Abrams <rabrams@peifferwolf.com>
**Sent:** Monday, October 6, 2025 11:44 AM
**To:** Marden, Libby <libby.marden@kirkland.com>; Caritis, Alexandra <alexandra.caritis@kirkland.com>

**Cc:** ehurd <ehurd@simmonsfirm.com>; Roopal P. Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>
**Subject:** Re: Uber_MDL: Defendants' Expert Reports for Eric Piza, Jason Morris & Matthew Kalady

Alex,

I'll respond in more detail shortly, but we never received an expert report for Sara West. Please advise. Thanks.

Regards,

Rachel

**Rachel Abrams**
Partner



555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 | **Direct:** 415-426-5641

peifferwolf.com

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

**From:** Marden, Libby <libby.marden@kirkland.com>
**Date:** Friday, October 3, 2025 at 2:30 PM
**To:** Caritis, Alexandra <alexandra.caritis@kirkland.com>, Rachel Abrams <rabrams@peifferwolf.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>, Roopal P. Luhana <Luhana@chaffinluhana.com>, Sarah London <slondon@girardsharp.com>
**Subject:** RE: Uber_MDL: Defendants' Expert Reports for Eric Piza, Jason Morris & Matthew Kalady

Hi Rachel,

Here are our experts' availability. Dr. Reminick is out sick, but we are working to track down dates for her.

Thanks,
Libby

| Kalady, Matthew | 10/24 starting at 1 PM ET |
|---|---|
| Morris, Jason | 10/23 or 11/5 |
| Okpaku, Joseph | 10/15 or 10/20 |
| Osgood, Robert | 10/20 or 10/21 |
| Piza, Eric | 10/27 or 10/30 |
| Stodden, Victoria | 10/20 or 10/21 |
| Thomas, Vida | 11/13, 11/11 (starting 1 ET), 11/12 (starting 1 PM ET) |
| West, Sara | 11/14 at 1 pm ET |

**Libby Marden**
------------------------------------------
**KIRKLAND & ELLIS LLP**
333 Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 0984   **M** +1 913 526 3900
**F** +1 312 862 2200
------------------------------------------
libby.marden@kirkland.com

**From:** Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Sent:** Friday, October 3, 2025 3:59 PM
**To:** Rachel Abrams <rabrams@peifferwolf.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>; Roopal P. Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>; Marden, Libby <libby.marden@kirkland.com>
**Subject:** RE: Uber_MDL: Defendants' Expert Reports for Eric Piza, Jason Morris & Matthew Kalady

Can we try 215? I have to grab my kids so I don't have tons of flexibility. I can also do tomorrow AM or later tonight.

Thanks.

**Alexandra Caritis**
------------------------------------------
**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3531   **M** +1 412 780 7147

**F** +1 713 836 3601

---

alexandra.caritis@kirkland.com

**From:** Rachel Abrams <rabrams@peifferwolf.com>
**Sent:** Friday, October 3, 2025 3:49 PM
**To:** Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>; Roopal P. Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>; Marden, Libby <libby.marden@kirkland.com>
**Subject:** Re: Uber_MDL: Defendants' Expert Reports for Eric Piza, Jason Morris & Matthew Kalady

Alex- Can we bump this meeting a half hour?

**Rachel Abrams**
Partner



555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 | **Direct:** 415-426-5641

peifferwolf.com

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

**From:** Rachel Abrams <rabrams@peifferwolf.com>
**Date:** Friday, October 3, 2025 at 10:05 AM
**To:** Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>, Roopal P. Luhana <Luhana@chaffinluhana.com>, Sarah London <slondon@girardsharp.com>, Marden, Libby <libby.marden@kirkland.com>
**Subject:** Re: Uber_MDL: Defendants' Expert Reports for Eric Piza, Jason Morris & Matthew Kalady

Sure. I'll send a zoom.

