# EXHIBIT B

| | |
|---|---|
| **From:** | Caritis, Alexandra |
| **To:** | "Rachel Abrams"; Roopal Luhana; Marden, Libby |
| **Cc:** | ehurd; Andrew Kaufman; Wyatt, Geoffrey M.; Uber PW Bellwether |
| **Subject:** | RE: Expert meeting |
| **Date:** | Sunday, October 19, 2025 7:21:00 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>image007.png<br>image008.png<br>image009.png<br>image010.png |

Rachel,

We disagree. We will raise with the Court tomorrow.

Thanks.

**Alexandra Caritis**

------------------------------------------------
**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3531  **M** +1 412 780 7147
**F** +1 713 836 3601
------------------------------------------------
alexandra.caritis@kirkland.com

**From:** Rachel Abrams <rabrams@peifferwolf.com>
**Sent:** Sunday, October 19, 2025 7:05 PM
**To:** Caritis, Alexandra <alexandra.caritis@kirkland.com>; Roopal Luhana <luhana@chaffinluhana.com>; Marden, Libby <libby.marden@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>; Andrew Kaufman <akaufman@girardsharp.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Uber PW Bellwether <uberbellwether@peifferwolf.com>
**Subject:** Re: Expert meeting

> **This message is from an EXTERNAL SENDER**
> Be cautious, particularly with links and attachments.

Alex,

During our numerous discussions over the past 2+ weeks, we discussed, among other things, moving a few rebuttal reports, but no formal agreement was made. As we've repeatedly stated, Judge Breyer set Oct. 24 as the date to submit rebuttal reports, and we believe keeping this deadline is essential for the trial schedule. Please see below notes in red. Based on your representations that a new expert will be rebutting both Feldis and Weiner regarding cameras, we may be agreeable to Uber's rebuttal report for Weiner and Feldis until 10/29, but we need to discuss and confirm the deposition timing for Uber's new rebuttal expert. We remain willing to discuss all, but we must strive to stick to the court's deadlines.

| Expert Name | Deposition Date | Date for Rebuttal Report |
|---|---|---|
| **Plaintiff Expert Weiner, Bruce** | 10/28 | 10/29 (one expert is rebutting Weiner and Feldis). No need to extend rebuttal beyond 10/24 |
| **Plaintiff Expert Drumwright, Meme (also in JCCP)** | 10/26 | 10/24 |
| **Plaintiff Expert Chandler, John** | TBD but Nov.- 11/6-7 (confirmed) | 10/31- no need to extend rebuttal beyond 10/24 |
| **Plaintiff Expert Keller, Lacey** | 10/27 | 10/28- no need to extend rebuttal beyond 10/24 |
| **Plaintiff Expert Moore, Julie** | 10/28 | 10/29- no need to extend rebuttal beyond 10/24 |
| **Plaintiff Expert Sawyer, David** | 10/23 - 24  (10/23- confirmed as the only depo date) | 10/31-no need to extend rebuttal beyond 10/24; also, depo is only on 10/23 |
| **Plaintiff Expert Tremblay, Tom** | 10/29-10/30 | 10/31- no need to extend rebuttal beyond 10/24 |
| **Plaintiff Expert Valliere, Veronique (also in JCCP)** | 10/24 | 10/31- no need to extend rebuttal beyond 10/24 |
| **Plaintiff Expert Feldis, Jay (also in JCCP)** | 10/24 | 10/29- no need to extend rebuttal beyond 10/24 |
| **Plaintiff Expert Kelkar, Rajeev** | 10/27-10/28 | 10/24 |
| **Plaintiff Expert Rando, Cynthia** | 11/7 | 10/24 |
| **Plaintiff Expert Mechanic, Mindy (Psych)** | TBD, dates proposed 11/11, 11/22-23, 11/28 | TBD but after 10/24 (we propose case specific deadlines based on when each report will be addressed in deps)- P's offered earlier dates in October). Continued discussion re Daubert. But no need to extend rebuttals beyond 10/24. |
| **Plaintiff Expert Milnor, Mike (B.L. only)** | 11/3 | 11/4 (2 reports)- no need to extend rebuttal beyond 10/24. And only one report (BL). |
| **Plaintiff Expert Johnson Robert (also in JCCP)** | 10/31 | 10/24 |
| **Plaintiff Expert Charlene Espritt (LCP)** | 11/4-11/5; 11/17 if needed | 10/24 |
| **Plaintiff Expert Brown, Erik (toxicologist)** | 10/20 | 10/24 |
| **Plaintiff Expert Rad, Helena (Psych)** | 10/17 | 10/24 |

