1  Laura Vartain Horn (SBN 258485)
   **KIRKLAND & ELLIS LLP**
2  555 California Street, Suite 2700
   San Francisco, CA 94104
3  Telephone: (415) 439-1625
   laura.vartain@kirkland.com
4
   Jessica Davidson (Admitted *Pro Hac Vice*)
5  Christopher D. Cox (Admitted *Pro Hac Vice*)
   **KIRKLAND & ELLIS LLP**
6  601 Lexington Avenue
   New York, NY 10022
7  Telephone: (212) 446-4800
   jessica.davidson@kirkland.com
8  christopher.cox@kirkland.com

9  Allison M. Brown (Admitted *Pro Hac Vice*)
   **KIRKLAND & ELLIS LLP**
10 2005 Market Street, Suite 1000
   Philadelphia, PA 19103
11 Telephone: (215) 268-5000
   alli.brown@kirkland.com
12
   *Attorneys for Defendants*
13 UBER TECHNOLOGIES, INC., RASIER, LLC,
   And RASIER-CA, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S [PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME TO SERVE REBUTTAL EXPERT REPORTS**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6 - 17th Floor |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Motion to Extend Time to Serve Rebuttal Expert Reports, the Court hereby extends the deadline for rebuttal expert reports until November 6, 2025.

**IT IS SO ORDERED.**

DATED:_____           By:_____
                                     CHARLES R BREYER
                                     United States District Judge