UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br><br> This Document Relates to: <br><br> ALL WAVE 1 BELLWETHER ACTIONS | Case No. 3:23-md-03084-CRB (LJC) <br><br> **DECLARATION OF RACHEL B. ABRAMS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXTEND TIME TO SERVE REBUTTAL EXPERT REPORTS** <br><br> Judge:     Hon. Charles R. Breyer <br> Courtroom:  6 - 17th Floor (zoom) |
|---|---|

I, Rachel B. Abrams, declare:

1. I am an attorney in the law firm of Peiffer Wolf Carr Kane Consway and Wise, LLP. I am admitted to practice before this Court. I made this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. My Co-Lead Counsel inform me that, when the parties negotiated the stipulations entered at ECF 3533, 3705, 3757, 3895, and 3997, there was never any discussion of the sequencing of expert depositions with rebuttal deadlines.

3. On September 26, Plaintiffs served opening expert reports for 17 experts. Simultaneous with service of the reports, Plaintiffs provided the following deposition dates for 13 of their 17 experts:

| Expert Name | Date 1 | Date 2 |
|---|---|---|
| Brown Report (Dean) 09.26.25 | October 13 | October 15 |
| Brown Report (B.L.) 09.26.25 | October 13 | October 15 |
| Chandler Report 09.26.25 | October 24 | October 25 |
| Drumwright Report 09.26.25 | October 13 | October 10 |
| Espritt Report 09.26.25 | | |
| Feldis Report 09.26.25 | October 7 | October 8 |
| Johnson Report 09.26.25 | October 16 | October 20 |
| Kelkar Report 09.26.25 | | |
| Keller Report 09.26.25 | November 5 | November 6 |
| Mechanic Report 09.26.25 | | |
| Milnor Report (B.L.) 09.26.25 | October 18 | October 19 |
| Moore Report 09.26.25 | October 22 | October 8 |
| Rad Report (WHB 832) 09.26.25 | October 17 | October 24 |
| Rando Report 09.26.25 | October 16 | October 17 |
| Sawyer Report 09.26.25 | October 15 | October 16 |
| Tremblay Report 09.26.25 | | |
| Valliere Report 09.26.25 | October 8 | October 20 |
| Weiner Report 09.26.25 | October 24 | October 25 |

4.  Uber did not provide any dates for depositions of its own experts until October 3:

| | |
|---|---|
| Kalady, Matthew | 10/24 starting at 1 PM ET |
| Morris, Jason | 10/23 or 11/5 |
| Okpaku, Joseph | 10/15 or 10/20 |
| Osgood, Robert | 10/20 or 10/21 |
| Piza, Eric | 10/27 or 10/30 |
| Stodden, Victoria | 10/20 or 10/21 |
| Thomas, Vida | 11/13, 11/11 (starting 1 ET), 11/12 (starting 1 PM ET) |
| West, Sara | 11/14 at 1 pm ET |

5.  Uber initially accepted only one date of the dates offered by Plaintiffs on September 26. Some (Drumwright, Keller, and Valliere) were pulled down due to uncertainty as to when those experts could supplement their reports to accommodate belated discovery productions. Others (Chandler and Sawyer) were pulled down due to scheduling conflicts.

6.  The parties proceeded to negotiate dates. It proved very difficult to find dates for so many depositions given the need to accommodate (1) the expert, (2) defending counsel, and (3) opposing counsel, especially because several experts will be deposed for multiple dates. Uber declined several dates to depose Plaintiffs' experts before October 24.

7.  During negotiations, Uber expressed that it preferred to serve rebuttal reports only after the deposition of the expert to be deposed. Plaintiffs were open to the potential for a short extension of the deadline for a limited number of experts. But Plaintiffs never agreed to a wholesale lifting of the deadline for Uber's entire cadre of rebuttals.

8.  On October 14, Uber disclosed, for the first time on October 14, that it expected to rebut nearly all of Plaintiffs' experts, and that its rebuttals would include 4-5 new, previously undisclosed experts.

9.  Uber contended that Plaintiffs had previously agreed to a wholesale modification of the rebuttal deadline. That is not true. Regardless, however, Plaintiffs removed any uncertainty on October 15, making it clear that they would not accept any such modification. Yet, Uber waited until October 21 to file a motion for an extension, three days before the deadline.

10. This chart shows the current status of deposition scheduling. One of Plaintiffs' experts, Erik Brown, was pulled down the evening before the deposition due to a family emergency of Uber's attorney. Plaintiffs' newly proposed date is the only deposition yet to be confirmed. As is apparent, adopting Uber's requirement that every expert be deposed before their opinions are rebutted is not workable consistent with the *Daubert* deadlines, which in turn are not moveable without jeopardizing the trial date.

| PARTY | Expert Name | Deposition Date | Continuing Days |
|---|---|---|---|
| PLAINTIFF (9/26) | Rad, Helena (Psych) | October 17, 2025 | |
| PLAINTIFF (9/26) | Brown, Erik (toxicologist) | October 30, 2025 | |
| DEFENDANT (9/26) | Stodden, Victoria | October 21, 2025 | |
| DEFENDANT (9/26) | Osgood, Robert | October 22, 2025 | |
| PLAINTIFF (9/26) | Chandler, John | November 6, 2025 | November 7, 2025 |
| PLAINTIFF (9/26) | Sawyer, David | October 23, 2025 | October 24, 2025 |
| PLAINTIFF (9/26) | Valliere, Veronique | October 24, 2025 | |
| PLAINTIFF (9/26) | Feldis, Jay | October 24, 2025 | |
| PLAINTIFF (9/26) | Mechanic, Mindy (Psych) | November 11, 2025 | November 22, 23, and 28, 2025 |
| PLAINTIFF (9/26) | Moore, Julie | October 28, 2025 | |
| DEFENDANT (9/26) | Thomas, Vida | October 27, 2025 | |
| PLAINTIFF (9/26) | Kelkar, Rajeev | October 27, 2025 | October 28, 2025 |
| PLAINTIFF (9/26) | Weiner, Bruce | October 28, 2025 | |
| PLAINTIFF (9/26) | Tremblay, Tom | October 29, 2025 | October 30, 2025 |
| DEFENDANT (9/26) | Piza, Eric | October 30, 2025 | |
| PLAINTIFF (9/26) | Johnson Robert | October 31, 2025 | |
| PLAINTIFF (9/26) | Milnor, Mike | November 3, 2025 | |
| DEFENDANT (9/26) | Reminick, Alison | November 3, 2025 | |
| PLAINTIFF (9/26) | Charlene Espritt | November 4, 2025 | November 5, 2025<br>November 17, 2025 |
| DEFENDANT (9/26) | Morris, Jason | November 5, 2025 | |
| DEFENDANT (9/26) | Okpaku, Joseph | November 5, 2025 | |
| PLAINTIFF (9/26) | Rando, Cynthia | November 7, 2025 | |
| PLAINTIFF (9/26) | Drumwright, Meme | October 26, 2025 | |
| DEFENDANT (9/26) | West, Sara | November 14, 2025 | |

| PARTY | Expert Name | Deposition Date | Continuing Days |
|---|---|---|---|
| PLAINTIFF (9/26) | Keller, Lacey | October 27, 2025 | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of October, 2025 in San Francisco, California.

*/s/ Rachel B. Abrams*
Rachel B. Abrams