UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-MD-03084-CRB (LJC) <br><br> **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO EXTEND TIME TO SERVE REBUTTAL EXPERT REPORTS** |
| This Document Relates to: <br><br> ALL WAVE 1 BELLWETHER CASES | |

# [PROPOSED] ORDER

Having considered Defendants' Motion to Extend Time to Serve Rebuttal Expert Reports, the Court ORDERS that the motion is DENIED.

**IT IS SO ORDERED.**

Dated: _____

                                              Honorable Charles R. Breyer
                                              United States District Judge

1

[PROPOSED] ORDER DENYING DEFENDANTS'
MOTION TO EXTEND TIME TO SERVE REBUTTAL EXPERT REPORTS
Case No. 3:23-MD-03084-CRB (LJC)