1  ALLISON M. BROWN (Admitted *Pro Hac Vice*)
   alli.brown@kirkland.com
2  JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
   jessica.davidson@kirkland.com
3  CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
   christopher.cox@kirkland.com
4  **KIRKLAND & ELLIS LLP**
   601 Lexington Avenue
5  New York, NY 10022
   Telephone: (212) 446-4800
6
   MICHAEL B. SHORTNACY (SBN: 277035)
7  mshortnacy@shb.com
   **SHOOK, HARDY & BACON L.L.P.**
8  2121 Avenue of the Stars, Suite 1400
   Los Angeles, CA 90067
9  Telephone: (424) 285-8330
10 PATRICK OOT (Admitted *Pro Hac Vice*)
   oot@shb.com
11 **SHOOK, HARDY & BACON L.L.P.**
   1800 K St. NW Ste. 1000
12 Washington, DC 20006
   Telephone: (202) 783-8400
13
   *Attorneys for Defendants*
14 UBER TECHNOLOGIES, INC.;
   RASIER, LLC; and RASIER-CA, LLC
15

16
                    **UNITED STATES DISTRICT COURT**
17                 **NORTHERN DISTRICT OF CALIFORNIA**
                      **SAN FRANCISCO DIVISION**
18

19 IN RE: UBER TECHNOLOGIES, INC.,        Case No. 3:23-md-03084-CRB
   PASSENGER SEXUAL ASSAULT
20 LITIGATION                             **AMENDED DECLARATION OF**
                                          **MICHAEL B. SHORTNACY IN SUPPORT**
21 _____    **OF DEFENDANTS' AMENDED MOTION**
                                          **TO DISMISS CASES FOR FAILURE TO**
22 This Document Relates to:              **COMPLY WITH PTO 10**

23 *H.B. v. Uber Technologies, Inc., et al.,*   Date:       December 12, 2025
   No. 3:23-cv-05949-CRB                  Time:       10:00 a.m.
24                                        Courtroom:  6 – 17th Floor
   *Grier v. Uber Technologies, Inc., et al.,*
25 No. 3:23-cv-05960-CRB

26 *Jane Doe LN v. Uber Technologies, Inc.,*
   *et al.,* No. 3:24-cv-00120-CRB
27
   *Jane Doe TW v. Uber Technologies, Inc.,*
28 *et al.,* No. 3:24-cv-00559-CRB

