# EXHIBIT A

| MDLC ID | Case Number | Date Most Recent Amended PFS Served without Corresponding Verification |
|---|---|---|
| 1002 | 23-CV-05949 | 7/23/2025 |
| 1043 | 23-CV-05960 | 8/21/2025 |
| 1233 | 24-CV-00120 | 8/6/2025 |
| 1361 | 24-CV-00559 | 8/6/2025 |
| 1363 | 24-CV-00573 | 8/6/2025 |
| 1482 | 24-CV-04306 | 8/6/2025 |
| 1483 | 24-CV-04308 | 8/6/2025 |
| 1484 | 24-CV-04309 | 8/11/2025 |
| 1487 | 24-CV-04313 | 8/18/2025 |
| 1488 | 24-CV-04316 | 8/11/2025 |
| 1489 | 24-CV-04317 | 8/14/2025 |
| 1491 | 24-CV-04326 | 7/28/2025 |
| 1492 | 24-CV-04327 | 8/14/2025 |
| 1494 | 24-CV-04332 | 8/14/2025 |
| 1495 | 24-CV-04334 | 8/13/2025 |
| 1496 | 24-CV-04353 | 8/20/2025 |
| 1500 | 24-CV-04356 | 8/18/2025 |
| 1501 | 24-CV-04357 | 8/18/2025 |
| 1502 | 24-CV-04358 | 8/18/2025 |
| 1503 | 24-CV-04359 | 8/14/2025 |
| 1505 | 24-CV-04361 | 8/18/2025 |
| 1508 | 24-CV-04364 | 8/18/2025 |
| 1509 | 24-CV-04368 | 8/18/2025 |
| 1510 | 24-CV-04369 | 8/18/2025 |
| 1512 | 24-CV-04373 | 8/19/2025 |
| 1513 | 24-CV-04374 | 8/19/2025 |
| 1514 | 24-CV-04428 | 11/22/2024 |
| 1742 | 24-CV-04669 | 8/1/2025 |
| 1497 | 24-CV-04670 | 8/8/2025 |
| 1581 | 24-CV-04801 | 6/30/2025 |
| 1531 | 24-CV-04813 | 6/30/2025 |
| 1586 | 24-CV-04814 | 6/26/2025 |
| 1546 | 24-CV-04833 | 6/27/2025 |
| 1539 | 24-CV-04834 | 6/27/2025 |
| 1659 | 24-CV-04850 | 6/30/2025 |
| 1567 | 24-CV-04859 | 6/30/2025 |
| 1605 | 24-CV-04869 | 6/26/2025 |
| 1570 | 24-CV-04870 | 8/11/2025 |
| 1571 | 24-CV-04874 | 6/30/2025 |
| 1573 | 24-CV-04886 | 6/30/2025 |
| 1614 | 24-CV-04901 | 6/30/2025 |

| MDLC ID | Case Number | Date Most Recent Amended PFS Served without Corresponding Verification |
|---|---|---|
| 1681 | 24-CV-04931 | 6/30/2025 |
| 1683 | 24-CV-04935 | 6/30/2025 |
| 1684 | 24-CV-04937 | 6/30/2025 |
| 1693 | 24-CV-04945 | 6/30/2025 |
| 1619 | 24-CV-04948 | 6/30/2025 |
| 1685 | 24-CV-04949 | 6/30/2025 |
| 1653 | 24-CV-04950 | 6/30/2025 |
| 1621 | 24-CV-04954 | 6/30/2025 |
| 1635 | 24-CV-04958 | 6/27/2025 |
| 1689 | 24-CV-04969 | 6/30/2025 |
| 1633 | 24-CV-04971 | 6/30/2025 |
| 1638 | 24-CV-04975 | 6/30/2025 |
| 1694 | 24-CV-04977 | 6/30/2025 |
| 1695 | 24-CV-04979 | 8/11/2025 |
| 1696 | 24-CV-04980 | 6/30/2025 |
| 1697 | 24-CV-04982 | 6/30/2025 |
| 1702 | 24-CV-05003 | 6/30/2025 |
| 1725 | 24-CV-05015 | 6/25/2025 |
| 1732 | 24-CV-05025 | 7/23/2025 |
| 1727 | 24-CV-05034 | 7/1/2025 |
| 1748 | 24-CV-05036 | 7/23/2025 |
| 1744 | 24-CV-05037 | 6/30/2025 |
| 1746 | 24-CV-05039 | 6/30/2025 |
| 1763 | 24-CV-05061 | 6/30/2025 |
| 1764 | 24-CV-05062 | 7/1/2025 |
| 1757 | 24-CV-05066 | 6/30/2025 |
| 2213 | 24-CV-05072 | 8/18/2025 |
| 2214 | 24-CV-05073 | 8/18/2025 |
| 2215 | 24-CV-05074 | 8/20/2025 |
| 2216 | 24-CV-05075 | 8/18/2025 |
| 2217 | 24-CV-05079 | 8/20/2025 |
| 1770 | 24-CV-05082 | 7/1/2025 |
| 1765 | 24-CV-05085 | 7/1/2025 |
| 1767 | 24-CV-05089 | 12/17/2024 |
| 1768 | 24-CV-05094 | 7/1/2025 |
| 1712 | 24-CV-05095 | 6/24/2025 |
| 1717 | 24-CV-05097 | 8/11/2025 |
| 2219 | 24-CV-05108 | 8/14/2025 |
| 2220 | 24-CV-05109 | 8/19/2025 |
| 2221 | 24-CV-05110 | 8/18/2025 |
| 2225 | 24-CV-05121 | 8/18/2025 |

