1  Laura Vartain Horn (SBN 258485)
   **KIRKLAND & ELLIS LLP**
2  555 California Street, Suite 2700
   San Francisco, CA 94104
3  Telephone: (415) 439-1625
   laura.vartain@kirkland.com
4
   Allison M. Brown (Admitted *Pro Hac Vice*)
5  **KIRKLAND & ELLIS LLP**
   2005 Market Street, Suite 1000
6  Philadelphia, PA 19103
   Telephone: (215) 268-5000
7  alli.brown@kirkland.com

8  Christopher V. Cotton (Admitted *Pro Hac Vice*)
   **SHOOK, HARDY & BACON L.L.P.**
9  2555 Grand Boulevard
   Kansas City, MO 64108
10 Telephone: (816) 474-6550
   ccotton@shb.com
11
   *Attorneys for Defendants*
12 UBER TECHNOLOGIES, INC., RASIER, LLC,
   And RASIER-CA, LLC
13

14             **UNITED STATES DISTRICT COURT**

15            **NORTHERN DISTRICT OF CALIFORNIA**

16               **SAN FRANCISCO DIVISION**

17 IN RE: UBER TECHNOLOGIES, INC.,          Case No. 3:23-md-03084-CRB
   PASSENGER SEXUAL ASSAULT
18 LITIGATION                               **[PROPOSED] ORDER REGARDING
                                            MOTION TO COMPEL COMPLIANCE WITH
19 ─────────────────────────────           COURT ORDERS & TO RESET DEADLINE
                                            FOR CERTAIN DEPOSITIONS**
20 This Document Relates to:
   *Jane Doe LS 333 v. Uber Technologies,
21 Inc., et al.,* No. 3:23-cv-05930-CRB

22 *Jane Doe LS 397 v. Uber Technologies,
   Inc., et al.,* No. 3:24-cv-05864-CRB
23

24

25

26

27

28
                                    1

1

**[PROPOSED] ORDER**

2      Having considered Defendants' Motion to Compel Compliance with Court Orders & to Reset

3  Deadline for Certain Depositions, the Court finds that the Plaintiffs Jane Doe LS 333 and Jane Doe

4  LS 397 have violated this Court's September 9 and 22, 2025 Orders (ECF 3876 & 3904) by failing to

5  produce documents by the extended deadline ordered by this Court.

6      The Court therefore hereby ORDERS Plaintiffs Jane Doe LS 333 and Jane Doe LS 397 to

7  immediately comply with this Court's September 9 and 22, 2025 Orders by producing the documents

8  called for by the September 9, 2025 Order. Plaintiffs Jane Doe LS 333 and 397 are ordered to appear

9  for depositions within sixteen days of their productions.

10     Failure to comply with these deadlines within five Court days will result in the dismissal with

11  prejudice of Plaintiffs' claims.

12

13  **IT IS SO ORDERED.**

14

15  Dated: _____, 2025

16                                          _____
                                             HON. CHARLES R. BREYER
                                             United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE MOTION TO COMPEL COMPLIANCE WITH
COURT ORDERS & TO RESET DEADLINE FOR CERTAIN DEPOSITIONS