RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>*This document relates to:*<br><br>*Ione Dorris v. UBER TECHNOLOGIES, INC., et al.*, 3:25-cv-08917-CRB | No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on October 17, 2025.

///

///

///

CASE NO. 3:23-md-03084-CRB    1    NOTICE OF FILING OF NEW ACTION

| | |
|---|---|
| Dated: October 23, 2025 | Respectfully submitted,<br><br>By: */s/ Rachel B. Abrams*<br>RACHEL B. ABRAMS (Cal Bar No. 209316)<br>ADAM B. WOLF (Cal Bar No. 215914)<br>**Peiffer Wolf Carr Kane Conway & Wise, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: 415.766.3544<br>Facsimile: 415.840.9435<br>Email: rabrams@peifferwolf.com<br>         awolf@peifferwolf.com<br><br>TIFFANY R. ELLIS (*Admitted PHV*)<br>**Peiffer Wolf Carr Kane Conway & Wise, LLP**<br>15 E. Baltimore Ave.<br>Detroit, MI 48202<br>Telephone: 313.210.1559<br>Facsimile: 415.840.9435<br>Email: tellis@peifferwolf.com<br><br>*Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Rachel B. Abrams*
Rachel B. Abrams