1  [*Submitting counsel below*]

UNITED STATES DISTRICT COURT

OF NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB<br><br>**PLAINTIFFS' OBJECTION TO REPLY EVIDENCE** |
|---|---|
| This Document Relates to:<br><br>ALL WAVE 1 BELLWETHER ACTIONS | Judge: Honorable Charles R. Breyer<br>Date:  TBD<br>Time:  TBD<br>Ctrm.:  6-17th Floor (zoom) |

Under L.R. 7-3(d)(1), Plaintiffs object to the evidence submitted in connection with Uber's reply in support of its motion to extend time to serve rebuttal expert reports. The new "developments" have nothing to do with Uber's request to extend the expert rebuttal deadline to complete all depositions before serving rebuttal reports.

- Uber invokes the supplemental report of Dr. Drumwright, but omits that the report comes specifically in response to a 30(b)(6) deposition that occurred after the deadline for Dr. Drumwright to serve her original report. Accordingly, the report is an appropriate supplement under Fed. R. Civ. P. 26(a)(2)(E). In addition, Uber stated in its motion that it does not intend to rebut Dr. Drumwright's opinions, making her reports irrelevant to the requested extension.

- Uber attaches emails concerning its requests for certain data underlying Plaintiffs' psychiatric experts' reports. As the emails demonstrate, Uber provided the details and basis for its requests only yesterday. The parties will meet and confer on the requests (one of which concerns an expert who does not offer any opinions regarding the first-to-be-tried Dean case), but this potential dispute has no connection to Uber's requested extension.

Dated: October 23, 2025

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel*

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: October 23, 2025                    By:    */s/ Andrew R. Kaufman*
                                                          Andrew R. Kaufman