1  RACHEL B. ABRAMS (Cal Bar No. 209316)
   ADAM B. WOLF (Cal Bar No. 215914)
2  **Peiffer Wolf Carr Kane Conway & Wise, LLP**
   555 Montgomery Street, Suite 820
3  San Francisco, CA 94111
   Telephone: 415.766.3544
4  Facsimile: 415.840.9435
   Email: rabrams@peifferwolf.com
5  Email: awolf@peifferwolf.com

6  TIFFANY R. ELLIS (*Admitted PHV*)
   **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7  15 E. Baltimore Ave.
   Detroit, MI 48202
8  Telephone: 313.210.1559
   Facsimile: 415.840.9435
9  Email: tellis@peifferwolf.com

10 *Counsel for Plaintiff*

11

12           **UNITED STATES DISTRICT COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**
13             **SAN FRANCISCO DIVISION**

14 IN RE: UBER TECHNOLOGIES, INC.,          No. 3:23-md-03084-CRB
   PASSENGER SEXUAL ASSAULT          )
15 LITIGATION                        )     **NOTICE OF FILING OF NEW ACTION**
                                     )
16                                   )
                                     )
17 _____       )
                                     )
18 *This document relates to:*        )
                                     )
19 *A.L. v. UBER TECHNOLOGIES, INC., et*  )
   *al., 3:25-cv-08923-CRB*           )
20                                   )
                                     )
21                                   )

22

23     Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

24 with Jury Demand in the above-referenced action was filed on October 17, 2025.

25 ///

26 ///

27 ///

28

CASE NO. 3:23-md-03084-CRB          1     NOTICE OF FILING OF NEW ACTION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: October 23, 2025

Respectfully submitted,

By: */s/ Rachel B. Abrams*
RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
       awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, I electronically transmitted the foregoing

**NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System

for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Rachel B. Abrams*
Rachel B. Abrams