# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-MD-03084-CRB (LJC)<br><br>[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO EXTEND TIME TO SERVE REBUTTAL EXPERT REPORTS |
|---|---|
| This Document Relates to:<br><br>ALL WAVE 1 BELLWETHER CASES | |

## ~~[PROPOSED]~~ ORDER

Having considered Defendants' Motion to Extend Time to Serve Rebuttal Expert Reports, the Court ORDERS that the motion is DENIED.

**IT IS SO ORDERED.**

Dated: October 23, 2025

