Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Christopher V. Cotton (Admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS; [PROPOSED] ORDER** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber") hereby respectfully request that the Court issue an order directing that the documents filed at Docket Nos. 4181, 4181-1, 4181-2, and 4181-3 be removed from the ECF docket on the grounds that the documents were incorrectly filed given that they included incorrect naming conventions for certain Plaintiffs in the case caption.

Defendants promptly notified the Court's Docket Correction email address for this case, as well as the Court's Clerk and the ECF Help Desk, of this incorrect filing and understand that public access to the documents has been temporarily blocked / restricted by the Court Clerk. Defendants respectfully move the Court to order the removal of the incorrectly filed documents permanently from the Court's public docket and ECF. Defendants will file an amended version of the documents shortly.

DATED: October 22, 2025

Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Michael Shortnacy*
MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**[PROPOSED] ORDER**

The Court has now considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Remove Incorrectly Filed Documents, Docket Nos. 4181, 4181-1, 4181-2, and 4181-3 (the "Motion"). Having considered the moving papers before it and finding good cause,

The Court hereby grants the Motion. The Clerk of the Court is directed to lock Docket Nos. 4181, 4181-1, 4181-2, and 4181-3, currently available on the public docket.

**IT IS SO ORDERED.**

Dated: __October 23__, 2025

