D. Douglas Grubbs *(Admitted PHV)*
Adam K. Pulaski *(Admitted PHV)*
**PULASKI KHERKHER, PLLC**
2925 Richmond Avenue, Ste 1725
Houston, TX 77098
Telephone: 713-664-4555
Facsimile: 713-664-7543
Email: dgrubbs@pulaskilawfirm.com
Email: adam@pulaskilawfirm.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*R.L. vs. Uber Technologies, Inc., et al.,* 3:25-cv-05515;<br><br>*P.T. vs. Uber Technologies, Inc., et al.,* 3:25-cv-05677; and<br><br>*S.W. vs. Uber Technologies, Inc., et al.,* 3:25-cv-06329 | **DECLARATION OF DOUGLAS GRUBBS IN SUPPORT OF PULAKSI KHERKHER, PLLC'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS P.T. AND S.W.** |

I, Donald Douglas Grubbs, declare:

1. I am an attorney with the law firm of Pulaski Kherkher, PLLC (hereinafter "PK" or "firm"). I am a member of the State Bar of Texas and am admitted to practice *pro hac vice* before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I met and conferred with opposing counsel on October 7, 2025 prior to Defendants filing their third show cause motion [ECF 4137]. During the meet and confer zoom, I re-reviewed the alleged "non-bona-fide receipts" that the above-referenced Plaintiffs previously

provided during their case intake process. During the meet and confer zoom, I advised opposing counsel of my firm's intention to withdraw as counsel of record should the above-referenced Plaintiffs fail to provide additional ride receipt proof.

3. Relying on Defendants' representations during our meet and confer, I personally contacted the above-referenced Plaintiffs via email the same day explaining Uber's concerns and requesting that Plaintiffs provide my firm with any additional proof of their ride at issue, *e.g.,* the email that Uber typically sends upon ride completion.

4. My firm followed up with the above-referenced Plaintiffs via telephone on October 8 and 14, 2025 and via email on October 14, 2025. My firm also mailed correspondence via 2-day Federal Express on October 16, 2025 giving Plaintiffs until October 22, 2025 to provide any additional proof otherwise my firm would initiate the process of withdrawing as their attorneys.

5. At the time of filing this declaration, no additional proof supporting the rides at issue has been provided by Plaintiffs P.T. or S.W. nor substitute counsel identified.

6. However, Plaintiff R.L. contacted my firm on October 23, 2025 and provided additional proof of her ride at issue, *i.e.*, the ride summary receipt emailed directly from Uber. I immediately uploaded said receipt to MDL Centrality and emailed opposing counsel a courtesy copy of the additional ride proof. My firm intends to continue to pursue Plaintiff R.L.'s claims against Defendants and does not seek withdrawal.

7. My firm has taken reasonable steps to protect the interests and avoid any prejudice to the above-referenced Plaintiffs P.T. and S.W. by informing them of their options and consequences of failing to respond or provide ample time to produce additional proof of the Uber ride at issue. PK's withdrawal from P.T. and S.W. will not impact the timing or schedule of this litigation.

8. As required by Local Rule 11-5(a), Counsel has provided written notice of Counsel's intent to withdraw, reasonably in advance, to the above-referenced Plaintiffs as well as notice to opposing parties.

9. I understand that pursuant to Local Rule 11-5(b) that leave to withdraw may be conditioned on my firm continuing to accept papers to forward to Plaintiffs P.T. and S.W. and accept this role should the Court require.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on October 24, 2025 in Houston, Texas.

              */s/ D. Douglas Grubbs*
              D. Douglas Grubbs
              TX Bar No. 24065339
              (Admitted *Pro Hac Vice*)

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2025, I electronically transmitted the foregoing DECLARATION OF D. DOUGLAS GRUBBS IN SUPPORT OF PULASKI KHERKHER, PLLC'S MOTION TO WITHDRAW AS COUNSEL OF RECORD to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. Additionally, the foregoing was served on Defendants' counsel via email at: ubermdlservice@listserv.shb.com.

*/s/ D. Douglas Grubbs*
D. Douglas Grubbs