D. Douglas Grubbs *(Admitted PHV)*
Adam K. Pulaski *(Admitted PHV)*
**PULASKI KHERKHER, PLLC**
2925 Richmond Avenue, Ste 1725
Houston, TX 77098
Telephone: 713-664-4555
Facsimile: 713-664-7543
Email: dgrubbs@pulaskilawfirm.com
Email: adam@pulaskilawfirm.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*P.T. vs. Uber Technologies, Inc., et al.,* 3:25-cv-05677; and<br><br>*S.W. vs. Uber Technologies, Inc., et al.,* 3:25-cv-06329 | **[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD** |

The above captioned motions to withdraw are granted. Within 28 days of this order, each plaintiff shall file a notice indicating whether they intend to pursue the action with new counsel or representing themselves. If any plaintiff does not file that notice, the Court will dismiss their case without prejudice.

Uber's counsel shall provide a copy of this order to the plaintiffs and file a declaration within 7 days of this ruling explaining how they did so.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                              HONORABLE CHARLES R. BREYER
                                              United States District Court Judge