Sarah R. London (State Bar No. 267083)
Andrew Kaufman (pro hac vice)
Maya Kalonia (State Bar No. 359755)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: slondon@girardsharp.com
Email: akaufman@girardsharp.com
Email: mkalonia@girardsharp.com

*Attorneys for Plaintiff GS24*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to:<br><br>*GS24 v. Uber Technologies, Inc., et al.*<br>Case No: 3:25-cv-08858-CRB | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on October 15, 2025.

Dated: October 24, 2025

By: */s Sarah R. London*
Sarah R. London (State Bar No. 267083)
Andrew Kaufman (pro hac vice)
Maya Kalonia (State Bar No. 359755)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: slondon@girardsharp.com
Email: akaufman@girardsharp.com
Email: mkalonia@girardsharp.com

*Attorneys for Plaintiff GS24*