1  Laura Vartain Horn (SBN 258485)
   **KIRKLAND & ELLIS LLP**
2  555 California Street, Suite 2700
   San Francisco, CA 94104
3  Telephone: (415) 439-1625
   laura.vartain@kirkland.com
4
   Allison M. Brown (Admitted *Pro Hac Vice*)
5  **KIRKLAND & ELLIS LLP**
   2005 Market Street, Suite 1000
6  Philadelphia, PA 19103
   Telephone: (215) 268-5000
7  alli.brown@kirkland.com

8  Christopher V. Cotton (Admitted *Pro Hac Vice*)
   **SHOOK, HARDY & BACON L.L.P.**
9  2555 Grand Boulevard
   Kansas City, MO 64108
10 Telephone: (816) 474-6550
   ccotton@shb.com
11
   *Attorneys for Defendants*
12 UBER TECHNOLOGIES, INC., RASIER, LLC,
   And RASIER-CA, LLC
13

14                    **UNITED STATES DISTRICT COURT**

15                   **NORTHERN DISTRICT OF CALIFORNIA**

16                        **SAN FRANCISCO DIVISION**

17 | IN RE: UBER TECHNOLOGIES, INC., | Case No. 3:23-md-03084-CRB |
   | PASSENGER SEXUAL ASSAULT |  |
18 | LITIGATION | **DECLARATION OF CHRISTOPHER V.** |
   |  | **COTTON IN SUPPORT OF DEFENDANTS'** |
19 |  | **OPPOSITION TO MOTION TO** |
   | This Document Relates to: | **WITHDRAW AS COUNSEL OF RECORD** |
20 |  |  |
   | *M.A.Y. v. Uber Technologies, Inc., et al.,* |  |
21 | *3:25-cv-02107-CRB* | Judge:    Honorable Charles R. Breyer |

## DECLARATION OF CHRISTOPHER V. COTTON

I, Christopher V. Cotton, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Kansas City, Missouri. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Defendants") opposition to Peiffer Wolf Carr Kane Conway and Wise, LLP's ("Peiffer Wolf") motion to withdraw as counsel for Plaintiff M.A.Y.

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Defendants in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the State of Iowa, the Bar of the State of Missouri, and the Bar of the State of Wisconsin. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. Peiffer Wolf represents that it has had difficulty communicating with Plaintiff M.A.Y. since it was retained in October 2022. Yet counsel still filed a complaint raising serious sexual assault allegations against Uber in February 2025 and submitted an (unverified) Plaintiff Fact Sheet and Ride Information Form on her behalf in March 2025.

4. Plaintiff M.A.Y. failed to provide the verification for her Plaintiff Fact sheet that PTO 10 requires. ECF 438 at 5-7. Uber served Plaintiff M.A.Y. with a deficiency notice informing her of this failure on June 2, 2025.

I declare under penalty of perjury under the laws of the State of Missouri that the foregoing is true and correct. Executed on October 24, 2025, in Kansas City, Missouri.

**SHOOK, HARDY & BACON L.L.P.**

 /s/ Christopher V. Cotton

CHRISTOPHER V. COTTON
(admitted *Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.

2

DECLARATION OF CHRISTOPHER V. COTTON ISO DEFENDANTS' OPPOSITION
TO MOTION TO WITHDRAW AS COUNSEL OF RECORD

Case No. 3:23-md-03084-CRB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kansas City, MO 64108
Telephone: (816) 474-6550

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

3

DECLARATION OF CHRISTOPHER V. COTTON ISO DEFENDANTS' OPPOSITION
TO MOTION TO WITHDRAW AS COUNSEL OF RECORD

Case No. 3:23-md-03084-CRB