UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*All Cases* | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MOTION FOR SANCTIONS**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom: Courtroom G – 15th Floor |

Having considered Defendants' Administrative Motion to File Under Seal Portions of Motion for Sanctions, dated October 24, 2025, ECF ____ ("Motion to Seal"), the Court hereby ORDERS that the following materials remain under seal as stated in Defendants' Motion to Seal

| Document | Description | Defendants' Request |
|---|---|---|
| **Motion for Sanctions** | Redactions of confidential, non-public information regarding fee arrangement between Defendants and their outside counsel. | Seal in part (information reflecting fee arrangement between Defendants and outside counsel) |
| **Shortnacy Declaration** | Redactions of confidential, non-public information regarding fee arrangement between Defendants and their outside counsel. | Seal in part (information reflecting fee arrangement between Defendants and outside counsel) |
| **Exhibit A to the Shortnacy Declaration** | Redactions of confidential, non-public information regarding fee arrangement between Defendants and their outside counsel and billing details of work performed. | Seal in part (information reflecting fee arrangement between Defendants and outside counsel and narratives of work performed) |

**IT IS SO ORDERED.**

Dated:_____          _____

                                    Hon. Lisa J. Cisneros

                                    United States Magistrate Judge

[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MOTION FOR SANCTIONS
                                                                    Case No. 3:23-MD-3084-CRB