# EXHIBIT A

## Page 1

```
              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
                  SAN FRANCISCO DIVISION
                                    )
                                    )   23-MD-03084 CRB
                                    )
IN RE: UBER TECHNOLOGIES, INC.,     )   SAN FRANCISCO, CALIFORNIA
PASSENGER SEXUAL ASSAULT            )
LITIGATION.                         )   AUGUST 12, 2025
                                    )
_____)   PAGES 1 - 17

              TRANSCRIPT OF REMOTE PROCEEDINGS
         BEFORE THE HONORABLE LISA J. CISNEROS
              UNITED STATES MAGISTRATE JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFFS:    JOHNSON LAW GROUP
                       BY: BRET D. STANLEY
                       2925 RICHMOND AVENUE, SUITE 1700
                       HOUSTON, TEXAS 77098

                       CHAFFIN LUHANA
                       BY: STEVEN COHN
                       615 IRON CITY DRIVE
                       PITTSBURGH, PENNSYLVANIA 15205

FOR THE DEFENDANTS:    SHOOK, HARDY & BACON
                       BY: VERONICA GROMADA
                       JPMORGAN CHASE TOWER
                       600 TRAVIS STREET, SUITE 3400
                       HOUSTON, TEXAS 77002

                       KIRKLAND & ELLIS
                       BY: CHRISTOPHER COX
                       601 LEXINGTON AVENUE
                       NEW YORK, NEW YORK 10022

OFFICIAL COURT REPORTER:
                       IRENE L. RODRIGUEZ, CSR, RMR, CRR
                       CERTIFICATE NUMBER 8074

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

                 UNITED STATES COURT REPORTERS
```

## Page 2

SAN FRANCISCO, CALIFORNIA      AUGUST 12, 2025

P R O C E E D I N G S

(COURT CONVENED AT 11:35 A.M.)

THE CLERK: WE ARE CALLING 23-MD-03084, IN RE UBER TECHNOLOGIES, INC.

COUNSEL, PLEASE STATE YOUR APPEARANCES FOR THE RECORD BEGINNING WITH THE PLAINTIFF.

MR. STANLEY: BRET STANLEY ON BEHALF OF THE PLAINTIFF STEERING COMMITTEE AND JOHNSON LAW GROUP.

MR. COHN: STEVEN COHN ON BEHALF OF PLAINTIFFS.

MR. COX: ON BEHALF OF THE UBER DEFENDANTS, CHRISTOPHER COX, AND I'M WITH MY COLLEAGUE VERONICA GROMADA WITH SHOOK, HARDY BACON.

THE COURT: GOOD MORNING. GREAT.

SO WE HAVE TODAY A HEARING ON UBER'S MOTION FOR A PROTECTIVE ORDER, AND I'VE HAD AN OPPORTUNITY TO REVIEW THE BRIEFING AS WELL AS THE DECLARATIONS.

SO THIS TO ME JUST -- I'LL GIVE THE PARTIES AN OPPORTUNITY TO RESPOND TO MY TENTATIVE POSITION, WHICH IS THAT THE INFORMATION THAT IS CONTAINED IN THE OCTOBER SPREADSHEET IS CONFIDENTIAL INFORMATION, AND THAT'S BASED ON MY REVIEW OF MS. GROMADA'S DECLARATION AND THE EXCERPTS THAT SHE PROVIDED.

IT DOESN'T STRIKE ME AS GENERAL KNOWLEDGE.

BUT, MR. STANLEY, YOU CAN RESPOND TO THAT FURTHER.

SO LET'S START AT THAT POINT, AND THEN WE CAN GO FORWARD

## Page 3

AS FAR AS WHAT THE REMEDY IS IF I STICK WITH THAT POSITION.

MR. STANLEY: OKAY, JUDGE. BRET STANLEY ON BEHALF OF THE PLAINTIFFS.

I APPRECIATE THE TIME TO TALK WITH YOU ABOUT THIS ISSUE. IT'S SUPER IMPORTANT, AND IT'S SOMETHING THAT IS GOING TO BE AN ISSUE COMING UP IN MULTIPLE DIFFERENT CASES AS WE GO FORWARD OR COULD BE. SO WE LOOK FORWARD TO HEARING FROM YOU ON THIS.

I'D LIKE TO TAKE A STEP BACK AND LOOK AT HOW WE GOT HERE AND DISCUSS WITH YOU SOME OF THE RULINGS THAT YOU'VE MADE AND HOW WE GOT TO THIS POINT.

AND SO ON MAY 17TH, AS YOU KNOW, WE SENT, BASED ON THE PAPERS, WE SENT A REQUEST TO UBER FOR THEM TO PRODUCE KNOWLEDGE BASED POLICIES AND ARTICLES IN THIS MDL, AND THAT WAS FROM INFORMATION THAT I HAD GAINED ALONG THE WAY WHERE I IDENTIFIED THE POLICIES REQUESTED TO BE PRODUCED.

ALONG THAT TIME BEFORE, UBER HAD NOT IDENTIFIED KNOWLEDGE BASE AS A REPOSITORY OF INFORMATION AND HAD NOT PRODUCED POLICIES BASED ON GENERAL REQUESTS INSIDE OF THE MDL. AND SO WE HAD OUR FIRST HEARING ON THAT ON JULY 11TH, AND IN THAT HEARING --

THE COURT: SO THE HISTORY, MR. STANLEY, IT TOOK US A WHILE TO WORK THROUGH THOSE ISSUES AROUND THE PRODUCTION OF THE POLICIES.

BUT THE WAY I AM LOOKING AT THIS IS, IS THE INFORMATION THAT IS IN THE SPREADSHEETS, WHICH SEEMS TO HAVE BEEN

## Page 4

DISSEMINATED TO OTHERS OUTSIDE OF THIS LITIGATION, DOES IT REFLECT A REPRODUCTION OF INFORMATION THAT WAS CONTAINED IN UBER'S PRODUCTION AND DESIGNATED AS CONFIDENTIAL AND NOT DISPUTED, THE DESIGNATION WASN'T EVER DISPUTED BY THE PLAINTIFFS?

SO I THINK THAT -- I UNDERSTAND, LIKE, THE EXERCISE -- TO THE EXTENT THAT YOU'RE GIVING ME THE LARGER HISTORY SO THAT I UNDERSTAND WHY YOU ENDEAVORED TO PUT TOGETHER THE SPREADSHEETS, I THINK THAT'S UNDERSTANDABLE, BUT THE PART OF THE MATTER THAT I THINK I NEED TO FOCUS ON THIS WITH RESPECT TO THIS MOTION IS SIMPLY WAS THERE A DISCLOSURE OF INFORMATION THAT WAS DESIGNATED CONFIDENTIAL AND WHERE THE CONFIDENTIALITY DESIGNATION HAD NEVER BEEN DISPUTED.

MR. STANLEY: UNDERSTOOD.

THE COURT: THIS LOOKS LIKE NOT GENERALIZED INFORMATION THAT WAS IN THE SPREADSHEET, BUT IT LOOKS LIKE IT WAS LIKE BY HAND SORT OF TRANSCRIBED OR -- FROM THE FACE OF THESE DOCUMENTS.

SO IN THAT RESPECT, IT DOESN'T LOOK LIKE GENERALIZED INFORMATION TO ME.

MR. STANLEY: AND, JUDGE, I APPRECIATE THAT. AND I ==ENDEAVORED ALL I COULD TO MAINTAIN AND TO FOLLOW THE PROTECTIVE ORDER IN THE WAY THAT IT IS WRITTEN AND IN A WAY THAT IS REASONABLE FOR THE PRACTICE OF LAW==. SO THAT'S WHAT I INTENDED TO DO.

## Page 5

11:40AM 1   AND IN THIS VERY FIRST HEARING, YOU TALKED ABOUT HOW
11:40AM 2   IDENTIFYING THE POLICIES IS HELPFUL. AND WHEN I DID THAT THE
11:40AM 3   FIRST TIME BASED UPON THE INFORMATION THAT I HAD, IT WAS NOT
11:40AM 4   FOUND TO BE IN VIOLATION OF ANY PROTECTIVE ORDER.
11:40AM 5       THE PROTECTIVE ORDER THAT WE HAD IN THIS CASE WAS ALREADY,
11:40AM 6   WAS ALREADY ORDERED AND IN THE CASE AS EARLY AS DECEMBER I
11:40AM 7   THINK OF 2024. FIVE MONTHS LATER I PROVIDE THE IDENTIFICATION
11:40AM 8   OF THESE MATERIALS FROM PRIOR INFORMATION, AND I IDENTIFIED THE
11:40AM 9   CASE FROM WHICH THAT CAME FROM, AND IT CAME IN UNDER NO
11:40AM 10  OBJECTION.
11:40AM 11      AND THEN ALONG THE WAY WE CONTINUED TO IDENTIFY THESE,
11:40AM 12  THESE KNOWLEDGE BASED ARTICLES. I DID NOT SHARE ANY
11:40AM 13  INFORMATION FROM ANY OF THE KNOWLEDGE BASED ARTICLES WITH
11:40AM 14  ANYONE. I JUST IDENTIFIED THEM FOR PRODUCTION.
11:40AM 15      AND AS YOU SEE, PRACTICALLY THE WAY THAT IT HAS WORKED IS
11:40AM 16  UBER HAS WITHHELD THIS INFORMATION FROM OTHER LITIGATIONS AND
11:40AM 17  WITHOUT BEING ABLE TO IDENTIFY SOMETHING TO THEM TO PRODUCE,
11:41AM 18  THEY DON'T PRODUCE IT. THEY DIDN'T PRODUCE IT IN THIS MDL,
11:41AM 19  THEY DON'T PRODUCE IT IN OTHER LITIGATIONS OUTSIDE OF THE MDL.
11:41AM 20  SO BY SIMPLY IDENTIFYING IT, I'M NOT GIVING OR DIVULGING ANY OF
11:41AM 21  THE CONFIDENTIAL INFORMATION FROM THE DOCUMENT ITSELF. I'M
11:41AM 22  IDENTIFYING THE RECORD ITSELF IN HOPES THAT IT CAN AIM TO FIX
11:41AM 23  OR TO ASSIST IN THE PRODUCTION OF THESE DOCUMENTS.
11:41AM 24      THE COURT: AS THE DISCOVERY JUDGE IN THIS MDL, I'M
11:41AM 25  NOT IN A POSITION TO SORT OF EXERCISE -- YOU KNOW, ISSUE ANY

## Page 6

11:41AM 1   ORDERS OR MANAGE DISCOVERY IN ANY OTHER CASE OR TO TAKE STEPS
11:41AM 2   TO ENSURE THAT DISCOVERY THAT HAPPENS IN A DIFFERENT CASE WITH
11:41AM 3   UBER IS DONE AND IN ACCORDANCE WITH LAW. SO IT'S ALL -- IT IS
11:41AM 4   KIND OF IRRELEVANT TO THE QUESTION THAT I HAVE.
11:42AM 5       MR. STANLEY: OF COURSE.
11:42AM 6       THE COURT: MY UNDERSTANDING OF UBER'S MOTION IS
11:42AM 7   THAT THEY DON'T -- THEY'RE NOT ARGUING THAT IT'S A VIOLATION OF
11:42AM 8   THE PROTECTIVE ORDER FOR YOU TO HAVE CREATED A SPREADSHEET TO
11:42AM 9   ORGANIZE THE INFORMATION THAT YOU WERE REVIEWING AND FROM THEIR
11:42AM 10  PRODUCTIONS AND TO USE THAT WITHIN THE CONFINES OF THIS MDL.
11:42AM 11      WHAT THEY'RE OBJECTING TO IS THAT IT APPEARS THAT THE
11:42AM 12  SPREADSHEETS SOMEHOW WERE, YOU KNOW, DISSEMINATED TO OTHER,
11:42AM 13  OTHER ATTORNEYS IN OTHER CASES AND THAT HAD THE EFFECT OF
11:42AM 14  DISCLOSING THEIR CONFIDENTIAL MATERIAL.
11:42AM 15      AND THE NAME -- TO THE EXTENT THAT YOU'RE SAYING THAT
11:42AM 16  THERE WASN'T A VIOLATION BECAUSE ALL IT HAS IS THE NAMES, HERE
11:42AM 17  THE INFORMATION IS NOT JUST THE NAMES. IT'S SORT OF ALSO THE
11:43AM 18  SOURCE OF WHERE IT CAME FROM AND IT IS A REPRODUCTION OF
11:43AM 19  INFORMATION THAT IS ON THE FACE OF THESE DOCUMENTS THAT WERE
11:43AM 20  DESIGNATED AS CONFIDENTIAL.
11:43AM 21      AND ESI HAS A PROCESS FOR DISPUTING CONFIDENTIALITY
11:43AM 22  DESIGNATIONS WHERE THEY MIGHT BE OVERREACH ON THE PRODUCING
11:43AM 23  PARTY BY SAYING WHAT IS CONFIDENTIAL, BUT WE NEVER HAD THAT
11:43AM 24  ISSUE BROUGHT TO MY ATTENTION. NONE OF THOSE DISPUTES WERE IN
11:43AM 25  FRONT OF ME. SO, LIKE, ON THE RECORD OF THIS, MAYBE YOU WOULD

