UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER ON DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S MOTION FOR SANCTIONS AGAINST BRET STANLEY**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom:  G-15th Floor |

This cause coming before the Court on Defendants Uber Technologies, Inc., Rasier, LLC and Raiser-CA, LLC's Motion for Sanctions against Bret Stanley, due notice given and the Court being fully advised, THE COURT HEREBY FINDS:

1. Bret Stanley's violation of the Protective Order (ECF 176) caused Defendants to incur attorneys' fees and costs;

2. Bret Stanley's violations of the August 18, 2025 Order (ECF 3708) caused Defendants to incur attorneys' fees and costs;

3. Bret Stanley's violations of the Protective Order and August 18, 2025 Order were not "substantially justified" nor would "other circumstances make an award of expenses unjust;" and

4. The attorneys' fees presented to the Court in Defendants' Motion for Sanctions, in the amount of $168,572.97, are sufficiently substantiated to illustrate the rates charged and the work performed, which the Court finds are reasonable pursuant to Fed. R. Civ. P. 37(b)(2)(c).

Therefore, pursuant to Federal Rule of Civil Procedure 37(b)(2)(C), THE COURT HEREBY ORDERS:

Bret Stanley shall pay Defendants, within thirty days of the entry of this Order, their reasonable attorneys' fees and costs, in the amount of $168,572.97 incurred for: (a) investigating Mr. Stanley's Protective Order violations and attempting to compel Mr. Stanley to comply with the Protective Order without Court intervention; (b) drafting, filing, and arguing their Motion to Enforce Protective Order (ECF 3512) and related filings (Administrative Motion to Shorten Time, Motion to Seal, and Reply Supporting Motion to Enforce Protective Order); and (c) seeking to compel Mr. Stanley to perform the remedial measures required by this Court's August 18, 2025 Order (ECF 3708).

**IT IS SO ORDERED:**

Dated: _____

_____
HON. LISA J. CISNEROS
United States Magistrate Judge