Steve Schulte (TX SBN 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, TX  75231
Phone: (214) 890-0711
Direct: (972) 581-9778
schulte@ntrial.com
jraggio@ntrial.com
afurness@ntrial.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIF
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL No. 3084 CRB** |
| | **Honorable Charles R. Breyer** |
| **This Document Relates to:** **Case No.: 3:25-cv-9197** | |
| *JANE DOE NLG (RM);* *v.* *Uber Technologies, Inc., et al.* | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the

Complaint with Jury Demand in the above-referenced action was filed on October 27, 2025.

Dated: October 27, 2025        **NACHAWATI LAW GROUP**

       */s./ Steven S. Schulte*
       Steve Schulte (TX SBN 24051306)
       *Appearance Pro Hac Vice*
       Arati Furness (CA Bar No. 225435)
       5489 Blair Road, Dallas, TX  75231
       Phone: (214) 890-0711
       Direct: (972) 581-9778
       schulte@ntrial.com
       afurness@ntrial.com
       **ATTORNEYS FOR PLAINTIFF**