| | |
|---|---|
| 1 | D. Douglas Grubbs *(Admitted PHV)* |
| | Adam K. Pulaski *(Admitted PHV)* |
| 2 | **PULASKI KHERKHER, PLLC** |
| | 2925 Richmond Avenue, Ste 1725 |
| 3 | Houston, TX 77098 |
| | Telephone: 713-664-4555 |
| 4 | Facsimile: 713-664-7543 |
| | Email: dgrubbs@pulaskilawfirm.com |
| 5 | Email: adam@pulaskilawfirm.com |
| 6 | *Counsel for Plaintiffs* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*R.L. vs. Uber Technologies, Inc., et al.,* 3:25-cv-05515;<br><br>*P.T. vs. Uber Technologies, Inc., et al.,* 3:25-cv-05677;<br><br>*S.W. vs. Uber Technologies, Inc., et al.,* 3:25-cv-06329; and<br><br>*J.H. vs. Uber Technologies, Inc., et al.,* 3:25-cv-05342. | **PLAINTIFFS' RESPONSE TO DEFENDANTS' THIRD SHOW CAUSE MOTION SEEKING DISMISSAL OF ADDITIONAL NON-BONA FIDE RECEIPTS AND LIMITED DEPOSITIONS** |

The Court should deny Defendants' third show cause motion [ECF 4137] and permit Pulaski Kherkher, PLLC to withdraw as counsel of record for Plaintiff's P.T. and S.W. pursuant to Local Rule 11-5 [ECF 4226]. The Court should further deny Defendant's show cause motion with respect to Plaintiff R.L. who recently produced a *bona fide* ride receipt via MDL Centrality [*see id.*]. Lastly, the Court should deny Defendants' request to depose Plaintiff J.H. as an impermissible fishing expedition lacking any relevance to J.H.'s claims against Defendants. A

limited deposition at this point would be unduly burdensome to J.H. and likely duplicative in the event her case is selected for further discovery.

Dated: October 27, 2025          Respectfully submitted,

**PULASKI KHERKHER, PLLC**

*/s/ D. Douglas Grubbs*

D. Douglas Grubbs (*Admitted Pro Hac Vice*)
Adam K. Pulaski (*Admitted Pro Hac Vice*)
2925 Richmond Avenue, Suite 1725
Houston, Texas 77098
Tel: 713-664-4555
Facsimile: 713-664-7543
dgrubbs@pulaskilawfirm.com
adam@pulaskilawfirm.com

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2025, I electronically transmitted the foregoing PLAINTIFF'S RESPONSE TO DEFENDANTS' THIRD SHOW CAUSE MOTION SEEKING DISMISSAL OF ADDITIONAL NON-BONA FIDE RECEIPTS AND LIMITED DEPOSITIONS to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. Additionally, the foregoing was served on Defendants' counsel via email at: ubermdlservice@listserv.shb.com.

*/s/ D. Douglas Grubbs*
D. Douglas Grubbs