D. Douglas Grubbs (*Admitted PHV*)
Adam K. Pulaski (*Admitted PHV*)
**PULASKI KHERKHER, PLLC**
2925 Richmond Avenue, Ste 1725
Houston, TX 77098
Telephone: 713-664-4555
Facsimile: 713-664-7543
Email: dgrubbs@pulaskilawfirm.com
Email: adam@pulaskilawfirm.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*R.L. vs. Uber Technologies, Inc., et al.,* 3:25-cv-05515;<br><br>*P.T. vs. Uber Technologies, Inc., et al.,* 3:25-cv-05677;<br><br>*S.W. vs. Uber Technologies, Inc., et al.,* 3:25-cv-06329; and<br><br>*J.H. vs. Uber Technologies, Inc., et al.,* 3:25-cv-05342. | **[PROPOSED] ORDER REGARDING DEFENDANTS' THIRD SHOW CAUSE MOTION SEEKING DISMISSAL OF ADDITIONAL NON-BONA FIDE RECEIPTS AND LIMITED DEPOSITIONS** |

Having considered Plaintiffs' response to Defendants' third show cause motion, the Court:

GRANTS Pulaski Kherkher, PLLC to withdraw as counsel of record for Plaintiff's P.T. and S.W. pursuant to Local Rule 11-5;

DENIES Defendants' show cause motion with respect to Plaintiff R.L. who recently produced a *bona fide* ride receipt via MDL Centrality; and

DENIES Defendants' request to depose Plaintiff J.H. as an impermissible fishing expedition lacking any relevance to J.H.'s claims against Defendants.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HONORABLE CHARLES R. BREYER
United States District Court Judge