DENNIS C. REICH, ESQ. (SBN #69631)
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*A.E. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-07668-CRB; and<br><br>*A.D. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-07091-CRB; and<br><br>*K.H. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-07700-CRB | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD** |

    The above captioned motions to withdraw are granted. Within 28 days of this Order, each plaintiff shall file a notice indicating whether they intend to pursue the action with new counsel or representing themselves. If any plaintiff does not file that notice, the Court will dismiss their case without prejudice.

    **IT IS SO ORDERED.**

Dated: _____          _____
                                                                        HONORABLE CHARLES R. BREYER
                                                                        United States District Court Judge