DENNIS C. REICH, ESQ. (SBN #69631)
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' THIRD SHOW CAUSE MOTION SEEKING DISMISSAL OF ADDITIONAL NON-BONA-FIDE RECEIPTS AND LIMITED DEPOSITIONS** |
| This Document Relates to:<br><br>*A.E. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-07668-CRB; and<br><br>*A.D. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-07091-CRB; and<br><br>*K.H. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-07700-CRB | |

The Court should deny Defendants' Third Show Cause Motion [ECF 4137] and permit Reich & Binstock, LLP to withdraw as counsel of record for Plaintiffs A.E., A.D., and K.H., pursuant to Local Rule 11-5 [ECF 4247]. Further, the Court should deny Defendants' request to depose Plaintiff A.E. as an impermissible fishing expedition lacking any relevance to A.E.'s claims against Defendants. A limited deposition at this point would be unduly burdensome to A.E. and likely duplicative in the event their case is selected for further discovery.

| | |
|---|---|
| Dated: October 27, 2025 | Respectfully submitted, |
| | By: */s/ Dennis C. Reich* |
| | DENNIS C. REICH (SBN #69631) |
| | Reich & Binstock, LLP |
| | 4265 San Felipe, Suite 1000 |
| | Houston, Texas 77027 |
| | Tel: 713.622.7271 |
| | Fax: 713.623.8724 |
| | Email: dreich@reichandbinstock.com |
| | *Counsel for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2025, I electronically transmitted the foregoing Motion to Withdraw as Counsel of Record to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. Additionally, the foregoing was served on Defendant's counsel via email at: ubermdlservice@listserv.shb.com

*/s/ Dennis R. Reich*
Dennis R. Reich