DENNIS C. REICH, ESQ. (SBN #69631)
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*A.E. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-07668-CRB; and<br><br>*A.D. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-07091-CRB; and<br><br>*K.H. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-07700-CRB | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**DECLARATION OF DENNIS R. REICH IN SUPPORT OF REICH & BINSTOCK, LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS A.E., A.D., AND K.H.** |

I, Dennis R. Reich, declare:

1. I am an attorney with the law firm of Reich & Binstock, LLP (hereinafter "Reich & Binstock" or "Firm"). I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based upon my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. My office met and conferred with opposing counsel on October 10, 2025, prior to Defendants filing their third show cause motion [ECF 4137]. During the meet and confer, the alleged "non-bona fide receipts" that the above-referenced Plaintiffs previously provided during their case intake process were reviewed. My office advised opposing counsel that if the above-

referenced Plaintiffs failed to provide additional ride receipts, our office would be seeking to withdraw as counsel for Plaintiffs.

3. The Firm attempted contact with the above referenced Plaintiffs on October 10, 2025, via phone call and email, raising the allegations of Uber and requesting additional proof of the rides at issue.

4. Over the next two weeks, my Firm continued to follow up through email, phone call, and certified letter advising the above-referenced Plaintiffs that their respective cases would be dismissed and/or the Firm would be withdrawing as their attorneys without further proof of the rides at issue.

5. At the time of this Declaration, the above-referenced Plaintiffs have not responded to the Firm's attempts to contact them, nor have they provided any further proof of their rides at issue. No substitute counsel has been identified.

6. My Firm has taken reasonable steps to protect the interests and avoid any prejudice to the above-referenced Plaintiffs by informing them of their options and consequences of failing to respond or provide additional proof of their respective Uber rides at issue. It is not anticipated that Reich & Binstock, LLP's withdrawal as counsel for these respective Plaintiffs will impact the timing or schedule of this litigation.

7. As required by Local Rule 11-5(a), Counsel has provided written notice of Counsel's intent to withdraw, reasonably in advance, to the above-referenced Plaintiffs as well as notice to opposing parties.

8. I understand that pursuant to Local Rule 11-5(b) that leave to withdraw may be conditioned on my Firm continuing to accept papers to forward to Plaintiffs and accept this role should the Court require.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on October 27, 2025 in Houston, Texas.

By: */s/ Dennis C. Reich*
DENNIS C. REICH (SBN #69631)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com

*Counsel for Plaintiffs*