UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*A.P. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-02105-CRB<br><br>*Arpitkumar Patel v. Uber Technologies, Inc., et al;* No. 3:25-cv-05287-CRB<br><br>*Jane Doe L.S. 618 v. Uber Technologies, Inc. et al.*, No.3:25-cv-06160-CRB<br><br>*K.L. v. Uber Technologies, Inc., et al;* 3:25-cv-06178-CRB | MDL No. 3084 CRB<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS DUPLICATIVE CASES** |

Having considered Defendants' Motion to Dismiss Duplicative Cases, the Court finds that the Plaintiffs subject to Defendants' Motion have resolved the dual representation issues, and the later-filed complaint filed on behalf of each Plaintiff will be dismissed by the filing firm.

The Court therefore hereby DENIES the Defendants' Motion to Dismiss Duplicative cases as it relates to the following cases:

3. *K.L. v. Uber Technologies, Inc. et al.,* No. 3:25-cv-06178-CRB

4. *Patel v. Uber Technologies, Inc. et al.,* No. 3:25-cv-05287-CRB

Additionally, the Defendants' request for sanctions is improper as they fail to satisfy this threshold procedural requirement under Fed. R. Civ. P. 37; N.D. Cal. Civ. L.R. 7-2, 7-8, and is therefore denied.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Court Judge