1
2
3
4
5
6
7
8
9
10              **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12              **SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | **MDL No. 3084 CRB** |
| | Hon. Charles R. Breyer |
| | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| This Document Relates to: | Date: November 7, 2025 |
| *CLF T.M. v. Uber Technologies, Inc., et al.* Case No. 3:25-cv-4281-CRB | Time: 10:00 a.m. |
| | Courtroom 6 |

20                      **[PROPOSED] ORDER**

21      The Court, having considered the Motion to Withdraw as Counsel of Record, and good

22  cause appearing therefore, GRANTS the motion.

23      **IT IS SO ORDERED.**

24

25  Dated: October 29, 2025

26

27

28