Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Christopher V. Cotton (Admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| *M.J. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08088-CRB | Judge:   Honorable Charles R. Breyer |

## DECLARATION OF CHRISTOPHER V. COTTON

I, Christopher V. Cotton, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Kansas City, Missouri. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Defendants") opposition to the Wagstaff Law Firm's ("Wagstaff's") motion to withdraw as counsel for Plaintiff M.J.

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Defendants in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the State of Iowa, the Bar of the State of Missouri, and the Bar of the State of Wisconsin. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. Uber was unable to substantiate Plaintiff M.J.'s alleged Uber ride and communicated that to Wagstaff via a Defendant's Fact Sheet on October 24, 2025. The Wagstaff firm informed Uber of intent to withdraw in this matter via an email sent to me and others on October 29, 2025 at 1:04 PM Pacific time. It then filed its Motion to Withdraw approximately one hour later, at 2:05 PM Pacific time.

4. In response to the email from the Wagstaff firm, on October 29, 2025, at approximately 5:37 PM Pacific, I emailed the Wagstaff firm and stated that the Plaintiff in this case submitted a non-bona-fide receipt. I also stated that Uber will be seeking a dismissal with prejudice and that Uber would oppose the motion to withdraw.

I declare under penalty of perjury under the laws of the State of Missouri that the foregoing is true and correct. Executed on October 30, 2025, in Kansas City, Missouri.

**SHOOK, HARDY & BACON L.L.P.**

*/s/ Christopher V. Cotton*

CHRISTOPHER V. COTTON
(admitted *Pro Hac Vice*)

|  |  |
|---|---|
| 1 | ccotton@shb.com |
| 2 | **SHOOK, HARDY & BACON L.L.P.**<br>2555 Grand Blvd. |
| 3 |  |
| 4 | Kansas City, MO 64108<br>Telephone: (816) 474-6550 |
| 5 |  |
| 6 | *Attorney for Defendants*<br>UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC |

3

DECLARATION OF CHRISTOPHER V. COTTON ISO DEFENDANTS' OPPOSITION
TO MOTION TO WITHDRAW AS COUNSEL OF RECORD

Case No. 3:23-md-03084-CRB