| | |
|---|---|
| 1 | Laura Vartain Horn (SBN 258485) |
| | **KIRKLAND & ELLIS LLP** |
| 2 | 555 California Street, Suite 2700 |
| | San Francisco, CA 94104 |
| 3 | Telephone: (415) 439-1625 |
| | laura.vartain@kirkland.com |
| 4 | |
| | Allison M. Brown (Admitted *Pro Hac Vice*) |
| 5 | **KIRKLAND & ELLIS LLP** |
| | 2005 Market Street, Suite 1000 |
| 6 | Philadelphia, PA 19103 |
| | Telephone: (215) 268-5000 |
| 7 | alli.brown@kirkland.com |
| 8 | Jessica Davidson (Admitted *Pro Hac Vice*) |
| | **KIRKLAND & ELLIS LLP** |
| 9 | 601 Lexington Avenue |
| | New York, NY 10022 |
| 10 | Telephone: (212) 446-4800 |
| | jessica.davidson@kirkland.com |
| 11 | |
| | *Attorneys for Defendants* |
| 12 | UBER TECHNOLOGIES, INC., RASIER, LLC, |
| | And RASIER-CA, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S [PROPOSED] ORDER GRANTING MOTION TO STRIKE SUPPLEMENTAL REPORT OF MINETTE E. DRUMWRIGHT, PH.D.**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

1

[PROPOSED] ORDER GRANTING MOTION TO STRIKE SUPPLEMENTAL REPORT OF MINETTE E. DRUMWRIGHT, PH.D.
Case No. 3.23-md-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Strike Supplemental Report of Minnette E. Drumwright, Ph.D., the motion is granted, and the Court hereby strikes the Supplemental Report of Minnette E. Drumwright, Ph.D.

**IT IS SO ORDERED.**

DATED:_____  By:_____
                                      CHARLES R BREYER
                                      United States District Judge