```
 1  William A. Levin (CA Bar No. 98592)
    Laurel L. Simes (CA Bar No. 134637)
 2  David M. Grimes (CA Bar No. 324292)
    Samira J. Bokaie (CA Bar No. 332782)
 3  LEVIN SIMES LLP
    1700 Montgomery Street, Suite 250
 4  San Francisco, California 94111
 5  Telephone: (415) 426-3000
    Facsimile:  (415) 426-3001
 6  Email: wlevin@levinsimes.com
 7  Email: llsimes@levinsimes.com
    Email: dgrimes@levinsimes.com
 8  Email: sbokaie@levinsimes.com
    Attorneys for Plaintiff Jane Doe LS 652
 9
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
|---|---|
|  | Honorable Charles R. Breyer |
| This Document Relates to: *Jane Doe LS 652 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-09398-CRB* |  |

## PLAINTIFF'S NOTICE OF NEW ACTION FILED

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on October 31, 2025.

Dated: October 31, 2025

Respectfully Submitted,

**LEVIN SIMES LLP**

By: /s/ *William A. Levin*
William A. Levin
Laurel L. Simes
David M. Grimes
Samira J. Bokaie
*Attorneys for Plaintiff Jane Doe LS 652*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *William A. Levin*
William A. Levin