# EXHIBIT 1

Page 950

1  SUPERIOR COURT OF THE STATE OF CALIFORNIA
2  FOR THE COUNTY OF SAN FRANCISCO
3  HONORABLE ETHAN P. SCHULMAN
4  DEPARTMENT 304
5  ---oOo---
6
7
8  COORDINATION PROCEEDING          CASE No. CJC-21-005188
   SPECIAL TITLE [RULE 1550(b)]
9
   In Re: Uber Rideshare Cases
10 _____/
11
12
13
14       REPORTER'S TRANSCRIPT OF PROCEEDINGS
15           VOLUME 5 PAGES 951 - 1170
16           FRIDAY, SEPTEMBER 12, 2025
17
18
19
20
21 OFFICIAL STENOGRAPHIC REPORTER PRO TEM:
22 ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR
23 CA CSR LICENSE NO. 9830
24
   Job No. CS7570153
25

Page 951

1  APPEARANCE OF COUNSEL
2
3
4  FOR PLAINTIFFS JANE DOE LSA 78:
5  TAYLOR RING
6  BY:  JOHN C. TAYLOR, Esq.
7       NATALIE WEATHERFORD, Esq.
8  1220 Rosecrans Avenue, Suite 360
9  Manhattan Beach, California 90266
10 310.209.4100
11 taylor@taylorring.com
12
13
14 CO-LEAD COUNSEL FOR PLAINTIFFS:
15 CUTTER LAW P.C.
16 BY:  CELINE CUTTER, Esq.
17 401 Watt Avenue, Suite 100
18 Sacramento, California 95864
19 916.943.7872
20 ccutter@cutterlaw.com
21
22
23
24
25

Page 952

1  APPEARANCES (continued.)
2
3
4  CO-LEAD COUNSEL FOR PLAINTIFFS:
5  LEVIN SIMES LLP
6  BY:  WILLIAM A. LEVIN, Esq.
7  BY:  LAUREL SIMES, Esq.
8  BY:  DAVID GRIMES, Esq.
9  1700 Montgomery Street, Suite 250
10 San Francisco, California 94111
11 415.426.5000
12 wlevin@levinsimes.com
13
14
15 FOR PLAINTIFF:
16 WILLIAMS HART BOUNDAS
17 BY:  JOHN BOUNDAS, Esq.
18 BY:  BRIAN A. ABRAMSON, Esq.
19 8441 Gulf Freeway, Suite 600
20 Houston, Texas 77017
21 713.230.2200
22 babramson@whlaw.com
23
24
25

Page 953

1  APPEARANCES (continued.)
2
3
4  FOR DEFENDANTS UBER TECHNOLOGIES, INC.; RAISER,
5  LLC, and RAISER-CA LLC:
6  KIRKLAND & ELLIS LLP
7  BY:   MARK PREMO-HOPKINS, Esq.
8  BY:  ALLI BROWN, Esq.
9  BY:  ALEXANDRA CARITIS, Esq.
10 BY:  MICHAEL VIVES, Esq.
11 BY:  RACHEL PAPALSKI, Paralegal
12 555 California Street, 27th Floor
13 San Francisco, California 94104
14 415.439.1400
15 mark.premohopkins@kirkland.com
16
17
18 FOR DEFENDANTS UBER TECHNOLOGIES, INC.; RAISER,
19 LLC, and RAISER-CA LLC:
20 O'MELVENY & MYERS LLP
21 BY:  JONATHAN P. SCHNELLER, Esq.
22 400 S. Hope Street
23 Los Angeles, California 90071
24 213.430.8115
25 jschneller@omm.com

Page 954

1  SESSIONS
2
3  DATE                                    PAGE
4  FRIDAY, SEPTEMBER 12, 2025
5  MORNING SESSION                         959
6  AFTERNOON SESSION                       1081
7  CERTIFICATE OF REPORTER                 1171
8
9
10         ---oOo---
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2 (Pages 951 - 954)

Page 955

INDEX OF EXAMINATIONS

| PLAINTIFF'S | PAGE |
|---|---|
| WITNESS: KATHERINE PARKER - 776 EXAMINATION | |
| DIRECT EXAMINATION BY MS. WEATHERFORD | 960 |
| CROSS-EXAMINATION BY MR. PREMO-HOPKINS | 1053 |
| REDIRECT EXAMINATION BY MS. WEATHERFORD | 1105 |

---oOo---

| PLAINTIFF'S | PAGE |
|---|---|
| WITNESS: REBECCA PAYNE - DEPOSITION TESTIMONY | |
| DIRECT/CROSS-EXAMINATION Continued | 1137 |

