**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Keisha Grier v. Uber Technologies, Inc., et al;* 3:23-cv-05960-CRB<br><br>*Rivera v. Uber Technologies, Inc., et al;* 3:25-cv-03285-CRB | MDL No. 3084 CRB<br><br>**[PROPOSED] ORDER GRANTING MOTION TO OPPOSE DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10** |

Having considered the Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 10 and Plaintiffs' Opposition, the Court hereby DENIES the Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 10 as to the above captioned cases.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Court Judge