# EXHBIT B

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Summer D Luther, Esq.<br>Wagstaff Law Firm<br>940 Lincoln St<br>Denver, CO 80203 | | |
| *Telephone No:* 303-376-6060 | | |
| *Attorney For:* Plaintiff | *Ref. No. or File No.:* TL v Uber | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| USDC-Northern District of Illinois |

| *Plaintiff:* T.L. |
|---|
| *Defendant:* Uber Technologies, Inc., et al. |

| **PROOF OF SERVICE** | Hearing Date:<br>10/12/25 | Time:<br>12:00pm | Dept/Div: | Case Number:<br>24-cv-9217 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; HIPAA Right of Access Form for AttorneyI

3. a. Party served:       The Comfy Place
   b. Person served:    Sydney Caberar, Employee, Authorized to Accept Service

4. Address where the party was served:    126 Enterprise Path Suite 101, Hiram, GA 30141

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Oct 03 2025 (2) at: 03:52 PM

6. **Person Who Served Papers:**
   a. William Page
   **b. FIRST LEGAL**
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (888) 599-5039

   **d. The Fee** for Service was:

7. *I declare under penalty of perjury that the foregoing is true and correct.*

10/06/2025

(Date)                                    (Signature) *William Page*



PROOF OF SERVICE

14238053
(413342)

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Summer D Luther, Esq.<br>Wagstaff Law Firm<br>940 Lincoln St<br>Denver, CO 80203 | | |
| Telephone No: 303-376-6060 | | |
| Attorney For: Plaintiff | Ref. No. or File No.:<br>TL v Uber | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| USDC-Northern District of Illinois |

| Plaintiff: T.L. |
|---|
| Defendant: Uber Technologies, Inc., et al. |

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date:<br>10/12/25 | Time:<br>12:00pm | Dept/Div: | Case Number:<br>24-cv-9217 |
|---|---|---|---|---|

1. I, Ben Combes, and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject The Comfy Place as follows:

2. *Documents:* Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; HIPAA Right of Access Form for AttorneyI

**Attempt Detail**

1) Unsuccessful Attempt by: Ben Combes () on: Sep 29, 2025, 1:25 pm PDT at 3312 Northside Drive Suite D-250, Macon, GA 31210
No one was there. Unable to serve.

2) Unsuccessful Attempt by: Ben Combes () on: Sep 30, 2025, 10:15 am EDT at 3312 Northside Drive Suite D-250, Macon, GA 31210
Door to the suite is still locked. Unable to verify if the entity is located here. The signage on the door says "Capital Suites -D250-" Went back at 3:00pm and the door is still locked.

3) Unsuccessful Attempt by: Ben Combes () on: Oct 2, 2025, 10:30 am EDT at 3312 Northside Drive Suite D-250, Macon, GA 31210
No changes. Door to the suite is still locked. Unable to verify if the entity is located here. Went back at 2:30 with no changes, the door was still locked.

6. **Person Who Served Papers:**
   a. Ben Combes
   b. FIRST LEGAL
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (888) 599-5039

   d. **The Fee** for Service was:

4. *I declare under penalty of perjury that the foregoing is true and correct.*

10/6/2025
(Date)

*Ben Combes* (Signature)
CPS 153

AFFIDAVIT OF
DUE DILIGENCE

14238048
(413343)