# C. Cotton Decl.
# Exhibit A

**From:** [REDACTED]
**Sent:** Thursday, October 23, 2025 10:18 AM
**To:** [REDACTED]
**Subject:** Fwd: Your Wednesday morning trip with Uber

---------- Forwarded message ---------
From: [REDACTED]
Date: Thu, Oct 23, 2025, 8:07 AM
Subject: Fwd: Your Wednesday morning trip with Uber
To: [REDACTED]

---------- Forwarded message ---------
From: [REDACTED]
Date: Wed, Feb 26, 2025, 8:40 AM
Subject: Fwd: Your Wednesday morning trip with Uber
To: [REDACTED]

---------- Forwarded message ---------
From: **Uber Receipts** <noreply@uber.com>
Date: Wed, Feb 26, 2025, 8:31 AM
Subject: Your Wednesday morning trip with Uber
To: [REDACTED]

Uber

Total $38.91
August 16, 2023

# Thanks for riding, [REDACTED]

We hope you enjoyed your ride this morning.



| | |
|---|---|
| **Total** | **$38.91** |

| | |
|---|---|
| Trip fare | $27.74 |

| | |
|---|---|
| Subtotal | $27.74 |
| NV Recovery Surcharge | $0.04 |
| Booking Fee ⓘ | $10.00 |
| Transportation Recovery Tax | $1.13 |

Payments

  Visa •• ▓▓▓▓   $38.91
8/16/23 1:54 AM

## You rode with [REDACTED]

4.91 ★ Rating

Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ❯

UberX 25.89 miles | 32 min

1:54 AM


2:27 AM






Report lost item ❯
Contact support❯
Contact support ❯
My trips ❯
ber
rgot password
ivacy
rms
ber Technologies
515 3rd Street
an Francisco, CA 94158