# C. Cotton Decl. Exhibit B

# Uber

Total $38.91
August 30, 2023

## Thanks for riding,

We hope you enjoyed your ride this morning.



| Total | $38.91 |
|---|---|
| Trip fare | $27.74 |
| Subtotal | $27.74 |
| NV Recovery Surcharge | $0.04 |
| Booking Fee | $10.00 |
| Transportation Recovery Tax | $1.13 |

**Payments**

VISA  Visa ••••  
8/30/23 12:38 PM     $38.91




**You rode with** ▮▮▮▮▮▮

4.91 ★ Rating

👤 Has passed a multi-step safety screen

**Drivers are critical to communities right now. Say thanks with a tip.**

[ Rate or tip ]

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›



UberX  25.89 miles | 32 min

1:54 AM

2:27 AM

Report lost item >

Contact support >

My trips >

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158