HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
**ANAPOL WEISS**
60 South 6th St., Suite 2800
Minneapolis, MN 55402
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: hdolejsi@anapolweiss.com

WILLIAM L. SMITH (Cal Bar No. 324235)
**ANAPOL WEISS**
6060 Center Drive, 10th Floor
Los Angeles, CA 90045
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: wsmith@anapolweiss.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*H.B. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05949-CRB | Case No. 3:23-md-03084-CRB<br><br>Honorable Charles R. Breyer<br><br>**PLAINTIFF'S AMENDED RESPONSE TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10**<br><br>Date:      December 12, 2025<br>Time:      10:00 a.m.<br>Courtroom: 6 – 17th Floor |

## I.  INTRODUCTION

On October 22, 2025, Defendants filed an Amended Motion to Dismiss cases of Plaintiffs who allegedly failed to submit substantially complete Plaintiff Fact Sheets in connection with Pretrial Order ("PTO") 10. [Doc. No. 4203]. PTO 10 sets forth procedures and deadlines for Plaintiffs to produce substantially complete Plaintiff Fact Sheets. Upon being served with Defendants' Amended Motion to Dismiss, Plaintiff H.B. ("Plaintiff") notified Defendants the

deficiency described in its Motion had previously been cured. On November 4, 2025, counsel for Defendants notified Plaintiff of an upload error, which as a result had not cured the deficiency. Upon learning of the upload error, Plaintiff cured the deficiency. It is Plaintiff's understanding that Defendants will therefore remove Plaintiff H.B. from the Motion when they file their Reply. Regardless, Defendant's Motion should be denied as to Plaintiff H.B.

## II.   ARGUMENT

    a.   *Plaintiff H.B. should not be dismissed*.

Plaintiff has acted diligently to cure any deficiencies identified by the Defendants. She has fully complied with PTO 10 by providing the missing information and documents Defendants alleged were deficient. Therefore, Plaintiff, H.B., should be removed from consideration of Defendants' October 22, 2025, Amended Motion to Dismiss. Defendants have agreed to remove Plaintiff in their Reply. Because there is no failure to comply with PTO 10, Defendants' Amended Motion to Dismiss should be denied as to Plaintiff.

## III.   CONCLUSION

For the foregoing reasons, Plaintiff H.B. respectfully requests that Defendants' Amended Motion to Dismiss be denied, as Plaintiff has fulfilled their obligation under PTO 10.

Dated: November 5, 2025     Respectfully submitted,

**ANAPOL WEISS**

By: */s/ Holly Dolejsi*
HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
**ANAPOL WEISS**
60 South 6th St. Suite 2800
Minneapolis, MN 55402
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: hdolejsi@anapolweiss.com

*And*

WILLIAM L. SMITH (Cal Bar No. 324235)
**ANAPOL WEISS**
6060 Center Drive, 10th Floor
Los Angeles, CA 90045
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: wsmith@anapolweiss.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2025, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

Dated: November 5, 2025                                    By: */s/ Holly Dolejsi*
                                                                                    Holly Dolejsi