RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.
Detroit, MI 48216
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| M.S., an individual,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No.: 3:25-cv-04477-CRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF UBER TECHNOLOGIES, INC. AND RASIER, LLC. PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff K.L. hereby gives notice that this action is voluntarily dismissed. Defendants Uber Technologies, Inc., Rasier, LLC and Rasier-CA, LLC have not served an answer or motion for summary judgement in this action.

1

CASE NO. 3:25-cv-04477-CRB                    NOTICE OF VOLUNTARY DISMISSAL

Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Dated: November 5, 2025

Respectfully submitted,

By: */s/ Rachel B. Abrams*
RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
          awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.
Detroit, MI 48216
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I hereby certify that on November 5, 2025, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants registered to receive service in this matter.

*/s/ Rachel B. Abrams*
Rachel B. Abrams