**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe LN v. Uber Technologies, Inc., et al., No. 3:24-cv-00120-CRB*

*Jane Doe TW v. Uber Technologies, Inc., et al., No. 3:24-cv-00559-CRB*

*Jane Doe DP v. Uber Technologies, Inc., et al., No. 3:24-cv-00573-CRB*

*Jane Doe LR v. Uber Technologies, Inc., et al., No. 3:24-cv-04306-CRB*

*Jane Doe BW v. Uber Technologies, Inc., et al., No. 3:24-cv-04308-CRB*

*Jane Doe ST v. Uber Technologies, Inc., et al., No. 3:24-cv-04309-CRB*

*Jane Doe AR v. Uber Technologies, Inc., et al., No. 3:24-cv-04313-CRB*

*Jane Doe JB v. Uber Technologies, Inc., et al., No. 3:24-cv-04316-CRB*

*Jane Doe VB v. Uber Technologies, Inc., et al., No. 3:24-cv-04317-CRB*

*Jane Doe KH v. Uber Technologies, Inc., et al., No. 3:24-cv-04326-CRB*

*Jane Doe SF v. Uber Technologies, Inc., et al., No. 3:24-cv-04327-CRB*

Case No. 3:23-md-03084-CRB

**[PROPOSED] ORDER RE: DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S AMENDED MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10**

*Jane Doe SR v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04332-CRB

*Jane Doe MC v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04334-CRB

*Jane Doe SG v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04353-CRB

*Jane Doe TW v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04356-CRB

*Jane Doe VL v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04357-CRB

*Jane Doe SW v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04358-CRB

*Jane Doe DM v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04359-CRB

*Jane Doe GA v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04361-CRB

*Jane Doe SW v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04364-CRB

*Jane Doe JG v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04368-CRB

*Jane Doe KY v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04369-CRB

*Jane Doe DC v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04373-CRB

*Jane Doe PC v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04374-CRB

*Jane Doe DB v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04428-CRB

*Jane Doe (C.A.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05072-CRB

*Jane Doe KC v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05073-CRB

2

CASE NO. 3:23-MD-03084-CRB [PROPOSED] ORDER RE: DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

*Jane Doe RD v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05074-CRB )

*Jane Doe TD v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05075-CRB )

*Jane Doe JH v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05079-CRB )

*Jane Doe JM v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05108-CRB )

*Jane Doe JB v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05109-CRB )

*Jane Doe EB v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05110-CRB )

*Jane Doe AE v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05121-CRB )

*John Doe DG v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05169-CRB )

*Jane Doe KH v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05174-CRB )

*Jane Doe SK v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05710-CRB )

*Jane Doe AM v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05765-CRB )

*Jane Doe AR v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05947-CRB )

*Jane Doe AS v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05960-CRB )

*Jane Doe CS v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05964-CRB )

*Jane Doe GT v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06051-CRB )

*John Doe EW v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06073-CRB )

3

CASE NO. 3:23-MD-03084-CRB [PROPOSED] ORDER RE: DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

*Jane Doe JD v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06074-CRB

*Jane Doe JS v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06075-CRB

*Jane Doe SS v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06076-CRB

*John Doe-RM v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04152-CRB

*Jane Doe NLG MR v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07677-CRB

*Jane Doe NLG-TG v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07803-CRB

*Jane Doe NLG-GH v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08078-CRB

*Jane Doe NLG-MC v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08091-CRB

*Jane Doe NLG VK v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08610-CRB

*Jane Doe NLG TJ v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08621-CRB

*Jane Doe NLG JV v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08622-CRB

*Jane Doe NLG AC v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09151-CRB

*Jane Doe NLG AB v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09188-CRB

*Jane Doe NLG PP v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09215-CRB

*Jane Doe NLG KC v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00072-CRB

*Jane Doe NLG TT v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00075-CRB

4

CASE NO. 3:23-MD-03084-CRB [PROPOSED] ORDER RE: DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

