# EXHIBIT B

| MDLC ID | Case Number |
|---|---|
| 1363 | Jane Doe DP, No. 3:24-cv-00573-CRB |
| 1501 | Jane Doe VL, No. 3:24-cv-04357-CRB |
| 1502 | Jane Doe SW, No. 3:24-cv-04358-CRB |
| 1503 | Jane Doe DM, No. 3:24-cv-04359-CRB |
| 1510 | Jane Doe KY, No. 3:24-cv-04369-CRB |
| 2214 | Jane Doe KC, No. 3:24-cv-05073-CRB |
| 2216 | Jane Doe TD, No. 3:24-cv-05075-CRB |
| 2219 | Jane Doe JM, No. 3:24-cv-05108-CRB |
| 2220 | Jane Doe JB, No. 3:24-cv-05109-CRB |
| 2263 | Jane Doe JS, No. 3:24-cv-06075-CRB |
| 3477 | John Doe-RM, No. 3:25-cv-04152-CRB |
| 2676 | Jane Doe NLG MR, No. 3:24-cv-07677-CRB |
| 2678 | Jane Doe NLG-TG, No. 3:24-cv-07803-CRB |
| 2695 | Jane Doe NLG-GH, No. 3:24-cv-08078-CRB |
| 2697 | Jane Doe NLG-MC, No. 3:24-cv-08091-CRB |
| 2720 | Jane Doe NLG VK, No. 3:24-cv-08610-CRB |
| 2722 | Jane Doe NLG TJ, No. 3:24-cv-08621-CRB |
| 2765 | Jane Doe NLG AC, No. 3:24-cv-09151-CRB |
| 2768 | Jane Doe NLG PP, No. 3:24-cv-09215-CRB |
| 2803 | John Doe NLG GH, No. 3:25-cv-00308-CRB |
| 2806 | Jane Doe NLG RC, No. 3:25-cv-00371-CRB |
| 2846 | Jane Doe NLG AJ, No. 3:25-cv-00717-CRB |
| 2847 | Jane Doe NLG DO, No. 3:25-cv-00718-CRB |
| 2849 | Jane Doe NLG CM, No. 3:25-cv-00738-CRB |
| 2916 | Jane Doe NLG KS, No. 3:25-cv-01076-CRB |
| 2917 | Jane Doe NLG MS, No. 3:25-cv-01078-CRB |
| 2918 | Jane Doe NLG AB, No. 3:25-cv-01079-CRB |
| 2919 | Jane Doe NLG HB, No. 3:25-cv-01084-CRB |
| 2927 | Jane Doe NLG TS, No. 3:25-cv-01090-CRB |
| 3017 | Jane Doe NLG- BH, No. 3:25-cv-01719-CRB |
| 3018 | Jane Doe NLG- BY, No. 3:25-cv-01720-CRB |
| 3021 | Jane Doe NLG- CP, No. 3:25-cv-01731-CRB |
| 3022 | Jane Doe NLG- JF, No. 3:25-cv-01733-CRB |
| 3023 | Jane Doe NLG- BB, No. 3:25-cv-01734-CRB |
| 3024 | Jane Doe NLG- AM, No. 3:25-cv-01797-CRB |
| 3026 | Jane Doe NLG- JJ, No. 3:25-cv-01804-CRB |
| 3027 | Jane Doe NLG- KD, No. 3:25-cv-01809-CRB |
| 3028 | Jane Doe NLG- RS, No. 3:25-cv-01814-CRB |
| 3029 | Jane Doe NLG- KG, No. 3:25-cv-01816-CRB |
| 3160 | Jane Doe NLG-BS, No. 3:25-cv-02685-CRB |
| 3164 | Jane Doe NLG-KO, No. 3:25-cv-02787-CRB |

| | |
|---|---|
| 3454 | Jane Doe NLG-LB, No. 3:25-cv-02904-CRB |
| 3455 | Jane Doe NLG-PB, No. 3:25-cv-02938-CRB |
| 3362 | Jane Doe NLG VT, No. 3:25-cv-03789-CRB |
| 3367 | Jane Doe NLG-EC, No. 3:25-cv-03794-CRB |
| 3423 | Jane Doe NLG-SW, No. 3:25-cv-04155-CRB |
| 3642 | Jane Doe NLG-PL, No. 3:25-cv-05014-CRB |
| 3643 | Jane Doe NLG-PA, No. 3:25-cv-05096-CRB |
| 3644 | Jane Doe NLG-YM, No. 3:25-cv-05109-CRB |