# Exhibit D



Uber Technologies, Inc., Passenger Sexual Assault Litigation

My Account

Return

## Plaintiff Information

Edit

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 1605 | **Date of Birth:** | |
| **Name:** | ▮▮▮▮ | **Law Firm:** | Williams Hart & Boundas, LLP |
| **Case Number:** | 24-CV-04869 | | |

Request Deactivation

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

**1. Uber Ride Information Form**   In Progress   —

View Draft    Import    Export    Submit

**Uber Ride Information Form**

Edit

---

Registering Plaintiffs

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

2. Plaintiff Fact Sheet   Submitted                                                                                      +

## Documents

Upload

Produce

Filter:  ALL

Show  10  entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 148961 | Notice of Missing Amended PFS Verification - PTO 10 Missing Verification Notice | 09/18/2025 | Admin, System | 09/18/2025 | |
| 117553 | Plaintiff Verification of PFS | 06/26/2025 | Zamora, Gabriela | 11/04/2025 | Request Removal Approval |
| 117552 | Second Amended Plaintiff Fact Sheet | 06/26/2025 | Hall, Lisa | 06/26/2025 | |
| 99362 | PFS Deficiency Notice | 05/29/2025 | Hart, Brian | 05/29/2025 | |
| 50053 | Defendant Fact Sheet Attachment - WHB 1914 (█████) - req 9_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50052 | Defendant Fact Sheet Attachment - WHB 1914 (█████) - req 8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50051 | Defendant Fact Sheet Attachment - WHB 1914 (█████) - req 27_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50050 | Defendant Fact Sheet Attachment - WHB 1914 (█████) - req 25_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 50049 | Defendant Fact Sheet Attachment - WHB 1914 (█████) - req 25_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| | Defendant Fact Sheet | | | | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|

Showing 1 to 10 of 23 entries

| | | | | |
|---|---|---|---|---|
| Previous | 1 | 2 | 3 | Next |

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.