# Exhibit E



# Uber Technologies, Inc., Passenger Sexual Assault Litigation

👤 My Account ▾

◀◀ Return

## Plaintiff Information

✏️ Edit

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 1571 | **Date of Birth:** | |
| **Name:** | ███████ | **Law Firm:** | Williams Hart & Boundas, LLP |
| **Case Number:** | 24-CV-04874 | | |

🗑 Request Deactivation

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

### 1. Uber Ride Information Form    *In Progress*    −

👁 View Draft    ↑ Import    ↓ Export    Submit ➤

**Uber Ride Information Form**

✏️ Edit

---

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

2. Plaintiff Fact Sheet    Submitted                                                                     +

## Documents

Upload ⬆

ℹ **PFS Verification (Signed).pdf has been uploaded. To upload another file, repeat the process.**

Filter: [ ALL ▼ ]                                                                                    Produce

Show [ 10 ▼ ] entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 164066 | Plaintiff Verification of PFS | 11/04/2025 | Zamora, Gabriela | 11/04/2025 | Request Removal Approval |
| 148949 | Notice of Missing Amended PFS Verification - PTO 10 Missing Verification Notice | 09/18/2025 | Admin, System | 09/18/2025 | |
| 120527 | Second Amended Plaintiff Fact Sheet | 06/30/2025 | Rios, Rebecca | 06/30/2025 | |
| 110585 | Defendant Fact Sheet Attachment - 40_WHB 1030 (█████████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 110410 | Defendant Fact Sheet Attachment - 40_WHB 1030 (█████████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 108630 | Defendant Fact Sheet Attachment - 40_WHB 1030 (█████████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 108482 | Defendant Fact Sheet Attachment - 40_WHB 1030 (█████████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 108211 | Defendant Fact Sheet Attachment - 40_WHB 1030 (█████████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 107611 | Defendant Fact Sheet Attachment - 40_WHB 1030 (█████████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 99213 | PFS Deficiency Notice | 05/29/2025 | Hart, Brian | 05/29/2025 | |

Showing 1 to 10 of 47 entries

Previous | 1 | 2 | 3 | 4 | 5 | Next