# Exhibit H



Uber Technologies, Inc., Passenger Sexual Assault Litigation

👤 My Account ▾



2. Plaintiff Fact Sheet   Submitted                                                                                                    +

## Documents

Upload ⬆

Filter: [ ALL ▼ ]                                                                                               Produce

Show [ 10 ▼ ] entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 164099 | Plaintiff Verification of PFS | 11/04/2025 | Villanueva, Angel | 11/04/2025 | Request Removal Approval |
| 149085 | Notice of Missing Amended PFS Verification - PTO 10 Missing Verification Notice | 09/18/2025 | Admin, System | 09/18/2025 | |
| 120874 | Second Amended Plaintiff Fact Sheet | 06/30/2025 | Villanueva, Angel | 06/30/2025 | |
| 111953 | Defendant Fact Sheet Attachment - 40_WHB 1670 (████████)_Req 27 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 111798 | Defendant Fact Sheet Attachment - 40_WHB 1670 (████████)_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 111669 | Defendant Fact Sheet Attachment - 40_WHB 1670 (████████)_Req 27 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 111652 | Defendant Fact Sheet Attachment - 40_WHB 1670 (████████)_Req 27 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 111337 | Defendant Fact Sheet Attachment - 40_WHB 1670 (████████)_Req 27 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 111042 | Defendant Fact Sheet Attachment - 40_WHB 1670 (████████)_Req 27 | 06/17/2025 | Haider, Jay | 06/17/2025 | |

Registering Plaintiffs

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 110920 | Defendant Fact Sheet Attachment - 40_WHB 1670 (██████████)_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |

Showing 1 to 10 of 124 entries

Previous | 1 | 2 | 3 | 4 | 5 | Next

**Registering Plaintiffs**
If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.