# Exhibit N



Uber Technologies, Inc., Passenger Sexual Assault Litigation

My Account



2. Plaintiff Fact Sheet   Submitted                                                                                                          +

## Documents

Upload

Produce

Filter: ALL

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 164135 | Plaintiff Verification of PFS | 11/05/2025 | Cost, Devyn | 11/05/2025 | Request Removal Approval |
| 149150 | Notice of Missing Amended PFS Verification - PTO 10 Missing Verification Notice | 09/18/2025 | Admin, System | 09/18/2025 | |
| 139290 | Second Amended Plaintiff Fact Sheet | 08/11/2025 | Villanueva, Angel | 08/11/2025 | |
| 127592 | PFS Deficiency Notice | 07/11/2025 | Plettner, Mark | 07/11/2025 | |
| 111867 | Defendant Fact Sheet Attachment - 40_WHB 696 (█████████)_Req 27 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 111029 | Defendant Fact Sheet Attachment - 40_WHB 696 (█████████)_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 110624 | Defendant Fact Sheet Attachment - 40_WHB 696 (█████████)_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 109724 | Defendant Fact Sheet Attachment - 40_WHB 696 (█████████)_Req 27 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 109267 | Defendant Fact Sheet | 06/17/2025 | Haider, Jay | 06/17/2025 | |

**Registering Plaintiffs**
If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| | (██████████)_Req 27 | | | | |
| 109001 | Defendant Fact Sheet Attachment - 40_WHB 696 (██████████)_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |

Showing 1 to 10 of 76 entries

Previous | 1 | 2 | 3 | 4 | 5 | Next