# Exhibit P



Uber Technologies, Inc., Passenger Sexual Assault Litigation

My Account



2. Plaintiff Fact Sheet  Submitted                                                              +

## Documents

Upload ⬆

Filter: [ALL ▼]                                                                                 Produce

Show [10 ▼] entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 164105 | Plaintiff Verification of PFS | 11/04/2025 | Villanueva, Angel | 11/04/2025 | Request Removal Approval |
| 148957 | Notice of Missing Amended PFS Verification - PTO 10 Missing Verification Notice | 09/18/2025 | Admin, System | 09/18/2025 | |
| 132046 | Second Amended Plaintiff Fact Sheet | 07/23/2025 | Villanueva, Angel | 07/23/2025 | |
| 117216 | PFS Deficiency Notice | 06/23/2025 | Plettner, Mark | 06/23/2025 | |
| 57737 | Plaintiff Verification of PFS | 01/21/2025 | Zamora, Gabriela | 01/21/2025 | Request Removal Approval |
| 53425 | Defendant Fact Sheet Attachment - WHB 1269 (████████) - req 9_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53424 | Defendant Fact Sheet Attachment - WHB 1269 (████████) - req 9_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53423 | Defendant Fact Sheet Attachment - WHB 1269 ████████ - req 8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53422 | Defendant Fact Sheet Attachment - WHB 1269 (████████) - req 26_6 | 01/21/2025 | Haider, Jay | 01/21/2025 | |

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 53421 | Defendant Fact Sheet Attachment - WHB 1269 (██████████) - req 26_5 | 01/21/2025 | Haider, Jay | 01/21/2025 | |

Showing 1 to 10 of 48 entries

Previous  1  2  3  4  5  Next

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.