# Exhibit R



# Uber Technologies, Inc., Passenger Sexual Assault Litigation



My Account

**Return**

## Plaintiff Information

**Edit**

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 1746 | **Date of Birth:** | |
| **Name:** | ▓▓▓▓▓▓ | **Law Firm:** | Williams Hart & Boundas, LLP |
| **Case Number:** | 24-CV-05039 | | |

**Request Deactivation**

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

**1. Uber Ride Information Form**    Not Yet Started

**View Draft**    **Import**    **Export**    **Submit**

**Uber Ride Information Form**

**Start**

2. Plaintiff Fact Sheet  Submitted                                                              +

## Documents

Upload

Filter: ALL

Produce

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 164103 | Plaintiff Verification of PFS | 11/04/2025 | Villanueva, Angel | 11/04/2025 | Request Removal Approval |
| 149012 | Notice of Missing Amended PFS Verification - PTO 10 Missing Verification Notice | 09/18/2025 | Admin, System | 09/18/2025 | |
| 121332 | Second Amended Plaintiff Fact Sheet | 06/30/2025 | Villanueva, Angel | 06/30/2025 | |
| 100723 | PFS Deficiency Notice | 05/31/2025 | Plettner, Mark | 05/31/2025 | |
| 53611 | Defendant Fact Sheet Attachment - WHB 755 (█████) - req 9_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53610 | Defendant Fact Sheet Attachment - WHB 755 (█████) - req 9_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53609 | Defendant Fact Sheet Attachment - WHB 755 (█████) - req 8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53608 | Defendant Fact Sheet Attachment - WHB 755 (█████) - req 27_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53607 | Defendant Fact Sheet Attachment - WHB 755 (█████) - req 27_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| | Defendant Fact Sheet | | | | |

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|

Showing 1 to 10 of 28 entries

Previous | 1 | 2 | 3 | Next

**Registering Plaintiffs**
If you require further assistance, contact us at Uber@browngreer.com or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.