# Exhibit T



2. Plaintiff Fact Sheet  Submitted                                                                                    +

## Documents

Upload

Filter: ALL

Produce

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 164075 | Plaintiff Verification of PFS | 11/04/2025 | Hall, Lisa | 11/04/2025 | Request Removal Approval |
| 149120 | Notice of Missing Amended PFS Verification - PTO 10 Missing Verification Notice | 09/18/2025 | Admin, System | 09/18/2025 | |
| 120870 | Second Amended Plaintiff Fact Sheet | 06/30/2025 | Hall, Lisa | 06/30/2025 | |
| 100732 | PFS Deficiency Notice | 05/31/2025 | Plettner, Mark | 05/31/2025 | |
| 53866 | Defendant Fact Sheet Attachment - WHB 1606 (█████) - req 9_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53865 | Defendant Fact Sheet Attachment - WHB 1606 (█████) - req 8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53864 | Defendant Fact Sheet Attachment - WHB 1606 (█████) - req 27_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53863 | Defendant Fact Sheet Attachment - WHB 1606 (█████) - req 27_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 53862 | Defendant Fact Sheet Attachment - WHB 1606 (█████) - req 27_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| | Defendant Fact Sheet | | | | |

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|

Showing 1 to 10 of 103 entries

| Previous | 1 | 2 | 3 | 4 | 5 | Next |

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.