# Exhibit V



Uber Technologies, Inc., Passenger Sexual Assault Litigation

My Account ▼

◀◀ Return

## Plaintiff Information

✎ Edit

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 1767 | **Date of Birth:** | |
| **Name:** | ▓▓▓▓▓▓▓▓ | **Law Firm:** | Williams Hart & Boundas, LLP |
| **Case Number:** | 24-CV-05089 | | |

🗑 Request Deactivation

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

**1. Uber Ride Information Form**    Not Yet Started    −

👁 View Draft    ↑ Import    ↓ Export    Submit ➤

**Uber Ride Information Form**

⧗ Start

## 2. Plaintiff Fact Sheet  *In Progress*

[View Draft] [Import] [Export]   [Submit]

**AMENDED PLAINTIFF FACT SHEET; GENERAL INSTRUCTIONS; DEFINITIONS**
[Edit]

**CASE INFORMATION**
[Edit]

**YOUR PERSONAL INFORMATION**
[Edit]

**INFORMATION AS TO THE INCIDENT**
[Edit]

**THE INCIDENT**
[Edit]

**WITNESSES**
[Edit]

**INJURIES AND DAMAGES; AUTHORIZATIONS**
[Edit]

## Documents

[Upload]

Filter: ALL     [Produce]

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 164050 | Plaintiff Verification of PFS | 11/04/2025 | Hall, Lisa | 11/04/2025 | Request Removal Approval |
| 149005 | Notice of Missing Amended PFS Verification - PTO 10 Missing Verification Notice | 09/18/2025 | Admin, System | 09/18/2025 | |
| 139241 | Other - Uber Email | 08/11/2025 | Hall, Lisa | 08/11/2025 | Request Removal Approval |
| 135544 | PFS Deficiency Notice | 07/29/2025 | Plettner, Mark | 07/29/2025 | |
| 54205 | Defendant Fact Sheet Attachment - WHB 1865 (████████) - req 9_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 54204 | Defendant Fact Sheet Attachment - WHB 1865 (████████) - req 8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 54203 | Defendant Fact Sheet Attachment - WHB 1865 (████████) - req 31d_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 54202 | Defendant Fact Sheet Attachment - WHB 1865 (████████) - req 27_6 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 54201 | Defendant Fact Sheet Attachment - WHB 1865 (████████) - req 27_5 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 54200 | Defendant Fact Sheet Attachment - WHB 1865 (████████) - req 27_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |

Showing 1 to 10 of 35 entries

Previous | 1 | 2 | 3 | 4 | Next

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.