# Exhibit KK



Uber Technologies, Inc., Passenger Sexual Assault Litigation

👤 My Account ▼

Return

## Plaintiff Information

✎ Edit

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 2186 | **Date of Birth:** | |
| **Name:** | ▬▬▬▬ | **Law Firm:** | Williams Hart & Boundas, LLP |
| **Case Number:** | 24-CV-05709 | | |

🗑 Request Deactivation

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

1. Uber Ride Information Form   Submitted   +

2. Plaintiff Fact Sheet   Submitted   +

Registering Plaintiffs
If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

Upload

Filter: ALL

Produce

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 164056 | Plaintiff Verification of PFS | 11/04/2025 | Cost, Devyn | 11/04/2025 | Request Removal Approval |
| 154838 | Other - Verified Personal Statement Regarding Ride Receipt | 10/07/2025 | Trevino, Marleyn | 10/07/2025 | Request Removal Approval |
| 149002 | Notice of Missing Amended PFS Verification - PTO 10 Missing Verification Notice | 09/18/2025 | Admin, System | 09/18/2025 | |
| 143551 | Legal Correspondence and Letters | 08/19/2025 | Glinski, Ryan | 08/19/2025 | Request Removal Approval |
| 121090 | Third Amended Plaintiff Fact Sheet | 06/30/2025 | Villanueva, Angel | 06/30/2025 | |
| 112481 | Notice of Deficient Ride Receipt or Ride Information Form | 06/17/2025 | Admin, System | 06/17/2025 | |
| 100245 | PFS Deficiency Notice | 05/30/2025 | Krueger, Mike | 05/30/2025 | |
| 45341 | Defendant Fact Sheet | 01/17/2025 | Lee, Isamu | 01/17/2025 | |
| 41814 | Plaintiff Verification of PFS | 01/07/2025 | Villanueva, Angel | 01/07/2025 | Request Removal Approval |
| 41813 | Second Amended Plaintiff Fact Sheet | 01/07/2025 | Villanueva, Angel | 01/07/2025 | |

Showing 1 to 10 of 14 entries

Previous | 1 | 2 | Next

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.