# Exhibit NN



Uber Technologies, Inc., Passenger Sexual Assault Litigation



◀◀ Return

## Plaintiff Information

✎ Edit

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 2202 | **Date of Birth:** | |
| **Name:** | ▉▉▉▉▉▉▉▉ | **Law Firm:** | Williams Hart & Boundas, LLP |
| **Case Number:** | 24-CV-05799 | | |

🗑 Request Deactivation

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

1. Uber Ride Information Form    Submitted    +

2. Plaintiff Fact Sheet    Submitted    +

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

Upload ⬆

ℹ **Signed Verification.pdf has been uploaded. To upload another file, repeat the process.**

Filter: ALL ⌄                                                                    Produce

Show  10  entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 164100 | Plaintiff Verification of PFS | 11/04/2025 | Zamora, Gabriela | 11/04/2025 | Request Removal Approval |
| 156340 | Other - Verified Personal Statement Regarding Ride Receipt | 10/13/2025 | Zamora, Gabriela | 10/13/2025 | Request Removal Approval |
| 149141 | Notice of Missing Amended PFS Verification - PTO 10 Missing Verification Notice | 09/18/2025 | Admin, System | 09/18/2025 | |
| 148642 | PTO 31 Notice of Additional Ride Receipt Discovery - Uber MDL - PTO 31 Notice for 2202 | 09/12/2025 | Admin, System | 09/12/2025 | |
| 143559 | Legal Correspondence and Letters | 08/19/2025 | Glinski, Ryan | 08/19/2025 | Request Removal Approval |
| 120832 | Second Amended Plaintiff Fact Sheet | 06/30/2025 | Hall, Lisa | 06/30/2025 | |
| 112489 | Notice of Deficient Ride Receipt or Ride Information Form | 06/17/2025 | Admin, System | 06/17/2025 | |
| 99416 | PFS Deficiency Notice | 05/30/2025 | Krueger, Mike | 05/30/2025 | |
| 45351 | Defendant Fact Sheet | 01/17/2025 | Lee, Isamu | 01/17/2025 | |
| 36660 | First Amended Plaintiff Fact Sheet | 12/06/2024 | Zamora, Gabriela | 12/06/2024 | |

Showing 1 to 10 of 15 entries

Previous | 1 | 2 | Next

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.