# Exhibit RR



Upload ⬆

Filter: ALL

Produce

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 164156 | Plaintiff Verification of PFS | 11/05/2025 | Villanueva, Angel | 11/05/2025 | Request Removal Approval |
| 148950 | Notice of Missing Amended PFS Verification - PTO 10 Missing Verification Notice | 09/18/2025 | Admin, System | 09/18/2025 | |
| 139494 | First Amended Uber Ride Information Form | 08/13/2025 | Zamora, Gabriela | 08/13/2025 | |
| 121225 | Second Amended Plaintiff Fact Sheet | 06/30/2025 | Villanueva, Angel | 06/30/2025 | |
| 112442 | Notice of Deficient Ride Receipt or Ride Information Form | 06/17/2025 | Admin, System | 06/17/2025 | |
| 100243 | PFS Deficiency Notice | 05/30/2025 | Plettner, Mark | 05/30/2025 | |
| 45287 | Defendant Fact Sheet | 01/17/2025 | Lee, Isamu | 01/17/2025 | |
| 39116 | Plaintiff Verification of PFS | 12/17/2024 | Villanueva, Angel | 12/17/2024 | Request Removal Approval |
| 39115 | First Amended Plaintiff Fact Sheet | 12/17/2024 | Villanueva, Angel | 12/17/2024 | |
| 32613 | Plaintiff Fact Sheet | 10/29/2024 | Villanueva, Angel | 10/29/2024 | |

Showing 1 to 10 of 12 entries

Previous | 1 | 2 | Next

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.