# Exhibit SS



# Uber Technologies, Inc., Passenger Sexual Assault Litigation



👤 My Account ▾

◀◀ Return

## Plaintiff Information

[✎ Edit]

**Plaintiff ID:** 1693

**Name:** ███████

**Case Number:** 24-CV-04945

**Date of Birth:**

**Law Firm:** Williams Hart & Boundas, LLP

[🗑 Request Deactivation]

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

1. Uber Ride Information Form   In Progress                                            —

[👁 View Draft]  [↑ Import]  [↓ Export]                              [Submit ⊙]

**Uber Ride Information Form**

[✎ Edit]

If you require further assistance, contact us at Uber@browngreer.com or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

2. Plaintiff Fact Sheet  Submitted    +

## Documents

Upload ⬆

Filter: ALL

Produce

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 164083 | Plaintiff Verification of PFS | 11/04/2025 | Villanueva, Angel | 11/04/2025 | Request Removal Approval |
| 149077 | Notice of Missing Amended PFS Verification - PTO 10 Missing Verification Notice | 09/18/2025 | Admin, System | 09/18/2025 | |
| 120880 | Third Amended Plaintiff Fact Sheet | 06/30/2025 | Villanueva, Angel | 06/30/2025 | |
| 100543 | PFS Deficiency Notice | 05/30/2025 | Hart, Brian | 05/30/2025 | |
| 52027 | Defendant Fact Sheet Attachment - WHB 1847 (██████) - req 9_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 52026 | Defendant Fact Sheet Attachment - WHB 1847 (██████) - req 9_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 52025 | Defendant Fact Sheet Attachment - WHB 1847 (██████) - req 8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 52024 | Defendant Fact Sheet Attachment - WHB 1847 (██████) - req 27_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 52023 | Defendant Fact Sheet Attachment - WHB 1847 (██████) - req 26_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| | Defendant Fact Sheet | | | | |

| Document ID ▾ | Document Type ⇅ | Upload Date ⇅ | Produced By ⇅ | Produced Date ⇅ | Action |
|---|---|---|---|---|---|

Showing 1 to 10 of 45 entries

Previous | 1 | 2 | 3 | 4 | 5 | Next

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.