# Exhibit TT



Uber Technologies, Inc., Passenger Sexual Assault Litigation

My Account



2. Plaintiff Fact Sheet  Submitted                                                                                               +

## Documents

Upload ⬆

ⓘ  **Signed Verification.pdf has been uploaded. To upload another file, repeat the process.**

Filter: [ ALL ▼ ]                                                                                           [ Produce ]

Show [ 10 ▼ ] entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 164136 | Plaintiff Verification of PFS | 11/05/2025 | Zamora, Gabriela | 11/05/2025 | Request Removal Approval |
| 149124 | Notice of Missing Amended PFS Verification - PTO 10 Missing Verification Notice | 09/18/2025 | Admin, System | 09/18/2025 | |
| 123498 | Second Amended Plaintiff Fact Sheet | 07/01/2025 | Hall, Lisa | 07/01/2025 | |
| 111927 | Defendant Fact Sheet Attachment - 40_WHB 400 (███████████)_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 110545 | Defendant Fact Sheet Attachment - 40_WHB 400 (███████████)_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 109981 | Defendant Fact Sheet Attachment - 40_WHB 400 (███████████)_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 109608 | Defendant Fact Sheet Attachment - 40_WHB 400 (███████████)_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 109369 | Defendant Fact Sheet Attachment - 40_WHB 400 (███████████)_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |

Registering Plaintiffs

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 109126 | Defendant Fact Sheet Attachment - 40_WHB 400 (███████████)_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 108612 | Defendant Fact Sheet Attachment - 40_WHB 400 (███████████)_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |

Showing 1 to 10 of 117 entries

Previous | 1 | 2 | 3 | 4 | 5 | Next