# Exhibit UU



# Uber Technologies, Inc., Passenger Sexual Assault Litigation



My Account

---

◀◀ Return

## Plaintiff Information

✎ Edit

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 1940 | **Date of Birth:** | |
| **Name:** | ▮▮▮▮▮ | **Law Firm:** | Williams Hart & Boundas, LLP |
| **Case Number:** | 24-CV-05355 | | |

🗑 Request Deactivation

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

**1. Uber Ride Information Form**     Not Yet Started     —

| 👁 View Draft | ↑ Import | ↓ Export | | Submit ➤ |
|---|---|---|---|---|

**Uber Ride Information Form**

⏳ Start

---

Registering Plaintiffs

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.

2. Plaintiff Fact Sheet   Submitted                                                                    +

## Documents

Upload ⬆

Filter: [ ALL ▼ ]                                                                              Produce

Show [ 10 ▼ ] entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 164186 | Plaintiff Verification of PFS | 11/05/2025 | Villanueva, Angel | 11/05/2025 | Request Removal Approval |
| 164185 | Photo/Recordings | 11/05/2025 | Villanueva, Angel | 11/05/2025 | Request Removal Approval |
| 164184 | Fourth Amended Plaintiff Fact Sheet | 11/05/2025 | Villanueva, Angel | 11/05/2025 | |
| 149025 | Notice of Missing Amended PFS Verification - PTO 10 Missing Verification Notice | 09/18/2025 | Admin, System | 09/18/2025 | |
| 120854 | Other - Additional employment | 06/30/2025 | Villanueva, Angel | 06/30/2025 | Request Removal Approval |
| 120853 | Authorization to Disclose Psychiatric, Psychotherapy, and Mental Health Information | 06/30/2025 | Villanueva, Angel | 06/30/2025 | Request Removal Approval |
| 120852 | Third Amended Plaintiff Fact Sheet | 06/30/2025 | Villanueva, Angel | 06/30/2025 | |
| 111231 | Defendant Fact Sheet Attachment - 40_WHB 662 ▓▓▓▓▓▓)_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 110853 | Defendant Fact Sheet Attachment - 40_WHB 662 | 06/17/2025 | Haider, Jay | 06/17/2025 | |

Registering Plaintiffs

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 110736 | Defendant Fact Sheet Attachment - 40_WHB 662 (███████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |

Showing 1 to 10 of 68 entries

Previous | 1 | 2 | 3 | 4 | 5 | Next