Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S [PROPOSED] ORDER GRANTING MOTION TO PARTIALLY STRIKE REBUTTAL REPORT OF LINDSEY D. CAMERON, PH.D.**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

1

[PROPOSED] ORDER GRANTING MOTION TO PARTIALLY STRIKE REBUTTAL REPORT OF
LINDSEY D. CAMERON, PH.D.
Case No. 3.23-md-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Partially Strike Rebuttal Report of Lindsay D. Cameron, Ph.D., the motion is granted, and the Court hereby strikes the Rebuttal Report of Lindsay D. Cameron, Ph.D. as set forth in Defendants' motion.

**IT IS SO ORDERED.**

DATED:_____          By:_____
                                             CHARLES R BREYER
                                             United States District Judge