Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF ALEXANDRA CARITIS IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL EXHIBIT 1 TO UBER'S MOTION TO PARTIALLY STRIKE THE REBUTTAL REPORT OF LINDSEY D. CAMERON, PH.D**<br><br>Judge:   Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor<br><br>Judge:   Hon. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

I, Alexandra Caritis, declare as follows:

1. I am an attorney at Kirkland & Ellis, L.L.P., counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" or "Defendants"). I offer this Declaration in the above-captioned matter in support of Uber's Administrative Motion to Seal Exhibit 1 to Uber's Motion to Partially Strike the Rebuttal Report of Lindsey D. Cameron, Ph.D.

2. Counsel for Uber met and conferred with Counsel for Plaintiffs, including Lead Counsel firms (counsel from Peiffer Wolf and Girard Sharp) and Simmons Hanly Conroy, concerning the proposed redactions to the rebuttal report, and sent Plaintiffs a copy of the proposed redactions.

3. Plaintiffs' Counsel indicated their position as follows: "Plaintiffs take no position on your redactions and reserve all rights."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  November 5, 2025

　　　　　　　　　　　　　　　　　　　　　*/s/ Alexandra Caritis*
　　　　　　　　　　　　　　　　　　　　　ALEXANDRA CARITIS