Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Administrative Motion to Seal Exhibit 1 to Uber's Motion to Partially Strike the Rebuttal Report of Lindsey D. Cameron, Ph.D. (the "Motion"), the Court hereby **ORDERS** that the following portions of the November 5, 2025 filings remain under seal, as requested in Uber's Motion:

| Document | Text to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Exhibit 1 (Redacted Rebuttal Report of Lindsey D. Cameron, Ph.D.) | Paragraph 83 (partial)<br>Paragraph 88(c)<br>Paragraph 89(b) (partial)<br>Paragraph 92(a)-(b) and (a)-(c)[1] (partial)<br>Paragraph 93 (partial)<br>Paragraph 94(a)-(b)<br>Paragraph 95(d), (f) (partial)<br>Paragraph 96 (partial)<br>Paragraph 97(a) (partial) | Uber Technologies, Inc.; Rasier LLC; Rasier-CA, LLC |

**IT IS SO ORDERED.**

DATED:_____   By:_____
                                        Hon. Charles R. Breyer
                                        United States District Court Judge

---

[1] Paragraph 92 appears to be misnumbered, since it includes subparts (a)-(b) and then additional subparts (a)-(c).