**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (888) 875-2889
sluther@wagstafflawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| *This document relates to:*<br><br>TE.T. v. UBER TECHNOLIGIES, INC., *et al.*; 3:25-CV-09370-CRB | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on November 2, 2025.

Dated: November 5, 2025

                                               Respectfully submitted,

                                               */s/ Sommer D. Luther*
                                               Sommer D. Luther, CO 35053
                                               **WAGSTAFF LAW FIRM**
                                               940 Lincoln Street
                                               Denver, CO 80203
                                               Tel: (720) 208-9417
                                               Fax: (888) 875-2889
                                               sluther@wagstafflawfirm.com
                                               Attorney for Plaintiff
                                               **Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2025, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/ *Sommer D. Luther*

Sommer D. Luther