**WAGSTAFF LAW FIRM**
Sommer D. Luther (pro hac vice)
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB  **FURTHER DECLARATION OF SOMMER D. LUTHER REGARDING SERVICE OF THIRD-PARTY, THE COMFY PLACE**  Judge: Hon. Charles R. Breyer  Courtroom: 6 – 17th Floor  Judge: Hon. Lisa J. Cisneros  Courtroom: G – 15th Floor |
| This Document Relates to:  T.L. v. Uber Technologies, Inc., et al., No. 3:24-cv-09217-CRB | |

I, Sommer D. Luther, declare as follows:

Pursuant to the Court's order (Dkt. 4304) regarding Plaintiff T.L.'s Motion to Compel (Dkt. 4292), I hereby submit this further declaration. I state and declare as follows:

1. I am an attorney with Wagstaff Law Firm, counsel for Plaintiff T.L. in this matter. I have personal knowledge of the facts stated below and, if called as a witness, could testify competently thereto.

2. My office complied with the Court's order to serve The Comfy Place with copies of the following documents:

- Plaintiff T.L.'s Motion to Compel The Comfy Place to Comply with Subpoena and Produce Documents (and supporting exhibits) (Dkts. 4292, 4292-1, 4292-2);

- Declaration of Sommer D. Luther in Support of Plaintiff's Motion to Compel The Comfy Place to Comply with Subpoena (Dkt. 4306); and

- Order by Magistrate Judge Lisa J. Cisneros Re: Plaintiff T.L.'s Motion to Compel (Dkt. 4304).

3. On November 5, 2025, my office mailed copies of the documents identified in paragraph 2 to The Comfy Place pursuant to Federal Rule of Civil Procedure 5(b)(2)(C). A proof of service as to that service by mail is attached as **Exhibit A**.

4. Out of an abundance of caution, my office also arranged for a vendor to personally serve the documents identified in paragraph 2 on The Comfy Place. That service was accomplished on November 6, 2025. A proof of service as to that personal service is attached as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 6, 2025, at Denver, Colorado.

_____
Sommer D. Luther

# CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2025, I electronically transmitted the foregoing FURTHER DECLARATION OF SOMMER D. LUTHER REGARDING SERVICE OF THIRD-PARTY, THE COMFY PLACE to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

Additionally, in accordance with Federal Rule of Civil Procedure 5(b)(2)(C), the following documents will be served by First-Class Mail on third-party recipient, The Comfy Place, at 126 Enterprise Path, Suite 101, Hiram, GA 30141 on November 6, 2025:

- Further Declaration of Sommer D. Luther Regarding Service of Third-Party, The Comfy Place

☑ **(BY U.S. MAIL)** — I enclosed the above-referenced documents in a sealed envelope or package addressed to the addressee and placed the envelope for collection and mailing, following the ordinary business practices of Wagstaff Law Firm. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. Under that practice, the mail would be deposited with the United States Postal Service on the same day in the ordinary course of business, with postage fully prepaid.

I, the undersigned, declare: I am a citizen of the United States, over 18 years of age and not a party to the within action. My business mailing address is Wagstaff Law Firm - 940 Lincoln Street, Denver, CO 80203.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 6, 2025, at Denver, Colorado.

                                            */s/ Theresa Fryan*
                                            Theresa Fryan
                                            Paralegal