**WAGSTAFF LAW FIRM**
Sommer D. Luther (pro hac vice)
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br>T.L. v. Uber Technologies, Inc., et al., No. 3:24-cv-09217-CRB | Case No. 3:23-md-03084-CRB<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

In accordance with Federal Rule of Civil Procedure 5(b)(2)(C), the following documents were served by First-Class Mail on third-party recipient, The Comfy Place, at 126 Enterprise Path, Suite 101, Hiram, GA 30141 on November 5, 2025:

- Plaintiff T.L.'s Motion to Compel The Comfy Place to Comply with Subpoena and Produce Documents (and supporting exhibits) (Dkt. 4292) ;

- Declaration of Sommer D. Luther in Support of Plaintiff's Motion to Compel The Comfy Place to Comply with Subpoena (Dkt. 4306); and

- Order by Magistrate Judge Lisa J. Cisneros Re: Plaintiff T.L.'s Motion to Compel (Dkt. 4304);

☑ **(BY U.S. MAIL)** — I enclosed the documents in a sealed envelope or package addressed to the addressee and placed the envelope for collection and mailing, following the ordinary business practices of Wagstaff Law Firm. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. Under that practice, the mail would be deposited with the United States Postal Service on the same day in the ordinary course of business, with postage fully prepaid.

I, the undersigned, declare: I am a citizen of the United States, over 18 years of age and not a party to the within action. My business mailing address is Wagstaff Law Firm - 940 Lincoln Street, Denver, CO 80203.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 6, 2025, at Denver, Colorado.

                                                */s/ Theresa Fryan*
                                                Theresa Fryan
                                                Paralegal