| Attorney or Party without Attorney:<br>Sommer D. Luther, Esq.<br>Wagstaff Law Firm<br>940 Lincoln St<br>Denver, CO 80203<br>Telephone No: 303-376-6060<br><br>Attorney For: Plaintiff | Ref. No. or File No.:<br>Uber Tech Sexual Assault | For Court Use Only |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
USDC-Northern District of California, San Francisco Division

| Plaintiff: | IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION |
|---|---|
| Defendant: | This Document Relates to: T.L. v. Uber Technologies, Inc., et al., No. 3:24-cv-09217-CRB |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:23-md-03084-CRB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the PLAINTIFF T.L.'S NOTICE OF MOTION AND MOTION TO COMPEL THIRDPARTY, THE COMFY PLACE, TO COMPLY WITH SUBPOENA AND PRODUCE DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF PLAINTIFF T.L.'S MOTION TO COMPEL THE COMFY PLACE TO COMPLY WITH SUBPOENA AND PRODUCE DOCUMENTS; DOCKET TEXT: ORDER BY MAGISTRATE JUDGE LISA J CISNEROS

3. a. Party served:        The Comfy Place
   b. Person served:     Sydney Cabrera, Employee, Authorized to Accept Service

4. Address where the party was served:    126 Enterprise Path Suite 101, Hiram, GA 30141

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Nov 06 2025 (2) at: 03:09 PM

6. **Person Who Served Papers:**
   a. William Page ()
   b. FIRST LEGAL
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (888) 599-5039

   d. *The Fee* for Service was:

7. **I declare under penalty of perjury that the foregoing is true and correct.**

11/06/25

(Date)                              (Signature)



PROOF OF SERVICE

14530010
(415496)