1 | Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE**
**CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL WAVE 1 BELLWETHER ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MOTIONS TO STRIKE REBUTTAL EXPERTS**<br><br>Judge:       Hon. Lisa J. Cisneros<br>Courtroom:   Courtroom G-15th Floor |

WHEREAS, Uber moved to strike the supplemental report of Dr. Drumwright and portions of the rebuttal report of Dr. Lindsay Cameron, ECF 4271 & 4312;

WHEREAS, Judge Breyer determined that both motions fell under the purview of Magistrate Judge Cisneros pursuant to Order Referring Case for Discovery Purposes (ECF 66), ECF 4281 & 4321;

WHEREAS, Judge Cisneros denied both motions to strike without prejudice and ordered the parties to file joint letters under PTO 8 by November 14, 2025;

WHEREAS, Plaintiffs intend to move to strike portions of the rebuttal reports of Dr. Lindsay

Orchowski and Dr. Kristen Zgoba;

WHEREAS, the parties met and conferred and agreed that, in lieu of motions to strike, the parties will file joint letter briefs regarding Dr. Orchowski's and Dr. Zgoba's rebuttal reports on November 14, 2025.

**IT IS SO STIPULATED.**

DATED: November 8, 2025                                Respectfully submitted,

By: */s/ Sarah R. London*

SARAH R. LONDON (SBN 267083)
ANDREW R. KAUFMAN (*Pro Hac Vice*)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
             akaufman@girardsharp.com

RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
PEIFFER WOLF CARR KANE CONWAY
 & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
             awolf@peifferwolf.com
             scraig@peifferwolf.com

ROOPAL P. LUHANA *(Pro Hac Vice)*
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

1  Dated: November 8, 2025         KIRKLAND & ELLIS LLP

2                                  */s/ Laura Vartain*

3                                  Laura Vartain (SBN 258485)
4                                  laura.vartain@kirkland.com
                                   555 California Street
5                                  San Francisco, CA 94104
                                   Telephone: (415) 439-1400
6
7                                  Allison M. Brown (*Admitted Pro Hac Vice*)
                                   alli.brown@kirkland.com
8                                  2005 Market Street, Suite 1000
                                   Philadelphia, PA 19103
9                                  Telephone: (215) 268-5000

10                                 *Attorneys for Defendants*
                                   UBER TECHNOLOGIES, INC.,
11                                 RASIER, LLC, and RASIER-CA, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing.

Dated: November 8, 2025

*/s/ Andrew R. Kaufman*
Andrew R. Kaufman

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL WAVE 1 BELLWETHER ACTIONS | Case No. 3:23-MD-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER REGARDING MOTIONS TO STRIKE REBUTTAL EXPERT REPORTS** |

Having considered the parties' Stipulation, the Court orders as follows:

The parties will file joint letter briefs regarding Dr. Orchowski's and Dr. Zgoba's rebuttal reports on November 14, 2025.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Lisa J. Cisneros
United States Magistrate Judge