1  ROOPAL P. LUHANA (*admitted Pro Hac Vice*)
2  **Chaffin Luhana LLP**
   600 Third Avenue
3  12th Floor
   New York, NY 10016
4  Telephone: (888) 480-1123
   Facsimile: (888) 499-1123
5  Email: luhana@chaffinluhana.com

6
   *Counsel for Plaintiff*
7

8

9

10                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
11                         **SAN FRANCISCO DIVISION**

12

13 | IN RE: UBER TECHNOLOGIES, INC.,
   | PASSENGER SEXUAL ASSAULT                ) No. 3:23-md-03084-CRB
14 | LITIGATION                              )
                                             ) **NOTICE OF FILING OF NEW ACTION**
15                                           )
                                             )
16 _____  )
                                             )
17                                           )
   *This document relates to:*               )
18                                           )
                                             )
19 *M.J.01, an individual v. UBER*           )
   *TECHNOLOGIES, INC., et al.,*             )
20 *3:25-cv-06798-CRB*                       )
                                             )
21                                           )
                                             )
22

23
       Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the
24
   Complaint with Jury Demand in the above-referenced action was filed on August 11,
25
   2025. ///
26

27 ///

28 ///

Dated: November 10, 2025

Respectfully submitted,

By: /s/ Roopal P. Luhana
ROOPAL P. LUHANA (admitted PHV)
**Chaffin Luhana LLP**
600 Third Avenue
12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
Email: luhana@chaffinluhana.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

/s/ Roopal P. Luhana
Roopal P. Luhana