# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL WAVE 1 BELLWETHER ACTIONS | Case No. 3:23-MD-03084-CRB (LJC)<br><br>**ORDER REGARDING MOTIONS TO STRIKE REBUTTAL EXPERT REPORTS** |

Having considered the parties' Stipulation, the Court orders as follows:

The parties will file joint letter briefs regarding Dr. Orchowski's and Dr. Zgoba's rebuttal reports on November 14, 2025.

**IT IS SO ORDERED.**

Dated: November 10, 2025

Honorable Lisa J. Cisneros
United States Magistrate Judge