Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **CERTIFICATE OF SERVICE** |
| This Document Relates to: | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |
| *Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Judge: Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

   I, Laura Vartain Horn, am at least 18 years old and not a party to this action. I am employed in the City and County of San Francisco.  I am a Partner with the law firm Kirkland & Ellis LLP and my business address is 555 California Street, San Francisco, CA 94104.

   On the date set forth below, I caused the following sealed document(s) to be served by providing a true copy on the parties listed in the table below:

**(1) EXHIBITS 1-3 TO THE LAURA VARTAIN HORN DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF PLAINTIFFS' EXPERT LACEY KELLER; MEMORANDUM OF POINTS & AUTHORITIES**

☒     **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown below.

| | |
|---|---|
| Sarah R. London<br>Andrew R. Kaufman<br>**GIRARD SHARP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: slondon@girardsharp.com<br>         kaufman@girardsharp.com |
| Rachel B. Abrams<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: rabrams@peifferwolf.com |
| Roopal P. Luhana<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Floor 12<br>New York, NY 10016 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: luhana@chaffinluhana.com<br>ubermdldiscovery@chaffinluhana.com |
| Donald D. Grubbs<br>**PULASKI KHERKHER, PLLC**<br>2925 Richmond Ave. #1725 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: dgrubbs@pulaskilawfirm.com |

| | |
|---|---|
| Houston, TX 77098 | |
| Sadi R. Antonmattei-Goitia<br>**KHERKHER GARCIA, LLP**<br>2925 Richmond Ave. Suite 1560,<br>Houston, TX 77098 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: sadi@kherkhergarcia.com |
| Elizabeth J. Cabraser<br>**LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP**<br>275 Battery Street, Suite 2900<br>San Francisco, CA 94111 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: ecabraser@lchb.com |
| William A. Levin<br>Laurel L. Simes<br>**LEVIN SIMES LLP**<br>1700 Montgomery St Suite 250, San<br>Francisco, CA 94111 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: wlevin@levinsimes.com<br>          llsimes@levinsimes.com |
| Steven Scott Schulte<br>**NACHAWATI LAW GROUP**<br>5489 Blair Rd<br>Dallas, TX 75231 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: schulte@fnlawfirm.com |

2

CERTIFICATE OF SERVICE

Case No. 3:23-md-03084-CRB (LJC)

1

I declare under penalty of perjury under the law of the State of California that the foregoing is

2

true and correct. Executed on November 10, 2025 in San Francisco, CA.

3

4

/s/ Laura Vartain Horn
Laura Vartain Horn

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3