1  Laura Vartain Horn (SBN 258485)
   **KIRKLAND & ELLIS LLP**
2  555 California Street, Suite 2700
   San Francisco, CA 94104
3  Telephone: (415) 439-1625
   laura.vartain@kirkland.com
4
   Allison M. Brown (Admitted *Pro Hac Vice*)
5  **KIRKLAND & ELLIS LLP**
   2005 Market Street, Suite 1000
6  Philadelphia, PA 19103
   Telephone: (215) 268-5000
7  alli.brown@kirkland.com

8  Jessica Davidson (Admitted *Pro Hac Vice*)
   **KIRKLAND & ELLIS LLP**
9  601 Lexington Avenue
   New York, NY 10022
10 Telephone: (212) 446-4800
   jessica.davidson@kirkland.com
11
   *Attorneys for Defendants*
12 UBER TECHNOLOGIES, INC., RASIER, LLC,
   And RASIER-CA, LLC
13

14                      UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16                           SAN FRANCISCO DIVISION

17 | IN RE: UBER TECHNOLOGIES, INC., | Case No. 3:23-md-03084-CRB (LJC) |
   | PASSENGER SEXUAL ASSAULT |  |
18 | LITIGATION | **DECLARATION OF LAURA VARTAIN** |
   |  | **HORN IN SUPPORT OF DEFENDANTS** |
19 |  | **UBER TECHNOLOGIES, INC., RASIER,** |
   | This Document Relates to: | **LLC, AND RASIER-CA, LLC'S MOTION** |
20 |  | **TO PARTIALLY EXCLUDE OPINIONS OF** |
   | *Jaylynn Dean v. Uber Techs., Inc.*, | **PLAINTIFFS' EXPERT VERONIQUE** |
21 | No. 23-cv-06708 | **VALLIERE** |
22 |  | Judge: Hon. Charles R. Breyer |
   |  | Courtroom: 6 – 17th Floor |
23 |  |  |
   |  | Judge: Mag. Lisa J. Cisneros |
24 |  | Courtroom: G – 15th Floor |

I, Laura Vartain Horn, declare as follows:

1. I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber") in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. Attached as **Exhibit 1** is a true and correct copy of the September 26, 2025 Report of Veronique Valliere.

3. Attached as **Exhibit 2** is a true and correct copy of the August 29, 2025 Order on Parties' Motions in Limine and Motions to Exclude Expert Opinions in JCCP No. 5188.

4. Attached as **Exhibit 3** is a true and correct copy of the October 24, 2025 Deposition Transcript of Veronique N. Valliere.

5. Attached as **Exhibit 4** is a true and correct copy of the Order in *In re Lyft Rideshare Cases*, No. CJC-20-005061 (Sept. 30, 2025).

6. Attached as **Exhibit 5** is a true and correct copy of the July 18, 2025 Deposition Transcript of Veronique N. Valliere.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on November 10, 2025, in San Francisco, California.

*/s/ Laura Vartain Horn*
Laura Vartain Horn

---

1
DECLARATION OF LAURA VARTAIN HORN ISO DEFENDANTS' MOTION TO PARTIALLY EXCLUDE OPINIONS OF PLAINTIFFS' EXPERT VERONIQUE VALLIERE
Case No. 3.23-md-03084-CRB (LJC)

**E-FILING ATTESTATION**

I, Laura Vartain Horn, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/ *Laura Vartain Horn*
Laura Vartain Horn

# EXHIBIT 1
# FILED UNDER SEAL

# EXHIBIT 2
# FILED UNDER SEAL

# EXHIBIT 3
# FILED UNDER SEAL

# EXHIBIT 4
# FILED UNDER SEAL

# EXHIBIT 5
# FILED UNDER SEAL