1  Laura Vartain Horn (SBN 258485)
   **KIRKLAND & ELLIS LLP**
2  555 California Street, Suite 2700
   San Francisco, CA 94104
3  Telephone: (415) 439-1625
   laura.vartain@kirkland.com
4
   Allison M. Brown (Admitted *Pro Hac Vice*)
5  **KIRKLAND & ELLIS LLP**
   2005 Market Street, Suite 1000
6  Philadelphia, PA 19103
   Telephone: (215) 268-5000
7  alli.brown@kirkland.com

8  Jessica Davidson (Admitted *Pro Hac Vice*)
   **KIRKLAND & ELLIS LLP**
9  601 Lexington Avenue
   New York, NY 10022
10 Telephone: (212) 446-4800
   jessica.davidson@kirkland.com
11
   *Attorneys for Defendants*
12 UBER TECHNOLOGIES, INC., RASIER, LLC,
   And RASIER-CA, LLC
13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                         **SAN FRANCISCO DIVISION**

17

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S [PROPOSED] ORDER GRANTING MOTION TO PARTIALLY EXCLUDE OPINIONS OF PLAINTIFFS' EXPERT VERONIQUE VALLIERE** |
| This Document Relates to: *Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Judge:       Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge:       Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

1

[PROPOSED] ORDER GRANTING MOTION TO PARTIALLY EXCLUDE OPINIONS OF
PLAINTIFFS' EXPERT VERONIQUE VALLIERE
Case No. 3.23-md-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Partially Exclude Opinions of Plaintiffs' Expert Veronique Valliere and all exhibits, all reply briefing, all pleadings and papers of record and on file in this case, and good cause appearing, Defendants' Motion is GRANTED. Accordingly, Dr. Veronique Valliere's opinions on: (1) Uber's marketing and its supposed impact on riders and drivers; (2) features of the Uber app that allegedly make female passengers susceptible to sexual assault; (3) Uber's supposed failure to warn riders of the risks of sexual assault; (4) the alleged inadequacy of Uber's safety guidelines and other commentary on Uber's values; and (5) Uber's supposed knowledge are hereby excluded from any trial of this matter. Dr. Valliere is also barred from regurgitating company documents under the guise of expert testimony.

**IT IS SO ORDERED.**

DATED:_____         By:_____
                                          CHARLES R BREYER
                                          United States District Judge