Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO EXCLUDE OPINIONS OF PLAINTIFFS' EXPERT DR. JOHN CHANDLER**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge: Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

I, Laura Vartain Horn, declare as follows:

1.      I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber") in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.      Attached as **Exhibit 1** is a true and correct copy of the September 26, 2025 Report of John Chandler, Ph.D.

3.      Attached as **Exhibit 2** is a true and correct copy of the November 6, 2025 Deposition of Transcript of John Chandler, Ph.D.

4.      Attached as **Exhibit 3** is a true and correct copy of the September 26, 2025 Expert Report of Victoria Stodden, Ph.D.

5.      Attached as **Exhibit 4** is a true and correct copy of the October 24, 2025 Rebuttal Report of John Chandler, Ph.D.

6.      Attached as **Exhibit 5** is a true and correct copy of the August 29, 2025 JCCP Order on Parties' Motions in Limine and Motions to Exclude Expert Opinions.

7.      Attached as **Exhibit 6** is a true and correct copy of the November 7, 2025 Deposition of Transcript of John Chandler, Ph.D.

8.      Attached as **Exhibit 7** is a true and correct copy of the October 24, 2025 Expert Rebuttal Report of Victoria Stodden, Ph.D.

9.      Attached as **Exhibit 8** is a true and correct copy of the Uber Incident Report Classification of Dominant Tickets for 2017–2024 (Flack Data).

10.     Attached as **Exhibit 9** is a true and correct copy of Casey Bradshaw & David M. Blei, *A Bayesian Model of Underreporting for Sexual Assault on College Campuses*, 18 The Annals of Applied Statistics 3146 (2024).

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

DECLARATION OF LAURA VARTAIN HORN ISO DEFENDANTS' MOTION TO EXCLUDE
OPINIONS OF PLAINTIFFS' EXPERT DR. JOHN CHANDLER
Case No. 3.23-md-03084-CRB (LJC)

Executed on November 10, 2025, in San Francisco, California.

*/s/ Laura Vartain Horn*
Laura Vartain Horn

**E-FILING ATTESTATION**

I, Laura Vartain Horn, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Laura Vartain Horn*
Laura Vartain Horn

# EXHIBIT 1
# FILED UNDER SEAL

# EXHIBIT 2
# FILED UNDER SEAL

# EXHIBIT 3
# FILED UNDER SEAL

# EXHIBIT 4
# FILED UNDER SEAL

# EXHIBIT 5
# FILED UNDER SEAL

# EXHIBIT 6
# FILED UNDER SEAL

# EXHIBIT 7
# FILED UNDER SEAL

# EXHIBIT 8
# FILED UNDER SEAL

# EXHIBIT 9
# FILED UNDER SEAL