Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO EXCLUDE OPINIONS OF PLAINTIFFS' EXPERT BRUCE WEINER**<br><br>Judge:    Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge:    Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

I, Laura Vartain Horn, declare as follows:

1.      I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber") in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.      Attached as **Exhibit 1** is a true and correct copy of the September 26, 2025 Report of Bruce Weiner.

3.      Attached as **Exhibit 2** is a true and correct copy of the October 28, 2025 Deposition Transcript of Bruce Weiner.

4.      Attached as **Exhibit 3** is a true and correct copy of the May 31, 2025 Invoice for the Services of Weiner.net, LLC.

5.      Attached as **Exhibit 4** is a true and correct copy of the June 30, 2025 Invoice for the Services of Weiner.net, LLC.

6.      Attached as **Exhibit 5** is a true and correct copy of the July 31, 2025 Invoice for the Services of Weiner.net, LLC.

7.      Attached as **Exhibit 6** is a true and correct copy of the August 31, 2025 Invoice for the Services of Weiner.net, LLC.

8.      Attached as **Exhibit 7** is a true and correct copy of the September 30, 2025 Invoice for the Services of Weiner.net, LLC.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on November 10, 2025, in San Francisco, California.


_/s/ Laura Vartain Horn_____
Laura Vartain Horn

1
DECLARATION OF LAURA VARTAIN HORN ISO DEFENDANTS' MOTION TO EXCLUDE
OPINIONS OF PLAINTIFFS' BRUCE WEINER
Case No. 3.23-md-03084-CRB (LJC)

**E-FILING ATTESTATION**

I, Laura Vartain Horn, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

<em>/s/ Laura Vartain Horn</em><br>
Laura Vartain Horn

DECLARATION OF LAURA VARTAIN HORN ISO DEFENDANTS' MOTION TO EXCLUDE
OPINIONS OF PLAINTIFFS' BRUCE WEINER
Case No. 3.23-md-03084-CRB (LJC)

# EXHIBIT 1
# FILED UNDER SEAL

# EXHIBIT 2
# FILED UNDER SEAL

# EXHIBIT 3
# FILED UNDER SEAL

# EXHIBIT 4
# FILED UNDER SEAL

# EXHIBIT 5
# FILED UNDER SEAL

# EXHIBIT 6
# FILED UNDER SEAL

# EXHIBIT 7
# FILED UNDER SEAL