Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S [PROPOSED] ORDER GRANTING MOTION TO EXCLUDE OPINIONS OF PLAINTIFFS' EXPERT THOMAS R. TREMBLAY**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge: Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

1

[PROPOSED] ORDER GRANTING MOTION TO EXCLUDE OPINIONS OF PLAINTIFFS' EXPERT
THOMAS R. TREMBLAY
Case No. 3.23-md-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Exclude Opinions of Plaintiffs' Expert Thomas R. Tremblay and all exhibits, all reply briefing, all pleadings and papers of record and on file in this case, and good cause appearing, Defendants' Motion is GRANTED. Accordingly, the opinions and testimony of Thomas R. Tremblay are hereby excluded from any trial of this matter.

**IT IS SO ORDERED.**

DATED:_____    By:_____
                                                                CHARLES R BREYER
                                                                United States District Judge