Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S [PROPOSED] ORDER GRANTING MOTION TO EXCLUDE OPINIONS OF PLAINTIFFS' EXPERT DR. MINETTE DRUMWRIGHT** |
| This Document Relates to: | |
| *Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | |
| | Judge: Hon. Charles R. Breyer |
| | Courtroom: 6 – 17th Floor |
| | Judge: Mag. Lisa J. Cisneros |
| | Courtroom: G – 15th Floor |

[PROPOSED] ORDER GRANTING MOTION TO EXCLUDE OPINIONS OF PLAINTIFFS' EXPERT
DR. MINETTE DRUMWRIGHT
Case No. 3.23-md-03084-CRB (LJC)

1    Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's

2    Motion to Exclude Opinions of Plaintiffs' Expert Dr. Minette Drumwright and all exhibits, all reply

3    briefing, all pleadings and papers of record and on file in this case, and good cause appearing, Defendants'

4    Motion is GRANTED. Accordingly, the opinions and testimony of Minette Drumwright are hereby

5    excluded from any trial of this matter.

6

7

8        **IT IS SO ORDERED.**

9

10    DATED:_____          By:_____

11                                                CHARLES R BREYER
                                                United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION TO EXCLUDE OPINIONS OF PLAINTIFFS' EXPERT
DR. MINETTE DRUMWRIGHT
Case No. 3.23-md-03084-CRB (LJC)