| | |
|---|---|
| 1 | Bret Stanley (TX SBN 24075116) |
| 2 | bstanley@johnsonlawgroup.com |
|   | **Johnson Law Group** |
| 3 | 2925 Richmond Ave, Suite 1700 |
|   | Houston, TX 77098 |
| 4 | Telephone: (713) 626-9336 |
| 5 | ATTORNEY FOR PLAINTIFFS |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S MOTION FOR SANCTIONS AGAINST BRET STANLEY** |
| This Document Relates to: | Judge: Honorable Lisa J. Cisneros |
| ALL ACTIONS | Courtroom: G - 15th Floor |

1  Laura Vartain Horn (SBN 258485)
   KIRKLAND & ELLIS LLP
2  555 California Street, Suite 2700
   San Francisco, CA 94104
3  Telephone: (415) 439-1625
4  laura.vartain@kirkland.com

5  Allison M. Brown (Admitted Pro Hac Vice)
   KIRKLAND & ELLIS LLP
6  2005 Market Street, Suite 1000
   Philadelphia, PA 19103
7  Telephone: (215) 268-5000
8  alli.brown@kirkland.com

9  MICHAEL B. SHORTNACY (SBN: 277035)
   SHOOK, HARDY & BACON L.L.P.
10 2121 Avenue of the Stars, Suite 1400
   Los Angeles, CA 90067
11 Telephone: (424) 285-8330
12 mshortnacy@shb.com

13 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.,
14 RASIER, LLC, and RASIER-CA, LLC

   Bret Stanley (TX SBN 24075116)
   bstanley@johnsonlawgroup.com
   **Johnson Law Group**
   2925 Richmond Ave, Suite 1700
   Houston, TX 77098
   Telephone: (713) 626-9336

   Attorney for Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

**WHEREAS,** on October 24, 2025, Defendants Rasier, LLC, Rasier-CA, LLC, Uber Technologies, Inc. ("Uber") filed a Motion for Sanctions Against Bret Stanley. (ECF 4233).

**WHEREAS,** on November 9, 2025 by electronic email Bret Stanley requested an extension from Uber to the current filing deadlines to file a Response to Uber's Motion for Sanctions Against Bret Stanley.

**WHEREAS,** Bret Stanley and Uber conferred by electronic mail on November 10, 2025 about a short extension to the deadline for Bret Stanley's Response to Uber's Motion for Sanctions Against Bret Stanley and a short extension to the deadline for Uber's Reply to Bret Stanley's Response.

**WHEREAS,** the parties agreed to extend the deadline to Bret Stanley's Response to Uber's Motion for Sanctions against Bret Stanley to November 17, 2025.

**WHEREAS,** the parties agreed to extend the deadline to Uber's Reply to Bret Stanley's Response to Uber's Motion for Sanctions to November 24, 2025.

**WHEREAS,** the parties desire to keep the Court's current December 2, 2025 hearing date for Uber's Motion for Sanctions against Bret Stanley.

**THEREFORE,** the parties respectfully request the Court enter the parties' stipulation that:

1. The deadline for Bret Stanley's Response to Uber's Motion for Sanctions Against Bret Stanley be extended to November 17, 2025.

2. The deadline for Uber's Reply to Bret Stanley's Response to Uber's Motion for Sanctions Against Bret Stanley be extended to November 24, 2025.

IT IS SO STIPULATED.

Dated: November 10, 2025         **JOHNSON LAW GROUP**

By:  */s/ Bret Stanley*
Bret Stanley (TX SBN 24075116)
bstanley@johnsonlawgroup.com
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336

ATTORNEY FOR PLAINTIFFS

By:  */s/ Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

By:  */s/ Allison M. Brown*
Allison M. Brown (Admitted Pro Hac Vice)
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

By:  */s/ Michael B. Shortnacy*
Michael B. Shortnacy (SBN: 277035)
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
mshortnacy@shb.com

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**FILER'S ATTESTATION**

I, Bret Stanley, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: November 10, 2025         By:      */s/ Bret Stanley*
                                          Bret Stanley

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S MOTION FOR SANCTIONS AGAINST BRET STANLEY**<br><br>Judge: Honorable Lisa J. Cisneros<br>Courtroom: G - 15th Floor |

The Court hereby GRANTS the parties' stipulation as follows:

1. The deadline for Bret Stanley's Response to Uber's Motion for Sanctions Against Bret Stanley be extended to November 17, 2025.

2. The deadline for Uber's Reply to Bret Stanley's Response to Uber's Motion for Sanctions Against Bret Stanley be extended to November 24, 2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____, 2025

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE