Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

[*Additional Counsel Listed on Signature Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: *Jaylynn Dean v. Uber Technologies, Inc., et al., No. 3:23-cv-06708* | **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PERSONAL IDENTIFYING INFORMATION IN EXHIBITS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6 – 17th Floor |

**DEFENDANTS' MOTION TO SEAL**

Pursuant to Civil Local Rules 79-5(c)(1) and the Protective Order entered in this case dated December 28, 2023, ECF 176 ("Protective Order"), Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively "Defendants"), respectfully submit this Administrative Motion to File Under Seal Personal Identifying Information in Exhibits in Support of its contemporaneously-filed Motion for Partial Summary Judgment. This Court has previously found compelling reasons to seal personal-identifying information and should do so again here. *See, e.g.*, ECF 3616 (sealing "Personal identifying information, specifically the names, addresses, contact information, and financial information").

## I.   BACKGROUND AND REQUESTED SEALING

This motion to seal concerns certain exhibits in support of Defendants Motion for Partial Summary Judgment containing personal identifying information:

| Document | Description | Defendants' Request |
|---|---|---|
| **Exhibit 22** | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-BW-00012056, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically date of birth, partial Social Security number, partial driver license number, email address, phone number) |
| **Exhibit 23** | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003621, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically date of birth, partial Social Security number, partial driver license number, email address, phone number) |
| **Exhibit 24** | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003619, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |

| Document | Description | Defendants' Request |
|---|---|---|
| **Exhibit 25** | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003615, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |
| **Exhibit 26** | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003647, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |
| **Exhibit 27** | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003643, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |
| **Exhibit 28** | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003639, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |
| **Exhibit 29** | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003633, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |
| **Exhibit 30** | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003635, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |

| Document | Description | Defendants' Request |
|---|---|---|
| **Exhibit 31** | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003631, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |
| **Exhibit 32** | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003627, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |
| **Exhibit 33** | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003625, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |
| **Exhibit 34** | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003611, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |

The portions of the exhibits which Defendants seek to seal contain PII. *See* Cummings Decl. ¶¶ 2-6. Defendants therefore submit this request that the Court seal the exhibits under Local Rule 79-5(c)(1).

## II.     LEGAL STANDARD

Courts ruling on a request to seal information or documents must "conscientiously balance[] the competing interests of the public and the party who seeks to keep certain judicial records secret." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016). The presumption of public access is overcome where documents or information are the type "traditionally kept secret," *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Where the information

1  or document to be sealed relates to the merits of the case, courts apply the "compelling reasons"
2  standard. *Ctr. for Auto Safety*, 809 F.3d at 1097- 99.
3    "Courts in this circuit routinely seal email addresses and other personal identifying information
4  under the compelling reasons standard due to the potential privacy harm to the individual whose
5  contact information may be exposed." *Jones v. PGA Tour, Inc*., 2023 WL 7434197, at *2 (N.D. Cal.
6  Oct. 5, 2023). Types of PII routinely sealed under the compelling reasons standard includes: **dates of**
7  **birth (DOB)** (*e.g.*, *Cross v. Cent. Contra Costa Transit Auth*., 2024 WL 3658045, at *1 (N.D. Cal.
8  July 22, 2024) (sealing under compelling reasons standard "personal identifying information,
9  specifically social security numbers, dates of birth, home addresses, and phone numbers"); *Prasad v.*
10 *Simmons*, 2019 WL 294760, at *2 (N.D. Cal. Jan. 23, 2019) ("There are compelling reasons to seal
11 Plaintiff's date of birth."); *Fed. Deposit Ins. Corp. v. Bayone Real Est. Inv. Corp*., 2017 WL 1398311,
12 at *2 (N.D. Cal. Apr. 19, 2017) (sealing under compelling reasons standard "[f]ederal taxpayer
13 identification, social security number and date of birth")); **Social Security Numbers (SSN), even**
14 **partial SSNs** (*e.g.*, *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1184 (9th Cir. 2006)
15 (affirming redactions of "home address[es] and social security numbers" under compelling reasons
16 standard); *Cross*, 2024 WL 3658045, at *1 (sealing under compelling reasons standard "social security
17 numbers"); *Fed. Deposit Ins. Corp.*, 2017 WL 1398311, at *2 (sealing under compelling reasons
18 standard "social security number"); *Lathrop v. Uber Techs., Inc*., 2016 WL 9185001, at *3 (N.D. Cal.
19 May 6, 2016) (sealing under compelling reasons standard "a portion of [a] social security number"));
20 **driver's license numbers** (*e.g.*, *Cross*, 2024 WL 3658045, at *1 (N.D. Cal. July 22, 2024) (sealing
21 driver's license numbers under compelling reasons standard); *Doe v. Walmart Inc*., 2019 WL 636362,
22 at *2 (N.D. Cal. Feb. 11, 2019) (sealing under compelling reasons standard "personal information such
23 as driver's license numbers, social security numbers"); *Lathrop*, 2016 WL 9185001, at *3 (sealing
24 driver's license numbers under compelling reasons standard); *Gonzales v. City of San Jose*, 2015 WL
25 1137554, at *1 (N.D. Cal. Mar. 12, 2015) (sealing under compelling reasons standard "driver's license
26 number, address, date of birth"); **non-public email addresses** (*e.g.*, *Rumble, Inc. v. Google LLC*, 2025
27 WL 1455820, at *11 (N.D. Cal. May 21, 2025) (sealing under compelling reasons standard "personally
28

