UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PERSONAL IDENTIFYING INFORMATION IN EXHIBITS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: Courtroom 6 – 17th Floor |

Having considered Defendants' Administrative Motion to File Under Seal Personal Identifying Information in Exhibits in Support of Motion for Partial Summary Judgment, dated November 10, 2025, ECF ____ ("Motion to Seal"), the Court hereby ORDERS that the following materials remain under seal as stated in Defendants' Motion to Seal:

| Document | Description | Defendants' Request |
|---|---|---|
| **Exhibit 22** | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-BW-00012056, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically date of birth, partial Social Security number, partial driver license number, email address, phone number) |
| **Exhibit 23** | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003621, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically date of birth, partial Social Security number, partial driver license number, email address, phone number) |
| **Exhibit 24** | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003619, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |
| **Exhibit 25** | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003615, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |
| **Exhibit 26** | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003647, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |

[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PERSONAL IDENTIFYING INFORMATION IN EXHIBITS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 3:23-MD-3084-CRB

| Document | Description | Defendants' Request |
|---|---|---|
| Exhibit 27 | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003643, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |
| Exhibit 28 | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003639, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |
| Exhibit 29 | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003633, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |
| Exhibit 30 | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003635, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |
| Exhibit 31 | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003631, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |
| Exhibit 32 | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003627, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |

[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PERSONAL IDENTIFYING INFORMATION IN EXHIBITS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Case No. 3:23-MD-3084-CRB

| Document | Description | Defendants' Request |
|---|---|---|
| Exhibit 33 | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003625, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |
| Exhibit 34 | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003611, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |

**IT IS SO ORDERED.**

Dated:_____

Hon. Charles R. Breyer
United States District Judge

4

[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PERSONAL IDENTIFYING INFORMATION IN EXHIBITS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Case No. 3:23-MD-3084-CRB