Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | **DECLARATION OF DANIEL CUMMINGS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6 – 17th Floor |

I, Daniel Cummings, declare:

1. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, (collectively, "Uber"). I am a member in good standing of the Bars of the States of Missouri, Kansas, and Nebraska. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so. I offer this Declaration in the above-captioned matter in support of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal.

Because the materials at issue were designated confidential by Plaintiffs, Defendants filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| **Exhibit 6 to Defendants' Motion for Partial Summary Judgment (Jaylynn Dean case)** | Excerpt of expert report of Bruce Weiner dated September 26, 2025, marked as Confidential. | Plaintiffs |
| **Exhibit 9 to Defendants' Motion for Partial Summary Judgment (Jaylynn Dean case)** | Excerpt of transcript of July 22, 2025 deposition of Scott McLaughlin, marked as Highly Confidential – Attorneys' Eyes Only. | Plaintiffs |
| **Exhibit 10 to Defendants' Motion for Partial Summary Judgment (Jaylynn Dean case)** | Tempe Police Department records Bates stamped as JDean-TempePD-000001-25 and marked as Confidential – Attorney Eyes Only | Plaintiffs |
| **Exhibit 20 to Defendants' Motion for Partial Summary Judgment (Jaylynn Dean case)** | Excerpt of expert report of Veronique Valliere dated September 26, 2025, marked as Confidential | Plaintiffs |
| **Exhibit 21 to Defendants' Motion for Partial Summary Judgment (Jaylynn Dean case)** | Excerpt of Appendix D of expert report of Lacey R. Keller dated September 26, 2025, marked as Confidential | Plaintiffs |

2. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of November, 2025.

/s/ *Daniel Cummings*

**Daniel Cummings**