1  LAURA VARTAIN HORN (SBN: 258485)
       laura.vartain@kirkland.com
2  **KIRKLAND & ELLIS LLP**
3  555 California Street, 30th Floor
   San Francisco, CA 94104
4  Telephone: (415) 439-1625

5  ALLISON M. BROWN (*Pro Hac Vice* admitted)
       allison.brown@kirkland.com
6  2005 Market Street, Suite 1000
7  Philadelphia, PA 19103
   Telephone: (215) 268-5000
8  alli.brown@kirkland.com

9  JESSICA DAVIDSON (*Pro Hac Vice* admitted)
       jessica.davidson@kirkland.com
10 601 Lexington Avenue
   New York, NY 10022
11 Telephone: (212) 446-4723

12
   *Counsel for Defendants*
13 UBER TECHNOLOGIES, INC.,
   RASIER, LLC, and RASIER-CA, LLC
14 *[Additional Counsel Listed on Following Pages]*

15

16                  **UNITED STATES DISTRICT COURT**

17                  **NORTHERN DISTRICT OF CALIFORNIA**

18                       **SAN FRANCISCO DIVISION**

19

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB  **DECLARATION OF MARIANA ESTEVES IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| This Document Relates to:  *Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | Judge:     Hon. Charles R. Breyer  Courtroom: Courtroom 6 – 17th Floor |

DECLARATION OF MARIANA ESTEVES IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL
SUMMARY JUDGMENT
CASE NO. 3:23-md-03084-CRB

1  SABRINA H. STRONG (SBN: 200292)
       sstrong@omm.com
2  JONATHAN SCHNELLER (SBN: 291288)
       jschneller@omm.com
3  **O'MELVENY & MYERS LLP**
4  400 South Hope Street, 19th Floor
   Los Angeles, CA 90071
5  Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
6
7  PATRICK L. OOT, JR. (*Pro Hac Vice* admitted)
       oot@shb.com
8  **SHOOK, HARDY & BACON, LLP**
   1800 K Street NW, 10th Floor
9  Washington, DC 20006
   Telephone: (202) 783-8400
10 Facsimile: (202) 783-4211
11
   ALYCIA A. DEGEN (SBN: 211350)
12     adegen@shb.com
   MICHAEL B. SHORTNACY (SBN: 277035)
13     mshortnacy@shb.com
   2121 Avenue of the Stars, Suite 1400
14 Los Angeles, CA 90067
   Telephone: (424) 285-8330
15 Facsimile: (424) 204-9093
16
   CHRISTOPHER V. COTTON (*Pro Hac Vice* admitted)
17     ccotton@shb.com
   255 Grand Boulevard
18 Kansas City, MO 64108
   Telephone: (816) 474-6550
19 Facsimile: (816) 421-5547

20
21
22
23
24
25
26
27
28

DECLARATION OF MARIANA ESTEVES IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL
SUMMARY JUDGMENT
CASE NO. 3:23-md-03084-CRB

# DECLARATION OF MARIANA ESTEVES

I, Mariana Esteves, declare as follows:

1. I am over the age of 18 years and a citizen and resident of Brazil. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein. I submit this declaration in support of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Motion for Partial Summary Judgment.

2. I am currently employed by Uber Technologies, Inc. as a Group Product Manager of Safety Features. I have been employed by Uber from 2019 to the present. My roles during that time have included Lead Project Manager of Safety Features and Safety Project Manager of Safety Features.

3. The Uber App provides a suite of real-time, responsive safety features that Uber continuously enhances over time.

4. As part of every trip, Uber collects and stores GPS data, which it uses in internal investigations of misconduct allegations and to assist law enforcement with related criminal investigations.

5. In September 2019, Uber released a safety feature called "RideCheck," which analyzes GPS data in real time to detect unexpectedly long stops and possible car crashes. If such a stop is detected, the Uber App proactively reaches out to the rider and the driver to confirm that neither has any concerns about the trip.

6. In 2020, Uber enhanced the "RideCheck" real-time detection technology to include detection of trips that end prior to arrival at the rider's requested destination (mid-way dropoffs). In 2021, Uber added detection of unexpected route deviations. The vast majority of the time that RideCheck is triggered, there is no associated safety incident.

7. In 2021, Uber released In-App Audio Recording, a safety technology which allows a rider or driver to record audio during a trip and send the audio directly to Uber so the company

3
DECLARATION OF MARIANA ESTEVES IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 3:23-md-03084-CRB

can review and take any appropriate action.

8. In September 2023, a competing rideshare platform, Lyft, offered a Gender Match feature ("Women+ Connect") in certain markets.

9. Uber has been exploring the possibility of allowing women riders to set a preference to be matched with women drivers, and vice versa. In July 2025, Uber launched a pilot of its Women Preferences Option in San Francisco, Los Angeles, and Detroit to test and optimize the feature.

10. Uber does not ordinarily collect gender information from riders when they create an account.

11. Offering a Gender Match feature that would permit female riders the option of matching exclusively with female drivers ("Gender Match") requires the implementation of a machine learning algorithm (a "Gender Inference Framework") designed to infer the gender of riders and drivers using names and other information.

12. Any Gender Match feature also depends on Uber's verification services to ensure drivers or riders do not misrepresent their gender to gain access to the program.

13. Implementing a Gender Match feature also raises other serious challenges, such as complex issues related to the spectrum of gender identities, including how to account for transgender or non-binary individuals, and risks relating to allegations of discrimination.

DECLARATION OF MARIANA ESTEVES IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 3:23-md-03084-CRB

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct. Executed on the 10th of November, 2025.

*Mariana Esteves*

MARIANNA ESTEVES

---

DECLARATION OF MARIANA ESTEVES IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 3:23-md-03084-CRB