| | |
|---|---|
| 1 | LAURA VARTAIN HORN (SBN: 258485) |
| 2 | laura.vartain@kirkland.com<br>**KIRKLAND & ELLIS LLP** |
| 3 | 555 California Street, 30th Floor<br>San Francisco, CA 94104 |
| 4 | Telephone: (415) 439-1625 |
| 5 | ALLISON M. BROWN (*Pro Hac Vice* admitted)<br>allison.brown@kirkland.com |
| 6 | 2005 Market Street, Suite 1000<br>Philadelphia, PA 19103 |
| 7 | Telephone: (215) 268-5000<br>alli.brown@kirkland.com |
| 8 | JESSICA DAVIDSON (*Pro Hac Vice* admitted) |
| 9 | jessica.davidson@kirkland.com<br>601 Lexington Avenue |
| 10 | New York, NY 10022<br>Telephone: (212) 446-4723 |
| 11 | Attorneys for Defendants |
| 12 | UBER TECHNOLOGIES, INC.,<br>RASIER, LLC, and RASIER-CA, LLC |
| 13 | *[Additional Counsel Listed on Following Pages]* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom: Courtroom 6 – 17th Floor |

1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 3:23-md-03084-CRB

| | |
|---|---|
| 1 | SABRINA H. STRONG (SBN: 200292) |
| |    sstrong@omm.com |
| 2 | JONATHAN SCHNELLER (SBN: 291288) |
| |    jschneller@omm.com |
| 3 | **O'MELVENY & MYERS LLP** |
| | 400 South Hope Street, 19th Floor |
| 4 | Los Angeles, CA 90071 |
| | Telephone: (213) 430-6000 |
| 5 | Facsimile: (213) 430-6407 |
| 6 | PATRICK L. OOT, JR. (*Pro Hac Vice* admitted) |
| |    oot@shb.com |
| 7 | **SHOOK, HARDY & BACON, LLP** |
| 8 | 1800 K Street NW, 10th Floor |
| | Washington, DC 20006 |
| 9 | Telephone: (202) 783-8400 |
| | Facsimile: (202) 783-4211 |
| 10 | |
| 11 | ALYCIA A. DEGEN (SBN: 211350) |
| |    adegen@shb.com |
| 12 | MICHAEL B. SHORTNACY (SBN: 277035) |
| |    mshortnacy@shb.com |
| 13 | 2121 Avenue of the Stars, Suite 1400 |
| | Los Angeles, CA 90067 |
| 14 | Telephone: (424) 285-8330 |
| 15 | Facsimile: (424) 204-9093 |
| 16 | CHRISTOPHER V. COTTON (*Pro Hac Vice* admitted) |
| |    ccotton@shb.com |
| 17 | 255 Grand Boulevard |
| | Kansas City, MO 64108 |
| 18 | Telephone: (816) 474-6550 |
| | Facsimile: (816) 421-5547 |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Before the Court is Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Motion for Partial Summary Judgment (the "Motion"). Having considered the papers filed in support of and in opposition to the Motion, all arguments presented at the hearing, and other matters relevant to the determination of the Motion, the Court finds that the Motion should be **GRANTED**.

It is therefore **ORDERED** that Uber's Motion is **GRANTED.**

Accordingly, summary judgment is hereby entered in favor of Uber, and against Plaintiff Jaylynn Dean, on Plaintiff's:

1. Vicarious Liability claim;
2. Product Liability claim, to the extent based on theories related to "Gender Matching" or "GPS Route Discrepancy Alert" features;
3. Fraud claim;
4. Prayer for punitive damages.

**IT IS SO ORDERED.**

Dated: _____

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE