Roopal P. Luhana (*pro hac vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

Sarah R. London (SBN 267093)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

OF NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB **DECLARATION OF ELLYN H. HURD IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY** |
| This Document Relates to: *Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | |

## **DECLARATION OF ELLYN H. HURD**

I, Ellyn H. Hurd, declare as follows:

1.      I am a partner of Simmons Hanly Conroy, LLP, an attorney licensed in the State of Massachusetts, and duly admitted to practice before this Court *pro hac vice*, representing Plaintiffs in the above caption action. I have personal knowledge of the following facts, and, if called as a witness, I could and would testify competently thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the expert report of Joseph Okpaku dated September 26, 2025.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the deposition of Joseph Okpaku dated November 5, 2025.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the expert report of Vida Thomas dated September 26, 2025.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the expert report of Jason Morris dated September 26, 2025.

6.      Attached hereto as **Exhibit E** is a true and correct copy of the expert rebuttal report of Jason Morris dated October 24, 2025.

7.      Attached hereto as **Exhibit F** is a true and correct copy of the expert report of Eric Piza dated September 26, 2025.

8.      Attached hereto as **Exhibit G** is a true and correct copy of the deposition of Eric Piza dated October 30, 2025.

9.      Attached hereto as **Exhibit H** is a true and correct copy of the expert rebuttal report of Christopher Wilson dated October 24, 2025.

10.      Attached hereto as **Exhibit I** is a true and correct copy of the expert report of Vicotira Stodden dated September 26, 2025.

11.      Attached hereto as **Exhibit J** is a true and correct copy of the expert rebuttal report of Victoria Stodden dated October 24, 2025.

12.      Attached hereto as **Exhibit K** is a true and correct copy of the deposition of Victoria Stodden dated October 21, 2025, and Exhibit 2073 to the deposition of Victoria Stodden.

13.     Attached hereto as **Exhibit L** is a true and correct copy of the deposition of John Chandler dated November 7, 2025.

14.     Attached hereto as **Exhibit M** is a true and correct copy of the expert rebuttal report of John Chandler dated October 24, 2025.

15.     Attached hereto as **Exhibit N** is a true and correct copy of an excerpt of Exhibit 1047 (Uber's 2017-18 US Safety Report) to the deposition of Lizzie Ross dated June 11, 2025.[1]

16.     Attached hereto as **Exhibit O** is a true and correct copy of Exhibit 1115 (Uber's 2019-20 US Safety Report) to the deposition of Gregory Brown dated June 17, 2025.

17.     Attached hereto as **Exhibit P** is a true and correct copy of Exhibit 618 (Uber's 2021-22 US Safety Report) to the deposition of Roger Kaiser dated April 22, 2025.

18.     Attached hereto as **Exhibit Q** is a true and correct copy of the expert report of Veronique Valliere dated September 26, 2025.

19.     Attached hereto as **Exhibit R** is a true and correct copy of the expert report of Lacey Keller dated September 26, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of November, 2025, in West Dennis, Massachusetts.


/s/ *Ellyn H. Hurd*
Ellyn H. Hurd

---

[1] Due to file size, Plaintiffs have excerpted the relevant portions of this document and can provide the full document should the Court need it.