1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY** |
| This Document Relates to: | |
| *Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | |

Having considered the Plaintiffs' motion, the record, and the applicable law, the Court hereby

GRANTS Plaintiffs' Motion to Exclude Expert Testimony.

- The testimony of Defendants' expert Victoria Stodden opining that ███████ ███████████████████████████████████████████ is excluded from the *Dean* trial.

- The testimony of Defendants' expert Vida Thomas concerning ██████ █████████████████████████ is excluded from the *Dean* trial.

1

- The testimony of Defendants' expert Jason Morris concerning ██████████████ ████████████████████████ is excluded from the *Dean* trial.

2

- The testimony of Defendants' expert Eric Piza concerning █████████████████████████████████████████████████████████████████████████, is excluded from the *Dean* trial.

3

4

5

- The testimony of Defendants' expert Joseph Okpaku is excluded from the *Dean* trial.

6

7    **IT IS SO ORDERED.**

8

9    Dated:_____                    _____

Hon. Charles R. Breyer
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28