[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| | **CERTIFICATE OF SERVICE** |
| This Document Relates to: *Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | |

I certify that on November 10, 2025 a true and correct unredacted copy of Plaintiffs' Motion to Exclude Expert Testimony, along with supporting declaration and exhibits attached thereto, were served pursuant to Civil L.R. 5-5(a) on the following counsel for Defendants:

**Kirkland & Ellis LLP**
Alli Brown
alli.brown@kirkland.com
Chris Cox
christopher.cox@kirkland.com
Jessica Davidson
jessica.davidson@kirkland.com
Jennifer Levy
jlevy@kirkland.com
Rupal Joshi
rupal.joshi@kirkland.com

- 1 -

CERTIFICATE OF SERVICE
CASE NO. 23-MD-03084-CRB

| | |
|---|---|
| 1 | Laura Vartain |
| 2 | laura.vartain@kirkland.com |
| | Kristen Fournier |
| 3 | kristen.fournier@kirkland.com |
| | Alexandra Caritis |
| 4 | alexandra.caritis@kirkland.com |
| | Libby Marden |
| 5 | libby.marden@kirkland.com |
| | Geoffrey Wyatt |
| 6 | geoffrey.wyatt@kirkland.com |
| 7 | Beth Larsen |
| | beth.larsen@kirkland.com |
| 8 | |
| | **O'Melveny and Meyers LLP** |
| 9 | Sabrina Strong |
| 10 | sstrong@omm.com |
| | Jonathan Schneller |
| 11 | jschneller@omm.com |
| | Joshua Revesz |
| 12 | jrevesz@omm.com |
| 13 | Louis Fisher: |
| | lfisher@omm.com |
| 14 | |
| | **Shook, Hardy & Bacon LLP** |
| 15 | Michael B. Shortnacy |
| | mshortnacy@shb.com |
| 16 | Patrick L. Oot, Jr. |
| 17 | oot@shb.com |
| | Christopher V. Cotton |
| 18 | ccotton@shb.com |
| | Alycia A. Degen |
| 19 | adegen@shb.com |
| 20 | Veronica Gromada |
| | vgromada@shb.com |
| 21 | |
| 22 | Service Email |
| | UBERMDLSERVICE@LISTSERV.SHB.COM |
| 23 | *Attorneys for Defendants* |
| | UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC |
| 24 | |
| 25 | ☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced documents to be sent to the persons on whom such documents are to be served at the email addresses shown above, as last given by that persons or as obtained from an internet websites relating to such persons, and I did not receive an email response upon sending such email indicating that such email was not delivered. |

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct.
3   Executed on November 11, 2025.

By: */s/ Ellyn H. Hurd*
Ellyn H. Hurd
Simmons Hanly Conroy, LLP
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
ehurd@simmonsfirm.com