Bret Stanley (TX SBN 24075116)
bstanley@johnsonlawgroup.com
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB <br><br> **JOINT LETTER REGARDING WITHDRWAL OF THE OCTOBER 16, 2025 CONFIDENTIALITY CHALLENGE BY BRET STANLEY** <br><br> Judge: Honorable Lisa J. Cisneros <br> Courtroom: G - 15th Floor |
| This Document Relates to: <br><br> ALL ACTIONS | |

The Parties respectfully submit this joint letter regarding the challenge of confidential designation made by Bret Stanley to the Uber Defendants by Bret Stanley on October 16, 2025.

DATED: November 12, 2025

Laura Vartain Horn (SBN 258485)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted Pro Hac Vice)
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

MICHAEL B. SHORTNACY (SBN: 277035)
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
mshortnacy@shb.com

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Bret Stanley (TX SBN 24075116)
bstanley@johnsonlawgroup.com
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336

Attorney for Plaintiffs

On October 16, 2025, Bret Stanley initiated a challenge to the confidentiality designation of a document produced in MDL 3084 pursuant to Section 6 of the Protective Order. (ECF 176.)

On October 31, 2025, Magistrate Judge Cisneros ordered the parties to present a motion in the form of a joint letter consistent with Pretrial Order No. 8 no later than November 14, 2025 concerning the confidentiality challenge by Bret Stanley. (*See* ECF 4273.)

On November 10, 2025, Bret Stanley agreed to withdraw the October 16, 2025 challenge of confidentiality designation to the document at issue. Bret Stanley also agreed that the withdrawal of the challenge to confidentiality to the specific document at issue from the October 16, 2025 challenge is with prejudice.

With this agreement, the parties wish to inform the court that there is no current issue to be heard relating to Bret Stanley's October 16, 2025 challenge of confidentiality designation to the document at issue.

**FILER'S ATTESTATION**

I, Bret Stanley, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: November 12, 2025     By:     */s/ Bret Stanley*
                                      Bret Stanley

**CERTIFICATE OF SERVICE**

On August 8, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

Dated: November 12, 2025     By:     */s/ Bret Stanley*
                                      Bret Stanley