# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>See Motion | Case No. 3:23-md-03084-CRB<br><br>**EXHIBIT A TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10**<br><br>Judge:     Honorable Charles R. Breyer<br>Date:      December 12, 2025<br>Time:     10:00 a.m.<br>Courtroom: 6 – 17th Floor |

**Plaintiffs Who Have Cured Non-Compliance with PTO 10 by Producing Verification**

| MDL ID | Case Number | Law Firm | Cure Date |
|---|---|---|---|
| 1002 | 23-CV-05949 | Anapol Weiss | 11/3/2025 |
| 1363 | 24-CV-00573 | Nachawati Law Group | 11/5/2025 |
| 1494 | 24-CV-04332 | Nachawati Law Group | 11/6/2025 |
| 1495 | 24-CV-04334 | Nachawati Law Group | 11/7/2025 |
| 1501 | 24-CV-04357 | Nachawati Law Group | 10/28/2025 |
| 1502 | 24-CV-04358 | Nachawati Law Group | 10/29/2025 |
| 1503 | 24-CV-04359 | Nachawati Law Group | 11/4/2025 |
| 1505 | 24-CV-04361 | Nachawati Law Group | 11/10/2025 |
| 1510 | 24-CV-04369 | Nachawati Law Group | 11/4/2025 |
| 1531 | 24-CV-04813 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1539 | 24-CV-04834 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1570 | 24-CV-04870 | Williams Hart & Boundas, LLP | 11/3/2025 |
| 1571 | 24-CV-04874 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1586 | 24-CV-04814 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1605 | 24-CV-04869 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1619 | 24-CV-04948 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1621 | 24-CV-04954 | Williams Hart & Boundas, LLP | 11/3/2025 |
| 1633 | 24-CV-04971 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1638 | 24-CV-04975 | Williams Hart & Boundas, LLP | 11/3/2025 |
| 1683 | 24-CV-04935 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1684 | 24-CV-04937 | Williams Hart & Boundas, LLP | 11/6/2025 |
| 1685 | 24-CV-04949 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1689 | 24-CV-04969 | Williams Hart & Boundas, LLP | 11/3/2025 |
| 1693 | 24-CV-04945 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1694 | 24-CV-04977 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1695 | 24-CV-04979 | Williams Hart & Boundas, LLP | 11/5/2025 |
| 1696 | 24-CV-04980 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1717 | 24-CV-05097 | Williams Hart & Boundas, LLP | 11/4/2025 |

| MDL ID | Case Number | Law Firm | Cure Date |
|---|---|---|---|
| 1727 | 24-CV-05034 | Williams Hart & Boundas, LLP | 11/5/2025 |
| 1732 | 24-CV-05025 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1746 | 24-CV-05039 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1748 | 24-CV-05036 | Williams Hart & Boundas, LLP | 11/3/2025 |
| 1757 | 24-CV-05066 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1763 | 24-CV-05061 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1764 | 24-CV-05062 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1765 | 24-CV-05085 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1767 | 24-CV-05089 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1768 | 24-CV-05094 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1838 | 24-CV-05243 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1878 | 24-CV-05128 | Williams Hart & Boundas, LLP | 11/3/2025 |
| 1899 | 24-CV-05261 | Williams Hart & Boundas, LLP | 11/3/2025 |
| 1919 | 24-CV-05254 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1936 | 24-CV-05280 | Williams Hart & Boundas, LLP | 11/3/2025 |
| 1940 | 24-CV-05355 | Williams Hart & Boundas, LLP | 11/5/2025 |
| 1941 | 24-CV-05457 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1942 | 24-CV-05460 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1953 | 24-CV-05477 | Williams Hart & Boundas, LLP | 11/6/2025 |
| 1968 | 24-CV-05574 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1973 | 24-CV-05504 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1974 | 24-CV-05434 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 1975 | 24-CV-05436 | Williams Hart & Boundas, LLP | 11/10/2025 |
| 1978 | 24-CV-05450 | Williams Hart & Boundas, LLP | 11/5/2025 |
| 2128 | 24-CV-05952 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 2154 | 24-CV-05612 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 2186 | 24-CV-05709 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 2193 | 24-CV-05693 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 2198 | 24-CV-05782 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 2201 | 24-CV-05794 | Williams Hart & Boundas, LLP | 11/5/2025 |
| 2202 | 24-CV-05799 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 2205 | 24-CV-05954 | Williams Hart & Boundas, LLP | 11/4/2025 |
| 2214 | 24-CV-05073 | Nachawati Law Group | 11/4/2025 |
| 2216 | 24-CV-05075 | Nachawati Law Group | 10/21/2025 |
| 2219 | 24-CV-05108 | Nachawati Law Group | 11/4/2025 |
| 2220 | 24-CV-05109 | Nachawati Law Group | 11/4/2025 |
| 2264 | 24-CV-06076 | Nachawati Law Group | 11/10/2025 |
| 2263 | 24-CV-06075 | Nachawati Law Group | 11/4/2025 |
| 2573 | 24-CV-06643 | Kherkher Garcia | 10/24/2025 |
| 2676 | 24-CV-07677 | Nachawati Law Group | 10/22/2025 |
| 2678 | 24-CV-07803 | Nachawati Law Group | 10/28/2025 |
| 2695 | 24-CV-08078 | Nachawati Law Group | 10/28/2025 |
| 2697 | 24-CV-08091 | Nachawati Law Group | 11/4/2025 |
| 2720 | 24-CV-08610 | Nachawati Law Group | 10/28/2025 |
| 2722 | 24-CV-08621 | Nachawati Law Group | 10/22/2025 |
| 2765 | 24-CV-09151 | Nachawati Law Group | 10/22/2025 |
| 2768 | 24-CV-09215 | Nachawati Law Group | 10/28/2025 |
| 2803 | 25-CV-00308 | Nachawati Law Group | 10/29/2025 |
| 2806 | 25-CV-00371 | Nachawati Law Group | 11/4/2025 |
| 2846 | 25-CV-00717 | Nachawati Law Group | 10/28/2025 |

| MDL ID | Case Number | Law Firm | Cure Date |
|---|---|---|---|
| 2847 | 25-CV-00718 | Nachawati Law Group | 11/5/2025 |
| 2849 | 25-CV-00738 | Nachawati Law Group | 11/4/2025 |
| 2875 | 25-CV-01178 | Williams Hart & Boundas, LLP | 11/3/2025 |
| 2914 | 25-CV-01068 | Nachawati Law Group | 11/6/2025 |
| 2916 | 25-CV-01076 | Nachawati Law Group | 11/4/2025 |
| 2917 | 25-CV-01078 | Nachawati Law Group | 10/22/2025 |
| 2918 | 25-CV-01079 | Nachawati Law Group | 10/28/2025 |
| 2919 | 25-CV-01084 | Nachawati Law Group | 10/28/2025 |
| 2927 | 25-CV-01090 | Nachawati Law Group | 11/4/2025 |
| 3017 | 25-CV-01719 | Nachawati Law Group | 10/29/2025 |
| 3018 | 25-CV-01720 | Nachawati Law Group | 11/5/2025 |
| 3021 | 25-CV-01731 | Nachawati Law Group | 11/4/2025 |
| 3022 | 25-CV-01733 | Nachawati Law Group | 11/5/2025 |
| 3023 | 25-CV-01734 | Nachawati Law Group | 10/28/2025 |
| 3024 | 25-CV-01797 | Nachawati Law Group | 10/28/2025 |
| 3026 | 25-CV-01804 | Nachawati Law Group | 11/5/2025 |
| 3027 | 25-CV-01809 | Nachawati Law Group | 10/27/2025 |
| 3028 | 25-CV-01814 | Nachawati Law Group | 11/4/2025 |
| 3029 | 25-CV-01816 | Nachawati Law Group | 10/22/2025 |
| 3031 | 25-CV-01907 | Nachawati Law Group | 10/29/2025 |
| 3032 | 25-CV-01909 | Nachawati Law Group | 10/27/2025 |
| 3138 | 25-CV-02716 | Kherkher Garcia | 10/27/2025 |
| 3160 | 25-CV-02685 | Nachawati Law Group | 10/29/2025 |
| 3164 | 25-CV-02787 | Nachawati Law Group | 10/29/2025 |
| 3188 | 25-CV-02885 | Pulaski Law Firm, PLLC | 10/21/2025 |
| 3362 | 25-CV-03789 | Nachawati Law Group | 11/4/2025 |
| 3367 | 25-CV-03794 | Nachawati Law Group | 11/5/2025 |
| 3423 | 25-CV-04155 | Nachawati Law Group | 11/4/2025 |
| 3454 | 25-CV-02904 | Nachawati Law Group | 11/3/2025 |
| 3455 | 25-CV-02938 | Nachawati Law Group | 11/5/2025 |
| 3477 | 25-CV-04152 | Nachawati Law Group | 11/4/2025 |
| 3503 | 25-CV-04742 | Pulaski Law Firm, PLLC | 10/21/2025 |
| 3511 | 25-CV-04803 | Pulaski Law Firm, PLLC | 10/21/2025 |
| 3519 | 25-CV-04856 | Pulaski Law Firm, PLLC | 10/21/2025 |
| 3642 | 25-CV-05014 | Nachawati Law Group | 10/29/2025 |
| 3643 | 25-CV-05096 | Nachawati Law Group | 11/4/2025 |
| 3644 | 25-CV-05109 | Nachawati Law Group | 10/22/2025 |