# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>See Motion | Case No. 3:23-md-03084-CRB<br><br>**EXHIBIT B TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10**<br><br>Judge:      Honorable Charles R. Breyer<br>Date:       December 12, 2025<br>Time:      10:00 a.m.<br>Courtroom: 6 – 17th Floor |

**Plaintiffs Whose Cases Should Be Dismissed for Failure to Comply with PTO 10**

| MDL ID | Case Number | Law Firm | Date Most Recent Amended PFS Served Without Verification |
|---|---|---|---|
| 1043 | 23-CV-05960 | Peiffer Wolf Carr Kane Conway & Wise | 8/21/2025 |
| 1233 | 24-CV-00120 | Nachawati Law Group | 8/6/2025 |
| 1361 | 24-CV-00559 | Nachawati Law Group | 8/6/2025 |
| 1482 | 24-CV-04306 | Nachawati Law Group | 8/6/2025 |
| 1483 | 24-CV-04308 | Nachawati Law Group | 8/6/2025 |
| 1484 | 24-CV-04309 | Nachawati Law Group | 8/11/2025 |
| 1487 | 24-CV-04313 | Nachawati Law Group | 8/18/2025 |
| 1488 | 24-CV-04316 | Nachawati Law Group | 8/11/2025 |
| 1489 | 24-CV-04317 | Nachawati Law Group | 8/14/2025 |
| 1491 | 24-CV-04326 | Nachawati Law Group | 7/28/2025 |
| 1492 | 24-CV-04327 | Nachawati Law Group | 8/14/2025 |
| 1496 | 24-CV-04353 | Nachawati Law Group | 8/20/2025 |
| 1497 | 24-CV-04670 | Nigh Goldenberg Raso & Vaughn | 8/8/2025 |
| 1500 | 24-CV-04356 | Nachawati Law Group | 8/18/2025 |
| 1508 | 24-CV-04364 | Nachawati Law Group | 8/18/2025 |
| 1509 | 24-CV-04368 | Nachawati Law Group | 8/18/2025 |
| 1512 | 24-CV-04373 | Nachawati Law Group | 8/19/2025 |
| 1513 | 24-CV-04374 | Nachawati Law Group | 8/19/2025 |
| 1514 | 24-CV-04428 | Nachawati Law Group | 11/22/2024 |
| 1546 | 24-CV-04833 | Williams Hart & Boundas, LLP | 6/27/2025 |
| 1567 | 24-CV-04859 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1573 | 24-CV-04886 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1581 | 24-CV-04801 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1614 | 24-CV-04901 | Williams Hart & Boundas, LLP | 6/30/2025 |

| MDL ID | Case Number | Law Firm | Date Most Recent Amended PFS Served Without Verification |
|---|---|---|---|
| 1635 | 24-CV-04958 | Williams Hart & Boundas, LLP | 6/27/2025 |
| 1653 | 24-CV-04950 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1659 | 24-CV-04850 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1681 | 24-CV-04931 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1697 | 24-CV-04982 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1702 | 24-CV-05003 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1712 | 24-CV-05095 | Williams Hart & Boundas, LLP | 6/24/2025 |
| 1725 | 24-CV-05015 | Williams Hart & Boundas, LLP | 6/25/2025 |
| 1742 | 24-CV-04669 | Nigh Goldenberg Raso & Vaughn | 8/1/2025 |
| 1744 | 24-CV-05037 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1770 | 24-CV-05082 | Williams Hart & Boundas, LLP | 7/1/2025 |
| 1866 | 24-CV-05132 | Williams Hart & Boundas, LLP | 6/25/2025 |
| 1868 | 24-CV-05129 | Williams Hart & Boundas, LLP | 6/25/2025 |
| 1885 | 24-CV-05275 | Williams Hart & Boundas, LLP | 6/26/2025 |
| 1916 | 24-CV-05232 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1917 | 24-CV-05236 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1918 | 24-CV-05240 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1943 | 24-CV-05462 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1950 | 24-CV-05472 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1962 | 24-CV-05552 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1969 | 24-CV-05473 | Williams Hart & Boundas, LLP | 7/1/2025 |
| 2061 | 24-CV-05568 | Williams Hart & Boundas, LLP | 6/27/2025 |
| 2078 | 24-CV-05961 | Williams Hart & Boundas, LLP | 6/26/2025 |
| 2147 | 24-CV-05627 | Williams Hart & Boundas, LLP | 6/27/2025 |
| 2150 | 24-CV-05633 | Williams Hart & Boundas, LLP | 6/25/2025 |
| 2177 | 24-CV-05667 | Williams Hart & Boundas, LLP | 7/1/2025 |
| 2199 | 24-CV-05791 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 2213 | 24-CV-05072 | Nachawati Law Group | 8/18/2025 |
| 2215 | 24-CV-05074 | Nachawati Law Group | 8/20/2025 |
| 2217 | 24-CV-05079 | Nachawati Law Group | 8/20/2025 |
| 2221 | 24-CV-05110 | Nachawati Law Group | 8/18/2025 |
| 2225 | 24-CV-05121 | Nachawati Law Group | 8/18/2025 |
| 2227 | 24-CV-05169 | Nachawati Law Group | 8/18/2025 |
| 2230 | 24-CV-05174 | Nachawati Law Group | 8/19/2025 |
| 2235 | 24-CV-05710 | Nachawati Law Group | 8/20/2025 |
| 2254 | 24-CV-05765 | Nachawati Law Group | 8/5/2025 |
| 2257 | 24-CV-05947 | Nachawati Law Group | 8/9/2025 |
| 2258 | 24-CV-05960 | Nachawati Law Group | 8/9/2025 |
| 2259 | 24-CV-05964 | Nachawati Law Group | 8/9/2025 |
| 2260 | 24-CV-06051 | Nachawati Law Group | 8/9/2025 |
| 2261 | 24-CV-06073 | Nachawati Law Group | 8/9/2025 |
| 2262 | 24-CV-06074 | Nachawati Law Group | 8/9/2025 |
| 2562 | 24-CV-06176 | Nigh Goldenberg Raso & Vaughn | 9/2/2025 |
| 2723 | 24-CV-08622 | Nachawati Law Group | 8/9/2025 |
| 2767 | 24-CV-09188 | Nachawati Law Group | 7/25/2025 |
| 2797 | 25-CV-00072 | Nachawati Law Group | 8/9/2025 |

| MDL ID | Case Number | Law Firm | Date Most Recent Amended PFS Served Without Verification |
|---|---|---|---|
| 2798 | 25-CV-00075 | Nachawati Law Group | 8/6/2025 |
| 2804 | 25-CV-00358 | Nachawati Law Group | 8/4/2025 |
| 2805 | 25-CV-00365 | Nachawati Law Group | 8/4/2025 |
| 2812 | 25-CV-00369 | Nachawati Law Group | 8/13/2025 |
| 2813 | 25-CV-00401 | Nachawati Law Group | 8/4/2025 |
| 2842 | 25-CV-00673 | Nachawati Law Group | 8/13/2025 |
| 2844 | 25-CV-00675 | Nachawati Law Group | 8/9/2025 |
| 2845 | 25-CV-00715 | Nachawati Law Group | 8/9/2025 |
| 2889 | 24-CV-01211 | Williams Hart & Boundas, LLP | 7/1/2025 |
| 2898 | 25-CV-01229 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 2902 | 25-CV-01245 | Williams Hart & Boundas, LLP | 7/1/2025 |
| 2903 | 25-CV-01246 | Williams Hart & Boundas, LLP | 7/1/2025 |
| 2920 | 25-CV-01265 | Nachawati Law Group | 8/11/2025 |
| 2921 | 25-CV-01266 | Nachawati Law Group | 8/12/2025 |
| 3015 | 25-CV-01716 | Nachawati Law Group | 8/11/2025 |
| 3019 | 25-CV-01725 | Nachawati Law Group | 8/11/2025 |
| 3020 | 25-CV-01729 | Nachawati Law Group | 8/11/2025 |
| 3025 | 25-CV-01799 | Nachawati Law Group | 8/11/2025 |
| 3030 | 25-CV-01818 | Nachawati Law Group | 8/7/2025 |
| 3067 | 25-CV-02274 | Kherkher Garcia | 8/17/2025 |
| 3152 | 25-CV-02622 | Nachawati Law Group | 7/28/2025 |
| 3165 | 25-CV-02797 | Nachawati Law Group | 8/15/2025 |
| 3201 | 25-CV-02706 | Nachawati Law Group | 8/9/2025 |
| 3207 | 25-CV-02855 | Nachawati Law Group | 8/8/2025 |
| 3208 | 25-CV-02856 | Nachawati Law Group | 8/8/2025 |
| 3209 | 25-CV-02899 | Nachawati Law Group | 8/8/2025 |
| 3234 | 25-CV-03285 | Peiffer Wolf Carr Kane Conway & Wise | 8/11/2025 |
| 3246 | 25-CV-02788 | Nachawati Law Group | 7/28/2025 |
| 3456 | 25-CV-02956 | Nachawati Law Group | 8/7/2025 |
| 3645 | 25-CV-05163 | Nachawati Law Group | 8/6/2025 |
| 3716 | 25-CV-04371 | Verhine & Verhine, PLLC | 7/23/2025 |