UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' AMENDED MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10** |
| This Document Relates to:<br><br>*H.B. v. Uber Technologies, Inc., et al.,* No. 3:23-cv-05949-CRB<br><br>*Grier v. Uber Technologies, Inc., et al.,* No. 3:23-cv-05960-CRB<br><br>*Jane Doe LN v. Uber Technologies, Inc., et al.,* No. 3:24-cv-00120-CRB<br><br>*Jane Doe TW v. Uber Technologies, Inc., et al.,* No. 3:24-cv-00559-CRB<br><br>*Jane Doe DP v. Uber Technologies, Inc., et al.,* No. 3:24-cv-00573-CRB<br><br>*Jane Doe LR v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04306-CRB<br><br>*Jane Doe BW v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04308-CRB<br><br>*Jane Doe ST v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04309-CRB<br><br>*Jane Doe AR v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04313-CRB<br><br>*Jane Doe JB v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04316-CRB | |

1
2     *Jane Doe VB v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04317-CRB

3     *Jane Doe KH v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04326-CRB
4
5     *Jane Doe SF v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04327-CRB

6     *Jane Doe SR v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04332-CRB
7
8     *Jane Doe MC v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04334-CRB

9     *Jane Doe SG v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04353-CRB
10
11    *Jane Doe TW v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04356-CRB

12    *Jane Doe VL v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04357-CRB
13
14    *Jane Doe SW v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04358-CRB

15    *Jane Doe DM v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04359-CRB
16
17    *Jane Doe GA v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04361-CRB

18    *Jane Doe SW v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04364-CRB
19
20    *Jane Doe JG v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04368-CRB

21    *Jane Doe KY v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04369-CRB
22
23    *Jane Doe DC v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04373-CRB

24    *Jane Doe PC v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04374-CRB
25
26    *Jane Doe DB v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04428-CRB

27    *S.K. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04669-CRB
28

[PROPOSED] ORDER REGARDING AMENDED MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

1
2   *B.T. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04670-CRB

3   *WHB 304 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04801-CRB
4
5   *WHB 1882 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04813-CRB

6   *WHB 322 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-4814-CRB
7
8   *WHB 1478 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04833-CRB

9   *WHB 188 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04834-CRB
10
11  *WHB 1123 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04850-CRB

12  *WHB 1144 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04859-CRB
13
14  *WHB 1914 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04869-CRB

15  *WHB 199 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04870-CRB
16
17  *WHB 1030 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04874-CRB

18  *WHB 196 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04886-CRB
19
20  *WHB 526 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04901-CRB

21  *WHB 950 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04931-CRB
22
23  *WHB 1462 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04935-CRB

24  *WHB 1531 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04937-CRB
25
26  *WHB 1847 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04945-CRB

27  *WHB 1858 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04948-CRB
28

[PROPOSED] ORDER REGARDING AMENDED MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

1
2  *WHB 1670 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04949-CRB
3  *WHB 1936 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04950-CRB
4
5  *WHB 757 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04954-CRB
6  *WHB 1387 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04958-CRB
7
8  *WHB 1546 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04969-CRB
9  *WHB 603 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04971-CRB
10
11 *WHB 1638 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04975-CRB
12 *WHB 974 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04977-CRB
13
14 *WHB 696 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04979-CRB
15 *WHB 1834 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04980-CRB
16
17 *WHB 175 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04982-CRB
18 *WHB 1916 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05003-CRB
19
20 *WHB 1845 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05015-CRB
21 *WHB 1269 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05025-CRB
22
23 *WHB 400 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05034-CRB
24 *WHB 999 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05036-CRB
25
26 *WHB 1891 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05037-CRB
27 *WHB 755 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05039-CRB
28

1
2  *WHB 3 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05061-CRB
3  *WHB 599 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05062-CRB
4
5  *WHB 1606 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05066-CRB
6  *Jane Doe (C.A.) v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05072-CRB
7
8  *Jane Doe KC v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05073-CRB
9  *Jane Doe RD v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05074-CRB
10
11 *Jane Doe TD v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05075-CRB
12 *Jane Doe JH v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05079-CRB
13
14 *WHB 979 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05082-CRB
15 *WHB 1953 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05085-CRB
16
17 *WHB 1865 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05089-CRB
18 *WHB 1967 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05094-CRB
19
20 *WHB 649 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05095-CRB
21 *WHB 862 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05097-CRB
22
23 *Jane Doe JM v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05108-CRB
24 *Jane Doe JB v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05109-CRB
25
26 *Jane Doe EB v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05110-CRB
27 *Jane Doe AE v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05121-CRB
28

[PROPOSED] ORDER REGARDING AMENDED MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

1
2  *WHB 1386 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05128-CRB
3  *WHB 1425 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05129-CRB
4
5  *WHB 427 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05132-CRB
6  *John Doe DG v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05169-CRB
7
8  *Jane Doe KH v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05174-CRB
9  *WHB 1382 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05232-CRB
10
11 *WHB 428 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05236-CRB
12 *WHB 1962 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05240-CRB
13
14 *WHB 504 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05243-CRB
15 *WHB 1555 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05254-CRB
16
17 *WHB 70 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05261-CRB
18 *WHB 1549 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05275-CRB
19
20 *WHB 1909 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05280-CRB
21 *WHB 662 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05355-CRB
22
23 *WHB 1338 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05434-CRB
24 *WHB 704 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05436-CRB
25
26 *WHB 1476 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05450-CRB
27 *WHB 1888 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05457-CRB
28

[PROPOSED] ORDER REGARDING AMENDED MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

*WHB 335 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05460-CRB

*WHB 1048 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05462-CRB

*WHB 1443 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05472-CRB

*WHB 1596 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05473-CRB

*WHB 58 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05477-CRB

*WHB 1593 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05504-CRB

*WHB 1673 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05552-CRB

*WHB 1860 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05568-CRB

*WHB 1613 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05574-CRB

*WHB 1053 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05612-CRB

*WHB 519 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05627-CRB

*WHB 393 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05633-CRB

*WHB 1416 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05667-CRB

*WHB 1843 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05693-CRB

*WHB 505 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05709-CRB

*Jane Doe SK v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05710-CRB

*Jane Doe AM v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05765-CRB

*WHB 413 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05782-CRB

| | |
|---|---|
| 1 | |
| 2 | *WHB 1317 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05791-CRB |
| 3 | *WHB 1481 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05794-CRB |
| 4 | |
| 5 | *WHB 695 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05799-CRB |
| 6 | *Jane Doe AR v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05947-CRB |
| 7 | |
| 8 | *WHB 885 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05952-CRB |
| 9 | *WHB 520 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05954-CRB |
| 10 | |
| 11 | *Jane Doe AS v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05960-CRB |
| 12 | *WHB 678 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05961-CRB |
| 13 | |
| 14 | *Jane Doe CS v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05964-CRB |
| 15 | *Jane Doe GT v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06051-CRB |
| 16 | |
| 17 | *John Doe EW v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06073-CRB |
| 18 | *Jane Doe JD v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06074-CRB |
| 19 | |
| 20 | *Jane Doe JS v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06075-CRB |
| 21 | *Jane Doe SS v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06076-CRB |
| 22 | |
| 23 | *C.W. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06176-CRB |
| 24 | *Jane Doe 691532 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06643-CRB |
| 25 | |
| 26 | *Jane Doe NLG MR v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07677-CRB |
| 27 | |
| 28 | |

[PROPOSED] ORDER REGARDING AMENDED MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

| | |
|---|---|
| 1 | |
| 2 | *Jane Doe NLG-TG v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07803-CRB |
| 3 | |
| 4 | *Jane Doe NLG-GH v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08078-CRB |
| 5 | |
| 6 | *Jane Doe NLG-MC v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08091-CRB |
| 7 | |
| 8 | *Jane Doe NLG VK v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08610-CRB |
| 9 | *Jane Doe NLG TJ v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08621-CRB |
| 10 | |
| 11 | *Jane Doe NLG JV v. Uber Technologies, Inc., et al.,* No. 3:24-cv-08622-CRB |
| 12 | *Jane Doe NLG AC v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09151-CRB |
| 13 | |
| 14 | *Jane Doe NLG AB v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09188-CRB |
| 15 | *Jane Doe NLG PP v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09215-CRB |
| 16 | |
| 17 | *Jane Doe NLG KC v. Uber Technologies, Inc., et al.,* No. 3:25-cv-00072-CRB |
| 18 | |
| 19 | *Jane Doe NLG TT v. Uber Technologies, Inc., et al.,* No. 3:25-cv-00075-CRB |
| 20 | *John Doe NLG GH v. Uber Technologies, Inc., et al.,* No. 3:25-cv-00308-CRB |
| 21 | |
| 22 | *Jane Doe NLG PO v. Uber Technologies, Inc., et al.,* No. 3:25-cv-00358-CRB |
| 23 | |
| 24 | *Jane Doe NLG LB v. Uber Technologies, Inc., et al.,* No. 3:25-cv-00365-CRB |
| 25 | |
| 26 | *Jane Doe NLG BH v. Uber Technologies, Inc., et al.,* No. 3:25-cv-00369-CRB |
| 27 | |
| 28 | |

[PROPOSED] ORDER REGARDING AMENDED MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

| | |
|---|---|
| 1 | |
| 2 | *Jane Doe NLG RC v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00371-CRB |
| 3 | *Jane Doe NLG BE v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00401-CRB |
| 4 | |
| 5 | *Jane Doe NLG KK v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00673-CRB |
| 6 | |
| 7 | *Jane Doe NLG HK v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00675-CRB |
| 8 | |
| 9 | *Jane Doe NLG JN v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00715-CRB |
| 10 | *Jane Doe NLG AJ v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00717-CRB |
| 11 | |
| 12 | *Jane Doe NLG DO v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00718-CRB |
| 13 | |
| 14 | *Jane Doe NLG CM v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00738-CRB |
| 15 | |
| 16 | *Jane Doe NLG KK v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01068-CRB |
| 17 | |
| 18 | *Jane Doe NLG KS v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01076-CRB |
| 19 | *Jane Doe NLG MS v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01078-CRB |
| 20 | |
| 21 | *Jane Doe NLG AB v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01079-CRB |
| 22 | |
| 23 | *Jane Doe NLG HB v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01084-CRB |
| 24 | |
| 25 | *Jane Doe NLG TS v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01090-CRB |
| 26 | *WHB 2083 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01178-CRB |
| 27 | |
| 28 | |

[PROPOSED] ORDER REGARDING AMENDED MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

*WHB 2045 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01211-CRB

*WHB 2052 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01229-CRB

*WHB 2055 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01245-CRB

*WHB 2056 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01246-CRB

*Jane Doe NLG KL v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01265-CRB

*Jane Doe NLG AH v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01266-CRB

*Jane Doe NLG- CR v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01716-CRB

*Jane Doe NLG- BH v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01719-CRB

*Jane Doe NLG- BY v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01720-CRB

*Jane Doe NLG- HW v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01725-CRB

*Jane Doe NLG- ZD v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01729-CRB

*Jane Doe NLG- CP v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01731-CRB

*Jane Doe NLG- JF v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01733-CRB

*Jane Doe NLG- BB v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01734-CRB

| | |
|---|---|
| 1 | |
| 2 | *Jane Doe NLG- AM v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01797-CRB |
| 3 | |
| 4 | *Jane Doe NLG- WB v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01799-CRB |
| 5 | |
| 6 | *Jane Doe NLG- JJ v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01804-CRB |
| 7 | *Jane Doe NLG- KD v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01809-CRB |
| 8 | |
| 9 | *Jane Doe NLG- RS v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01814-CRB |
| 10 | |
| 11 | *Jane Doe NLG- KG v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01816-CRB |
| 12 | |
| 13 | *Jane Doe NLG- JN v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01818-CRB |
| 14 | |
| 15 | *Jane Doe NLG- DS v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01907-CRB |
| 16 | |
| 17 | *Jane Doe NLG- JD v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01909-CRB |
| 18 | |
| 19 | *Jane Doe 691046 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02274-CRB |
| 20 | |
| 21 | *Jane Doe NLG- VM v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02622-CRB |
| 22 | |
| 23 | *Jane Doe NLG-BS v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02685-CRB |
| 24 | *Jane Doe NLG-KM v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02706-CRB |
| 25 | |
| 26 | *Jane Doe 691530 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02716-CRB |
| 27 | |
| 28 | |

[PROPOSED] ORDER REGARDING AMENDED MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

*Jane Doe NLG-KO v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02787-CRB

*Jane Doe NLG-RR v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02788-CRB

*Jane Doe NLG-AH v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02797-CRB

*Jane Doe NLG-AV v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02855-CRB

*Jane Doe NLG-KM v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02856-CRB

*M.V. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02885-CRB

*Jane Doe NLG-BC v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02899-CRB

*Jane Doe NLG-LB v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02904-CRB

*Jane Doe NLG-PB v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02938-CRB

*Jane Doe NLG-KM v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02956-CRB

*Rivera v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03285-CRB

*Jane Doe NLG VT v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03789-CRB

*Jane Doe NLG-EC v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03794-CRB

*John Doe-RM v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04152-CRB

[PROPOSED] ORDER REGARDING AMENDED MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

1
2   *Jane Doe NLG-SW v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04155-CRB
3
4   *DLB v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04371-CRB
5   *V.D. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04742-CRB
6
7   *S.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04803-CRB
8   *A.B. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04856-CRB
9
10  *Jane Doe NLG-PL v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05014-CRB
11  *Jane Doe NLG-PA v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05096-CRB
12
13  *Jane Doe NLG-YM v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05109-CRB
14
15  *Jane Doe NLG-MH v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05163-CRB
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER REGARDING AMENDED MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

# [PROPOSED] ORDER

Having considered Defendants' Amended Motion to Dismiss Cases for Failure to Comply with PTO 10, the Court finds that the Plaintiffs subject to Defendants' Amended Motion, identified in Exhibit A hereto, have violated Pretrial Order No. 10 by failing to provide verifications for their amended Plaintiff Fact Sheets, causing prejudice to Uber. Plaintiffs' failure to provide these required verifications also raises questions about whether Plaintiffs' counsel consulted the individual Plaintiffs before amending their PFS prior to service.

The Court therefore hereby ORDERS as follows:

1. The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITH PREJUDICE.

2. Counsel for each Plaintiff identified in Exhibit A must serve a Rule 26(g) certification within 7 days of the date of this Order identifying on separate lists: (i) which plaintiffs reviewed the amended PFS before it was served, and (b) which plaintiffs did not review the amended PFS before it was served.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. CHARLES R. BREYER
United States District Court Judge

**EXHIBIT A**

| MDL ID | Case Number | Law Firm | Date Most Recent Amended PFS Served Without Verification |
|---|---|---|---|
| 1043 | 23-CV-05960 | Peiffer Wolf Carr Kane Conway & Wise | 8/21/2025 |
| 1233 | 24-CV-00120 | Nachawati Law Group | 8/6/2025 |
| 1361 | 24-CV-00559 | Nachawati Law Group | 8/6/2025 |
| 1482 | 24-CV-04306 | Nachawati Law Group | 8/6/2025 |
| 1483 | 24-CV-04308 | Nachawati Law Group | 8/6/2025 |
| 1484 | 24-CV-04309 | Nachawati Law Group | 8/11/2025 |
| 1487 | 24-CV-04313 | Nachawati Law Group | 8/18/2025 |
| 1488 | 24-CV-04316 | Nachawati Law Group | 8/11/2025 |
| 1489 | 24-CV-04317 | Nachawati Law Group | 8/14/2025 |
| 1491 | 24-CV-04326 | Nachawati Law Group | 7/28/2025 |
| 1492 | 24-CV-04327 | Nachawati Law Group | 8/14/2025 |
| 1496 | 24-CV-04353 | Nachawati Law Group | 8/20/2025 |
| 1497 | 24-CV-04670 | Nigh Goldenberg Raso & Vaughn | 8/8/2025 |
| 1500 | 24-CV-04356 | Nachawati Law Group | 8/18/2025 |
| 1508 | 24-CV-04364 | Nachawati Law Group | 8/18/2025 |
| 1509 | 24-CV-04368 | Nachawati Law Group | 8/18/2025 |
| 1512 | 24-CV-04373 | Nachawati Law Group | 8/19/2025 |
| 1513 | 24-CV-04374 | Nachawati Law Group | 8/19/2025 |
| 1514 | 24-CV-04428 | Nachawati Law Group | 11/22/2024 |
| 1546 | 24-CV-04833 | Williams Hart & Boundas, LLP | 6/27/2025 |
| 1567 | 24-CV-04859 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1573 | 24-CV-04886 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1581 | 24-CV-04801 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1614 | 24-CV-04901 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1635 | 24-CV-04958 | Williams Hart & Boundas, LLP | 6/27/2025 |
| 1653 | 24-CV-04950 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1659 | 24-CV-04850 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1681 | 24-CV-04931 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1697 | 24-CV-04982 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1702 | 24-CV-05003 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1712 | 24-CV-05095 | Williams Hart & Boundas, LLP | 6/24/2025 |
| 1725 | 24-CV-05015 | Williams Hart & Boundas, LLP | 6/25/2025 |
| 1742 | 24-CV-04669 | Nigh Goldenberg Raso & Vaughn | 8/1/2025 |
| 1744 | 24-CV-05037 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1770 | 24-CV-05082 | Williams Hart & Boundas, LLP | 7/1/2025 |
| 1866 | 24-CV-05132 | Williams Hart & Boundas, LLP | 6/25/2025 |
| 1868 | 24-CV-05129 | Williams Hart & Boundas, LLP | 6/25/2025 |
| 1885 | 24-CV-05275 | Williams Hart & Boundas, LLP | 6/26/2025 |
| 1916 | 24-CV-05232 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1917 | 24-CV-05236 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1918 | 24-CV-05240 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1943 | 24-CV-05462 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1950 | 24-CV-05472 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 1962 | 24-CV-05552 | Williams Hart & Boundas, LLP | 6/30/2025 |

| MDL ID | Case Number | Law Firm | Date Most Recent Amended PFS Served Without Verification |
|---|---|---|---|
| 1969 | 24-CV-05473 | Williams Hart & Boundas, LLP | 7/1/2025 |
| 2061 | 24-CV-05568 | Williams Hart & Boundas, LLP | 6/27/2025 |
| 2078 | 24-CV-05961 | Williams Hart & Boundas, LLP | 6/26/2025 |
| 2147 | 24-CV-05627 | Williams Hart & Boundas, LLP | 6/27/2025 |
| 2150 | 24-CV-05633 | Williams Hart & Boundas, LLP | 6/25/2025 |
| 2177 | 24-CV-05667 | Williams Hart & Boundas, LLP | 7/1/2025 |
| 2199 | 24-CV-05791 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 2213 | 24-CV-05072 | Nachawati Law Group | 8/18/2025 |
| 2215 | 24-CV-05074 | Nachawati Law Group | 8/20/2025 |
| 2217 | 24-CV-05079 | Nachawati Law Group | 8/20/2025 |
| 2221 | 24-CV-05110 | Nachawati Law Group | 8/18/2025 |
| 2225 | 24-CV-05121 | Nachawati Law Group | 8/18/2025 |
| 2227 | 24-CV-05169 | Nachawati Law Group | 8/18/2025 |
| 2230 | 24-CV-05174 | Nachawati Law Group | 8/19/2025 |
| 2235 | 24-CV-05710 | Nachawati Law Group | 8/20/2025 |
| 2254 | 24-CV-05765 | Nachawati Law Group | 8/5/2025 |
| 2257 | 24-CV-05947 | Nachawati Law Group | 8/9/2025 |
| 2258 | 24-CV-05960 | Nachawati Law Group | 8/9/2025 |
| 2259 | 24-CV-05964 | Nachawati Law Group | 8/9/2025 |
| 2260 | 24-CV-06051 | Nachawati Law Group | 8/9/2025 |
| 2261 | 24-CV-06073 | Nachawati Law Group | 8/9/2025 |
| 2262 | 24-CV-06074 | Nachawati Law Group | 8/9/2025 |
| 2562 | 24-CV-06176 | Nigh Goldenberg Raso & Vaughn | 9/2/2025 |
| 2723 | 24-CV-08622 | Nachawati Law Group | 8/9/2025 |
| 2767 | 24-CV-09188 | Nachawati Law Group | 7/25/2025 |
| 2797 | 25-CV-00072 | Nachawati Law Group | 8/9/2025 |
| 2798 | 25-CV-00075 | Nachawati Law Group | 8/6/2025 |
| 2804 | 25-CV-00358 | Nachawati Law Group | 8/4/2025 |
| 2805 | 25-CV-00365 | Nachawati Law Group | 8/4/2025 |
| 2812 | 25-CV-00369 | Nachawati Law Group | 8/13/2025 |
| 2813 | 25-CV-00401 | Nachawati Law Group | 8/4/2025 |
| 2842 | 25-CV-00673 | Nachawati Law Group | 8/13/2025 |
| 2844 | 25-CV-00675 | Nachawati Law Group | 8/9/2025 |
| 2845 | 25-CV-00715 | Nachawati Law Group | 8/9/2025 |
| 2889 | 24-CV-01211 | Williams Hart & Boundas, LLP | 7/1/2025 |
| 2898 | 25-CV-01229 | Williams Hart & Boundas, LLP | 6/30/2025 |
| 2902 | 25-CV-01245 | Williams Hart & Boundas, LLP | 7/1/2025 |
| 2903 | 25-CV-01246 | Williams Hart & Boundas, LLP | 7/1/2025 |
| 2920 | 25-CV-01265 | Nachawati Law Group | 8/11/2025 |
| 2921 | 25-CV-01266 | Nachawati Law Group | 8/12/2025 |
| 3015 | 25-CV-01716 | Nachawati Law Group | 8/11/2025 |
| 3019 | 25-CV-01725 | Nachawati Law Group | 8/11/2025 |
| 3020 | 25-CV-01729 | Nachawati Law Group | 8/11/2025 |
| 3025 | 25-CV-01799 | Nachawati Law Group | 8/11/2025 |
| 3030 | 25-CV-01818 | Nachawati Law Group | 8/7/2025 |
| 3067 | 25-CV-02274 | Kherkher Garcia | 8/17/2025 |

[PROPOSED] ORDER REGARDING AMENDED MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB

| MDL ID | Case Number | Law Firm | Date Most Recent Amended PFS Served Without Verification |
|---|---|---|---|
| 3152 | 25-CV-02622 | Nachawati Law Group | 7/28/2025 |
| 3165 | 25-CV-02797 | Nachawati Law Group | 8/15/2025 |
| 3201 | 25-CV-02706 | Nachawati Law Group | 8/9/2025 |
| 3207 | 25-CV-02855 | Nachawati Law Group | 8/8/2025 |
| 3208 | 25-CV-02856 | Nachawati Law Group | 8/8/2025 |
| 3209 | 25-CV-02899 | Nachawati Law Group | 8/8/2025 |
| 3234 | 25-CV-03285 | Peiffer Wolf Carr Kane Conway & Wise | 8/11/2025 |
| 3246 | 25-CV-02788 | Nachawati Law Group | 7/28/2025 |
| 3456 | 25-CV-02956 | Nachawati Law Group | 8/7/2025 |
| 3645 | 25-CV-05163 | Nachawati Law Group | 8/6/2025 |
| 3716 | 25-CV-04371 | Verhine & Verhine, PLLC | 7/23/2025 |

[PROPOSED] ORDER REGARDING AMENDED MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB