Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br><br> This Document Relates to: <br><br> ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC) <br><br> **DECLARATION OF CHRISTOPHER D. COX IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S ADMINISTRATIVE MOTION FOR ORDER ESTABLISHING COMMON FACT DISCOVERY CUT-OFF** <br><br> **[PURSUANT TO L.R. 7-11 AND 7-12]** <br><br> Judge:        Hon. Charles R. Breyer <br> Courtroom:  6 – 17th Floor |

I, Christopher D. Cox, declare as follows:

1.      I am an attorney licensed to practice law in the State of New York and admitted pro hac vice in this action. I am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I make this declaration of my own personal knowledge in support of Uber's Motion for Order Establishing Common Fact Discovery Cut-Off. I have knowledge of the facts set forth herein, and if called to testify as a witness, could do so competently under oath.

2.      Pursuant to Local Rules 7-11 and 7-12, in an effort to seek Plaintiffs' agreement to the relief sought in the above-referenced motion, counsel for Uber initiated a meet-and-confer process.

3.      On November 5, 2025, I sent an email to MDL Plaintiffs' counsel, including leadership, requesting a meet-and-confer regarding Uber's anticipated Motion for Order Establishing Common Fact Discovery Cut-Off. On November 7, 2025, I sent a follow-up email to the same group, reiterating a request for a call. Plaintiffs' counsel responded on November 7, 2025, indicating their availability for a call on November 10, 2025.

4.      Following those emails, on November 10, 2025, I conferred regarding the anticipated motion via Zoom with MDL Plaintiffs' counsel Steven Cohn and Geoffrey Spaulding (both of Chaffin Luhana LLP), who indicated they would follow up with Plaintiffs' position.

5.      Following the meet-and-confer by Zoom, I sent emails on November 11 and 12, 2025 seeking MDL Plaintiffs' counsel's position on the motion. In response, in an email on November 12, 2025, Plaintiff's counsel indicated that they believe setting a common discovery cut-off is premature.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on November 12, 2025, in New York, New York.

                                        /s/ Christopher D. Cox
                                        Christopher D. Cox

**E-FILING ATTESTATION**

I, Laura Vartain Horn, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/ Laura Vartain Horn
Laura Vartain Horn