# Exhibit A

Exhibit A – Uber's Motion to Dismiss for Failure to Comply with PTO 5
*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Case Number | Plaintiff Firm | Date of Court Order | Ride Receipt/Ride Information Form Due | Days Overdue |
|---------|-----------|-------------|----------------|---------------------|---------------------------------------|--------------|
| 3678 | Jane Roe CL 178 | 3:25-cv-05537 | Cutter Law | 10/23/2025 | 11/6/2025 | 5 |
| 3679 | Jane Roe CL 179 | 3:25-cv-05538 | Cutter Law | 10/23/2025 | 11/6/2025 | 5 |
| 3883 | Jane Roe CL 182 | 3:25-cv-05628 | Cutter Law | 10/23/2025 | 11/6/2025 | 5 |
| 3884 | Jane Roe CL 181 | 3:25-cv-05633 | Cutter Law | 10/23/2025 | 11/6/2025 | 5 |
| 3855 | Jane Doe NLG (M.E.) | 3:25-cv-06480 | Nachawati Law Group | 10/23/2025 | 11/6/2025 | 5 |