ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330

PATRICK OOT (Admitted *Pro Hac Vice*)
oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LS 615 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05887-CRB | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH THE COURT'S OCTOBER 23, 2025 ORDER [ECF 4220]**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

*Jane Roe CL 183 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05733-CRB

*Jane Roe CL 184 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05855-CRB

*Jane Roe CL 186 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06086-CRB

DECLARATION OF MICHAEL B. SHORTNACY REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH THE COURT'S OCTOBER 23, 2025 ORDER

Case No. 3:23-md-03084-CRB

**DECLARATION OF MICHAEL B. SHORTNACY**

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Los Angeles, California. I respectfully submit this declaration identifying the plaintiffs that are not in compliance with the Court's October 23, 2025 Order [ECF 4220].

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, (collectively, "Defendants"). I am a member in good standing of the Bar of the State of California, the Bar of the State of New York, and the Bar of the District of Columbia. I know the following facts to be true based on my personal knowledge, and if called to testify, I could competently do so.

3. On March 19, 2024, the Court entered Pretrial Order No. 10 ("PTO 10") in this matter, requiring each Plaintiff to "submit a completed PFS, and executed Authorizations, through MDL Centrality." ECF No. 348 at 4. PTO 10 required each Plaintiff whose case was a part of the MDL by March 26, 2024, to submit a Plaintiff Fact Sheet ("PFS") within 60 days of that date. *Id.* at 5. Each Plaintiff who joined the MDL after March 26, 2024, must submit a PFS within 30 days of joining. *Id.* at 6.

4. On October 23, 2025, the Court ordered each Plaintiff subject to Uber's Motion to Dismiss Cases for Failure to Comply with PTO 10 to provide a substantially complete and verified PFS within 14 days of the Order. The Order therefore compelled compliance by each Plaintiff subject to the Order by November 6, 2025.

5. The Court also ordered counsel for Defendants to submit a declaration within 21 days of the Order (*i.e.*, by November 13, 2025), identifying which, if any, Plaintiffs did not comply with the Court's Order.

6. Counsel for Defendants has reviewed all submissions to MDL Centrality by the Plaintiffs subject to the Court's October 23, 2025 Order to determine whether each Plaintiff has submitted a substantially complete and verified Plaintiff Fact Sheet as ordered by the Court.

7. Based on counsel for Defendants' review of all submissions to MDL Centrality by the Plaintiffs subject to the Court's October 23, 2025 Order, as of November 12, 2025, the Plaintiffs identified in the table attached to this declaration as **Exhibit A** have failed to submit a substantially complete and verified PFS as ordered by the Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 13, 2025 in Albuquerque, New Mexico.

**SHOOK, HARDY & BACON L.L.P.**

 /s/ Michael B. Shortnacy

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC