# Exhibit A

Exhibit A - Uber's Motion to Dismiss for Failure to Comply with PTO 10
*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Case Number | Plaintiff Firm | Date of Court Order | Plaintiff Fact Sheet Due | Days Overdue |
|---|---|---|---|---|---|---|
| 3885 | Jane Roe CL 183 | 3:25-cv-05733 | Cutter Law PC | 10/23/2025 | 11/6/2025 | 5 |
| 3886 | Jane Roe CL 184 | 3:25-cv-05855 | Cutter Law PC | 10/23/2025 | 11/6/2025 | 5 |
| 3760 | Jane Doe LS 615 | 3:25-cv-05887 | Levin Simes, LLP | 10/23/2025 | 11/6/2025 | 5 |
| 3889 | Jane Roe CL 186 | 3:25-cv-06086 | Cutter Law PC | 10/23/2025 | 11/6/2025 | 5 |