Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | Case No. 3:23-md-03084-CRB<br>**DECLARATION OF DANIEL CUMMINGS IN SUPPORT OF DEFENDANTS' AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6 – 17th Floor |

1  I, Daniel Cummings, declare:

2  1. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, (collectively, "Uber"). I am a member in good standing of the Bars of the States of Missouri, Kansas, and Nebraska. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so. I offer this Declaration in the above-captioned matter in support of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Amended Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal.

Because the materials at issue were designated confidential by Plaintiffs, or Plaintiffs have otherwise requested that they be maintained under seal, Defendants filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| **Defendants' Motion for Partial Summary Judgment (Jaylynn Dean case)** | Motion containing name of third-party witness, S.M. | Sealed at Plaintiffs' request |
| **Declaration of Johnathan Schneller in Support of Defendants' Motion for Partial Summary Judgment (Jaylynn Dean case)** | Declaration containing name of third-party witness, S.M. | Sealed at Plaintiffs' request |
| **Exhibit 6 to Defendants' Motion for Partial Summary Judgment (Jaylynn Dean case)** | Excerpt of expert report of Bruce Weiner dated September 26, 2025, marked as Confidential. | Plaintiffs |
| **Exhibit 8 to Defendants' Motion for Partial Summary Judgment (Jaylynn Dean case)** | Excerpt of transcript of June 27, 2025 deposition of Plaintiff Jaylynn Dean. | Sealed at Plaintiffs' request |
| **Exhibit 9 to Defendants' Motion for Partial Summary Judgment (Jaylynn Dean case)** | Excerpt of transcript of July 22, 2025 deposition of third-party witness S.M., marked as Highly Confidential – Attorneys' Eyes Only. | Plaintiffs |

| Document | Description | Designating Party |
|---|---|---|
| **Exhibit 10 to Defendants' Motion for Partial Summary Judgment (Jaylynn Dean case)** | Tempe Police Department records Bates stamped as JDean-TempePD-000001-25 and marked as Confidential – Attorney Eyes Only | Plaintiffs |
| **Exhibit 20 to Defendants' Motion for Partial Summary Judgment (Jaylynn Dean case)** | Excerpt of expert report of Veronique Valliere dated September 26, 2025, marked as Confidential | Plaintiffs |
| **Exhibit 21 to Defendants' Motion for Partial Summary Judgment (Jaylynn Dean case)** | Excerpt of Appendix D of expert report of Lacey R. Keller dated September 26, 2025, marked as Confidential | Plaintiffs |

2. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of November, 2025.

/s/ *Daniel Cummings*
**Daniel Cummings**