**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:   Courtroom 6 – 17th Floor |

Having considered Defendants' November 13, 2025 Amended Administrative Motion To Consider Whether Another Party's Materials Should be Filed Under Seal, the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| **Defendants' Motion for Partial Summary Judgment (Jaylynn Dean case)** | Motion containing name of third-party witness, S.M. | Sealed at Plaintiffs' request |
| **Declaration of Johnathan Schneller in Support of Defendants' Motion for Partial Summary Judgment (Jaylynn Dean case)** | Declaration containing name of third-party witness, S.M. | Sealed at Plaintiffs' request |

| Document | Description | Designating Party |
|---|---|---|
| **Exhibit 6 to Defendants' Motion for Partial Summary Judgment (Jaylynn Dean case)** | Excerpt of expert report of Bruce Weiner dated September 26, 2025, marked as Confidential. | Plaintiffs |
| **Exhibit 8 to Defendants' Motion for Partial Summary Judgment (Jaylynn Dean case)** | Excerpt of transcript of June 27, 2025 deposition of Plaintiff Jaylynn Dean. | Sealed at Plaintiffs' request |
| **Exhibit 9 to Defendants' Motion for Partial Summary Judgment (Jaylynn Dean case)** | Excerpt of transcript of July 22, 2025 deposition of third-party witness S.M., marked as Highly Confidential – Attorneys' Eyes Only. | Plaintiffs |
| **Exhibit 10 to Defendants' Motion for Partial Summary Judgment (Jaylynn Dean case)** | Tempe Police Department records Bates stamped as JDean-TempePD-000001-25 and marked as Confidential – Attorney Eyes Only | Plaintiffs |
| **Exhibit 20 to Defendants' Motion for Partial Summary Judgment (Jaylynn Dean case)** | Excerpt of expert report of Veronique Valliere dated September 26, 2025, marked as Confidential | Plaintiffs |
| **Exhibit 21 to Defendants' Motion for Partial Summary Judgment (Jaylynn Dean case)** | Excerpt of Appendix D of expert report of Lacey R. Keller dated September 26, 2025, marked as Confidential | Plaintiffs |

**IT IS SO ORDERED.**

Dated:_____

                                      Hon. Charles R. Breyer
                                      United States District Judge