Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE**
CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

*[Additional Counsel Listed on Signature Pages]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, <br><br> This Document Relates to: <br><br> ALL ACTIONS | Case No. 3:23-md-03084-CRB <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING ECF NO. 4369** <br><br> Judge:    Hon. Charles R. Breyer <br> Courtroom: 6 – 17th Floor |

**RECITALS**

**WHEREAS**, on November 12, 2025, Defendants filed an Administrative Motion for Entry Of an Order Establishing Common Fact Discovery Cut-Off ("Motion")(ECF No. 4369);

**WHEREAS**, Plaintiffs' Response to Defendants' Motion is due on or before November 17, 2025;

**WHEREAS**, Plaintiffs request that they be granted an additional eight (8) days to file their Response to Defendants' Motion, with said Response to be due on or before November 25, 2025; and

**WHEREAS,** Defendants consent to Plaintiffs' request.

**STIPULATION**

**NOW, THEREFORE**, the parties hereby agree and request the Court enter the parties' stipulation as follows:

1. Plaintiffs shall be granted an extension to respond to Defendants' Administrative Motion for Entry Of an Order Establishing Common Fact Discovery Cut-Off ("Motion")(ECF No. 4369) with said Response to be due on or before November 25, 2025.

**IT IS SO STIPULATED.**

Dated: November 14, 2025          Respectfully submitted,

By: */s/Roopal P. Luhana*
Roopal P. Luhana (Admitted *Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

|   |   |
|---|---|
| 1 | |
| 2 | Rachel B. Abrams (SBN 209316)<br>**PEIFFER WOLF CARR KANE**<br>**CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: (415) 426-5641<br>rabrams@peifferwolf.com<br><br>*Co-Lead Counsel for Plaintiffs*<br><br>By: */s/ Christopher D. Cox*<br>Christopher D. Cox (Admitted *Pro Hac Vice*)<br>Jessica Davidson (Admitted *Pro Hac Vice*)<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4800<br>jessica.davidson@kirkland.com<br>christopher.cox@kirkland.com<br><br>Laura Vartain Horn (SBN 258485)<br>**KIRKLAND & ELLIS LLP**<br>555 California Street, Suite 2700<br>San Francisco, CA 94104<br>Telephone: (415) 439-1625<br>laura.vartain@kirkland.com<br><br>Allison M. Brown (Admitted *Pro Hac Vice*)<br>**KIRKLAND & ELLIS LLP**<br>2005 Market Street, Suite 1000<br>Philadelphia, PA 19103<br>Telephone: (215) 268-5000<br>alli.brown@kirkland.com<br><br>*Counsel for Defendants*<br>UBER TECHNOLOGIES, INC.,<br>RASIER, LLC, and RASIER-CA, LLC |

**ATTESTATION**

Under Civil Local Rule 5-1(h)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 14, 2025                                                                         By: */s/Roopal P. Luhana*

1 **[PROPOSED] ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

4   DATED: _____

HON. CHARLES R. BREYER
United States District Court Judge