1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
|---|---|

Having considered Plaintiffs' November 14, 2025 Administrative Motion To Consider Whether Another Party's Materials Should be Filed Under Seal, the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| **Portions of the Parties' Discovery Letter Brief Regarding Orchowski Rebuttal Report** | References to information deemed confidential by Defendants | Defendants |
| **Exhibit A** | Rebuttal Expert Report of Lindsay Orchowski, marked "Highly Confidential" | Defendants |
| **Exhibit B** | Exhibit 434 to deposition of Gus Fuldner, marked "Highly Confidential" | Defendants |

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN MATERIALS FILED PURSUANT TO ECF NO. 3969

Case No. 3:23-MD-3084-CRB,

**IT IS SO ORDERED.**

Dated: _____

                                                  Hon. Lisa J. Cisneros
                                                  United States Magistrate Judge