# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

Having considered Plaintiffs' November 14, 2025 Administrative Motion To Consider Whether Another Party's Materials Should be Filed Under Seal, the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| **Exhibit A** | Rebuttal Expert Report of Kristen Zgoba, marked "Highly Confidential" | Defendants |
| **Exhibit B** | Excerpt of deposition of Veronique Valliere dated October 24, 2025, marked "Highly Confidential" | Defendants |

**IT IS SO ORDERED.**

Dated:_____

                                              Hon. Lisa J. Cisneros
                                              United States Magistrate Judge