1  Roopal P. Luhana (*pro hac vice*)
   **CHAFFIN LUHANA LLP**
2  600 Third Avenue, 12th Floor
   New York, NY 10016
3  Telephone: (888) 480-1123
4  Facsimile: (888) 499-1123
   luhana@chaffinluhana.com
5
   Sarah R. London (SBN 267093)
6  **GIRARD SHARP LLP**
7  601 California St., Suite 1400
   San Francisco, CA 94108
8  Telephone: (415) 981-4800
   slondon@girardsharp.com
9
   Rachel B. Abrams (SBN 209316)
10 **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
11 555 Montgomery Street, Suite 820
   San Francisco, CA 94111
12 Telephone: (415) 426-5641
   Facsimile: (415) 840-9435
13 rabrams@peifferwolf.com

14 *Co-Lead Counsel for Plaintiffs*

15                     UNITED STATES DISTRICT COURT
16                   OF NORTHERN DISTRICT OF CALIFORNIA
17                          SAN FRANCISCO DIVISION
18

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB<br><br>**DECLARATION OF ELLYN H. HURD IN SUPPORT OF PLAINTIFFS' MOTION TO PARTIALLY EXCLUDE THE EXPERT REBUTTAL TESTIMONY OF LINDSAY ORCHOWSKI, PH.D.** |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | |

## DECLARATION OF ELLYN H. HURD

I, Ellyn H. Hurd, declare as follows:

1. I am a partner of Simmons Hanly Conroy, LLP, an attorney licensed in the State of Massachusetts, and duly admitted to practice before this Court *pro hac vice*, representing Plaintiffs in the above caption action. I have personal knowledge of the following facts, and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the rebuttal expert report of Lindsay Orchowski dated October 24, 2025.

3. Attached hereto as **Exhibit B** is a true and correct copy of the deposition of Lindsay Orchowski dated November 11, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of November, 2025, in West Dennis, Massachusetts.

/s/ *Ellyn H. Hurd*
Ellyn H. Hurd