UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PARTIALLY EXCLUDE THE EXPERT REBUTTAL TESTIMONY OF LINDSAY ORCHOWSKI, PH.D.** |

Having considered Plaintiffs' motion, the record, and the applicable law, the Court hereby GRANTS Plaintiffs' Motion to Partially Exclude the Expert Testimony of Lindsay Orchowski.

The testimony of Defendants' expert Lindsay Orchowski concerning "█████████ █████████████" (Section IV of the report), "█████████████████████" (Section V of the report), and her opinions regarding █████ in Section VIII of the report are excluded from the *Dean* trial.

**IT IS SO ORDERED.**

Dated:_____                    _____

Hon. Charles R. Breyer
United States District Judge