[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 23-md-03084-CRB |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | **CERTIFICATE OF SERVICE** |

    I certify that on November 14, 2025 a true and correct unredacted copy of Plaintiffs' Motion to Partially Exclude the Expert Rebuttal Testimony of Lindsay Orchowski, Ph.D., along with supporting declaration and exhibits attached thereto, were served pursuant to Civil L.R. 5-5(a) on the following counsel for Defendants:

**Kirkland & Ellis LLP**
Alli Brown
alli.brown@kirkland.com
Chris Cox
christopher.cox@kirkland.com
Jessica Davidson
jessica.davidson@kirkland.com
Jennifer Levy
jlevy@kirkland.com

|   |   |
|---|---|
| 1 | Rupal Joshi |
| 2 | rupal.joshi@kirkland.com |
|   | Laura Vartain |
| 3 | laura.vartain@kirkland.com |
|   | Kristen Fournier |
| 4 | kristen.fournier@kirkland.com |
| 5 | Alexandra Caritis |
|   | alexandra.caritis@kirkland.com |
| 6 | Libby Marden |
|   | libby.marden@kirkland.com |
| 7 | Geoffrey Wyatt |
|   | geoffrey.wyatt@kirkland.com |
| 8 | Beth Larsen |
| 9 | beth.larsen@kirkland.com |

**O'Melveny and Meyers LLP**
Sabrina Strong
sstrong@omm.com
Jonathan Schneller
jschneller@omm.com
Joshua Revesz
jrevesz@omm.com
Louis Fisher:
lfisher@omm.com

**Shook, Hardy & Bacon LLP**
Michael B. Shortnacy
mshortnacy@shb.com
Patrick L. Oot, Jr.
oot@shb.com
Christopher V. Cotton
ccotton@shb.com
Alycia A. Degen
adegen@shb.com
Veronica Gromada
vgromada@shb.com

Service Email
UBERMDLSERVICE@LISTSERV.SHB.COM

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced documents to be sent to the persons on whom such documents are to be served at the email addresses shown above, as last given by that persons or as obtained from an internet websites relating to such persons, and I did not receive

- 2 -

CERTIFICATE OF SERVICE
CASE NO. 23-MD-03084-CRB

1  an email response upon sending such email indicating that such email was not
2  delivered.

3  I declare under penalty of perjury under the laws of the United States of America that the
4  foregoing is true and correct.

5  Executed on November 14, 2025.

By: */s/ Ellyn H. Hurd*
Ellyn H. Hurd
Simmons Hanly Conroy, LLP
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
ehurd@simmonsfirm.com

- 3 -

CERTIFICATE OF SERVICE
CASE NO. 23-MD-03084-CRB