# EXHIBIT 1

|  | Invoice |
|---|---|
| **Lindsey D. Cameron, Ph.D** <br> 2008 Ionic Street <br> Philadelphia, PA 19103 <br> https://www.lindseycameron.com | Date: 08/26/2025 |

TO: **Simmons Hanly Conroy**

| Description | Time (hrs) | Rate | Total Due |
|---|---|---|---|
| June 18 2024 – 22 August | 58.5 | $750 | $43875 |
| Retainer (invoice sent in May 2024) | 10 | $750 | (7500) |
| **TOTAL AMOUNT DUE** |  |  | $36375 |

Make checks payable to Lindsey D. Cameron with my EIN (87-0964768) in comments

2008 Ionic Street
Philadelphia, PA 19103
617.899.6636
Ldcamer.wharton@gmail.com

Or contact me for bank wire information