# EXHIBIT 2

Page 1

1        SUPERIOR COURT OF THE STATE OF CALIFORNIA
2              FOR THE COUNTY OF SAN FRANCISCO
3                HONORABLE ETHAN P. SCHULMAN
4                      DEPARTMENT 604
5                        ---oOo---
6
7
8   COORDINATION PROCEEDING        CASE No. CJC-21-005188
    SPECIAL TITLE [RULE 1550(b)]
9
    In Re: Uber Rideshare Cases
10  _____/
11
12
13
14         REPORTER'S TRANSCRIPT OF PROCEEDINGS
15              VOLUME 1 PAGES 1 - 248
16             MONDAY, SEPTEMBER 8, 2025
17
18
19
20
21  OFFICIAL STENOGRAPHIC REPORTER PRO TEM:
22  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR
23  CA CSR LICENSE NO. 9830
24
25     Job No. CS7570149

SESSIONS

| DATE | PAGE |
|---|---|
| MONDAY, SEPTEMBER 5, 2025 | |
| MORNING SESSION | 8 |
| PLAINTIFF'S OPENING STATEMENT | 43 |
| DEFENDANTS' OPENING STATEMENT | 71 |
| AFTERNOON SESSION | 112 |
| CERTIFICATE OF REPORTER | 248 |

---oOo---

1  and working to solve this problem.  And this is one of
2  the key ways that Uber has done that.
3          Uber has -- Uber knows that we are not
4  experts on sexual assault and sexual violence.  And so
5  we looked to the experts to help guide us in how we
6  navigate this issue in society and on our platform.
7  We partnered with many nonprofit organizations who
8  exist only to try and solve this problem; for example,
9  the National Sexual Violence Resource Center, or
10 NSVRC.
11         We partnered with these organizations and we
12 said, Help us.  Help us figure out how to categorize
13 the complaints that we're getting and how to audit
14 this data and how to release a first-of-its-kind
15 safety report in the United States.
16         Because before Uber released a safety report,
17 and we've released three now, no other rideshare
18 company and no other transportation company, and I
19 would submit no other major public consumer company
20 had done anything like it.  And you're going to get to
21 see information in the safety report that calls it
22 unprecedented; an unprecedented bold move to release
23 this kind of data.
24         And the safety report explains what data was
25 categorized, what data was audited, what data people

```
                                                    Page 3055

 1          SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2               FOR THE COUNTY OF SAN FRANCISCO
 3               HONORABLE ETHAN P. SCHULMAN
 4                     DEPARTMENT 304
 5                       ---oOo---
 6
 7
 8   COORDINATION PROCEEDING      CASE No. CJC-21-005188
     SPECIAL TITLE [RULE 1550(b)]
 9
     In Re: Uber Rideshare Cases
10   _____/
11
12
13
14           REPORTER'S TRANSCRIPT OF PROCEEDINGS
15              VOLUME 14 PAGES 3056 - 3218
16              THURSDAY, SEPTEMBER 25, 2025
17
18
19
20
21   OFFICIAL STENOGRAPHIC REPORTER PRO TEM:
22   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR
23   CA CSR LICENSE NO. 9830
24
25      Job No. CS7570162
```

SESSIONS

| | DATE | PAGE |
|---|---|---|
| | THURSDAY, SEPTEMBER 25, 2025 | |
| | MORNING SESSION | 3076 |
| | PLAINTIFF'S CLOSING ARGUMENT | 3076 |
| | DEFENSE'S CLOSING ARGUMENT | 3120 |
| | AFTERNOON SESSION | 3179 |
| | PLAINTIFF'S REBUTTAL CLOSING ARGUMENT | 3179 |
| | JURY INSTRUCTIONS | 3192 |
| | CERTIFICATE OF REPORTER | 3218 |

---oOo---

|   |   |   |
|---|---|---|
|   | Page 3136 |   |
| 1 | to be right here in the common carrier charge. | 10:56 |
| 2 | If the risk is so obvious that a passenger | 10:56 |
| 3 | could reasonably be expected to know of it, then the | 10:56 |
| 4 | common carrier doesn't have the duty to warn of the | 10:56 |
| 5 | risk. | 10:56 |
| 6 | And that is certainly the case when you get | 10:56 |
| 7 | in a cab or a bus or a train or a rideshare. | 10:56 |
| 8 | Everybody knows there could be an accident.  Everybody | 10:56 |
| 9 | knows something could go wrong. | 10:56 |
| 10 | We asked Dr. Valliere, Well, what is it that | 10:56 |
| 11 | you think we should warn of?  What's the warning that | 10:56 |
| 12 | you think Uber should have given? | 10:56 |
| 13 | And this is what their expert on warnings | 10:56 |
| 14 | said.  It should be something to the effect as, Uber | 10:57 |
| 15 | believes in ultimate respect. | 10:57 |
| 16 | That's all over the community guidelines. | 10:57 |
| 17 | It's the very first thing in the community guidelines. | 10:57 |
| 18 | She said, You should just tell riders that | 10:57 |
| 19 | you want your ride to be safe and comfortable. | 10:57 |
| 20 | And that, too, is top, front, and center of | 10:57 |
| 21 | the community guidelines. | 10:57 |
| 22 | What the evidence showed is that Uber | 10:57 |
| 23 | voluntarily published an unprecedented safety report. | 10:57 |
| 24 | We have spoken about this a ton in this trial.  And I | 10:57 |
| 25 | thought I heard Mr. Taylor this morning say something | 10:57 |

Page 3137

| | | |
|---|---|---|
| 1 | sort of disrespectful to these organizations, that we | 10:57 |
| 2 | were using them for something he called a "halo" | 10:57 |
| 3 | effect. | 10:57 |
| 4 | And that doesn't make any sense.  That | 10:57 |
| 5 | doesn't make any sense that an organization that has | 10:57 |
| 6 | devoted its entire existence to eradicating sexual | 10:57 |
| 7 | violence would do something it didn't believe in, | 10:57 |
| 8 | would partner with a company to do such an | 10:57 |
| 9 | unprecedented report for PR purposes. | 10:58 |
| 10 | This is the foreword from Karen Baker.  It's | 10:58 |
| 11 | in each one of the safety reports.  And she says, | 10:58 |
| 12 | Never before have we seen a company disclose this | 10:58 |
| 13 | level of information proactively. | 10:58 |
| 14 | No one required it, nobody else was doing it, | 10:58 |
| 15 | and nobody has done it to this day.  But we did it | 10:58 |
| 16 | because it was the right thing to do.  And now, they | 10:58 |
| 17 | want you to find that we acted with malice, that we | 10:58 |
| 18 | were despicable in choosing to create and release this | 10:58 |
| 19 | report when we did not have to do it at all.  Doesn't | 10:58 |
| 20 | make sense. | 10:58 |
| 21 | Not only did we create the report, but in the | 10:58 |
| 22 | report, you'll see we hoped that other companies would | 10:58 |
| 23 | use the taxonomy.  And so we made it available to | 10:58 |
| 24 | anybody else who wanted to use it so that they, too, | 10:58 |
| 25 | could do the same reporting that Uber does. | 10:58 |