# EXHIBIT 3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

***In re: Uber Techs., Inc. Passenger SA Litigation* (Case No. 3:23-md-03084)**
**Emilie Boman – 30(b)(6) Deposition Aid**

**Topic No. 3**: Uber's payments to nonprofit organizations whose work involves combatting sexual violence (including the amount(s), date(s), and circumstances of the payment(s)).

**Research Process:**
- At the direction of legal counsel, multiple individuals from Uber's finance, legal, and policy teams reviewed finance databases and databases containing purchase orders for responsive information regarding the organizations listed below.
- Where available, date and amount of payment was pulled and recorded below.
- Additional information was pulled from the U.S. Safety Reports, Driving Change blogs, documents produced in this litigation (cited below), Uber's discovery responses (cited below), and other internal research (by members of Uber's policy and finance teams).

**Data Limitations:**
- Purchase order payments were not mandatory until 2020, therefore pre-2020 information is incomplete.
- "Data Not Found" indicates that no purchase orders were readily accessible and as a result, any amounts paid to such organizations cannot be readily verified.
  The "Total Spend" numbers reflected at the end of the deposition aid were calculated using a currency converter with the rates as of September 30, 2025: https://www.x-rates.com/.
- The numbers reflected below are understated and incomplete in light of the data limitations above.

**Driving Change Commitments**
- $5M over 5 years in 2017
- Additional $2.5M in 2019
- Additional $2.6M in 2021
- Additional $10M over 5 years in 2023

**Total Driving Change Commitment**: $20.1M

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**U.S.-Based Partnerships**

| No. | Organization | Source | Nature of Work | Compensation (Date/Amount) | Total Spend Per Currency |
|---|---|---|---|---|---|
| | | | *U.S. Driving Change Partners* | | |
| 1 | **RALIANCE** | Driving Change Blog (2017)<br><br>UBER000001302 (2017-2018 U.S. Safety Report) | • Core U.S. Partner.<br>• Helped Uber develop the taxonomy.<br>• Helped Uber develop awareness and prevention messaging. | ███████████ ███████████ ███████████ ███████████ ███████████ ███████████ ███████████ ███████████ ███████████ ███████████ ███████████ ███████████ ███████████ | ███████████ |

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| | | | | ████████ | |
| | | | | ████████ | |
| | | | | ████████ | |
| | | | | ████████ | |
| | | | | ███████ | |
| | | | | ████████ | |
| | | | | ████████ | |
| | | | | ████████ | |
| | | | | ████████ | |
| | | | | ███████ | |
| | | | | █████████ | |
| | | | | ████████ | |
| | | | | █████████ | |
| | | | | ████████ | |
| | | | | █████████ | |
| | | | | ████████ | |
| | | | | █████████ | |
| | | | | ███████ | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| 2 | **National Sexual Violence Resource Center (NSVRC)** | Driving Change Blog (2017)<br><br>NSVRC_00011 (4/5/2019 Master Services Agreement)<br><br>NSVRC_00007 (4/30/2019 Statement of Work) | ● Core U.S. Partner.<br>● Helped Uber develop the taxonomy.<br>● Developed the "Helping Industries to Classify Reports of Sexual Harassment, Sexual Misconduct, and Sexual Assault" White Paper. | ██████████<br><br>██████████ | ███████ |
| 3 | **A Call to Men** | Driving Change Blog (2017)<br><br>UBER000001302 (2017-2018 U.S. Safety Report)<br><br>UBER000024194 (9/4/2018 Driving Change Partners 2018-19 Updates/Grants)<br><br>UBER_JCCP_MDL_000419 963 (11/6/2019 List of 2020 Grantees) | ● Core U.S. Partner.<br>● Driving Change grant helped A Call to Men create the Institute of Higher Learning, an online education platform providing training modules on healthy masculinity and sexual violence prevention. | ██████████<br><br>███████ | ███████ |
| 4 | **NO MORE** | Driving Change Blog (2017)<br><br>UBER000001302 (2017-2018 U.S. Safety Report) | ● Core U.S. Partner.<br>● Partnered with Uber to create the #DontStandBy bystander intervention campaign to | ██████████<br>█████████<br>████████<br>██████████ | ██████████ |

4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | UBER000024194 (9/4/2018 Driving Change Partners 2018-19 Updates/Grants) | educate nightlife community and encourage people to prevent sexual assault before it starts. | ██████████ | |
|---|---|---|---|---|---|
| 5 | **National Network to End Domestic Violence (NNEDV)** | Driving Change Blog (2017)<br><br>UBER000001302 (2017-2018 U.S. Safety Report)<br><br>UBER000024194 (9/4/2018 Driving Change Partners 2018-19 Updates/Grants) | ● Core U.S. Partner.<br>● Prior Member of Uber's Safety Advisory Board (Cindy Southworth)<br>● Safety Net Project (2023) | ██████████ | ██████ |
| 6 | **National Coalition of Anti-Violence Programs (NCAVP)** | Driving Change Blog (2017)<br><br>UBER000001302 (2017-2018 U.S. Safety Report)<br><br>UBER000024194 (9/4/2018 Driving Change Partners 2018-19 Updates/Grants) | ● Core U.S. Partner.<br>● Works to prevent, respond to, and end all forms of violence against and within LGBTQ communities. | ██████████ | ██████ |
| 7 | **Women of Color Network, Inc.** | Driving Change Blog (2017)<br><br>UBER000001302 (2017-2018 U.S. Safety Report) | ● Core U.S. Partner.<br>● National grassroots initiative dedicated to building the | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| | | UBER000024194 (9/4/2018 Driving Change Partners 2018-19 Updates/Grants) | capacity of women of color advocates and activists responding to violence against women in marginalized populations. | ███████████ | █████████ |
| 8 | **Casa de Esperanza** | Driving Change Blog (2017) <br><br> UBER000001302 (2017-2018 U.S. Safety Report) <br><br> UBER000024194 (9/4/2018 Driving Change Partners 2018-19 Updates/Grants) | ● Core U.S. Partner. <br> ● National resource center for combatting domestic violence and sexual assault in the Latina community. | ██████████ ███████████ █████████ █████████ | █████████ |
| 9 | **National Alliance to End Sexual Violence (NAESV)** | Driving Change Blog (2017) <br><br> UBER000001302 (2017-2018 U.S. Safety Report) | ● Core U.S. Partner. <br> ● NAESV responds to the needs of local programs, sexual assault coalitions, funders, administrators, and allied professionals to help meet survivors' comprehensive needs. Focus areas include the Victims of Crime Act, American Rescue Plan relief funds for rape crisis centers, housing needs of survivors, and prevention. | ██████████ ███████ ████████ █████████ █████████ ██████████ █████████ █████████ ████████ ████████ | █████████ |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| | | | | ██████ ██████████ ██████ ██████████ ████████ ██████████ | |
| 10 | **Corporate Alliance to End Partner Violence** | [Driving Change Blog (2017)](#) | • Helped Uber develop and adopt a commitment to assist employees who may be struggling with partner violence. | ████████████ | █████████ |
| 11 | **Rape, Abuse & Incest National Network (RAINN)** | [Driving Change Blog (2018)](#)<br><br>UBER000001302 (2017-2018 U.S. Safety Report) | • Core U.S. Partner.<br>• Helped Uber develop sexual assault and misconduct education for drivers.<br>• Helped Uber develop and currently administers the Uber Survivor Resources Hotline and Fund. | ██████████ ████████ ███████ ████████████ ██████████ █████████████ ██████████ ████████████ ██████ | ███████████ |

7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| | | | | ███████████ | |
| 12 | **Vital Voices** | [Driving Change Blog (2018)](#) | • Core U.S. Partner.<br>• Invests in female leaders across the globe. | ██████████<br>███████████ | ████████ |
| 13 | **Futures Without Violence** | [Driving Change Blog (2018)](#) | • Core U.S. Partner.<br>• Leading gender-based violence prevention organization dedicated to developing groundbreaking programs, policy development, and public action campaigns designed to prevent and end violence against women and children around the world. | ██████████<br>██████████ | ████████ |
| 14 | **Tahirih Justice Center** | [Driving Change Blog (2021)](#)<br><br>UBER JCCP MDL 001738 656 (2019-2020 U.S. Safety Report) | • Core U.S. Partner.<br>• Worked with Uber to improve the laws, practices, and attitudes that can help immigrant survivors vulnerable to abuse. | ███████████<br>██████████ | ████████ |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 15 | me too.international | [Driving Change Blog (2021)](#) | • Core U.S. Partner.<br>• Addresses systems that allow for the proliferation of sexual violence, specifically in Black, queer, trans, disabled, and all communities of color. | ███████████ | ██████ |
| 16 | Ujima Inc. | [Driving Change Blog (2021)](#)<br><br>UBER_JCCP_MDL_003561529 (2021-2022 U.S. Safety Report) | • Core U.S. Partner.<br>• Uber and Ujima have partnered on a special Sunrise Series of listening sessions on the transportation safety experiences of women in the Black community across modes of transportation. | ███████████ | ██████ |
| 17 | Rise | [Driving Change Blog (2021)](#)<br><br>UBER_JCCP_MDL_003561529 (2021-2022 U.S. Safety Report) | • Core U.S. Partner.<br>• Rise launched "Survivor Safe Haven" which creates safe havens at local restaurants and businesses to give survivors with no place to go access to resources. | ███████████ | ██████ |
| 18 | GLAAD, Inc. | [Driving Change Blog (2024)](#) | • Core U.S. Partner. | ███████████ | ██████ |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| | | | | ███████████ | |
| 19 | **It's on Us / Civic Nation (US** | [Driving Change Blog (2024)](#) | • Core U.S. Partner. | ███████████ ███████████ ███████████ ███████████ ███████████ ███████████ ███████████ ███████████ | ███████████ |
| | | | *U.S.-Based Local Partners* | | |
| 20 | **Arizona Coalition to End Sexual and Domestic Violence** | Hannah Nilles Ex. 3308-B | • Local Partner. • U.S. Listening Session. • Presentation in October 2016 to employees on the types / prevalence of sexual violence. | ███████████ ███████████ ███████████ ███████████ | ███████████ |
| 21 | **Strength United** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner. • U.S. Community Forum. | Data not found. | Data not found. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 22 | **MN Statewide Human Trafficking Task Force Coordinator** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 23 | **MN Coalition for Battered Women** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 24 | **360 Communities** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 25 | **Asian Women United** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 26 | **Young Women's Christian Association (YWCA) of St. Paul** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 27 | **Sexual Violence Center** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 28 | MN Women's Foundation | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
|----|----|----|----|----|----|
| 29 | Black, Indian, Hispanic and Asian Women in Action | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 30 | Battered Women's Justice Project | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 31 | OutFront MN: LGBT and Allied Communities | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | ███████████ | ████████ |
| 32 | Sexual Assault Nurse Examiner / Sexual Assault Response Team | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 33 | Comunidades Latinas Unidas en Servicio (CLUES) | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |

13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 34 | **Calcasa (now VALOR)** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 35 | **Breaking Free** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● U.S. Listening Session. | Data not found. | Data not found. |
| 36 | **Praxis** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● U.S. Listening Session. | Data not found. | Data not found. |
| 37 | **Dress for Success** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● U.S. Listening Session. | Data not found. | Data not found. |
| 38 | **University of Miami / Former WH Advisor on Violence Against Women** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 39 | **The Lodge/Victim Response Inc.** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |

14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 40 | **State Representative & DV Advocate** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner. <br> • U.S. Listening Session. | Data not found. | Data not found. |
|---|---|---|---|---|---|
| 41 | **Association for the Treatment and Prevention of Sexual Abuse (ATSA)** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner. <br> • U.S. Community Forum. | Data not found. | Data not found. |
| 42 | **SOS Sexual Violence Services** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner. <br> • U.S. Listening Session. | Data not found. | Data not found. |
| 43 | **City of Minneapolis Health** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner. <br> • U.S. Listening Session. | Data not found. | Data not found. |
| 44 | **DC Rape Crisis Center** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner. <br> • U.S. Listening Session. | ▮▮▮▮▮ | ▮▮▮ |

15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 45 | **DC Coalition Against Domestic Violence** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
|---|---|---|---|---|---|
| 46 | **Alexandra House** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 47 | **Anti-Violence Project** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session.<br>• Working to support LGBTQ survivors of sexual violence and their allies to end all forms of violence. | Data not found. | Data not found. |
| 48 | **Access Youth** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 49 | **Promoting Awareness Victim Empowerment (PAVE) (Shattering the Silence)** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 50 | **National Coalition Against Domestic Violence** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| 51 | **Office of Sex Offender Sentencing, Monitoring, Apprehending, Registering, and Tracking (SMART)** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 52 | **It's On Us Champion of Change 2016 at US Naval Academy** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 53 | **HEART Women and Girls** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | ███████ | ███████ |
| 54 | **SurvJustice** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 55 | **Advocates for Youth** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 56 | **Know Your IX** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |

| 57 | **End Rape On Campus** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | ██████████ ██████████ | ██████████ |
| 58 | **Becky's Fund** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 59 | **Trans Women of Color Collective** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 60 | **East Los Angeles Women's Center** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 61 | **Young Women's Christian Association (YWCA) Greater Los Angeles** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 62 | **Peace Over Violence** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Community Forum. | Data not found. | Data not found. |

18

| 63 | **1in6 Inc.** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
|---|---|---|---|---|---|
| 64 | **Coalition to Abolish Slavery and Trafficking (CAST LA)** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | ████████████ | ██████████ |
| 65 | **Mayor's Office of Public Safety, Office of Mayor Eric Garcetti (Los Angeles)** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 66 | **Center for the Pacific Asian Family (CPAF)** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 67 | **Break the Cycle** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 68 | **Kene Me-Wu, American Indian DV/SA Program** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| 69 | **San Francisco Women Against Rape** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 70 | **Bay Area Women Against Rape** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 71 | **Rape Trauma Services** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 72 | **Alameda Health Services Sexual Assault Response & Recovery Team** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 73 | **Asian Pacific Institute on Gender Based Violence** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 74 | **Center for Community Solutions** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | ███████████ | ███████████ |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| 75 | **Tri-Valley Haven** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 76 | **Community United Against Violence** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 77 | **Center on Youth Registration Reform/Impact Justice** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 78 | **Ruby's Place** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 79 | **Stand! For Families of Violence** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 80 | **Lift3 Support Group** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 81 | **Safe Alternatives to Violent** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | Environments | | | | |
|---|---|---|---|---|---|
| 82 | **Building Futures with Women & Children** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 83 | **San Francisco Domestic Violence Consortium** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 84 | **California Partnership to End Domestic Violence** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 85 | **Donaldina Cameron House** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 86 | **Banteay Srey Project** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 87 | **Empower Yolo** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| 88 | **Young Women's Christian Association (YWCA) of Silicon Valley (San Jose)** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 89 | **La Casa de las Madres** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 90 | **W.O.M.A.N., Inc. (Hotline for Women's Services)** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 91 | **Shalom Bayit, Jewish services** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 92 | **Asian Women's Shelter** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 93 | **A Safe Place** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| 94 | **Riley Center** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 95 | **Florida Counsel Against Sexual Violence (FCASV)** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 96 | **Florida Coalition Against Domestic Violence** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 97 | **Center for Abuse & Rape Emergencies, Palm Beach County** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 98 | **Roxcy Bolton Rape Treatment Center** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 99 | **Kristi House Child Advocacy Center** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| 100 | **FL Attorney General Office** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 101 | **Voices for Florida** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 102 | **Young Women's Christian Association (YWCA) Miami** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | ███████ ███████ ███████ | ███████ |
| 103 | **Palm Beach County Victim Services** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 104 | **M.U.J.E.R., Inc.** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 105 | **Barry University/Jill Levenson** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 106 | **National Domestic Violence Hotline** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner. ● U.S. Listening Session. | Data not found. | Data not found. |
|-----|------|------|------|------|------|
| 107 | **National Resource Center on Domestic Violence** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner. ● U.S. Listening Session. | Data not found. | Data not found. |
| 108 | **Waymakers** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner. ● U.S. Community Forum. | Data not found. | Data not found. |
| 109 | **Alabama Coalition Against Rape (ACAR)** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner. ● U.S. Community Forum. | Data not found. | Data not found. |
| 110 | **Connecticut Alliance to End Sexual Violence** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner. ● U.S. Community Forum. | Data not found. | Data not found. |
| 111 | **Rape & Sexual Abuse Center / Cornerstone** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner. ● U.S. Listening Session. | Data not found. | Data not found. |
| 112 | **Jacob Wetterling Resource Center** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner. ● U.S. Listening Session. | Data not found. | Data not found. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 113 | **Policy Advocate** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
|---|---|---|---|---|---|
| 114 | **Pennsylvania Coalition Against Rape** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 115 | **Asian American for Community Involvement** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● U.S. Listening Session. | Data not found. | Data not found. |
| 116 | **Bay Area Legal Aid** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● U.S. Listening Session. | Data not found. | Data not found. |
| 117 | **New Jersey Coalition Against Sexual Assault** | Internal Research | ● Local Partner. | ███████████ | ███████████ |
| 118 | **Texas Association Against Sexual Assault** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Community Forum. | Data not found. | Data not found. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 119 | **Collective Action for Safe Spaces** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
|---|---|---|---|---|---|
| 120 | **Advocates for Trans Equality**<br><br>**(A4TE)** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner. | ███████████<br>███████████<br>███████████<br>███████████<br>███████████<br>███████████ | ████████ |
| 121 | **ReThink** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 122 | **Jewish Women International (JWI)** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |
| 123 | **AEquitas** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Listening Session. | Data not found. | Data not found. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| 124 | **Men Can Stop Rape** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Listening Session. | Data not found. | Data not found. |
| 125 | **National Congress of American Indians** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● U.S. Listening Session. | Data not found. | Data not found. |
| 126 | **Moore Center for the Prevention of Child Sexual Abuse at Johns Hopkins University (Baltimore)** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● U.S. Listening Session. | Data not found. | Data not found. |
| 127 | **Georgia Network to End Sexual Assault** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Local Partner.<br>● U.S. Community Forum. | Data not found. | Data not found. |
| 128 | **Northern Marianas Coalition Against Domestic & Sexual Violence** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● U.S. Community Forum. | Data not found. | Data not found. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| 129 | **Louisiana Foundation Against Sexual Assault** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Local Partner.<br>• U.S. Community Forum. | Data not found. | Data not found. |
| 130 | **VI Domestic Violence & Sexual Assault Council** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • U.S. Community Forum. | Data not found. | Data not found. |
| 131 | **Visioning B.E.A.R Circle Intertribal Coalition** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • U.S. Community Forum. | Data not found. | Data not found. |
| 132 | **Pro Mujer Inc.** | Internal Research | • Local Partner. | ███████ | ██████ |
| *Other Core U.S. Partnerships* | | | | | |
| 133 | **The Urban Institute** | Nicholas Silver Ex. 501 | • Helped develop taxonomy for classifying SA and SM, along with accompanying white paper that details methodology. | ███████<br>███████<br>███████<br>███████<br>███████ | ██████ |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| | | | | ██████████ ██████████ | |
| 134 | **Alliance for Hope** | Alliance for Hope International Blog | ● Uber provided ride credits to 15 Family Justice Centers (FJCs) in nine states, helping survivors to safely access trauma-informed care, legal assistance, housing resources, and other essential services. | ████████ | ██████ |
| 135 | **Polaris** | Human Trafficking Blog | ● Operator of the National Human Trafficking Hotline<br>● Partnership with Uber to mobilize communities, raise awareness, and advocate for policy and legislation to prevent human trafficking. | ████████<br>████████<br>████████<br>████████<br>████████<br>████████ | ██████ |
| 136 | **EPCAT USA** | Human Trafficking Blog | ● Partnership with Uber to mobilize communities, raise awareness, and advocate for policy and legislation to prevent human trafficking. | ████████<br>████████ | ██████ |

31

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| | | | <ul><li>Educational tips to spot human trafficking.</li><li>Uber signed ECPAT's "The Code" in 2016, an industry-driven set of guidelines focused on helping travel and tourism companies prevent sexual exploitation and trafficking of children.</li></ul> | | |

32

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**International-Based Partnerships**

| No. | Organization | Source | Nature of Work | Compensation (Date/Amount) | Total Spend Per Currency |
|---|---|---|---|---|---|
| | | | *International Driving Change Partners* | | |
| 137 | **Manas Foundation** | [Driving Change Blog (2018)](#) | • Core International Partner.<br>• Worked with Uber to host gender sensitization workshops to over 50,000 drivers.<br>• India Listening Session. | ██████████<br>██████████<br>██████████<br>██████████<br>██████████<br>██████████<br>████████<br>██████████<br>██████████<br>██████████<br>██████████<br>██████████<br>████████ | ████<br>██<br>███<br>██ |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| | | | | ██████████ | |
| | | | • Core International Partner. | ██████████ | ███ |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| 138 | **Insituto Igarape** | Driving Change Blog (2018) | • Research & Data - conduct research and publish data generating better information in the communities in which Uber operates. | ███████████ ████████ ██████████ ████████ ████████ ████████ ████████ ████████ ████████ ██████████ ████████ ████████ ████████ ████████ | ██████ |
| 139 | **Associação Mulheres pela Paz (Vera Vieira)** | Driving Change Blog (2018) | • Core International Partner.<br>• Women's Safety Brazil Listening Session. | ████████ | ██████ |
| 140 | **GENDES, A.C. (Mexico)** | Driving Change Blog (2018) | • Core International Partner. | ████████ | ██████ |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 141 | **Fondo Semillas** | [Driving Change Blog (2018)] | • Core International Partner.<br>• Public Relations - helped to build Uber's network of gender-based violence expert NGOs and provided general support and advice.<br>• "For the past seven years, the alliance with Uber as a corporate donor has made it possible for us to partner with women's organizations that are at the forefront of working to advance lives free of violence. This year, this alliance is integrated into our #LibresParaSer (#FreeToBe) campaign, to which people can join individually." | ███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████ | ███████<br>███████ |
| --- | --- | --- | --- | --- | --- |
| 142 | **Women's Services Network (WESNET) (Australia)** | [Driving Change Blog (2018)] | • Core International Partner.<br>• Safe Ride Out Campaign, where Uber offers free rides to WESNET members, aimed at helping women and families impacted by domestic violence – facilitating access to the support they need – whether it's to a shelter, a police station, or a lawyer's office. | ███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████ | ███████<br>███████ |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| | | | | ███████████<br>███████████<br>███████████<br>███████████ | |
| 143 | **Sexual Abuse Prevention Network** | Driving Change Blog (2018) | • Core International Partner.<br>• Informed Uber's policy on mandatory reporting of survivor information without survivor consent. | ███████████ | ████ |
| 144 | **Instituto Patrícia Galvão** | Driving Change Blog (2018) | • Core International Partner.<br>• Women's Safety Brazil Listening Session.<br>• Education & Awareness - influence public debate and implement impactful campaigns on gender-based violence and women's rights. | ██████████ | ████████ |
| 145 | **Interamerican Network of Women´s Shelters and Centers** | Driving Change Blog (2018) | • Core International Partner. | ██████████ | ████████ |
| 146 | **RespectEd Aotearoa** | Driving Change Blog (2018) | • Core International Partner. | Data not found. | Data not found. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| | | | • Worked with Uber to provide tools and knowledge to prevent harm before it happens. | | |
| 147 | **Australia Says NO MORE** | Driving Change Blog (2018) | • Core International Partner.<br>• Part of Uber's ANZ Women's Safety Forum.<br>• Provides expertise and conducts external educational campaigns. | ▮ | ▮ |
| 148 | **UK Says NO MORE (Hestia)** | Driving Change Blog (2018) | • Core International Partner.<br>• Raise awareness and prevent sexual assault at festivals. | ▮ | ▮ |
| 149 | **New Zealand's National Network for Ending Sexual Violence Together (TOAH-NNEST)** | Driving Change Blog (2018) | • Core International Partner. | Data not found. | Data not found. |
| 150 | **Global Network of Women's Shelters** | Driving Change Blog (2018) | • Core International Partner. | ▮ | ▮ |
| 151 | **Promundo** | Driving Change Blog (2018) | • Core International Partner.<br>• Preventing gender-based violence by engaging men and boys. | ▮ | ▮ |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| | | | • Women's Safety Brazil Listening Session. | | |
| 152 | HandsAway | Driving Change Blog (2019) | • Core International Partner.<br>• France Listening Session. | ███████<br>███████<br>██████<br>████████<br>███████<br>████████<br>████████<br>████████<br>███████<br>████████<br>██████ | ████<br>████ |
| 153 | Equis Justicia Para Las Mujeres AC | Driving Change Blog (2019) | • Core International Partner.<br>• Education & Awareness - works with the government and judiciary to address gender-based violence using evidence and research. | ███████<br>██████ | ████<br>██ |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 154 | AzMina Magazine | Driving Change Blog (2019) | • Core International Partner. | ███ | ██ |
| 155 | NISAA Institute for Women's Development | Driving Change Blog (2019) | • Core International Partner.<br>• Developed training materials for drivers and couriers. | ███ | ██ |
| 156 | End Violence Against Women International (EVAWI) | Driving Change Blog (2019) | • Core International Partner.<br>• Works to educate law enforcement and the criminal justice system around gender-based violence. | ███ | ██ |
| 157 | Breakthrough Trust | Driving Change Blog (2019) | • Core International Partner. | ███ | ██ |
| 158 | SoulCity | Driving Change Blog (2019) | • Core International Partner.<br>• Hosted a televised panel discussion on gender-based | ███ | ██ |

HIGHLIGHT CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| | | | violence and the benefits of working together to help provide positive change/protection.<br>● South Africa Listening Session. | ███████ | ██ |
| 159 | **SOS Homophobie** | Driving Change Blog (2019) | ● Core International Partner.<br>● France Listening Session.<br>● Assists in creating gender-based violence education specific to LGBTQ+ issues. | ███████<br>███████<br>███████<br>██████<br>███████<br>███████<br>███████ | ██<br>██ |
| 160 | **Toronto Rape Crisis Centre** | Driving Change Blog (2019) | ● Core International Partner.<br>● Used as a referral by IRT in cases of gender-based violence. | ███████ | ██ |
| 161 | **Woman Abuse Council of Toronto (WomanACT)** | Driving Change Blog (2019)<br><br>Driving Change Canada Blog | ● Core International Partner.<br>● The funds from Uber Canada will be used to design community-based research with survivors and community stakeholders on safety, transportation, and access. | ███████<br>██████<br>███████<br>███████<br>███████ | ██<br>██ |

41

HIGHLIGHT CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| | | | | ███████████ ██████████ | |
| 162 | **Young Women's Christian Association (YWCA) Canada** | [Driving Change Blog (2019)](#)<br><br>[Driving Change Canada Blog](#) | • Core International Partner.<br>• Develops resources and initiatives to create systemic change and shift the needle forward on ending gender based violence. The funds from Uber Canada will enable YWCA to advance their work in research, resource development, education, and knowledge mobilization. | ███████████<br><br>███████████<br><br>███████████<br><br>███████████<br><br>███████████<br><br>███████████ | █████<br><br>█████ |
| 163 | **Fundacion Sobrevivientes** | [Driving Change Blog (2019)](#) | • Core International Partner.<br>• Helped expand gender-based violence podcast from Costa Rica to El Salvador and Guatemala. | Data not found. | Data not found. |
| 164 | **DeFemDe** | [Driving Change Blog (2019)](#) | • Core International Partner.<br>• Women's Safety Brazil Listening Session.<br>• Public Relations - influence and connections to promote gender equality in LATAM region. | Data not found. | Data not found. |
| 165 | **ACTO** | [Driving Change Blog (2019)](#) | • Core International Partner.<br>• Education & Awareness - expanded high-quality gender-based violence podcasts created for drivers to cover gender-based | Data not found. | Data not found. |

HIGHLIGHTLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| | | | violence from a diversity and inclusion perspective. | | |
| 166 | **Jagori** | Driving Change Blog (2019) | • Core International Partner.<br>• Helped create a request-based response system for survivors. | Data not found. | Data not found. |
| 167 | **Red Nacional de Refugios** | Driving Change Blog (2021) | • Core International Partner. | ██████████<br>██████████ | ████ |
| 168 | **ME TOO Brasil** | Driving Change Blog (2021) | • Core International Partner. | ████████<br>██████████<br>██████████<br>████████<br>████████<br>████████<br>████████<br>█████████<br>█████████<br>████████<br>█████████<br>████████ | ████████<br>███████ |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| | | | | ██████████ | |
| | | | | █████████████ | |
| | | | | ███████████ | |
| | | | | ███████████ | |
| | | | | █████████ | |
| | | | | ███████████ | |
| | | | | ███████████ | |
| | | | | ███████████ | |
| | | | | █████████████ | |
| | | | | ███████████ | |
| | | | | ███████████ | |
| | | | | █████████ | |
| | | | | ████████████ | |
| 169 | **Stop Harcèlement de Rue** | Driving Change Blog (2021) | ● Core International Partner. | ██████████ | ████ |
| 170 | **Instituto Avon** | Driving Change Blog (2021) | ● Core International Partner. | Data not found. | Data not found. |

HIGHLIGHTED CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 171 | **Ministry of Women, Genders and Diversity (Argentina)** | Driving Change Blog (2021) | • Core International Partner. | Data not found. | Data not found. |
|---|---|---|---|---|---|
| 172 | **Ending Violence Association (EVA) of British Columbia** | Driving Change Blog (2021)<br><br>Driving Change Canada Blog | • Core International Partner.<br>• The funds from Uber Canada will be used towards training front-line anti-violence workers and an emergency fund for community-based anti-violence member programs to assist with extraordinary costs that may be incurred due to unforeseen crises.<br>• "Uber's announcement today that they are making a contribution of $50,000 a year for two years to EVA BC demonstrates their renewed commitment to our partnership and the work of BC's anti-violence sector." | ████████████ | ███ |
| 173 | **Le Chainion (Quebec)** | Driving Change Blog (2021)<br><br>Driving Change Canada Blog | • Core International Partner.<br>• "The funds provided by Uber allow 10 women to be accommodated for one month. These women receive immediate assistance such as assessment and support by a qualified worker, 24 hours | No data available. | No data available. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | accommodation, clothing and items needed." | | |
|---|---|---|---|---|---|
| 174 | **Fitted for Work** | Driving Change (2021)<br><br>Driving Change Australia Blog | • An organization helping women experiencing disadvantage to get work, keep work and navigate the world of work.<br>• Fitted for Work provides female, non-binary and gender diverse jobseekers across Australia with practical skills, knowledge and self-esteem so that they can move forward with confidence in the workplace.<br>• "We are thrilled to support Fitted for Work as they reach more Australian womxn in the wake of the pandemic, and that the Uber app can help provide access to a reliable transport solution for those at the start of their workplace journeys." | No data available. | No data available. |
| 175 | **It's Not a Compliment** | Driving Change (2021)<br><br>Driving Change Australia Blog | • Grassroots organization advocating for the rights of all individuals to enjoy public space free of the fear of harassment.<br>• The organization runs projects, workshops and campaigns that break through the normalization of street harassment and encourage communities to | No data available. | No data available. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| | | | challenge the age-old norms that allow it.<br>● "We have a zero tolerance policy to harassment on the Uber platform, and are aligned with It's Not A Compliment in its belief that no one should feel uncomfortable or unsafe in a public space. We look forward to working with It's Not A Compliment to use our platform to challenge the normalisation of street harassment across Australia." | | |
| 176 | Sin Trata | [Driving Change Blog (2022)](#) | ● Core International Partner. | ███████████<br>███████████<br>████████████<br>██████████<br>████████<br>█████████<br>██████████<br>███████<br>██████████<br>████████ | ████<br>██████ |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | ████████████████ ████████████████ ████████████████ ████████████████ | |
|---|---|---|---|---|---|
| 177 | **Fórum Nacional de Segurança Pública** | Driving Change Blog (2022) | • Core International Partner.<br>• Women's Safety Brazil Listening Session. | Data not found. | Data not found. |
| 178 | **Mas Suenos AC (Mexico)** | Driving Change Blog (2022) | • Core International Partner. | Data not found. | Data not found. |
| 179 | **Fundacion Origen (Mexico)** | Driving Change Blog (2022) | • Core International Partner. | Data not found. | Data not found. |
| 180 | **Transgender Victoria** | Driving Change Blog (2023)<br><br>Driving Change Australia Blog | • Core International Partner.<br>• TGV advocates for change by challenging discrimination and empowering trans people, so that they may lead full and meaningful lives. Additionally, TGV provides peak training services and consultancy for organizations, aged care, education services and businesses to improve | ████████████████ ████████████████ | ████████ |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| | | | transgender and LGBTQIA+ inclusion and safety. | | |
| 181 | **Sakshi (India)** | Driving Change Blog (2023) | ● Core International Partner. | ██████████ | ██████ |
| 182 | **She's a Crowd** | Driving Change Blog (2023) | ● Core International Partner. | ██████████ ██████████ | ██████ |
| 183 | **Sun Foundation (India)** | Driving Change Blog (2023) | ● Core International Partner. | ██████████ ██████████ | ██████ |
| 184 | **Survivor's Trust (UK)** | Driving Change Blog (2023) | ● Core International Partner. | ██████████ ██████████ ██████████ ██████████ ██████████ ██████████ ██████████ ██████████ | ██████ ██████ |

HIGHLIGHTED CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 185 | Women's Aid Federation of England | Driving Change Blog (2023) | • Core International Partner. | ⬛⬛⬛ | ⬛⬛ |
| 186 | Simetria MX | Driving Change Blog (2023) | • Core International Partner.<br>• Throughout 2023, researchers from Simetría AC , a civil society organization specializing in the study of gender gaps and the incorporation of gender policies, carried out a research project regarding the opportunities and obstacles for women in Mexico when generating income through the Uber and Uber Eats apps. | Data not found. | Data not found. |
| 187 | Durga | Driving Change Blog (2023) | • Core International Partner. | Data not found. | Data not found. |
| 188 | ANEW India | Driving Change Blog (2024) | • Core International Partner. | Data not found. | Data not found. |
| | *Other International Partners* | | | | |
| 189 | Covenant House Toronto | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • International Partner.<br>• Canada Listening Session. | ⬛⬛⬛ | ⬛⬛ |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | |
|---|---|---|---|---|---|
| | | | | ████████████ | |
| 190 | **Aura Freedom International** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • International Partner.<br>• Canada Listening Session. | ██████████ | ████ |
| 191 | **Assaulted Women's Helpline** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • International Partner.<br>• Canada Listening Session. | Data not found. | Data not found. |
| 192 | **Centre for Addiction and Mental Health** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Canada Listening Session. | Data not found. | Data not found. |
| 193 | **Ministry of Indigenous Affairs - Government of Ontario** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Canada Listening Session. | Data not found. | Data not found. |
| 194 | **The Office of Women's Issues** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • International Partner.<br>• Canada Listening Session. | Data not found. | Data not found. |
| 195 | **Victim Services Toronto** | Defendants Amended Responses to Plaintiffs' | • International Local Partner.<br>• Canada Listening Session. | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

|  |  | Second Set of Interrogatories |  | Data not found. | Data not found. |
|---|---|---|---|---|---|
| 196 | **Elizabeth Fry Toronto** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● International Partner.<br>● Canada Listening Session. | Data not found. | Data not found. |
| 197 | **Native Women's Resource Centre of Toronto** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● International Partner.<br>● Canada Listening Session. | Data not found. | Data not found. |
| 198 | **Canadian Centre to End Human Trafficking** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● International Partner.<br>● Canada Listening Session. | Data not found. | Data not found. |
| 199 | **CivicAction (Toronto)** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● International Partner.<br>● Canada Listening Session. | Data not found. | Data not found. |
| 200 | **211 Central** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● International Partner.<br>● Canada Listening Session. | Data not found. | Data not found. |
| 201 | **Sexual Assault & Violence Intervention** | Defendants Amended Responses to Plaintiffs' | ● International Partner.<br>● Canada Listening Session. |  |  |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | **Services (SAVIS) of Halton** | Second Set of Interrogatories |  | Data not found. | Data not found. |
| 202 | **Canadian Women's Foundation** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● International Partner.<br>● Canada Listening Session. | Data not found. | Data not found. |
| 203 | **Ontario 211 Services** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● International Partner.<br>● Canada Listening Session. | Data not found. | Data not found. |
| 204 | **METRAC: Action on Violence** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● International Partner.<br>● Canada Listening Session. | Data not found. | Data not found. |
| 205 | **Ministry of Children, Community and Social Services (Ontario)** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● International Partner.<br>● Canada Listening Session. | Data not found. | Data not found. |
| 206 | **Del Pipe en el Cide** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● International Partner.<br>● Policy CMDX Listening Session. | Data not found. | Data not found. |

53

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 207 | **Violencia y Jovenes** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● International Partner.<br>● Policy CMDX Listening Session. | Data not found. | Data not found. |
| 208 | **Espinola Tech Palewi** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Policy CMDX Listening Session. | Data not found. | Data not found. |
| 209 | **Adivac** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Policy CMDX Listening Session. | Data not found. | Data not found. |
| 210 | **Diarq** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Policy CMDX Listening Session. | Data not found. | Data not found. |
| 211 | **INE** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Policy CMDX Listening Session. | Data not found. | Data not found. |
| 212 | **Fortaleza IAP** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● Policy CMDX Listening Session. | Data not found. | Data not found. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 213 | Geledés | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • International Partner.<br>• Women's Safety Brazil Listening Session. | Data not found. | Data not found. |
|---|---|---|---|---|---|
| 214 | ASBRAD (Dalila Figueiredo) | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • International Partner.<br>• Women's Safety Brazil Listening Session. | Data not found. | Data not found. |
| 215 | Plan | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • Women's Safety Brazil Listening Session. | Data not found. | Data not found. |
| 216 | Iranti | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • International Partner.<br>• South Africa Listening Session. | Data not found. | Data not found. |
| 217 | Centre for Communication Impact | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • South Africa Listening Session. | Data not found. | Data not found. |
| 218 | Gender Links | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • South Africa Listening Session. | Data not found. | Data not found. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 219 | Gauteng Women in Transport | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● International Partner.<br>● South Africa Listening Session. | Data not found. | Data not found. |
|---|---|---|---|---|---|
| 220 | Matrix Men | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● South Africa Listening Session. | Data not found. | Data not found. |
| 221 | One in Nine Campaign | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● South Africa Listening Session. | Data not found. | Data not found. |
| 222 | Australian Women Against Violence | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● International Partner.<br>● ANZ Listening Session. | Data not found. | Data not found. |
| 223 | Domestic Violence NSW | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● International Partner.<br>● ANZ Listening Session. | Data not found. | Data not found. |
| 224 | CASA Forum | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● ANZ Listening Session. | Data not found. | Data not found. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 225 | Project Respect | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • ANZ Listening Session. | Data not found. | Data not found. |
|---|---|---|---|---|---|
| 226 | DV Alert | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • ANZ Listening Session. | Data not found. | Data not found. |
| 227 | National Association of Services Against Sexual Violence | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • ANZ Listening Session. | Data not found. | Data not found. |
| 228 | Sexual Abuse Help Wellington | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • International Partner.<br>• ANZ Listening Session. | Data not found. | Data not found. |
| 229 | Help Auckland | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • International Partner.<br>• ANZ Listening Session. | Data not found. | Data not found. |
| 230 | NZ Women's Refuge | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • International Partner.<br>• ANZ Listening Session. | Data not found. | Data not found. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 231 | **Center for Social Research** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● India Listening Session. | Data not found. | Data not found. |
|---|---|---|---|---|---|
| 232 | **Red Dot Foundation** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● India Listening Session. | Data not found. | Data not found. |
| 233 | **Azaad Foundation** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● India Listening Session. | Data not found. | Data not found. |
| 234 | **Sakha Consulting** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● India Listening Session. | Data not found. | Data not found. |
| 235 | **Sampurna** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● India Listening Session. | Data not found. | Data not found. |
| 236 | **Suzy Lamplugh Trust** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | ● International Partner.<br>● UK Initiative. | Data not found. | Data not found. |

58

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 237 | **Thames Valley Partnership** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • International Partner.<br>• UK Initiative. | ██████████ | ████ |
| 238 | **Femmes Solidaires** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • International Partner.<br>• France Listening Session.<br>• Helped create rider/driver education. | Data not found. | Data not found. |
| 239 | **Collectif Feministe Contre le Viol** | Internal Research | • International Partner.<br>• Funds national sexual assault hotline which offers counseling, support, and information to victims. | ██████████ | ██████ |
| 240 | **Inter-LGBT** | Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories | • International Partner.<br>• France Listening Session. | Data not found. | Data not found. |
| 241 | **Voices Against Violence** | Internal Research | • International Partner. | ██████████ | ██████ |

59

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 242 | Association for Women for Peace | Internal Research | ● International Partner. | ███████████ | ████████ |
|---|---|---|---|---|---|

**TOTALS FOR ITEMS WITH PURCHASE ORDERS OR OTHER DATA SOURCES (SUBJECT TO ABOVE DATA LIMITATIONS):**
- Total Spend on U.S. Organizations: ███████████
- Total Spend on Foreign Organizations: ███████████
- Grand Total Spend on All Organizations Reflected: ███████████

60