# EXHIBIT 5

disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

---

**From:** Marden, Libby <libby.marden@kirkland.com>
**Date:** Friday, October 10, 2025 at 1:02 PM
**To:** Rachel Abrams <rabrams@peifferwolf.com>, Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Subject:** RE: Expert meeting

Rachel,

We are available for a call this afternoon. Below are our updates on each expert. Please let us know where we can agree.

**Preliminary Matters:**

- **Daubert** – Please confirm that plaintiffs would like to treat all Daubert motions, regardless of rebuttal report status, as due on November 14, 2025. This would replace any Daubert deadline on November 10, 2025. We can discuss appropriate arrangements for an extension of the Daubert deadline for experts deposed too close to November 14, 2025.
- **Start Time** – We will plan to start all depositions at 9 a.m. in the time zone of the witness unless either side has reason to change the time.
- **Virtual** – We agree that all depositions will occur virtually via Zoom.
- **Cost Shifting** – We considered your proposal but believe that both parties should bear their own costs, per the federal rules.
- **Supplementation and/or Rebuttal** – We understand that you intend to supplement and/or submit rebuttals for Weiner, Drumwright, Chandler, Keller, and Valliere. If you intend to supplement, as opposed to rebut, please let us know the timeframe in which you think you can get that done.

**Specific Depositions:**

- **Weiner** – We can do 10/28 if we can extend the rebuttal deadline by seven days from the date of the deposition. We agree on a seven-hour limit for this deposition.
- **Drumwright** – We still need new dates from plaintiffs for this deposition. If you can't provide dates before 10/24, we need to extend the rebuttal deadline by seven days from the date of the deposition. We agree on a seven-hour limit for this deposition.
- **Chandler** – We confirm October 23 and 24 for this deposition. We still believe that 12 hours is appropriate for this deposition, understanding that we won't use it all if we don't need to. To agree to these dates, however, we need to extend the rebuttal deadline by seven days from the date of the deposition. Please let us know if you agree.
- **Keller** – We still need new dates from plaintiffs for this deposition. If you can't provide dates well before 10/24, we need to extend the rebuttal deadline by seven days from the date of the deposition. We agree on a seven-hour limit for this deposition. The person taking Keller is the same person taking Chandler and Tremblay, so we need different dates than those two depositions.
- **Moore** – We thought we agreed on October 22 for this deposition. We are not available on 10/29. We could do 11/4, 11/6, or 11/7. Either way, we would like to extend the rebuttal deadline by seven days from the date of the deposition. We agree on a seven-hour limit for this deposition.
- **Sawyer** – We confirm October 23 and 24 for this deposition. We believe that nine hours is appropriate for this deposition, understanding that we will not use it all if we do not need to. We would like to extend the rebuttal deadline by seven days from the date of the deposition. Please let us know if you agree.
- **Tremblay** – We still need new dates from plaintiffs for this deposition. If you can't provide dates before 10/24, we need to extend the rebuttal deadline by seven days from the date of the deposition. We agree on a ten-hour limit for this deposition. The person taking Tremblay is the same person taking Chandler and Keller, so we need different dates than those two depositions.
- **Valliere** – We confirm Valliere for October 24. We agree on a seven-hour limit for this deposition. To agree to this date, we need to extend the rebuttal deadline by seven days from the date of the deposition. Please let us know if

you agree.
- **Feldis** – We confirm Feldis for October 24. We agree on a seven-hour limit for this deposition. To agree to this date, we need to extend the rebuttal deadline by seven days from the date of the deposition. Please let us know if you agree.
- **Kelkar** – We confirm October 27 and 28 for this deposition. We believe a nine-hour deposition is appropriate. To agree to these dates, we need to extend the rebuttal deadline by seven days from the date of the deposition. Please let us know if you agree.
- **Rando** – Given Rando's vacation schedule, we can do November 6 or 7 for her deposition. We agree on a seven-hour limit for this deposition. Please let us know if any of those dates work. To agree to these dates, we need extend the rebuttal deadline by seven days from the date of the deposition. Please let us know if you agree.
- **Mechanic** – We still need dates for Mechanic and are willing to a Sunday. Please let us know if you are amenable to three seven-hour days or 21 hours over four days. Please also let us know her availability as soon as possible. Because of information revealed in the Mechanic report(s), we would like to conduct an IME of J.D. prior to the 10/24 rebuttal deadline. Please let us know when we can arrange that. We also need to obtain copies of her interview notes, raw data from testing conducted, and any recordings and transcripts. We understand that there is a meet-and-confer call on the interviews scheduled for Monday.
- **Milnor** – We confirm November 3 for this deposition. We agree on a seven-hour limit for this deposition.
- **Johnson** – Consistent with the expert's schedule, we can do a three-hour non-duplicative deposition (starting at 3 PT on 10/20) if we can treat the JCCP deposition as if taken in the MDL. Please let us know your position on this.
- **Espritt** – We confirm November 4 and 5, with November 17 as necessary, for this deposition. We understand that an earlier start time is required on November 4. We believe that 15 hours is appropriate for this deposition, understanding that we will not use it all if we do not need to. To agree to these dates, we need extend the rebuttal deadline by seven days from the date of the deposition. Please let us know if you agree.
- **Brown** – We can confirm a 12:30 PT start time for Brown on October 20. We agree to a seven-hour limit for this deposition.
- **Rad** – Please confirm that the previously offered date of October 17 works for this deposition. We agree to a seven-hour limit for this deposition.
- **Kalady** – We understand plaintiff plans to amend her complaint to remove colorectal injuries if we do not proceed with expert. We are willing to pull this deposition down upon execution of an agreeable stipulation.
- **Morris** – We confirm November 5 for this deposition.
- **Okpaku** – Please let us know if October 20 works or if we need to find later dates.
- **Piza** – We confirm October 30 for this deposition.
- **Reminick** – We confirm November 3 for this deposition.
- **Stodden** – We confirm October 21 at 12 PT for this deposition. If this no longer works, we can consider dates you propose in November.
- **Thomas** – We offered October 27 or November 13 for this deposition. Thomas is at a conference and unavailable the week of November 3. Please let us know which date you prefer.
- **Osgood** – We confirm October 22 for this deposition.
- **West** – We confirm 11/14 for this deposition starting at 1 ET. We agree to extend the Daubert deadline for this deposition to November 21.

Thanks,
Libby

**Libby Marden**
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
**KIRKLAND & ELLIS LLP**
333 Wolf Point Plaza, Chicago, IL 60654

**T** +1 312 862 0984    **M** +1 913 526 3900
**F** +1 312 862 2200
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

libby.marden@kirkland.com