# EXHIBIT 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
2                 SAN FRANCISCO DIVISION
3
     IN RE: UBER TECHNOLOGIES,    §        Case No.:
4    INC., PASSENGER SEXUAL       §    3:23-md-03084-CRB (LJC)
     ASSAULT LITIGATION           §
5
     ------------------------------------------------------------
6
          ** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **
7
                ORAL & VIDEOTAPED DEPOSITION OF
8                  MINETTE E. DRUMWRIGHT, PhD
                       OCTOBER 26, 2025
9                 (VIA ZOOM VIDEOCONFERENCE)
10   ------------------------------------------------------------
11
12          ORAL & VIDEOTAPED DEPOSITION OF MINETTE E.
13   DRUMWRIGHT, PhD, produced as a witness at the instance
14   of the Defendants and duly sworn, was taken in the
15   above-styled and numbered cause on Sunday,
16   October 26, 2025, from 9:23 a.m. to 7:52 p.m., before
17   Kari Behan, CCR, CSR, a Texas certified machine
18   shorthand reporter, with the witness participating
19   remotely, pursuant to the Federal Rules of Civil
20   Procedure and the provisions stated on the record
21   herein.
22
23
24
25   Job No. 7669754

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 305

1  the record.
2          So on October 22nd, 2025, just four days
3  before this deposition, 26 days after the deadline for
4  expert reports, plaintiffs served a 45-page supplemental
5  report from you, Dr. Drumwright.  You have mentioned it
6  a number of times throughout your deposition.  I have
7  very purposefully not asked any questions about it
8  because it is Uber's position that this report is
9  untimely and defendants intend to move to strike the
10 supplemental report on those -- on those grounds.
11         And to the extent that the Court denies the
12 motion or permits any portion of the supplemental
13 report, we reserve the right to question Dr. Drumwright
14 about the substance of that untimely supplemental
15 report.  We are therefore holding Dr. Drumwright's
16 deposition open for that limited purpose pending the
17 Court's ruling on this issue.
18         MS. DOLEJSI:  And I'll respond to that that
19 Dr. Drumwright's report -- supplemental report was not
20 untimely.  In fact, it -- if you reviewed the report,
21 you will see that the Bowman deposition -- the Emily
22 Bowman deposition occurred -- that was specific, it was
23 a 30(b)(6) deposition specific to nonprofit partnerships
24 in Uber -- or with Uber.  And that deposition took place
25 on October 1st, 2025.  So after the deadline for

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 317

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
 3
    IN RE: UBER TECHNOLOGIES,    §        Case No.:
 4  INC., PASSENGER SEXUAL       §   3:23-md-03084-CRB (LJC)
    ASSAULT LITIGATION           §
 5
    ---------------------------------------------------------
 6        ** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **
 7                  REPORTER'S CERTIFICATION
                ORAL & VIDEOTAPED DEPOSITION OF
 8                MINETTE E. DRUMWRIGHT, PhD
                   SUNDAY, OCTOBER 26, 2025
 9
         I, Kari J. Behan, CCR, CSR, and in and for the
10  State of Texas, do hereby certify that the facts as
    stated by me in the caption hereto are true;
11       That there came before me the aforementioned named
    person, who was by me duly sworn to testify the truth
12  concerning the matters in controversy in this cause;
         And that the examination was reduced to writing by
13  computer transcription under my supervision; that the
    deposition is a true record of the testimony given by
14  the witness.
         I further certify that I am neither attorney or
15  counsel for, nor related to or employed by, any of the
    parties to the action in which this deposition is taken,
16  and further that I am not a relative or employee of any
    attorney or counsel employed by the parties hereto, or
17  financially interested in the action.
         Given under my hand and seal of office on this 30th
18  day of October, 2025.
19
20                    [signature: Kari J. Behan]
21
22
23              KARI BEHAN, CCR, CSR
                Texas CSR NO. 8564;
24              Expiration Date: 7-31-2026
                VERITEXT LEGAL SOLUTIONS
25              Firm Registration No.
```

Veritext Legal Solutions
800-567-8658                                              973-410-4098