1  Laura Vartain Horn (SBN 258485)
   **KIRKLAND & ELLIS LLP**
2  555 California Street, Suite 2700
   San Francisco, CA 94104
3  Telephone: (415) 439-1625
   laura.vartain@kirkland.com
4
   Allison M. Brown (Admitted *Pro Hac Vice*)
5  **KIRKLAND & ELLIS LLP**
   2005 Market Street, Suite 1000
6  Philadelphia, PA 19103
   Telephone: (215) 268-5000
7  alli.brown@kirkland.com

8  Jessica Davidson (Admitted *Pro Hac Vice*)
   **KIRKLAND & ELLIS LLP**
9  601 Lexington Avenue
   New York, NY 10022
10 Telephone: (212) 446-4800
   jessica.davidson@kirkland.com
11
   *Attorneys for Defendants*
12 UBER TECHNOLOGIES, INC., RASIER, LLC,
   and RASIER-CA, LLC
13

14                    **UNITED STATES DISTRICT COURT**

15                  **NORTHERN DISTRICT OF CALIFORNIA**

16                      **SAN FRANCISCO DIVISION**

17 IN RE: UBER TECHNOLOGIES, INC.,        Case No. 3:23-md-03084-CRB (LJC)
   PASSENGER SEXUAL ASSAULT
18 LITIGATION                             **DECLARATION OF ALEXANDRA CARITIS
                                          IN SUPPORT OF ADMINISTRATIVE
19 ─────────────────────────────────      MOTION TO SEAL EXHIBITS 1, 3, and 4
                                          TO THE PARTIES' JOINT LETTER RE
20 This Document Relates to:              SUPPLEMENTAL REPORT OF MINETTE
                                          E. DRUMWRIGHT, PH.D.**
   ALL ACTIONS
21                                        Judge:       Hon. Charles R. Breyer
22                                        Courtroom:   6 – 17th Floor

23                                        Judge:       Hon. Lisa J. Cisneros
                                          Courtroom:   G – 15th Floor
24

25

26

27

28

                                         1

I, Alexandra Caritis, declare as follows:

1.    I am an attorney at Kirkland & Ellis, L.L.P., counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" or "Defendants"). I offer this Declaration in the above-captioned matter in support of Uber's Administrative Motion to Seal Exhibits 1, 3, and 4 to the Parties' Joint Letter Regarding the Supplemental Report of Minette E. Drumwright, Ph.D.

2.    Counsel for Plaintiffs took the following position as to Uber's proposed redactions: Plaintiffs take no position on redacting/sealing anything in the Drumwright brief or the exhibits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  November 14, 2025

/s/ Alexandra Caritis
ALEXANDRA CARITIS

2
DECLARATION OF ALEXANDRA CARITIS ISO DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
Case No. 3:23-MD-03084-CRB