Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Administrative Motion to Seal Exhibits 1, 3, and 4 to the Parties' Joint Letter Regarding the Supplemental Report of Minette E. Drumwright, Ph.D. (the "Motion"), the Court hereby **ORDERS** that the following portions of the November 14, 2025 filings remain under seal, as requested in Uber's Motion:

| Document | Text to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Exhibit 1 (Redacted Supplemental Report of Minette E. Drumwright, Ph.D.) | Partial redactions to pp. 2, 3, 6-16, 23-24, 30[1] | Uber Technologies, Inc.; Rasier LLC; Rasier-CA, LLC |
| Exhibit 3 (Redacted Boman Deposition Aid) | Specific dollar amounts | Uber Technologies, Inc.; Rasier LLC; Rasier-CA, LLC |
| Exhibit 4 (Redacted Boman Deposition Excerpts) | Specific dollar amounts | Uber Technologies, Inc.; Rasier LLC; Rasier-CA, LLC |

**IT IS SO ORDERED.**

DATED:_____     By:_____
                                      Hon. Charles R. Breyer
                                      United States District Court Judge

---

[1] The bright yellow highlights at pp. 20-22 and 29-30 do not represent redactions from Uber, but instead were added by the expert.