Steve Schulte (TX SBN 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, TX 75231
Phone: (214) 890-0711
Direct: (972) 581-9778
schulte@ntrial.com
jraggio@ntrial.com
afurness@ntrial.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIF
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>**This Document Relates to:**<br>Case No.: 3:25-cv-09842-CRB<br><br>*JANE DOE NLG (LR);*<br>*v. Uber Technologies, Inc., et al.* | MDL No. 3084 CRB<br><br>**Honorable Charles R. Breyer**<br><br><br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on November 14, 2025.

Dated: November 14, 2025

                                       **NACHAWATI LAW GROUP**

                                       */s./ Steven S. Schulte*
                                       Steve Schulte (TX SBN 24051306)
                                       *Appearance Pro Hac Vice*
                                       Arati Furness (CA Bar No. 225435)
                                       5489 Blair Road, Dallas, TX 75231
                                       Phone: (214) 890-0711
                                       Direct: (972) 581-9778
                                       schulte@ntrial.com
                                       afurness@ntrial.com
                                       **ATTORNEYS FOR PLAINTIFF**