Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, 3:23-CV-06708 | Case No. 3:23-md-03084-CRB (LJC)<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: Courtroom 6-17th Floor |

WHEREAS, on November 10, 2025, Defendants filed an Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal [Dkt. 4355], which included exhibits in Support of Defendants' contemporaneously filed Motion for Partial Summary Judgment.

WHEREAS, on November 13, 2025, at Plaintiffs' request, Defendants filed an additional Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal [Dkt. 4377] to include exhibits that were not originally sealed in the November 10, 2025 [Dkt. 4355] Motion.

WHEREAS, the parties agree that an extension of 7 days to the deadline to for Plaintiffs' to file a statement in response to Defendants' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed [Dkt. 4355] is necessary to review the exhibits for sealable information, consult the bellwether team, and prepare sealing papers.

WHEREAS, the Court has extended other deadlines in the case, but not this one.

WHEREAS, the requested extension will have no bearing of the rest of the case schedule.

THEREFORE, the parties respectfully request the Court enter the parties' stipulation extending Plaintiff's deadline to file a statement in response to Defendants' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed [Dkt. 4355] by 7 days.

**IT IS SO STIPULATED.**

DATED:  November 15, 2025

Respectfully submitted,

By: */s/ Rachel Abrams*
RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
PEIFFER WOLF CARR KANE CONWAY
 & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
         awolf@peifferwolf.com
         scraig@peifferwolf.com

ROOPAL P. LUHANA *(Pro Hac Vice)*
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

SARAH R. LONDON (SBN 267083)
ANDREW R. KAUFMAN (*Pro Hac Vice*)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
akaufman@girardsharp.com

*Co-Lead Counsel for Plaintiffs*

Dated: November 15, 2025

**O'MELVENY AND MYERS LLP**

*/s/* Jonathan Schneller

SABRINA H. STRONG
JONATHAN P. SCHNELLER

**KIRKLAND & ELLIS LLP**
Jessica Davidson (*Admitted Pro Hac Vice*)
jessica.davidson@kirkland.com
601 Lexington Avenue New York, NY 10022
Telephone: (212) 446-4800

Allison M. Brown (*Admitted Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

Laura Vartain (SBN 258485)
laura.vartain@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: November 15, 2025

*<u>/s/ Maya Kalonia</u>*
Maya Kalonia

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: ______________________

______________________________
Honorable Charles R. Breyer
United States District Judge