```
 1  Roopal P. Luhana
    CHAFFIN LUHANA LLP
 2  600 Third Avenue, Floor 12
    New York, NY 10016
 3  Telephone: (888) 480-1123
    luhana@chaffinluhana.com
 4
    Sarah R. London (SBN 267083)
 5  GIRARD SHARP LLP
    601 California St., Suite 1400
 6  San Francisco, CA 94108
    Telephone: (415) 981-4800
 7  slondon@girardsharp.com

 8  Rachel B. Abrams (SBN 209316)
    PEIFFER WOLF CARR KANE
 9  CONWAY & WISE, LLP
    555 Montgomery Street, Suite 820
10  San Francisco, CA 94111
    Telephone: (415) 426-5641
11  rabrams@peifferwolf.com

12
    Co-Lead Counsel for Plaintiffs
13
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, 3:23-CV-06708 | Case No. 3:23-md-03084-CRB (LJC)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6-17th Floor |
|---|---|

WHEREAS, on November 10, 2025, Defendants filed an Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal [Dkt. 4355], which included exhibits in Support of Defendants' contemporaneously filed Motion for Partial Summary Judgment.

WHEREAS, on November 13, 2025, at Plaintiffs' request, Defendants filed an additional Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal [Dkt. 4377] to include exhibits that were not originally sealed in the November 10, 2025 [Dkt. 4355] Motion.

WHEREAS, the parties agree that an extension of 7 days to the deadline to for Plaintiffs' to file a statement in response to Defendants' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed [Dkt. 4355] is necessary to review the exhibits for sealable information, consult the bellwether team, and prepare sealing papers.

WHEREAS, the Court has extended other deadlines in the case, but not this one.

WHEREAS, the requested extension will have no bearing of the rest of the case schedule.

THEREFORE, the parties respectfully request the Court enter the parties' stipulation extending Plaintiff's deadline to file a statement in response to Defendants' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed [Dkt. 4355] by 7 days.

**IT IS SO STIPULATED.**

DATED: November 15, 2025                    Respectfully submitted,

By: */s/ Rachel Abrams*
RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
PEIFFER WOLF CARR KANE CONWAY
 & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
           awolf@peifferwolf.com
           scraig@peifferwolf.com

ROOPAL P. LUHANA *(Pro Hac Vice)*
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     | SARAH R. LONDON (SBN 267083) |
|     |     | ANDREW R. KAUFMAN (*Pro Hac Vice*) |
| 3   |     | GIRARD SHARP LLP |
|     |     | 601 California St., Suite 1400 |
| 4   |     | San Francisco, CA 94108 |
|     |     | Telephone: (415) 981-4800 |
| 5   |     | Email: slondon@girardsharp.com |
| 6   |     |           akaufman@girardsharp.com |
| 7   |     | *Co-Lead Counsel for Plaintiffs* |

 

Dated:  November 15, 2025          **O'MELVENY AND MYERS LLP**

          */s/  Jonathan Schneller*

          SABRINA H. STRONG
          JONATHAN P. SCHNELLER

          **KIRKLAND & ELLIS LLP**
          Jessica Davidson (*Admitted Pro Hac Vice*)
          jessica.davidson@kirkland.com
          601 Lexington Avenue New York, NY 10022
          Telephone: (212) 446-4800

          Allison M. Brown (*Admitted Pro Hac Vice*)
          alli.brown@kirkland.com
          2005 Market Street, Suite 1000
          Philadelphia, PA 19103
          Telephone: (215) 268-5000

          Laura Vartain (SBN 258485)
          laura.vartain@kirkland.com
          555 California Street
          San Francisco, CA 94104
          Telephone: (415) 439-1400

          *Attorneys for Defendants*
          UBER TECHNOLOGIES, INC.,
          RASIER, LLC, and RASIER-CA, LLC

- 3 -

STIPULATION TO EXTEND DEADLINE
CASE NO. 3:23-MD-03084-CRB

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: November 15, 2025

                                       */s/ Maya Kalonia*
                                       Maya Kalonia

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: November 17, 2025

_____
Honorable Charles R. Breyer
United States District Judge