RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>_____<br><br>*This document relates to:*<br><br>*G.G. v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-09598-CRB* | No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on November 6, 2025.

///

///

///

1

Dated: November 17, 2025                    Respectfully submitted,

2

3                                          By: */s/ Rachel B. Abrams*
                                            RACHEL B. ABRAMS (Cal Bar No. 209316)
                                            ADAM B. WOLF (Cal Bar No. 215914)
4                                          **Peiffer Wolf Carr Kane Conway & Wise, LLP**
                                            555 Montgomery Street, Suite 820
5                                          San Francisco, CA 94111
                                            Telephone: 415.766.3544
6                                          Facsimile: 415.840.9435
                                            Email: rabrams@peifferwolf.com
7                                                   awolf@peifferwolf.com

8                                          TIFFANY R. ELLIS (*Admitted PHV*)
9                                          **Peiffer Wolf Carr Kane Conway & Wise, LLP**
                                            15 E. Baltimore Ave.
10                                         Detroit, MI 48202
                                            Telephone: 313.210.1559
11                                         Facsimile: 415.840.9435
                                            Email: tellis@peifferwolf.com

12

13                                         *Counsel for Plaintiff*

14

15                              **<u>CERTIFICATE OF SERVICE</u>**

16          I hereby certify that on November 17, 2025, I electronically transmitted the foregoing

17  **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System

18  for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

19

20                                         */s/ Rachel B. Abrams*
                                            Rachel B. Abrams

21

22

23

24

25

26

27

28