Case 3:23-md-03084-CRB    Document 4420-1    Filed 11/17/25    Page 1 of 4

Case 3:23-md-03084-CRB    Document 4420-1    Filed 11/17/25    Page 1 of 4

1  Bret Stanley (TX SBN 24075116)
2  bstanley@johnsonlawgroup.com
   **Johnson Law Group**
3  2925 Richmond Ave, Suite 1700
   Houston, TX 77098
4  Telephone: (713) 626-9336

5

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8
                    SAN FRANCISCO DIVISION
9

10

11 | **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB |
12 
   **DECLARATION OF BRET STANLEY SUPPORTING BRET STANLEY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF RESPONSE TO MOTION FOR SANCTIONS**

   This Document Relates to:

   All Cases

   Judge: Honorable Charles R. Breyer
   Courtroom: 6 – 17th Floor

I, Bret Stanley, declare:

1. I am a Senior Counsel at the law firm of Johnson Law Group, LLP. I am a named member of the Plaintiffs' Steering Committee of MDL 3084, IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION. I am a member in good standing of the Bar of the State of Texas am admitted to practice before this Court. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief. If called upon to testify, I could and would testify competently to the truth of the matters stated herein. I respectfully submit this declaration in support of Bret Stanley's Response to Defendants' Motion for Sanctions Against Bret Stanley. I have reviewed Uber's Motion for Sanctions Against Bret Stanley, including its attached Exhibits A, B, and C. Additionally, I have reviewed Uber's Administrative Motion to Seal Uber's Motion for Sanctions against Bret Stanley. (ECF 4232).

2. Uber sought to have certain elements of their attorney time sealed from the public record, including the attorney hours worked, the billable time expended, and the descriptions of the time expended in a prior Administrative Motion to Seal. *See* ECF 4232.

3. The current publicly facing documents relating to Uber's Motion for Sanctions remain sealed concerning Uber's hours worked, the billable time expended, and the descriptions of the time expended.

4. Out of abundance of caution, I am filing the Response to Uber's Motion for Sanctions Against Bret Stanley with redactions applied to Uber's hours worked, the billable time expended, and the descriptions of the time expended. These redactions can be found on pages 13 and 14 of Bret Stanley's Response to Uber's Motion for Sanctions.

5. The Declaration in Support of Bret Stanley's Response to Uber's Motion for Sanctions likewise contains attorney hours worked, the billable time expended, and the descriptions of the time expended that are subject to Uber's Administrative Motion to Seal Portions of Uber's

Motion for Sanctions.

6. Out of abundance of caution, I am filing Bret Stanley's Declaration in Support of Bret Stanley's Response to Uber's Motion for Sanctions with redactions to Uber's attorney hours worked, the billable time expended, and the descriptions of the time expended that are subject to Uber's pending Administrative Motion to Seal Portions of Uber's Motion for Sanctions. Redactions to Bret Stanley's Declaration in Support of Bret Stanley's Response to Uber's Motion for Sanctions can be found in Paragraph's 61, 64, and 68 to the Declaration.

7. Exhibit A to Bret Stanley's Response to Uber's Motion for Sanction contains information found to be in breach of MDL 3084's Protective Order by this Court's Order on August 18, 2025 (ECF 3708). Exhibit A lists the names of Knowledge Base Policies on pages 002-003. These names are being redacted per Court Order.

8. Exhibit B to Bret Stanley's Response to Uber's Motion for Sanction contains information found to be in breach of MDL 3084's Protective Order by this Court's Order on August 18, 2025 (ECF 3708). Exhibit B lists the names of internal systems on Page 002-004. Exhibit B also lists the names of Knowledge Base Policies on pages 005. This information is being redacted out of abundance of caution and consistent with prior Court order.

9. Exhibit E to Bret Stanley's Response to Uber's Motion for Sanction contains information found to be in breach of MDL 3084's Protective Order by this Court's Order on August 18, 2025 (ECF 3708). Exhibit E lists the internal bates number of a Knowledge Base Policy 004. While bates numbers were not specifically found to be a breach of MDL 3084's Protective Order, this information is being redacted out of abundance of caution.

10. The limited redactions sought above are requested based on pending Administrative Motions to Seal or based on prior Court Orders. At this point, there are no less restrictive alternatives to sealing these documents.

4    I declare under penalty of perjury that the foregoing is true and correct.

6    Executed this the 17th day of November, 2025 in Houston, Texas.

                                                     _____
                                                     Bret Stanley