UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING BRET STANLEY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF SUPPORTING MATERIALS IN RESPONSE TO MOTION FOR SANCTIONS**<br><br>Judge: Honorable Lisa J. Cisneros<br>Courtroom G – 15th Floor |
| This Document Relates to:<br><br>All Cases | |

-1-

Having considered Plaintiff's Administrative Motion to File Under Seal Portions of Motion for Sanctions, dated November 17, 2025, ECF ____ ("Motion to Seal"), the Court hereby ORDERS that the following materials remain under seal as stated in Defendants' Motion to Seal:

| Document | Description | Plaintiff's Request |
|---|---|---|
| Bret Stanley's Response in Opposition to Sanctions relating to the billing hours and/or billing rate of Uber Attorneys | Redacted portions containing information relating to Uber's Attorney Fee Descriptions in on pp. 13 and 14. | Seal in part (information reflecting fee arrangement between Defendants and outside counsel) |
| Declaration of Bret Stanley in support of Response to Motion for Sanctions | Redacted portions containing information relating to Uber's Attorney Fee Descriptions and Rates in Paragraph 61, 64 and 68. | Seal in part (information reflecting fee arrangement between Defendants and outside counsel) |
| Exhibit A to Plaintiff's Response to Motion for Sanctions Against Bret Stanley | Redacted information related to the names of Knowledge Based Policies and Protected Information at 002-003. | Seal in part the names of Knowledge Based Policies and Protected Information at 002-003. |
| Exhibit B to Plaintiff's Response to Motion for Sanctions Against Bret Stanley | Redacted information related to the names of Knowledge Based Policies and other Protected Information at 002-005. | Seal in part the names of Knowledge Based Policies and other Protected Information at 002-005. |
| Exhibit E to Plaintiff's Response to Motion for Sanctions Against Bret Stanley | Redacted information related to the names of Knowledge Based Policies and other Protected Information at 004. | Seal in part the names of Knowledge Based Policies and other Protected Information at 004. |

**IT IS SO ORDERED**

Dated:_____          _____

Hon. Lisa J. Cisneros

United States Magistrate Judge