United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

_____/

This Order Relates To:

<u>Jaylynn Dean v. Uber Techs., Inc.</u>,
Case No. 23-cv-06708-CRB

MDL No. 3084

**PRETRIAL ORDER NO. 35:
REVISED DEAN TRIAL
SCHEDULE**

Having considered the schedules of the Court, the parties, and the District of Arizona, the Court orders as follows:

1. The trial in the <u>Jaylynn Dean</u> case will now begin on January 13, 2026, at 9:15 A.M. MST at the Sandra Day O'Connor U.S. Courthouse in Phoenix, Arizona in courtroom #501.

2. The pretrial conference will take place on January 6, 2026, at 10 A.M. PST in person in the Court's San Francisco courtroom.

3. Voir dire is rescheduled for January 8, 2026, at 9:15 A.M. MST, continuing to January 9 if necessary. The parties shall submit their proposed juror questionnaire meant to augment the District of Arizona's standard questionnaire for the Court's review by 3 P.M. PST on December 1, 2025.

**IT IS SO ORDERED.**

Dated: November 18, 2025



CHARLES R. BREYER
United States District Judge