Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 318 v. Uber Technologies, Inc., et al.*<br>Case No: 3:24-cv-04889 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**JOINT STIPULATION TO EXTEND THE CASE SCHEDULE**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom: 6-17th Floor |

Plaintiff WHB 318 and Defendants Uber Technologies, Inc., *et al*. (the "Parties"), by and through their undersigned counsel, stipulate and agree as follows:

WHEREAS, after adding WHB 318 to Trial Wave 1, the Court ordered the parties to propose a discovery schedule for that case. ECF 3706;

WHEREAS, the parties proposed that fact discovery in WHB 318 be substantially completed by November 3. ECF 3722;

WHEREAS, the parties also agreed to stagger expert and other pretrial deadlines according to each Wave 1 trial date as they are assigned;

WHEREAS, the Parties are working to complete written discovery and fact depositions for WHB 318;

WHEREAS, the Parties need additional time to conduct final rounds of discovery with sufficient time to move for relief from the Court where necessary, and request that the Court extend discovery and pretrial deadlines as set forth below;

WHEREAS, the Parties have agreed to modify the case deadlines as set forth below.

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED** by the Parties to extend the case schedule as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Expert Reports | November 17, 2025 | December 19, 2025 |
| End of Substantial Fact Discovery | November 3, 2025 | Completed |
| Rebuttal Reports | December 15, 2025 | January 16, 2026 |
| Close of Discovery | December 30, 2025 | January 30, 2026 |
| Dispositive/Daubert Motions | January 5, 2026 | February 13, 2026 |
| Oppositions | January 19, 2026 | February 27, 2026 |
| Replies | February 2, 2026 | March 6, 2026 |
| Trial Date | None | TBD |

| | |
|---|---|
| DATED: November 17, 2025 | By: */s/ Laura Vartain Horn* <br> Laura Vartain Horn (SBN 258485) <br> **KIRKLAND & ELLIS LLP** <br> 555 California Street, Suite 2700 <br> San Francisco, CA 94104 <br> Telephone: (415) 439-1625 <br> laura.vartain@kirkland.com <br><br> Jessica Davidson (Admitted *Pro Hac Vice*) <br> Christopher D. Cox (Admitted *Pro Hac Vice*) <br> **KIRKLAND & ELLIS LLP** <br> 601 Lexington Avenue <br> New York, NY 10022 <br> Telephone: (212) 446-4800 <br> jessica.davidson@kirkland.com <br> christopher.cox@kirkland.com <br><br> Allison M. Brown (Admitted *Pro Hac Vice*) <br> **KIRKLAND & ELLIS LLP** <br> 2005 Market Street, Suite 1000 <br> Philadelphia, PA 19103 <br> Telephone: (215) 268-5000 <br> alli.brown@kirkland.com <br><br> *Attorneys for Defendants* <br> UBER TECHNOLOGIES, INC., RASIER, LLC, And RASIER-CA, LLC |

# CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

*/s/ Laura Vartain Horn*
Laura Vartain Horn

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 318 v. Uber Technologies, Inc., et al.*<br>Case No: 3:24-cv-04889 | Case No. 3:23-md-03084-CRB (LJC)<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND THE CASE SCHEDULE<br><br>Judge:          Hon. Charles R. Breyer<br>Courtroom:  6-17th Floor |

The Court hereby GRANTS the Parties' joint stipulation to extend the case schedule as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Expert Reports | November 17, 2025 | December 19, 2025 |
| End of Substantial Fact Discovery | November 3, 2025 | Completed |
| Rebuttal Reports | December 15, 2025 | January 16, 2026 |
| Close of Discovery | December 30, 2025 | January 30, 2026 |
| Dispositive/Daubert Motions | January 5, 2026 | February 13, 2026 |
| Oppositions | January 19, 2026 | February 27, 2026 |
| Replies | February 2, 2026 | March 6, 2026 |
| Trial Date | None | TBD |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __November 19__, 2025                         _____
                                                                              HON. CHARLES R. BREYER
                                                                              UNITED STATES DISTRICT COURT JUDGE