# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>[PROPOSED] ORDER REGARDING PULASKI'S MOTION TO WITHDRAW AS COUNSEL OF RECORD |
| This Document Relates to:<br><br>*R.L. vs. Uber Technologies, Inc., et al.,* No. 3:25-cv-05515<br><br>*P.T. vs. Uber Technologies, Inc., et al.,* No. 3:25-cv-05677<br><br>*S.W. vs. Uber Technologies, Inc., et al.,* No. 3:25-cv-06329 | Judge:   Honorable Charles R. Breyer |

## [PROPOSED] ORDER

Having considered Pulaski Kherkher, PLLC's ("Pulaski's") Motion to Withdraw as Counsel of Record for Plaintiffs P.T. and S.W. (ECF 4226), the Court finds that, given that P.T. and S.W. are subject to Uber's October 13, 2025 Motion for Entry of an Order to Show Cause Why 7 Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed with Prejudice, granting withdrawal would cause prejudice to Plaintiffs and Uber, likely delay the progress of this multi-district litigation, and potentially harm the administration of justice.

The Court therefore hereby ORDERS that Pulaski's Motion to Withdraw is DENIED.

**IT IS SO ORDERED.**

Dated: November 19, 2025



_____
HONORABLE CHARLES R. BREYER
United States District Court Judge