C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
       jdomer@cutterlaw.com
       ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB |
|---|---|
| | Hon. Charles R. Breyer |
| This Document Relates to: *Jane Roe CL 183 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05733-CRB *Jane Roe CL 184 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05855-CRB *Jane Roe CL 186 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06086-CRB | **ATTORNEY JENNIFER S. DOMER'S DECLARATION REGARDING PLAINTIFFS NOT IN COMPLIANCE WITH COURT'S OCTOBER 23, 2025 ORDER** Courtroom: 6 – 17th Floor |

I, Jennifer S. Domer, declare as follows:

1. I am an attorney at Cutter Law P.C. admitted to practice before the courts of the State of California. I am a Partner at Cutter Law, P.C., and am one of the counsels of record for all filed Jane Roe CL claimants. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently as to the information below.

2. This declaration is made pursuant to the Court's Order to submit a Declaration within 28 days of the Order (November 20, 2025, being 28 days from October 23, 2025, the date the Order was signed) as to whether Counsel disagrees with any Plaintiff inclusion in Uber's

Declaration, which Defendants submitted on November 13, 2025.

3. Counsel's firm has made extensive efforts to reach clients listed as Exhibit A, subject to Defendants' Motion to Dismiss.

4. Counsel submitted a response to the Opposition Motion on October 10, 2025, and explained we would continue to make efforts to reach any missing claimants.

5. Those efforts include extensive phone calls, text messages, emails, physical mailings to last known address, and additional address searches in databases. Counsel has also employed a private investigator to help locate these individuals. Through the database searches and private investigators, Counsel also attempted to reach potential relatives in an effort to reach the Plaintiffs.

6. Through those continued efforts, Counsel received the Fact Sheet for Jane Roe CL 184.

7. Counsel submitted the PFS for Jane Roe CL 184 on November 12, 2025, prior to the submission of Defendant's Declaration filed on November 13, 2025.

8. Though late, the submission of their deficiencies is still prior to the Court entering an Order for Dismissal.

9. Counsel would therefore dispute their inclusion on Uber's current list of deficient PFSs for their Motion, as well as ask for their exclusion on the Court's future entry of Dismissal.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on November 20, 2025, in Sacramento, California.

Dated: November 20, 2025                                CUTTER LAW P.C.

                                                        By:   /s/ Jennifer S. Domer

                                                        Jennifer S. Domer
                                                        *Attorney for Jane Roe CL Plaintiffs*