# Exhibit 1

| | |
|---|---|
| 1 | ALLISON M. BROWN (Admitted *Pro Hac Vice*) |
| 2 | alli.brown@kirkland.com |
|   | JESSICA DAVIDSON (Admitted *Pro Hac Vice*) |
| 3 | jessica.davidson@kirkland.com |
| 4 | CHRISTOPHER D. COX (Admitted *Pro Hac Vice*) |
|   | christopher.cox@kirkland.com |
| 5 | **KIRKLAND & ELLIS LLP** |
|   | 601 Lexington Avenue |
| 6 | New York, NY 10022 |
|   | Telephone: (212) 446-4800 |
| 7 | |
| 8 | MICHAEL B. SHORTNACY (SBN: 277035) |
|   | mshortnacy@shb.com |
| 9 | **SHOOK, HARDY & BACON L.L.P.** |
|   | 2121 Avenue of the Stars, Suite 1400 |
| 10 | Los Angeles, CA 90067 |
|    | Telephone: (424) 285-8330 |
| 11 | |
| 12 | PATRICK OOT (Admitted *Pro Hac Vice*) |
|    | oot@shb.com |
| 13 | **SHOOK, HARDY & BACON L.L.P.** |
|    | 1800 K St. NW Ste. 1000 |
| 14 | Washington, DC 20006 |
|    | Telephone: (202) 783-8400 |
| 15 | |
| 16 | *Attorneys for Defendants* |
|    | UBER TECHNOLOGIES, INC.; |
| 17 | RASIER, LLC; and RASIER-CA, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF MICHAEL B. SHORTNACY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS** |
| This Document Relates to: | Date: January 16, 2026 |
| *See Exhibits to Declaration* | Time: 10:00 a.m. |
| | Courtroom: 6 – 17th Floor |

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS

Case No. 3:23-md-03084-CRB

**DECLARATION OF MICHAEL B. SHORTNACY**

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Los Angeles, California. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Defendants") motion to dismiss the cases of certain Plaintiffs for noncompliance with PTO 31 and show-cause orders.

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Defendants in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the State of California, the Bar of the District of Columbia, and the Bar of the State of New York. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. On September 9, 2025, this Court found that twenty-one Plaintiffs in this litigation submitted fraudulent receipts in support of their claims and ordered them to show cause why their cases should not be dismissed. ECF 3876. Subsequently, the Court identified another six Plaintiffs who had engaged in similar conduct and ordered them to show cause as well. ECF 3972. The Court later set an October 17, 2025 deadline for all twenty-seven of these Plaintiffs to make their submissions. ECF 4120. A list of these Plaintiffs is attached to this declaration as **Exhibit A**. As of the October 17 deadline, twenty-five of these Plaintiffs had not responded at all. The two Plaintiffs who did respond to the order to show cause said nothing that negates or excuses the fraud this Court already found they engaged in:

- Jane Doe 693827, the Plaintiff in 24-cv-09515, had two responses filed by two different law firms. (She was also the Plaintiff in 3:24-cv-03341 under a different pseudonym (J.H.), but her counsel in that case withdrew and the case was dismissed without prejudice.) The first law firm, Peiffer Wolf, filed a response merely to state that it no longer represents J.H. ECF 4171. (Of course, Peiffer Wolf did represent J.H. at the time she submitted the fraudulent receipt.) The second law firm, Kherkher Garcia, did not deny that Jane Doe 693827 had submitted a fraudulent receipt, but simply stated that it did not represent her at the time the receipt was filed and that it could not get in touch with her to discuss the matter. ECF 4175.

- Plaintiff R.M. filed a response suggesting that "difficulties in retrieving legacy receipts do not reasonably imply fraud" without directly addressing the indicators of fraud identified by Uber. ECF 4176. In her response, she consented to dismissal with prejudice. *Id.*

1    4.   Also on September 9, this Court entered PTO 31, which required another group of Plaintiffs to, within thirty days, "either (i) produce a bona fide ride receipt to Defendants via MDL Centrality, or (ii) serve a statement indicating that the Plaintiff is unable to locate the receipt, explaining in detail the reasonable efforts that have been undertaken by Plaintiff to search their email and the Uber app for the receipt, and explaining why Plaintiff has been unable to locate the receipt." ECF 3877 ¶ b. PTO 31 expressly warned Plaintiffs that failure to provide the information required by the deadline would subject them to dismissal. *Id.* ¶ e.

5.   Exhibit A to PTO 31 listed ninety Plaintiffs who were initially subject to its requirements. *Id.* Ex. A. In addition, PTO 31 provided that "Uber may serve written notice on [additional] Plaintiff[s] requiring that [they] comply with the procedures set forth in this Order." *Id.* ¶ a. Subsequently, Uber identified more than two hundred additional Plaintiffs who claimed to have ordered their own rides, had not submitted ride receipts, and whose alleged rides could not be substantiated by Uber. Uber served these additional Plaintiffs with notice of their obligations under PTO 31 on September 12, 2025 via MDL Centrality ("MDLC"), meaning their receipts or statements were due by October 13, 2025. Uber agreed to extend the response date for some of these Plaintiffs to October 20, 2025.

6.   Attached to this declaration as **Exhibit B** is a table identifying 181 Plaintiffs who, as of November 21, 2025, well beyond their respective response deadlines, have failed to respond to PTO 31 entirely. That is, these Plaintiffs have not submitted a ride receipt or a statement explaining their unsuccessful attempts to locate the receipt.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 21, 2025 in Los Angeles, California.

**SHOOK, HARDY & BACON L.L.P.**

 /s/ *Michael B. Shortnacy*

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

**EXHIBIT A**

| MDLC ID | Case Number |
|---|---|
| 1194 | 3:23-cv-05930 |
| 1199 | 3:23-cv-05944 |
| 1384 | 3:24-cv-03441 |
| 1507 | 3:24-cv-04363 |
| 1914 | 3:24-cv-05717 |
| 2103 | 3:24-cv-05740 |
| 2350 | 3:24-cv-05864 |
| 2642 | 3:24-cv-07491 |
| 2723 | 3:24-cv-08622 |
| 2734 | 3:24-cv-09050 |
| 2812 | 3:25-cv-00369 |
| 2918 | 3:25-cv-01079 |
| 2959 | 3:25-cv-01384 |
| 3038 | 3:25-cv-01999 |
| 3047 | 3:25-cv-02109 |
| 3048 | 3:25-cv-02111 |
| 3078 | 3:25-cv-02401 |
| 3125 | 3:25-cv-02678 |
| 3198 | 3:25-cv-02931 |
| 3286 | 3:25-cv-03260 |
| 3303 | 3:25-cv-03547 |
| 3422 | 3:25-cv-04414 |
| 3425 | 3:25-cv-04466 |
| 3510 | 3:25-cv-04802 |
| 3521 | 3:25-cv-04878 |
| 3659 | 3:25-cv-05474 |
| 3841 | 3:25-cv-06705 |

**EXHIBIT B**

| MDLC ID | Case Number | Plaintiff Pseudonym | Plaintiff Firm | Response Deadline |
|---|---|---|---|---|
| 1014 | 3:23-cv-05647 | Jane Roe CL 5 | Cutter Law PC | 10/13/2025 |
| 1121 | 3:23-cv-03811 | Jane Doe LS 134 | Levin Simes, LLP | 10/9/2025 |
| 1154 | 3:23-cv-05237 | Jane Doe LS 364 | Levin Simes, LLP | 10/9/2025 |
| 1184 | 3:23-cv-05433 | Jane Doe LS 234 | Levin Simes, LLP | 10/9/2025 |
| 1187 | 3:23-cv-05572 | Jane Doe LS 322 | Levin Simes, LLP | 10/13/2025 |
| 1189 | 3:23-cv-05573 | Jane Doe LS 191 | Levin Simes, LLP | 10/9/2025 |
| 1195 | 3:23-cv-05922 | Jane Doe LS 185 | Levin Simes, LLP | 10/13/2025 |
| 1361 | 3:24-cv-00559 | T.W. | Nachawati Law Group | 10/13/2025 |
| 1362 | 3:24-cv-00574 | J.R. | Nachawati Law Group | 10/13/2025 |
| 1482 | 3:24-cv-04306 | Jane Doe (L.R.) | Nachawati Law Group | 10/9/2025 |
| 1487 | 3:24-cv-04313 | Jane Doe (A.R.) | Nachawati Law Group | 10/13/2025 |
| 1490 | 3:24-cv-04322 | Jane Doe (D.H.) | Nachawati Law Group | 10/13/2025 |
| 1491 | 3:24-cv-04326 | Jane Doe (K.H.) | Nachawati Law Group | 10/9/2025 |
| 1493 | 3:24-cv-04330 | Jane Doe (Y.E.) | Nachawati Law Group | 10/9/2025 |
| 1496 | 3:24-cv-04353 | Jane Doe (S.G.) | Nachawati Law Group | 10/13/2025 |
| 1497 | 3:24-cv-04670 | B.T. | Nigh Goldenberg Raso & Vaughn | 10/13/2025 |
| 1498 | 3:24-cv-04354 | Jane Doe (K.C.) | Nachawati Law Group | 10/13/2025 |
| 1500 | 3:24-cv-04356 | Jane Doe (T.W.) | Nachawati Law Group | 10/9/2025 |
| 1504 | 3:24-cv-04360 | Jane Doe (S.W.) | Nachawati Law Group | 10/13/2025 |
| 1508 | 3:24-cv-04364 | Jane Doe (S.W.) | Nachawati Law Group | 10/13/2025 |
| 1511 | 3:24-cv-04370 | Jane Doe (E.N.) | Nachawati Law Group | 10/9/2025 |
| 1742 | 3:24-cv-04669 | S.K. | Nigh Goldenberg Raso & Vaughn | 10/13/2025 |
| 1776 | 3:24-cv-04680 | CL 14 | Cutter Law PC | 10/13/2025 |
| 1838 | 3:24-cv-05243 | WHB 504 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 1868 | 3:24-cv-05129 | WHB 1425 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 1883 | 3:24-cv-05272 | WHB 644 | Williams Hart & Boundas, LLP | 10/9/2025 |
| 1885 | 3:24-cv-05275 | WHB 1549 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 1917 | 3:24-cv-05236 | WHB 428 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 1925 | 3:24-cv-05361 | WHB 703 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 1948 | 3:24-cv-05468 | WHB 1661 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 1950 | 3:24-cv-05472 | WHB 1443 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 1963 | 3:24-cv-05555 | WHB 1930 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 1968 | 3:24-cv-05574 | WHB 1613 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 1977 | 3:24-cv-05440 | WHB 470 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 1988 | 3:24-cv-05495 | WHB 1414 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 1989 | 3:24-cv-05500 | WHB 1468 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 2058 | 3:24-cv-05557 | WHB 1831 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 2061 | 3:24-cv-05568 | WHB 1860 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 2066 | 3:24-cv-05779 | WHB 1484 | Williams Hart & Boundas, LLP | 10/9/2025 |
| 2067 | 3:24-cv-05781 | WHB 375 | Williams Hart & Boundas, LLP | 10/9/2025 |
| 2070 | 3:24-cv-05565 | WHB 1659 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 2091 | 3:24-cv-05596 | Jane Roe CL 32 | Cutter Law PC | 10/9/2025 |
| 2095 | 3:24-cv-05720 | Jane Roe CL 36 | Cutter Law PC | 10/9/2025 |
| 2100 | 3:24-cv-05734 | Jane Roe CL 40 | Cutter Law PC | 10/13/2025 |
| 2104 | 3:24-cv-05741 | Jane Roe CL 43 | Cutter Law PC | 10/13/2025 |
| 2106 | 3:24-cv-05746 | Jane Roe CL 45 | Cutter Law PC | 10/9/2025 |
| 2110 | 3:24-cv-05810 | CL 48 | Cutter Law PC | 10/13/2025 |
| 2111 | 3:24-cv-05811 | CL 49 | Cutter Law PC | 10/13/2025 |
| 2115 | 3:24-cv-05831 | CL 53 | Cutter Law PC | 10/13/2025 |

| MDLC ID | Case Number | Plaintiff Pseudonym | Plaintiff Firm | Response Deadline |
|---|---|---|---|---|
| 2120 | 3:24-cv-05846 | CL 58 | Cutter Law PC | 10/13/2025 |
| 2123 | 3:24-cv-05850 | CL 61 | Cutter Law PC | 10/9/2025 |
| 2127 | 3:24-cv-05950 | WHB 1273 | Williams Hart & Boundas, LLP | 10/9/2025 |
| 2133 | 3:24-cv-05603 | WHB 1381 | Williams Hart & Boundas, LLP | 10/9/2025 |
| 2148 | 3:24-cv-05631 | WHB 438 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 2152 | 3:24-cv-05636 | WHB 349 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 2165 | 3:24-cv-05624 | WHB 1334 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 2174 | 3:24-cv-05669 | WHB 1348 | Williams Hart & Boundas, LLP | 10/9/2025 |
| 2176 | 3:24-cv-05665 | WHB 1611 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 2177 | 3:24-cv-05667 | WHB 1416 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 2178 | 3:24-cv-05666 | WHB 891 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 2180 | 3:24-cv-05986 | WHB 1556 | Williams Hart & Boundas, LLP | 10/9/2025 |
| 2189 | 3:24-cv-05715 | WHB 1057 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 2190 | 3:24-cv-05716 | WHB 1470 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 2196 | 3:24-cv-05770 | WHB 871 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 2199 | 3:24-cv-05791 | WHB 1317 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 2200 | 3:24-cv-05822 | Jones, Cody | Peiffer Wolf Carr Kane Conway & Wise | 10/20/2025 |
| 2207 | 3:24-cv-05948 | WHB 884 | Williams Hart & Boundas, LLP | 10/13/2025 |
| 2221 | 3:24-cv-05110 | E.B. | Nachawati Law Group | 10/9/2025 |
| 2223 | 3:24-cv-05115 | L.B. | Nachawati Law Group | 10/13/2025 |
| 2225 | 3:24-cv-05121 | A.E. | Nachawati Law Group | 10/13/2025 |
| 2227 | 3:24-cv-05169 | D.G. | Nachawati Law Group | 10/9/2025 |
| 2231 | 3:24-cv-05340 | C.H. | Nachawati Law Group | 10/9/2025 |
| 2233 | 3:24-cv-05343 | J.J. | Nachawati Law Group | 10/13/2025 |
| 2235 | 3:24-cv-05710 | S.K. | Nachawati Law Group | 10/13/2025 |
| 2236 | 3:24-cv-05718 | Jane Doe (C.M.) | Nachawati Law Group | 10/13/2025 |
| 2253 | 3:24-cv-05764 | T.M. | Nachawati Law Group | 10/9/2025 |
| 2255 | 3:24-cv-05796 | K.M. | Nachawati Law Group | 10/9/2025 |
| 2256 | 3:24-cv-05946 | E.P. | Nachawati Law Group | 10/9/2025 |
| 2257 | 3:24-cv-05947 | A.R. | Nachawati Law Group | 10/9/2025 |
| 2259 | 3:24-cv-05964 | John Doe (C.S.) | Nachawati Law Group | 10/9/2025 |
| 2261 | 3:24-cv-06073 | E.W. | Nachawati Law Group | 10/9/2025 |
| 2264 | 3:24-cv-06076 | S.S. | Nachawati Law Group | 10/9/2025 |
| 2279 | 3:24-cv-05980 | LS 303 | Levin Simes, LLP | 10/13/2025 |
| 2302 | 3:24-cv-05316 | LS 6 | Levin Simes, LLP | 10/13/2025 |
| 2315 | 3:24-cv-05387 | LS 54 | Levin Simes, LLP | 10/13/2025 |
| 2322 | 3:24-cv-05836 | LS 406 | Levin Simes, LLP | 10/13/2025 |
| 2324 | 3:24-cv-05739 | LS 420 | Levin Simes, LLP | 10/13/2025 |
| 2367 | 3:24-cv-05853 | LS 5 | Levin Simes, LLP | 10/9/2025 |
| 2371 | 3:24-cv-05941 | LS 421 | Levin Simes, LLP | 10/9/2025 |
| 2395 | 3:24-cv-05743 | LS 430 | Levin Simes, LLP | 10/9/2025 |
| 2398 | 3:24-cv-05327 | LS 232 | Levin Simes, LLP | 10/13/2025 |
| 2420 | 3:24-cv-05475 | LS 136 | Levin Simes, LLP | 10/13/2025 |
| 2425 | 3:24-cv-06021 | LS 296 | Levin Simes, LLP | 10/13/2025 |
| 2433 | 3:24-cv-06020 | LS 291 | Levin Simes, LLP | 10/13/2025 |
| 2440 | 3:24-cv-05928 | LS 504 | Levin Simes, LLP | 10/13/2025 |
| 2445 | 3:24-cv-05971 | LS 135 | Levin Simes, LLP | 10/13/2025 |
| 2450 | 3:24-cv-05862 | LS 440 | Levin Simes, LLP | 10/13/2025 |
| 2470 | 3:24-cv-05914 | LS 304 | Levin Simes, LLP | 10/13/2025 |
| 2471 | 3:24-cv-05909 | LS 215 | Levin Simes, LLP | 10/13/2025 |

| MDLC ID | Case Number | Plaintiff Pseudonym | Plaintiff Firm | Response Deadline |
|---|---|---|---|---|
| 2483 | 3:24-cv-05777 | LS 214 | Levin Simes, LLP | 10/13/2025 |
| 2489 | 3:24-cv-05982 | LS 125 | Levin Simes, LLP | 10/9/2025 |
| 2490 | 3:24-cv-05898 | LS 368 | Levin Simes, LLP | 10/13/2025 |
| 2491 | 3:24-cv-06188 | CL 64 | Cutter Law PC | 10/13/2025 |
| 2499 | 3:24-cv-05885 | LS 173 | Levin Simes, LLP | 10/13/2025 |
| 2509 | 3:24-cv-05419 | LS 206 | Levin Simes, LLP | 10/13/2025 |
| 2513 | 3:24-cv-05760 | John Doe LS 3 | Levin Simes, LLP | 10/9/2025 |
| 2599 | 3:24-cv-06863 | CL 70 | Cutter Law PC | 10/13/2025 |
| 2680 | 3:24-cv-07569 | CL 76 | Cutter Law PC | 10/13/2025 |
| 2682 | 3:24-cv-07584 | Jane Roe CL 78 | Cutter Law PC | 10/9/2025 |
| 2703 | 3:24-cv-08522 | CL 82 | Cutter Law PC | 10/9/2025 |
| 2705 | 3:24-cv-08526 | CL 84 | Cutter Law PC | 10/13/2025 |
| 2714 | 3:24-cv-08756 | CL 86 | Cutter Law PC | 10/13/2025 |
| 2756 | 3:24-cv-09211 | LS 548 | Levin Simes, LLP | 10/13/2025 |
| 2774 | 3:24-cv-09515 | Jane Doe 693827 | Kherkher Garcia | 10/9/2025 |
| 2783 | 3:24-cv-09549 | CL 93 | Cutter Law PC | 10/13/2025 |
| 2788 | 3:25-cv-00007 | C.L. | Peiffer Wolf Carr Kane Conway & Wise | 10/20/2025 |
| 2850 | 3:25-cv-01092 | WHB 2060 | Williams Hart & Boundas, LLP | 10/9/2025 |
| 2855 | 3:25-cv-01101 | WHB 2064 | Williams Hart & Boundas, LLP | 10/9/2025 |
| 2862 | 3:25-cv-01130 | WHB 2071 | Williams Hart & Boundas, LLP | 10/9/2025 |
| 2866 | 3:25-cv-01148 | WHB 2075 | Williams Hart & Boundas, LLP | 10/9/2025 |
| 2878 | 3:25-cv-01180 | WHB 2036 | Williams Hart & Boundas, LLP | 10/9/2025 |
| 2884 | 3:25-cv-01206 | WHB 2042 | Williams Hart & Boundas, LLP | 10/9/2025 |
| 2885 | 3:25-cv-01207 | WHB 2043 | Williams Hart & Boundas, LLP | 10/9/2025 |
| 2888 | 3:25-cv-01209 | WHB 2044 | Williams Hart & Boundas, LLP | 10/9/2025 |
| 2892 | 3:25-cv-01216 | WHB 2048 | Williams Hart & Boundas, LLP | 10/9/2025 |
| 2896 | 3:25-cv-01226 | WHB 2051 | Williams Hart & Boundas, LLP | 10/9/2025 |
| 2898 | 3:25-cv-01229 | WHB 2052 | Williams Hart & Boundas, LLP | 10/9/2025 |
| 2899 | 3:25-cv-01237 | WHB 2053 | Williams Hart & Boundas, LLP | 10/9/2025 |
| 2900 | 3:25-cv-01244 | WHB 2054 | Williams Hart & Boundas, LLP | 10/9/2025 |
| 2903 | 3:25-cv-01246 | WHB 2056 | Williams Hart & Boundas, LLP | 10/9/2025 |
| 2904 | 3:25-cv-01249 | WHB 2057 | Williams Hart & Boundas, LLP | 10/9/2025 |
| 2906 | 3:25-cv-01255 | WHB 2059 | Williams Hart & Boundas, LLP | 10/9/2025 |
| 2952 | 3:25-cv-01349 | Jane Roe CL 105 | Cutter Law PC | 10/13/2025 |
| 2989 | 3:25-cv-01493 | LS 553 | Levin Simes, LLP | 10/13/2025 |
| 2990 | 3:25-cv-01693 | LS 554 | Levin Simes, LLP | 10/13/2025 |
| 3013 | 3:25-cv-01711 | NLG (A.B.) | Nachawati Law Group | 10/13/2025 |
| 3014 | 3:25-cv-01714 | NLG (M.G.) | Nachawati Law Group | 10/13/2025 |
| 3016 | 3:25-cv-01717 | NLG (M.L.P.) | Nachawati Law Group | 10/13/2025 |
| 3020 | 3:25-cv-01729 | NLG (ZD) | Nachawati Law Group | 10/13/2025 |
| 3118 | 3:25-cv-02551 | C.O. | Peiffer Wolf Carr Kane Conway & Wise | 10/20/2025 |
| 3122 | 3:25-cv-02650 | K.B. | Peiffer Wolf Carr Kane Conway & Wise | 10/20/2025 |
| 3151 | 3:25-cv-02616 | Jane Doe NLG (KS) | Nachawati Law Group | 10/13/2025 |
| 3177 | 3:25-cv-02801 | LS 583 | Levin Simes, LLP | 10/13/2025 |
| 3178 | 3:25-cv-02792 | LS 582 | Levin Simes, LLP | 10/13/2025 |
| 3201 | 3:25-cv-02706 | Jane Doe NLG (KM) | Nachawati Law Group | 10/13/2025 |

7

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS
Case No. 3:23-md-03084-CRB

| MDLC ID | Case Number | Plaintiff Pseudonym | Plaintiff Firm | Response Deadline |
|---|---|---|---|---|
| 3209 | 3:25-cv-02899 | NLG (BC) | Nachawati Law Group | 10/13/2025 |
| 3243 | 3:25-cv-03269 | Jane Doe LS 593 | Levin Simes, LLP | 10/9/2025 |
| 3258 | 3:25-cv-01943 | CL 115 | Cutter Law PC | 10/13/2025 |
| 3264 | 3:25-cv-02136 | CL 121 | Cutter Law PC | 10/13/2025 |
| 3266 | 3:25-cv-02139 | CL 123 | Cutter Law PC | 10/13/2025 |
| 3281 | 3:25-cv-03137 | CL 138 | Cutter Law PC | 10/13/2025 |
| 3298 | 3:25-cv-03364 | J.M. | Pro se | 10/20/2025 |
| 3314 | 3:25-cv-02949 | NLG (JH) | Nachawati Law Group | 10/13/2025 |
| 3373 | 3:25-cv-04041 | JLG 134 | Johnson Law Group | 10/13/2025 |
| 3380 | 3:25-cv-04071 | LS 598 | Levin Simes, LLP | 10/13/2025 |
| 3443 | 3:25-cv-03818 | CL 153 | Cutter Law PC | 10/13/2025 |
| 3456 | 3:25-cv-02956 | Jane Doe NLG (KM) | Nachawati Law Group | 10/13/2025 |
| 3457 | 3:25-cv-02973 | Jane Doe NLG (SB) | Nachawati Law Group | 10/13/2025 |
| 3473 | 3:25-cv-04582 | Jane Doe 691174 | Kherkher Garcia | 10/13/2025 |
| 3512 | 3:25-cv-04699 | LS 601 | Levin Simes, LLP | 10/13/2025 |
| 3543 | 3:25-cv-04979 | John Doe KGDG 020 | Kherkher Garcia | 10/13/2025 |
| 3552 | 3:25-cv-04708 | CL 172 | Cutter Law PC | 10/13/2025 |
| 3612 | 3:25-cv-05275 | P.L. 3612 | Cohen Hirsch, LP | 10/13/2025 |
| 3645 | 3:25-cv-05163 | NGL (MH) | Nachawati Law Group | 10/13/2025 |
| 3648 | 3:25-cv-05318 | Jane Doe 690917 | Kherkher Garcia | 10/13/2025 |
| 3681 | 3:25-cv-05571 | E.M. 3681 | Cohen Hirsch, LP | 10/13/2025 |
| 3705 | 3:25-cv-05577 | KG 013 | Kherkher Garcia | 10/13/2025 |
| 3708 | 3:25-cv-05582 | KG 016 | Kherkher Garcia | 10/13/2025 |
| 3732 | 3:25-cv-05776 | NLG (R.G.) | Nachawati Law Group | 10/13/2025 |
| 3748 | 3:25-cv-05865 | NLG (LL) | Nachawati Law Group | 10/13/2025 |
| 3749 | 3:25-cv-05867 | NGL (NM) | Nachawati Law Group | 10/13/2025 |
| 3758 | 3:25-cv-05942 | LS 616 | Levin Simes, LLP | 10/13/2025 |
| 3759 | 3:25-cv-05884 | LS 614 | Levin Simes, LLP | 10/13/2025 |
| 3773 | 3:25-cv-06077 | KG 039 | Kherkher Garcia | 10/13/2025 |
| 3790 | 3:25-cv-06249 | LS 620 | Levin Simes, LLP | 10/13/2025 |
| 3791 | 3:25-cv-06243 | LS 619 | Levin Simes, LLP | 10/13/2025 |
| 3793 | 3:25-cv-06306 | LS 622 | Levin Simes, LLP | 10/13/2025 |
| 3798 | 3:25-cv-06382 | I.C. | Peiffer Wolf Carr Kane Conway & Wise | 10/20/2025 |
| 3814 | 3:25-cv-06031 | NLG (KF) | Nachawati Law Group | 10/13/2025 |
| 3828 | 3:25-cv-06541 | LS 626 | Levin Simes, LLP | 10/13/2025 |
| 3865 | 3:25-cv-06843 | B.P. | Peiffer Wolf Carr Kane Conway & Wise | 10/20/2025 |

8

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS
Case No. 3:23-md-03084-CRB