# Exhibit 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*See Exhibits to Order* | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS** |

1

# [PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 31 and Show-Cause Orders, the Court finds that:

1. The Plaintiffs subject to this Court's September 9 and September 22, 2025 orders to show cause have failed to show cause why their cases should not be dismissed with prejudice for their submission of fraudulent receipts in support of their claims. The Court orders that their cases, listed in Exhibit A, are DISMISSED WITH PREJUDICE.

2. The Plaintiffs subject to Pretrial Order No. 31 have violated it by failing to produce a bona fide ride receipt or a statement explaining in detail the reasonable efforts they have undertaken to search for the receipt and explaining why they have been unable to locate it. Plaintiffs' non-compliance has substantially prejudiced Uber. Pursuant to Pretrial Order No. 31, the Court orders that their cases, listed in Exhibit B, are DISMISSED WITHOUT PREJUDICE.

3. [Defendants defer to the Court to insert whatever relief and other language the Court deems necessary to address these Plaintiffs' fraud and non-compliance with Court orders, and to deter future fraud and noncompliance with this Court's orders.]

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. CHARLES R. BREYER
United States District Court Judge

# EXHIBIT A

| MDLC ID | Case Number |
|---|---|
| 1194 | 3:23-cv-05930 |
| 1199 | 3:23-cv-05944 |
| 1384 | 3:24-cv-03441 |
| 1507 | 3:24-cv-04363 |
| 1914 | 3:24-cv-05717 |
| 2103 | 3:24-cv-05740 |
| 2350 | 3:24-cv-05864 |
| 2642 | 3:24-cv-07491 |
| 2723 | 3:24-cv-08622 |
| 2734 | 3:24-cv-09050 |
| 2812 | 3:25-cv-00369 |
| 2918 | 3:25-cv-01079 |
| 2959 | 3:25-cv-01384 |
| 3038 | 3:25-cv-01999 |
| 3047 | 3:25-cv-02109 |
| 3048 | 3:25-cv-02111 |
| 3078 | 3:25-cv-02401 |
| 3125 | 3:25-cv-02678 |
| 3198 | 3:25-cv-02931 |
| 3286 | 3:25-cv-03260 |
| 3303 | 3:25-cv-03547 |
| 3422 | 3:25-cv-04414 |
| 3425 | 3:25-cv-04466 |
| 3510 | 3:25-cv-04802 |
| 3521 | 3:25-cv-04878 |
| 3659 | 3:25-cv-05474 |
| 3841 | 3:25-cv-06705 |

[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS

Case No. 3:23-md-03084-CRB

**EXHIBIT B**

| MDLC ID | Case Number | Plaintiff Pseudonym | Plaintiff Firm |
|---|---|---|---|
| 1014 | 3:23-cv-05647 | Jane Roe CL 5 | Cutter Law PC |
| 1121 | 3:23-cv-03811 | Jane Doe LS 134 | Levin Simes, LLP |
| 1154 | 3:23-cv-05237 | Jane Doe LS 364 | Levin Simes, LLP |
| 1184 | 3:23-cv-05433 | Jane Doe LS 234 | Levin Simes, LLP |
| 1187 | 3:23-cv-05572 | Jane Doe LS 322 | Levin Simes, LLP |
| 1189 | 3:23-cv-05573 | Jane Doe LS 191 | Levin Simes, LLP |
| 1195 | 3:23-cv-05922 | Jane Doe LS 185 | Levin Simes, LLP |
| 1361 | 3:24-cv-00559 | T.W. | Nachawati Law Group |
| 1362 | 3:24-cv-00574 | J.R. | Nachawati Law Group |
| 1482 | 3:24-cv-04306 | Jane Doe (L.R.) | Nachawati Law Group |
| 1487 | 3:24-cv-04313 | Jane Doe (A.R.) | Nachawati Law Group |
| 1490 | 3:24-cv-04322 | Jane Doe (D.H.) | Nachawati Law Group |
| 1491 | 3:24-cv-04326 | Jane Doe (K.H.) | Nachawati Law Group |
| 1493 | 3:24-cv-04330 | Jane Doe (Y.E.) | Nachawati Law Group |
| 1496 | 3:24-cv-04353 | Jane Doe (S.G.) | Nachawati Law Group |
| 1497 | 3:24-cv-04670 | B.T. | Nigh Goldenberg Raso & Vaughn |
| 1498 | 3:24-cv-04354 | Jane Doe (K.C.) | Nachawati Law Group |
| 1500 | 3:24-cv-04356 | Jane Doe (T.W.) | Nachawati Law Group |
| 1504 | 3:24-cv-04360 | Jane Doe (S.W.) | Nachawati Law Group |
| 1508 | 3:24-cv-04364 | Jane Doe (S.W.) | Nachawati Law Group |
| 1511 | 3:24-cv-04370 | Jane Doe (E.N.) | Nachawati Law Group |
| 1742 | 3:24-cv-04669 | S.K. | Nigh Goldenberg Raso & Vaughn |
| 1776 | 3:24-cv-04680 | CL 14 | Cutter Law PC |

[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE
TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS

Case No. 3:23-md-03084-CRB

| MDLC ID | Case Number | Plaintiff Pseudonym | Plaintiff Firm |
|---|---|---|---|
| 1838 | 3:24-cv-05243 | WHB 504 | Williams Hart & Boundas, LLP |
| 1868 | 3:24-cv-05129 | WHB 1425 | Williams Hart & Boundas, LLP |
| 1883 | 3:24-cv-05272 | WHB 644 | Williams Hart & Boundas, LLP |
| 1885 | 3:24-cv-05275 | WHB 1549 | Williams Hart & Boundas, LLP |
| 1917 | 3:24-cv-05236 | WHB 428 | Williams Hart & Boundas, LLP |
| 1925 | 3:24-cv-05361 | WHB 703 | Williams Hart & Boundas, LLP |
| 1948 | 3:24-cv-05468 | WHB 1661 | Williams Hart & Boundas, LLP |
| 1950 | 3:24-cv-05472 | WHB 1443 | Williams Hart & Boundas, LLP |
| 1963 | 3:24-cv-05555 | WHB 1930 | Williams Hart & Boundas, LLP |
| 1968 | 3:24-cv-05574 | WHB 1613 | Williams Hart & Boundas, LLP |
| 1977 | 3:24-cv-05440 | WHB 470 | Williams Hart & Boundas, LLP |
| 1988 | 3:24-cv-05495 | WHB 1414 | Williams Hart & Boundas, LLP |
| 1989 | 3:24-cv-05500 | WHB 1468 | Williams Hart & Boundas, LLP |
| 2058 | 3:24-cv-05557 | WHB 1831 | Williams Hart & Boundas, LLP |
| 2061 | 3:24-cv-05568 | WHB 1860 | Williams Hart & Boundas, LLP |
| 2066 | 3:24-cv-05779 | WHB 1484 | Williams Hart & Boundas, LLP |
| 2067 | 3:24-cv-05781 | WHB 375 | Williams Hart & Boundas, LLP |
| 2070 | 3:24-cv-05565 | WHB 1659 | Williams Hart & Boundas, LLP |
| 2091 | 3:24-cv-05596 | Jane Roe CL 32 | Cutter Law PC |
| 2095 | 3:24-cv-05720 | Jane Roe CL 36 | Cutter Law PC |
| 2100 | 3:24-cv-05734 | Jane Roe CL 40 | Cutter Law PC |
| 2104 | 3:24-cv-05741 | Jane Roe CL 43 | Cutter Law PC |
| 2106 | 3:24-cv-05746 | Jane Roe CL 45 | Cutter Law PC |
| 2110 | 3:24-cv-05810 | CL 48 | Cutter Law PC |

[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS

Case No. 3:23-md-03084-CRB

| MDLC ID | Case Number | Plaintiff Pseudonym | Plaintiff Firm |
|---|---|---|---|
| 2111 | 3:24-cv-05811 | CL 49 | Cutter Law PC |
| 2115 | 3:24-cv-05831 | CL 53 | Cutter Law PC |
| 2120 | 3:24-cv-05846 | CL 58 | Cutter Law PC |
| 2123 | 3:24-cv-05850 | CL 61 | Cutter Law PC |
| 2127 | 3:24-cv-05950 | WHB 1273 | Williams Hart & Boundas, LLP |
| 2133 | 3:24-cv-05603 | WHB 1381 | Williams Hart & Boundas, LLP |
| 2148 | 3:24-cv-05631 | WHB 438 | Williams Hart & Boundas, LLP |
| 2152 | 3:24-cv-05636 | WHB 349 | Williams Hart & Boundas, LLP |
| 2165 | 3:24-cv-05624 | WHB 1334 | Williams Hart & Boundas, LLP |
| 2174 | 3:24-cv-05669 | WHB 1348 | Williams Hart & Boundas, LLP |
| 2176 | 3:24-cv-05665 | WHB 1611 | Williams Hart & Boundas, LLP |
| 2177 | 3:24-cv-05667 | WHB 1416 | Williams Hart & Boundas, LLP |
| 2178 | 3:24-cv-05666 | WHB 891 | Williams Hart & Boundas, LLP |
| 2180 | 3:24-cv-05986 | WHB 1556 | Williams Hart & Boundas, LLP |
| 2189 | 3:24-cv-05715 | WHB 1057 | Williams Hart & Boundas, LLP |
| 2190 | 3:24-cv-05716 | WHB 1470 | Williams Hart & Boundas, LLP |
| 2196 | 3:24-cv-05770 | WHB 871 | Williams Hart & Boundas, LLP |
| 2199 | 3:24-cv-05791 | WHB 1317 | Williams Hart & Boundas, LLP |
| 2200 | 3:24-cv-05822 | Jones, Cody | Peiffer Wolf Carr Kane Conway & Wise |
| 2207 | 3:24-cv-05948 | WHB 884 | Williams Hart & Boundas, LLP |
| 2221 | 3:24-cv-05110 | E.B. | Nachawati Law Group |
| 2223 | 3:24-cv-05115 | L.B. | Nachawati Law Group |
| 2225 | 3:24-cv-05121 | A.E. | Nachawati Law Group |

[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS

Case No. 3:23-md-03084-CRB

| MDLC ID | Case Number | Plaintiff Pseudonym | Plaintiff Firm |
|---|---|---|---|
| 2227 | 3:24-cv-05169 | D.G. | Nachawati Law Group |
| 2231 | 3:24-cv-05340 | C.H. | Nachawati Law Group |
| 2233 | 3:24-cv-05343 | J.J. | Nachawati Law Group |
| 2235 | 3:24-cv-05710 | S.K. | Nachawati Law Group |
| 2236 | 3:24-cv-05718 | Jane Doe (C.M.) | Nachawati Law Group |
| 2253 | 3:24-cv-05764 | T.M. | Nachawati Law Group |
| 2255 | 3:24-cv-05796 | K.M. | Nachawati Law Group |
| 2256 | 3:24-cv-05946 | E.P. | Nachawati Law Group |
| 2257 | 3:24-cv-05947 | A.R. | Nachawati Law Group |
| 2259 | 3:24-cv-05964 | John Doe (C.S.) | Nachawati Law Group |
| 2261 | 3:24-cv-06073 | E.W. | Nachawati Law Group |
| 2264 | 3:24-cv-06076 | S.S. | Nachawati Law Group |
| 2279 | 3:24-cv-05980 | LS 303 | Levin Simes, LLP |
| 2302 | 3:24-cv-05316 | LS 6 | Levin Simes, LLP |
| 2315 | 3:24-cv-05387 | LS 54 | Levin Simes, LLP |
| 2322 | 3:24-cv-05836 | LS 406 | Levin Simes, LLP |
| 2324 | 3:24-cv-05739 | LS 420 | Levin Simes, LLP |
| 2367 | 3:24-cv-05853 | LS 5 | Levin Simes, LLP |
| 2371 | 3:24-cv-05941 | LS 421 | Levin Simes, LLP |
| 2395 | 3:24-cv-05743 | LS 430 | Levin Simes, LLP |
| 2398 | 3:24-cv-05327 | LS 232 | Levin Simes, LLP |
| 2420 | 3:24-cv-05475 | LS 136 | Levin Simes, LLP |
| 2425 | 3:24-cv-06021 | LS 296 | Levin Simes, LLP |
| 2433 | 3:24-cv-06020 | LS 291 | Levin Simes, LLP |

| MDLC ID | Case Number | Plaintiff Pseudonym | Plaintiff Firm |
|---|---|---|---|
| 2440 | 3:24-cv-05928 | LS 504 | Levin Simes, LLP |
| 2445 | 3:24-cv-05971 | LS 135 | Levin Simes, LLP |
| 2450 | 3:24-cv-05862 | LS 440 | Levin Simes, LLP |
| 2470 | 3:24-cv-05914 | LS 304 | Levin Simes, LLP |
| 2471 | 3:24-cv-05909 | LS 215 | Levin Simes, LLP |
| 2483 | 3:24-cv-05777 | LS 214 | Levin Simes, LLP |
| 2489 | 3:24-cv-05982 | LS 125 | Levin Simes, LLP |
| 2490 | 3:24-cv-05898 | LS 368 | Levin Simes, LLP |
| 2491 | 3:24-cv-06188 | CL 64 | Cutter Law PC |
| 2499 | 3:24-cv-05885 | LS 173 | Levin Simes, LLP |
| 2509 | 3:24-cv-05419 | LS 206 | Levin Simes, LLP |
| 2513 | 3:24-cv-05760 | John Doe LS 3 | Levin Simes, LLP |
| 2599 | 3:24-cv-06863 | CL 70 | Cutter Law PC |
| 2680 | 3:24-cv-07569 | CL 76 | Cutter Law PC |
| 2682 | 3:24-cv-07584 | Jane Roe CL 78 | Cutter Law PC |
| 2703 | 3:24-cv-08522 | CL 82 | Cutter Law PC |
| 2705 | 3:24-cv-08526 | CL 84 | Cutter Law PC |
| 2714 | 3:24-cv-08756 | CL 86 | Cutter Law PC |
| 2756 | 3:24-cv-09211 | LS 548 | Levin Simes, LLP |
| 2774 | 3:24-cv-09515 | Jane Doe 693827 | Kherkher Garcia |
| 2783 | 3:24-cv-09549 | CL 93 | Cutter Law PC |
| 2788 | 3:25-cv-00007 | C.L. | Peiffer Wolf Carr Kane Conway & Wise |
| 2850 | 3:25-cv-01092 | WHB 2060 | Williams Hart & Boundas, LLP |

[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS

Case No. 3:23-md-03084-CRB

| MDLC ID | Case Number | Plaintiff Pseudonym | Plaintiff Firm |
|---|---|---|---|
| 2855 | 3:25-cv-01101 | WHB 2064 | Williams Hart & Boundas, LLP |
| 2862 | 3:25-cv-01130 | WHB 2071 | Williams Hart & Boundas, LLP |
| 2866 | 3:25-cv-01148 | WHB 2075 | Williams Hart & Boundas, LLP |
| 2878 | 3:25-cv-01180 | WHB 2036 | Williams Hart & Boundas, LLP |
| 2884 | 3:25-cv-01206 | WHB 2042 | Williams Hart & Boundas, LLP |
| 2885 | 3:25-cv-01207 | WHB 2043 | Williams Hart & Boundas, LLP |
| 2888 | 3:25-cv-01209 | WHB 2044 | Williams Hart & Boundas, LLP |
| 2892 | 3:25-cv-01216 | WHB 2048 | Williams Hart & Boundas, LLP |
| 2896 | 3:25-cv-01226 | WHB 2051 | Williams Hart & Boundas, LLP |
| 2898 | 3:25-cv-01229 | WHB 2052 | Williams Hart & Boundas, LLP |
| 2899 | 3:25-cv-01237 | WHB 2053 | Williams Hart & Boundas, LLP |
| 2900 | 3:25-cv-01244 | WHB 2054 | Williams Hart & Boundas, LLP |
| 2903 | 3:25-cv-01246 | WHB 2056 | Williams Hart & Boundas, LLP |
| 2904 | 3:25-cv-01249 | WHB 2057 | Williams Hart & Boundas, LLP |
| 2906 | 3:25-cv-01255 | WHB 2059 | Williams Hart & Boundas, LLP |
| 2952 | 3:25-cv-01349 | Jane Roe CL 105 | Cutter Law PC |
| 2989 | 3:25-cv-01493 | LS 553 | Levin Simes, LLP |
| 2990 | 3:25-cv-01693 | LS 554 | Levin Simes, LLP |
| 3013 | 3:25-cv-01711 | NLG (A.B.) | Nachawati Law Group |
| 3014 | 3:25-cv-01714 | NLG (M.G.) | Nachawati Law Group |
| 3016 | 3:25-cv-01717 | NLG (M.L.P.) | Nachawati Law Group |
| 3020 | 3:25-cv-01729 | NLG (ZD) | Nachawati Law Group |
| 3118 | 3:25-cv-02551 | C.O. | Peiffer Wolf Carr Kane Conway & Wise |

[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS

Case No. 3:23-md-03084-CRB

| MDLC ID | Case Number | Plaintiff Pseudonym | Plaintiff Firm |
|---|---|---|---|
| 3122 | 3:25-cv-02650 | K.B. | Peiffer Wolf Carr Kane Conway & Wise |
| 3151 | 3:25-cv-02616 | Jane Doe NLG (KS) | Nachawati Law Group |
| 3177 | 3:25-cv-02801 | LS 583 | Levin Simes, LLP |
| 3178 | 3:25-cv-02792 | LS 582 | Levin Simes, LLP |
| 3201 | 3:25-cv-02706 | Jane Doe NLG (KM) | Nachawati Law Group |
| 3209 | 3:25-cv-02899 | NLG (BC) | Nachawati Law Group |
| 3243 | 3:25-cv-03269 | Jane Doe LS 593 | Levin Simes, LLP |
| 3258 | 3:25-cv-01943 | CL 115 | Cutter Law PC |
| 3264 | 3:25-cv-02136 | CL 121 | Cutter Law PC |
| 3266 | 3:25-cv-02139 | CL 123 | Cutter Law PC |
| 3281 | 3:25-cv-03137 | CL 138 | Cutter Law PC |
| 3298 | 3:25-cv-03364 | J.M. | Pro se |
| 3314 | 3:25-cv-02949 | NLG (JH) | Nachawati Law Group |
| 3373 | 3:25-cv-04041 | JLG 134 | Johnson Law Group |
| 3380 | 3:25-cv-04071 | LS 598 | Levin Simes, LLP |
| 3443 | 3:25-cv-03818 | CL 153 | Cutter Law PC |
| 3456 | 3:25-cv-02956 | Jane Doe NLG (KM) | Nachawati Law Group |
| 3457 | 3:25-cv-02973 | Jane Doe NLG (SB) | Nachawati Law Group |
| 3473 | 3:25-cv-04582 | Jane Doe 691174 | Kherkher Garcia |
| 3512 | 3:25-cv-04699 | LS 601 | Levin Simes, LLP |
| 3543 | 3:25-cv-04979 | John Doe KGDG 020 | Kherkher Garcia |
| 3552 | 3:25-cv-04708 | CL 172 | Cutter Law PC |
| 3612 | 3:25-cv-05275 | P.L. 3612 | Cohen Hirsch, LP |

[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS

Case No. 3:23-md-03084-CRB

| MDLC ID | Case Number | Plaintiff Pseudonym | Plaintiff Firm |
|---|---|---|---|
| 3645 | 3:25-cv-05163 | NGL (MH) | Nachawati Law Group |
| 3648 | 3:25-cv-05318 | Jane Doe 690917 | Kherkher Garcia |
| 3681 | 3:25-cv-05571 | E.M. 3681 | Cohen Hirsch, LP |
| 3705 | 3:25-cv-05577 | KG 013 | Kherkher Garcia |
| 3708 | 3:25-cv-05582 | KG 016 | Kherkher Garcia |
| 3732 | 3:25-cv-05776 | NLG (R.G.) | Nachawati Law Group |
| 3748 | 3:25-cv-05865 | NLG (LL) | Nachawati Law Group |
| 3749 | 3:25-cv-05867 | NGL (NM) | Nachawati Law Group |
| 3758 | 3:25-cv-05942 | LS 616 | Levin Simes, LLP |
| 3759 | 3:25-cv-05884 | LS 614 | Levin Simes, LLP |
| 3773 | 3:25-cv-06077 | KG 039 | Kherkher Garcia |
| 3790 | 3:25-cv-06249 | LS 620 | Levin Simes, LLP |
| 3791 | 3:25-cv-06243 | LS 619 | Levin Simes, LLP |
| 3793 | 3:25-cv-06306 | LS 622 | Levin Simes, LLP |
| 3798 | 3:25-cv-06382 | I.C. | Peiffer Wolf Carr Kane Conway & Wise |
| 3814 | 3:25-cv-06031 | NLG (KF) | Nachawati Law Group |
| 3828 | 3:25-cv-06541 | LS 626 | Levin Simes, LLP |
| 3865 | 3:25-cv-06843 | B.P. | Peiffer Wolf Carr Kane Conway & Wise |