| | |
|---|---|
| 1 | Laura Vartain Horn (SBN 258485) |
| | **KIRKLAND & ELLIS LLP** |
| 2 | 555 California Street, Suite 2700 |
| | San Francisco, CA 94104 |
| 3 | Telephone: (415) 439-1625 |
| | laura.vartain@kirkland.com |
| 4 | |
| | Jessica Davidson (Admitted *Pro Hac Vice*) |
| 5 | Christopher D. Cox (Admitted *Pro Hac Vice*) |
| | **KIRKLAND & ELLIS LLP** |
| 6 | 601 Lexington Avenue |
| | New York, NY 10022 |
| 7 | Telephone: (212) 446-4800 |
| | jessica.davidson@kirkland.com |
| 8 | christopher.cox@kirkland.com |
| 9 | Allison M. Brown (Admitted *Pro Hac Vice*) |
| | **KIRKLAND & ELLIS LLP** |
| 10 | 2005 Market Street, Suite 1000 |
| | Philadelphia, PA 19103 |
| 11 | Telephone: (215) 268-5000 |
| | alli.brown@kirkland.com |
| 12 | |
| | *Attorneys for Defendants* |
| 13 | UBER TECHNOLOGIES, INC., RASIER, LLC, |
| | and RASIER-CA, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **CERTIFICATE OF SERVICE** |
| This Document Relates to: | Judge:      Hon. Charles R. Breyer |
| | Date:       January 16, 2026 |
| ALL ACTIONS | Time:       10:00 a.m. |
| | Courtroom:  6 – 17th Floor |

CERTIFICATE OF SERVICE
Case No. 3.23-md-03084-CRB (LJC)

I, the undersigned, hereby certify that on November 21, 2025, I electronically filed the foregoing documents with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

1. **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS**
2. **[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS**
3. **DECLARATION OF MICHAEL B. SHORTNACY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS**
4. **DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS**

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct. Executed on November 21, 2025 in San Francisco, California.

*/s/ Laura Vartain Horn*
LAURA VARTAIN HORN