1

**WAGSTAFF LAW FIRM**

2

Sommer D. Luther, CO 35053

940 Lincoln Street

3

Denver, CO 80203

Tel: (720) 208-9417

4

Fax: (888) 875-2889

5

sluther@wagstafflawfirm.com

Attorney for Plaintiff

6

*Admitted Pro Hac Vice*

7

**UNITED STATES DISTRICT COURT**

8

**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

9

10

IN RE: UBER TECHNOLOGIES, INC.,

No. 3:23-md-03084-CRB

11

PASSENGER SEXUAL ASSAULT LITIGATION

12

*This document relates to:*

**NOTICE OF FILING OF NEW ACTION**

13

KI.W.  v. UBER TECHNOLIGIES, INC., *et al.*; 3:25-

14

CV-09976-CRB

15

16

17

        Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

18

with Jury Demand in the above-referenced action was filed on November 19, 2025.

19

20

Dated: November 21, 2025

21

22

                                        Respectfully submitted,

23

                                        */s/ Sommer D. Luther*

                                        Sommer D. Luther, CO 35053

24

                                        **WAGSTAFF LAW FIRM**

25

                                        940 Lincoln Street

                                        Denver, CO 80203

26

                                        Tel: (720) 208-9417

                                        Fax: (888) 875-2889

27

                                        sluther@wagstafflawfirm.com

                                        Attorney for Plaintiff

28

                                        *Admitted Pro Hac Vice*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2025, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.


*/s/ Sommer D. Luther*

Sommer D. Luther

CASE NO. 3:23-md-03084-CRB                         NOTICE OF FILING OF NEW ACTION