1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

11

12

13

14

15

16

IN RE: UBER TECHNOLOGIES, INC.
PASSENGER SEXUAL ASSAULT
LITIGATION

_____

This Document Relates to:

*Jaylynn Dean v. Uber Technologies, Inc., et al.*,
CV-25-4276-PHX-CRB

Case No. 23-md-03084-CRB

Honorable Charles R. Breyer

**[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' ADMINISTRATIVE MOTION**
**TO FILE UNDER SEAL PORTIONS OF**
**EXHIBITS TO DEFENDANTS' RULE 702**
**MOTIONS**

17

18

19

20

21

22

23

24

25

26

27

28

1    Having considered Plaintiffs' November 24, 2025 Administrative Motion to File Under Seal

2    Portions of Exhibits to Defendants' Rule 702 Motions, the Court hereby **GRANTS** the Motion and

3    ORDERS that the following materials shall be sealed:

| Exhibit | Description of Material to Be Sealed |
|---|---|
| Exhibit 1 to Defendants' Motion to Exclude Opinions of Plaintiffs' Expert Dr. John Chandler (ECF 4342) | The names of Wave 1 Bellwether Plaintiffs B.L., LCHB128, A.R.2, and WHB 832 at p. i and ¶¶ 17, 136, 137, 207, 209, 213, 214, 215, 216, 217, 218, 219, and 220 |
| Exhibit 2 to Defendants' Motion to Exclude Opinions of Plaintiffs' Expert Dr. John Chandler (ECF 4342-1) | The name of Wave 1 Bellwether Plaintiff LCHB128 at 206:17 |
| Exhibit 6 to Defendants' Motion to Exclude Opinions of Plaintiffs' Expert Dr. John Chandler (ECF 4342-5) | The names of Wave 1 Bellwether Plaintiffs LCHB128, A.R.2, and WHB 832 at 435:6, 435:13, 445:9-10, 446:8-9, 446:11, 447:1, 449:2-3, 449:10, 450:11-12, 451:9, 453:16, 453:19, 453:25, 454:14, and 454:22 |
| Exhibit 1 to Defendants' Motion to Exclude Opinions of Plaintiffs' Expert Lacey Keller (ECF 4338) | The names of Wave 1 Bellwether Plaintiffs B.L., LCHB128, A.R.2, and WHB 832 at p. 53 ¶ 76, and Appendix D pp. 4, 5, 6, 7, 8, 16, 23, 20, and 37 |
| Exhibit 1 to Defendants' Motion to Exclude Opinions of Plaintiffs' Expert Thomas R. Tremblay (ECF 4350) | The name of third-party JW at Schedule A.1 p. 2, the address and private information of third party, SM, at Schedule A.1 p. 13, and the private medical information of Plaintiff Jaylynn Dean at Schedule A.1 p. 17 |

**IT IS SO ORDERED.**


Dated: _____

_____
Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
PORTIONS OF EXHIBITS TO DEFENDANTS' RULE 702 MOTIONS
Case No. 23-md-03084-CRB