1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, CV-25-4276-PHX-CRB | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NOS. 4355, 4377]** |

Having considered Defendants' November 10, 2025 and November 13, 2025 Administrative Motions to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| Defendants' Motion for Partial Summary Judgment (ECF 4379) | The name of third-party SM at 7:22, 7:23, 8:1, 8:4, 8:7, and 21:3. |
| Declaration of Johnathan Schneller in Support of Defendants' Motion for Partial Summary Judgment (ECF 4379-1) | The name of third-party SM at 4:6. |
| Exhibit 8 to Defendants' Motion for Partial Summary Judgment (ECF 4377) | The name of third-party SM at 176:2-3, 176:14, 176:25, 177:4, 177:8, 177:17, 178:3, 188:6-7, 188:11, 188:24, 189:8, 192:11, 201: 15, 201:20, 201:24, 202:7, 202:20, 202:24, 203:2, 203:5, 203:11, 204:6, 205:21, 208:22, 209:2, 209:9, 213:17, 214:17, 216:9, 217:4, 217:6, 259:19, 260:13, and 260:19. <br><br> SM's address at 259:16-18, and 260:14. <br><br> The details of SM's private life at 178:2-8, 178:20-23, 203:10-13, 203:16-18, and 222:17-20. <br><br> Plaintiff Jaylynn Dean's medical information at 205:7-17. |
| Exhibit 9 to Defendants' Motion for Partial Summary Judgment (ECF 4356-1) | Third-party SM's name at 1:9-10, 2:22-23, 3:9, and 70:5. <br><br> The details of SM's private life at 40:24, 41:11-42:13, 43:7, and 45:3-15. |
| Exhibit 10 to Defendants' Motion for Partial Summary Judgment (ECF 4356-1) | Third-party SM's name at pp. 3, 4, and 7. <br><br> Third-party JW's name at p. 4. <br><br> The address of third-party SM at pp. 3, 4, 8, and 21. <br><br> The details of SM's private life at pp. 3, 4, 7, and 10. <br><br> Plaintiff Jaylynn Dean's medical information at p. 3. |
| Exhibit 21 to Defendants' Motion for Partial Summary Judgment (ECF 4356-1) | The names of Wave 1 Bellwether Plaintiffs LCHB128, B.L., A.R.2, and WHB 832 at p. 8. |

2

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NOS. 4355, 4377]
Case No. 23-md-03084-CRB

**IT IS SO ORDERED.**

Dated: _____                    _____
                                      Hon. Charles R. Breyer
                                      United States District Judge

3

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NOS. 4355, 4377]
Case No. 23-md-03084-CRB