1
2
3
4
5
6

**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (888) 875-2889
sluther@wagstafflawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice*

7
8
9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

10
11

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT LITIGATION

No. 3:23-md-03084-CRB

12
13
14
15
16

*This document relates to:*

K.M.P.  v. UBER TECHNOLIGIES, INC., *et al.*; 3:25-CV-09958-CRB

**NOTICE OF FILING OF NEW ACTION**

17

     Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

18

with Jury Demand in the above-referenced action was filed on November 19, 2025.

19
20

Dated: November 24, 2025

21
22

Respectfully submitted,

23

*/s/ Sommer D. Luther*
Sommer D. Luther, CO 35053
**WAGSTAFF LAW FIRM**
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (888) 875-2889
sluther@wagstafflawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice*

24
25
26
27
28

1

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on November 24, 2025, I electronically transmitted the foregoing

3

NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for

4

filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

5

6

7                                          */s/ Sommer D. Luther*

8                                          Sommer D. Luther

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 3:23-md-03084-CRB                                    NOTICE OF FILING OF NEW ACTION