Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF KRISTEN RENEE FOURNIER IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

I, Kristen Renee Fournier, declare as follows:

1. I am an attorney at Kirkland & Ellis, L.L.P., counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Administrative Motion to Seal Certain Materials Attached to the Parties' Motions to Exclude Experts.

2. Counsel for Plaintiffs do not oppose Uber's proposed redactions.

3. Attached as **Exhibit A** is Ex. 1 to Uber's Motion to Exclude Bruce Weiner (Expert Report of Bruce Weiner) with Uber's proposed redactions.

4. Attached as **Exhibit B** is Ex. 2 to Uber's Motion to Exclude Bruce Weiner (Deposition of Bruce Weiner) with Uber's proposed redactions.

5. Attached as **Exhibit C** is Ex. 1 to Uber's Motion to Exclude Cynthia Rando, CHFP (Expert Report of Cynthia Rando, CHFP) with Uber's proposed redactions.

6. Attached as **Exhibit D** is Ex. 1 to Uber's Motion to Exclude John Chandler, Ph.D. (Expert Report of John Chandler, Ph.D.) with Uber's proposed redactions.

7. Attached as **Exhibit E** is Ex. 4 to Uber's Motion to Exclude John Chandler, Ph.D. (Rebuttal Expert Report of John Chandler, Ph.D.) with Uber's proposed redactions.

8. Attached as **Exhibit F** is Ex. 7 to Uber's Motion to Exclude John Chandler, Ph.D. (Rebuttal Report of Victoria Stodden, Ph.D.) with Uber's proposed redactions.

9. Attached as **Exhibit G** is Ex. 8 to Uber's Motion to Exclude John Chandler, Ph.D. (Incident Report Classification of Dominant Tickets for 2017-2024) with Uber's proposed redactions.

10. Attached as **Exhibit H** is Ex. 1 to Uber's Motion to Exclude Lacey Keller (Expert Report of Lacey Keller) with Uber's proposed redactions.

11. Attached as **Exhibit I** is Ex. 2 to Uber's Motion to Exclude Lacey Keller (Deposition of Lacey Keller) with Uber's proposed redactions.

12. Attached as **Exhibit J** is Ex. 1 to Uber's Motion to Exclude Thomas R. Tremblay (Expert Report of Thomas R. Tremblay) with Uber's proposed redactions.[1]

13. Attached as **Exhibit K** is Ex. 1 to Uber's Motion to Exclude Veronique Valliere (Expert Report of Veronique Valliere) with Uber's proposed redactions.

14. Attached as **Exhibit L** is Ex. 3 to Uber's Motion to Exclude Veronique Valliere (Deposition of Veronique Valliere) with Uber's proposed redactions.

15. Attached as **Exhibit M** is Ex. 1 to Uber's Motion to Exclude Lindsay D. Cameron, Ph.D. (Rebuttal Report of Lindsay D. Cameron, Ph.D.) with Uber's proposed redactions.

16. Attached as **Exhibit N** is Ex. C to Plaintiffs' Motion to Exclude Expert Testimony (Redacted Export Report of Vida Thomas) with Uber's proposed redactions.

17. Attached as **Exhibit O** is Plaintiffs' Motion to Exclude Expert Testimony with Uber's proposed redactions.

18. Attached as **Exhibit P** is Ex. B to Plaintiffs' Motion to Exclude Orchowski (Deposition of Lindsay Orchowski, Ph.D.) with Uber's proposed redactions.

19. Attached as **Exhibit Q** is the JCCP Court's Order Granting Uber's Motion to Enforce the Protective Order.

20. The previous version of the "Every 8 Minutes" ad included the following language in text on the screen: "A sexual crime was reported to Uber almost every eight minutes." The text on the screen attributed that statement to the *New York Times*' 8/7/25 article. The audio of the ad also previously stated "Almost every eight minutes a sexual crime was reported to Uber." This "sexual crime" language was removed from the ad at some point after Uber sent a cease-and-desist letter. The ad previously claimed and continues to claim that "Every eight minutes Uber tries to silence victims."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

---

[1] I understand that Plaintiffs have proposed redactions to Schedule A.1 to the Tremblay Report. Uber does not have any redactions to that portion of the report, and to avoid placing any information that Plaintiffs are seeking to seal on the public record, Uber has removed Schedule A.1 from its filing.

Dated:  November 24, 2025

*/s/ Kristen Renee Fournier*
KRISTEN RENEE FOURNIER