## Exhibit G

# EXHIBIT 8

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

*In re Uber Technologies, Inc., Passenger Sexual Assault Litigation* (Case No.: 3:23-MD-03084 CRB)
**Incident Report Classification of Dominant Tickets for 2017-2024**

In interrogatories served on February 26, 2025, Plaintiffs requested the following: "For each month in the year[s 2017 to 2024], specify by category, the number of Sexual Violence Incidents in the United States that YOU categorized into each of the 21 categories in Uber's Sexual Misconduct and Sexual Violence Taxonomy or categorized as 'Insufficient Information' or 'Parent Category Usage Tracking.'" Uber provided that information for the years 2017 to 2022 on April 17, 2025 (see Exhibit A) and for the years 2023 and 2024 on June 20, 2025 (see Exhibit B). On September 5, 2025, the Court ordered Uber to provide the categorization numbers from Uber's Flack database as they existed in the database at the time Uber provided its prior responses. ECF 3848.

By way of background,



---

[1]    In addition, to comply with the Court's order that Uber provide categorization numbers as they existed in the Flack database at the time Uber provided its previous responses, Uber has queried the datatable snapshots that are closest in time to data previously provided. For the 2017-22 data, the identified snapshot is from approximately three weeks after the prior data pull, and for the 2023-24 data, the relevant snapshot is from the same date as the prior data pull. For the period 2017-22, differences between the numbers below and those provided in Exhibits A and B may also be attributable to this time difference, although Uber believes the effect is negligible as compared to the "dominant ticket" explanation described above.

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

The foundations of Uber's safety incident data are reports received by Uber. Incident reports come into Uber's support centers through more than 10 different reporting channels. For example, when a user reports an incident via the Uber app,

Safety incident reports from the period 2017 to 2024 have been classified based on Uber's Sexual Violence and Sexual Misconduct Taxonomy. To develop this Taxonomy, Uber partnered with experts from the National Sexual Violence Resource Center ("NSVRC") and the Urban Institute to better understand the reality of unwanted sexual experiences. Creating the Taxonomy was a 21-month effort and involved extensive internal testing to develop a classification method that is evidence-based and reliant on behaviorally-specific definitions. To apply the Taxonomy, Uber created a specialized audit team to review and accurately categorize hundreds of thousands of safety and non-safety reports. The audit process consisted of three phases: ensuring all relevant safety incident reports over that time period were audited, auditing to a high standard of quality, and updating the historical data with the most accurate classification. This three-phase process allowed Uber to have measurably high degrees of classification accuracy, reliability, and consistency in standards when producing data for the five most severe safety incidents in all three of Uber's U.S. Safety Reports. The U.S. Safety Reports include categories within Uber's Sexual Violence and Sexual Misconduct Taxonomy that, in aggregate, have at least 85% of auditor classifications aligned with internal Safety Taxonomy experts. The audit and validation process that was completed for 2017-18, 2019-2020, and 2021-22 data sets prior to the publication of the Safety Reports that covered those time periods has not been completed for the 2023-24 data set, which represents a significant additional limitation with respect to the 2023-24 data in particular, beyond those discussed below, which apply more generally.

Auditor alignment is important because there is inherent difficulty in categorizing unwanted sexual experiences. Even among experts, and despite the Taxonomy's behaviorally specific definitions, auditor interpretations of Uber user reports of sexual assault can differ, particularly in instances where information is unclear or incomplete, meaning categorization opinions can differ from one auditor to another. Some categories within the Sexual Misconduct and Sexual Violence Taxonomy are more challenging to classify than others, particularly those involving non-sexual body parts, "attempted" sexual assault, or vague descriptions of comments or gestures. With

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. **Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.**

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

situations involving non-sexual body parts, Uber agents and auditors must determine if the contact was interpreted by the reporting party as being sexual or romantic in nature. This context is not always indicated or evident in the incident report. Plaintiffs' request seeks data regarding such categories.

A single incident might be placed into several different categories at different stages during the intake, review, or audit processes—and indeed, a single incident may be reported via more than one reporter, or reporting channel. The categorizations are based on – and limited by – the information Uber receives. Because single incidents often have multiple reports that may change in substance over time, or reflect the differing perspectives of multiple parties, the categorization for the same incident may be different for each report, based on the information provided. In addition, the incident data produced to Plaintiffs in this litigation include both reports received from reporting parties, as well as reports sent out to both reporting and reported against parties.

This difficulty of categorizing incidents increases for less severe categories within the Taxonomy, both because the categorization is limited to what the reporting party or parties communicated and because classification of these incidents is inherently more subjective. For example, reports such as "sexual comments" or "sexy talk," with no additional detail, may be challenging for frontline agents or auditors to classify consistently and accurately. Because the categorization could reasonably change over time as more information is provided, even the number of categorizations provided below does not and cannot accurately reflect the volume of incidents by category.

Below are just two examples where multiple categorizations for the same underlying incident occur:

- **Example #1:** In this example, there are four unique categorizations for a single incident.
  - Ticket #1: A rider called into Uber support to report: "that the Driver asked sexually inappropriate questions," which was categorized by frontline agents as "Sexual Misconduct - Comments or Gestures - Explicit Comments."
  - Ticket #2: A different support agent then reached out to the driver, which frontline agents categorized as "Sexual Misconduct - Comments or Gestures - Asking Personal Questions," based on the initial information provided in Ticket #1.
  - Ticket #3: The rider then reported again to Uber: that "the driver was making 'sexual comments' calling her 'sexy' and asking her out on a date," which was categorized by frontline agents as "Sexual Misconduct - Comments or Gestures - Comments About Appearance."

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. **Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.**

- ○ <u>Ticket #4</u>: The rider called Uber again to add additional information that "the driver was making sexual advances towards her talking about her body was curvaceous and asked her on a date," which frontline agents categorized as "Sexual Misconduct - Comments or Gestures - Flirting."

- **<u>Example #2</u>:** In this example, there are two unique categorizations for a single incident.
  - ○ <u>Ticket #1</u>: A rider wrote in to Uber support to report: that "the driver suggested I introduce him to my parents so that we get married then look back at me and got really happy looking me up and down," which was categorized by frontline agents as "Sexual Misconduct - Comments or Gestures - Flirting."
  - ○ <u>Ticket #2</u>: A different support agent reviewed the same information and reached out to the driver, which frontline agents categorized as "Sexual Misconduct - Comments or Gestures - Staring or Leering."

Lastly, Uber strives to continually improve the Sexual Misconduct and Violence Taxonomy, as well as improve the training and guidance to those that apply it. The Taxonomy is not a static document and has evolved to improve the ability to capture behaviorally-specific information over the period of time that data is requested (2017-2024). For that reason, **month-over-month category-level data in general may not and in certain instances does not reflect changes in the trends of actual behavior observed on the Uber platform over time**. Rather, trends in data over time may reflect updates to the Taxonomy or improvements to its application. For example, a Taxonomy update was made within Uber in early 2020 to separate and distinguish reports of "Masturbation" from "Self Touching / Indecent Exposure." Prior to this, reports of both behaviors were grouped together into a single category - "Masturbation / Indecent Exposure." While some historical auditing was conducted to retroactively classify against the updated categories, not all tickets were updated to the most recent categorization. As a result, the original grouped category of "Masturbation / Indecent Exposure" drops to 0 over time. This does not, however, represent a drop to 0 reported incidents of "Masturbation / Indecent Exposure." Similarly, as a second example, as part of Uber's policy of continuous improvement to categorization and interpretation of reported user experiences, revised agent guidance was continually provided throughout 2017-2024.

Notwithstanding the inherent limitations of such data, and pursuant to the Court's September 5, 2025 order (ECF 3848), in response to Plaintiffs' request in the quoted language above, Uber is providing herein, for the period 2017 through 2024, month-by-month numbers of dominant tickets by category for the 21 categories (as well as "Insufficient Information" and "Parent Category Usage Tracking") associated with the 2017-2024 incident report data.

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

It is also important to note that this information applies the Flack logic and therefore reflects the Taxonomy categorization of the "dominant ticket" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident. If there are multiple reports for a single incident (*e.g.*, a Jira ticket and one or more Bliss tickets or multiple Bliss tickets), Flack ██████████████████████████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ This also means that information below does not include instances where the dominant ticket is not a report of sexual assault or sexual misconduct, but such a report may have been made on that trip nonetheless. For example:

- Ticket #1: A rider wrote to Uber support that their driver "told me that I was fat and ugly and kicked me out of the car," which frontline agents categorized as "Sexual Misconduct - Comments or Gestures - Comments About Appearance."
- Ticket #2 (identified by Flack logic as dominant ticket): The driver reported to Uber that the "Rider was kicking and spitting on the drivers car and punching the car and riders refused to wear a mask. Riders were cursing the driver. Driver does not want to be paired with the riders again," which frontline agents categorized as a Verbal Altercation.

The raw categorization numbers provided herein do not take into account the volume of U.S. trips annually, which fluctuates from year to year: approx. 1 billion in 2017, approx. 1.3 billion in 2018, approx. 1.4 billion in 2019, approx. 650 million in 2020, approx. 770 million in 2021, approx. 1.1 billion in 2022, approx. 1.4 billion in 2023, and approx. 1.5 billion in 2024. Accordingly, Uber has also provided in the tables below to include the following information: (i) total number of Rides Trips with a Reported Incident where the dominant ticket was classified in any category within the Sexual Misconduct and Violence Taxonomy, per month; (ii) total number of Completed Rides Trips per month; and (iii) percentage of Rides Trips with a Reported Incident where the dominant ticket was classified in any category within the Sexual Misconduct and Violence Taxonomy (rounded to nearest one-thousandth of one percent), per month.[2]

---

[2] This Rides Trips information was prepared for this litigation in response to Plaintiffs' request, and is not subject to the auditing conducted in connection with financial or regulatory reporting, and therefore may not reflect the same information provided pursuant to that reporting. However, Uber believes this Rides Trips information is true and correct.

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

### Number of Dominant Tickets By Category for 2017 Incidents Included Within Flack "On Trip Incidents" Data Table**

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2017 | Feb. 2017 | Mar. 2017 | Apr. 2017 | May 2017 | June 2017 | July 2017 | Aug. 2017 | Sept. 2017 | Oct. 2017 | Nov. 2017 | Dec. 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Parent Category Usage Tracking | | | | | | | | | | | | |
| Sexual Misconduct - Insufficient Information | | | | | | | | | | | | |
| Sexual Misconduct - Staring or Leering | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Asking Personal Questions | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Comments About Appearance | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2017 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2017 | Feb. 2017 | Mar. 2017 | Apr. 2017 | May 2017 | June 2017 | July 2017 | Aug. 2017 | Sept. 2017 | Oct. 2017 | Nov. 2017 | Dec. 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Comments or Gestures - Flirting | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Explicit Gestures | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Explicit Comments | | | | | | | | | | | | |
| Sexual Misconduct - Displaying Indecent Material | | | | | | | | | | | | |
| Sexual Misconduct - Indecent Photography/Videography Without Consent | | | | | | | | | | | | |
| Sexual Misconduct - Soliciting Sexual Act | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2017 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.
\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2017 | Feb. 2017 | Mar. 2017 | Apr. 2017 | May 2017 | June 2017 | July 2017 | Aug. 2017 | Sept. 2017 | Oct. 2017 | Nov. 2017 | Dec. 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Masturbation / Indecent Exposure | | | | | | | | | | | | |
| Sexual Misconduct - Self Touching/Indecent Exposure | | | | | | | | | | | | |
| Sexual Misconduct - Masturbation | | | | | | | | | | | | |
| Sexual Misconduct - Verbal Threat of Sexual Assault | | | | | | | | | | | | |
| Sexual Assault - Parent Category Usage Tracking | | | | | | | | | | | | |
| Sexual Assault - Insufficient Information | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2017 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2017 | Feb. 2017 | Mar. 2017 | Apr. 2017 | May 2017 | June 2017 | July 2017 | Aug. 2017 | Sept. 2017 | Oct. 2017 | Nov. 2017 | Dec. 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault - Attempted Touching - Non-Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Attempted Kissing - Non-Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Attempted Touching - Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Attempted Kissing - Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Touching - Non-Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Kissing - Non-Sexual Body Part | | | | | | | | | | | | |

Page 9 of 73

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**Number of Dominant Tickets By Category for 2017 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2017 | Feb. 2017 | Mar. 2017 | Apr. 2017 | May 2017 | June 2017 | July 2017 | Aug. 2017 | Sept. 2017 | Oct. 2017 | Nov. 2017 | Dec. 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault - Attempted Non-Consensual Sexual Penetration | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Touching - Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Kissing - Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Sexual Penetration | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER**

### Number of Dominant Tickets By Category for 2017 Incidents Included Within Flack "On Trip Incidents" Data Table**

* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

** Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2017 | Feb. 2017 | Mar. 2017 | Apr. 2017 | May 2017 | June 2017 | July 2017 | Aug. 2017 | Sept. 2017 | Oct. 2017 | Nov. 2017 | Dec. 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total # of Unique Rides Trips with a Reported SA/SM Incident Based on the Dominant Ticket | 5,064 | 5,073 | 6,223 | 6,136 | 5,978 | 6,026 | 6,303 | 5,672 | 5,797 | 6,438 | 6,001 | 6,369 |
| Total # of Completed Rides Trips | 76,649,328 | 74,704,171 | 86,498,906 | 83,489,070 | 84,644,239 | 82,835,721 | 84,981,094 | 86,720,828 | 90,009,002 | 96,213,670 | 91,705,345 | 96,388,928 |
| % of Rides Trips with a Reported SA/SM Incident Based on the Dominant Ticket (rounded) | 0.007% | 0.007% | 0.007% | 0.007% | 0.007% | 0.007% | 0.007% | 0.007% | 0.006% | 0.007% | 0.007% | 0.007% |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2018 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2018 | Feb. 2018 | Mar. 2018 | Apr. 2018 | May 2018 | June 2018 | July 2018 | Aug. 2018 | Sept. 2018 | Oct. 2018 | Nov. 2018 | Dec. 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Parent Category Usage Tracking | | | | | | | | | | | | |
| Sexual Misconduct - Insufficient Information | | | | | | | | | | | | |
| Sexual Misconduct - Staring or Leering | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Asking Personal Questions | | | | | | | | | | | | |

Page 12 of 73

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2018 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2018 | Feb. 2018 | Mar. 2018 | Apr. 2018 | May 2018 | June 2018 | July 2018 | Aug. 2018 | Sept. 2018 | Oct. 2018 | Nov. 2018 | Dec. 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Comments or Gestures - Comments About Appearance | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Flirting | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Explicit Gestures | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2018 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.
\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2018 | Feb. 2018 | Mar. 2018 | Apr. 2018 | May 2018 | June 2018 | July 2018 | Aug. 2018 | Sept. 2018 | Oct. 2018 | Nov. 2018 | Dec. 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Comments or Gestures - Explicit Comments | | | | | | | | | | | | |
| Sexual Misconduct - Displaying Indecent Material | | | | | | | | | | | | |
| Sexual Misconduct - Indecent Photography/Videography Without Consent | | | | | | | | | | | | |

Page 14 of 73

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2018 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.
\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2018 | Feb. 2018 | Mar. 2018 | Apr. 2018 | May 2018 | June 2018 | July 2018 | Aug. 2018 | Sept. 2018 | Oct. 2018 | Nov. 2018 | Dec. 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Soliciting Sexual Act | | | | | | | | | | | | |
| Sexual Misconduct - Masturbation / Indecent Exposure | | | | | | | | | | | | |
| Sexual Misconduct - Self Touching/Indecent Exposure | | | | | | | | | | | | |
| Sexual Misconduct – Masturbation | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2018 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2018 | Feb. 2018 | Mar. 2018 | Apr. 2018 | May 2018 | June 2018 | July 2018 | Aug. 2018 | Sept. 2018 | Oct. 2018 | Nov. 2018 | Dec. 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Verbal Threat of Sexual Assault | | | | | | | | | | | | |
| Sexual Assault - Parent Category Usage Tracking | | | | | | | | | | | | |
| Sexual Assault - Insufficient Information | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**Number of Dominant Tickets By Category for 2018 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2018 | Feb. 2018 | Mar. 2018 | Apr. 2018 | May 2018 | June 2018 | July 2018 | Aug. 2018 | Sept. 2018 | Oct. 2018 | Nov. 2018 | Dec. 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault - Attempted Touching - Non-Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Attempted Kissing - Non-Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Attempted Touching - Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Attempted Kissing - Sexual Body Part | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER**



| Number of Dominant Tickets By Category for 2018 Incidents Included Within Flack "On Trip Incidents" Data Table** |
|---|
| * This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report. |
| ** Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy. |

| Category | Jan. 2018 | Feb. 2018 | Mar. 2018 | Apr. 2018 | May 2018 | June 2018 | July 2018 | Aug. 2018 | Sept. 2018 | Oct. 2018 | Nov. 2018 | Dec. 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault - Non-Consensual Touching - Non-Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Kissing - Non Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Attempted Non-Consensual Sexual Penetration | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**Number of Dominant Tickets By Category for 2018 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2018 | Feb. 2018 | Mar. 2018 | Apr. 2018 | May 2018 | June 2018 | July 2018 | Aug. 2018 | Sept. 2018 | Oct. 2018 | Nov. 2018 | Dec. 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault - Non-Consensual Touching - Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Kissing - Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Sexual Penetration | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**Number of Dominant Tickets By Category for 2018 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2018 | Feb. 2018 | Mar. 2018 | Apr. 2018 | May 2018 | June 2018 | July 2018 | Aug. 2018 | Sept. 2018 | Oct. 2018 | Nov. 2018 | Dec. 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total # of Unique Rides Trips with a Reported SA/SM Incident Based on the Dominant Ticket | 6,222 | 6,514 | 7,622 | 7,517 | 8,055 | 8,191 | 8,364 | 8,680 | 8,709 | 7,926 | 7,446 | 8,218 |
| Total # of Completed Rides Trips | 95,755,122 | 95,944,899 | 110,783,307 | 105,137,197 | 106,640,568 | 103,168,759 | 104,887,986 | 108,861,113 | 110,151,857 | 115,255,378 | 110,977,073 | 110,774,185 |
| % of Rides Trips with a Reported SA/SM Incident Based on the Dominant Ticket (rounded) | 0.006% | 0.007% | 0.007% | 0.007% | 0.008% | 0.008% | 0.008% | 0.008% | 0.008% | 0.007% | 0.007% | 0.007% |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

| Number of Dominant Tickets By Category for 2019 Incidents Included Within Flack "On Trip Incidents" Data Table** |
|---|
| * This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report. <br> ** Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy. |

| Category | Jan. 2019 | Feb. 2019 | Mar. 2019 | Apr. 2019 | May 2019 | June 2019 | July 2019 | Aug. 2019 | Sept. 2019 | Oct. 2019 | Nov. 2019 | Dec. 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Parent Category Usage Tracking | | | | | | | | | | | | |
| Sexual Misconduct - Insufficient Information | | | | | | | | | | | | |
| Sexual Misconduct - Staring or Leering | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Asking Personal Questions | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2019 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2019 | Feb. 2019 | Mar. 2019 | Apr. 2019 | May 2019 | June 2019 | July 2019 | Aug. 2019 | Sept. 2019 | Oct. 2019 | Nov. 2019 | Dec. 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Comments or Gestures - Comments About Appearance | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures – Flirting | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Explicit Gestures | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Explicit Comments | | | | | | | | | | | | |
| Sexual Misconduct - Displaying Indecent Material | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2019 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2019 | Feb. 2019 | Mar. 2019 | Apr. 2019 | May 2019 | June 2019 | July 2019 | Aug. 2019 | Sept. 2019 | Oct. 2019 | Nov. 2019 | Dec. 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Indecent Photography/Videography Without Consent | | | | | | | | | | | | |
| Sexual Misconduct - Soliciting Sexual Act | | | | | | | | | | | | |
| Sexual Misconduct - Masturbation / Indecent Exposure | | | | | | | | | | | | |
| Sexual Misconduct - Self Touching/Indecent Exposure | | | | | | | | | | | | |
| Sexual Misconduct – Masturbation | | | | | | | | | | | | |
| Sexual Misconduct - Verbal Threat of Sexual Assault | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**Number of Dominant Tickets By Category for 2019 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2019 | Feb. 2019 | Mar. 2019 | Apr. 2019 | May 2019 | June 2019 | July 2019 | Aug. 2019 | Sept. 2019 | Oct. 2019 | Nov. 2019 | Dec. 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault - Parent Category Usage Tracking | | | | | | | | | | | | |
| Sexual Assault - Insufficient Information | | | | | | | | | | | | |
| Sexual Assault - Attempted Touching - Non-Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Attempted Kissing - Non-Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Attempted Touching - Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Attempted Kissing - Sexual Body Part | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2019 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2019 | Feb. 2019 | Mar. 2019 | Apr. 2019 | May 2019 | June 2019 | July 2019 | Aug. 2019 | Sept. 2019 | Oct. 2019 | Nov. 2019 | Dec. 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault - Non-Consensual Touching - Non-Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Kissing - Non-Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Attempted Non-Consensual Sexual Penetration | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Touching - Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Kissing - Sexual Body Part | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2019 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2019 | Feb. 2019 | Mar. 2019 | Apr. 2019 | May 2019 | June 2019 | July 2019 | Aug. 2019 | Sept. 2019 | Oct. 2019 | Nov. 2019 | Dec. 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault - Non-Consensual Sexual Penetration | | | | | | | | | | | | |
| Total # of Unique Rides Trips with a Reported SA/SM Incident Based on the Dominant Ticket | 8,779 | 8,397 | 9,378 | 8,129 | 8,522 | 8,321 | 8,127 | 8,326 | 7,822 | 7,814 | 7,780 | 7,806 |
| Total # of Completed Rides Trips | 108,366,654 | 107,199,024 | 131,677,673 | 118,811,858 | 120,999,026 | 112,628,388 | 113,382,376 | 119,454,622 | 118,464,452 | 125,855,054 | 121,753,145 | 118,219,638 |
| % of Rides Trips with a Reported SA/SM Incident Based on the Dominant Ticket (rounded) | 0.008% | 0.008% | 0.007% | 0.007% | 0.007% | 0.007% | 0.007% | 0.007% | 0.007% | 0.006% | 0.006% | 0.007% |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**Number of Dominant Tickets By Category for 2020 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2020 | Feb. 2020 | Mar. 2020 | Apr. 2020 | May 2020 | June 2020 | July 2020 | Aug. 2020 | Sept. 2020 | Oct. 2020 | Nov. 2020 | Dec. 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Parent Category Usage Tracking | | | | | | | | | | | | |
| Sexual Misconduct - Insufficient Information | | | | | | | | | | | | |
| Sexual Misconduct - Staring or Leering | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Asking Personal Questions | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2020 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.



| Category | Jan. 2020 | Feb. 2020 | Mar. 2020 | Apr. 2020 | May 2020 | June 2020 | July 2020 | Aug. 2020 | Sept. 2020 | Oct. 2020 | Nov. 2020 | Dec. 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Comments or Gestures - Comments About Appearance | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Flirting | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Explicit Gestures | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2020 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2020 | Feb. 2020 | Mar. 2020 | Apr. 2020 | May 2020 | June 2020 | July 2020 | Aug. 2020 | Sept. 2020 | Oct. 2020 | Nov. 2020 | Dec. 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Comments or Gestures - Explicit Comments | | | | | | | | | | | | |
| Sexual Misconduct - Displaying Indecent Material | | | | | | | | | | | | |
| Sexual Misconduct - Indecent Photography/Videography Without Consent | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**Number of Dominant Tickets By Category for 2020 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2020 | Feb. 2020 | Mar. 2020 | Apr. 2020 | May 2020 | June 2020 | July 2020 | Aug. 2020 | Sept. 2020 | Oct. 2020 | Nov. 2020 | Dec. 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Soliciting Sexual Act | | | | | | | | | | | | |
| Sexual Misconduct - Masturbation / Indecent Exposure | | | | | | | | | | | | |
| Sexual Misconduct - Self Touching/Indecent Exposure | | | | | | | | | | | | |
| Sexual Misconduct - Masturbation | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2020 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2020 | Feb. 2020 | Mar. 2020 | Apr. 2020 | May 2020 | June 2020 | July 2020 | Aug. 2020 | Sept. 2020 | Oct. 2020 | Nov. 2020 | Dec. 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Verbal Threat of Sexual Assault | | | | | | | | | | | | |
| Sexual Assault - Parent Category Usage Tracking | | | | | | | | | | | | |
| Sexual Assault - Insufficient Information | | | | | | | | | | | | |
| Sexual Assault - Attempted Touching - Non-Sexual Body Part | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2020 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2020 | Feb. 2020 | Mar. 2020 | Apr. 2020 | May 2020 | June 2020 | July 2020 | Aug. 2020 | Sept. 2020 | Oct. 2020 | Nov. 2020 | Dec. 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault - Attempted Kissing - Non-Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Attempted Touching - Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Attempted Kissing - Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Touching - Non-Sexual Body Part | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2020 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2020 | Feb. 2020 | Mar. 2020 | Apr. 2020 | May 2020 | June 2020 | July 2020 | Aug. 2020 | Sept. 2020 | Oct. 2020 | Nov. 2020 | Dec. 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault - Non-Consensual Kissing - Non-Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Attempted Non-Consensual Sexual Penetration | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Touching - Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Kissing - Sexual Body Part | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2020 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2020 | Feb. 2020 | Mar. 2020 | Apr. 2020 | May 2020 | June 2020 | July 2020 | Aug. 2020 | Sept. 2020 | Oct. 2020 | Nov. 2020 | Dec. 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault - Non-Consensual Sexual Penetration | | | | | | | | | | | | |
| Total # of Unique Rides Trips with a Reported SA/SM Incident Based on the Dominant Ticket | 6,926 | 7,121 | 4,594 | 1,846 | 2,311 | 2,621 | 2,661 | 2,745 | 2,676 | 3,017 | 2,449 | 2,393 |
| Total # of Completed Rides Trips | 112,160,589 | 116,710,856 | 69,070,130 | 19,905,554 | 26,466,638 | 33,474,603 | 39,072,780 | 42,883,253 | 45,721,750 | 52,695,951 | 45,158,465 | 44,307,242 |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**Number of Dominant Tickets By Category for 2020 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2020 | Feb. 2020 | Mar. 2020 | Apr. 2020 | May 2020 | June 2020 | July 2020 | Aug. 2020 | Sept. 2020 | Oct. 2020 | Nov. 2020 | Dec. 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % of Rides Trips with a Reported SA/SM Incident Based on the Dominant Ticket (rounded) | 0.006% | 0.006% | 0.007% | 0.009% | 0.009% | 0.008% | 0.007% | 0.006% | 0.006% | 0.006% | 0.005% | 0.005% |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2021 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2021 | Feb. 2021 | Mar. 2021 | Apr. 2021 | May 2021 | June 2021 | July 2021 | Aug. 2021 | Sept. 2021 | Oct. 2021 | Nov. 2021 | Dec. 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Parent Category Usage Tracking | | | | | | | | | | | | |
| Sexual Misconduct - Insufficient Information | | | | | | | | | | | | |
| Sexual Misconduct - Staring or Leering | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Asking Personal Questions | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**Number of Dominant Tickets By Category for 2021 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.



| Category | Jan. 2021 | Feb. 2021 | Mar. 2021 | Apr. 2021 | May 2021 | June 2021 | July 2021 | Aug. 2021 | Sept. 2021 | Oct. 2021 | Nov. 2021 | Dec. 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Comments or Gestures - Comments About Appearance | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Flirting | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Explicit Gestures | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2021 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2021 | Feb. 2021 | Mar. 2021 | Apr. 2021 | May 2021 | June 2021 | July 2021 | Aug. 2021 | Sept. 2021 | Oct. 2021 | Nov. 2021 | Dec. 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Comments or Gestures - Explicit Comments | | | | | | | | | | | | |
| Sexual Misconduct - Displaying Indecent Material | | | | | | | | | | | | |
| Sexual Misconduct - Indecent Photography/Videography Without Consent | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2021 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.



| Category | Jan. 2021 | Feb. 2021 | Mar. 2021 | Apr. 2021 | May 2021 | June 2021 | July 2021 | Aug. 2021 | Sept. 2021 | Oct. 2021 | Nov. 2021 | Dec. 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Soliciting Sexual Act | | | | | | | | | | | | |
| Sexual Misconduct - Masturbation / Indecent Exposure | | | | | | | | | | | | |
| Sexual Misconduct - Self Touching/Indecent Exposure | | | | | | | | | | | | |
| Sexual Misconduct - Masturbation | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2021 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2021 | Feb. 2021 | Mar. 2021 | Apr. 2021 | May 2021 | June 2021 | July 2021 | Aug. 2021 | Sept. 2021 | Oct. 2021 | Nov. 2021 | Dec. 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Verbal Threat of Sexual Assault | | | | | | | | | | | | |
| Sexual Assault - Parent Category Usage Tracking | | | | | | | | | | | | |
| Sexual Assault - Insufficient Information | | | | | | | | | | | | |
| Sexual Assault - Attempted Touching - Non-Sexual Body Part | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2021 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2021 | Feb. 2021 | Mar. 2021 | Apr. 2021 | May 2021 | June 2021 | July 2021 | Aug. 2021 | Sept. 2021 | Oct. 2021 | Nov. 2021 | Dec. 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault - Attempted Kissing - Non-Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Attempted Touching - Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Attempted Kissing - Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Touching - Non-Sexual Body Part | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2021 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2021 | Feb. 2021 | Mar. 2021 | Apr. 2021 | May 2021 | June 2021 | July 2021 | Aug. 2021 | Sept. 2021 | Oct. 2021 | Nov. 2021 | Dec. 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault - Non-Consensual Kissing - Non-Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Attempted Non-Consensual Sexual Penetration | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Touching - Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Kissing - Sexual Body Part | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2021 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2021 | Feb. 2021 | Mar. 2021 | Apr. 2021 | May 2021 | June 2021 | July 2021 | Aug. 2021 | Sept. 2021 | Oct. 2021 | Nov. 2021 | Dec. 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault - Non-Consensual Sexual Penetration | | | | | | | | | | | | |
| Total # of Unique Rides Trips with a Reported SA/SM Incident Based on the Dominant Ticket | 2,493 | 2,268 | 2,708 | 2,369 | 2,804 | 2,811 | 3,138 | 3,171 | 3,187 | 3,490 | 3,090 | 3,261 |
| Total # of Completed Rides Trips | 46,732,603 | 45,913,271 | 56,303,072 | 57,414,686 | 62,641,118 | 63,157,235 | 68,369,836 | 66,602,958 | 69,051,999 | 81,308,893 | 76,581,429 | 76,869,125 |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**Number of Dominant Tickets By Category for 2021 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2021 | Feb. 2021 | Mar. 2021 | Apr. 2021 | May 2021 | June 2021 | July 2021 | Aug. 2021 | Sept. 2021 | Oct. 2021 | Nov. 2021 | Dec. 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % of Rides Trips with a Reported SA/SM Incident Based on the Dominant Ticket (rounded) | 0.005% | 0.005% | 0.005% | 0.004% | 0.004% | 0.004% | 0.005% | 0.005% | 0.005% | 0.004% | 0.004% | 0.004% |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2022 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2022 | Feb. 2022 | Mar. 2022 | Apr. 2022 | May 2022 | June 2022 | July 2022 | Aug. 2022 | Sept. 2022 | Oct. 2022 | Nov. 2022 | Dec. 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Parent Category Usage Tracking | | | | | | | | | | | | |
| Sexual Misconduct - Insufficient Information | | | | | | | | | | | | |
| Sexual Misconduct - Staring or Leering | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Asking Personal Questions | | | | | | | | | | | | |

Page 45 of 73

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2022 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2022 | Feb. 2022 | Mar. 2022 | Apr. 2022 | May 2022 | June 2022 | July 2022 | Aug. 2022 | Sept. 2022 | Oct. 2022 | Nov. 2022 | Dec. 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Comments or Gestures - Comments About Appearance | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Flirting | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Explicit Gestures | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**Number of Dominant Tickets By Category for 2022 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2022 | Feb. 2022 | Mar. 2022 | Apr. 2022 | May 2022 | June 2022 | July 2022 | Aug. 2022 | Sept. 2022 | Oct. 2022 | Nov. 2022 | Dec. 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Comments or Gestures - Explicit Comments | | | | | | | | | | | | |
| Sexual Misconduct - Displaying Indecent Material | | | | | | | | | | | | |
| Sexual Misconduct - Indecent Photography/Videography Without Consent | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2022 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2022 | Feb. 2022 | Mar. 2022 | Apr. 2022 | May 2022 | June 2022 | July 2022 | Aug. 2022 | Sept. 2022 | Oct. 2022 | Nov. 2022 | Dec. 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Soliciting Sexual Act | | | | | | | | | | | | |
| Sexual Misconduct - Masturbation / Indecent Exposure | | | | | | | | | | | | |
| Sexual Misconduct - Self Touching/Indecent Exposure | | | | | | | | | | | | |
| Sexual Misconduct - Masturbation | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2022 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2022 | Feb. 2022 | Mar. 2022 | Apr. 2022 | May 2022 | June 2022 | July 2022 | Aug. 2022 | Sept. 2022 | Oct. 2022 | Nov. 2022 | Dec. 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Verbal Threat of Sexual Assault | | | | | | | | | | | | |
| Sexual Assault - Parent Category Usage Tracking | | | | | | | | | | | | |
| Sexual Assault - Insufficient Information | | | | | | | | | | | | |
| Sexual Assault - Attempted Touching - Non-Sexual Body Part | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2022 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2022 | Feb. 2022 | Mar. 2022 | Apr. 2022 | May 2022 | June 2022 | July 2022 | Aug. 2022 | Sept. 2022 | Oct. 2022 | Nov. 2022 | Dec. 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault - Attempted Kissing - Non-Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Attempted Touching - Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Attempted Kissing - Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Touching - Non-Sexual Body Part | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2022 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2022 | Feb. 2022 | Mar. 2022 | Apr. 2022 | May 2022 | June 2022 | July 2022 | Aug. 2022 | Sept. 2022 | Oct. 2022 | Nov. 2022 | Dec. 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault - Non-Consensual Kissing - Non-Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Attempted Non-Consensual Sexual Penetration | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Touching - Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Kissing - Sexual Body Part | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**Number of Dominant Tickets By Category for 2022 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2022 | Feb. 2022 | Mar. 2022 | Apr. 2022 | May 2022 | June 2022 | July 2022 | Aug. 2022 | Sept. 2022 | Oct. 2022 | Nov. 2022 | Dec. 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault - Non-Consensual Sexual Penetration | | | | | | | | | | | | |
| Total # of Unique Rides Trips with a Reported SA/SM Incident Based on the Dominant Ticket | 2,908 | 3,147 | 3,795 | 3,961 | 4,237 | 4,521 | 4,858 | 4,914 | 5,191 | 5,360 | 4,953 | 5,088 |
| Total # of Completed Rides Trips | 70,717,934 | 75,456,343 | 91,703,047 | 91,414,745 | 93,096,244 | 91,568,258 | 94,243,673 | 96,263,475 | 101,128,939 | 111,213,495 | 99,973,076 | 103,853,068 |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**Number of Dominant Tickets By Category for 2022 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2022 | Feb. 2022 | Mar. 2022 | Apr. 2022 | May 2022 | June 2022 | July 2022 | Aug. 2022 | Sept. 2022 | Oct. 2022 | Nov. 2022 | Dec. 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % of Rides Trips with a Reported SA/SM Incident Based on the Dominant Ticket (rounded) | 0.004% | 0.004% | 0.004% | 0.004% | 0.005% | 0.005% | 0.005% | 0.005% | 0.005% | 0.005% | 0.005% | 0.005% |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

**Number of Dom...ant Tickets By Category for 2023 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data po nt reflects he T xc om y categoriz tions of th "do nir ant tickets" rel ted o an i c d n w ile exc ding a y ther Taxonomy categorizat ons that may exist for that same incident, and may include data related to incidents no reported to ber at the time of ublication of a iven U.S. Safet Re ort.

\*\* Month-over-month category-le el d ta also in general may not and in certai instances does no reflect trends actual behavior observed on th U ber la form ov r ir e as th n mbers ma refl ct pdat s to th Taxo or y.

| Category | Jan. 2023 | Feb. 2023 | Mar. 2023 | Apr. 2023 | May 2023 | June 2023 | July 2023 | Aug. 2023 | Sept. 2023 | Oct. 2023 | Nov. 2023 | Dec. 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misco d ct - Parent ~a egory Usage Tracking | | | | | | | | | | | | |
| Sexual Misconduct - Insuffic ent Information | | | | | | | | | | | | |
| Sexual Misconduct - Staring or L er ng | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Asking Persona Questions | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gesture - Comments A out Appearance | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**



**Number of Dom...ant Tickets By Category for 2023 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations on the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2023 | Feb. 2023 | Mar. 2023 | Apr. 2023 | May 2023 | June 2023 | July 2023 | Aug. 2023 | Sept. 2023 | Oct. 2023 | Nov. 2023 | Dec. 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Comments or Gestures - Flirting | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Explicit Gestures | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Explicit Comments | | | | | | | | | | | | |
| Sexual Misconduct - Displaying Indecent Material | | | | | | | | | | | | |
| Sexual Misconduct - Indecent Photography / Videography Without Consent | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**Number of Dom...ant Tickets By Category for 2023 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data po nt reflects he Taxonom categorizations or the "do nir ant tickets" related o an inc d nt w ile exc uding a y ther Taxonomy categorizat ons that may exist for that same incident, and may include data related to incidents no reported to ber at the time of _ublication of a _iven U.S. Safet_ Re_ort.

\*\* Month-over-month category-level data also in general may not and in certain instances does no reflect trends / actual behavior observed on the Uber_la form over ime as the n mbers ma_ reflect updates to the Taxonomy.

| Category | Jan. 2023 | Feb. 2023 | Mar. 2023 | Apr. 2023 | May 2023 | June 2023 | July 2023 | Aug. 2023 | Sept. 2023 | Oct. 2023 | Nov. 2023 | Dec. 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Miscond ct - Soliciting Sexual Act | | | | | | | | | | | | |
| Sexual Misconduct - Mastur ation / Indecent Exposure | | | | | | | | | | | | |
| Sexual Miscond ct - Self Touching / Indecent Exposure | | | | | | | | | | | | |
| Sexual Misconduct - Masturbation | | | | | | | | | | | | |
| Sexual Misconduct - Verbal Thre t of Sexual Assau t | | | | | | | | | | | | |

Page 56 of 73

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**Number of Dominant Tickets By Category for 2023 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2023 | Feb. 2023 | Mar. 2023 | Apr. 2023 | May 2023 | June 2023 | July 2023 | Aug. 2023 | Sept. 2023 | Oct. 2023 | Nov. 2023 | Dec. 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault - Parent Category Usage Tracking | | | | | | | | | | | | |
| Sexual Assault - Insufficient Information | | | | | | | | | | | | |
| Sexual Assault - Attempted Touching - Non-Sexual Body Part | | | | | | | | | | | | |

Page 57 of 73

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

**Number of Dom...ant Tickets By Category for 2023 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends / actual behavior observed on the Uber platform over time as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2023 | Feb. 2023 | Mar. 2023 | Apr. 2023 | May 2023 | June 2023 | July 2023 | Aug. 2023 | Sept. 2023 | Oct. 2023 | Nov. 2023 | Dec. 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault - Attempted Kissing - Non-Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Attempted Touching - Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Attempted Kissing - Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Touching - Non-Sexual Body Part | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**Number of Dominant Tickets By Category for 2023 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends or actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy

| Category | Jan. 2023 | Feb. 2023 | Mar. 2023 | Apr. 2023 | May 2023 | June 2023 | July 2023 | Aug. 2023 | Sept. 2023 | Oct. 2023 | Nov. 2023 | Dec. 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault - Non-Consensual Kissing - Non Sexual Body Part | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**Number of Dom....ant Tickets By Category for 2023 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data ɔo nt reflects he T ɪxc ɪom / categoriz tions oɪ th "do nir ant tickets" ɪel ted o an ɪ c d ɪ w ile exc uding a y ɪ ther Taxonomy categorizat ons that may exist for that same incident, and may include data related to incidents no reported to ¨ber at the time of ɔublication of a _iven U.S. Safet_ Re_ort.

\*\* Month-over-month category-le el ɪ el ɪɪta also in general may not and in certaiɪ instances does no reflect trends / f actual behavior observed or tɪ e Uber ɪla form ovɪr ir e as th ɪɪ mbers ma / reflɪct ɪpdatɪs tɪ tɪ e Taxoɪ orɪy.

| Category | Jan. 2023 | Feb. 2023 | Mar. 2023 | Apr. 2023 | May 2023 | June 2023 | July 2023 | Aug. 2023 | Sept. 2023 | Oct. 2023 | Nov. 2023 | Dec. 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assau t - Attempte ¨ N n-Consensual Sexual Penet ation | | | | | | | | | | | | |
| Sexual Assault - Non-Consens al Touchin - Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Kissing - Sexua Body Part | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Sexual Penet at on | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**Number of Dominant Tickets By Category for 2023 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2023 | Feb. 2023 | Mar. 2023 | Apr. 2023 | May 2023 | June 2023 | July 2023 | Aug. 2023 | Sept. 2023 | Oct. 2023 | Nov. 2023 | Dec. 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total # of Unique Rides Trips with a Reported SA/SM Incident Based on the Dominant Ticket | 5,325 | 5,783 | 5,499 | 5,742 | 5,891 | 5,714 | 5,972 | 5,851 | 6,115 | 6,482 | 5,880 | 6,411 |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2023 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2023 | Feb. 2023 | Mar. 2023 | Apr. 2023 | May 2023 | June 2023 | July 2023 | Aug. 2023 | Sept. 2023 | Oct. 2023 | Nov. 2023 | Dec. 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total # of Completed Rides Trips | 104,523,933 | 104,287,766 | 117,858,167 | 112,512,783 | 115,467,612 | 109,910,532 | 112,289,703 | 116,358,608 | 122,847,661 | 128,572,326 | 118,587,562 | 120,706,093 |
| % of Rides Trips with a Reported SA/SM Incident Based on the Dominant Ticket (rounded) | 0.005% | 0.005% | 0.006% | 0.005% | 0.005% | 0.005% | 0.005% | 0.005% | 0.005% | 0.005% | 0.005% | 0.005% |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2024 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2024 | Feb. 2024 | Mar. 2024 | Apr. 2024 | May 2024 | June 2024 | July 2024 | Aug. 2024 | Sept. 2024 | Oct. 2024 | Nov. 2024 | Dec. 2024 |
|----------|-----------|-----------|-----------|-----------|----------|-----------|-----------|-----------|------------|-----------|-----------|-----------|
| Sexual Misconduct - Parent Category Usage Tracking | | | | | | | | | | | | |
| Sexual Misconduct - Insufficient Information | | | | | | | | | | | | |
| Sexual Misconduct - Staring or Leering | | | | | | | | | | | | |

Page 63 of 73

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2024 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2024 | Feb. 2024 | Mar. 2024 | Apr. 2024 | May 2024 | June 2024 | July 2024 | Aug. 2024 | Sept. 2024 | Oct. 2024 | Nov. 2024 | Dec. 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Comments or Gestures - Asking Personal Questions | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Comments About Appearance | | | | | | | | | | | | |

Page 64 of 73

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2024 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include a related incident's no reported order at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2024 | Feb. 2024 | Mar. 2024 | Apr. 2024 | May 2024 | June 2024 | July 2024 | Aug. 2024 | Sept. 2024 | Oct. 2024 | Nov. 2024 | Dec. 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Comments or Gestures - Flirting | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Explicit Gesture | | | | | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Explicit Comments | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**Number of Dominant Tickets By Category for 2024 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2024 | Feb. 2024 | Mar. 2024 | Apr. 2024 | May 2024 | June 2024 | July 2024 | Aug. 2024 | Sept. 2024 | Oct. 2024 | Nov. 2024 | Dec. 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Displaying Indecent Material | | | | | | | | | | | | |
| Sexual Misconduct - Indecent Photography / Videography Without Consent | | | | | | | | | | | | |
| Sexual Misconduct - Soliciting Sexual Act | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**Number of Dominant Tickets By Category for 2024 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2024 | Feb. 2024 | Mar. 2024 | Apr. 2024 | May 2024 | June 2024 | July 2024 | Aug. 2024 | Sept. 2024 | Oct. 2024 | Nov. 2024 | Dec. 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Misconduct - Masturbation / Indecent Exposure | | | | | | | | | | | | |
| Sexual Misconduct - Self Touching/Indecent Exposure | | | | | | | | | | | | |
| Sexual Misconduct - Masturbation | | | | | | | | | | | | |
| Sexual Misconduct - Verbal Threat of Sexual Assault | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2024 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident, while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends or actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2024 | Feb. 2024 | Mar. 2024 | Apr. 2024 | May 2024 | June 2024 | July 2024 | Aug. 2024 | Sept. 2024 | Oct. 2024 | Nov. 2024 | Dec. 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault - Parent Category Usage Tracking | | | | | | | | | | | | |
| Sexual Assault - Insufficient Information | | | | | | | | | | | | |
| Sexual Assault - Attempted Touching - Non-Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Attempted Kissing - Non Sexual Body Part | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**Number of Dominant Tickets By Category for 2024 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2024 | Feb. 2024 | Mar. 2024 | Apr. 2024 | May 2024 | June 2024 | July 2024 | Aug. 2024 | Sept. 2024 | Oct. 2024 | Nov. 2024 | Dec. 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault - Attempted Touching - Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Attempted Kissing - Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Touching - Non-Sexual Body Part | | | | | | | | | | | | |

Page 69 of 73

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2024 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations on the "dominant tickets" related to an incident, while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2024 | Feb. 2024 | Mar. 2024 | Apr. 2024 | May 2024 | June 2024 | July 2024 | Aug. 2024 | Sept. 2024 | Oct. 2024 | Nov. 2024 | Dec. 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault - Non-Consensual Kissing - Non Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Attempted Non-Consensual Sexual Penetration | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Touching - Sexual Body Part | | | | | | | | | | | | |

Page 70 of 73

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**Number of Dominant Tickets By Category for 2024 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2024 | Feb. 2024 | Mar. 2024 | Apr. 2024 | May 2024 | June 2024 | July 2024 | Aug. 2024 | Sept. 2024 | Oct. 2024 | Nov. 2024 | Dec. 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault - Non-Consensual Kissing - Sexual Body Part | | | | | | | | | | | | |
| Sexual Assault - Non-Consensual Sexual Penetration | | | | | | | | | | | | |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**Number of Dominant Tickets By Category for 2024 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident, while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2024 | Feb. 2024 | Mar. 2024 | Apr. 2024 | May 2024 | June 2024 | July 2024 | Aug. 2024 | Sept. 2024 | Oct. 2024 | Nov. 2024 | Dec. 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total # of Unique Rides Trips with a Reported SA/SM Incident Based on the Dominant Ticket | 6,473 | 6,606 | 7,161 | 6,820 | 7,560 | 7,544 | 7,025 | 7,110 | 6,769 | 6,917 | 6,783 | 6,070 |
| Total # of Completed Rides Trips | 19,570,668 | 22,045,510 | 32,199,000 | 16,730,168 | 17,864,86 | 15,960,628 | 123,460,12 | 126,010,131 | 117,073,232 | 34,090,51 | 29,007,39 | 30,115,550 |

This document has been designated as "HIGHLY CONFIDENTIAL" pursuant to the MDL Protective Order entered by the Court on December 28, 2023. These materials must be handled and stored strictly in compliance with the Court's Order. Any unauthorized disclosure, use, or distribution of these materials constitutes a violation of the Court's Protective Order and the violator(s) may be subject to immediate enforcement action, including but not limited to sanctions, and other remedies available at law and in equity.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

**Number of Dominant Tickets By Category for 2024 Incidents Included Within Flack "On Trip Incidents" Data Table\*\***

\* This data point reflects the Taxonomy categorizations of the "dominant tickets" related to an incident while excluding any other Taxonomy categorizations that may exist for that same incident, and may include data related to incidents not reported to Uber at the time of publication of a given U.S. Safety Report.

\*\* Month-over-month category-level data also in general may not and in certain instances does not reflect trends of actual behavior observed on the Uber platform over time, as the numbers may reflect updates to the Taxonomy.

| Category | Jan. 2024 | Feb. 2024 | Mar. 2024 | Apr. 2024 | May 2024 | June 2024 | July 2024 | Aug. 2024 | Sept. 2024 | Oct. 2024 | Nov. 2024 | Dec. 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % of Rides Trips with a Reported SA/SM Incident Based on the Dominant Ticket (rounded) | 0.005% | 0.005% | 0.005% | 0.005% | 0.006% | 0.006% | 0.006% | 0.006% | 0.006% | 0.005% | 0.005% | 0.005% |