**Rachel Abrams**
Partner



555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 | **Direct:** 415-426-5641

peifferwolf.com

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

**From:** Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Date:** Friday, October 3, 2025 at 9:58 AM
**To:** Rachel Abrams <rabrams@peifferwolf.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>, Roopal P. Luhana <Luhana@chaffinluhana.com>, Sarah London <slondon@girardsharp.com>, Marden, Libby <libby.marden@kirkland.com>
**Subject:** Re: Uber_MDL: Defendants' Expert Reports for Eric Piza, Jason Morris & Matthew Kalady

Yes, can we please plan on 2PT?

Thanks.

**Alexandra Caritis**

---
**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3531  **M** +1 412 780 7147
**F** +1 713 836 3601

---
alexandra.caritis@kirkland.com

On Oct 3, 2025, at 11:55 AM, Rachel Abrams <rabrams@peifferwolf.com> wrote:

Yes, agreed.  We'll provide the experts who we believe can proceed on the offered dates, and which we believe need to be pushed.  Are you available to discuss later today? I am available at 12:30 PT or after 2 pm PT.
Thanks,

Rachel

**Rachel Abrams**  <Outlook-image-1-clxo0z.png>
Partner

<Outlook-image-5-2hgph7.png>

555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 | **Direct:** 415-426-5641

peifferwolf.com   <Outlook-image-3-57oskr.png>  <Outlook-image-2-0mk31o.png>  <Outlook-image-4-khyqco.png>

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

**From:** Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Date:** Friday, October 3, 2025 at 9:49 AM
**To:** Rachel Abrams <rabrams@peifferwolf.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>, Roopal P. Luhana <Luhana@chaffinluhana.com>, Sarah London <slondon@girardsharp.com>, Marden, Libby <libby.marden@kirkland.com>
**Subject:** Re: Uber_MDL: Defendants' Expert Reports for Eric Piza, Jason Morris & Matthew Kalady

Thanks, Rachel. You all requested dates by today so we will send witness availability this afternoon.

Before we accept your proposed dates, we would like confirmation re the experts that you contend may require supplementation pending Judge Cisnernos' ruling. For example, we can do Feldis 10/8 so long as you won't be supplementing his report.

**Alexandra Caritis**
-------------------------------------------------
**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3531   **M** +1 412 780 7147
**F** +1 713 836 3601
-------------------------------------------------
alexandra.caritis@kirkland.com

On Oct 3, 2025, at 11:39 AM, Rachel Abrams <rabrams@peifferwolf.com> wrote:

Alex,

I'm following up on the below email. Plaintiffs proposed several expert deposition dates next week, which have not been confirmed, and at least some of these need to be pushed now.  We still have not received any Uber expert deposition dates. Please let me now when you're available to discuss today.  Thanks.

Regards,

Rachel

**Rachel Abrams**  <Outlook-image-1-mzrxfu.png>
Partner

<Outlook-image-5-4hgvi5.png>

555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 | **Direct:** 415-426-5641

peifferwolf.com   <Outlook-image-3-wmfrjl.png>  <Outlook-image-2-71s7n5.png>  <Outlook-image-4-75s001.png>

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

---

**From:** Rachel Abrams <rabrams@peifferwolf.com>
**Date:** Wednesday, October 1, 2025 at 2:32 PM
**To:** Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>
**Subject:** Re: Uber_MDL: Defendants' Expert Reports for Eric Piza, Jason Morris & Matthew Kalady

Alex,

Thanks for connecting today. We can discuss more fully when you provide Uber's experts availability and more clarity on the length of time requested for specific plaintiff's experts (which will do so for Uber's experts as well), but I wanted clarification on few points.

First, you requested later dates for Rando's deposition and mentioned that next week was too soon, but we offered 10/16 or 10/17. Second, you mentioned the possibility of a stipulation for testimony on experts already deposed in the JCCP proceedings. I need more clarity on what Uber envisions with regards to these stips. Finally, as discovery is still ongoing and some experts may be supplementing their reports accordingly, the dates proposed may need adjusting.

I am available tomorrow and Friday. We will provide a chart once we have Uber's proposed dates that we can both work from for coordinating.

Thanks,

Rachel

**Rachel Abrams**
Partner

<Outlook-image-5-7xcuoe.png>

555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 | **Direct:** 415-426-5641

**peifferwolf.com**

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

---

**From:** Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Date:** Wednesday, October 1, 2025 at 12:33 PM
**To:** Rachel Abrams <rabrams@peifferwolf.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>
**Subject:** RE: Uber_MDL: Defendants' Expert Reports for Eric Piza, Jason Morris & Matthew Kalady

Great, thanks. Talk soon.

**Alexandra Caritis**
-----------------------------------------
**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3531  **M** +1 412 780 7147
**F** +1 713 836 3601
-----------------------------------------
alexandra.caritis@kirkland.com

---

**From:** Rachel Abrams <rabrams@peifferwolf.com>
**Sent:** Wednesday, October 1, 2025 2:31 PM
**To:** Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>
**Subject:** Re: Uber_MDL: Defendants' Expert Reports for Eric Piza, Jason Morris & Matthew Kalady

I'm adding Ellyn as well, and I'll send a zoom. Not sure if she can join.

**Rachel Abrams**                    <image001.png>

Partner

<image002.png>

555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 I **Direct:** 415-426-5641

peifferwolf.com   <image003.png>   <image004.png>   <image005.png>

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

---

**From:** Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Date:** Wednesday, October 1, 2025 at 12:25 PM
**To:** Rachel Abrams <rabrams@peifferwolf.com>
**Subject:** RE: Uber_MDL: Defendants' Expert Reports for Eric Piza, Jason Morris & Matthew Kalady

Thanks, I will give you a call in 20 mins at 12:45PT. I'll call the direct line in your sig block unless there is a better number to reach you.

**Alexandra Caritis**
------------------------------------------------
**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3531  **M** +1 412 780 7147
**F** +1 713 836 3601
------------------------------------------------
alexandra.caritis@kirkland.com

---

**From:** Rachel Abrams <rabrams@peifferwolf.com>
**Sent:** Wednesday, October 1, 2025 2:21 PM
**To:** Caritis, Alexandra <alexandra.caritis@kirkland.com>; Tarpley, Lisa A. <ltarpley@kirkland.com>; slondon@girardsharp.com; cwoods@lchb.com; awanless@lchb.com; akaufman@girardsharp.com; jwilliams@whlaw.com; babramson@whlaw.com; mlecocke@whlaw.com; wcubberly@whlaw.com; bbaskin@whlaw.com; mshaw@whlaw.com; Luhana@chaffinluhana.com
**Cc:** Brown, Alli <alli.brown@kirkland.com>; Davidson, Jessica <jessica.davidson@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Marden, Libby <libby.marden@kirkland.com>; Cox, Christopher <christopher.cox@kirkland.com>; mshortnacy@shb.com; OOT@shb.com; jhaider@shb.com; vgromada@shb.com; JWIKLER@shb.com; bhooper@shb.com; kpj@shb.com; caubuchon@shb.com; BVANEK@shb.com; rlewis@shb.com; SSCHUTTER@shb.com; #Uber KE – Paralegal Team <Uber_KE_Paralegal_Team@kirkland.com>; Uber PW Bellwether <uberbellwether@peifferwolf.com>; Uber MDL Expert Team <ubermdlexpert@chaffinluhana.com>; ehurd <ehurd@simmonsfirm.com>
**Subject:** Re: Uber_MDL: Defendants' Expert Reports for Eric Piza, Jason Morris & Matthew Kalady

I am available at 12:45 pm PT or after 2 pm PT today.  Please let me know what works. Thanks.

**Rachel Abrams**           <image001.png>
Partner

<image002.png>

555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 I **Direct:** 415-426-5641

peifferwolf.com   <image003.png>   <image004.png>   <image005.png>

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

---

**From:** Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Date:** Wednesday, October 1, 2025 at 11:44 AM
**To:** Rachel Abrams <rabrams@peifferwolf.com>, Tarpley, Lisa A. <ltarpley@kirkland.com>, slondon@girardsharp.com <slondon@girardsharp.com>, cwoods@lchb.com <cwoods@lchb.com>, awanless@lchb.com <awanless@lchb.com>, akaufman@girardsharp.com <akaufman@girardsharp.com>, jwilliams@whlaw.com <jwilliams@whlaw.com>, babramson@whlaw.com <babramson@whlaw.com>, mlecocke@whlaw.com <mlecocke@whlaw.com>, wcubberly@whlaw.com <wcubberly@whlaw.com>, bbaskin@whlaw.com <bbaskin@whlaw.com>, mshaw@whlaw.com <mshaw@whlaw.com>, Luhana@chaffinluhana.com <Luhana@chaffinluhana.com>
**Cc:** Brown, Alli <alli.brown@kirkland.com>, Davidson, Jessica <jessica.davidson@kirkland.com>, Vartain, Laura

<laura.vartain@kirkland.com>, Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>, Marden, Libby <libby.marden@kirkland.com>, Cox, Christopher <christopher.cox@kirkland.com>, mshortnacy@shb.com <mshortnacy@shb.com>, OOT@shb.com <OOT@shb.com>, jhaider@shb.com <jhaider@shb.com>, vgromada@shb.com <vgromada@shb.com>, JWIKLER@shb.com <JWIKLER@shb.com>, bhooper@shb.com <bhooper@shb.com>, kpj@shb.com <kpj@shb.com>, caubuchon@shb.com <caubuchon@shb.com>, BVANEK@shb.com <BVANEK@shb.com>, rlewis@shb.com <rlewis@shb.com>, SSCHUTTER@shb.com <SSCHUTTER@shb.com>, #Uber KE – Paralegal Team <Uber_KE_Paralegal_Team@kirkland.com>, Uber PW Bellwether <uberbellwether@peifferwolf.com>, Uber MDL Expert Team <ubermdlexpert@chaffinluhana.com>, ehurd <ehurd@simmonsfirm.com>

**Subject:** RE: Uber_MDL: Defendants' Expert Reports for Eric Piza, Jason Morris & Matthew Kalady

Rachel,

We will revert with dates shortly. We would also like to briefly discuss a few points w/r/t scheduling. Do you have availability today or tomorrow? I don't think we'll need more than 10-15 minutes. Happy to send you a separate note to spare inboxes.

Thanks.

**Alexandra Caritis**

---

**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3531  **M** +1 412 780 7147
**F** +1 713 836 3601

---

alexandra.caritis@kirkland.com

---

**From:** Rachel Abrams <rabrams@peifferwolf.com>
**Sent:** Wednesday, October 1, 2025 1:17 PM
**To:** Tarpley, Lisa A. <ltarpley@kirkland.com>; slondon@girardsharp.com; cwoods@lchb.com; awanless@lchb.com; akaufman@girardsharp.com; jwilliams@whlaw.com; babramson@whlaw.com; mlecocke@whlaw.com; wcubberly@whlaw.com; bbaskin@whlaw.com; mshaw@whlaw.com; Luhana@chaffinluhana.com
**Cc:** Brown, Alli <alli.brown@kirkland.com>; Davidson, Jessica <jessica.davidson@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Marden, Libby <libby.marden@kirkland.com>; Caritis, Alexandra <alexandra.caritis@kirkland.com>; Cox, Christopher <christopher.cox@kirkland.com>; mshortnacy@shb.com; OOT@shb.com; jhaider@shb.com; vgromada@shb.com; JWIKLER@shb.com; bhooper@shb.com; kpj@shb.com; caubuchon@shb.com; BVANEK@shb.com; rlewis@shb.com; SSCHUTTER@shb.com; #Uber KE – Paralegal Team <Uber_KE_Paralegal_Team@kirkland.com>; Uber PW Bellwether <uberbellwether@peifferwolf.com>; Uber MDL Expert Team <ubermdlexpert@chaffinluhana.com>; ehurd <ehurd@simmonsfirm.com>
**Subject:** Re: Uber_MDL: Defendants' Expert Reports for Eric Piza, Jason Morris & Matthew Kalady

Counsel,

Please provide dates and location for Uber's expert depositions as soon as possible. Given the short window we need to schedule these ASAP. Thank you.

Regards,

Rachel

**Rachel Abrams**       <image001.png>
Partner

<image002.png>

555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 | **Direct:** 415-426-5641

**peifferwolf.com**    <image003.png>  <image004.png>  <image005.png>

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

---

**From:** Tarpley, Lisa A. <ltarpley@kirkland.com>
**Date:** Friday, September 26, 2025 at 8:40 PM
**To:** slondon@girardsharp.com <slondon@girardsharp.com>, cwoods@lchb.com <cwoods@lchb.com>, awanless@lchb.com <awanless@lchb.com>, akaufman@girardsharp.com <akaufman@girardsharp.com>, jwilliams@whlaw.com <jwilliams@whlaw.com>, babramson@whlaw.com <babramson@whlaw.com>, mlecocke@whlaw.com <mlecocke@whlaw.com>, wcubberly@whlaw.com <wcubberly@whlaw.com>, bbaskin@whlaw.com <bbaskin@whlaw.com>, mshaw@whlaw.com <mshaw@whlaw.com>, Rachel Abrams <rabrams@peifferwolf.com>, Luhana@chaffinluhana.com <Luhana@chaffinluhana.com>
**Cc:** Brown, Alli <alli.brown@kirkland.com>, Davidson, Jessica <jessica.davidson@kirkland.com>, Vartain, Laura

<laura.vartain@kirkland.com>, Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>, Marden, Libby <libby.marden@kirkland.com>, Caritis, Alexandra <alexandra.caritis@kirkland.com>, Cox, Christopher <christopher.cox@kirkland.com>, mshortnacy@shb.com <mshortnacy@shb.com>, OOT@shb.com <OOT@shb.com>, jhaider@shb.com <jhaider@shb.com>, vgromada@shb.com <vgromada@shb.com>, JWIKLER@shb.com <JWIKLER@shb.com>, bhooper@shb.com <bhooper@shb.com>, kpj@shb.com <kpj@shb.com>, caubuchon@shb.com <caubuchon@shb.com>, BVANEK@shb.com <BVANEK@shb.com>, rlewis@shb.com <rlewis@shb.com>, SSCHUTTER@shb.com <SSCHUTTER@shb.com>, #Uber KE – Paralegal Team <Uber_KE_Paralegal_Team@kirkland.com>
**Subject:** Uber_MDL: Defendants' Expert Reports for Eric Piza, Jason Morris & Matthew Kalady

# Kirkland Secure Transfer

ltarpley@kirkland.com sent you a secure message

Access attachments

Counsel,

Please see the attached Expert Reports for Eric Piza, Jason Morris & Matthew Kalady served in *In re Uber Technologies, Inc.*, Case No. 23-md-03084-CRB.

Kind regards,

Lisa

**Lisa A. Tarpley**
Senior Paralegal
-------------------------------------------------------
**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1980
-------------------------------------------------------
lisa.tarpley@kirkland.com

Attachments expire on Oct 04, 2025

3 PDFs
2025.09.26 Expert Report of Dr. Eric Piza (MDL 23-03084).pdf, 2025.09.26 Expert Report of Jason Morris (MDL 23-03084).pdf, 2025.09.26 Expert Report of Matthew Kalady (MDL 23-03084_B.L.).pdf

This message requires that you sign in to access the file attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.