Regards,

Rachel

**Rachel Abrams**
Partner



555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 | **Direct:** 415-426-5641

peifferwolf.com

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

---

**From:** Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Date:** Sunday, October 19, 2025 at 3:22 PM
**To:** Rachel Abrams <rabrams@peifferwolf.com>, Roopal Luhana <luhana@chaffinluhana.com>, Marden, Libby <libby.marden@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>, Andrew Kaufman <akaufman@girardsharp.com>, Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>, Uber PW Bellwether <uberbellwether@peifferwolf.com>
**Subject:** RE: Expert meeting

Rachel,

Plaintiffs confirmed via email that multiple rebuttal reports could be submitted on 10/31 if Uber agreed to various deposition dates in later October. Uber stated time and time again it was only agreeing to late deposition dates because of the agreement to serve rebuttal reports after 10/24. If we cannot agree, Uber will take this dispute to the Court tomorrow and will submit the email documentation confirming the parties' prior agreement.

Thank you.

**Alexandra Caritis**

**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3531    **M** +1 412 780 7147
**F** +1 713 836 3601

alexandra.caritis@kirkland.com

---

**From:** Rachel Abrams <rabrams@peifferwolf.com>
**Sent:** Sunday, October 19, 2025 2:54 PM
**To:** Caritis, Alexandra <alexandra.caritis@kirkland.com>; Roopal Luhana <luhana@chaffinluhana.com>; Marden, Libby <libby.marden@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>; Andrew Kaufman <akaufman@girardsharp.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Uber PW Bellwether <uberbellwether@peifferwolf.com>
**Subject:** Re: Expert meeting

Counsel,

Thank you for your e-mail. This, however, is not a compromise and you're misrepresenting the record. As we've repeatedly stated, including last Friday, Judge Breyer set Oct. 24 as the date to submit rebuttal reports. We discussed the potential for limited extensions of the rebuttal deadline, but we never reached any agreement for Uber to move the deadline wholesale, including 4-5 new experts who must be deposed and moved on by November 14. Given both sides' needs, we think it makes sense to stick to the courts schedule as any extensions from that rebuttal report deadline will negatively impact upcoming deadlines and Judge Breyer's trial schedule. Additionally, your basis for these extensions, to allow depositions to precede rebuttal reports, is not necessary. We intend to produce our experts' rebuttal reports by Oct. 24. Please let us know if you'd like to discuss further.

Regards,

Rachel

**Rachel Abrams**
Partner

PEIFFERWOLF
CARR KANE CONWAY & WISE

555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 | **Direct:** 415-426-5641

peifferwolf.com

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

---

**From:** Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Date:** Sunday, October 19, 2025 at 9:38 AM
**To:** Rachel Abrams <rabrams@peifferwolf.com>, Roopal Luhana <luhana@chaffinluhana.com>, Marden, Libby <libby.marden@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>, Andrew Kaufman <akaufman@girardsharp.com>, Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>
**Subject:** RE: Expert meeting

Rachel,

Thank you for meeting Friday. In an effort to resolve our dispute over your request to withdraw from your agreement regarding extension of rebuttal deadlines, we propose the following compromise:

| Expert Name | Deposition Date | Date for Rebuttal Report |
|---|---|---|
| **Plaintiff Expert Weiner, Bruce** | 10/28 | 10/29 (one expert is rebutting Weiner and Feldis) |
| **Plaintiff Expert Drumwright, Meme (also in JCCP)** | 10/26 | 10/24 |
| **Plaintiff Expert Chandler, John** | TBD but Nov. | 10/31 |
| **Plaintiff Expert Keller, Lacey** | 10/27 | 10/28 |
| **Plaintiff Expert Moore, Julie** | 10/28 | 10/29 |
| **Plaintiff Expert Sawyer, David** | 10/23 - 24 | 10/31 |
| **Plaintiff Expert Tremblay, Tom** | 10/29-10/30 | 10/31 |
| **Plaintiff Expert Valliere, Veronique (also in JCCP)** | 10/24 | 10/31 |
| **Plaintiff Expert Feldis, Jay (also in JCCP)** | 10/24 | 10/29 |
| **Plaintiff Expert Kelkar, Rajeev** | 10/27-10/28 | 10/24 |
| **Plaintiff Expert Rando, Cynthia** | 11/7 | 10/24 |
| **Plaintiff Expert Mechanic, Mindy (Psych)** | TBD, dates proposed 11/11, 11/22-23, 11/28 | TBD but after 10/24 (we propose case specific deadlines based on when each report will be addressed in deps) |
| **Plaintiff Expert Milnor, Mike (B.L. only)** | 11/3 | 11/4 (2 reports) |
| **Plaintiff Expert Johnson Robert (also in JCCP)** | 10/31 | 10/24 |

| | | |
|---|---|---|
| **Plaintiff Expert Charlene Espritt (LCP)** | 11/4-11/5; 11/17 if needed | 10/24 |
| **Plaintiff Expert Brown, Erik (toxicologist)** | 10/20 | 10/24 |
| **Plaintiff Expert Rad, Helena (Psych)** | 10/17 | 10/24 |

Please let us know your position on the above proposal so that we can raise any outstanding disputes with the Court ASAP.

Thank you.

**Alexandra Caritis**

**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3531  **M** +1 412 780 7147
**F** +1 713 836 3601

alexandra.caritis@kirkland.com

**From:** Rachel Abrams <rabrams@peifferwolf.com>
**Sent:** Saturday, October 18, 2025 1:53 PM
**To:** Caritis, Alexandra <alexandra.caritis@kirkland.com>; Roopal Luhana <luhana@chaffinluhana.com>; Marden, Libby <libby.marden@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>; Andrew Kaufman <akaufman@girardsharp.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>
**Subject:** Re: Expert meeting

Thank you, Alex.  See below for responses.

**Rachel Abrams**
Partner

555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 | **Direct:** 415-426-5641

peifferwolf.com

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

**From:** Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Date:** Friday, October 17, 2025 at 4:32 PM
**To:** Rachel Abrams <rabrams@peifferwolf.com>, Roopal Luhana <luhana@chaffinluhana.com>, Marden, Libby <libby.marden@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>, Andrew Kaufman <akaufman@girardsharp.com>, Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>
**Subject:** RE: Expert meeting

All,

**Keller**: We can confirm 10/27. Can you please confirm time zone? MT.

**Chandler**: Can you do 11/4, 5, or 6?:  Chandler can not do 11/4, and likely not 11/5.  He can do 11/6 and 11/7, if that works for Uber.

**Drumwright**: Confirmed for 10/26. Ok.

**Sawyer/Morris**: We agree to 7 hours for both. Ok.

**Moore**: Confirmed for 10/28. Ok.

**Mechanic**: I see new dates in the chart, we will check if late Nov. work and revert. TY.

**Kalady**: Any update on the stip? I believe you all were still reviewing but let me know if I missed an email back. Edits attached.

Thanks.

**Alexandra Caritis**

**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3531  **M** +1 412 780 7147
**F** +1 713 836 3601

alexandra.caritis@kirkland.com

**From:** Rachel Abrams <rabrams@peifferwolf.com>
**Sent:** Thursday, October 16, 2025 2:49 PM
**To:** Caritis, Alexandra <alexandra.caritis@kirkland.com>; Roopal Luhana <luhana@chaffinluhana.com>; Marden, Libby <libby.marden@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>; Andrew Kaufman <akaufman@girardsharp.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>
**Subject:** Re: Expert meeting

Unfortunately, that time today doesn't work for me. We can do tomorrow at 1:30 ET as you proposed. Thanks.

**Rachel Abrams**
Partner

555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 | **Direct:** 415-426-5641

peifferwolf.com

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

**From:** Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Date:** Thursday, October 16, 2025 at 2:33 PM
**To:** Rachel Abrams <rabrams@peifferwolf.com>, Roopal Luhana <luhana@chaffinluhana.com>, Marden, Libby <libby.marden@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>, Andrew Kaufman <akaufman@girardsharp.com>, Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>
**Subject:** RE: Expert meeting

Rachel,

We can talk for 30 mins tonight at 730ET. We're happy to discuss the changes you propose below but again note that pushing additional deps to later in October and November puts even greater pressure on the rebuttal and daubert deadlines.

Thanks.

**Alexandra Caritis**

**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3531  **M** +1 412 780 7147
**F** +1 713 836 3601

alexandra.caritis@kirkland.com

**From:** Rachel Abrams <rabrams@peifferwolf.com>
**Sent:** Thursday, October 16, 2025 3:18 PM
**To:** Caritis, Alexandra <alexandra.caritis@kirkland.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Marden, Libby <libby.marden@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>; Andrew Kaufman <akaufman@girardsharp.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>
**Subject:** Re: Expert meeting

We'd prefer to discuss today, if possible. Are you available today b/n 3:30- 6 pm ET?  At the minimum, we should lock in the remaining deposition dates and discuss proposed changes:

| PARTY | Expert Name | Deposition Date | Continuing Days |
|---|---|---|---|
| PLAINTIFF (9/26) | Rad, Helena (Psych) | October 17, 2025 | |
| PLAINTIFF (9/26) | Brown, Erik (toxicologist) | October 20, 2025 | |
| DEFENDANT (9/26) | Stodden, Victoria | October 21, 2025 | |
| DEFENDANT (9/26) | Osgood, Robert | October 22, 2025 | |
| PLAINTIFF (9/26) | Chandler, John | October 23, 2025 | October 24, 2025 |
| PLAINTIFF (9/26) | Sawyer, David | October 23, 2025 | October 24, 2025 |
| PLAINTIFF (9/26) | Valliere, Veronique (also in JCCP) | October 24, 2025 | |
| PLAINTIFF (9/26) | Feldis, Jay (also in JCCP) | October 24, 2025 | |
| PLAINTIFF (9/26) | Mechanic, Mindy (Psych) | October 25, 2005 | October 26, 2025 November 11, 2025 |
| PLAINTIFF (9/26) | Moore, Julie | October 27, 2025 or October 28, 2025 ~~October 22, 2025~~ | |
| DEFENDANT (9/26) | Thomas, Vida | October 27, 2025 | |
| PLAINTIFF (9/26) | Kelkar, Rajeev | October 27, 2025 | October 28, 2025 |
| PLAINTIFF (9/26) | Weiner, Bruce | October 28, 2025 | |
| PLAINTIFF (9/26) | Tremblay, Tom: | October 29, 2025 ~~October 22, 2025~~ | October 30, 2025 ~~October 23, 2025~~ |
| DEFENDANT (9/26) | Piza, Eric | October 30, 2025 | |
| PLAINTIFF (9/26) | Johnson Robert (also in JCCP) | October 31, 2025 | |
| PLAINTIFF (9/26) | Milnor, Mike | November 3, 2025 | |
| DEFENDANT (9/26) | Reminick, Alison | November 3, 2025 | |
| PLAINTIFF (9/26) | Charlene Espritt | November 4, 2025 | November 5, 2025 November 17, 2025 |
| DEFENDANT (9/26) | Morris, Jason | November 5, 2025 | |
| DEFENDANT (9/26) | Okpaku, Joseph | November 5, 2025 | |
| PLAINTIFF (9/26) | Rando, Cynthia | November 7, 2025 | |
| PLAINTIFF (9/26) | Drumwright, Meme (also in JCCP) | November 8, 2025 ~~October 26, 2025~~ | |
| DEFENDANT (9/26) | West, Sara | November 14, 2025 | |
| PLAINTIFF (9/26) | Keller, Lacey | TBD- 10/23 or 10/27, or new dates | |

Thanks,

Rachel

**Rachel Abrams**
Partner

**PEIFFER WOLF**
CARR KANE CONWAY & WISE

555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 **|** **Direct:** 415-426-5641

**Rachel Abrams**
Partner

**PEIFFER WOLF**
CARR KANE CONWAY & WISE

555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 **|** **Direct:** 415-426-5641

peifferwolf.com

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

**From:** Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Date:** Thursday, October 16, 2025 at 1:33 PM
**To:** Roopal Luhana <Luhana@chaffinluhana.com>, Rachel Abrams <rabrams@peifferwolf.com>, Marden, Libby <libby.marden@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>, Andrew Kaufman <akaufman@girardsharp.com>, Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>
**Subject:** RE: Expert meeting

We are available to talk tomorrow at 1:30-2ET or 4-5ET.

Thanks.

**Alexandra Caritis**

**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3531  **M** +1 412 780 7147
**F** +1 713 836 3601

alexandra.caritis@kirkland.com

**From:** Roopal Luhana <Luhana@chaffinluhana.com>
**Sent:** Thursday, October 16, 2025 1:57 PM
**To:** Caritis, Alexandra <alexandra.caritis@kirkland.com>; Rachel Abrams <rabrams@peifferwolf.com>; Marden, Libby <libby.marden@kirkland.com>
**Cc:** Ellyn Hurd <ehurd@simmonsfirm.com>; Andrew Kaufman <akaufman@girardsharp.com>; Roopal Luhana <Luhana@chaffinluhana.com>
**Subject:** Re: Expert meeting

Counsel,

The schedule sets out dates for opening and rebuttal reports. It does not say that depositions need to occur before rebuttal reports. The parties negotiated extending the expert deadlines repeatedly, and it was never contemplated, agreed to, or ordered that depositions precede rebuttal reports. As we said, we can discuss limited exceptions, but the vast majority of rebuttal reports must be served on the October 24 deadline set by court order. Please let us know when you are available to discuss.

Best,
Roopal

**Roopal Luhana | Partner**
**E:** Luhana@chaffinluhana.com
**P:** (347) 269-4461

**Serving clients nationwide with offices in CT, NY, PA, and WV.**



ChaffinLuhana.com
ChaffinLuhanaFoundation.org

**Mailing Address:**
Chaffin Luhana LLP 600 Third Ave., 12th Flr. New York, NY 10016

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Sent:** Thursday, October 16, 2025 1:46 PM
**To:** Rachel Abrams <rabrams@peifferwolf.com>; Marden, Libby <libby.marden@kirkland.com>
**Cc:** Ellyn Hurd <ehurd@simmonsfirm.com>; Andrew Kaufman <akaufman@girardsharp.com>; Roopal Luhana <Luhana@chaffinluhana.com>
**Subject:** RE: Expert meeting

Rachel,

For the past 2 weeks, Uber has worked with Plaintiffs to schedule depositions for the 17 Plaintiffs experts and 9 Uber experts disclosed on Sept. 26. During this process, Plaintiffs unilaterally pulled down a deposition scheduled to occur in early October (Jay Feldis) and rescheduled Feldis for the date of the current rebuttal deadline. In many cases, Plaintiffs only offered deposition dates near or after the Court's rebuttal report deadline (for example, Weiner, Valliere, Kelkar, Mechanic, and Milnor). Just yesterday, Plaintiffs pulled down a deposition scheduled for October 23-24 (Tremblay) and offered later dates. Uber raised concerns with Plaintiffs' late deposition dates and the impact of Plaintiffs' proposed deposition dates on the rebuttal report deadline, specifically reports rebutting Mr. Feldis, Mr. Weiner, Mr. Milnor, Mr. Tremblay, Dr. Mechanic, and Dr. Valliere. Repeatedly, Plaintiffs represented to Uber that they were willing to move rebuttal report deadlines to accommodate deposition dates in late October. This was heavily negotiated over the course of at least four calls. Uber accepted deposition dates in late October only due to the parties' understanding that rebuttal deadlines would be moved to allow Uber the opportunity to fully and fairly respond to Plaintiffs' expert reports and expert depositions.

In the spirit of transparency and in order to allow the parties to develop a workable schedule for rebuttal expert depositions and Rule 702 motions, Uber voluntarily disclosed to Plaintiff that it planned to serve multiple rebuttal reports. Earlier this week, Uber again reiterated to Plaintiffs its concern that Plaintiffs' proposed deposition dates and rebuttal report deadlines significantly prejudice Uber's ability to respond to Plaintiffs' experts and file Rule 702 motions. Uber is of course entitled to serve as many rebuttal reports as it deems necessary, and given the extensive discussions related to rebuttal report deadlines, it should have come as no surprise that Uber plans to serve rebuttal reports.

Uber will not agree to serve rebuttal reports prior to Plaintiffs' expert depositions and is prepared to raise this issue with the Court. Plaintiffs' backtracking continues to severely prejudice Uber and threatens the Court's expert discovery schedule and the January trial date. With that being said, we are hopeful the parties can resolve this issue without Court intervention and are available to discuss.

Thank you.

**Alexandra Caritis**

---
**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3531    **M** +1 412 780 7147
**F** +1 713 836 3601
---
alexandra.caritis@kirkland.com

**From:** Rachel Abrams <rabrams@peifferwolf.com>
**Sent:** Wednesday, October 15, 2025 3:41 PM
**To:** Marden, Libby <libby.marden@kirkland.com>; Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>; Andrew Kaufman <akaufman@girardsharp.com>; Roopal Luhana <luhana@chaffinluhana.com>
**Subject:** Re: Expert meeting

Counsel,

Yesterday, we learned for the first time that Uber intends on rebutting at least 14 of plaintiffs' 17 experts and producing 4-5 new experts in doing so (which we believe is improper). In reviewing the below chart with this new information that you provided, many of the revised rebuttal deadlines are unworkable. In order to keep with the court's trial schedule, we need to have rebuttal reports served on 10/24, regardless of when the depositions occur, with some limited exceptions which we can discuss. Please let me know when you're available to discuss today. Thank you.

Regards,

Rachel

**Rachel Abrams**
Partner

PEIFFERWOLF
CARR KANE CONWAY & WISE

555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 | **Direct:** 415-426-5641

peifferwolf.com

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

**From:** Marden, Libby <libby.marden@kirkland.com>
**Date:** Tuesday, October 14, 2025 at 10:07 PM
**To:** Rachel Abrams <rabrams@peifferwolf.com>, Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>, Andrew Kaufman <akaufman@girardsharp.com>
**Subject:** RE: Expert meeting

Rachel and team,

Below please find the current deposition chart.

The issues we still need to resolve are as follows:

- Keller —We are not available 10/23. We can be available October 10/29, 10/30, or 10/31. As we discussed, depending on when Plaintiffs serve Keller's supplemental report and the substance of any supplement, Uber reserves the right to seek a supplemental deposition. We understand Plaintiffs do not oppose a second supplemental deposition if required and will work with Uber on any modifications to the Daubert briefing schedule if that becomes necessary.
- Mechanic – We need three dates. At your request, the dates that work best for us are November 6, 7, and 9. Please let us know if we can make these work.
- Johnson – We understand that Mr. Johnson may no longer be available for a 1-hour deposition on 10/20 but we are holding that date for now. We will circulate a proposed stipulation concerning the use of Mr. Johnson's JCCP deposition transcript in his MDL.
- Kalady – Please let us know if you have any questions or edits to the proposed stipulation addressing alleged injuries.
- Thomas – We will let you know as soon as we hear back about her trial schedule. In the meantime, please check if 11/3, 11/10, or 11/11 work in case that date falls through.
- Rebuttal deadlines – We will circulate a proposed stipulation concerning the revised rebuttal deadlines.

Thanks,
Libby

**

| Expert Name | Deposition Date (Confirmed) | Deposition Time (9 AM in Time Zone of Witness Unless Otherwise Agreed) | Agreed Length | Date for Rebuttal |
|---|---|---|---|---|
| **Plaintiff Expert Weiner, Bruce** | 10/28 | 9 ET | 7 hours | 10/31 |
| **Plaintiff Expert Drumwright, Meme (also in JCCP)** | 10/26 | 10 ET | 7 hours | 10/31 |
| **Plaintiff Expert Chandler, John** | October 23 and 24 | Start after Tremblay (10/23); 10 ET (10/24) | Aim for 10 hours; can do 12 if needed | 10/31 |
| **Plaintiff Expert Keller, Lacey** | | | 7 hours | TBD |
| **Plaintiff Expert Moore, Julie** | October 22 | 9 ET | 7 hours | 10/31 |
| **Plaintiff Expert Sawyer, David** | October 23 and 24 | 9 ET | Aim for 7 hours; can do 9 if needed | 10/31 |
| **Plaintiff Expert Tremblay, Tom** | 10/22-10/23 | 9 ET | 10 hours | 10/31 |
| **Plaintiff Expert Valliere, Veronique (also in JCCP)** | 10/24 | 9 ET | 7 hours | 10/31 |
| **Plaintiff Expert Feldis, Jay (also in JCCP)** | 10/24 | 12 ET | 7 hours | 10/31 |
| **Plaintiff Expert Kelkar, Rajeev** | 10/27-10/28 | 12 ET (note that the attorney taking Weiner is taking Kelkar so we will need to coordinate timing on the 10/28 continuation if needed). | Aim for 7 hours; can do 9 if needed | 10/31 |
| **Plaintiff Expert Rando, Cynthia** | 11/7 | 10 ET | 7 hours | N/A |
| **Plaintiff Expert Mechanic, Mindy (Psych)** | | Ideally, we would like November 6, 7, and 9. If we do that, would need short extension of rebuttal and Daubert deadline. | | TBD |
| **Plaintiff Expert Milnor, Mike** | 11/3 | 9 ET | 7 hours | 11/6 |
| **Plaintiff Expert Johnson Robert (also in JCCP)** | 10/20/2025 (unless moved) | We could either do AM Eastern (8 AM Pacific / 11 AM Eastern for instance) or 4 PM Pacific. | 1 hour + JCCP stipulation | 10/24 |
| **Plaintiff Expert Charlene Espritt (LCP)** | 11/4-11/5; 11/17 if needed | 12 ET | Aim for 7 hours; can do up to 15 if needed | N/A |
| **Plaintiff Expert Brown, Erik (toxicologist)** | 10/20 | 4:30 ET | 7 hours | 10/24 |
| **Plaintiff Expert Rad, Helena (Psych)** | 10/17 | 11 ET | 7 hours | 10/24 |
| **Defendant Expert Kalady, Matthew (B.L.)** | N/A | N/A | 7 hours | |
| **Defendant Expert Morris, Jason** | 11/5 | 11 ET | 7 hours | 11/7 |
| **Defendant Expert Okpaku, Joseph** | 11/5 | 12 ET | 7 hours | 11/7 |
| **Defendant Expert Piza, Eric** | 10/30 | 9 ET | 7 hours | 11/3 |
| **Defendant Expert Reminick, Alison (Mensing)** | 11/3 | 12 ET | 7 hours | |
| **Defendant Expert Stodden, Victoria** | 10/21 | 3 ET | 7 hours | 10/31 |
| **Defendant Expert Thomas, Vida** | 10/27/2025 (unless moved) | 12 ET | 7 hours | |
| **Defendant** | 10/22 | 9 ET | 7 hours | |

| | | | |
|---|---|---|---|
| Expert Osgood, Robert (Minfield, Mensing) | | | |
| Defendant Expert Defendant Expert West, Sara (Roberts) | 11/14 | 1 ET | 7 hours |

**Libby Marden**
-----------------------------------
**KIRKLAND & ELLIS LLP**
333 Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 0984    **M** +1 913 526 3900
**F** +1 312 862 2200
-----------------------------------
libby.marden@kirkland.com

---

**From:** Marden, Libby
**Sent:** Monday, October 13, 2025 9:16 PM
**To:** 'Rachel Abrams' <rabrams@peifferwolf.com>; Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>; Andrew Kaufman <akaufman@girardsharp.com>
**Subject:** RE: Expert meeting

Hi Rachel,

I sent an invite for tomorrow. In the meantime, attached please find a stipulation on Kalady. Let us know if this works.

Thanks,
Libby

**Libby Marden**
-----------------------------------
**KIRKLAND & ELLIS LLP**
333 Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 0984    **M** +1 913 526 3900
**F** +1 312 862 2200
-----------------------------------
libby.marden@kirkland.com

---

**From:** Rachel Abrams <rabrams@peifferwolf.com>
**Sent:** Monday, October 13, 2025 4:32 PM
**To:** Caritis, Alexandra <alexandra.caritis@kirkland.com>; Marden, Libby <libby.marden@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>; Andrew Kaufman <akaufman@girardsharp.com>
**Subject:** Re: Expert meeting

Alex/Libby- It looks like we are making good progress with confirming these depos. I'm waiting on a few more issues (as indicated in the chart), but it would be good to circle back to discuss. I'm traveling at 6 pm PT tonight, but I can speak at 4-5 pm PT, or tomorrow at 11:30 am - 1 pm PT.  TY

Rachel Abrams
Partner

555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 | **Direct:** 415-426-5641

peifferwolf.com

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

---

**From:** Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Date:** Friday, October 10, 2025 at 1:27 PM
**To:** Rachel Abrams <rabrams@peifferwolf.com>, Marden, Libby <libby.marden@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>, Andrew Kaufman <akaufman@girardsharp.com>
**Subject:** RE: Expert meeting

Yes, that works.

**Alexandra Caritis**
-----------------------------------
**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3531    **M** +1 412 780 7147
**F** +1 713 836 3601
-----------------------------------
alexandra.caritis@kirkland.com

---

**From:** Rachel Abrams <rabrams@peifferwolf.com>
**Sent:** Friday, October 10, 2025 3:25 PM
**To:** Marden, Libby <libby.marden@kirkland.com>; Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Cc:** ehurd <ehurd@simmonsfirm.com>; Andrew Kaufman <akaufman@girardsharp.com>
**Subject:** Re: Expert meeting

Can we zoom at 2 pm PT today to discuss?

Rachel Abrams
Partner

555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 | **Direct:** 415-426-5641

peifferwolf.com

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

---

**From:** Marden, Libby <libby.marden@kirkland.com>
**Date:** Friday, October 10, 2025 at 1:02 PM

**To:** Rachel Abrams <rabrams@peifferwolf.com>, Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Subject:** RE: Expert meeting

Rachel,

We are available for a call this afternoon. Below are our updates on each expert. Please let us know where we can agree.

**Preliminary Matters:**

- **Daubert** – Please confirm that plaintiffs would like to treat all Daubert motions, regardless of rebuttal report status, as due on November 14, 2025. This would replace any Daubert deadline on November 10, 2025. We can discuss appropriate arrangements for an extension of the Daubert deadline for experts deposed too close to November 14, 2025.
- **Start Time** – We will plan to start all depositions at 9 a.m. in the time zone of the witness unless either side has reason to change the time.
- **Virtual** – We agree that all depositions will occur virtually via Zoom.
- **Cost Shifting** – We considered your proposal but believe that both parties should bear their own costs, per the federal rules.
- **Supplementation and/or Rebuttal** – We understand that you intend to supplement and/or submit rebuttals for Weiner, Drumwright, Chandler, Keller, and Valliere. If you intend to supplement, as opposed to rebut, please let us know the timeframe in which you think you can get that done.

**Specific Depositions:**

- **Weiner** – We can do 10/28 if we can extend the rebuttal deadline by seven days from the date of the deposition. We agree on a seven-hour limit for this deposition.
- **Drumwright** – We still need new dates from plaintiffs for this deposition. If you can't provide dates before 10/24, we need to extend the rebuttal deadline by seven days from the date of the deposition. We agree on a seven-hour limit for this deposition.
- **Chandler** – We confirm October 23 and 24 for this deposition. We still believe that 12 hours is appropriate for this deposition, understanding that we won't use it all if we don't need to. To agree to these dates, however, we need to extend the rebuttal deadline by seven days from the date of the deposition. Please let us know if you agree.
- **Keller** – We still need new dates from plaintiffs for this deposition. If you can't provide dates well before 10/24, we need to extend the rebuttal deadline by seven days from the date of the deposition. We agree on a seven-hour limit for this deposition. The person taking Keller is the same person taking Chandler and Tremblay, so we need different dates than those two depositions.
- **Moore** – We thought we agreed on October 22 for this deposition. We are not available on 10/29. We could do 11/4, 11/6, or 11/7. Either way, we would like to extend the rebuttal deadline by seven days from the date of the deposition. We agree on a seven-hour limit for this deposition.
- **Sawyer** – We confirm October 23 and 24 for this deposition. We believe that nine hours is appropriate for this deposition, understanding that we will not use it all if we do not need to. We would like to extend the rebuttal deadline by seven days from the date of the deposition. Please let us know if you agree.
- **Tremblay** – We still need new dates from plaintiffs for this deposition. If you can't provide dates before 10/24, we need to extend the rebuttal deadline by seven days from the date of the deposition. We agree on a ten-hour limit for this deposition. The person taking Tremblay is the same person taking Chandler and Keller, so we need different dates than those two depositions.
- **Valliere** – We confirm Valliere for October 24. We agree on a seven-hour limit for this deposition. To agree to this date, we need to extend the rebuttal deadline by seven days from the date of the deposition. Please let us know if you agree.
- **Feldis** – We confirm Feldis for October 24. We agree on a seven-hour limit for this deposition. To agree to this date, we need to extend the rebuttal deadline by seven days from the date of the deposition. Please let us know if you agree.
- **Kelkar** – We confirm October 27 and 28 for this deposition. We believe a nine-hour deposition is appropriate. To agree to these dates, we need to extend the rebuttal deadline by seven days from the date of the deposition. Please let us know if you agree.
- **Rando** – Given Rando's vacation schedule, we can do November 6 or 7 for her deposition. We agree on a seven-hour limit for this deposition. Please let us know if any of those dates work. To agree to these dates, we need extend the rebuttal deadline by seven days from the date of the deposition. Please let us know if you agree.
- **Mechanic** – We still need dates for Mechanic and are willing to a Sunday. Please let us know if you are amenable to three seven-hour days or 21 hours over four days. Please also let us know her availability as soon as possible. Because of information revealed in the Mechanic report(s), we would like to conduct an IME of J.D. prior to the 10/24 rebuttal deadline. Please let us know when we can arrange that. We also need to obtain copies of her interview notes, raw data from testing conducted, and any recordings and transcripts. We understand that there is a meet-and-confer call on the interviews scheduled for Monday.
- **Milnor** – We confirm November 3 for this deposition. We agree on a seven-hour limit for this deposition.
- **Johnson** – Consistent with the expert's schedule, we can do a three-hour non-duplicative deposition (starting at 3 PT on 10/20) if we can treat the JCCP deposition as if taken in the MDL. Please let us know your position on this.
- **Espritt** – We confirm November 4 and 5, with November 17 as necessary, for this deposition. We understand that an earlier start time is required on November 4. We believe that 15 hours is appropriate for this deposition, understanding that we will not use it all if we do not need to. To agree to these dates, we need extend the rebuttal deadline by seven days from the date of the deposition. Please let us know if you agree.
- **Brown** – We can confirm a 12:30 PT start time for Brown on October 20. We agree to a seven-hour limit for this deposition.
- **Rad** – Please confirm that the previously offered date of October 17 works for this deposition. We agree to a seven-hour limit for this deposition.
- **Kalady** – We understand plaintiff plans to amend her complaint to remove colorectal injuries if we do not proceed with expert. We are willing to pull this deposition down upon execution of an agreeable stipulation.
- **Morris** – We confirm November 5 for this deposition.
- **Okpaku** – Please let us know if October 20 works or if we need to find later dates.
- **Piza** – We confirm October 30 for this deposition.
- **Reminick** – We confirm November 3 for this deposition.
- **Stodden** – We confirm October 21 at 12 PT for this deposition. If this no longer works, we can consider dates you propose in November.
- **Thomas** – We offered October 27 or November 13 for this deposition. Thomas is at a conference and unavailable the week of November 3. Please let us know which date you prefer.
- **Osgood** – We confirm October 22 for this deposition.
- **West** – We confirm 11/14 for this deposition starting at 1 ET. We agree to extend the Daubert deadline for this deposition to November 21.

Thanks,
Libby

**Libby Marden**
-----------------------------------
**KIRKLAND & ELLIS LLP**
333 Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 0984    **M** +1 913 526 3900
**F** +1 312 862 2200
-----------------------------------
libby.marden@kirkland.com

---

**From:** Rachel Abrams <rabrams@peifferwolf.com>
**Sent:** Friday, October 10, 2025 12:53 PM
**To:** Marden, Libby <libby.marden@kirkland.com>; Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Subject:** Expert meeting

Adding dates and notes but we should check in later.

Quick question- remind me of Stodden's availability?

**Rachel Abrams**
Partner

PEIFFERWOLF
CARR KANE CONWAY & WISE

555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 | **Direct:** 415-426-5641

peifferwolf.com

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.