1
2

*Jane Doe DP v. Uber Technologies, Inc., et al.,* No. 3:24-cv-00573-CRB

3

*Jane Doe LR v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04306-CRB

4
5

*Jane Doe BW v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04308-CRB

6

*Jane Doe ST v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04309-CRB

7
8

*Jane Doe AR v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04313-CRB

9

*Jane Doe JB v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04316-CRB

10
11

*Jane Doe VB v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04317-CRB

12

*Jane Doe KH v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04326-CRB

13
14

*Jane Doe SF v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04327-CRB

15

*Jane Doe SR v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04332-CRB

16
17

*Jane Doe MC v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04334-CRB

18

*Jane Doe SG v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04353-CRB

19
20

*Jane Doe TW v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04356-CRB

21

*Jane Doe VL v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04357-CRB

22
23

*Jane Doe SW v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04358-CRB

24

*Jane Doe DM v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04359-CRB

25
26

*Jane Doe GA v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04361-CRB

27

*Jane Doe SW v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04364-CRB

28

1  *Jane Doe JG v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04368-CRB

2

3  *Jane Doe KY v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04369-CRB

4  *Jane Doe DC v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04373-CRB

5

6  *Jane Doe PC v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04374-CRB

7  *Jane Doe DB v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04428-CRB

8

9  *S.K. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04669-CRB

10  *B.T. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04670-CRB

11

12  *WHB 304 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04801-CRB

13  *WHB 1882 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04813-CRB

14

15  *WHB 322 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-4814-CRB

16  *WHB 1478 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04833-CRB

17

18  *WHB 188 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04834-CRB

19  *WHB 1123 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04850-CRB

20

21  *WHB 1144 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04859-CRB

22  *WHB 1914 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04869-CRB

23

24  *WHB 199 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04870-CRB

25  *WHB 1030 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04874-CRB

26

27  *WHB 196 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04886-CRB

28

1

*WHB 526 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04901-CRB

2

*WHB 950 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04931-CRB

3

4

*WHB 1462 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04935-CRB

5

*WHB 1531 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04937-CRB

6

7

*WHB 1847 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04945-CRB

8

*WHB 1858 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04948-CRB

9

10

*WHB 1670 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04949-CRB

11

*WHB 1936 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04950-CRB

12

13

*WHB 757 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04954-CRB

14

*WHB 1387 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04958-CRB

15

16

*WHB 1546 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04969-CRB

17

*WHB 603 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04971-CRB

18

19

*WHB 1638 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04975-CRB

20

*WHB 974 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04977-CRB

21

22

*WHB 696 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04979-CRB

23

*WHB 1834 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04980-CRB

24

25

*WHB 175 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04982-CRB

26

*WHB 1916 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05003-CRB

27

28

*WHB 1845 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05015-CRB

*WHB 1269 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05025-CRB

*WHB 400 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05034-CRB

*WHB 999 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05036-CRB

*WHB 1891 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05037-CRB

*WHB 755 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05039-CRB

*WHB 3 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05061-CRB

*WHB 599 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05062-CRB

*WHB 1606 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05066-CRB

*Jane Doe (C.A.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05072-CRB

*Jane Doe KC v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05073-CRB

*Jane Doe RD v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05074-CRB

*Jane Doe TD v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05075-CRB

*Jane Doe JH v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05079-CRB

*WHB 979 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05082-CRB

*WHB 1953 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05085-CRB

*WHB 1865 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05089-CRB

*WHB 1967 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05094-CRB

1

*WHB 649 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05095-CRB

2

*WHB 862 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05097-CRB

3

4

*Jane Doe JM v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05108-CRB

5

*Jane Doe JB v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05109-CRB

6

7

*Jane Doe EB v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05110-CRB

8

*Jane Doe AE v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05121-CRB

9

10

*WHB 1386 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05128-CRB

11

*WHB 1425 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05129-CRB

12

13

*WHB 427 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05132-CRB

14

*John Doe DG v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05169-CRB

15

16

*Jane Doe KH v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05174-CRB

17

*WHB 1382 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05232-CRB

18

19

*WHB 428 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05236-CRB

20

*WHB 1962 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05240-CRB

21

22

*WHB 504 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05243-CRB

23

*WHB 1555 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05254-CRB

24

25

*WHB 70 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05261-CRB

26

*WHB 1549 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05275-CRB

27

28

1   *WHB 1909 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05280-CRB

2

3   *WHB 662 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05355-CRB

4   *WHB 1338 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05434-CRB

5

6   *WHB 704 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05436-CRB

7   *WHB 1476 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05450-CRB

8

9   *WHB 1888 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05457-CRB

10  *WHB 335 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05460-CRB

11

12  *WHB 1048 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05462-CRB

13  *WHB 1443 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05472-CRB

14

15  *WHB 1596 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05473-CRB

16  *WHB 58 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05477-CRB

17

18  *WHB 1593 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05504-CRB

19  *WHB 1673 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05552-CRB

20

21  *WHB 1860 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05568-CRB

22  *WHB 1613 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05574-CRB

23  *WHB 1053 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05612-CRB

24

25  *WHB 519 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05627-CRB

26  *WHB 393 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05633-CRB

27

28

1    *WHB 1416 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05667-CRB

2

3    *WHB 1843 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05693-CRB

4    *WHB 505 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05709-CRB

5

6    *Jane Doe SK v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05710-CRB

7    *Jane Doe AM v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05765-CRB

8

9    *WHB 413 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05782-CRB

10    *WHB 1317 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05791-CRB

11

12    *WHB 1481 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05794-CRB

13    *WHB 695 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05799-CRB

14

15    *Jane Doe AR v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05947-CRB

16    *WHB 885 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05952-CRB

17

18    *WHB 520 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05954-CRB

19    *Jane Doe AS v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05960-CRB

20

21    *WHB 678 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05961-CRB

22    *Jane Doe CS v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05964-CRB

23

24    *Jane Doe GT v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06051-CRB

25    *John Doe EW v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06073-CRB

26

27    *Jane Doe JD v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06074-CRB

28

1

*Jane Doe JS v. Uber Technologies, Inc.,
et al.,* No. 3:24-cv-06075-CRB

2

*Jane Doe SS v. Uber Technologies, Inc.,
et al.,* No. 3:24-cv-06076-CRB

3

4

*C.W. v. Uber Technologies, Inc., et al.,*
No. 3:24-cv-06176-CRB

5

*Jane Doe 691532 v. Uber Technologies,
Inc., et al.,* No. 3:24-cv-06643-CRB

6

7

*Jane Doe NLG MR v. Uber
Technologies, Inc., et al.,* No. 3:24-cv-
07677-CRB

8

9

*Jane Doe NLG-TG v. Uber
Technologies, Inc., et al.,* No. 3:24-cv-
07803-CRB

10

11

*Jane Doe NLG-GH v. Uber
Technologies, Inc., et al.,* No. 3:24-cv-
08078-CRB

12

13

*Jane Doe NLG-MC v. Uber
Technologies, Inc., et al.,* No. 3:24-cv-
08091-CRB

14

15

*Jane Doe NLG VK v. Uber Technologies,
Inc., et al.,* No. 3:24-cv-08610-CRB

16

*Jane Doe NLG TJ v. Uber Technologies,
Inc., et al.,* No. 3:24-cv-08621-CRB

17

18

*Jane Doe NLG JV v. Uber Technologies,
Inc., et al.,* No. 3:24-cv-08622-CRB

19

*Jane Doe NLG AC v. Uber Technologies,
Inc., et al.,* No. 3:24-cv-09151-CRB

20

21

*Jane Doe NLG AB v. Uber Technologies,
Inc., et al.,* No. 3:24-cv-09188-CRB

22

*Jane Doe NLG PP v. Uber Technologies,
Inc., et al.,* No. 3:24-cv-09215-CRB

23

24

*Jane Doe NLG KC v. Uber
Technologies, Inc., et al.,* No. 3:25-cv-
00072-CRB

25

26

*Jane Doe NLG TT v. Uber Technologies,
Inc., et al.,* No. 3:25-cv-00075-CRB

27

28

1    *John Doe NLG GH v. Uber*
     *Technologies, Inc., et al.,* No. 3:25-cv-
2    00308-CRB

3    *Jane Doe NLG PO v. Uber*
     *Technologies, Inc., et al.,* No. 3:25-cv-
4    00358-CRB

5    *Jane Doe NLG LB v. Uber Technologies,*
     *Inc., et al.,* No. 3:25-cv-00365-CRB
6

7    *Jane Doe NLG BH v. Uber*
     *Technologies, Inc., et al.,* No. 3:25-cv-
     00369-CRB
8

9    *Jane Doe NLG RC v. Uber Technologies,*
     *Inc., et al.,* No. 3:25-cv-00371-CRB

10   *Jane Doe NLG BE v. Uber Technologies,*
     *Inc., et al.,* No. 3:25-cv-00401-CRB
11

12   *Jane Doe NLG KK v. Uber*
     *Technologies, Inc., et al.,* No. 3:25-cv-
     00673-CRB
13

14   *Jane Doe NLG HK v. Uber*
     *Technologies, Inc., et al.,* No. 3:25-cv-
     00675-CRB
15

16   *Jane Doe NLG JN v. Uber Technologies,*
     *Inc., et al.,* No. 3:25-cv-00715-CRB

17   *Jane Doe NLG AJ v. Uber Technologies,*
     *Inc., et al.,* No. 3:25-cv-00717-CRB
18

19   *Jane Doe NLG DO v. Uber*
     *Technologies, Inc., et al.,* No. 3:25-cv-
     00718-CRB
20

21   *Jane Doe NLG CM v. Uber*
     *Technologies, Inc., et al.,* No. 3:25-cv-
     00738-CRB
22

23   *Jane Doe NLG KK v. Uber*
     *Technologies, Inc., et al.,* No. 3:25-cv-
     01068-CRB
24

25   *Jane Doe NLG KS v. Uber Technologies,*
     *Inc., et al.,* No. 3:25-cv-01076-CRB

26   *Jane Doe NLG MS v. Uber*
     *Technologies, Inc., et al.,* No. 3:25-cv-
27   01078-CRB

28

1    *Jane Doe NLG AB v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01079-CRB

2

3    *Jane Doe NLG HB v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01084-CRB

4

5    *Jane Doe NLG TS v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01090-CRB

6    *WHB 2083 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01178-CRB

7

8    *WHB 2045 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01211-CRB

9    *WHB 2052 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01229-CRB

10

11    *WHB 2055 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01245-CRB

12    *WHB 2056 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01246-CRB

13

14    *Jane Doe NLG KL v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01265-CRB

15    *Jane Doe NLG AH v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01266-CRB

16

17    *Jane Doe NLG- CR v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01716-CRB

18

19    *Jane Doe NLG- BH v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01719-CRB

20

21    *Jane Doe NLG- BY v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01720-CRB

22

23    *Jane Doe NLG- HW v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01725-CRB

24

25    *Jane Doe NLG- ZD v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01729-CRB

26

27

28

1  *Jane Doe NLG- CP v. Uber*
2  *Technologies, Inc., et al.,* No. 3:25-cv-
   01731-CRB

3  *Jane Doe NLG- JF v. Uber*
4  *Technologies, Inc., et al.,* No. 3:25-cv-
   01733-CRB

5  *Jane Doe NLG- BB v. Uber*
6  *Technologies, Inc., et al.,* No. 3:25-cv-
   01734-CRB

7  *Jane Doe NLG- AM v. Uber*
8  *Technologies, Inc., et al.,* No. 3:25-cv-
   01797-CRB

9  *Jane Doe NLG- WB v. Uber*
10 *Technologies, Inc., et al.,* No. 3:25-cv-
   01799-CRB

11 *Jane Doe NLG- JJ v. Uber Technologies,*
   *Inc., et al.,* No. 3:25-cv-01804-CRB
12

13 *Jane Doe NLG- KD v. Uber*
   *Technologies, Inc., et al.,* No. 3:25-cv-
14 01809-CRB

15 *Jane Doe NLG- RS v. Uber*
   *Technologies, Inc., et al.,* No. 3:25-cv-
16 01814-CRB

17 *Jane Doe NLG- KG v. Uber*
   *Technologies, Inc., et al.,* No. 3:25-cv-
18 01816-CRB

19 *Jane Doe NLG- JN v. Uber*
   *Technologies, Inc., et al.,* No. 3:25-cv-
20 01818-CRB

21 *Jane Doe NLG- DS v. Uber*
   *Technologies, Inc., et al.,* No. 3:25-cv-
22 01907-CRB

23 *Jane Doe NLG- JD v. Uber*
   *Technologies, Inc., et al.,* No. 3:25-cv-
24 01909-CRB

25 *Jane Doe 691046 v. Uber Technologies,*
   *Inc., et al.,* No. 3:25-cv-02274-CRB

26 *Jane Doe NLG- VM v. Uber*
   *Technologies, Inc., et al.,* No. 3:25-cv-
27 02622-CRB

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Jane Doe NLG-BS v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02685-CRB

*Jane Doe NLG-KM v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02706-CRB

*Jane Doe 691530 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02716-CRB

*Jane Doe NLG-KO v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02787-CRB

*Jane Doe NLG-RR v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02788-CRB

*Jane Doe NLG-AH v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02797-CRB

*Jane Doe NLG-AV v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02855-CRB

*Jane Doe NLG-KM v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02856-CRB

*M.V. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02885-CRB

*Jane Doe NLG-BC v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02899-CRB

*Jane Doe NLG-LB v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02904-CRB

*Jane Doe NLG-PB v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02938-CRB

*Jane Doe NLG-KM v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02956-CRB

*Rivera v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03285-CRB

*Jane Doe NLG VT v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03789-CRB

1   *Jane Doe NLG-EC v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03794-CRB

2

3   *John Doe-RM v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04152-CRB

4

5   *Jane Doe NLG-SW v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04155-CRB

6

7   *DLB v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04371-CRB

8   *V.D. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04742-CRB

9

10  *S.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04803-CRB

11  *A.B. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04856-CRB

12

13  *Jane Doe NLG-PL v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05014-CRB

14  *Jane Doe NLG-PA v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05096-CRB

15

16  *Jane Doe NLG-YM v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05109-CRB

17

18  *Jane Doe NLG-MH v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05163-CRB

19

20

21

22

23

24

25

26

27

28

## AMENDED DECLARATION OF MICHAEL B. SHORTNACY

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1.      I am over the age of 18 and am a resident of Los Angeles, California. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Defendants") amended motion to dismiss the cases of certain Plaintiffs for noncompliance with Pretrial Order No. 10 ("PTO 10").

2.      I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Defendants in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the State of California, the Bar of the District of Columbia, and the Bar of the State of New York. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3.      On December 28, 2023, this Court entered PTO 10 in this matter, requiring each Plaintiff to submit a "substantially complete" Plaintiff Fact Sheet ("PFS") that "[i]nclude[d] a signed declaration" or verification that the PFS answers are true and correct. ECF No. 348 at 6-7. The Court also provided firm deadlines by which Plaintiffs must submit their PFS and supporting documents. *Id.* at 5-6.

4.      On November 18, 2024, Magistrate Judge Cisneros expressly rejected Plaintiffs' position that PTO 10's verification requirement did not apply to amended PFS, and ordered Plaintiffs to submit verifications for any then-unverified PFS amendments within 30 days of the Court's Order, and, moving forward, "in conjunction with any further amendments." ECF No. 1877 at 3.

5.      Attached to this declaration as **Exhibit A** is a table identifying 216 Plaintiffs who, as of October 20, 2025, have failed to submit a verification of their most recent amended PFS responses. The dates Plaintiffs filed their most recent PFS without the required verification are also identified in the table at Exhibit A.

6.      On September 18, 2025, in an effort to secure compliance without intervention by the Court, Defendants' counsel sent a Notice of Deficiency to each of the 216 Plaintiffs, reminding them

1

of Plaintiffs' non-compliance with this Court's order to provide a verification of Plaintiffs' most recent amended PFS responses, but none of these Plaintiffs have subsequently submitted a verification or otherwise responded.

7.      Separately, on September 9, 2025, this Court entered PTO 31, requiring ninety specifically identified Plaintiffs to, within thirty days of entry of PTO 31, "either (i) produce a bona fide ride receipt to Defendants via MDL Centrality, or (ii) serve a statement indicating that the Plaintiff is unable to locate the receipt, explaining in detail the reasonable efforts that have been undertaken by Plaintiff to search their email and the Uber app for the receipt, and explaining why Plaintiff has been unable to locate the receipt." ECF No. 3877. As permitted by PTO 31, Uber identified a second batch of 213 Plaintiffs who were subject to PTO 31's requirements and gave these Plaintiffs written notice; they were due to comply with PTO 31 by October 13, 2025. With those deadlines now passed, as of October 16, 2025 (giving Plaintiffs a four-day grace period beyond their October 12 deadline) only 74 out of 303 (or just over 24% of) Plaintiffs subject to PTO 31 have complied with this Order of the Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 22, 2025 in Los Angeles, California.

**SHOOK, HARDY & BACON L.L.P.**

_/s/ Michael B. Shortnacy_____

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

M. SHORTNACY AMENDED DECL. ISO DEFS.' AMENDED MTN
TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10