| MDLC ID | Case Number | Date Most Recent Amended PFS Served without Corresponding Verification |
|---|---|---|
| 1878 | 24-CV-05128 | 7/1/2025 |
| 1868 | 24-CV-05129 | 6/25/2025 |
| 1866 | 24-CV-05132 | 6/25/2025 |
| 2227 | 24-CV-05169 | 8/18/2025 |
| 2230 | 24-CV-05174 | 8/19/2025 |
| 1916 | 24-CV-05232 | 6/30/2025 |
| 1917 | 24-CV-05236 | 6/30/2025 |
| 1918 | 24-CV-05240 | 6/30/2025 |
| 1838 | 24-CV-05243 | 7/1/2025 |
| 1919 | 24-CV-05254 | 6/30/2025 |
| 1899 | 24-CV-05261 | 6/30/2025 |
| 1885 | 24-CV-05275 | 6/26/2025 |
| 1936 | 24-CV-05280 | 6/30/2025 |
| 1940 | 24-CV-05355 | 6/30/2025 |
| 1974 | 24-CV-05434 | 6/30/2025 |
| 1975 | 24-CV-05436 | 6/30/2025 |
| 1978 | 24-CV-05450 | 6/30/2025 |
| 1941 | 24-CV-05457 | 6/30/2025 |
| 1942 | 24-CV-05460 | 6/30/2025 |
| 1943 | 24-CV-05462 | 6/30/2025 |
| 1950 | 24-CV-05472 | 6/30/2025 |
| 1969 | 24-CV-05473 | 7/1/2025 |
| 1953 | 24-CV-05477 | 6/30/2025 |
| 1973 | 24-CV-05504 | 6/30/2025 |
| 1962 | 24-CV-05552 | 6/30/2025 |
| 2061 | 24-CV-05568 | 6/27/2025 |
| 1968 | 24-CV-05574 | 8/11/2025 |
| 2154 | 24-CV-05612 | 6/25/2025 |
| 2147 | 24-CV-05627 | 6/27/2025 |
| 2150 | 24-CV-05633 | 6/25/2025 |
| 2177 | 24-CV-05667 | 7/1/2025 |
| 2193 | 24-CV-05693 | 6/30/2025 |
| 2186 | 24-CV-05709 | 6/30/2025 |
| 2235 | 24-CV-05710 | 8/20/2025 |
| 2254 | 24-CV-05765 | 8/5/2025 |
| 2198 | 24-CV-05782 | 6/30/2025 |
| 2199 | 24-CV-05791 | 6/30/2025 |
| 2201 | 24-CV-05794 | 6/30/2025 |
| 2202 | 24-CV-05799 | 6/30/2025 |
| 2257 | 24-CV-05947 | 8/9/2025 |
| 2128 | 24-CV-05952 | 6/26/2025 |

| MDLC ID | Case Number | Date Most Recent Amended PFS Served without Corresponding Verification |
|---|---|---|
| 2205 | 24-CV-05954 | 7/3/2025 |
| 2258 | 24-CV-05960 | 8/9/2025 |
| 2078 | 24-CV-05961 | 6/26/2025 |
| 2259 | 24-CV-05964 | 8/9/2025 |
| 2260 | 24-CV-06051 | 8/9/2025 |
| 2261 | 24-CV-06073 | 8/9/2025 |
| 2262 | 24-CV-06074 | 8/9/2025 |
| 2263 | 24-CV-06075 | 8/9/2025 |
| 2264 | 24-CV-06076 | 8/9/2025 |
| 2562 | 24-CV-06176 | 9/2/2025 |
| 2573 | 24-CV-06643 | 8/14/2025 |
| 2676 | 24-CV-07677 | 8/21/2025 |
| 2678 | 24-CV-07803 | 8/12/2025 |
| 2695 | 24-CV-08078 | 8/12/2025 |
| 2697 | 24-CV-08091 | 8/9/2025 |
| 2720 | 24-CV-08610 | 8/9/2025 |
| 2722 | 24-CV-08621 | 8/9/2025 |
| 2723 | 24-CV-08622 | 8/9/2025 |
| 2765 | 24-CV-09151 | 8/9/2025 |
| 2767 | 24-CV-09188 | 7/25/2025 |
| 2768 | 24-CV-09215 | 8/9/2025 |
| 2797 | 25-CV-00072 | 8/9/2025 |
| 2798 | 25-CV-00075 | 8/6/2025 |
| 2803 | 25-CV-00308 | 8/13/2025 |
| 2804 | 25-CV-00358 | 8/4/2025 |
| 2805 | 25-CV-00365 | 8/4/2025 |
| 2812 | 25-CV-00369 | 8/13/2025 |
| 2806 | 25-CV-00371 | 8/4/2025 |
| 2813 | 25-CV-00401 | 8/4/2025 |
| 2842 | 25-CV-00673 | 8/13/2025 |
| 2844 | 25-CV-00675 | 8/9/2025 |
| 2845 | 25-CV-00715 | 8/9/2025 |
| 2846 | 25-CV-00717 | 8/12/2025 |
| 2847 | 25-CV-00718 | 8/9/2025 |
| 2849 | 25-CV-00738 | 8/9/2025 |
| 2914 | 25-CV-01068 | 8/12/2025 |
| 2916 | 25-CV-01076 | 8/11/2025 |
| 2917 | 25-CV-01078 | 8/12/2025 |
| 2918 | 25-CV-01079 | 8/12/2025 |
| 2919 | 25-CV-01084 | 8/12/2025 |
| 2927 | 25-CV-01090 | 8/11/2025 |

| MDLC ID | Case Number | Date Most Recent Amended PFS Served without Corresponding Verification |
|---|---|---|
| 2875 | 25-CV-01178 | 6/30/2025 |
| 2889 | 25-CV-01211 | 7/1/2025 |
| 2898 | 25-CV-01229 | 6/30/2025 |
| 2902 | 25-CV-01245 | 7/1/2025 |
| 2903 | 25-CV-01246 | 7/1/2025 |
| 2920 | 25-CV-01265 | 8/11/2025 |
| 2921 | 25-CV-01266 | 8/12/2025 |
| 3015 | 25-CV-01716 | 8/11/2025 |
| 3017 | 25-CV-01719 | 8/11/2025 |
| 3018 | 25-CV-01720 | 8/11/2025 |
| 3019 | 25-CV-01725 | 8/11/2025 |
| 3020 | 25-CV-01729 | 8/11/2025 |
| 3021 | 25-CV-01731 | 8/11/2025 |
| 3022 | 25-CV-01733 | 8/11/2025 |
| 3023 | 25-CV-01734 | 8/11/2025 |
| 3024 | 25-CV-01797 | 8/11/2025 |
| 3025 | 25-CV-01799 | 8/11/2025 |
| 3026 | 25-CV-01804 | 8/11/2025 |
| 3027 | 25-CV-01809 | 8/11/2025 |
| 3028 | 25-CV-01814 | 8/11/2025 |
| 3029 | 25-CV-01816 | 8/20/2025 |
| 3030 | 25-CV-01818 | 8/7/2025 |
| 3031 | 25-CV-01907 | 8/20/2025 |
| 3032 | 25-CV-01909 | 8/20/2025 |
| 3067 | 25-CV-02274 | 8/17/2025 |
| 3152 | 25-CV-02622 | 7/28/2025 |
| 3160 | 25-CV-02685 | 7/28/2025 |
| 3201 | 25-CV-02706 | 8/9/2025 |
| 3138 | 25-CV-02716 | 8/18/2025 |
| 3164 | 25-CV-02787 | 8/18/2025 |
| 3246 | 25-CV-02788 | 7/28/2025 |
| 3165 | 25-CV-02797 | 8/15/2025 |
| 3207 | 25-CV-02855 | 8/8/2025 |
| 3208 | 25-CV-02856 | 8/8/2025 |
| 3188 | 25-CV-02885 | 8/4/2025 |
| 3209 | 25-CV-02899 | 8/8/2025 |
| 3454 | 25-CV-02904 | 8/11/2025 |
| 3455 | 25-CV-02938 | 8/11/2025 |
| 3456 | 25-CV-02956 | 8/7/2025 |
| 3234 | 25-CV-03285 | 8/11/2025 |
| 3362 | 25-CV-03789 | 8/12/2025 |

| MDLC ID | Case Number | Date Most Recent Amended PFS Served without Corresponding Verification |
|---|---|---|
| 3367 | 25-CV-03794 | 8/14/2025 |
| 3477 | 25-CV-04152 | 8/7/2025 |
| 3423 | 25-CV-04155 | 8/11/2025 |
| 3716 | 25-CV-04371 | 7/23/2025 |
| 3503 | 25-CV-04742 | 8/11/2025 |
| 3511 | 25-CV-04803 | 8/4/2025 |
| 3519 | 25-CV-04856 | 8/6/2025 |
| 3642 | 25-CV-05014 | 8/7/2025 |
| 3643 | 25-CV-05096 | 8/6/2025 |
| 3644 | 25-CV-05109 | 8/6/2025 |
| 3645 | 25-CV-05163 | 8/6/2025 |