## Page 7

11:43AM 1   HAVE HAD A CASE TO ARGUE THAT NAMES ALONE ARE NOT CONFIDENTIAL.
11:43AM 2   I DON'T -- I WOULDN'T PREJUDGE, YOU KNOW, WHAT MY RULING WOULD
11:43AM 3   BE IN THAT KIND OF A DISPUTE, BUT AT THIS POINT THE
11:43AM 4   DESIGNATIONS OF THOSE DOCUMENTS WAS NOT CONTESTED.
11:44AM 5       SO LET ME LET --
11:44AM 6       MR. STANLEY: MAY I ASK -- MAY I MAKE ONE FINAL
11:44AM 7   POINT BEFORE?
11:44AM 8       AND SO THE WAY THAT THE MOTION IS WRITTEN FROM THE UBER
11:44AM 9   DEFENDANTS APPEARS TO BE THAT EVEN USE OF THE WORD KNOWLEDGE
11:44AM 10  BASE, WHICH IS SOMETHING IN MY GENERAL KNOWLEDGE, OR EVEN USE
11:44AM 11  OF THE WORD KNOWLEDGE BASE HOME PAGE, ALL OF THAT, WHICH IS
11:44AM 12  INFORMATION THAT I'VE HAD BEFORE AND INFORMATION THAT WAS IN
11:44AM 13  THIS LITIGATION, IT'S INFORMATION THAT IS RELEVANT AND
11:44AM 14  NECESSARY WOULD ALSO BE IN VIOLATION OF THE PROTECTIVE ORDER.
11:44AM 15      AND SO THEY ARE STRANDING AND STRAINING THIS PROTECTIVE
11:44AM 16  ORDER TO SUCH AN EXTENT TO PULL ALL, ALL WORDS USED IN ANY OF
11:44AM 17  UBER'S PRODUCTION UNDER THE AMBIT OF THE ORDER.
11:44AM 18      SO WHEN WE LOOK AT THE LANGUAGE OF THE ORDER, IT
11:44AM 19  ADMONISHES SO THAT THE ORDER IS NOT USED AS A SOURCE SO THAT IT
11:44AM 20  CAN PULL ALL OF THIS INFORMATION UNDER THE AMBIT OF THE ORDER
11:45AM 21  IN THE WAY THAT IT'S NOT DISCLOSING INFORMATION.
11:45AM 22      I WOULD ALSO SAY THAT THE CASE LAW THAT THEY CITED IN EACH
11:45AM 23  OF THEIR CASES, IT'S ALL BASED ON WHETHER OR NOT SOMEONE USED
11:45AM 24  INFORMATION TO GAIN ADDITIONAL INFORMATION TO FILE A NEW
11:45AM 25  LAWSUIT. THAT'S WHAT EVERY ONE OF THEIR CASES THAT THEY CITE

## Page 8

11:45AM 1   TO, WHETHER IT'S IN A PATENT CASE OR SOME SORT OF AN
11:45AM 2   INFRINGEMENT CASE, THEY LEARNED OF ADDITIONAL INFORMATION, ALL
11:45AM 3   OF THESE LAWYERS LEARNED OF ADDITIONAL INFORMATION FROM A PRIOR
11:45AM 4   LITIGATION AND WENT AND SOUGHT NEW CLAIMS.
11:45AM 5       IT WOULD BE SIMILAR TO IF I, AFTER TAKING THE DEPOSITION
11:45AM 6   OF JOE SULLIVAN, WHO WAS THE CHIEF SECURITY OFFICER, UNDERSTOOD
11:45AM 7   THAT THERE WAS A DATA BREACH THAT UBER WAS INVOLVED IN SEVERAL
11:45AM 8   YEARS AGO, AND THEN WENT AND SOUGHT DATABASE BREACH CASES
11:45AM 9   BECAUSE I GOT THAT INFORMATION. AND THAT'S NOT, THAT'S NOT
11:45AM 10  WHAT HAS HAPPENED.
11:45AM 11      THESE CASES, NONE OF THE COMPLAINTS THAT ARE IN THESE
11:45AM 12  CASES WERE FILED IN A WAY THAT USE ANY INFORMATION THAT WAS
11:46AM 13  PROTECTED, AND SO THE -- ONE OF THE CASES THAT I DO THINK THAT
11:46AM 14  UBER DISPUTED THAT IS NOT ON POINT IS THE DUPRE CASE WHERE THE
11:46AM 15  COURT FOUND THAT BY STRETCHING THE TERM "USE" IT WAS PREVENTING
11:46AM 16  A LARGE PRACTICING LAW, AND THAT WAS AGAINST THE ETHICAL RULES
11:46AM 17  THAT ARE ALSO INVOLVED AND THEY'RE ALSO AT HAND IN CALIFORNIA.
11:46AM 18  IT'S RULE 5.6(B), I BELIEVE, OF THE ETHICAL RULES IN CALIFORNIA
11:46AM 19  AS WELL.
11:46AM 20      SO THAT CASE IS ON POINT, TOO, OF WHAT I'M ASKING TO DO.
11:46AM 21      THE COURT: TO THE EXTENT THAT YOU'RE ARGUING, OKAY,
11:46AM 22  WELL, THIS WASN'T USED TO FILE, THIS PARTICULAR INFORMATION
11:46AM 23  WASN'T USED TO FILE NEW CASES OR SO FORTH, IT DOESN'T STRIKE ME
11:46AM 24  AS BEING RELEVANT TO THE DECISION I HAVE TO MAKE ON THIS
11:46AM 25  MOTION. IT'S JUST WAS THERE INFORMATION THAT WAS DESIGNATED

### Page 9

| | | |
|---|---|---|
|11:47AM|1|CONFIDENTIAL AND WAS IT DISCLOSED? I DON'T ANALYZE WHAT THAT|
|11:47AM|2|WAS -- WHETHER OR NOT, YOU KNOW, HOW THAT INFORMATION WAS USED|
|11:47AM|3|AT A LATER POINT.|
|11:47AM|4|    MAYBE THAT WOULD BEAR ON SOME ISSUE LIKE A REMEDY OR|
|11:47AM|5|SOMETHING LIKE THAT, BUT JUST TO FIGURE OUT WHETHER OR NOT|
|11:47AM|6|THERE WAS A VIOLATION OF THE PROTECTIVE ORDER, I DON'T -- IT|
|11:47AM|7|DOESN'T SEEM LIKE MOTIVATIONS OR THE SUBSEQUENT USE OR MANNER|
|11:47AM|8|OF USE IS RELEVANT.|
|11:47AM|9|    SO IT'S -- WHEN YOU LOOK AT MS. GROMADA'S DECLARATION,|
|11:47AM|10|IT'S LAID OUT IN A VERY CLEAR, STRAIGHTFORWARD WAY TO SHOW WHAT|
|11:47AM|11|WAS IN THE DESIGNATED -- IN A PARTICULAR EXEMPLAR DOCUMENT THAT|
|11:47AM|12|HAD BEEN DESIGNATED CONFIDENTIAL. I MEAN, YOU LOOK AT|
|11:47AM|13|PARAGRAPH 15, IT LAYS THAT INFORMATION OUT, AND THEN IT HAS AN|
|11:48AM|14|EXCERPT FROM YOUR -- AN EXCERPT FROM YOUR SPREADSHEET, AND IT'S|
|11:48AM|15|JUST, IT REALLY IS CLEAR TO ME THAT IT'S EFFECTIVELY A|
|11:48AM|16|DISCLOSURE OF THE FULL CONTENT OF THE PAGE.|
|11:48AM|17|    SO I DON'T -- MAYBE YOU'VE GOT A DIFFERENT VIEW OF THAT,|
|11:48AM|18|BUT --|
|11:48AM|19|    MR. STANLEY: AND I DO, JUDGE. IT APPEARS THAT IT|
|11:48AM|20|IS MAKING -- SO IT'S AS IF THAT I SHOWED THE ACTUAL DOCUMENTS.|
|11:48AM|21|IT'S AS IF THAT I SHOWED THE HOME PAGE DOCUMENTS. THAT'S THE|
|11:48AM|22|WAY THAT HER PLEADINGS READ TO ME IS THAT THERE'S THIS VIRTUAL|
|11:48AM|23|OR INTERNAL ELECTRONIC FILING CABINET THAT I'M SHOWING TO|
|11:48AM|24|PEOPLE, AND I'M JUST IDENTIFYING THE DOCUMENT.|
|11:48AM|25|    THE COURT: BUT IF YOU TYPE IT INTO YOUR OWN LITTLE|

### Page 10

| | | |
|---|---|---|
|11:48AM|1|SPREADSHEET AND THE MATERIAL IS IDENTICAL, IT'S KIND OF LIKE|
|11:48AM|2|THIS -- TO ME IT'S THE SAME THING, EVEN IF YOU DIDN'T PRINT OUT|
|11:49AM|3|A COPY OF THAT PAGE FROM THE PRODUCTION, IT STILL ENDS UP|
|11:49AM|4|DISCLOSING THE MATERIAL.|
|11:49AM|5|    AND SO I DON'T -- IT'S -- I THINK -- I JUST FEEL LIKE THIS|
|11:49AM|6|IS A POINT WHERE THE RECORD IS SO CLEAR THAT -- I MEAN, YOU|
|11:49AM|7|MIGHT HAVE ARGUMENTS AS TO WHAT THE HARM ACTUALLY IS, BUT I|
|11:49AM|8|THINK IT'S REALLY DIFFICULT FOR ME TO GET AROUND THAT.|
|11:49AM|9|    MR. STANLEY: WELL, I GUESS THE LAST THING I'LL SAY|
|11:49AM|10|ON THIS BECAUSE I'M HEARING YOU, JUDGE, I'M HEARING YOU, BUT|
|11:49AM|11|THE PROTECTIVE ORDER MUST COMPLY WITH THE COMMON SENSE READING|
|11:49AM|12|AND MUST CONNECT ITS PURPOSE WITH THE PROHIBITIONS. AND IS THE|
|11:49AM|13|PURPOSE OF THE PROTECTIVE ORDER TO PREVENT AN ATTORNEY WITH|
|11:49AM|14|EXTENSIVE INFORMATION AND KNOWLEDGE FROM PURSUING ANY|
|11:49AM|15|LITIGATION AGAINST UBER IN THE FUTURE?|
|11:50AM|16|    AND THAT'S, THAT'S PRETTY MUCH WHAT IS GOING TO BE DONE|
|11:50AM|17|WITH THIS ORDER IS IT'S GOING TO PREVENT ME FROM ASKING FOR|
|11:50AM|18|DOCUMENTS IN ANY WAY OTHER THAN SOME VERY GENERALIZED REQUEST|
|11:50AM|19|THAT WE KNOW BOTH INSIDE THE MDL AND OUTSIDE OF THE MDL UBER|
|11:50AM|20|WILL NOT RESPOND TO WITH A SUBSTANTIVE RESPONSE.|
|11:50AM|21|    AND SO WE DO NEED TO GO FORWARD THEN. AND THEN HOW ARE WE|
|11:50AM|22|TO PRACTICE LAW AFTER THIS MDL OR OUTSIDE OF THIS MDL IF WE|
|11:50AM|23|CANNOT REQUEST DOCUMENTS IN A WAY THAT WILL RESULT IN THEM|
|11:50AM|24|BEING PRODUCED? BECAUSE IT TOOK US A YEAR INSIDE OF THIS MDL,|
|11:50AM|25|MONTH AFTER MONTH AFTER MONTH AFTER MONTH, AT LEAST SIX TIMES|

### Page 11

| | | |
|---|---|---|
|11:50AM|1|FOR US TO GET THESE DOCUMENTS PRODUCED, AND THAT WAS A GREAT|
|11:50AM|2|BENEFIT TO HAVE YOUR TIME AND YOUR ABILITY TO BE WITH US AND TO|
|11:50AM|3|SEE THIS DOCUMENT PRODUCTION. AND WE DON'T GET THAT BENEFIT IN|
|11:51AM|4|INDIVIDUAL STATE COURT CASES WHERE WE GET TO COME UP EVERY|
|11:51AM|5|MONTH AND ARGUE. THAT'S SOMETHING THAT IS PARTICULAR TO MDL'S|
|11:51AM|6|AND THE DISCOVERY PROCESS HERE.|
|11:51AM|7|    SO THIS WILL DEFINITELY PREVENT THE PRACTICE OF LAW AND|
|11:51AM|8|MAKE IT ALMOST IMPOSSIBLE TO GET DOCUMENTS IN A TIMEFRAME WHERE|
|11:51AM|9|WE CAN GET THESE CASES, GET THE DISCOVERY FROM THE CASES, AND|
|11:51AM|10|LITIGATE THEM IN A WAY THAT IS APPROPRIATE FOR OUR CLIENTS.|
|11:51AM|11|    THE COURT: I GUESS A COUPLE OF THOUGHTS. I DON'T|
|11:51AM|12|THINK THAT THE PROTECTIVE ORDER OR MY RULING ON THE PENDING|
|11:51AM|13|MOTION WILL PRECLUDE ATTORNEYS FROM PRACTICING LAW OR FILING|
|11:52AM|14|FUTURE LAWSUITS OR LITIGATING AGAINST UBER IN GENERAL.|
|11:52AM|15|    I THINK THAT IT WOULD -- I HEAR WHAT YOU'RE SAYING,|
|11:52AM|16|MR. STANLEY, IN EFFECT IT WOULD -- GIVEN THE DIRECTION THAT I'M|
|11:52AM|17|INCLINED TO GO, IT WOULD DEPRIVE PLAINTIFFS' COUNSEL OF A|
|11:52AM|18|CERTAIN ADVANTAGE IN DISCOVERY IN OTHER CASES, BUT THE FACT OF|
|11:52AM|19|THE MATTER IS THAT THERE WAS A PROTECTIVE ORDER THAT WAS|
|11:52AM|20|STIPULATED TO. WE'VE GOT ESI PROTOCOLS. WE HAVE ALL OF THE|
|11:52AM|21|PROCEDURES THAT WERE ASSOCIATED WITH THE PROTECTIVE ORDER,|
|11:52AM|22|INCLUDING AN OPPORTUNITY, A PROCESS BY WHICH TO CHALLENGE THE|
|11:52AM|23|DESIGNATION OF A DOCUMENT AS CONFIDENTIAL.|
|11:52AM|24|    AND SO -- AND THERE'S WAYS TO LITIGATE THAT ISSUE TO SAY|
|11:53AM|25|THAT A DESIGNATING PARTY IS BEING OVERBROAD AND DESIGNATED|

### Page 12

| | | |
|---|---|---|
|11:53AM|1|THINGS THAT ARE CONFIDENTIAL THAT WOULDN'T IT REVEAL TO THE|
|11:53AM|2|PUBLIC HARM, A COMPETITIVE ADVANTAGE FOR THE COMPANY IN THE|
|11:53AM|3|MARKET?|
|11:53AM|4|    BUT THAT WAS NEVER BROUGHT TO THE FLOOR, AND THAT IS|
|11:53AM|5|SOMETHING THAT EXISTS IN THE PROCESSES THAT ARE PART OF THIS|
|11:53AM|6|MDL AND COULD BE NEGOTIATED.|
|11:53AM|7|    SO ANYWAY, I JUST THINK THAT THAT'S ONE WAY TO ADDRESS THE|
|11:53AM|8|CONCERNS THAT I THINK YOU'RE VOICING, WHICH IS THAT THE|
|11:53AM|9|POSSIBILITY THAT A PROTECTIVE ORDER IS MISUSED OR USED IN A WAY|
|11:53AM|10|THAT IS NOT INTENDED FOR THE PRINCIPLES THAT UNDERLIE|
|11:53AM|11|PROTECTIVE ORDERS BEING ADOPTED IN LITIGATION.|
|11:54AM|12|    AND I THINK THE OTHER, YOU KNOW, POSSIBILITY IS SIMPLY|
|11:54AM|13|THAT ON THE FRONT END YOU TELL UBER THAT YOU WOULD LIKE|
|11:54AM|14|PERMISSION TO MAKE A DISCLOSURE, AND THEY CAN OBJECT OR NOT|
|11:54AM|15|OBJECT, AND MAYBE THERE'S SOME INTEREST ON THE PART OF UBER TO|
|11:54AM|16|NOT OBJECTING TO THE EXTENT IT SPEEDS UP AND MAKES MORE|
|11:54AM|17|EFFICIENT DISCOVERY PROCESS OVERALL AND SO YOU DON'T END UP|
|11:54AM|18|USING LOTS OF ATTORNEY TIME TO FIGURE OUT WHAT IS WHAT AND WHAT|
|11:54AM|19|SHOULD BE -- WHAT THE RELEVANT POLICIES ARE AND SO FORTH.|
|11:54AM|20|    BUT IT WOULD BE SOMETHING THAT YOU GO TO UBER AT THE FRONT|
|11:54AM|21|END AND ASK ABOUT PERMISSION TO DISCLOSE.|
|11:54AM|22|    SO I THINK THERE'S WAYS TO DEAL WITH THESE CONCERNS THAT|
|11:54AM|23|YOU'RE RAISING, AND I HAVE A VERY LIMITED QUESTION THAT'S IN|
|11:54AM|24|FRONT OF ME WITH THIS PROTECTIVE ORDER.|
|11:55AM|25|    MR. STANLEY: UNDERSTOOD, JUDGE. AND ASKING FOR|

## 13

| | | |
|---|---|---|
| 11:55AM | 1 | PERMISSION TO REQUEST THESE DOCUMENTS VERBALLY ALWAYS END IN A |
| 11:55AM | 2 | NO, SO THAT'S PROBABLY GOING TO RESULT IN US COMING BACK TO YOU |
| 11:55AM | 3 | OVER AND OVER IN SPECIFIC CASES OR AT LEAST IN SOME WAY TO |
| 11:55AM | 4 | UNDERSTAND HOW WE CAN IDENTIFY DOCUMENTS TO ASSIST IN |
| 11:55AM | 5 | PRODUCTION FROM THIS LITIGATION. |
| 11:55AM | 6 | AND SO I'M ALSO WORRIED THAT IN THE NEXT TEN CASES THAT I |
| 11:55AM | 7 | FILE AGAINST UBER, THAT FOR VARIOUS REASONS OF HARM TO |
| 11:55AM | 8 | INDIVIDUALS, THAT I'M GOING TO NEED TO JAM YOUR DOCKET UP, COME |
| 11:55AM | 9 | BACK AND REQUEST USE FROM THIS WHEN UBER DOES NOT PERMIT ME TO |
| 11:55AM | 10 | REQUEST DOCUMENTS IN THIS MANNER.  SO THAT'S ALSO A CONCERN |
| 11:55AM | 11 | THAT I HAVE, AND ESPECIALLY WHEN IDENTIFYING THE DOCUMENTS WAS |
| 11:55AM | 12 | HELPFUL TO THE PROCESS INSIDE OF THE MDL, DOCUMENTS THAT I HAD |
| 11:56AM | 13 | KNOWLEDGE OF BEFORE THE MDL WHEN I DID IT THE SAME WAY THAT |
| 11:56AM | 14 | THIS IS GOING TO BE SOMETHING THAT IS GOING TO BE RECURRING. |
| 11:56AM | 15 | AND SO WHEN WE HAVE TO GO FORWARD ON WHAT WE SHOULD DO, THAT'S |
| 11:56AM | 16 | SOMETHING THAT I JUST WANT YOU TO BE AWARE OF. |
| 11:56AM | 17 | THE COURT:  I MEAN, MAYBE YOU SHOULD BE ADJUSTING |
| 11:56AM | 18 | YOUR EXPECTATIONS ABOUT WHAT YOU CAN DO WITH INFORMATION THAT |
| 11:56AM | 19 | YOU HAVE LEARNED IN THE MDL. |
| 11:56AM | 20 | THE FACT OF THE MATTER IS THAT THIS DISCOVERY PROCESS |
| 11:56AM | 21 | INVOLVED UBER DISCLOSING AN IMMENSE AMOUNT OF INFORMATION IN |
| 11:56AM | 22 | RESPONSE TO PLAINTIFFS' FAR REACHING DISCOVERY REQUESTS AND A |
| 11:56AM | 23 | LOT OF INFORMATION THAT WAS CONFIDENTIAL OR PROPRIETARY OR |
| 11:56AM | 24 | SENSITIVE TO THE COMPANY HAD COME INTO PLAY AS PART OF THE |
| 11:56AM | 25 | DISCOVERY PROCESS, AND THE PURPOSE OF THE PROTECTIVE ORDER WAS |

## 14

| | | |
|---|---|---|
| 11:57AM | 1 | TO GIVE THEM SOME CONFIDENCE AND ASSURANCE THAT THIS |
| 11:57AM | 2 | INFORMATION WOULD NOT GET RELEASED FOR PURPOSES OTHER THAN -- |
| 11:57AM | 3 | OR USED FOR PURPOSES OTHER THAN ADVANCING THIS MDL. |
| 11:57AM | 4 | DISCOVERY IN THIS MDL IS FOR THIS MDL, AND TO THE EXTENT |
| 11:57AM | 5 | THAT IT CROSSES OVER IN WAYS THAT THE COURT HAS SANCTIONED FOR |
| 11:57AM | 6 | THE JCCP, THERE'S THAT, BUT THERE IS A LARGER UNIVERSE OF |
| 11:57AM | 7 | LITIGATION AGAINST UBER I'M SURE FOR ALL DIFFERENT TYPES OF |
| 11:57AM | 8 | CASES, BUT THAT IS NOT WHAT THE PURPOSE OF THE PROTECTIVE ORDER |
| 11:57AM | 9 | HERE WAS.  IT WAS TO DEAL WITH DISCOVERY IN THIS CASE AND TO |
| 11:57AM | 10 | SIMPLIFY THE PROCESS AND GIVE ASSURANCES TO PARTIES INVOLVED |
| 11:57AM | 11 | THAT THEIR INFORMATION, THEIR CONFIDENTIAL INFORMATION OR |
| 11:58AM | 12 | HIGHLY CONFIDENTIAL INFORMATION WOULD BE USED FOR OTHER |
| 11:58AM | 13 | PURPOSES. |
| 11:58AM | 14 | ATTORNEYS BECOME EXPERTS IN INDUSTRIES AND ON CERTAIN |
| 11:58AM | 15 | COMPANIES AND THERE'S A GENERAL KNOWLEDGE THAT DEVELOPS, BUT |
| 11:58AM | 16 | WHEN YOU SEE A REPRODUCTION LIKE WHAT MS. GROMADA LAID OUT, IT |
| 11:58AM | 17 | SEEMS PRETTY STRAIGHTFORWARD THAT A DISCLOSURE OCCURRED. |
| 11:58AM | 18 | SO THAT -- LET'S MOVE ON TO THE -- WHERE DO WE GO FROM |
| 11:58AM | 19 | HERE AND WHAT IS THE ORDER? |
| 11:58AM | 20 | IT DOESN'T SEEM -- TO ME IT SEEMS PRETTY STRAIGHTFORWARD |
| 11:58AM | 21 | AS FAR AS WHAT UBER IS ASKING AS FAR AS YOU IDENTIFYING TO WHOM |
| 11:58AM | 22 | YOU HAVE GIVEN THIS INFORMATION.  I THINK ONE ASPECT THAT I WAS |
| 11:58AM | 23 | A LITTLE UNCLEAR ABOUT, THOUGH, WAS WHAT EXACTLY IS THE |
| 11:59AM | 24 | DEFINITION OF A CONFIDENTIAL AND THEN THERE'S -- YOU HAD |
| 11:59AM | 25 | ANOTHER SPREADSHEET THAT CONTAINED 326 POLICY RELATED |

## 15

| | | |
|---|---|---|
| 11:59AM | 1 | RESOURCES.  AND THAT WAS NOT -- UBER DIDN'T ARGUE THAT THAT WAS |
| 11:59AM | 2 | CONFIDENTIAL INFORMATION.  SO ON THE OTHER HAND, YOUR LATER |
| 11:59AM | 3 | SPREADSHEET FROM OCTOBER OF 2024 HAD 860 POLICIES OR POLICY |
| 11:59AM | 4 | SOURCES.  SO THERE'S A DELTA THERE, AND THAT SEEMS TO BE WHAT |
| 11:59AM | 5 | IS OF CONCERN TO UBER IN THIS MOTION. |
| 11:59AM | 6 | BUT I GOT CONFUSED BY SOME OF THE NUMBERS AND ALSO THE -- |
| 11:59AM | 7 | WHETHER OR NOT THERE IS A -- I DON'T THINK THAT THERE IS A |
| 12:00PM | 8 | SUFFICIENTLY TAILORED AND CLEAR DEFINITION OF CONFIDENTIAL |
| 12:00PM | 9 | INFORMATION SO THAT OTHER ATTORNEYS CAN SORT OF BE AWARE OF |
| 12:00PM | 10 | WHAT CAN BE DISCLOSED GOING FORWARD. |
| 12:00PM | 11 | SO I WAS INCLINED TO SEND YOU ALL TO MEET AND CONFER AND |
| 12:00PM | 12 | DEAL WITH THE PROPOSED ORDER, AND SUBMIT A REVISED PROPOSED |
| 12:00PM | 13 | ORDER THAT IS CLEARER. |
| 12:00PM | 14 | MR. COX:  YOUR HONOR, IF I COULD ADDRESS THAT, I'M |
| 12:00PM | 15 | HAPPY TO MEET AND CONFER IF THAT'S WHAT YOU WOULD LIKE US TO |
| 12:00PM | 16 | DO. |
| 12:00PM | 17 | BUT THE CONFIDENTIAL INFORMATION IS DEFINED IN THE BRIEF |
| 12:00PM | 18 | IN SUPPORT OF OUR MOTION, AND IT IS THE 587 ROWS ON |
| 12:00PM | 19 | MR. STANLEY'S OCTOBER 2024 SPREADSHEET THAT ARE IDENTIFIABLE |
| 12:00PM | 20 | WITH MDL BATES NUMBERS. |
| 12:01PM | 21 | SO THAT'S HOW WE'RE DEFINING CONFIDENTIAL INFORMATION AS |
| 12:01PM | 22 | USED IN THE PROPOSED ORDER, BUT I ACTUALLY -- IN DISCUSSIONS IN |
| 12:01PM | 23 | PREPARING FOR THIS HEARING, I WANTED TO CLARIFY MY OWN |
| 12:01PM | 24 | UNDERSTANDING OF THAT, SO I APPRECIATE YOUR HONOR ASKING THE |
| 12:01PM | 25 | QUESTION.  AND IF YOU WOULD LIKE US TO MEET AND CONFER AND |

## 16

| | | |
|---|---|---|
| 12:01PM | 1 | SUBMIT A PROPOSED ORDER OR JUST SUBMIT A PROPOSED ORDER, A |
| 12:01PM | 2 | REVISED PROPOSED ORDER, WE'RE HAPPY TO DO THAT. |
| 12:01PM | 3 | I'M SORRY, I DON'T THINK WE CAN HEAR YOU AGAIN.  I'M |
| 12:01PM | 4 | SORRY. |
| 12:01PM | 5 | THE COURT:  AND THAT SEEMS OFF BECAUSE THE |
| 12:01PM | 6 | SPREADSHEET HAD 860 AND THEN THAT WAS THE OCTOBER SPREADSHEET |
| 12:01PM | 7 | HAD 860.  THE MAY SPREADSHEET HAD 326.  SO IF YOU SUBTRACT, |
| 12:02PM | 8 | THEN THAT IS, THAT IS 534 POLICIES. |
| 12:02PM | 9 | BUT THE BRIEFING REFERS TO 586.  SO IT'S NOT CLEAR WHAT |
| 12:02PM | 10 | THAT'S REFERRING TO. |
| 12:02PM | 11 | MR. COX:  SO ONE OF THE REASONS I WENT INTO LAW IS |
| 12:02PM | 12 | BECAUSE OF MY MATH SKILLS.  SO LET US CONFER ON THAT AND MAKE |
| 12:02PM | 13 | SURE THAT WE HAVE THE NUMBERS CORRECT, BUT WE ARE, AS |
| 12:02PM | 14 | YOUR HONOR OBSERVED IN CONNECTION WITH LOOKING AT MS. GROMADA'S |
| 12:02PM | 15 | DECLARATION AND THE DOCUMENT, YOU KNOW, SOME OF THE UNDERLYING |
| 12:02PM | 16 | MATERIALS THAT WERE PRODUCED IN THE MDL AS COMPARED TO THE |
| 12:02PM | 17 | SPREADSHEET, WE ARE -- THE ASSERTION IS THAT IT'S, IT'S -- THE |
| 12:03PM | 18 | BATES NUMBERED MATERIALS THAT ARE REFERENCED.  SO WE CAN DEFINE |
| 12:03PM | 19 | THAT MORE CLEARLY FOR YOUR HONOR. |
| 12:03PM | 20 | THE COURT:  OKAY.  LET'S DO THIS.  I'M DIRECTING THE |
| 12:03PM | 21 | PARTIES TO FILE EITHER A JOINT PROPOSED -- A REVISED JOINT |
| 12:03PM | 22 | PROPOSED ORDER WITHIN THREE DAYS OR IF YOU DON'T HAVE AN |
| 12:03PM | 23 | AGREEMENT AS TO WHAT THAT PROPOSED ORDER SHOULD LOOK LIKE, FILE |
| 12:03PM | 24 | YOUR SEPARATE PROPOSED ORDERS.  AND PLAINTIFFS, BY FILING THE |
| 12:03PM | 25 | PROPOSED ORDERS WITHIN THREE DAYS, YOU'RE NOT WAIVING YOUR |

| | | |
|---|---|---|
| 12:03PM | 1 | OBJECTIONS TO MY RULING FROM THE BENCH TODAY THAT THERE WAS A |
| 12:03PM | 2 | VIOLATION OF THE PROTECTIVE ORDER IN THIS CASE AND BASED ON THE |
| 12:03PM | 3 | RECORD THAT I'VE REVIEWED AND FOR THE REASONS THAT I'VE |
| 12:03PM | 4 | EXPLAINED TODAY. |
| 12:03PM | 5 | AND IT'S NOT WAIVING YOUR RIGHT TO APPEAL THAT ORDER IF |
| 12:04PM | 6 | YOU DISAGREE AND WISH TO APPEAL IT TO JUDGE BREYER. |
| 12:04PM | 7 | MR. STANLEY:  UNDERSTOOD. |
| 12:04PM | 8 | THE COURT:  OKAY.  ALL RIGHT. |
| 12:04PM | 9 | SO I DON'T THINK THERE'S ANYTHING FURTHER THAT WE NEED TO |
| 12:04PM | 10 | DO TODAY. |
| 12:04PM | 11 | MS. GROMADA:  THANK YOU, YOUR HONOR. |
| 12:04PM | 12 | MR. COHN:  THANK YOU, YOUR HONOR. |
| 12:04PM | 13 | MR. STANLEY:  THANK YOU. |
| 12:04PM | 14 | MR. COX:  THANK YOU. |
| 12:04PM | 15 | THE CLERK:  COURT IS NOW ADJOURNED. |
| 12:04PM | 16 | (COURT CONCLUDED AT 12:04 P.M.) |

UNITED STATES COURT REPORTERS

### 1

**1** [1] - 1:7
**10022** [1] - 1:21
**11:35** [1] - 2:3
**11TH** [1] - 3:19
**12** [2] - 1:6, 2:1
**12:04** [1] - 17:16
**15** [1] - 9:13
**15205** [1] - 1:15
**17** [1] - 1:7
**1700** [1] - 1:12
**17TH** [1] - 3:11

### 2

**2024** [3] - 5:7, 15:3, 15:19
**2025** [2] - 1:6, 2:1
**23-MD-03084** [2] - 1:4, 2:4
**2925** [1] - 1:12

### 3

**326** [2] - 14:25, 16:7
**3400** [1] - 1:18

### 5

**5.6(B** [1] - 8:18
**534** [1] - 16:8
**586** [1] - 16:9
**587** [1] - 15:18

### 6

**600** [1] - 1:18
**601** [1] - 1:21
**615** [1] - 1:15

### 7

**77002** [1] - 1:19
**77098** [1] - 1:13

### 8

**8074** [1] - 1:24
**860** [3] - 15:3, 16:6, 16:7

### A

**A.M** [1] - 2:3
**ABILITY** [1] - 11:2
**ABLE** [1] - 5:17
**ABOUT** [5] - 3:4, 5:1, 12:21, 13:18, 14:23
**ACCORDANCE** [1] - 6:3
**ACTUAL** [1] - 9:20
**ACTUALLY** [2] - 10:7, 15:22
**ADDITIONAL** [3] - 7:24, 8:2, 8:3
**ADDRESS** [2] - 12:7, 15:14
**ADJOURNED** [1] - 17:15
**ADJUSTING** [1] - 13:17
**ADMONISHES** [1] - 7:19
**ADOPTED** [1] - 12:11
**ADVANCING** [1] - 14:3
**ADVANTAGE** [2] - 11:18, 12:2
**AFTER** [5] - 8:5, 10:22, 10:25
**AGAIN** [1] - 16:3
**AGAINST** [5] - 8:16, 10:15, 11:14, 13:7, 14:7
**AGO** [1] - 8:8
**AGREEMENT** [1] - 16:23
**AIM** [1] - 5:22
**ALL** [13] - 4:22, 6:3, 6:16, 7:11, 7:16, 7:20, 7:23, 8:2, 11:20, 14:7, 15:11, 17:8
**ALMOST** [1] - 11:8
**ALONE** [1] - 7:1
**ALONG** [3] - 3:14, 3:16, 5:11
**ALREADY** [2] - 5:5, 5:6
**ALSO** [8] - 6:17, 7:14, 7:22, 8:17, 13:6, 13:10, 15:6
**ALWAYS** [1] - 13:1
**AM** [1] - 3:24
**AMBIT** [2] - 7:17, 7:20
**AMOUNT** [1] - 13:21
**AN** [11] - 2:16, 2:18, 3:5, 7:16, 8:1, 9:13, 9:14, 10:13, 11:22, 13:21, 16:22
**ANALYZE** [1] - 9:1
**AND** [124] - 2:9, 2:12, 2:16, 2:21, 2:22, 2:25, 3:5, 3:8, 3:9, 3:11, 3:13, 3:17, 3:18, 3:19, 4:3, 4:12, 4:21, 4:22, 4:23, 5:1, 5:2, 5:6, 5:8, 5:9, 5:11, 5:15, 5:16, 6:3, 6:9, 6:10, 6:13, 6:15, 6:18, 6:21, 7:8, 7:12, 7:13, 7:15, 8:4, 8:8, 8:9, 8:13, 8:16, 8:17, 9:1, 9:13, 9:14, 9:19, 9:24, 10:1, 10:5, 10:12, 10:14, 10:16, 10:19, 10:21, 11:1, 11:2, 11:3, 11:5, 11:6, 11:7, 11:9, 11:24, 11:25, 12:4, 12:6, 12:12, 12:14, 12:15, 12:16, 12:17, 12:18, 12:19, 12:21, 12:23, 12:25, 13:3, 13:6, 13:9, 13:11, 13:15, 13:22, 13:25, 14:1, 14:4, 14:9, 14:10, 14:14, 14:15, 14:19, 14:24, 15:1, 15:4, 15:6, 15:8, 15:11, 15:12, 15:15, 15:18, 15:25, 16:5, 16:6, 16:12, 16:15, 16:24, 17:2, 17:3, 17:5, 17:6
**ANOTHER** [1] - 14:25
**ANY** [10] - 5:4, 5:12, 5:13, 5:20, 5:25, 6:1, 7:16, 8:12, 10:14, 10:18
**ANYONE** [1] - 5:14
**ANYTHING** [1] - 17:9
**ANYWAY** [1] - 12:7
**APPEAL** [2] - 17:5, 17:6
**APPEARANCES** [1] - 2:6
**APPEARS** [3] - 6:11, 7:9, 9:19
**APPRECIATE** [3] - 3:4, 4:21, 15:24
**APPROPRIATE** [1] - 11:10
**ARE** [13] - 2:4, 7:1, 7:15, 8:11, 8:17, 10:21, 12:1, 12:5, 12:19, 15:19, 16:13, 16:17, 16:18
**ARGUE** [3] - 7:1, 11:5, 15:1
**ARGUING** [2] - 6:7, 8:21
**ARGUMENTS** [1] - 10:7
**AROUND** [2] - 3:22, 10:8
**ARTICLES** [3] - 3:13, 5:12, 5:13
**AS** [30] - 2:17, 2:23, 3:1, 3:6, 3:11, 3:17, 4:3, 5:6, 5:15, 5:24, 6:20, 7:19, 8:19, 8:24, 9:20, 9:21, 10:7, 11:23, 13:24, 14:21, 15:21, 16:13, 16:16, 16:23
**ASK** [2] - 7:6, 12:21
**ASKING** [5] - 8:20, 10:17, 12:25, 14:21, 15:24
**ASPECT** [1] - 14:22
**ASSAULT** [1] - 1:5
**ASSERTION** [1] - 16:17
**ASSIST** [2] - 5:23, 13:4
**ASSOCIATED** [1] - 11:21
**ASSURANCE** [1] - 14:1
**ASSURANCES** [1] - 14:10
**AT** [15] - 2:3, 2:25, 3:8, 3:24, 7:3, 7:18, 8:17, 9:3, 9:9, 9:12, 10:25, 12:20, 13:3, 16:14, 17:16
**ATTENTION** [1] - 6:24
**ATTORNEY** [2] - 10:13, 12:18
**ATTORNEYS** [4] - 6:13, 11:13, 14:14, 15:9
**AUGUST** [2] - 1:6, 2:1
**AVENUE** [2] - 1:12, 1:21
**AWARE** [2] - 13:16, 15:9

### B

**BACK** [3] - 3:8, 13:2, 13:9
**BACON** [2] - 1:17, 2:13
**BASE** [3] - 3:17, 7:10, 7:11
**BASED** [9] - 2:21, 3:11, 3:13, 3:18, 5:3, 5:12, 5:13, 7:23, 17:2
**BATES** [2] - 15:20, 16:18
**BE** [22] - 3:5, 3:7, 3:15, 5:4, 6:22, 7:3, 7:9, 7:14, 8:5, 10:16, 11:2, 12:6, 12:19, 12:20, 13:14, 13:16, 13:17, 14:12, 15:4, 15:9, 15:10
**BEAR** [1] - 9:4
**BECAUSE** [6] - 6:16, 8:9, 10:10, 10:24, 16:5, 16:12
**BECOME** [1] - 14:14
**BEEN** [3] - 3:25, 4:13, 9:12
**BEFORE** [5] - 1:9, 3:16, 7:7, 7:12, 13:13
**BEGINNING** [1] - 2:7
**BEHALF** [4] - 2:8, 2:10, 2:11, 3:2
**BEING** [5] - 5:17, 8:24, 10:24, 11:25, 12:11
**BELIEVE** [1] - 8:18
**BENCH** [1] - 17:1
**BENEFIT** [2] - 11:2, 11:3
**BOTH** [1] - 10:19
**BREACH** [2] - 8:7, 8:8
**BRET** [3] - 1:12, 2:8, 3:2
**BREYER** [1] - 17:6
**BRIEF** [1] - 15:17
**BRIEFING** [2] - 2:17, 16:9
**BROUGHT** [2] - 6:24, 12:4
**BUT** [22] - 2:24, 3:24, 4:9, 4:16, 6:23, 7:3, 9:5, 9:18, 9:25, 10:7, 10:10, 11:18, 12:4, 12:20, 14:6, 14:8, 14:15, 15:6, 15:17, 15:22, 16:9, 16:13
**BY** [13] - 1:12, 1:14, 1:17, 1:20, 1:25, 4:4, 4:17, 5:20, 6:23, 8:15, 11:22, 15:6, 16:24

### C

**CABINET** [1] - 9:23
**CALIFORNIA** [5] - 1:2, 1:5, 2:1, 8:17, 8:18
**CALLING** [1] - 2:4
**CAME** [3] - 5:9, 6:18
**CAN** [12] - 2:24, 2:25, 5:22, 7:20, 11:9, 12:14, 13:4, 13:18, 15:9, 15:10, 16:3, 16:18
**CANNOT** [1] - 10:23
**CASE** [13] - 5:5, 5:6, 5:9, 6:1, 6:2, 7:1, 7:22, 8:1, 8:2, 8:14, 8:20, 14:9, 17:2

**CASES** [16] - 3:6, 6:13, 7:23, 7:25, 8:8, 8:11, 8:12, 8:13, 8:23, 11:4, 11:9, 11:18, 13:3, 13:6, 14:8
**CERTAIN** [2] - 11:18, 14:14
**CERTIFICATE** [1] - 1:24
**CHAFFIN** [1] - 1:14
**CHALLENGE** [1] - 11:22
**CHASE** [1] - 1:18
**CHIEF** [1] - 8:6
**CHRISTOPHER** [2] - 1:20, 2:12
**CISNEROS** [1] - 1:9
**CITE** [1] - 7:25
**CITED** [1] - 7:22
**CITY** [1] - 1:15
**CLAIMS** [1] - 8:4
**CLARIFY** [1] - 15:23
**CLEAR** [5] - 9:10, 9:15, 10:6, 15:8, 16:9
**CLEARER** [1] - 15:13
**CLEARLY** [1] - 16:19
**CLERK** [2] - 2:4, 17:15
**CLIENTS** [1] - 11:10
**COHN** [4] - 1:14, 2:10, 17:12
**COLLEAGUE** [1] - 2:12
**COME** [3] - 11:4, 13:8, 13:24
**COMING** [2] - 3:6, 13:2
**COMMITTEE** [1] - 2:9
**COMMON** [1] - 10:11
**COMPANIES** [1] - 14:15
**COMPANY** [2] - 12:2, 13:24
**COMPARED** [1] - 16:16
**COMPETITIVE** [1] - 12:2
**COMPLAINTS** [1] - 8:11
**COMPLY** [1] - 10:11
**COMPUTER** [1] - 1:25
**CONCERN** [2] - 13:10, 15:5
**CONCERNS** [2] - 12:8, 12:22
**CONCLUDED** [1] - 17:16
**CONFER** [4] - 15:11, 15:15, 15:25, 16:12

**CONFIDENCE** [1] - 14:1
**CONFIDENTIAL** [20] - 2:21, 4:3, 4:12, 5:21, 6:14, 6:20, 6:23, 7:1, 9:1, 9:12, 11:23, 12:1, 13:23, 14:11, 14:12, 14:24, 15:2, 15:8, 15:17, 15:21
**CONFIDENTIALITY** [2] - 4:12, 6:21
**CONFINES** [1] - 6:10
**CONFUSED** [1] - 15:6
**CONNECT** [1] - 10:12
**CONNECTION** [1] - 16:14
**CONTAINED** [3] - 2:20, 4:2, 14:25
**CONTENT** [1] - 9:16
**CONTESTED** [1] - 7:4
**CONTINUED** [1] - 5:11
**CONVENED** [1] - 2:3
**COPY** [1] - 10:3
**CORRECT** [1] - 16:13
**COULD** [4] - 3:7, 4:22, 12:6, 15:14
**COUNSEL** [2] - 2:6, 11:17
**COUPLE** [1] - 11:11
**COURSE** [1] - 6:5
**COURT** [20] - 1:1, 1:23, 2:3, 2:14, 3:21, 4:15, 5:24, 6:6, 8:15, 8:21, 9:25, 11:4, 11:11, 13:17, 14:5, 16:5, 16:20, 17:8, 17:15, 17:16
**COX** [6] - 1:20, 2:11, 2:12, 15:14, 16:11, 17:14
**CRB** [1] - 1:4
**CREATED** [1] - 6:8
**CROSSES** [1] - 14:5
**CRR** [1] - 1:23
**CSR** [1] - 1:23

**D**

**DATA** [1] - 8:7
**DATABASE** [1] - 8:8
**DAYS** [2] - 16:22, 16:25
**DEAL** [3] - 12:22, 14:9, 15:12
**DECEMBER** [1] - 5:6
**DECISION** [1] - 8:24
**DECLARATION** [3] - 2:22, 9:9, 16:15
**DECLARATIONS** [1] - 2:17

**DEFENDANTS** [3] - 1:17, 2:11, 7:9
**DEFINE** [1] - 16:18
**DEFINED** [1] - 15:17
**DEFINING** [1] - 15:21
**DEFINITELY** [1] - 11:7
**DEFINITION** [2] - 14:24, 15:8
**DELTA** [1] - 15:4
**DEPOSITION** [1] - 8:5
**DEPRIVE** [1] - 11:17
**DESIGNATED** [7] - 4:3, 4:12, 6:20, 8:25, 9:11, 9:12, 11:25
**DESIGNATING** [1] - 11:25
**DESIGNATION** [3] - 4:4, 4:13, 11:23
**DESIGNATIONS** [2] - 6:22, 7:4
**DEVELOPS** [1] - 14:15
**DID** [3] - 5:2, 5:12, 13:13
**DIDN'T** [3] - 5:18, 10:2, 15:1
**DIFFERENT** [4] - 3:6, 6:2, 9:17, 14:7
**DIFFICULT** [1] - 10:8
**DIRECTING** [1] - 16:20
**DIRECTION** [1] - 11:16
**DISAGREE** [1] - 17:6
**DISCLOSE** [1] - 12:21
**DISCLOSED** [2] - 9:1, 15:10
**DISCLOSING** [4] - 6:14, 7:21, 10:4, 13:21
**DISCLOSURE** [4] - 4:11, 9:16, 12:14, 14:17
**DISCOVERY** [12] - 5:24, 6:1, 6:2, 11:6, 11:9, 11:18, 12:17, 13:20, 13:22, 13:25, 14:4, 14:9
**DISCUSS** [1] - 3:9
**DISCUSSIONS** [1] - 15:22
**DISPUTE** [1] - 7:3
**DISPUTED** [4] - 4:4, 4:13, 8:14
**DISPUTES** [1] - 6:24
**DISPUTING** [1] - 6:21
**DISSEMINATED** [2] - 4:1, 6:12
**DISTRICT** [2] - 1:1, 1:2
**DIVISION** [1] - 1:3

**DIVULGING** [1] - 5:20
**DO** [12] - 4:25, 8:13, 8:20, 9:19, 10:21, 13:15, 13:18, 14:18, 15:16, 16:2, 16:20, 17:10
**DOCKET** [1] - 13:8
**DOCUMENT** [6] - 5:21, 9:11, 9:24, 11:3, 11:23, 16:15
**DOCUMENTS** [15] - 4:18, 5:23, 6:19, 7:4, 9:20, 9:21, 10:18, 10:23, 11:1, 11:8, 13:1, 13:4, 13:10, 13:11, 13:12
**DOES** [2] - 4:1, 13:9
**DOESN'T** [5] - 2:23, 4:19, 8:23, 9:7, 14:20
**DON'T** [15] - 5:18, 5:19, 6:7, 7:2, 9:1, 9:6, 9:17, 10:5, 11:3, 11:11, 12:17, 15:7, 16:3, 16:22, 17:9
**DONE** [2] - 6:3, 10:16
**DRIVE** [1] - 1:15
**DUPRE** [1] - 8:14

**E**

**EACH** [1] - 7:22
**EARLY** [1] - 5:6
**EFFECT** [2] - 6:13, 11:16
**EFFECTIVELY** [1] - 9:15
**EFFICIENT** [1] - 12:17
**EITHER** [1] - 16:21
**ELECTRONIC** [1] - 9:23
**ELLIS** [1] - 1:20
**END** [4] - 12:13, 12:17, 12:21, 13:1
**ENDEAVORED** [2] - 4:8, 4:22
**ENDS** [1] - 10:3
**ENSURE** [1] - 6:2
**ESI** [2] - 6:21, 11:20
**ESPECIALLY** [1] - 13:11
**ETHICAL** [2] - 8:16, 8:18
**EVEN** [3] - 7:9, 7:10, 10:2
**EVER** [1] - 4:4
**EVERY** [2] - 7:25, 11:4
**EXACTLY** [1] - 14:23
**EXCERPT** [2] - 9:14
**EXCERPTS** [1] - 2:22

**EXEMPLAR** [1] - 9:11
**EXERCISE** [2] - 4:6, 5:25
**EXISTS** [1] - 12:5
**EXPECTATIONS** [1] - 13:18
**EXPERTS** [1] - 14:14
**EXPLAINED** [1] - 17:4
**EXTENSIVE** [1] - 10:14
**EXTENT** [6] - 4:7, 6:15, 7:16, 8:21, 12:16, 14:4

**F**

**FACE** [2] - 4:17, 6:19
**FACT** [2] - 11:18, 13:20
**FAR** [4] - 3:1, 13:22, 14:21
**FEEL** [1] - 10:5
**FIGURE** [2] - 9:5, 12:18
**FILE** [6] - 7:24, 8:22, 8:23, 13:7, 16:21, 16:23
**FILED** [1] - 8:12
**FILING** [3] - 9:23, 11:13, 16:24
**FINAL** [1] - 7:6
**FIRST** [3] - 3:19, 5:1, 5:3
**FIVE** [1] - 5:7
**FIX** [1] - 5:22
**FLOOR** [1] - 12:4
**FOCUS** [1] - 4:10
**FOLLOW** [1] - 4:22
**FOR** [26] - 1:11, 1:17, 2:6, 2:15, 3:12, 4:24, 5:14, 6:8, 6:21, 10:8, 10:17, 11:1, 11:10, 12:2, 12:10, 12:25, 13:7, 14:2, 14:3, 14:4, 14:5, 14:7, 14:12, 15:23, 16:19, 17:3
**FORTH** [2] - 8:23, 12:19
**FORWARD** [6] - 2:25, 3:6, 3:7, 10:21, 13:15, 15:10
**FOUND** [2] - 5:4, 8:15
**FRANCISCO** [3] - 1:3, 1:5, 2:1
**FROM** [25] - 3:7, 3:13, 4:17, 5:8, 5:9, 5:13, 5:16, 5:21, 6:9, 6:18, 7:8, 8:3, 9:14, 10:3, 10:14, 10:17, 11:9,

11:13, 13:5, 13:9, 14:18, 15:3, 17:1
**FRONT** [4] - 6:25, 12:13, 12:20, 12:24
**FULL** [1] - 9:16
**FURTHER** [2] - 2:24, 17:9
**FUTURE** [2] - 10:15, 11:14

### G

**GAIN** [1] - 7:24
**GAINED** [1] - 3:14
**GENERAL** [5] - 2:23, 3:18, 7:10, 11:14, 14:15
**GENERALIZED** [3] - 4:15, 4:19, 10:18
**GET** [8] - 10:8, 11:1, 11:3, 11:4, 11:8, 11:9, 14:2
**GIVE** [3] - 2:18, 14:1, 14:10
**GIVEN** [2] - 11:16, 14:22
**GIVING** [2] - 4:7, 5:20
**GO** [7] - 2:25, 3:6, 10:21, 11:17, 12:20, 13:15, 14:18
**GOING** [8] - 3:5, 10:16, 10:17, 13:2, 13:8, 13:14, 15:10
**GOOD** [1] - 2:14
**GOT** [6] - 3:8, 3:10, 8:9, 9:17, 11:20, 15:6
**GREAT** [2] - 2:14, 11:1
**GROMADA** [4] - 1:17, 2:12, 14:16, 17:11
**GROMADA'S** [3] - 2:22, 9:9, 16:14
**GROUP** [2] - 1:11, 2:9
**GUESS** [2] - 10:9, 11:11

### H

**HAD** [20] - 2:16, 3:14, 3:16, 3:17, 3:19, 4:13, 5:3, 5:5, 6:13, 6:23, 7:1, 7:12, 9:12, 13:12, 13:24, 14:24, 15:3, 16:6, 16:7
**HAND** [3] - 4:17, 8:17, 15:2
**HAPPENED** [1] - 8:10
**HAPPENS** [1] - 6:2
**HAPPY** [2] - 15:15, 16:2

**HARDY** [2] - 1:17, 2:13
**HARM** [3] - 10:7, 12:2, 13:7
**HAS** [7] - 5:15, 5:16, 6:16, 6:21, 8:10, 9:13, 14:5
**HAVE** [16] - 2:15, 3:25, 6:4, 6:8, 7:1, 8:24, 10:7, 11:2, 11:20, 12:23, 13:11, 13:15, 13:19, 14:22, 16:13, 16:22
**HEAR** [2] - 11:15, 16:3
**HEARING** [8] - 2:15, 3:7, 3:19, 3:20, 5:1, 10:10, 15:23
**HELPFUL** [2] - 5:2, 13:12
**HER** [1] - 9:22
**HERE** [5] - 3:8, 6:16, 11:6, 14:9, 14:19
**HIGHLY** [1] - 14:12
**HISTORY** [2] - 3:21, 4:7
**HOME** [2] - 7:11, 9:21
**HONOR** [6] - 15:14, 15:24, 16:14, 16:19, 17:11, 17:12
**HONORABLE** [1] - 1:9
**HOPES** [1] - 5:22
**HOUSTON** [2] - 1:13, 1:19
**HOW** [7] - 3:8, 3:10, 5:1, 9:2, 10:21, 13:4, 15:21

### I

**I'D** [1] - 3:8
**I'LL** [2] - 2:18, 10:9
**I'M** [17] - 2:12, 5:20, 5:21, 5:24, 8:20, 9:23, 9:24, 10:10, 11:16, 13:6, 13:8, 14:7, 15:14, 16:3, 16:20
**I'VE** [4] - 2:16, 7:12, 17:3
**IDENTICAL** [1] - 10:1
**IDENTIFIABLE** [1] - 15:19
**IDENTIFICATION** [1] - 5:7
**IDENTIFIED** [4] - 3:14, 3:16, 5:8, 5:14
**IDENTIFY** [3] - 5:11, 5:17, 13:4
**IDENTIFYING** [6] - 5:2, 5:20, 5:22, 9:24,

13:11, 14:21
**IF** [13] - 3:1, 8:5, 9:20, 9:21, 9:25, 10:2, 10:22, 15:14, 15:15, 15:25, 16:7, 16:22, 17:5
**IMMENSE** [1] - 13:21
**IMPORTANT** [1] - 3:5
**IMPOSSIBLE** [1] - 11:8
**IN** [82] - 1:5, 2:4, 2:20, 3:6, 3:13, 3:19, 3:25, 4:2, 4:16, 4:19, 4:23, 5:1, 5:4, 5:5, 5:6, 5:9, 5:18, 5:19, 5:22, 5:23, 5:24, 5:25, 6:1, 6:2, 6:3, 6:13, 6:24, 7:3, 7:10, 7:12, 7:14, 7:16, 7:21, 7:22, 8:1, 8:7, 8:11, 8:12, 8:17, 8:18, 9:10, 9:11, 10:15, 10:18, 10:23, 11:3, 11:8, 11:10, 11:14, 11:16, 11:18, 12:2, 12:5, 12:9, 12:11, 12:23, 13:1, 13:2, 13:3, 13:4, 13:6, 13:10, 13:19, 13:21, 14:4, 14:5, 14:9, 14:14, 15:5, 15:17, 15:18, 15:22, 16:14, 16:16, 17:2
**INC** [2] - 1:5, 2:5
**INCLINED** [2] - 11:17, 15:11
**INCLUDING** [1] - 11:22
**INDIVIDUAL** [1] - 11:4
**INDIVIDUALS** [1] - 13:8
**INDUSTRIES** [1] - 14:14
**INFORMATION** [45] - 2:20, 2:21, 3:14, 3:17, 3:24, 4:2, 4:11, 4:16, 4:20, 5:3, 5:8, 5:13, 5:16, 5:21, 6:9, 6:17, 6:19, 7:12, 7:13, 7:20, 7:21, 7:24, 8:2, 8:3, 8:9, 8:12, 8:22, 8:25, 9:2, 9:13, 10:14, 13:18, 13:21, 13:23, 14:2, 14:11, 14:12, 14:22, 15:2, 15:9, 15:17, 15:21
**INFRINGEMENT** [1] - 8:2
**INSIDE** [4] - 3:18, 10:19, 10:24, 13:12

**INTENDED** [2] - 4:24, 12:10
**INTEREST** [1] - 12:15
**INTERNAL** [1] - 9:23
**INTO** [3] - 9:25, 13:24, 16:11
**INVOLVED** [4] - 8:7, 8:17, 13:21, 14:10
**IRENE** [1] - 1:23
**IRON** [1] - 1:15
**IRRELEVANT** [1] - 6:4
**IS** [71] - 2:19, 2:20, 3:1, 3:5, 3:24, 3:25, 4:10, 4:23, 5:2, 5:15, 6:3, 6:6, 6:11, 6:16, 6:17, 6:18, 6:19, 6:23, 7:8, 7:10, 7:11, 7:13, 7:19, 8:14, 8:20, 9:8, 9:15, 9:20, 9:22, 10:1, 10:6, 10:7, 10:12, 10:16, 10:17, 11:5, 11:10, 11:19, 11:25, 12:4, 12:8, 12:9, 12:10, 12:12, 12:18, 13:14, 13:20, 14:4, 14:6, 14:8, 14:19, 14:21, 14:23, 15:5, 15:7, 15:13, 15:17, 15:18, 16:8, 16:11, 16:17, 17:15
**ISSUE** [6] - 3:4, 3:6, 5:25, 6:24, 9:4, 11:24
**ISSUES** [1] - 3:22
**IT** [50] - 2:23, 3:21, 4:1, 4:16, 4:19, 4:23, 5:3, 5:9, 5:15, 5:18, 5:19, 5:20, 5:22, 6:3, 6:11, 6:16, 6:18, 7:18, 7:19, 8:5, 8:15, 8:23, 9:1, 9:6, 9:13, 9:15, 9:19, 9:25, 10:3, 10:24, 11:8, 11:15, 11:16, 11:17, 12:1, 12:16, 12:20, 13:13, 14:5, 14:9, 14:16, 14:20, 15:18, 17:6
**IT'S** [26] - 3:5, 6:3, 6:7, 6:17, 7:13, 7:21, 7:23, 8:1, 8:18, 8:25, 9:9, 9:10, 9:14, 9:15, 9:20, 9:21, 10:1, 10:2, 10:5, 10:8, 10:17, 16:9, 16:17, 17:5
**ITS** [1] - 10:12
**ITSELF** [2] - 5:21, 5:22

### J

**JAM** [1] - 13:8
**JCCP** [1] - 14:6
**JOE** [1] - 8:6
**JOHNSON** [2] - 1:11, 2:9
**JOINT** [2] - 16:21
**JPMORGAN** [1] - 1:18
**JUDGE** [8] - 1:9, 3:2, 4:21, 5:24, 9:19, 10:10, 12:25, 17:6
**JULY** [1] - 3:19
**JUST** [11] - 2:18, 5:14, 6:17, 8:25, 9:5, 9:15, 9:24, 10:5, 12:7, 13:16, 16:1

### K

**KIND** [3] - 6:4, 7:3, 10:1
**KIRKLAND** [1] - 1:20
**KNOW** [8] - 3:11, 5:25, 6:12, 7:2, 9:2, 10:19, 12:12, 16:15
**KNOWLEDGE** [11] - 2:23, 3:12, 3:16, 5:12, 5:13, 7:9, 7:10, 7:11, 10:14, 13:13, 14:15

### L

**LAID** [2] - 9:10, 14:16
**LANGUAGE** [1] - 7:18
**LARGE** [1] - 8:16
**LARGER** [2] - 4:7, 14:6
**LAST** [1] - 10:9
**LATER** [3] - 5:7, 9:3, 15:2
**LAW** [10] - 1:11, 2:9, 4:24, 6:3, 7:22, 8:16, 10:22, 11:7, 11:13, 16:11
**LAWSUIT** [1] - 7:25
**LAWSUITS** [1] - 11:14
**LAWYERS** [1] - 8:3
**LAYS** [1] - 9:13
**LEARNED** [3] - 8:2, 8:3, 13:19
**LEAST** [2] - 10:25, 13:3
**LET** [3] - 7:5, 16:12
**LET'S** [3] - 2:25, 14:18, 16:20
**LEXINGTON** [1] - 1:21
**LIKE** [17] - 3:8, 4:6, 4:15, 4:16, 4:17,

| | | | | |
|---|---|---|---|---|
| 4:19, 6:25, 9:4, 9:5, 9:7, 10:1, 10:5, 12:13, 14:16, 15:15, 15:25, 16:23<br>**LIMITED** [1] - 12:23<br>**LISA** [1] - 1:9<br>**LITIGATE** [2] - 11:10, 11:24<br>**LITIGATING** [1] - 11:14<br>**LITIGATION** [8] - 1:6, 4:1, 7:13, 8:4, 10:15, 12:11, 13:5, 14:7<br>**LITIGATIONS** [2] - 5:16, 5:19<br>**LITTLE** [2] - 9:25, 14:23<br>**LOOK** [7] - 3:7, 3:8, 4:19, 7:18, 9:9, 9:12, 16:23<br>**LOOKING** [2] - 3:24, 16:14<br>**LOOKS** [2] - 4:15, 4:16<br>**LOT** [1] - 13:23<br>**LOTS** [1] - 12:18<br>**LUHANA** [1] - 1:14<br><br>**M**<br><br>**MADE** [1] - 3:9<br>**MAGISTRATE** [1] - 1:9<br>**MAINTAIN** [1] - 4:22<br>**MAKE** [5] - 7:6, 8:24, 11:8, 12:14, 16:12<br>**MAKES** [1] - 12:16<br>**MAKING** [1] - 9:20<br>**MANAGE** [1] - 6:1<br>**MANNER** [2] - 9:7, 13:10<br>**MARKET** [1] - 12:3<br>**MATERIAL** [3] - 6:14, 10:1, 10:4<br>**MATERIALS** [3] - 5:8, 16:16, 16:18<br>**MATH** [1] - 16:12<br>**MATTER** [3] - 4:9, 11:19, 13:20<br>**MAY** [4] - 3:11, 7:6, 16:7<br>**MAYBE** [5] - 6:25, 9:4, 9:17, 12:15, 13:17<br>**MDL** [20] - 3:13, 3:18, 5:18, 5:19, 5:24, 6:10, 10:19, 10:22, 10:24, 12:6, 13:12, 13:13, 13:19, 14:3, 14:4, 15:20, 16:16<br>**MDL'S** [1] - 11:5<br>**ME** [15] - 2:18, 2:23, | 4:7, 4:20, 6:25, 7:5, 8:23, 9:15, 9:22, 10:2, 10:8, 10:17, 12:24, 13:9, 14:20<br>**MEAN** [3] - 9:12, 10:6, 13:17<br>**MECHANICAL** [1] - 1:25<br>**MEET** [3] - 15:11, 15:15, 15:25<br>**MIGHT** [2] - 6:22, 10:7<br>**MISUSED** [1] - 12:9<br>**MONTH** [5] - 10:25, 11:5<br>**MONTHS** [1] - 5:7<br>**MORE** [2] - 12:16, 16:19<br>**MORNING** [1] - 2:14<br>**MOTION** [8] - 2:15, 4:10, 6:6, 7:8, 8:25, 11:13, 15:5, 15:18<br>**MOTIVATIONS** [1] - 9:7<br>**MOVE** [1] - 14:18<br>**MR** [21] - 2:8, 2:10, 2:11, 2:24, 3:2, 3:21, 4:14, 4:21, 6:5, 7:6, 9:19, 10:9, 11:16, 12:25, 15:14, 15:19, 16:11, 17:7, 17:12, 17:13, 17:14<br>**MS** [5] - 2:22, 9:9, 14:16, 16:14, 17:11<br>**MUCH** [1] - 10:16<br>**MULTIPLE** [1] - 3:6<br>**MUST** [2] - 10:11, 10:12<br>**MY** [11] - 2:12, 2:19, 2:21, 6:6, 6:24, 7:2, 7:10, 11:12, 15:23, 16:12, 17:1<br><br>**N**<br><br>**NAME** [1] - 6:15<br>**NAMES** [3] - 6:16, 6:17, 7:1<br>**NECESSARY** [1] - 7:14<br>**NEED** [4] - 4:10, 10:21, 13:8, 17:9<br>**NEGOTIATED** [1] - 12:6<br>**NEVER** [3] - 4:13, 6:23, 12:4<br>**NEW** [5] - 1:21, 7:24, 8:4, 8:23<br>**NEXT** [1] - 13:6<br>**NO** [2] - 5:9, 13:2<br>**NONE** [2] - 6:24, 8:11 | **NORTHERN** [1] - 1:2<br>**NOT** [32] - 3:16, 3:17, 4:3, 4:15, 5:3, 5:12, 5:20, 5:25, 6:7, 6:17, 7:1, 7:4, 7:19, 7:21, 7:23, 8:9, 8:14, 9:2, 9:5, 10:20, 12:10, 12:14, 12:16, 13:9, 14:2, 14:8, 15:1, 15:7, 16:9, 16:25, 17:5<br>**NOW** [1] - 17:15<br>**NUMBER** [1] - 1:24<br>**NUMBERED** [1] - 16:18<br>**NUMBERS** [3] - 15:6, 15:20, 16:13<br><br>**O**<br><br>**OBJECT** [2] - 12:14, 12:15<br>**OBJECTING** [2] - 6:11, 12:16<br>**OBJECTION** [1] - 5:10<br>**OBJECTIONS** [1] - 17:1<br>**OBSERVED** [1] - 16:14<br>**OCCURRED** [1] - 14:17<br>**OCTOBER** [4] - 2:20, 15:3, 15:19, 16:6<br>**OF** [107] - 1:2, 1:8, 2:8, 2:10, 2:11, 2:21, 3:3, 3:9, 3:17, 3:18, 3:22, 4:1, 4:2, 4:9, 4:11, 4:17, 4:24, 5:4, 5:7, 5:8, 5:13, 5:19, 5:20, 5:23, 5:25, 6:4, 6:5, 6:6, 6:7, 6:10, 6:13, 6:17, 6:18, 6:19, 6:24, 6:25, 7:3, 7:4, 7:9, 7:11, 7:14, 7:16, 7:17, 7:18, 7:20, 7:23, 7:25, 8:1, 8:2, 8:3, 8:6, 8:11, 8:13, 8:18, 8:20, 9:6, 9:8, 9:16, 9:17, 10:1, 10:3, 10:13, 10:19, 10:22, 10:24, 11:7, 11:11, 11:17, 11:18, 11:20, 11:23, 12:5, 12:15, 12:18, 12:24, 13:7, 13:12, 13:13, 13:16, 13:20, 13:21, 13:23, 13:24, 13:25, 14:6, 14:7, 14:8, 14:24, 15:3, 15:5, 15:6, 15:8, 15:9, | 15:18, 15:24, 16:11, 16:12, 16:15, 17:2<br>**OFF** [1] - 16:5<br>**OFFICER** [1] - 8:6<br>**OFFICIAL** [1] - 1:23<br>**OKAY** [4] - 3:2, 8:21, 16:20, 17:8<br>**ON** [32] - 2:8, 2:10, 2:11, 2:15, 2:21, 3:2, 3:7, 3:11, 3:18, 3:19, 4:10, 6:19, 6:22, 6:25, 7:23, 8:14, 8:20, 8:24, 9:4, 10:10, 11:12, 12:13, 12:15, 13:15, 14:14, 14:18, 15:2, 15:18, 16:12, 17:2<br>**ONE** [6] - 7:6, 7:25, 8:13, 12:7, 14:22, 16:11<br>**OPPORTUNITY** [3] - 2:16, 2:18, 11:22<br>**OR** [31] - 3:6, 4:17, 5:20, 5:23, 6:1, 7:10, 7:23, 8:1, 8:23, 9:2, 9:4, 9:5, 9:7, 9:23, 10:22, 11:12, 11:13, 11:14, 12:9, 12:14, 13:3, 13:23, 14:3, 14:11, 15:3, 15:7, 16:1, 16:22<br>**ORDER** [33] - 2:16, 4:23, 5:4, 5:5, 6:8, 7:14, 7:16, 7:17, 7:18, 7:19, 7:20, 9:6, 10:11, 10:13, 10:17, 11:12, 11:19, 11:21, 12:9, 12:24, 13:25, 14:8, 14:19, 15:12, 15:13, 15:22, 16:1, 16:2, 16:22, 16:23, 17:2, 17:5<br>**ORDERED** [1] - 5:6<br>**ORDERS** [4] - 6:1, 12:11, 16:24, 16:25<br>**ORGANIZE** [1] - 6:9<br>**OTHER** [14] - 5:16, 5:19, 6:1, 6:12, 6:13, 10:18, 11:18, 12:12, 14:2, 14:3, 14:12, 15:2, 15:9<br>**OTHERS** [1] - 4:1<br>**OUR** [3] - 3:19, 11:10, 15:18<br>**OUT** [6] - 9:5, 9:10, 9:13, 10:2, 12:18, 14:16<br>**OUTSIDE** [4] - 4:1, 5:19, 10:19, 10:22<br>**OVER** [3] - 13:3, 14:5 | **OVERALL** [1] - 12:17<br>**OVERBROAD** [1] - 11:25<br>**OVERREACH** [1] - 6:22<br>**OWN** [2] - 9:25, 15:23<br><br>**P**<br><br>**P.M** [1] - 17:16<br>**PAGE** [4] - 7:11, 9:16, 9:21, 10:3<br>**PAGES** [1] - 1:7<br>**PAPERS** [1] - 3:12<br>**PARAGRAPH** [1] - 9:13<br>**PART** [4] - 4:9, 12:5, 12:15, 13:24<br>**PARTICULAR** [3] - 8:22, 9:11, 11:5<br>**PARTIES** [3] - 2:18, 14:10, 16:21<br>**PARTY** [2] - 6:23, 11:25<br>**PASSENGER** [1] - 1:5<br>**PATENT** [1] - 8:1<br>**PENDING** [1] - 11:12<br>**PENNSYLVANIA** [1] - 1:15<br>**PEOPLE** [1] - 9:24<br>**PERMISSION** [3] - 12:14, 12:21, 13:1<br>**PERMIT** [1] - 13:9<br>**PITTSBURGH** [1] - 1:15<br>**PLAINTIFF** [2] - 2:7, 2:9<br>**PLAINTIFFS** [5] - 1:11, 2:10, 3:3, 4:5, 16:24<br>**PLAINTIFFS'** [2] - 11:17, 13:22<br>**PLAY** [1] - 13:24<br>**PLEADINGS** [1] - 9:22<br>**PLEASE** [1] - 2:6<br>**POINT** [8] - 2:25, 3:10, 7:3, 7:7, 8:14, 8:20, 9:3, 10:6<br>**POLICIES** [8] - 3:13, 3:15, 3:18, 3:23, 5:2, 12:19, 15:3, 16:8<br>**POLICY** [2] - 14:25, 15:3<br>**POSITION** [3] - 2:19, 3:1, 5:25<br>**POSSIBILITY** [2] - 12:9, 12:12<br>**PRACTICALLY** [1] - 5:15<br>**PRACTICE** [3] - 4:24, |

10:22, 11:7
**PRACTICING** [2] - 8:16, 11:13
**PRECLUDE** [1] - 11:13
**PREJUDGE** [1] - 7:2
**PREPARING** [1] - 15:23
**PRETTY** [3] - 10:16, 14:17, 14:20
**PREVENT** [3] - 10:13, 10:17, 11:7
**PREVENTING** [1] - 8:15
**PRINCIPLES** [1] - 12:10
**PRINT** [1] - 10:2
**PRIOR** [2] - 5:8, 8:3
**PROBABLY** [1] - 13:2
**PROCEDURES** [1] - 11:21
**PROCEEDINGS** [2] - 1:8, 1:25
**PROCESS** [8] - 6:21, 11:6, 11:22, 12:17, 13:12, 13:20, 13:25, 14:10
**PROCESSES** [1] - 12:5
**PRODUCE** [5] - 3:12, 5:17, 5:18, 5:19
**PRODUCED** [6] - 1:25, 3:15, 3:17, 10:24, 11:1, 16:16
**PRODUCING** [1] - 6:22
**PRODUCTION** [8] - 3:22, 4:3, 5:14, 5:23, 7:17, 10:3, 11:3, 13:5
**PRODUCTIONS** [1] - 6:10
**PROHIBITIONS** [1] - 10:12
**PROPOSED** [11] - 15:12, 15:22, 16:1, 16:2, 16:21, 16:22, 16:23, 16:24, 16:25
**PROPRIETARY** [1] - 13:23
**PROTECTED** [1] - 8:13
**PROTECTIVE** [19] - 2:16, 4:22, 5:4, 5:5, 6:8, 7:14, 7:15, 9:6, 10:11, 10:13, 11:12, 11:19, 11:21, 12:9, 12:11, 12:24, 13:25, 14:8, 17:2
**PROTOCOLS** [1] -

11:20
**PROVIDE** [1] - 5:7
**PROVIDED** [1] - 2:22
**PUBLIC** [1] - 12:2
**PULL** [2] - 7:16, 7:20
**PURPOSE** [4] - 10:12, 10:13, 13:25, 14:8
**PURPOSES** [3] - 14:2, 14:3, 14:13
**PURSUING** [1] - 10:14
**PUT** [1] - 4:8

**Q**

**QUESTION** [3] - 6:4, 12:23, 15:25

**R**

**RAISING** [1] - 12:23
**RE** [2] - 1:5, 2:4
**REACHING** [1] - 13:22
**READ** [1] - 9:22
**READING** [1] - 10:11
**REALLY** [2] - 9:15, 10:8
**REASONABLE** [1] - 4:24
**REASONS** [3] - 13:7, 16:11, 17:3
**RECORD** [5] - 2:6, 5:22, 6:25, 10:6, 17:3
**RECORDED** [1] - 1:25
**RECURRING** [1] - 13:14
**REFERENCED** [1] - 16:18
**REFERRING** [1] - 16:10
**REFERS** [1] - 16:9
**REFLECT** [1] - 4:2
**RELATED** [1] - 14:25
**RELEASED** [1] - 14:2
**RELEVANT** [4] - 7:13, 8:24, 9:8, 12:19
**REMEDY** [2] - 3:1, 9:4
**REMOTE** [1] - 1:8
**REPORTER** [1] - 1:23
**REPOSITORY** [1] - 3:17
**REPRODUCTION** [3] - 4:2, 6:18, 14:16
**REQUEST** [6] - 3:12, 10:18, 10:23, 13:1, 13:9, 13:10
**REQUESTED** [1] - 3:15
**REQUESTS** [2] - 3:18, 13:22

**RESOURCES** [1] - 15:1
**RESPECT** [2] - 4:10, 4:19
**RESPOND** [3] - 2:19, 2:24, 10:20
**RESPONSE** [2] - 10:20, 13:22
**RESULT** [2] - 10:23, 13:2
**REVEAL** [1] - 12:1
**REVIEW** [2] - 2:16, 2:21
**REVIEWED** [1] - 17:3
**REVIEWING** [1] - 6:9
**REVISED** [3] - 15:12, 16:2, 16:21
**RICHMOND** [1] - 1:12
**RIGHT** [2] - 17:5, 17:8
**RMR** [1] - 1:23
**RODRIGUEZ** [1] - 1:23
**ROWS** [1] - 15:18
**RULE** [1] - 8:18
**RULES** [2] - 8:16, 8:18
**RULING** [3] - 7:2, 11:12, 17:1
**RULINGS** [1] - 3:9

**S**

**SAME** [2] - 10:2, 13:13
**SAN** [3] - 1:3, 1:5, 2:1
**SANCTIONED** [1] - 14:5
**SAY** [3] - 7:22, 10:9, 11:24
**SAYING** [3] - 6:15, 6:23, 11:15
**SECURITY** [1] - 8:6
**SEE** [3] - 5:15, 11:3, 14:16
**SEEM** [2] - 9:7, 14:20
**SEEMS** [5] - 3:25, 14:17, 14:20, 15:4, 16:5
**SEND** [1] - 15:11
**SENSE** [1] - 10:11
**SENSITIVE** [1] - 13:24
**SENT** [2] - 3:11, 3:12
**SEPARATE** [1] - 16:24
**SEVERAL** [1] - 8:7
**SEXUAL** [1] - 1:5
**SHARE** [1] - 5:12
**SHE** [1] - 2:22
**SHOOK** [2] - 1:17, 2:13
**SHOULD** [4] - 12:19, 13:15, 13:17, 16:23
**SHOW** [1] - 9:10

**SHOWED** [2] - 9:20, 9:21
**SHOWING** [1] - 9:23
**SIMILAR** [1] - 8:5
**SIMPLIFY** [1] - 14:10
**SIMPLY** [3] - 4:11, 5:20, 12:12
**SIX** [1] - 10:25
**SKILLS** [1] - 16:12
**SO** [52] - 2:15, 2:18, 2:25, 3:7, 3:11, 3:18, 3:21, 4:6, 4:7, 4:19, 4:24, 5:20, 6:3, 6:25, 7:5, 7:8, 7:15, 7:18, 7:19, 8:13, 8:20, 8:23, 9:9, 9:17, 9:20, 10:5, 10:6, 10:21, 11:7, 11:24, 12:7, 12:17, 12:19, 12:22, 13:2, 13:6, 13:10, 13:15, 14:18, 15:2, 15:4, 15:9, 15:11, 15:21, 15:24, 16:7, 16:9, 16:11, 16:12, 16:18, 17:9
**SOME** [9] - 3:9, 8:1, 9:4, 10:18, 12:15, 13:3, 14:1, 15:6, 16:15
**SOMEHOW** [1] - 6:12
**SOMEONE** [1] - 7:23
**SOMETHING** [9] - 3:5, 5:17, 7:10, 9:5, 11:5, 12:5, 12:20, 13:14, 13:16
**SORRY** [2] - 16:3, 16:4
**SORT** [5] - 4:17, 5:25, 6:17, 8:1, 15:9
**SOUGHT** [2] - 8:4, 8:8
**SOURCE** [2] - 6:18, 7:19
**SOURCES** [1] - 15:4
**SPECIFIC** [1] - 13:3
**SPEEDS** [1] - 12:16
**SPREADSHEET** [12] - 2:20, 4:16, 6:8, 9:14, 10:1, 14:25, 15:3, 15:19, 16:6, 16:7, 16:17
**SPREADSHEETS** [3] - 3:25, 4:8, 6:12
**STANLEY** [17] - 1:12, 2:8, 2:24, 3:2, 3:21, 4:14, 4:21, 6:5, 7:6, 9:19, 10:9, 11:16, 12:25, 17:7, 17:13
**STANLEY'S** [1] - 15:19
**START** [1] - 2:25

**STATE** [2] - 2:6, 11:4
**STATES** [2] - 1:1, 1:9
**STEERING** [1] - 2:9
**STENOGRAPHY** [1] - 1:25
**STEP** [1] - 3:8
**STEPS** [1] - 6:1
**STEVEN** [2] - 1:14, 2:10
**STICK** [1] - 3:1
**STILL** [1] - 10:3
**STIPULATED** [1] - 11:20
**STRAIGHTFORWARD** [3] - 9:10, 14:17, 14:20
**STRAINING** [1] - 7:15
**STRANDING** [1] - 7:15
**STREET** [1] - 1:18
**STRETCHING** [1] - 8:15
**STRIKE** [2] - 2:23, 8:23
**SUBMIT** [3] - 15:12, 16:1
**SUBSEQUENT** [1] - 9:7
**SUBSTANTIVE** [1] - 10:20
**SUBTRACT** [1] - 16:7
**SUCH** [1] - 7:16
**SUFFICIENTLY** [1] - 15:8
**SUITE** [2] - 1:12, 1:18
**SULLIVAN** [1] - 8:6
**SUPER** [1] - 3:5
**SUPPORT** [1] - 15:18
**SURE** [2] - 14:7, 16:13

**T**

**TAILORED** [1] - 15:8
**TAKE** [2] - 3:8, 6:1
**TAKING** [1] - 8:5
**TALK** [1] - 3:4
**TALKED** [1] - 5:1
**TECHNOLOGIES** [2] - 1:5, 2:5
**TELL** [1] - 12:13
**TEN** [1] - 13:6
**TENTATIVE** [1] - 2:19
**TERM** [1] - 8:15
**TEXAS** [2] - 1:13, 1:19
**THAN** [3] - 10:18, 14:2, 14:3
**THANK** [4] - 17:11, 17:12, 17:13, 17:14
**THAT** [172] - 2:19, 2:20, 2:22, 2:24, 2:25, 3:1, 3:5, 3:9,

| | | | | |
|---|---|---|---|---|
| 3:13, 3:14, 3:16, 3:19, 3:25, 4:2, 4:6, 4:7, 4:9, 4:11, 4:16, 4:19, 4:21, 4:23, 5:2, 5:3, 5:5, 5:9, 5:15, 5:22, 6:2, 6:4, 6:7, 6:9, 6:10, 6:11, 6:13, 6:15, 6:19, 6:23, 7:1, 7:3, 7:8, 7:9, 7:11, 7:12, 7:13, 7:19, 7:21, 7:22, 7:25, 8:7, 8:9, 8:11, 8:12, 8:13, 8:14, 8:15, 8:16, 8:17, 8:20, 8:21, 8:25, 9:1, 9:2, 9:4, 9:5, 9:11, 9:13, 9:15, 9:17, 9:19, 9:20, 9:21, 9:22, 9:23, 10:3, 10:6, 10:8, 10:19, 10:23, 11:1, 11:3, 11:5, 11:10, 11:12, 11:15, 11:16, 11:19, 11:21, 11:24, 11:25, 12:1, 12:4, 12:5, 12:7, 12:8, 12:9, 12:10, 12:13, 12:20, 12:22, 13:6, 13:7, 13:8, 13:11, 13:12, 13:13, 13:14, 13:16, 13:18, 13:20, 13:23, 14:1, 14:5, 14:6, 14:8, 14:11, 14:15, 14:17, 14:18, 14:22, 14:25, 15:1, 15:4, 15:7, 15:9, 15:13, 15:14, 15:19, 15:24, 16:2, 16:5, 16:6, 16:8, 16:12, 16:13, 16:16, 16:17, 16:18, 16:19, 16:23, 17:1, 17:3, 17:5, 17:9<br>**THAT'S** [18] - 2:21, 4:9, 4:24, 7:25, 8:9, 9:21, 10:16, 11:5, 12:7, 12:23, 13:2, 13:10, 13:15, 15:15, 15:21, 16:10<br>**THE** [213] - 1:9, 1:11, 1:17, 2:4, 2:6, 2:7, 2:8, 2:11, 2:14, 2:16, 2:17, 2:18, 2:19, 2:20, 2:22, 3:1, 3:3, 3:4, 3:9, 3:11, 3:14, 3:15, 3:18, 3:21, 3:22, 3:23, 3:24, 3:25, 4:4, 4:6, 4:7, 4:8, 4:9, 4:12, 4:15, 4:16, 4:17, 4:22, 4:23, 4:24, 5:2, 5:3, 5:5, 5:6, 5:7, 5:8, | 5:11, 5:13, 5:15, 5:19, 5:21, 5:22, 5:23, 5:24, 6:4, 6:6, 6:8, 6:9, 6:10, 6:11, 6:13, 6:15, 6:16, 6:17, 6:19, 6:22, 6:25, 7:3, 7:8, 7:9, 7:11, 7:14, 7:17, 7:18, 7:19, 7:20, 7:21, 7:22, 8:5, 8:6, 8:11, 8:13, 8:14, 8:15, 8:16, 8:18, 8:21, 8:24, 9:6, 9:7, 9:11, 9:16, 9:20, 9:21, 9:24, 9:25, 10:1, 10:2, 10:3, 10:4, 10:6, 10:7, 10:9, 10:11, 10:12, 10:13, 10:15, 10:19, 11:6, 11:7, 11:9, 11:11, 11:12, 11:16, 11:18, 11:19, 11:20, 11:21, 11:22, 12:1, 12:2, 12:4, 12:5, 12:7, 12:8, 12:10, 12:12, 12:13, 12:15, 12:16, 12:19, 12:20, 13:6, 13:11, 13:12, 13:13, 13:17, 13:19, 13:20, 13:24, 13:25, 14:4, 14:5, 14:6, 14:8, 14:10, 14:18, 14:19, 14:23, 15:2, 15:6, 15:12, 15:17, 15:18, 15:22, 15:24, 16:5, 16:6, 16:7, 16:9, 16:11, 16:13, 16:15, 16:16, 16:17, 16:20, 16:24, 17:1, 17:2, 17:3, 17:8, 17:15<br>**THEIR** [6] - 6:9, 6:14, 7:23, 7:25, 14:11<br>**THEM** [6] - 3:12, 5:14, 5:17, 10:23, 11:10, 14:1<br>**THEN** [9] - 2:25, 5:11, 8:8, 9:13, 10:21, 14:24, 16:6, 16:8<br>**THERE** [11] - 4:11, 6:16, 8:7, 8:25, 9:6, 11:19, 14:6, 15:4, 15:7, 17:1<br>**THERE'S** [9] - 9:22, 11:24, 12:15, 12:22, 14:6, 14:15, 14:24, 15:4, 17:9<br>**THESE** [13] - 4:18, 5:8, 5:11, 5:12, 5:23, 6:19, 8:3, 8:11, 11:1, | 11:9, 12:22, 13:1<br>**THEY** [10] - 5:18, 5:19, 6:7, 6:22, 7:15, 7:22, 7:25, 8:2, 12:14<br>**THEY'RE** [3] - 6:7, 6:11, 8:17<br>**THING** [2] - 10:2, 10:9<br>**THINGS** [1] - 12:1<br>**THINK** [17] - 4:6, 4:9, 4:10, 5:7, 8:13, 10:5, 10:8, 11:12, 11:15, 12:7, 12:8, 12:12, 12:22, 14:22, 15:7, 16:3, 17:9<br>**THIS** [51] - 2:18, 3:4, 3:7, 3:10, 3:13, 3:24, 4:1, 4:10, 4:15, 5:1, 5:5, 5:16, 5:18, 5:24, 6:10, 6:25, 7:3, 7:13, 7:15, 7:20, 8:22, 8:24, 9:22, 10:2, 10:5, 10:10, 10:17, 10:22, 10:24, 11:3, 11:7, 12:5, 12:24, 13:5, 13:9, 13:10, 13:14, 13:20, 14:1, 14:3, 14:4, 14:9, 14:22, 15:5, 15:23, 16:20, 17:2<br>**THOSE** [3] - 3:22, 6:24, 7:4<br>**THOUGH** [1] - 14:23<br>**THOUGHTS** [1] - 11:11<br>**THREE** [2] - 16:22, 16:25<br>**THROUGH** [1] - 3:22<br>**TIME** [5] - 3:4, 3:16, 5:3, 11:2, 12:18<br>**TIMEFRAME** [1] - 11:8<br>**TIMES** [1] - 10:25<br>**TO** [135] - 2:16, 2:18, 2:19, 2:24, 3:4, 3:5, 3:7, 3:8, 3:10, 3:12, 3:15, 3:22, 3:25, 4:1, 4:6, 4:8, 4:10, 4:20, 4:22, 4:25, 5:4, 5:11, 5:17, 5:22, 5:23, 5:25, 6:1, 6:2, 6:4, 6:8, 6:10, 6:11, 6:12, 6:15, 6:24, 7:1, 7:9, 7:16, 7:24, 8:1, 8:5, 8:20, 8:21, 8:22, 8:23, 8:24, 9:5, 9:10, 9:15, 9:22, 9:23, 10:2, 10:7, 10:8, 10:13, 10:16, 10:17, 10:20, 10:21, 10:22, 11:1, 11:2, 11:4, 11:5, 11:8, 11:17, | 11:20, 11:22, 11:24, 12:1, 12:4, 12:7, 12:14, 12:15, 12:16, 12:18, 12:20, 12:21, 12:22, 13:1, 13:2, 13:3, 13:4, 13:7, 13:8, 13:9, 13:12, 13:14, 13:15, 13:16, 13:22, 13:24, 14:1, 14:4, 14:9, 14:10, 14:18, 14:20, 14:21, 15:4, 15:5, 15:11, 15:15, 15:23, 15:25, 16:2, 16:9, 16:10, 16:16, 16:21, 16:23, 17:1, 17:5, 17:6, 17:9<br>**TODAY** [4] - 2:15, 17:1, 17:4, 17:10<br>**TOGETHER** [1] - 4:8<br>**TOO** [1] - 8:20<br>**TOOK** [2] - 3:21, 10:24<br>**TOWER** [1] - 1:18<br>**TRANSCRIBED** [1] - 4:17<br>**TRANSCRIPT** [2] - 1:8, 1:25<br>**TRAVIS** [1] - 1:18<br>**TYPE** [1] - 9:25<br>**TYPES** [1] - 14:7<br><br>**U**<br><br>**UBER** [23] - 1:5, 2:4, 2:11, 3:12, 3:16, 5:16, 6:3, 7:8, 8:7, 8:14, 10:15, 10:19, 11:14, 12:13, 12:15, 12:20, 13:7, 13:9, 13:21, 14:7, 14:21, 15:1, 15:5<br>**UBER'S** [4] - 2:15, 4:3, 6:6, 7:17<br>**UNCLEAR** [1] - 14:23<br>**UNDER** [3] - 5:9, 7:17, 7:20<br>**UNDERLIE** [1] - 12:10<br>**UNDERLYING** [1] - 16:15<br>**UNDERSTAND** [3] - 4:6, 4:8, 13:4<br>**UNDERSTANDABLE** [1] - 4:9<br>**UNDERSTANDING** [2] - 6:6, 15:24<br>**UNDERSTOOD** [4] - 4:14, 8:6, 12:25, 17:7<br>**UNITED** [2] - 1:1, 1:9<br>**UNIVERSE** [1] - 14:6 | **UP** [6] - 3:6, 10:3, 11:4, 12:16, 12:17, 13:8<br>**UPON** [1] - 5:3<br>**US** [8] - 3:21, 10:24, 11:1, 11:2, 13:2, 15:15, 15:25, 16:12<br>**USE** [8] - 6:10, 7:9, 7:10, 8:12, 8:15, 9:7, 9:8, 13:9<br>**USED** [10] - 7:16, 7:19, 7:23, 8:22, 8:23, 9:2, 12:9, 14:3, 14:12, 15:22<br>**USING** [1] - 12:18<br><br>**V**<br><br>**VARIOUS** [1] - 13:7<br>**VERBALLY** [1] - 13:1<br>**VERONICA** [2] - 1:17, 2:12<br>**VERY** [4] - 5:1, 9:10, 10:18, 12:23<br>**VIEW** [1] - 9:17<br>**VIOLATION** [6] - 5:4, 6:7, 6:16, 7:14, 9:6, 17:2<br>**VIRTUAL** [1] - 9:22<br>**VOICING** [1] - 12:8<br><br>**W**<br><br>**WAIVING** [2] - 16:25, 17:5<br>**WANT** [1] - 13:16<br>**WANTED** [1] - 15:23<br>**WAS** [40] - 3:13, 4:2, 4:11, 4:16, 4:17, 5:3, 5:5, 5:6, 7:4, 7:12, 8:6, 8:7, 8:12, 8:15, 8:16, 8:25, 9:1, 9:2, 9:6, 9:11, 11:1, 11:19, 12:4, 13:11, 13:23, 13:25, 14:9, 14:22, 14:23, 15:1, 15:11, 16:6, 17:1<br>**WASN'T** [4] - 4:4, 6:16, 8:22, 8:23<br>**WAY** [18] - 3:14, 3:24, 4:23, 5:11, 5:15, 7:8, 7:21, 8:12, 9:10, 9:22, 10:18, 10:23, 11:10, 12:7, 12:9, 13:3, 13:13<br>**WAYS** [3] - 11:24, 12:22, 14:5<br>**WE** [32] - 2:4, 2:15, 2:25, 3:6, 3:7, 3:8, 3:10, 3:11, 3:12, |

| | |
|---|---|
| 3:19, 5:5, 5:11, 6:23, 7:18, 10:19, 10:21, 10:22, 11:3, 11:4, 11:9, 11:20, 13:4, 13:15, 14:18, 16:3, 16:13, 16:17, 16:18, 17:9<br>**WE'RE** [2] - 15:21, 16:2<br>**WE'VE** [1] - 11:20<br>**WELL** [4] - 2:17, 8:19, 8:22, 10:9<br>**WENT** [3] - 8:4, 8:8, 16:11<br>**WERE** [7] - 6:9, 6:12, 6:19, 6:24, 8:12, 11:21, 16:16<br>**WHAT** [29] - 3:1, 4:24, 6:11, 6:23, 7:2, 7:25, 8:10, 8:20, 9:1, 9:10, 10:7, 10:16, 11:15, 12:18, 12:19, 13:15, 13:18, 14:8, 14:16, 14:19, 14:21, 14:23, 15:4, 15:10, 15:15, 16:9, 16:23<br>**WHEN** [8] - 5:2, 7:18, 9:9, 13:9, 13:11, 13:13, 13:15, 14:16<br>**WHERE** [9] - 3:14, 4:12, 6:18, 6:22, 8:14, 10:6, 11:4, 11:8, 14:18<br>**WHETHER** [5] - 7:23, 8:1, 9:2, 9:5, 15:7<br>**WHICH** [7] - 2:19, 3:25, 5:9, 7:10, 7:11, 11:22, 12:8<br>**WHILE** [1] - 3:22<br>**WHO** [1] - 8:6<br>**WHOM** [1] - 14:21<br>**WHY** [1] - 4:8<br>**WILL** [4] - 10:20, 10:23, 11:7, 11:13<br>**WISH** [1] - 17:6<br>**WITH** [25] - 1:25, 2:7, 2:12, 2:13, 3:1, 3:4, 3:9, 4:10, 5:13, 6:2, 6:3, 10:11, 10:12, 10:13, 10:17, 10:20, 11:2, 11:21, 12:22, 12:24, 13:18, 14:9, 15:12, 15:20, 16:14<br>**WITHHELD** [1] - 5:16<br>**WITHIN** [3] - 6:10, 16:22, 16:25<br>**WITHOUT** [1] - 5:17<br>**WORD** [2] - 7:9, 7:11<br>**WORDS** [1] - 7:16<br>**WORK** [1] - 3:22 | **WORKED** [1] - 5:15<br>**WORRIED** [1] - 13:6<br>**WOULD** [15] - 6:25, 7:2, 7:14, 7:22, 8:5, 9:4, 11:15, 11:16, 11:17, 12:13, 12:20, 14:2, 14:12, 15:15, 15:25<br>**WOULDN'T** [2] - 7:2, 12:1<br>**WRITTEN** [2] - 4:23, 7:8<br><br>**Y**<br><br>**YEAR** [1] - 10:24<br>**YEARS** [1] - 8:8<br>**YORK** [2] - 1:21<br>**YOU** [48] - 2:24, 3:4, 3:7, 3:9, 3:11, 4:8, 5:1, 5:15, 5:25, 6:8, 6:9, 6:12, 6:25, 7:2, 9:2, 9:9, 9:12, 9:25, 10:2, 10:6, 10:10, 12:12, 12:13, 12:17, 12:20, 13:2, 13:16, 13:17, 13:18, 13:19, 14:16, 14:21, 14:22, 14:24, 15:11, 15:15, 15:25, 16:3, 16:7, 16:15, 16:22, 17:6, 17:11, 17:12, 17:13, 17:14<br>**YOU'RE** [7] - 4:7, 6:15, 8:21, 11:15, 12:8, 12:23, 16:25<br>**YOU'VE** [2] - 3:9, 9:17<br>**YOUR** [18] - 2:6, 9:14, 9:25, 11:2, 13:8, 13:18, 15:2, 15:14, 15:24, 16:14, 16:19, 16:24, 16:25, 17:5, 17:11, 17:12 |