---oOo---

Page 956

INDEX OF EXHIBITS

| NUMBER | DESCRIPTION | MRKD | ADMTD |
|---|---|---|---|
| PTX-723 | 6/21/2017 UBER_JCCP_MDL_000323152 Brown 1736 Parker 649 | 972 | 973 |
| PTX-1414 | 6/15/2019 UBER_JCCP_MDL_002310975 Parker 116 | 1000 | 1001 |
| PTX-804 | 10/9/2017 UBER000024188 Parker 621 McDonald 1, Fuldner 2233 | 1011 | 1013 |
| PTX-847 | 11/7/2017 UBER000021118 Parker 109 Pimentel 109 | 1022 | 1022 |
| PTX-848 | 11/7/2017 UBER000021034 Parker 624 | 1026 | 1027 |
| PTX-1841 | 7/20/2021 UBER000038017 Parker 629 | 1030 | 1031 |
| PTX-1475 | 9/16/2019 UBER_JCCP_MDL_002738160 Parker 663 Boman 663, Boman 1544, Anderson 3263 | 1045 | 1047 |
| D-5191 | 1-3-17 E-mail | 1074 | 1074 |
| PTX-2513 | 1/21/2018 UBER_JCCP_MDL_000518601 // | 1082 | 1083 |

Page 957

INDEX OF EXHIBITS

| NUMBER | DESCRIPTION | MRKD | ADMTD |
|---|---|---|---|
| D-6712 | 8/1/2025 Global Interpersonal Conflict DACT Adjudication Process, Version 33 UBER_JCCP_MDL_002268345 | 1092 | 1094 |
| D-6725 | 6/27/2017 Code of Conduct UBER000000566 | 1098 | 1099 |
| PTX-713 | 6/9/2017 UBER_JCCP_MDL_000263371 | 1106 | |
| PTX-1694 | 5/28/2020 UBER_JCCP_MDL_000261329 Payne 3419 | 1138 | |
| PTX-2006 | 9/8/2022 UBER_JCCP_MDL_002289722 Payne 3420 Kaiser 633 | 1138 | |
| PTX-1390 | 5/20/2019 UBER_JCCP_MDL_002286376 Payne 3421 Twomey 939 | 1138 | |

---oOo---

Page 958

MORNING SESSION
FRIDAY, SEPTEMBER 12, 2025
---oOo---

THE CLERK: All rise. Department 304 court is now in session. The Honorable Judge Ethan P. Schulman presiding. Please be seated and come to order.

THE COURT: Good morning, everybody. Hope everybody is well. This is Friday.

I want to start with some good news. Based on what the lawyers are telling me, it does look like we are on track for the -- the scheduling of the trial that we discussed, so that's good.

And the other qualified good news is, there is a possibility that we may end a little bit early today due to some scheduling issues and some of the matters that the lawyers and I need to meet about.

I don't want to promise you that because I hate breaking promises, but there is a possibility that you may get out of here a little bit early on a Friday afternoon.

So that's all the good news I've got, but it's a nice way to start a Friday morning.

Mr. Taylor, where do we go from here?

Page 1139

1 be aware of. It's not subject to cross-examination.
2      And so you can't do research for that reason.
3 You can't get other people's views or share your own
4 views about what's going on here.
5      When we get to the end of the trial, I will
6 lift -- and you reach a verdict, I will lift those
7 restrictions. But they will remain in effect until
8 the end of the trial.
9      So thank you all very much again. We will
10 look forward to seeing you on Monday morning. And I
11 think we can all agree that we quit a little bit
12 earlier in the day, I think.
13      (The jury exits the courtroom.)
14      THE COURT: All right. The jury has left for
15 the weekend.
16      There are a small handful, I trust, of things
17 that we need to go over.
18      You can have a seat, folks, unless you feel
19 like standing.
20      I have three things on my list. And since
21 I've got the microphone, I'll start.
22      The first is this: I did receive last night
23 an e-mail from Ms. Vartain, Uber's counsel, seeking a
24 hearing date on a motion to enforce the protective
25 order in relation to the New York Times article and

Page 1140

1 the concern that there may have been a leak of
2 materials that were filed under seal with the Court
3 and/or produced pursuant to the protective order.
4      And I'm aware that Uber initially sought
5 relief in relation to that issue in federal court.
6 And Magistrate Judge Cisneros, in her brief order
7 issued a few days ago, I think, said that this is a
8 matter for the parties to take up in this court.
9 Perfectly appropriate. I'm not criticizing her.
10      There was some -- we're only here right now
11 to talk about the scheduling of that hearing. There
12 was some back and forth that was summarized by
13 Ms. Vartain in the letter about when the Court could
14 or should hear the matter.
15      And with the concerns being that Magistrate
16 Judge Cisneros had given Uber 45 days from the date of
17 her order, i.e., until October 20th, to address the
18 issue in this court.
19      And Plaintiffs were concerned that seeking an
20 earlier hearing date understandably, which would
21 require briefing even earlier, would interfere with
22 their participation in this ongoing trial.
23      I took it upon myself, I hope you all don't
24 mind, to contact Magistrate Judge Cisneros and
25 suggest -- and I did that earlier this morning -- to

Page 1141

1 suggest that she might just extend the deadline a
2 little bit.
3      And she wrote back that that would not be a
4 problem from the standpoint of federal court. She
5 wrote:
6      (As read):
7      "I can extend the deadline to 14 days after
8 October 21st."
9      Which would be November 4th.
10      And the reason for the October 21st date is,
11 we already have a hearing scheduled for that date on
12 the motion by Uber for a case management order.
13      And so what I propose to do, and hopefully
14 this elicits a positive reaction from both sides, is
15 to simply utilize that same date and time to have a
16 hearing as well on the motion for the protective order
17 that Uber apparently plans to file.
18      Are both sides copacetic with that?
19      MR. ABRAMSON: Yes, Your Honor.
20      MS. BROWN: Thank you, Your Honor.
21      THE COURT: Great. Okay.
22      MS. SIMES: Your Honor, could you turn your
23 mic on?
24      THE COURT: I'm sorry. I turned it off so as
25 not to interfere. But you all heard me.

Page 1142

1      And Andrea, you heard me; right?
2      STENOGRAPHIC REPORTER: Yes.
3      THE COURT: Okay. I apologize. I turned it
4 off while the video was going.
5      Second, I received, I think, last night from
6 Ms. Cutter a proposed order on the various motions to
7 seal, but without any explanation.
8      Does that reflect the parties' agreement,
9 that that's an agreed order that I should sign?
10      And if not -- and Mr. Premo-Hopkins is
11 shaking his head in the negative. There is still that
12 kind of lingering issue here about sealing.
13      What do you all want me to do about this?
14      MR. PREMO-HOPKINS: Your Honor, if I may.
15      I didn't know an order was going to be
16 submitted. The -- my understanding is that we've
17 reviewed the information that the Plaintiffs suggested
18 in the back and forth. You know, we narrowed. It
19 went to them. They said they agreed with regard to A,
20 B, and C, but not D, E, and F.
21      We have now reviewed that. I understand it's
22 obviously something our client has to sign off on
23 during the trial. So we've been working with them. I
24 understand we're very close to being able to provide
25 that back to them.

Page 1167

1 themselves out.
2          And you're absolutely right.  The Court
3 retains jurisdiction obviously throughout the entire
4 trial under 352 to exclude cumulative or duplicative
5 testimony.
6          And again, in light of the sensitivity of the
7 issues here, I've suggested that, depending on how the
8 Plaintiff testifies on the topic that we're discussing
9 now, i.e., her alleged childhood abuse, and depending
10 on what the offer of proof looks like, I would
11 possibly entertain a motion under 352 to say the
12 parents need not chime in and say the same thing that
13 she's already testified to.
14          But I'm making no prejudgment on that.  I'm
15 simply stating a truism, which is, of course I have
16 that authority throughout the trial.
17          MR. LEVIN:  Thank you, Your Honor.
18          THE COURT:  Have we gotten to the end of our
19 week?
20          MR. TAYLOR:  We have.  Thank you very much.
21          MS. BROWN:  Thank you very much.
22          MR. PREMO-HOPKINS:  Thank you, Your Honor.
23          THE COURT:  Have a good weekend and a good
24 trip back.
25 //

Page 1168

1        (WHEREUPON, the proceedings recessed
2         at 4:04 p.m.)
3              ---oOo---

Page 1169

1 State of California   )
                        ) ss.
2 County of San Francisco)
3
4        I, ANDREA M. IGNACIO, Stenographic Court
5 Reporter at the Superior Court of California, County
6 of San Francisco, do hereby certify:
7        That I was present at the time of the above
8 proceedings;
9        That I took down in machine shorthand notes
10 all proceedings had and testimony given;
11        That I thereafter transcribed said shorthand
12 notes with the aid of a computer;
13        That the above and foregoing is a full, true,
14 and correct transcription of said shorthand notes, and
15 a full, true and correct transcript of all proceedings
16 had and testimony taken;
17        That I am not a party to the action or
18 related to a party or counsel;
19        That I have no financial or other interest in
20 the outcome of the action.
21
22 Dated:  9-12-2025
23
24
25    ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830

Page 1170

Veritext Legal Solutions
800-567-8658                                            973-410-4098