*John Doe NLG GH v. Uber Technologies, Inc., et al., No. 3:25-cv-00308-CRB*

*Jane Doe NLG PO v. Uber Technologies, Inc., et al., No. 3:25-cv-00358-CRB*

*Jane Doe NLG LB v. Uber Technologies, Inc., et al., No. 3:25-cv-00365-CRB*

*Jane Doe NLG BH v. Uber Technologies, Inc., et al., No. 3:25-cv-00369-CRB*

*Jane Doe NLG RC v. Uber Technologies, Inc., et al., No. 3:25-cv-00371-CRB*

*Jane Doe NLG BE v. Uber Technologies, Inc., et al., No. 3:25-cv-00401-CRB*

*Jane Doe NLG KK v. Uber Technologies, Inc., et al., No. 3:25-cv-00673-CRB*

*Jane Doe NLG HK v. Uber Technologies, Inc., et al., No. 3:25-cv-00675-CRB*

*Jane Doe NLG JN v. Uber Technologies, Inc., et al., No. 3:25-cv-00715-CRB*

*Jane Doe NLG AJ v. Uber Technologies, Inc., et al., No. 3:25-cv-00717-CRB*

*Jane Doe NLG DO v. Uber Technologies, Inc., et al., No. 3:25-cv-00718-CRB*

*Jane Doe NLG CM v. Uber Technologies, Inc., et al., No. 3:25-cv-00738-CRB*

*Jane Doe NLG KK v. Uber Technologies, Inc., et al., No. 3:25-cv-01068-CRB*

*Jane Doe NLG KS v. Uber Technologies, Inc., et al., No. 3:25-cv-01076-CRB*

*Jane Doe NLG MS v. Uber Technologies, Inc., et al., No. 3:25-cv-01078-CRB*

*Jane Doe NLG AB v. Uber Technologies, Inc., et al., No. 3:25-cv-01079-CRB*

*Jane Doe NLG HB v. Uber Technologies, Inc., et al., No. 3:25-cv-01084-CRB*

*Jane Doe NLG TS v. Uber Technologies, Inc., et al., No. 3:25-cv-01090-CRB*

*Jane Doe NLG KL v. Uber Technologies, Inc., et al., No. 3:25-cv-01265-CRB*

*Jane Doe NLG AH v. Uber Technologies, Inc., et al., No. 3:25-cv-01266-CRB*

*Jane Doe NLG- CR v. Uber Technologies, Inc., et al., No. 3:25-cv-01716-CRB*

*Jane Doe NLG- BH v. Uber Technologies, Inc., et al., No. 3:25-cv-01719-CRB*

*Jane Doe NLG- BY v. Uber Technologies, Inc., et al., No. 3:25-cv-01720-CRB*

*Jane Doe NLG- HW v. Uber Technologies, Inc., et al., No. 3:25-cv-01725-CRB*

*Jane Doe NLG- ZD v. Uber Technologies, Inc., et al., No. 3:25-cv-01729-CRB*

*Jane Doe NLG- CP v. Uber Technologies, Inc., et al., No. 3:25-cv-01731-CRB*

*Jane Doe NLG- JF v. Uber Technologies, Inc., et al., No. 3:25-cv-01733-CRB*

*Jane Doe NLG- BB v. Uber Technologies, Inc., et al., No. 3:25-cv-01734-CRB*

*Jane Doe NLG- AM v. Uber Technologies, Inc., et al., No. 3:25-cv-01797-CRB*

*Jane Doe NLG- WB v. Uber Technologies, Inc., et al., No. 3:25-cv-01799-CRB*

*Jane Doe NLG- JJ v. Uber Technologies, Inc., et al., No. 3:25-cv-01804-CRB*

*Jane Doe NLG- KD v. Uber Technologies, Inc., et al., No. 3:25-cv-01809-CRB*

6

CASE NO. 3:23-MD-03084-CRB [PROPOSED] ORDER RE: DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

*Jane Doe NLG- RS v. Uber Technologies, Inc., et al., No. 3:25-cv-01814-CRB*

*Jane Doe NLG- KG v. Uber Technologies, Inc., et al., No. 3:25-cv-01816-CRB*

*Jane Doe NLG- JN v. Uber Technologies, Inc., et al., No. 3:25-cv-01818-CRB*

*Jane Doe NLG- DS v. Uber Technologies, Inc., et al., No. 3:25-cv-01907-CRB*

*Jane Doe NLG- JD v. Uber Technologies, Inc., et al., No. 3:25-cv-01909-CRB*

*Jane Doe NLG- VM v. Uber Technologies, Inc., et al., No. 3:25-cv-02622-CRB*

*Jane Doe NLG-BS v. Uber Technologies, Inc., et al., No. 3:25-cv-02685-CRB*

*Jane Doe NLG-KM v. Uber Technologies, Inc., et al., No. 3:25-cv-02706-CRB*

*Jane Doe NLG-KO v. Uber Technologies, Inc., et al., No. 3:25-cv-02787-CRB*

*Jane Doe NLG-RR v. Uber Technologies, Inc., et al., No. 3:25-cv-02788-CRB*

*Jane Doe NLG-AH v. Uber Technologies, Inc., et al., No. 3:25-cv-02797-CRB*

*Jane Doe NLG-AV v. Uber Technologies, Inc., et al., No. 3:25-cv-02855-CRB*

*Jane Doe NLG-KM v. Uber Technologies, Inc., et al., No. 3:25-cv-02856-CRB*

*Jane Doe NLG-BC v. Uber Technologies, Inc., et al., No. 3:25-cv-02899-CRB*

*Jane Doe NLG-LB v. Uber Technologies, Inc., et al., No. 3:25-cv-02904-CRB*

*Jane Doe NLG-PB v. Uber Technologies, Inc., et al., No. 3:25-cv-02938-CRB*

7

CASE NO. 3:23-MD-03084-CRB [PROPOSED] ORDER RE: DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

| | |
|---|---|
| *Jane Doe NLG-KM v. Uber Technologies, Inc., et al., No. 3:25-cv-02956-CRB*<br><br>*Jane Doe NLG VT v. Uber Technologies, Inc., et al., No. 3:25-cv-03789-CRB*<br><br>*Jane Doe NLG-EC v. Uber Technologies, Inc., et al., No. 3:25-cv-03794-CRB*<br><br>*Jane Doe NLG-SW v. Uber Technologies, Inc., et al., No. 3:25-cv-04155-CRB*<br><br>*Jane Doe NLG-PL v. Uber Technologies, Inc., et al., No. 3:25-cv-05014-CRB*<br><br>*Jane Doe NLG-PA v. Uber Technologies, Inc., et al., No. 3:25-cv-05096-CRB*<br><br>*Jane Doe NLG-YM v. Uber Technologies, Inc., et al., No. 3:25-cv-05109-CRB*<br><br>*Jane Doe NLG-MH v. Uber Technologies, Inc., et al., No. 3:25-cv-05163-CRB*<br><br>*Et al* | ) |

**[PROPOSED] ORDER**

Having considered Defendants' Amended Motion to Dismiss Cases for Failure to Comply with PTO 10, the papers filed in support and opposition, and the record in this case, the Court therefore hereby ORDERS as follows:

Defendant's Motion to Dismiss [ECF No. 4203] is DENIED without prejudice.

**IT IS SO ORDERED.**

DATED: _______________, 2025

_______________________________
HON. CHARLES R. BREYER
United States District Court Judge