identifiable information ('PII'), including email addresses and phone numbers, of Defendant's employees and third parties"); *Rodriguez v. Google LLC*, 772 F. Supp. 3d 1093, 1111 (N.D. Cal. 2025) (sealing under compelling reasons standard "non-public email addresses"); *In re Pac. Fertility Ctr. Litig.*, 2021 WL 1082843, at *2 (N.D. Cal. Mar. 12, 2021) (noting that "there are compelling reasons to seal customer … email addresses … as well as employee email addresses"); **and non-public phone numbers** (*e.g.*, *Snapkeys, Ltd. v. Google LLC*, 2021 WL 1951250, at *3 (N.D. Cal. May 14, 2021) (sealing under compelling reasons standard "email addresses and telephone numbers" of "current and former employees"); *Am. Auto. Ass'n of N. California, Nevada & Utah v. Gen. Motors LLC*, 2019 WL 1206748, at *2 (N.D. Cal. Mar. 14, 2019) (sealing under compelling reasons standard "personally identifiable information of third-party individuals, including names, addresses, phone numbers, and email addresses"); *Hadley v. Kellogg Sales Co.*, 2018 WL 7814785, at *3 (N.D. Cal. Sept. 5, 2018) ("The Court agrees that compelling reasons exist to seal sensitive personal information such as financial information, medical records and conditions, phone numbers, and addresses."); *see also, generally*, *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1137 (9th Cir. 2003) (noting that "identifying information of third parties" such as "their names, addresses, telephone numbers, and social security numbers" could be redacted rather than documents being sealed in their entirety).

Not only do district courts have discretion to seal PII, but Federal Rule of Civil Procedure 5.2 also prohibits the filing of certain PII without leave of court, including the first five digits of a SSN and the month and date of a DOB.

### III.   DEFENDANTS' MATERIAL SHOULD BE KEPT UNDER SEAL

The limited portions of the exhibits in support of the Motion for Partial Summary Judgment, which Defendants seek to seal, contain PII–specifically, DOB (full and partial, month and date), partial SSN, driver's license number (full and partial), email address, and phone number.  *See* Cummings Decl. ¶¶ 2-6.  Defendants therefore submit this request that the Court seal the exhibits under Local Rule 79-5(c)(1).  There are no less restrictive alternatives to sealing the documents—Defendants seek only narrowly tailored redactions to limited portions of certain exhibits in support of the Motion for Partial Summary Judgment containing PII.  *See* Cummings Decl. ¶ 7.  This Court has previously found

compelling reasons to seal personal-identifying information and should do so again here. *See, e.g.*, ECF 3616 (sealing "Personal identifying information, specifically the names, addresses, contact information, and financial information").

### A. Failing to Seal the Documents Would Harm Third Parties

**Exhibits 22-34**

Exhibits 22-34 are background check reports for the independent driver at issue in the *Dean* case from third-party background check provider Checkr. These background check reports contain PII, specifically DOB (full and partial, month and date), partial SSN, driver's license number (full and partial), email address, and phone number.

Defendants seek to seal the above-described PII. They do not seek to seal the independent driver's name or any other content in these exhibits. Under case law from this and other Courts, this information should be sealed because disclosure would violate the independent driver's legitimate privacy interests and would risk identity theft or other misuse by malicious actors. *See Kamakana*, 447 F.3d at 1184; *Jones*, 2023 WL 7434197, at *2; *Cross*, 2024 WL 3658045, at *1; *Prasad*, 2019 WL 294760, at *2; *Fed. Deposit Ins. Corp.*, 2017 WL 1398311, at *2; *Lathrop*, 2016 WL 9185001, at *3; *Doe*, 2019 WL 636362, at *2; *Gonzales*, 2015 WL 1137554, at *1; *Rumble, Inc.*, 2025 WL 1455820, at *11; *Rodriguez*, 772 F. Supp. 3d at 1111; *In re Pac. Fertility Ctr. Litig.*, 2021 WL 1082843, at *2; *Snapkeys, Ltd.*, 2021 WL 1951250, at *3; *Am. Auto. Ass'n*, 2019 WL 1206748, at *2; *Hadley*, 2018 WL 7814785, at *3; *see also, generally*, *Foltz*, 331 F.3d at 1137.

Moreover, Rule 5.2 specifically prohibits the filing of a document "that contains an individual's … birth date" unless it contains "only … the year of the individual's birth" or is filed under seal. *See* Fed. R. Civ. P. 5.2(a),(b)(5),(d). Many of the background check exhibits contain the month and date of the independent driver's DOB, *requiring* them to be filed under seal.

### B. Any Less Restrictive Alternative to Partial Sealing is Insufficient to Prevent Harm

There are no less restrictive alternatives to sealing the documents—Defendants seek only narrowly tailored redactions to limited portions of certain exhibits in support of the Motion for Partial Summary Judgment containing PII. *See* Cummings Decl. ¶ 7.

## IV. CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court order that the documents listed above be maintained under seal.

DATED: November 10, 2025

Respectfully submitted,

By: */s/ Daniel Cummings*
       DANIEL CUMMINGS

MICHAEL B. SHORTNACY (SBN: 277035)
    mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (Admitted *Pro Hac Vice*)
    oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

DANIEL CUMMINGS (Admitted *Pro Hac Vice*)
    decummings@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC