**<u>Exhibit H</u>**

# EXHIBIT 1

**IN THE UNITED STATES COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re. Uber Technologies, INC., Passenger Sexual Assault Litigation | Case No. 3:23-md-03084-CRB |

**Expert Report of Lacey R. Keller**
**Main Report**

Dated: September 26, 2025

*Confidential and Subject to Protective Order*

Keller Report | Page 1 of 55

Confidential - Subject to Protective Order

**I. Qualifications**....................................................................................................5

**II. Assignment**.....................................................................................................6

**III. Summary of Opinions**.................................................................................8

**IV. Materials Considered**...............................................................................10

    A. Uber's Internal Documents.......................................................................10

    B. Uber's U.S. Safety Reports.......................................................................11

    C. Produced Data...........................................................................................11

        i. Defendants' Processed Data (Interrogatory Responses & Information Summaries in Rule 30(b)(6) Depositions)....................11

        ii. Defendants' Raw Data on Sexual Assault and Sexual Misconduct Incidents ("SA/SM Incident Data").......................................15

        iii. Data Dictionaries and Supplementary Files...............................18

**V. Methodology**...............................................................................................18

**I. Opinion 1: Uber's analyses shows hundreds of thousands of Sexual Assault and Sexual Misconduct Incidents reported in the U.S. from 2017 through 2024**..............................................................................19

    A. From 2017 through 2024, Uber tracked 546,196 incidents of Sexual Assault and Sexual Misconduct.......................................................................19

        Table 1: Number of Sexual Assault and Sexual Misconduct Incidents Per Subcategory Per Year (Source: Flack Incident Report Classification Data, 2017-2024)........20

    B. Between 2017 and 2024, Uber received a Sexual Assault or Sexual Misconduct Report at an average frequency of every eight minutes.............20

        Figure 1: Average Frequency of Sexual Assault and Sexual Misconduct Incidents Per Year in Minutes (Source: Flack Incident Report Classification Data, 2017-2024)........21

        Figure 2: Average Frequency of Rape or Attempted Rape in Hours (Source: Flack Incident Report Classification Data, 2017-2024)........22

    C. The number and rate of Sexual Assault and Sexual Misconduct Incidents has increased since 2021...............................................................................22

        Figure 3: Rate of SA/SM Incidents Per Year (Source: Flack Incident Report Classification Data, 2017-2024)........23

        Figure 4: Rate of Rape Incidents Per Year (Source: Flack Incident Report Classification Data, 2017-2024)........24

        Figure 5: Rate of Publicly-Disclosed Five Incidents Per Year (Source: Flack Incident Report Classification Data, 2017-2024)........25

    D. Uber acknowledges that Sexual Assault and Sexual Misconduct is underreported on its platform.........................................................................25

**VI. Opinion 2: Uber's U.S. Safety Reports Disclosed Three Percent of the Sexual Assault and Sexual Misconduct Incident Reports that Uber Received in the U.S. from 2017 through 2022**............................26

Confidential - Subject to Protective Order

A. Uber excluded 97% of SA/SM Incidents from its U.S. Safety Reports...... 26

Figure 6: Percent of Sexual Assault and Sexual Misconduct Incidents That Uber Disclosed to the Public From 2017 Through 2022 (Source: Uber.com Blog Post: "Uber's record on safety is clear," August 6, 2025)................................................................................. 27

Figure 7: Number of Sexual Assault and Sexual Misconduct Incident Reports That Uber Received Annually Compared to the Number Disclosed in U.S. Safety Reports (Source: Flack Incident Report Classification Data, 2017-2022; Uber's U.S. Safety Reports, 2017-2022)....................................................... 28

Table 2: Comparison Between Sexual Assault or Sexual Misconduct Incidents Uber Disclosed in U.S. Safety Reports and Sexual Assault or Sexual Misconduct Incidents Reported to Uber (Source: Flack Incident Report Classification Data, 2017-2024; Uber's U.S. Safety Reports, 2017-2022)....................................................... 29

B. Uber internally designated Subcategories of Sexual Assault and Sexual Misconduct Incidents as "Serious SA/SM" but did not publicly disclose them........................................................................................30

Figure 8: Proportion of Incidents Uber Classified as "Serious SA/SM" Relative to Publicly-Disclosed Five Categories (Source: Flack Incident Report Classification Data, 2017-2024)........32

C. Uber categorized more than 39,000 Sexual Assault or Sexual Misconduct Incidents as Insufficient Information, a Subcategory that Uber did not disclose in Uber's U.S. Safety Reports.......................... 33

D. Uber received reports of Sexual Assault or Sexual Misconduct Incidents that Uber categorized into the Publicly-Disclosed Five categories but did not include in its U.S. Safety Reports..................... 34

VII. Opinion 3: Uber Analyzed "Precursors" to Sexual Assault and Sexual Misconduct Incidents, Which It Did Not Disclose in U.S. Safety Reports..........................................................................................35

A. Uber's internal analyses showed that trips during late-night hours on weekends are "high risk" for Sexual Assault and Sexual Misconduct Incidents.......................................................................................35

B. Uber identified male Drivers and female Riders as well as proximity of the pick-up to a bar as "precursors" to Sexual Assault and Sexual Misconduct.. 36

Figure 9: Internal Uber Presentations Showed That Pick-Ups Within 50 Meters of a Bar Were Correlated with Higher Sexual Assault Rates (Source: UBER_JCCP_MDL_000031720.0009)................................37

Figure 10: Internal Uber Presentations Show Male-Driver and Female-Rider Pairings Were Correlated with Higher Sexual Assault Rates (Source: UBER_JCCP_MDL_000031720.0008)................................38

C. Uber's internal analyses showed that Drivers with previous Sexual Assault and Sexual Misconduct Incidents were more likely to be reported for SA/SM

Confidential - Subject to Protective Order

again.................................................................................................. 38
Figure 11: Internal Uber Presentations Show Certain Feedback Tags
Were Correlates of Sexual Assault and Sexual Misconduct Incidents
(Source: August 25, 2025 Deposition of Greg Brown, Exhibit 1932). 39

**VIII. Opinion 4: Uber Cultivated a Data-Rich Environment From Its
Founding, and Implemented a Machine Learning Algorithm Over a Decade
Later to "prevent sexual assaults."**...........................................................**41**
A. At Uber, "Data is Queen."............................................................ 41
B. Uber developed S-RAD in 2017 and launched S-RAD in 2022................42
C. S-RAD dispatches some trips above the "Flagging Threshold."................45
Figure 12: "Trip plans that are above the flagging threshold are
considered to be more unsafe and would require S-RAD intervention."
(Source: UBER_JCCP_MDL_003224079, page 8).............................46
Figure 13: Hypothetical Driver-Rider Pairing in a Holdout Group
(Source: UBER_JCCP_MDL_00908749.0044;
UBER_JCCP_MDL_004929682; UBER-MDL3084-BW-0048903).... 47
Figure 14: Example of Hypothetical Trip Where All Potential Pairings
Are Below the S-RAD Threshold and
(Source: UBER_JCCP_MDL_00908749.0044;
UBER_JCCP_MDL_004929682; UBER-MDL3084-BW-0048903).... 48
Figure 15: Example of a Trip
(Source: UBER_JCCP_MDL_00908749.0044;
UBER_JCCP_MDL_004929682; UBER-MDL3084-BW-0048903).... 49
D. ██████████████████████████████████████████████
████████████████████████.................................................................50
Figure 16: Uber Document Estimates That ██████████████████
██████████████████ from
November 1, 2022, through January 31, 2023
(Source: UBER_JCCP_MDL_005025910 p.11)................................51
E. Bellwether Plaintiffs' S-RAD Scores.........................................................52
Table 3: Bellwether Plaintiff S-RAD Scores and Select Feature Values
(Source: UBER-MDL3084-BW-00048903,
UBER-MDL3084-BW-00048904, UBER-MDL3084-BW-00048905,
UBER-MDL3084-BW-00048906).......................................................53
**IX. Conclusion**.................................................................................................**54**

Confidential - Subject to Protective Order

# I.Qualifications

1. I am a data scientist with over 15 years of practical work experience in the field, including teaching, speaking, and publishing. I am the co-founder of MK Analytics, Inc., a consulting firm that assists non-profits, government entities, and law firms in implementing and conducting data-driven initiatives, investigations, and analyses. Before founding MK Analytics, I founded the Research and Analytics Department at the New York State Office of the Attorney General, the first of its kind in the nation, leading a team that employed cutting-edge data analysis in high-profile cases. I am an adjunct professor at Washburn University, where I co-teach the capstone project course and an introductory course on data information systems, analysis, and database management. I have so far published nearly a dozen works and delivered over two dozen speaking engagements related to Data Mining and Analysis, including guest lecturing at Washburn University School of Business, Brooklyn Law School, Columbia Law School, Yale Law School, and the University of Missouri School of Accountancy. I hold a Master of Economics from the New School and a Bachelor of Business Administration from Washburn University. Keller Report Appendix C outlines my full professional history, prior depositions and trial testimonies, and compensation on this matter.

2. My opinions are held to a reasonable degree of professional certainty and are based on my professional experience and training, as detailed in Keller Report Appendix C of this report, as well as consideration of publicly available data and information in addition to documents and data produced in this litigation, as described in the Materials Considered portion of my report. The staff that worked under my direction had full and complete access to the documents and data noted in my Materials Considered (Keller Report - Appendix G). I have provided all of my source code, including scripts, queries, and other materials related to my analysis.

3. My analysis and the opinions in my report considered the data that Uber produced in this litigation as of September 12, 2025. I understand that data may still be produced, including data and fields from the Flack system, as well as data and/or documents related to S-RAD, and data and/or documents related to Bellwether-specific plaintiffs or drivers. I reserve the right to amend or supplement the facts and opinions upon

Confidential - Subject to Protective Order

which I am expected to testify as additional data and information are made available.

## II. Assignment

4.   Plaintiffs' counsel asked me to review documents and data produced in this litigation to calculate the number of, rates of, and trends related to Sexual Assault and Sexual Misconduct Incidents reported to Uber between 2017 and 2024,[1] as well as Uber's investigations of those incidents and Uber's communications about the incidents in Uber's U.S. Safety Reports. More specifically, Plaintiffs' counsel asked me to analyze the number of and compare Sexual Assault and Sexual Misconduct Incidents that Uber:

4.1.   Disclosed in Uber's U.S. Safety Reports released for 2017-2018, 2019-2020, and 2021-2022 (collectively referred to in this report as "Uber's U.S. Safety Reports");[2]

4.2.   Tabulated from its Bliss and Jira systems in response to interrogatories (referred to in this report as "Bliss/Jira Incident Report Classification Data");[3]

4.3.   Tabulated from its Flack system in response to interrogatories (referred to in this report as "Flack Incident Report Classification Data").[4]

---

[1] In this report, I use the following terminology to refer to the Sexual Assault and Sexual Misconduct incidents in the data I reviewed: Sexual Assault incidents may be referred to as "SA Incidents," Sexual Misconduct incidents may be referred to as "SM Incidents," and Sexual Assault and Sexual Misconduct incidents may be referred to collectively as "SA/SM Incidents." I provide a complete list of terminology and definitions in Keller Report Appendix B.

[2] "Uber's US Safety Report." Uber. https://www.uber.com/us/en/about/reports/us-safety-report/' The US Safety Report covering 2017-2018 was released on December 5, 2019; 2019-2020 was released on June 30, 2022; 2021-2022 was released on August 30, 2024 (Deposition of Katherine McDonald, 4/24/2025, p. 137-139; Deposition of Katherine McDonald, 4/24/2025, Exhibit 3111).

[3] In re Uber Technologies, Inc., Passenger Sexual Assault Litigation (Case No.: 3:23-MD-03084 CRB) Supplemental Information Provided by Defendants Pursuant to the Parties' Agreement, Dated April 4, 2025; In re Uber Technologies, Inc., Passenger Sexual Assault Litigation (Case No.: 3:23-MD-03084 CRB) Incident Report Classification for 2023-2024.

[4] In re Uber Technologies, Inc., Passenger Sexual Assault Litigation (Case No.: 3:23-MD-03084 CRB) "Incident Report Classification of Dominant Tickets for 2017-2024".

Confidential - Subject to Protective Order

5.      Furthermore, Plaintiffs asked me to conduct data analyses related to specific Uber Drivers reported for SA/SM Incidents[5] involving the Bellwether Plaintiffs.[6] I analyzed data that Uber produced related to these Drivers to catalog the type of data and information that Uber collected on Drivers who were reported for SA/SM Incidents. These analyses are detailed in Keller Report Appendix D[OBJ]. The same analysis could be applied to any Driver who was reported for a SA/SM Incident. I reserve the right to offer additional Driver analyses related to my opinions in this report.

6.      Plaintiffs also asked me to review and analyze data and documents related to Uber's Safety Risk Assessed Dispatch ("S-RAD"), a machine learning algorithm that was developed at Uber by data scientists that "leverages a variety of trip, driver, and rider-level predictors to detect driver-rider matches with elevated risk of sexual assaults."[7]

7.      I have included demonstrative charts and images in this report to aid in understanding certain analyses. However, I reserve the right to use different or modified demonstratives at trial as appropriate. I have offloaded high-resolution images and CSV files containing the raw data underpinning each image to Keller Report Appendix E of this report into "Bucket 4" into the AWS Secure Environment.

8.      Finally, I include within my report:

   8.1.    Keller Report Appendix A - Methodology

   8.2.    Keller Report Appendix B - Definitions

   8.3.    Keller Report Appendix C - Qualifications and Remuneration

   8.4.    Keller Report Appendix D - Driver Profiles

      8.4.1.    Keller Report Appendix D1 - Driver Profiles (Excel Files)[8]

      8.4.2.    Keller Report Appendix D2 - Driver Profiles (Documents)

   8.5.    Keller Report Appendix E - High Resolution Images and CSVs[9]

---

[5] Defined in Keller Report Appendix B.
[6] Defined in Keller Report Appendix B.
[7] UBER_JCCP_MDL_003306684 at 3306697.
[8] I have offloaded these files into "Bucket 4" in the AWS Secure Environment.
[9] I have offloaded these files into "Bucket 4" in the AWS Secure Environment.

Confidential - Subject to Protective Order

8.6.    Keller Report Appendix F - S-RAD Inputs[10]

8.7.    Keller Report Appendix G - Considered Items

8.8.    KellerReport Appendix H - Code Disclosures[11]

## III. Summary of Opinions

9.    Given my analyses as described herein, my review of documents and data, and my professional experience, I hold the following opinions:

9.1.    **Opinion 1: Uber's analyses shows hundreds of thousands of Sexual Assault and Sexual Misconduct Incidents reported in the U.S. from 2017 through 2024.** Uber's analyses showed 546,196 SA/SM Incidents reported from 2017 through 2024. From 2017 through 2024, an SA/SM Incident was reported to Uber at an average frequency of every eight minutes. A Rape[12] or Attempted Rape[13] incident was reported to Uber ███████████████ ████████████████████ Both the number and rate[14] of Rape incidents ███████████████████. In 2024, ████████ ███████████████████████████████████ ███████████████████████████████████

9.2.    **Opinion 2: Uber's U.S. Safety Reports Disclosed Three Percent of the Sexual Assault and Sexual Misconduct Incident Reports that Uber Received in the U.S. from 2017 through 2022.** Uber acknowledges that it has publicly disclosed 3% of the SA/SM

---

[10] Provides a historical timeline of the features included in the S-RAD model from the first developed versions through the present.

[11] It is typically my practice to offload my code and data into an AWS S3 bucket (i.e., folder) for production. For Defendants' convenience, I have disclosed through "Bucket 4" all code and any data that I or my team uploaded into the "Bucket 2" ingress. These offloads are timestamped and cannot be deleted by Plaintiffs. Pursuant to the agreement between Uber and Plaintiffs' Counsel, I am not re-producing data that Uber had uploaded in "Bucket 1" back to Uber through "Bucket 4," including the SA/SM Incident Data, Interrogatory No. 28, Interrogatory No. 16/29, and Interrogatory No. 16/29 Addendum.

[12] Defined in Keller Report Appendix B.

[13] Defined in Keller Report Appendix B.

[14] Defined as the number of SA/SM Incidents divided by the Number of Completed Rides Trips in the United States (see: Interrogatory No. 23).

Confidential - Subject to Protective Order

Incidents reported from 2017 through 2022.[15] Uber's U.S. Safety Reports disclosed the number of SA/SM Incidents in the five Subcategories that Uber referred to publicly as the "most serious."[16] However, Uber tracked SA/SM Incident reports and categorized them into Uber's Sexual Violence and Sexual Misconduct Taxonomy that contains 21 subcategories. In total, Uber's analyses show that Uber received reports of 392,828 SA/SM Incidents from 2017 through 2022 in all Subcategories, including ███████ ███████ that Uber categorized into Subcategories that Uber classified as "Serious SA/SM" but did not include in its Safety Reports. Uber's U.S. Safety Reports disclosed 12,522 SA/SM Incidents for those same years. Uber's analyses also showed that it received 153,368 SA/SM Incident reports from 2023 through 2024 ██████ in the 13 Subcategories that Uber classified as "Serious SA/SM"). Considering the SA/SM Incidents from 2023 through 2024, Uber has currently disclosed 2.3%[17] of all SA/SM Incidents from 2017 through 2024, or ██████ of the SA/SM Incidents that Uber referred to internally as "Serious SA/SM."

9.3.   **Opinion 3: Uber Analyzed "Precursors"[18] to Sexual Assault and Sexual Misconduct Incidents, Which It Did Not Disclose in U.S. Safety Reports.** Uber's internal documents indicate that Uber analyzed certain trends, patterns, and "precursors" and their correlation with increased rates of SA/SM incidents, including: the day of week and time of day of the trip; the proximity to bars; opposite gender Driver-Rider pairings; prior SA/SM reports, "Feedback tags"; and factors related to the timing of deactivation.[19] Based on my review of the Flack fields list in Todd Gaddis' August 18, 2015 Declaration and my review of documents and testimony in

---

[15] In response to an August 6, 2025 New York Times article, (https://www.nytimes.com/2025/08/06/business/uber-sexual-assault.html), Uber stated that the incidents it disclosed were limited to the "3% most serious." ("Uber's record on safety is clear." Uber Newsroom, https://www.uber.com/newsroom/ubers-safety-record/).
[16] Uber's U.S. Safety Reports 2017-2018, 2019-2020, and 2021-2022.
[17] 12,522 / 546,196 = 2.3%.
[18] UBER_JCCP_MDL_000356814.
[19] UBER000204698; UBER_JCCP_MDL_001755017; UBER_JCCP_MDL_003504225; UBER_JCCP_MDL_000258366; UBER_JCCP_MDL_002249692; UBER_JCCP_MDL_000031720; UBER_JCCP_MDL_00330668; UBER_JCCP_MDL_000964270; UBER_JCCP_MDL_000014232; August 25, 2025 Deposition of Greg Brown, Exhibit 1932

Confidential - Subject to Protective Order

this case, it appears that Uber maintains data sufficient to analyze these trends and patterns. However, the SA/SM Incident Data data as produced appears incomplete and contains inconsistencies. To run analyses of these patterns and trends using the SA/SM Incident Data, I would need to use my professional judgment to address gaps and inconsistencies. It is more appropriate to conduct my analyses on data that is as complete and accurate as possible and I reserve the right to supplement my analyses pending the outcome of the request, whether or not the additional data is produced.

9.4. **Opinion 4: Uber cultivated a data-rich environment from its founding, and implemented a machine learning algorithm nearly a decade later to "prevent sexual assaults."[20]** When Uber dispatches a Driver to a Rider, S-RAD is the only way Uber takes into account, and attempts to reduce, the risk of SA/SM Incidents.[155] Since Uber deployed S-RAD in 2022, Uber has applied S-RAD at a ████████████ for all U.S. trips "in aggregate."[21] In other words, approximately ███████ of Uber trips are not evaluated as to the risk of possible SA/SM Incidents.

9.5. **Opinion 5: I confirmed that Uber collected data and information on the Drivers of the Bellwether trips and the Bellwether incidents.** I observed that this data resembled the information in other documents and data produced. For example, Drivers like Hassan Turay had two prior SA/SM Incidents that occurred prior to the Plaintiff's trip on November 15, 2023.[22]

## IV. Materials Considered

10. The sections below discuss the datasets and documents that I considered in writing this report and forming my opinions.

### A. Uber's Internal Documents

11. I reviewed documents Uber produced in this litigation in forming my opinions for this report. I had complete access to documents produced in

---

[20] UBER JCCP MDL 001144266; UBER JCCP MDL 001101922; UBER_JCCP_MDL_003306684; UBER_JCCP_MDL_001730324; UBER_JCCP_MDL_003224079.
[21] UBER_JCCP_MDL_005025910; Deposition of Sunny Wong, 6/25/2025, p. 255.
[22] UBER-MDL3084-DFS00159600.

Confidential - Subject to Protective Order

this litigation through Everlaw. Keller Report Appendix A provides more information on the document review and considered items process. The Bates numbers for all considered items have been provided in Keller Report Appendix G.

### B. Uber's U.S. Safety Reports

12. Uber has published three Uber U.S. Safety Reports covering the years 2017-2018, 2019-2020, and 2021-2022. The reports were released as follows: 2017-2018 on December 5, 2019; 2019-2020 on June 30, 2022; and 2021-2022 on August 30, 2024.[23] Uber has not issued a report for 2023-2024 as of the date of this report. Uber has never issued a report disclosing SA/SM Incident data for years prior to 2017.[24]

### C. Produced Data

13. I considered the following datasets and related documents produced by Uber, as detailed in the paragraphs below.[25]

#### i. Defendants' Processed Data (Interrogatory Responses & Information Summaries in Rule 30(b)(6) Depositions)

14. **Interrogatories Nos. 1 through 8 ("Bliss/Jira Incident Report Classification Data" and "Flack Incident Report Classification Data" and collectively, "Incident Report Classification")**:[26] In response to Plaintiffs' Interrogatories 1 through 8, on April 17, 2025, April 23, 2025, June 20, 2025, and September 12, 2025, Uber provided tables quantifying the monthly number of SA/SM Incidents reported to Uber from

---

[23] Deposition of Katherine McDonald, 4/24/2025, p. 137-139; Deposition of Katherine McDonald, 4/24/2025, Exhibit 3111.

[24] July 8, 2025 Deposition of Todd Gaddis, p. 18.

[25] There are additional analyses pertinent to my opinions that I could perform using each data source identified in this section, however, those analyses also involve the SA/SM Incident data and, as described below, it is more appropriate to conduct my analyses on data that is as complete and accurate as possible. I reserve the right to supplement my analyses pending the outcome of the request for data from Flack, whether or not the additional data is produced.

[26] Interrogatories 1 through 8 asked Uber to specify the number of Sexual Assault and Sexual Misconduct Incidents that Uber categorized into each Subcategory in Uber's Sexual Assault and Sexual Misconduct Taxonomy for every month from 2017 through 2024 (Defendants Uber Technologies, Inc., Rasier LLC and Rasier-CA, LLC's Amended Responses to Plaintiffs' Second Set of Interrogatories, 5/1/2025, In Re: Uber Technologies, Inc., Passenger Sexual Assault Litigation, Case No. 23-md-03084-CRB (hereinafter "Amended Responses"), p. 5-11).

Confidential - Subject to Protective Order

2017-2024 by incident category and subcategory. The April 17, 2025 document is titled "Information Provided by Defendants Pursuant to the Parties' Agreement, Dated April 4, 2025." The April 23, 2025 document is titled "Supplemental Information Provided by Defendants Pursuant to the Parties' Agreement, Dated April 4, 2025." The June 20, 2025 document was titled "Incident Report Classification for 2023-2024." Collectively, I refer to the data in the April 17, April 23, and June 20 documents as "Bliss/Jira Incident Report Classification Data." The September 12, 2025 document was titled "Incident Report Classification of Dominant Tickets for 2017-2024" and I refer to the data in this document as "Flack Incident Report Classification Data." Uber's Bliss/Jira Incident Report Classification Data provided comparable results to the analysis based on the Flack Incident Report Classification Data; however, I analyze the Flack Incident Report Classification Data in this report because Uber did not de-duplicate Bliss/Jira Incident Report Classification Data[27] and

---

[27] In the "In re Uber Technologies, Inc., Passenger Sexual Assault Litigation (Case No.: 3:23-MD-03084 CRB) Information Provided by Defendants Pursuant to the Parties' Agreement, Dated April 4, 2025" Uber makes the following statement:

*… It is also important to note that this information does not, and cannot, reflect the number of incidents Uber placed into each of the 21 categories because a single incident might be placed into several different categories at different stages during the intake, review, or audit processes—and indeed, a single incident may be reported via more than one reporter, or reporting channel. Therefore, the number of categorizations for incidents from a given month is not the same as the number of reported incidents from a given month. For this reason, the information included herein does not, and cannot, reflect that there were a certain number of incidents in a given month, nor does the information indicate that the sum total of categorizations is reflective of the total number of incidents. A single incident may result in multiple different categorizations. …*

Uber made a similar statement in "In re Uber Technologies, Inc., Passenger Sexual Assault Litigation (Case No.: 3:23-MD-03084 CRB) Incident Report Classification for 2023-2024." By summing the volume of reports by category (sum_volume) and comparing it to the "Total # of Unique Rides Trips with a Reported Incident"[sic] field provided (unique_volume) in "In re Uber Technologies, Inc., Passenger Sexual Assault Litigation (Case No.: 3:23-MD-03084 CRB) Supplemental Information Provided by Defendants Pursuant to the Parties' Agreement, Dated April 4, 2025" I am able to calculate the potential of duplication calculated as the (sum_volume - unique_volume) / unique_volume) due to multiple classifications by Uber per month. The maximum duplication in a single month during 2017-2022 is approximately 3.42%, the minimum is 0.06%, and the average is 1.54% (2017-2022) and 1.75% (2017-2024), with a larger percentage of duplication generally occurring in later years. Duplication of tickets is possible not only within a single month across subcategories but also across multiple months. Uber did not provide an annual equivalent to the field "Total # of Unique Rides Trips with a Reported Incident."

Confidential - Subject to Protective Order

because Uber's corporate witness testified that Uber uses Flack to obtain reliable data about SA/SM Incidents.[28]

15. **Interrogatory No. 16[29]/29[30] ("Interrogatory No. 16/29" and "Interrogatory No. 16/29 Addendum"):** In response to Plaintiffs' Interrogatory Numbers 16 and 29, Uber produced a list of 207,058 unique Driver UUIDs though the Secure Environment (produced May 1, 2025), as well as a supplemental response regarding 40,976 Drivers with the deactivation date and reason into the Secure Environment (produced June 6, 2025), and a June 10, 2025 declaration from Todd Gaddis. Although Uber provided these lists of deactivated Drivers who had one or more SA/SM Incidents reported against them, Uber has not identified a list of drivers who were deactivated due to a SA/SM Incident or produced data that included the reason a driver was deactivated. In other words, Uber has not produced data that definitively indicates whether deactivated drivers were deactivated because of a specific SA/SM Incident report against them, or for some other reason. Uber claims it does not maintain deactivation data in a way that can be queried to determine whether a driver is no longer active due to a SA/SM Incident or for another reason (e.g., deactivation request by Drivers themselves, expired document, issue with background check, violation of terms of service).[31]

---

[28] July 23, 2025 Deposition of Hannah NIlles at 64-69, 302-303.

[29] Interrogatory 16 asked Uber to identify Driver UUIDs within the SA/SM Incident Data of Drivers who were banned from the Uber platform at any time from 2009 to present for reasons referenced in Uber's U.S. Safety Report 2017-2018, limited to Independent Driver UUIDs contained in the incident report data produced to Plaintiffs via BDO (the SA/SM Incident Data). (Amended Responses, p. 28-29). Because Uber's responses were limited to the SA/SM Incident Data, the Driver UUID list it provided is limited to Drivers who were reported for an SA/SM incident between 2017-2022 and were deactivated (for any reason) between 2017-2022.

[30] Interrogatory 29 asked to identify Driver UUIDs within the SA/SM Incident Data of Drivers who were deactivated and not subsequently reactivated from the Uber platform as a result of any report of any SA/SM Incident categorized under any of the 21 Subcategories in Uber's Sexual Assault and Sexual Misconduct Taxonomy, including the date of deactivation. The Interrogatory was limited to Independent Driver UUIDs contained in the incident report data produced to Plaintiffs via BDO (the SA/SM Incident Data). (Amended Responses, p. 38). Because Uber's responses were limited to the SA/SM Incident Data, the Driver UUID list it provided is limited to Drivers who were reported for an SA/SM incident between 2017-2022 and were deactivated (for any reason) between 2017-2022.

[31] Declaration of Todd Gaddis, 6/10/2025; Uber's Second Amended Responses to Plaintiffs' Second Set of Interrogatories, 5/28/2025.

Confidential - Subject to Protective Order

16.  **Interrogatory No. 28:**[32] In response to Plaintiffs' Interrogatory Number 28, Uber produced a list of trip UUIDs into the Secure Environment for each trip that resulted in an incident disclosed in any of Uber's U.S. Safety Reports as well as payment data (e.g., "Refunds and Appeasements (USD)," "Net (USD)," and "Gross (USD)") . Uber provided 12,522 trip UUIDs,[33] which aligned with the exact number of SA/SM Incidents disclosed in the Uber U.S. Safety Reports.

17.  **Documents produced in conjunction with the July 11, 2025 Deposition of Todd Gaddis**

    17.1.  **"Weekday/Weekend Trip Volume per State per Year, 2012-2024" (Exhibit 1574 to July 11, 2025 30(b)(6) Deposition of Todd Gaddis):** Provides a table of completed trips by year and state from 2012 through 2024, broken out by weekday and weekend.

    17.2.  **"Count of Drivers by Gender and by Year ('U.S.') 2012-2024" (Exhibit 1575 to July 11, 2025 30(b)(6) Deposition of Todd Gaddis):** Provides a table of the number of Drivers by gender and year from July 2012 through November 2024, broken out by "Male," "Female," "Unknown,"[34] and "Total."

    17.3.  **"Rider Counts by Year 2012-2024 (Exhibit 1576 to July 11, 2025 30(b)(6) Deposition of Todd Gaddis):** Provides a table of the number of Riders by gender and year from 2012 through 2024, broken out by "Female," "Male," "Unknown," and "Total."[35]

---

[32] Interrogatory 28 asked Uber to identify the amount of payment that Uber received for each trip (by trip UUID) that had a SA/SM Incident and was included any of the following tables: Table 12 of Uber's U.S. Safety Report 2017-2018, Tables 13 through 17 of U.S. Safety Report 2019-2020, and Table 4 of U.S. Safety Report 2021-2022 (Amended Response, p. 37). Uber also produced a document on June 3, 2025 titled" Defs' Responses to ROG 28 Questions" to address questions about this data.

[33] However, 56 of the 'trip_uuids' that Uber provided did not match to 'trip_uuids' produced in any of the files in the SA/SM Incident Data. Uber has not explained these inconsistencies. My analysis could only consider trip UUIDs that were in Uber's list as well as in the SA/SM Incident Data.

[34] According to the document: *"Gender of driver may not be available for any number of reasons, including but not limited to: incorrect or missing transcription (by tech or by manual review) or missing driver's ID document data as a whole (either at driver's request to delete data or Uber's data retention policy)."*

[35] According to the document:*"Rider cohort is based upon those accounts who also have a driver account with an identified gender based on their provided document(s)."*

Confidential - Subject to Protective Order

### ii.    Defendants' Raw Data on Sexual Assault and Sexual Misconduct Incidents ("SA/SM Incident Data")

18.    Judge Cisneros issued an Order on July 9, 2024, requiring Uber to produce data and documents related to SA/SM Incidents in the United States, as well as all underlying data for the trips on which those Incidents occurred.[36] Uber represents that the data it produced in response to the July 9, 2024 Order (and subsequent, related Orders) was exported from Uber's Bliss and Jira systems, and that Uber used a system called Flack to identify which data to export from Bliss and Jira.[37] Uber's witnesses have testified on behalf of Uber that Uber exclusively used Bliss and Jira as the systems for recording and storing data related to reported SA/SM Incidents.[38]

18.1.    **Bliss and Jira:** Bliss is a system Uber uses for customer support interaction, where Uber collects and stores information and data about SA/SM Incidents that are reported to Uber.[39] Jira is another software system that Uber uses for collecting data about SA/SM Incidents that are reported to Uber, but typically only the incidents Uber classifies as most serious (according to Uber's taxonomy) are included in Jira. The general process at Uber starting in 2017 was to enter reports of SA/SM Incidents (referred to by Uber as "tickets") into Bliss, and then enter a subset of those tickets into Jira.[40,41]

18.2.    **Flack:** In addition to Bliss and Jira, Uber used a third system, Flack, to store and analyze data related to SA/SM Incidents. Uber describes Flack as a "protected database" for housing data about

---

[36] *In Re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*, Case No. 23-md-03084-CRB. July 9, 2024 Order Granting in Part and Denying in Part Joint Discovery Letter Brief Regarding Discovery Related to Safety Data and Statistics.
[37] Deposition of Katherine McDonald, 4/25/2025, at 107-111 and Exhibits 653, 654, and 655 (McDonald Feb. 25, 2025 Certification).
[38] Jul. 11, 2025 Deposition of Todd Gaddis at 88-90; Apr. 25, 2025 Deposition of Katherine McDonald at 107-111; August 18, 2025 Declaration of T. Gaddis.
[39] McDonald Deposition 04/24/2025 #31489.1 p. 25-26; McDonald MDL Deposition p. 17-18.
[40] Deposition of Katherine McDonald 4/24/2025 at 18-46; Deposition of Katherine McDonald, 4/25/2025 at 109-110, 143-145.
[41] McDonald JCCP Deposition pg. 99; 89% of the Sexual Assault tickets recorded in Jira also have tickets in Bliss. However, there were 232 incidents that originated in Jira directly without a Bliss ticket, such as those reports from law enforcement and social media.

Confidential - Subject to Protective Order

SA/SM Incidents with permission restrictions that only allow certain Uber employees to perform queries.[42] Uber has not produced unprocessed data from Flack. The list of Flack fields[43] indicates that Flack likely contains data that would be pertinent to my opinions and has not already been produced, for example (but not exclusively), ██████████████████████████████ ████████████████████████████████████ ████████████████████████████ I have requested that data, but understand that Uber has not produced it to date.

19. The April 9, 2025 production of SA/SM Incident Data consists of the following four files. I refer to the data contained in these files in my report as Uber's "SA/SM Incident Data," which are:

19.1. **PROD_20250407_Jira_Ticket_Exports_UPDATED.csv ("Jira Tickets"):** The Jira Tickets data provides ███████████ ████████████████████████████████████ . This file includes data from the fields Uber identified as Jira fields,[44] including all fields identified in the declaration from Katherine McDonald in January 2025.[45] This data included reports categorized as Sexual Assault or Sexual Misconduct with report tickets created between January 1, 2017, and December 31, 2022.[46]

19.2. **PROD_20250407_Jira_Comments_UPDATED.csv ("Jira Comments"):** This file includes data from the fields Uber identified in "Updated 3/24/2025 'Field Convenience Description' (Incident Report Field Convenience Descriptions 20250324 - Highly Confidential Attorneys' Eyes Only." ██████████████████ ████████████████████████████████████ ████████████████████████████████████

---

[42] Deposition of Katherine McDonald 4/24/2025 at 44; Deposition of Katherine McDonald, 4/25/2025 at 108-111.
[43] Declaration of Todd Gaddis, 8/18/2025; Deposition of Katherine McDonald, 4/25/2025 at 108-111.
[44] Deposition of Katherine McDonald 4/25/2025, Exhibit 658, p. 1-4.
[45] Jan. 10, 2025 McDonald Certification.
[46] Derived from the 'created' field.

Confidential - Subject to Protective Order



19.3.  **PROD_20250407_Bliss_Messages_UPDATED ("Bliss Messages"):** This file includes data from the fields Uber identified as Bliss fields,[47] and also includes all fields identified in the declaration from Katherine McDonald in February 2025.

19.4.  **PROD_20250407_Bliss_Actions_UPDATED.csv ("Bliss Actions"):** This file includes data from the fields Uber identified as Bliss fields,[48] and also includes all fields identified in the declaration from Katherine McDonald in February 2025.

19.5.  I received the Defendants' SA/SM Incident Data and used it to:

19.5.1.  Validate other datasets, including the Defendants' Processed Data; and

19.5.2.  Incorporate exports from the raw Jira Tickets, Jira Comments, and Bliss Messages into Keller Report – Appendix D1.

19.6.  There are additional analyses pertinent to my opinions that I would like to perform using the SA/SM Incident Data, however, the data as produced appears incomplete and contains inconsistencies. To run those additional analyses, I would need to use my professional judgment to address gaps and inconsistencies. It is more appropriate to conduct my analyses on data that is as complete and accurate as possible. A review of the Flack field list provided in Todd Gaddis' August 18, 2025 declaration indicates that Uber maintains additional data that may resolve some of these inconsistencies and fill in the identified gaps. I understand that this

---

[47] Deposition of Katherine McDonald 4/25/2025, Exhibit 658, p. 1-4.
[48] Deposition of Katherine McDonald 4/25/2025, Exhibit 658, p. 1-4.

Confidential - Subject to Protective Order

additional data has been requested, and I reserve the right to supplement my analyses pending the outcome of the request, whether or not the additional data is produced.

20.  I outline the steps that I took to process and validate the SA/SM Incident Data in Keller Report Appendix A.

### iii.  Data Dictionaries and Supplementary Files

21.  **Data Dictionaries**: Uber provided multiple "data dictionaries" that list the fields that exist in Jira and Bliss, along with descriptions that indicate how Uber used those fields.[49] Uber has also provided declarations confirming that Uber used those fields from 2017 through 2022 to collect and store information related to SA/SM Incident reports and that the field lists are accurate and complete.[50] I analyzed and interpreted the data consistent with the information Uber provided in these data dictionaries.

## V. Methodology

22.  The methodology and steps I took to process and analyze the data relevant to this matter are provided in Keller Report Appendix A where I outline in detail the steps I took to load, transform, and clean the datasets that I analyze in this report. I also note inconsistencies that I found while processing these data sources.

23.  Uber required that all Plaintiffs and their experts conduct any analysis of the SA/SM Incident Data in a secure virtual environment (AWS Secure Environment). More information about that system is detailed in Keller Report Appendix A of this report. Any analysis I performed I did so in the AWS Secure Environment.

24.  I have disclosed the underlying code and methodology used in my analysis so that it is fully reproducible. The tools (e.g., Amazon Web Services, GitLab), coding languages (e.g., Python, SQL), and data processing techniques I used in this report are standard in the fields of Data Science and Data Analytics, and are widely recognized and

---

[49] UBER_MDL3084_000378343; Updated 3/24/2025 "Field Convenience Description" (Incident Report Field Convenience Descriptions 20250324 - Highly Confidential Attorneys' Eyes Only.pdf; Deposition of Katherine McDonald 4/25/2025, Exhibits 656 and 658.
[50] Deposition of Katherine McDonald 4/25/2025, at 116 and Exhibits 654, 655.

Confidential - Subject to Protective Order

accepted across the scientific and professional community. They were provisioned to me in a Secure Environment by a third-party contractor, BDO, agreed to by Defendants. Any qualified expert could replicate my process and confirm the results, demonstrating the methodology is testable and reliable.

25.    Because the data in this matter is confidential, subject to a Protective Order, and restricted to this litigation, it could not be published in peer-reviewed forums. However, the analytical methods and tools I applied are consistent with widely-accepted techniques that have been validated and published extensively in peer-reviewed literature, as discussed in Keller Report Appendix A.

26.    The procedures I used are based on direct and verifiable calculations. As such, a potential error rate or confidence interval is not applicable. I subjected my results to manual quality checks before including them in this report.

## I. Opinion 1: Uber's analyses shows hundreds of thousands of Sexual Assault and Sexual Misconduct Incidents reported in the U.S. from 2017 through 2024.

### A. From 2017 through 2024, Uber tracked 546,196 incidents of Sexual Assault and Sexual Misconduct.

27.    Uber's internal analyses show that 546,196 SA/SM Incidents were reported to Uber from 2017 through 2024, according to Uber's Flack Incident Report Classification Data. The following table shows the number of SA/SM Incidents that were reported to Uber each year for each Subcategory, according to the Flack Incident Report Classification Data. This table also indicates whether Uber disclosed each Subcategory in its U.S. Safety Reports. This table includes SA/SM Incidents reported against Riders, Drivers, and Third Parties.

Confidential - Subject to Protective Order

**Table 1: Number of Sexual Assault and Sexual Misconduct Incidents Per Subcategory Per Year**
**(Source: Flack Incident Report Classification Data, 2017-2024)**

| Category | Reported In Safety Report | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault - Non-Consensual Sexual Penetration | Y | | | | | | | | |
| Sexual Assault - Non-Consensual Kissing - Sexual Body Part | Y | | | | | | | | |
| Sexual Assault - Non-Consensual Touching - Sexual Body Part | Y | | | | | | | | |
| Sexual Assault - Attempted Non-Consensual Sexual Penetration | Y | | | | | | | | |
| Sexual Assault - Non-Consensual Kissing - Non-Sexual Body Part | Y | | | | | | | | |
| Sexual Assault - Non-Consensual Touching - Non-Sexual Body Part | N | | | | | | | | |
| Sexual Assault - Attempted Kissing - Sexual Body Part | N | | | | | | | | |
| Sexual Assault - Attempted Touching - Sexual Body Part | N | | | | | | | | |
| Sexual Assault - Attempted Kissing - Non-Sexual Body Part | N | | | | | | | | |
| Sexual Assault - Attempted Touching - Non-Sexual Body Part | N | | | | | | | | |
| Sexual Assault - Insufficient Information | N | | | | | | | | |
| Sexual Assault - Parent Category Usage Tracking | N | | | | | | | | |
| Sexual Misconduct - Verbal Threat of Sexual Assault | N | | | | | | | | |
| Sexual Misconduct - Masturbation/Indecent Exposure | N | | | | | | | | |
| Sexual Misconduct - Masturbation | N | | | | | | | | |
| Sexual Misconduct - Self Touching/Indecent Exposure | N | | | | | | | | |
| Sexual Misconduct - Soliciting Sexual Act | N | | | | | | | | |
| Sexual Misconduct - Indecent Photography/Videography Without Consent | N | | | | | | | | |
| Sexual Misconduct - Displaying Indecent Material | N | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Explicit Comments | N | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Explicit Gestures | N | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Flirting | N | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Comments About Appearance | N | | | | | | | | |
| Sexual Misconduct - Comments or Gestures - Asking Personal Questions | N | | | | | | | | |
| Sexual Misconduct - Staring or Leering | N | | | | | | | | |
| Sexual Misconduct - Insufficient Information | N | | | | | | | | |
| Sexual Misconduct - Parent Category Usage Tracking | N | | | | | | | | |
| TOTAL | - | 71,080 | 93,464 | 99,201 | 41,360 | 34,790 | 52,933 | 70,530 | 82,838 |

**B. Between 2017 and 2024, Uber received a Sexual Assault or Sexual Misconduct Report at an average frequency of every eight minutes.**

28.    From 2017 through 2024, an SA/SM Incident was reported to Uber at an average frequency[51] of every eight (7.7) minutes. The average frequency of SA/SM Incident reporting was similar between 2017 and 2023, with the 2017 average frequency at one SA/SM Incident report every 7.4 minutes and the 2023 average frequency at one SA/SM Incident report every 7.5 minutes. In 2024, SA/SM Incident reports were more frequent than in 2017 or 2023, with an SA/SM Incident being reported on average every 6.4 minutes.

---

[51] I calculated "average frequency" as follows: the total number of minutes between 2017 and 2024 divided by the number of SA/SM Incidents in the same time period, based off of Flack Incident Report Classification Data. Wherever I use the term "average frequency," I refer to this calculation.

Confidential - Subject to Protective Order

29.    The following figure shows the average frequency of SA/SM Incidents on an annual basis from 2017 through 2024, calculated by dividing the total number of minutes in each year by the total number of SA/SM Incidents for that year, according to the Flack Incident Report Classification Data. This figure includes SA/SM Incidents reported against Riders, Drivers, and Third Parties.

**Figure 1: Average Frequency of Sexual Assault and Sexual Misconduct Incidents Per Year in Minutes (Source: Flack Incident Report Classification Data, 2017-2024)**



30.    The average frequency[52] for Rape and Attempted Rape incidents was the equivalent of ████████████████████████████████████ ████████████████████████████████████████████ The following figure shows the average frequency of Rape and Attempted Rape on an annual basis from 2017 through 2024, calculated by dividing the total number of hours in each year by the total number of SA/SM Incidents for that year, according to the Flack Incident Report

---

[52] I took the average frequency calculation noted above and converted it to hours by dividing by 60.

Confidential - Subject to Protective Order

Classification Data. This figure includes SA/SM Incidents reported against Riders, Drivers, and Third Parties.

**Figure 2: Average Frequency of Rape or Attempted Rape in Hours (Source: Flack Incident Report Classification Data, 2017-2024)**



### C. The number and rate of Sexual Assault and Sexual Misconduct Incidents has increased since 2021.

31.     The number and rate[53] of SA/SM Incidents increased year-over-year every year from 2021 through 2024. In 2023 and 2024, the SA/SM Incident rates per 100 million trips were 5,096 SA/SM Incidents and 5,467

---

[53] I calculate "rate" as follows: the number of Sexual Assault and Sexual Misconduct (SA/SM) incidents divided by the total number of Completed Rides Trips in the United States (see Interrogatory No. 23), multiplied by 100,000,000 to express the rate per 100 million completed trips. Uber also utilizes the same type of rate calculation in its U.S. Safety Reports. Wherever I use the term "rate," I refer to this calculation.

Confidential - Subject to Protective Order

SA/SM Incidents, respectively. From 2022 through 2024, the rate of SA/SM incidents increased 15.7% (21.1% since 2021).

32.   The following figure shows the rate of SA/SM Incidents in all Subcategories, calculated as the number of SA/SM Incidents, according to Flack Incident Report Classification Data. This figure includes SA/SM Incidents reported against Riders, Drivers, and Third Parties.

**Figure 3: Rate of SA/SM Incidents Per Year**
**(Source: Flack Incident Report Classification Data, 2017-2024)**



33.   

34.   The following figure shows the rate of SA/SM Incidents that Uber classified as Rape, calculated as the number of Rape Incidents divided by the total number of completed Uber trips multiplied by 100 million. This figure includes Rape Incidents reported against Riders, Drivers, and Third Parties.

Confidential - Subject to Protective Order

**Figure 4: Rate of Rape Incidents Per Year**



35.  Since 2022, SA/SM Incident numbers have also increased within the
     Publicly-Disclosed Five categories as a whole. Uber's 2021-2022 U.S.
     Safety Report disclosed a total of 1,080 SA/SM Incidents in 2021 and a
     total of 1,637 SA/SM Incidents in 2022. For those same
     Publicly-Disclosed Five categories, [redacted]
     [redacted] [54] In 2021 and 2022,
     the SA/SM Incident rate for the Publicly-Disclosed Five categories was
     142 and 148 per 100 million trips, respectively, while [redacted]
     rates were [redacted] per 100 million trips in 2023 and 2024,
     respectively.

---

[54] I calculate "rate" as follows: the number of Sexual Assault and Sexual Misconduct
(SA/SM) incidents divided by the total number of Completed Rides Trips in the United
States (obtained from Flack Incident Classification Data), multiplied by 100,000,000 to
express the rate per 100 million completed trips. Wherever I use the term "rate," I refer to
this calculation.

Confidential - Subject to Protective Order

36.    The following figure shows the rate of SA/SM Incidents that Uber
       classified in the Publicly-Disclosed Five categories, calculated as the
       number of SA/SM Incidents divided by the total number of completed
       Uber trips multiplied by 100 million. This figure includes SA/SM Incidents
       reported against Riders, Drivers, and Third Parties.

**Figure 5: Rate of Publicly-Disclosed Five Incidents Per Year
(Source: Flack Incident Report Classification Data, 2017-2024)**



**D. Uber acknowledges that Sexual Assault and Sexual Misconduct is
underreported on its platform.**

37.    Uber has acknowledged that SA/SM Incidents are underreported
       nationwide, citing a U.S. Department of Justice Study that found that only
       25% of Sexual Assault or Rape incidents are reported to the police.[55]
       Internally, Uber also noted that it should assume that the SA/SM Incident
       reports received do not represent all of the SA/SM Incidents that
       occurred, and that actual numbers of SA/SM Incidents likely exceeded

---

[55] 2017-2018 U.S. Safety Report, p.6; Deposition of Katherine McDonald, 4/24/2025, p.
235-236, p. 238-241.

Confidential - Subject to Protective Order

reported figures.[56] An Uber document from 2016 entitled "Sexual Assault and Rape Incident Rate Data Assumptions" states:

> **"UBER only has data on incidents that are reported to us. It is likely and we should consider addressing that our numbers are lower than actual incidents due to underreporting – causes of which include fear for safety, intimidation, shame, etc. On our platform, many drivers have riders' home addresses, which alone could cause significant underreporting."**

## VI. Opinion 2: Uber's U.S. Safety Reports Disclosed Three Percent of the Sexual Assault and Sexual Misconduct Incident Reports that Uber Received in the U.S. from 2017 through 2022.

### A. Uber excluded 97% of SA/SM Incidents from its U.S. Safety Reports.

38.    Uber acknowledges that it has publicly disclosed 3% of the SA/SM Incidents reported from 2017 through 2022.[57] The following figure is an unedited screenshot from an Uber blog post.

---

[56] UBER000051856.
[57] In response to an August 6, 2025 New York Times article, (https://www.nytimes.com/2025/08/06/business/uber-sexual-assault.html), Uber stated that the incidents it disclosed were limited to the "3% most serious." ("Uber's record on safety is clear." Uber Newsroom, https://www.uber.com/newsroom/ubers-safety-record/).

Confidential - Subject to Protective Order

**Figure 6: Percent of Sexual Assault and Sexual Misconduct Incidents That Uber Disclosed to the Public From 2017 Through 2022 (Source: Uber.com Blog Post: "Uber's record on safety is clear," August 6, 2025)**



Of those reports, the vast majority are about **less serious incidents**, like allegations of staring or asking personal questions.

**3%**
Most serious as disclosed in Uber Safety Reports

**97%**
All other categories

These are raw numbers disclosed in litigation that have **not been fully audited for accuracy.**

39.     According to Uber's Flack Incident Report Classification Data, Uber received 392,828 SA/SM Incident reports from 2017 through 2022. In comparison, Uber's U.S. Safety Reports disclosed 12,522 reports during the same time period.[58] Uber has also tracked and classified 153,368 SA/SM Incidents from 2023 through 2024 that it has not disclosed in a Safety Report. Considering the SA/SM Incidents from 2023 through 2024, Uber has currently disclosed �059�0 2.3% of all SA/SM Incidents from 2017 through 2024

---

[58] U.S. Safety Report 2017-2018; U.S. Safety Report 2020-2021; U.S. Safety Report 2021-2022.

Confidential - Subject to Protective Order

40.    The following figure shows the difference between the number of SA/SM Incidents that Uber disclosed in its U.S. Safety Reports (blue) and the number of SA/SM Incidents based on Uber's Flack Incident Report Classification Data (purple). Each bar is independent and should not be added together. In other words, the 71,080 SA/SM Incidents in Flack Incident Report Classification Data in 2017 should not be added to the 2,936 SA/SM Incidents reported in the U.S. Safety Report to obtain the total volume of SA/SM Incidents that year. This figure includes SA/SM Incidents reported against Riders, Drivers, and Third Parties.

**Figure 7: Number of Sexual Assault and Sexual Misconduct Incident Reports That Uber Received Annually Compared to the Number Disclosed in U.S. Safety Reports
(Source: Flack Incident Report Classification Data, 2017-2022; Uber's U.S. Safety Reports, 2017-2022)**



Confidential - Subject to Protective Order

41.    The following table shows the difference between SA/SM Incidents that Uber disclosed in Uber's U.S. Safety Reports ("# Of of Incidents in Safety Reports (2017-2022)") and SA/SM Incidents reported to Uber ("# Of Incidents In Flack Incident Report Classification Data (2017-2024)"). Two separate total rows are displayed because Uber's U.S. Safety Reports covered years 2017-2022, while the Flack Incident Report Classification Data covered years 2017-2024. This table includes SA/SM Incidents reported against Riders, Drivers, and Third Parties.

**Table 2: Comparison Between Sexual Assault or Sexual Misconduct Incidents Uber Disclosed in U.S. Safety Reports and Sexual Assault or Sexual Misconduct Incidents Reported to Uber (Source: Flack Incident Report Classification Data, 2017-2024; Uber's U.S. Safety Reports, 2017-2022)**

| Year | # Of Incidents In Safety Reports (2017-2022) | # Of Incidents In Flack Incident Report Classification Data (2017-2024) |
|---|---|---|
| 2017 | 2,936 | 71,080 |
| 2018 | 3,045 | 93,464 |
| 2019 | 2,826 | 99,201 |
| 2020 | 998 | 41,360 |
| 2021 | 1,080 | 34,790 |
| 2022 | 1,637 | 52,933 |
| 2023 | | 70,530 |
| 2024 | | 82,838 |
| TOTAL (2017-2022) | 12,522 | 392,828 |
| TOTAL (2017-2024) | - | 546,196 |

Confidential - Subject to Protective Order

**B. Uber internally designated Subcategories of Sexual Assault and Sexual Misconduct Incidents as "Serious SA/SM"[59] but did not publicly disclose them.**

42.     In its U.S. Safety Reports, Uber publicly disclosed the number of SA/SM Incidents in the five Subcategories it referred to as the "most serious."[60] However, internally, Uber referred to the following eight additional Subcategories of SA/SM Incidents as "Serious SA/SM:"[61]

  42.1.     Sexual Assault - Non-Consensual Touching - Non-Sexual Body Part

  42.2.     Sexual Assault - Attempted Kissing - Sexual Body Part

  42.3.     Sexual Assault - Attempted Kissing - Non-Sexual Body Part

  42.4.     Sexual Assault - Attempted Touching - Sexual Body Part

  42.5.     Sexual Assault - Attempted Touching - Non-Sexual Body Part

  42.6.     Sexual Misconduct - Masturbation

  42.7.     Sexual Misconduct - Self Touching/Indecent Exposure

  42.8.     Sexual Misconduct - Verbal Threat of Sexual Assault

43.     According to the Flack Incident Report Classification Data, Uber received ██████ reports in these eight "Serious SA/SM" Subcategories between 2017 and 2022 and 12,590[62] incidents in the Publicly-Disclosed Five

---

[59] UBER_JCCP_MDL_001730535 (Apr. 24, 2025 Deposition of Katherine McDonald, p. 52-67 and Exhibit 3103; Apr. 16, 2025 Deposition of Sunny Wong, p. 187-193 and Exhibit 2810-b; Apr. 2025 Deposition of Rebecca Payne, p. 93-98 and Exhibit 2508b); UBER_JCCP_MDL_000250826 (Apr. 24, 2025 Deposition of Katherine McDonald, p. 92-95 and Exhibit 3108). I note that Ms. McDonald gives inconsistent testimony about the categorization of "indecent photography/videography without consent." I considered that Subcategory "non-serious" based on Ms. McDonald's testimony on p. 61 to 62 and 64 to 66, as well as Mr. Wong and Ms. Payne's corroborating testimony.
[60] Uber's U.S. Safety Reports 2017-2018, 2019-2020, 2021-2022.
[61] UBER_JCCP_MDL_001730535 (Apr. 24, 2025 Deposition of Katherine McDonald, p. 52-67 and Exhibit 3103; Apr. 16, 2025 Deposition of Sunny Wong, p. 187-193 and Exhibit 2810-b; Apr. 2025 Deposition of Rebecca Payne, p. 93-98 and Exhibit 2508b); UBER_JCCP_MDL_000250826 (Apr. 24, 2025 Deposition of Katherine McDonald, p. 92-95 and Exhibit 3108). I note that Ms. McDonald gives inconsistent testimony about the categorization of "indecent photography/videography without consent." I considered that Subcategory "non-serious" based on Ms. McDonald's testimony on p. 61 to 62 and 64 to 66, as well as Mr. Wong and Ms. Payne's corroborating testimony.
[62] The Flack Incident Classification Data includes ██ additional SA/SM Incidents in the Publicly Disclosed Five categories that were not included in Uber's U.S. Safety Reports (which disclosed 12,522 SA/SM Incidents). This number includes those additional ██ SA/SM Incidents.

Confidential - Subject to Protective Order

categories 2017 through 2022, for a combined total of ███ [63] incidents across the 13 Subcategories Uber referred to internally as "Serious SA/SM." Of this total, Uber disclosed in its U.S. Safety Reports, ███, of the SA/SM Incidents Uber classified as "Serious SA/SM." Uber received an additional ███ reports of SA/SM Incidents in these eight Subcategories in 2023 and an additional ███ in 2024, for a total of ███ incidents Uber classified in these 13 categories from 2017 through 2024, of which Uber has disclosed ███. On an annual basis:[64]

43.1.    **2017**: Uber disclosed ███ of the SA/SM incidents it classified into the Subcategories Uber referred to internally as "Serious SA/SM."

43.2.    **2018**: Uber disclosed ███ of the SA/SM incidents it classified in Subcategories Uber referred to internally as "Serious SA/SM."

43.3.    **2019**: Uber disclosed ███ of the SA/SM incidents it classified in Subcategories Uber referred to internally as "Serious SA/SM."

43.4.    **2020**: Uber disclosed ███ of the SA/SM incidents it classified in Subcategories Uber referred to internally as "Serious SA/SM."

43.5.    **2021**: Uber disclosed ███ of the SA/SM incidents it classified in Subcategories Uber referred to internally as "Serious SA/SM."

43.6.    **2022**: Uber disclosed ███ of the SA/SM incidents it classified in Subcategories Uber referred to internally as "Serious SA/SM."

43.7.    **2023 and 2024**: Uber has not publicly disclosed any SA/SM Incidents; however if they had, ███████ incidents were categorized by Uber into Publicly-Disclosed Five Categories.

44.    The following figure shows the proportion of the SA/SM Incidents that Uber classified into what Uber referred to as the five "most serious"[65]

---

[63] The Flack Incident Classification Data includes ██ additional SA/SM Incidents in the Publicly Disclosed Five categories that were not included in Uber's U.S. Safety Reports (which disclosed 12,522 SA/SM Incidents). This number includes those additional ██ SA/SM Incidents.

[64] The percentages in this paragraph include the number of SA/SM Incidents Uber classified into these 13 Subcategories based on the Flack Incident Classification Data, including the ██ additional SA/SM Incidents Uber classified in the Publicly Disclosed Five categories but were not included in Uber's U.S. Safety Reports (which disclosed 12,522 SA/SM Incidents).

[65] Uber's U.S. Safety Reports 2017-2018, 2019-2020, 2021-2022.

Confidential - Subject to Protective Order

Subcategories, which were disclosed in Uber's U.S. Safety Reports (blue), relative to the SA/SM Incidents Uber classified into the thirteen subcategories that Uber referred to internally as "Serious SA/SM" (orange).[66] This figure includes SA/SM Incidents reported against Riders, Drivers, and Third Parties.

**Figure 8: Proportion of Incidents Uber Classified as "Serious SA/SM" Relative to Publicly-Disclosed Five Categories**
**(Source: Flack Incident Report Classification Data, 2017-2024)**



■ Non-Publicly Disclosed Serious SA/SM Incidents     ■ Disclosed Incidents - Publicly-Disclosed Five

---

[66] UBER_JCCP_MDL_001730535 (Apr. 2, 2025 Deposition of Rebecca Payne, Exhibit 2508b; Apr. 24, 2025 Deposition of Katherine McDonald, Exhibit 3103); UBER_JCCP_MDL_000250826 (Apr. 24, 2025 Deposition of Katherine McDonald, Exhibit 3108).

Confidential - Subject to Protective Order

45.    Additionally, from 2017 through 2024, Uber received ▮▮▮▮[67] SA/SM
       Incident reports that Uber classified in the following Subcategories, which
       Uber considers to be "non-serious."[68] Uber does not disclose these
       incidents in its U.S. Safety Reports.[69]

45.1.    Soliciting Sexual Act

45.2.    Displaying Indecent Material

45.3.    Explicit Comments

45.4.    Explicit Gestures

45.5.    Flirting

45.6.    Comments about Appearance

45.7.    Asking Personal Questions

45.8.    Staring or Leering

45.9.    Indecent Photography/Videography Without Consent

46.    From 2017 through 2022, Uber received ▮▮▮▮ SA/SM Incident reports
       that it classified into these nine undisclosed Sexual Misconduct
       Subcategories.[70]

       **C. Uber categorized more than ▮▮▮ Sexual Assault or Sexual
       Misconduct Incidents as Insufficient Information, a Subcategory that
       Uber did not disclose in Uber's U.S. Safety Reports.**

47.    From 2017 through 2022, Uber classified ▮▮▮▮ SA/SM Incidents into
       the "Insufficient Information" Subcategory, based on Uber's conclusion
       that there were not enough details in the report to classify the incident
       into one of the 21 Subcategories of the taxonomy.[71] Uber did not disclose
       any SA/SM Incidents that it categorized as "Insufficient Information" in its

---

[67] This does not include SA/SM Incidents that Uber classified as "Insufficient Information"
and "Parent Category Usage Tracking."

[68] UBER_JCCP_MDL_001730535 (Apr. 24, 2025 Deposition of Katherine McDonald, p.
52-67 and Exhibit 3103; Apr. 16, 2025 Deposition of Sunny Wong, p. 187-193 and Exhibit
2810-b; Apr. 2, 2025 Deposition of Rebecca Payne, p. 93-98 and Exhibit 2508b);
UBER_JCCP_MDL_000250826 (Apr. 24, 2025 Deposition of Katherine McDonald, p.
92-95 and Exhibit 3108).

[69] Uber's 2017-2018 Safety Report at Appendix IV; Uber's 2019-2020 Safety Report at
Appendix III.

[70] I recognize that the number of subcategories in these subsections adds to 22 while
Uber's Sexual Misconduct and Sexual Violence Taxonomy recognizes 21 subcategories.
This discrepancy exists because Uber has modified its Taxonomy over time. I analyzed
the data as it was provided to me by Uber.

[71] Deposition of Todd Gaddis, 07/11/2025, p. 78.

Confidential - Subject to Protective Order

Safety Reports. From 2023 through 2024, Uber classified an additional ▮▮▮▮ SA/SM Incidents into the "Insufficient Information" Subcategory.

48. Additionally, from 2017 through 2021,[72] Uber classified ▮▮▮ SA/SM Incidents into the "Parent Category Usage Tracking" Subcategory, based on Uber's conclusion that there were not enough details in the report to classify it into one of the 21 Subcategories of Uber's taxonomy.[73] Uber did not disclose the number of SA/SM Incidents that it categorized as "Parent Category Usage Tracking" in its Safety Reports.[74]

**D. Uber received reports of Sexual Assault or Sexual Misconduct Incidents that Uber categorized into the Publicly-Disclosed Five categories but did not include in its U.S. Safety Reports.**

49. The Flack Incident Report Classification Data shows that Uber received 68 reports of SA/SM Incidents that were in the Publicly-Disclosed Five categories that Uber did not disclose in Uber's U.S. Safety Reports. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.[75]

---

[72] It appears Uber discontinued use of this designation in 2021.
[73] Deposition of Todd Gaddis, 07/11/2025, p. 82.
[74] From 2023 through 2024, Uber did not classify any additional SA/SM Incidents into the "Parent Category Usage Tracking" Subcategory.
[75] The SA/SM Incident Data contains additional data that may be used to analyze the discrepancy between the number of SA/SM incidents Uber categorized into the Publicly-Disclosed Five categories from 2017 through 2022 and the number of SA/SM Incidents Uber disclosed in its U.S. Safety Reports. However, due to the noted gaps and inconsistencies in that data, it is more appropriate to conduct my analyses on data that is as complete and accurate as possible and I reserve the right to supplement my analyses pending the outcome of the request, whether or not the additional data is produced.

Confidential - Subject to Protective Order

## VII. Opinion 3: Uber Analyzed "Precursors"[76] to Sexual Assault and Sexual Misconduct Incidents, Which It Did Not Disclose in U.S. Safety Reports.[77]

### A. Uber's internal analyses showed that trips during late-night hours on weekends are "high risk"[78] for Sexual Assault and Sexual Misconduct Incidents.

50.   Uber's internal documents indicate that the day of the week and time of day of a trip are relevant factors for SA/SM Incidents, and that trips during night hours and on weekends are correlated with higher rates of SA/SM Incidents.[79] Certain analyses showed that ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉[80] and that ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉[81] One analysis showed that ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉[82] Another analysis indicated that ▉▉▉▉▉▉▉▉▉ reported on trips that were completed between 10 P.M. and 6 A.M. on weekends, although 10% of overall Uber trips occurred during these hours.[83] On average during the week, Uber data scientists found that ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉[84]



---

[76] UBER_JCCP_MDL_000356814.
[77] Based on my review of the Flack fields list in Todd Gaddis' August 18, 2025 Declaration and my review of the documents and testimony in this case, it appears that Uber maintains data sufficient to analyze the trends and patterns discussed in this section. However, the SA/M Incident Data as produced appears incomplete and contains inconsistencies. To run those additional analyses, I would need to use my professional judgment to address gaps and inconsistencies. It is more appropriate to conduct my analyses on data that is as complete and accurate as possible and I reserve the right to supplement my analyses pending the outcome of the request, whether or not the additional data is produced.
[78] UBER_JCCP_MDL_001687315.
[79] UBER_JCCP_MDL_003504225; UBER_JCCP_MDL_000356814; UBER_JCCP_MDL_001755017; UBER_JCCP_MDL_000031720.
[80] UBER000204698; UBER_JCCP_MDL_001755017.
[81] UBER_JCCP_MDL_003504225.
[82] UBER_JCCP_MDL_000258366.
[83] UBER_JCCP_MDL_002249692.
[84] UBER_JCCP_MDL_000031720.0007.

Confidential - Subject to Protective Order

**B. Uber identified male Drivers and female Riders as well as proximity of the pick-up to a bar as "precursors"[85] to Sexual Assault and Sexual Misconduct.**

51.   Uber's analysis of its SA/SM Incident data showed that pairings between opposite gender Riders and Drivers and the proximity of the pickup location to a bar were correlated with SA/SM Incident reports.[86] Uber's data showed that SA/SM Incidents were more likely to be reported against men, with ███████████████████████[87] For Rape incidents specifically, Uber's data showed that reports were more than ██████████████████████████████████ vers.[88] Uber's internal analysis showed that ███████████████████ ████████████████████████████████████[89] Uber did not produce gender or inferred gender data, nor GPS data, received by all Drivers reported for SA/SM Incidents.

52.   The following figures are Uber-produced documents for this litigation and are unedited from the original productions.

---

[85] UBER_JCCP_MDL_000356814.
[86] UBER_JCCP_MDL_000031720.
[87] UBER_JCCP_MDL_000031720.0008.
[88] UBER_JCCP_MDL_000031720.0008.
[89] UBER_JCCP_MDL_003306684.

Confidential - Subject to Protective Order

**Figure 9: Internal Uber Presentations Showed That Pick-Ups Within 50 Meters of a Bar Were Correlated with Higher Sexual Assault Rates (Source: UBER_JCCP_MDL_000031720.0009)**



Confidential - Subject to Protective Order

**Figure 10: Internal Uber Presentations Show Male-Driver and Female-Rider Pairings Were Correlated with Higher Sexual Assault Rates**
**(Source: UBER_JCCP_MDL_000031720.0008)**



**C. Uber's internal analyses showed that Drivers with previous Sexual Assault and Sexual Misconduct Incidents were more likely to be reported for SA/SM again.[90]**

53.    Uber identified that a history of prior SA/SM Incidents was a "pattern" related to future SA/SM Incidents.[91] Uber's analyses showed that  t.[92] Additionally, Drivers with previous SA/SM Incident reports were more likely to have "patterns of escalation,"[93] meaning a more serious SA/SM Incident (according to Uber's taxonomy) in the future.

---

[90] UBER_JCCP_MDL_000031720.
[91] UBER_JCCP_MDL_000964270.
[92] UBER_JCCP_MDL_001687315; Jun. 25, 2025 Deposition of Sunny Wong at 208-209; June 17, 2025 Deposition of Greg Brown at 32-39.
[93] UBER_JCCP_MDL_000014232.

Confidential - Subject to Protective Order

54. Uber also analyzed the relationship between Drivers' "feedback tags" and SA/SM Incidents. As shown in the following image, ███████████████ ████████████████████████████████████████ █████████[94] Uber did not disclose this information in its Safety Reports, nor produce data on Feedback Tags received by all drivers involved in SA/SM Incidents.

55. The following figure is an Uber-produced document for this litigation and is unedited from its original production.

**Figure 11: Internal Uber Presentations Show Certain Feedback Tags Were Correlates of Sexual Assault and Sexual Misconduct Incidents (Source: August 25, 2025 Deposition of Greg Brown, Exhibit 1932)**



56. Uber's corporate witness, Elizabeth Ross, testified that Uber has a responsibility to take steps to try to deter SA/SM incidents.[95] Uber's corporate witness, Rebecca Payne, testified that it is important to "deactivate" Drivers who are reported for Sexual Assault from the Uber

---

[94] August 25, 2025 Deposition of Greg Brown, Exhibit 1932.
[95] June 12, 2025 Deposition of Elizabeth Ross at 394-395..

Confidential - Subject to Protective Order

platform so they can no longer drive for Uber.[96] Uber's corporate witness, Heather Childs, testified that Drivers who have been reported for Sexual Assault should be deactivated immediately.[97] Uber's documents show that, "delaying ███████████████████████████████████████████████████ ███████████████████████████████████████████[98] In its 2017-2018 U.S. Safety Report, Uber stated:

> When we receive a report of sexual assault, we immediately remove the accused party's access to the Uber app while support agents complete a review.

57. Uber has also stated: "Uber will ban users from the platform if we are able to obtain a statement of experience from the survivor and/or obtain relevant facts (e.g., GPS data, timestamps, videos/photos, in-app communications). We adhere to this standard for all sexual assault categories described in this report."[99]

58. The list of Drivers that Uber identified as 1) having been reported for an SA/SM Incident from January 1, 2017 through December 31, 2022, and 2) subsequently deactivated during that time period for any reason (including reasons unrelated to the SA/SM Incident for which the Driver was reported) contains 207,058 Drivers.[100] In contrast, Uber received 392,828 SA/SM Incident reports from January 1, 2017 through December 31, 2022.

---

[96] May 12, 2025 Deposition of Rebecca Payne at 559.
[97] June 5, 2025 Deposition of Heather Childs at 27.
[98] May 20, 2025 Deposition of Michael Akamine, at 418-420 and Exhibit 890.
[99] Uber's 2017-2018 U.S. Safety Report at pp. 12-13.
[100] Uber's Responses to Interrogatories 16 and 29. Note: I have not performed analysis of this data for the reasons stated herein with respect to the SA/SM Incident Data, but reserve my right to do so as previously stated.

Confidential - Subject to Protective Order

## VIII. Opinion 4: Uber Cultivated a Data-Rich Environment From Its Founding, and Implemented a Machine Learning Algorithm Over a Decade Later to "prevent sexual assaults."[101]

### A.  At Uber, "Data is Queen."[102]

59.    Uber says that data is "crucial for [its] products"[103] and that technology is "at the heart" of its safety approach.[104] A 2021 Internal Audit at Uber reported that Uber collects five terabytes of data daily and relies on approximately 100,000 data tables to power its products.[105] As "a data-driven company, Uber makes every business decision based on large-scale data collected from the marketplace,"[106] with data-driven models contributing over ███████████████, as of 2021.[107]

60.    Uber's data capabilities are vast: since its launch in March 2009,[108] Uber has collected, maintained, and analyzed numerous data points from its trips, Drivers, and Riders, and leveraged these data points to develop new features, including new safety features.[109] The first SA/SM Incident was reported to Uber at least by December 2012.[110] Produced data and public reports indicate that Uber collected and maintained at least some information on trips with SA/SM Incidents at least as early as 2014.[111]

---

[101] UBER_JCCP_MDL_003224079.
[102] UBER_JCCP_MDL_004991726; UBER-MDL3084-000000319.
[103] "How Data Shapes the Uber Rider App." Uber.
https://www.uber.com/blog/how-data-shapes-the-uber-rider-app/.
[104] UBER-MDL3084-000000319.
[105] UBER_JCCP_MDL_004991726.
[106] How Uber Achieves Operational Excellence in the Data Quality Experience." Uber.
https://www.uber.com/blog/operational-excellence-data-quality/
[107] UBER_JCCP_MDL_004991726.
[108] "The History of Uber." Uber. https://www.uber.com/newsroom/history/
[109] Examples: UBER_JCCP_MDL_002296928; UBER_JCCP_MDL_001594498;
UBER-MDL3084-000008501; UBER_JCCP_MDL_000254982; Uber_DOE_0008013;
UBER_JCCP_MDL_000120998; UBER-MDL3084-000008501;
UBER_JCCP_MDL_002296928; UBER_JCCP_MDL_001594498;
UBER-MDL3084-000008501; UBER_JCCP_MDL_000254982; Uber_DOE_008013.
[110] July 3, 2025 Deposition of Travis Kalanick, p 145-152 and Exhibit 1342.
[111] UBER_JCCP_MDL_002246503; Warzel & Bhulyan, "Internal Data Offers Glimpse At Uber Sex Assault Complaints," Buzzfeed,
https://www.buzzfeednews.com/article/charliewarzel/internal-data-offers-glimpse-at-uber-sex-assault-complaints (Mar. 6, 2016) (Hourdajian Ex. 104).

Confidential - Subject to Protective Order

### B. Uber developed S-RAD in 2017 and launched S-RAD in 2022.

61.  Uber learned, in part through data mining its own data, that reported SA/SM Incidents were correlated with certain risk factors.[112] From 2016 to 2017, Uber developed and piloted a product called Safety Risk Assessed Dispatch ("S-RAD") to "prevent sexual assaults."[113] According to Uber: "[t]he S-RAD model leverages a variety of trip, driver, and rider-level predictors to detect driver-rider matches with elevated risk of sexual assaults."[114]

62.  S-RAD has the following components and definitions:

62.1.  "**Features**" or "**Predictors**":[115] Specific data inputs (e.g., ███████ ████████████████████████ that Uber has factored into the S-RAD model to identify risk of SA/SM Incidents for potential Driver-Rider pairings (which are also called "supply plans" by Uber).

62.2.  **Machine Learning Model**:[116] At the point of potential Driver-Rider pairing, Uber uses a machine learning model, which leverages Features to generate an S-RAD score for each potential Driver-Rider pairing.

62.3.  **S-RAD score**:[117] A computed numerical score ██████████ ████████████████████ for each potential Driver-Rider pairing."

62.4.  **S-RAD threshold**:[118] Uber flags and potentially seeks to avoid potential Driver-Rider pairings with S-RAD scores ██████████ ████████████████████.

---

[112] UBER_JCCP_MDL_003306684, p. 2, 26-30; UBER_JCCP_MDL_000031720, p. 3, 8-10.
[113] UBER JCCP MDL 001144266; UBER JCCP MDL 001101922; UBER_JCCP_MDL_003306684; UBER_JCCP_MDL_001730324; UBER_JCCP_MDL_003224079.
[114] UBER_JCCP_MDL_003306684 at 3306697.
[115] UBER_JCCP_MDL_003306684; UBER_JCCP_MDL_005784097.
[116] UBER_JCCP_MDL_003306684.
[117] UBER_JCCP_MDL_004929682, Column AK.
[118] UBER_JCCP_MDL_003602459.

Confidential - Subject to Protective Order

62.5.    **"Trigger-rate"**:[119] The percentage of higher-risk trips Uber flags and takes action upon. ███████████████████████████

███████████████████████████████

62.6.    **"Soft Filtering" intervention**:[120] After Uber flags a potential Driver-Rider pairing with S-RAD, one intervention Uber has used is what Uber calls "soft filtering." Uber adds a penalty to the wait time score for potential Driver-Rider pairings that have a risk of SA/SM above the S-RAD threshold.[121] In other words, making it less likely that Uber will dispatch them.

62.7.    ████████████████████   ████████████████ using what Uber calls "hard filtering." While Uber calls this "hard filtering," this is a non-standard use of the term: potential Driver-Rider pairings are not always filtered out or blocked. With "hard filtering," Uber flagged potential Driver-Rider pairings above the S-RAD threshold unless all potential Driver-Rider pairings had S-RAD scores above the S-RAD threshold. In those cases, ██████

██████████████████████████████████
         136

62.8.    ██████████   ████████████████████████████ risk of SA/SM above its S-RAD threshold, but which it nonetheless dispatches.

62.9.    **Holdout Group**:[124] Uber holds back ███████████ ███████████████████ as a control group to study the effectiveness of SA/SM on an ongoing basis. For these potential Driver-Rider pairings, ████████████████████████████████████ "[125] meaning that Uber takes no action on them.[126]

---

[119] UBER_JCCP_MDL_003602459.
[120] June 25, 2025 30b6 Deposition of Sunny Wong at 239:23-240:21; UBER_JCCP_MDL_002059019.
[121] UBER_JCCP_MDL_003224079.
[122] June 25, 2025 30b6 Deposition of Sunny Wong at 240:10-21.
[123] UBER_JCCP_MDL_002059019.
[124] UBER_JCCP_MDL_003602459.
[125] UBER_JCCP_MDL_003602459.
[126] June 25, 2025 Deposition of Sunny Wong at 233:10-234:1.

Confidential - Subject to Protective Order

63.    In 2017, Uber trained the S-RAD model on trips from 2016.[127] Between
       2017 and 2018, Uber tested over 50 different versions of the model and
       considered over 200 inputs.[128] In the first version of the model, Uber
       ultimately incorporated 32 Features that were "based on past research on
       the correlates and causes of sexual assault."[129] The inputs that Uber
       found to be the most predictive of Driver-Rider pairings with an elevated
       risk of SA/SM included but were not limited to: the time of day, day of
       week, proximity of the pickup location to bars/restaurants, ratings of the
       Driver and Rider, and previous SA/SM Incidents against the Driver and
       Rider reported to Uber.[130]

64.    When assessing S-RAD's performance after testing in 2018, Uber data
       scientist Sunny Jeon reported that "S-RAD may represent Uber's most
       effective intervention for preventing sexual assault."[131] Between 2018 and
       2020, ███████████████████████████████████████████
       that ran in multi-week intervals, ranging from two weeks to nearly six
       months.[132] During this time, ████████████████████████████████████
       ████████████████████████████████████████████
       ███████████████████████████████."[134] In 2020 and
       2021, ████████████████████████████████████████████
       ████████████████████████████████████████████
       ████████████████████████████████████████████

65.    In July 2022, Uber deployed its "US Full Rollout" of S-RAD on a subset of
       all non-shared trips.[137] The S-RAD model in 2022 contained ██████████
       ████████████████████████████████████████████
       ████████████████ that Uber incorporated into S-RAD five years prior in
       2017.[139]

---

[127] UBER_JCCP_MDL_003306684, p. 9.
[128] UBER_JCCP_MDL_003306684, p. 337.
[129] UBER_JCCP__MDL_003306684.
[130] UBER_JCCP_MDL_003306684.
[131] July 23, 2025 case-specific Deposition of Sunny Wong at 100:10-16.
[132] UBER_JCCP_MDL_003224079 at p. 26; UBER_JCCP_MDL_001730324 at p. 37.
[133] UBER_JCCP_MDL_003224079 at p. 26.
[134] UBER_JCCP_MDL_003224079 at p. 26.
[135] UBER_JCCP_MDL_001730324 at p. 37.
[136] UBER_JCCP_MDL_000575334 at p.169.
[137] UBER_JCCP_MDL_003602082.
[138] UBER_JCCP_MDL_005784097 p. 2-3.
[139] UBER_JCCP_MDL_000031720.0025.

Confidential - Subject to Protective Order

### C. S-RAD dispatches some trips above the "Flagging Threshold."[140]

66.    When a trip is requested, Uber scores each potential Driver-Rider pairing
based on the risk of SA/SM Incidents with the goal of reducing the
probability of SA/SM Incidents.[141] When Uber dispatches a Driver to a
Rider, S-RAD is the only way Uber takes into account, and attempts to
reduce the risk of, SA/SM Incidents.[142] Uber scores potential pairings
███████████████████████████████████████████████████████████
risky.[143]

67.    The following figure is an illustration from Uber's internal documents that
outlines how S-RAD flags certain trips.[144]

---

[140] UBER_JCCP_MDL_003224079.
[141] UBER_JCCP_MDL_002340857.
[142] June 25, 2025 Deposition of Sunny Wong at 232:18-233:9.
[143] UBER_JCCP_MDL_003224079.
[144] Other Uber programs are designed to block trips when flagged: Uber also developed
the "Safe Dispatch Model (SDM)", which identifies and blocks requests that pose a
potential risk to Driver or Rider safety on cash trips (UBER-MDL3084-000008501;
UBER_JCCP_MDL_000960333, p.14).

Confidential - Subject to Protective Order

**Figure 12: "Trip plans that are above the flagging threshold are considered to be more unsafe and would require S-RAD intervention."**
**(Source: UBER_JCCP_MDL_003224079, page 8)**



68.  ████████████████████████████.[145] In late 2022, ████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████. I reserve the right to amend or supplement the
facts and opinions upon which I am expected to testify as additional data
and information are made available.

---

[145] UBER_JCCP_MDL_003602459.
[146] UBER_JCCP_MDL_002059019.
[147] UBER_JCCP_MDL_002059019.

Confidential - Subject to Protective Order

69.    There are three ways in which potential Driver-Rider pairings are not actioned by S-RAD:

69.1.    **Holdout Groups**: Uber assigns ███████████████████████ █████████████████████████████████████."[148] Trips in holdout groups do not receive intervention from the S-RAD program as long as they remain in the holdout group. In other words, Uber pairs Drivers and Riders but does not intervene based on the S-RAD score of a potential Driver-Rider pairing.[149] As an example shown in the following image, a potential Driver-Rider pairing in a temporary holdout group may receive an S-RAD score above the flagging threshold (here, hypothetically 0.888), but the Driver-Rider pairing will still be dispatched anyway.

**Figure 13: Hypothetical Driver-Rider Pairing in a Holdout Group**
**(Source: UBER_JCCP_MDL_00908749.0044;**
**UBER_JCCP_MDL_004929682; UBER-MDL3084-BW-0048903)**



---

148 UBER_JCCP_MDL_003602459.
149 UBER_JCCP_MDL_003602459.

Confidential - Subject to Protective Order

69.2.   **Below the S-RAD Threshold**: For potential Driver-Rider pairings
below the flagging threshold, Uber does not use S-RAD to prioritize
Driver-Rider pairings with lower S-RAD scores[150] As an example
shown in the following figure, among Driver-Rider pairings with
S-RAD scores below the flagging threshold (here, hypothetically
0.936), Uber may dispatch the trip with the highest S-RAD score.

**Figure 14: Example of Hypothetical Trip Where All Potential
Pairings Are Below the S-RAD Threshold and
(Source: UBER_JCCP_MDL_00908749.0044;
UBER_JCCP_MDL_004929682; UBER-MDL3084-BW-0048903)**



---

[150] UBER_JCCP_MDL_003224079.

Confidential - Subject to Protective Order

69.3. 

[152] As an example shown in the following image, a Driver with the lowest ETA but the highest S-RAD score could be dispatched.[153]

**Figure 15: Example of a Trip**
**(Source: UBER_JCCP_MDL_00908749.0044;**
**UBER_JCCP_MDL_004929682; UBER-MDL3084-BW-0048903)**



---

[151] Uber has stated that 

(Bates No. UBER_JCCP_MDL_002340620; UBER_JCCP_MDL_002059019);
UBER_JCCP_MDL_003274193.
[152] UBER_JCCP_MDL_003274193.
[153] UBER_JCCP_MDL_003224079; UBER_JCCP_MDL_003503729.

Confidential - Subject to Protective Order

70. 

71. Between 2022 and 2023, Uber started piloting "nudges" as a way to "handle" ███████████, or prompts for the Driver and Rider to consider turning on specific safety features such as Audio Recording, Follow My Ride, and Ride Check.[158] ███████████████████ ██████████████████████████████████.[159] I have requested any nudge-related datasets or ████████ datasets as they pertain to the SA/SM Incident Data in the United States, but understand that they have not been provided as of the filing of this report.



   **D.** ████████████████████████████████

72. ███████████████████████████████████[160]

   At various times between 2017 and 2022, ███████████████

<hr />

[154] UBER_JCCP_MDL_003274193 p. 53. "50/50 Safety XP" Column; For context, in the United States during those months, there were 3,319 Serious Sexual Assault and Sexual Misconduct incidents reported, according to the Flack Incident Report Classification Data from September 2021 through April 2022.

[155] UBER_JCCP_MDL_003274193 p. 53. "50/50 Safety XP" Column; For context, in the United States during those months, there were 3,966 Serious Sexual Assault and Sexual Misconduct incidents reported, according to the Flack Incident Report Classification Data.

[156] UBER_JCCP_MDL_003274193.

[157] UBER_JCCP_MDL_003274193; Deposition of Sunny Wong, 6/25/2025, p. 128; p. 129.

[158] UBER JCCP MDL 002658347; UBER_JCCP_MDL_000149159; UBER_JCCP_MDL_001461771.

[159] UBER JCCP MDL 002658347. *See* Doc. No. 4009-8 (September 23, 2025, Declaration of Sunny Wong, 34) ("There were no S-RAD 'nudges' (notifications) sent in the United States at any time. Therefore, there is no S-RAD 'nudge' data to provide for any of the trips that Plaintiffs request.").

[160] UBER_JCCP_MDL_003224079.

Confidential - Subject to Protective Order



Documents from September 2017 show that [redacted] [161]

[redacted] [162] and 38% of the most serious SA/SM Incident Subcategories (according to Uber's taxonomy) specifically.[163]

[redacted] [164] By 2022, [redacted] found that setting the [redacted]

[redacted] [165]

**Figure 16: Uber Document Estimates That** [redacted] **from November 1, 2022, through January 31, 2023**
**(Source: UBER_JCCP_MDL_005025910 p.11)**



[161] UBER_JCCP_MDL_003385297.
[162] UBER_JCCP_MDL_003385297.
[163] UBER_JCCP MDL_003306684.
[164] UBER_JCCP_MDL_003385297.
[165] UBER_JCCP_MDL_005025910.

Confidential - Subject to Protective Order

73.  Ultimately, Uber selected a  ███████████ for all U.S. trips ██████
███████████████████████████[167] In other words, although 100% of potential
Driver-Rider pairings are scored by S-RAD, ███████████, Uber
does not intervene with S-RAD.

### E. Bellwether Plaintiffs' S-RAD Scores

74.  Uber produced some information about S-RAD scores for the Bellwether
Plaintiffs.[168] In the following section, I include overall trip S-RAD scores
for the trip associated with Uber Drivers dispatched to each Bellwether
Plaintiff as well as the inputs associated with S-RAD features that Uber
analyzed as "precursors"[169] to SA/SM Incidents, including bars and
restaurants near to the pick-up location, Driver's previous Safety Incident
reports (e.g., interpersonal crime incidents ("IPC"), SA/SM incidents),
Driver 1- and 2- star ratings,[170] and Driver weekend and late-night request
rates.[171]

75.  Because Uber has not produced comprehensive information on how any
S-RAD scores and thresholds were calculated or weighted, nor the
relative scores of other available Driver-Rider pairings, it is not possible
for me to translate any particular score in terms of what it means for the
risk of an SA/SM Incident. Should data that allows this analysis be

---

[166] In a 2021 correspondence, Uber's Chief Technology Officer asked: ████████████████
███████████████████████████████████████████████████ (Bates No.
UBER_JCCP_MDL_003220912). An email response to this question stated: "The ████████
███████████████████ (Bates No. UBER_JCCP_MDL_003384231, 4/13/2021;
UBER_JCCP_MDL_005620999, 4/13/2021).
████████████ ates No. UBER_JCCP_MDL_003224079).
████████████████████ (Bates No. UBER_JCCP_MDL_003224079).
[167] UBER_JCCP_MDL_005025910; Deposition of Sunny Wong, 6/25/2025, p. 255.
[168] UBER-MDL3084-BW-00048903; UBER-MDL3084-BW-00048906;
UBER-MDL3084-BW-00048904; UBER-MDL3084-BW-00048905.
[169] UBER_JCCP_MDL_000964270.
[170] ████████████████████████████████████████████████ (Bates No.
UBER_JCCP_MDL_005025910, p. 3, 18; UBER_JCCP_MDL_003274193, p. 86).
[171] UBER_JCCP_MDL_000031720; UBER_JCCP_MDL_001687315;
UBER_JCCP_MDL_003306684; UBER_JCCP_MDL_000031720;
UBER_JCCP_MDL_000031720.0009.

Confidential - Subject to Protective Order

provided to me, I reserve the right to amend or supplement the facts and opinions upon which I am expected to testify as additional data and information are made available.

76.     The following are the S-RAD scores that Uber produced as composite scores for the Bellwether Plaintiffs.[172] Further details on specific S-RAD features that were included in the S-RAD models that were applied to Plaintiff-Driver pairs at the times of their incidents are available in Keller Report Appendix F.

**Table 3: Bellwether Plaintiff S-RAD Scores and Select Feature Values (Source: UBER-MDL3084-BW-00048903, UBER-MDL3084-BW-00048904, UBER-MDL3084-BW-00048905, UBER-MDL3084-BW-00048906)**



---

[172] Uber did not produce information as to how these scores were calculated.

Confidential - Subject to Protective Order

## IX. Conclusion[173]

77. Given my analyses, my review of documents and data, and my professional experience, it is my opinion that Uber disclosed in its U.S. Safety Reports, only 3% of the 546,196 SA/SM Incidents it tracked between 2017 and 2022, and has not disclosed 97.7% of the SA/SM Incidents it tracked between 2017 through 2024.

78. It is further my opinion that Uber internally designated Subcategories of Sexual Assault and Sexual Misconduct Incidents as "Serious SA/SM" but did not publicly disclose them. Between 2017 and 2022, Uber classified ███████ SM/SA incidents as "Serious SA/SM" but did not disclose ████ of those incidents in its U.S. Safety Reports. From 2017 through 2024, Uber has not disclosed ██████ of the SA/SM Incident reports it classifies as "Serious SA/SM".

79. It is also my opinion that from 2017 through 2024, Uber has tracked, on average, a report of an Uber-related SA/SM incident approximately every 7.7 minutes. In 2024, that frequency was higher – Uber tracked a SA/SM Incident report every 6.4 minutes. From 2017 through 2024, Uber has tracked the equivalent of ████████████████████████████ ████ ███

80. I conclude that from 2021 through 2024, both the number and incident rate of SA/SM Incidents that Uber tracked increased every year. ████████████████████████████████████████████████

81. It is my further opinion that Uber knew of and analyzed multiple "precursors"[174] to SA/SM Incidents but did not disclose this information in Uber's U.S. Safety Reports.

---

[173] This paragraph is not intended to provide a comprehensive summary of my opinions.
[174] UBER_JCCP_MDL_000356814.

Confidential - Subject to Protective Order

82.    Additionally, Uber cultivated a data-rich environment from its founding, had extensive data capabilities,[175] and did not develop S-RAD until 2017 or deploy it until 2022 to address SA/SM Incidents on its platform.

83.    Finally, I confirmed that Uber collected data and information on the Drivers and regarding the Plaintiff Bellwethers trips. It is my opinion that this data resembled the information of other documents and data produced for other SA/SM Incidents.


*Lacey Keller*
_____

LACEY R. KELLER

---

[175] Examples: UBER_JCCP_MDL_002296928; UBER_JCCP_MDL_001594498; UBER-MDL3084-000008501; UBER_JCCP_MDL_000254982; Uber_DOE_0008013; UBER_JCCP_MDL_000120998; UBER-MDL3084-000008501; UBER_JCCP_MDL_002296928; UBER_JCCP_MDL_001594498; UBER-MDL3084-000008501; UBER_JCCP_MDL_000254982; Uber_DOE_0008013.

Confidential - Subject to Protective Order

# IN THE UNITED STATES COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re. Uber Technologies, INC., Passenger Sexual Assault Litigation | Case No. 3:23-md-03084-CRB |

**Expert Report of Lacey R. Keller**
**Appendix A - Methodology**

Dated: September 26, 2025

*Confidential and Subject to Protective Order*

Confidential - Subject to Protective Order

## Table of Contents

Table of Contents.................................................................................................2

**I. Core Tenets of Data Mining and Analytics**.........................................3

   Step 1: Data Preparation (ETL)....................................................................5

   Step 2: Data Validation...............................................................................5

   Step 3: Descriptive Analytics & Visualization............................................6

   Step 4: Automation....................................................................................7

**II. Tools and Software Employed**...........................................................7

**III. Methodology**..................................................................................9

   Step 1: Data Preparation (ETL)..................................................................9

      Bliss/Jira Incident Report Classification Data and Flack Incident Report Classification Data.........................................................................................................9

      Interrogatory No. 28.............................................................................10

      Interrogatory No. 16/29 and Interrogatory No. 16/29 Addendum...................10

      SA/SM Incident Data............................................................................11

      Plaintiff Trip and Driver Timeline Data (script: Driver_Profiles_BW.ipynb)...........12

   Step 2: Data Validation.............................................................................14

      Bliss/Jira Incident Report Classification Data and Flack Incident Report Classification Data.........................................................................................................14

      Interrogatory No. 28.............................................................................14

      Interrogatory No. 16/29 and Interrogatory No. 16/29 Addendum...................15

      SA/SM Incident Data............................................................................15

      Plaintiff Trip and Driver Timeline Data....................................................17

   Step 3: Descriptive Analytics & Visualization...........................................17

      Interrogatory No. 28.............................................................................18

      Interrogatory No. 16/29 and Interrogatory No. 16/29 Addendum...................18

      Bliss/Jira Incident Report Classification Data and Flack Incident Report Classification Data.........................................................................................................18

      SA/SM Incident Data............................................................................18

      Plaintiff Trip and Driver Timeline Data....................................................18

   Step 4: Automation...................................................................................19

**IV. Document Review**..........................................................................19

**V. Maintenance of Standards and Controls**..........................................20

**VI. Known or Potential Rate of Error**....................................................20

**VII. Objectivity of Analysis and Assumptions**.......................................20

Confidential - Subject to Protective Order

## I. Core Tenets of Data Mining and Analytics

1.  As stated in my report and further discussed in Keller Report - Appendix C, I am an expert in Data Mining and Analytics. Data Mining and Analytics uses systematic data preparation and exploration to find patterns, trends, and relationships in order to develop useful, understandable, and sometimes actionable insights for others relying upon both structured and unstructured data.[1] Data Science is an interdisciplinary field that combines concepts and lessons from statistics, mathematics, computer science, management science, and engineering.[2] In my experience, Data Mining and Analytics often overlaps with Data Science, which uses the core tenets of Data Mining and Analytics but also builds predictive models using artificial intelligence and machine learning. A data analyst will provide more descriptive analytics using Excel, SQL, and other data visualization tools, while a data scientist will often provide predictive and prescriptive analytics, using programming languages such as Python[3] or R, and engage in data mining.[4] As an expert in Data Mining and Analytics, my work employs the common toolset of a Data Scientist (e.g., Python, SQL) to service descriptive analytics of that of an analyst; hence, Data Mining & Analytics.

2.  The foundations of Data Mining and Analytics and Data Science lie in statistics, where methods such as regression and hypothesis testing were formalized in the 19th and early 20th centuries by figures like Gauss, Fisher, and Neyman–Pearson.[5] Starting in the mid-1950s, businesses started using computerization, with only one computing resource in the organization, known as "the mainframe."[6] In 1960, John Tukey published a paper entitled "The Future of Data Analytics," which framed data analytics as its own discipline.[7] In 1970, Edgar Codd published a paper describing the first relational database, where data is stored in simple tables with rows and fields that can be queried by users -

---

[1] Sharda, R., Delen, D., & Turban, E. (2017). Business intelligence, analytics, and data science: A managerial perspective (4th ed.). Pearson.

[2] VanderPlas, J. (2016). *Python data science handbook*. O'Reilly Media. https://www.oreilly.com/library/view/python-data-science/9781491912126/; Siadati, S. (2021). *Data science foundations* (Version 1.1) [E-book]. Zenodo. https://doi.org/10.5281/zenodo.17010182; https://www.tandfonline.com/doi/epdf/10.1080/10618600.2017.1384734?needAccess=truehttps://dl.acm.org/doi/pdf/10.1145/3076253

[3] Walsh, Introduction to Cultural Analytics & Python, Version 1, 2021;Deitel& Deitel, 2000, Intro to Data Science; Deitel.& Deitel. 2019. Intro to Python for Data Science, Pearson; VanderPlas, 2017, Python Data Science Handbook, 1st Ed, O'Reilly; VanderPlas, 2017, Python Data Science Handbook, 1st Ed, O'Reilly

[4] Sharda, R., Delen, D., & Turban, E. (2017). Business intelligence, analytics, and data science: A managerial perspective (4th ed.). Pearson.

[5] Lehmann, E. L. (2011). *Fisher, Neyman, and the Creation of Classical Statistics*. Springer. 2025, https://link.springer.com/book/10.1007/978-1-4419-9500-1

[6] Rainer, R. K., Jr., & Prince, B. (2023). Introduction to information systems: Supporting and transforming business (10th ed.). Wiley.

[7] Tukey, J. W. (1962). The future of data analysis. *Annals of Mathematical Statistics, 33*(1), 1–67.

Confidential - Subject to Protective Order

a method employed still today, including for this report.[8] Starting in the late 1970s, the first personal computers appeared, and in 1981, the IBM PC debuted as the first in the market, after which users began utilizing their own personal computers, including spreadsheet and word processing applications.[9] The programming language, Python, was developed in 1991 by Guido van Rossum.[10] The formal use of the term Data Mining began that same decade,[11] and through the 2000s, advances in cloud computing, open-source programming languages, and machine learning libraries expanded these capabilities, giving rise to a field that is now widely called Data Science.[12]

3.   In just 20 years, from 2000 to 2020, the proportion of digital storage in the world surged from 25% to 98%, while the remaining consisted of other storage.[13] Today, data analysts and data scientists are essential to nearly every sector of the economy, allowing organizations to process massive volumes of information, identify trends, and make evidence-based decisions. The rapid growth of the data analysis and data science fields fueled the technology boom of the 1990s and continues to shape the current era, as artificial intelligence becomes widely accessible across industries.[14] Data science has become essential for data-heavy modern businesses, particularly those in the "tech" industry, like Uber.[15]

---

[8] Codd, E. F. (1970). A relational model of data for large shared data banks. *Communications of the ACM, 13*(6), 377–387; Keller, L., & Nelson, E. (2022, September). Structured data. *Bloomberg Law: Practical Guidance, Litigation, Professional Perspective.* Bloomberg Law. https://www.bloomberglaw.com/external/document/X1PD0P3S000000/litigation-professional-perspective-structured-data.
[9] Rainer, R. K., Jr., & Prince, B. (2023). Introduction to information systems: Supporting and transforming business (10th ed.). Wiley.
[10] "Python is a widely-used, interpreted, object-oriented, and high-level programming language with dynamic semantics, used for general-purpose programming." https://pythoninstitute.org/about-python
[11] https://www.sas.com/en_us/insights/analytics/data-mining.html
[12] Sharda, R., Delen, D., & Turban, E. (2017). Business intelligence, analytics, and data science: A managerial perspective (4th ed.). Pearson.
[13] Rainer, R. K., Jr., & Prince, B. (2023). Introduction to information systems: Supporting and transforming business (10th ed.). Wiley.
[14] Basu, S., Fernald, J. G., & Shapiro, M. D. (2001). Productivity growth in the 1990s: technology, utilization or adjustment? *Carnegie-Rochester Conference Series on Public Policy, 55*(1). https://doi.org/https://www.sciencedirect.com/science/article/abs/pii/S0167223101000549
[15] *See e.g.*:
Donoho, D. (2017). 50 Years of Data Science. *Journal of Computational and Graphical Statistics, 26*(4), 745–766. https://doi.org/https://www.tandfonline.com/doi/epdf/10.1080/10618600.2017.1384734?needAccess=true; Cao, L. (2017). Data Science: A Comprehensive Overview. *ACM Computing Surveys, 50*(3). https://doi.org/https://dl.acm.org/doi/pdf/10.1145/3076253; Siadati, S. (2021). *Data Science Foundations* (1.1). September 2025, https://www.researchgate.net/profile/Saman-Siadati/publication/395109847_Data_Science_Foundations/links/68b3afc2360112563e0f7e60/Data-Science-Foundations.pdf

Confidential - Subject to Protective Order

4.  Data can be structured, unstructured, or semi-structured.[16] I have spoken at numerous conferences and published articles on the use of structured and unstructured data, specifically for use in investigations and litigation. Structured data is that that is machine-readable data, meaning that it is easily processed by a computer. The average person may encounter structured data through formats such as a CSV or Excel spreadsheet; however, structured data takes on other forms (e.g., JSON, XML, HTML) for those working in the field of Data Mining and Analytics and/or Data Science. Unstructured data is typically text-based data, but also might include photos and videos. Text-based unstructured data can be turned into structured data by using keyword searches and natural language processing to extract key phrases or dates, as an example.

5.  Specifically, in this report, I have used four fundamental tenets of Data Mining and Analytics:

### Step 1: Data Preparation (ETL)[17]

6.  Before meaningful analysis can occur, raw data must undergo preparation, often known as the extraction, transformation, and loading process ("ETL") – also known sometimes less formally as "wrangling." This process involves collecting and consolidating data from multiple sources and then cleaning/standardizing and transforming it into a consistent format amenable to analysis. Cleaning/standardization typically requires identifying and addressing erroneous and inconsistent values (e.g., Kansas, KS, ks, Kansas), placeholders for null values (e.g., \N, NULL''), or irregular datatypes (e.g., dates stored as text fields). Under certain circumstances, data preparation involves creating additional fields (known as data enrichment) to assist with the data analysis and reconciling duplicate entries.[18]

### Step 2: Data Validation[19]

7.  Validation is the process of ensuring that data is accurate and reliable before being used. In practice, this involves checking data quality, confirming that

---

[16] Sharda, R., Delen, D., & Turban, E. (2017). Business intelligence, analytics, and data science: A managerial perspective (4th ed.). Pearson.;
https://www.tandfonline.com/doi/full/10.1080/10618600.2017.1384734#d1e1118
[17] Sharda, R., Delen, D., & Turban, E. (2017). Business intelligence, analytics, and data science: A managerial perspective (4th ed.). Pearson.;
https://www.tandfonline.com/doi/full/10.1080/10618600.2017.1384734#d1e1118
[18] Siadati, S. (2021). *Data Science Foundations* (1.1). September 2025,
https://www.researchgate.net/profile/Saman-Siadati/publication/395109847_Data_Science_Foundations/li
nks/68b3afc2360112563e0f7e60/Data-Science-Foundations.pdf
[19] Donoho, D. (2017). 50 Years of Data Science. Journal of Computational and Graphical Statistics, 26(4), 745–766. https://doi.org/10.1080/10618600.2017.1384734

Confidential - Subject to Protective Order

preprocessing steps were applied correctly, and cross-checking outputs against known benchmarks or domain knowledge to identify possible issues.[20]

### Step 3: Descriptive Analytics & Visualization[21]

8.  Descriptive analytics focuses on summarizing historical data to answer the question, "what happened?" It uses measures such as averages, distributions, and percentages to provide an overview of past events, including outlier detection, trend analysis, and pattern recognition.[22] While descriptive analytics does not predict future outcomes, it forms the foundation for more advanced approaches such as predictive and prescriptive modeling.

9.  As part of the descriptive analytics process, visualization transforms raw numbers into graphical representations (i.e., charts, plots, dashboards, maps) to make the data easier to interpret and communicate.[23] The four pillars of data visualization include: 1) clear purpose, 2) relevant content, 3) appropriate structure, 4) useful formatting.[24] Several libraries in Python exist exclusively for creating visualizations, for example Matplotlib,[25] Plotly,[26] and Seaborn.[27] These allow the user creating images to nearly infinitely customize their visualisations, by changing the font, color scheme, axis labels, and titles of the visualizations they create. Entire websites and blogs exist solely for data scientists to share the beautiful and effective images that they create.[28]

---

[20] Siadati, S. (2021). *Data Science Foundations* (1.1). September 2025, https://www.researchgate.net/profile/Saman-Siadati/publication/395109847_Data_Science_Foundations/links/68b3afc2360112563e0f7e60/Data-Science-Foundations.pdf

[21] Sharda, R., Delen, D., & Turban, E. (2017). Business intelligence, analytics, and data science: A managerial perspective (4th ed.). Pearson.; https://www.consoleflare.com/blog/wp-content/uploads/2022/09/Exploratory-Data-Analysis-1977-John-Tukey.pdf; Tukey, 1962 https://projecteuclid.org/journals/annals-of-mathematical-statistics/volume-33/issue-1/The-Future-of-Data-Analysis/10.1214/aoms/1177704711.full; Siadati, S. (2021). *Data Science Foundations* (1.1). Self. September 2025, https://www.researchgate.net/profile/Saman-Siadati/publication/395109847_Data_Science_Foundations/links/68b3afc2360112563e0f7e60/Data-Science-Foundations.pdf; Donoho, D. (2017). 50 Years of Data Science. Journal of Computational and Graphical Statistics, 26(4), 745–766. https://doi.org/10.1080/10618600.2017.1384734

[22] Sharda, R., Delen, D., & Turban, E. (2017). Business intelligence, analytics, and data science: A managerial perspective (4th ed.). Pearson.

[23] Rainer, R. K., Jr., & Prince, B. (2023). Introduction to information systems: Supporting and transforming business (10th ed.). Wiley.

[24] Illinsky, IBM Center, 2021; https://guides.lib.berkeley.edu/data-visualization/about

[25] Harnowo, A. (2023) *Data visualization (DA 348 - Data discovery and management) [PDF slides]*. Washburn University, School of Business.

[26] McKinney, W. (2010). Data Structures for Statistical Computing in Python. In S. van der Walt & J. Millman (Eds.), Proceedings of the 9th Python in Science Conference (pp. 56-61).

[27] Waskom, M. L., (2021). seaborn: statistical data visualization. Journal of Open Source Software, 6(60), 3021, https://doi.org/10.21105/joss.03021

[28] For example, https://informationisbeautiful.net/, https://visualisingdata.com/, https://flowingdata.com/.

Confidential - Subject to Protective Order

### Step 4: Automation

10. To ensure reproducibility and operational continuity, work should be scripted and documented in a transparent manner. Scripts should be written with clear comments and organization, supported by a README file that outlines essential information about a project, including (but not limited to) the order in which scripts should be executed and any other intricacies that users running the should know.[29]

## II.  Tools and Software Employed

11. I was required by an agreement between the Defendants and Plaintiffs[30] to work within a secure environment. To effectuate the production of data responsive to the Courts' Orders, Uber retained BDO USA as a Third-Party Administrator and Auditor for an Amazon Web Services (AWS) platform to manage the production, access, and use of SA/SM Incident Data and the resources necessary to analyze it ("AWS Secure Environment").

12. Per my specifications, the AWS Secure Environment was provisioned with the following services: 1) EC2 (virtual computing), 2) AWS Redshift SQL database (database and virtual computing), 3) SageMaker (machine learning and virtual computing) 4) GitTechnology through GitLabs (tracked changes for code) 5) VSCode (writing and executing code) to facilitate my analysis. I primarily relied upon the AWS Redshift SQL database and Python (via Jupyter notebooks in VS Code, which was installed in the AWS Secure Environment) for my work. Within Python, I utilized the following industry-standard libraries: Pandas,[31] NumPy,[32]

---

[29] Liu, J., Calrson, J., Pasek, J., Puchala, B., Rao, A., & Jagadish, H. V. (2022). Promoting and enabling reproducible data science through a reproducibility challenge. *Harvard Data Science Review, 4(3)*. https://doi.org/10.1162/99608f92.9624ea51

[30] *In Re: Uber Technologies, Inc. Passenger Sexual Assault Litigation,* United States District Court, Northern District of California Case, No. 3:23-md-03084-CRB, Appendix A to Confidentiality Agreement between BDO USA and Plaintiffs' Steering Committee.

[31] McKinney, W. (2010). Data Structures for Statistical Computing in Python. In S. van der Walt & J. Millman (Eds.), Proceedings of the 9th Python in Science Conference (pp. 56-61).; The Developer of pandas now works as Principal Architect @ Posit, Chief Scientist @ Voltron Data, GP @ Composed Ventures. (n.d.). Home [LinkedIn page]. LinkedIn. Retrieved September 25, 2025, from https://www.linkedin.com/in/wesmckinn/

[32] VanderPlas, 2017, Python Data Science Handbook, 1st Ed, O'Reilly

Confidential - Subject to Protective Order

boto3,[33] botocore,[34] sqlalchemy,[35] pytz,[36] plotly,[37] and matplotlib.[38] The environment in which I worked is documented through a YAML file and has been disclosed with my other code. This file specifies all the packages employed, as well as their version numbers, to allow for reproducibility and to avoid installation or configuration issues that might arise in other environments.

13.    I developed several custom tools and functions to assist me in loading the data and creating the report. Those scripts have also been disclosed with my other code.[39]

14.    The AWS Secure Environment provided me with access to specific S3 Buckets (i.e., file storage) using the following structure:

14.1.    **Bucket 1 Produced Data:** allows the Defendant Team to upload data and keep a record of all data that has been uploaded.

**Figure 1: Screenshot of "Bucket 1"**



---

[33] Amazon Web Services, Inc. (n.d.). boto3: AWS SDK for Python. https://boto3.amazonaws.com/v1/documentation/api/latest/index.html
[34] Amazon Web Services, Inc. (n.d.). botocore: Low-level interface to AWS services. https://botocore.amazonaws.com/v1/documentation/api/latest/index.html
[35] SQLAlchemy Authors. (n.d.). SQLAlchemy: Database Toolkit and Object Relational Mapper. https://www.sqlalchemy.org/
[36] Lemburg, M. A., & Contributors. (2024). pytz: World Timezone Definitions for Python (Version 2024.1) [Computer software]. Python Package Index. https://pypi.org/project/pytz/
[37] Sievert C (2020). Interactive Web-Based Data Visualization with R, plotly, and shiny. Chapman and Hall/CRC. ISBN 9781138331457, https://plotly-r.com.
[38] J. Hunter, et al., matplotlib: Python plotting, http://matplotlib. sourceforge.net/
[39] report_helpers.py; aws_redshift_utils.py.

Confidential - Subject to Protective Order

14.2. **Bucket 2: Plaintiff Only Workspace:** this is the Plaintiff Team's workspace and only the Plaintiff Team can add, edit, delete, and remove files within the AWS Secure Environment. The Defendant Team does not have access. No work can be downloaded outside of the AWS Secure Environment from this folder. An "Ingress" bucket was added to allow the Plaintiff Team to upload data from outside the AWS Secure Environment to the AWS Secure Environment.

14.3. **Bucket 3: Defendant Only Workspace:** This is the equivalent of Bucket 2, but made for the Defendant Team. The Plaintiff Team does not have access.

14.4. **Bucket 4: Plaintiff Downloads:** this allows the Plaintiff Team to transfer work product to be downloaded outside of the AWS Secure Environment. The Defendant Team does not have access.

14.5. **Bucket 5: Defendant Downloads:** This is the equivalent of Bucket 4, but for the Defendant Team. The Plaintiff Team does not have access.

## III.   Methodology

15.   For each of the five fundamental tenets of Data Mining and Analytics, I describe the steps I took for each dataset, with one section for each tenant and subsection for each dataset.

### Step 1: Data Preparation (ETL)

16.   This section details the steps that I took to prepare each dataset, with one subsection for each dataset that was processed.

### Bliss/Jira Incident Report Classification Data and Flack Incident Report Classification Data

17.   Uber produced the Bliss/Jira Incident Report Classification Data and Flack Incident Report Classification Data outside of the AWS Secure Environment "Bucket 1." I copied the contents of those files onto the AWS Secure Environment by uploading them to the "Bucket 2" ingress using the web-based upload feature in the Amazon Console.

18.   Once loaded, I cleaned the datasets to make the fields consistent for analysis, which included reformatting date fields so that month formatting aligned across datasets (e.g., "2025-09" to represent September 2025) and standardizing field names. I also standardized inconsistent formatting of spaces around dashes ("-") or slashes ("/") that were present in the "Category" column. Both datasets were

Confidential - Subject to Protective Order

formatted such that each row was a Category, with a column for each month of data. I removed any "total" rows from this data and processed them separately so as not to create inaccurate calculations later in my analysis. I then pivoted the data into a consistent format where each row represented a single month or year and Category. I added two fields: 1) translating the "Category" to the corresponding Subcategories as they are reported in Uber's published Safety Reports, and 2) identifying which Categories are considered to be "Serious SA/SM" by Uber.[40]

19. For the Bliss/Jira Incident Report Classification data specifically, I extracted the rows labeled "Total # of Completed Rides Trips" and "Total # of Unique Rides Trips with a Reported Incident"[41], keeping the month and values from the data separately from the Category-level data.

### Interrogatory No. 28

20. Uber produced Interrogatory No. 28 into AWS S3 "Bucket 1," which permitted only read access to the data. I downloaded the data from "Bucket 1" using command-line tools executed via Python onto the Amazon Workspace provisioned by BDO and uploaded the data into "Bucket 2" for further processing and analysis. From there, I then loaded all files into the AWS Redshift SQL database using Python. No additional cleaning or standardization was necessary for this file.

### Interrogatory No. 16/29 and Interrogatory No. 16/29 Addendum

21. Uber produced Interrogatory No. 16/29 and Interrogatory No. 16/29 Addendum into AWS S3 "Bucket 1," which permitted only read access to the data. I downloaded the data from "Bucket 1" using command-line tools executed via Python onto the Amazon Workspace provisioned by BDO and uploaded the data into "Bucket 2." From there, I then loaded all files into the AWS Redshift SQL database using Python. No additional cleaning or standardization was necessary for this file.

---

[40] UBER_JCCP_MDL_001730535 (Apr. 24, 2025 Deposition of Katherine McDonald, p. 52-67 and Exhibit 3103; Apr. 16, 2025 Deposition of Sunny Wong, p. 187-193 and Exhibit 2810-b; Apr. 2, 2025 Deposition of Rebecca Payne, p. 93-98 and Exhibit 2508b);
UBER_JCCP_MDL_000250826 (Apr. 24, 2025 Deposition of Katherine McDonald, p. 92-95 and Exhibit 3108). I note that Ms. McDonald gives inconsistent testimony about the categorization of Indecent photography/Videography Without Consent." I considered that Subcategory "non-serious" based on Ms. McDonald's testimony on p. 61 to 62 and 64 to 66, as well as Mr. Wong and Ms. Payne's corroborating testimony.
[41] The "Total # of Unique Rides Trips [sic] with a Reported Incident" had identical values for each month in both the Bliss/Jira Incident Report Classification Data and the Flack Incident Report Classification Data.

Confidential - Subject to Protective Order

**SA/SM Incident Data**

22.  Pursuant to Appendix A to Confidentiality Agreement between BDO USA and Plaintiffs' Steering Committee, Uber produced the SA/SM Incident Data into AWS S3 "Bucket 1," which permitted only read access to the data. I downloaded the data from "Bucket 1" using command-line tools executed via Python onto the Amazon Workspace provisioned by BDO.

23.  The files were produced as a compressed .zip file, which I extracted in the AWS Secure Environment. Again, using command-line tools executed via Python, I uploaded the data into "Bucket 2" for further processing and analysis. I deleted the .zip file and associated extracted files from the AWS Secure Environment.

24.  I then loaded all files into the AWS Redshift SQL database using Python. While the Jira tables were small enough to load directly into the AWS Redshift SQL database, the Bliss tables required splitting the files into smaller chunks and uploading them individually into staging tables of 1,000,000 lines or smaller. Once the Bliss staging tables were uploaded into the AWS Redshift SQL database, I combined them back into their original tables.

25.  I undertook the following cleaning and standardization steps while loading the data. Those are as follows.

  25.1.  **Converting Empty (Null) Values**: Within the data, I observed that several formats were used to signify null values within the same dataset (e.g., '\\N', 'N'). I treated all of these as null values.

  25.2.  **Datetime Formatting**: I converted all datetime values, identified by the presence of the word "timestamp" or "time" in the field, to datetime format, with the exception of the following fields, because they did not include a time value in them:



---

[42] See for example: 2100, 0
[43] See for example: 10007_*:*_1_*:*_0_*|*_10740_*:*_2_*:*_675227027,
10007_*:*_1_*:*_0_*|*_10740_*:*_1_*:*_71232,
10007_*:*_1_*:*_0_*|*_10740_*:*_3_*:*_142870478_*|*_10941_*:*_1_*:*_5838426
[44] See for example: 2100, 0
[45] See for example: 3180, 1800, 2160

Confidential - Subject to Protective Order

25.3.  **UUID Field Dash Standardization (i.e., "-")**: Uber produced some of its data files with dashes in the UUID fields (e.g., ████████████████████),while omitting those dashes in other files. When the files were produced with dashes, I uploaded two versions of the files to "Bucket 2" and the AWS Redshift SQL database: one with dashes and one without. I utilized the version without dashes in my analysis.

25.4.  **Unique Identifiers**: I extracted unique identifiers pertaining to drivers and riders, following the instructions from Katherine McDonald.[46] I extracted:



25.5.  **Data Provenance Fields**: I added three fields to assist with data provenance:

25.5.1.  "filename": includes the original name of the file as it was produced by Uber

25.5.2.  "load_user": identifies which user loaded the table

25.5.3.  "load_date": identifies the date the file was uploaded

### Plaintiff Trip and Driver Timeline Data (script: Driver_Profiles_BW.ipynb)

26.  Uber produced Driver Trips,[51] Driver Communications,[52] S-RAD Inputs and Scores,[53] and Onboarding/Status Files[54] relating to the Plaintiff Bellwether trips outside of the AWS Secure Environment "Bucket 1." I copied the contents of

---

[46] McDonald 04/25/2025 at 183-184.
[47] McDonald 04/25/2025 at 183.
[48] McDonald 04/25/2025 at 183.
[49] McDonald 04/25/2025 at 164.
[50] McDonald 04/25/2025 at 164.
[51] UBER-MDL3084-BW-00006265, UBER-MDL3084-BW-00006254, UBER-MDL3084-BW-00006262 UBER-MDL3084-BW-00006257, UBER-MDL3084-BW-00006259.
[52] UBER-MDL3084-BW-00000012, UBER-MDL3084-BW-00000022, UBER-MDL3084-BW-00000011, UBER-MDL3084-BW-00000029, UBER-MDL3084-BW-00000015.
[53] UBER-MDL3084-BW-00048903, UBER-MDL3084-BW-00048906, UBER-MDL3084-BW-00048905, UBER-MDL3084-BW-00048904.
[54] UBER-MDL3084-BW-00007772, UBER-MDL3084-BW-00012965, UBER-MDL3084-BW-00007742, UBER-MDL3084-BW-00007767, UBER-MDL3084-BW-00007753, UBER-MDL3084-BW-00007778, UBER-MDL3084-BW-00007750, UBER-MDL3084-BW-00007775, UBER-MDL3084-BW-00007745, UBER-MDL3084-BW-00007770.

Confidential - Subject to Protective Order

those files onto the AWS Secure Environment by uploading them to the "Bucket 2" ingress using the web-based upload feature in the Amazon Console.

27.  I first loaded all the Driver Trips data for all the Plaintiff Drivers into one table, where matching fields were placed under one another. I then filtered the Driver Trips data to completed trips by including only rows where "Status" is "completed."

28.  I added five fields to the Driver Trips data:

28.1.  "**begin_trip_hour**": The hour that each trip began, derived from the field native to the dataset ███████████████.

28.2.  "**day_of_week**": The day of week for each trip, derived from the field native to the dataset ███████████████.

28.3.  "**year**": The year that each trip occurred, derived from the field native to the dataset ███████████████.

28.4.  "**unique_id**": A unique identifier for each row in the data based on the order that the data appeared in the table, sorted by ███████████████.

28.5.  "**day_time_category**": segmented the hours of operation into four categories: Weekend Late Night Hours, Weekday Late Night Hours, Weekend Non-Late Night Hours, and Weekday Non-Late Night Hours.[55]

28.5.1.  **Weekend Late Night Hours**: Friday, Saturday, Sunday from 12 AM through 4:59 AM.

28.5.2.  **Weekday Late Night Hours**: Monday, Tuesday, Wednesday, Thursday from 12 AM through 4:59 AM.

28.5.3.  **Weekend Non-Late Night Hours**: Friday, Saturday, Sunday from 5:00 AM through 11:59 AM.

28.5.4.  **Weekday Non-Late Night Hours**: Monday, Tuesday, Wednesday, Thursday from 5:00 AM through 11:59 AM.

29.  I created timeline tables for each driver, where one line in the data represented one event for that driver. From the Driver Trips data, I used the request, begin, and dropoff events with the associated status, ratings, and feedback. From the Driver Communications data, I used inbound and outbound message events showing the medium and content. From the -RAD Inputs and Scores, I used

---

[55] Deposition of Sunny Wong, 07/23/2025, 29:10-22; Deposition of Sunny Wong, 07/23/2025, 30:12-15

Confidential - Subject to Protective Order

S-RAD files for job-level scores and thresholds. From the Onboarding/Status Files I used status and flow information.

30.     To this timeline table, I added Bliss Messages, BlissActions, Jira Tickets, Jira Comments, and Interrogatory No. 16/29 Addendum, filtered for records containing the ████████ or ████████ associated with the Plaintiff's trips. Where date fields were present without a time component, I assigned a default of 12:00:00 local time to maintain chronological ordering. The final driver profile tables combined all events into unified chronological timelines and were exported both as individual CSVs for each driver and in Keller Report - Appendix D1.

### Step 2: Data Validation

31.     For all files, I started with the standard steps of identifying the size and shape of each file, inspecting the records for missing information (e.g., months, records), and confirmed that fields contained the types of values that would reasonably be expected (e.g., that dates were valid calendar dates).

### Bliss/Jira Incident Report Classification Data and Flack Incident Report Classification Data

32.     I compared the Bliss/Jira Incident Report Classification Data to the Flack Incident Report Classification Data. There were discrepancies between the counts Uber provided for at least one Subcategory within each monthly Incident Subcategory and for the "Total # of Unique Rides Trips [sic] with a Reported Incident," which I understand to be due to duplication. The "Total # of Unique Rides Trips [sic] with a Reported Incident" had identical values for each month in both the Bliss/Jira Incident Report Classification Data and the Flack Incident Report Classification Data.

33.     I compared the completed trip volume in this dataset against the Weekday/Weekend Trip Volume per State per Year, 2012-2024[56] and found them to be within 1% of one another.

### Interrogatory No. 28

34.     I validated the 12,522 ████████ values in the first response against the SA/SM Incident Data and found all to be present.

35.     I generally found that the data in the "Refunds ████████████████████████ ████████████████████ to contain numerical data as expected; however,

---

[56] Gaddis Exhibit 1574

Confidential - Subject to Protective Order

there were some records with data that raised questions, for example, negative values as well as null or zero values in these fields.[57]

### Interrogatory No. 16/29 and Interrogatory No. 16/29 Addendum

36.     I validated the 207,058 Driver UUID values in the first response against the supplemental response of 40,976 Drivers. All 40,976 drivers in the supplemental response were in the 207,058 response.

37.     I also compared the Driver UUID values found in Interrogatory No. 16/29 to Driver UUID values found in the SA/SM Incident Data and found no discrepancies.

### SA/SM Incident Data

38.     I compared the SA/SM Incident Data fields and confirmed that I had all the fields that were in the Data Dictionaries.

39.     I read in the raw files produced by Uber, and for each field, I counted the number of lines of each value in the field. This allowed me to not only preview the types of data inside the data but also understand the contents of the field. For each field, I also created an output that showed the minimum, average, and maximum values for the values within that field to assist with this review.

40.     I examined the data for duplication. The Jira Ticket table had only one "███████" that was duplicated. Jira Comments, Bliss Messages, and Bliss Actions has significant duplication due to the communication nature of the tables.

41.     I reviewed the data for missingness and null values. Within each table, I looked at the number of records and the percentage of records that were missing. I did this analysis across the entire table, also looking by year to look for potential trends in missingness. I identified some missingness in the data, for example:[58]

---

[57] Those questions were not fully addressed by Uber, including in Uber's June 3, 2025 Defs' Responses to ROG 28 Questions." Therefore, I did not use this data beyond confirming that the number of trips included match the number of SA/SM Incidents Uber reported in its U.S. Safety Reports. There are analyses pertinent to my opinions that I could perform but, as described in my report, it is more appropriate to conduct my analyses on data that is as complete and accurate as possible. I reserve the right to supplement my analyses pending the outcome of the request for data from Flack, whether or not the additional data is produced.

[58] This is not intended to be a complete, comprehensive list of every instance of missingness or inconsistency within the data.

Confidential - Subject to Protective Order

41.1. **Before 2017 and after 2022 or Missing Timestamps:**[59] data included trips whose ████████ appeared to be prior to 2017 or after 2022. The data also included trips where there was data missing from the ████████ ████████████ █ ████████.[60]

41.2. **Outside the United States, Ambiguous Location, or Missing Location:**[61] The data included trips whose "████████" or "████████" field[62] listed a location outside of the United States or did not provide sufficient information to confirm that the incident occurred within the United States. There were also trips that apparently occurred in the United States but were missing information sufficient to determine the time zone where the trip occurred.[63]

41.3. **Not a Sexual Assault or Sexual Misconduct Report:** The data included trips where the ██████████████ was listed as something other than Sexual Assault or Sexual Misconduct or where no information was provided in the ██████████████ field.

41.4. **Missing Trip UUID:** The data included trips where the ████████ was missing and only ██████████ was available.

41.5. **Conflicting Information:** The data included some trips where, for the same trip, there was conflicting information between the Bliss and Jira systems about the ████████████████████████████.

41.6. **Party Reported Against:** The data included trips where it was ambiguous who the party was reported against for a particular trip or ticket, according to the ██████████ field that Uber provided.[64]

---

[59] According to Uber, the data was intended to be confined to incidents on trips that occurred between January 1, 2017 and December 31, 2022.

[60] Gaddis 07/11/2025 page 210 line 12; McDonald 04/2X/2025 at 120

[61] According to Uber, the data was intended to be confined to incidents on trips that occurred in the United States.

[62] Uber's counsel represented that ████████████████████████████████████████████████ ████████████ (Mar. 24, 2025 email from J. Haider re: Outstanding safety data issues).

[63] The SA/SM Incident Data does not include local time for trips and instead uses UTC. Without sufficient, reliable geographical information, I cannot translate UTC to local time.

[64] Uber represented that Bliss and Jira do not have a field that indicates whether the incident was reported against the rider, driver, or another party, for example, in the March. 24, 2025 Field Convenience Description List. To determine the party re_orted against, Uber instructed to use a field Uber created and populated when it produced the data (the ██████████ field) (Email from Jay Haider on February 1, 2025). However, I noted conflict between the data in the ██████████ field and Uber's representations versus other related fields in the Bliss and Jira data.

Confidential - Subject to Protective Order

42. I understand that data may still be produced, including data and fields from the Flack system that may assist me in de-duplicating these records and resolve missingness and inconsistencies, for more accurate processing and analysis of this dataset. For example, Flack includes fields that ██████████████████ ██████████████████████████████████████████████████████████

Additionally, Flack appears to include information about Uber's auditing of the tickets, which, according to Uber and affirmed by the data that was produced to me, was not maintained in a queryable field in Bliss or Jira.

### Plaintiff Trip and Driver Timeline Data

43. I checked that all expected columns were present and populated for each Plaintiff Driver ████████████████████████████████████████████████

44. Driver Trips,[65] Driver Communications,[66] S-RAD Inputs and Scores,[67] and Onboarding/Status Files[68]

45. I cross-checked the final combined timeline table against the original data sources. I sampled records from the timeline table and confirmed that each event, Driver Trips, Driver Communications, S-RAD Inputs and Scores, Onboarding/Status Files, Bliss Messages, Bliss Actions, Jira Tickets, Jira Comments, Interrogatory No. 16/29 and Interrogatory No. 16/29 Addendum, matched the corresponding entries in the raw files and the AWS Redshift SQL database tables. Finally, I confirmed that the number of records per driver aligned with the sum of events in the original sources.

### Step 3: Descriptive Analytics & Visualization

46. For this step, I relied on the reporting scripts to conduct data analysis and generate descriptive analytics. The script systematically produced cross-tabulations and visualizations that highlighted trends and patterns in the data.

---

[65] UBER-MDL3084-BW-00006265, UBER-MDL3084-BW-00006254, UBER-MDL3084-BW-00006262 UBER-MDL3084-BW-00006257, UBER-MDL3084-BW-00006259.
[66] UBER-MDL3084-BW-00000012, UBER-MDL3084-BW-00000022, UBER-MDL3084-BW-00000011, UBER-MDL3084-BW-00000029, UBER-MDL3084-BW-00000015.
[67] UBER-MDL3084-BW-00048903, UBER-MDL3084-BW-00048906, UBER-MDL3084-BW-00048905, UBER-MDL3084-BW-00048904.
[68] UBER-MDL3084-BW-00007772, UBER-MDL3084-BW-00012965, UBER-MDL3084-BW-00007742, UBER-MDL3084-BW-00007767, UBER-MDL3084-BW-00007753, UBER-MDL3084-BW-00007778, UBER-MDL3084-BW-00007750, UBER-MDL3084-BW-00007775, UBER-MDL3084-BW-00007745, UBER-MDL3084-BW-00007770.

Confidential - Subject to Protective Order

## Interrogatory No. 28

47.    I did not do additional analysis on this dataset. Due to the noted gaps and inconsistencies in this data as previously described, I reserve the right to supplement my analyses pending the outcome of the request, whether or not the additional data is produced.

## Interrogatory No. 16/29 and Interrogatory No. 16/29 Addendum

48.    I did not do additional analysis on this dataset in the Secure AWS Environment. Due to the noted gaps and inconsistencies in this data as previously described, I reserve the right to supplement my analyses pending the outcome of the request, whether or not the additional data is produced.

## Bliss/Jira Incident Report Classification Data and Flack Incident Report Classification Data

49.    For the Bliss/Jira Incident Report Classification Data, I aggregated the "Total # of Unique Rides Trips [sic] with a Reported Incident" to the month and again to the year to provide monthly and annual totals.

50.    For the Flack Incident Report Classification Data, which was deduplicated, I aggregate the data to the month and again to the year to provide monthly and annual totals. I verified that my totals matched the "Total # of Unique Rides Trips with a Reported SA/SM Incident Based on the Dominant Ticket."

51.    The results of my analyses are shown in my report and the code has been disclosed in the script Main_Report.ipynb.

## SA/SM Incident Data

52.    I did not do additional analysis on this dataset. There are analyses pertinent to my opinions that I could perform and, as described in my report, it is more appropriate to conduct my analyses on data that is as complete and accurate as possible. I reserve the right to supplement my analyses pending the outcome of the request for data from Flack, whether or not the additional data is produced.

## Plaintiff Trip and Driver Timeline Data

53.    For the driver profiles, I analyzed trip prevalence on specific days of the week and times of day, driver ratings, and the frequency of car idle nudges.

Confidential - Subject to Protective Order

54.    The results of my analyses are shown in my report and the code has been disclosed in the script Driver_Profiles_BW.ipynb.

### Step 4: Automation

55.    All of my steps for all datasets are fully automated, streamlining data handling and analysis throughout the entire workflow and allowing for reproducibility. The code that I used aligns to the core tenets of Data Science.

56.    All SQL and Python scripts were written with clear comments and organization, supported by a README file that outlines the order in which scripts should be executed. This approach not only automates routine processes such as data cleaning, transformation, and aggregation but also guarantees that analyses can be reproduced consistently across environments and data volumes. By combining automation with documentation, including specifically this Methodology, I provide a clear account of how conclusions were reached that enables replication.

57.    For Defendants' convenience, I have disclosed through "Bucket 4" the code underlying the analyses in my report and associated data that I or my team uploaded into the "Bucket 2" ingress. These offloads are timestamped and cannot be deleted by Plaintiffs. Pursuant to the agreement between Uber and Plaintiffs' Counsel, I am not re-producing data that Uber had uploaded in "Bucket 1" back to Uber through "Bucket 4," including the SA/SM Incident Data, Interrogatory No. 28, Interrogatory No. 16/29, and Interrogatory No. 16/29 Addendum.

## IV.    Document Review

58.    I also reviewed documents provided via Everlaw, including depositions, exhibits, and internal Uber documents. I identified relevant documents by searching the platform for terms that applied to the data I analyzed or to specific Bellwether Plaintiff trips, including for the purposes of Driver Profiles (see Keller Report - Appendix D). The search terms that I used originated from deposition testimony, exhibit references, or documents that related to the data I analyzed. This process allowed me to connect the data produced with records describing how that was generated and used by Uber. I gave the greatest consideration to materials that were consistent with both deposition testimony and findings from analyses. At times, I was also provided documents by Plaintiff's Counsel, including documents produced in relation to the five Bellwether Plaintiff Drivers. The Bates numbers for all documents that I reviewed are included in Keller Report - Appendix G.

Confidential - Subject to Protective Order

## V.    Maintenance of Standards and Controls

59.    I took multiple steps to confirm that my analyses in this matter were accurate, reproducible, and consistent with the underlying data and documentation. I validated key data Transformations with targeted queries that could be independently reproduced. I cross-checked outputs against the source data and metadata to confirm that counts, distributions, and field mappings were consistent. As part of my checks:

   59.1.    For each file that I moved from "Bucket 2" to the AWS Redshift SQL database, I confirmed that the length of the original file was the length of the file that was uploaded to the AWS Redshift SQL database.

   59.2.    When loading the data into the AWS Redshift SQL database, I confirmed that the original count of records matched the loaded count.

   59.3.    Checked for explosions in the data for unexpected surges in counts or duplicated records that would suggest errors in joins or transformations.

   59.4.    Performed spot checks and sampling of individual records to verify that the raw data corresponded correctly to the processed results.

60.    These quality-control measures reflect standard best practices I apply in all of my expert analyses and provide confidence that my findings are based on accurate and reliable data.

## VI.    Known or Potential Rate of Error

61.    The analyses in this report are based on straightforward counting and summing of records. As such, the potential rate of error is limited to the issues identified in the Validation section above, which are largely de minimis or do not impact my analysis because I do not rely on those fields. The results reflect the true volumes of records as produced. Importantly, no extrapolation, statistical modeling, or sampling was conducted in this matter. All outputs are direct tabulations from the Final Summary Table and are therefore reproducible by re-running the same queries.

## VII.    Objectivity of Analysis and Assumptions

62.    My analysis is based on industry-standard, replicable methods and techniques. I wrote all queries and analyses to yield unbiased, objective results. I fully disclosed all data and documents produced by Defendants and provided to me in

Keller Report Appendix A - Methodology | Page 20 of 21

Confidential - Subject to Protective Order

this matter. I employed these measures to ensure that my analysis is free from subjectivity and is reproducible and transparent. I assumed for my analysis that the data and documents produced by Uber were truthful and accurate as represented.

Confidential - Subject to Protective Order

**IN THE UNITED STATES COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re. Uber Technologies, INC., Passenger Sexual Assault Litigation | Case No. 3:23-md-03084-CRB |

**Expert Report of Lacey R. Keller**
**Appendix B - Definitions**

Dated: September 26, 2025

*Confidential and Subject to Protective Order*

Confidential - Subject to Protective Order

1. **Bellwether Plaintiffs:** I use this term to refer to the Plaintiffs in this matter at the time of this report who reported the SA/SM Incidents against the Uber Drivers detailed in Keller Report - Appendix D.

2. **COVID:** This term refers to the "Global Pandemic" declared by the World Health Organization on March 11th, 2020 through May 5th, 2023, referring to an outbreak of the infectious disease Coronavirus 2019 (colloquially known as COVID).[1]

3. **Incident Category**: This term refers to either "Sexual Assault," "Sexual Misconduct," or both, as defined in Uber's U.S. Safety Report 2021-2022 Appendix I:[2]

    3.1. **Sexual Assault ("SA"):** Uber uses this term to refer to "any physical or attempted physical contact that is reported to be sexual in nature and without consent. This can include incidents within the taxonomy ranging from attempted touching of a non-sexual body part (for example, a user trying to touch a person's shoulder in a sexual/romantic way) to non-consensual sexual penetration."[3]

    3.2. **Sexual Misconduct ("SM")**: Uber uses this term to refer to "non-physical conduct (verbal or staring) of a sexual nature that happens without consent or has the effect of threatening or intimidating the person against whom such conduct is directed. This can include incidents within the taxonomy ranging from staring/leering to verbal threat of sexual assault."[4]

    3.3. **"SA/SM":** Uber uses this abbreviation to refer to Sexual Assault and Sexual Misconduct, an overarching categorization that includes all Sexual Assault and Sexual Misconduct Incidents. "SA/SM" is used in this report consistent with Uber's use of the term.

4. **Incident Subcategory or Subcategory**: Uber's U.S. Safety Report 2017-2018 Appendix IV and 2019-2020 Appendix III defines the following 21 subcategories of Sexual Assault and Sexual Misconduct reports,[5] also known as the "taxonomy:"[6]

    4.1. **Attempted Kissing of a Non-Sexual Body Part**: Someone attempted to kiss, lick, or bite, but did not come into contact with, any non-sexual body part (hand, leg, thigh) of the user, and the user perceived the attempt to be sexual.

---

[1] "Coronavirus disease (COVID-19) pandemic", World Health Organization, https://www.who.int/europe/emergencies/situations/covid-19.
[2] Deposition of Frank Chang, p. 24, Exhibit 751.
[3] Deposition of Sunny Wong, 4/16/2025, p. 5, Exhibit 2801.
[4] Deposition of Sunny Wong, 4/16/2025, p. 5, Exhibit 2801.
[5] McDonald Deposition 04/25/2025, p. 205; Deposition of Katherine McDonald, 4/25/2025, 205-206.
[6] Deposition of Frank Chang, Exhibit 749; Deposition of Frank Chang, Exhibit 751; Deposition of Frank Chang, Exhibit 750; Deposition of Katherine McDonald,04/25/2025, p. 205; Deposition of Katherine McDonald, 4/25/2025, p. 205-206.

Confidential - Subject to Protective Order

4.2.    **Attempted Kissing of a Sexual Body Part**: Someone attempted to kiss, lick, or bite, but did not come into contact with the mouth, breast(s),buttock(s), or genitalia of the user, and the user perceived the attempt to be sexual.

4.3.    **Attempted Non-Consensual Sexual Penetration ("Attempted Rape"):** Without explicit consent from a user, someone attempted to penetrate the vagina or anus of a user with any body part or object. Any attempted removal of another person's clothing to attempt to access a sexual body part will be classified as Attempted Non-Consensual Sexual Penetration. This also includes attempted penetration of the user's mouth with a sexual organ or sexual body part; however, it excludes kissing with tongue or attempts to kiss with tongue.

4.4.    **Attempted Touching of a Non-Sexual Body Part**: Someone attempted to touch, but did not come into contact with, any non-sexual body part (hand, leg, thigh) of the user, and the user perceived the attempt to be sexual.

4.5.    **Attempted Touching of a Sexual Body Part**: Someone attempted to touch, but did not come into contact with, any sexual body part (mouth, breast(s), buttock(s), or genitalia) of the user, and the user perceived the attempt to be sexual.

4.6.    **Comments or Gestures - Asking Personal Questions**: Someone asks specific, probing, and personal questions of the user. This would include questions about the user's personal life, home address, contact information (e.g., phone, email, social media), romantic or sexual preferences.

4.7.    **Comments or Gestures - Comments About Appearance**: Someone makes uncomfortable comments on the user's appearance. This includes both disparaging and complimentary comments.

4.8.    **Comments or Gestures - Explicit Comments:** Someone described or represented sexual activity or body parts in a graphic fashion.

4.9.    **Comments or Gestures - Explicit Gestures**: Someone made sexually suggestive gestures at the user.

4.10.   **Comments or Gestures - Flirting**: Someone makes verbally suggestive comments to the user about engaging in romantic or non-romantic activities. This also includes non-verbal, suggestive flirting, including becoming physically close to a person in a way the user felt was sexual or flirtatious.

4.11.   **Displaying Indecent Material**: Indecent material, including pornography or other sexual images, was seen by the user.

Confidential - Subject to Protective Order

4.12.   **Indecent Photography/Video Without Consent**: Someone has taken, without consent, an inappropriate photograph of a user's sexual body part (e.g., down shirt, up skirt, etc.).

4.13.   **Masturbation/Indecent Exposure**: Someone has exposed genitalia and/or is engaging in sexual acts in the presence of a user. This excludes public urination where no sexual body part (buttock, penis, breast) was exposed.[7]

4.14.   **Non-Consensual Sexual Penetration ("Rape"):** Without explicit consent from a user, someone penetrated, no matter how slight, the vagina or anus of a user with any body part or object. This includes penetration of the user's mouth with a sexual organ or sexual body part. This excludes kissing with tongue.

4.15.   **Non-Consensual Kissing of a Sexual Body Part**: Without consent from the user, someone kissed or forced a kiss on either the breast or buttocks of the user. This would include kissing on the lips or kissing while using tongue.

4.16.   **Non-Consensual Kissing of a Non-Sexual Body Part:** Without consent from the user, someone kissed, licked, or bit, or forced a kiss, lick, or bite on any non-sexual body part (hand, leg, thigh) of the user.

4.17.   **Non-Consensual Touching of a Sexual Body Part:** Without explicit consent from the user, someone touched or forced a touch on any sexual body part (breast, genitalia, mouth, buttocks) of the user.

4.18.   **Non-Consensual Touching of a Non-Sexual Body Part:** Without explicit consent from the user, someone touched or forced a touch on any non-sexual body part (hand, leg, thigh) of the user.

4.19.   **Staring or Leering:** Someone gazes at a user in an unpleasant, uncomfortable, prolonged, or sexual manner. Staring or leering is constant and unwavering. This includes viewing both sexual and non-sexual body parts.

4.20.   **Soliciting a Sexual Act:** Someone directly asks for a kiss, displays of nudity, sex, or contact with a sexual body part (breast, buttock, genitals). This could be a direct solicitation or a solicitation in exchange for money or favors.

4.21.   **Verbal Threat of Sexual Assault:** Someone directed verbal explicit/direct threats of sexual violence at a user.

---

[7] Previously part of Masturbation/Self-touching indecent Exposure (Deposition of Katherine McDonald, 10/7/2024, p. 130-131).

Confidential - Subject to Protective Order

5.  Uber categorizes some SA/SM Incidents as "Insufficient Information" or "Parent Category Use Tracking" in the "Incident Subcategory" field in Uber's U.S. Safety Reports. As used herein, these terms mean:

    5.1.1.  **Insufficient Information:** SA/SM Incidents reports for which Uber did not have enough details to classify the incident.[8]

    5.1.2.  **Parent Category Use Tracking:** SA/SM Incidents that are categorized only as "Sexual Assault" or "Sexual Misconduct" but not further categorized into a subcategory.[9]

6.  **Opposite Gender Pairings:** I use this term to refer to Uber matches where the Driver gender was male and the Rider gender was female, or the inverse (Driver gender was female and Rider gender was male).

7.  **Publicly-Disclosed Five:** I use this term to refer to the five categories of SA/SM Incidents that Uber included in Uber's U.S. Safety Reports. Those categories are:

    7.1.  Sexual Assault: Non-Consensual Sexual Penetration

    7.2.  Sexual Assault: Non-Consensual Kissing - Sexual Body Part

    7.3.  Sexual Assault: Non-Consensual Touching - Sexual Body Part

    7.4.  Sexual Assault: Attempted Non-Consensual Sexual Penetration

    7.5.  Sexual Assault: Non-Consensual Kissing - Non-Sexual Body Part

8.  **Sexual Assault and Sexual Misconduct Incidents or SA/SM Incidents:** I use these terms interchangeably to refer an Uber-related incident report of an unwanted sexual experience (as defined by Uber in its U.S. Safety Report 2017-2018, pp. 15-16). Every time I refer to SA/SM Incidents, I am only referring to SA/SM Incidents that Uber represented were reported in the United States.

9.  **Third Parties:** I use this term to refer to any individual who may have reported an SA/SM Incident to Uber but who was not necessarily involved in the SA/SM Incident.[10]

10.  **User:** I use this term to refer to a person who interacts with the Uber platform as a Driver or a Rider.

11.  **Weekend Late Night:** I use this term to refer to Friday from 12 A.M. to 4:59 AM, Saturday from 12 A.M. to 4:59 A.M., and Sunday from 12 A.M. to 4:59 A.M.[11]

---

[8] Deposition of Todd Gaddis, 07/11/2025, p. 78.
[9] Deposition of Todd Gaddis, 07/11/2025, p. 81-82.
[10] UBER_JCCP_MDL_003633406.
[11] Deposition of Sunny Wong, 07/23/2025, 29:10-22; Deposition of Sunny Wong, 07/23/2025, 30:12-15.

Confidential - Subject to Protective Order

IN THE UNITED STATES COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re. Uber Technologies, INC., Passenger Sexual Assault Litigation | Case No. 3:23-md-03084-CRB |

# Expert Report of Lacey R. Keller
## Appendix C - Qualifications and Remuneration

Dated: September 26, 2025

*Confidential and Subject to Protective Order*

Confidential - Subject to Protective Order

# Table of Contents

**Table of Contents**....................................................................................................................2

**I. Qualifications**...................................................................................................................3

    I. Deposition and Trial Testimony.........................................................................6

**II. Speaking Engagements and Publications**.........................................................9

Confidential - Subject to Protective Order

## I. Qualifications

1. I am the co-owner of MK Analytics, Inc. (MKA), a firm I co-founded with Meredith McCarron in 2021. MKA specializes in creating tailored platforms and reports that integrate disparate data and provide actionable insights for clients in the not-for-profit, government, and private sectors. MKA has established itself as a trusted partner for nationally known non-profit organizations, the United States federal government, several state attorneys general, local government, and some of the country's largest plaintiffs' law firms.

2. I am an Adjunct Professor at Washburn University School of Business in the data science department, where I co-teach the capstone project course and solo lecturer for the introductory course to data information systems, analysis, and database management.

3. Prior to founding MK Analytics, I was the Managing Director for Data Mining & Analytics with Gryphon Strategies, Inc. I was hired to create and direct their data mining and analytics division. This division advised financial and law firms on leveraging data for investments and investigations.

4. Prior to founding Gryphon Strategies' Data Mining & Analytics division, I founded and directed the Research and Analytics Department for the New York State Office of the Attorney General (NYS OAG) from 2013 to 2017. As a result of my leadership, the NYS OAG became the first state office attorney general to hire a data scientist. I grew my staff from one research assistant to seven full-time staff.

5. I have also worked in various research and analytical positions, including the research department of the Service Employees International Union (SEIU) 32BJ, the largest property services union in the country. I was also a researcher for the Global Clearinghouse and a Teaching Assistant at the New School for Social Research. As a consultant, I have been hired by and have provided pro-bono assistance to many state and federal agencies as well as nonprofits on the use of data mining and analytics in investigations.

6. The work I have done throughout my career relates directly to the analysis undertaken in this report. Specifically, I have developed a specialty in compiling and analyzing disorganized and disparate data. My work over the past 15 years has required me to extract, process, clean, merge, and analyze both public and confidential data, which often comes poorly formatted and from disparate locations. From these convoluted datasets, I have identified trends and outliers that have furthered investigations or prosecutions.

7. Since 2019, I have served as an expert witness in data mining and analytics for the National Prescription Opiate Litigation and related trials, providing comprehensive analyses on annual, geographic, and market trends, identifying outlier activities, and implementing compliance metrics and red flags. With 20 depositions and six trial

Confidential - Subject to Protective Order

testimonies in this litigation, my expertise was never limited or excluded. The analyses I provided in these matters drew upon my unique and specialized skill set that has been developed over a decade of research and analytical experience.

8.  I was often tasked with identifying instances of wrongdoing by companies. For example, while at SEIU 32BJ, I reviewed public records for data to identify wrongdoing by cleaning companies and cleaning contractors around the country. Through thorough research and documentation, I was able to identify a cleaning company that was creating shell companies to keep a small business cleaning contract at the Walter Reed Medical Center. SEIU 32BJ submitted this information to the General Services Administration. To the best of my knowledge, that company or its subsidiaries/affiliates lost the contract for that site.

9.  My primary directive when the NYS OAG hired me was to help the office identify areas for investigation using data. I often would use public data to assist with these investigations. For instance, I combined publicly available tax assessor, mortgage records, and real estate listings to identify hundreds of landowners potentially out of compliance with the city's 421-a tax benefit program that the NYS OAG investigated resulting in hundreds of thousands of dollars in settlements with landlords.

10.  My work over the past 15 years has required me to extract, process, clean, merge, and analyze both public and confidential data, which often comes poorly formatted and from disparate locations. From these convoluted datasets, I have identified trends and outliers that have furthered investigations or prosecutions.

11.  While at the NYS OAG, I developed and managed the Community Overdose Prevention (COP) Program to use data analytics to determine how best to deploy life-saving naloxone across law enforcement officers statewide. Under that program, I oversaw the collection of information related to naloxone disbursements, which jumpstarted tracking opioid overdoses more efficiently throughout the state. I used the data I collected, as well as external datasets, to deepen my understanding of opioid usage in New York State.

12.  I have written or co-authored numerous public-facing reports using my data analysis to advance a variety of investigations into illegal activity, many of which have been covered by national media outlets. For instance, my analysis published in a report issued by the NYS OAG helped reveal Airbnb's illegal activity in New York City.[1] In addition, while at SEIU 32BJ, I authored two papers about the physical building conditions of New York City public school facilities,[2] the second of which was widely covered by local news and prompted a city council oversight hearing to address the issues raised.

13.  In my work, I have frequently received productions of data in a format not initially conducive to analysis, such as productions containing PDF versions of spreadsheets or thousands of files of various formats. In a case that settled for hundreds of millions of dollars, I supervised the team that identified and extracted information about shipments

---

[1] https://ag.ny.gov/sites/default/files/reports/AIRBNB_REPORT.pdf
[2] https://assets1.cbsnewsstatic.com/i/cbslocal/wp-content/uploads/sites/14578484/2013/05/falling-further-apart1.pdf

Confidential - Subject to Protective Order

from the distributors' production in that case. Because of this analysis, my team and I were able to detect millions of improper shipments made in New York State that were then used by NYS OAG attorneys in court and ultimately led to the judge ordering the defendant in that case to pay almost $250 million in damages.

14.  My experience also includes processing very disorganized data produced by defendants in various cases for investigations and prosecution. For a wage theft case brought by the NYS OAG, I was asked to identify instances of an employer "stealing time" from employees. To complete this analysis, I had to extract information from thousands of PDF employee timecards to extrapolate and identify instances of missing time. Based on my analysis, I determined that over $500,000 was owed to employees.

15.  In my work, I supervise complicated data management and analysis. For an NYS OAG investigation into posting fake trades in emerging market foreign exchange currency options, I used scripts to extract relevant trade information from two years of instant message, email, and voice communications between brokers. Working with my team, I then compared the relevant information from postings to the trade confirmations of completed trades brokered to determine which trades were real and which were fabricated. This analysis was relied upon to generate a criminal complaint filed by the NYS OAG. The firms ultimately pled guilty to one count of securities fraud.

16.  I am also experienced in working with vast amounts of sensitive information. In developing the interactive dashboard on illegal gun trafficking in New York, the NYS OAG obtained the anonymized and highly confidential firearms tracing data from the Bureau of Alcohol, Tobacco, Firearms and Explosives. My team and I were authorized by dozens of police departments to access their firearms trace data. I transformed that data into an interactive tool used by New York State law enforcement agencies to identify potential firearms trafficking based on relevant analytics. This data required considerable cleaning and analysis, including geocoding and entity resolution to identify the same firearm purchaser that relied on different aliases, addresses, and other biographical information to avoid detection. The publication of the dashboard and report "Target on Trafficking: New York Crime Gun Analysis" earned a front-page feature in the New York Daily News and was later cited by the Journal of Urban Health, Data-Smart City Solutions, the American Medical Association, and the Rockefeller Institute.

17.  I am frequently called upon to analyze very large data. While working on investigations of broadband internet investigations at the NYS OAG, I collected public speed test data and submissions to the Office made by the general public about the download speed. This preliminary analysis was the basis for opening an investigation into the practices of the largest broadband providers regarding the internet speeds of their customers. As part of this investigation, I drafted the data request to broadband providers for the account and other relevant information that would impact a customer's internet speed. I connected several datasets totaling hundreds of millions of records, including the customer account data (what internet tier they were provisioned), the internet speed test results, as well as information about the modem/router configuration. The results of my

Confidential - Subject to Protective Order

analysis and the analysis that I supervised were used in the complaint the NYS OAG filed against Time Warner Cable. The case ultimately settled for $174.2 million.

18. I have also been requested to develop dashboards that allow end-users to explore the data in their investigation or litigation. I developed an interactive dashboard as part of an expert report regarding contamination of the water systems serving members of the military and civilians living near the Red Hill Bulk Storage Facility in Honolulu, Hawaii. I also worked alongside and supervised the team that developed interactive maps that showed the fire progression against emergency response, road closures, public safety, telecommunications, and other relevant data over time to better understand the impact of a wildfire on a specific geographic area. I also developed and consulted on data integration and visualization tools for gun violence and firearm manufacturing for Everytown for Gun Safety, the country's largest gun violence prevention organization.

19. I received the NYS OAG's Innovation in Law Enforcement Award for my work on gun trafficking and twice received the NYS OAG's Superior Service Award.

20. I was a member of the 28th Class of Coro's Leadership New York and was part of City and State's 40 Under 40 Rising Stars in 2016.

21. I hold a Master of Arts in Economics from the New School and a Bachelor of Business Administration from Washburn University.

# I.     Deposition and Trial Testimony

22. I have been deposed on the following matters:

22.1.   June 13, 2019, after filing an expert analysis with the Track One MDL 2804 Opiate Litigation.

22.2.   January 23, 2020, after filing an expert analysis for the Opioid Litigation, 400000/2017 Relating to Case Nos. County of Suffolk, 400001/2017; County of Nassau, 400008/2017; and New York State, 400016/2018.

22.3.   March 6, 2020, after filing an expert analysis for Staubus, et al, v. Purdue Pharma, L.P., et al, Case No. C-41916.

22.4.   September 18, 2020, after filing an expert analysis for the Opioid Litigation, No. 3:17-cv-1362 (S.D.W.Va.) and No. 3:17-cv-1665 (S.D.W.Va.).

22.5.   February 23, 2021, after filing an expert analysis for The People of the State of California v. Purdue Pharma L.P., et al. Case No. 30-2014-00725287-CU-BT-CXC.

22.6.   May 27, 2021, after filing an expert analysis for State of New Hampshire v. Johnson & Johnson, et al. Docket No. 217-2018-CV-0067.

Confidential - Subject to Protective Order

22.7.   June 23, 2021, after filing an expert analysis for State of Washington v. McKesson Corporation, Cardinal Health Inc., and AmerisourceBergen Drug Corporation, Case #19-2-06975-9 SEA.

22.8.   August 18, 2021, after filing an expert analysis for State of Rhode Island vs. Purdue Pharma L.P., et al, PC No. 2018-4555.

22.9.   August 31, 2021, after filing an expert analysis for Re: Texas Opioid Litigation, No. 2018-63587.

22.10.   December 29, 2021, as a 30(b)(6) witness in the State of Rhode Island vs. Purdue Pharma L.P., et al, PC No. 2018-4555.

22.11.   January 6, 2022, after filing an expert analysis for The City and County of San Francisco, California vs. Purdue Pharma L.P., et al, PC No. 3:18-cv-07591-CRB.

22.12.   February 16, 2022, after filing an expert analysis for In the Circuit Court of Kanawha County, West Virginia, in re: Opioid Litigation, Civil Action No. 21-C-9000 MFR State of West Virginia Opioid Manufacturer Proceedings.

22.13.   April 25, 2022, after filing an expert analysis for In the Circuit Court of Kanawha County, West Virginia,  in re: Opioid Litigation, Civil Action No. 21-C-9000 MFR State of West Virginia Opioid Manufacturer Proceedings.

22.14.   May 9, 2022, after filing an expert analysis for State of New Mexico vs. Purdue Pharma L.P., et al No. D-101-CV-2017-02541.

22.15.   September 7, 2022, after filing an expert analysis for In the Circuit Court of Kanawha County, West Virginia in re: Opioid Litigation, Civil Action #21-C-9000 PHARM.

22.16.   November 16, 2022, after filing an expert analysis for The Montgomery County Board of County Commissioners, et al. v Cardinal Health Inc. et al., Case No 1:18-op-46326-DAP.

22.17.   December 13, 2022, after filing an expert analysis for the State of Michigan in the Circuit Court for the County of Wayne in re: Opioid Litigation, 19-016896-NZ.

22.18.   April 10, 2023, after filing an expert analysis in The Circuit Court of Kanawha County, West Virginia in re: Opioid Litigation Civil Action No.21-C-9000 Pharm.

22.19.   October 18, 2023, after filing an expert analysis in Patrick Feindt, Jr et al. v. The United States of America, Civil No. 1:22-cv-397-LEK-KJM in the United States District Court for the District of Hawaii.

22.20.   April 8, 2024, after filing an expert analysis in Holwill v. AbbVie Inc. et al 1:18-cv-06790 in the United States District Court Northern District of Illinois.

Confidential - Subject to Protective Order

22.21. May 23, 2024, after filing expert analyses in re: National Prescription Opiate Litigation "Track Eight Cases" Case No. 17-md-2804 and in re: National Prescription Opiate Litigation No. 17-md-2804 PHARM in the Circuit Court of Tarrant County, Texas.

22.22. March 27, 2025, after filing expert analyses in Alanna Dunn, et al v Cuyahoga County et al Case No. 1:23-cv-00364 in the United States District Court Northern District of Ohio Eastern Division.

23.  I have provided the following testimony for trial:

23.1. May 4 and May 5, 2021, after filing an expert analysis for The People of the State of California v. Purdue Pharma L.P., et al. Case No. 30-2014-00725287-CU-BT-CXC.

23.2. June 15, 2021, after filing an expert analysis for the Opioid Litigation, No. 3:17-cv-1362 (S.D.W.Va.) and No. 3:17-cv-1665 (S.D.W.Va.).

23.3. December 7-9, 2021, after filing an expert analysis for State of Washington v. McKesson Corporation, Cardinal Health Inc., and AmerisourceBergen Drug Corporation, Case #19-2-06975-9 SEA.

23.4. April 21 and April 27, 2022, after filing an expert analysis in the Circuit Court of Kanawha County, West Virginia, in re: Opioid Litigation, Civil Action No. 21-C-9000 MFR State of West Virginia Opioid Manufacturer Proceedings.

23.5. June 1, 2022, after filing an expert analysis for The City and County of San Francisco, California vs. Purdue Pharma L.P., et al., PC No. 3:18-cv-07591-CRB.

23.6. September 13, 2022, after filing an expert analysis in the State of New Mexico vs. Purdue Pharma L.P., et al. No. D-101-CV-2017-02541.

23.7. April 29, 2024, after filing an expert analysis in Patrick Feindt, Jr et al. v. The United States of America, Civil No. 1:22-cv-397-LEK-KJM in the United States District Court for the District of Hawaii.

24.  I have filed a declaration in the following matters:

24.1. May 27, 2022, after filing an expert analysis for The City and County of San Francisco, California vs. Purdue Pharma L.P., et al, PC No. 3:18-cv-07591-CRB.

24.2. December 21, 2023, in Council et al v. Ivey et al Case No. 2:2023cv00712.

24.3. April 8, 2024, after filing an expert analysis in Patrick Feindt, Jr et al. v. The United States of America, Civil No. 1:22-cv-397-LEK-KJM (D. Haw.) (Federal Tort Claims Act).

24.4. April 25, 2024, in Cayce Collins Moore v. State of Alabama Case No. CC-1986-000003.64.

Confidential - Subject to Protective Order

24.5.    January 2025, Alanna Dunn et al v. Cuyahoga County et al Case No. 1:23-cv-00364.

## II.    Speaking Engagements and Publications

25.    I was an invited speaker at the following conferences:

25.1.    American Chemical Society (2025)

25.2.    Denver Association of Certified Fraud Examiners (ACFE) Annual Conference (2024)

25.3.    Maryland ACFE Annual Conference (2024)

25.4.    Guest Lecturer at Washburn University School of Business (2018, 2020, 2021, 2022, 2023, 2024)

25.5.    Guest Lecturer at Brooklyn Law School (2024)

25.6.    Guest Lecturer at Columbia Law School (2024)

25.7.    Guest Lecturer at Yale Law School (2022, 2023)

25.8.    Association of Certified Fraud Examiners (ACFE) Global Fraud Conference (2019, 2020, 2023)

25.9.    American Accounting Association Annual Meeting (2021)

25.10.   NASAA Investment Adviser Training (2017, 2019, 2020, 2021)

25.11.   Association of Certified Fraud Examiners (ACFE) Law Enforcement and Government Anti-Fraud Summit (2018, 2019)

25.12.   Guest Lecturer at the University of Missouri School of Accountancy (2018, 2019)

25.13.   PLI Hedge Fund and Private Equity Enforcement & Regulatory Developments 2018 (2018)

26.    I have authored or co-authored the following publications:

26.1.    Turkington, Victoria; Kahn, Yasha; Keller, Lacey; Hamilton, Ava; Willis, John; Utech, Hailey; Toth, Jamie; Rawson, Jeff. "Market audits combat cannabis misinformation." Journal of Testing and Evaluation (2024).

26.2.    Keller, Lacey and Erik Halvorsen. "How Text Mining Can Be Used to Detect Fraud." Fraud Intelligence (2023).

26.3.    Keller, Lacey and Eli Nelson. "Using Data in Litigation." Bloomberg Law: Professional Perspective (2022).

Confidential - Subject to Protective Order

26.4.    Keller, Lacey and Eli Nelson. "Structured Data." Bloomberg Law: Professional Perspective (2022).

26.5.    Keller, Lacey and Eli Nelson. "Structured Data in Discovery." Bloomberg Law: Professional Perspective (2022).

26.6.    Keller, Lacey and Eli Nelson. "Using Data in Litigation." Bloomberg Law: Professional Perspective (2022).

26.7.    Keller, Lacey and Eli Nelson. "Glossary of Data Terms." Bloomberg Law: Professional Perspective (2022).

26.8.    Keller, Lacey and Eli Nelson. "Requesting Data." Bloomberg Law: Professional Perspective (2022).

26.9.    Keller, Lacey and Eli Nelson. "Requesting Data." Bloomberg Law: Professional Perspective (2022).

26.10.   Keller, Lacey. "Leveraging Traditional and Alternative Data in Investigations." Association of Certified Fraud Examiners Annual Global Fraud Conference (2019).

26.11.   Yang, Xitong & McCarron, Meredith & Keller, Lacey & Luo, Jiebo "Tracking Illicit Drug Dealing and Abuse on Instagram Using Multimodal Analysis." ACM Transactions on Intelligent Systems and Technology (2016).

27.    I am being compensated at $584.00 per hour for my services in this litigation. Other MK Analytics employees assisted me in my analysis, who are being compensated at rates of $333 to $584 per hour. I am also being reimbursed for all reasonable expenses incurred for my work on this litigation. No part of my compensation is contingent upon the outcome of this litigation, and I have no interest in the litigation or with either party.

Confidential - Subject to Protective Order

# LACEY R. KELLER

New York | Colorado    laceykeller.com
(917) 238-0599    lacey@mk-analytics.com

## EXPERIENCE

### Co-Owner and Founder
**MK Analytics, Inc.**
*New York, NY (Feb. 2021 – Present)*

### Managing Director
**Gryphon Strategies**
*New York, NY (Nov. 2017 – Feb. 2021)*
– Led the development of Gryphon Strategies' newest business offering - Data Mining & Analytics to support due diligence cases, fraud investigations, and litigation engagements.

### Director of Research & Analytics
**New York State Office of the Attorney General**
*New York, NY (Oct. 2013 – Nov. 2017)*
– Built the Attorney General's Research & Analytics department – growing from one research assistant to seven full-time staff – including making the New York Attorney General the first in the country to employ a data scientist. This team supports the office's major initiatives and investigations through open source intelligence research, big data analysis, and data science techniques.
– Managed the redesign and relaunch of the Attorney General's open data and transparency website, NYOpengovernment.com.
– Co-developed the first-of-its-kind report and interactive dashboard on illegal gun trafficking in New York, which was the cover story of the Daily News.
– Provided analysis for the lawsuit against Spectrum-Time Warner Cable and Charter Communications for allegedly defrauding New Yorkers over internet speeds and performance, which was the cover story of the Daily News.
– Co-authored and provided the analysis for the report on illegal Airbnb rental activity in New York City, which was a cover story in the New York Times.
– Developed and managed two multi-million dollar programs that provided naloxone and bulletproof vests for New York State law enforcement.
– Presented at national conferences, local events, and office-wide trainings on using open source intelligence and data to support investigations.
– Cultivated partnerships with universities and technology start-ups to enhance the office's technological capacity, including projects to identify illegal drug dealers on social media, developing metrics to identify bad-actor landlords, and finding social media posts about consumer fraud by training a model based on complaints submitted to the office.

### Lead Researcher
**Previous Positions: Research Analyst, Researcher, and Intern**
**Service Employees International Union 32BJ**
*New York, NY (Jun. 2010 - Oct. 2013)*
– Led a team of researchers that supported the union's collective bargaining and new member organizing efforts in several major East Coast markets.
– Developed and executed strategic corporate campaigns by identifying appropriate tactics, relevant research, and necessary resources; significant wins include defeating Delaware's largest non-union janitorial contractor and unionizing janitorial companies at the National Naval Medical Center.
– Authored and managed the release of two papers about the conditions of New York City public school facilities, the second of which was widely covered by local news and prompted a city council oversight hearing.
– Developed union density analysis, market research, contract cost scenarios, and dossiers that included financial, legal, political, and other public information.

## EDUCATION

### Masters of Arts– Economics
**The New School for Social Research**
*New York, NY (2010)*

### Bachelor of Business Administration– Economics
**Washburn University**
*Topeka, KS (2008)*
Summa Cum Laude; University and School of Business Honors; Leadership Studies Certificate

### Certificate in Data Science
**General Assembly**
*New York, NY (2015)*

## HONORS

– Coro Leadership New York (2017)
– City & State's 40 Under 40 (2016)
– New York State Office of the Attorney General's Innovation in Law Enforcement Award (2016)
– New York State Office of the Attorney General's Superior Service Award (2014, 2015)

## SKILLS

Adobe Creative Suite; Amazon Web Services (S3, Redshift); Git; Python; SQL; Tableau; Qlik

## OTHER EXPERIENCE

### Senior Researcher
**The Global Clearinghouse**
*New York, NY (Feb. 2009 - Apr. 2010)*

### Teaching Assistant
**The New School for Social Research**
*New York, NY (Aug. 2009 - Dec. 2009)*

### Assistant to Operations Director
**Kathleen Sebelius for Kansas Governor**
*Topeka, KS (Jan. 2006 - Dec. 2006)*

### Assistant Campaign Manager
**Tiffany Muller for Topeka City Council**
*Topeka, KS (Feb. 2005 - Apr. 2005)*

### Field Area Organizer
**Nancy Boyda for U.S. Congress**
*Topeka, KS (May 2004 - Aug. 2004)*

Confidential - Subject to Protective Order

IN THE UNITED STATES COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re. Uber Technologies, INC., Passenger Sexual Assault Litigation | Case No. 3:23-md-03084-CRB |

## Expert Report of Lacey R. Keller
## Appendix D - Driver Profiles

Dated: September 26, 2025

*Confidential and Subject to Protective Order*

Confidential - Subject to Protective Order

## Table of Contents

Table of Contents...................................................................................................2
I. Overview.............................................................................................................3
II. Profile: Hassan Turay.........................................................................................9
   A. Driver Trip Profile..........................................................................................10
   B. Driver Ratings...............................................................................................13
   C. Idle Ride Notifications...................................................................................14
   D. Sexual Assault and Sexual Misconduct Incident History.............................15
III. Profile: Edwin Castaneda Orozco...................................................................16
   A. Driver Trip Profile..........................................................................................17
   B. Driver Ratings...............................................................................................20
   C. Idle Ride Notifications...................................................................................21
   D. Sexual Assault and Sexual Misconduct Incident History.............................22
IV. Profile: Jeffery Richardson..............................................................................23
   A. Driver Trip Profile..........................................................................................24
   B. Driver Ratings...............................................................................................27
   C. Idle Ride Notifications...................................................................................28
   D. Sexual Assault and Sexual Misconduct Incident History.............................29
V. Profile: Felix Perez Rodriguez..........................................................................30
   A. Driver Trip Profile..........................................................................................31
   B. Driver Ratings...............................................................................................34
   C. Idle Ride Notifications...................................................................................35
   D. Sexual Assault and Sexual Misconduct Incident History.............................36
VI. Profile: Michael Le..........................................................................................37
   A. Driver Trip Profile..........................................................................................38
   B. Driver Ratings...............................................................................................41
   C. Idle Ride Notifications...................................................................................42
   D. Sexual Assault and Sexual Misconduct Incident History.............................43

Confidential - Subject to Protective Order

## I.    Overview

1.    I provide a summary of the Bellwether trips and Drivers in Table 1. Uber collected information on trips, Driver ratings, communications and push notifications, and SA/SM Incidents.

2.    The tables and figures in each profile demonstrate the visibility that Uber had into patterns and trends in each Driver's activity, such as the day of the week/time of day that a Driver most frequently drove, including the percentage of a Driver's trips that occurred during weekends and late-night hours, which are time periods identified by Uber as potentially correlated with higher rates of SA/SM Incidents.[1]

3.    I analyzed Driver rating (e.g., 1 to 5 Stars)[2] and the details of their Safety Incident History, including all reported SA/SM Incidents[3] – features which have been identified by Uber as potential "precursors"[4] of SA/SM Incidents. I was also requested by counsel to review "idle ride push notifications"[5] for each Driver.

   3.1.    I conducted an analysis of Driver rating by time of day and day of the week. Uber has stated that, for a male Driver, "trends show he gets rated considerably lower (4* or below) by female riders on late night pickups from entertainment districts, on Friday and Saturday nights."[6] While Rider gender and trip location details for trips other than the Plaintiffs' were not included in the produced data, I examined whether any patterns emerged in which a Driver received lower ratings during specific periods, such as late night hours on weekends.

   3.2.    I also reviewed idle ride push notifications received on Driver's trips, analyzing them by time of day and day of the week. I ran the same analysis on all Driver's communication logs with Uber, but not all Drivers in these examples received idle ride notifications. For those Driver profiles, I have included the blank table indicating no idle ride notifications were found in the data.

   3.3.    Finally, I reviewed the details of each Driver's reported SA/SM Incidents, including the Plaintiff's trip.

---

[1] UBER_JCCP_MDL_003504225; UBER_JCCP_MDL_000356814; UBER_JCCP_MDL_001755017; UBER_JCCP_MDL_000031720.

[2] UBER_JCCP_MDL_003306684.

[3] UBER_JCCP_MDL_000031720; UBER_JCCP_MDL_000964270.

[4] UBER_JCCP_MDL_000356814.

[5] Counsel requested the following phrases to be analyzed: "Your ride's been stopped for a while. Please let us know if everything is OK.", "Your ride's been stopped for a while. Is everything okay?", "Your ride's been stopped for a while. Please let us know if everything is OK.", "Your ride's been stopped for a while. Is everything okay?", "Se detuvo el viaje por un momento. Infórmanos si todo está bien."

[6] UBER_JCCP_MDL_000541459.

Confidential - Subject to Protective Order

4. For each Driver, I include a timeline that consolidates all structured data produced in this matter into a single chronological record, which is provided in Appendix D1. Where the data was available, the timeline shows all structured data events captured and produced by Uber, including trips, communications, raw data from the SA/SM Incident Data reports, S-RAD scores, onboarding records, and other events.

5. I have also included a folder containing the full set of materials produced by Uber associated with each Bellwether Driver's reported incidents in Keller Report - Appendix D2. The attachments and supporting materials I have considered for the Bellwether Drivers are consistent with the selection provided in my Report. For reference, the methodology for the selection of those materials is described in Keller Report - Appendix A.

6. The following table summarizes the key information for each Bellwether Driver profile.

**Table 1: Summary of Bellwether Driver Profiles**

| Plaintiff | Dean | ▮ | ▮ | ▮ | ▮ |
|---|---|---|---|---|---|
| Driver | Turay | Orozco | Richardson | Rodriguez | Le |
| City | Tempe, AZ | San Francisco, CA | Garner, NC | Phoenix, AZ | San Francisco, CA |
| Date of Incident | 11/15/2023[7] | 08/12/2022[8] | 03/25/2019[9] | 06/28/2024[10] | 8/10/2023[11] |

---

[7] UBER-MDL3084-DFS00003727.
[8] UBER-MDL3084-DFS00061375.
[9] UBER-MDL3084-BW-00048509; UBER-MDL3084-DFS00074490.
[10] UBER-MDL3084-DFS00049324.
[11] UBER-MDL3084-DFS00160114.

Confidential - Subject to Protective Order

| Plaintiff | Dean | ███████ | ███████ | ███████ | ███████ |
|---|---|---|---|---|---|
| Driver Total Trips per Uber's Investigations Workbench | 11,117 trips[12] | 669 trips[13] | 1,533 trips[14] | 26,149 trips[15] | 11,413 trips[16] |
| Driver Total Trips produced by Uber with local timestamp | 9,769 trips[17] | 583 trips[18] | 1,057 trips[19] | 23,305 trips[20] | 4,175 trips[21] |
| # Previous SA/SM Incidents, Prior to Plaintiff Report | 2 reports (1 marked invalid by Uber)[22] | 0 reports[23] | 0 reports[24] | 1 report[25] | 1 report (marked insufficient information by Uber)[26] |
| Driver total 1-star ratings | 62[27] | 0[28] | 6[29] | 160[30] | 12[31] |

---

[12] UBER-MDL3084-BW-00006333.
[13] UBER-MDL3084-BW-00006405.
[14] UBER-MDL3084-BW-00006374.
[15] UBER-MDL3084-BW-00006422.
[16] UBER-MDL3084-BW-00006398.
[17] UBER-MDL3084-BW-00006259.
[18] UBER-MDL3084-BW-00006254.
[19] UBER-MDL3084-BW-00006262.
[20] UBER-MDL3084-BW-00006257.
[21] UBER-MDL3084-BW-00006265.
[22] UBER-MDL3084-DFS00159600.
[23] UBER-MDL3084-DFS00159627.
[24] UBER-MDL3084-DFS00159617.
[25] UBER-MDL3084-DFS00159622.
[26] UBER-MDL3084-DFS00159626.
[27] UBER-MDL3084-BW-00006259.
[28] UBER-MDL3084-BW-00006254.
[29] UBER-MDL3084-BW-00006262.
[30] UBER-MDL3084-BW-00006257.
[31] UBER-MDL3084-BW-00006265.

Confidential - Subject to Protective Order

| Plaintiff | Dean | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ |
|---|---|---|---|---|---|
| Driver total 2-star ratings | 12[32] | 2[33] | 0[34] | 60[35] | 2[36] |
| Driver total 5-star ratings | 5,189[37] | 327[38] | 668[39] | 11,247[40] | 2,100[41] |
| Late Night[42] Trip | Yes[43] | Yes[44] | Yes[45] | No[46] | Yes[47] |
| Weekend[48] Trip | No[49] | Yes[50] | No[51] | Yes[52] | No[53] |

---

[32] UBER-MDL3084-BW-00006259.
[33] UBER-MDL3084-BW-00006254.
[34] UBER-MDL3084-BW-00006262.
[35] UBER-MDL3084-BW-00006257.
[36] UBER-MDL3084-BW-00006265.
[37] UBER-MDL3084-BW-00006259.
[38] UBER-MDL3084-BW-00006254.
[39] UBER-MDL3084-BW-00006262.
[40] UBER-MDL3084-BW-00006257.
[41] UBER-MDL3084-BW-00006265.
[42] "Late night" is defined as 12 AM-4:59 AM (Deposition of Sunny Wong, 07/23/2025, 30:12-15)
[43] UBER-MDL3084-BW-00006299;UBER-MDL3084-BW-00000001.
[44] UBER-MDL3084-DFS00160140.
[45] UBER-MDL3084-BW-00048509; UBER-MDL3084-BW-00006278.
[46] The ride started at 10:23PM (UBER-MDL3084-BW-00048904).
[47] UBER-MDL3084-BW-00006305.
[48] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm (Deposition of Sunny Wong, 07/23/2025, 29:10-22).
[49] UBER-MDL3084-BW-00006330.
[50] UBER-MDL3084-DFS00160140.
[51] UBER-MDL3084-BW-00006278; UBER-MDL3084-BW-00048509.
[52] UBER-MDL3084-BW-00028017.
[53] UBER-MDL3084-BW-00028155.

Confidential - Subject to Protective Order

| Plaintiff | Dean | ███████ | ██████ | ██████ | ██████ |
|---|---|---|---|---|---|
| Pickup within 50 meters of bar | Yes[54] | No[55] | Unknown[56] | No[57] | Yes[58] |
| ████████████ | | ████ | ██████ | 0.81[63] | 0.59[64] |
| Driver / Rider Gender Different | Yes[65] | Yes[66] | Yes[67] | Yes[68] | Yes[69] |
| Early Drop Off (or premature end of ride) | Yes[70] | Yes[71] | N/A[72] | No[73] | Yes[74] |

---

[54] UBER-MDL3084-BW-00027901; UBER-MDL3084-BW-00048903.

[55] UBER-MDL3084-BW-00048906.

[56] ████████ ride occurred prior to implementation of SRAD (Deposition of Sunny Wong, 07/23/2025, 111:19-22).

[57] UBER-MDL3084-BW-00048904.

[58] Deposition of Sunny Wong, 7/23/2025, 177:8-178:4; UBER-MDL3038-BW-00048905

[59] I rounded the S-RAD score to two decimal points.

[60] UBER-MDL3084-BW-00048903.

[61] UBER-MDL3084-BW-00048906.

[62] Deposition of Sunny Wong, 07/23/2025, 111:19-22.

[63] UBER-MDL3084-BW-00048904.

[64] UBER-MDL3084-BW-00048905.

[65] UBER-MDL3084-BW-00050318 (JIRA ticket - rider gender F - inferred from she/her self-references); JDean-TempePD-000003 (police report identifies her as female); UBER-MDL3084-BW-00027871 (driver gender M).

[66] B.L. - Campbell Police Dept. - 000079.

[67] August 26, 2025 Deposition of Greg Brown, 352:1-10 (rider gender F); UBER-MDL3084-BW-00048503 (driver gender M).

[68] August 25, 2025 Deposition of Greg Brown, 169:15-170:3 (rider gender F); UBER-MDL3084-BW-00028008 (driver gender M).

[69] July 16, 2025 Deposition of Greg Brown, 357:15-23 (rider gender F); UBER-MDL3084-BW-00028046 (driver gender M).

[70] UBER-MDL3084-BW-00048883; UBER-MDL3084-BW-00000017.

[71] UBER-MDL3084-BW-00048899.

[72] ████████ ride occurred in March of 2019, which is before RideCheck was released across the US - https://www.uber.com/newsroom/ridecheck/ (September 17, 2019).

[73] UBER-MDL3084-BW-00049299; UBER-MDL3084-BW-00048895.

[74] UBER-MDL3084-BW-00048898.

Confidential - Subject to Protective Order

| Plaintiff | Dean | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
|---|---|---|---|---|---|
| Uber contacts rider or driver during trip (Ridecheck) | Yes[75] | Yes[76] | N/A[77] | No[78] | Yes[79] |
| Corrective Action (deactivation) | Yes[80] | Yes[81,82] | Yes[83,84] | Yes[85] | Yes[86] |

[75] UBER-MDL3084-BW-00000017; BW-DEAN_JAYLYNN_000083 –000085.

[76] UBER-MDL3084-BW-00000023.

[77] ▮▮▮ ride occurred in March of 2019, which is before RideCheck was released across the US - https://www.uber.com/newsroom/ridecheck/ (September 17, 2019).

[78] UBER-MDL3084-BW-00049299; UBER-MDL3084-BW-00048895.

[79] UBER-MDL3084-BW-00000012.

[80] UBER-MDL3084-DFS00003727.

[81] UBER-MDL3084-DFS00160141.

[82] Orozco continued to operate on Uber's platform in Colombia through July 11, 2025 (UBER-MDL3804-BW-000049303).

[83] UBER-MDL3084-BW-00007750; UBER-MDL3084-BW-00007775.

[84] Richardson was wait listed from 2/7/2023, the date Plaintiff ▮▮▮ incident was reported, to the date of deactivation (#627124.1, Deposition of Hannah Nilles, 8/07/2025, Exhibit 1868).

[85] UBER-MDL3084-DFS00049324.

[86] UBER-MDL3084-DFS00160114; UBER-MDL3084-DFS00159626.

Confidential - Subject to Protective Order

## II.    Profile: Hassan Turay

7.    Hassan Turay was the driver of Plaintiff Dean's trip on November 15, 2023. Turay's Uber Investigations Workbench showed that he had a lifetime total of 11,117 trips. Of the trips Uber produced, a number were missing a local timestamp.[87] Therefore, I was able to analyze 9,769 trips[88] with Turay as Driver. Uber tracked when Turay was reported for Safety Incidents, including SA/SM Incidents. Turay had ten reported Safety Incidents, including three SA/SM Incidents: March 24, 2019 (Sexual Misconduct - Comments about Appearance), April 17, 2023 (Sexual Assault - Non-Consensual Kissing, classified "invalid" by Uber), and November 15, 2023 (Sexual Assault - Non-Consensual Penetration). According to Uber's own taxonomy, these incidents escalated in severity over time, with the final incident resulting in Turay's permanent deactivation as an Uber Driver. The supporting Safety Data and related case materials I considered for these SA/SM Incidents are included in the attached Appendices D1 and D2.

---

[87] 'Begin Trip At Local' field.
[88] I analyzed all trip data produced by Uber for the Bellwether Drivers, without limiting the data to dates prior to the Plaintiff's reported incident.

Confidential - Subject to Protective Order

### A. Driver Trip Profile

8.   The following figure shows Turay's profile on Uber's internal Investigations Workbench.

**Figure 1: Uber's Investigations Workbench Provides an Overview of Turay's Activity, Including Whether He Has Been Banned or Rejected as Rider or Driver**
**(UBER-MDL3084-BW-00006333)**



CONFIDENTIAL                                                              UBER-MDL3084-BW-00006333

Confidential - Subject to Protective Order

9.  The following figure illustrates the total trips driven by day of the week and time of day. This data only considers trips where Begin Trip At Local is known and Status is "completed". The day of the week is determined by the Begin Trip At Local timestamp. "Late night" is defined as 12 AM-4:59 AM.[89] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm.[90]

**Figure 2: Turay's Trips During Late-Night or Non-Late-Night Hours on Weekends and Weekdays (UBER-MDL3084-BW-00006259)**



---

[89] "Late night" is defined as 12 AM-4:59 AM (Deposition of Sunny Wong, 07/23/2025, 30:12-15).
[90] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm (Deposition of Sunny Wong, 07/23/2025, 29:10-22).

Confidential - Subject to Protective Order

10.    The following figure displays a visualization known as a "heat map" of the trip volume. This data only considers trips where "Begin Trip At Local" is known and the "Status" field is shown as "completed."

**Figure 3: Percent of Turay's Trips by Hour (UBER-MDL3084-BW-00006259)**



Confidential - Subject to Protective Order

### B. Driver Ratings

11.    The following table shows the number of completed trips for Driver Turay with a 1, 2, 3, 4, and 5 star rating and the percent of each rating by time of day. Only trips with a known begin date and a submitted rating were considered. "Late night" is defined as 12 AM-4:59 AM.[91] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm.[92]

**Table 2: Turay's Ratings (1 to 5 Stars) and When They Occurred (UBER-MDL3084-BW-00006259)**

| Driver Rating | % Of Trips On Weekday Non-Late Night Hours | % Of Trips On Weekday Late Night Hours | % Of Trips On Weekend Non-Late Night Hours | % Of Trips On Weekend Late Night Hours | Total Rated Trips |
|---|---|---|---|---|---|
| 1 | 29.03 | 8.06 | 46.77 | 16.13 | 62 |
| 2 | 58.33 | 0 | 33.33 | 8.33 | 12 |
| 3 | 37.84 | 13.51 | 35.14 | 13.51 | 37 |
| 4 | 53.33 | 1.33 | 28 | 17.33 | 75 |
| 5 | 35.38 | 9.06 | 39.91 | 15.65 | 5,189 |

---

[91] "Late night" is defined as 12 AM-4:59 AM (Deposition of Sunny Wong, 07/23/2025, 30:12-15).
[92] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm (Deposition of Sunny Wong, 07/23/2025, 29:10-22).

Confidential - Subject to Protective Order

### C.  Idle Ride Notifications

12.     In the following figure, I show the volume of Idle Ride Notifications by time of day. Timezones were all converted to U.S./Arizona. "Late night" is defined as 12 AM-4:59 AM.[93] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm.[94]

**Figure 4: Analysis of When Uber Sent Turay Idle Ride Notifications (EX 1605 Mariana Esteves 071525; UBER-MDL3084-BW-00000015)**



---

[93] "Late night" is defined as 12 AM-4:59 AM (Deposition of Sunny Wong, 07/23/2025, 30:12-15).
[94] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm (Deposition of Sunny Wong, 07/23/2025, 29:10-22).

Confidential - Subject to Protective Order

## D.  Sexual Assault and Sexual Misconduct Incident History

13.     The figure below shows Uber's internal Incident History for Turay.

**Figure 5: Uber Kept Track of Turay's Safety Incident History, Including Sexual Assault and Sexual Misconduct Incidents (UBER-MDL3084-DFS00159600)**

Confidential - Subject to Protective Order

### III.    Profile: Edwin Castaneda Orozco

14.    Edwin Castaneda Orozco was the driver of Plaintiff ▮▮▮▮▮ trip on August 12, 2022. Orozco's Uber Investigations Workbench showed that he had a lifetime total of 669 trips. Of the trips Uber produced, a number were missing a local timestamp.[95] Therefore, I was able to analyze 583 trips[96] with Orozco as the Driver. Uber tracked when Orozco was reported for Safety Incidents, including SA/SM Incidents. Orozco had only one reported Safety Incident - Plaintiff ▮▮▮▮▮ SA/SM Incident on August 12, 2022 (Sexual Assault Non-Consensual Sexual Penetration). The supporting Safety Data and related case materials I considered for these SA/SM Incidents are included in the attached Appendices D1 and D2.

---

[95] 'Begin Trip At Local' field.
[96] I analyzed all trip data produced by Uber for the Bellwether Drivers, without limiting the data to dates prior to the Plaintiff's reported incident.

Confidential - Subject to Protective Order

### A. Driver Trip Profile

15.    The following figure shows Orozco's profile on Uber's internal Investigations Workbench.

**Figure 6: Uber's Investigations Workbench Provides an Overview of Orozco's Activity, Including Whether He Has Been Banned or Rejected as Rider or Driver**



CONFIDENTIAL                                                    UBER-MDL3084-BW-00006405

Confidential - Subject to Protective Order

16.    The following figure illustrates the total trips driven by day of the week and time of day. This data only considers trips where Begin Trip At Local is known and Status is "completed". The day of the week is determined by the Begin Trip At Local timestamp. "Late night" is defined as 12 AM-4:59 AM.[97] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm.[98]

**Figure 7: Orozco's Trips During Late-Night or Non-Late-Night Hours on Weekends and Weekdays (UBER-MDL3084-BW-00006254)**



---

[97] "Late night" is defined as 12 AM-4:59 AM (Deposition of Sunny Wong, 07/23/2025, 30:12-15).
[98] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm (Deposition of Sunny Wong, 07/23/2025, 29:10-22).

Confidential - Subject to Protective Order

17.    The following figure displays a visualization known as a "heat map" of the trip volume. This data only considers trips where "Begin Trip At Local" is known and the "Status" field is shown as "completed."

**Figure 8: Percent of Orozco's Trips by Hour (UBER-MDL3084-BW-00006254)**



Confidential - Subject to Protective Order

## B. Driver Ratings

18. This table shows the number of completed trips for driver Orozco with a 1, 2, 3, 4, and 5 star rating and the percent of each rating by time of day. Only trips with a known begin date and a submitted rating were considered. "Late night" is defined as 12 AM-4:59 AM.[99] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm.[100]

**Table 3: Orozco's Ratings (1 to 5 Stars) and When They Occurred (UBER-MDL3084-BW-00006254)**

| Driver Rating | % Of Trips On Weekday Non-Late Night Hours | % Of Trips On Weekday Late Night Hours | % Of Trips On Weekend Non-Late Night Hours | % Of Trips On Weekend Late Night Hours | Total Rated Trips |
|---|---|---|---|---|---|
| 2 | 50 | 0 | 50 | 0 | 2 |
| 3 | 100 | 0 | 0 | 0 | 2 |
| 4 | 100 | 0 | 0 | 0 | 1 |
| 5 | 61.47 | 0.61 | 36.09 | 1.83 | 327 |

---

[99] "Late night" is defined as 12 AM-4:59 AM (Deposition of Sunny Wong, 07/23/2025, 30:12-15).
[100] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm (Deposition of Sunny Wong, 07/23/2025, 29:10-22).

Confidential - Subject to Protective Order

### C. Idle Ride Notifications

19.     In the following figure, I show the volume of Idle Ride Notifications by time of
day. Timezones were all converted to U.S./California. "Late night" is defined as
12 AM-4:59 AM.[101] "Weekend" is defined as Friday at 12:00 am to Sunday at
11:59pm.[102]

**Figure 9: Analysis of When Uber Sent Orozco Idle Ride Notifications
(UBER-MDL3084-BW-00000022)**



---

[101] "Late night" is defined as 12 AM-4:59 AM (Deposition of Sunny Wong, 07/23/2025, 30:12-15).
[102] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm (Deposition of Sunny
Wong, 07/23/2025, 29:10-22).

Keller Report Appendix D - Driver Profiles | Page 21 of 43

Confidential - Subject to Protective Order

### D. Sexual Assault and Sexual Misconduct Incident History

20.    The following figure shows Uber's internal Incident History for Orozco.

**Figure 10: Uber Kept Track of Orozco's Safety Incident History, Including Sexual Assault and Sexual Misconduct Incidents (UBER-MDL3084-DFS00159627)**



CONFIDENTIAL                                                      UBER-MDL3084-DFS00159627

Confidential - Subject to Protective Order

## IV.    Profile: Jeffery Richardson

21.    Jeffery Richardson was the driver of Plaintiff ▮▮▮▮▮s trip on March 25, 2019. Richardson's Uber Investigations Workbench showed that he had a lifetime total of 1,533 trips. Of the trips Uber produced, a number were missing a local timestamp.[103] Therefore, I was able to analyze 1,057 trips[104] with Richardson as the Driver. Uber tracked when Richardson was reported for Safety Incidents, including SA/SM Incidents. Richardson had only one reported Safety Incident - Plaintiff ▮▮▮▮▮s SA/SM Incident on March 25, 20219 (Sexual Assault Non-Consenual Touching Non-Sexual Body Part). This incident was reported to Uber on February 7, 2023, and Richardson was subsequently "waitlisted with a temporary safety lock."[105] Richardson's Driver Profile was deactivated on January 28, 2025.[106] The supporting Safety Data and related case materials I considered for these SA/SM Incidents are included in the attached Appendices D1 and D2.

---

[103]'Begin Trip At Local' field.
[104] I analyzed all trip data produced by Uber for the Bellwether Drivers, without limiting the data to dates prior to the Plaintiff's reported incident.
[105] UBER-MDL3084-DFS00074490.
[106] Deposition of Hannah Nilles, 08/07/2025, Exhibit 1868.

Confidential - Subject to Protective Order

### A. Driver Trip Profile

22.     The following figure shows Richardson's profile on Uber's internal Investigations Workbench.

**Figure 11: Uber's Investigations Workbench Provides an Overview of Richardson's Activity, Including Whether He Has Been Banned or Rejected as Rider or Driver**



Confidential - Subject to Protective Order

23.    The following figure illustrates the total trips driven by Richardson by day of the week and time of day. This data only considers trips where Begin Trip At Local is known and Status is "completed". The day of the week is determined by the Begin Trip At Local timestamp. "Late night" is defined as 12 AM-4:59 AM.[107] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm.[108]

**Figure 12: Richardson's Trips During Late-Night or Non-Late-Night Hours on Weekends and Weekdays (UBER-MDL3084-BW-00006262)**



---

[107] "Late night" is defined as 12 AM-4:59 AM (Deposition of Sunny Wong, 07/23/2025, 30:12-15).
[108] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm (Deposition of Sunny Wong, 07/23/2025, 29:10-22).

Confidential - Subject to Protective Order

24.  The following figure displays a visualization known as a "heat map" of the trip volume. This data only considers trips where "Begin Trip At Local" is known and the "Status" field is shown as "completed."

**Figure 13: Percent of Richardson's Trips by Hour (UBER-MDL3084-BW-00006262)**



Confidential - Subject to Protective Order

## B. Driver Ratings

25.    The following table shows the number of completed trips for driver Richardson with a 1, 2, 3, 4, and 5 star rating and the percent of each rating by time of day. Only trips with a known begin date and a submitted rating were considered. "Late night" is defined as 12 AM-4:59 AM.[109] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm.[110]

**Table 4: Richardson's Ratings (1 to 5 Stars) and When They Occurred (UBER-MDL3084-BW-00006262)**

| Driver Rating | % Of Trips On Weekday Non-Late Night Hours | % Of Trips On Weekday Late Night Hours | % Of Trips On Weekend Non-Late Night Hours | % Of Trips On Weekend Late Night Hours | Total Rated Trips |
|---|---|---|---|---|---|
| 1 | 33.33 | 33.33 | 16.67 | 16.67 | 6 |
| 3 | 0 | 25 | 50 | 25 | 4 |
| 4 | 43.75 | 37.5 | 0 | 18.75 | 16 |
| 5 | 26.35 | 22.9 | 23.35 | 27.4 | 668 |

---

[109] "Late night" is defined as 12 AM-4:59 AM (Deposition of Sunny Wong, 07/23/2025, 30:12-15).
[110] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm (Deposition of Sunny Wong, 07/23/2025, 29:10-22).

Confidential - Subject to Protective Order

### C. Idle Ride Notifications

26.    In the following figure, I show the volume of was directed by counsel to consider Idle Ride Notifications by time of day. Timezones were all converted to U.S./North Carolina. "Late night" is defined as 12 AM-4:59 AM.[111] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm.[112]

**Figure 14: Analysis of When Uber Sent Richardson Idle Ride Notifications (UBER-MDL3084-BW-00000011)**



---

[111] "Late night" is defined as 12 AM-4:59 AM (Deposition of Sunny Wong, 07/23/2025, 30:12-15).
[112] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm (Deposition of Sunny Wong, 07/23/2025, 29:10-22).

Confidential - Subject to Protective Order

### D.  Sexual Assault and Sexual Misconduct Incident History

27.    The following figure shows Uber's internal Incident History for Richardson.

**Figure 15: Uber Kept Track of Richardson's Safety Incident History, Including Sexual Assault and Sexual Misconduct Incidents (UBER-MDL3084-DFS00159617)**



CONFIDENTIAL                                                                    UBER-MDL3084-DFS00159617

Confidential - Subject to Protective Order

## V.    Profile: Felix Perez Rodriguez

28.    Felix Perez Rodriguez was the driver of Plaintiff ▮▮▮▮▮s trip on June 28, 2024. Rodriguez's Uber Investigations Workbench showed that he had a lifetime total of 26,149 trips. Of the trips Uber produced, a number were missing a local timestamp.[113] Therefore, I was able to analyze 23,305 trips[114] with Rodriguez as the Driver. Uber tracked when Rodriguez was reported for Safety Incidents, including SA/SM Incidents. Rodriguez had twenty-three reported Safety Incidents, including two SA/SM Incidents: June 26, 2022 (Sexual Assault Non-Consensual Touching - Non-Sexual Body Part) and June 28, 2024 (Sexual Assault Non-Consensual Touching - Sexual Body Part). The supporting Safety Data and related case materials I considered for these SA/SM Incidents are included in the attached Appendices D1 and D2.

---

[113] 'Begin Trip At Local' field.
[114] I analyzed all trip data produced by Uber for the Bellwether Drivers, without limiting the data to dates prior to the Plaintiff's reported incident.

Confidential - Subject to Protective Order

### A. Driver Trip Profile

29.     The following figure shows Rodriguez's profile on Uber's internal Investigations Workbench.

**Figure 16: Uber's Investigations Workbench Provides an Overview of Rodriguez's Activity, Including Whether He Has Been Banned or Rejected as Rider or Driver**



Confidential - Subject to Protective Order

30. The following figure illustrates the total trips driven by day of the week and time of day. This data only considers trips where Begin Trip At Local is known and Status is "completed". The day of the week is determined by the Begin Trip At Local timestamp. "Late night" is defined as 12 AM-4:59 AM.[115] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm.[116]

**Figure 17: Rodriguez's Trips During Late-Night or Non-Late-Night Hours on Weekends and Weekdays (UBER-MDL3084-BW-00006257)**



---

[115] "Late night" is defined as 12 AM-4:59 AM (Deposition of Sunny Wong, 07/23/2025, 30:12-15).
[116] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm (Deposition of Sunny Wong, 07/23/2025, 29:10-22).

Confidential - Subject to Protective Order

31.    The following figure displays a visualization known as a "heat map" of the trip
       volume. This data only considers trips where "Begin Trip At Local" is known and
       the "Status" field is shown as "completed."

**Figure 18: Percent of Rodriguez's Trips by Hour
(UBER-MDL3084-BW-00006257)**



Confidential - Subject to Protective Order

## B. Driver Ratings

32.     This table shows the number of completed trips for driver Rodriguez with a 1, 2, 3, 4, and 5 star rating and the percent of each rating by time of day. Only trips with a known begin date and a submitted rating were considered. "Late night" is defined as 12 AM-4:59 AM.[117] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm.[118]

**Table 5: Rodriguez's Ratings (1 to 5 Stars) and When They Occurred (UBER-MDL3084-BW-00006257)**

| Driver Rating | % Of Trips On Weekday Non-Late Night Hours | % Of Trips On Weekday Late Night Hours | % Of Trips On Weekend Non-Late Night Hours | % Of Trips On Weekend Late Night Hours | Total Rated Trips |
|---|---|---|---|---|---|
| 1 | 50 | 3.75 | 40 | 6.25 | 160 |
| 2 | 45 | 1.67 | 50 | 3.33 | 60 |
| 3 | 54.41 | 2.94 | 41.18 | 1.47 | 136 |
| 4 | 60.44 | 1.58 | 34.81 | 3.16 | 316 |
| 5 | 50.54 | 2.75 | 38.25 | 8.46 | 11,247 |

---

[117] "Late night" is defined as 12 AM-4:59 AM (Deposition of Sunny Wong, 07/23/2025, 30:12-15).
[118] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm (Deposition of Sunny Wong, 07/23/2025, 29:10-22).

Confidential - Subject to Protective Order

### C. Idle Ride Notifications

33.    In the following figure, I show the volume of was directed by counsel to consider Idle Ride Notifications by time of day. Timezones were all converted to U.S./Arizona. "Late night" is defined as 12 AM-4:59 AM.[119] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm.[120]

**Figure 19: Analysis of When Uber Sent Rodriguez Idle Ride Notifications (UBER-MDL3084-BW-00000029)**



---

[119] "Late night" is defined as 12 AM-4:59 AM (Deposition of Sunny Wong, 07/23/2025, 30:12-15).
[120] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm (Deposition of Sunny Wong, 07/23/2025, 29:10-22).

Confidential - Subject to Protective Order

### D. Sexual Assault and Sexual Misconduct Incident History

34.    The figure below shows Uber's internal Incident History for Rodriguez.

**Figure 20: Uber Kept Track of Rodriguez's Safety Incident History, Including Sexual Assault and Sexual Misconduct Incidents (UBER-MDL3084-DFS00159622)**



CONFIDENTIAL                                                    UBER-MDL3084-DFS00159622

Confidential - Subject to Protective Order

## VI.    Profile: Michael Le

35.    Michael Le was the driver of Plaintiff ███████ trip on August 10, 2023. Le's Uber
      Investigations Workbench showed that he had a lifetime total of 11,413 trips. Of
      the trips Uber produced, a number were missing a local timestamp.[121] Therefore,
      I was able to analyze 4,175 trips[122] with Le as the Driver. Uber tracked when Le
      was reported for Safety Incidents, including SA/SM Incidents. Le had eight
      reported Safety Incidents, including two SA/SM Incidents: June 18, 2023 (Sexual
      Misconduct - Insufficient Information) and August 10, 2023 (Sexual Assault -
      Non-Consensual Kissing, Sexual Body Part). Le continued to operate on Uber's
      platform until January 1, 2025, when he was deactivated.[123] The supporting
      Safety Data and related case materials I considered for these SA/SM Incidents
      are included in the attached Appendices D1 and D2.

---

[121] 'Begin Trip At Local' field.
[122] I analyzed all trip data produced by Uber for the Bellwether Drivers, without limiting the data to
dates prior to the Plaintiff's reported incident.
[123] Deposition of Hannah Nilles, 08/07/2025, Exhibit 1373.

Confidential - Subject to Protective Order

### A. Driver Trip Profile

36.     The following figure shows Le's profile on Uber's internal Investigations Workbench.

**Figure 21: Uber's Investigations Workbench Provides an Overview of Le's Activity, Including Whether He Has Been Banned or Rejected as Rider or Driver**
**(UBER-MDL3084-BW-00006398)**



Confidential - Subject to Protective Order

37.     The following figure illustrates the total trips driven by day of the week and time of day. This data only considers trips where Begin Trip At Local is known and Status is "completed". The day of the week is determined by the Begin Trip At Local timestamp. "Late night" is defined as 12 AM-4:59 AM.[124] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm.[125]

**Figure 22: Le's Trips During Late-Night or Non-Late-Night Hours on Weekends and Weekdays (UBER-MDL3084-BW-00006265)**



---

[124] "Late night" is defined as 12 AM-4:59 AM (Deposition of Sunny Wong, 07/23/2025, 30:12-15).
[125] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm (Deposition of Sunny Wong, 07/23/2025, 29:10-22).

Confidential - Subject to Protective Order

38.  The following figure displays a visualization known as a "heat map" of the trip volume. This data only considers trips where "Begin Trip At Local" is known and the "Status" field is shown as "completed."

**Figure 23: Percent of Le's Trips by Hour (UBER-MDL3084-BW-00006265)**



Confidential - Subject to Protective Order

## B. Driver Ratings

39.     The following table shows the number of completed trips for driver Le with a 1, 2, 3, 4, and 5 star rating and the percent of each rating by time of day. Only trips with a known begin date and a submitted rating were considered. "Late night" is defined as 12 AM-4:59 AM.[126] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm.[127]

**Table 6: Le's Ratings (1 to 5 Stars) and When They Occurred (UBER-MDL3084-BW-00006265)**

| Driver Rating | % Of Trips On Weekday Non-Late Night Hours | % Of Trips On Weekday Late Night Hours | % Of Trips On Weekend Non-Late Night Hours | % Of Trips On Weekend Late Night Hours | Total Rated Trips |
|---|---|---|---|---|---|
| 1 | 41.67 | 8.33 | 41.67 | 8.33 | 12 |
| 2 | 0 | 0 | 50 | 50 | 2 |
| 3 | 40 | 30 | 30 | 0 | 10 |
| 4 | 40 | 6.67 | 40 | 13.33 | 15 |
| 5 | 36.38 | 14.95 | 32.62 | 16.05 | 2,100 |

---

[126] "Late night" is defined as 12 AM-4:59 AM (Deposition of Sunny Wong, 07/23/2025, 30:12-15).
[127] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm (Deposition of Sunny Wong, 07/23/2025, 29:10-22).

Confidential - Subject to Protective Order

### C. Idle Ride Notifications

40.    In the following figure, I show the volume of was directed by counsel to consider Idle Ride Notifications by time of day. Timezones were all converted to U.S./California. "Late night" is defined as 12 AM-4:59 AM.[128] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm.[129]

**Figure 24: Analysis of When Uber Sent Le Idle Ride Notifications (UBER-MDL3084-BW-00000032)**



---

[128] "Late night" is defined as 12 AM-4:59 AM (Deposition of Sunny Wong, 07/23/2025, 30:12-15).
[129] "Weekend" is defined as Friday at 12:00 am to Sunday at 11:59pm (Deposition of Sunny Wong, 07/23/2025, 29:10-22).

Confidential - Subject to Protective Order

### D. Sexual Assault and Sexual Misconduct Incident History

41.    The following figure shows Uber's internal Incident History for Le.

**Figure 25: Uber Kept Track of Le's Safety Incident History, Including Sexual Assault and Sexual Misconduct Incidents (UBER-MDL3084-DFS00159626)**



Confidential - Subject to Protective Order

Keller Report - Appendix F

Confidential - Subject to Protective Order



Keller Report - Appendix F

Confidential - Subject to Protective Order

Keller Report - Appendix F



Confidential - Subject to Protective Order

## Appendix G
Documents and Materials Considered

## All Citations and References in the Expert Report

## Academic Articles and Books

Sharda, R., Delen, D., & Turban, E. (2017). Business intelligence, analytics, and data science: A managerial perspective (4th ed.). Pearson.

VanderPlas, J. (2016). Python data science handbook. O'Reilly Media. https://www.oreilly.com/library/view/python-data-science/9781491912126/

Siadati, S. (2021). Data science foundations (Version 1.1) [E-book]. Zenodo. https://doi.org/10.5281/zenodo.17010182

Journal of Computational and Graphical Statistics 2017, Vol. 26, No. 4. https://www.tandfonline.com/doi/epdf/10.1080/10618600.2017.1384734?needAccess=truehttps://dl.acm.org/doi/pdf/10.1145/3076253

Walsh, Introduction to Cultural Analytics & Python, Version 1, 2021

Deitel& Deitel, 2000, Intro to Data Science

Deitel.& Deitel. 2019. Intro to Python for Data Science, Pearson

VanderPlas, 2017, Python Data Science Handbook, 1st Ed, O'Reilly

Sharda, R., Delen, D., & Turban, E. (2017). Business intelligence, analytics, and data science: A managerial perspective (4th ed.). Pearson

Lehmann, E. L. (2011). Fisher, Neyman, and the Creation of Classical Statistics. Springer. 2025 https://link.springer.com/book/10.1007/978-1-4419-9500-1

Rainer, R. K., Jr., & Prince, B. (2023). Introduction to information systems: Supporting and transforming business (10th ed.). Wiley

Tukey, J. W. (1962). The future of data analysis. Annals of Mathematical Statistics, 33(1), 1–67

Codd, E. F. (1970). A relational model of data for large shared data banks. Communications of the ACM, 13(6), 377–387; Keller, L., & Nelson, E. (2022, September). Structured data. Bloomberg Law: Practical Guidance, Litigation, Professional Perspective. Bloomberg Law https://www.bloomberglaw.com/external/document/X1PD0P3S000000/litigation-professional-perspective-structured-data

Rainer, R. K., Jr., & Prince, B. (2023). Introduction to information systems: Supporting and transforming business (10th ed.). Wiley

"Python® the language of today and tomorrow" https://pythoninstitute.org/about-python

"Data Mining - What it is & why it matters" https://www.sas.com/en_us/insights/analytics/data-mining.html

Basu, S., Fernald, J. G., & Shapiro, M. D. (2001). Productivity growth in the 1990s: technology, utilization or adjustment? Carnegie-Rochester Conference Series on Public Policy, 55(1) https://doi.org/https://www.sciencedirect.com/science/article/abs/pii/S0167223101000549

Cao, L. (2017). Data Science: A Comprehensive Overview. ACM Computing Surveys, 50(3) https://dl.acm.org/doi/pdf/10.1145/3076253

Siadati, S. (2021). Data Science Foundations (1.1). September 2025, https://www.researchgate.net/profile/Saman-Siadati/publication/395109847_Data_Science_Foundations/links/68b3afc2360112563e0f7e60/Data-Science-Foundations.pdf

Illinsky, IBM Center, 2021 https://guides.lib.berkeley.edu/data-visualization/about

"Panda" https://pandas.pydata.org/

VanderPlas, 2017, Python Data Science Handbook, 1st Ed, O'Reilly

"Geocoding Addresses Best Practices" https://developers.google.com/maps/documentation/geocoding/best-practices

"Geocoding API overview" https://developers.google.com/maps/documentation/geocoding/overview

"Exploratory Data Analysis" https://www.consoleflare.com/blog/wp-content/uploads/2022/09/Exploratory-Data-Analysis-1977-John-Tukey.pdf

**News Articles and Blogs**

Coronavirus disease (COVID-19) pandemic", World Health Organization. https://www.who.int/europe/emergencies/situations/covid-19

Uber's Festering Sexual Assault Problem. NYT. 2025 August 06. https://www.nytimes.com/2025/08/06/business/uber-sexual-assault.html

"Airbnb in the City" (October 2014) https://ag.ny.gov/sites/default/files/reports/AIRBNB_REPORT.pdf

"Falling Further Apart - Decaying Schools in New York City's Poorest Neighborhood" https://assets1.cbsnewsstatic.com/i/cbslocal/wp-content/uploads/sites/14578484/2013/05/falling-further-apart1.pdf

**Uber Website and Documents**

"Uber's record on safety is clear" Uber. https://www.uber.com/newsroom/ubers-safety-record/#:~:text=We%20believe%20Uber%20is%20one,get%20it%20right%20every%20time

Confidential – Subject to Protective Order    Confidential - Subject to Protective Order

"How Data Shapes the Uber Rider App" Uber. https://www.uber.com/blog/how-data-shapes-the-uber-rider-app/

How Uber Achieves Operational Excellence in the Data Quality Experience." Uber. https://www.uber.com/blog/operational-excellence-data-quality/

"The History of Uber." Uber. https://www.uber.com/newsroom/history/

Uber U.S. Patent No. US20170011324A https://patents.google.com/patent/US20170011324A1/en

"Making Uber's Experiment Evaluation Engine 100x Faster" Uber Blog. Making Uber's Experiment Evaluation Engine 100x Faster _ Uber Blog.pdf

"Under the Hood of Uber's Experimentation Platform" Uber Blog. Under the Hood of Uber's Experimentation Platform _ Uber Blog.pdf

Uber Technologies, Inc. 2021 Form 10-K Annual Report. Ex. A - 2021 10-K.pdf

Uber Technologies, Inc. 2019 Form 10-K Annual Report. Ex. B - 2019 10-K.pdf

Uber Technologies, Inc. 2022 Form 10-K Annual Report. Ex. C - 2022 10-K.pdf

Uber Technologies, Inc. 2023 Form 10-K Annual Report. Ex. D - 2023 10-K.pdf

Uber Technologies, Inc. 2024 Form 10-K Annual Report. Ex. E - 2024 10-K.pdf

Uber S-1 Response. Ex. L - S-1 Response.pdf

Uber 2020 Proxy Statement. Ex. M - 2020 Proxy Statement.pdf

Uber 2021 Proxy Statement. Ex. N - 2021 Proxy Statement.pdf

Uber 2022 Proxy Statement. Ex. O - 2022 Proxy Statement.pdf

Uber 2023 Proxy Statement. Ex. P - 2023 Proxy Statement.pdf

Uber 2024 Proxy Statement. Ex. Q - 2024 Proxy Statement.pdf

Uber 2025 Proxy Statement. Ex. K - 2025 Proxy Statement.pdf

**Pleadings**

Declaration of Todd Gaddis (June 10, 2025)

In Re: Uber Technologies, Inc., Passenger Sexual Assault Litigation, Case No. 23-md-03084-CRB. July 9, 2024 Order Granting in Part and Denying in Part Joint Discovery Letter Brief Regarding Discovery Related to Safety Data and Statistics.

**Confidential – Subject to Protective Order**

Declaration of Todd Gaddis (August 18, 2025)

The setup of the AWS system as agreed by the Parties is described in Appendix A to Confidentiality Agreement between BDO USA and Plaintiffs' Steering Committee

**Master Long Form Complaint**, filed at ECF 269 in *In re*: Uber Technologies, Inc., Passenger Sexual Assault Litigation.

**Plaintiff First Amended Bellwether Complaint and Demand for Jury Trial**, filed at ECF 2506 in *In re:* Uber Technologies, Inc., Passenger Sexual Assault Litigation, No. 3:23-cv-06708 (N.D. Cal.).

**Plaintiff's First Amended Short Form Complaint and Demand for Jury Trial**, directly filed on March 14, 2025 at ECF 2509 as a member case (No. 3:24-cv-7019) in MDL 3084, *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal.).

**Plaintiff Short Form Complaint and Demand for Jury Trial**, directly filed on November 8, 2025 as a member case (No. 3:24-cv-07821) in MDL 3084, In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation (N.D. Cal.).

**Plaintiff First Amended Bellwether Complaint and Demand for Jury Trial**, filed at ECF 2513 in *In re:* Uber Technologies, Inc., Passenger Sexual Assault Litigation, No. 3:24-cv-4900 (N.D. Cal.).

**Plaintiff Initial Complaint.**  On August 9, 2024, Plaintiff B.L. filed her Complaint against Uber in the Superior Court of the State of California, County of San Francisco.  Case No. CGC-24-617115.  The case was later transferred and coordinated into the JCCP Case. 5188 by Order of the Court on October 14, 2024.

**Plaintiff Short-Form Complaint.** On November 11, 2024, Plaintiff B.L. filed her Short-Form Complaint against Uber at ECF 1 in *In re:* Uber Technologies, Inc., Passenger Sexual Assault Litigation, No. 3:24-cv-7940.

**Plaintiff First Amended Bellwether Complaint and Demand for Jury Trial**, filed at ECF 2092 in *In re:* Uber Technologies, Inc., Passenger Sexual Assault Litigation, No. 3:24-cv-7940 (N.D. Cal.).

**Plaintiff Second Amended Bellwether Complaint and Demand for Jury Trial**, filed at ECF 3925 in *In re:* Uber Technologies, Inc., Passenger Sexual Assault Litigation, No. 3:24-cv-7940 (N.D. Cal.).


**MDL and JCCP Depositions with Exhibits**

Michael Akamine Deposition and Exhibits (5/19/25 and 5/20/25)
Brooke Anderson Deposition and Exhibits (05/01/25 and 05/02/25 and 5/6/25)
William Anderson Deposition and Exhibits (9/26/23)
Matthew Baker Deposition and Exhibits (11/13/24)
PMK (Emilie Boman) Deposition and Exhibits (3/5/25 and 4/1/25)

Confidential – Subject to Protective Order                    Confidential - Subject to Protective Order

Tracy Breeden Deposition and Exhibits (3/13/25 and 3/14/25)
30(b)(6) (Gregory Brown) Deposition and Exhibits (6/17/25)
30(b)(6) (Gregory Brown) Deposition and Exhibits (July 15-16, 2025 and August 25-26, 2025)
PMK (Gregory Brown) Deposition and Exhibits (3/13/25 and 3/14/25 and 5/7/25)
30(b)(6) (Jamie Brown) Deposition and Exhibits (August 6, 2025)
Jordan Burke Deposition and Exhibits (3/20/25 and 3/21/25)
Faiz Bushra Deposition and Exhibits (5/13/25)
Philip Cardenas Deposition and Exhibits (2/26/25)
Frank Chang Deposition and Exhibits (5/9/25)
30(b)(6) (Heather Childs) Deposition and Exhibits (6/5/25)
Dennis Cinelli Deposition and Exhibits (3/28/25)
30(b)(6) (Chad Dobbs) Deposition and Exhibits (8/21/25)
30(b)(6) (Mariana Esteves) Deposition and Exhibits (7/15/25 and 8/28/25)
Chadd Fogg Deposition and Exhibits (2/5/25)
Cory Freivogel Deposition and Exhibits (12/10/24 and 2/6/25)
Henry (Gus) Fuldner Deposition and Exhibits (3/26/25 and 3/27/25 and 4/29/25)
30(b)(6) (Todd Gaddis) Deposition and Exhibits (7/11/25)
PMK (Todd Gaddis) Deposition and Exhibits (7/8/25 and 7/9/25 and 7/11/25)
Catherine Gibbons Deposition and Exhibits (6/5/25)
Ryan Graves Deposition and Exhibits (5/13/25)
Andrew Hasbun Deposition and Exhibits (4/10/25 and 4/11/25)
Cassandra Hawk Deposition and Exhibits (4/8/25)
Jill Hazelbaker Deposition and Exhibits (6/17/25)
Rachel Holt Deposition and Exhibits (12/12/24 and 4/9/25)
Jordan Hornback Deposition and Exhibits (3/31/25)
Nairi Hourdajain  Deposition and Exhibits (2/7/25)
Meghan Joyce Deposition and Exhibits (2/26/25)
Roger Kaiser Deposition and Exhibits (11/19/24 and 4/22/25)
Travis Kalanick Deposition and Exhibits (7/3/25)
Sachin Kansal Deposition and Exhibits (5/28/25)
Dara Khosrowshahi Deposition and Exhibits (7/1/25)
Carly Lake Deposition and Exhibits (3/20/25 and 3/21/25)
Jenny Luu Deposition and Exhibits (2/27/25)
30(b)(6) (Katherine McDonald) Deposition and Exhibits (4/25/25)
Katherine McDonald Deposition and Exhibits (10/7/24 and 5/7/25)
30(b)(6) (Hannah Nilles) Deposition and Exhibits (6/30/25)
30(b)(6) (Hannah Nilles) Deposition and Exhibits (7/10/25)
30(b)(6) (Hannah Nilles) Deposition and Exhibits (7/23/25 and 8/7/25)
PMK (Hannah Nilles) Deposition and Exhibits (5/5/25 and 5/14/25 and 5/29/25)
30(b)(6) (Hannah Nilles) Deposition and Exhibits (August 7, 2025)
Jodi Page Deposition and Exhibits (5/21/25)
Katherine Parker Deposition and Exhibits (12/3/24 and 2/14/25)
PMK (Rebecca Payne) Deposition and Exhibits (4/2/25 and 4/3/25 and 5/2/25 and 5/12/25 and 5/13/25)
Andi Pimentel Deposition and Exhibits (10/15/24 and 3/27/25)
Cameron Poetzscher Deposition and Exhibits (6/4/25)
David Richter Deposition and Exhibits (2/24/25)
Brad Rosenthal Deposition and Exhibits (10/24/23)
30(b)(6) (Elizabeth Ross) Deposition and Exhibits (6/11/25 and 6/12/25)
Danielle Sheridan Deposition and Exhibits (5/15/25 and 5/16/25)

Confidential – Subject to Protective Order                    Confidential - Subject to Protective Order

Valerie Shuping Deposition and Exhibits (4/17/25 and 4/18/25)
Nicholas Silver Deposition and Exhibits (11/21/24)
Troy Stevenson Deposition and Exhibits (10/21/24)
Joseph Sullivan Deposition and Exhibits (6/25/25)
Michael Sullivan Deposition and Exhibits (3/26/25)
Pat Twomey Deposition and Exhibits (5/29/25)
Kayla Whaling Deposition and Exhibits (2/28/25 and 4/22/25)
30(b)(6) (Sunny Wong) Deposition and Exhibits (6/25/25)
PMK (Sunny Wong) Deposition and Exhibits (4/16/25)
30(b)(6) (Sunny Wong) Deposition and Exhibits (7/23/25)
Defendants' Uber Technologies, Inc., Rasier LLC, and Rasier-CA, LLC's Responses to Topics 3-15 of All Plaintiffs' Notice of 30(b)(6) Deposition of Uber Technologies, Inc., Rasier LLC, and Rasier-CA, LLC (Recordkeeping) with Exhibits (7/2/25)


**Documents Produced**

| | |
|---|---|
| #10060.1 | #10543.1 |
| #10069.1 | #10548.1 |
| #10075.1 | #10550.1 |
| #10079.1 | #10553.1 |
| #10080.1 | #10555.1 |
| #10083.1 | #10556.1 |
| #10087.1 | #10560.1 |
| #10107.1 | #10563.1 |
| #10150.1 | #10569.1 |
| #10154.1 | #10576.1 |
| #10156.1 | #10578.1 |
| #10171.1 | #10580.1 |
| #10222.1 | #10582.1 |
| #10256.1 | #10583.1 |
| #10260.1 | #10593.1 |
| #10264.1 | #10601.1 |
| #10265.1 | #10618.1 |
| #10274.1 | #10620.1 |
| #10349.1 | #10622.1 |
| #10355.1 | #10630.1 |
| #10391.1 | #10671.1 |
| #10416.1 | #10672.1 |
| #10434.1 | #10687.1 |
| #10442.1 | #10696.1 |
| #10532.1 | #10726.1 |
| #10534.1 | #10727.1 |
| #10535.1 | #10731.1 |
| #10536.1 | #10894.1 |
| #10537.1 | #10904.1 |
| #10540.1 | #10905.1 |
| #10541.1 | #10906.1 |

| | |
|---|---|
| #10913.1 | #11659.1 |
| #10915.1 | #11666.1 |
| #10943.1 | #11667.1 |
| #11021.1 | #11688.1 |
| #11036.1 | #11738.1 |
| #11046.1 | #11760.1 |
| #11047.1 | #11761.1 |
| #11048.1 | #11765.1 |
| #11052.1 | #11881.1 |
| #11056.1 | #11882.1 |
| #11062.1 | #11887.1 |
| #11069.1 | #11891.1 |
| #11075.1 | #11895.1 |
| #11090.1 | #11901.1 |
| #11107.1 | #11913.1 |
| #11115.1 | #11916.1 |
| #11121.1 | #11918.1 |
| #11150.1 | #11963.1 |
| #11152.1 | #11986.1 |
| #11155.1 | #12001.1 |
| #11157.1 | #12002.1 |
| #11171.1 | #12004.1 |
| #11197.1 | #12007.1 |
| #11253.1 | #12011.1 |
| #11353.1 | #12013.1 |
| #11368.1 | #12020.1 |
| #11377.1 | #12034.1 |
| #11386.1 | #12035.1 |
| #11387.1 | #12052.1 |
| #11392.1 | #12069.1 |
| #11394.1 | #12070.1 |
| #11396.1 | #12071.1 |
| #11403.1 | #12073.1 |
| #11406.1 | #12074.1 |
| #11420.1 | #12075.1 |
| #11426.1 | #12076.1 |
| #11451.1 | #12081.1 |
| #11452.1 | #12089.1 |
| #11457.1 | #12090.1 |
| #11463.1 | #12091.1 |
| #11478.1 | #12092.1 |
| #11479.1 | #12095.1 |
| #11528.1 | #12097.1 |
| #11650.1 | #12098.1 |
| #11651.1 | #12102.1 |
| #11657.1 | #12103.1 |

Confidential - Subject to Protective Order

| | |
|---|---|
| #12110.1 | #13069.1 |
| #12128.1 | #13077.1 |
| #12140.1 | #13083.1 |
| #12141.1 | #13097.1 |
| #12150.1 | #13128.1 |
| #12168.1 | #13143.1 |
| #12175.1 | #13151.1 |
| #12184.1 | #13191.1 |
| #12212.1 | #13206.1 |
| #12234.1 | #13213.1 |
| #12272.1 | #13246.1 |
| #12275.1 | #13277.1 |
| #12326.1 | #13279.1 |
| #12331.1 | #13280.1 |
| #12346.1 | #13300.1 |
| #12366.1 | #13303.1 |
| #12371.1 | #13356.1 |
| #12378.1 | #13395.1 |
| #12379.1 | #13414.1 |
| #12531.1 | #13417.1 |
| #12617.1 | #13418.1 |
| #12632.1 | #13419.1 |
| #12639.1 | #13421.1 |
| #12653.1 | #13422.1 |
| #12655.1 | #13459.1 |
| #12899.1 | #13569.1 |
| #12900.1 | #13606.1 |
| #12902.1 | #13753.1 |
| #12908.1 | #13768.1 |
| #12909.1 | #13790.1 |
| #12910.1 | #13851.1 |
| #12914.1 | #13852.1 |
| #12915.1 | #13876.1 |
| #12926.1 | #13879.1 |
| #12946.1 | #13920.1 |
| #12956.1 | #13925.1 |
| #12965.1 | #13971.1 |
| #12998.1 | #14105.1 |
| #13011.1 | #14223.1 |
| #13018.1 | #14327.1 |
| #13022.1 | #14351.1 |
| #13024.1 | #14415.1 |
| #13031.1 | #14582.1 |
| #13034.1 | #14584.1 |
| #13056.1 | #14593.1 |
| #13061.1 | #14594.1 |

Confidential – Subject to Protective Order

Confidential - Subject to Protective Order

| | |
|---|---|
| #14663.1 | #16494.1 |
| #14979.1 | #16495.1 |
| #15118.1 | #16510.1 |
| #15296.1 | #16513.1 |
| #15298.1 | #16521.1 |
| #15300.1 | #16522.1 |
| #15301.1 | #16525.1 |
| #15302.1 | #16526.1 |
| #15309.1 | #16529.1 |
| #15310.1 | #16533.1 |
| #15442.1 | #16537.1 |
| #15443.1 | #16538.1 |
| #15500.1 | #16545.1 |
| #15514.1 | #16576.1 |
| #15532.1 | #16751.1 |
| #15535.1 | #16850.1 |
| #15622.1 | #16852.1 |
| #15639.1 | #16856.1 |
| #15757.1 | #16857.1 |
| #15978.1 | #16862.1 |
| #15985.1 | #16865.1 |
| #15988.1 | #16869.1 |
| #15989.1 | #16886.1 |
| #15990.1 | #16888.1 |
| #16000.1 | #17064.1 |
| #16001.1 | #17076.1 |
| #16037.1 | #17080.1 |
| #16083.1 | #17093.1 |
| #16112.1 | #17545.1 |
| #16158.1 | #17886.1 |
| #16170.1 | #17918.1 |
| #16196.1 | #17919.1 |
| #16214.1 | #17920.1 |
| #16216.1 | #17922.1 |
| #16220.1 | #17924.1 |
| #16222.1 | #17926.1 |
| #16223.1 | #17927.1 |
| #16226.1 | #17928.1 |
| #16229.1 | #17940.1 |
| #16230.1 | #17954.1 |
| #16233.1 | #18017.1 |
| #16234.1 | #18099.1 |
| #16291.1 | #18100.1 |
| #16313.1 | #18110.1 |
| #16352.1 | #18121.1 |
| #16488.1 | #18465.1 |

Confidential – Subject to Protective Order                    Confidential - Subject to Protective Order

| | |
|---|---|
| #18615.1 | #19434.1 |
| #18621.1 | #19435.1 |
| #18897.1 | #19436.1 |
| #18911.1 | #19437.1 |
| #19059.1 | #19438.1 |
| #19069.1 | #19439.1 |
| #19231.1 | #19440.1 |
| #19253.1 | #19441.1 |
| #19274.1 | #19443.1 |
| #19276.1 | #19444.1 |
| #19339.1 | #19445.1 |
| #19340.1 | #19446.1 |
| #19352.1 | #19447.1 |
| #19353.1 | #19448.1 |
| #19388.1 | #19449.1 |
| #19390.1 | #19450.1 |
| #19391.1 | #19451.1 |
| #19392.1 | #19452.1 |
| #19393.1 | #19453.1 |
| #19394.1 | #19455.1 |
| #19396.1 | #19456.1 |
| #19397.1 | #19458.1 |
| #19398.1 | #19459.1 |
| #19400.1 | #19460.1 |
| #19401.1 | #19461.1 |
| #19402.1 | #19462.1 |
| #19403.1 | #19465.1 |
| #19404.1 | #19472.1 |
| #19405.1 | #19475.1 |
| #19406.1 | #19476.1 |
| #19407.1 | #19477.1 |
| #19408.1 | #19478.1 |
| #19410.1 | #19479.1 |
| #19411.1 | #19480.1 |
| #19412.1 | #19483.1 |
| #19413.1 | #19498.1 |
| #19414.1 | #19512.1 |
| #19415.1 | #19514.1 |
| #19416.1 | #19526.1 |
| #19417.1 | #19540.1 |
| #19418.1 | #19541.1 |
| #19421.1 | #19580.1 |
| #19423.1 | #19582.1 |
| #19424.1 | #19592.1 |
| #19425.1 | #19593.1 |
| #19426.1 | #19596.1 |

Confidential – Subject to Protective Order

Confidential - Subject to Protective Order

| | |
|---|---|
| #19598.1 | #21679.1 |
| #19682.1 | #21681.1 |
| #19683.1 | #21682.1 |
| #19772.1 | #21685.1 |
| #19895.1 | #21686.1 |
| #20153.1 | #21687.1 |
| #20176.1 | #21691.1 |
| #20197.1 | #21693.1 |
| #21640.1 | #21695.1 |
| #21641.1 | #21696.1 |
| #21642.1 | #21697.1 |
| #21643.1 | #21698.1 |
| #21644.1 | #21700.1 |
| #21645.1 | #21702.1 |
| #21646.1 | #21704.1 |
| #21647.1 | #21705.1 |
| #21648.1 | #21707.1 |
| #21649.1 | #21708.1 |
| #21650.1 | #21710.1 |
| #21651.1 | #21712.1 |
| #21652.1 | #21713.1 |
| #21653.1 | #21718.1 |
| #21654.1 | #21719.1 |
| #21655.1 | #21721.1 |
| #21656.1 | #21723.1 |
| #21657.1 | #21725.1 |
| #21658.1 | #21727.1 |
| #21659.1 | #21732.1 |
| #21660.1 | #21738.1 |
| #21661.1 | #21741.1 |
| #21662.1 | #21742.1 |
| #21663.1 | #21743.1 |
| #21664.1 | #21744.1 |
| #21665.1 | #21746.1 |
| #21666.1 | #21747.1 |
| #21667.1 | #21749.1 |
| #21668.1 | #21750.1 |
| #21669.1 | #21753.1 |
| #21670.1 | #21755.1 |
| #21671.1 | #21757.1 |
| #21672.1 | #21758.1 |
| #21673.1 | #21759.1 |
| #21674.1 | #21761.1 |
| #21676.1 | #21763.1 |
| #21677.1 | #21773.1 |
| #21678.1 | #21781.1 |

Confidential – Subject to Protective Order          Confidential - Subject to Protective Order

| | |
|---|---|
| #21814.1 | #26219.1 |
| #21834.1 | #26225.1 |
| #22303.1 | #26233.1 |
| #22382.1 | #26466.1 |
| #22507.1 | #26468.1 |
| #22510.1 | #26520.1 |
| #22524.1 | #26723.1 |
| #22531.1 | #26822.1 |
| #22781.1 | #26958.1 |
| #22877.1 | #27113.1 |
| #23070.1 | #27188.1 |
| #23156.1 | #27235.1 |
| #23296.1 | #27270.1 |
| #23441.1 | #27273.1 |
| #23520.1 | #27416.1 |
| #23688.1 | #27483.1 |
| #23722.1 | #27762.1 |
| #23728.1 | #27763.1 |
| #23829.1 | #27765.1 |
| #24023.1 | #27767.1 |
| #24091.1 | #27781.1 |
| #24329.1 | #27795.1 |
| #24330.1 | #27798.1 |
| #24334.1 | #27801.1 |
| #24365.1 | #27812.1 |
| #24378.1 | #27831.1 |
| #24390.1 | #27836.1 |
| #24490.1 | #27900.1 |
| #24588.1 | #27916.1 |
| #24713.1 | #28150.1 |
| #24792.1 | #28224.1 |
| #24923.1 | #28280.1 |
| #24986.1 | #28397.1 |
| #25120.1 | #28401.1 |
| #25130.1 | #28431.1 |
| #25138.1 | #28433.1 |
| #25220.1 | #28458.1 |
| #25566.1 | #28460.1 |
| #25817.1 | #28462.1 |
| #25848.1 | #28463.1 |
| #25897.1 | #28477.1 |
| #25929.1 | #28534.1 |
| #25936.1 | #28542.1 |
| #26061.1 | #28641.1 |
| #26212.1 | #28642.1 |
| #26216.1 | #28643.1 |

Confidential – Subject to Protective Order                    Confidential - Subject to Protective Order

| | |
|---|---|
| #28644.1 | #28828.1 |
| #28645.1 | #28830.1 |
| #28653.1 | #28832.1 |
| #28656.1 | #28834.1 |
| #28658.1 | #28843.1 |
| #28663.1 | #28897.1 |
| #28766.1 | #28960.1 |
| #28767.1 | #29096.1 |
| #28768.1 | #29170.1 |
| #28771.1 | #29229.1 |
| #28772.1 | #29275.1 |
| #28773.1 | #29276.1 |
| #28781.1 | #29350.1 |
| #28785.1 | #29439.1 |
| #28786.1 | #29455.1 |
| #28789.1 | #29561.1 |
| #28793.1 | #29566.1 |
| #28794.1 | #29621.1 |
| #28795.1 | #29624.1 |
| #28796.1 | #29631.1 |
| #28797.1 | #29633.1 |
| #28798.1 | #29789.1 |
| #28799.1 | #29790.1 |
| #28800.1 | #29793.1 |
| #28801.1 | #30040.1 |
| #28803.1 | #30187.1 |
| #28804.1 | #30225.1 |
| #28805.1 | #30417.1 |
| #28806.1 | #30441.1 |
| #28807.1 | #30520.1 |
| #28808.1 | #30525.1 |
| #28809.1 | #30529.1 |
| #28810.1 | #30530.1 |
| #28811.1 | #30532.1 |
| #28812.1 | #30533.1 |
| #28814.1 | #30534.1 |
| #28815.1 | #30541.1 |
| #28816.1 | #30543.1 |
| #28817.1 | #30545.1 |
| #28818.1 | #30547.1 |
| #28819.1 | #30786.1 |
| #28820.1 | #30836.1 |
| #28821.1 | #30910.1 |
| #28824.1 | #31020.1 |
| #28825.1 | #31021.1 |
| #28826.1 | #31022.1 |

Confidential – Subject to Protective Order                    Confidential - Subject to Protective Order

| | |
|---|---|
| #31024.1 | #31932.1 |
| #31025.1 | #31937.1 |
| #31036.1 | #31938.1 |
| #31037.1 | #31941.1 |
| #31041.1 | #31943.1 |
| #31042.1 | #31947.1 |
| #31044.1 | #31948.1 |
| #31052.1 | #31952.1 |
| #31053.1 | #31954.1 |
| #31054.1 | #31955.1 |
| #31055.1 | #31958.1 |
| #31059.1 | #31959.1 |
| #31061.1 | #31960.1 |
| #31069.1 | #31964.1 |
| #31075.1 | #32058.1 |
| #31077.1 | #32059.1 |
| #31079.1 | #32061.1 |
| #31123.1 | #32174.1 |
| #31125.1 | #32221.1 |
| #31127.1 | #32223.1 |
| #31132.1 | #32224.1 |
| #31134.1 | #32225.1 |
| #31149.1 | #32226.1 |
| #31151.1 | #32227.1 |
| #31216.1 | #32229.1 |
| #31287.1 | #32230.1 |
| #31344.1 | #32231.1 |
| #31477.1 | #32232.1 |
| #31482.1 | #32233.1 |
| #31484.1 | #32234.1 |
| #31486.1 | #32235.1 |
| #31489.1 | #32236.1 |
| #31493.1 | #32237.1 |
| #31503.1 | #32238.1 |
| #31504.1 | #32239.1 |
| #31515.1 | #32240.1 |
| #31547.1 | #32241.1 |
| #31622.1 | #32242.1 |
| #31704.1 | #32243.1 |
| #31820.1 | #32245.1 |
| #31837.1 | #32246.1 |
| #31888.1 | #32247.1 |
| #31890.1 | #32248.1 |
| #31893.1 | #32249.1 |
| #31895.1 | #32252.1 |
| #31901.1 | #32255.1 |

Confidential – Subject to Protective Order          Confidential - Subject to Protective Order

| | |
|---|---|
| #32256.1 | #34285.1 |
| #32257.1 | #34293.1 |
| #32258.1 | #35415.1 |
| #32259.1 | #35421.1 |
| #32260.1 | #35422.1 |
| #32261.1 | #35468.1 |
| #32262.1 | #35476.1 |
| #32263.1 | #35478.1 |
| #32270.1 | #35552.1 |
| #32271.1 | #35553.1 |
| #32272.1 | #35554.1 |
| #32273.1 | #35555.1 |
| #32274.1 | #35560.1 |
| #32278.1 | #35561.1 |
| #32284.1 | #35566.1 |
| #32307.1 | #35585.1 |
| #32311.1 | #35587.1 |
| #33208.1 | #35924.1 |
| #33281.1 | #35930.1 |
| #33329.1 | #35932.1 |
| #336.1 | #35933.1 |
| #33627.1 | #35934.1 |
| #33628.1 | #35936.1 |
| #33643.1 | #35937.1 |
| #33649.1 | #35938.1 |
| #33651.1 | #35939.1 |
| #33652.1 | #35940.1 |
| #337.1 | #35941.1 |
| #33723.1 | #35947.1 |
| #33736.1 | #35948.1 |
| #33875.1 | #35950.1 |
| #33985.1 | #35951.1 |
| #33995.1 | #35957.1 |
| #33996.1 | #35971.1 |
| #34002.1 | #35981.1 |
| #34003.1 | #36259.1 |
| #34005.1 | #36266.1 |
| #34017.1 | #36274.1 |
| #34021.1 | #36279.1 |
| #34022.1 | #36310.1 |
| #34056.1 | #36504.1 |
| #34085.1 | #36626.1 |
| #34134.1 | #36629.1 |
| #34136.1 | #36651.1 |
| #34142.1 | #36658.1 |
| #34177.1 | #36661.1 |

| | |
|---|---|
| #36675.1 | #5280.1 |
| #36863.1 | #5281.1 |
| #36948.1 | #5283.1 |
| #5189.1 | #5284.1 |
| #5191.1 | #5285.1 |
| #5192.1 | #5288.1 |
| #5194.1 | #5289.1 |
| #5195.1 | #5290.1 |
| #5196.1 | #5292.1 |
| #5198.1 | #5293.1 |
| #5204.1 | #5294.1 |
| #5205.1 | #5296.1 |
| #5206.1 | #5297.1 |
| #5210.1 | #5299.1 |
| #5212.1 | #5301.1 |
| #5214.1 | #5302.1 |
| #5216.1 | #5303.1 |
| #5221.1 | #5304.1 |
| #5222.1 | #5305.1 |
| #5224.1 | #5310.1 |
| #5230.1 | #5311.1 |
| #5231.1 | #5314.1 |
| #5235.1 | #5316.1 |
| #5241.1 | #5317.1 |
| #5243.1 | #5318.1 |
| #5244.1 | #5319.1 |
| #5248.1 | #5320.1 |
| #5250.1 | #5321.1 |
| #5251.1 | #5322.1 |
| #5259.1 | #5323.1 |
| #5262.1 | #5324.1 |
| #5264.1 | #5327.1 |
| #5265.1 | #5328.1 |
| #5266.1 | #5329.1 |
| #5267.1 | #5330.1 |
| #5268.1 | #5332.1 |
| #5270.1 | #5334.1 |
| #5271.1 | #5340.1 |
| #5272.1 | #5341.1 |
| #5273.1 | #5342.1 |
| #5274.1 | #5343.1 |
| #5275.1 | #5346.1 |
| #5276.1 | #5347.1 |
| #5277.1 | #5348.1 |
| #5278.1 | #5349.1 |
| #5279.1 | #5352.1 |

Confidential – Subject to Protective Order

Confidential - Subject to Protective Order

| | |
|---|---|
| #5355.1 | #5549.1 |
| #5356.1 | #5550.1 |
| #5358.1 | #5553.1 |
| #5359.1 | #5554.1 |
| #5361.1 | #5562.1 |
| #5362.1 | #5570.1 |
| #5363.1 | #5622.1 |
| #5364.1 | #5636.1 |
| #5365.1 | #5657.1 |
| #5366.1 | #5658.1 |
| #5367.1 | #5674.1 |
| #5368.1 | #5677.1 |
| #5371.1 | #5678.1 |
| #5373.1 | #5681.1 |
| #5375.1 | #5687.1 |
| #5376.1 | #5694.1 |
| #5377.1 | #5696.1 |
| #5378.1 | #5698.1 |
| #5379.1 | #5731.1 |
| #5380.1 | #5814.1 |
| #5381.1 | #5847.1 |
| #5382.1 | #5929.1 |
| #5383.1 | #5951.1 |
| #5385.1 | #5953.1 |
| #5393.1 | #5988.1 |
| #5396.1 | #600219.1 |
| #5398.1 | #600222.1 |
| #5401.1 | #600224.1 |
| #5405.1 | #600225.1 |
| #5407.1 | #600226.1 |
| #5409.1 | #600227.1 |
| #5413.1 | #600229.1 |
| #5414.1 | #600231.1 |
| #5416.1 | #600233.1 |
| #5427.1 | #6167.1 |
| #5428.1 | #6170.1 |
| #5432.1 | #6178.1 |
| #5446.1 | #6187.1 |
| #5447.1 | #619198.1 |
| #5449.1 | #619211.1 |
| #5452.1 | #619215.1 |
| #5453.1 | #619216.1 |
| #5459.1 | #619231.1 |
| #5462.1 | #619232.1 |
| #5471.1 | #619235.1 |
| #5507.1 | #619237.1 |

Confidential – Subject to Protective Order

Confidential - Subject to Protective Order

| | |
|---|---|
| #619239.1 | #621186.1 |
| #619244.1 | #621188.1 |
| #619247.1 | #621192.1 |
| #619249.1 | #621194.1 |
| #619252.1 | #621197.1 |
| #619256.1 | #621198.1 |
| #619284.1 | #621202.1 |
| #619329.1 | #621235.1 |
| #619386.1 | #621236.1 |
| #619390.1 | #621243.1 |
| #619392.1 | #621244.1 |
| #619394.1 | #621246.1 |
| #619399.1 | #621248.1 |
| #619400.1 | #621249.1 |
| #619460.1 | #621251.1 |
| #619463.1 | #621253.1 |
| #619464.1 | #621255.1 |
| #619556.1 | #621262.1 |
| #619569.1 | #621264.1 |
| #619692.1 | #621266.1 |
| #619862.1 | #621268.1 |
| #619922.1 | #621270.1 |
| #619935.1 | #621272.1 |
| #620369.1 | #621273.1 |
| #620503.1 | #621720.1 |
| #620504.1 | #621904.1 |
| #620507.1 | #622079.1 |
| #620508.1 | #622081.1 |
| #620512.1 | #622088.1 |
| #620515.1 | #622091.1 |
| #620516.1 | #622092.1 |
| #621065.1 | #622093.1 |
| #621142.1 | #622096.1 |
| #621143.1 | #622695.1 |
| #621144.1 | #622725.1 |
| #621145.1 | #622785.1 |
| #621147.1 | #623003.1 |
| #621149.1 | #623009.1 |
| #621150.1 | #623010.1 |
| #621151.1 | #623011.1 |
| #621152.1 | #623012.1 |
| #621154.1 | #623013.1 |
| #621171.1 | #623014.1 |
| #621174.1 | #623015.1 |
| #621180.1 | #623016.1 |
| #621185.1 | #623017.1 |

Confidential – Subject to Protective Order                    Confidential - Subject to Protective Order

| | |
|---|---|
| #623064.1 | #624193.1 |
| #623076.1 | #624194.1 |
| #623077.1 | #624195.1 |
| #623085.1 | #624196.1 |
| #623086.1 | #624197.1 |
| #623174.1 | #624198.1 |
| #623175.1 | #624199.1 |
| #623179.1 | #624200.1 |
| #623300.1 | #624201.1 |
| #623303.1 | #624202.1 |
| #623311.1 | #624205.1 |
| #623312.1 | #624206.1 |
| #623315.1 | #624208.1 |
| #623324.1 | #624209.1 |
| #623597.1 | #624210.1 |
| #623599.1 | #624211.1 |
| #623742.1 | #624212.1 |
| #623800.1 | #624214.1 |
| #623801.1 | #624221.1 |
| #623806.1 | #624222.1 |
| #623817.1 | #624303.1 |
| #623818.1 | #624333.1 |
| #623826.1 | #624515.1 |
| #623827.1 | #624525.1 |
| #623828.1 | #624527.1 |
| #623829.1 | #624537.1 |
| #623838.1 | #624545.1 |
| #623839.1 | #624547.1 |
| #623840.1 | #624553.1 |
| #623842.1 | #624557.1 |
| #623843.1 | #624560.1 |
| #623845.1 | #624564.1 |
| #623846.1 | #624568.1 |
| #623848.1 | #624569.1 |
| #623849.1 | #624571.1 |
| #623850.1 | #624572.1 |
| #623852.1 | #624588.1 |
| #623853.1 | #624590.1 |
| #623856.1 | #624661.1 |
| #623861.1 | #624722.1 |
| #623862.1 | #624734.1 |
| #623876.1 | #624745.1 |
| #623877.1 | #624764.1 |
| #624137.1 | #624780.1 |
| #624191.1 | #624821.1 |
| #624192.1 | #625037.1 |

Confidential – Subject to Protective Order    Confidential - Subject to Protective Order

| | |
|---|---|
| #625086.1 | #625310.1 |
| #625181.1 | #625311.1 |
| #625201.1 | #625312.1 |
| #625233.1 | #625550.1 |
| #625238.1 | #625553.1 |
| #625240.1 | #625572.1 |
| #625242.1 | #625573.1 |
| #625246.1 | #625592.1 |
| #625247.1 | #625596.1 |
| #625249.1 | #625599.1 |
| #625250.1 | #625619.1 |
| #625251.1 | #625620.1 |
| #625252.1 | #625654.1 |
| #625253.1 | #625870.1 |
| #625255.1 | #625880.1 |
| #625256.1 | #625887.1 |
| #625257.1 | #625889.1 |
| #625264.1 | #625891.1 |
| #625265.1 | #6259.1 |
| #625266.1 | #626132.1 |
| #625267.1 | #626161.1 |
| #625270.1 | #626270.1 |
| #625271.1 | #626270.1 |
| #625272.1 | #626271.1 |
| #625273.1 | #626271.1 |
| #625274.1 | #626272.1 |
| #625275.1 | #626272.1 |
| #625276.1 | #626273.1 |
| #625277.1 | #626273.1 |
| #625278.1 | #626274.1 |
| #625279.1 | #626274.1 |
| #625280.1 | #626275.1 |
| #625281.1 | #626275.1 |
| #625282.1 | #626276.1 |
| #625283.1 | #626276.1 |
| #625284.1 | #626277.1 |
| #625285.1 | #626277.1 |
| #625286.1 | #626278.1 |
| #625287.1 | #626278.1 |
| #625302.1 | #626279.1 |
| #625303.1 | #626279.1 |
| #625305.1 | #626280.1 |
| #625306.1 | #626280.1 |
| #625307.1 | #626281.1 |
| #625308.1 | #626281.1 |
| #625309.1 | #626282.1 |

Confidential – Subject to Protective Order

Confidential - Subject to Protective Order

| | |
|---|---|
| #626282.1 | #627094.1 |
| #626283.1 | #627109.1 |
| #626283.1 | #627118.1 |
| #626284.1 | #627124.1 |
| #626284.1 | #627156.1 |
| #626285.1 | #627160.1 |
| #626285.1 | #627166.1 |
| #626286.1 | #627167.1 |
| #626286.1 | #627168.1 |
| #626287.1 | #627169.1 |
| #626287.1 | #627181.1 |
| #626333.1 | #627250.1 |
| #626336.1 | #627401.1 |
| #626344.1 | #628108.1 |
| #626345.1 | #628264.1 |
| #626353.1 | #628264.1 |
| #626357.1 | #628265.1 |
| #626359.1 | #628265.1 |
| #626367.1 | #628266.1 |
| #626369.1 | #628266.1 |
| #626381.1 | #628267.1 |
| #6264.1 | #628267.1 |
| #626400.1 | #628987.1 |
| #626409.1 | #628999.1 |
| #626414.1 | #629011.1 |
| #626416.1 | #629015.1 |
| #626421.1 | #629717.1 |
| #626426.1 | #629963.1 |
| #626467.1 | #629964.1 |
| #626468.1 | #629967.1 |
| #626499.1 | #6303.1 |
| #626571.1 | #630788.1 |
| #626572.1 | #630882.1 |
| #626596.1 | #630885.1 |
| #626846.1 | #6342.1 |
| #626849.1 | #6384.1 |
| #626892.1 | #6576.1 |
| #626899.1 | #6631.1 |
| #626945.1 | #6731.1 |
| #627068.1 | #6796.1 |
| #627069.1 | #6797.1 |
| #627075.1 | #6904.1 |
| #627076.1 | #6928.1 |
| #627080.1 | #7109.1 |
| #627085.1 | #7512.1 |
| #627087.1 | #7516.1 |

Confidential – Subject to Protective Order                              Confidential - Subject to Protective Order

#7524.1

#7526.1

#7895.1

#8060.1

#8320.1

#8385.1

#8416.1

#8492.1

#8518.1

#8519.1

#8523.1

#8527.1

#8557.1

#8629.1

#8794.1

#8816.1

#8818.1

#8825.1

#8837.1

#8838.1

#8861.1

#8897.1

#8898.1

#8900.1

#8902.1

#8903.1

#8910.1

#8911.1

#8913.1

#8917.1

#8919.1

#8921.1

#8922.1

#8923.1

#8926.1

#8931.1

#8939.1

#8941.1

#8943.1

#8950.1

#8951.1

#8952.1

#8953.1

#8954.1

#8955.1

#8957.1

#8959.1

#8961.1

#8962.1

#8964.1

#8965.1

#8966.1

#8970.1

#8976.1

#8979.1

#8986.1

#8993.1

#8996.1

#8998.1

#8999.1

#9001.1

#9002.1

#9003.1

#9006.1

#9008.1

#9012.1

#9015.1

#9018.1

#9020.1

#9023.1

#9034.1

#9037.1

#9041.1

#9043.1

#9044.1

#9050.1

#9056.1

#9089.1

#9107.1

#9136.1

#9143.1

#9144.1

#9223.1

#9228.1

#9235.1

#9275.1

#9282.1

#9285.1

#9293.1

#9301.1

#9322.1

#9329.1

Confidential – Subject to Protective Order                    Confidential - Subject to Protective Order

| | |
|---|---|
| #9333.1 | #9834.1 |
| #9334.1 | #9835.1 |
| #9336.1 | #9840.1 |
| #9340.1 | #9842.1 |
| #9361.1 | #9843.1 |
| #9378.1 | #9847.1 |
| #9379.1 | #9859.1 |
| #9383.1 | #9860.1 |
| #9407.1 | #9864.1 |
| #9413.1 | #9867.1 |
| #9416.1 | #9885.1 |
| #9539.1 | #9890.1 |
| #9561.1 | #9894.1 |
| #9562.1 | #9941.1 |
| #9564.1 | #9950.1 |
| #9568.1 | #9999.1 |
| #9636.1 | #JCCP108.1 |
| #9648.1 | #JCCP109.1 |
| #9654.1 | #JCCP116.1 |
| #9658.1 | #JCCP122.1 |
| #9663.1 | #JCCP578.1 |
| #9670.1 | #JCCP625.1 |
| #9677.1 | #JCCP692.1 |
| #9679.1 | #JCCP695.1 |
| #9693.1 | #JCCP88.1 |
| #9701.1 | B.L. – Campbell Police Dept. - 000079 |
| #9708.1 | BW-DEAN_JAYLYNN_000083-000085 |
| #9711.1 | JDean-TempePD-000003 |
| #9717.1 | UBER JANE DOE_302001515 |
| #9725.1 | UBER JANE DOE30200618832 |
| #9728.1 | UBER JANE DOE30200962789 |
| #9735.1 | UBER JANE DOE303000994 |
| #9739.1 | UBER JANE DOE303001161 |
| #9741.1 | UBER JCCP MDL 001101922 |
| #9747.1 | Uber Newsroom |
| #9752.1 | Uber_DOE_0008013 |
| #9756.1 | UBER_JCC__MDL_003306687 |
| #9758.1 | UBER_JCCP_MDL_000001984 |
| #9760.1 | UBER_JCCP_MDL_000005780 |
| #9808.1 | UBER_JCCP_MDL_000006150 |
| #9809.1 | UBER_JCCP_MDL_000006154 |
| #9813.1 | UBER_JCCP_MDL_000006602 |
| #9814.1 | UBER_JCCP_MDL_000007083 |
| #9818.1 | UBER_JCCP_MDL_000007330 |
| #9832.1 | UBER_JCCP_MDL_000007538 |
| #9833.1 | UBER_JCCP_MDL_000012294 |

**Confidential – Subject to Protective Order**                    Confidential - Subject to Protective Order

UBER_JCCP_MDL_000012679
UBER_JCCP_MDL_000014232
UBER_JCCP_MDL_000014232
UBER_JCCP_MDL_000015298
UBER_JCCP_MDL_000015435
UBER_JCCP_MDL_000015732
UBER_JCCP_MDL_000016151
UBER_JCCP_MDL_000016151
UBER_JCCP_MDL_000020263
UBER_JCCP_MDL_000021077
UBER_JCCP_MDL_000021077
UBER_JCCP_MDL_000021079
UBER_JCCP_MDL_000031168
UBER_JCCP_MDL_000031169
UBER_JCCP_MDL_000031197
UBER_JCCP_MDL_000031197
UBER_JCCP_MDL_000031334
UBER_JCCP_MDL_000031459
UBER_JCCP_MDL_000031720
UBER_JCCP_MDL_000032152
UBER_JCCP_MDL_000032165
UBER_JCCP_MDL_000032174
UBER_JCCP_MDL_000032471
UBER_JCCP_MDL_000032666
UBER_JCCP_MDL_000033234
UBER_JCCP_MDL_000033583
UBER_JCCP_MDL_000034392
UBER_JCCP_MDL_000041149
UBER_JCCP_MDL_000041210
UBER_JCCP_MDL_000044673
UBER_JCCP_MDL_000044725
UBER_JCCP_MDL_000045141
UBER_JCCP_MDL_000045142
UBER_JCCP_MDL_000045147
UBER_JCCP_MDL_000045148
UBER_JCCP_MDL_000045149
UBER_JCCP_MDL_000045277
UBER_JCCP_MDL_000045721
UBER_JCCP_MDL_000045908
UBER_JCCP_MDL_000047106
UBER_JCCP_MDL_000047173
UBER_JCCP_MDL_000047261
UBER_JCCP_MDL_000048815
UBER_JCCP_MDL_000055726
UBER_JCCP_MDL_000055947
UBER_JCCP_MDL_000056316

UBER_JCCP_MDL_000066018
UBER_JCCP_MDL_000075236
UBER_JCCP_MDL_000075236
UBER_JCCP_MDL_000079712
UBER_JCCP_MDL_000091963
UBER_JCCP_MDL_000094547
UBER_JCCP_MDL_000095043
UBER_JCCP_MDL_000106786
UBER_JCCP_MDL_000111182
UBER_JCCP_MDL_000111291
UBER_JCCP_MDL_000114424
UBER_JCCP_MDL_000118066
UBER_JCCP_MDL_000118407
UBER_JCCP_MDL_000118434
UBER_JCCP_MDL_000118667
UBER_JCCP_MDL_000120237
UBER_JCCP_MDL_000120998
UBER_JCCP_MDL_000122017
UBER_JCCP_MDL_000122329
UBER_JCCP_MDL_000122534
UBER_JCCP_MDL_000122712
UBER_JCCP_MDL_000122880
UBER_JCCP_MDL_000123013
UBER_JCCP_MDL_000124162
UBER_JCCP_MDL_000125349
UBER_JCCP_MDL_000125582
UBER_JCCP_MDL_000125630
UBER_JCCP_MDL_000125684
UBER_JCCP_MDL_000129391
UBER_JCCP_MDL_000130820
UBER_JCCP_MDL_000139965
UBER_JCCP_MDL_000139987
UBER_JCCP_MDL_000140915
UBER_JCCP_MDL_000141327
UBER_JCCP_MDL_000142094
UBER_JCCP_MDL_000148036
UBER_JCCP_MDL_000148038
UBER_JCCP_MDL_000148040
UBER_JCCP_MDL_000149159
UBER_JCCP_MDL_000149159
UBER_JCCP_MDL_000149162
UBER_JCCP_MDL_000149191
UBER_JCCP_MDL_000149202
UBER_JCCP_MDL_000149202
UBER_JCCP_MDL_000149234
UBER_JCCP_MDL_000149280

UBER_JCCP_MDL_000149584
UBER_JCCP_MDL_000149798
UBER_JCCP_MDL_000156677
UBER_JCCP_MDL_000156863
UBER_JCCP_MDL_000156894
UBER_JCCP_MDL_000157362
UBER_JCCP_MDL_000157471
UBER_JCCP_MDL_000162146
UBER_JCCP_MDL_000162797
UBER_JCCP_MDL_000162797
UBER_JCCP_MDL_000165448
UBER_JCCP_MDL_000167081
UBER_JCCP_MDL_000167129
UBER_JCCP_MDL_000167610
UBER_JCCP_MDL_000168291
UBER_JCCP_MDL_000172322
UBER_JCCP_MDL_000175216
UBER_JCCP_MDL_000175237
UBER_JCCP_MDL_000176506
UBER_JCCP_MDL_000180269
UBER_JCCP_MDL_000180660
UBER_JCCP_MDL_000180779
UBER_JCCP_MDL_000183688
UBER_JCCP_MDL_000184043
UBER_JCCP_MDL_000196229
UBER_JCCP_MDL_000196229
UBER_JCCP_MDL_000197232
UBER_JCCP_MDL_000197710
UBER_JCCP_MDL_000201533
UBER_JCCP_MDL_000207405
UBER_JCCP_MDL_000207575
UBER_JCCP_MDL_000209331
UBER_JCCP_MDL_000209604
UBER_JCCP_MDL_000211590
UBER_JCCP_MDL_000213401
UBER_JCCP_MDL_000213758
UBER_JCCP_MDL_000234354
UBER_JCCP_MDL_000234390
UBER_JCCP_MDL_000250636
UBER_JCCP_MDL_000250826
UBER_JCCP_MDL_000251960
UBER_JCCP_MDL_000252011
UBER_JCCP_MDL_000252998
UBER_JCCP_MDL_000254982
UBER_JCCP_MDL_000254982
UBER_JCCP_MDL_000255339

UBER_JCCP_MDL_000258366
UBER_JCCP_MDL_000276884
UBER_JCCP_MDL_000302072
UBER_JCCP_MDL_000320493
UBER_JCCP_MDL_000324845
UBER_JCCP_MDL_000339742
UBER_JCCP_MDL_000343368
UBER_JCCP_MDL_000343420
UBER_JCCP_MDL_000343476
UBER_JCCP_MDL_000343500
UBER_JCCP_MDL_000345250
UBER_JCCP_MDL_000345271
UBER_JCCP_MDL_000345290
UBER_JCCP_MDL_000345311
UBER_JCCP_MDL_000346878
UBER_JCCP_MDL_000346900
UBER_JCCP_MDL_000346923
UBER_JCCP_MDL_000346941
UBER_JCCP_MDL_000348302
UBER_JCCP_MDL_000348382
UBER_JCCP_MDL_000348399
UBER_JCCP_MDL_000348415
UBER_JCCP_MDL_000348454
UBER_JCCP_MDL_000349474
UBER_JCCP_MDL_000349545
UBER_JCCP_MDL_000349617
UBER_JCCP_MDL_000349688
UBER_JCCP_MDL_000352858
UBER_JCCP_MDL_000355407
UBER_JCCP_MDL_000355456
UBER_JCCP_MDL_000355473
UBER_JCCP_MDL_000355492
UBER_JCCP_MDL_000356810
UBER_JCCP_MDL_000356814
UBER_JCCP_MDL_000356818
UBER_JCCP_MDL_000357335
UBER_JCCP_MDL_000357636
UBER_JCCP_MDL_000357710
UBER_JCCP_MDL_000357777
UBER_JCCP_MDL_000364905
UBER_JCCP_MDL_000364906
UBER_JCCP_MDL_000365297
UBER_JCCP_MDL_000365301
UBER_JCCP_MDL_000365327
UBER_JCCP_MDL_000365328
UBER_JCCP_MDL_000365380

UBER_JCCP_MDL_000365412
UBER_JCCP_MDL_000365463
UBER_JCCP_MDL_000365464
UBER_JCCP_MDL_000365552
UBER_JCCP_MDL_000365905
UBER_JCCP_MDL_000366010
UBER_JCCP_MDL_000366728
UBER_JCCP_MDL_000415635
UBER_JCCP_MDL_000416467
UBER_JCCP_MDL_000417885
UBER_JCCP_MDL_000419715
UBER_JCCP_MDL_000420161
UBER_JCCP_MDL_000420202
UBER_JCCP_MDL_000421328
UBER_JCCP_MDL_000422986
UBER_JCCP_MDL_000425495
UBER_JCCP_MDL_000425498
UBER_JCCP_MDL_000425501
UBER_JCCP_MDL_000425923
UBER_JCCP_MDL_000430822
UBER_JCCP_MDL_000434209
UBER_JCCP_MDL_000434414
UBER_JCCP_MDL_000454691
UBER_JCCP_MDL_000454790
UBER_JCCP_MDL_000475307
UBER_JCCP_MDL_000476294
UBER_JCCP_MDL_000479709
UBER_JCCP_MDL_000479985
UBER_JCCP_MDL_000481505
UBER_JCCP_MDL_000482474
UBER_JCCP_MDL_000483056
UBER_JCCP_MDL_000483598
UBER_JCCP_MDL_000483684
UBER_JCCP_MDL_000488082
UBER_JCCP_MDL_000491294
UBER_JCCP_MDL_000492820
UBER_JCCP_MDL_000493281
UBER_JCCP_MDL_000503752
UBER_JCCP_MDL_000503752
UBER_JCCP_MDL_000508399
UBER_JCCP_MDL_000519126
UBER_JCCP_MDL_000520338
UBER_JCCP_MDL_000522789
UBER_JCCP_MDL_000533679
UBER_JCCP_MDL_000534140
UBER_JCCP_MDL_000534224

UBER_JCCP_MDL_000534273
UBER_JCCP_MDL_000534500
UBER_JCCP_MDL_000536743
UBER_JCCP_MDL_000540866
UBER_JCCP_MDL_000541459
UBER_JCCP_MDL_000549529
UBER_JCCP_MDL_000549628
UBER_JCCP_MDL_000554544
UBER_JCCP_MDL_000554651
UBER_JCCP_MDL_000562396
UBER_JCCP_MDL_000568542
UBER_JCCP_MDL_000570262
UBER_JCCP_MDL_000573396
UBER_JCCP_MDL_000575334
UBER_JCCP_MDL_000575334
UBER_JCCP_MDL_000575334
UBER_JCCP_MDL_000575334
UBER_JCCP_MDL_000575831
UBER_JCCP_MDL_000575940
UBER_JCCP_MDL_000575946
UBER_JCCP_MDL_000575949
UBER_JCCP_MDL_000575952
UBER_JCCP_MDL_000575955
UBER_JCCP_MDL_000705273
UBER_JCCP_MDL_000706462
UBER_JCCP_MDL_000759128
UBER_JCCP_MDL_000759128
UBER_JCCP_MDL_000863212
UBER_JCCP_MDL_000865156
UBER_JCCP_MDL_000868150
UBER_JCCP_MDL_000869101
UBER_JCCP_MDL_000874185
UBER_JCCP_MDL_000876363
UBER_JCCP_MDL_000878901
UBER_JCCP_MDL_000895302
UBER_JCCP_MDL_000896787
UBER_JCCP_MDL_000902163
UBER_JCCP_MDL_000902176
UBER_JCCP_MDL_000902179
UBER_JCCP_MDL_000902181
UBER_JCCP_MDL_000902182
UBER_JCCP_MDL_000902233
UBER_JCCP_MDL_000902401
UBER_JCCP_MDL_000902405
UBER_JCCP_MDL_000903336
UBER_JCCP_MDL_000903489

UBER_JCCP_MDL_000903490
UBER_JCCP_MDL_000904808
UBER_JCCP_MDL_000906887
UBER_JCCP_MDL_000907017
UBER_JCCP_MDL_000907125
UBER_JCCP_MDL_000907561
UBER_JCCP_MDL_000908207
UBER_JCCP_MDL_000908313
UBER_JCCP_MDL_000908727
UBER_JCCP_MDL_000908749
UBER_JCCP_MDL_000908749
UBER_JCCP_MDL_000960333
UBER_JCCP_MDL_000964254
UBER_JCCP_MDL_000964264
UBER_JCCP_MDL_000964266
UBER_JCCP_MDL_000964268
UBER_JCCP_MDL_000964270
UBER_JCCP_MDL_001022331
UBER_JCCP_MDL_001105062
UBER_JCCP_MDL_001110847
UBER_JCCP_MDL_001111091
UBER_JCCP_MDL_001112731
UBER_JCCP_MDL_001112805
UBER_JCCP_MDL_001112805
UBER_JCCP_MDL_001112821
UBER_JCCP_MDL_001114862
UBER_JCCP_MDL_001115316
UBER_JCCP_MDL_001144266
UBER_JCCP_MDL_001145293
UBER_JCCP_MDL_001145293
UBER_JCCP_MDL_001154157
UBER_JCCP_MDL_001237422
UBER_JCCP_MDL_001270485
UBER_JCCP_MDL_001279584
UBER_JCCP_MDL_001313661
UBER_JCCP_MDL_001352780
UBER_JCCP_MDL_001352780
UBER_JCCP_MDL_001453015
UBER_JCCP_MDL_001453015
UBER_JCCP_MDL_001453178
UBER_JCCP_MDL_001453423
UBER_JCCP_MDL_001456642
UBER_JCCP_MDL_001461692
UBER_JCCP_MDL_001461771
UBER_JCCP_MDL_001461771
UBER_JCCP_MDL_001482957

UBER_JCCP_MDL_001508313
UBER_JCCP_MDL_001528556
UBER_JCCP_MDL_001532033
UBER_JCCP_MDL_001534775
UBER_JCCP_MDL_001562289
UBER_JCCP_MDL_001576573
UBER_JCCP_MDL_001586327
UBER_JCCP_MDL_001586941
UBER_JCCP_MDL_001586946
UBER_JCCP_MDL_001592647
UBER_JCCP_MDL_001594498
UBER_JCCP_MDL_001594498
UBER_JCCP_MDL_001596579
UBER_JCCP_MDL_001632551
UBER_JCCP_MDL_001639131
UBER_JCCP_MDL_001675807
UBER_JCCP_MDL_001684104
UBER_JCCP_MDL_001684106
UBER_JCCP_MDL_001684863
UBER_JCCP_MDL_001684864
UBER_JCCP_MDL_001687254
UBER_JCCP_MDL_001687315
UBER_JCCP_MDL_001687315
UBER_JCCP_MDL_001687378
UBER_JCCP_MDL_001687379
UBER_JCCP_MDL_001687379
UBER_JCCP_MDL_001687380
UBER_JCCP_MDL_001687934
UBER_JCCP_MDL_001689188
UBER_JCCP_MDL_001691286
UBER_JCCP_MDL_001693547
UBER_JCCP_MDL_001693547
UBER_JCCP_MDL_001700086
UBER_JCCP_MDL_001711898
UBER_JCCP_MDL_001712020
UBER_JCCP_MDL_001712231
UBER_JCCP_MDL_001712341
UBER_JCCP_MDL_001712567
UBER_JCCP_MDL_001717379
UBER_JCCP_MDL_001717396
UBER_JCCP_MDL_001717414
UBER_JCCP_MDL_001718859
UBER_JCCP_MDL_001719040
UBER_JCCP_MDL_001719041
UBER_JCCP_MDL_001719965
UBER_JCCP_MDL_001720078

UBER_JCCP_MDL_001720772
UBER_JCCP_MDL_001724223
UBER_JCCP_MDL_001724609
UBER_JCCP_MDL_001730006
UBER_JCCP_MDL_001730324
UBER_JCCP_MDL_001730324
UBER_JCCP_MDL_001730324
UBER_JCCP_MDL_001730324
UBER_JCCP_MDL_001730333
UBER_JCCP_MDL_001730335
UBER_JCCP_MDL_001730530
UBER_JCCP_MDL_001730530
UBER_JCCP_MDL_001730532
UBER_JCCP_MDL_001730535
UBER_JCCP_MDL_001732255
UBER_JCCP_MDL_001732404
UBER_JCCP_MDL_001732471
UBER_JCCP_MDL_001732471
UBER_JCCP_MDL_001737262
UBER_JCCP_MDL_001737720
UBER_JCCP_MDL_001738115
UBER_JCCP_MDL_001741147
UBER_JCCP_MDL_001754498
UBER_JCCP_MDL_001755017
UBER_JCCP_MDL_001755017
UBER_JCCP_MDL_001755087
UBER_JCCP_MDL_001755087
UBER_JCCP_MDL_001776197
UBER_JCCP_MDL_001841561
UBER_JCCP_MDL_001852418
UBER_JCCP_MDL_001855866
UBER_JCCP_MDL_001855888
UBER_JCCP_MDL_001856383
UBER_JCCP_MDL_001861443
UBER_JCCP_MDL_001863100
UBER_JCCP_MDL_001863101
UBER_JCCP_MDL_001863108
UBER_JCCP_MDL_001863111
UBER_JCCP_MDL_001863122
UBER_JCCP_MDL_001863124
UBER_JCCP_MDL_001863125
UBER_JCCP_MDL_001863128
UBER_JCCP_MDL_001863129
UBER_JCCP_MDL_001878846
UBER_JCCP_MDL_001883201
UBER_JCCP_MDL_001946164

UBER_JCCP_MDL_001946166
UBER_JCCP_MDL_001977403
UBER_JCCP_MDL_001991224
UBER_JCCP_MDL_001991812
UBER_JCCP_MDL_002000114
UBER_JCCP_MDL_002000232
UBER_JCCP_MDL_002001301
UBER_JCCP_MDL_002001842
UBER_JCCP_MDL_002026336
UBER_JCCP_MDL_002027316
UBER_JCCP_MDL_002027499
UBER_JCCP_MDL_002034882
UBER_JCCP_MDL_002034901
UBER_JCCP_MDL_002034908
UBER_JCCP_MDL_002034914
UBER_JCCP_MDL_002034920
UBER_JCCP_MDL_002057137
UBER_JCCP_MDL_002057225
UBER_JCCP_MDL_002058110
UBER_JCCP_MDL_002058117
UBER_JCCP_MDL_002058117
UBER_JCCP_MDL_002058944
UBER_JCCP_MDL_002059019
UBER_JCCP_MDL_002059019
UBER_JCCP_MDL_002061251
UBER_JCCP_MDL_002063862
UBER_JCCP_MDL_002063871
UBER_JCCP_MDL_002066956
UBER_JCCP_MDL_002071304
UBER_JCCP_MDL_002074787
UBER_JCCP_MDL_002076526
UBER_JCCP_MDL_002131191
UBER_JCCP_MDL_002204848
UBER_JCCP_MDL_002246503
UBER_JCCP_MDL_002246503
UBER_JCCP_MDL_002249692
UBER_JCCP_MDL_002249929
UBER_JCCP_MDL_002250776
UBER_JCCP_MDL_002254721
UBER_JCCP_MDL_002260211
UBER_JCCP_MDL_002262592
UBER_JCCP_MDL_002266685
UBER_JCCP_MDL_002270963
UBER_JCCP_MDL_002271277
UBER_JCCP_MDL_002271906
UBER_JCCP_MDL_002274591

UBER_JCCP_MDL_002274663
UBER_JCCP_MDL_002277093
UBER_JCCP_MDL_002281798
UBER_JCCP_MDL_002282980
UBER_JCCP_MDL_002285934
UBER_JCCP_MDL_002287838
UBER_JCCP_MDL_002289422
UBER_JCCP_MDL_002292372
UBER_JCCP_MDL_002296864
UBER_JCCP_MDL_002296928
UBER_JCCP_MDL_002296928
UBER_JCCP_MDL_002323084
UBER_JCCP_MDL_002333724
UBER_JCCP_MDL_002335524
UBER_JCCP_MDL_002335951
UBER_JCCP_MDL_002338020
UBER_JCCP_MDL_002340620
UBER_JCCP_MDL_002340857
UBER_JCCP_MDL_002340857
UBER_JCCP_MDL_002340895
UBER_JCCP_MDL_002340915
UBER_JCCP_MDL_002341413
UBER_JCCP_MDL_002341419
UBER_JCCP_MDL_002345990
UBER_JCCP_MDL_002396079
UBER_JCCP_MDL_002396929
UBER_JCCP_MDL_002398339
UBER_JCCP_MDL_002398614
UBER_JCCP_MDL_002398687
UBER_JCCP_MDL_002401979
UBER_JCCP_MDL_002423507
UBER_JCCP_MDL_002461891
UBER_JCCP_MDL_002464618
UBER_JCCP_MDL_002470991
UBER_JCCP_MDL_002473632
UBER_JCCP_MDL_002474891
UBER_JCCP_MDL_002475959
UBER_JCCP_MDL_002476402
UBER_JCCP_MDL_002476555
UBER_JCCP_MDL_002476911
UBER_JCCP_MDL_002477082
UBER_JCCP_MDL_002496619
UBER_JCCP_MDL_002512295
UBER_JCCP_MDL_002512329
UBER_JCCP_MDL_002514585
UBER_JCCP_MDL_002514637

UBER_JCCP_MDL_002516834
UBER_JCCP_MDL_002534571
UBER_JCCP_MDL_002537566
UBER_JCCP_MDL_002611212
UBER_JCCP_MDL_002612440
UBER_JCCP_MDL_002613168
UBER_JCCP_MDL_002613585
UBER_JCCP_MDL_002615802
UBER_JCCP_MDL_002618191
UBER_JCCP_MDL_002618990
UBER_JCCP_MDL_002618990
UBER_JCCP_MDL_002619343
UBER_JCCP_MDL_002621768
UBER_JCCP_MDL_002622051
UBER_JCCP_MDL_002622065
UBER_JCCP_MDL_002623076
UBER_JCCP_MDL_002624763
UBER_JCCP_MDL_002624764
UBER_JCCP_MDL_002625626
UBER_JCCP_MDL_002630404
UBER_JCCP_MDL_002631043
UBER_JCCP_MDL_002656939
UBER_JCCP_MDL_002657189
UBER_JCCP_MDL_002657639
UBER_JCCP_MDL_002657885
UBER_JCCP_MDL_002658062
UBER_JCCP_MDL_002658347
UBER_JCCP_MDL_002658347
UBER_JCCP_MDL_002701437
UBER_JCCP_MDL_002701832
UBER_JCCP_MDL_002702659
UBER_JCCP_MDL_002702928
UBER_JCCP_MDL_002703050
UBER_JCCP_MDL_002712344
UBER_JCCP_MDL_002712345
UBER_JCCP_MDL_002712812
UBER_JCCP_MDL_002734866
UBER_JCCP_MDL_002737559
UBER_JCCP_MDL_002753028
UBER_JCCP_MDL_003018349
UBER_JCCP_MDL_003019132
UBER_JCCP_MDL_003019132
UBER_JCCP_MDL_003028926
UBER_JCCP_MDL_003031742
UBER_JCCP_MDL_003034117
UBER_JCCP_MDL_003034127

UBER_JCCP_MDL_003034131
UBER_JCCP_MDL_003034140
UBER_JCCP_MDL_003036577
UBER_JCCP_MDL_003038411
UBER_JCCP_MDL_003041497
UBER_JCCP_MDL_003042451
UBER_JCCP_MDL_003043086
UBER_JCCP_MDL_003043784
UBER_JCCP_MDL_003046238
UBER_JCCP_MDL_003169381
UBER_JCCP_MDL_003205203
UBER_JCCP_MDL_003211479
UBER_JCCP_MDL_003211761
UBER_JCCP_MDL_003212988
UBER_JCCP_MDL_003212988
UBER_JCCP_MDL_003220912
UBER_JCCP_MDL_003220912
UBER_JCCP_MDL_003221241
UBER_JCCP_MDL_003221557
UBER_JCCP_MDL_003224079
UBER_JCCP_MDL_003224079
UBER_JCCP_MDL_003224080
UBER_JCCP_MDL_003231342
UBER_JCCP_MDL_003244322
UBER_JCCP_MDL_003271612
UBER_JCCP_MDL_003273474
UBER_JCCP_MDL_003273474
UBER_JCCP_MDL_003274193
UBER_JCCP_MDL_003274193
UBER_JCCP_MDL_003274193
UBER_JCCP_MDL_003292953
UBER_JCCP_MDL_003294496
UBER_JCCP_MDL_003303124
UBER_JCCP_MDL_003305601
UBER_JCCP_MDL_003306348
UBER_JCCP_MDL_003306684
UBER_JCCP_MDL_003306684
UBER_JCCP_MDL_003314071
UBER_JCCP_MDL_003317914
UBER_JCCP_MDL_003341441
UBER_JCCP_MDL_003343766
UBER_JCCP_MDL_003344552
UBER_JCCP_MDL_003349141
UBER_JCCP_MDL_003350049
UBER_JCCP_MDL_003354148
UBER_JCCP_MDL_003360088

UBER_JCCP_MDL_003360188
UBER_JCCP_MDL_003360214
UBER_JCCP_MDL_003362019
UBER_JCCP_MDL_003362702
UBER_JCCP_MDL_003363350
UBER_JCCP_MDL_003364795
UBER_JCCP_MDL_003384231
UBER_JCCP_MDL_003384231
UBER_JCCP_MDL_003385297
UBER_JCCP_MDL_003385297
UBER_JCCP_MDL_003391655
UBER_JCCP_MDL_003402319
UBER_JCCP_MDL_003402323
UBER_JCCP_MDL_003402333
UBER_JCCP_MDL_003408000
UBER_JCCP_MDL_003415839
UBER_JCCP_MDL_003416348
UBER_JCCP_MDL_003492387
UBER_JCCP_MDL_003501533
UBER_JCCP_MDL_003503729
UBER_JCCP_MDL_003504225
UBER_JCCP_MDL_003504225
UBER_JCCP_MDL_003601258
UBER_JCCP_MDL_003601314
UBER_JCCP_MDL_003601314
UBER_JCCP_MDL_003601878
UBER_JCCP_MDL_003601911
UBER_JCCP_MDL_003602082
UBER_JCCP_MDL_003602082
UBER_JCCP_MDL_003602082
UBER_JCCP_MDL_003602082
UBER_JCCP_MDL_003602099
UBER_JCCP_MDL_003602459
UBER_JCCP_MDL_003602459
UBER_JCCP_MDL_003602461
UBER_JCCP_MDL_003603034
UBER_JCCP_MDL_003603054
UBER_JCCP_MDL_003603838
UBER_JCCP_MDL_003610541
UBER_JCCP_MDL_003624153
UBER_JCCP_MDL_003625014
UBER_JCCP_MDL_003630911
UBER_JCCP_MDL_003664593
UBER_JCCP_MDL_003670075
UBER_JCCP_MDL_003670116
UBER_JCCP_MDL_003675945

| | |
|---|---|
| UBER_JCCP_MDL_003693477 | UBER_JCCP_MDL_004622164 |
| UBER_JCCP_MDL_003719029 | UBER_JCCP_MDL_004622168 |
| UBER_JCCP_MDL_003719029 | UBER_JCCP_MDL_004622172 |
| UBER_JCCP_MDL_003755208 | UBER_JCCP_MDL_004622219 |
| UBER_JCCP_MDL_003757150 | UBER_JCCP_MDL_004622224 |
| UBER_JCCP_MDL_003771687 | UBER_JCCP_MDL_004622234 |
| UBER_JCCP_MDL_003913231 | UBER_JCCP_MDL_004622238 |
| UBER_JCCP_MDL_003948115 | UBER_JCCP_MDL_004622242 |
| UBER_JCCP_MDL_004012402 | UBER_JCCP_MDL_004622290 |
| UBER_JCCP_MDL_004137976 | UBER_JCCP_MDL_004622294 |
| UBER_JCCP_MDL_004137993 | UBER_JCCP_MDL_004638630 |
| UBER_JCCP_MDL_004138103 | UBER_JCCP_MDL_004638680 |
| UBER_JCCP_MDL_004138117 | UBER_JCCP_MDL_004639874 |
| UBER_JCCP_MDL_004156507 | UBER_JCCP_MDL_004641224 |
| UBER_JCCP_MDL_004204022 | UBER_JCCP_MDL_004641264 |
| UBER_JCCP_MDL_004212567 | UBER_JCCP_MDL_004641265 |
| UBER_JCCP_MDL_004235299 | UBER_JCCP_MDL_004641297 |
| UBER_JCCP_MDL_004235676 | UBER_JCCP_MDL_004641498 |
| UBER_JCCP_MDL_004235768 | UBER_JCCP_MDL_004641805 |
| UBER_JCCP_MDL_004237393 | UBER_JCCP_MDL_004642316 |
| UBER_JCCP_MDL_004237393 | UBER_JCCP_MDL_004642449 |
| UBER_JCCP_MDL_004237673 | UBER_JCCP_MDL_004642645 |
| UBER_JCCP_MDL_004237901 | UBER_JCCP_MDL_004646843 |
| UBER_JCCP_MDL_004249511 | UBER_JCCP_MDL_004729150 |
| UBER_JCCP_MDL_004249515 | UBER_JCCP_MDL_004801460 |
| UBER_JCCP_MDL_004278845 | UBER_JCCP_MDL_004842329 |
| UBER_JCCP_MDL_004522876 | UBER_JCCP_MDL_004929682 |
| UBER_JCCP_MDL_004554864 | UBER_JCCP_MDL_004929682 |
| UBER_JCCP_MDL_004570481 | UBER_JCCP_MDL_004936078 |
| UBER_JCCP_MDL_004574121 | UBER_JCCP_MDL_004989681 |
| UBER_JCCP_MDL_004618666 | UBER_JCCP_MDL_004991726 |
| UBER_JCCP_MDL_004620919 | UBER_JCCP_MDL_004991726 |
| UBER_JCCP_MDL_004620923 | UBER_JCCP_MDL_005024150 |
| UBER_JCCP_MDL_004620927 | UBER_JCCP_MDL_005024150 |
| UBER_JCCP_MDL_004620973 | UBER_JCCP_MDL_005025910 |
| UBER_JCCP_MDL_004621131 | UBER_JCCP_MDL_005025910 |
| UBER_JCCP_MDL_004621456 | UBER_JCCP_MDL_005028546 |
| UBER_JCCP_MDL_004621479 | UBER_JCCP_MDL_005037136 |
| UBER_JCCP_MDL_004621486 | UBER_JCCP_MDL_005246673 |
| UBER_JCCP_MDL_004621490 | UBER_JCCP_MDL_005252686 |
| UBER_JCCP_MDL_004621494 | UBER_JCCP_MDL_005254586 |
| UBER_JCCP_MDL_004622118 | UBER_JCCP_MDL_005256764 |
| UBER_JCCP_MDL_004622123 | UBER_JCCP_MDL_005319604 |
| UBER_JCCP_MDL_004622127 | UBER_JCCP_MDL_005320179 |
| UBER_JCCP_MDL_004622131 | UBER_JCCP_MDL_005353716 |
| UBER_JCCP_MDL_004622135 | UBER_JCCP_MDL_005389723 |

UBER_JCCP_MDL_005406890
UBER_JCCP_MDL_005412701
UBER_JCCP_MDL_005412978
UBER_JCCP_MDL_005412978
UBER_JCCP_MDL_005413336
UBER_JCCP_MDL_005413336
UBER_JCCP_MDL_005419495
UBER_JCCP_MDL_005436583
UBER_JCCP_MDL_005548336
UBER_JCCP_MDL_005550300
UBER_JCCP_MDL_005550300
UBER_JCCP_MDL_005571090
UBER_JCCP_MDL_005586658
UBER_JCCP_MDL_005613078
UBER_JCCP_MDL_005620999
UBER_JCCP_MDL_005620999
UBER_JCCP_MDL_005623672
UBER_JCCP_MDL_005628291
UBER_JCCP_MDL_005642144
UBER_JCCP_MDL_005645520
UBER_JCCP_MDL_005645520
UBER_JCCP_MDL_005651704
UBER_JCCP_MDL_005707514
UBER_JCCP_MDL_005710238
UBER_JCCP_MDL_005749640
UBER_JCCP_MDL_005749659
UBER_JCCP_MDL_005752662
UBER_JCCP_MDL_005752669
UBER_JCCP_MDL_005757293
UBER_JCCP_MDL_005768216
UBER_JCCP_MDL_005784097
UBER_JCCP_MDL_005784097
UBER_JCCP_MDL_VOL150_3771
UBER_JCCP_MDL001180047
UBER_JCCP_MDL002274069
UBER_JCCP_MDL002534571
UBER_MDL3084_000378343
Uber's Responses to Interrogatories
UBER000000036
UBER000000065
UBER000000172
UBER000000181
UBER000000311
UBER000000337
UBER000000361
UBER000000370

UBER000000391
UBER000000418
UBER000000554
UBER000000558
UBER000000560
UBER000000562
UBER000001197
UBER000001250
UBER000001302
UBER000001386
UBER000001464
UBER000001491
UBER000001501
UBER000001509
UBER000001514
UBER000001518
UBER000001521
UBER000001523
UBER000001527
UBER000001530
UBER000001535
UBER000012811
UBER000012845
UBER000012935
UBER000012995
UBER000013017
UBER0000204698
UBER000023829
UBER000024558
UBER000025232
UBER000025923
UBER000026466
UBER000031684
UBER000031686
UBER000031687
UBER000031688
UBER000031689
UBER000031690
UBER000033798
UBER000035592
UBER000050767
UBER000051705
UBER000051725
UBER000051856
UBER000051881
UBER000051885

Confidential – Subject to Protective Order

Confidential - Subject to Protective Order

| | |
|---|---|
| UBER000051887 | UBER000169609 |
| UBER000051894 | UBER000169619 |
| UBER000051930 | UBER000169817 |
| UBER000052601 | UBER000169900 |
| UBER000053261 | UBER000169900 |
| UBER000054308 | UBER000170125 |
| UBER000060831 | UBER000176777 |
| UBER000060892 | UBER000176780 |
| UBER000064830 | UBER000176879 |
| UBER000064830 | UBER000176967 |
| UBER000064831 | UBER000177284 |
| UBER000064959 | UBER000178401 |
| UBER000065100 | UBER000181173 |
| UBER000065403 | UBER000183767 |
| UBER000066640 | UBER000183784 |
| UBER000095335 | UBER000183933 |
| UBER000115121 | UBER000183938 |
| UBER000115130 | UBER000183955 |
| UBER000116607 | UBER000186510 |
| UBER000126885 | UBER000187917 |
| UBER000135150 | UBER000188393 |
| UBER000138168 | UBER000192424 |
| UBER000138240 | UBER000193266 |
| UBER000138397 | UBER000195318 |
| UBER000138435 | UBER000196411 |
| UBER000138536 | UBER000202657 |
| UBER000138729 | UBER000203637 |
| UBER000138769 | UBER000204698 |
| UBER000142431 | UBER000209241 |
| UBER000142991 | UBER000209948 |
| UBER000143115 | UBER000210640 |
| UBER000143120 | UBER000210845 |
| UBER000143158 | UBER000226515 |
| UBER000143532 | UBER000226560 |
| UBER000145732 | UBER000231280 |
| UBER000146361 | UBER000233567 |
| UBER000146810 | UBER-MDL3084-000000297 |
| UBER000147198 | UBER-MDL3084-000000297 |
| UBER000147614 | UBER-MDL3084-000000310 |
| UBER000168910 | UBER-MDL3084-000000310 |
| UBER000169264 | UBER-MDL3084-000000319 |
| UBER000169295 | UBER-MDL3084-000000319 |
| UBER000169339 | UBER-MDL3084-000000322 |
| UBER000169382 | UBER-MDL3084-000000359 |
| UBER000169470 | UBER-MDL3084-000000615 |
| UBER000169554 | UBER-MDL3084-000000621 |

Confidential – Subject to Protective Order

Confidential - Subject to Protective Order

UBER-MDL3084-000000634
UBER-MDL3084-000000655
UBER-MDL3084-000000659
UBER-MDL3084-000000661
UBER-MDL3084-000000662
UBER-MDL3084-000000664
UBER-MDL3084-000000666
UBER-MDL3084-000000668
UBER-MDL3084-000000669
UBER-MDL3084-000000672
UBER-MDL3084-000000675
UBER-MDL3084-000000681
UBER-MDL3084-000000683
UBER-MDL3084-000000685
UBER-MDL3084-000000690
UBER-MDL3084-000000695
UBER-MDL3084-000000707
UBER-MDL3084-000000708
UBER-MDL3084-000000712
UBER-MDL3084-000000714
UBER-MDL3084-000000717
UBER-MDL3084-000000721
UBER-MDL3084-000001099
UBER-MDL3084-000001119
UBER-MDL3084-000001152
UBER-MDL3084-000001162
UBER-MDL3084-000001225
UBER-MDL3084-000001248
UBER-MDL3084-000001290
UBER-MDL3084-000001295
UBER-MDL3084-000001426
UBER-MDL3084-000001648
UBER-MDL3084-000002111
UBER-MDL3084-000002627
UBER-MDL3084-000002859
UBER-MDL3084-000003825
UBER-MDL3084-000003882
UBER-MDL3084-000003882
UBER-MDL3084-000008501
UBER-MDL3084-000008501
UBER-MDL3084-000008671
UBER-MDL3084-000020263
UBER-MDL3084-000022137
UBER-MDL3084-000026322
UBER-MDL3084-000032174
UBER-MDL3084-000032258

UBER-MDL3084-000038994
UBER-MDL3084-000039873
UBER-MDL3084-000040726
UBER-MDL3084-000046507
UBER-MDL3084-000046712
UBER-MDL3084-000054050
UBER-MDL3084-000054982
UBER-MDL3084-000058831
UBER-MDL3084-000058833
UBER-MDL3084-000058865
UBER-MDL3084-000058905
UBER-MDL3084-000059157
UBER-MDL3084-000059162
UBER-MDL3084-000059164
UBER-MDL3084-000059166
UBER-MDL3084-000061685
UBER-MDL3084-000061884
UBER-MDL3084-000062068
UBER-MDL3084-000062337
UBER-MDL3084-000065692
UBER-MDL3084-000065802
UBER-MDL3084-000067465
UBER-MDL3084-000069747
UBER-MDL3084-000071554
UBER-MDL3084-000074550
UBER-MDL3084-000078086
UBER-MDL3084-000078172
UBER-MDL3084-000078355
UBER-MDL3084-000078960
UBER-MDL3084-000079721
UBER-MDL3084-000080977
UBER-MDL3084-000081084
UBER-MDL3084-000081368
UBER-MDL3084-000081369
UBER-MDL3084-000081465
UBER-MDL3084-000082142
UBER-MDL3084-000082364
UBER-MDL3084-000082532
UBER-MDL3084-000082646
UBER-MDL3084-000083737
UBER-MDL3084-000083778
UBER-MDL3084-000083818
UBER-MDL3084-000083982
UBER-MDL3084-000083983
UBER-MDL3084-000086842
UBER-MDL3084-000087973

**Confidential – Subject to Protective Order**          Confidential - Subject to Protective Order

UBER-MDL3084-000089475
UBER-MDL3084-000089792
UBER-MDL3084-000089792
UBER-MDL3084-000094006
UBER-MDL3084-000094140
UBER-MDL3084-000094478
UBER-MDL3084-000094622
UBER-MDL3084-000094803
UBER-MDL3084-000095108
UBER-MDL3084-000095398
UBER-MDL3084-000097743
UBER-MDL3084-000099193
UBER-MDL3084-000107368
UBER-MDL3084-000138948
UBER-MDL3084-000138948
UBER-MDL3084-000149234
UBER-MDL3084-000152213
UBER-MDL3084-000157637
UBER-MDL3084-000159988
UBER-MDL3084-000162699
UBER-MDL3084-000189565
UBER-MDL3084-000309796
UBER-MDL3084-000368203
UBER-MDL3084-000378655
UBER-MDL3084-000378656
UBER-MDL3084-000378657
UBER-MDL3084-000378658
UBER-MDL3084-000378659
UBER-MDL3084-000378660
UBER-MDL3084-000378661
UBER-MDL3084-000378662
UBER-MDL3084-000378663
UBER-MDL3084-000378664
UBER-MDL3084-000378665
UBER-MDL3084-000378666
UBER-MDL3084-000378667
UBER-MDL3084-000378668
UBER-MDL3084-000378669
UBER-MDL3084-000378670
UBER-MDL3084-000378671
UBER-MDL3084-000378673
UBER-MDL3084-000378674
UBER-MDL3084-000378675
UBER-MDL3084-000378676
UBER-MDL3084-000378677
UBER-MDL3084-000378678

UBER-MDL3084-000378679
UBER-MDL3084-000378680
UBER-MDL3084-000378681
UBER-MDL3084-000378682
UBER-MDL3084-000378683
UBER-MDL3084-000378684
UBER-MDL3084-000378685
UBER-MDL3084-000378686
UBER-MDL3084-000378687
UBER-MDL3084-000378688
UBER-MDL3084-000378689
UBER-MDL3084-000378690
UBER-MDL3084-000378691
UBER-MDL3084-000378692
UBER-MDL3084-000378693
UBER-MDL3084-000378694
UBER-MDL3084-000378695
UBER-MDL3084-000378696
UBER-MDL3084-000378697
UBER-MDL3084-000378698
UBER-MDL3084-000378699
UBER-MDL3084-000378700
UBER-MDL3084-000378701
UBER-MDL3084-000378702
UBER-MDL3084-000378703
UBER-MDL3084-000378704
UBER-MDL3084-000378705
UBER-MDL3084-000378706
UBER-MDL3084-000378707
UBER-MDL3084-000378708
UBER-MDL3084-000378709
UBER-MDL3084-000378710
UBER-MDL3084-000378711
UBER-MDL3084-000378712
UBER-MDL3084-000378715
UBER-MDL3084-000378716
UBER-MDL3084-000378717
UBER-MDL3084-000378718
UBER-MDL3084-000378719
UBER-MDL3084-000378720
UBER-MDL3084-000378721
UBER-MDL3084-000378722
UBER-MDL3084-000378723
UBER-MDL3084-000378724
UBER-MDL3084-000378725
UBER-MDL3084-000378726

Confidential – Subject to Protective Order

Confidential - Subject to Protective Order

UBER-MDL3084-000378727
UBER-MDL3084-000378728
UBER-MDL3084-000378729
UBER-MDL3084-000378730
UBER-MDL3084-000378731
UBER-MDL3084-000378732
UBER-MDL3084-000378733
UBER-MDL3084-000378734
UBER-MDL3084-000378735
UBER-MDL3084-000378736
UBER-MDL3084-000378737
UBER-MDL3084-000378738
UBER-MDL3084-000378739
UBER-MDL3084-000378740
UBER-MDL3084-000378741
UBER-MDL3084-000378742
UBER-MDL3084-000378743
UBER-MDL3084-000378744
UBER-MDL3084-000378745
UBER-MDL3084-000378746
UBER-MDL3084-000378747
UBER-MDL3084-000378748
UBER-MDL3084-000378749
UBER-MDL3084-000378750
UBER-MDL3084-000378751
UBER-MDL3084-000378752
UBER-MDL3084-000378753
UBER-MDL3084-000378754
UBER-MDL3084-000378755
UBER-MDL3084-000378756
UBER-MDL3084-000378757
UBER-MDL3084-000378758
UBER-MDL3084-000378759
UBER-MDL3084-000378760
UBER-MDL3084-000378761
UBER-MDL3084-000378762
UBER-MDL3084-000378763
UBER-MDL3084-000378764
UBER-MDL3084-000378765
UBER-MDL3084-000378766
UBER-MDL3084-000378767
UBER-MDL3084-000378768
UBER-MDL3084-000378769
UBER-MDL3084-000378770
UBER-MDL3084-000378771
UBER-MDL3084-000378772

UBER-MDL3084-000378773
UBER-MDL3084-000378774
UBER-MDL3084-000378775
UBER-MDL3084-000378776
UBER-MDL3084-000378777
UBER-MDL3084-000378778
UBER-MDL3084-000378779
UBER-MDL3084-000378780
UBER-MDL3084-000378781
UBER-MDL3084-000378782
UBER-MDL3084-000378783
UBER-MDL3084-000378784
UBER-MDL3084-000378785
UBER-MDL3084-000378786
UBER-MDL3084-000378787
UBER-MDL3084-000378788
UBER-MDL3084-000378789
UBER-MDL3084-000378790
UBER-MDL3084-000378791
UBER-MDL3084-000378792
UBER-MDL3084-000378793
UBER-MDL3084-000378794
UBER-MDL3084-000378795
UBER-MDL3084-000378796
UBER-MDL3084-000378797
UBER-MDL3084-000378798
UBER-MDL3084-000378799
UBER-MDL3084-000378800
UBER-MDL3084-000378801
UBER-MDL3084-000378802
UBER-MDL3084-000378803
UBER-MDL3084-000378804
UBER-MDL3084-000378805
UBER-MDL3084-000378806
UBER-MDL3084-000378807
UBER-MDL3084-000378808
UBER-MDL3084-000378809
UBER-MDL3084-000378810
UBER-MDL3084-000378811
UBER-MDL3084-000378812
UBER-MDL3084-000378813
UBER-MDL3084-000378814
UBER-MDL3084-000378815
UBER-MDL3084-000378816
UBER-MDL3084-000378817
UBER-MDL3084-000378818

Confidential – Subject to Protective Order

Confidential - Subject to Protective Order

UBER-MDL3084-000378819
UBER-MDL3084-000378820
UBER-MDL3084-000378821
UBER-MDL3084-000378822
UBER-MDL3084-000378823
UBER-MDL3084-000378824
UBER-MDL3084-000378825
UBER-MDL3084-000378826
UBER-MDL3084-000378827
UBER-MDL3084-000378828
UBER-MDL3084-000378829
UBER-MDL3084-000378830
UBER-MDL3084-000378831
UBER-MDL3084-000378832
UBER-MDL3084-000378833
UBER-MDL3084-000378834
UBER-MDL3084-000378835
UBER-MDL3084-000378836
UBER-MDL3084-000378837
UBER-MDL3084-000378838
UBER-MDL3084-000378839
UBER-MDL3084-000378840
UBER-MDL3084-000378841
UBER-MDL3084-000378842
UBER-MDL3084-000378843
UBER-MDL3084-000378844
UBER-MDL3084-000378845
UBER-MDL3084-000378846
UBER-MDL3084-000378847
UBER-MDL3084-000378848
UBER-MDL3084-000378849
UBER-MDL3084-000378850
UBER-MDL3084-000378851
UBER-MDL3084-000378852
UBER-MDL3084-000378853
UBER-MDL3084-000378854
UBER-MDL3084-000378855
UBER-MDL3084-000378856
UBER-MDL3084-000378857
UBER-MDL3084-000378858
UBER-MDL3084-000378859
UBER-MDL3084-000378860
UBER-MDL3084-000378861
UBER-MDL3084-000378862
UBER-MDL3084-000378863
UBER-MDL3084-000378864

UBER-MDL3084-000378865
UBER-MDL3084-000378866
UBER-MDL3084-000378867
UBER-MDL3084-000378868
UBER-MDL3084-000378869
UBER-MDL3084-000378870
UBER-MDL3084-000378871
UBER-MDL3084-000378872
UBER-MDL3084-000378873
UBER-MDL3084-000378874
UBER-MDL3084-000378875
UBER-MDL3084-000378876
UBER-MDL3084-000378877
UBER-MDL3084-000378878
UBER-MDL3084-000378879
UBER-MDL3084-000378880
UBER-MDL3084-000378881
UBER-MDL3084-000378882
UBER-MDL3084-000378883
UBER-MDL3084-000378884
UBER-MDL3084-000378885
UBER-MDL3084-000378886
UBER-MDL3084-000378887
UBER-MDL3084-000378888
UBER-MDL3084-000378889
UBER-MDL3084-000378890
UBER-MDL3084-000378891
UBER-MDL3084-000378892
UBER-MDL3084-000378893
UBER-MDL3084-000378894
UBER-MDL3084-000378895
UBER-MDL3084-000378896
UBER-MDL3084-000378897
UBER-MDL3084-000378898
UBER-MDL3084-000378899
UBER-MDL3084-000378900
UBER-MDL3084-000378901
UBER-MDL3084-000378902
UBER-MDL3084-000378903
UBER-MDL3084-000378904
UBER-MDL3084-000378905
UBER-MDL3084-000378906
UBER-MDL3084-000378907
UBER-MDL3084-000378908
UBER-MDL3084-000378909
UBER-MDL3084-000378910

UBER-MDL3084-000378911
UBER-MDL3084-000378912
UBER-MDL3084-000378913
UBER-MDL3084-000378914
UBER-MDL3084-000378915
UBER-MDL3084-000378916
UBER-MDL3084-000378917
UBER-MDL3084-000378918
UBER-MDL3084-000378919
UBER-MDL3084-000378920
UBER-MDL3084-000378921
UBER-MDL3084-000378922
UBER-MDL3084-000378923
UBER-MDL3084-000378924
UBER-MDL3084-000378925
UBER-MDL3084-000378926
UBER-MDL3084-000378927
UBER-MDL3084-000378928
UBER-MDL3084-000378929
UBER-MDL3084-000378930
UBER-MDL3084-000378931
UBER-MDL3084-000378932
UBER-MDL3084-000378933
UBER-MDL3084-000378934
UBER-MDL3084-000378935
UBER-MDL3084-000378936
UBER-MDL3084-000378937
UBER-MDL3084-000378938
UBER-MDL3084-000378939
UBER-MDL3084-000378940
UBER-MDL3084-000378941
UBER-MDL3084-000378942
UBER-MDL3084-000378943
UBER-MDL3084-000378944
UBER-MDL3084-000378945
UBER-MDL3084-000378946
UBER-MDL3084-000378947
UBER-MDL3084-000378948
UBER-MDL3084-000378949
UBER-MDL3084-000378950
UBER-MDL3084-000378951
UBER-MDL3084-000378952
UBER-MDL3084-000378953
UBER-MDL3084-000378954
UBER-MDL3084-000378955
UBER-MDL3084-000378956

UBER-MDL3084-000378957
UBER-MDL3084-000378958
UBER-MDL3084-000378959
UBER-MDL3084-000378960
UBER-MDL3084-000378961
UBER-MDL3084-000378962
UBER-MDL3084-000378963
UBER-MDL3084-000378964
UBER-MDL3084-000378965
UBER-MDL3084-000378966
UBER-MDL3084-000378967
UBER-MDL3084-000378968
UBER-MDL3084-000378969
UBER-MDL3084-000378970
UBER-MDL3084-000378971
UBER-MDL3084-000378972
UBER-MDL3084-000378973
UBER-MDL3084-000378974
UBER-MDL3084-000378975
UBER-MDL3084-000378976
UBER-MDL3084-000378977
UBER-MDL3084-000378978
UBER-MDL3084-000378979
UBER-MDL3084-000378980
UBER-MDL3084-000378981
UBER-MDL3084-000378982
UBER-MDL3084-000378983
UBER-MDL3084-000378984
UBER-MDL3084-000378985
UBER-MDL3084-000378986
UBER-MDL3084-000378987
UBER-MDL3084-000378988
UBER-MDL3084-000378989
UBER-MDL3084-000378990
UBER-MDL3084-000378991
UBER-MDL3084-000378992
UBER-MDL3084-000378993
UBER-MDL3084-000378994
UBER-MDL3084-000378995
UBER-MDL3084-000378996
UBER-MDL3084-000378997
UBER-MDL3084-000378998
UBER-MDL3084-000378999
UBER-MDL3084-000379000
UBER-MDL3084-000379001
UBER-MDL3084-000379002

Confidential – Subject to Protective Order

Confidential - Subject to Protective Order

UBER-MDL3084-000379003
UBER-MDL3084-000379004
UBER-MDL3084-000379005
UBER-MDL3084-000379006
UBER-MDL3084-000379007
UBER-MDL3084-000379008
UBER-MDL3084-000379009
UBER-MDL3084-000379010
UBER-MDL3084-000379011
UBER-MDL3084-000379012
UBER-MDL3084-000379013
UBER-MDL3084-000379014
UBER-MDL3084-000379015
UBER-MDL3084-000379016
UBER-MDL3084-000379017
UBER-MDL3084-000379018
UBER-MDL3084-000379019
UBER-MDL3084-000379020
UBER-MDL3084-000379021
UBER-MDL3084-000379022
UBER-MDL3084-000379023
UBER-MDL3084-000379024
UBER-MDL3084-000379025
UBER-MDL3084-000379026
UBER-MDL3084-000379027
UBER-MDL3084-000379028
UBER-MDL3084-000379029
UBER-MDL3084-000379030
UBER-MDL3084-000379031
UBER-MDL3084-000379032
UBER-MDL3084-000379033
UBER-MDL3084-000379034
UBER-MDL3084-000379035
UBER-MDL3084-000379036
UBER-MDL3084-000379037
UBER-MDL3084-000379038
UBER-MDL3084-000379039
UBER-MDL3084-000379040
UBER-MDL3084-000379041
UBER-MDL3084-000379042
UBER-MDL3084-000379043
UBER-MDL3084-000379044
UBER-MDL3084-000379045
UBER-MDL3084-000379046
UBER-MDL3084-000379047
UBER-MDL3084-00379285

UBER-MDL3084-00379286
UBER-MDL3084-00379287
UBER-MDL3084-00379288
UBER-MDL3084-00379289
UBER-MDL3084-00379290
UBER-MDL3084-00379291
UBER-MDL3084-00379292
UBER-MDL3084-00379294
UBER-MDL3084-00379295
UBER-MDL3084-00379299
UBER-MDL3084-00379300
UBER-MDL3084-00379303
UBER-MDL3084-00379304
UBER-MDL3084-00379305
UBER-MDL3084-00379315
UBER-MDL3084-00379316
UBER-MDL3084-00379317
UBER-MDL3084-00379318
UBER-MDL3084-00379321
UBER-MDL3084-00379322
UBER-MDL3084-00379325
UBER-MDL3084-00379327
UBER-MDL3084-00379328
UBER-MDL3084-00379330
UBER-MDL3084-00379331
UBER-MDL3084-00379332
UBER-MDL3084-00379333
UBER-MDL3084-00379335
UBER-MDL3084-00379339
UBER-MDL3084-00379340
UBER-MDL3084-00379342
UBER-MDL3084-00379343
UBER-MDL3084-00379344
UBER-MDL3084-00379345
UBER-MDL3084-00379346
UBER-MDL3084-00379347
UBER-MDL3084-00379348
UBER-MDL3084-00379349
UBER-MDL3084-00379350
UBER-MDL3084-00379351
UBER-MDL3084-00379352
UBER-MDL3084-00379353
UBER-MDL3084-00379354
UBER-MDL3084-00379355
UBER-MDL3084-00379356
UBER-MDL3084-00379357

**Confidential – Subject to Protective Order**                                    Confidential - Subject to Protective Order

40

| | |
|---|---|
| UBER-MDL3084-00379360 | UBER-MDL3084-00379456 |
| UBER-MDL3084-00379361 | UBER-MDL3084-00379457 |
| UBER-MDL3084-00379362 | UBER-MDL3084-00379458 |
| UBER-MDL3084-00379366 | UBER-MDL3084-00379459 |
| UBER-MDL3084-00379369 | UBER-MDL3084-00379466 |
| UBER-MDL3084-00379370 | UBER-MDL3084-00379469 |
| UBER-MDL3084-00379371 | UBER-MDL3084-00379471 |
| UBER-MDL3084-00379372 | UBER-MDL3084-00379473 |
| UBER-MDL3084-00379374 | UBER-MDL3084-00379475 |
| UBER-MDL3084-00379376 | UBER-MDL3084-00379480 |
| UBER-MDL3084-00379378 | UBER-MDL3084-00379487 |
| UBER-MDL3084-00379379 | UBER-MDL3084-00379489 |
| UBER-MDL3084-00379380 | UBER-MDL3084-00379491 |
| UBER-MDL3084-00379382 | UBER-MDL3084-00379506 |
| UBER-MDL3084-00379383 | UBER-MDL3084-00379507 |
| UBER-MDL3084-00379386 | UBER-MDL3084-00379508 |
| UBER-MDL3084-00379390 | UBER-MDL3084-00379510 |
| UBER-MDL3084-00379391 | UBER-MDL3084-00379511 |
| UBER-MDL3084-00379392 | UBER-MDL3084-00379512 |
| UBER-MDL3084-00379393 | UBER-MDL3084-00379517 |
| UBER-MDL3084-00379394 | UBER-MDL3084-00379561 |
| UBER-MDL3084-00379396 | UBER-MDL3084-00379572 |
| UBER-MDL3084-00379397 | UBER-MDL3084-00379587 |
| UBER-MDL3084-00379398 | UBER-MDL3084-00379600 |
| UBER-MDL3084-00379399 | UBER-MDL3084-00379630 |
| UBER-MDL3084-00379403 | UBER-MDL3084-00379640 |
| UBER-MDL3084-00379404 | UBER-MDL3084-00379678 |
| UBER-MDL3084-00379406 | UBER-MDL3084-00379683 |
| UBER-MDL3084-00379408 | UBER-MDL3084-00379728 |
| UBER-MDL3084-00379414 | UBER-MDL3084-00379729 |
| UBER-MDL3084-00379420 | UBER-MDL3084-00379730 |
| UBER-MDL3084-00379421 | UBER-MDL3084-00379731 |
| UBER-MDL3084-00379431 | UBER-MDL3084-00379732 |
| UBER-MDL3084-00379439 | UBER-MDL3084-00379733 |
| UBER-MDL3084-00379443 | UBER-MDL3084-00379734 |
| UBER-MDL3084-00379445 | UBER-MDL3084-00379736 |
| UBER-MDL3084-00379446 | UBER-MDL3084-00379746 |
| UBER-MDL3084-00379447 | UBER-MDL3084-00379754 |
| UBER-MDL3084-00379448 | UBER-MDL3084-00379755 |
| UBER-MDL3084-00379449 | UBER-MDL3084-00379757 |
| UBER-MDL3084-00379450 | UBER-MDL3084-00379808 |
| UBER-MDL3084-00379451 | UBER-MDL3084-00379812 |
| UBER-MDL3084-00379452 | UBER-MDL3084-00379826 |
| UBER-MDL3084-00379453 | UBER-MDL3084-00379828 |
| UBER-MDL3084-00379454 | UBER-MDL3084-00379860 |
| UBER-MDL3084-00379455 | UBER-MDL3084-00379862 |

**Confidential – Subject to Protective Order**                    Confidential - Subject to Protective Order

UBER-MDL3084-00379863
UBER-MDL3084-00379864
UBER-MDL3084-00379867
UBER-MDL3084-00379873
UBER-MDL3084-00379874
UBER-MDL3084-00379875
UBER-MDL3084-00379925
UBER-MDL3084-00379962
UBER-MDL3084-00379971
UBER-MDL3084-00379972
UBER-MDL3084-00379973
UBER-MDL3084-00379974
UBER-MDL3084-00379975
UBER-MDL3084-00379976
UBER-MDL3084-00379977
UBER-MDL3084-00379978
UBER-MDL3084-00379979
UBER-MDL3084-00379980
UBER-MDL3084-00379981
UBER-MDL3084-00379982
UBER-MDL3084-00379983
UBER-MDL3084-00379984
UBER-MDL3084-00379985
UBER-MDL3084-00379986
UBER-MDL3084-00379987
UBER-MDL3084-00379988
UBER-MDL3084-00380026
UBER-MDL3084-00380070
UBER-MDL3084-BW-00000001
UBER-MDL3084-BW-00000002
UBER-MDL3084-BW-00000003
UBER-MDL3084-BW-00000004
UBER-MDL3084-BW-00000005
UBER-MDL3084-BW-00000006
UBER-MDL3084-BW-00000007
UBER-MDL3084-BW-00000008
UBER-MDL3084-BW-00000010
UBER-MDL3084-BW-00000011
UBER-MDL3084-BW-00000011
UBER-MDL3084-BW-00000011
UBER-MDL3084-BW-00000012
UBER-MDL3084-BW-00000012
UBER-MDL3084-BW-00000012
UBER-MDL3084-BW-00000013
UBER-MDL3084-BW-00000014
UBER-MDL3084-BW-00000014

UBER-MDL3084-BW-00000015
UBER-MDL3084-BW-00000015
UBER-MDL3084-BW-00000015
UBER-MDL3084-BW-00000017
UBER-MDL3084-BW-00000017
UBER-MDL3084-BW-00000017
UBER-MDL3084-BW-00000022
UBER-MDL3084-BW-00000022
UBER-MDL3084-BW-00000022
UBER-MDL3084-BW-00000023
UBER-MDL3084-BW-00000023
UBER-MDL3084-BW-00000023
UBER-MDL3084-BW-00000024
UBER-MDL3084-BW-00000028
UBER-MDL3084-BW-00000029
UBER-MDL3084-BW-00000029
UBER-MDL3084-BW-00000029
UBER-MDL3084-BW-00000032
UBER-MDL3084-BW-00000032
UBER-MDL3084-BW-00000032
UBER-MDL3084-BW-00000033
UBER-MDL3084-BW-00000033
UBER-MDL3084-BW-00000036
UBER-MDL3084-BW-00000041
UBER-MDL3084-BW-00000041
UBER-MDL3084-BW-00000042
UBER-MDL3084-BW-00000042
UBER-MDL3084-BW-00000473
UBER-MDL3084-BW-00000473
UBER-MDL3084-BW-00000474
UBER-MDL3084-BW-00000474
UBER-MDL3084-BW-00000485
UBER-MDL3084-BW-00000485
UBER-MDL3084-BW-00000807
UBER-MDL3084-BW-00000807
UBER-MDL3084-BW-00000808
UBER-MDL3084-BW-00000808
UBER-MDL3084-BW-00000819
UBER-MDL3084-BW-00000819
UBER-MDL3084-BW-00000832
UBER-MDL3084-BW-00000832
UBER-MDL3084-BW-00000845
UBER-MDL3084-BW-00000845
UBER-MDL3084-BW-00000866
UBER-MDL3084-BW-00000866
UBER-MDL3084-BW-00001002

| | |
|---|---|
| UBER-MDL3084-BW-00001002 | UBER-MDL3084-BW-00001493 |
| UBER-MDL3084-BW-00001003 | UBER-MDL3084-BW-00001514 |
| UBER-MDL3084-BW-00001014 | UBER-MDL3084-BW-00001514 |
| UBER-MDL3084-BW-00001027 | UBER-MDL3084-BW-00001515 |
| UBER-MDL3084-BW-00001048 | UBER-MDL3084-BW-00001515 |
| UBER-MDL3084-BW-00001074 | UBER-MDL3084-BW-00001517 |
| UBER-MDL3084-BW-00001074 | UBER-MDL3084-BW-00001517 |
| UBER-MDL3084-BW-00001075 | UBER-MDL3084-BW-00001521 |
| UBER-MDL3084-BW-00001075 | UBER-MDL3084-BW-00001521 |
| UBER-MDL3084-BW-00001088 | UBER-MDL3084-BW-00001525 |
| UBER-MDL3084-BW-00001088 | UBER-MDL3084-BW-00001525 |
| UBER-MDL3084-BW-00001107 | UBER-MDL3084-BW-00001547 |
| UBER-MDL3084-BW-00001107 | UBER-MDL3084-BW-00001547 |
| UBER-MDL3084-BW-00001409 | UBER-MDL3084-BW-00001549 |
| UBER-MDL3084-BW-00001409 | UBER-MDL3084-BW-00001549 |
| UBER-MDL3084-BW-00001410 | UBER-MDL3084-BW-00001551 |
| UBER-MDL3084-BW-00001410 | UBER-MDL3084-BW-00001551 |
| UBER-MDL3084-BW-00001411 | UBER-MDL3084-BW-00001553 |
| UBER-MDL3084-BW-00001411 | UBER-MDL3084-BW-00001553 |
| UBER-MDL3084-BW-00001414 | UBER-MDL3084-BW-00001557 |
| UBER-MDL3084-BW-00001414 | UBER-MDL3084-BW-00001557 |
| UBER-MDL3084-BW-00001416 | UBER-MDL3084-BW-00001561 |
| UBER-MDL3084-BW-00001416 | UBER-MDL3084-BW-00001561 |
| UBER-MDL3084-BW-00001417 | UBER-MDL3084-BW-00001564 |
| UBER-MDL3084-BW-00001417 | UBER-MDL3084-BW-00001564 |
| UBER-MDL3084-BW-00001420 | UBER-MDL3084-BW-00001584 |
| UBER-MDL3084-BW-00001420 | UBER-MDL3084-BW-00001584 |
| UBER-MDL3084-BW-00001423 | UBER-MDL3084-BW-00001585 |
| UBER-MDL3084-BW-00001423 | UBER-MDL3084-BW-00001585 |
| UBER-MDL3084-BW-00001427 | UBER-MDL3084-BW-00003295 |
| UBER-MDL3084-BW-00001427 | UBER-MDL3084-BW-00003295 |
| UBER-MDL3084-BW-00001431 | UBER-MDL3084-BW-00003297 |
| UBER-MDL3084-BW-00001431 | UBER-MDL3084-BW-00003297 |
| UBER-MDL3084-BW-00001435 | UBER-MDL3084-BW-00003299 |
| UBER-MDL3084-BW-00001435 | UBER-MDL3084-BW-00003299 |
| UBER-MDL3084-BW-00001437 | UBER-MDL3084-BW-00003300 |
| UBER-MDL3084-BW-00001437 | UBER-MDL3084-BW-00003300 |
| UBER-MDL3084-BW-00001460 | UBER-MDL3084-BW-00003323 |
| UBER-MDL3084-BW-00001460 | UBER-MDL3084-BW-00003323 |
| UBER-MDL3084-BW-00001461 | UBER-MDL3084-BW-00003326 |
| UBER-MDL3084-BW-00001461 | UBER-MDL3084-BW-00003326 |
| UBER-MDL3084-BW-00001464 | UBER-MDL3084-BW-00003328 |
| UBER-MDL3084-BW-00001464 | UBER-MDL3084-BW-00003328 |
| UBER-MDL3084-BW-00001466 | UBER-MDL3084-BW-00003349 |
| UBER-MDL3084-BW-00001466 | UBER-MDL3084-BW-00003349 |
| UBER-MDL3084-BW-00001493 | UBER-MDL3084-BW-00003350 |

**Confidential – Subject to Protective Order**

Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00003350 | UBER-MDL3084-BW-00004579 |
| UBER-MDL3084-BW-00003352 | UBER-MDL3084-BW-00004606 |
| UBER-MDL3084-BW-00003352 | UBER-MDL3084-BW-00004606 |
| UBER-MDL3084-BW-00004421 | UBER-MDL3084-BW-00004607 |
| UBER-MDL3084-BW-00004421 | UBER-MDL3084-BW-00004607 |
| UBER-MDL3084-BW-00004422 | UBER-MDL3084-BW-00004609 |
| UBER-MDL3084-BW-00004422 | UBER-MDL3084-BW-00004609 |
| UBER-MDL3084-BW-00004423 | UBER-MDL3084-BW-00004613 |
| UBER-MDL3084-BW-00004423 | UBER-MDL3084-BW-00004613 |
| UBER-MDL3084-BW-00004424 | UBER-MDL3084-BW-00004617 |
| UBER-MDL3084-BW-00004424 | UBER-MDL3084-BW-00004617 |
| UBER-MDL3084-BW-00004427 | UBER-MDL3084-BW-00004639 |
| UBER-MDL3084-BW-00004427 | UBER-MDL3084-BW-00004639 |
| UBER-MDL3084-BW-00004429 | UBER-MDL3084-BW-00004640 |
| UBER-MDL3084-BW-00004429 | UBER-MDL3084-BW-00004640 |
| UBER-MDL3084-BW-00004430 | UBER-MDL3084-BW-00004641 |
| UBER-MDL3084-BW-00004430 | UBER-MDL3084-BW-00004641 |
| UBER-MDL3084-BW-00004433 | UBER-MDL3084-BW-00004645 |
| UBER-MDL3084-BW-00004433 | UBER-MDL3084-BW-00004645 |
| UBER-MDL3084-BW-00004436 | UBER-MDL3084-BW-00004649 |
| UBER-MDL3084-BW-00004436 | UBER-MDL3084-BW-00004649 |
| UBER-MDL3084-BW-00004440 | UBER-MDL3084-BW-00004652 |
| UBER-MDL3084-BW-00004440 | UBER-MDL3084-BW-00004652 |
| UBER-MDL3084-BW-00004444 | UBER-MDL3084-BW-00004655 |
| UBER-MDL3084-BW-00004444 | UBER-MDL3084-BW-00004655 |
| UBER-MDL3084-BW-00004448 | UBER-MDL3084-BW-00004658 |
| UBER-MDL3084-BW-00004448 | UBER-MDL3084-BW-00004658 |
| UBER-MDL3084-BW-00004450 | UBER-MDL3084-BW-00004678 |
| UBER-MDL3084-BW-00004450 | UBER-MDL3084-BW-00004678 |
| UBER-MDL3084-BW-00004452 | UBER-MDL3084-BW-00004679 |
| UBER-MDL3084-BW-00004452 | UBER-MDL3084-BW-00004679 |
| UBER-MDL3084-BW-00004474 | UBER-MDL3084-BW-000049303 |
| UBER-MDL3084-BW-00004474 | UBER-MDL3084-BW-00048903 |
| UBER-MDL3084-BW-00004502 | UBER-MDL3084-BW-00048904 |
| UBER-MDL3084-BW-00004502 | UBER-MDL3084-BW-00048095 |
| UBER-MDL3084-BW-00004525 | UBER-MDL3084-BW-00048906 |
| UBER-MDL3084-BW-00004525 | UBER-MDL3084-BW-00050318 |
| UBER-MDL3084-BW-00004526 | UBER-MDL3084-BW-000050376 |
| UBER-MDL3084-BW-00004526 | UBER-MDL3084-BW-000050377 |
| UBER-MDL3084-BW-00004529 | UBER-MDL3084-BW-000050378 |
| UBER-MDL3084-BW-00004529 | UBER-MDL3084-BW-000050380 |
| UBER-MDL3084-BW-00004531 | UBER-MDL3084-BW-000050382 |
| UBER-MDL3084-BW-00004531 | UBER-MDL3084-BW-000050384 |
| UBER-MDL3084-BW-00004558 | UBER-MDL3084-BW-000050386 |
| UBER-MDL3084-BW-00004558 | UBER-MDL3084-BW-000050387 |
| UBER-MDL3084-BW-00004579 | UBER-MDL3084-BW-000050389 |

UBER-MDL3084-BW-000050390
UBER-MDL3084-BW-000050392
UBER-MDL3084-BW-000050393
UBER-MDL3084-BW-000050394
UBER-MDL3084-BW-000050396
UBER-MDL3084-BW-000050398
UBER-MDL3084-BW-000050399
UBER-MDL3084-BW-000050401
UBER-MDL3084-BW-000050403
UBER-MDL3084-BW-000050405
UBER-MDL3084-BW-000050407
UBER-MDL3084-BW-000050409
UBER-MDL3084-BW-000050411
UBER-MDL3084-BW-000050413
UBER-MDL3084-BW-000050415
UBER-MDL3084-BW-000050416
UBER-MDL3084-BW-000050417
UBER-MDL3084-BW-000050418
UBER-MDL3084-BW-000050420
UBER-MDL3084-BW-000050421
UBER-MDL3084-BW-000050422
UBER-MDL3084-BW-000050423
UBER-MDL3084-BW-000050425
UBER-MDL3084-BW-000050426
UBER-MDL3084-BW-000050428
UBER-MDL3084-BW-000050430
UBER-MDL3084-BW-000050432
UBER-MDL3084-BW-000050434
UBER-MDL3084-BW-000050436
UBER-MDL3084-BW-000050438
UBER-MDL3084-BW-000050439
UBER-MDL3084-BW-000050440
UBER-MDL3084-BW-000050442
UBER-MDL3084-BW-000050443
UBER-MDL3084-BW-000050446
UBER-MDL3084-BW-000050447
UBER-MDL3084-BW-000050449
UBER-MDL3084-BW-000050451
UBER-MDL3084-BW-000050453
UBER-MDL3084-BW-000050455
UBER-MDL3084-BW-000050456
UBER-MDL3084-BW-000050457
UBER-MDL3084-BW-000050458
UBER-MDL3084-BW-000050459
UBER-MDL3084-BW-000050460
UBER-MDL3084-BW-000050462

UBER-MDL3084-BW-000050464
UBER-MDL3084-BW-000050466
UBER-MDL3084-BW-000050468
UBER-MDL3084-BW-000050469
UBER-MDL3084-BW-000050471
UBER-MDL3084-BW-000050476
UBER-MDL3084-BW-000050478
UBER-MDL3084-BW-000050480
UBER-MDL3084-BW-000050481
UBER-MDL3084-BW-000050483
UBER-MDL3084-BW-000050485
UBER-MDL3084-BW-000050487
UBER-MDL3084-BW-000050488
UBER-MDL3084-BW-000050490
UBER-MDL3084-BW-000050493
UBER-MDL3084-BW-000050495
UBER-MDL3084-BW-000050497
UBER-MDL3084-BW-000050499
UBER-MDL3084-BW-000050501
UBER-MDL3084-BW-000050502
UBER-MDL3084-BW-000050503
UBER-MDL3084-BW-000050505
UBER-MDL3084-BW-000050507
UBER-MDL3084-BW-000050509
UBER-MDL3084-BW-000050511
UBER-MDL3084-BW-000050513
UBER-MDL3084-BW-000050515
UBER-MDL3084-BW-000050516
UBER-MDL3084-BW-000050517
UBER-MDL3084-BW-000050518
UBER-MDL3084-BW-000050519
UBER-MDL3084-BW-000050521
UBER-MDL3084-BW-000050523
UBER-MDL3084-BW-000050524
UBER-MDL3084-BW-000050526
UBER-MDL3084-BW-000050528
UBER-MDL3084-BW-000050530
UBER-MDL3084-BW-000050531
UBER-MDL3084-BW-000050532
UBER-MDL3084-BW-000050534
UBER-MDL3084-BW-000050536
UBER-MDL3084-BW-000050538
UBER-MDL3084-BW-000050540
UBER-MDL3084-BW-000050542
UBER-MDL3084-BW-000050544
UBER-MDL3084-BW-000050546

Confidential – Subject to Protective Order

Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-000050548 | UBER-MDL3084-BW-000050625 |
| UBER-MDL3084-BW-000050550 | UBER-MDL3084-BW-000050627 |
| UBER-MDL3084-BW-000050552 | UBER-MDL3084-BW-000050629 |
| UBER-MDL3084-BW-000050554 | UBER-MDL3084-BW-000050630 |
| UBER-MDL3084-BW-000050555 | UBER-MDL3084-BW-000050632 |
| UBER-MDL3084-BW-000050557 | UBER-MDL3084-BW-000050633 |
| UBER-MDL3084-BW-000050558 | UBER-MDL3084-BW-000050635 |
| UBER-MDL3084-BW-000050560 | UBER-MDL3084-BW-000050636 |
| UBER-MDL3084-BW-000050561 | UBER-MDL3084-BW-000050638 |
| UBER-MDL3084-BW-000050562 | UBER-MDL3084-BW-000050640 |
| UBER-MDL3084-BW-000050564 | UBER-MDL3084-BW-000050641 |
| UBER-MDL3084-BW-000050566 | UBER-MDL3084-BW-000050643 |
| UBER-MDL3084-BW-000050568 | UBER-MDL3084-BW-000050644 |
| UBER-MDL3084-BW-000050569 | UBER-MDL3084-BW-000050646 |
| UBER-MDL3084-BW-000050571 | UBER-MDL3084-BW-000050648 |
| UBER-MDL3084-BW-000050573 | UBER-MDL3084-BW-000050649 |
| UBER-MDL3084-BW-000050574 | UBER-MDL3084-BW-000050651 |
| UBER-MDL3084-BW-000050576 | UBER-MDL3084-BW-000050652 |
| UBER-MDL3084-BW-000050577 | UBER-MDL3084-BW-000050653 |
| UBER-MDL3084-BW-000050579 | UBER-MDL3084-BW-000050654 |
| UBER-MDL3084-BW-000050581 | UBER-MDL3084-BW-000050656 |
| UBER-MDL3084-BW-000050583 | UBER-MDL3084-BW-000050658 |
| UBER-MDL3084-BW-000050585 | UBER-MDL3084-BW-000050660 |
| UBER-MDL3084-BW-000050587 | UBER-MDL3084-BW-000050661 |
| UBER-MDL3084-BW-000050588 | UBER-MDL3084-BW-000050663 |
| UBER-MDL3084-BW-000050589 | UBER-MDL3084-BW-000050665 |
| UBER-MDL3084-BW-000050590 | UBER-MDL3084-BW-000050667 |
| UBER-MDL3084-BW-000050592 | UBER-MDL3084-BW-000050669 |
| UBER-MDL3084-BW-000050594 | UBER-MDL3084-BW-000050670 |
| UBER-MDL3084-BW-000050596 | UBER-MDL3084-BW-000050671 |
| UBER-MDL3084-BW-000050597 | UBER-MDL3084-BW-000050673 |
| UBER-MDL3084-BW-000050600 | UBER-MDL3084-BW-000050675 |
| UBER-MDL3084-BW-000050602 | UBER-MDL3084-BW-000050677 |
| UBER-MDL3084-BW-000050604 | UBER-MDL3084-BW-000050679 |
| UBER-MDL3084-BW-000050606 | UBER-MDL3084-BW-000050681 |
| UBER-MDL3084-BW-000050607 | UBER-MDL3084-BW-000050682 |
| UBER-MDL3084-BW-000050608 | UBER-MDL3084-BW-000050683 |
| UBER-MDL3084-BW-000050610 | UBER-MDL3084-BW-000050684 |
| UBER-MDL3084-BW-000050611 | UBER-MDL3084-BW-000050686 |
| UBER-MDL3084-BW-000050613 | UBER-MDL3084-BW-000050688 |
| UBER-MDL3084-BW-000050615 | UBER-MDL3084-BW-000050690 |
| UBER-MDL3084-BW-000050616 | UBER-MDL3084-BW-000050692 |
| UBER-MDL3084-BW-000050619 | UBER-MDL3084-BW-000050694 |
| UBER-MDL3084-BW-000050620 | UBER-MDL3084-BW-000050696 |
| UBER-MDL3084-BW-000050622 | UBER-MDL3084-BW-000050698 |
| UBER-MDL3084-BW-000050624 | UBER-MDL3084-BW-000050700 |

46

| | |
|---|---|
| UBER-MDL3084-BW-000050702 | UBER-MDL3084-BW-000050779 |
| UBER-MDL3084-BW-000050704 | UBER-MDL3084-BW-000050781 |
| UBER-MDL3084-BW-000050706 | UBER-MDL3084-BW-000050783 |
| UBER-MDL3084-BW-000050708 | UBER-MDL3084-BW-000050785 |
| UBER-MDL3084-BW-000050710 | UBER-MDL3084-BW-000050787 |
| UBER-MDL3084-BW-000050712 | UBER-MDL3084-BW-000050788 |
| UBER-MDL3084-BW-000050714 | UBER-MDL3084-BW-000050789 |
| UBER-MDL3084-BW-000050716 | UBER-MDL3084-BW-000050790 |
| UBER-MDL3084-BW-000050718 | UBER-MDL3084-BW-000050791 |
| UBER-MDL3084-BW-000050719 | UBER-MDL3084-BW-000050792 |
| UBER-MDL3084-BW-000050721 | UBER-MDL3084-BW-000050792 |
| UBER-MDL3084-BW-000050722 | UBER-MDL3084-BW-00005157 |
| UBER-MDL3084-BW-000050724 | UBER-MDL3084-BW-00005160 |
| UBER-MDL3084-BW-000050726 | UBER-MDL3084-BW-00005160 |
| UBER-MDL3084-BW-000050728 | UBER-MDL3084-BW-00005161 |
| UBER-MDL3084-BW-000050730 | UBER-MDL3084-BW-00005163 |
| UBER-MDL3084-BW-000050732 | UBER-MDL3084-BW-00005166 |
| UBER-MDL3084-BW-000050733 | UBER-MDL3084-BW-00005169 |
| UBER-MDL3084-BW-000050735 | UBER-MDL3084-BW-00005171 |
| UBER-MDL3084-BW-000050737 | UBER-MDL3084-BW-00005209 |
| UBER-MDL3084-BW-000050739 | UBER-MDL3084-BW-00005215 |
| UBER-MDL3084-BW-000050741 | UBER-MDL3084-BW-00005224 |
| UBER-MDL3084-BW-000050742 | UBER-MDL3084-BW-00005233 |
| UBER-MDL3084-BW-000050744 | UBER-MDL3084-BW-00005242 |
| UBER-MDL3084-BW-000050746 | UBER-MDL3084-BW-00005245 |
| UBER-MDL3084-BW-000050748 | UBER-MDL3084-BW-00005249 |
| UBER-MDL3084-BW-000050749 | UBER-MDL3084-BW-00005254 |
| UBER-MDL3084-BW-000050750 | UBER-MDL3084-BW-00005258 |
| UBER-MDL3084-BW-000050752 | UBER-MDL3084-BW-00005280 |
| UBER-MDL3084-BW-000050753 | UBER-MDL3084-BW-00005308 |
| UBER-MDL3084-BW-000050755 | UBER-MDL3084-BW-00005336 |
| UBER-MDL3084-BW-000050757 | UBER-MDL3084-BW-00005365 |
| UBER-MDL3084-BW-000050759 | UBER-MDL3084-BW-00005392 |
| UBER-MDL3084-BW-000050761 | UBER-MDL3084-BW-00005396 |
| UBER-MDL3084-BW-000050762 | UBER-MDL3084-BW-00005418 |
| UBER-MDL3084-BW-000050764 | UBER-MDL3084-BW-00005447 |
| UBER-MDL3084-BW-000050765 | UBER-MDL3084-BW-00005447 |
| UBER-MDL3084-BW-000050767 | UBER-MDL3084-BW-00005448 |
| UBER-MDL3084-BW-000050768 | UBER-MDL3084-BW-00005448 |
| UBER-MDL3084-BW-000050769 | UBER-MDL3084-BW-00005449 |
| UBER-MDL3084-BW-000050770 | UBER-MDL3084-BW-00005459 |
| UBER-MDL3084-BW-000050771 | UBER-MDL3084-BW-00005462 |
| UBER-MDL3084-BW-000050773 | UBER-MDL3084-BW-00005466 |
| UBER-MDL3084-BW-000050774 | UBER-MDL3084-BW-00005470 |
| UBER-MDL3084-BW-000050775 | UBER-MDL3084-BW-00005474 |
| UBER-MDL3084-BW-000050777 | UBER-MDL3084-BW-00005478 |

Confidential – Subject to Protective Order                    Confidential - Subject to Protective Order

UBER-MDL3084-BW-00005481
UBER-MDL3084-BW-00005484
UBER-MDL3084-BW-00005487
UBER-MDL3084-BW-00005490
UBER-MDL3084-BW-00005494
UBER-MDL3084-BW-00005494
UBER-MDL3084-BW-00005497
UBER-MDL3084-BW-00005497
UBER-MDL3084-BW-00005499
UBER-MDL3084-BW-00005499
UBER-MDL3084-BW-00005505
UBER-MDL3084-BW-00005505
UBER-MDL3084-BW-00005514
UBER-MDL3084-BW-00005514
UBER-MDL3084-BW-00005518
UBER-MDL3084-BW-00005518
UBER-MDL3084-BW-00005546
UBER-MDL3084-BW-00005546
UBER-MDL3084-BW-00005573
UBER-MDL3084-BW-00005573
UBER-MDL3084-BW-00005577
UBER-MDL3084-BW-00005577
UBER-MDL3084-BW-00005599
UBER-MDL3084-BW-00005599
UBER-MDL3084-BW-00005600
UBER-MDL3084-BW-00005600
UBER-MDL3084-BW-00005603
UBER-MDL3084-BW-00005603
UBER-MDL3084-BW-00005607
UBER-MDL3084-BW-00005607
UBER-MDL3084-BW-00005610
UBER-MDL3084-BW-00005610
UBER-MDL3084-BW-00005613
UBER-MDL3084-BW-00005613
UBER-MDL3084-BW-00005616
UBER-MDL3084-BW-00005616
UBER-MDL3084-BW-00006254
UBER-MDL3084-BW-00006254
UBER-MDL3084-BW-00006254
UBER-MDL3084-BW-00006257
UBER-MDL3084-BW-00006257
UBER-MDL3084-BW-00006257
UBER-MDL3084-BW-00006259
UBER-MDL3084-BW-00006259
UBER-MDL3084-BW-00006259
UBER-MDL3084-BW-00006262

UBER-MDL3084-BW-00006262
UBER-MDL3084-BW-00006262
UBER-MDL3084-BW-00006265
UBER-MDL3084-BW-00006265
UBER-MDL3084-BW-00006265
UBER-MDL3084-BW-00006270
UBER-MDL3084-BW-00006273
UBER-MDL3084-BW-00006277
UBER-MDL3084-BW-00006277
UBER-MDL3084-BW-00006278
UBER-MDL3084-BW-00006278
UBER-MDL-3084-BW-00006278
UBER-MDL3084-BW-00006282
UBER-MDL3084-BW-00006282
UBER-MDL3084-BW-00006290
UBER-MDL3084-BW-00006290
UBER-MDL3084-BW-00006294
UBER-MDL3084-BW-00006294
UBER-MDL3084-BW-00006297
UBER-MDL3084-BW-00006297
UBER-MDL3084-BW-00006299
UBER-MDL3084-BW-00006299
UBER-MDL3084-BW-00006299
UBER-MDL3084-BW-00006302
UBER-MDL3084-BW-00006302
UBER-MDL3084-BW-00006305
UBER-MDL3084-BW-00006305
UBER-MDL3084-BW-00006305
UBER-MDL3084-BW-00006313
UBER-MDL3084-BW-00006317
UBER-MDL3084-BW-00006317
UBER-MDL3084-BW-00006318
UBER-MDL3084-BW-00006318
UBER-MDL3084-BW-00006322
UBER-MDL3084-BW-00006322
UBER-MDL3084-BW-00006330
UBER-MDL3084-BW-00006330
UBER-MDL3084-BW-00006330
UBER-MDL3084-BW-00006331
UBER-MDL3084-BW-00006331
UBER-MDL3084-BW-00006332
UBER-MDL3084-BW-00006332
UBER-MDL3084-BW-00006333
UBER-MDL3084-BW-00006333
UBER-MDL3084-BW-00006333
UBER-MDL3084-BW-00006334

UBER-MDL3084-BW-00006334
UBER-MDL3084-BW-00006335
UBER-MDL3084-BW-00006335
UBER-MDL3084-BW-00006336
UBER-MDL3084-BW-00006336
UBER-MDL3084-BW-00006337
UBER-MDL3084-BW-00006337
UBER-MDL3084-BW-00006338
UBER-MDL3084-BW-00006338
UBER-MDL3084-BW-00006339
UBER-MDL3084-BW-00006339
UBER-MDL3084-BW-00006340
UBER-MDL3084-BW-00006340
UBER-MDL3084-BW-00006340
UBER-MDL3084-BW-00006374
UBER-MDL3084-BW-00006374
UBER-MDL3084-BW-00006374
UBER-MDL3084-BW-00006375
UBER-MDL3084-BW-00006375
UBER-MDL3084-BW-00006389
UBER-MDL3084-BW-00006389
UBER-MDL3084-BW-00006390
UBER-MDL3084-BW-00006390
UBER-MDL3084-BW-00006391
UBER-MDL3084-BW-00006391
UBER-MDL3084-BW-00006398
UBER-MDL3084-BW-00006398
UBER-MDL3084-BW-00006398
UBER-MDL3084-BW-00006399
UBER-MDL3084-BW-00006400
UBER-MDL3084-BW-00006401
UBER-MDL3084-BW-00006402
UBER-MDL3084-BW-00006403
UBER-MDL3084-BW-00006404
UBER-MDL3084-BW-00006405
UBER-MDL3084-BW-00006405
UBER-MDL3084-BW-00006405
UBER-MDL3084-BW-00006406
UBER-MDL3084-BW-00006406
UBER-MDL3084-BW-00006407
UBER-MDL3084-BW-00006407
UBER-MDL3084-BW-00006408
UBER-MDL3084-BW-00006408
UBER-MDL3084-BW-00006409
UBER-MDL3084-BW-00006409
UBER-MDL3084-BW-00006422

UBER-MDL3084-BW-00006422
UBER-MDL3084-BW-00006422
UBER-MDL3084-BW-00006423
UBER-MDL3084-BW-00006423
UBER-MDL3084-BW-00006439
UBER-MDL3084-BW-00006439
UBER-MDL3084-BW-00006445
UBER-MDL3084-BW-00006445
UBER-MDL3084-BW-00006448
UBER-MDL3084-BW-00006449
UBER-MDL3084-BW-00006449
UBER-MDL3084-BW-00006453
UBER-MDL3084-BW-00006453
UBER-MDL3084-BW-00006454
UBER-MDL3084-BW-00006454
UBER-MDL3084-BW-00006458
UBER-MDL3084-BW-00006459
UBER-MDL3084-BW-00006459
UBER-MDL3084-BW-00006460
UBER-MDL3084-BW-00006460
UBER-MDL3084-BW-00007618
UBER-MDL3084-BW-00007618
UBER-MDL3084-BW-00007619
UBER-MDL3084-BW-00007619
UBER-MDL3084-BW-00007647
UBER-MDL3084-BW-00007647
UBER-MDL3084-BW-00007648
UBER-MDL3084-BW-00007648
UBER-MDL3084-BW-00007649
UBER-MDL3084-BW-00007649
UBER-MDL3084-BW-00007653
UBER-MDL3084-BW-00007653
UBER-MDL3084-BW-00007657
UBER-MDL3084-BW-00007657
UBER-MDL3084-BW-00007661
UBER-MDL3084-BW-00007661
UBER-MDL3084-BW-00007665
UBER-MDL3084-BW-00007665
UBER-MDL3084-BW-00007687
UBER-MDL3084-BW-00007687
UBER-MDL3084-BW-00007709
UBER-MDL3084-BW-00007709
UBER-MDL3084-BW-00007712
UBER-MDL3084-BW-00007712
UBER-MDL3084-BW-00007717
UBER-MDL3084-BW-00007721

UBER-MDL3084-BW-00007721
UBER-MDL3084-BW-00007722
UBER-MDL3084-BW-00007722
UBER-MDL3084-BW-00007726
UBER-MDL3084-BW-00007726
UBER-MDL3084-BW-00007734
UBER-MDL3084-BW-00007734
UBER-MDL3084-BW-00007740
UBER-MDL3084-BW-00007740
UBER-MDL3084-BW-00007742
UBER-MDL3084-BW-00007742
UBER-MDL3084-BW-00007745
UBER-MDL3084-BW-00007745
UBER-MDL3084-BW-00007747
UBER-MDL3084-BW-00007747
UBER-MDL3084-BW-00007750
UBER-MDL3084-BW-00007750
UBER-MDL3084-BW-00007750
UBER-MDL3084-BW-00007753
UBER-MDL3084-BW-00007753
UBER-MDL3084-BW-00007765
UBER-MDL3084-BW-00007765
UBER-MDL3084-BW-00007767
UBER-MDL3084-BW-00007767
UBER-MDL3084-BW-00007770
UBER-MDL3084-BW-00007770
UBER-MDL3084-BW-00007772
UBER-MDL3084-BW-00007772
UBER-MDL3084-BW-00007775
UBER-MDL3084-BW-00007775
UBER-MDL3084-BW-00007775
UBER-MDL3084-BW-00007778
UBER-MDL3084-BW-00007778
UBER-MDL3084-BW-00007792
UBER-MDL3084-BW-00007792
UBER-MDL3084-BW-00007807
UBER-MDL3084-BW-00007810
UBER-MDL3084-BW-00007824
UBER-MDL3084-BW-00007824
UBER-MDL3084-BW-00007827
UBER-MDL3084-BW-00007827
UBER-MDL3084-BW-00007828
UBER-MDL3084-BW-00007830
UBER-MDL3084-BW-00007830
UBER-MDL3084-BW-00007831
UBER-MDL3084-BW-00007832

UBER-MDL3084-BW-00007832
UBER-MDL3084-BW-00007833
UBER-MDL3084-BW-00007833
UBER-MDL3084-BW-00007834
UBER-MDL3084-BW-00007834
UBER-MDL3084-BW-00007835
UBER-MDL3084-BW-00007838
UBER-MDL3084-BW-00007838
UBER-MDL3084-BW-00007839
UBER-MDL3084-BW-00007839
UBER-MDL3084-BW-00007840
UBER-MDL3084-BW-00007840
UBER-MDL3084-BW-00007841
UBER-MDL3084-BW-00007842
UBER-MDL3084-BW-00007842
UBER-MDL3084-BW-00007843
UBER-MDL3084-BW-00007843
UBER-MDL3084-BW-00007845
UBER-MDL3084-BW-00007846
UBER-MDL3084-BW-00007846
UBER-MDL3084-BW-00007858
UBER-MDL3084-BW-00007873
UBER-MDL3084-BW-00007873
UBER-MDL3084-BW-00007874
UBER-MDL3084-BW-00007875
UBER-MDL3084-BW-00007875
UBER-MDL3084-BW-00007876
UBER-MDL3084-BW-00007876
UBER-MDL3084-BW-00007878
UBER-MDL3084-BW-00007878
UBER-MDL3084-BW-00007879
UBER-MDL3084-BW-00007879
UBER-MDL3084-BW-00007882
UBER-MDL3084-BW-00007883
UBER-MDL3084-BW-00007883
UBER-MDL3084-BW-00007884
UBER-MDL3084-BW-00007884
UBER-MDL3084-BW-00007885
UBER-MDL3084-BW-00007885
UBER-MDL3084-BW-00007890
UBER-MDL3084-BW-00007890
UBER-MDL3084-BW-00007892
UBER-MDL3084-BW-00007892
UBER-MDL3084-BW-00007894
UBER-MDL3084-BW-00007894
UBER-MDL3084-BW-00007895

| | |
|---|---|
| UBER-MDL3084-BW-00007895 | UBER-MDL3084-BW-00007936 |
| UBER-MDL3084-BW-00007896 | UBER-MDL3084-BW-00007936 |
| UBER-MDL3084-BW-00007896 | UBER-MDL3084-BW-00007942 |
| UBER-MDL3084-BW-00007897 | UBER-MDL3084-BW-00007943 |
| UBER-MDL3084-BW-00007897 | UBER-MDL3084-BW-00007943 |
| UBER-MDL3084-BW-00007899 | UBER-MDL3084-BW-00007946 |
| UBER-MDL3084-BW-00007899 | UBER-MDL3084-BW-00007952 |
| UBER-MDL3084-BW-00007900 | UBER-MDL3084-BW-00007955 |
| UBER-MDL3084-BW-00007900 | UBER-MDL3084-BW-00007955 |
| UBER-MDL3084-BW-00007901 | UBER-MDL3084-BW-00007956 |
| UBER-MDL3084-BW-00007901 | UBER-MDL3084-BW-00007958 |
| UBER-MDL3084-BW-00007902 | UBER-MDL3084-BW-00007963 |
| UBER-MDL3084-BW-00007903 | UBER-MDL3084-BW-00007963 |
| UBER-MDL3084-BW-00007904 | UBER-MDL3084-BW-00007964 |
| UBER-MDL3084-BW-00007904 | UBER-MDL3084-BW-00007964 |
| UBER-MDL3084-BW-00007906 | UBER-MDL3084-BW-00007967 |
| UBER-MDL3084-BW-00007906 | UBER-MDL3084-BW-00007973 |
| UBER-MDL3084-BW-00007908 | UBER-MDL3084-BW-00007973 |
| UBER-MDL3084-BW-00007908 | UBER-MDL3084-BW-00007978 |
| UBER-MDL3084-BW-00007909 | UBER-MDL3084-BW-00007978 |
| UBER-MDL3084-BW-00007909 | UBER-MDL3084-BW-00007984 |
| UBER-MDL3084-BW-00007910 | UBER-MDL3084-BW-00007986 |
| UBER-MDL3084-BW-00007910 | UBER-MDL3084-BW-00007993 |
| UBER-MDL3084-BW-00007911 | UBER-MDL3084-BW-00007995 |
| UBER-MDL3084-BW-00007911 | UBER-MDL3084-BW-00007995 |
| UBER-MDL3084-BW-00007912 | UBER-MDL3084-BW-00007997 |
| UBER-MDL3084-BW-00007912 | UBER-MDL3084-BW-00008004 |
| UBER-MDL3084-BW-00007913 | UBER-MDL3084-BW-00008015 |
| UBER-MDL3084-BW-00007913 | UBER-MDL3084-BW-00008017 |
| UBER-MDL3084-BW-00007917 | UBER-MDL3084-BW-00008017 |
| UBER-MDL3084-BW-00007917 | UBER-MDL3084-BW-00008019 |
| UBER-MDL3084-BW-00007920 | UBER-MDL3084-BW-00008035 |
| UBER-MDL3084-BW-00007920 | UBER-MDL3084-BW-00008039 |
| UBER-MDL3084-BW-00007921 | UBER-MDL3084-BW-00008045 |
| UBER-MDL3084-BW-00007922 | UBER-MDL3084-BW-00008046 |
| UBER-MDL3084-BW-00007923 | UBER-MDL3084-BW-00008048 |
| UBER-MDL3084-BW-00007923 | UBER-MDL3084-BW-00008050 |
| UBER-MDL3084-BW-00007928 | UBER-MDL3084-BW-00008050 |
| UBER-MDL3084-BW-00007928 | UBER-MDL3084-BW-00008051 |
| UBER-MDL3084-BW-00007929 | UBER-MDL3084-BW-00008051 |
| UBER-MDL3084-BW-00007930 | UBER-MDL3084-BW-00008052 |
| UBER-MDL3084-BW-00007930 | UBER-MDL3084-BW-00008053 |
| UBER-MDL3084-BW-00007931 | UBER-MDL3084-BW-00008054 |
| UBER-MDL3084-BW-00007932 | UBER-MDL3084-BW-00008055 |
| UBER-MDL3084-BW-00007932 | UBER-MDL3084-BW-00008056 |
| UBER-MDL3084-BW-00007933 | UBER-MDL3084-BW-00008057 |

51

UBER-MDL3084-BW-00008058
UBER-MDL3084-BW-00008059
UBER-MDL3084-BW-00008060
UBER-MDL3084-BW-00008061
UBER-MDL3084-BW-00008062
UBER-MDL3084-BW-00008063
UBER-MDL3084-BW-00008065
UBER-MDL3084-BW-00008066
UBER-MDL3084-BW-00008066
UBER-MDL3084-BW-00008067
UBER-MDL3084-BW-00008068
UBER-MDL3084-BW-00008069
UBER-MDL3084-BW-00008070
UBER-MDL3084-BW-00008071
UBER-MDL3084-BW-00008072
UBER-MDL3084-BW-00008072
UBER-MDL3084-BW-00008073
UBER-MDL3084-BW-00008074
UBER-MDL3084-BW-00008076
UBER-MDL3084-BW-00008077
UBER-MDL3084-BW-00008078
UBER-MDL3084-BW-00008081
UBER-MDL3084-BW-00008082
UBER-MDL3084-BW-00008083
UBER-MDL3084-BW-00008083
UBER-MDL3084-BW-00008085
UBER-MDL3084-BW-00008086
UBER-MDL3084-BW-00008087
UBER-MDL3084-BW-00008088
UBER-MDL3084-BW-00008090
UBER-MDL3084-BW-00008091
UBER-MDL3084-BW-00008092
UBER-MDL3084-BW-00008093
UBER-MDL3084-BW-00008093
UBER-MDL3084-BW-00008094
UBER-MDL3084-BW-00008094
UBER-MDL3084-BW-00008095
UBER-MDL3084-BW-00008095
UBER-MDL3084-BW-00008096
UBER-MDL3084-BW-00008097
UBER-MDL3084-BW-00008107
UBER-MDL3084-BW-00008109
UBER-MDL3084-BW-00008127
UBER-MDL3084-BW-00008128
UBER-MDL3084-BW-00008129
UBER-MDL3084-BW-00008135

UBER-MDL3084-BW-00008141
UBER-MDL3084-BW-00008142
UBER-MDL3084-BW-00008143
UBER-MDL3084-BW-00008146
UBER-MDL3084-BW-00008148
UBER-MDL3084-BW-00008151
UBER-MDL3084-BW-00008153
UBER-MDL3084-BW-00008154
UBER-MDL3084-BW-00008158
UBER-MDL3084-BW-00008171
UBER-MDL3084-BW-00008174
UBER-MDL3084-BW-00008176
UBER-MDL3084-BW-00008182
UBER-MDL3084-BW-00008195
UBER-MDL3084-BW-00008202
UBER-MDL3084-BW-00008206
UBER-MDL3084-BW-00008208
UBER-MDL3084-BW-00008213
UBER-MDL3084-BW-00008218
UBER-MDL3084-BW-00008219
UBER-MDL3084-BW-00008221
UBER-MDL3084-BW-00008225
UBER-MDL3084-BW-00008232
UBER-MDL3084-BW-00008234
UBER-MDL3084-BW-00008238
UBER-MDL3084-BW-00008243
UBER-MDL3084-BW-00008247
UBER-MDL3084-BW-00008250
UBER-MDL3084-BW-00008252
UBER-MDL3084-BW-00008254
UBER-MDL3084-BW-00008256
UBER-MDL3084-BW-00008261
UBER-MDL3084-BW-00008263
UBER-MDL3084-BW-00008265
UBER-MDL3084-BW-00008269
UBER-MDL3084-BW-00008275
UBER-MDL3084-BW-00008277
UBER-MDL3084-BW-00008279
UBER-MDL3084-BW-00008287
UBER-MDL3084-BW-00008289
UBER-MDL3084-BW-00008300
UBER-MDL3084-BW-00008302
UBER-MDL3084-BW-00008308
UBER-MDL3084-BW-00008320
UBER-MDL3084-BW-00008322
UBER-MDL3084-BW-00008331

UBER-MDL3084-BW-00008361
UBER-MDL3084-BW-00008389
UBER-MDL3084-BW-00008390
UBER-MDL3084-BW-00008391
UBER-MDL3084-BW-00008392
UBER-MDL3084-BW-00008393
UBER-MDL3084-BW-00008395
UBER-MDL3084-BW-00008397
UBER-MDL3084-BW-00008398
UBER-MDL3084-BW-00008399
UBER-MDL3084-BW-00008400
UBER-MDL3084-BW-00008401
UBER-MDL3084-BW-00008402
UBER-MDL3084-BW-00008403
UBER-MDL3084-BW-00008404
UBER-MDL3084-BW-00008405
UBER-MDL3084-BW-00008406
UBER-MDL3084-BW-00008407
UBER-MDL3084-BW-00008408
UBER-MDL3084-BW-00008409
UBER-MDL3084-BW-00008411
UBER-MDL3084-BW-00008412
UBER-MDL3084-BW-00008413
UBER-MDL3084-BW-00008415
UBER-MDL3084-BW-00008417
UBER-MDL3084-BW-00008418
UBER-MDL3084-BW-00008419
UBER-MDL3084-BW-00008422
UBER-MDL3084-BW-00008424
UBER-MDL3084-BW-00008427
UBER-MDL3084-BW-00008428
UBER-MDL3084-BW-00008435
UBER-MDL3084-BW-00008438
UBER-MDL3084-BW-00008439
UBER-MDL3084-BW-00008440
UBER-MDL3084-BW-00008442
UBER-MDL3084-BW-00008444
UBER-MDL3084-BW-00008446
UBER-MDL3084-BW-00008454
UBER-MDL3084-BW-00008456
UBER-MDL3084-BW-00008458
UBER-MDL3084-BW-00008459
UBER-MDL3084-BW-00008460
UBER-MDL3084-BW-00008461
UBER-MDL3084-BW-00008465
UBER-MDL3084-BW-00008467

UBER-MDL3084-BW-00008468
UBER-MDL3084-BW-00008472
UBER-MDL3084-BW-00008474
UBER-MDL3084-BW-00008475
UBER-MDL3084-BW-00008476
UBER-MDL3084-BW-00008478
UBER-MDL3084-BW-00008480
UBER-MDL3084-BW-00008482
UBER-MDL3084-BW-00008484
UBER-MDL3084-BW-00008486
UBER-MDL3084-BW-00008486
UBER-MDL3084-BW-00008486
UBER-MDL3084-BW-00008492
UBER-MDL3084-BW-00008500
UBER-MDL3084-BW-00008502
UBER-MDL3084-BW-00008509
UBER-MDL3084-BW-00008521
UBER-MDL3084-BW-00008526
UBER-MDL3084-BW-00008531
UBER-MDL3084-BW-00008533
UBER-MDL3084-BW-00008535
UBER-MDL3084-BW-00008544
UBER-MDL3084-BW-00008546
UBER-MDL3084-BW-00008554
UBER-MDL3084-BW-00008556
UBER-MDL3084-BW-00008560
UBER-MDL3084-BW-00008566
UBER-MDL3084-BW-00008569
UBER-MDL3084-BW-00008573
UBER-MDL3084-BW-00008574
UBER-MDL3084-BW-00008576
UBER-MDL3084-BW-00008580
UBER-MDL3084-BW-00008590
UBER-MDL3084-BW-00008593
UBER-MDL3084-BW-00008594
UBER-MDL3084-BW-00008597
UBER-MDL3084-BW-00008600
UBER-MDL3084-BW-00008604
UBER-MDL3084-BW-00008606
UBER-MDL3084-BW-00008608
UBER-MDL3084-BW-00008610
UBER-MDL3084-BW-00008614
UBER-MDL3084-BW-00008615
UBER-MDL3084-BW-00008616
UBER-MDL3084-BW-00008622
UBER-MDL3084-BW-00008627

Confidential – Subject to Protective Order    Confidential - Subject to Protective Order

UBER-MDL3084-BW-00008629
UBER-MDL3084-BW-00008631
UBER-MDL3084-BW-00008632
UBER-MDL3084-BW-00008634
UBER-MDL3084-BW-00008636
UBER-MDL3084-BW-00008638
UBER-MDL3084-BW-00008646
UBER-MDL3084-BW-00008648
UBER-MDL3084-BW-00008651
UBER-MDL3084-BW-00008653
UBER-MDL3084-BW-00008653
UBER-MDL3084-BW-00008662
UBER-MDL3084-BW-00008664
UBER-MDL3084-BW-00008667
UBER-MDL3084-BW-00008669
UBER-MDL3084-BW-00008673
UBER-MDL3084-BW-00008675
UBER-MDL3084-BW-00008678
UBER-MDL3084-BW-00008682
UBER-MDL3084-BW-00008690
UBER-MDL3084-BW-00008690
UBER-MDL3084-BW-00008704
UBER-MDL3084-BW-00008704
UBER-MDL3084-BW-00008707
UBER-MDL3084-BW-00008711
UBER-MDL3084-BW-00008713
UBER-MDL3084-BW-00008720
UBER-MDL3084-BW-00008722
UBER-MDL3084-BW-00008725
UBER-MDL3084-BW-00008728
UBER-MDL3084-BW-00008743
UBER-MDL3084-BW-00008745
UBER-MDL3084-BW-00008761
UBER-MDL3084-BW-00008762
UBER-MDL3084-BW-00008763
UBER-MDL3084-BW-00008764
UBER-MDL3084-BW-00008765
UBER-MDL3084-BW-00008767
UBER-MDL3084-BW-00008768
UBER-MDL3084-BW-00008770
UBER-MDL3084-BW-00008771
UBER-MDL3084-BW-00008772
UBER-MDL3084-BW-00008774
UBER-MDL3084-BW-00008775
UBER-MDL3084-BW-00008777
UBER-MDL3084-BW-00008779

UBER-MDL3084-BW-00008780
UBER-MDL3084-BW-00008781
UBER-MDL3084-BW-00008782
UBER-MDL3084-BW-00008783
UBER-MDL3084-BW-00008784
UBER-MDL3084-BW-00008785
UBER-MDL3084-BW-00008786
UBER-MDL3084-BW-00008787
UBER-MDL3084-BW-00008788
UBER-MDL3084-BW-00008789
UBER-MDL3084-BW-00008790
UBER-MDL3084-BW-00008793
UBER-MDL3084-BW-00008794
UBER-MDL3084-BW-00008795
UBER-MDL3084-BW-00008797
UBER-MDL3084-BW-00008798
UBER-MDL3084-BW-00008799
UBER-MDL3084-BW-00008800
UBER-MDL3084-BW-00008801
UBER-MDL3084-BW-00008802
UBER-MDL3084-BW-00008803
UBER-MDL3084-BW-00008804
UBER-MDL3084-BW-00008805
UBER-MDL3084-BW-00008806
UBER-MDL3084-BW-00008807
UBER-MDL3084-BW-00008808
UBER-MDL3084-BW-00008810
UBER-MDL3084-BW-00008812
UBER-MDL3084-BW-00008814
UBER-MDL3084-BW-00008816
UBER-MDL3084-BW-00008817
UBER-MDL3084-BW-00008818
UBER-MDL3084-BW-00008821
UBER-MDL3084-BW-00008822
UBER-MDL3084-BW-00008825
UBER-MDL3084-BW-00008827
UBER-MDL3084-BW-00008829
UBER-MDL3084-BW-00008831
UBER-MDL3084-BW-00008833
UBER-MDL3084-BW-00008835
UBER-MDL3084-BW-00008837
UBER-MDL3084-BW-00008838
UBER-MDL3084-BW-00008840
UBER-MDL3084-BW-00008842
UBER-MDL3084-BW-00008844
UBER-MDL3084-BW-00008846

| | |
|---|---|
| UBER-MDL3084-BW-00008853 | UBER-MDL3084-BW-00008984 |
| UBER-MDL3084-BW-00008854 | UBER-MDL3084-BW-00008985 |
| UBER-MDL3084-BW-00008856 | UBER-MDL3084-BW-00008986 |
| UBER-MDL3084-BW-00008858 | UBER-MDL3084-BW-00008987 |
| UBER-MDL3084-BW-00008860 | UBER-MDL3084-BW-00008988 |
| UBER-MDL3084-BW-00008862 | UBER-MDL3084-BW-00008989 |
| UBER-MDL3084-BW-00008864 | UBER-MDL3084-BW-00008990 |
| UBER-MDL3084-BW-00008866 | UBER-MDL3084-BW-00008991 |
| UBER-MDL3084-BW-00008868 | UBER-MDL3084-BW-00008992 |
| UBER-MDL3084-BW-00008870 | UBER-MDL3084-BW-00008993 |
| UBER-MDL3084-BW-00008872 | UBER-MDL3084-BW-00008994 |
| UBER-MDL3084-BW-00008873 | UBER-MDL3084-BW-00008995 |
| UBER-MDL3084-BW-00008877 | UBER-MDL3084-BW-00008996 |
| UBER-MDL3084-BW-00008883 | UBER-MDL3084-BW-00008997 |
| UBER-MDL3084-BW-00008887 | UBER-MDL3084-BW-00008998 |
| UBER-MDL3084-BW-00008889 | UBER-MDL3084-BW-00008999 |
| UBER-MDL3084-BW-00008891 | UBER-MDL3084-BW-00009001 |
| UBER-MDL3084-BW-00008894 | UBER-MDL3084-BW-00009002 |
| UBER-MDL3084-BW-00008896 | UBER-MDL3084-BW-00009003 |
| UBER-MDL3084-BW-00008898 | UBER-MDL3084-BW-00009004 |
| UBER-MDL3084-BW-00008902 | UBER-MDL3084-BW-00009005 |
| UBER-MDL3084-BW-00008906 | UBER-MDL3084-BW-00009006 |
| UBER-MDL3084-BW-00008911 | UBER-MDL3084-BW-00009007 |
| UBER-MDL3084-BW-00008915 | UBER-MDL3084-BW-00009008 |
| UBER-MDL3084-BW-00008917 | UBER-MDL3084-BW-00009009 |
| UBER-MDL3084-BW-00008921 | UBER-MDL3084-BW-00009010 |
| UBER-MDL3084-BW-00008923 | UBER-MDL3084-BW-00009011 |
| UBER-MDL3084-BW-00008926 | UBER-MDL3084-BW-00009012 |
| UBER-MDL3084-BW-00008929 | UBER-MDL3084-BW-00009013 |
| UBER-MDL3084-BW-00008931 | UBER-MDL3084-BW-00009014 |
| UBER-MDL3084-BW-00008933 | UBER-MDL3084-BW-00009015 |
| UBER-MDL3084-BW-00008936 | UBER-MDL3084-BW-00009018 |
| UBER-MDL3084-BW-00008939 | UBER-MDL3084-BW-00009019 |
| UBER-MDL3084-BW-00008945 | UBER-MDL3084-BW-00009028 |
| UBER-MDL3084-BW-00008947 | UBER-MDL3084-BW-00009029 |
| UBER-MDL3084-BW-00008949 | UBER-MDL3084-BW-00009030 |
| UBER-MDL3084-BW-00008953 | UBER-MDL3084-BW-00009031 |
| UBER-MDL3084-BW-00008958 | UBER-MDL3084-BW-00009032 |
| UBER-MDL3084-BW-00008962 | UBER-MDL3084-BW-00009033 |
| UBER-MDL3084-BW-00008977 | UBER-MDL3084-BW-00009034 |
| UBER-MDL3084-BW-00008978 | UBER-MDL3084-BW-00009035 |
| UBER-MDL3084-BW-00008979 | UBER-MDL3084-BW-00009036 |
| UBER-MDL3084-BW-00008980 | UBER-MDL3084-BW-00009037 |
| UBER-MDL3084-BW-00008981 | UBER-MDL3084-BW-00009042 |
| UBER-MDL3084-BW-00008982 | UBER-MDL3084-BW-00009044 |
| UBER-MDL3084-BW-00008983 | UBER-MDL3084-BW-00009046 |

Confidential – Subject to Protective Order          Confidential - Subject to Protective Order

55

| | |
|---|---|
| UBER-MDL3084-BW-00009047 | UBER-MDL3084-BW-00009195 |
| UBER-MDL3084-BW-00009048 | UBER-MDL3084-BW-00009196 |
| UBER-MDL3084-BW-00009049 | UBER-MDL3084-BW-00009198 |
| UBER-MDL3084-BW-00009052 | UBER-MDL3084-BW-00009199 |
| UBER-MDL3084-BW-00009053 | UBER-MDL3084-BW-00009202 |
| UBER-MDL3084-BW-00009054 | UBER-MDL3084-BW-00009203 |
| UBER-MDL3084-BW-00009055 | UBER-MDL3084-BW-00009204 |
| UBER-MDL3084-BW-00009056 | UBER-MDL3084-BW-00009207 |
| UBER-MDL3084-BW-00009057 | UBER-MDL3084-BW-00009209 |
| UBER-MDL3084-BW-00009058 | UBER-MDL3084-BW-00009210 |
| UBER-MDL3084-BW-00009059 | UBER-MDL3084-BW-00009212 |
| UBER-MDL3084-BW-00009060 | UBER-MDL3084-BW-00009214 |
| UBER-MDL3084-BW-00009061 | UBER-MDL3084-BW-00009215 |
| UBER-MDL3084-BW-00009063 | UBER-MDL3084-BW-00009218 |
| UBER-MDL3084-BW-00009078 | UBER-MDL3084-BW-00009219 |
| UBER-MDL3084-BW-00009079 | UBER-MDL3084-BW-00009220 |
| UBER-MDL3084-BW-00009080 | UBER-MDL3084-BW-00009224 |
| UBER-MDL3084-BW-00009082 | UBER-MDL3084-BW-00009226 |
| UBER-MDL3084-BW-00009083 | UBER-MDL3084-BW-00009228 |
| UBER-MDL3084-BW-00009087 | UBER-MDL3084-BW-00009229 |
| UBER-MDL3084-BW-00009103 | UBER-MDL3084-BW-00009230 |
| UBER-MDL3084-BW-00009110 | UBER-MDL3084-BW-00009233 |
| UBER-MDL3084-BW-00009113 | UBER-MDL3084-BW-00009234 |
| UBER-MDL3084-BW-00009117 | UBER-MDL3084-BW-00009235 |
| UBER-MDL3084-BW-00009124 | UBER-MDL3084-BW-00009236 |
| UBER-MDL3084-BW-00009130 | UBER-MDL3084-BW-00009238 |
| UBER-MDL3084-BW-00009133 | UBER-MDL3084-BW-00009240 |
| UBER-MDL3084-BW-00009136 | UBER-MDL3084-BW-00009241 |
| UBER-MDL3084-BW-00009138 | UBER-MDL3084-BW-00009243 |
| UBER-MDL3084-BW-00009145 | UBER-MDL3084-BW-00009244 |
| UBER-MDL3084-BW-00009146 | UBER-MDL3084-BW-00009245 |
| UBER-MDL3084-BW-00009150 | UBER-MDL3084-BW-00009249 |
| UBER-MDL3084-BW-00009159 | UBER-MDL3084-BW-00009252 |
| UBER-MDL3084-BW-00009163 | UBER-MDL3084-BW-00009253 |
| UBER-MDL3084-BW-00009164 | UBER-MDL3084-BW-00009257 |
| UBER-MDL3084-BW-00009185 | UBER-MDL3084-BW-00009259 |
| UBER-MDL3084-BW-00009187 | UBER-MDL3084-BW-00009260 |
| UBER-MDL3084-BW-00009188 | UBER-MDL3084-BW-00009262 |
| UBER-MDL3084-BW-00009189 | UBER-MDL3084-BW-00009263 |
| UBER-MDL3084-BW-00009189 | UBER-MDL3084-BW-00009265 |
| UBER-MDL3084-BW-00009191 | UBER-MDL3084-BW-00009266 |
| UBER-MDL3084-BW-00009191 | UBER-MDL3084-BW-00009267 |
| UBER-MDL3084-BW-00009192 | UBER-MDL3084-BW-00009268 |
| UBER-MDL3084-BW-00009192 | UBER-MDL3084-BW-00009269 |
| UBER-MDL3084-BW-00009193 | UBER-MDL3084-BW-00009273 |
| UBER-MDL3084-BW-00009195 | UBER-MDL3084-BW-00009275 |

UBER-MDL3084-BW-00009278
UBER-MDL3084-BW-00009279
UBER-MDL3084-BW-00009280
UBER-MDL3084-BW-00009281
UBER-MDL3084-BW-00009282
UBER-MDL3084-BW-00009286
UBER-MDL3084-BW-00009287
UBER-MDL3084-BW-00009288
UBER-MDL3084-BW-00009289
UBER-MDL3084-BW-00009290
UBER-MDL3084-BW-00009292
UBER-MDL3084-BW-00009293
UBER-MDL3084-BW-00009294
UBER-MDL3084-BW-00009295
UBER-MDL3084-BW-00009296
UBER-MDL3084-BW-00009297
UBER-MDL3084-BW-00009300
UBER-MDL3084-BW-00009301
UBER-MDL3084-BW-00009302
UBER-MDL3084-BW-00009303
UBER-MDL3084-BW-00009305
UBER-MDL3084-BW-00009306
UBER-MDL3084-BW-00009307
UBER-MDL3084-BW-00009308
UBER-MDL3084-BW-00009309
UBER-MDL3084-BW-00009312
UBER-MDL3084-BW-00009316
UBER-MDL3084-BW-00009318
UBER-MDL3084-BW-00009319
UBER-MDL3084-BW-00009320
UBER-MDL3084-BW-00009321
UBER-MDL3084-BW-00009322
UBER-MDL3084-BW-00009323
UBER-MDL3084-BW-00009324
UBER-MDL3084-BW-00009325
UBER-MDL3084-BW-00009326
UBER-MDL3084-BW-00009327
UBER-MDL3084-BW-00009328
UBER-MDL3084-BW-00009330
UBER-MDL3084-BW-00009331
UBER-MDL3084-BW-00009332
UBER-MDL3084-BW-00009333
UBER-MDL3084-BW-00009334
UBER-MDL3084-BW-00009335
UBER-MDL3084-BW-00009336
UBER-MDL3084-BW-00009338

UBER-MDL3084-BW-00009339
UBER-MDL3084-BW-00009341
UBER-MDL3084-BW-00009342
UBER-MDL3084-BW-00009344
UBER-MDL3084-BW-00009347
UBER-MDL3084-BW-00009348
UBER-MDL3084-BW-00009349
UBER-MDL3084-BW-00009354
UBER-MDL3084-BW-00009355
UBER-MDL3084-BW-00009356
UBER-MDL3084-BW-00009357
UBER-MDL3084-BW-00009358
UBER-MDL3084-BW-00009359
UBER-MDL3084-BW-00009360
UBER-MDL3084-BW-00009362
UBER-MDL3084-BW-00009363
UBER-MDL3084-BW-00009364
UBER-MDL3084-BW-00009365
UBER-MDL3084-BW-00009367
UBER-MDL3084-BW-00009368
UBER-MDL3084-BW-00009369
UBER-MDL3084-BW-00009373
UBER-MDL3084-BW-00009374
UBER-MDL3084-BW-00009375
UBER-MDL3084-BW-00009379
UBER-MDL3084-BW-00009382
UBER-MDL3084-BW-00009386
UBER-MDL3084-BW-00009388
UBER-MDL3084-BW-00009389
UBER-MDL3084-BW-00009390
UBER-MDL3084-BW-00009392
UBER-MDL3084-BW-00009393
UBER-MDL3084-BW-00009394
UBER-MDL3084-BW-00009395
UBER-MDL3084-BW-00009396
UBER-MDL3084-BW-00009397
UBER-MDL3084-BW-00009398
UBER-MDL3084-BW-00009399
UBER-MDL3084-BW-00009402
UBER-MDL3084-BW-00009403
UBER-MDL3084-BW-00009406
UBER-MDL3084-BW-00009408
UBER-MDL3084-BW-00009409
UBER-MDL3084-BW-00009410
UBER-MDL3084-BW-00009412
UBER-MDL3084-BW-00009413

UBER-MDL3084-BW-00009414
UBER-MDL3084-BW-00009416
UBER-MDL3084-BW-00009420
UBER-MDL3084-BW-00009421
UBER-MDL3084-BW-00009423
UBER-MDL3084-BW-00009426
UBER-MDL3084-BW-00009429
UBER-MDL3084-BW-00009430
UBER-MDL3084-BW-00009431
UBER-MDL3084-BW-00009433
UBER-MDL3084-BW-00009434
UBER-MDL3084-BW-00009435
UBER-MDL3084-BW-00009437
UBER-MDL3084-BW-00009439
UBER-MDL3084-BW-00009440
UBER-MDL3084-BW-00009441
UBER-MDL3084-BW-00009443
UBER-MDL3084-BW-00009444
UBER-MDL3084-BW-00009445
UBER-MDL3084-BW-00009447
UBER-MDL3084-BW-00009449
UBER-MDL3084-BW-00009451
UBER-MDL3084-BW-00009453
UBER-MDL3084-BW-00009454
UBER-MDL3084-BW-00009456
UBER-MDL3084-BW-00009457
UBER-MDL3084-BW-00009460
UBER-MDL3084-BW-00009461
UBER-MDL3084-BW-00009465
UBER-MDL3084-BW-00009466
UBER-MDL3084-BW-00009467
UBER-MDL3084-BW-00009468
UBER-MDL3084-BW-00009469
UBER-MDL3084-BW-00009470
UBER-MDL3084-BW-00009471
UBER-MDL3084-BW-00009472
UBER-MDL3084-BW-00009475
UBER-MDL3084-BW-00009476
UBER-MDL3084-BW-00009478
UBER-MDL3084-BW-00009479
UBER-MDL3084-BW-00009482
UBER-MDL3084-BW-00009485
UBER-MDL3084-BW-00009488
UBER-MDL3084-BW-00009490
UBER-MDL3084-BW-00009493
UBER-MDL3084-BW-00009549

UBER-MDL3084-BW-00009549
UBER-MDL3084-BW-00009557
UBER-MDL3084-BW-00009557
UBER-MDL3084-BW-00009586
UBER-MDL3084-BW-00009586
UBER-MDL3084-BW-00009676
UBER-MDL3084-BW-00009676
UBER-MDL3084-BW-00009733
UBER-MDL3084-BW-00009733
UBER-MDL3084-BW-00010530
UBER-MDL3084-BW-00010530
UBER-MDL3084-BW-00011714
UBER-MDL3084-BW-00011714
UBER-MDL3084-BW-00011810
UBER-MDL3084-BW-00011919
UBER-MDL3084-BW-00011922
UBER-MDL3084-BW-00011925
UBER-MDL3084-BW-00011938
UBER-MDL3084-BW-00011940
UBER-MDL3084-BW-00012054
UBER-MDL3084-BW-00012056
UBER-MDL3084-BW-00012056
UBER-MDL3084-BW-00012059
UBER-MDL3084-BW-00012063
UBER-MDL3084-BW-00012066
UBER-MDL3084-BW-00012145
UBER-MDL3084-BW-00012146
UBER-MDL3084-BW-00012155
UBER-MDL3084-BW-00012155
UBER-MDL3084-BW-00012222
UBER-MDL3084-BW-00012234
UBER-MDL3084-BW-00012289
UBER-MDL3084-BW-00012289
UBER-MDL3084-BW-00012371
UBER-MDL3084-BW-00012371
UBER-MDL3084-BW-00012402
UBER-MDL3084-BW-00012430
UBER-MDL3084-BW-00012430
UBER-MDL3084-BW-00012435
UBER-MDL3084-BW-00012496
UBER-MDL3084-BW-00012496
UBER-MDL3084-BW-00012503
UBER-MDL3084-BW-00012503
UBER-MDL3084-BW-00012658
UBER-MDL3084-BW-00012679
UBER-MDL3084-BW-00012709

UBER-MDL3084-BW-00012816   UBER-MDL3084-BW-00013090
UBER-MDL3084-BW-00012816   UBER-MDL3084-BW-00013100
UBER-MDL3084-BW-00012873   UBER-MDL3084-BW-00013100
UBER-MDL3084-BW-00012914   UBER-MDL3084-BW-00013101
UBER-MDL3084-BW-00012960   UBER-MDL3084-BW-00013103
UBER-MDL3084-BW-00012960   UBER-MDL3084-BW-00013128
UBER-MDL3084-BW-00012961   UBER-MDL3084-BW-00013129
UBER-MDL3084-BW-00012961   UBER-MDL3084-BW-00013132
UBER-MDL3084-BW-00012962   UBER-MDL3084-BW-00013132
UBER-MDL3084-BW-00012962   UBER-MDL3084-BW-00013133
UBER-MDL3084-BW-00012963   UBER-MDL3084-BW-00013133
UBER-MDL3084-BW-00012963   UBER-MDL3084-BW-00013139
UBER-MDL3084-BW-00012964   UBER-MDL3084-BW-00013140
UBER-MDL3084-BW-00012964   UBER-MDL3084-BW-00013146
UBER-MDL3084-BW-00012965   UBER-MDL3084-BW-00013150
UBER-MDL3084-BW-00012965   UBER-MDL3084-BW-00013162
UBER-MDL3084-BW-00012965   UBER-MDL3084-BW-00013162
UBER-MDL3084-BW-00012967   UBER-MDL3084-BW-00013164
UBER-MDL3084-BW-00012967   UBER-MDL3084-BW-00013164
UBER-MDL3084-BW-00012979   UBER-MDL3084-BW-00013165
UBER-MDL3084-BW-00012980   UBER-MDL3084-BW-00013165
UBER-MDL3084-BW-00012983   UBER-MDL3084-BW-00013167
UBER-MDL3084-BW-00012984   UBER-MDL3084-BW-00013167
UBER-MDL3084-BW-00012989   UBER-MDL3084-BW-00013168
UBER-MDL3084-BW-00012989   UBER-MDL3084-BW-00013168
UBER-MDL3084-BW-00013003   UBER-MDL3084-BW-00013171
UBER-MDL3084-BW-00013013   UBER-MDL3084-BW-00013171
UBER-MDL3084-BW-00013015   UBER-MDL3084-BW-00013172
UBER-MDL3084-BW-00013022   UBER-MDL3084-BW-00013172
UBER-MDL3084-BW-00013025   UBER-MDL3084-BW-00013173
UBER-MDL3084-BW-00013028   UBER-MDL3084-BW-00013173
UBER-MDL3084-BW-00013029   UBER-MDL3084-BW-00013174
UBER-MDL3084-BW-00013029   UBER-MDL3084-BW-00013174
UBER-MDL3084-BW-00013036   UBER-MDL3084-BW-00013175
UBER-MDL3084-BW-00013038   UBER-MDL3084-BW-00013175
UBER-MDL3084-BW-00013039   UBER-MDL3084-BW-00013176
UBER-MDL3084-BW-00013047   UBER-MDL3084-BW-00013179
UBER-MDL3084-BW-00013050   UBER-MDL3084-BW-00013179
UBER-MDL3084-BW-00013053   UBER-MDL3084-BW-00013180
UBER-MDL3084-BW-00013055   UBER-MDL3084-BW-00013541
UBER-MDL3084-BW-00013056   UBER-MDL3084-BW-00013685
UBER-MDL3084-BW-00013057   UBER-MDL3084-BW-00013829
UBER-MDL3084-BW-00013058   UBER-MDL3084-BW-00013973
UBER-MDL3084-BW-00013066   UBER-MDL3084-BW-00014117
UBER-MDL3084-BW-00013078   UBER-MDL3084-BW-00014261
UBER-MDL3084-BW-00013080   UBER-MDL3084-BW-00014261

UBER-MDL3084-BW-00014261
UBER-MDL3084-BW-00014262
UBER-MDL3084-BW-00014422
UBER-MDL3084-BW-00014582
UBER-MDL3084-BW-00014742
UBER-MDL3084-BW-00014903
UBER-MDL3084-BW-00015064
UBER-MDL3084-BW-00015224
UBER-MDL3084-BW-00015383
UBER-MDL3084-BW-00015527
UBER-MDL3084-BW-00015673
UBER-MDL3084-BW-00015818
UBER-MDL3084-BW-00015963
UBER-MDL3084-BW-00016104
UBER-MDL3084-BW-00016244
UBER-MDL3084-BW-00016397
UBER-MDL3084-BW-00016549
UBER-MDL3084-BW-00016702
UBER-MDL3084-BW-00016856
UBER-MDL3084-BW-00017010
UBER-MDL3084-BW-00017165
UBER-MDL3084-BW-00017319
UBER-MDL3084-BW-00017475
UBER-MDL3084-BW-00017618
UBER-MDL3084-BW-00017762
UBER-MDL3084-BW-00017905
UBER-MDL3084-BW-00018048
UBER-MDL3084-BW-00018191
UBER-MDL3084-BW-00018338
UBER-MDL3084-BW-00018481
UBER-MDL3084-BW-00018627
UBER-MDL3084-BW-00018773
UBER-MDL3084-BW-00018918
UBER-MDL3084-BW-00019063
UBER-MDL3084-BW-00019209
UBER-MDL3084-BW-00019354
UBER-MDL3084-BW-00019514
UBER-MDL3084-BW-00019673
UBER-MDL3084-BW-00019831
UBER-MDL3084-BW-00019989
UBER-MDL3084-BW-00020146
UBER-MDL3084-BW-00020304
UBER-MDL3084-BW-00020466
UBER-MDL3084-BW-00020628
UBER-MDL3084-BW-00020788
UBER-MDL3084-BW-00020947

UBER-MDL3084-BW-00021103
UBER-MDL3084-BW-00021258
UBER-MDL3084-BW-00021413
UBER-MDL3084-BW-00021566
UBER-MDL3084-BW-00021718
UBER-MDL3084-BW-00021871
UBER-MDL3084-BW-00022029
UBER-MDL3084-BW-00022031
UBER-MDL3084-BW-00022031
UBER-MDL3084-BW-00022032
UBER-MDL3084-BW-00022033
UBER-MDL3084-BW-00022033
UBER-MDL3084-BW-00022034
UBER-MDL3084-BW-00022036
UBER-MDL3084-BW-00022036
UBER-MDL3084-BW-00022037
UBER-MDL3084-BW-00022037
UBER-MDL3084-BW-00022038
UBER-MDL3084-BW-00022038
UBER-MDL3084-BW-00022039
UBER-MDL3084-BW-00022039
UBER-MDL3084-BW-00022040
UBER-MDL3084-BW-00022041
UBER-MDL3084-BW-00022041
UBER-MDL3084-BW-00022042
UBER-MDL3084-BW-00022043
UBER-MDL3084-BW-00022043
UBER-MDL3084-BW-00022046
UBER-MDL3084-BW-00022046
UBER-MDL3084-BW-00022049
UBER-MDL3084-BW-00022049
UBER-MDL3084-BW-00022050
UBER-MDL3084-BW-00022050
UBER-MDL3084-BW-00022051
UBER-MDL3084-BW-00022051
UBER-MDL3084-BW-00022052
UBER-MDL3084-BW-00022052
UBER-MDL3084-BW-00022053
UBER-MDL3084-BW-00022053
UBER-MDL3084-BW-00022056
UBER-MDL3084-BW-00022056
UBER-MDL3084-BW-00022059
UBER-MDL3084-BW-00022059
UBER-MDL3084-BW-00022065
UBER-MDL3084-BW-00022065
UBER-MDL3084-BW-00022067

Confidential – Subject to Protective Order                    Confidential - Subject to Protective Order

60

UBER-MDL3084-BW-00022067

UBER-MDL3084-BW-00022070

UBER-MDL3084-BW-00022070

UBER-MDL3084-BW-00022077

UBER-MDL3084-BW-00022077

UBER-MDL3084-BW-00022078

UBER-MDL3084-BW-00022078

UBER-MDL3084-BW-00022079

UBER-MDL3084-BW-00022079

UBER-MDL3084-BW-00022080

UBER-MDL3084-BW-00022081

UBER-MDL3084-BW-00022081

UBER-MDL3084-BW-00022085

UBER-MDL3084-BW-00022085

UBER-MDL3084-BW-00022086

UBER-MDL3084-BW-00022086

UBER-MDL3084-BW-00022088

UBER-MDL3084-BW-00022088

UBER-MDL3084-BW-00022090

UBER-MDL3084-BW-00022090

UBER-MDL3084-BW-00022091

UBER-MDL3084-BW-00022091

UBER-MDL3084-BW-00022092

UBER-MDL3084-BW-00022095

UBER-MDL3084-BW-00022095

UBER-MDL3084-BW-00022098

UBER-MDL3084-BW-00022098

UBER-MDL3084-BW-00022099

UBER-MDL3084-BW-00022099

UBER-MDL3084-BW-00022100

UBER-MDL3084-BW-00022100

UBER-MDL3084-BW-00022101

UBER-MDL3084-BW-00022101

UBER-MDL3084-BW-00022102

UBER-MDL3084-BW-00022102

UBER-MDL3084-BW-00022103

UBER-MDL3084-BW-00022103

UBER-MDL3084-BW-00022104

UBER-MDL3084-BW-00022104

UBER-MDL3084-BW-00022107

UBER-MDL3084-BW-00022107

UBER-MDL3084-BW-00022109

UBER-MDL3084-BW-00022109

UBER-MDL3084-BW-00022110

UBER-MDL3084-BW-00022110

UBER-MDL3084-BW-00022112

UBER-MDL3084-BW-00022112

UBER-MDL3084-BW-00022115

UBER-MDL3084-BW-00022115

UBER-MDL3084-BW-00022116

UBER-MDL3084-BW-00022116

UBER-MDL3084-BW-00022117

UBER-MDL3084-BW-00022117

UBER-MDL3084-BW-00022118

UBER-MDL3084-BW-00022118

UBER-MDL3084-BW-00022119

UBER-MDL3084-BW-00022119

UBER-MDL3084-BW-00022120

UBER-MDL3084-BW-00022120

UBER-MDL3084-BW-00022121

UBER-MDL3084-BW-00022121

UBER-MDL3084-BW-00022122

UBER-MDL3084-BW-00022122

UBER-MDL3084-BW-00022123

UBER-MDL3084-BW-00022123

UBER-MDL3084-BW-00022124

UBER-MDL3084-BW-00022124

UBER-MDL3084-BW-00022125

UBER-MDL3084-BW-00022125

UBER-MDL3084-BW-00022125

UBER-MDL3084-BW-00022126

UBER-MDL3084-BW-00022126

UBER-MDL3084-BW-00022126

UBER-MDL3084-BW-00022127

UBER-MDL3084-BW-00022127

UBER-MDL3084-BW-00022127

UBER-MDL3084-BW-00022128

UBER-MDL3084-BW-00022128

UBER-MDL3084-BW-00022128

UBER-MDL3084-BW-00022129

UBER-MDL3084-BW-00022129

UBER-MDL3084-BW-00022129

UBER-MDL3084-BW-00022130

UBER-MDL3084-BW-00022130

UBER-MDL3084-BW-00022131

UBER-MDL3084-BW-00022131

UBER-MDL3084-BW-00022132

UBER-MDL3084-BW-00022132

UBER-MDL3084-BW-00022133

UBER-MDL3084-BW-00022133

UBER-MDL3084-BW-00022134

UBER-MDL3084-BW-00022134

61

UBER-MDL3084-BW-00022135
UBER-MDL3084-BW-00022135
UBER-MDL3084-BW-00022136
UBER-MDL3084-BW-00022136
UBER-MDL3084-BW-00022137
UBER-MDL3084-BW-00022137
UBER-MDL3084-BW-00022138
UBER-MDL3084-BW-00022138
UBER-MDL3084-BW-00022139
UBER-MDL3084-BW-00022139
UBER-MDL3084-BW-00022140
UBER-MDL3084-BW-00022140
UBER-MDL3084-BW-00022141
UBER-MDL3084-BW-00022141
UBER-MDL3084-BW-00022142
UBER-MDL3084-BW-00022142
UBER-MDL3084-BW-00022143
UBER-MDL3084-BW-00022143
UBER-MDL3084-BW-00022144
UBER-MDL3084-BW-00022144
UBER-MDL3084-BW-00022145
UBER-MDL3084-BW-00022145
UBER-MDL3084-BW-00022146
UBER-MDL3084-BW-00022146
UBER-MDL3084-BW-00022147
UBER-MDL3084-BW-00022147
UBER-MDL3084-BW-00022148
UBER-MDL3084-BW-00022148
UBER-MDL3084-BW-00022149
UBER-MDL3084-BW-00022149
UBER-MDL3084-BW-00022150
UBER-MDL3084-BW-00022150
UBER-MDL3084-BW-00022151
UBER-MDL3084-BW-00022151
UBER-MDL3084-BW-00022152
UBER-MDL3084-BW-00022152
UBER-MDL3084-BW-00022153
UBER-MDL3084-BW-00022153
UBER-MDL3084-BW-00022154
UBER-MDL3084-BW-00022154
UBER-MDL3084-BW-00022155
UBER-MDL3084-BW-00022155
UBER-MDL3084-BW-00022156
UBER-MDL3084-BW-00022156
UBER-MDL3084-BW-00022157
UBER-MDL3084-BW-00022157

UBER-MDL3084-BW-00022158
UBER-MDL3084-BW-00022159
UBER-MDL3084-BW-00022159
UBER-MDL3084-BW-00022160
UBER-MDL3084-BW-00022160
UBER-MDL3084-BW-00022161
UBER-MDL3084-BW-00022161
UBER-MDL3084-BW-00022162
UBER-MDL3084-BW-00022162
UBER-MDL3084-BW-00022163
UBER-MDL3084-BW-00022163
UBER-MDL3084-BW-00022164
UBER-MDL3084-BW-00022164
UBER-MDL3084-BW-00022165
UBER-MDL3084-BW-00022165
UBER-MDL3084-BW-00022166
UBER-MDL3084-BW-00022166
UBER-MDL3084-BW-00022167
UBER-MDL3084-BW-00022167
UBER-MDL3084-BW-00022168
UBER-MDL3084-BW-00022169
UBER-MDL3084-BW-00022170
UBER-MDL3084-BW-00022171
UBER-MDL3084-BW-00022172
UBER-MDL3084-BW-00022172
UBER-MDL3084-BW-00022173
UBER-MDL3084-BW-00022173
UBER-MDL3084-BW-00022174
UBER-MDL3084-BW-00022174
UBER-MDL3084-BW-00022175
UBER-MDL3084-BW-00022175
UBER-MDL3084-BW-00022176
UBER-MDL3084-BW-00022180
UBER-MDL3084-BW-00022180
UBER-MDL3084-BW-00022181
UBER-MDL3084-BW-00022181
UBER-MDL3084-BW-00022182
UBER-MDL3084-BW-00022182
UBER-MDL3084-BW-00022183
UBER-MDL3084-BW-00022184
UBER-MDL3084-BW-00022185
UBER-MDL3084-BW-00022194
UBER-MDL3084-BW-00022195
UBER-MDL3084-BW-00022195
UBER-MDL3084-BW-00022196
UBER-MDL3084-BW-00022196

| | |
|---|---|
| UBER-MDL3084-BW-00022197 | UBER-MDL3084-BW-00022244 |
| UBER-MDL3084-BW-00022197 | UBER-MDL3084-BW-00022244 |
| UBER-MDL3084-BW-00022198 | UBER-MDL3084-BW-00022245 |
| UBER-MDL3084-BW-00022198 | UBER-MDL3084-BW-00022245 |
| UBER-MDL3084-BW-00022201 | UBER-MDL3084-BW-00022248 |
| UBER-MDL3084-BW-00022201 | UBER-MDL3084-BW-00022248 |
| UBER-MDL3084-BW-00022202 | UBER-MDL3084-BW-00022249 |
| UBER-MDL3084-BW-00022202 | UBER-MDL3084-BW-00022249 |
| UBER-MDL3084-BW-00022205 | UBER-MDL3084-BW-00022250 |
| UBER-MDL3084-BW-00022205 | UBER-MDL3084-BW-00022253 |
| UBER-MDL3084-BW-00022208 | UBER-MDL3084-BW-00022254 |
| UBER-MDL3084-BW-00022208 | UBER-MDL3084-BW-00022257 |
| UBER-MDL3084-BW-00022209 | UBER-MDL3084-BW-00022260 |
| UBER-MDL3084-BW-00022209 | UBER-MDL3084-BW-00022261 |
| UBER-MDL3084-BW-00022210 | UBER-MDL3084-BW-00022261 |
| UBER-MDL3084-BW-00022210 | UBER-MDL3084-BW-00022262 |
| UBER-MDL3084-BW-00022213 | UBER-MDL3084-BW-00022262 |
| UBER-MDL3084-BW-00022213 | UBER-MDL3084-BW-00022263 |
| UBER-MDL3084-BW-00022214 | UBER-MDL3084-BW-00022263 |
| UBER-MDL3084-BW-00022214 | UBER-MDL3084-BW-00022264 |
| UBER-MDL3084-BW-00022217 | UBER-MDL3084-BW-00022264 |
| UBER-MDL3084-BW-00022217 | UBER-MDL3084-BW-00022265 |
| UBER-MDL3084-BW-00022220 | UBER-MDL3084-BW-00022265 |
| UBER-MDL3084-BW-00022220 | UBER-MDL3084-BW-00022266 |
| UBER-MDL3084-BW-00022221 | UBER-MDL3084-BW-00022266 |
| UBER-MDL3084-BW-00022221 | UBER-MDL3084-BW-00022267 |
| UBER-MDL3084-BW-00022222 | UBER-MDL3084-BW-00022267 |
| UBER-MDL3084-BW-00022222 | UBER-MDL3084-BW-00022268 |
| UBER-MDL3084-BW-00022225 | UBER-MDL3084-BW-00022268 |
| UBER-MDL3084-BW-00022225 | UBER-MDL3084-BW-00022270 |
| UBER-MDL3084-BW-00022226 | UBER-MDL3084-BW-00022272 |
| UBER-MDL3084-BW-00022226 | UBER-MDL3084-BW-00022272 |
| UBER-MDL3084-BW-00022229 | UBER-MDL3084-BW-00022273 |
| UBER-MDL3084-BW-00022229 | UBER-MDL3084-BW-00022274 |
| UBER-MDL3084-BW-00022230 | UBER-MDL3084-BW-00022274 |
| UBER-MDL3084-BW-00022230 | UBER-MDL3084-BW-00022275 |
| UBER-MDL3084-BW-00022233 | UBER-MDL3084-BW-00022275 |
| UBER-MDL3084-BW-00022233 | UBER-MDL3084-BW-00022276 |
| UBER-MDL3084-BW-00022234 | UBER-MDL3084-BW-00022276 |
| UBER-MDL3084-BW-00022234 | UBER-MDL3084-BW-00022277 |
| UBER-MDL3084-BW-00022237 | UBER-MDL3084-BW-00022277 |
| UBER-MDL3084-BW-00022237 | UBER-MDL3084-BW-00022278 |
| UBER-MDL3084-BW-00022240 | UBER-MDL3084-BW-00022278 |
| UBER-MDL3084-BW-00022240 | UBER-MDL3084-BW-00022279 |
| UBER-MDL3084-BW-00022241 | UBER-MDL3084-BW-00022279 |
| UBER-MDL3084-BW-00022241 | UBER-MDL3084-BW-00022280 |

Confidential – Subject to Protective Order

Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00022280 | UBER-MDL3084-BW-00022309 |
| UBER-MDL3084-BW-00022281 | UBER-MDL3084-BW-00022310 |
| UBER-MDL3084-BW-00022281 | UBER-MDL3084-BW-00022310 |
| UBER-MDL3084-BW-00022282 | UBER-MDL3084-BW-00022311 |
| UBER-MDL3084-BW-00022282 | UBER-MDL3084-BW-00022312 |
| UBER-MDL3084-BW-00022283 | UBER-MDL3084-BW-00022312 |
| UBER-MDL3084-BW-00022283 | UBER-MDL3084-BW-00022313 |
| UBER-MDL3084-BW-00022284 | UBER-MDL3084-BW-00022313 |
| UBER-MDL3084-BW-00022284 | UBER-MDL3084-BW-00022314 |
| UBER-MDL3084-BW-00022285 | UBER-MDL3084-BW-00022315 |
| UBER-MDL3084-BW-00022285 | UBER-MDL3084-BW-00022315 |
| UBER-MDL3084-BW-00022286 | UBER-MDL3084-BW-00022317 |
| UBER-MDL3084-BW-00022286 | UBER-MDL3084-BW-00022317 |
| UBER-MDL3084-BW-00022289 | UBER-MDL3084-BW-00022318 |
| UBER-MDL3084-BW-00022289 | UBER-MDL3084-BW-00022319 |
| UBER-MDL3084-BW-00022290 | UBER-MDL3084-BW-00022319 |
| UBER-MDL3084-BW-00022290 | UBER-MDL3084-BW-00022322 |
| UBER-MDL3084-BW-00022291 | UBER-MDL3084-BW-00022322 |
| UBER-MDL3084-BW-00022291 | UBER-MDL3084-BW-00022323 |
| UBER-MDL3084-BW-00022292 | UBER-MDL3084-BW-00022325 |
| UBER-MDL3084-BW-00022292 | UBER-MDL3084-BW-00022325 |
| UBER-MDL3084-BW-00022293 | UBER-MDL3084-BW-00022326 |
| UBER-MDL3084-BW-00022293 | UBER-MDL3084-BW-00022326 |
| UBER-MDL3084-BW-00022294 | UBER-MDL3084-BW-00022327 |
| UBER-MDL3084-BW-00022294 | UBER-MDL3084-BW-00022327 |
| UBER-MDL3084-BW-00022295 | UBER-MDL3084-BW-00022330 |
| UBER-MDL3084-BW-00022295 | UBER-MDL3084-BW-00022330 |
| UBER-MDL3084-BW-00022296 | UBER-MDL3084-BW-00022332 |
| UBER-MDL3084-BW-00022296 | UBER-MDL3084-BW-00022332 |
| UBER-MDL3084-BW-00022297 | UBER-MDL3084-BW-00022333 |
| UBER-MDL3084-BW-00022297 | UBER-MDL3084-BW-00022333 |
| UBER-MDL3084-BW-00022298 | UBER-MDL3084-BW-00022336 |
| UBER-MDL3084-BW-00022298 | UBER-MDL3084-BW-00022336 |
| UBER-MDL3084-BW-00022301 | UBER-MDL3084-BW-00022337 |
| UBER-MDL3084-BW-00022301 | UBER-MDL3084-BW-00022338 |
| UBER-MDL3084-BW-00022302 | UBER-MDL3084-BW-00022338 |
| UBER-MDL3084-BW-00022302 | UBER-MDL3084-BW-00022339 |
| UBER-MDL3084-BW-00022303 | UBER-MDL3084-BW-00022340 |
| UBER-MDL3084-BW-00022303 | UBER-MDL3084-BW-00022340 |
| UBER-MDL3084-BW-00022304 | UBER-MDL3084-BW-00022341 |
| UBER-MDL3084-BW-00022304 | UBER-MDL3084-BW-00022341 |
| UBER-MDL3084-BW-00022307 | UBER-MDL3084-BW-00022342 |
| UBER-MDL3084-BW-00022307 | UBER-MDL3084-BW-00022342 |
| UBER-MDL3084-BW-00022308 | UBER-MDL3084-BW-00022343 |
| UBER-MDL3084-BW-00022308 | UBER-MDL3084-BW-00022343 |
| UBER-MDL3084-BW-00022309 | UBER-MDL3084-BW-00022345 |

Confidential – Subject to Protective Order

Confidential - Subject to Protective Order

UBER-MDL3084-BW-00022345          UBER-MDL3084-BW-00022382
UBER-MDL3084-BW-00022347          UBER-MDL3084-BW-00022382
UBER-MDL3084-BW-00022347          UBER-MDL3084-BW-00022384
UBER-MDL3084-BW-00022348          UBER-MDL3084-BW-00022384
UBER-MDL3084-BW-00022349          UBER-MDL3084-BW-00022385
UBER-MDL3084-BW-00022349          UBER-MDL3084-BW-00022385
UBER-MDL3084-BW-00022350          UBER-MDL3084-BW-00022386
UBER-MDL3084-BW-00022350          UBER-MDL3084-BW-00022386
UBER-MDL3084-BW-00022351          UBER-MDL3084-BW-00022387
UBER-MDL3084-BW-00022351          UBER-MDL3084-BW-00022387
UBER-MDL3084-BW-00022352          UBER-MDL3084-BW-00022388
UBER-MDL3084-BW-00022352          UBER-MDL3084-BW-00022388
UBER-MDL3084-BW-00022353          UBER-MDL3084-BW-00022389
UBER-MDL3084-BW-00022353          UBER-MDL3084-BW-00022389
UBER-MDL3084-BW-00022356          UBER-MDL3084-BW-00022390
UBER-MDL3084-BW-00022356          UBER-MDL3084-BW-00022391
UBER-MDL3084-BW-00022359          UBER-MDL3084-BW-00022391
UBER-MDL3084-BW-00022359          UBER-MDL3084-BW-00022394
UBER-MDL3084-BW-00022360          UBER-MDL3084-BW-00022394
UBER-MDL3084-BW-00022360          UBER-MDL3084-BW-00022395
UBER-MDL3084-BW-00022361          UBER-MDL3084-BW-00022395
UBER-MDL3084-BW-00022362          UBER-MDL3084-BW-00022396
UBER-MDL3084-BW-00022362          UBER-MDL3084-BW-00022398
UBER-MDL3084-BW-00022363          UBER-MDL3084-BW-00022398
UBER-MDL3084-BW-00022363          UBER-MDL3084-BW-00022401
UBER-MDL3084-BW-00022364          UBER-MDL3084-BW-00022401
UBER-MDL3084-BW-00022364          UBER-MDL3084-BW-00022402
UBER-MDL3084-BW-00022365          UBER-MDL3084-BW-00022403
UBER-MDL3084-BW-00022365          UBER-MDL3084-BW-00022403
UBER-MDL3084-BW-00022368          UBER-MDL3084-BW-00022404
UBER-MDL3084-BW-00022368          UBER-MDL3084-BW-00022405
UBER-MDL3084-BW-00022369          UBER-MDL3084-BW-00022405
UBER-MDL3084-BW-00022369          UBER-MDL3084-BW-00022406
UBER-MDL3084-BW-00022370          UBER-MDL3084-BW-00022407
UBER-MDL3084-BW-00022374          UBER-MDL3084-BW-00022407
UBER-MDL3084-BW-00022374          UBER-MDL3084-BW-00022409
UBER-MDL3084-BW-00022375          UBER-MDL3084-BW-00022409
UBER-MDL3084-BW-00022375          UBER-MDL3084-BW-00022410
UBER-MDL3084-BW-00022376          UBER-MDL3084-BW-00022410
UBER-MDL3084-BW-00022376          UBER-MDL3084-BW-00022411
UBER-MDL3084-BW-00022377          UBER-MDL3084-BW-00022411
UBER-MDL3084-BW-00022377          UBER-MDL3084-BW-00022412
UBER-MDL3084-BW-00022379          UBER-MDL3084-BW-00022412
UBER-MDL3084-BW-00022379          UBER-MDL3084-BW-00022413
UBER-MDL3084-BW-00022381          UBER-MDL3084-BW-00022414
UBER-MDL3084-BW-00022381          UBER-MDL3084-BW-00022414

Confidential – Subject to Protective Order          Confidential - Subject to Protective Order

UBER-MDL3084-BW-00022416  UBER-MDL3084-BW-00022457
UBER-MDL3084-BW-00022416  UBER-MDL3084-BW-00022458
UBER-MDL3084-BW-00022417  UBER-MDL3084-BW-00022460
UBER-MDL3084-BW-00022417  UBER-MDL3084-BW-00022460
UBER-MDL3084-BW-00022418  UBER-MDL3084-BW-00022463
UBER-MDL3084-BW-00022418  UBER-MDL3084-BW-00022463
UBER-MDL3084-BW-00022419  UBER-MDL3084-BW-00022464
UBER-MDL3084-BW-00022421  UBER-MDL3084-BW-00022464
UBER-MDL3084-BW-00022421  UBER-MDL3084-BW-00022465
UBER-MDL3084-BW-00022424  UBER-MDL3084-BW-00022466
UBER-MDL3084-BW-00022424  UBER-MDL3084-BW-00022466
UBER-MDL3084-BW-00022425  UBER-MDL3084-BW-00022467
UBER-MDL3084-BW-00022425  UBER-MDL3084-BW-00022468
UBER-MDL3084-BW-00022426  UBER-MDL3084-BW-00022468
UBER-MDL3084-BW-00022426  UBER-MDL3084-BW-00022469
UBER-MDL3084-BW-00022427  UBER-MDL3084-BW-00022470
UBER-MDL3084-BW-00022429  UBER-MDL3084-BW-00022470
UBER-MDL3084-BW-00022429  UBER-MDL3084-BW-00022471
UBER-MDL3084-BW-00022432  UBER-MDL3084-BW-00022472
UBER-MDL3084-BW-00022432  UBER-MDL3084-BW-00022472
UBER-MDL3084-BW-00022433  UBER-MDL3084-BW-00022473
UBER-MDL3084-BW-00022433  UBER-MDL3084-BW-00022473
UBER-MDL3084-BW-00022434  UBER-MDL3084-BW-00022474
UBER-MDL3084-BW-00022434  UBER-MDL3084-BW-00022475
UBER-MDL3084-BW-00022435  UBER-MDL3084-BW-00022475
UBER-MDL3084-BW-00022437  UBER-MDL3084-BW-00022478
UBER-MDL3084-BW-00022437  UBER-MDL3084-BW-00022478
UBER-MDL3084-BW-00022440  UBER-MDL3084-BW-00022479
UBER-MDL3084-BW-00022440  UBER-MDL3084-BW-00022479
UBER-MDL3084-BW-00022444  UBER-MDL3084-BW-00022480
UBER-MDL3084-BW-00022444  UBER-MDL3084-BW-00022480
UBER-MDL3084-BW-00022445  UBER-MDL3084-BW-00022481
UBER-MDL3084-BW-00022446  UBER-MDL3084-BW-00022481
UBER-MDL3084-BW-00022446  UBER-MDL3084-BW-00022482
UBER-MDL3084-BW-00022449  UBER-MDL3084-BW-00022483
UBER-MDL3084-BW-00022449  UBER-MDL3084-BW-00022483
UBER-MDL3084-BW-00022450  UBER-MDL3084-BW-00022484
UBER-MDL3084-BW-00022450  UBER-MDL3084-BW-00022484
UBER-MDL3084-BW-00022451  UBER-MDL3084-BW-00022485
UBER-MDL3084-BW-00022453  UBER-MDL3084-BW-00022485
UBER-MDL3084-BW-00022453  UBER-MDL3084-BW-00022486
UBER-MDL3084-BW-00022455  UBER-MDL3084-BW-00022486
UBER-MDL3084-BW-00022455  UBER-MDL3084-BW-00022487
UBER-MDL3084-BW-00022456  UBER-MDL3084-BW-00022487
UBER-MDL3084-BW-00022456  UBER-MDL3084-BW-00022488
UBER-MDL3084-BW-00022457  UBER-MDL3084-BW-00022489

UBER-MDL3084-BW-00022489          UBER-MDL3084-BW-00022516
UBER-MDL3084-BW-00022490          UBER-MDL3084-BW-00022517
UBER-MDL3084-BW-00022490          UBER-MDL3084-BW-00022517
UBER-MDL3084-BW-00022491          UBER-MDL3084-BW-00022519
UBER-MDL3084-BW-00022491          UBER-MDL3084-BW-00022519
UBER-MDL3084-BW-00022492          UBER-MDL3084-BW-00022520
UBER-MDL3084-BW-00022493          UBER-MDL3084-BW-00022520
UBER-MDL3084-BW-00022493          UBER-MDL3084-BW-00022521
UBER-MDL3084-BW-00022494          UBER-MDL3084-BW-00022521
UBER-MDL3084-BW-00022494          UBER-MDL3084-BW-00022522
UBER-MDL3084-BW-00022495          UBER-MDL3084-BW-00022523
UBER-MDL3084-BW-00022495          UBER-MDL3084-BW-00022523
UBER-MDL3084-BW-00022496          UBER-MDL3084-BW-00022524
UBER-MDL3084-BW-00022496          UBER-MDL3084-BW-00022525
UBER-MDL3084-BW-00022497          UBER-MDL3084-BW-00022525
UBER-MDL3084-BW-00022497          UBER-MDL3084-BW-00022527
UBER-MDL3084-BW-00022498          UBER-MDL3084-BW-00022527
UBER-MDL3084-BW-00022498          UBER-MDL3084-BW-00022528
UBER-MDL3084-BW-00022499          UBER-MDL3084-BW-00022530
UBER-MDL3084-BW-00022500          UBER-MDL3084-BW-00022530
UBER-MDL3084-BW-00022500          UBER-MDL3084-BW-00022531
UBER-MDL3084-BW-00022501          UBER-MDL3084-BW-00022531
UBER-MDL3084-BW-00022501          UBER-MDL3084-BW-00022532
UBER-MDL3084-BW-00022502          UBER-MDL3084-BW-00022533
UBER-MDL3084-BW-00022502          UBER-MDL3084-BW-00022533
UBER-MDL3084-BW-00022503          UBER-MDL3084-BW-00022534
UBER-MDL3084-BW-00022503          UBER-MDL3084-BW-00022534
UBER-MDL3084-BW-00022504          UBER-MDL3084-BW-00022535
UBER-MDL3084-BW-00022504          UBER-MDL3084-BW-00022535
UBER-MDL3084-BW-00022505          UBER-MDL3084-BW-00022536
UBER-MDL3084-BW-00022506          UBER-MDL3084-BW-00022536
UBER-MDL3084-BW-00022506          UBER-MDL3084-BW-00022537
UBER-MDL3084-BW-00022507          UBER-MDL3084-BW-00022537
UBER-MDL3084-BW-00022507          UBER-MDL3084-BW-00022538
UBER-MDL3084-BW-00022508          UBER-MDL3084-BW-00022539
UBER-MDL3084-BW-00022508          UBER-MDL3084-BW-00022539
UBER-MDL3084-BW-00022509          UBER-MDL3084-BW-00022540
UBER-MDL3084-BW-00022509          UBER-MDL3084-BW-00022540
UBER-MDL3084-BW-00022510          UBER-MDL3084-BW-00022541
UBER-MDL3084-BW-00022510          UBER-MDL3084-BW-00022541
UBER-MDL3084-BW-00022511          UBER-MDL3084-BW-00022542
UBER-MDL3084-BW-00022512          UBER-MDL3084-BW-00022542
UBER-MDL3084-BW-00022512          UBER-MDL3084-BW-00022543
UBER-MDL3084-BW-00022513          UBER-MDL3084-BW-00022543
UBER-MDL3084-BW-00022513          UBER-MDL3084-BW-00022544
UBER-MDL3084-BW-00022516          UBER-MDL3084-BW-00022544

**Confidential – Subject to Protective Order**          Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00022545 | UBER-MDL3084-BW-00022568 |
| UBER-MDL3084-BW-00022545 | UBER-MDL3084-BW-00022568 |
| UBER-MDL3084-BW-00022546 | UBER-MDL3084-BW-00022569 |
| UBER-MDL3084-BW-00022546 | UBER-MDL3084-BW-00022569 |
| UBER-MDL3084-BW-00022547 | UBER-MDL3084-BW-00022570 |
| UBER-MDL3084-BW-00022547 | UBER-MDL3084-BW-00022570 |
| UBER-MDL3084-BW-00022548 | UBER-MDL3084-BW-00022571 |
| UBER-MDL3084-BW-00022548 | UBER-MDL3084-BW-00022571 |
| UBER-MDL3084-BW-00022549 | UBER-MDL3084-BW-00022572 |
| UBER-MDL3084-BW-00022549 | UBER-MDL3084-BW-00022572 |
| UBER-MDL3084-BW-00022550 | UBER-MDL3084-BW-00022573 |
| UBER-MDL3084-BW-00022550 | UBER-MDL3084-BW-00022573 |
| UBER-MDL3084-BW-00022551 | UBER-MDL3084-BW-00022574 |
| UBER-MDL3084-BW-00022551 | UBER-MDL3084-BW-00022574 |
| UBER-MDL3084-BW-00022552 | UBER-MDL3084-BW-00022575 |
| UBER-MDL3084-BW-00022552 | UBER-MDL3084-BW-00022575 |
| UBER-MDL3084-BW-00022553 | UBER-MDL3084-BW-00022576 |
| UBER-MDL3084-BW-00022553 | UBER-MDL3084-BW-00022576 |
| UBER-MDL3084-BW-00022554 | UBER-MDL3084-BW-00022577 |
| UBER-MDL3084-BW-00022554 | UBER-MDL3084-BW-00022577 |
| UBER-MDL3084-BW-00022555 | UBER-MDL3084-BW-00022578 |
| UBER-MDL3084-BW-00022555 | UBER-MDL3084-BW-00022578 |
| UBER-MDL3084-BW-00022556 | UBER-MDL3084-BW-00022579 |
| UBER-MDL3084-BW-00022556 | UBER-MDL3084-BW-00022579 |
| UBER-MDL3084-BW-00022557 | UBER-MDL3084-BW-00022580 |
| UBER-MDL3084-BW-00022557 | UBER-MDL3084-BW-00022580 |
| UBER-MDL3084-BW-00022558 | UBER-MDL3084-BW-00022581 |
| UBER-MDL3084-BW-00022558 | UBER-MDL3084-BW-00022581 |
| UBER-MDL3084-BW-00022559 | UBER-MDL3084-BW-00022582 |
| UBER-MDL3084-BW-00022559 | UBER-MDL3084-BW-00022582 |
| UBER-MDL3084-BW-00022560 | UBER-MDL3084-BW-00022583 |
| UBER-MDL3084-BW-00022560 | UBER-MDL3084-BW-00022583 |
| UBER-MDL3084-BW-00022561 | UBER-MDL3084-BW-00022584 |
| UBER-MDL3084-BW-00022561 | UBER-MDL3084-BW-00022584 |
| UBER-MDL3084-BW-00022562 | UBER-MDL3084-BW-00022585 |
| UBER-MDL3084-BW-00022562 | UBER-MDL3084-BW-00022585 |
| UBER-MDL3084-BW-00022563 | UBER-MDL3084-BW-00022586 |
| UBER-MDL3084-BW-00022563 | UBER-MDL3084-BW-00022586 |
| UBER-MDL3084-BW-00022564 | UBER-MDL3084-BW-00022587 |
| UBER-MDL3084-BW-00022564 | UBER-MDL3084-BW-00022587 |
| UBER-MDL3084-BW-00022565 | UBER-MDL3084-BW-00022588 |
| UBER-MDL3084-BW-00022565 | UBER-MDL3084-BW-00022588 |
| UBER-MDL3084-BW-00022566 | UBER-MDL3084-BW-00022590 |
| UBER-MDL3084-BW-00022566 | UBER-MDL3084-BW-00022590 |
| UBER-MDL3084-BW-00022567 | UBER-MDL3084-BW-00022591 |
| UBER-MDL3084-BW-00022567 | UBER-MDL3084-BW-00022591 |

| | |
|---|---|
| UBER-MDL3084-BW-00022592 | UBER-MDL3084-BW-00022615 |
| UBER-MDL3084-BW-00022592 | UBER-MDL3084-BW-00022615 |
| UBER-MDL3084-BW-00022593 | UBER-MDL3084-BW-00022616 |
| UBER-MDL3084-BW-00022593 | UBER-MDL3084-BW-00022616 |
| UBER-MDL3084-BW-00022594 | UBER-MDL3084-BW-00022617 |
| UBER-MDL3084-BW-00022594 | UBER-MDL3084-BW-00022617 |
| UBER-MDL3084-BW-00022595 | UBER-MDL3084-BW-00022618 |
| UBER-MDL3084-BW-00022595 | UBER-MDL3084-BW-00022618 |
| UBER-MDL3084-BW-00022596 | UBER-MDL3084-BW-00022619 |
| UBER-MDL3084-BW-00022596 | UBER-MDL3084-BW-00022619 |
| UBER-MDL3084-BW-00022597 | UBER-MDL3084-BW-00022620 |
| UBER-MDL3084-BW-00022597 | UBER-MDL3084-BW-00022620 |
| UBER-MDL3084-BW-00022598 | UBER-MDL3084-BW-00022627 |
| UBER-MDL3084-BW-00022598 | UBER-MDL3084-BW-00022627 |
| UBER-MDL3084-BW-00022599 | UBER-MDL3084-BW-00022628 |
| UBER-MDL3084-BW-00022599 | UBER-MDL3084-BW-00022628 |
| UBER-MDL3084-BW-00022600 | UBER-MDL3084-BW-00022629 |
| UBER-MDL3084-BW-00022600 | UBER-MDL3084-BW-00022629 |
| UBER-MDL3084-BW-00022601 | UBER-MDL3084-BW-00022630 |
| UBER-MDL3084-BW-00022601 | UBER-MDL3084-BW-00022630 |
| UBER-MDL3084-BW-00022602 | UBER-MDL3084-BW-00022631 |
| UBER-MDL3084-BW-00022602 | UBER-MDL3084-BW-00022631 |
| UBER-MDL3084-BW-00022603 | UBER-MDL3084-BW-00022632 |
| UBER-MDL3084-BW-00022603 | UBER-MDL3084-BW-00022632 |
| UBER-MDL3084-BW-00022604 | UBER-MDL3084-BW-00022633 |
| UBER-MDL3084-BW-00022604 | UBER-MDL3084-BW-00022633 |
| UBER-MDL3084-BW-00022605 | UBER-MDL3084-BW-00022634 |
| UBER-MDL3084-BW-00022605 | UBER-MDL3084-BW-00022634 |
| UBER-MDL3084-BW-00022606 | UBER-MDL3084-BW-00022635 |
| UBER-MDL3084-BW-00022606 | UBER-MDL3084-BW-00022635 |
| UBER-MDL3084-BW-00022607 | UBER-MDL3084-BW-00022636 |
| UBER-MDL3084-BW-00022607 | UBER-MDL3084-BW-00022636 |
| UBER-MDL3084-BW-00022608 | UBER-MDL3084-BW-00022637 |
| UBER-MDL3084-BW-00022608 | UBER-MDL3084-BW-00022637 |
| UBER-MDL3084-BW-00022609 | UBER-MDL3084-BW-00022638 |
| UBER-MDL3084-BW-00022609 | UBER-MDL3084-BW-00022638 |
| UBER-MDL3084-BW-00022610 | UBER-MDL3084-BW-00022639 |
| UBER-MDL3084-BW-00022610 | UBER-MDL3084-BW-00022639 |
| UBER-MDL3084-BW-00022611 | UBER-MDL3084-BW-00022640 |
| UBER-MDL3084-BW-00022611 | UBER-MDL3084-BW-00022640 |
| UBER-MDL3084-BW-00022612 | UBER-MDL3084-BW-00022641 |
| UBER-MDL3084-BW-00022612 | UBER-MDL3084-BW-00022641 |
| UBER-MDL3084-BW-00022613 | UBER-MDL3084-BW-00022642 |
| UBER-MDL3084-BW-00022613 | UBER-MDL3084-BW-00022644 |
| UBER-MDL3084-BW-00022614 | UBER-MDL3084-BW-00022644 |
| UBER-MDL3084-BW-00022614 | UBER-MDL3084-BW-00022645 |

UBER-MDL3084-BW-00022645

UBER-MDL3084-BW-00022646

UBER-MDL3084-BW-00022646

UBER-MDL3084-BW-00022648

UBER-MDL3084-BW-00022648

UBER-MDL3084-BW-00022649

UBER-MDL3084-BW-00022649

UBER-MDL3084-BW-00022650

UBER-MDL3084-BW-00022650

UBER-MDL3084-BW-00022651

UBER-MDL3084-BW-00022651

UBER-MDL3084-BW-00022652

UBER-MDL3084-BW-00022652

UBER-MDL3084-BW-00022653

UBER-MDL3084-BW-00022653

UBER-MDL3084-BW-00022654

UBER-MDL3084-BW-00022654

UBER-MDL3084-BW-00022655

UBER-MDL3084-BW-00022655

UBER-MDL3084-BW-00022656

UBER-MDL3084-BW-00022656

UBER-MDL3084-BW-00022657

UBER-MDL3084-BW-00022657

UBER-MDL3084-BW-00022658

UBER-MDL3084-BW-00022658

UBER-MDL3084-BW-00022659

UBER-MDL3084-BW-00022659

UBER-MDL3084-BW-00022660

UBER-MDL3084-BW-00022660

UBER-MDL3084-BW-00022661

UBER-MDL3084-BW-00022661

UBER-MDL3084-BW-00022662

UBER-MDL3084-BW-00022662

UBER-MDL3084-BW-00022663

UBER-MDL3084-BW-00022663

UBER-MDL3084-BW-00022664

UBER-MDL3084-BW-00022664

UBER-MDL3084-BW-00022665

UBER-MDL3084-BW-00022665

UBER-MDL3084-BW-00022666

UBER-MDL3084-BW-00022666

UBER-MDL3084-BW-00022667

UBER-MDL3084-BW-00022667

UBER-MDL3084-BW-00022668

UBER-MDL3084-BW-00022668

UBER-MDL3084-BW-00022669

UBER-MDL3084-BW-00022669

UBER-MDL3084-BW-00022670

UBER-MDL3084-BW-00022670

UBER-MDL3084-BW-00022671

UBER-MDL3084-BW-00022672

UBER-MDL3084-BW-00022672

UBER-MDL3084-BW-00022673

UBER-MDL3084-BW-00022673

UBER-MDL3084-BW-00022674

UBER-MDL3084-BW-00022675

UBER-MDL3084-BW-00022675

UBER-MDL3084-BW-00022676

UBER-MDL3084-BW-00022676

UBER-MDL3084-BW-00022677

UBER-MDL3084-BW-00022678

UBER-MDL3084-BW-00022678

UBER-MDL3084-BW-00022679

UBER-MDL3084-BW-00022680

UBER-MDL3084-BW-00022681

UBER-MDL3084-BW-00022682

UBER-MDL3084-BW-00022684

UBER-MDL3084-BW-00022685

UBER-MDL3084-BW-00022685

UBER-MDL3084-BW-00022686

UBER-MDL3084-BW-00022688

UBER-MDL3084-BW-00022689

UBER-MDL3084-BW-00022690

UBER-MDL3084-BW-00022690

UBER-MDL3084-BW-00022691

UBER-MDL3084-BW-00022691

UBER-MDL3084-BW-00022692

UBER-MDL3084-BW-00022692

UBER-MDL3084-BW-00022693

UBER-MDL3084-BW-00022695

UBER-MDL3084-BW-00022696

UBER-MDL3084-BW-00022696

UBER-MDL3084-BW-00022697

UBER-MDL3084-BW-00022698

UBER-MDL3084-BW-00022698

UBER-MDL3084-BW-00022699

UBER-MDL3084-BW-00022699

UBER-MDL3084-BW-00022700

UBER-MDL3084-BW-00022701

UBER-MDL3084-BW-00022701

UBER-MDL3084-BW-00022702

UBER-MDL3084-BW-00022702

| | |
|---|---|
| UBER-MDL3084-BW-00022703 | UBER-MDL3084-BW-00022737 |
| UBER-MDL3084-BW-00022703 | UBER-MDL3084-BW-00022740 |
| UBER-MDL3084-BW-00022704 | UBER-MDL3084-BW-00022740 |
| UBER-MDL3084-BW-00022704 | UBER-MDL3084-BW-00022741 |
| UBER-MDL3084-BW-00022705 | UBER-MDL3084-BW-00022741 |
| UBER-MDL3084-BW-00022705 | UBER-MDL3084-BW-00022744 |
| UBER-MDL3084-BW-00022706 | UBER-MDL3084-BW-00022744 |
| UBER-MDL3084-BW-00022707 | UBER-MDL3084-BW-00022747 |
| UBER-MDL3084-BW-00022707 | UBER-MDL3084-BW-00022747 |
| UBER-MDL3084-BW-00022708 | UBER-MDL3084-BW-00022748 |
| UBER-MDL3084-BW-00022708 | UBER-MDL3084-BW-00022748 |
| UBER-MDL3084-BW-00022709 | UBER-MDL3084-BW-00022751 |
| UBER-MDL3084-BW-00022709 | UBER-MDL3084-BW-00022751 |
| UBER-MDL3084-BW-00022710 | UBER-MDL3084-BW-00022752 |
| UBER-MDL3084-BW-00022710 | UBER-MDL3084-BW-00022752 |
| UBER-MDL3084-BW-00022711 | UBER-MDL3084-BW-00022753 |
| UBER-MDL3084-BW-00022711 | UBER-MDL3084-BW-00022756 |
| UBER-MDL3084-BW-00022713 | UBER-MDL3084-BW-00022757 |
| UBER-MDL3084-BW-00022715 | UBER-MDL3084-BW-00022760 |
| UBER-MDL3084-BW-00022715 | UBER-MDL3084-BW-00022761 |
| UBER-MDL3084-BW-00022716 | UBER-MDL3084-BW-00022762 |
| UBER-MDL3084-BW-00022716 | UBER-MDL3084-BW-00022765 |
| UBER-MDL3084-BW-00022717 | UBER-MDL3084-BW-00022768 |
| UBER-MDL3084-BW-00022718 | UBER-MDL3084-BW-00022768 |
| UBER-MDL3084-BW-00022718 | UBER-MDL3084-BW-00022772 |
| UBER-MDL3084-BW-00022721 | UBER-MDL3084-BW-00022773 |
| UBER-MDL3084-BW-00022721 | UBER-MDL3084-BW-00022774 |
| UBER-MDL3084-BW-00022722 | UBER-MDL3084-BW-00022775 |
| UBER-MDL3084-BW-00022722 | UBER-MDL3084-BW-00022776 |
| UBER-MDL3084-BW-00022723 | UBER-MDL3084-BW-00022777 |
| UBER-MDL3084-BW-00022723 | UBER-MDL3084-BW-00022778 |
| UBER-MDL3084-BW-00022724 | UBER-MDL3084-BW-00022779 |
| UBER-MDL3084-BW-00022724 | UBER-MDL3084-BW-00022780 |
| UBER-MDL3084-BW-00022727 | UBER-MDL3084-BW-00022781 |
| UBER-MDL3084-BW-00022727 | UBER-MDL3084-BW-00022782 |
| UBER-MDL3084-BW-00022728 | UBER-MDL3084-BW-00022783 |
| UBER-MDL3084-BW-00022728 | UBER-MDL3084-BW-00022784 |
| UBER-MDL3084-BW-00022731 | UBER-MDL3084-BW-00022785 |
| UBER-MDL3084-BW-00022731 | UBER-MDL3084-BW-00022786 |
| UBER-MDL3084-BW-00022732 | UBER-MDL3084-BW-00022787 |
| UBER-MDL3084-BW-00022732 | UBER-MDL3084-BW-00022787 |
| UBER-MDL3084-BW-00022733 | UBER-MDL3084-BW-00022788 |
| UBER-MDL3084-BW-00022733 | UBER-MDL3084-BW-00022789 |
| UBER-MDL3084-BW-00022736 | UBER-MDL3084-BW-00022790 |
| UBER-MDL3084-BW-00022736 | UBER-MDL3084-BW-00022791 |
| UBER-MDL3084-BW-00022737 | UBER-MDL3084-BW-00022791 |

**Confidential – Subject to Protective Order**

Confidential - Subject to Protective Order

UBER-MDL3084-BW-00022792
UBER-MDL3084-BW-00022792
UBER-MDL3084-BW-00022793
UBER-MDL3084-BW-00022795
UBER-MDL3084-BW-00022795
UBER-MDL3084-BW-00022796
UBER-MDL3084-BW-00022797
UBER-MDL3084-BW-00022798
UBER-MDL3084-BW-00022799
UBER-MDL3084-BW-00022800
UBER-MDL3084-BW-00022800
UBER-MDL3084-BW-00022800
UBER-MDL3084-BW-00022801
UBER-MDL3084-BW-00022802
UBER-MDL3084-BW-00022803
UBER-MDL3084-BW-00022804
UBER-MDL3084-BW-00022805
UBER-MDL3084-BW-00022806
UBER-MDL3084-BW-00022807
UBER-MDL3084-BW-00022807
UBER-MDL3084-BW-00022808
UBER-MDL3084-BW-00022809
UBER-MDL3084-BW-00022810
UBER-MDL3084-BW-00022811
UBER-MDL3084-BW-00022811
UBER-MDL3084-BW-00022812
UBER-MDL3084-BW-00022812
UBER-MDL3084-BW-00022813
UBER-MDL3084-BW-00022813
UBER-MDL3084-BW-00022814
UBER-MDL3084-BW-00022815
UBER-MDL3084-BW-00022815
UBER-MDL3084-BW-00022816
UBER-MDL3084-BW-00022816
UBER-MDL3084-BW-00022817
UBER-MDL3084-BW-00022818
UBER-MDL3084-BW-00022819
UBER-MDL3084-BW-00022820
UBER-MDL3084-BW-00022821
UBER-MDL3084-BW-00022822
UBER-MDL3084-BW-00022823
UBER-MDL3084-BW-00022824
UBER-MDL3084-BW-00022825
UBER-MDL3084-BW-00022826
UBER-MDL3084-BW-00022827
UBER-MDL3084-BW-00022828

UBER-MDL3084-BW-00022829
UBER-MDL3084-BW-00022830
UBER-MDL3084-BW-00022831
UBER-MDL3084-BW-00022832
UBER-MDL3084-BW-00022833
UBER-MDL3084-BW-00022834
UBER-MDL3084-BW-00022835
UBER-MDL3084-BW-00022836
UBER-MDL3084-BW-00022837
UBER-MDL3084-BW-00022838
UBER-MDL3084-BW-00022839
UBER-MDL3084-BW-00022840
UBER-MDL3084-BW-00022841
UBER-MDL3084-BW-00022842
UBER-MDL3084-BW-00022843
UBER-MDL3084-BW-00022844
UBER-MDL3084-BW-00022845
UBER-MDL3084-BW-00022846
UBER-MDL3084-BW-00022847
UBER-MDL3084-BW-00022848
UBER-MDL3084-BW-00022849
UBER-MDL3084-BW-00022850
UBER-MDL3084-BW-00022851
UBER-MDL3084-BW-00022852
UBER-MDL3084-BW-00022853
UBER-MDL3084-BW-00022854
UBER-MDL3084-BW-00022855
UBER-MDL3084-BW-00022856
UBER-MDL3084-BW-00022857
UBER-MDL3084-BW-00022858
UBER-MDL3084-BW-00022859
UBER-MDL3084-BW-00022860
UBER-MDL3084-BW-00022861
UBER-MDL3084-BW-00022862
UBER-MDL3084-BW-00022863
UBER-MDL3084-BW-00022864
UBER-MDL3084-BW-00022865
UBER-MDL3084-BW-00022866
UBER-MDL3084-BW-00022867
UBER-MDL3084-BW-00022868
UBER-MDL3084-BW-00022869
UBER-MDL3084-BW-00022870
UBER-MDL3084-BW-00022871
UBER-MDL3084-BW-00022872
UBER-MDL3084-BW-00022873
UBER-MDL3084-BW-00022874

Confidential – Subject to Protective Order                    Confidential - Subject to Protective Order

UBER-MDL3084-BW-00022875
UBER-MDL3084-BW-00022876
UBER-MDL3084-BW-00022877
UBER-MDL3084-BW-00022878
UBER-MDL3084-BW-00022879
UBER-MDL3084-BW-00022880
UBER-MDL3084-BW-00022881
UBER-MDL3084-BW-00022882
UBER-MDL3084-BW-00022883
UBER-MDL3084-BW-00022884
UBER-MDL3084-BW-00022885
UBER-MDL3084-BW-00022886
UBER-MDL3084-BW-00022887
UBER-MDL3084-BW-00022888
UBER-MDL3084-BW-00022889
UBER-MDL3084-BW-00022890
UBER-MDL3084-BW-00022891
UBER-MDL3084-BW-00022892
UBER-MDL3084-BW-00022893
UBER-MDL3084-BW-00022894
UBER-MDL3084-BW-00022895
UBER-MDL3084-BW-00022896
UBER-MDL3084-BW-00022897
UBER-MDL3084-BW-00022898
UBER-MDL3084-BW-00022899
UBER-MDL3084-BW-00022900
UBER-MDL3084-BW-00022901
UBER-MDL3084-BW-00022902
UBER-MDL3084-BW-00022903
UBER-MDL3084-BW-00022904
UBER-MDL3084-BW-00022905
UBER-MDL3084-BW-00022906
UBER-MDL3084-BW-00022907
UBER-MDL3084-BW-00022908
UBER-MDL3084-BW-00022909
UBER-MDL3084-BW-00022910
UBER-MDL3084-BW-00022911
UBER-MDL3084-BW-00022912
UBER-MDL3084-BW-00022913
UBER-MDL3084-BW-00022914
UBER-MDL3084-BW-00022915
UBER-MDL3084-BW-00022916
UBER-MDL3084-BW-00022917
UBER-MDL3084-BW-00022918
UBER-MDL3084-BW-00022919
UBER-MDL3084-BW-00022920

UBER-MDL3084-BW-00022921
UBER-MDL3084-BW-00022922
UBER-MDL3084-BW-00022923
UBER-MDL3084-BW-00022924
UBER-MDL3084-BW-00022925
UBER-MDL3084-BW-00022926
UBER-MDL3084-BW-00022927
UBER-MDL3084-BW-00022928
UBER-MDL3084-BW-00022929
UBER-MDL3084-BW-00022930
UBER-MDL3084-BW-00022931
UBER-MDL3084-BW-00022932
UBER-MDL3084-BW-00022933
UBER-MDL3084-BW-00022934
UBER-MDL3084-BW-00022935
UBER-MDL3084-BW-00022936
UBER-MDL3084-BW-00022937
UBER-MDL3084-BW-00022938
UBER-MDL3084-BW-00022939
UBER-MDL3084-BW-00022940
UBER-MDL3084-BW-00022941
UBER-MDL3084-BW-00022942
UBER-MDL3084-BW-00022943
UBER-MDL3084-BW-00022944
UBER-MDL3084-BW-00022945
UBER-MDL3084-BW-00022946
UBER-MDL3084-BW-00022947
UBER-MDL3084-BW-00022948
UBER-MDL3084-BW-00022949
UBER-MDL3084-BW-00022950
UBER-MDL3084-BW-00022951
UBER-MDL3084-BW-00022952
UBER-MDL3084-BW-00022953
UBER-MDL3084-BW-00022954
UBER-MDL3084-BW-00022955
UBER-MDL3084-BW-00022956
UBER-MDL3084-BW-00022957
UBER-MDL3084-BW-00022958
UBER-MDL3084-BW-00022959
UBER-MDL3084-BW-00022960
UBER-MDL3084-BW-00022961
UBER-MDL3084-BW-00022962
UBER-MDL3084-BW-00022963
UBER-MDL3084-BW-00022964
UBER-MDL3084-BW-00022965
UBER-MDL3084-BW-00022966

UBER-MDL3084-BW-00022967
UBER-MDL3084-BW-00022968
UBER-MDL3084-BW-00022969
UBER-MDL3084-BW-00022970
UBER-MDL3084-BW-00022971
UBER-MDL3084-BW-00022972
UBER-MDL3084-BW-00022973
UBER-MDL3084-BW-00022974
UBER-MDL3084-BW-00022975
UBER-MDL3084-BW-00022976
UBER-MDL3084-BW-00022977
UBER-MDL3084-BW-00022978
UBER-MDL3084-BW-00022979
UBER-MDL3084-BW-00022980
UBER-MDL3084-BW-00022981
UBER-MDL3084-BW-00022982
UBER-MDL3084-BW-00022983
UBER-MDL3084-BW-00022984
UBER-MDL3084-BW-00022985
UBER-MDL3084-BW-00022986
UBER-MDL3084-BW-00022987
UBER-MDL3084-BW-00022988
UBER-MDL3084-BW-00022989
UBER-MDL3084-BW-00022990
UBER-MDL3084-BW-00022991
UBER-MDL3084-BW-00022992
UBER-MDL3084-BW-00022993
UBER-MDL3084-BW-00022994
UBER-MDL3084-BW-00022995
UBER-MDL3084-BW-00022996
UBER-MDL3084-BW-00022997
UBER-MDL3084-BW-00022998
UBER-MDL3084-BW-00022999
UBER-MDL3084-BW-00023000
UBER-MDL3084-BW-00023001
UBER-MDL3084-BW-00023002
UBER-MDL3084-BW-00023003
UBER-MDL3084-BW-00023004
UBER-MDL3084-BW-00023005
UBER-MDL3084-BW-00023006
UBER-MDL3084-BW-00023007
UBER-MDL3084-BW-00023008
UBER-MDL3084-BW-00023009
UBER-MDL3084-BW-00023010
UBER-MDL3084-BW-00023011
UBER-MDL3084-BW-00023012

UBER-MDL3084-BW-00023013
UBER-MDL3084-BW-00023014
UBER-MDL3084-BW-00023015
UBER-MDL3084-BW-00023016
UBER-MDL3084-BW-00023017
UBER-MDL3084-BW-00023018
UBER-MDL3084-BW-00023019
UBER-MDL3084-BW-00023020
UBER-MDL3084-BW-00023021
UBER-MDL3084-BW-00023022
UBER-MDL3084-BW-00023023
UBER-MDL3084-BW-00023024
UBER-MDL3084-BW-00023025
UBER-MDL3084-BW-00023026
UBER-MDL3084-BW-00023027
UBER-MDL3084-BW-00023028
UBER-MDL3084-BW-00023029
UBER-MDL3084-BW-00023030
UBER-MDL3084-BW-00023031
UBER-MDL3084-BW-00023032
UBER-MDL3084-BW-00023033
UBER-MDL3084-BW-00023034
UBER-MDL3084-BW-00023035
UBER-MDL3084-BW-00023036
UBER-MDL3084-BW-00023037
UBER-MDL3084-BW-00023038
UBER-MDL3084-BW-00023039
UBER-MDL3084-BW-00023040
UBER-MDL3084-BW-00023041
UBER-MDL3084-BW-00023042
UBER-MDL3084-BW-00023043
UBER-MDL3084-BW-00023044
UBER-MDL3084-BW-00023045
UBER-MDL3084-BW-00023046
UBER-MDL3084-BW-00023047
UBER-MDL3084-BW-00023048
UBER-MDL3084-BW-00023049
UBER-MDL3084-BW-00023050
UBER-MDL3084-BW-00023051
UBER-MDL3084-BW-00023052
UBER-MDL3084-BW-00023053
UBER-MDL3084-BW-00023054
UBER-MDL3084-BW-00023055
UBER-MDL3084-BW-00023056
UBER-MDL3084-BW-00023057
UBER-MDL3084-BW-00023058

Confidential – Subject to Protective Order                                    Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00023059 | UBER-MDL3084-BW-00023105 |
| UBER-MDL3084-BW-00023060 | UBER-MDL3084-BW-00023106 |
| UBER-MDL3084-BW-00023061 | UBER-MDL3084-BW-00023107 |
| UBER-MDL3084-BW-00023062 | UBER-MDL3084-BW-00023108 |
| UBER-MDL3084-BW-00023063 | UBER-MDL3084-BW-00023109 |
| UBER-MDL3084-BW-00023064 | UBER-MDL3084-BW-00023110 |
| UBER-MDL3084-BW-00023065 | UBER-MDL3084-BW-00023111 |
| UBER-MDL3084-BW-00023066 | UBER-MDL3084-BW-00023112 |
| UBER-MDL3084-BW-00023067 | UBER-MDL3084-BW-00023113 |
| UBER-MDL3084-BW-00023068 | UBER-MDL3084-BW-00023114 |
| UBER-MDL3084-BW-00023069 | UBER-MDL3084-BW-00023115 |
| UBER-MDL3084-BW-00023070 | UBER-MDL3084-BW-00023116 |
| UBER-MDL3084-BW-00023071 | UBER-MDL3084-BW-00023117 |
| UBER-MDL3084-BW-00023072 | UBER-MDL3084-BW-00023118 |
| UBER-MDL3084-BW-00023073 | UBER-MDL3084-BW-00023119 |
| UBER-MDL3084-BW-00023074 | UBER-MDL3084-BW-00023120 |
| UBER-MDL3084-BW-00023075 | UBER-MDL3084-BW-00023121 |
| UBER-MDL3084-BW-00023076 | UBER-MDL3084-BW-00023122 |
| UBER-MDL3084-BW-00023077 | UBER-MDL3084-BW-00023123 |
| UBER-MDL3084-BW-00023078 | UBER-MDL3084-BW-00023124 |
| UBER-MDL3084-BW-00023079 | UBER-MDL3084-BW-00023125 |
| UBER-MDL3084-BW-00023080 | UBER-MDL3084-BW-00023126 |
| UBER-MDL3084-BW-00023081 | UBER-MDL3084-BW-00023127 |
| UBER-MDL3084-BW-00023082 | UBER-MDL3084-BW-00023128 |
| UBER-MDL3084-BW-00023083 | UBER-MDL3084-BW-00023129 |
| UBER-MDL3084-BW-00023084 | UBER-MDL3084-BW-00023130 |
| UBER-MDL3084-BW-00023085 | UBER-MDL3084-BW-00023131 |
| UBER-MDL3084-BW-00023086 | UBER-MDL3084-BW-00023132 |
| UBER-MDL3084-BW-00023087 | UBER-MDL3084-BW-00023133 |
| UBER-MDL3084-BW-00023088 | UBER-MDL3084-BW-00023134 |
| UBER-MDL3084-BW-00023089 | UBER-MDL3084-BW-00023135 |
| UBER-MDL3084-BW-00023090 | UBER-MDL3084-BW-00023136 |
| UBER-MDL3084-BW-00023091 | UBER-MDL3084-BW-00023137 |
| UBER-MDL3084-BW-00023092 | UBER-MDL3084-BW-00023138 |
| UBER-MDL3084-BW-00023093 | UBER-MDL3084-BW-00023139 |
| UBER-MDL3084-BW-00023094 | UBER-MDL3084-BW-00023140 |
| UBER-MDL3084-BW-00023095 | UBER-MDL3084-BW-00023141 |
| UBER-MDL3084-BW-00023096 | UBER-MDL3084-BW-00023142 |
| UBER-MDL3084-BW-00023097 | UBER-MDL3084-BW-00023143 |
| UBER-MDL3084-BW-00023098 | UBER-MDL3084-BW-00023144 |
| UBER-MDL3084-BW-00023099 | UBER-MDL3084-BW-00023145 |
| UBER-MDL3084-BW-00023100 | UBER-MDL3084-BW-00023146 |
| UBER-MDL3084-BW-00023101 | UBER-MDL3084-BW-00023147 |
| UBER-MDL3084-BW-00023102 | UBER-MDL3084-BW-00023148 |
| UBER-MDL3084-BW-00023103 | UBER-MDL3084-BW-00023149 |
| UBER-MDL3084-BW-00023104 | UBER-MDL3084-BW-00023150 |

Confidential – Subject to Protective Order                    Confidential - Subject to Protective Order

UBER-MDL3084-BW-00023151
UBER-MDL3084-BW-00023152
UBER-MDL3084-BW-00023152
UBER-MDL3084-BW-00023153
UBER-MDL3084-BW-00023154
UBER-MDL3084-BW-00023155
UBER-MDL3084-BW-00023156
UBER-MDL3084-BW-00023157
UBER-MDL3084-BW-00023158
UBER-MDL3084-BW-00023159
UBER-MDL3084-BW-00023160
UBER-MDL3084-BW-00023161
UBER-MDL3084-BW-00023162
UBER-MDL3084-BW-00023163
UBER-MDL3084-BW-00023163
UBER-MDL3084-BW-00023164
UBER-MDL3084-BW-00023165
UBER-MDL3084-BW-00023166
UBER-MDL3084-BW-00023167
UBER-MDL3084-BW-00023168
UBER-MDL3084-BW-00023169
UBER-MDL3084-BW-00023170
UBER-MDL3084-BW-00023171
UBER-MDL3084-BW-00023172
UBER-MDL3084-BW-00023173
UBER-MDL3084-BW-00023174
UBER-MDL3084-BW-00023175
UBER-MDL3084-BW-00023176
UBER-MDL3084-BW-00023179
UBER-MDL3084-BW-00023180
UBER-MDL3084-BW-00023181
UBER-MDL3084-BW-00023182
UBER-MDL3084-BW-00023186
UBER-MDL3084-BW-00023186
UBER-MDL3084-BW-00023187
UBER-MDL3084-BW-00023187
UBER-MDL3084-BW-00023188
UBER-MDL3084-BW-00023188
UBER-MDL3084-BW-00023189
UBER-MDL3084-BW-00023190
UBER-MDL3084-BW-00023190
UBER-MDL3084-BW-00023191
UBER-MDL3084-BW-00023191
UBER-MDL3084-BW-00023192
UBER-MDL3084-BW-00023193
UBER-MDL3084-BW-00023193

UBER-MDL3084-BW-00023194
UBER-MDL3084-BW-00023194
UBER-MDL3084-BW-00023195
UBER-MDL3084-BW-00023196
UBER-MDL3084-BW-00023197
UBER-MDL3084-BW-00023198
UBER-MDL3084-BW-00023199
UBER-MDL3084-BW-00023202
UBER-MDL3084-BW-00023202
UBER-MDL3084-BW-00023203
UBER-MDL3084-BW-00023203
UBER-MDL3084-BW-00023204
UBER-MDL3084-BW-00023204
UBER-MDL3084-BW-00023205
UBER-MDL3084-BW-00023206
UBER-MDL3084-BW-00023208
UBER-MDL3084-BW-00023208
UBER-MDL3084-BW-00023209
UBER-MDL3084-BW-00023209
UBER-MDL3084-BW-00023210
UBER-MDL3084-BW-00023210
UBER-MDL3084-BW-00023211
UBER-MDL3084-BW-00023212
UBER-MDL3084-BW-00023213
UBER-MDL3084-BW-00023214
UBER-MDL3084-BW-00023215
UBER-MDL3084-BW-00023216
UBER-MDL3084-BW-00023217
UBER-MDL3084-BW-00023218
UBER-MDL3084-BW-00023219
UBER-MDL3084-BW-00023220
UBER-MDL3084-BW-00023221
UBER-MDL3084-BW-00023222
UBER-MDL3084-BW-00023223
UBER-MDL3084-BW-00023224
UBER-MDL3084-BW-00023225
UBER-MDL3084-BW-00023226
UBER-MDL3084-BW-00023227
UBER-MDL3084-BW-00023228
UBER-MDL3084-BW-00023229
UBER-MDL3084-BW-00023230
UBER-MDL3084-BW-00023231
UBER-MDL3084-BW-00023232
UBER-MDL3084-BW-00023233
UBER-MDL3084-BW-00023234
UBER-MDL3084-BW-00023235

| | |
|---|---|
| UBER-MDL3084-BW-00023236 | UBER-MDL3084-BW-00023525 |
| UBER-MDL3084-BW-00023237 | UBER-MDL3084-BW-00023525 |
| UBER-MDL3084-BW-00023238 | UBER-MDL3084-BW-00027836 |
| UBER-MDL3084-BW-00023239 | UBER-MDL3084-BW-00027836 |
| UBER-MDL3084-BW-00023239 | UBER-MDL3084-BW-00027837 |
| UBER-MDL3084-BW-00023240 | UBER-MDL3084-BW-00027837 |
| UBER-MDL3084-BW-00023241 | UBER-MDL3084-BW-00027855 |
| UBER-MDL3084-BW-00023242 | UBER-MDL3084-BW-00027855 |
| UBER-MDL3084-BW-00023243 | UBER-MDL3084-BW-00027856 |
| UBER-MDL3084-BW-00023244 | UBER-MDL3084-BW-00027856 |
| UBER-MDL3084-BW-00023245 | UBER-MDL3084-BW-00027857 |
| UBER-MDL3084-BW-00023246 | UBER-MDL3084-BW-00027857 |
| UBER-MDL3084-BW-00023247 | UBER-MDL3084-BW-00027858 |
| UBER-MDL3084-BW-00023248 | UBER-MDL3084-BW-00027858 |
| UBER-MDL3084-BW-00023249 | UBER-MDL3084-BW-00027859 |
| UBER-MDL3084-BW-00023250 | UBER-MDL3084-BW-00027859 |
| UBER-MDL3084-BW-00023251 | UBER-MDL3084-BW-00027860 |
| UBER-MDL3084-BW-00023252 | UBER-MDL3084-BW-00027860 |
| UBER-MDL3084-BW-00023253 | UBER-MDL3084-BW-00027861 |
| UBER-MDL3084-BW-00023253 | UBER-MDL3084-BW-00027861 |
| UBER-MDL3084-BW-00023254 | UBER-MDL3084-BW-00027862 |
| UBER-MDL3084-BW-00023255 | UBER-MDL3084-BW-00027862 |
| UBER-MDL3084-BW-00023256 | UBER-MDL3084-BW-00027863 |
| UBER-MDL3084-BW-00023257 | UBER-MDL3084-BW-00027863 |
| UBER-MDL3084-BW-00023258 | UBER-MDL3084-BW-00027864 |
| UBER-MDL3084-BW-00023259 | UBER-MDL3084-BW-00027864 |
| UBER-MDL3084-BW-00023259 | UBER-MDL3084-BW-00027865 |
| UBER-MDL3084-BW-00023260 | UBER-MDL3084-BW-00027865 |
| UBER-MDL3084-BW-00023261 | UBER-MDL3084-BW-00027866 |
| UBER-MDL3084-BW-00023261 | UBER-MDL3084-BW-00027866 |
| UBER-MDL3084-BW-00023262 | UBER-MDL3084-BW-00027867 |
| UBER-MDL3084-BW-00023263 | UBER-MDL3084-BW-00027867 |
| UBER-MDL3084-BW-00023264 | UBER-MDL3084-BW-00027868 |
| UBER-MDL3084-BW-00023265 | UBER-MDL3084-BW-00027868 |
| UBER-MDL3084-BW-00023266 | UBER-MDL3084-BW-00027869 |
| UBER-MDL3084-BW-00023266 | UBER-MDL3084-BW-00027869 |
| UBER-MDL3084-BW-00023267 | UBER-MDL3084-BW-00027870 |
| UBER-MDL3084-BW-00023268 | UBER-MDL3084-BW-00027870 |
| UBER-MDL3084-BW-00023269 | UBER-MDL3084-BW-00027871 |
| UBER-MDL3084-BW-00023271 | UBER-MDL3084-BW-00027871 |
| UBER-MDL3084-BW-00023272 | UBER-MDL3084-BW-00027872 |
| UBER-MDL3084-BW-00023273 | UBER-MDL3084-BW-00027872 |
| UBER-MDL3084-BW-00023274 | UBER-MDL3084-BW-00027873 |
| UBER-MDL3084-BW-00023274 | UBER-MDL3084-BW-00027873 |
| UBER-MDL3084-BW-00023524 | UBER-MDL3084-BW-00027874 |
| UBER-MDL3084-BW-00023524 | UBER-MDL3084-BW-00027874 |

UBER-MDL3084-BW-00027875
UBER-MDL3084-BW-00027875
UBER-MDL3084-BW-00027876
UBER-MDL3084-BW-00027876
UBER-MDL3084-BW-00027877
UBER-MDL3084-BW-00027877
UBER-MDL3084-BW-00027878
UBER-MDL3084-BW-00027878
UBER-MDL3084-BW-00027879
UBER-MDL3084-BW-00027879
UBER-MDL3084-BW-00027880
UBER-MDL3084-BW-00027880
UBER-MDL3084-BW-00027881
UBER-MDL3084-BW-00027881
UBER-MDL3084-BW-00027882
UBER-MDL3084-BW-00027882
UBER-MDL3084-BW-00027883
UBER-MDL3084-BW-00027883
UBER-MDL3084-BW-00027884
UBER-MDL3084-BW-00027884
UBER-MDL3084-BW-00027885
UBER-MDL3084-BW-00027885
UBER-MDL3084-BW-00027886
UBER-MDL3084-BW-00027886
UBER-MDL3084-BW-00027887
UBER-MDL3084-BW-00027887
UBER-MDL3084-BW-00027888
UBER-MDL3084-BW-00027888
UBER-MDL3084-BW-00027889
UBER-MDL3084-BW-00027889
UBER-MDL3084-BW-00027890
UBER-MDL3084-BW-00027890
UBER-MDL3084-BW-00027891
UBER-MDL3084-BW-00027891
UBER-MDL3084-BW-00027892
UBER-MDL3084-BW-00027892
UBER-MDL3084-BW-00027893
UBER-MDL3084-BW-00027894
UBER-MDL3084-BW-00027895
UBER-MDL3084-BW-00027896
UBER-MDL3084-BW-00027897
UBER-MDL3084-BW-00027898
UBER-MDL3084-BW-00027898
UBER-MDL3084-BW-00027899
UBER-MDL3084-BW-00027899
UBER-MDL3084-BW-00027900

UBER-MDL3084-BW-00027900
UBER-MDL3084-BW-00027901
UBER-MDL3084-BW-00027901
UBER-MDL3084-BW-00027901
UBER-MDL3084-BW-00027969
UBER-MDL3084-BW-00027970
UBER-MDL3084-BW-00027971
UBER-MDL3084-BW-00027972
UBER-MDL3084-BW-00027973
UBER-MDL3084-BW-00027974
UBER-MDL3084-BW-00027975
UBER-MDL3084-BW-00027976
UBER-MDL3084-BW-00027977
UBER-MDL3084-BW-00027978
UBER-MDL3084-BW-00027979
UBER-MDL3084-BW-00027980
UBER-MDL3084-BW-00027981
UBER-MDL3084-BW-00027982
UBER-MDL3084-BW-00027983
UBER-MDL3084-BW-00027984
UBER-MDL3084-BW-00027985
UBER-MDL3084-BW-00027986
UBER-MDL3084-BW-00027987
UBER-MDL3084-BW-00027988
UBER-MDL3084-BW-00027989
UBER-MDL3084-BW-00027990
UBER-MDL3084-BW-00027991
UBER-MDL3084-BW-00027992
UBER-MDL3084-BW-00027993
UBER-MDL3084-BW-00027994
UBER-MDL3084-BW-00027995
UBER-MDL3084-BW-00027996
UBER-MDL3084-BW-00027997
UBER-MDL3084-BW-00027998
UBER-MDL3084-BW-00027999
UBER-MDL3084-BW-00028000
UBER-MDL3084-BW-00028001
UBER-MDL3084-BW-00028002
UBER-MDL3084-BW-00028003
UBER-MDL3084-BW-00028004
UBER-MDL3084-BW-00028005
UBER-MDL3084-BW-00028006
UBER-MDL3084-BW-00028007
UBER-MDL3084-BW-00028008
UBER-MDL3084-BW-00028009
UBER-MDL3084-BW-00028010

Confidential – Subject to Protective Order                    Confidential - Subject to Protective Order

78

UBER-MDL3084-BW-00028011
UBER-MDL3084-BW-00028012
UBER-MDL3084-BW-00028013
UBER-MDL3084-BW-00028014
UBER-MDL3084-BW-00028015
UBER-MDL3084-BW-00028016
UBER-MDL3084-BW-00028017
UBER-MDL3084-BW-00028017
UBER-MDL3084-BW-00028017
UBER-MDL3084-BW-00028020
UBER-MDL3084-BW-00028021
UBER-MDL3084-BW-00028022
UBER-MDL3084-BW-00028023
UBER-MDL3084-BW-00028024
UBER-MDL3084-BW-00028025
UBER-MDL3084-BW-00028026
UBER-MDL3084-BW-00028027
UBER-MDL3084-BW-00028028
UBER-MDL3084-BW-00028029
UBER-MDL3084-BW-00028030
UBER-MDL3084-BW-00028031
UBER-MDL3084-BW-00028032
UBER-MDL3084-BW-00028033
UBER-MDL3084-BW-00028034
UBER-MDL3084-BW-00028035
UBER-MDL3084-BW-00028036
UBER-MDL3084-BW-00028037
UBER-MDL3084-BW-00028038
UBER-MDL3084-BW-00028039
UBER-MDL3084-BW-00028040
UBER-MDL3084-BW-00028041
UBER-MDL3084-BW-00028042
UBER-MDL3084-BW-00028043
UBER-MDL3084-BW-00028044
UBER-MDL3084-BW-00028045
UBER-MDL3084-BW-00028046
UBER-MDL3084-BW-00028047
UBER-MDL3084-BW-00028048
UBER-MDL3084-BW-00028049
UBER-MDL3084-BW-00028050
UBER-MDL3084-BW-00028051
UBER-MDL3084-BW-00028052
UBER-MDL3084-BW-00028053
UBER-MDL3084-BW-00028054
UBER-MDL3084-BW-00028055
UBER-MDL3084-BW-00028056

UBER-MDL3084-BW-00028057
UBER-MDL3084-BW-00028058
UBER-MDL3084-BW-00028059
UBER-MDL3084-BW-00028060
UBER-MDL3084-BW-00028061
UBER-MDL3084-BW-00028062
UBER-MDL3084-BW-00028063
UBER-MDL3084-BW-00028064
UBER-MDL3084-BW-00028065
UBER-MDL3084-BW-00028066
UBER-MDL3084-BW-00028067
UBER-MDL3084-BW-00028068
UBER-MDL3084-BW-00028069
UBER-MDL3084-BW-00028070
UBER-MDL3084-BW-00028071
UBER-MDL3084-BW-00028072
UBER-MDL3084-BW-00028073
UBER-MDL3084-BW-00028074
UBER-MDL3084-BW-00028075
UBER-MDL3084-BW-00028076
UBER-MDL3084-BW-00028077
UBER-MDL3084-BW-00028078
UBER-MDL3084-BW-00028079
UBER-MDL3084-BW-00028080
UBER-MDL3084-BW-00028081
UBER-MDL3084-BW-00028082
UBER-MDL3084-BW-00028083
UBER-MDL3084-BW-00028084
UBER-MDL3084-BW-00028085
UBER-MDL3084-BW-00028086
UBER-MDL3084-BW-00028087
UBER-MDL3084-BW-00028088
UBER-MDL3084-BW-00028089
UBER-MDL3084-BW-00028090
UBER-MDL3084-BW-00028091
UBER-MDL3084-BW-00028092
UBER-MDL3084-BW-00028093
UBER-MDL3084-BW-00028094
UBER-MDL3084-BW-00028095
UBER-MDL3084-BW-00028096
UBER-MDL3084-BW-00028097
UBER-MDL3084-BW-00028098
UBER-MDL3084-BW-00028099
UBER-MDL3084-BW-00028100
UBER-MDL3084-BW-00028101
UBER-MDL3084-BW-00028102

UBER-MDL3084-BW-00028103
UBER-MDL3084-BW-00028104
UBER-MDL3084-BW-00028105
UBER-MDL3084-BW-00028106
UBER-MDL3084-BW-00028107
UBER-MDL3084-BW-00028108
UBER-MDL3084-BW-00028109
UBER-MDL3084-BW-00028110
UBER-MDL3084-BW-00028111
UBER-MDL3084-BW-00028112
UBER-MDL3084-BW-00028113
UBER-MDL3084-BW-00028114
UBER-MDL3084-BW-00028115
UBER-MDL3084-BW-00028116
UBER-MDL3084-BW-00028117
UBER-MDL3084-BW-00028118
UBER-MDL3084-BW-00028119
UBER-MDL3084-BW-00028120
UBER-MDL3084-BW-00028121
UBER-MDL3084-BW-00028122
UBER-MDL3084-BW-00028123
UBER-MDL3084-BW-00028124
UBER-MDL3084-BW-00028125
UBER-MDL3084-BW-00028126
UBER-MDL3084-BW-00028127
UBER-MDL3084-BW-00028128
UBER-MDL3084-BW-00028129
UBER-MDL3084-BW-00028130
UBER-MDL3084-BW-00028131
UBER-MDL3084-BW-00028132
UBER-MDL3084-BW-00028133
UBER-MDL3084-BW-00028134
UBER-MDL3084-BW-00028135
UBER-MDL3084-BW-00028136
UBER-MDL3084-BW-00028137
UBER-MDL3084-BW-00028138
UBER-MDL3084-BW-00028139
UBER-MDL3084-BW-00028140
UBER-MDL3084-BW-00028141
UBER-MDL3084-BW-00028142
UBER-MDL3084-BW-00028143
UBER-MDL3084-BW-00028144
UBER-MDL3084-BW-00028145
UBER-MDL3084-BW-00028146
UBER-MDL3084-BW-00028147
UBER-MDL3084-BW-00028148

UBER-MDL3084-BW-00028149
UBER-MDL3084-BW-00028150
UBER-MDL3084-BW-00028151
UBER-MDL3084-BW-00028152
UBER-MDL3084-BW-00028153
UBER-MDL3084-BW-00028154
UBER-MDL3084-BW-00028154
UBER-MDL3084-BW-00028155
UBER-MDL3084-BW-00028155
UBER-MDL3084-BW-00028155
UBER-MDL3084-BW-00028157
UBER-MDL3084-BW-00028158
UBER-MDL3084-BW-00028159
UBER-MDL3084-BW-00028160
UBER-MDL3084-BW-00028161
UBER-MDL3084-BW-00028162
UBER-MDL3084-BW-00028163
UBER-MDL3084-BW-00028164
UBER-MDL3084-BW-00028165
UBER-MDL3084-BW-00028165
UBER-MDL3084-BW-00028166
UBER-MDL3084-BW-00028169
UBER-MDL3084-BW-00028169
UBER-MDL3084-BW-00028170
UBER-MDL3084-BW-00028170
UBER-MDL3084-BW-00028171
UBER-MDL3084-BW-00028171
UBER-MDL3084-BW-00028177
UBER-MDL3084-BW-00028178
UBER-MDL3084-BW-00028179
UBER-MDL3084-BW-00028179
UBER-MDL3084-BW-00028180
UBER-MDL3084-BW-00028181
UBER-MDL3084-BW-00028182
UBER-MDL3084-BW-00028183
UBER-MDL3084-BW-00028183
UBER-MDL3084-BW-00028184
UBER-MDL3084-BW-00028185
UBER-MDL3084-BW-00028186
UBER-MDL3084-BW-00028186
UBER-MDL3084-BW-00028187
UBER-MDL3084-BW-00028187
UBER-MDL3084-BW-00028188
UBER-MDL3084-BW-00028191
UBER-MDL3084-BW-00028229
UBER-MDL3084-BW-00028238

| | |
|---|---|
| UBER-MDL3084-BW-00028242 | UBER-MDL3084-BW-00028606 |
| UBER-MDL3084-BW-00028243 | UBER-MDL3084-BW-00028606 |
| UBER-MDL3084-BW-00028246 | UBER-MDL3084-BW-00028624 |
| UBER-MDL3084-BW-00028274 | UBER-MDL3084-BW-00028625 |
| UBER-MDL3084-BW-00028278 | UBER-MDL3084-BW-00028674 |
| UBER-MDL3084-BW-00028282 | UBER-MDL3084-BW-00028678 |
| UBER-MDL3084-BW-00028286 | UBER-MDL3084-BW-00028713 |
| UBER-MDL3084-BW-00028308 | UBER-MDL3084-BW-00028721 |
| UBER-MDL3084-BW-00028330 | UBER-MDL3084-BW-00028732 |
| UBER-MDL3084-BW-00028334 | UBER-MDL3084-BW-00029048 |
| UBER-MDL3084-BW-00028337 | UBER-MDL3084-BW-00029070 |
| UBER-MDL3084-BW-00028340 | UBER-MDL3084-BW-00029120 |
| UBER-MDL3084-BW-00028341 | UBER-MDL3084-BW-00029122 |
| UBER-MDL3084-BW-00028344 | UBER-MDL3084-BW-00029123 |
| UBER-MDL3084-BW-00028350 | UBER-MDL3084-BW-00029228 |
| UBER-MDL3084-BW-00028359 | UBER-MDL3084-BW-00029331 |
| UBER-MDL3084-BW-00028362 | UBER-MDL3084-BW-00029375 |
| UBER-MDL3084-BW-00028366 | UBER-MDL3084-BW-00029375 |
| UBER-MDL3084-BW-00028394 | UBER-MDL3084-BW-00029376 |
| UBER-MDL3084-BW-00028398 | UBER-MDL3084-BW-00029376 |
| UBER-MDL3084-BW-00028402 | UBER-MDL3084-BW-00029417 |
| UBER-MDL3084-BW-00028406 | UBER-MDL3084-BW-00029417 |
| UBER-MDL3084-BW-00028410 | UBER-MDL3084-BW-00029418 |
| UBER-MDL3084-BW-00028432 | UBER-MDL3084-BW-00029418 |
| UBER-MDL3084-BW-00028454 | UBER-MDL3084-BW-00029419 |
| UBER-MDL3084-BW-00028457 | UBER-MDL3084-BW-00029419 |
| UBER-MDL3084-BW-00028460 | UBER-MDL3084-BW-00029420 |
| UBER-MDL3084-BW-00028461 | UBER-MDL3084-BW-00029420 |
| UBER-MDL3084-BW-00028464 | UBER-MDL3084-BW-00029421 |
| UBER-MDL3084-BW-00028469 | UBER-MDL3084-BW-00029422 |
| UBER-MDL3084-BW-00028471 | UBER-MDL3084-BW-00029423 |
| UBER-MDL3084-BW-00028472 | UBER-MDL3084-BW-00029424 |
| UBER-MDL3084-BW-00028503 | UBER-MDL3084-BW-00029424 |
| UBER-MDL3084-BW-00028508 | UBER-MDL3084-BW-00029425 |
| UBER-MDL3084-BW-00028509 | UBER-MDL3084-BW-00029426 |
| UBER-MDL3084-BW-00028531 | UBER-MDL3084-BW-00029427 |
| UBER-MDL3084-BW-00028560 | UBER-MDL3084-BW-00029428 |
| UBER-MDL3084-BW-00028587 | UBER-MDL3084-BW-00029493 |
| UBER-MDL3084-BW-00028591 | UBER-MDL3084-BW-00029558 |
| UBER-MDL3084-BW-00028592 | UBER-MDL3084-BW-00029672 |
| UBER-MDL3084-BW-00028595 | UBER-MDL3084-BW-00029953 |
| UBER-MDL3084-BW-00028599 | UBER-MDL3084-BW-00030407 |
| UBER-MDL3084-BW-00028602 | UBER-MDL3084-BW-00030418 |
| UBER-MDL3084-BW-00028603 | UBER-MDL3084-BW-00032258 |
| UBER-MDL3084-BW-00028604 | UBER-MDL3084-BW-00035956 |
| UBER-MDL3084-BW-00028605 | UBER-MDL3084-BW-00035956 |

| | |
|---|---|
| UBER-MDL3084-BW-00035961 | UBER-MDL3084-BW-00036068 |
| UBER-MDL3084-BW-00035963 | UBER-MDL3084-BW-00036070 |
| UBER-MDL3084-BW-00035965 | UBER-MDL3084-BW-00036072 |
| UBER-MDL3084-BW-00035967 | UBER-MDL3084-BW-00036074 |
| UBER-MDL3084-BW-00035969 | UBER-MDL3084-BW-00036076 |
| UBER-MDL3084-BW-00035971 | UBER-MDL3084-BW-00036078 |
| UBER-MDL3084-BW-00035974 | UBER-MDL3084-BW-00036081 |
| UBER-MDL3084-BW-00035976 | UBER-MDL3084-BW-00036083 |
| UBER-MDL3084-BW-00035978 | UBER-MDL3084-BW-00036085 |
| UBER-MDL3084-BW-00035980 | UBER-MDL3084-BW-00036087 |
| UBER-MDL3084-BW-00035982 | UBER-MDL3084-BW-00036090 |
| UBER-MDL3084-BW-00035984 | UBER-MDL3084-BW-00036092 |
| UBER-MDL3084-BW-00035986 | UBER-MDL3084-BW-00036094 |
| UBER-MDL3084-BW-00035988 | UBER-MDL3084-BW-00036096 |
| UBER-MDL3084-BW-00035990 | UBER-MDL3084-BW-00036098 |
| UBER-MDL3084-BW-00035992 | UBER-MDL3084-BW-00036101 |
| UBER-MDL3084-BW-00035994 | UBER-MDL3084-BW-00036103 |
| UBER-MDL3084-BW-00035999 | UBER-MDL3084-BW-00036105 |
| UBER-MDL3084-BW-00036001 | UBER-MDL3084-BW-00036110 |
| UBER-MDL3084-BW-00036003 | UBER-MDL3084-BW-00036112 |
| UBER-MDL3084-BW-00036005 | UBER-MDL3084-BW-00036114 |
| UBER-MDL3084-BW-00036007 | UBER-MDL3084-BW-00036116 |
| UBER-MDL3084-BW-00036009 | UBER-MDL3084-BW-00036118 |
| UBER-MDL3084-BW-00036011 | UBER-MDL3084-BW-00036120 |
| UBER-MDL3084-BW-00036013 | UBER-MDL3084-BW-00036123 |
| UBER-MDL3084-BW-00036015 | UBER-MDL3084-BW-00036125 |
| UBER-MDL3084-BW-00036017 | UBER-MDL3084-BW-00036128 |
| UBER-MDL3084-BW-00036020 | UBER-MDL3084-BW-00036130 |
| UBER-MDL3084-BW-00036023 | UBER-MDL3084-BW-00036132 |
| UBER-MDL3084-BW-00036025 | UBER-MDL3084-BW-00036134 |
| UBER-MDL3084-BW-00036028 | UBER-MDL3084-BW-00036136 |
| UBER-MDL3084-BW-00036031 | UBER-MDL3084-BW-00036138 |
| UBER-MDL3084-BW-00036033 | UBER-MDL3084-BW-00036140 |
| UBER-MDL3084-BW-00036035 | UBER-MDL3084-BW-00036142 |
| UBER-MDL3084-BW-00036037 | UBER-MDL3084-BW-00036144 |
| UBER-MDL3084-BW-00036039 | UBER-MDL3084-BW-00036146 |
| UBER-MDL3084-BW-00036044 | UBER-MDL3084-BW-00036148 |
| UBER-MDL3084-BW-00036046 | UBER-MDL3084-BW-00036150 |
| UBER-MDL3084-BW-00036049 | UBER-MDL3084-BW-00036152 |
| UBER-MDL3084-BW-00036051 | UBER-MDL3084-BW-00036154 |
| UBER-MDL3084-BW-00036054 | UBER-MDL3084-BW-00036156 |
| UBER-MDL3084-BW-00036056 | UBER-MDL3084-BW-00036158 |
| UBER-MDL3084-BW-00036058 | UBER-MDL3084-BW-00036161 |
| UBER-MDL3084-BW-00036060 | UBER-MDL3084-BW-00036163 |
| UBER-MDL3084-BW-00036063 | UBER-MDL3084-BW-00036165 |
| UBER-MDL3084-BW-00036066 | UBER-MDL3084-BW-00036167 |

Confidential – Subject to Protective Order          Confidential - Subject to Protective Order

UBER-MDL3084-BW-00036169      UBER-MDL3084-BW-00036277
UBER-MDL3084-BW-00036174      UBER-MDL3084-BW-00036279
UBER-MDL3084-BW-00036176      UBER-MDL3084-BW-00036284
UBER-MDL3084-BW-00036178      UBER-MDL3084-BW-00036286
UBER-MDL3084-BW-00036180      UBER-MDL3084-BW-00036288
UBER-MDL3084-BW-00036182      UBER-MDL3084-BW-00036290
UBER-MDL3084-BW-00036185      UBER-MDL3084-BW-00036292
UBER-MDL3084-BW-00036190      UBER-MDL3084-BW-00036294
UBER-MDL3084-BW-00036192      UBER-MDL3084-BW-00036297
UBER-MDL3084-BW-00036194      UBER-MDL3084-BW-00036300
UBER-MDL3084-BW-00036196      UBER-MDL3084-BW-00036302
UBER-MDL3084-BW-00036198      UBER-MDL3084-BW-00036304
UBER-MDL3084-BW-00036200      UBER-MDL3084-BW-00036306
UBER-MDL3084-BW-00036202      UBER-MDL3084-BW-00036308
UBER-MDL3084-BW-00036204      UBER-MDL3084-BW-00036310
UBER-MDL3084-BW-00036206      UBER-MDL3084-BW-00036312
UBER-MDL3084-BW-00036208      UBER-MDL3084-BW-00036314
UBER-MDL3084-BW-00036211      UBER-MDL3084-BW-00036316
UBER-MDL3084-BW-00036213      UBER-MDL3084-BW-00036321
UBER-MDL3084-BW-00036215      UBER-MDL3084-BW-00036323
UBER-MDL3084-BW-00036217      UBER-MDL3084-BW-00036325
UBER-MDL3084-BW-00036220      UBER-MDL3084-BW-00036330
UBER-MDL3084-BW-00036222      UBER-MDL3084-BW-00036332
UBER-MDL3084-BW-00036224      UBER-MDL3084-BW-00036334
UBER-MDL3084-BW-00036226      UBER-MDL3084-BW-00036336
UBER-MDL3084-BW-00036228      UBER-MDL3084-BW-00036339
UBER-MDL3084-BW-00036230      UBER-MDL3084-BW-00036344
UBER-MDL3084-BW-00036232      UBER-MDL3084-BW-00036346
UBER-MDL3084-BW-00036234      UBER-MDL3084-BW-00036349
UBER-MDL3084-BW-00036236      UBER-MDL3084-BW-00036352
UBER-MDL3084-BW-00036238      UBER-MDL3084-BW-00036354
UBER-MDL3084-BW-00036240      UBER-MDL3084-BW-00036356
UBER-MDL3084-BW-00036242      UBER-MDL3084-BW-00036358
UBER-MDL3084-BW-00036244      UBER-MDL3084-BW-00036363
UBER-MDL3084-BW-00036246      UBER-MDL3084-BW-00036365
UBER-MDL3084-BW-00036248      UBER-MDL3084-BW-00036367
UBER-MDL3084-BW-00036250      UBER-MDL3084-BW-00036369
UBER-MDL3084-BW-00036252      UBER-MDL3084-BW-00036371
UBER-MDL3084-BW-00036254      UBER-MDL3084-BW-00036373
UBER-MDL3084-BW-00036256      UBER-MDL3084-BW-00036375
UBER-MDL3084-BW-00036258      UBER-MDL3084-BW-00036377
UBER-MDL3084-BW-00036260      UBER-MDL3084-BW-00036379
UBER-MDL3084-BW-00036262      UBER-MDL3084-BW-00036381
UBER-MDL3084-BW-00036267      UBER-MDL3084-BW-00036384
UBER-MDL3084-BW-00036272      UBER-MDL3084-BW-00036386
UBER-MDL3084-BW-00036275      UBER-MDL3084-BW-00036391

UBER-MDL3084-BW-00036393
UBER-MDL3084-BW-00036395
UBER-MDL3084-BW-00036397
UBER-MDL3084-BW-00036399
UBER-MDL3084-BW-00036402
UBER-MDL3084-BW-00036404
UBER-MDL3084-BW-00036406
UBER-MDL3084-BW-00036408
UBER-MDL3084-BW-00036410
UBER-MDL3084-BW-00036412
UBER-MDL3084-BW-00036414
UBER-MDL3084-BW-00036416
UBER-MDL3084-BW-00036418
UBER-MDL3084-BW-00036420
UBER-MDL3084-BW-00036422
UBER-MDL3084-BW-00036424
UBER-MDL3084-BW-00036426
UBER-MDL3084-BW-00036428
UBER-MDL3084-BW-00036430
UBER-MDL3084-BW-00036432
UBER-MDL3084-BW-00036434
UBER-MDL3084-BW-00036436
UBER-MDL3084-BW-00036438
UBER-MDL3084-BW-00036440
UBER-MDL3084-BW-00036442
UBER-MDL3084-BW-00036445
UBER-MDL3084-BW-00036447
UBER-MDL3084-BW-00036449
UBER-MDL3084-BW-00036451
UBER-MDL3084-BW-00036453
UBER-MDL3084-BW-00036455
UBER-MDL3084-BW-00036460
UBER-MDL3084-BW-00036462
UBER-MDL3084-BW-00036464
UBER-MDL3084-BW-00036466
UBER-MDL3084-BW-00036468
UBER-MDL3084-BW-00036473
UBER-MDL3084-BW-00036475
UBER-MDL3084-BW-00036477
UBER-MDL3084-BW-00036479
UBER-MDL3084-BW-00036481
UBER-MDL3084-BW-00036483
UBER-MDL3084-BW-00036486
UBER-MDL3084-BW-00036489
UBER-MDL3084-BW-00036491
UBER-MDL3084-BW-00036493

UBER-MDL3084-BW-00036495
UBER-MDL3084-BW-00036497
UBER-MDL3084-BW-00036499
UBER-MDL3084-BW-00036501
UBER-MDL3084-BW-00036503
UBER-MDL3084-BW-00036505
UBER-MDL3084-BW-00036507
UBER-MDL3084-BW-00036512
UBER-MDL3084-BW-00036514
UBER-MDL3084-BW-00036517
UBER-MDL3084-BW-00036519
UBER-MDL3084-BW-00036521
UBER-MDL3084-BW-00036523
UBER-MDL3084-BW-00036528
UBER-MDL3084-BW-00036530
UBER-MDL3084-BW-00036532
UBER-MDL3084-BW-00036534
UBER-MDL3084-BW-00036536
UBER-MDL3084-BW-00036541
UBER-MDL3084-BW-00036544
UBER-MDL3084-BW-00036546
UBER-MDL3084-BW-00036548
UBER-MDL3084-BW-00036551
UBER-MDL3084-BW-00036553
UBER-MDL3084-BW-00036555
UBER-MDL3084-BW-00036557
UBER-MDL3084-BW-00036559
UBER-MDL3084-BW-00036561
UBER-MDL3084-BW-00036564
UBER-MDL3084-BW-00036567
UBER-MDL3084-BW-00036569
UBER-MDL3084-BW-00036571
UBER-MDL3084-BW-00036573
UBER-MDL3084-BW-00036576
UBER-MDL3084-BW-00036578
UBER-MDL3084-BW-00036580
UBER-MDL3084-BW-00036582
UBER-MDL3084-BW-00036584
UBER-MDL3084-BW-00036586
UBER-MDL3084-BW-00036588
UBER-MDL3084-BW-00036590
UBER-MDL3084-BW-00036592
UBER-MDL3084-BW-00036594
UBER-MDL3084-BW-00036596
UBER-MDL3084-BW-00036598
UBER-MDL3084-BW-00036600

Confidential – Subject to Protective Order

Confidential - Subject to Protective Order

UBER-MDL3084-BW-00036602
UBER-MDL3084-BW-00036604
UBER-MDL3084-BW-00036606
UBER-MDL3084-BW-00036608
UBER-MDL3084-BW-00036610
UBER-MDL3084-BW-00036612
UBER-MDL3084-BW-00036615
UBER-MDL3084-BW-00036618
UBER-MDL3084-BW-00036621
UBER-MDL3084-BW-00036623
UBER-MDL3084-BW-00036625
UBER-MDL3084-BW-00036627
UBER-MDL3084-BW-00036630
UBER-MDL3084-BW-00036632
UBER-MDL3084-BW-00036635
UBER-MDL3084-BW-00036637
UBER-MDL3084-BW-00036639
UBER-MDL3084-BW-00036641
UBER-MDL3084-BW-00036643
UBER-MDL3084-BW-00036645
UBER-MDL3084-BW-00036647
UBER-MDL3084-BW-00036649
UBER-MDL3084-BW-00036651
UBER-MDL3084-BW-00036653
UBER-MDL3084-BW-00036658
UBER-MDL3084-BW-00036660
UBER-MDL3084-BW-00036662
UBER-MDL3084-BW-00036664
UBER-MDL3084-BW-00036666
UBER-MDL3084-BW-00036669
UBER-MDL3084-BW-00036671
UBER-MDL3084-BW-00036673
UBER-MDL3084-BW-00036675
UBER-MDL3084-BW-00036677
UBER-MDL3084-BW-00036679
UBER-MDL3084-BW-00036681
UBER-MDL3084-BW-00036684
UBER-MDL3084-BW-00036686
UBER-MDL3084-BW-00036688
UBER-MDL3084-BW-00036690
UBER-MDL3084-BW-00036692
UBER-MDL3084-BW-00036694
UBER-MDL3084-BW-00036697
UBER-MDL3084-BW-00036699
UBER-MDL3084-BW-00036701
UBER-MDL3084-BW-00036703

UBER-MDL3084-BW-00036705
UBER-MDL3084-BW-00036707
UBER-MDL3084-BW-00036709
UBER-MDL3084-BW-00036711
UBER-MDL3084-BW-00036713
UBER-MDL3084-BW-00036715
UBER-MDL3084-BW-00036717
UBER-MDL3084-BW-00036719
UBER-MDL3084-BW-00036721
UBER-MDL3084-BW-00036723
UBER-MDL3084-BW-00036728
UBER-MDL3084-BW-00036730
UBER-MDL3084-BW-00036732
UBER-MDL3084-BW-00036734
UBER-MDL3084-BW-00036736
UBER-MDL3084-BW-00036738
UBER-MDL3084-BW-00036739
UBER-MDL3084-BW-00036741
UBER-MDL3084-BW-00036743
UBER-MDL3084-BW-00036745
UBER-MDL3084-BW-00036747
UBER-MDL3084-BW-00036749
UBER-MDL3084-BW-00036754
UBER-MDL3084-BW-00036757
UBER-MDL3084-BW-00036759
UBER-MDL3084-BW-00036761
UBER-MDL3084-BW-00036763
UBER-MDL3084-BW-00036765
UBER-MDL3084-BW-00036767
UBER-MDL3084-BW-00036769
UBER-MDL3084-BW-00036771
UBER-MDL3084-BW-00036773
UBER-MDL3084-BW-00036775
UBER-MDL3084-BW-00036777
UBER-MDL3084-BW-00036779
UBER-MDL3084-BW-00036781
UBER-MDL3084-BW-00036783
UBER-MDL3084-BW-00036785
UBER-MDL3084-BW-00036787
UBER-MDL3084-BW-00036789
UBER-MDL3084-BW-00036791
UBER-MDL3084-BW-00036793
UBER-MDL3084-BW-00036795
UBER-MDL3084-BW-00036800
UBER-MDL3084-BW-00036802
UBER-MDL3084-BW-00036804

Confidential – Subject to Protective Order          Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00036807 | UBER-MDL3084-BW-00036905 |
| UBER-MDL3084-BW-00036809 | UBER-MDL3084-BW-00036907 |
| UBER-MDL3084-BW-00036811 | UBER-MDL3084-BW-00036909 |
| UBER-MDL3084-BW-00036813 | UBER-MDL3084-BW-00036912 |
| UBER-MDL3084-BW-00036815 | UBER-MDL3084-BW-00036914 |
| UBER-MDL3084-BW-00036820 | UBER-MDL3084-BW-00036916 |
| UBER-MDL3084-BW-00036822 | UBER-MDL3084-BW-00036918 |
| UBER-MDL3084-BW-00036824 | UBER-MDL3084-BW-00036920 |
| UBER-MDL3084-BW-00036826 | UBER-MDL3084-BW-00036922 |
| UBER-MDL3084-BW-00036828 | UBER-MDL3084-BW-00036924 |
| UBER-MDL3084-BW-00036830 | UBER-MDL3084-BW-00036926 |
| UBER-MDL3084-BW-00036832 | UBER-MDL3084-BW-00036928 |
| UBER-MDL3084-BW-00036834 | UBER-MDL3084-BW-00036930 |
| UBER-MDL3084-BW-00036837 | UBER-MDL3084-BW-00036932 |
| UBER-MDL3084-BW-00036839 | UBER-MDL3084-BW-00036934 |
| UBER-MDL3084-BW-00036841 | UBER-MDL3084-BW-00036936 |
| UBER-MDL3084-BW-00036843 | UBER-MDL3084-BW-00036938 |
| UBER-MDL3084-BW-00036845 | UBER-MDL3084-BW-00036940 |
| UBER-MDL3084-BW-00036847 | UBER-MDL3084-BW-00036942 |
| UBER-MDL3084-BW-00036849 | UBER-MDL3084-BW-00036947 |
| UBER-MDL3084-BW-00036851 | UBER-MDL3084-BW-00036949 |
| UBER-MDL3084-BW-00036853 | UBER-MDL3084-BW-00036951 |
| UBER-MDL3084-BW-00036855 | UBER-MDL3084-BW-00036953 |
| UBER-MDL3084-BW-00036857 | UBER-MDL3084-BW-00036955 |
| UBER-MDL3084-BW-00036859 | UBER-MDL3084-BW-00036957 |
| UBER-MDL3084-BW-00036861 | UBER-MDL3084-BW-00036959 |
| UBER-MDL3084-BW-00036863 | UBER-MDL3084-BW-00036961 |
| UBER-MDL3084-BW-00036865 | UBER-MDL3084-BW-00036966 |
| UBER-MDL3084-BW-00036868 | UBER-MDL3084-BW-00036971 |
| UBER-MDL3084-BW-00036870 | UBER-MDL3084-BW-00036973 |
| UBER-MDL3084-BW-00036872 | UBER-MDL3084-BW-00036975 |
| UBER-MDL3084-BW-00036874 | UBER-MDL3084-BW-00036977 |
| UBER-MDL3084-BW-00036876 | UBER-MDL3084-BW-00036979 |
| UBER-MDL3084-BW-00036878 | UBER-MDL3084-BW-00036981 |
| UBER-MDL3084-BW-00036880 | UBER-MDL3084-BW-00036984 |
| UBER-MDL3084-BW-00036882 | UBER-MDL3084-BW-00036986 |
| UBER-MDL3084-BW-00036884 | UBER-MDL3084-BW-00036988 |
| UBER-MDL3084-BW-00036886 | UBER-MDL3084-BW-00036990 |
| UBER-MDL3084-BW-00036889 | UBER-MDL3084-BW-00036992 |
| UBER-MDL3084-BW-00036891 | UBER-MDL3084-BW-00036994 |
| UBER-MDL3084-BW-00036893 | UBER-MDL3084-BW-00036997 |
| UBER-MDL3084-BW-00036895 | UBER-MDL3084-BW-00037002 |
| UBER-MDL3084-BW-00036897 | UBER-MDL3084-BW-00037004 |
| UBER-MDL3084-BW-00036899 | UBER-MDL3084-BW-00037006 |
| UBER-MDL3084-BW-00036901 | UBER-MDL3084-BW-00037008 |
| UBER-MDL3084-BW-00036903 | UBER-MDL3084-BW-00037013 |

Confidential – Subject to Protective Order                Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00037015 | UBER-MDL3084-BW-00037119 |
| UBER-MDL3084-BW-00037017 | UBER-MDL3084-BW-00037121 |
| UBER-MDL3084-BW-00037019 | UBER-MDL3084-BW-00037123 |
| UBER-MDL3084-BW-00037021 | UBER-MDL3084-BW-00037125 |
| UBER-MDL3084-BW-00037023 | UBER-MDL3084-BW-00037130 |
| UBER-MDL3084-BW-00037025 | UBER-MDL3084-BW-00037132 |
| UBER-MDL3084-BW-00037027 | UBER-MDL3084-BW-00037137 |
| UBER-MDL3084-BW-00037029 | UBER-MDL3084-BW-00037139 |
| UBER-MDL3084-BW-00037031 | UBER-MDL3084-BW-00037141 |
| UBER-MDL3084-BW-00037033 | UBER-MDL3084-BW-00037143 |
| UBER-MDL3084-BW-00037035 | UBER-MDL3084-BW-00037145 |
| UBER-MDL3084-BW-00037037 | UBER-MDL3084-BW-00037147 |
| UBER-MDL3084-BW-00037039 | UBER-MDL3084-BW-00037149 |
| UBER-MDL3084-BW-00037041 | UBER-MDL3084-BW-00037151 |
| UBER-MDL3084-BW-00037043 | UBER-MDL3084-BW-00037153 |
| UBER-MDL3084-BW-00037045 | UBER-MDL3084-BW-00037155 |
| UBER-MDL3084-BW-00037047 | UBER-MDL3084-BW-00037157 |
| UBER-MDL3084-BW-00037049 | UBER-MDL3084-BW-00037159 |
| UBER-MDL3084-BW-00037051 | UBER-MDL3084-BW-00037161 |
| UBER-MDL3084-BW-00037053 | UBER-MDL3084-BW-00037163 |
| UBER-MDL3084-BW-00037056 | UBER-MDL3084-BW-00037166 |
| UBER-MDL3084-BW-00037058 | UBER-MDL3084-BW-00037168 |
| UBER-MDL3084-BW-00037061 | UBER-MDL3084-BW-00037170 |
| UBER-MDL3084-BW-00037063 | UBER-MDL3084-BW-00037172 |
| UBER-MDL3084-BW-00037065 | UBER-MDL3084-BW-00037175 |
| UBER-MDL3084-BW-00037067 | UBER-MDL3084-BW-00037178 |
| UBER-MDL3084-BW-00037069 | UBER-MDL3084-BW-00037180 |
| UBER-MDL3084-BW-00037071 | UBER-MDL3084-BW-00037182 |
| UBER-MDL3084-BW-00037073 | UBER-MDL3084-BW-00037184 |
| UBER-MDL3084-BW-00037078 | UBER-MDL3084-BW-00037186 |
| UBER-MDL3084-BW-00037080 | UBER-MDL3084-BW-00037191 |
| UBER-MDL3084-BW-00037082 | UBER-MDL3084-BW-00037194 |
| UBER-MDL3084-BW-00037084 | UBER-MDL3084-BW-00037196 |
| UBER-MDL3084-BW-00037089 | UBER-MDL3084-BW-00037198 |
| UBER-MDL3084-BW-00037091 | UBER-MDL3084-BW-00037200 |
| UBER-MDL3084-BW-00037093 | UBER-MDL3084-BW-00037202 |
| UBER-MDL3084-BW-00037095 | UBER-MDL3084-BW-00037204 |
| UBER-MDL3084-BW-00037097 | UBER-MDL3084-BW-00037207 |
| UBER-MDL3084-BW-00037099 | UBER-MDL3084-BW-00037209 |
| UBER-MDL3084-BW-00037101 | UBER-MDL3084-BW-00037211 |
| UBER-MDL3084-BW-00037104 | UBER-MDL3084-BW-00037213 |
| UBER-MDL3084-BW-00037106 | UBER-MDL3084-BW-00037215 |
| UBER-MDL3084-BW-00037108 | UBER-MDL3084-BW-00037217 |
| UBER-MDL3084-BW-00037113 | UBER-MDL3084-BW-00037219 |
| UBER-MDL3084-BW-00037115 | UBER-MDL3084-BW-00037221 |
| UBER-MDL3084-BW-00037117 | UBER-MDL3084-BW-00037223 |

UBER-MDL3084-BW-00037226
UBER-MDL3084-BW-00037228
UBER-MDL3084-BW-00037230
UBER-MDL3084-BW-00037233
UBER-MDL3084-BW-00037235
UBER-MDL3084-BW-00037237
UBER-MDL3084-BW-00037239
UBER-MDL3084-BW-00037241
UBER-MDL3084-BW-00037243
UBER-MDL3084-BW-00037246
UBER-MDL3084-BW-00037248
UBER-MDL3084-BW-00037250
UBER-MDL3084-BW-00037252
UBER-MDL3084-BW-00037254
UBER-MDL3084-BW-00037256
UBER-MDL3084-BW-00037258
UBER-MDL3084-BW-00037263
UBER-MDL3084-BW-00037265
UBER-MDL3084-BW-00037267
UBER-MDL3084-BW-00037269
UBER-MDL3084-BW-00037271
UBER-MDL3084-BW-00037273
UBER-MDL3084-BW-00037275
UBER-MDL3084-BW-00037277
UBER-MDL3084-BW-00037279
UBER-MDL3084-BW-00037281
UBER-MDL3084-BW-00037283
UBER-MDL3084-BW-00037285
UBER-MDL3084-BW-00037287
UBER-MDL3084-BW-00037289
UBER-MDL3084-BW-00037291
UBER-MDL3084-BW-00037293
UBER-MDL3084-BW-00037295
UBER-MDL3084-BW-00037297
UBER-MDL3084-BW-00037299
UBER-MDL3084-BW-00037301
UBER-MDL3084-BW-00037303
UBER-MDL3084-BW-00037305
UBER-MDL3084-BW-00037307
UBER-MDL3084-BW-00037312
UBER-MDL3084-BW-00037314
UBER-MDL3084-BW-00037316
UBER-MDL3084-BW-00037318
UBER-MDL3084-BW-00037320
UBER-MDL3084-BW-00037322
UBER-MDL3084-BW-00037324

UBER-MDL3084-BW-00037327
UBER-MDL3084-BW-00037329
UBER-MDL3084-BW-00037334
UBER-MDL3084-BW-00037339
UBER-MDL3084-BW-00037341
UBER-MDL3084-BW-00037343
UBER-MDL3084-BW-00037345
UBER-MDL3084-BW-00037347
UBER-MDL3084-BW-00037349
UBER-MDL3084-BW-00037351
UBER-MDL3084-BW-00037353
UBER-MDL3084-BW-00037355
UBER-MDL3084-BW-00037357
UBER-MDL3084-BW-00037359
UBER-MDL3084-BW-00037361
UBER-MDL3084-BW-00037363
UBER-MDL3084-BW-00037365
UBER-MDL3084-BW-00037367
UBER-MDL3084-BW-00037369
UBER-MDL3084-BW-00037371
UBER-MDL3084-BW-00037373
UBER-MDL3084-BW-00037375
UBER-MDL3084-BW-00037377
UBER-MDL3084-BW-00037382
UBER-MDL3084-BW-00037384
UBER-MDL3084-BW-00037386
UBER-MDL3084-BW-00037388
UBER-MDL3084-BW-00037390
UBER-MDL3084-BW-00037392
UBER-MDL3084-BW-00037394
UBER-MDL3084-BW-00037396
UBER-MDL3084-BW-00037399
UBER-MDL3084-BW-00037401
UBER-MDL3084-BW-00037403
UBER-MDL3084-BW-00037405
UBER-MDL3084-BW-00037408
UBER-MDL3084-BW-00037410
UBER-MDL3084-BW-00037412
UBER-MDL3084-BW-00037414
UBER-MDL3084-BW-00037416
UBER-MDL3084-BW-00037418
UBER-MDL3084-BW-00037420
UBER-MDL3084-BW-00037422
UBER-MDL3084-BW-00037424
UBER-MDL3084-BW-00037426
UBER-MDL3084-BW-00037428

Confidential – Subject to Protective Order                    Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00037430 | UBER-MDL3084-BW-00037538 |
| UBER-MDL3084-BW-00037432 | UBER-MDL3084-BW-00037540 |
| UBER-MDL3084-BW-00037435 | UBER-MDL3084-BW-00037542 |
| UBER-MDL3084-BW-00037440 | UBER-MDL3084-BW-00037544 |
| UBER-MDL3084-BW-00037442 | UBER-MDL3084-BW-00037546 |
| UBER-MDL3084-BW-00037444 | UBER-MDL3084-BW-00037548 |
| UBER-MDL3084-BW-00037446 | UBER-MDL3084-BW-00037550 |
| UBER-MDL3084-BW-00037448 | UBER-MDL3084-BW-00037552 |
| UBER-MDL3084-BW-00037450 | UBER-MDL3084-BW-00037554 |
| UBER-MDL3084-BW-00037452 | UBER-MDL3084-BW-00037556 |
| UBER-MDL3084-BW-00037454 | UBER-MDL3084-BW-00037558 |
| UBER-MDL3084-BW-00037456 | UBER-MDL3084-BW-00037560 |
| UBER-MDL3084-BW-00037458 | UBER-MDL3084-BW-00037562 |
| UBER-MDL3084-BW-00037459 | UBER-MDL3084-BW-00037564 |
| UBER-MDL3084-BW-00037461 | UBER-MDL3084-BW-00037566 |
| UBER-MDL3084-BW-00037466 | UBER-MDL3084-BW-00037568 |
| UBER-MDL3084-BW-00037469 | UBER-MDL3084-BW-00037570 |
| UBER-MDL3084-BW-00037471 | UBER-MDL3084-BW-00037572 |
| UBER-MDL3084-BW-00037473 | UBER-MDL3084-BW-00037574 |
| UBER-MDL3084-BW-00037475 | UBER-MDL3084-BW-00037575 |
| UBER-MDL3084-BW-00037477 | UBER-MDL3084-BW-00037576 |
| UBER-MDL3084-BW-00037479 | UBER-MDL3084-BW-00037578 |
| UBER-MDL3084-BW-00037484 | UBER-MDL3084-BW-00037580 |
| UBER-MDL3084-BW-00037486 | UBER-MDL3084-BW-00037582 |
| UBER-MDL3084-BW-00037488 | UBER-MDL3084-BW-00037583 |
| UBER-MDL3084-BW-00037490 | UBER-MDL3084-BW-00037584 |
| UBER-MDL3084-BW-00037492 | UBER-MDL3084-BW-00037586 |
| UBER-MDL3084-BW-00037494 | UBER-MDL3084-BW-00037589 |
| UBER-MDL3084-BW-00037496 | UBER-MDL3084-BW-00037591 |
| UBER-MDL3084-BW-00037498 | UBER-MDL3084-BW-00037593 |
| UBER-MDL3084-BW-00037500 | UBER-MDL3084-BW-00037595 |
| UBER-MDL3084-BW-00037502 | UBER-MDL3084-BW-00037597 |
| UBER-MDL3084-BW-00037504 | UBER-MDL3084-BW-00037599 |
| UBER-MDL3084-BW-00037509 | UBER-MDL3084-BW-00037601 |
| UBER-MDL3084-BW-00037511 | UBER-MDL3084-BW-00037603 |
| UBER-MDL3084-BW-00037513 | UBER-MDL3084-BW-00037605 |
| UBER-MDL3084-BW-00037515 | UBER-MDL3084-BW-00037608 |
| UBER-MDL3084-BW-00037517 | UBER-MDL3084-BW-00037610 |
| UBER-MDL3084-BW-00037519 | UBER-MDL3084-BW-00037612 |
| UBER-MDL3084-BW-00037521 | UBER-MDL3084-BW-00037615 |
| UBER-MDL3084-BW-00037523 | UBER-MDL3084-BW-00037617 |
| UBER-MDL3084-BW-00037525 | UBER-MDL3084-BW-00037618 |
| UBER-MDL3084-BW-00037527 | UBER-MDL3084-BW-00037619 |
| UBER-MDL3084-BW-00037529 | UBER-MDL3084-BW-00037621 |
| UBER-MDL3084-BW-00037531 | UBER-MDL3084-BW-00037625 |
| UBER-MDL3084-BW-00037535 | UBER-MDL3084-BW-00037627 |

Confidential – Subject to Protective Order                    Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00037629 | UBER-MDL3084-BW-00037737 |
| UBER-MDL3084-BW-00037630 | UBER-MDL3084-BW-00037739 |
| UBER-MDL3084-BW-00037632 | UBER-MDL3084-BW-00037742 |
| UBER-MDL3084-BW-00037634 | UBER-MDL3084-BW-00037744 |
| UBER-MDL3084-BW-00037637 | UBER-MDL3084-BW-00037746 |
| UBER-MDL3084-BW-00037639 | UBER-MDL3084-BW-00037747 |
| UBER-MDL3084-BW-00037641 | UBER-MDL3084-BW-00037749 |
| UBER-MDL3084-BW-00037643 | UBER-MDL3084-BW-00037751 |
| UBER-MDL3084-BW-00037644 | UBER-MDL3084-BW-00037753 |
| UBER-MDL3084-BW-00037647 | UBER-MDL3084-BW-00037755 |
| UBER-MDL3084-BW-00037651 | UBER-MDL3084-BW-00037757 |
| UBER-MDL3084-BW-00037653 | UBER-MDL3084-BW-00037759 |
| UBER-MDL3084-BW-00037654 | UBER-MDL3084-BW-00037761 |
| UBER-MDL3084-BW-00037658 | UBER-MDL3084-BW-00037763 |
| UBER-MDL3084-BW-00037660 | UBER-MDL3084-BW-00037765 |
| UBER-MDL3084-BW-00037663 | UBER-MDL3084-BW-00037767 |
| UBER-MDL3084-BW-00037665 | UBER-MDL3084-BW-00037769 |
| UBER-MDL3084-BW-00037667 | UBER-MDL3084-BW-00037771 |
| UBER-MDL3084-BW-00037669 | UBER-MDL3084-BW-00037773 |
| UBER-MDL3084-BW-00037671 | UBER-MDL3084-BW-00037775 |
| UBER-MDL3084-BW-00037675 | UBER-MDL3084-BW-00037777 |
| UBER-MDL3084-BW-00037677 | UBER-MDL3084-BW-00037780 |
| UBER-MDL3084-BW-00037679 | UBER-MDL3084-BW-00037782 |
| UBER-MDL3084-BW-00037681 | UBER-MDL3084-BW-00037784 |
| UBER-MDL3084-BW-00037683 | UBER-MDL3084-BW-00037787 |
| UBER-MDL3084-BW-00037685 | UBER-MDL3084-BW-00037789 |
| UBER-MDL3084-BW-00037687 | UBER-MDL3084-BW-00037791 |
| UBER-MDL3084-BW-00037691 | UBER-MDL3084-BW-00037794 |
| UBER-MDL3084-BW-00037693 | UBER-MDL3084-BW-00037795 |
| UBER-MDL3084-BW-00037696 | UBER-MDL3084-BW-00037798 |
| UBER-MDL3084-BW-00037698 | UBER-MDL3084-BW-00037800 |
| UBER-MDL3084-BW-00037700 | UBER-MDL3084-BW-00037802 |
| UBER-MDL3084-BW-00037702 | UBER-MDL3084-BW-00037804 |
| UBER-MDL3084-BW-00037704 | UBER-MDL3084-BW-00037807 |
| UBER-MDL3084-BW-00037706 | UBER-MDL3084-BW-00037809 |
| UBER-MDL3084-BW-00037708 | UBER-MDL3084-BW-00037811 |
| UBER-MDL3084-BW-00037710 | UBER-MDL3084-BW-00037813 |
| UBER-MDL3084-BW-00037712 | UBER-MDL3084-BW-00037816 |
| UBER-MDL3084-BW-00037714 | UBER-MDL3084-BW-00037818 |
| UBER-MDL3084-BW-00037718 | UBER-MDL3084-BW-00037820 |
| UBER-MDL3084-BW-00037720 | UBER-MDL3084-BW-00037822 |
| UBER-MDL3084-BW-00037724 | UBER-MDL3084-BW-00037824 |
| UBER-MDL3084-BW-00037726 | UBER-MDL3084-BW-00037827 |
| UBER-MDL3084-BW-00037729 | UBER-MDL3084-BW-00037828 |
| UBER-MDL3084-BW-00037732 | UBER-MDL3084-BW-00037830 |
| UBER-MDL3084-BW-00037735 | UBER-MDL3084-BW-00037832 |

Confidential – Subject to Protective Order

Confidential - Subject to Protective Order

UBER-MDL3084-BW-00037834  UBER-MDL3084-BW-00037929
UBER-MDL3084-BW-00037836  UBER-MDL3084-BW-00037931
UBER-MDL3084-BW-00037838  UBER-MDL3084-BW-00037933
UBER-MDL3084-BW-00037839  UBER-MDL3084-BW-00037935
UBER-MDL3084-BW-00037841  UBER-MDL3084-BW-00037936
UBER-MDL3084-BW-00037843  UBER-MDL3084-BW-00037938
UBER-MDL3084-BW-00037845  UBER-MDL3084-BW-00037940
UBER-MDL3084-BW-00037847  UBER-MDL3084-BW-00037942
UBER-MDL3084-BW-00037849  UBER-MDL3084-BW-00037944
UBER-MDL3084-BW-00037851  UBER-MDL3084-BW-00037946
UBER-MDL3084-BW-00037852  UBER-MDL3084-BW-00037947
UBER-MDL3084-BW-00037854  UBER-MDL3084-BW-00037949
UBER-MDL3084-BW-00037856  UBER-MDL3084-BW-00037951
UBER-MDL3084-BW-00037858  UBER-MDL3084-BW-00037953
UBER-MDL3084-BW-00037860  UBER-MDL3084-BW-00037955
UBER-MDL3084-BW-00037863  UBER-MDL3084-BW-00037957
UBER-MDL3084-BW-00037867  UBER-MDL3084-BW-00037961
UBER-MDL3084-BW-00037869  UBER-MDL3084-BW-00037962
UBER-MDL3084-BW-00037871  UBER-MDL3084-BW-00037963
UBER-MDL3084-BW-00037874  UBER-MDL3084-BW-00037965
UBER-MDL3084-BW-00037876  UBER-MDL3084-BW-00037967
UBER-MDL3084-BW-00037878  UBER-MDL3084-BW-00037969
UBER-MDL3084-BW-00037880  UBER-MDL3084-BW-00037971
UBER-MDL3084-BW-00037882  UBER-MDL3084-BW-00037973
UBER-MDL3084-BW-00037884  UBER-MDL3084-BW-00037975
UBER-MDL3084-BW-00037886  UBER-MDL3084-BW-00037976
UBER-MDL3084-BW-00037888  UBER-MDL3084-BW-00037978
UBER-MDL3084-BW-00037890  UBER-MDL3084-BW-00037980
UBER-MDL3084-BW-00037892  UBER-MDL3084-BW-00037982
UBER-MDL3084-BW-00037894  UBER-MDL3084-BW-00037984
UBER-MDL3084-BW-00037896  UBER-MDL3084-BW-00037986
UBER-MDL3084-BW-00037898  UBER-MDL3084-BW-00037989
UBER-MDL3084-BW-00037900  UBER-MDL3084-BW-00037991
UBER-MDL3084-BW-00037902  UBER-MDL3084-BW-00037993
UBER-MDL3084-BW-00037904  UBER-MDL3084-BW-00037995
UBER-MDL3084-BW-00037906  UBER-MDL3084-BW-00037997
UBER-MDL3084-BW-00037908  UBER-MDL3084-BW-00037998
UBER-MDL3084-BW-00037912  UBER-MDL3084-BW-00038000
UBER-MDL3084-BW-00037914  UBER-MDL3084-BW-00038002
UBER-MDL3084-BW-00037916  UBER-MDL3084-BW-00038004
UBER-MDL3084-BW-00037918  UBER-MDL3084-BW-00038006
UBER-MDL3084-BW-00037920  UBER-MDL3084-BW-00038008
UBER-MDL3084-BW-00037922  UBER-MDL3084-BW-00038010
UBER-MDL3084-BW-00037924  UBER-MDL3084-BW-00038013
UBER-MDL3084-BW-00037926  UBER-MDL3084-BW-00038015
UBER-MDL3084-BW-00037928  UBER-MDL3084-BW-00038017

**Confidential – Subject to Protective Order**          Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00038019 | UBER-MDL3084-BW-00038116 |
| UBER-MDL3084-BW-00038021 | UBER-MDL3084-BW-00038118 |
| UBER-MDL3084-BW-00038024 | UBER-MDL3084-BW-00038120 |
| UBER-MDL3084-BW-00038025 | UBER-MDL3084-BW-00038123 |
| UBER-MDL3084-BW-00038027 | UBER-MDL3084-BW-00038124 |
| UBER-MDL3084-BW-00038029 | UBER-MDL3084-BW-00038126 |
| UBER-MDL3084-BW-00038031 | UBER-MDL3084-BW-00038131 |
| UBER-MDL3084-BW-00038033 | UBER-MDL3084-BW-00038133 |
| UBER-MDL3084-BW-00038035 | UBER-MDL3084-BW-00038135 |
| UBER-MDL3084-BW-00038037 | UBER-MDL3084-BW-00038138 |
| UBER-MDL3084-BW-00038039 | UBER-MDL3084-BW-00038140 |
| UBER-MDL3084-BW-00038041 | UBER-MDL3084-BW-00038142 |
| UBER-MDL3084-BW-00038043 | UBER-MDL3084-BW-00038144 |
| UBER-MDL3084-BW-00038046 | UBER-MDL3084-BW-00038146 |
| UBER-MDL3084-BW-00038049 | UBER-MDL3084-BW-00038147 |
| UBER-MDL3084-BW-00038052 | UBER-MDL3084-BW-00038149 |
| UBER-MDL3084-BW-00038054 | UBER-MDL3084-BW-00038151 |
| UBER-MDL3084-BW-00038056 | UBER-MDL3084-BW-00038153 |
| UBER-MDL3084-BW-00038058 | UBER-MDL3084-BW-00038155 |
| UBER-MDL3084-BW-00038060 | UBER-MDL3084-BW-00038156 |
| UBER-MDL3084-BW-00038062 | UBER-MDL3084-BW-00038157 |
| UBER-MDL3084-BW-00038064 | UBER-MDL3084-BW-00038159 |
| UBER-MDL3084-BW-00038066 | UBER-MDL3084-BW-00038161 |
| UBER-MDL3084-BW-00038068 | UBER-MDL3084-BW-00038163 |
| UBER-MDL3084-BW-00038070 | UBER-MDL3084-BW-00038166 |
| UBER-MDL3084-BW-00038072 | UBER-MDL3084-BW-00038168 |
| UBER-MDL3084-BW-00038074 | UBER-MDL3084-BW-00038170 |
| UBER-MDL3084-BW-00038077 | UBER-MDL3084-BW-00038171 |
| UBER-MDL3084-BW-00038079 | UBER-MDL3084-BW-00038173 |
| UBER-MDL3084-BW-00038081 | UBER-MDL3084-BW-00038174 |
| UBER-MDL3084-BW-00038083 | UBER-MDL3084-BW-00038176 |
| UBER-MDL3084-BW-00038084 | UBER-MDL3084-BW-00038178 |
| UBER-MDL3084-BW-00038085 | UBER-MDL3084-BW-00038182 |
| UBER-MDL3084-BW-00038087 | UBER-MDL3084-BW-00038183 |
| UBER-MDL3084-BW-00038088 | UBER-MDL3084-BW-00038186 |
| UBER-MDL3084-BW-00038091 | UBER-MDL3084-BW-00038188 |
| UBER-MDL3084-BW-00038093 | UBER-MDL3084-BW-00038191 |
| UBER-MDL3084-BW-00038095 | UBER-MDL3084-BW-00038193 |
| UBER-MDL3084-BW-00038098 | UBER-MDL3084-BW-00038196 |
| UBER-MDL3084-BW-00038100 | UBER-MDL3084-BW-00038197 |
| UBER-MDL3084-BW-00038101 | UBER-MDL3084-BW-00038199 |
| UBER-MDL3084-BW-00038103 | UBER-MDL3084-BW-00038202 |
| UBER-MDL3084-BW-00038105 | UBER-MDL3084-BW-00038204 |
| UBER-MDL3084-BW-00038108 | UBER-MDL3084-BW-00038206 |
| UBER-MDL3084-BW-00038110 | UBER-MDL3084-BW-00038208 |
| UBER-MDL3084-BW-00038114 | UBER-MDL3084-BW-00038209 |

92

| | |
|---|---|
| UBER-MDL3084-BW-00038212 | UBER-MDL3084-BW-00038303 |
| UBER-MDL3084-BW-00038214 | UBER-MDL3084-BW-00038305 |
| UBER-MDL3084-BW-00038216 | UBER-MDL3084-BW-00038307 |
| UBER-MDL3084-BW-00038218 | UBER-MDL3084-BW-00038309 |
| UBER-MDL3084-BW-00038220 | UBER-MDL3084-BW-00038311 |
| UBER-MDL3084-BW-00038222 | UBER-MDL3084-BW-00038313 |
| UBER-MDL3084-BW-00038224 | UBER-MDL3084-BW-00038316 |
| UBER-MDL3084-BW-00038226 | UBER-MDL3084-BW-00038318 |
| UBER-MDL3084-BW-00038228 | UBER-MDL3084-BW-00038320 |
| UBER-MDL3084-BW-00038230 | UBER-MDL3084-BW-00038322 |
| UBER-MDL3084-BW-00038232 | UBER-MDL3084-BW-00038324 |
| UBER-MDL3084-BW-00038234 | UBER-MDL3084-BW-00038325 |
| UBER-MDL3084-BW-00038236 | UBER-MDL3084-BW-00038327 |
| UBER-MDL3084-BW-00038238 | UBER-MDL3084-BW-00038329 |
| UBER-MDL3084-BW-00038240 | UBER-MDL3084-BW-00038331 |
| UBER-MDL3084-BW-00038242 | UBER-MDL3084-BW-00038332 |
| UBER-MDL3084-BW-00038244 | UBER-MDL3084-BW-00038334 |
| UBER-MDL3084-BW-00038245 | UBER-MDL3084-BW-00038336 |
| UBER-MDL3084-BW-00038247 | UBER-MDL3084-BW-00038338 |
| UBER-MDL3084-BW-00038249 | UBER-MDL3084-BW-00038340 |
| UBER-MDL3084-BW-00038251 | UBER-MDL3084-BW-00038342 |
| UBER-MDL3084-BW-00038253 | UBER-MDL3084-BW-00038343 |
| UBER-MDL3084-BW-00038256 | UBER-MDL3084-BW-00038345 |
| UBER-MDL3084-BW-00038258 | UBER-MDL3084-BW-00038347 |
| UBER-MDL3084-BW-00038260 | UBER-MDL3084-BW-00038349 |
| UBER-MDL3084-BW-00038261 | UBER-MDL3084-BW-00038351 |
| UBER-MDL3084-BW-00038264 | UBER-MDL3084-BW-00038353 |
| UBER-MDL3084-BW-00038266 | UBER-MDL3084-BW-00038355 |
| UBER-MDL3084-BW-00038267 | UBER-MDL3084-BW-00038357 |
| UBER-MDL3084-BW-00038269 | UBER-MDL3084-BW-00038359 |
| UBER-MDL3084-BW-00038271 | UBER-MDL3084-BW-00038362 |
| UBER-MDL3084-BW-00038273 | UBER-MDL3084-BW-00038364 |
| UBER-MDL3084-BW-00038275 | UBER-MDL3084-BW-00038366 |
| UBER-MDL3084-BW-00038276 | UBER-MDL3084-BW-00038367 |
| UBER-MDL3084-BW-00038279 | UBER-MDL3084-BW-00038369 |
| UBER-MDL3084-BW-00038281 | UBER-MDL3084-BW-00038370 |
| UBER-MDL3084-BW-00038283 | UBER-MDL3084-BW-00038372 |
| UBER-MDL3084-BW-00038285 | UBER-MDL3084-BW-00038374 |
| UBER-MDL3084-BW-00038286 | UBER-MDL3084-BW-00038376 |
| UBER-MDL3084-BW-00038288 | UBER-MDL3084-BW-00038378 |
| UBER-MDL3084-BW-00038290 | UBER-MDL3084-BW-00038380 |
| UBER-MDL3084-BW-00038292 | UBER-MDL3084-BW-00038382 |
| UBER-MDL3084-BW-00038294 | UBER-MDL3084-BW-00038384 |
| UBER-MDL3084-BW-00038296 | UBER-MDL3084-BW-00038387 |
| UBER-MDL3084-BW-00038298 | UBER-MDL3084-BW-00038388 |
| UBER-MDL3084-BW-00038301 | UBER-MDL3084-BW-00038390 |

Confidential – Subject to Protective Order                    Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00038391 | UBER-MDL3084-BW-00038488 |
| UBER-MDL3084-BW-00038393 | UBER-MDL3084-BW-00038491 |
| UBER-MDL3084-BW-00038395 | UBER-MDL3084-BW-00038493 |
| UBER-MDL3084-BW-00038397 | UBER-MDL3084-BW-00038495 |
| UBER-MDL3084-BW-00038399 | UBER-MDL3084-BW-00038497 |
| UBER-MDL3084-BW-00038400 | UBER-MDL3084-BW-00038499 |
| UBER-MDL3084-BW-00038402 | UBER-MDL3084-BW-00038501 |
| UBER-MDL3084-BW-00038404 | UBER-MDL3084-BW-00038504 |
| UBER-MDL3084-BW-00038406 | UBER-MDL3084-BW-00038506 |
| UBER-MDL3084-BW-00038407 | UBER-MDL3084-BW-00038508 |
| UBER-MDL3084-BW-00038409 | UBER-MDL3084-BW-00038509 |
| UBER-MDL3084-BW-00038410 | UBER-MDL3084-BW-00038510 |
| UBER-MDL3084-BW-00038412 | UBER-MDL3084-BW-00038512 |
| UBER-MDL3084-BW-00038416 | UBER-MDL3084-BW-00038514 |
| UBER-MDL3084-BW-00038419 | UBER-MDL3084-BW-00038516 |
| UBER-MDL3084-BW-00038422 | UBER-MDL3084-BW-00038519 |
| UBER-MDL3084-BW-00038424 | UBER-MDL3084-BW-00038522 |
| UBER-MDL3084-BW-00038427 | UBER-MDL3084-BW-00038524 |
| UBER-MDL3084-BW-00038430 | UBER-MDL3084-BW-00038526 |
| UBER-MDL3084-BW-00038433 | UBER-MDL3084-BW-00038528 |
| UBER-MDL3084-BW-00038435 | UBER-MDL3084-BW-00038530 |
| UBER-MDL3084-BW-00038437 | UBER-MDL3084-BW-00038531 |
| UBER-MDL3084-BW-00038439 | UBER-MDL3084-BW-00038532 |
| UBER-MDL3084-BW-00038441 | UBER-MDL3084-BW-00038535 |
| UBER-MDL3084-BW-00038443 | UBER-MDL3084-BW-00038537 |
| UBER-MDL3084-BW-00038445 | UBER-MDL3084-BW-00038539 |
| UBER-MDL3084-BW-00038447 | UBER-MDL3084-BW-00038540 |
| UBER-MDL3084-BW-00038449 | UBER-MDL3084-BW-00038542 |
| UBER-MDL3084-BW-00038451 | UBER-MDL3084-BW-00038544 |
| UBER-MDL3084-BW-00038453 | UBER-MDL3084-BW-00038546 |
| UBER-MDL3084-BW-00038455 | UBER-MDL3084-BW-00038548 |
| UBER-MDL3084-BW-00038457 | UBER-MDL3084-BW-00038550 |
| UBER-MDL3084-BW-00038459 | UBER-MDL3084-BW-00038553 |
| UBER-MDL3084-BW-00038461 | UBER-MDL3084-BW-00038557 |
| UBER-MDL3084-BW-00038463 | UBER-MDL3084-BW-00038559 |
| UBER-MDL3084-BW-00038466 | UBER-MDL3084-BW-00038561 |
| UBER-MDL3084-BW-00038468 | UBER-MDL3084-BW-00038562 |
| UBER-MDL3084-BW-00038470 | UBER-MDL3084-BW-00038564 |
| UBER-MDL3084-BW-00038472 | UBER-MDL3084-BW-00038566 |
| UBER-MDL3084-BW-00038474 | UBER-MDL3084-BW-00038568 |
| UBER-MDL3084-BW-00038476 | UBER-MDL3084-BW-00038570 |
| UBER-MDL3084-BW-00038478 | UBER-MDL3084-BW-00038572 |
| UBER-MDL3084-BW-00038480 | UBER-MDL3084-BW-00038574 |
| UBER-MDL3084-BW-00038482 | UBER-MDL3084-BW-00038577 |
| UBER-MDL3084-BW-00038484 | UBER-MDL3084-BW-00038579 |
| UBER-MDL3084-BW-00038486 | UBER-MDL3084-BW-00038581 |

UBER-MDL3084-BW-00038583

UBER-MDL3084-BW-00038585

UBER-MDL3084-BW-00038587

UBER-MDL3084-BW-00038590

UBER-MDL3084-BW-00038592

UBER-MDL3084-BW-00038594

UBER-MDL3084-BW-00038596

UBER-MDL3084-BW-00038598

UBER-MDL3084-BW-00038599

UBER-MDL3084-BW-00038601

UBER-MDL3084-BW-00038603

UBER-MDL3084-BW-00038605

UBER-MDL3084-BW-00038608

UBER-MDL3084-BW-00038610

UBER-MDL3084-BW-00038612

UBER-MDL3084-BW-00038614

UBER-MDL3084-BW-00038616

UBER-MDL3084-BW-00038620

UBER-MDL3084-BW-00038622

UBER-MDL3084-BW-00038624

UBER-MDL3084-BW-00038626

UBER-MDL3084-BW-00038628

UBER-MDL3084-BW-00038631

UBER-MDL3084-BW-00038633

UBER-MDL3084-BW-00038635

UBER-MDL3084-BW-00038637

UBER-MDL3084-BW-00038639

UBER-MDL3084-BW-00038641

UBER-MDL3084-BW-00038643

UBER-MDL3084-BW-00038644

UBER-MDL3084-BW-00038646

UBER-MDL3084-BW-00038648

UBER-MDL3084-BW-00038650

UBER-MDL3084-BW-00038652

UBER-MDL3084-BW-00038653

UBER-MDL3084-BW-00038654

UBER-MDL3084-BW-00038655

UBER-MDL3084-BW-00038657

UBER-MDL3084-BW-00038659

UBER-MDL3084-BW-00038660

UBER-MDL3084-BW-00038662

UBER-MDL3084-BW-00038664

UBER-MDL3084-BW-00038666

UBER-MDL3084-BW-00038669

UBER-MDL3084-BW-00038672

UBER-MDL3084-BW-00038674

UBER-MDL3084-BW-00038675

UBER-MDL3084-BW-00038677

UBER-MDL3084-BW-00038680

UBER-MDL3084-BW-00038684

UBER-MDL3084-BW-00038686

UBER-MDL3084-BW-00038688

UBER-MDL3084-BW-00038690

UBER-MDL3084-BW-00038693

UBER-MDL3084-BW-00038695

UBER-MDL3084-BW-00038697

UBER-MDL3084-BW-00038699

UBER-MDL3084-BW-00038700

UBER-MDL3084-BW-00038702

UBER-MDL3084-BW-00038704

UBER-MDL3084-BW-00038705

UBER-MDL3084-BW-00038707

UBER-MDL3084-BW-00038710

UBER-MDL3084-BW-00038712

UBER-MDL3084-BW-00038714

UBER-MDL3084-BW-00038716

UBER-MDL3084-BW-00038718

UBER-MDL3084-BW-00038720

UBER-MDL3084-BW-00038722

UBER-MDL3084-BW-00038724

UBER-MDL3084-BW-00038726

UBER-MDL3084-BW-00038728

UBER-MDL3084-BW-00038730

UBER-MDL3084-BW-00038732

UBER-MDL3084-BW-00038734

UBER-MDL3084-BW-00038736

UBER-MDL3084-BW-00038740

UBER-MDL3084-BW-00038741

UBER-MDL3084-BW-00038743

UBER-MDL3084-BW-00038745

UBER-MDL3084-BW-00038746

UBER-MDL3084-BW-00038748

UBER-MDL3084-BW-00038750

UBER-MDL3084-BW-00038753

UBER-MDL3084-BW-00038755

UBER-MDL3084-BW-00038757

UBER-MDL3084-BW-00038759

UBER-MDL3084-BW-00038761

UBER-MDL3084-BW-00038763

UBER-MDL3084-BW-00038765

UBER-MDL3084-BW-00038767

UBER-MDL3084-BW-00038769

UBER-MDL3084-BW-00038771
UBER-MDL3084-BW-00038773
UBER-MDL3084-BW-00038774
UBER-MDL3084-BW-00038776
UBER-MDL3084-BW-00038779
UBER-MDL3084-BW-00038781
UBER-MDL3084-BW-00038782
UBER-MDL3084-BW-00038784
UBER-MDL3084-BW-00038787
UBER-MDL3084-BW-00038789
UBER-MDL3084-BW-00038791
UBER-MDL3084-BW-00038792
UBER-MDL3084-BW-00038794
UBER-MDL3084-BW-00038796
UBER-MDL3084-BW-00038798
UBER-MDL3084-BW-00038800
UBER-MDL3084-BW-00038802
UBER-MDL3084-BW-00038804
UBER-MDL3084-BW-00038806
UBER-MDL3084-BW-00038808
UBER-MDL3084-BW-00038810
UBER-MDL3084-BW-00038812
UBER-MDL3084-BW-00038814
UBER-MDL3084-BW-00038816
UBER-MDL3084-BW-00038818
UBER-MDL3084-BW-00038821
UBER-MDL3084-BW-00038823
UBER-MDL3084-BW-00038825
UBER-MDL3084-BW-00038827
UBER-MDL3084-BW-00038829
UBER-MDL3084-BW-00038831
UBER-MDL3084-BW-00038833
UBER-MDL3084-BW-00038835
UBER-MDL3084-BW-00038837
UBER-MDL3084-BW-00038839
UBER-MDL3084-BW-00038841
UBER-MDL3084-BW-00038843
UBER-MDL3084-BW-00038845
UBER-MDL3084-BW-00038846
UBER-MDL3084-BW-00038848
UBER-MDL3084-BW-00038850
UBER-MDL3084-BW-00038853
UBER-MDL3084-BW-00038854
UBER-MDL3084-BW-00038856
UBER-MDL3084-BW-00038858
UBER-MDL3084-BW-00038860

UBER-MDL3084-BW-00038862
UBER-MDL3084-BW-00038864
UBER-MDL3084-BW-00038866
UBER-MDL3084-BW-00038868
UBER-MDL3084-BW-00038869
UBER-MDL3084-BW-00038871
UBER-MDL3084-BW-00038872
UBER-MDL3084-BW-00038874
UBER-MDL3084-BW-00038876
UBER-MDL3084-BW-00038877
UBER-MDL3084-BW-00038879
UBER-MDL3084-BW-00038881
UBER-MDL3084-BW-00038883
UBER-MDL3084-BW-00038885
UBER-MDL3084-BW-00038887
UBER-MDL3084-BW-00038889
UBER-MDL3084-BW-00038891
UBER-MDL3084-BW-00038893
UBER-MDL3084-BW-00038895
UBER-MDL3084-BW-00038897
UBER-MDL3084-BW-00038899
UBER-MDL3084-BW-00038901
UBER-MDL3084-BW-00038903
UBER-MDL3084-BW-00038906
UBER-MDL3084-BW-00038908
UBER-MDL3084-BW-00038910
UBER-MDL3084-BW-00038911
UBER-MDL3084-BW-00038913
UBER-MDL3084-BW-00038915
UBER-MDL3084-BW-00038917
UBER-MDL3084-BW-00038920
UBER-MDL3084-BW-00038922
UBER-MDL3084-BW-00038924
UBER-MDL3084-BW-00038926
UBER-MDL3084-BW-00038929
UBER-MDL3084-BW-00038930
UBER-MDL3084-BW-00038932
UBER-MDL3084-BW-00038934
UBER-MDL3084-BW-00038935
UBER-MDL3084-BW-00038937
UBER-MDL3084-BW-00038938
UBER-MDL3084-BW-00038940
UBER-MDL3084-BW-00038942
UBER-MDL3084-BW-00038944
UBER-MDL3084-BW-00038945
UBER-MDL3084-BW-00038947

| | |
|---|---|
| UBER-MDL3084-BW-00038949 | UBER-MDL3084-BW-00039041 |
| UBER-MDL3084-BW-00038951 | UBER-MDL3084-BW-00039043 |
| UBER-MDL3084-BW-00038955 | UBER-MDL3084-BW-00039045 |
| UBER-MDL3084-BW-00038956 | UBER-MDL3084-BW-00039047 |
| UBER-MDL3084-BW-00038957 | UBER-MDL3084-BW-00039049 |
| UBER-MDL3084-BW-00038959 | UBER-MDL3084-BW-00039051 |
| UBER-MDL3084-BW-00038961 | UBER-MDL3084-BW-00039053 |
| UBER-MDL3084-BW-00038963 | UBER-MDL3084-BW-00039055 |
| UBER-MDL3084-BW-00038965 | UBER-MDL3084-BW-00039060 |
| UBER-MDL3084-BW-00038967 | UBER-MDL3084-BW-00039062 |
| UBER-MDL3084-BW-00038971 | UBER-MDL3084-BW-00039064 |
| UBER-MDL3084-BW-00038973 | UBER-MDL3084-BW-00039065 |
| UBER-MDL3084-BW-00038975 | UBER-MDL3084-BW-00039067 |
| UBER-MDL3084-BW-00038977 | UBER-MDL3084-BW-00039069 |
| UBER-MDL3084-BW-00038978 | UBER-MDL3084-BW-00039071 |
| UBER-MDL3084-BW-00038980 | UBER-MDL3084-BW-00039072 |
| UBER-MDL3084-BW-00038982 | UBER-MDL3084-BW-00039074 |
| UBER-MDL3084-BW-00038984 | UBER-MDL3084-BW-00039076 |
| UBER-MDL3084-BW-00038985 | UBER-MDL3084-BW-00039078 |
| UBER-MDL3084-BW-00038987 | UBER-MDL3084-BW-00039080 |
| UBER-MDL3084-BW-00038989 | UBER-MDL3084-BW-00039082 |
| UBER-MDL3084-BW-00038991 | UBER-MDL3084-BW-00039083 |
| UBER-MDL3084-BW-00038993 | UBER-MDL3084-BW-00039085 |
| UBER-MDL3084-BW-00038997 | UBER-MDL3084-BW-00039087 |
| UBER-MDL3084-BW-00038999 | UBER-MDL3084-BW-00039089 |
| UBER-MDL3084-BW-00039001 | UBER-MDL3084-BW-00039091 |
| UBER-MDL3084-BW-00039003 | UBER-MDL3084-BW-00039093 |
| UBER-MDL3084-BW-00039005 | UBER-MDL3084-BW-00039095 |
| UBER-MDL3084-BW-00039007 | UBER-MDL3084-BW-00039097 |
| UBER-MDL3084-BW-00039010 | UBER-MDL3084-BW-00039102 |
| UBER-MDL3084-BW-00039012 | UBER-MDL3084-BW-00039104 |
| UBER-MDL3084-BW-00039014 | UBER-MDL3084-BW-00039106 |
| UBER-MDL3084-BW-00039017 | UBER-MDL3084-BW-00039108 |
| UBER-MDL3084-BW-00039019 | UBER-MDL3084-BW-00039110 |
| UBER-MDL3084-BW-00039021 | UBER-MDL3084-BW-00039112 |
| UBER-MDL3084-BW-00039023 | UBER-MDL3084-BW-00039114 |
| UBER-MDL3084-BW-00039025 | UBER-MDL3084-BW-00039116 |
| UBER-MDL3084-BW-00039027 | UBER-MDL3084-BW-00039118 |
| UBER-MDL3084-BW-00039028 | UBER-MDL3084-BW-00039120 |
| UBER-MDL3084-BW-00039030 | UBER-MDL3084-BW-00039122 |
| UBER-MDL3084-BW-00039031 | UBER-MDL3084-BW-00039124 |
| UBER-MDL3084-BW-00039033 | UBER-MDL3084-BW-00039126 |
| UBER-MDL3084-BW-00039035 | UBER-MDL3084-BW-00039128 |
| UBER-MDL3084-BW-00039037 | UBER-MDL3084-BW-00039130 |
| UBER-MDL3084-BW-00039038 | UBER-MDL3084-BW-00039131 |
| UBER-MDL3084-BW-00039040 | UBER-MDL3084-BW-00039133 |

Confidential – Subject to Protective Order

Confidential - Subject to Protective Order

UBER-MDL3084-BW-00039135
UBER-MDL3084-BW-00039137
UBER-MDL3084-BW-00039139
UBER-MDL3084-BW-00039140
UBER-MDL3084-BW-00039142
UBER-MDL3084-BW-00039144
UBER-MDL3084-BW-00039148
UBER-MDL3084-BW-00039149
UBER-MDL3084-BW-00039151
UBER-MDL3084-BW-00039152
UBER-MDL3084-BW-00039155
UBER-MDL3084-BW-00039157
UBER-MDL3084-BW-00039159
UBER-MDL3084-BW-00039161
UBER-MDL3084-BW-00039165
UBER-MDL3084-BW-00039167
UBER-MDL3084-BW-00039168
UBER-MDL3084-BW-00039170
UBER-MDL3084-BW-00039172
UBER-MDL3084-BW-00039174
UBER-MDL3084-BW-00039176
UBER-MDL3084-BW-00039178
UBER-MDL3084-BW-00039181
UBER-MDL3084-BW-00039183
UBER-MDL3084-BW-00039185
UBER-MDL3084-BW-00039187
UBER-MDL3084-BW-00039189
UBER-MDL3084-BW-00039191
UBER-MDL3084-BW-00039193
UBER-MDL3084-BW-00039195
UBER-MDL3084-BW-00039197
UBER-MDL3084-BW-00039199
UBER-MDL3084-BW-00039201
UBER-MDL3084-BW-00039203
UBER-MDL3084-BW-00039205
UBER-MDL3084-BW-00039207
UBER-MDL3084-BW-00039209
UBER-MDL3084-BW-00039211
UBER-MDL3084-BW-00039213
UBER-MDL3084-BW-00039215
UBER-MDL3084-BW-00039217
UBER-MDL3084-BW-00039219
UBER-MDL3084-BW-00039221
UBER-MDL3084-BW-00039223
UBER-MDL3084-BW-00039225
UBER-MDL3084-BW-00039227

UBER-MDL3084-BW-00039229
UBER-MDL3084-BW-00039231
UBER-MDL3084-BW-00039233
UBER-MDL3084-BW-00039235
UBER-MDL3084-BW-00039237
UBER-MDL3084-BW-00039239
UBER-MDL3084-BW-00039241
UBER-MDL3084-BW-00039243
UBER-MDL3084-BW-00039244
UBER-MDL3084-BW-00039246
UBER-MDL3084-BW-00039248
UBER-MDL3084-BW-00039250
UBER-MDL3084-BW-00039251
UBER-MDL3084-BW-00039253
UBER-MDL3084-BW-00039255
UBER-MDL3084-BW-00039256
UBER-MDL3084-BW-00039257
UBER-MDL3084-BW-00039259
UBER-MDL3084-BW-00039261
UBER-MDL3084-BW-00039263
UBER-MDL3084-BW-00039265
UBER-MDL3084-BW-00039267
UBER-MDL3084-BW-00039268
UBER-MDL3084-BW-00039269
UBER-MDL3084-BW-00039271
UBER-MDL3084-BW-00039273
UBER-MDL3084-BW-00039275
UBER-MDL3084-BW-00039277
UBER-MDL3084-BW-00039279
UBER-MDL3084-BW-00039281
UBER-MDL3084-BW-00039283
UBER-MDL3084-BW-00039285
UBER-MDL3084-BW-00039288
UBER-MDL3084-BW-00039290
UBER-MDL3084-BW-00039292
UBER-MDL3084-BW-00039295
UBER-MDL3084-BW-00039297
UBER-MDL3084-BW-00039299
UBER-MDL3084-BW-00039301
UBER-MDL3084-BW-00039303
UBER-MDL3084-BW-00039305
UBER-MDL3084-BW-00039307
UBER-MDL3084-BW-00039309
UBER-MDL3084-BW-00039311
UBER-MDL3084-BW-00039313
UBER-MDL3084-BW-00039314

Confidential – Subject to Protective Order                    Confidential - Subject to Protective Order

UBER-MDL3084-BW-00039315          UBER-MDL3084-BW-00039410
UBER-MDL3084-BW-00039317          UBER-MDL3084-BW-00039412
UBER-MDL3084-BW-00039319          UBER-MDL3084-BW-00039414
UBER-MDL3084-BW-00039321          UBER-MDL3084-BW-00039416
UBER-MDL3084-BW-00039323          UBER-MDL3084-BW-00039418
UBER-MDL3084-BW-00039326          UBER-MDL3084-BW-00039420
UBER-MDL3084-BW-00039328          UBER-MDL3084-BW-00039422
UBER-MDL3084-BW-00039330          UBER-MDL3084-BW-00039424
UBER-MDL3084-BW-00039333          UBER-MDL3084-BW-00039426
UBER-MDL3084-BW-00039335          UBER-MDL3084-BW-00039428
UBER-MDL3084-BW-00039337          UBER-MDL3084-BW-00039430
UBER-MDL3084-BW-00039339          UBER-MDL3084-BW-00039432
UBER-MDL3084-BW-00039341          UBER-MDL3084-BW-00039434
UBER-MDL3084-BW-00039343          UBER-MDL3084-BW-00039436
UBER-MDL3084-BW-00039346          UBER-MDL3084-BW-00039438
UBER-MDL3084-BW-00039348          UBER-MDL3084-BW-00039440
UBER-MDL3084-BW-00039350          UBER-MDL3084-BW-00039442
UBER-MDL3084-BW-00039352          UBER-MDL3084-BW-00039444
UBER-MDL3084-BW-00039354          UBER-MDL3084-BW-00039446
UBER-MDL3084-BW-00039356          UBER-MDL3084-BW-00039448
UBER-MDL3084-BW-00039358          UBER-MDL3084-BW-00039450
UBER-MDL3084-BW-00039360          UBER-MDL3084-BW-00039452
UBER-MDL3084-BW-00039362          UBER-MDL3084-BW-00039453
UBER-MDL3084-BW-00039364          UBER-MDL3084-BW-00039454
UBER-MDL3084-BW-00039366          UBER-MDL3084-BW-00039456
UBER-MDL3084-BW-00039368          UBER-MDL3084-BW-00039458
UBER-MDL3084-BW-00039370          UBER-MDL3084-BW-00039460
UBER-MDL3084-BW-00039372          UBER-MDL3084-BW-00039462
UBER-MDL3084-BW-00039374          UBER-MDL3084-BW-00039464
UBER-MDL3084-BW-00039376          UBER-MDL3084-BW-00039466
UBER-MDL3084-BW-00039378          UBER-MDL3084-BW-00039469
UBER-MDL3084-BW-00039380          UBER-MDL3084-BW-00039471
UBER-MDL3084-BW-00039382          UBER-MDL3084-BW-00039473
UBER-MDL3084-BW-00039385          UBER-MDL3084-BW-00039475
UBER-MDL3084-BW-00039387          UBER-MDL3084-BW-00039477
UBER-MDL3084-BW-00039388          UBER-MDL3084-BW-00039480
UBER-MDL3084-BW-00039390          UBER-MDL3084-BW-00039481
UBER-MDL3084-BW-00039393          UBER-MDL3084-BW-00039483
UBER-MDL3084-BW-00039395          UBER-MDL3084-BW-00039485
UBER-MDL3084-BW-00039397          UBER-MDL3084-BW-00039487
UBER-MDL3084-BW-00039399          UBER-MDL3084-BW-00039489
UBER-MDL3084-BW-00039401          UBER-MDL3084-BW-00039491
UBER-MDL3084-BW-00039403          UBER-MDL3084-BW-00039493
UBER-MDL3084-BW-00039405          UBER-MDL3084-BW-00039495
UBER-MDL3084-BW-00039407          UBER-MDL3084-BW-00039497
UBER-MDL3084-BW-00039409          UBER-MDL3084-BW-00039498

Confidential – Subject to Protective Order          Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00039499 | UBER-MDL3084-BW-00039594 |
| UBER-MDL3084-BW-00039501 | UBER-MDL3084-BW-00039595 |
| UBER-MDL3084-BW-00039504 | UBER-MDL3084-BW-00039597 |
| UBER-MDL3084-BW-00039505 | UBER-MDL3084-BW-00039599 |
| UBER-MDL3084-BW-00039507 | UBER-MDL3084-BW-00039601 |
| UBER-MDL3084-BW-00039509 | UBER-MDL3084-BW-00039603 |
| UBER-MDL3084-BW-00039510 | UBER-MDL3084-BW-00039606 |
| UBER-MDL3084-BW-00039512 | UBER-MDL3084-BW-00039608 |
| UBER-MDL3084-BW-00039514 | UBER-MDL3084-BW-00039610 |
| UBER-MDL3084-BW-00039516 | UBER-MDL3084-BW-00039612 |
| UBER-MDL3084-BW-00039518 | UBER-MDL3084-BW-00039614 |
| UBER-MDL3084-BW-00039520 | UBER-MDL3084-BW-00039617 |
| UBER-MDL3084-BW-00039522 | UBER-MDL3084-BW-00039619 |
| UBER-MDL3084-BW-00039524 | UBER-MDL3084-BW-00039621 |
| UBER-MDL3084-BW-00039526 | UBER-MDL3084-BW-00039623 |
| UBER-MDL3084-BW-00039528 | UBER-MDL3084-BW-00039626 |
| UBER-MDL3084-BW-00039530 | UBER-MDL3084-BW-00039628 |
| UBER-MDL3084-BW-00039532 | UBER-MDL3084-BW-00039630 |
| UBER-MDL3084-BW-00039534 | UBER-MDL3084-BW-00039632 |
| UBER-MDL3084-BW-00039538 | UBER-MDL3084-BW-00039634 |
| UBER-MDL3084-BW-00039540 | UBER-MDL3084-BW-00039636 |
| UBER-MDL3084-BW-00039543 | UBER-MDL3084-BW-00039638 |
| UBER-MDL3084-BW-00039545 | UBER-MDL3084-BW-00039640 |
| UBER-MDL3084-BW-00039547 | UBER-MDL3084-BW-00039642 |
| UBER-MDL3084-BW-00039549 | UBER-MDL3084-BW-00039644 |
| UBER-MDL3084-BW-00039550 | UBER-MDL3084-BW-00039646 |
| UBER-MDL3084-BW-00039552 | UBER-MDL3084-BW-00039648 |
| UBER-MDL3084-BW-00039553 | UBER-MDL3084-BW-00039650 |
| UBER-MDL3084-BW-00039555 | UBER-MDL3084-BW-00039654 |
| UBER-MDL3084-BW-00039557 | UBER-MDL3084-BW-00039656 |
| UBER-MDL3084-BW-00039561 | UBER-MDL3084-BW-00039658 |
| UBER-MDL3084-BW-00039565 | UBER-MDL3084-BW-00039659 |
| UBER-MDL3084-BW-00039567 | UBER-MDL3084-BW-00039660 |
| UBER-MDL3084-BW-00039569 | UBER-MDL3084-BW-00039662 |
| UBER-MDL3084-BW-00039571 | UBER-MDL3084-BW-00039665 |
| UBER-MDL3084-BW-00039573 | UBER-MDL3084-BW-00039668 |
| UBER-MDL3084-BW-00039574 | UBER-MDL3084-BW-00039672 |
| UBER-MDL3084-BW-00039577 | UBER-MDL3084-BW-00039674 |
| UBER-MDL3084-BW-00039579 | UBER-MDL3084-BW-00039676 |
| UBER-MDL3084-BW-00039581 | UBER-MDL3084-BW-00039678 |
| UBER-MDL3084-BW-00039584 | UBER-MDL3084-BW-00039680 |
| UBER-MDL3084-BW-00039585 | UBER-MDL3084-BW-00039682 |
| UBER-MDL3084-BW-00039587 | UBER-MDL3084-BW-00039684 |
| UBER-MDL3084-BW-00039588 | UBER-MDL3084-BW-00039686 |
| UBER-MDL3084-BW-00039590 | UBER-MDL3084-BW-00039688 |
| UBER-MDL3084-BW-00039592 | UBER-MDL3084-BW-00039690 |

Confidential – Subject to Protective Order                    Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00039692 | UBER-MDL3084-BW-00039778 |
| UBER-MDL3084-BW-00039694 | UBER-MDL3084-BW-00039780 |
| UBER-MDL3084-BW-00039696 | UBER-MDL3084-BW-00039782 |
| UBER-MDL3084-BW-00039698 | UBER-MDL3084-BW-00039784 |
| UBER-MDL3084-BW-00039700 | UBER-MDL3084-BW-00039786 |
| UBER-MDL3084-BW-00039702 | UBER-MDL3084-BW-00039788 |
| UBER-MDL3084-BW-00039703 | UBER-MDL3084-BW-00039790 |
| UBER-MDL3084-BW-00039705 | UBER-MDL3084-BW-00039792 |
| UBER-MDL3084-BW-00039708 | UBER-MDL3084-BW-00039794 |
| UBER-MDL3084-BW-00039709 | UBER-MDL3084-BW-00039796 |
| UBER-MDL3084-BW-00039711 | UBER-MDL3084-BW-00039799 |
| UBER-MDL3084-BW-00039713 | UBER-MDL3084-BW-00039800 |
| UBER-MDL3084-BW-00039715 | UBER-MDL3084-BW-00039802 |
| UBER-MDL3084-BW-00039717 | UBER-MDL3084-BW-00039804 |
| UBER-MDL3084-BW-00039719 | UBER-MDL3084-BW-00039806 |
| UBER-MDL3084-BW-00039721 | UBER-MDL3084-BW-00039808 |
| UBER-MDL3084-BW-00039723 | UBER-MDL3084-BW-00039810 |
| UBER-MDL3084-BW-00039725 | UBER-MDL3084-BW-00039812 |
| UBER-MDL3084-BW-00039727 | UBER-MDL3084-BW-00039814 |
| UBER-MDL3084-BW-00039729 | UBER-MDL3084-BW-00039816 |
| UBER-MDL3084-BW-00039730 | UBER-MDL3084-BW-00039819 |
| UBER-MDL3084-BW-00039731 | UBER-MDL3084-BW-00039821 |
| UBER-MDL3084-BW-00039733 | UBER-MDL3084-BW-00039823 |
| UBER-MDL3084-BW-00039735 | UBER-MDL3084-BW-00039825 |
| UBER-MDL3084-BW-00039738 | UBER-MDL3084-BW-00039827 |
| UBER-MDL3084-BW-00039740 | UBER-MDL3084-BW-00039829 |
| UBER-MDL3084-BW-00039742 | UBER-MDL3084-BW-00039831 |
| UBER-MDL3084-BW-00039744 | UBER-MDL3084-BW-00039833 |
| UBER-MDL3084-BW-00039746 | UBER-MDL3084-BW-00039835 |
| UBER-MDL3084-BW-00039747 | UBER-MDL3084-BW-00039838 |
| UBER-MDL3084-BW-00039748 | UBER-MDL3084-BW-00039840 |
| UBER-MDL3084-BW-00039750 | UBER-MDL3084-BW-00039841 |
| UBER-MDL3084-BW-00039752 | UBER-MDL3084-BW-00039843 |
| UBER-MDL3084-BW-00039754 | UBER-MDL3084-BW-00039845 |
| UBER-MDL3084-BW-00039756 | UBER-MDL3084-BW-00039847 |
| UBER-MDL3084-BW-00039758 | UBER-MDL3084-BW-00039849 |
| UBER-MDL3084-BW-00039760 | UBER-MDL3084-BW-00039851 |
| UBER-MDL3084-BW-00039762 | UBER-MDL3084-BW-00039852 |
| UBER-MDL3084-BW-00039763 | UBER-MDL3084-BW-00039854 |
| UBER-MDL3084-BW-00039764 | UBER-MDL3084-BW-00039856 |
| UBER-MDL3084-BW-00039766 | UBER-MDL3084-BW-00039859 |
| UBER-MDL3084-BW-00039768 | UBER-MDL3084-BW-00039861 |
| UBER-MDL3084-BW-00039770 | UBER-MDL3084-BW-00039863 |
| UBER-MDL3084-BW-00039772 | UBER-MDL3084-BW-00039865 |
| UBER-MDL3084-BW-00039774 | UBER-MDL3084-BW-00039867 |
| UBER-MDL3084-BW-00039776 | UBER-MDL3084-BW-00039869 |

Confidential – Subject to Protective Order          Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00039871 | UBER-MDL3084-BW-00039964 |
| UBER-MDL3084-BW-00039873 | UBER-MDL3084-BW-00039966 |
| UBER-MDL3084-BW-00039875 | UBER-MDL3084-BW-00039968 |
| UBER-MDL3084-BW-00039877 | UBER-MDL3084-BW-00039970 |
| UBER-MDL3084-BW-00039879 | UBER-MDL3084-BW-00039972 |
| UBER-MDL3084-BW-00039881 | UBER-MDL3084-BW-00039974 |
| UBER-MDL3084-BW-00039883 | UBER-MDL3084-BW-00039977 |
| UBER-MDL3084-BW-00039886 | UBER-MDL3084-BW-00039979 |
| UBER-MDL3084-BW-00039889 | UBER-MDL3084-BW-00039981 |
| UBER-MDL3084-BW-00039891 | UBER-MDL3084-BW-00039985 |
| UBER-MDL3084-BW-00039894 | UBER-MDL3084-BW-00039987 |
| UBER-MDL3084-BW-00039897 | UBER-MDL3084-BW-00039989 |
| UBER-MDL3084-BW-00039899 | UBER-MDL3084-BW-00039992 |
| UBER-MDL3084-BW-00039901 | UBER-MDL3084-BW-00039994 |
| UBER-MDL3084-BW-00039903 | UBER-MDL3084-BW-00039997 |
| UBER-MDL3084-BW-00039905 | UBER-MDL3084-BW-00040001 |
| UBER-MDL3084-BW-00039907 | UBER-MDL3084-BW-00040003 |
| UBER-MDL3084-BW-00039908 | UBER-MDL3084-BW-00040005 |
| UBER-MDL3084-BW-00039910 | UBER-MDL3084-BW-00040007 |
| UBER-MDL3084-BW-00039912 | UBER-MDL3084-BW-00040009 |
| UBER-MDL3084-BW-00039914 | UBER-MDL3084-BW-00040011 |
| UBER-MDL3084-BW-00039916 | UBER-MDL3084-BW-00040012 |
| UBER-MDL3084-BW-00039918 | UBER-MDL3084-BW-00040014 |
| UBER-MDL3084-BW-00039920 | UBER-MDL3084-BW-00040015 |
| UBER-MDL3084-BW-00039922 | UBER-MDL3084-BW-00040017 |
| UBER-MDL3084-BW-00039924 | UBER-MDL3084-BW-00040019 |
| UBER-MDL3084-BW-00039925 | UBER-MDL3084-BW-00040020 |
| UBER-MDL3084-BW-00039927 | UBER-MDL3084-BW-00040022 |
| UBER-MDL3084-BW-00039929 | UBER-MDL3084-BW-00040024 |
| UBER-MDL3084-BW-00039931 | UBER-MDL3084-BW-00040026 |
| UBER-MDL3084-BW-00039933 | UBER-MDL3084-BW-00040028 |
| UBER-MDL3084-BW-00039935 | UBER-MDL3084-BW-00040030 |
| UBER-MDL3084-BW-00039938 | UBER-MDL3084-BW-00040032 |
| UBER-MDL3084-BW-00039940 | UBER-MDL3084-BW-00040034 |
| UBER-MDL3084-BW-00039942 | UBER-MDL3084-BW-00040036 |
| UBER-MDL3084-BW-00039944 | UBER-MDL3084-BW-00040037 |
| UBER-MDL3084-BW-00039946 | UBER-MDL3084-BW-00040039 |
| UBER-MDL3084-BW-00039947 | UBER-MDL3084-BW-00040041 |
| UBER-MDL3084-BW-00039949 | UBER-MDL3084-BW-00040043 |
| UBER-MDL3084-BW-00039951 | UBER-MDL3084-BW-00040045 |
| UBER-MDL3084-BW-00039953 | UBER-MDL3084-BW-00040047 |
| UBER-MDL3084-BW-00039955 | UBER-MDL3084-BW-00040049 |
| UBER-MDL3084-BW-00039957 | UBER-MDL3084-BW-00040052 |
| UBER-MDL3084-BW-00039959 | UBER-MDL3084-BW-00040054 |
| UBER-MDL3084-BW-00039961 | UBER-MDL3084-BW-00040056 |
| UBER-MDL3084-BW-00039963 | UBER-MDL3084-BW-00040058 |

**Confidential – Subject to Protective Order**                    Confidential - Subject to Protective Order

UBER-MDL3084-BW-00040059
UBER-MDL3084-BW-00040060
UBER-MDL3084-BW-00040062
UBER-MDL3084-BW-00040064
UBER-MDL3084-BW-00040067
UBER-MDL3084-BW-00040069
UBER-MDL3084-BW-00040071
UBER-MDL3084-BW-00040073
UBER-MDL3084-BW-00040076
UBER-MDL3084-BW-00040079
UBER-MDL3084-BW-00040082
UBER-MDL3084-BW-00040085
UBER-MDL3084-BW-00040087
UBER-MDL3084-BW-00040089
UBER-MDL3084-BW-00040091
UBER-MDL3084-BW-00040092
UBER-MDL3084-BW-00040094
UBER-MDL3084-BW-00040096
UBER-MDL3084-BW-00040099
UBER-MDL3084-BW-00040100
UBER-MDL3084-BW-00040102
UBER-MDL3084-BW-00040104
UBER-MDL3084-BW-00040106
UBER-MDL3084-BW-00040108
UBER-MDL3084-BW-00040110
UBER-MDL3084-BW-00040112
UBER-MDL3084-BW-00040115
UBER-MDL3084-BW-00040118
UBER-MDL3084-BW-00040120
UBER-MDL3084-BW-00040122
UBER-MDL3084-BW-00040124
UBER-MDL3084-BW-00040125
UBER-MDL3084-BW-00040127
UBER-MDL3084-BW-00040129
UBER-MDL3084-BW-00040131
UBER-MDL3084-BW-00040134
UBER-MDL3084-BW-00040137
UBER-MDL3084-BW-00040139
UBER-MDL3084-BW-00040140
UBER-MDL3084-BW-00040142
UBER-MDL3084-BW-00040144
UBER-MDL3084-BW-00040146
UBER-MDL3084-BW-00040148
UBER-MDL3084-BW-00040150
UBER-MDL3084-BW-00040152
UBER-MDL3084-BW-00040154

UBER-MDL3084-BW-00040156
UBER-MDL3084-BW-00040159
UBER-MDL3084-BW-00040161
UBER-MDL3084-BW-00040163
UBER-MDL3084-BW-00040164
UBER-MDL3084-BW-00040166
UBER-MDL3084-BW-00040168
UBER-MDL3084-BW-00040170
UBER-MDL3084-BW-00040172
UBER-MDL3084-BW-00040174
UBER-MDL3084-BW-00040176
UBER-MDL3084-BW-00040178
UBER-MDL3084-BW-00040180
UBER-MDL3084-BW-00040182
UBER-MDL3084-BW-00040184
UBER-MDL3084-BW-00040186
UBER-MDL3084-BW-00040188
UBER-MDL3084-BW-00040190
UBER-MDL3084-BW-00040192
UBER-MDL3084-BW-00040194
UBER-MDL3084-BW-00040196
UBER-MDL3084-BW-00040197
UBER-MDL3084-BW-00040199
UBER-MDL3084-BW-00040201
UBER-MDL3084-BW-00040203
UBER-MDL3084-BW-00040205
UBER-MDL3084-BW-00040207
UBER-MDL3084-BW-00040209
UBER-MDL3084-BW-00040211
UBER-MDL3084-BW-00040213
UBER-MDL3084-BW-00040215
UBER-MDL3084-BW-00040217
UBER-MDL3084-BW-00040219
UBER-MDL3084-BW-00040221
UBER-MDL3084-BW-00040223
UBER-MDL3084-BW-00040225
UBER-MDL3084-BW-00040227
UBER-MDL3084-BW-00040230
UBER-MDL3084-BW-00040231
UBER-MDL3084-BW-00040232
UBER-MDL3084-BW-00040234
UBER-MDL3084-BW-00040236
UBER-MDL3084-BW-00040238
UBER-MDL3084-BW-00040240
UBER-MDL3084-BW-00040242
UBER-MDL3084-BW-00040244

**Confidential – Subject to Protective Order**          Confidential - Subject to Protective Order

UBER-MDL3084-BW-00040246
UBER-MDL3084-BW-00040248
UBER-MDL3084-BW-00040250
UBER-MDL3084-BW-00040252
UBER-MDL3084-BW-00040254
UBER-MDL3084-BW-00040256
UBER-MDL3084-BW-00040258
UBER-MDL3084-BW-00040260
UBER-MDL3084-BW-00040263
UBER-MDL3084-BW-00040266
UBER-MDL3084-BW-00040268
UBER-MDL3084-BW-00040270
UBER-MDL3084-BW-00040272
UBER-MDL3084-BW-00040274
UBER-MDL3084-BW-00040276
UBER-MDL3084-BW-00040278
UBER-MDL3084-BW-00040281
UBER-MDL3084-BW-00040283
UBER-MDL3084-BW-00040285
UBER-MDL3084-BW-00040287
UBER-MDL3084-BW-00040288
UBER-MDL3084-BW-00040289
UBER-MDL3084-BW-00040291
UBER-MDL3084-BW-00040293
UBER-MDL3084-BW-00040295
UBER-MDL3084-BW-00040298
UBER-MDL3084-BW-00040300
UBER-MDL3084-BW-00040302
UBER-MDL3084-BW-00040303
UBER-MDL3084-BW-00040305
UBER-MDL3084-BW-00040307
UBER-MDL3084-BW-00040309
UBER-MDL3084-BW-00040311
UBER-MDL3084-BW-00040312
UBER-MDL3084-BW-00040314
UBER-MDL3084-BW-00040316
UBER-MDL3084-BW-00040318
UBER-MDL3084-BW-00040320
UBER-MDL3084-BW-00040322
UBER-MDL3084-BW-00040324
UBER-MDL3084-BW-00040326
UBER-MDL3084-BW-00040328
UBER-MDL3084-BW-00040331
UBER-MDL3084-BW-00040333
UBER-MDL3084-BW-00040335
UBER-MDL3084-BW-00040337

UBER-MDL3084-BW-00040339
UBER-MDL3084-BW-00040341
UBER-MDL3084-BW-00040343
UBER-MDL3084-BW-00040344
UBER-MDL3084-BW-00040347
UBER-MDL3084-BW-00040349
UBER-MDL3084-BW-00040351
UBER-MDL3084-BW-00040353
UBER-MDL3084-BW-00040355
UBER-MDL3084-BW-00040357
UBER-MDL3084-BW-00040358
UBER-MDL3084-BW-00040360
UBER-MDL3084-BW-00040362
UBER-MDL3084-BW-00040364
UBER-MDL3084-BW-00040366
UBER-MDL3084-BW-00040368
UBER-MDL3084-BW-00040370
UBER-MDL3084-BW-00040372
UBER-MDL3084-BW-00040374
UBER-MDL3084-BW-00040376
UBER-MDL3084-BW-00040378
UBER-MDL3084-BW-00040380
UBER-MDL3084-BW-00040382
UBER-MDL3084-BW-00040384
UBER-MDL3084-BW-00040385
UBER-MDL3084-BW-00040388
UBER-MDL3084-BW-00040390
UBER-MDL3084-BW-00040393
UBER-MDL3084-BW-00040395
UBER-MDL3084-BW-00040397
UBER-MDL3084-BW-00040399
UBER-MDL3084-BW-00040401
UBER-MDL3084-BW-00040403
UBER-MDL3084-BW-00040405
UBER-MDL3084-BW-00040408
UBER-MDL3084-BW-00040410
UBER-MDL3084-BW-00040412
UBER-MDL3084-BW-00040414
UBER-MDL3084-BW-00040416
UBER-MDL3084-BW-00040419
UBER-MDL3084-BW-00040421
UBER-MDL3084-BW-00040423
UBER-MDL3084-BW-00040425
UBER-MDL3084-BW-00040427
UBER-MDL3084-BW-00040429
UBER-MDL3084-BW-00040431

Confidential – Subject to Protective Order                    Confidential - Subject to Protective Order

UBER-MDL3084-BW-00040433
UBER-MDL3084-BW-00040435
UBER-MDL3084-BW-00040437
UBER-MDL3084-BW-00040439
UBER-MDL3084-BW-00040440
UBER-MDL3084-BW-00040442
UBER-MDL3084-BW-00040444
UBER-MDL3084-BW-00040446
UBER-MDL3084-BW-00040450
UBER-MDL3084-BW-00040452
UBER-MDL3084-BW-00040454
UBER-MDL3084-BW-00040457
UBER-MDL3084-BW-00040459
UBER-MDL3084-BW-00040461
UBER-MDL3084-BW-00040463
UBER-MDL3084-BW-00040465
UBER-MDL3084-BW-00040467
UBER-MDL3084-BW-00040468
UBER-MDL3084-BW-00040470
UBER-MDL3084-BW-00040472
UBER-MDL3084-BW-00040473
UBER-MDL3084-BW-00040475
UBER-MDL3084-BW-00040477
UBER-MDL3084-BW-00040479
UBER-MDL3084-BW-00040480
UBER-MDL3084-BW-00040482
UBER-MDL3084-BW-00040485
UBER-MDL3084-BW-00040487
UBER-MDL3084-BW-00040489
UBER-MDL3084-BW-00040491
UBER-MDL3084-BW-00040493
UBER-MDL3084-BW-00040495
UBER-MDL3084-BW-00040496
UBER-MDL3084-BW-00040498
UBER-MDL3084-BW-00040499
UBER-MDL3084-BW-00040501
UBER-MDL3084-BW-00040503
UBER-MDL3084-BW-00040505
UBER-MDL3084-BW-00040507
UBER-MDL3084-BW-00040509
UBER-MDL3084-BW-00040511
UBER-MDL3084-BW-00040513
UBER-MDL3084-BW-00040515
UBER-MDL3084-BW-00040517
UBER-MDL3084-BW-00040519
UBER-MDL3084-BW-00040521

UBER-MDL3084-BW-00040523
UBER-MDL3084-BW-00040526
UBER-MDL3084-BW-00040528
UBER-MDL3084-BW-00040529
UBER-MDL3084-BW-00040531
UBER-MDL3084-BW-00040533
UBER-MDL3084-BW-00040536
UBER-MDL3084-BW-00040538
UBER-MDL3084-BW-00040540
UBER-MDL3084-BW-00040542
UBER-MDL3084-BW-00040544
UBER-MDL3084-BW-00040545
UBER-MDL3084-BW-00040547
UBER-MDL3084-BW-00040549
UBER-MDL3084-BW-00040551
UBER-MDL3084-BW-00040553
UBER-MDL3084-BW-00040555
UBER-MDL3084-BW-00040558
UBER-MDL3084-BW-00040559
UBER-MDL3084-BW-00040561
UBER-MDL3084-BW-00040563
UBER-MDL3084-BW-00040565
UBER-MDL3084-BW-00040567
UBER-MDL3084-BW-00040569
UBER-MDL3084-BW-00040571
UBER-MDL3084-BW-00040573
UBER-MDL3084-BW-00040575
UBER-MDL3084-BW-00040577
UBER-MDL3084-BW-00040578
UBER-MDL3084-BW-00040580
UBER-MDL3084-BW-00040582
UBER-MDL3084-BW-00040584
UBER-MDL3084-BW-00040587
UBER-MDL3084-BW-00040589
UBER-MDL3084-BW-00040592
UBER-MDL3084-BW-00040594
UBER-MDL3084-BW-00040596
UBER-MDL3084-BW-00040598
UBER-MDL3084-BW-00040600
UBER-MDL3084-BW-00040602
UBER-MDL3084-BW-00040604
UBER-MDL3084-BW-00040606
UBER-MDL3084-BW-00040608
UBER-MDL3084-BW-00040610
UBER-MDL3084-BW-00040612
UBER-MDL3084-BW-00040614

Confidential – Subject to Protective Order

Confidential - Subject to Protective Order

UBER-MDL3084-BW-00040616
UBER-MDL3084-BW-00040618
UBER-MDL3084-BW-00040619
UBER-MDL3084-BW-00040621
UBER-MDL3084-BW-00040623
UBER-MDL3084-BW-00040625
UBER-MDL3084-BW-00040627
UBER-MDL3084-BW-00040629
UBER-MDL3084-BW-00040631
UBER-MDL3084-BW-00040633
UBER-MDL3084-BW-00040635
UBER-MDL3084-BW-00040637
UBER-MDL3084-BW-00040639
UBER-MDL3084-BW-00040640
UBER-MDL3084-BW-00040642
UBER-MDL3084-BW-00040644
UBER-MDL3084-BW-00040648
UBER-MDL3084-BW-00040650
UBER-MDL3084-BW-00040652
UBER-MDL3084-BW-00040655
UBER-MDL3084-BW-00040656
UBER-MDL3084-BW-00040659
UBER-MDL3084-BW-00040660
UBER-MDL3084-BW-00040663
UBER-MDL3084-BW-00040664
UBER-MDL3084-BW-00040666
UBER-MDL3084-BW-00040668
UBER-MDL3084-BW-00040670
UBER-MDL3084-BW-00040672
UBER-MDL3084-BW-00040674
UBER-MDL3084-BW-00040676
UBER-MDL3084-BW-00040678
UBER-MDL3084-BW-00040680
UBER-MDL3084-BW-00040682
UBER-MDL3084-BW-00040683
UBER-MDL3084-BW-00040685
UBER-MDL3084-BW-00040688
UBER-MDL3084-BW-00040690
UBER-MDL3084-BW-00040692
UBER-MDL3084-BW-00040694
UBER-MDL3084-BW-00040696
UBER-MDL3084-BW-00040698
UBER-MDL3084-BW-00040700
UBER-MDL3084-BW-00040702
UBER-MDL3084-BW-00040704
UBER-MDL3084-BW-00040705

UBER-MDL3084-BW-00040707
UBER-MDL3084-BW-00040711
UBER-MDL3084-BW-00040713
UBER-MDL3084-BW-00040715
UBER-MDL3084-BW-00040717
UBER-MDL3084-BW-00040719
UBER-MDL3084-BW-00040721
UBER-MDL3084-BW-00040723
UBER-MDL3084-BW-00040725
UBER-MDL3084-BW-00040727
UBER-MDL3084-BW-00040728
UBER-MDL3084-BW-00040730
UBER-MDL3084-BW-00040732
UBER-MDL3084-BW-00040734
UBER-MDL3084-BW-00040736
UBER-MDL3084-BW-00040738
UBER-MDL3084-BW-00040740
UBER-MDL3084-BW-00040742
UBER-MDL3084-BW-00040745
UBER-MDL3084-BW-00040747
UBER-MDL3084-BW-00040750
UBER-MDL3084-BW-00040752
UBER-MDL3084-BW-00040754
UBER-MDL3084-BW-00040756
UBER-MDL3084-BW-00040758
UBER-MDL3084-BW-00040760
UBER-MDL3084-BW-00040762
UBER-MDL3084-BW-00040765
UBER-MDL3084-BW-00040767
UBER-MDL3084-BW-00040769
UBER-MDL3084-BW-00040771
UBER-MDL3084-BW-00040772
UBER-MDL3084-BW-00040775
UBER-MDL3084-BW-00040777
UBER-MDL3084-BW-00040780
UBER-MDL3084-BW-00040782
UBER-MDL3084-BW-00040783
UBER-MDL3084-BW-00040785
UBER-MDL3084-BW-00040788
UBER-MDL3084-BW-00040790
UBER-MDL3084-BW-00040792
UBER-MDL3084-BW-00040794
UBER-MDL3084-BW-00040796
UBER-MDL3084-BW-00040798
UBER-MDL3084-BW-00040800
UBER-MDL3084-BW-00040802

UBER-MDL3084-BW-00040806
UBER-MDL3084-BW-00040808
UBER-MDL3084-BW-00040811
UBER-MDL3084-BW-00040813
UBER-MDL3084-BW-00040815
UBER-MDL3084-BW-00040816
UBER-MDL3084-BW-00040818
UBER-MDL3084-BW-00040820
UBER-MDL3084-BW-00040823
UBER-MDL3084-BW-00040825
UBER-MDL3084-BW-00040827
UBER-MDL3084-BW-00040829
UBER-MDL3084-BW-00040831
UBER-MDL3084-BW-00040833
UBER-MDL3084-BW-00040835
UBER-MDL3084-BW-00040836
UBER-MDL3084-BW-00040839
UBER-MDL3084-BW-00040841
UBER-MDL3084-BW-00040843
UBER-MDL3084-BW-00040845
UBER-MDL3084-BW-00040847
UBER-MDL3084-BW-00040849
UBER-MDL3084-BW-00040851
UBER-MDL3084-BW-00040853
UBER-MDL3084-BW-00040856
UBER-MDL3084-BW-00040859
UBER-MDL3084-BW-00040862
UBER-MDL3084-BW-00040863
UBER-MDL3084-BW-00040865
UBER-MDL3084-BW-00040866
UBER-MDL3084-BW-00040868
UBER-MDL3084-BW-00040870
UBER-MDL3084-BW-00040872
UBER-MDL3084-BW-00040874
UBER-MDL3084-BW-00040876
UBER-MDL3084-BW-00040878
UBER-MDL3084-BW-00040880
UBER-MDL3084-BW-00040882
UBER-MDL3084-BW-00040885
UBER-MDL3084-BW-00040887
UBER-MDL3084-BW-00040889
UBER-MDL3084-BW-00040891
UBER-MDL3084-BW-00040893
UBER-MDL3084-BW-00040895
UBER-MDL3084-BW-00040897
UBER-MDL3084-BW-00040899

UBER-MDL3084-BW-00040901
UBER-MDL3084-BW-00040902
UBER-MDL3084-BW-00040904
UBER-MDL3084-BW-00040907
UBER-MDL3084-BW-00040909
UBER-MDL3084-BW-00040911
UBER-MDL3084-BW-00040913
UBER-MDL3084-BW-00040915
UBER-MDL3084-BW-00040917
UBER-MDL3084-BW-00040919
UBER-MDL3084-BW-00040921
UBER-MDL3084-BW-00040923
UBER-MDL3084-BW-00040925
UBER-MDL3084-BW-00040928
UBER-MDL3084-BW-00040930
UBER-MDL3084-BW-00040932
UBER-MDL3084-BW-00040934
UBER-MDL3084-BW-00040936
UBER-MDL3084-BW-00040938
UBER-MDL3084-BW-00040939
UBER-MDL3084-BW-00040941
UBER-MDL3084-BW-00040943
UBER-MDL3084-BW-00040946
UBER-MDL3084-BW-00040948
UBER-MDL3084-BW-00040952
UBER-MDL3084-BW-00040954
UBER-MDL3084-BW-00040956
UBER-MDL3084-BW-00040958
UBER-MDL3084-BW-00040960
UBER-MDL3084-BW-00040961
UBER-MDL3084-BW-00040963
UBER-MDL3084-BW-00040965
UBER-MDL3084-BW-00040966
UBER-MDL3084-BW-00040968
UBER-MDL3084-BW-00040970
UBER-MDL3084-BW-00040972
UBER-MDL3084-BW-00040974
UBER-MDL3084-BW-00040976
UBER-MDL3084-BW-00040978
UBER-MDL3084-BW-00040981
UBER-MDL3084-BW-00040984
UBER-MDL3084-BW-00040986
UBER-MDL3084-BW-00040988
UBER-MDL3084-BW-00040990
UBER-MDL3084-BW-00040992
UBER-MDL3084-BW-00040994

Confidential – Subject to Protective Order          Confidential - Subject to Protective Order

UBER-MDL3084-BW-00040996
UBER-MDL3084-BW-00040998
UBER-MDL3084-BW-00041000
UBER-MDL3084-BW-00041002
UBER-MDL3084-BW-00041004
UBER-MDL3084-BW-00041006
UBER-MDL3084-BW-00041007
UBER-MDL3084-BW-00041008
UBER-MDL3084-BW-00041010
UBER-MDL3084-BW-00041012
UBER-MDL3084-BW-00041014
UBER-MDL3084-BW-00041016
UBER-MDL3084-BW-00041018
UBER-MDL3084-BW-00041020
UBER-MDL3084-BW-00041022
UBER-MDL3084-BW-00041024
UBER-MDL3084-BW-00041027
UBER-MDL3084-BW-00041029
UBER-MDL3084-BW-00041031
UBER-MDL3084-BW-00041033
UBER-MDL3084-BW-00041035
UBER-MDL3084-BW-00041037
UBER-MDL3084-BW-00041041
UBER-MDL3084-BW-00041043
UBER-MDL3084-BW-00041045
UBER-MDL3084-BW-00041046
UBER-MDL3084-BW-00041050
UBER-MDL3084-BW-00041052
UBER-MDL3084-BW-00041054
UBER-MDL3084-BW-00041056
UBER-MDL3084-BW-00041058
UBER-MDL3084-BW-00041060
UBER-MDL3084-BW-00041062
UBER-MDL3084-BW-00041065
UBER-MDL3084-BW-00041067
UBER-MDL3084-BW-00041069
UBER-MDL3084-BW-00041071
UBER-MDL3084-BW-00041073
UBER-MDL3084-BW-00041075
UBER-MDL3084-BW-00041078
UBER-MDL3084-BW-00041080
UBER-MDL3084-BW-00041082
UBER-MDL3084-BW-00041084
UBER-MDL3084-BW-00041086
UBER-MDL3084-BW-00041088
UBER-MDL3084-BW-00041090

UBER-MDL3084-BW-00041092
UBER-MDL3084-BW-00041094
UBER-MDL3084-BW-00041096
UBER-MDL3084-BW-00041098
UBER-MDL3084-BW-00041100
UBER-MDL3084-BW-00041102
UBER-MDL3084-BW-00041104
UBER-MDL3084-BW-00041106
UBER-MDL3084-BW-00041110
UBER-MDL3084-BW-00041112
UBER-MDL3084-BW-00041115
UBER-MDL3084-BW-00041116
UBER-MDL3084-BW-00041118
UBER-MDL3084-BW-00041120
UBER-MDL3084-BW-00041122
UBER-MDL3084-BW-00041124
UBER-MDL3084-BW-00041126
UBER-MDL3084-BW-00041128
UBER-MDL3084-BW-00041129
UBER-MDL3084-BW-00041131
UBER-MDL3084-BW-00041134
UBER-MDL3084-BW-00041138
UBER-MDL3084-BW-00041140
UBER-MDL3084-BW-00041142
UBER-MDL3084-BW-00041144
UBER-MDL3084-BW-00041146
UBER-MDL3084-BW-00041147
UBER-MDL3084-BW-00041148
UBER-MDL3084-BW-00041150
UBER-MDL3084-BW-00041154
UBER-MDL3084-BW-00041156
UBER-MDL3084-BW-00041158
UBER-MDL3084-BW-00041160
UBER-MDL3084-BW-00041162
UBER-MDL3084-BW-00041164
UBER-MDL3084-BW-00041165
UBER-MDL3084-BW-00041167
UBER-MDL3084-BW-00041168
UBER-MDL3084-BW-00041170
UBER-MDL3084-BW-00041172
UBER-MDL3084-BW-00041174
UBER-MDL3084-BW-00041176
UBER-MDL3084-BW-00041178
UBER-MDL3084-BW-00041180
UBER-MDL3084-BW-00041182
UBER-MDL3084-BW-00041185

**Confidential – Subject to Protective Order**                                    Confidential - Subject to Protective Order

UBER-MDL3084-BW-00041187
UBER-MDL3084-BW-00041189
UBER-MDL3084-BW-00041191
UBER-MDL3084-BW-00041193
UBER-MDL3084-BW-00041195
UBER-MDL3084-BW-00041197
UBER-MDL3084-BW-00041199
UBER-MDL3084-BW-00041201
UBER-MDL3084-BW-00041203
UBER-MDL3084-BW-00041205
UBER-MDL3084-BW-00041209
UBER-MDL3084-BW-00041211
UBER-MDL3084-BW-00041213
UBER-MDL3084-BW-00041215
UBER-MDL3084-BW-00041219
UBER-MDL3084-BW-00041221
UBER-MDL3084-BW-00041222
UBER-MDL3084-BW-00041224
UBER-MDL3084-BW-00041226
UBER-MDL3084-BW-00041228
UBER-MDL3084-BW-00041231
UBER-MDL3084-BW-00041232
UBER-MDL3084-BW-00041233
UBER-MDL3084-BW-00041236
UBER-MDL3084-BW-00041238
UBER-MDL3084-BW-00041239
UBER-MDL3084-BW-00041241
UBER-MDL3084-BW-00041243
UBER-MDL3084-BW-00041245
UBER-MDL3084-BW-00041247
UBER-MDL3084-BW-00041249
UBER-MDL3084-BW-00041251
UBER-MDL3084-BW-00041252
UBER-MDL3084-BW-00041254
UBER-MDL3084-BW-00041255
UBER-MDL3084-BW-00041257
UBER-MDL3084-BW-00041259
UBER-MDL3084-BW-00041261
UBER-MDL3084-BW-00041262
UBER-MDL3084-BW-00041263
UBER-MDL3084-BW-00041265
UBER-MDL3084-BW-00041267
UBER-MDL3084-BW-00041270
UBER-MDL3084-BW-00041272
UBER-MDL3084-BW-00041274
UBER-MDL3084-BW-00041275

UBER-MDL3084-BW-00041277
UBER-MDL3084-BW-00041279
UBER-MDL3084-BW-00041281
UBER-MDL3084-BW-00041283
UBER-MDL3084-BW-00041285
UBER-MDL3084-BW-00041287
UBER-MDL3084-BW-00041289
UBER-MDL3084-BW-00041291
UBER-MDL3084-BW-00041293
UBER-MDL3084-BW-00041295
UBER-MDL3084-BW-00041297
UBER-MDL3084-BW-00041300
UBER-MDL3084-BW-00041302
UBER-MDL3084-BW-00041303
UBER-MDL3084-BW-00041306
UBER-MDL3084-BW-00041308
UBER-MDL3084-BW-00041310
UBER-MDL3084-BW-00041312
UBER-MDL3084-BW-00041314
UBER-MDL3084-BW-00041317
UBER-MDL3084-BW-00041319
UBER-MDL3084-BW-00041321
UBER-MDL3084-BW-00041322
UBER-MDL3084-BW-00041324
UBER-MDL3084-BW-00041326
UBER-MDL3084-BW-00041328
UBER-MDL3084-BW-00041330
UBER-MDL3084-BW-00041333
UBER-MDL3084-BW-00041335
UBER-MDL3084-BW-00041337
UBER-MDL3084-BW-00041339
UBER-MDL3084-BW-00041341
UBER-MDL3084-BW-00041342
UBER-MDL3084-BW-00041344
UBER-MDL3084-BW-00041346
UBER-MDL3084-BW-00041348
UBER-MDL3084-BW-00041350
UBER-MDL3084-BW-00041352
UBER-MDL3084-BW-00041354
UBER-MDL3084-BW-00041356
UBER-MDL3084-BW-00041358
UBER-MDL3084-BW-00041360
UBER-MDL3084-BW-00041362
UBER-MDL3084-BW-00041364
UBER-MDL3084-BW-00041366
UBER-MDL3084-BW-00041367

109

UBER-MDL3084-BW-00041369
UBER-MDL3084-BW-00041373
UBER-MDL3084-BW-00041375
UBER-MDL3084-BW-00041377
UBER-MDL3084-BW-00041379
UBER-MDL3084-BW-00041381
UBER-MDL3084-BW-00041383
UBER-MDL3084-BW-00041385
UBER-MDL3084-BW-00041387
UBER-MDL3084-BW-00041389
UBER-MDL3084-BW-00041391
UBER-MDL3084-BW-00041393
UBER-MDL3084-BW-00041395
UBER-MDL3084-BW-00041398
UBER-MDL3084-BW-00041400
UBER-MDL3084-BW-00041402
UBER-MDL3084-BW-00041404
UBER-MDL3084-BW-00041406
UBER-MDL3084-BW-00041408
UBER-MDL3084-BW-00041410
UBER-MDL3084-BW-00041412
UBER-MDL3084-BW-00041414
UBER-MDL3084-BW-00041415
UBER-MDL3084-BW-00041417
UBER-MDL3084-BW-00041419
UBER-MDL3084-BW-00041420
UBER-MDL3084-BW-00041422
UBER-MDL3084-BW-00041424
UBER-MDL3084-BW-00041427
UBER-MDL3084-BW-00041429
UBER-MDL3084-BW-00041431
UBER-MDL3084-BW-00041434
UBER-MDL3084-BW-00041435
UBER-MDL3084-BW-00041436
UBER-MDL3084-BW-00041438
UBER-MDL3084-BW-00041440
UBER-MDL3084-BW-00041442
UBER-MDL3084-BW-00041444
UBER-MDL3084-BW-00041446
UBER-MDL3084-BW-00041448
UBER-MDL3084-BW-00041451
UBER-MDL3084-BW-00041453
UBER-MDL3084-BW-00041457
UBER-MDL3084-BW-00041460
UBER-MDL3084-BW-00041462
UBER-MDL3084-BW-00041464

UBER-MDL3084-BW-00041466
UBER-MDL3084-BW-00041468
UBER-MDL3084-BW-00041470
UBER-MDL3084-BW-00041472
UBER-MDL3084-BW-00041474
UBER-MDL3084-BW-00041476
UBER-MDL3084-BW-00041477
UBER-MDL3084-BW-00041479
UBER-MDL3084-BW-00041481
UBER-MDL3084-BW-00041483
UBER-MDL3084-BW-00041486
UBER-MDL3084-BW-00041488
UBER-MDL3084-BW-00041490
UBER-MDL3084-BW-00041492
UBER-MDL3084-BW-00041494
UBER-MDL3084-BW-00041496
UBER-MDL3084-BW-00041497
UBER-MDL3084-BW-00041500
UBER-MDL3084-BW-00041502
UBER-MDL3084-BW-00041506
UBER-MDL3084-BW-00041508
UBER-MDL3084-BW-00041510
UBER-MDL3084-BW-00041512
UBER-MDL3084-BW-00041514
UBER-MDL3084-BW-00041515
UBER-MDL3084-BW-00041518
UBER-MDL3084-BW-00041520
UBER-MDL3084-BW-00041522
UBER-MDL3084-BW-00041524
UBER-MDL3084-BW-00041526
UBER-MDL3084-BW-00041528
UBER-MDL3084-BW-00041530
UBER-MDL3084-BW-00041532
UBER-MDL3084-BW-00041534
UBER-MDL3084-BW-00041536
UBER-MDL3084-BW-00041538
UBER-MDL3084-BW-00041540
UBER-MDL3084-BW-00041541
UBER-MDL3084-BW-00041543
UBER-MDL3084-BW-00041545
UBER-MDL3084-BW-00041547
UBER-MDL3084-BW-00041549
UBER-MDL3084-BW-00041551
UBER-MDL3084-BW-00041553
UBER-MDL3084-BW-00041555
UBER-MDL3084-BW-00041557

Confidential – Subject to Protective Order          Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00041559 | UBER-MDL3084-BW-00041652 |
| UBER-MDL3084-BW-00041561 | UBER-MDL3084-BW-00041654 |
| UBER-MDL3084-BW-00041563 | UBER-MDL3084-BW-00041655 |
| UBER-MDL3084-BW-00041565 | UBER-MDL3084-BW-00041658 |
| UBER-MDL3084-BW-00041567 | UBER-MDL3084-BW-00041662 |
| UBER-MDL3084-BW-00041569 | UBER-MDL3084-BW-00041664 |
| UBER-MDL3084-BW-00041571 | UBER-MDL3084-BW-00041666 |
| UBER-MDL3084-BW-00041573 | UBER-MDL3084-BW-00041668 |
| UBER-MDL3084-BW-00041575 | UBER-MDL3084-BW-00041671 |
| UBER-MDL3084-BW-00041577 | UBER-MDL3084-BW-00041673 |
| UBER-MDL3084-BW-00041579 | UBER-MDL3084-BW-00041675 |
| UBER-MDL3084-BW-00041581 | UBER-MDL3084-BW-00041677 |
| UBER-MDL3084-BW-00041583 | UBER-MDL3084-BW-00041679 |
| UBER-MDL3084-BW-00041585 | UBER-MDL3084-BW-00041681 |
| UBER-MDL3084-BW-00041587 | UBER-MDL3084-BW-00041683 |
| UBER-MDL3084-BW-00041589 | UBER-MDL3084-BW-00041685 |
| UBER-MDL3084-BW-00041591 | UBER-MDL3084-BW-00041687 |
| UBER-MDL3084-BW-00041593 | UBER-MDL3084-BW-00041688 |
| UBER-MDL3084-BW-00041595 | UBER-MDL3084-BW-00041690 |
| UBER-MDL3084-BW-00041597 | UBER-MDL3084-BW-00041692 |
| UBER-MDL3084-BW-00041600 | UBER-MDL3084-BW-00041694 |
| UBER-MDL3084-BW-00041602 | UBER-MDL3084-BW-00041696 |
| UBER-MDL3084-BW-00041604 | UBER-MDL3084-BW-00041698 |
| UBER-MDL3084-BW-00041606 | UBER-MDL3084-BW-00041700 |
| UBER-MDL3084-BW-00041608 | UBER-MDL3084-BW-00041703 |
| UBER-MDL3084-BW-00041610 | UBER-MDL3084-BW-00041705 |
| UBER-MDL3084-BW-00041612 | UBER-MDL3084-BW-00041707 |
| UBER-MDL3084-BW-00041614 | UBER-MDL3084-BW-00041709 |
| UBER-MDL3084-BW-00041616 | UBER-MDL3084-BW-00041711 |
| UBER-MDL3084-BW-00041618 | UBER-MDL3084-BW-00041713 |
| UBER-MDL3084-BW-00041620 | UBER-MDL3084-BW-00041716 |
| UBER-MDL3084-BW-00041622 | UBER-MDL3084-BW-00041718 |
| UBER-MDL3084-BW-00041625 | UBER-MDL3084-BW-00041719 |
| UBER-MDL3084-BW-00041627 | UBER-MDL3084-BW-00041721 |
| UBER-MDL3084-BW-00041628 | UBER-MDL3084-BW-00041723 |
| UBER-MDL3084-BW-00041630 | UBER-MDL3084-BW-00041725 |
| UBER-MDL3084-BW-00041632 | UBER-MDL3084-BW-00041727 |
| UBER-MDL3084-BW-00041635 | UBER-MDL3084-BW-00041728 |
| UBER-MDL3084-BW-00041637 | UBER-MDL3084-BW-00041731 |
| UBER-MDL3084-BW-00041639 | UBER-MDL3084-BW-00041733 |
| UBER-MDL3084-BW-00041641 | UBER-MDL3084-BW-00041735 |
| UBER-MDL3084-BW-00041643 | UBER-MDL3084-BW-00041738 |
| UBER-MDL3084-BW-00041645 | UBER-MDL3084-BW-00041740 |
| UBER-MDL3084-BW-00041646 | UBER-MDL3084-BW-00041742 |
| UBER-MDL3084-BW-00041649 | UBER-MDL3084-BW-00041743 |
| UBER-MDL3084-BW-00041651 | UBER-MDL3084-BW-00041746 |

**Confidential – Subject to Protective Order**                                    Confidential - Subject to Protective Order

111

UBER-MDL3084-BW-00041749
UBER-MDL3084-BW-00041751
UBER-MDL3084-BW-00041753
UBER-MDL3084-BW-00041755
UBER-MDL3084-BW-00041757
UBER-MDL3084-BW-00041759
UBER-MDL3084-BW-00041760
UBER-MDL3084-BW-00041763
UBER-MDL3084-BW-00041765
UBER-MDL3084-BW-00041767
UBER-MDL3084-BW-00041769
UBER-MDL3084-BW-00041771
UBER-MDL3084-BW-00041773
UBER-MDL3084-BW-00041776
UBER-MDL3084-BW-00041778
UBER-MDL3084-BW-00041780
UBER-MDL3084-BW-00041782
UBER-MDL3084-BW-00041784
UBER-MDL3084-BW-00041787
UBER-MDL3084-BW-00041789
UBER-MDL3084-BW-00041791
UBER-MDL3084-BW-00041793
UBER-MDL3084-BW-00041795
UBER-MDL3084-BW-00041797
UBER-MDL3084-BW-00041799
UBER-MDL3084-BW-00041801
UBER-MDL3084-BW-00041803
UBER-MDL3084-BW-00041806
UBER-MDL3084-BW-00041808
UBER-MDL3084-BW-00041811
UBER-MDL3084-BW-00041813
UBER-MDL3084-BW-00041815
UBER-MDL3084-BW-00041818
UBER-MDL3084-BW-00041820
UBER-MDL3084-BW-00041822
UBER-MDL3084-BW-00041824
UBER-MDL3084-BW-00041827
UBER-MDL3084-BW-00041830
UBER-MDL3084-BW-00041832
UBER-MDL3084-BW-00041834
UBER-MDL3084-BW-00041836
UBER-MDL3084-BW-00041839
UBER-MDL3084-BW-00041841
UBER-MDL3084-BW-00041843
UBER-MDL3084-BW-00041845
UBER-MDL3084-BW-00041848

UBER-MDL3084-BW-00041850
UBER-MDL3084-BW-00041852
UBER-MDL3084-BW-00041854
UBER-MDL3084-BW-00041856
UBER-MDL3084-BW-00041858
UBER-MDL3084-BW-00041860
UBER-MDL3084-BW-00041862
UBER-MDL3084-BW-00041864
UBER-MDL3084-BW-00041866
UBER-MDL3084-BW-00041869
UBER-MDL3084-BW-00041872
UBER-MDL3084-BW-00041874
UBER-MDL3084-BW-00041876
UBER-MDL3084-BW-00041878
UBER-MDL3084-BW-00041881
UBER-MDL3084-BW-00041883
UBER-MDL3084-BW-00041885
UBER-MDL3084-BW-00041887
UBER-MDL3084-BW-00041889
UBER-MDL3084-BW-00041891
UBER-MDL3084-BW-00041895
UBER-MDL3084-BW-00041898
UBER-MDL3084-BW-00041900
UBER-MDL3084-BW-00041902
UBER-MDL3084-BW-00041905
UBER-MDL3084-BW-00041907
UBER-MDL3084-BW-00041910
UBER-MDL3084-BW-00041913
UBER-MDL3084-BW-00041915
UBER-MDL3084-BW-00041917
UBER-MDL3084-BW-00041918
UBER-MDL3084-BW-00041920
UBER-MDL3084-BW-00041922
UBER-MDL3084-BW-00041924
UBER-MDL3084-BW-00041926
UBER-MDL3084-BW-00041928
UBER-MDL3084-BW-00041930
UBER-MDL3084-BW-00041932
UBER-MDL3084-BW-00041934
UBER-MDL3084-BW-00041936
UBER-MDL3084-BW-00041938
UBER-MDL3084-BW-00041940
UBER-MDL3084-BW-00041943
UBER-MDL3084-BW-00041945
UBER-MDL3084-BW-00041947
UBER-MDL3084-BW-00041948

Confidential – Subject to Protective Order    Confidential - Subject to Protective Order

UBER-MDL3084-BW-00041951
UBER-MDL3084-BW-00041954
UBER-MDL3084-BW-00041956
UBER-MDL3084-BW-00041958
UBER-MDL3084-BW-00041961
UBER-MDL3084-BW-00041963
UBER-MDL3084-BW-00041965
UBER-MDL3084-BW-00041967
UBER-MDL3084-BW-00041969
UBER-MDL3084-BW-00041971
UBER-MDL3084-BW-00041973
UBER-MDL3084-BW-00041975
UBER-MDL3084-BW-00041977
UBER-MDL3084-BW-00041979
UBER-MDL3084-BW-00041981
UBER-MDL3084-BW-00041983
UBER-MDL3084-BW-00041985
UBER-MDL3084-BW-00041987
UBER-MDL3084-BW-00041989
UBER-MDL3084-BW-00041991
UBER-MDL3084-BW-00041993
UBER-MDL3084-BW-00041995
UBER-MDL3084-BW-00041996
UBER-MDL3084-BW-00041998
UBER-MDL3084-BW-00042000
UBER-MDL3084-BW-00042002
UBER-MDL3084-BW-00042004
UBER-MDL3084-BW-00042006
UBER-MDL3084-BW-00042008
UBER-MDL3084-BW-00042010
UBER-MDL3084-BW-00042013
UBER-MDL3084-BW-00042015
UBER-MDL3084-BW-00042017
UBER-MDL3084-BW-00042018
UBER-MDL3084-BW-00042020
UBER-MDL3084-BW-00042022
UBER-MDL3084-BW-00042024
UBER-MDL3084-BW-00042026
UBER-MDL3084-BW-00042028
UBER-MDL3084-BW-00042030
UBER-MDL3084-BW-00042032
UBER-MDL3084-BW-00042034
UBER-MDL3084-BW-00042036
UBER-MDL3084-BW-00042038
UBER-MDL3084-BW-00042040
UBER-MDL3084-BW-00042042

UBER-MDL3084-BW-00042044
UBER-MDL3084-BW-00042047
UBER-MDL3084-BW-00042049
UBER-MDL3084-BW-00042051
UBER-MDL3084-BW-00042053
UBER-MDL3084-BW-00042055
UBER-MDL3084-BW-00042058
UBER-MDL3084-BW-00042060
UBER-MDL3084-BW-00042062
UBER-MDL3084-BW-00042064
UBER-MDL3084-BW-00042066
UBER-MDL3084-BW-00042068
UBER-MDL3084-BW-00042070
UBER-MDL3084-BW-00042072
UBER-MDL3084-BW-00042075
UBER-MDL3084-BW-00042077
UBER-MDL3084-BW-00042079
UBER-MDL3084-BW-00042081
UBER-MDL3084-BW-00042084
UBER-MDL3084-BW-00042087
UBER-MDL3084-BW-00042089
UBER-MDL3084-BW-00042091
UBER-MDL3084-BW-00042093
UBER-MDL3084-BW-00042095
UBER-MDL3084-BW-00042097
UBER-MDL3084-BW-00042099
UBER-MDL3084-BW-00042101
UBER-MDL3084-BW-00042103
UBER-MDL3084-BW-00042105
UBER-MDL3084-BW-00042107
UBER-MDL3084-BW-00042108
UBER-MDL3084-BW-00042111
UBER-MDL3084-BW-00042114
UBER-MDL3084-BW-00042116
UBER-MDL3084-BW-00042119
UBER-MDL3084-BW-00042121
UBER-MDL3084-BW-00042124
UBER-MDL3084-BW-00042125
UBER-MDL3084-BW-00042127
UBER-MDL3084-BW-00042129
UBER-MDL3084-BW-00042131
UBER-MDL3084-BW-00042133
UBER-MDL3084-BW-00042135
UBER-MDL3084-BW-00042137
UBER-MDL3084-BW-00042139
UBER-MDL3084-BW-00042142

| | |
|---|---|
| UBER-MDL3084-BW-00042145 | UBER-MDL3084-BW-00042238 |
| UBER-MDL3084-BW-00042147 | UBER-MDL3084-BW-00042240 |
| UBER-MDL3084-BW-00042150 | UBER-MDL3084-BW-00042242 |
| UBER-MDL3084-BW-00042153 | UBER-MDL3084-BW-00042244 |
| UBER-MDL3084-BW-00042154 | UBER-MDL3084-BW-00042246 |
| UBER-MDL3084-BW-00042157 | UBER-MDL3084-BW-00042249 |
| UBER-MDL3084-BW-00042159 | UBER-MDL3084-BW-00042251 |
| UBER-MDL3084-BW-00042161 | UBER-MDL3084-BW-00042254 |
| UBER-MDL3084-BW-00042164 | UBER-MDL3084-BW-00042257 |
| UBER-MDL3084-BW-00042166 | UBER-MDL3084-BW-00042259 |
| UBER-MDL3084-BW-00042168 | UBER-MDL3084-BW-00042262 |
| UBER-MDL3084-BW-00042170 | UBER-MDL3084-BW-00042264 |
| UBER-MDL3084-BW-00042171 | UBER-MDL3084-BW-00042266 |
| UBER-MDL3084-BW-00042173 | UBER-MDL3084-BW-00042268 |
| UBER-MDL3084-BW-00042175 | UBER-MDL3084-BW-00042270 |
| UBER-MDL3084-BW-00042176 | UBER-MDL3084-BW-00042272 |
| UBER-MDL3084-BW-00042178 | UBER-MDL3084-BW-00042275 |
| UBER-MDL3084-BW-00042179 | UBER-MDL3084-BW-00042278 |
| UBER-MDL3084-BW-00042181 | UBER-MDL3084-BW-00042280 |
| UBER-MDL3084-BW-00042182 | UBER-MDL3084-BW-00042282 |
| UBER-MDL3084-BW-00042185 | UBER-MDL3084-BW-00042285 |
| UBER-MDL3084-BW-00042187 | UBER-MDL3084-BW-00042287 |
| UBER-MDL3084-BW-00042189 | UBER-MDL3084-BW-00042289 |
| UBER-MDL3084-BW-00042191 | UBER-MDL3084-BW-00042292 |
| UBER-MDL3084-BW-00042193 | UBER-MDL3084-BW-00042294 |
| UBER-MDL3084-BW-00042195 | UBER-MDL3084-BW-00042296 |
| UBER-MDL3084-BW-00042197 | UBER-MDL3084-BW-00042298 |
| UBER-MDL3084-BW-00042199 | UBER-MDL3084-BW-00042301 |
| UBER-MDL3084-BW-00042201 | UBER-MDL3084-BW-00042303 |
| UBER-MDL3084-BW-00042202 | UBER-MDL3084-BW-00042306 |
| UBER-MDL3084-BW-00042206 | UBER-MDL3084-BW-00042309 |
| UBER-MDL3084-BW-00042208 | UBER-MDL3084-BW-00042311 |
| UBER-MDL3084-BW-00042209 | UBER-MDL3084-BW-00042314 |
| UBER-MDL3084-BW-00042211 | UBER-MDL3084-BW-00042316 |
| UBER-MDL3084-BW-00042213 | UBER-MDL3084-BW-00042319 |
| UBER-MDL3084-BW-00042215 | UBER-MDL3084-BW-00042320 |
| UBER-MDL3084-BW-00042218 | UBER-MDL3084-BW-00042322 |
| UBER-MDL3084-BW-00042220 | UBER-MDL3084-BW-00042324 |
| UBER-MDL3084-BW-00042222 | UBER-MDL3084-BW-00042326 |
| UBER-MDL3084-BW-00042224 | UBER-MDL3084-BW-00042328 |
| UBER-MDL3084-BW-00042226 | UBER-MDL3084-BW-00042330 |
| UBER-MDL3084-BW-00042228 | UBER-MDL3084-BW-00042332 |
| UBER-MDL3084-BW-00042230 | UBER-MDL3084-BW-00042334 |
| UBER-MDL3084-BW-00042232 | UBER-MDL3084-BW-00042336 |
| UBER-MDL3084-BW-00042234 | UBER-MDL3084-BW-00042337 |
| UBER-MDL3084-BW-00042236 | UBER-MDL3084-BW-00042339 |

**Confidential – Subject to Protective Order**          Confidential - Subject to Protective Order

UBER-MDL3084-BW-00042343
UBER-MDL3084-BW-00042346
UBER-MDL3084-BW-00042349
UBER-MDL3084-BW-00042351
UBER-MDL3084-BW-00042353
UBER-MDL3084-BW-00042355
UBER-MDL3084-BW-00042357
UBER-MDL3084-BW-00042359
UBER-MDL3084-BW-00042361
UBER-MDL3084-BW-00042364
UBER-MDL3084-BW-00042366
UBER-MDL3084-BW-00042368
UBER-MDL3084-BW-00042370
UBER-MDL3084-BW-00042372
UBER-MDL3084-BW-00042374
UBER-MDL3084-BW-00042375
UBER-MDL3084-BW-00042378
UBER-MDL3084-BW-00042380
UBER-MDL3084-BW-00042382
UBER-MDL3084-BW-00042384
UBER-MDL3084-BW-00042385
UBER-MDL3084-BW-00042387
UBER-MDL3084-BW-00042389
UBER-MDL3084-BW-00042391
UBER-MDL3084-BW-00042393
UBER-MDL3084-BW-00042395
UBER-MDL3084-BW-00042397
UBER-MDL3084-BW-00042400
UBER-MDL3084-BW-00042402
UBER-MDL3084-BW-00042404
UBER-MDL3084-BW-00042406
UBER-MDL3084-BW-00042408
UBER-MDL3084-BW-00042410
UBER-MDL3084-BW-00042412
UBER-MDL3084-BW-00042414
UBER-MDL3084-BW-00042416
UBER-MDL3084-BW-00042418
UBER-MDL3084-BW-00042421
UBER-MDL3084-BW-00042424
UBER-MDL3084-BW-00042427
UBER-MDL3084-BW-00042430
UBER-MDL3084-BW-00042432
UBER-MDL3084-BW-00042434
UBER-MDL3084-BW-00042436
UBER-MDL3084-BW-00042438
UBER-MDL3084-BW-00042440

UBER-MDL3084-BW-00042443
UBER-MDL3084-BW-00042445
UBER-MDL3084-BW-00042447
UBER-MDL3084-BW-00042450
UBER-MDL3084-BW-00042452
UBER-MDL3084-BW-00042454
UBER-MDL3084-BW-00042456
UBER-MDL3084-BW-00042459
UBER-MDL3084-BW-00042461
UBER-MDL3084-BW-00042464
UBER-MDL3084-BW-00042466
UBER-MDL3084-BW-00042468
UBER-MDL3084-BW-00042471
UBER-MDL3084-BW-00042473
UBER-MDL3084-BW-00042475
UBER-MDL3084-BW-00042477
UBER-MDL3084-BW-00042479
UBER-MDL3084-BW-00042480
UBER-MDL3084-BW-00042482
UBER-MDL3084-BW-00042484
UBER-MDL3084-BW-00042486
UBER-MDL3084-BW-00042489
UBER-MDL3084-BW-00042492
UBER-MDL3084-BW-00042494
UBER-MDL3084-BW-00042496
UBER-MDL3084-BW-00042498
UBER-MDL3084-BW-00042500
UBER-MDL3084-BW-00042502
UBER-MDL3084-BW-00042504
UBER-MDL3084-BW-00042506
UBER-MDL3084-BW-00042508
UBER-MDL3084-BW-00042510
UBER-MDL3084-BW-00042512
UBER-MDL3084-BW-00042514
UBER-MDL3084-BW-00042516
UBER-MDL3084-BW-00042517
UBER-MDL3084-BW-00042519
UBER-MDL3084-BW-00042521
UBER-MDL3084-BW-00042524
UBER-MDL3084-BW-00042527
UBER-MDL3084-BW-00042530
UBER-MDL3084-BW-00042533
UBER-MDL3084-BW-00042535
UBER-MDL3084-BW-00042536
UBER-MDL3084-BW-00042538
UBER-MDL3084-BW-00042540

Confidential – Subject to Protective Order

Confidential - Subject to Protective Order

115

UBER-MDL3084-BW-00042543
UBER-MDL3084-BW-00042544
UBER-MDL3084-BW-00042546
UBER-MDL3084-BW-00042547
UBER-MDL3084-BW-00042549
UBER-MDL3084-BW-00042551
UBER-MDL3084-BW-00042552
UBER-MDL3084-BW-00042554
UBER-MDL3084-BW-00042556
UBER-MDL3084-BW-00042558
UBER-MDL3084-BW-00042560
UBER-MDL3084-BW-00042563
UBER-MDL3084-BW-00042566
UBER-MDL3084-BW-00042568
UBER-MDL3084-BW-00042571
UBER-MDL3084-BW-00042573
UBER-MDL3084-BW-00042575
UBER-MDL3084-BW-00042577
UBER-MDL3084-BW-00042579
UBER-MDL3084-BW-00042581
UBER-MDL3084-BW-00042583
UBER-MDL3084-BW-00042584
UBER-MDL3084-BW-00042585
UBER-MDL3084-BW-00042587
UBER-MDL3084-BW-00042589
UBER-MDL3084-BW-00042590
UBER-MDL3084-BW-00042592
UBER-MDL3084-BW-00042594
UBER-MDL3084-BW-00042596
UBER-MDL3084-BW-00042598
UBER-MDL3084-BW-00042600
UBER-MDL3084-BW-00042603
UBER-MDL3084-BW-00042604
UBER-MDL3084-BW-00042606
UBER-MDL3084-BW-00042608
UBER-MDL3084-BW-00042610
UBER-MDL3084-BW-00042612
UBER-MDL3084-BW-00042613
UBER-MDL3084-BW-00042615
UBER-MDL3084-BW-00042617
UBER-MDL3084-BW-00042619
UBER-MDL3084-BW-00042621
UBER-MDL3084-BW-00042623
UBER-MDL3084-BW-00042624
UBER-MDL3084-BW-00042626
UBER-MDL3084-BW-00042628

UBER-MDL3084-BW-00042630
UBER-MDL3084-BW-00042632
UBER-MDL3084-BW-00042634
UBER-MDL3084-BW-00042636
UBER-MDL3084-BW-00042639
UBER-MDL3084-BW-00042642
UBER-MDL3084-BW-00042644
UBER-MDL3084-BW-00042646
UBER-MDL3084-BW-00042647
UBER-MDL3084-BW-00042650
UBER-MDL3084-BW-00042652
UBER-MDL3084-BW-00042654
UBER-MDL3084-BW-00042656
UBER-MDL3084-BW-00042658
UBER-MDL3084-BW-00042659
UBER-MDL3084-BW-00042661
UBER-MDL3084-BW-00042662
UBER-MDL3084-BW-00042665
UBER-MDL3084-BW-00042668
UBER-MDL3084-BW-00042670
UBER-MDL3084-BW-00042672
UBER-MDL3084-BW-00042674
UBER-MDL3084-BW-00042677
UBER-MDL3084-BW-00042679
UBER-MDL3084-BW-00042681
UBER-MDL3084-BW-00042684
UBER-MDL3084-BW-00042686
UBER-MDL3084-BW-00042688
UBER-MDL3084-BW-00042690
UBER-MDL3084-BW-00042692
UBER-MDL3084-BW-00042694
UBER-MDL3084-BW-00042697
UBER-MDL3084-BW-00042698
UBER-MDL3084-BW-00042700
UBER-MDL3084-BW-00042703
UBER-MDL3084-BW-00042706
UBER-MDL3084-BW-00042708
UBER-MDL3084-BW-00042711
UBER-MDL3084-BW-00042714
UBER-MDL3084-BW-00042717
UBER-MDL3084-BW-00042719
UBER-MDL3084-BW-00042721
UBER-MDL3084-BW-00042723
UBER-MDL3084-BW-00042725
UBER-MDL3084-BW-00042727
UBER-MDL3084-BW-00042728

| | |
|---|---|
| UBER-MDL3084-BW-00042730 | UBER-MDL3084-BW-00042832 |
| UBER-MDL3084-BW-00042733 | UBER-MDL3084-BW-00042834 |
| UBER-MDL3084-BW-00042735 | UBER-MDL3084-BW-00042836 |
| UBER-MDL3084-BW-00042737 | UBER-MDL3084-BW-00042838 |
| UBER-MDL3084-BW-00042739 | UBER-MDL3084-BW-00042840 |
| UBER-MDL3084-BW-00042741 | UBER-MDL3084-BW-00042842 |
| UBER-MDL3084-BW-00042743 | UBER-MDL3084-BW-00042844 |
| UBER-MDL3084-BW-00042745 | UBER-MDL3084-BW-00042846 |
| UBER-MDL3084-BW-00042747 | UBER-MDL3084-BW-00042848 |
| UBER-MDL3084-BW-00042748 | UBER-MDL3084-BW-00042851 |
| UBER-MDL3084-BW-00042751 | UBER-MDL3084-BW-00042852 |
| UBER-MDL3084-BW-00042753 | UBER-MDL3084-BW-00042854 |
| UBER-MDL3084-BW-00042754 | UBER-MDL3084-BW-00042856 |
| UBER-MDL3084-BW-00042756 | UBER-MDL3084-BW-00042858 |
| UBER-MDL3084-BW-00042758 | UBER-MDL3084-BW-00042861 |
| UBER-MDL3084-BW-00042761 | UBER-MDL3084-BW-00042863 |
| UBER-MDL3084-BW-00042763 | UBER-MDL3084-BW-00042865 |
| UBER-MDL3084-BW-00042766 | UBER-MDL3084-BW-00042868 |
| UBER-MDL3084-BW-00042769 | UBER-MDL3084-BW-00042870 |
| UBER-MDL3084-BW-00042771 | UBER-MDL3084-BW-00042872 |
| UBER-MDL3084-BW-00042775 | UBER-MDL3084-BW-00042874 |
| UBER-MDL3084-BW-00042777 | UBER-MDL3084-BW-00042876 |
| UBER-MDL3084-BW-00042779 | UBER-MDL3084-BW-00042880 |
| UBER-MDL3084-BW-00042782 | UBER-MDL3084-BW-00042883 |
| UBER-MDL3084-BW-00042785 | UBER-MDL3084-BW-00042885 |
| UBER-MDL3084-BW-00042788 | UBER-MDL3084-BW-00042887 |
| UBER-MDL3084-BW-00042790 | UBER-MDL3084-BW-00042889 |
| UBER-MDL3084-BW-00042792 | UBER-MDL3084-BW-00042891 |
| UBER-MDL3084-BW-00042794 | UBER-MDL3084-BW-00042893 |
| UBER-MDL3084-BW-00042796 | UBER-MDL3084-BW-00042895 |
| UBER-MDL3084-BW-00042798 | UBER-MDL3084-BW-00042897 |
| UBER-MDL3084-BW-00042800 | UBER-MDL3084-BW-00042899 |
| UBER-MDL3084-BW-00042801 | UBER-MDL3084-BW-00042901 |
| UBER-MDL3084-BW-00042803 | UBER-MDL3084-BW-00042903 |
| UBER-MDL3084-BW-00042805 | UBER-MDL3084-BW-00042905 |
| UBER-MDL3084-BW-00042808 | UBER-MDL3084-BW-00042907 |
| UBER-MDL3084-BW-00042810 | UBER-MDL3084-BW-00042910 |
| UBER-MDL3084-BW-00042812 | UBER-MDL3084-BW-00042913 |
| UBER-MDL3084-BW-00042814 | UBER-MDL3084-BW-00042914 |
| UBER-MDL3084-BW-00042817 | UBER-MDL3084-BW-00042916 |
| UBER-MDL3084-BW-00042819 | UBER-MDL3084-BW-00042917 |
| UBER-MDL3084-BW-00042821 | UBER-MDL3084-BW-00042920 |
| UBER-MDL3084-BW-00042823 | UBER-MDL3084-BW-00042922 |
| UBER-MDL3084-BW-00042825 | UBER-MDL3084-BW-00042923 |
| UBER-MDL3084-BW-00042827 | UBER-MDL3084-BW-00042924 |
| UBER-MDL3084-BW-00042829 | UBER-MDL3084-BW-00042927 |

Confidential – Subject to Protective Order

Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00042929 | UBER-MDL3084-BW-00043032 |
| UBER-MDL3084-BW-00042931 | UBER-MDL3084-BW-00043034 |
| UBER-MDL3084-BW-00042932 | UBER-MDL3084-BW-00043036 |
| UBER-MDL3084-BW-00042934 | UBER-MDL3084-BW-00043039 |
| UBER-MDL3084-BW-00042937 | UBER-MDL3084-BW-00043041 |
| UBER-MDL3084-BW-00042940 | UBER-MDL3084-BW-00043043 |
| UBER-MDL3084-BW-00042942 | UBER-MDL3084-BW-00043046 |
| UBER-MDL3084-BW-00042944 | UBER-MDL3084-BW-00043047 |
| UBER-MDL3084-BW-00042946 | UBER-MDL3084-BW-00043049 |
| UBER-MDL3084-BW-00042948 | UBER-MDL3084-BW-00043051 |
| UBER-MDL3084-BW-00042950 | UBER-MDL3084-BW-00043053 |
| UBER-MDL3084-BW-00042952 | UBER-MDL3084-BW-00043055 |
| UBER-MDL3084-BW-00042955 | UBER-MDL3084-BW-00043057 |
| UBER-MDL3084-BW-00042957 | UBER-MDL3084-BW-00043060 |
| UBER-MDL3084-BW-00042960 | UBER-MDL3084-BW-00043062 |
| UBER-MDL3084-BW-00042962 | UBER-MDL3084-BW-00043064 |
| UBER-MDL3084-BW-00042964 | UBER-MDL3084-BW-00043066 |
| UBER-MDL3084-BW-00042966 | UBER-MDL3084-BW-00043068 |
| UBER-MDL3084-BW-00042968 | UBER-MDL3084-BW-00043070 |
| UBER-MDL3084-BW-00042971 | UBER-MDL3084-BW-00043072 |
| UBER-MDL3084-BW-00042973 | UBER-MDL3084-BW-00043073 |
| UBER-MDL3084-BW-00042975 | UBER-MDL3084-BW-00043075 |
| UBER-MDL3084-BW-00042979 | UBER-MDL3084-BW-00043077 |
| UBER-MDL3084-BW-00042981 | UBER-MDL3084-BW-00043079 |
| UBER-MDL3084-BW-00042983 | UBER-MDL3084-BW-00043081 |
| UBER-MDL3084-BW-00042986 | UBER-MDL3084-BW-00043083 |
| UBER-MDL3084-BW-00042989 | UBER-MDL3084-BW-00043085 |
| UBER-MDL3084-BW-00042991 | UBER-MDL3084-BW-00043087 |
| UBER-MDL3084-BW-00042993 | UBER-MDL3084-BW-00043089 |
| UBER-MDL3084-BW-00042995 | UBER-MDL3084-BW-00043091 |
| UBER-MDL3084-BW-00042997 | UBER-MDL3084-BW-00043093 |
| UBER-MDL3084-BW-00042999 | UBER-MDL3084-BW-00043095 |
| UBER-MDL3084-BW-00043001 | UBER-MDL3084-BW-00043097 |
| UBER-MDL3084-BW-00043003 | UBER-MDL3084-BW-00043099 |
| UBER-MDL3084-BW-00043005 | UBER-MDL3084-BW-00043101 |
| UBER-MDL3084-BW-00043007 | UBER-MDL3084-BW-00043103 |
| UBER-MDL3084-BW-00043009 | UBER-MDL3084-BW-00043105 |
| UBER-MDL3084-BW-00043012 | UBER-MDL3084-BW-00043107 |
| UBER-MDL3084-BW-00043014 | UBER-MDL3084-BW-00043109 |
| UBER-MDL3084-BW-00043017 | UBER-MDL3084-BW-00043111 |
| UBER-MDL3084-BW-00043019 | UBER-MDL3084-BW-00043112 |
| UBER-MDL3084-BW-00043021 | UBER-MDL3084-BW-00043114 |
| UBER-MDL3084-BW-00043023 | UBER-MDL3084-BW-00043116 |
| UBER-MDL3084-BW-00043025 | UBER-MDL3084-BW-00043119 |
| UBER-MDL3084-BW-00043028 | UBER-MDL3084-BW-00043121 |
| UBER-MDL3084-BW-00043030 | UBER-MDL3084-BW-00043124 |

Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00043127 | UBER-MDL3084-BW-00043224 |
| UBER-MDL3084-BW-00043129 | UBER-MDL3084-BW-00043226 |
| UBER-MDL3084-BW-00043131 | UBER-MDL3084-BW-00043228 |
| UBER-MDL3084-BW-00043132 | UBER-MDL3084-BW-00043230 |
| UBER-MDL3084-BW-00043134 | UBER-MDL3084-BW-00043232 |
| UBER-MDL3084-BW-00043136 | UBER-MDL3084-BW-00043235 |
| UBER-MDL3084-BW-00043139 | UBER-MDL3084-BW-00043237 |
| UBER-MDL3084-BW-00043140 | UBER-MDL3084-BW-00043240 |
| UBER-MDL3084-BW-00043142 | UBER-MDL3084-BW-00043242 |
| UBER-MDL3084-BW-00043145 | UBER-MDL3084-BW-00043244 |
| UBER-MDL3084-BW-00043147 | UBER-MDL3084-BW-00043247 |
| UBER-MDL3084-BW-00043149 | UBER-MDL3084-BW-00043250 |
| UBER-MDL3084-BW-00043151 | UBER-MDL3084-BW-00043252 |
| UBER-MDL3084-BW-00043153 | UBER-MDL3084-BW-00043254 |
| UBER-MDL3084-BW-00043155 | UBER-MDL3084-BW-00043256 |
| UBER-MDL3084-BW-00043157 | UBER-MDL3084-BW-00043258 |
| UBER-MDL3084-BW-00043160 | UBER-MDL3084-BW-00043260 |
| UBER-MDL3084-BW-00043162 | UBER-MDL3084-BW-00043263 |
| UBER-MDL3084-BW-00043164 | UBER-MDL3084-BW-00043265 |
| UBER-MDL3084-BW-00043167 | UBER-MDL3084-BW-00043267 |
| UBER-MDL3084-BW-00043169 | UBER-MDL3084-BW-00043269 |
| UBER-MDL3084-BW-00043171 | UBER-MDL3084-BW-00043270 |
| UBER-MDL3084-BW-00043173 | UBER-MDL3084-BW-00043273 |
| UBER-MDL3084-BW-00043176 | UBER-MDL3084-BW-00043275 |
| UBER-MDL3084-BW-00043178 | UBER-MDL3084-BW-00043278 |
| UBER-MDL3084-BW-00043180 | UBER-MDL3084-BW-00043280 |
| UBER-MDL3084-BW-00043181 | UBER-MDL3084-BW-00043282 |
| UBER-MDL3084-BW-00043183 | UBER-MDL3084-BW-00043285 |
| UBER-MDL3084-BW-00043186 | UBER-MDL3084-BW-00043287 |
| UBER-MDL3084-BW-00043188 | UBER-MDL3084-BW-00043290 |
| UBER-MDL3084-BW-00043190 | UBER-MDL3084-BW-00043293 |
| UBER-MDL3084-BW-00043192 | UBER-MDL3084-BW-00043295 |
| UBER-MDL3084-BW-00043194 | UBER-MDL3084-BW-00043297 |
| UBER-MDL3084-BW-00043196 | UBER-MDL3084-BW-00043299 |
| UBER-MDL3084-BW-00043198 | UBER-MDL3084-BW-00043301 |
| UBER-MDL3084-BW-00043200 | UBER-MDL3084-BW-00043303 |
| UBER-MDL3084-BW-00043202 | UBER-MDL3084-BW-00043305 |
| UBER-MDL3084-BW-00043204 | UBER-MDL3084-BW-00043307 |
| UBER-MDL3084-BW-00043206 | UBER-MDL3084-BW-00043309 |
| UBER-MDL3084-BW-00043208 | UBER-MDL3084-BW-00043311 |
| UBER-MDL3084-BW-00043210 | UBER-MDL3084-BW-00043313 |
| UBER-MDL3084-BW-00043212 | UBER-MDL3084-BW-00043315 |
| UBER-MDL3084-BW-00043214 | UBER-MDL3084-BW-00043317 |
| UBER-MDL3084-BW-00043216 | UBER-MDL3084-BW-00043319 |
| UBER-MDL3084-BW-00043219 | UBER-MDL3084-BW-00043321 |
| UBER-MDL3084-BW-00043221 | UBER-MDL3084-BW-00043322 |

Confidential – Subject to Protective Order

Confidential - Subject to Protective Order

UBER-MDL3084-BW-00043324      UBER-MDL3084-BW-00043418
UBER-MDL3084-BW-00043326      UBER-MDL3084-BW-00043420
UBER-MDL3084-BW-00043328      UBER-MDL3084-BW-00043422
UBER-MDL3084-BW-00043330      UBER-MDL3084-BW-00043425
UBER-MDL3084-BW-00043332      UBER-MDL3084-BW-00043427
UBER-MDL3084-BW-00043334      UBER-MDL3084-BW-00043429
UBER-MDL3084-BW-00043336      UBER-MDL3084-BW-00043431
UBER-MDL3084-BW-00043338      UBER-MDL3084-BW-00043433
UBER-MDL3084-BW-00043340      UBER-MDL3084-BW-00043436
UBER-MDL3084-BW-00043342      UBER-MDL3084-BW-00043439
UBER-MDL3084-BW-00043344      UBER-MDL3084-BW-00043442
UBER-MDL3084-BW-00043346      UBER-MDL3084-BW-00043444
UBER-MDL3084-BW-00043348      UBER-MDL3084-BW-00043445
UBER-MDL3084-BW-00043351      UBER-MDL3084-BW-00043447
UBER-MDL3084-BW-00043354      UBER-MDL3084-BW-00043449
UBER-MDL3084-BW-00043356      UBER-MDL3084-BW-00043451
UBER-MDL3084-BW-00043358      UBER-MDL3084-BW-00043453
UBER-MDL3084-BW-00043360      UBER-MDL3084-BW-00043455
UBER-MDL3084-BW-00043362      UBER-MDL3084-BW-00043458
UBER-MDL3084-BW-00043364      UBER-MDL3084-BW-00043460
UBER-MDL3084-BW-00043366      UBER-MDL3084-BW-00043463
UBER-MDL3084-BW-00043368      UBER-MDL3084-BW-00043465
UBER-MDL3084-BW-00043370      UBER-MDL3084-BW-00043467
UBER-MDL3084-BW-00043372      UBER-MDL3084-BW-00043469
UBER-MDL3084-BW-00043374      UBER-MDL3084-BW-00043470
UBER-MDL3084-BW-00043376      UBER-MDL3084-BW-00043472
UBER-MDL3084-BW-00043379      UBER-MDL3084-BW-00043474
UBER-MDL3084-BW-00043381      UBER-MDL3084-BW-00043476
UBER-MDL3084-BW-00043383      UBER-MDL3084-BW-00043478
UBER-MDL3084-BW-00043385      UBER-MDL3084-BW-00043480
UBER-MDL3084-BW-00043387      UBER-MDL3084-BW-00043482
UBER-MDL3084-BW-00043389      UBER-MDL3084-BW-00043484
UBER-MDL3084-BW-00043391      UBER-MDL3084-BW-00043486
UBER-MDL3084-BW-00043393      UBER-MDL3084-BW-00043489
UBER-MDL3084-BW-00043395      UBER-MDL3084-BW-00043490
UBER-MDL3084-BW-00043397      UBER-MDL3084-BW-00043491
UBER-MDL3084-BW-00043399      UBER-MDL3084-BW-00043493
UBER-MDL3084-BW-00043401      UBER-MDL3084-BW-00043495
UBER-MDL3084-BW-00043403      UBER-MDL3084-BW-00043497
UBER-MDL3084-BW-00043405      UBER-MDL3084-BW-00043500
UBER-MDL3084-BW-00043407      UBER-MDL3084-BW-00043502
UBER-MDL3084-BW-00043409      UBER-MDL3084-BW-00043504
UBER-MDL3084-BW-00043412      UBER-MDL3084-BW-00043505
UBER-MDL3084-BW-00043413      UBER-MDL3084-BW-00043507
UBER-MDL3084-BW-00043415      UBER-MDL3084-BW-00043509
UBER-MDL3084-BW-00043416      UBER-MDL3084-BW-00043510

**Confidential – Subject to Protective Order**      Confidential - Subject to Protective Order

UBER-MDL3084-BW-00043512
UBER-MDL3084-BW-00043514
UBER-MDL3084-BW-00043516
UBER-MDL3084-BW-00043518
UBER-MDL3084-BW-00043520
UBER-MDL3084-BW-00043522
UBER-MDL3084-BW-00043525
UBER-MDL3084-BW-00043527
UBER-MDL3084-BW-00043529
UBER-MDL3084-BW-00043531
UBER-MDL3084-BW-00043533
UBER-MDL3084-BW-00043535
UBER-MDL3084-BW-00043537
UBER-MDL3084-BW-00043540
UBER-MDL3084-BW-00043542
UBER-MDL3084-BW-00043545
UBER-MDL3084-BW-00043547
UBER-MDL3084-BW-00043549
UBER-MDL3084-BW-00043551
UBER-MDL3084-BW-00043553
UBER-MDL3084-BW-00043555
UBER-MDL3084-BW-00043557
UBER-MDL3084-BW-00043558
UBER-MDL3084-BW-00043561
UBER-MDL3084-BW-00043563
UBER-MDL3084-BW-00043565
UBER-MDL3084-BW-00043566
UBER-MDL3084-BW-00043568
UBER-MDL3084-BW-00043570
UBER-MDL3084-BW-00043572
UBER-MDL3084-BW-00043574
UBER-MDL3084-BW-00043576
UBER-MDL3084-BW-00043578
UBER-MDL3084-BW-00043580
UBER-MDL3084-BW-00043582
UBER-MDL3084-BW-00043585
UBER-MDL3084-BW-00043588
UBER-MDL3084-BW-00043590
UBER-MDL3084-BW-00043592
UBER-MDL3084-BW-00043594
UBER-MDL3084-BW-00043597
UBER-MDL3084-BW-00043600
UBER-MDL3084-BW-00043602
UBER-MDL3084-BW-00043604
UBER-MDL3084-BW-00043607
UBER-MDL3084-BW-00043609

UBER-MDL3084-BW-00043611
UBER-MDL3084-BW-00043613
UBER-MDL3084-BW-00043615
UBER-MDL3084-BW-00043617
UBER-MDL3084-BW-00043619
UBER-MDL3084-BW-00043622
UBER-MDL3084-BW-00043624
UBER-MDL3084-BW-00043626
UBER-MDL3084-BW-00043628
UBER-MDL3084-BW-00043630
UBER-MDL3084-BW-00043632
UBER-MDL3084-BW-00043634
UBER-MDL3084-BW-00043636
UBER-MDL3084-BW-00043638
UBER-MDL3084-BW-00043640
UBER-MDL3084-BW-00043642
UBER-MDL3084-BW-00043645
UBER-MDL3084-BW-00043647
UBER-MDL3084-BW-00043648
UBER-MDL3084-BW-00043650
UBER-MDL3084-BW-00043652
UBER-MDL3084-BW-00043655
UBER-MDL3084-BW-00043656
UBER-MDL3084-BW-00043658
UBER-MDL3084-BW-00043660
UBER-MDL3084-BW-00043662
UBER-MDL3084-BW-00043664
UBER-MDL3084-BW-00043666
UBER-MDL3084-BW-00043668
UBER-MDL3084-BW-00043670
UBER-MDL3084-BW-00043672
UBER-MDL3084-BW-00043674
UBER-MDL3084-BW-00043676
UBER-MDL3084-BW-00043678
UBER-MDL3084-BW-00043680
UBER-MDL3084-BW-00043682
UBER-MDL3084-BW-00043684
UBER-MDL3084-BW-00043686
UBER-MDL3084-BW-00043688
UBER-MDL3084-BW-00043690
UBER-MDL3084-BW-00043692
UBER-MDL3084-BW-00043694
UBER-MDL3084-BW-00043696
UBER-MDL3084-BW-00043699
UBER-MDL3084-BW-00043700
UBER-MDL3084-BW-00043701

Confidential – Subject to Protective Order                    Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00043703 | UBER-MDL3084-BW-00043809 |
| UBER-MDL3084-BW-00043705 | UBER-MDL3084-BW-00043811 |
| UBER-MDL3084-BW-00043707 | UBER-MDL3084-BW-00043814 |
| UBER-MDL3084-BW-00043709 | UBER-MDL3084-BW-00043816 |
| UBER-MDL3084-BW-00043711 | UBER-MDL3084-BW-00043818 |
| UBER-MDL3084-BW-00043713 | UBER-MDL3084-BW-00043820 |
| UBER-MDL3084-BW-00043715 | UBER-MDL3084-BW-00043822 |
| UBER-MDL3084-BW-00043717 | UBER-MDL3084-BW-00043824 |
| UBER-MDL3084-BW-00043721 | UBER-MDL3084-BW-00043826 |
| UBER-MDL3084-BW-00043723 | UBER-MDL3084-BW-00043828 |
| UBER-MDL3084-BW-00043725 | UBER-MDL3084-BW-00043830 |
| UBER-MDL3084-BW-00043727 | UBER-MDL3084-BW-00043832 |
| UBER-MDL3084-BW-00043729 | UBER-MDL3084-BW-00043834 |
| UBER-MDL3084-BW-00043731 | UBER-MDL3084-BW-00043836 |
| UBER-MDL3084-BW-00043732 | UBER-MDL3084-BW-00043839 |
| UBER-MDL3084-BW-00043735 | UBER-MDL3084-BW-00043841 |
| UBER-MDL3084-BW-00043737 | UBER-MDL3084-BW-00043844 |
| UBER-MDL3084-BW-00043740 | UBER-MDL3084-BW-00043846 |
| UBER-MDL3084-BW-00043743 | UBER-MDL3084-BW-00043848 |
| UBER-MDL3084-BW-00043745 | UBER-MDL3084-BW-00043850 |
| UBER-MDL3084-BW-00043748 | UBER-MDL3084-BW-00043851 |
| UBER-MDL3084-BW-00043751 | UBER-MDL3084-BW-00043853 |
| UBER-MDL3084-BW-00043753 | UBER-MDL3084-BW-00043854 |
| UBER-MDL3084-BW-00043755 | UBER-MDL3084-BW-00043856 |
| UBER-MDL3084-BW-00043757 | UBER-MDL3084-BW-00043858 |
| UBER-MDL3084-BW-00043759 | UBER-MDL3084-BW-00043860 |
| UBER-MDL3084-BW-00043762 | UBER-MDL3084-BW-00043862 |
| UBER-MDL3084-BW-00043763 | UBER-MDL3084-BW-00043863 |
| UBER-MDL3084-BW-00043765 | UBER-MDL3084-BW-00043865 |
| UBER-MDL3084-BW-00043768 | UBER-MDL3084-BW-00043868 |
| UBER-MDL3084-BW-00043770 | UBER-MDL3084-BW-00043870 |
| UBER-MDL3084-BW-00043773 | UBER-MDL3084-BW-00043872 |
| UBER-MDL3084-BW-00043776 | UBER-MDL3084-BW-00043874 |
| UBER-MDL3084-BW-00043779 | UBER-MDL3084-BW-00043876 |
| UBER-MDL3084-BW-00043782 | UBER-MDL3084-BW-00043877 |
| UBER-MDL3084-BW-00043784 | UBER-MDL3084-BW-00043879 |
| UBER-MDL3084-BW-00043786 | UBER-MDL3084-BW-00043882 |
| UBER-MDL3084-BW-00043788 | UBER-MDL3084-BW-00043883 |
| UBER-MDL3084-BW-00043790 | UBER-MDL3084-BW-00043885 |
| UBER-MDL3084-BW-00043792 | UBER-MDL3084-BW-00043887 |
| UBER-MDL3084-BW-00043795 | UBER-MDL3084-BW-00043889 |
| UBER-MDL3084-BW-00043799 | UBER-MDL3084-BW-00043892 |
| UBER-MDL3084-BW-00043801 | UBER-MDL3084-BW-00043894 |
| UBER-MDL3084-BW-00043803 | UBER-MDL3084-BW-00043896 |
| UBER-MDL3084-BW-00043805 | UBER-MDL3084-BW-00043898 |
| UBER-MDL3084-BW-00043807 | UBER-MDL3084-BW-00043901 |

Confidential – Subject to Protective Order          Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00043902 | UBER-MDL3084-BW-00044003 |
| UBER-MDL3084-BW-00043905 | UBER-MDL3084-BW-00044004 |
| UBER-MDL3084-BW-00043907 | UBER-MDL3084-BW-00044006 |
| UBER-MDL3084-BW-00043908 | UBER-MDL3084-BW-00044009 |
| UBER-MDL3084-BW-00043911 | UBER-MDL3084-BW-00044011 |
| UBER-MDL3084-BW-00043914 | UBER-MDL3084-BW-00044014 |
| UBER-MDL3084-BW-00043916 | UBER-MDL3084-BW-00044017 |
| UBER-MDL3084-BW-00043918 | UBER-MDL3084-BW-00044019 |
| UBER-MDL3084-BW-00043920 | UBER-MDL3084-BW-00044021 |
| UBER-MDL3084-BW-00043922 | UBER-MDL3084-BW-00044023 |
| UBER-MDL3084-BW-00043924 | UBER-MDL3084-BW-00044026 |
| UBER-MDL3084-BW-00043927 | UBER-MDL3084-BW-00044028 |
| UBER-MDL3084-BW-00043929 | UBER-MDL3084-BW-00044030 |
| UBER-MDL3084-BW-00043931 | UBER-MDL3084-BW-00044032 |
| UBER-MDL3084-BW-00043934 | UBER-MDL3084-BW-00044034 |
| UBER-MDL3084-BW-00043936 | UBER-MDL3084-BW-00044036 |
| UBER-MDL3084-BW-00043939 | UBER-MDL3084-BW-00044039 |
| UBER-MDL3084-BW-00043942 | UBER-MDL3084-BW-00044042 |
| UBER-MDL3084-BW-00043944 | UBER-MDL3084-BW-00044045 |
| UBER-MDL3084-BW-00043946 | UBER-MDL3084-BW-00044047 |
| UBER-MDL3084-BW-00043948 | UBER-MDL3084-BW-00044050 |
| UBER-MDL3084-BW-00043950 | UBER-MDL3084-BW-00044052 |
| UBER-MDL3084-BW-00043952 | UBER-MDL3084-BW-00044053 |
| UBER-MDL3084-BW-00043954 | UBER-MDL3084-BW-00044055 |
| UBER-MDL3084-BW-00043956 | UBER-MDL3084-BW-00044057 |
| UBER-MDL3084-BW-00043957 | UBER-MDL3084-BW-00044060 |
| UBER-MDL3084-BW-00043959 | UBER-MDL3084-BW-00044062 |
| UBER-MDL3084-BW-00043961 | UBER-MDL3084-BW-00044065 |
| UBER-MDL3084-BW-00043963 | UBER-MDL3084-BW-00044068 |
| UBER-MDL3084-BW-00043966 | UBER-MDL3084-BW-00044070 |
| UBER-MDL3084-BW-00043968 | UBER-MDL3084-BW-00044072 |
| UBER-MDL3084-BW-00043970 | UBER-MDL3084-BW-00044074 |
| UBER-MDL3084-BW-00043972 | UBER-MDL3084-BW-00044076 |
| UBER-MDL3084-BW-00043974 | UBER-MDL3084-BW-00044078 |
| UBER-MDL3084-BW-00043976 | UBER-MDL3084-BW-00044080 |
| UBER-MDL3084-BW-00043978 | UBER-MDL3084-BW-00044082 |
| UBER-MDL3084-BW-00043980 | UBER-MDL3084-BW-00044084 |
| UBER-MDL3084-BW-00043982 | UBER-MDL3084-BW-00044085 |
| UBER-MDL3084-BW-00043984 | UBER-MDL3084-BW-00044087 |
| UBER-MDL3084-BW-00043986 | UBER-MDL3084-BW-00044089 |
| UBER-MDL3084-BW-00043988 | UBER-MDL3084-BW-00044091 |
| UBER-MDL3084-BW-00043990 | UBER-MDL3084-BW-00044093 |
| UBER-MDL3084-BW-00043993 | UBER-MDL3084-BW-00044095 |
| UBER-MDL3084-BW-00043996 | UBER-MDL3084-BW-00044097 |
| UBER-MDL3084-BW-00043998 | UBER-MDL3084-BW-00044099 |
| UBER-MDL3084-BW-00044000 | UBER-MDL3084-BW-00044101 |

Confidential – Subject to Protective Order                     Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00044104 | UBER-MDL3084-BW-00044200 |
| UBER-MDL3084-BW-00044106 | UBER-MDL3084-BW-00044203 |
| UBER-MDL3084-BW-00044108 | UBER-MDL3084-BW-00044205 |
| UBER-MDL3084-BW-00044110 | UBER-MDL3084-BW-00044207 |
| UBER-MDL3084-BW-00044113 | UBER-MDL3084-BW-00044209 |
| UBER-MDL3084-BW-00044115 | UBER-MDL3084-BW-00044211 |
| UBER-MDL3084-BW-00044117 | UBER-MDL3084-BW-00044213 |
| UBER-MDL3084-BW-00044119 | UBER-MDL3084-BW-00044216 |
| UBER-MDL3084-BW-00044121 | UBER-MDL3084-BW-00044218 |
| UBER-MDL3084-BW-00044123 | UBER-MDL3084-BW-00044221 |
| UBER-MDL3084-BW-00044125 | UBER-MDL3084-BW-00044223 |
| UBER-MDL3084-BW-00044127 | UBER-MDL3084-BW-00044226 |
| UBER-MDL3084-BW-00044130 | UBER-MDL3084-BW-00044228 |
| UBER-MDL3084-BW-00044132 | UBER-MDL3084-BW-00044230 |
| UBER-MDL3084-BW-00044134 | UBER-MDL3084-BW-00044233 |
| UBER-MDL3084-BW-00044135 | UBER-MDL3084-BW-00044236 |
| UBER-MDL3084-BW-00044137 | UBER-MDL3084-BW-00044238 |
| UBER-MDL3084-BW-00044140 | UBER-MDL3084-BW-00044240 |
| UBER-MDL3084-BW-00044141 | UBER-MDL3084-BW-00044242 |
| UBER-MDL3084-BW-00044143 | UBER-MDL3084-BW-00044244 |
| UBER-MDL3084-BW-00044145 | UBER-MDL3084-BW-00044246 |
| UBER-MDL3084-BW-00044147 | UBER-MDL3084-BW-00044248 |
| UBER-MDL3084-BW-00044149 | UBER-MDL3084-BW-00044250 |
| UBER-MDL3084-BW-00044151 | UBER-MDL3084-BW-00044252 |
| UBER-MDL3084-BW-00044153 | UBER-MDL3084-BW-00044254 |
| UBER-MDL3084-BW-00044155 | UBER-MDL3084-BW-00044256 |
| UBER-MDL3084-BW-00044158 | UBER-MDL3084-BW-00044258 |
| UBER-MDL3084-BW-00044160 | UBER-MDL3084-BW-00044260 |
| UBER-MDL3084-BW-00044162 | UBER-MDL3084-BW-00044262 |
| UBER-MDL3084-BW-00044164 | UBER-MDL3084-BW-00044264 |
| UBER-MDL3084-BW-00044166 | UBER-MDL3084-BW-00044266 |
| UBER-MDL3084-BW-00044168 | UBER-MDL3084-BW-00044268 |
| UBER-MDL3084-BW-00044170 | UBER-MDL3084-BW-00044270 |
| UBER-MDL3084-BW-00044172 | UBER-MDL3084-BW-00044272 |
| UBER-MDL3084-BW-00044175 | UBER-MDL3084-BW-00044274 |
| UBER-MDL3084-BW-00044177 | UBER-MDL3084-BW-00044276 |
| UBER-MDL3084-BW-00044179 | UBER-MDL3084-BW-00044278 |
| UBER-MDL3084-BW-00044181 | UBER-MDL3084-BW-00044280 |
| UBER-MDL3084-BW-00044183 | UBER-MDL3084-BW-00044282 |
| UBER-MDL3084-BW-00044185 | UBER-MDL3084-BW-00044284 |
| UBER-MDL3084-BW-00044187 | UBER-MDL3084-BW-00044286 |
| UBER-MDL3084-BW-00044189 | UBER-MDL3084-BW-00044288 |
| UBER-MDL3084-BW-00044191 | UBER-MDL3084-BW-00044290 |
| UBER-MDL3084-BW-00044194 | UBER-MDL3084-BW-00044292 |
| UBER-MDL3084-BW-00044196 | UBER-MDL3084-BW-00044293 |
| UBER-MDL3084-BW-00044198 | UBER-MDL3084-BW-00044296 |

| | |
|---|---|
| UBER-MDL3084-BW-00044298 | UBER-MDL3084-BW-00044401 |
| UBER-MDL3084-BW-00044300 | UBER-MDL3084-BW-00044404 |
| UBER-MDL3084-BW-00044302 | UBER-MDL3084-BW-00044407 |
| UBER-MDL3084-BW-00044304 | UBER-MDL3084-BW-00044409 |
| UBER-MDL3084-BW-00044306 | UBER-MDL3084-BW-00044411 |
| UBER-MDL3084-BW-00044308 | UBER-MDL3084-BW-00044413 |
| UBER-MDL3084-BW-00044310 | UBER-MDL3084-BW-00044415 |
| UBER-MDL3084-BW-00044312 | UBER-MDL3084-BW-00044417 |
| UBER-MDL3084-BW-00044314 | UBER-MDL3084-BW-00044419 |
| UBER-MDL3084-BW-00044315 | UBER-MDL3084-BW-00044422 |
| UBER-MDL3084-BW-00044317 | UBER-MDL3084-BW-00044424 |
| UBER-MDL3084-BW-00044320 | UBER-MDL3084-BW-00044425 |
| UBER-MDL3084-BW-00044323 | UBER-MDL3084-BW-00044427 |
| UBER-MDL3084-BW-00044325 | UBER-MDL3084-BW-00044429 |
| UBER-MDL3084-BW-00044327 | UBER-MDL3084-BW-00044432 |
| UBER-MDL3084-BW-00044329 | UBER-MDL3084-BW-00044434 |
| UBER-MDL3084-BW-00044332 | UBER-MDL3084-BW-00044436 |
| UBER-MDL3084-BW-00044334 | UBER-MDL3084-BW-00044438 |
| UBER-MDL3084-BW-00044337 | UBER-MDL3084-BW-00044440 |
| UBER-MDL3084-BW-00044339 | UBER-MDL3084-BW-00044442 |
| UBER-MDL3084-BW-00044341 | UBER-MDL3084-BW-00044445 |
| UBER-MDL3084-BW-00044343 | UBER-MDL3084-BW-00044447 |
| UBER-MDL3084-BW-00044346 | UBER-MDL3084-BW-00044450 |
| UBER-MDL3084-BW-00044349 | UBER-MDL3084-BW-00044453 |
| UBER-MDL3084-BW-00044352 | UBER-MDL3084-BW-00044455 |
| UBER-MDL3084-BW-00044354 | UBER-MDL3084-BW-00044457 |
| UBER-MDL3084-BW-00044356 | UBER-MDL3084-BW-00044459 |
| UBER-MDL3084-BW-00044358 | UBER-MDL3084-BW-00044461 |
| UBER-MDL3084-BW-00044360 | UBER-MDL3084-BW-00044463 |
| UBER-MDL3084-BW-00044362 | UBER-MDL3084-BW-00044465 |
| UBER-MDL3084-BW-00044364 | UBER-MDL3084-BW-00044468 |
| UBER-MDL3084-BW-00044367 | UBER-MDL3084-BW-00044470 |
| UBER-MDL3084-BW-00044370 | UBER-MDL3084-BW-00044473 |
| UBER-MDL3084-BW-00044372 | UBER-MDL3084-BW-00044474 |
| UBER-MDL3084-BW-00044374 | UBER-MDL3084-BW-00044477 |
| UBER-MDL3084-BW-00044376 | UBER-MDL3084-BW-00044479 |
| UBER-MDL3084-BW-00044378 | UBER-MDL3084-BW-00044481 |
| UBER-MDL3084-BW-00044381 | UBER-MDL3084-BW-00044483 |
| UBER-MDL3084-BW-00044383 | UBER-MDL3084-BW-00044485 |
| UBER-MDL3084-BW-00044385 | UBER-MDL3084-BW-00044487 |
| UBER-MDL3084-BW-00044388 | UBER-MDL3084-BW-00044490 |
| UBER-MDL3084-BW-00044390 | UBER-MDL3084-BW-00044492 |
| UBER-MDL3084-BW-00044392 | UBER-MDL3084-BW-00044494 |
| UBER-MDL3084-BW-00044394 | UBER-MDL3084-BW-00044496 |
| UBER-MDL3084-BW-00044397 | UBER-MDL3084-BW-00044498 |
| UBER-MDL3084-BW-00044399 | UBER-MDL3084-BW-00044500 |

Confidential – Subject to Protective Order                    Confidential - Subject to Protective Order

UBER-MDL3084-BW-00044502
UBER-MDL3084-BW-00044504
UBER-MDL3084-BW-00044506
UBER-MDL3084-BW-00044508
UBER-MDL3084-BW-00044511
UBER-MDL3084-BW-00044513
UBER-MDL3084-BW-00044515
UBER-MDL3084-BW-00044517
UBER-MDL3084-BW-00044519
UBER-MDL3084-BW-00044521
UBER-MDL3084-BW-00044523
UBER-MDL3084-BW-00044525
UBER-MDL3084-BW-00044527
UBER-MDL3084-BW-00044529
UBER-MDL3084-BW-00044531
UBER-MDL3084-BW-00044533
UBER-MDL3084-BW-00044535
UBER-MDL3084-BW-00044537
UBER-MDL3084-BW-00044539
UBER-MDL3084-BW-00044541
UBER-MDL3084-BW-00044543
UBER-MDL3084-BW-00044546
UBER-MDL3084-BW-00044549
UBER-MDL3084-BW-00044551
UBER-MDL3084-BW-00044554
UBER-MDL3084-BW-00044556
UBER-MDL3084-BW-00044558
UBER-MDL3084-BW-00044560
UBER-MDL3084-BW-00044562
UBER-MDL3084-BW-00044564
UBER-MDL3084-BW-00044566
UBER-MDL3084-BW-00044569
UBER-MDL3084-BW-00044570
UBER-MDL3084-BW-00044571
UBER-MDL3084-BW-00044573
UBER-MDL3084-BW-00044576
UBER-MDL3084-BW-00044578
UBER-MDL3084-BW-00044579
UBER-MDL3084-BW-00044582
UBER-MDL3084-BW-00044584
UBER-MDL3084-BW-00044585
UBER-MDL3084-BW-00044587
UBER-MDL3084-BW-00044589
UBER-MDL3084-BW-00044591
UBER-MDL3084-BW-00044594
UBER-MDL3084-BW-00044596

UBER-MDL3084-BW-00044597
UBER-MDL3084-BW-00044600
UBER-MDL3084-BW-00044603
UBER-MDL3084-BW-00044606
UBER-MDL3084-BW-00044608
UBER-MDL3084-BW-00044610
UBER-MDL3084-BW-00044613
UBER-MDL3084-BW-00044616
UBER-MDL3084-BW-00044619
UBER-MDL3084-BW-00044621
UBER-MDL3084-BW-00044623
UBER-MDL3084-BW-00044625
UBER-MDL3084-BW-00044627
UBER-MDL3084-BW-00044630
UBER-MDL3084-BW-00044632
UBER-MDL3084-BW-00044634
UBER-MDL3084-BW-00044635
UBER-MDL3084-BW-00044637
UBER-MDL3084-BW-00044640
UBER-MDL3084-BW-00044642
UBER-MDL3084-BW-00044644
UBER-MDL3084-BW-00044647
UBER-MDL3084-BW-00044648
UBER-MDL3084-BW-00044650
UBER-MDL3084-BW-00044652
UBER-MDL3084-BW-00044655
UBER-MDL3084-BW-00044657
UBER-MDL3084-BW-00044659
UBER-MDL3084-BW-00044661
UBER-MDL3084-BW-00044663
UBER-MDL3084-BW-00044666
UBER-MDL3084-BW-00044668
UBER-MDL3084-BW-00044670
UBER-MDL3084-BW-00044672
UBER-MDL3084-BW-00044674
UBER-MDL3084-BW-00044677
UBER-MDL3084-BW-00044680
UBER-MDL3084-BW-00044682
UBER-MDL3084-BW-00044684
UBER-MDL3084-BW-00044686
UBER-MDL3084-BW-00044688
UBER-MDL3084-BW-00044690
UBER-MDL3084-BW-00044692
UBER-MDL3084-BW-00044694
UBER-MDL3084-BW-00044695
UBER-MDL3084-BW-00044697

Confidential – Subject to Protective Order

Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00044699 | UBER-MDL3084-BW-00044797 |
| UBER-MDL3084-BW-00044702 | UBER-MDL3084-BW-00044801 |
| UBER-MDL3084-BW-00044705 | UBER-MDL3084-BW-00044803 |
| UBER-MDL3084-BW-00044707 | UBER-MDL3084-BW-00044805 |
| UBER-MDL3084-BW-00044709 | UBER-MDL3084-BW-00044807 |
| UBER-MDL3084-BW-00044711 | UBER-MDL3084-BW-00044809 |
| UBER-MDL3084-BW-00044713 | UBER-MDL3084-BW-00044812 |
| UBER-MDL3084-BW-00044715 | UBER-MDL3084-BW-00044813 |
| UBER-MDL3084-BW-00044717 | UBER-MDL3084-BW-00044815 |
| UBER-MDL3084-BW-00044719 | UBER-MDL3084-BW-00044817 |
| UBER-MDL3084-BW-00044721 | UBER-MDL3084-BW-00044819 |
| UBER-MDL3084-BW-00044723 | UBER-MDL3084-BW-00044821 |
| UBER-MDL3084-BW-00044725 | UBER-MDL3084-BW-00044823 |
| UBER-MDL3084-BW-00044727 | UBER-MDL3084-BW-00044825 |
| UBER-MDL3084-BW-00044729 | UBER-MDL3084-BW-00044828 |
| UBER-MDL3084-BW-00044731 | UBER-MDL3084-BW-00044830 |
| UBER-MDL3084-BW-00044733 | UBER-MDL3084-BW-00044832 |
| UBER-MDL3084-BW-00044735 | UBER-MDL3084-BW-00044834 |
| UBER-MDL3084-BW-00044738 | UBER-MDL3084-BW-00044835 |
| UBER-MDL3084-BW-00044740 | UBER-MDL3084-BW-00044837 |
| UBER-MDL3084-BW-00044742 | UBER-MDL3084-BW-00044839 |
| UBER-MDL3084-BW-00044744 | UBER-MDL3084-BW-00044841 |
| UBER-MDL3084-BW-00044746 | UBER-MDL3084-BW-00044844 |
| UBER-MDL3084-BW-00044748 | UBER-MDL3084-BW-00044846 |
| UBER-MDL3084-BW-00044750 | UBER-MDL3084-BW-00044849 |
| UBER-MDL3084-BW-00044752 | UBER-MDL3084-BW-00044851 |
| UBER-MDL3084-BW-00044755 | UBER-MDL3084-BW-00044853 |
| UBER-MDL3084-BW-00044758 | UBER-MDL3084-BW-00044855 |
| UBER-MDL3084-BW-00044761 | UBER-MDL3084-BW-00044858 |
| UBER-MDL3084-BW-00044763 | UBER-MDL3084-BW-00044860 |
| UBER-MDL3084-BW-00044765 | UBER-MDL3084-BW-00044862 |
| UBER-MDL3084-BW-00044767 | UBER-MDL3084-BW-00044864 |
| UBER-MDL3084-BW-00044769 | UBER-MDL3084-BW-00044866 |
| UBER-MDL3084-BW-00044771 | UBER-MDL3084-BW-00044867 |
| UBER-MDL3084-BW-00044773 | UBER-MDL3084-BW-00044869 |
| UBER-MDL3084-BW-00044775 | UBER-MDL3084-BW-00044872 |
| UBER-MDL3084-BW-00044777 | UBER-MDL3084-BW-00044875 |
| UBER-MDL3084-BW-00044778 | UBER-MDL3084-BW-00044877 |
| UBER-MDL3084-BW-00044781 | UBER-MDL3084-BW-00044879 |
| UBER-MDL3084-BW-00044783 | UBER-MDL3084-BW-00044880 |
| UBER-MDL3084-BW-00044785 | UBER-MDL3084-BW-00044882 |
| UBER-MDL3084-BW-00044787 | UBER-MDL3084-BW-00044884 |
| UBER-MDL3084-BW-00044789 | UBER-MDL3084-BW-00044887 |
| UBER-MDL3084-BW-00044791 | UBER-MDL3084-BW-00044889 |
| UBER-MDL3084-BW-00044793 | UBER-MDL3084-BW-00044891 |
| UBER-MDL3084-BW-00044795 | UBER-MDL3084-BW-00044893 |

Confidential – Subject to Protective Order    Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00044895 | UBER-MDL3084-BW-00044996 |
| UBER-MDL3084-BW-00044897 | UBER-MDL3084-BW-00044998 |
| UBER-MDL3084-BW-00044899 | UBER-MDL3084-BW-00045000 |
| UBER-MDL3084-BW-00044901 | UBER-MDL3084-BW-00045002 |
| UBER-MDL3084-BW-00044904 | UBER-MDL3084-BW-00045004 |
| UBER-MDL3084-BW-00044906 | UBER-MDL3084-BW-00045006 |
| UBER-MDL3084-BW-00044908 | UBER-MDL3084-BW-00045008 |
| UBER-MDL3084-BW-00044911 | UBER-MDL3084-BW-00045010 |
| UBER-MDL3084-BW-00044913 | UBER-MDL3084-BW-00045012 |
| UBER-MDL3084-BW-00044915 | UBER-MDL3084-BW-00045015 |
| UBER-MDL3084-BW-00044917 | UBER-MDL3084-BW-00045017 |
| UBER-MDL3084-BW-00044919 | UBER-MDL3084-BW-00045019 |
| UBER-MDL3084-BW-00044922 | UBER-MDL3084-BW-00045021 |
| UBER-MDL3084-BW-00044924 | UBER-MDL3084-BW-00045023 |
| UBER-MDL3084-BW-00044926 | UBER-MDL3084-BW-00045024 |
| UBER-MDL3084-BW-00044928 | UBER-MDL3084-BW-00045026 |
| UBER-MDL3084-BW-00044930 | UBER-MDL3084-BW-00045029 |
| UBER-MDL3084-BW-00044933 | UBER-MDL3084-BW-00045031 |
| UBER-MDL3084-BW-00044936 | UBER-MDL3084-BW-00045033 |
| UBER-MDL3084-BW-00044939 | UBER-MDL3084-BW-00045035 |
| UBER-MDL3084-BW-00044941 | UBER-MDL3084-BW-00045039 |
| UBER-MDL3084-BW-00044943 | UBER-MDL3084-BW-00045041 |
| UBER-MDL3084-BW-00044945 | UBER-MDL3084-BW-00045042 |
| UBER-MDL3084-BW-00044948 | UBER-MDL3084-BW-00045044 |
| UBER-MDL3084-BW-00044950 | UBER-MDL3084-BW-00045046 |
| UBER-MDL3084-BW-00044952 | UBER-MDL3084-BW-00045049 |
| UBER-MDL3084-BW-00044954 | UBER-MDL3084-BW-00045051 |
| UBER-MDL3084-BW-00044957 | UBER-MDL3084-BW-00045053 |
| UBER-MDL3084-BW-00044960 | UBER-MDL3084-BW-00045055 |
| UBER-MDL3084-BW-00044962 | UBER-MDL3084-BW-00045057 |
| UBER-MDL3084-BW-00044964 | UBER-MDL3084-BW-00045059 |
| UBER-MDL3084-BW-00044966 | UBER-MDL3084-BW-00045061 |
| UBER-MDL3084-BW-00044968 | UBER-MDL3084-BW-00045063 |
| UBER-MDL3084-BW-00044970 | UBER-MDL3084-BW-00045065 |
| UBER-MDL3084-BW-00044972 | UBER-MDL3084-BW-00045067 |
| UBER-MDL3084-BW-00044974 | UBER-MDL3084-BW-00045070 |
| UBER-MDL3084-BW-00044976 | UBER-MDL3084-BW-00045072 |
| UBER-MDL3084-BW-00044978 | UBER-MDL3084-BW-00045073 |
| UBER-MDL3084-BW-00044980 | UBER-MDL3084-BW-00045075 |
| UBER-MDL3084-BW-00044983 | UBER-MDL3084-BW-00045077 |
| UBER-MDL3084-BW-00044985 | UBER-MDL3084-BW-00045079 |
| UBER-MDL3084-BW-00044987 | UBER-MDL3084-BW-00045081 |
| UBER-MDL3084-BW-00044988 | UBER-MDL3084-BW-00045083 |
| UBER-MDL3084-BW-00044990 | UBER-MDL3084-BW-00045084 |
| UBER-MDL3084-BW-00044991 | UBER-MDL3084-BW-00045087 |
| UBER-MDL3084-BW-00044994 | UBER-MDL3084-BW-00045089 |

Confidential – Subject to Protective Order

Confidential - Subject to Protective Order

UBER-MDL3084-BW-00045091
UBER-MDL3084-BW-00045093
UBER-MDL3084-BW-00045095
UBER-MDL3084-BW-00045097
UBER-MDL3084-BW-00045099
UBER-MDL3084-BW-00045102
UBER-MDL3084-BW-00045104
UBER-MDL3084-BW-00045106
UBER-MDL3084-BW-00045108
UBER-MDL3084-BW-00045110
UBER-MDL3084-BW-00045112
UBER-MDL3084-BW-00045114
UBER-MDL3084-BW-00045116
UBER-MDL3084-BW-00045118
UBER-MDL3084-BW-00045121
UBER-MDL3084-BW-00045123
UBER-MDL3084-BW-00045126
UBER-MDL3084-BW-00045128
UBER-MDL3084-BW-00045130
UBER-MDL3084-BW-00045132
UBER-MDL3084-BW-00045134
UBER-MDL3084-BW-00045136
UBER-MDL3084-BW-00045138
UBER-MDL3084-BW-00045141
UBER-MDL3084-BW-00045143
UBER-MDL3084-BW-00045145
UBER-MDL3084-BW-00045147
UBER-MDL3084-BW-00045149
UBER-MDL3084-BW-00045151
UBER-MDL3084-BW-00045153
UBER-MDL3084-BW-00045154
UBER-MDL3084-BW-00045156
UBER-MDL3084-BW-00045158
UBER-MDL3084-BW-00045160
UBER-MDL3084-BW-00045162
UBER-MDL3084-BW-00045165
UBER-MDL3084-BW-00045166
UBER-MDL3084-BW-00045169
UBER-MDL3084-BW-00045171
UBER-MDL3084-BW-00045173
UBER-MDL3084-BW-00045174
UBER-MDL3084-BW-00045176
UBER-MDL3084-BW-00045178
UBER-MDL3084-BW-00045179
UBER-MDL3084-BW-00045182
UBER-MDL3084-BW-00045183

UBER-MDL3084-BW-00045184
UBER-MDL3084-BW-00045186
UBER-MDL3084-BW-00045188
UBER-MDL3084-BW-00045190
UBER-MDL3084-BW-00045192
UBER-MDL3084-BW-00045194
UBER-MDL3084-BW-00045197
UBER-MDL3084-BW-00045198
UBER-MDL3084-BW-00045200
UBER-MDL3084-BW-00045202
UBER-MDL3084-BW-00045204
UBER-MDL3084-BW-00045206
UBER-MDL3084-BW-00045208
UBER-MDL3084-BW-00045210
UBER-MDL3084-BW-00045212
UBER-MDL3084-BW-00045213
UBER-MDL3084-BW-00045215
UBER-MDL3084-BW-00045217
UBER-MDL3084-BW-00045219
UBER-MDL3084-BW-00045222
UBER-MDL3084-BW-00045224
UBER-MDL3084-BW-00045226
UBER-MDL3084-BW-00045228
UBER-MDL3084-BW-00045230
UBER-MDL3084-BW-00045232
UBER-MDL3084-BW-00045235
UBER-MDL3084-BW-00045238
UBER-MDL3084-BW-00045240
UBER-MDL3084-BW-00045242
UBER-MDL3084-BW-00045245
UBER-MDL3084-BW-00045247
UBER-MDL3084-BW-00045250
UBER-MDL3084-BW-00045252
UBER-MDL3084-BW-00045254
UBER-MDL3084-BW-00045256
UBER-MDL3084-BW-00045259
UBER-MDL3084-BW-00045262
UBER-MDL3084-BW-00045264
UBER-MDL3084-BW-00045266
UBER-MDL3084-BW-00045268
UBER-MDL3084-BW-00045270
UBER-MDL3084-BW-00045272
UBER-MDL3084-BW-00045275
UBER-MDL3084-BW-00045278
UBER-MDL3084-BW-00045280
UBER-MDL3084-BW-00045281

Confidential – Subject to Protective Order

Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00045284 | UBER-MDL3084-BW-00045375 |
| UBER-MDL3084-BW-00045285 | UBER-MDL3084-BW-00045377 |
| UBER-MDL3084-BW-00045287 | UBER-MDL3084-BW-00045380 |
| UBER-MDL3084-BW-00045289 | UBER-MDL3084-BW-00045382 |
| UBER-MDL3084-BW-00045291 | UBER-MDL3084-BW-00045384 |
| UBER-MDL3084-BW-00045293 | UBER-MDL3084-BW-00045386 |
| UBER-MDL3084-BW-00045295 | UBER-MDL3084-BW-00045388 |
| UBER-MDL3084-BW-00045297 | UBER-MDL3084-BW-00045390 |
| UBER-MDL3084-BW-00045299 | UBER-MDL3084-BW-00045392 |
| UBER-MDL3084-BW-00045301 | UBER-MDL3084-BW-00045394 |
| UBER-MDL3084-BW-00045303 | UBER-MDL3084-BW-00045397 |
| UBER-MDL3084-BW-00045304 | UBER-MDL3084-BW-00045399 |
| UBER-MDL3084-BW-00045306 | UBER-MDL3084-BW-00045402 |
| UBER-MDL3084-BW-00045308 | UBER-MDL3084-BW-00045404 |
| UBER-MDL3084-BW-00045310 | UBER-MDL3084-BW-00045406 |
| UBER-MDL3084-BW-00045311 | UBER-MDL3084-BW-00045409 |
| UBER-MDL3084-BW-00045312 | UBER-MDL3084-BW-00045411 |
| UBER-MDL3084-BW-00045314 | UBER-MDL3084-BW-00045413 |
| UBER-MDL3084-BW-00045316 | UBER-MDL3084-BW-00045415 |
| UBER-MDL3084-BW-00045318 | UBER-MDL3084-BW-00045416 |
| UBER-MDL3084-BW-00045320 | UBER-MDL3084-BW-00045418 |
| UBER-MDL3084-BW-00045323 | UBER-MDL3084-BW-00045421 |
| UBER-MDL3084-BW-00045324 | UBER-MDL3084-BW-00045424 |
| UBER-MDL3084-BW-00045326 | UBER-MDL3084-BW-00045427 |
| UBER-MDL3084-BW-00045328 | UBER-MDL3084-BW-00045429 |
| UBER-MDL3084-BW-00045330 | UBER-MDL3084-BW-00045431 |
| UBER-MDL3084-BW-00045332 | UBER-MDL3084-BW-00045433 |
| UBER-MDL3084-BW-00045333 | UBER-MDL3084-BW-00045435 |
| UBER-MDL3084-BW-00045335 | UBER-MDL3084-BW-00045437 |
| UBER-MDL3084-BW-00045337 | UBER-MDL3084-BW-00045439 |
| UBER-MDL3084-BW-00045338 | UBER-MDL3084-BW-00045441 |
| UBER-MDL3084-BW-00045340 | UBER-MDL3084-BW-00045442 |
| UBER-MDL3084-BW-00045342 | UBER-MDL3084-BW-00045444 |
| UBER-MDL3084-BW-00045345 | UBER-MDL3084-BW-00045446 |
| UBER-MDL3084-BW-00045347 | UBER-MDL3084-BW-00045448 |
| UBER-MDL3084-BW-00045349 | UBER-MDL3084-BW-00045450 |
| UBER-MDL3084-BW-00045351 | UBER-MDL3084-BW-00045451 |
| UBER-MDL3084-BW-00045353 | UBER-MDL3084-BW-00045453 |
| UBER-MDL3084-BW-00045355 | UBER-MDL3084-BW-00045455 |
| UBER-MDL3084-BW-00045358 | UBER-MDL3084-BW-00045457 |
| UBER-MDL3084-BW-00045360 | UBER-MDL3084-BW-00045459 |
| UBER-MDL3084-BW-00045363 | UBER-MDL3084-BW-00045461 |
| UBER-MDL3084-BW-00045365 | UBER-MDL3084-BW-00045463 |
| UBER-MDL3084-BW-00045367 | UBER-MDL3084-BW-00045465 |
| UBER-MDL3084-BW-00045370 | UBER-MDL3084-BW-00045467 |
| UBER-MDL3084-BW-00045373 | UBER-MDL3084-BW-00045469 |

| | |
|---|---|
| UBER-MDL3084-BW-00045472 | UBER-MDL3084-BW-00045569 |
| UBER-MDL3084-BW-00045474 | UBER-MDL3084-BW-00045571 |
| UBER-MDL3084-BW-00045476 | UBER-MDL3084-BW-00045573 |
| UBER-MDL3084-BW-00045478 | UBER-MDL3084-BW-00045575 |
| UBER-MDL3084-BW-00045480 | UBER-MDL3084-BW-00045577 |
| UBER-MDL3084-BW-00045481 | UBER-MDL3084-BW-00045578 |
| UBER-MDL3084-BW-00045484 | UBER-MDL3084-BW-00045580 |
| UBER-MDL3084-BW-00045486 | UBER-MDL3084-BW-00045582 |
| UBER-MDL3084-BW-00045488 | UBER-MDL3084-BW-00045584 |
| UBER-MDL3084-BW-00045490 | UBER-MDL3084-BW-00045587 |
| UBER-MDL3084-BW-00045492 | UBER-MDL3084-BW-00045589 |
| UBER-MDL3084-BW-00045495 | UBER-MDL3084-BW-00045592 |
| UBER-MDL3084-BW-00045497 | UBER-MDL3084-BW-00045593 |
| UBER-MDL3084-BW-00045498 | UBER-MDL3084-BW-00045595 |
| UBER-MDL3084-BW-00045500 | UBER-MDL3084-BW-00045597 |
| UBER-MDL3084-BW-00045502 | UBER-MDL3084-BW-00045599 |
| UBER-MDL3084-BW-00045504 | UBER-MDL3084-BW-00045601 |
| UBER-MDL3084-BW-00045506 | UBER-MDL3084-BW-00045603 |
| UBER-MDL3084-BW-00045508 | UBER-MDL3084-BW-00045606 |
| UBER-MDL3084-BW-00045510 | UBER-MDL3084-BW-00045608 |
| UBER-MDL3084-BW-00045513 | UBER-MDL3084-BW-00045610 |
| UBER-MDL3084-BW-00045515 | UBER-MDL3084-BW-00045612 |
| UBER-MDL3084-BW-00045517 | UBER-MDL3084-BW-00045614 |
| UBER-MDL3084-BW-00045519 | UBER-MDL3084-BW-00045616 |
| UBER-MDL3084-BW-00045521 | UBER-MDL3084-BW-00045617 |
| UBER-MDL3084-BW-00045523 | UBER-MDL3084-BW-00045619 |
| UBER-MDL3084-BW-00045525 | UBER-MDL3084-BW-00045621 |
| UBER-MDL3084-BW-00045527 | UBER-MDL3084-BW-00045624 |
| UBER-MDL3084-BW-00045529 | UBER-MDL3084-BW-00045626 |
| UBER-MDL3084-BW-00045532 | UBER-MDL3084-BW-00045628 |
| UBER-MDL3084-BW-00045534 | UBER-MDL3084-BW-00045630 |
| UBER-MDL3084-BW-00045536 | UBER-MDL3084-BW-00045631 |
| UBER-MDL3084-BW-00045538 | UBER-MDL3084-BW-00045633 |
| UBER-MDL3084-BW-00045540 | UBER-MDL3084-BW-00045635 |
| UBER-MDL3084-BW-00045541 | UBER-MDL3084-BW-00045637 |
| UBER-MDL3084-BW-00045543 | UBER-MDL3084-BW-00045638 |
| UBER-MDL3084-BW-00045545 | UBER-MDL3084-BW-00045641 |
| UBER-MDL3084-BW-00045547 | UBER-MDL3084-BW-00045643 |
| UBER-MDL3084-BW-00045550 | UBER-MDL3084-BW-00045646 |
| UBER-MDL3084-BW-00045553 | UBER-MDL3084-BW-00045647 |
| UBER-MDL3084-BW-00045554 | UBER-MDL3084-BW-00045649 |
| UBER-MDL3084-BW-00045556 | UBER-MDL3084-BW-00045652 |
| UBER-MDL3084-BW-00045558 | UBER-MDL3084-BW-00045654 |
| UBER-MDL3084-BW-00045562 | UBER-MDL3084-BW-00045656 |
| UBER-MDL3084-BW-00045564 | UBER-MDL3084-BW-00045658 |
| UBER-MDL3084-BW-00045566 | UBER-MDL3084-BW-00045660 |

Confidential – Subject to Protective Order                                    Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00045661 | UBER-MDL3084-BW-00045755 |
| UBER-MDL3084-BW-00045663 | UBER-MDL3084-BW-00045758 |
| UBER-MDL3084-BW-00045665 | UBER-MDL3084-BW-00045760 |
| UBER-MDL3084-BW-00045668 | UBER-MDL3084-BW-00045762 |
| UBER-MDL3084-BW-00045670 | UBER-MDL3084-BW-00045764 |
| UBER-MDL3084-BW-00045672 | UBER-MDL3084-BW-00045766 |
| UBER-MDL3084-BW-00045674 | UBER-MDL3084-BW-00045768 |
| UBER-MDL3084-BW-00045676 | UBER-MDL3084-BW-00045770 |
| UBER-MDL3084-BW-00045678 | UBER-MDL3084-BW-00045772 |
| UBER-MDL3084-BW-00045680 | UBER-MDL3084-BW-00045774 |
| UBER-MDL3084-BW-00045683 | UBER-MDL3084-BW-00045777 |
| UBER-MDL3084-BW-00045685 | UBER-MDL3084-BW-00045780 |
| UBER-MDL3084-BW-00045687 | UBER-MDL3084-BW-00045782 |
| UBER-MDL3084-BW-00045689 | UBER-MDL3084-BW-00045784 |
| UBER-MDL3084-BW-00045691 | UBER-MDL3084-BW-00045786 |
| UBER-MDL3084-BW-00045694 | UBER-MDL3084-BW-00045789 |
| UBER-MDL3084-BW-00045696 | UBER-MDL3084-BW-00045791 |
| UBER-MDL3084-BW-00045698 | UBER-MDL3084-BW-00045792 |
| UBER-MDL3084-BW-00045699 | UBER-MDL3084-BW-00045793 |
| UBER-MDL3084-BW-00045701 | UBER-MDL3084-BW-00045795 |
| UBER-MDL3084-BW-00045703 | UBER-MDL3084-BW-00045798 |
| UBER-MDL3084-BW-00045705 | UBER-MDL3084-BW-00045800 |
| UBER-MDL3084-BW-00045707 | UBER-MDL3084-BW-00045802 |
| UBER-MDL3084-BW-00045709 | UBER-MDL3084-BW-00045804 |
| UBER-MDL3084-BW-00045712 | UBER-MDL3084-BW-00045807 |
| UBER-MDL3084-BW-00045714 | UBER-MDL3084-BW-00045810 |
| UBER-MDL3084-BW-00045716 | UBER-MDL3084-BW-00045813 |
| UBER-MDL3084-BW-00045718 | UBER-MDL3084-BW-00045815 |
| UBER-MDL3084-BW-00045719 | UBER-MDL3084-BW-00045817 |
| UBER-MDL3084-BW-00045721 | UBER-MDL3084-BW-00045819 |
| UBER-MDL3084-BW-00045723 | UBER-MDL3084-BW-00045821 |
| UBER-MDL3084-BW-00045726 | UBER-MDL3084-BW-00045824 |
| UBER-MDL3084-BW-00045728 | UBER-MDL3084-BW-00045826 |
| UBER-MDL3084-BW-00045730 | UBER-MDL3084-BW-00045827 |
| UBER-MDL3084-BW-00045732 | UBER-MDL3084-BW-00045829 |
| UBER-MDL3084-BW-00045734 | UBER-MDL3084-BW-00045831 |
| UBER-MDL3084-BW-00045735 | UBER-MDL3084-BW-00045833 |
| UBER-MDL3084-BW-00045737 | UBER-MDL3084-BW-00045835 |
| UBER-MDL3084-BW-00045739 | UBER-MDL3084-BW-00045837 |
| UBER-MDL3084-BW-00045742 | UBER-MDL3084-BW-00045840 |
| UBER-MDL3084-BW-00045744 | UBER-MDL3084-BW-00045842 |
| UBER-MDL3084-BW-00045746 | UBER-MDL3084-BW-00045845 |
| UBER-MDL3084-BW-00045748 | UBER-MDL3084-BW-00045847 |
| UBER-MDL3084-BW-00045750 | UBER-MDL3084-BW-00045850 |
| UBER-MDL3084-BW-00045752 | UBER-MDL3084-BW-00045852 |
| UBER-MDL3084-BW-00045753 | UBER-MDL3084-BW-00045854 |

Confidential – Subject to Protective Order    Confidential - Subject to Protective Order

UBER-MDL3084-BW-00045857
UBER-MDL3084-BW-00045859
UBER-MDL3084-BW-00045861
UBER-MDL3084-BW-00045863
UBER-MDL3084-BW-00045865
UBER-MDL3084-BW-00045868
UBER-MDL3084-BW-00045870
UBER-MDL3084-BW-00045872
UBER-MDL3084-BW-00045875
UBER-MDL3084-BW-00045878
UBER-MDL3084-BW-00045880
UBER-MDL3084-BW-00045882
UBER-MDL3084-BW-00045884
UBER-MDL3084-BW-00045886
UBER-MDL3084-BW-00045888
UBER-MDL3084-BW-00045890
UBER-MDL3084-BW-00045892
UBER-MDL3084-BW-00045894
UBER-MDL3084-BW-00045897
UBER-MDL3084-BW-00045898
UBER-MDL3084-BW-00045900
UBER-MDL3084-BW-00045903
UBER-MDL3084-BW-00045904
UBER-MDL3084-BW-00045906
UBER-MDL3084-BW-00045908
UBER-MDL3084-BW-00045910
UBER-MDL3084-BW-00045912
UBER-MDL3084-BW-00045914
UBER-MDL3084-BW-00045916
UBER-MDL3084-BW-00045918
UBER-MDL3084-BW-00045920
UBER-MDL3084-BW-00045923
UBER-MDL3084-BW-00045925
UBER-MDL3084-BW-00045926
UBER-MDL3084-BW-00045928
UBER-MDL3084-BW-00045930
UBER-MDL3084-BW-00045932
UBER-MDL3084-BW-00045934
UBER-MDL3084-BW-00045936
UBER-MDL3084-BW-00045938
UBER-MDL3084-BW-00045940
UBER-MDL3084-BW-00045942
UBER-MDL3084-BW-00045945
UBER-MDL3084-BW-00045947
UBER-MDL3084-BW-00045949
UBER-MDL3084-BW-00045951

UBER-MDL3084-BW-00045955
UBER-MDL3084-BW-00045958
UBER-MDL3084-BW-00045960
UBER-MDL3084-BW-00045963
UBER-MDL3084-BW-00045965
UBER-MDL3084-BW-00045967
UBER-MDL3084-BW-00045970
UBER-MDL3084-BW-00045972
UBER-MDL3084-BW-00045973
UBER-MDL3084-BW-00045975
UBER-MDL3084-BW-00045977
UBER-MDL3084-BW-00045979
UBER-MDL3084-BW-00045981
UBER-MDL3084-BW-00045984
UBER-MDL3084-BW-00045986
UBER-MDL3084-BW-00045988
UBER-MDL3084-BW-00045990
UBER-MDL3084-BW-00045993
UBER-MDL3084-BW-00045995
UBER-MDL3084-BW-00045997
UBER-MDL3084-BW-00046000
UBER-MDL3084-BW-00046002
UBER-MDL3084-BW-00046003
UBER-MDL3084-BW-00046005
UBER-MDL3084-BW-00046007
UBER-MDL3084-BW-00046010
UBER-MDL3084-BW-00046011
UBER-MDL3084-BW-00046013
UBER-MDL3084-BW-00046015
UBER-MDL3084-BW-00046017
UBER-MDL3084-BW-00046020
UBER-MDL3084-BW-00046022
UBER-MDL3084-BW-00046024
UBER-MDL3084-BW-00046026
UBER-MDL3084-BW-00046028
UBER-MDL3084-BW-00046029
UBER-MDL3084-BW-00046031
UBER-MDL3084-BW-00046033
UBER-MDL3084-BW-00046035
UBER-MDL3084-BW-00046038
UBER-MDL3084-BW-00046040
UBER-MDL3084-BW-00046042
UBER-MDL3084-BW-00046043
UBER-MDL3084-BW-00046045
UBER-MDL3084-BW-00046047
UBER-MDL3084-BW-00046049

| | |
|---|---|
| UBER-MDL3084-BW-00046051 | UBER-MDL3084-BW-00046145 |
| UBER-MDL3084-BW-00046053 | UBER-MDL3084-BW-00046147 |
| UBER-MDL3084-BW-00046055 | UBER-MDL3084-BW-00046149 |
| UBER-MDL3084-BW-00046056 | UBER-MDL3084-BW-00046151 |
| UBER-MDL3084-BW-00046058 | UBER-MDL3084-BW-00046153 |
| UBER-MDL3084-BW-00046060 | UBER-MDL3084-BW-00046156 |
| UBER-MDL3084-BW-00046062 | UBER-MDL3084-BW-00046158 |
| UBER-MDL3084-BW-00046064 | UBER-MDL3084-BW-00046160 |
| UBER-MDL3084-BW-00046066 | UBER-MDL3084-BW-00046162 |
| UBER-MDL3084-BW-00046068 | UBER-MDL3084-BW-00046164 |
| UBER-MDL3084-BW-00046070 | UBER-MDL3084-BW-00046166 |
| UBER-MDL3084-BW-00046072 | UBER-MDL3084-BW-00046169 |
| UBER-MDL3084-BW-00046074 | UBER-MDL3084-BW-00046172 |
| UBER-MDL3084-BW-00046076 | UBER-MDL3084-BW-00046174 |
| UBER-MDL3084-BW-00046078 | UBER-MDL3084-BW-00046176 |
| UBER-MDL3084-BW-00046080 | UBER-MDL3084-BW-00046179 |
| UBER-MDL3084-BW-00046081 | UBER-MDL3084-BW-00046181 |
| UBER-MDL3084-BW-00046083 | UBER-MDL3084-BW-00046184 |
| UBER-MDL3084-BW-00046085 | UBER-MDL3084-BW-00046186 |
| UBER-MDL3084-BW-00046087 | UBER-MDL3084-BW-00046188 |
| UBER-MDL3084-BW-00046089 | UBER-MDL3084-BW-00046190 |
| UBER-MDL3084-BW-00046091 | UBER-MDL3084-BW-00046192 |
| UBER-MDL3084-BW-00046093 | UBER-MDL3084-BW-00046194 |
| UBER-MDL3084-BW-00046095 | UBER-MDL3084-BW-00046196 |
| UBER-MDL3084-BW-00046097 | UBER-MDL3084-BW-00046198 |
| UBER-MDL3084-BW-00046099 | UBER-MDL3084-BW-00046200 |
| UBER-MDL3084-BW-00046101 | UBER-MDL3084-BW-00046202 |
| UBER-MDL3084-BW-00046103 | UBER-MDL3084-BW-00046204 |
| UBER-MDL3084-BW-00046106 | UBER-MDL3084-BW-00046207 |
| UBER-MDL3084-BW-00046107 | UBER-MDL3084-BW-00046210 |
| UBER-MDL3084-BW-00046109 | UBER-MDL3084-BW-00046212 |
| UBER-MDL3084-BW-00046111 | UBER-MDL3084-BW-00046214 |
| UBER-MDL3084-BW-00046113 | UBER-MDL3084-BW-00046216 |
| UBER-MDL3084-BW-00046115 | UBER-MDL3084-BW-00046219 |
| UBER-MDL3084-BW-00046118 | UBER-MDL3084-BW-00046221 |
| UBER-MDL3084-BW-00046120 | UBER-MDL3084-BW-00046224 |
| UBER-MDL3084-BW-00046122 | UBER-MDL3084-BW-00046226 |
| UBER-MDL3084-BW-00046124 | UBER-MDL3084-BW-00046228 |
| UBER-MDL3084-BW-00046127 | UBER-MDL3084-BW-00046230 |
| UBER-MDL3084-BW-00046129 | UBER-MDL3084-BW-00046232 |
| UBER-MDL3084-BW-00046131 | UBER-MDL3084-BW-00046234 |
| UBER-MDL3084-BW-00046134 | UBER-MDL3084-BW-00046236 |
| UBER-MDL3084-BW-00046136 | UBER-MDL3084-BW-00046238 |
| UBER-MDL3084-BW-00046138 | UBER-MDL3084-BW-00046240 |
| UBER-MDL3084-BW-00046140 | UBER-MDL3084-BW-00046242 |
| UBER-MDL3084-BW-00046143 | UBER-MDL3084-BW-00046244 |

Confidential – Subject to Protective Order                    Confidential - Subject to Protective Order

134

| | |
|---|---|
| UBER-MDL3084-BW-00046246 | UBER-MDL3084-BW-00046340 |
| UBER-MDL3084-BW-00046248 | UBER-MDL3084-BW-00046342 |
| UBER-MDL3084-BW-00046250 | UBER-MDL3084-BW-00046343 |
| UBER-MDL3084-BW-00046252 | UBER-MDL3084-BW-00046345 |
| UBER-MDL3084-BW-00046254 | UBER-MDL3084-BW-00046347 |
| UBER-MDL3084-BW-00046256 | UBER-MDL3084-BW-00046349 |
| UBER-MDL3084-BW-00046258 | UBER-MDL3084-BW-00046351 |
| UBER-MDL3084-BW-00046260 | UBER-MDL3084-BW-00046353 |
| UBER-MDL3084-BW-00046262 | UBER-MDL3084-BW-00046355 |
| UBER-MDL3084-BW-00046264 | UBER-MDL3084-BW-00046357 |
| UBER-MDL3084-BW-00046266 | UBER-MDL3084-BW-00046362 |
| UBER-MDL3084-BW-00046268 | UBER-MDL3084-BW-00046364 |
| UBER-MDL3084-BW-00046270 | UBER-MDL3084-BW-00046366 |
| UBER-MDL3084-BW-00046271 | UBER-MDL3084-BW-00046368 |
| UBER-MDL3084-BW-00046273 | UBER-MDL3084-BW-00046370 |
| UBER-MDL3084-BW-00046275 | UBER-MDL3084-BW-00046372 |
| UBER-MDL3084-BW-00046277 | UBER-MDL3084-BW-00046374 |
| UBER-MDL3084-BW-00046279 | UBER-MDL3084-BW-00046376 |
| UBER-MDL3084-BW-00046281 | UBER-MDL3084-BW-00046378 |
| UBER-MDL3084-BW-00046283 | UBER-MDL3084-BW-00046381 |
| UBER-MDL3084-BW-00046286 | UBER-MDL3084-BW-00046383 |
| UBER-MDL3084-BW-00046287 | UBER-MDL3084-BW-00046385 |
| UBER-MDL3084-BW-00046289 | UBER-MDL3084-BW-00046387 |
| UBER-MDL3084-BW-00046291 | UBER-MDL3084-BW-00046389 |
| UBER-MDL3084-BW-00046294 | UBER-MDL3084-BW-00046391 |
| UBER-MDL3084-BW-00046297 | UBER-MDL3084-BW-00046393 |
| UBER-MDL3084-BW-00046299 | UBER-MDL3084-BW-00046395 |
| UBER-MDL3084-BW-00046301 | UBER-MDL3084-BW-00046398 |
| UBER-MDL3084-BW-00046303 | UBER-MDL3084-BW-00046400 |
| UBER-MDL3084-BW-00046305 | UBER-MDL3084-BW-00046402 |
| UBER-MDL3084-BW-00046306 | UBER-MDL3084-BW-00046404 |
| UBER-MDL3084-BW-00046308 | UBER-MDL3084-BW-00046406 |
| UBER-MDL3084-BW-00046310 | UBER-MDL3084-BW-00046408 |
| UBER-MDL3084-BW-00046312 | UBER-MDL3084-BW-00046411 |
| UBER-MDL3084-BW-00046314 | UBER-MDL3084-BW-00046413 |
| UBER-MDL3084-BW-00046315 | UBER-MDL3084-BW-00046415 |
| UBER-MDL3084-BW-00046316 | UBER-MDL3084-BW-00046416 |
| UBER-MDL3084-BW-00046318 | UBER-MDL3084-BW-00046417 |
| UBER-MDL3084-BW-00046321 | UBER-MDL3084-BW-00046420 |
| UBER-MDL3084-BW-00046323 | UBER-MDL3084-BW-00046422 |
| UBER-MDL3084-BW-00046325 | UBER-MDL3084-BW-00046425 |
| UBER-MDL3084-BW-00046327 | UBER-MDL3084-BW-00046427 |
| UBER-MDL3084-BW-00046330 | UBER-MDL3084-BW-00046429 |
| UBER-MDL3084-BW-00046333 | UBER-MDL3084-BW-00046430 |
| UBER-MDL3084-BW-00046335 | UBER-MDL3084-BW-00046432 |
| UBER-MDL3084-BW-00046338 | UBER-MDL3084-BW-00046434 |

**Confidential – Subject to Protective Order**                    Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00046436 | UBER-MDL3084-BW-00046534 |
| UBER-MDL3084-BW-00046438 | UBER-MDL3084-BW-00046535 |
| UBER-MDL3084-BW-00046440 | UBER-MDL3084-BW-00046538 |
| UBER-MDL3084-BW-00046442 | UBER-MDL3084-BW-00046540 |
| UBER-MDL3084-BW-00046444 | UBER-MDL3084-BW-00046542 |
| UBER-MDL3084-BW-00046446 | UBER-MDL3084-BW-00046544 |
| UBER-MDL3084-BW-00046448 | UBER-MDL3084-BW-00046548 |
| UBER-MDL3084-BW-00046450 | UBER-MDL3084-BW-00046550 |
| UBER-MDL3084-BW-00046454 | UBER-MDL3084-BW-00046552 |
| UBER-MDL3084-BW-00046456 | UBER-MDL3084-BW-00046554 |
| UBER-MDL3084-BW-00046458 | UBER-MDL3084-BW-00046555 |
| UBER-MDL3084-BW-00046459 | UBER-MDL3084-BW-00046557 |
| UBER-MDL3084-BW-00046461 | UBER-MDL3084-BW-00046559 |
| UBER-MDL3084-BW-00046463 | UBER-MDL3084-BW-00046561 |
| UBER-MDL3084-BW-00046465 | UBER-MDL3084-BW-00046563 |
| UBER-MDL3084-BW-00046467 | UBER-MDL3084-BW-00046565 |
| UBER-MDL3084-BW-00046469 | UBER-MDL3084-BW-00046568 |
| UBER-MDL3084-BW-00046471 | UBER-MDL3084-BW-00046570 |
| UBER-MDL3084-BW-00046473 | UBER-MDL3084-BW-00046572 |
| UBER-MDL3084-BW-00046475 | UBER-MDL3084-BW-00046577 |
| UBER-MDL3084-BW-00046477 | UBER-MDL3084-BW-00046579 |
| UBER-MDL3084-BW-00046479 | UBER-MDL3084-BW-00046583 |
| UBER-MDL3084-BW-00046482 | UBER-MDL3084-BW-00046585 |
| UBER-MDL3084-BW-00046484 | UBER-MDL3084-BW-00046587 |
| UBER-MDL3084-BW-00046486 | UBER-MDL3084-BW-00046588 |
| UBER-MDL3084-BW-00046488 | UBER-MDL3084-BW-00046590 |
| UBER-MDL3084-BW-00046492 | UBER-MDL3084-BW-00046592 |
| UBER-MDL3084-BW-00046494 | UBER-MDL3084-BW-00046594 |
| UBER-MDL3084-BW-00046496 | UBER-MDL3084-BW-00046596 |
| UBER-MDL3084-BW-00046498 | UBER-MDL3084-BW-00046598 |
| UBER-MDL3084-BW-00046500 | UBER-MDL3084-BW-00046600 |
| UBER-MDL3084-BW-00046502 | UBER-MDL3084-BW-00046602 |
| UBER-MDL3084-BW-00046504 | UBER-MDL3084-BW-00046604 |
| UBER-MDL3084-BW-00046505 | UBER-MDL3084-BW-00046606 |
| UBER-MDL3084-BW-00046507 | UBER-MDL3084-BW-00046610 |
| UBER-MDL3084-BW-00046509 | UBER-MDL3084-BW-00046612 |
| UBER-MDL3084-BW-00046511 | UBER-MDL3084-BW-00046616 |
| UBER-MDL3084-BW-00046513 | UBER-MDL3084-BW-00046618 |
| UBER-MDL3084-BW-00046515 | UBER-MDL3084-BW-00046620 |
| UBER-MDL3084-BW-00046517 | UBER-MDL3084-BW-00046622 |
| UBER-MDL3084-BW-00046519 | UBER-MDL3084-BW-00046624 |
| UBER-MDL3084-BW-00046521 | UBER-MDL3084-BW-00046627 |
| UBER-MDL3084-BW-00046523 | UBER-MDL3084-BW-00046631 |
| UBER-MDL3084-BW-00046525 | UBER-MDL3084-BW-00046633 |
| UBER-MDL3084-BW-00046527 | UBER-MDL3084-BW-00046634 |
| UBER-MDL3084-BW-00046530 | UBER-MDL3084-BW-00046636 |

Confidential – Subject to Protective Order        Confidential - Subject to Protective Order

UBER-MDL3084-BW-00046639
UBER-MDL3084-BW-00046641
UBER-MDL3084-BW-00046643
UBER-MDL3084-BW-00046646
UBER-MDL3084-BW-00046648
UBER-MDL3084-BW-00046650
UBER-MDL3084-BW-00046652
UBER-MDL3084-BW-00046654
UBER-MDL3084-BW-00046656
UBER-MDL3084-BW-00046657
UBER-MDL3084-BW-00046661
UBER-MDL3084-BW-00046664
UBER-MDL3084-BW-00046665
UBER-MDL3084-BW-00046669
UBER-MDL3084-BW-00046671
UBER-MDL3084-BW-00046673
UBER-MDL3084-BW-00046675
UBER-MDL3084-BW-00046677
UBER-MDL3084-BW-00046679
UBER-MDL3084-BW-00046682
UBER-MDL3084-BW-00046683
UBER-MDL3084-BW-00046685
UBER-MDL3084-BW-00046690
UBER-MDL3084-BW-00046692
UBER-MDL3084-BW-00046694
UBER-MDL3084-BW-00046696
UBER-MDL3084-BW-00046698
UBER-MDL3084-BW-00046700
UBER-MDL3084-BW-00046702
UBER-MDL3084-BW-00046704
UBER-MDL3084-BW-00046706
UBER-MDL3084-BW-00046708
UBER-MDL3084-BW-00046712
UBER-MDL3084-BW-00046714
UBER-MDL3084-BW-00046716
UBER-MDL3084-BW-00046718
UBER-MDL3084-BW-00046720
UBER-MDL3084-BW-00046723
UBER-MDL3084-BW-00046725
UBER-MDL3084-BW-00046727
UBER-MDL3084-BW-00046729
UBER-MDL3084-BW-00046731
UBER-MDL3084-BW-00046733
UBER-MDL3084-BW-00046735
UBER-MDL3084-BW-00046737
UBER-MDL3084-BW-00046739

UBER-MDL3084-BW-00046741
UBER-MDL3084-BW-00046743
UBER-MDL3084-BW-00046747
UBER-MDL3084-BW-00046749
UBER-MDL3084-BW-00046751
UBER-MDL3084-BW-00046754
UBER-MDL3084-BW-00046756
UBER-MDL3084-BW-00046759
UBER-MDL3084-BW-00046761
UBER-MDL3084-BW-00046763
UBER-MDL3084-BW-00046765
UBER-MDL3084-BW-00046767
UBER-MDL3084-BW-00046769
UBER-MDL3084-BW-00046772
UBER-MDL3084-BW-00046774
UBER-MDL3084-BW-00046776
UBER-MDL3084-BW-00046778
UBER-MDL3084-BW-00046782
UBER-MDL3084-BW-00046784
UBER-MDL3084-BW-00046789
UBER-MDL3084-BW-00046790
UBER-MDL3084-BW-00046792
UBER-MDL3084-BW-00046796
UBER-MDL3084-BW-00046798
UBER-MDL3084-BW-00046800
UBER-MDL3084-BW-00046802
UBER-MDL3084-BW-00046804
UBER-MDL3084-BW-00046806
UBER-MDL3084-BW-00046807
UBER-MDL3084-BW-00046809
UBER-MDL3084-BW-00046810
UBER-MDL3084-BW-00046812
UBER-MDL3084-BW-00046814
UBER-MDL3084-BW-00046816
UBER-MDL3084-BW-00046818
UBER-MDL3084-BW-00046820
UBER-MDL3084-BW-00046822
UBER-MDL3084-BW-00046824
UBER-MDL3084-BW-00046826
UBER-MDL3084-BW-00046828
UBER-MDL3084-BW-00046830
UBER-MDL3084-BW-00046832
UBER-MDL3084-BW-00046834
UBER-MDL3084-BW-00046835
UBER-MDL3084-BW-00046837
UBER-MDL3084-BW-00046839

Confidential – Subject to Protective Order    Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00046841 | UBER-MDL3084-BW-00046943 |
| UBER-MDL3084-BW-00046842 | UBER-MDL3084-BW-00046945 |
| UBER-MDL3084-BW-00046843 | UBER-MDL3084-BW-00046947 |
| UBER-MDL3084-BW-00046845 | UBER-MDL3084-BW-00046948 |
| UBER-MDL3084-BW-00046847 | UBER-MDL3084-BW-00046950 |
| UBER-MDL3084-BW-00046849 | UBER-MDL3084-BW-00046952 |
| UBER-MDL3084-BW-00046851 | UBER-MDL3084-BW-00046954 |
| UBER-MDL3084-BW-00046853 | UBER-MDL3084-BW-00046955 |
| UBER-MDL3084-BW-00046855 | UBER-MDL3084-BW-00046957 |
| UBER-MDL3084-BW-00046856 | UBER-MDL3084-BW-00046959 |
| UBER-MDL3084-BW-00046858 | UBER-MDL3084-BW-00046961 |
| UBER-MDL3084-BW-00046860 | UBER-MDL3084-BW-00046964 |
| UBER-MDL3084-BW-00046864 | UBER-MDL3084-BW-00046966 |
| UBER-MDL3084-BW-00046867 | UBER-MDL3084-BW-00046968 |
| UBER-MDL3084-BW-00046871 | UBER-MDL3084-BW-00046972 |
| UBER-MDL3084-BW-00046873 | UBER-MDL3084-BW-00046974 |
| UBER-MDL3084-BW-00046875 | UBER-MDL3084-BW-00046976 |
| UBER-MDL3084-BW-00046876 | UBER-MDL3084-BW-00046977 |
| UBER-MDL3084-BW-00046877 | UBER-MDL3084-BW-00046979 |
| UBER-MDL3084-BW-00046879 | UBER-MDL3084-BW-00046983 |
| UBER-MDL3084-BW-00046881 | UBER-MDL3084-BW-00046985 |
| UBER-MDL3084-BW-00046883 | UBER-MDL3084-BW-00046987 |
| UBER-MDL3084-BW-00046885 | UBER-MDL3084-BW-00046990 |
| UBER-MDL3084-BW-00046887 | UBER-MDL3084-BW-00046992 |
| UBER-MDL3084-BW-00046888 | UBER-MDL3084-BW-00046994 |
| UBER-MDL3084-BW-00046890 | UBER-MDL3084-BW-00046996 |
| UBER-MDL3084-BW-00046892 | UBER-MDL3084-BW-00046998 |
| UBER-MDL3084-BW-00046894 | UBER-MDL3084-BW-00047000 |
| UBER-MDL3084-BW-00046895 | UBER-MDL3084-BW-00047002 |
| UBER-MDL3084-BW-00046898 | UBER-MDL3084-BW-00047004 |
| UBER-MDL3084-BW-00046900 | UBER-MDL3084-BW-00047006 |
| UBER-MDL3084-BW-00046902 | UBER-MDL3084-BW-00047008 |
| UBER-MDL3084-BW-00046905 | UBER-MDL3084-BW-00047010 |
| UBER-MDL3084-BW-00046907 | UBER-MDL3084-BW-00047012 |
| UBER-MDL3084-BW-00046910 | UBER-MDL3084-BW-00047014 |
| UBER-MDL3084-BW-00046912 | UBER-MDL3084-BW-00047016 |
| UBER-MDL3084-BW-00046914 | UBER-MDL3084-BW-00047018 |
| UBER-MDL3084-BW-00046917 | UBER-MDL3084-BW-00047020 |
| UBER-MDL3084-BW-00046921 | UBER-MDL3084-BW-00047021 |
| UBER-MDL3084-BW-00046925 | UBER-MDL3084-BW-00047023 |
| UBER-MDL3084-BW-00046927 | UBER-MDL3084-BW-00047025 |
| UBER-MDL3084-BW-00046929 | UBER-MDL3084-BW-00047027 |
| UBER-MDL3084-BW-00046931 | UBER-MDL3084-BW-00047029 |
| UBER-MDL3084-BW-00046933 | UBER-MDL3084-BW-00047031 |
| UBER-MDL3084-BW-00046937 | UBER-MDL3084-BW-00047032 |
| UBER-MDL3084-BW-00046940 | UBER-MDL3084-BW-00047033 |

**Confidential – Subject to Protective Order**                    Confidential - Subject to Protective Order

138

| | |
|---|---|
| UBER-MDL3084-BW-00047035 | UBER-MDL3084-BW-00047146 |
| UBER-MDL3084-BW-00047037 | UBER-MDL3084-BW-00047148 |
| UBER-MDL3084-BW-00047039 | UBER-MDL3084-BW-00047150 |
| UBER-MDL3084-BW-00047041 | UBER-MDL3084-BW-00047152 |
| UBER-MDL3084-BW-00047043 | UBER-MDL3084-BW-00047154 |
| UBER-MDL3084-BW-00047045 | UBER-MDL3084-BW-00047156 |
| UBER-MDL3084-BW-00047047 | UBER-MDL3084-BW-00047158 |
| UBER-MDL3084-BW-00047051 | UBER-MDL3084-BW-00047159 |
| UBER-MDL3084-BW-00047053 | UBER-MDL3084-BW-00047161 |
| UBER-MDL3084-BW-00047057 | UBER-MDL3084-BW-00047163 |
| UBER-MDL3084-BW-00047058 | UBER-MDL3084-BW-00047167 |
| UBER-MDL3084-BW-00047060 | UBER-MDL3084-BW-00047169 |
| UBER-MDL3084-BW-00047062 | UBER-MDL3084-BW-00047171 |
| UBER-MDL3084-BW-00047064 | UBER-MDL3084-BW-00047173 |
| UBER-MDL3084-BW-00047066 | UBER-MDL3084-BW-00047175 |
| UBER-MDL3084-BW-00047068 | UBER-MDL3084-BW-00047178 |
| UBER-MDL3084-BW-00047070 | UBER-MDL3084-BW-00047180 |
| UBER-MDL3084-BW-00047072 | UBER-MDL3084-BW-00047184 |
| UBER-MDL3084-BW-00047076 | UBER-MDL3084-BW-00047186 |
| UBER-MDL3084-BW-00047079 | UBER-MDL3084-BW-00047188 |
| UBER-MDL3084-BW-00047081 | UBER-MDL3084-BW-00047190 |
| UBER-MDL3084-BW-00047083 | UBER-MDL3084-BW-00047192 |
| UBER-MDL3084-BW-00047085 | UBER-MDL3084-BW-00047195 |
| UBER-MDL3084-BW-00047086 | UBER-MDL3084-BW-00047197 |
| UBER-MDL3084-BW-00047088 | UBER-MDL3084-BW-00047199 |
| UBER-MDL3084-BW-00047091 | UBER-MDL3084-BW-00047203 |
| UBER-MDL3084-BW-00047093 | UBER-MDL3084-BW-00047205 |
| UBER-MDL3084-BW-00047095 | UBER-MDL3084-BW-00047207 |
| UBER-MDL3084-BW-00047098 | UBER-MDL3084-BW-00047209 |
| UBER-MDL3084-BW-00047100 | UBER-MDL3084-BW-00047211 |
| UBER-MDL3084-BW-00047104 | UBER-MDL3084-BW-00047213 |
| UBER-MDL3084-BW-00047108 | UBER-MDL3084-BW-00047215 |
| UBER-MDL3084-BW-00047110 | UBER-MDL3084-BW-00047217 |
| UBER-MDL3084-BW-00047114 | UBER-MDL3084-BW-00047221 |
| UBER-MDL3084-BW-00047116 | UBER-MDL3084-BW-00047223 |
| UBER-MDL3084-BW-00047118 | UBER-MDL3084-BW-00047225 |
| UBER-MDL3084-BW-00047123 | UBER-MDL3084-BW-00047227 |
| UBER-MDL3084-BW-00047126 | UBER-MDL3084-BW-00047229 |
| UBER-MDL3084-BW-00047128 | UBER-MDL3084-BW-00047232 |
| UBER-MDL3084-BW-00047130 | UBER-MDL3084-BW-00047234 |
| UBER-MDL3084-BW-00047132 | UBER-MDL3084-BW-00047236 |
| UBER-MDL3084-BW-00047134 | UBER-MDL3084-BW-00047237 |
| UBER-MDL3084-BW-00047138 | UBER-MDL3084-BW-00047239 |
| UBER-MDL3084-BW-00047140 | UBER-MDL3084-BW-00047241 |
| UBER-MDL3084-BW-00047142 | UBER-MDL3084-BW-00047243 |
| UBER-MDL3084-BW-00047144 | UBER-MDL3084-BW-00047245 |

Confidential – Subject to Protective Order                    Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00047247 | UBER-MDL3084-BW-00047351 |
| UBER-MDL3084-BW-00047250 | UBER-MDL3084-BW-00047353 |
| UBER-MDL3084-BW-00047251 | UBER-MDL3084-BW-00047357 |
| UBER-MDL3084-BW-00047253 | UBER-MDL3084-BW-00047361 |
| UBER-MDL3084-BW-00047256 | UBER-MDL3084-BW-00047363 |
| UBER-MDL3084-BW-00047258 | UBER-MDL3084-BW-00047366 |
| UBER-MDL3084-BW-00047260 | UBER-MDL3084-BW-00047370 |
| UBER-MDL3084-BW-00047264 | UBER-MDL3084-BW-00047372 |
| UBER-MDL3084-BW-00047267 | UBER-MDL3084-BW-00047374 |
| UBER-MDL3084-BW-00047269 | UBER-MDL3084-BW-00047378 |
| UBER-MDL3084-BW-00047271 | UBER-MDL3084-BW-00047380 |
| UBER-MDL3084-BW-00047275 | UBER-MDL3084-BW-00047382 |
| UBER-MDL3084-BW-00047277 | UBER-MDL3084-BW-00047384 |
| UBER-MDL3084-BW-00047279 | UBER-MDL3084-BW-00047386 |
| UBER-MDL3084-BW-00047280 | UBER-MDL3084-BW-00047388 |
| UBER-MDL3084-BW-00047282 | UBER-MDL3084-BW-00047390 |
| UBER-MDL3084-BW-00047285 | UBER-MDL3084-BW-00047391 |
| UBER-MDL3084-BW-00047287 | UBER-MDL3084-BW-00047394 |
| UBER-MDL3084-BW-00047290 | UBER-MDL3084-BW-00047395 |
| UBER-MDL3084-BW-00047292 | UBER-MDL3084-BW-00047397 |
| UBER-MDL3084-BW-00047295 | UBER-MDL3084-BW-00047399 |
| UBER-MDL3084-BW-00047297 | UBER-MDL3084-BW-00047401 |
| UBER-MDL3084-BW-00047299 | UBER-MDL3084-BW-00047403 |
| UBER-MDL3084-BW-00047301 | UBER-MDL3084-BW-00047405 |
| UBER-MDL3084-BW-00047303 | UBER-MDL3084-BW-00047406 |
| UBER-MDL3084-BW-00047305 | UBER-MDL3084-BW-00047408 |
| UBER-MDL3084-BW-00047307 | UBER-MDL3084-BW-00047410 |
| UBER-MDL3084-BW-00047309 | UBER-MDL3084-BW-00047412 |
| UBER-MDL3084-BW-00047311 | UBER-MDL3084-BW-00047414 |
| UBER-MDL3084-BW-00047313 | UBER-MDL3084-BW-00047416 |
| UBER-MDL3084-BW-00047315 | UBER-MDL3084-BW-00047420 |
| UBER-MDL3084-BW-00047319 | UBER-MDL3084-BW-00047422 |
| UBER-MDL3084-BW-00047321 | UBER-MDL3084-BW-00047424 |
| UBER-MDL3084-BW-00047325 | UBER-MDL3084-BW-00047426 |
| UBER-MDL3084-BW-00047326 | UBER-MDL3084-BW-00047428 |
| UBER-MDL3084-BW-00047328 | UBER-MDL3084-BW-00047429 |
| UBER-MDL3084-BW-00047330 | UBER-MDL3084-BW-00047431 |
| UBER-MDL3084-BW-00047332 | UBER-MDL3084-BW-00047432 |
| UBER-MDL3084-BW-00047336 | UBER-MDL3084-BW-00047434 |
| UBER-MDL3084-BW-00047337 | UBER-MDL3084-BW-00047436 |
| UBER-MDL3084-BW-00047339 | UBER-MDL3084-BW-00047438 |
| UBER-MDL3084-BW-00047341 | UBER-MDL3084-BW-00047440 |
| UBER-MDL3084-BW-00047343 | UBER-MDL3084-BW-00047444 |
| UBER-MDL3084-BW-00047345 | UBER-MDL3084-BW-00047446 |
| UBER-MDL3084-BW-00047347 | UBER-MDL3084-BW-00047449 |
| UBER-MDL3084-BW-00047349 | UBER-MDL3084-BW-00047451 |

Confidential – Subject to Protective Order                                    Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00047453 | UBER-MDL3084-BW-00047543 |
| UBER-MDL3084-BW-00047456 | UBER-MDL3084-BW-00047546 |
| UBER-MDL3084-BW-00047458 | UBER-MDL3084-BW-00047548 |
| UBER-MDL3084-BW-00047461 | UBER-MDL3084-BW-00047550 |
| UBER-MDL3084-BW-00047463 | UBER-MDL3084-BW-00047552 |
| UBER-MDL3084-BW-00047464 | UBER-MDL3084-BW-00047554 |
| UBER-MDL3084-BW-00047466 | UBER-MDL3084-BW-00047556 |
| UBER-MDL3084-BW-00047468 | UBER-MDL3084-BW-00047557 |
| UBER-MDL3084-BW-00047469 | UBER-MDL3084-BW-00047560 |
| UBER-MDL3084-BW-00047471 | UBER-MDL3084-BW-00047563 |
| UBER-MDL3084-BW-00047473 | UBER-MDL3084-BW-00047565 |
| UBER-MDL3084-BW-00047475 | UBER-MDL3084-BW-00047566 |
| UBER-MDL3084-BW-00047477 | UBER-MDL3084-BW-00047568 |
| UBER-MDL3084-BW-00047479 | UBER-MDL3084-BW-00047569 |
| UBER-MDL3084-BW-00047481 | UBER-MDL3084-BW-00047571 |
| UBER-MDL3084-BW-00047483 | UBER-MDL3084-BW-00047574 |
| UBER-MDL3084-BW-00047485 | UBER-MDL3084-BW-00047576 |
| UBER-MDL3084-BW-00047487 | UBER-MDL3084-BW-00047579 |
| UBER-MDL3084-BW-00047489 | UBER-MDL3084-BW-00047581 |
| UBER-MDL3084-BW-00047491 | UBER-MDL3084-BW-00047583 |
| UBER-MDL3084-BW-00047492 | UBER-MDL3084-BW-00047584 |
| UBER-MDL3084-BW-00047494 | UBER-MDL3084-BW-00047586 |
| UBER-MDL3084-BW-00047497 | UBER-MDL3084-BW-00047588 |
| UBER-MDL3084-BW-00047498 | UBER-MDL3084-BW-00047590 |
| UBER-MDL3084-BW-00047500 | UBER-MDL3084-BW-00047592 |
| UBER-MDL3084-BW-00047502 | UBER-MDL3084-BW-00047594 |
| UBER-MDL3084-BW-00047504 | UBER-MDL3084-BW-00047596 |
| UBER-MDL3084-BW-00047506 | UBER-MDL3084-BW-00047598 |
| UBER-MDL3084-BW-00047508 | UBER-MDL3084-BW-00047600 |
| UBER-MDL3084-BW-00047510 | UBER-MDL3084-BW-00047601 |
| UBER-MDL3084-BW-00047512 | UBER-MDL3084-BW-00047603 |
| UBER-MDL3084-BW-00047514 | UBER-MDL3084-BW-00047605 |
| UBER-MDL3084-BW-00047516 | UBER-MDL3084-BW-00047607 |
| UBER-MDL3084-BW-00047518 | UBER-MDL3084-BW-00047610 |
| UBER-MDL3084-BW-00047520 | UBER-MDL3084-BW-00047613 |
| UBER-MDL3084-BW-00047522 | UBER-MDL3084-BW-00047615 |
| UBER-MDL3084-BW-00047523 | UBER-MDL3084-BW-00047617 |
| UBER-MDL3084-BW-00047525 | UBER-MDL3084-BW-00047618 |
| UBER-MDL3084-BW-00047527 | UBER-MDL3084-BW-00047620 |
| UBER-MDL3084-BW-00047531 | UBER-MDL3084-BW-00047621 |
| UBER-MDL3084-BW-00047533 | UBER-MDL3084-BW-00047623 |
| UBER-MDL3084-BW-00047534 | UBER-MDL3084-BW-00047625 |
| UBER-MDL3084-BW-00047536 | UBER-MDL3084-BW-00047627 |
| UBER-MDL3084-BW-00047538 | UBER-MDL3084-BW-00047629 |
| UBER-MDL3084-BW-00047540 | UBER-MDL3084-BW-00047631 |
| UBER-MDL3084-BW-00047541 | UBER-MDL3084-BW-00047634 |

**Confidential – Subject to Protective Order**

Confidential - Subject to Protective Order

141

UBER-MDL3084-BW-00047636
UBER-MDL3084-BW-00047638
UBER-MDL3084-BW-00047640
UBER-MDL3084-BW-00047644
UBER-MDL3084-BW-00047648
UBER-MDL3084-BW-00047650
UBER-MDL3084-BW-00047651
UBER-MDL3084-BW-00047653
UBER-MDL3084-BW-00047654
UBER-MDL3084-BW-00047656
UBER-MDL3084-BW-00047660
UBER-MDL3084-BW-00047663
UBER-MDL3084-BW-00047665
UBER-MDL3084-BW-00047667
UBER-MDL3084-BW-00047671
UBER-MDL3084-BW-00047674
UBER-MDL3084-BW-00047676
UBER-MDL3084-BW-00047678
UBER-MDL3084-BW-00047680
UBER-MDL3084-BW-00047681
UBER-MDL3084-BW-00047683
UBER-MDL3084-BW-00047687
UBER-MDL3084-BW-00047689
UBER-MDL3084-BW-00047691
UBER-MDL3084-BW-00047693
UBER-MDL3084-BW-00047694
UBER-MDL3084-BW-00047696
UBER-MDL3084-BW-00047698
UBER-MDL3084-BW-00047700
UBER-MDL3084-BW-00047703
UBER-MDL3084-BW-00047704
UBER-MDL3084-BW-00047706
UBER-MDL3084-BW-00047708
UBER-MDL3084-BW-00047710
UBER-MDL3084-BW-00047714
UBER-MDL3084-BW-00047717
UBER-MDL3084-BW-00047719
UBER-MDL3084-BW-00047721
UBER-MDL3084-BW-00047723
UBER-MDL3084-BW-00047726
UBER-MDL3084-BW-00047728
UBER-MDL3084-BW-00047730
UBER-MDL3084-BW-00047732
UBER-MDL3084-BW-00047734
UBER-MDL3084-BW-00047736
UBER-MDL3084-BW-00047740

UBER-MDL3084-BW-00047742
UBER-MDL3084-BW-00047744
UBER-MDL3084-BW-00047746
UBER-MDL3084-BW-00047750
UBER-MDL3084-BW-00047752
UBER-MDL3084-BW-00047754
UBER-MDL3084-BW-00047756
UBER-MDL3084-BW-00047757
UBER-MDL3084-BW-00047761
UBER-MDL3084-BW-00047763
UBER-MDL3084-BW-00047765
UBER-MDL3084-BW-00047766
UBER-MDL3084-BW-00047768
UBER-MDL3084-BW-00047770
UBER-MDL3084-BW-00047772
UBER-MDL3084-BW-00047774
UBER-MDL3084-BW-00047776
UBER-MDL3084-BW-00047777
UBER-MDL3084-BW-00047779
UBER-MDL3084-BW-00047781
UBER-MDL3084-BW-00047782
UBER-MDL3084-BW-00047785
UBER-MDL3084-BW-00047787
UBER-MDL3084-BW-00047789
UBER-MDL3084-BW-00047790
UBER-MDL3084-BW-00047791
UBER-MDL3084-BW-00047795
UBER-MDL3084-BW-00047799
UBER-MDL3084-BW-00047801
UBER-MDL3084-BW-00047802
UBER-MDL3084-BW-00047805
UBER-MDL3084-BW-00047806
UBER-MDL3084-BW-00047808
UBER-MDL3084-BW-00047810
UBER-MDL3084-BW-00047812
UBER-MDL3084-BW-00047814
UBER-MDL3084-BW-00047816
UBER-MDL3084-BW-00047818
UBER-MDL3084-BW-00047820
UBER-MDL3084-BW-00047822
UBER-MDL3084-BW-00047824
UBER-MDL3084-BW-00047826
UBER-MDL3084-BW-00047827
UBER-MDL3084-BW-00047829
UBER-MDL3084-BW-00047831
UBER-MDL3084-BW-00047833

Confidential – Subject to Protective Order   Confidential - Subject to Protective Order

UBER-MDL3084-BW-00047835
UBER-MDL3084-BW-00047839
UBER-MDL3084-BW-00047841
UBER-MDL3084-BW-00047843
UBER-MDL3084-BW-00047845
UBER-MDL3084-BW-00047847
UBER-MDL3084-BW-00047849
UBER-MDL3084-BW-00047852
UBER-MDL3084-BW-00047854
UBER-MDL3084-BW-00047856
UBER-MDL3084-BW-00047858
UBER-MDL3084-BW-00047860
UBER-MDL3084-BW-00047862
UBER-MDL3084-BW-00047866
UBER-MDL3084-BW-00047868
UBER-MDL3084-BW-00047872
UBER-MDL3084-BW-00047875
UBER-MDL3084-BW-00047877
UBER-MDL3084-BW-00047879
UBER-MDL3084-BW-00047880
UBER-MDL3084-BW-00047882
UBER-MDL3084-BW-00047885
UBER-MDL3084-BW-00047887
UBER-MDL3084-BW-00047890
UBER-MDL3084-BW-00047891
UBER-MDL3084-BW-00047893
UBER-MDL3084-BW-00047895
UBER-MDL3084-BW-00047897
UBER-MDL3084-BW-00047898
UBER-MDL3084-BW-00047900
UBER-MDL3084-BW-00047902
UBER-MDL3084-BW-00047904
UBER-MDL3084-BW-00047906
UBER-MDL3084-BW-00047907
UBER-MDL3084-BW-00047909
UBER-MDL3084-BW-00047911
UBER-MDL3084-BW-00047912
UBER-MDL3084-BW-00047914
UBER-MDL3084-BW-00047916
UBER-MDL3084-BW-00047918
UBER-MDL3084-BW-00047918
UBER-MDL3084-BW-00047920
UBER-MDL3084-BW-00047920
UBER-MDL3084-BW-00047923
UBER-MDL3084-BW-00047923
UBER-MDL3084-BW-00047926

UBER-MDL3084-BW-00047926
UBER-MDL3084-BW-00047929
UBER-MDL3084-BW-00047929
UBER-MDL3084-BW-00047932
UBER-MDL3084-BW-00047932
UBER-MDL3084-BW-00047935
UBER-MDL3084-BW-00047935
UBER-MDL3084-BW-00048496
UBER-MDL3084-BW-00048497
UBER-MDL3084-BW-00048498
UBER-MDL3084-BW-00048499
UBER-MDL3084-BW-00048500
UBER-MDL3084-BW-00048501
UBER-MDL3084-BW-00048502
UBER-MDL3084-BW-00048503
UBER-MDL3084-BW-00048504
UBER-MDL3084-BW-00048505
UBER-MDL3084-BW-00048506
UBER-MDL3084-BW-00048507
UBER-MDL3084-BW-00048508
UBER-MDL3084-BW-00048508
UBER-MDL3084-BW-00048509
UBER-MDL3084-BW-00048509
UBER-MDL3084-BW-00048882
UBER-MDL3084-BW-00048883
UBER-MDL3084-BW-00048883
UBER-MDL3084-BW-00048892
UBER-MDL3084-BW-00048892
UBER-MDL3084-BW-00048895
UBER-MDL3084-BW-00048895
UBER-MDL3084-BW-00048898
UBER-MDL3084-BW-00048898
UBER-MDL3084-BW-00048898
UBER-MDL3084-BW-00048899
UBER-MDL3084-BW-00048899
UBER-MDL3084-BW-00048902
UBER-MDL3084-BW-00048903
UBER-MDL3084-BW-00048903
UBER-MDL3084-BW-00048904
UBER-MDL3084-BW-00048904
UBER-MDL3084-BW-00048905
UBER-MDL3084-BW-00048905
UBER-MDL3084-BW-00048906
UBER-MDL3084-BW-00048906
UBER-MDL3084-BW-00048906

| | |
|---|---|
| UBER-MDL3084-BW-00048907 | UBER-MDL3084-BW-00048967 |
| UBER-MDL3084-BW-00048908 | UBER-MDL3084-BW-00048969 |
| UBER-MDL3084-BW-00048908 | UBER-MDL3084-BW-00048969 |
| UBER-MDL3084-BW-00048909 | UBER-MDL3084-BW-00048972 |
| UBER-MDL3084-BW-00048909 | UBER-MDL3084-BW-00048972 |
| UBER-MDL3084-BW-00048910 | UBER-MDL3084-BW-00048975 |
| UBER-MDL3084-BW-00048910 | UBER-MDL3084-BW-00048975 |
| UBER-MDL3084-BW-00048911 | UBER-MDL3084-BW-00048977 |
| UBER-MDL3084-BW-00048911 | UBER-MDL3084-BW-00048977 |
| UBER-MDL3084-BW-00048912 | UBER-MDL3084-BW-00048980 |
| UBER-MDL3084-BW-00048912 | UBER-MDL3084-BW-00048980 |
| UBER-MDL3084-BW-00048913 | UBER-MDL3084-BW-00048983 |
| UBER-MDL3084-BW-00048913 | UBER-MDL3084-BW-00048983 |
| UBER-MDL3084-BW-00048914 | UBER-MDL3084-BW-00048985 |
| UBER-MDL3084-BW-00048914 | UBER-MDL3084-BW-00048985 |
| UBER-MDL3084-BW-00048915 | UBER-MDL3084-BW-00048986 |
| UBER-MDL3084-BW-00048916 | UBER-MDL3084-BW-00048986 |
| UBER-MDL3084-BW-00048916 | UBER-MDL3084-BW-00048987 |
| UBER-MDL3084-BW-00048917 | UBER-MDL3084-BW-00048987 |
| UBER-MDL3084-BW-00048917 | UBER-MDL3084-BW-00048990 |
| UBER-MDL3084-BW-00048918 | UBER-MDL3084-BW-00048990 |
| UBER-MDL3084-BW-00048919 | UBER-MDL3084-BW-00048993 |
| UBER-MDL3084-BW-00048919 | UBER-MDL3084-BW-00048993 |
| UBER-MDL3084-BW-00048922 | UBER-MDL3084-BW-00048994 |
| UBER-MDL3084-BW-00048922 | UBER-MDL3084-BW-00048994 |
| UBER-MDL3084-BW-00048925 | UBER-MDL3084-BW-00048997 |
| UBER-MDL3084-BW-00048925 | UBER-MDL3084-BW-00048997 |
| UBER-MDL3084-BW-00048943 | UBER-MDL3084-BW-00048999 |
| UBER-MDL3084-BW-00048943 | UBER-MDL3084-BW-00048999 |
| UBER-MDL3084-BW-00048946 | UBER-MDL3084-BW-00049002 |
| UBER-MDL3084-BW-00048947 | UBER-MDL3084-BW-00049002 |
| UBER-MDL3084-BW-00048948 | UBER-MDL3084-BW-00049004 |
| UBER-MDL3084-BW-00048948 | UBER-MDL3084-BW-00049004 |
| UBER-MDL3084-BW-00048951 | UBER-MDL3084-BW-00049006 |
| UBER-MDL3084-BW-00048951 | UBER-MDL3084-BW-00049006 |
| UBER-MDL3084-BW-00048955 | UBER-MDL3084-BW-00049014 |
| UBER-MDL3084-BW-00048955 | UBER-MDL3084-BW-00049014 |
| UBER-MDL3084-BW-00048958 | UBER-MDL3084-BW-00049017 |
| UBER-MDL3084-BW-00048958 | UBER-MDL3084-BW-00049017 |
| UBER-MDL3084-BW-00048961 | UBER-MDL3084-BW-00049020 |
| UBER-MDL3084-BW-00048961 | UBER-MDL3084-BW-00049020 |
| UBER-MDL3084-BW-00048963 | UBER-MDL3084-BW-00049022 |
| UBER-MDL3084-BW-00048963 | UBER-MDL3084-BW-00049022 |
| UBER-MDL3084-BW-00048965 | UBER-MDL3084-BW-00049023 |
| UBER-MDL3084-BW-00048965 | UBER-MDL3084-BW-00049023 |
| UBER-MDL3084-BW-00048967 | UBER-MDL3084-BW-00049026 |

Confidential – Subject to Protective Order

Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00049026 | UBER-MDL3084-BW-00049085 |
| UBER-MDL3084-BW-00049028 | UBER-MDL3084-BW-00049087 |
| UBER-MDL3084-BW-00049028 | UBER-MDL3084-BW-00049087 |
| UBER-MDL3084-BW-00049031 | UBER-MDL3084-BW-00049090 |
| UBER-MDL3084-BW-00049031 | UBER-MDL3084-BW-00049090 |
| UBER-MDL3084-BW-00049033 | UBER-MDL3084-BW-00049093 |
| UBER-MDL3084-BW-00049033 | UBER-MDL3084-BW-00049093 |
| UBER-MDL3084-BW-00049035 | UBER-MDL3084-BW-00049096 |
| UBER-MDL3084-BW-00049035 | UBER-MDL3084-BW-00049096 |
| UBER-MDL3084-BW-00049038 | UBER-MDL3084-BW-00049097 |
| UBER-MDL3084-BW-00049038 | UBER-MDL3084-BW-00049097 |
| UBER-MDL3084-BW-00049039 | UBER-MDL3084-BW-00049099 |
| UBER-MDL3084-BW-00049039 | UBER-MDL3084-BW-00049099 |
| UBER-MDL3084-BW-00049042 | UBER-MDL3084-BW-00049102 |
| UBER-MDL3084-BW-00049042 | UBER-MDL3084-BW-00049102 |
| UBER-MDL3084-BW-00049045 | UBER-MDL3084-BW-00049105 |
| UBER-MDL3084-BW-00049045 | UBER-MDL3084-BW-00049105 |
| UBER-MDL3084-BW-00049046 | UBER-MDL3084-BW-00049108 |
| UBER-MDL3084-BW-00049046 | UBER-MDL3084-BW-00049108 |
| UBER-MDL3084-BW-00049048 | UBER-MDL3084-BW-00049118 |
| UBER-MDL3084-BW-00049048 | UBER-MDL3084-BW-00049118 |
| UBER-MDL3084-BW-00049051 | UBER-MDL3084-BW-00049119 |
| UBER-MDL3084-BW-00049051 | UBER-MDL3084-BW-00049119 |
| UBER-MDL3084-BW-00049054 | UBER-MDL3084-BW-00049122 |
| UBER-MDL3084-BW-00049054 | UBER-MDL3084-BW-00049122 |
| UBER-MDL3084-BW-00049056 | UBER-MDL3084-BW-00049124 |
| UBER-MDL3084-BW-00049056 | UBER-MDL3084-BW-00049124 |
| UBER-MDL3084-BW-00049062 | UBER-MDL3084-BW-00049126 |
| UBER-MDL3084-BW-00049062 | UBER-MDL3084-BW-00049126 |
| UBER-MDL3084-BW-00049064 | UBER-MDL3084-BW-00049129 |
| UBER-MDL3084-BW-00049064 | UBER-MDL3084-BW-00049129 |
| UBER-MDL3084-BW-00049067 | UBER-MDL3084-BW-00049133 |
| UBER-MDL3084-BW-00049067 | UBER-MDL3084-BW-00049133 |
| UBER-MDL3084-BW-00049069 | UBER-MDL3084-BW-00049136 |
| UBER-MDL3084-BW-00049069 | UBER-MDL3084-BW-00049136 |
| UBER-MDL3084-BW-00049072 | UBER-MDL3084-BW-00049138 |
| UBER-MDL3084-BW-00049072 | UBER-MDL3084-BW-00049138 |
| UBER-MDL3084-BW-00049075 | UBER-MDL3084-BW-00049140 |
| UBER-MDL3084-BW-00049075 | UBER-MDL3084-BW-00049140 |
| UBER-MDL3084-BW-00049077 | UBER-MDL3084-BW-00049141 |
| UBER-MDL3084-BW-00049077 | UBER-MDL3084-BW-00049141 |
| UBER-MDL3084-BW-00049079 | UBER-MDL3084-BW-00049144 |
| UBER-MDL3084-BW-00049079 | UBER-MDL3084-BW-00049144 |
| UBER-MDL3084-BW-00049082 | UBER-MDL3084-BW-00049147 |
| UBER-MDL3084-BW-00049082 | UBER-MDL3084-BW-00049147 |
| UBER-MDL3084-BW-00049085 | UBER-MDL3084-BW-00049150 |

UBER-MDL3084-BW-00049150
UBER-MDL3084-BW-00049152
UBER-MDL3084-BW-00049152
UBER-MDL3084-BW-00049153
UBER-MDL3084-BW-00049153
UBER-MDL3084-BW-00049154
UBER-MDL3084-BW-00049154
UBER-MDL3084-BW-00049158
UBER-MDL3084-BW-00049158
UBER-MDL3084-BW-00049160
UBER-MDL3084-BW-00049160
UBER-MDL3084-BW-00049162
UBER-MDL3084-BW-00049162
UBER-MDL3084-BW-00049165
UBER-MDL3084-BW-00049165
UBER-MDL3084-BW-00049167
UBER-MDL3084-BW-00049167
UBER-MDL3084-BW-00049169
UBER-MDL3084-BW-00049169
UBER-MDL3084-BW-00049171
UBER-MDL3084-BW-00049171
UBER-MDL3084-BW-00049174
UBER-MDL3084-BW-00049174
UBER-MDL3084-BW-00049177
UBER-MDL3084-BW-00049177
UBER-MDL3084-BW-00049179
UBER-MDL3084-BW-00049179
UBER-MDL3084-BW-00049181
UBER-MDL3084-BW-00049181
UBER-MDL3084-BW-00049183
UBER-MDL3084-BW-00049183
UBER-MDL3084-BW-00049185
UBER-MDL3084-BW-00049185
UBER-MDL3084-BW-00049187
UBER-MDL3084-BW-00049187
UBER-MDL3084-BW-00049189
UBER-MDL3084-BW-00049189
UBER-MDL3084-BW-00049190
UBER-MDL3084-BW-00049190
UBER-MDL3084-BW-00049193
UBER-MDL3084-BW-00049193
UBER-MDL3084-BW-00049195
UBER-MDL3084-BW-00049195
UBER-MDL3084-BW-00049197
UBER-MDL3084-BW-00049197
UBER-MDL3084-BW-00049198

UBER-MDL3084-BW-00049199
UBER-MDL3084-BW-00049200
UBER-MDL3084-BW-00049201
UBER-MDL3084-BW-00049202
UBER-MDL3084-BW-00049203
UBER-MDL3084-BW-00049204
UBER-MDL3084-BW-00049205
UBER-MDL3084-BW-00049206
UBER-MDL3084-BW-00049207
UBER-MDL3084-BW-00049208
UBER-MDL3084-BW-00049209
UBER-MDL3084-BW-00049210
UBER-MDL3084-BW-00049211
UBER-MDL3084-BW-00049212
UBER-MDL3084-BW-00049213
UBER-MDL3084-BW-00049214
UBER-MDL3084-BW-00049215
UBER-MDL3084-BW-00049216
UBER-MDL3084-BW-00049217
UBER-MDL3084-BW-00049218
UBER-MDL3084-BW-00049219
UBER-MDL3084-BW-00049220
UBER-MDL3084-BW-00049221
UBER-MDL3084-BW-00049222
UBER-MDL3084-BW-00049223
UBER-MDL3084-BW-00049224
UBER-MDL3084-BW-00049225
UBER-MDL3084-BW-00049226
UBER-MDL3084-BW-00049227
UBER-MDL3084-BW-00049228
UBER-MDL3084-BW-00049229
UBER-MDL3084-BW-00049230
UBER-MDL3084-BW-00049231
UBER-MDL3084-BW-00049232
UBER-MDL3084-BW-00049233
UBER-MDL3084-BW-00049234
UBER-MDL3084-BW-00049235
UBER-MDL3084-BW-00049236
UBER-MDL3084-BW-00049237
UBER-MDL3084-BW-00049238
UBER-MDL3084-BW-00049239
UBER-MDL3084-BW-00049240
UBER-MDL3084-BW-00049241
UBER-MDL3084-BW-00049242
UBER-MDL3084-BW-00049243
UBER-MDL3084-BW-00049244

| | |
|---|---|
| UBER-MDL3084-BW-00049245 | UBER-MDL3084-BW-00049293 |
| UBER-MDL3084-BW-00049246 | UBER-MDL3084-BW-00049294 |
| UBER-MDL3084-BW-00049247 | UBER-MDL3084-BW-00049296 |
| UBER-MDL3084-BW-00049248 | UBER-MDL3084-BW-00049297 |
| UBER-MDL3084-BW-00049249 | UBER-MDL3084-BW-00049298 |
| UBER-MDL3084-BW-00049250 | UBER-MDL3084-BW-00049299 |
| UBER-MDL3084-BW-00049251 | UBER-MDL3084-BW-00049300 |
| UBER-MDL3084-BW-00049252 | UBER-MDL3084-BW-00049301 |
| UBER-MDL3084-BW-00049253 | UBER-MDL3084-BW-00049302 |
| UBER-MDL3084-BW-00049254 | UBER-MDL3084-BW-00049303 |
| UBER-MDL3084-BW-00049255 | UBER-MDL3084-BW-00049303 |
| UBER-MDL3084-BW-00049256 | UBER-MDL3084-BW-00049304 |
| UBER-MDL3084-BW-00049257 | UBER-MDL3084-BW-00049305 |
| UBER-MDL3084-BW-00049258 | UBER-MDL3084-BW-00049306 |
| UBER-MDL3084-BW-00049259 | UBER-MDL3084-BW-00049307 |
| UBER-MDL3084-BW-00049260 | UBER-MDL3084-BW-00049308 |
| UBER-MDL3084-BW-00049261 | UBER-MDL3084-BW-00049309 |
| UBER-MDL3084-BW-00049262 | UBER-MDL3084-BW-00049310 |
| UBER-MDL3084-BW-00049263 | UBER-MDL3084-BW-00049310 |
| UBER-MDL3084-BW-00049264 | UBER-MDL3084-BW-00049311 |
| UBER-MDL3084-BW-00049265 | UBER-MDL3084-BW-00049311 |
| UBER-MDL3084-BW-00049267 | UBER-MDL3084-BW-00049312 |
| UBER-MDL3084-BW-00049268 | UBER-MDL3084-BW-00049312 |
| UBER-MDL3084-BW-00049269 | UBER-MDL3084-BW-00049313 |
| UBER-MDL3084-BW-00049270 | UBER-MDL3084-BW-00049313 |
| UBER-MDL3084-BW-00049271 | UBER-MDL3084-BW-00049316 |
| UBER-MDL3084-BW-00049272 | UBER-MDL3084-BW-00049316 |
| UBER-MDL3084-BW-00049273 | UBER-MDL3084-BW-00049317 |
| UBER-MDL3084-BW-00049274 | UBER-MDL3084-BW-00049317 |
| UBER-MDL3084-BW-00049275 | UBER-MDL3084-BW-00049318 |
| UBER-MDL3084-BW-00049276 | UBER-MDL3084-BW-00049318 |
| UBER-MDL3084-BW-00049277 | UBER-MDL3084-BW-00049319 |
| UBER-MDL3084-BW-00049278 | UBER-MDL3084-BW-00049319 |
| UBER-MDL3084-BW-00049279 | UBER-MDL3084-BW-00049320 |
| UBER-MDL3084-BW-00049280 | UBER-MDL3084-BW-00049320 |
| UBER-MDL3084-BW-00049281 | UBER-MDL3084-BW-00049323 |
| UBER-MDL3084-BW-00049282 | UBER-MDL3084-BW-00049323 |
| UBER-MDL3084-BW-00049283 | UBER-MDL3084-BW-00049324 |
| UBER-MDL3084-BW-00049284 | UBER-MDL3084-BW-00049324 |
| UBER-MDL3084-BW-00049285 | UBER-MDL3084-BW-00049325 |
| UBER-MDL3084-BW-00049286 | UBER-MDL3084-BW-00049325 |
| UBER-MDL3084-BW-00049288 | UBER-MDL3084-BW-00049326 |
| UBER-MDL3084-BW-00049289 | UBER-MDL3084-BW-00049326 |
| UBER-MDL3084-BW-00049290 | UBER-MDL3084-BW-00049328 |
| UBER-MDL3084-BW-00049291 | UBER-MDL3084-BW-00049328 |
| UBER-MDL3084-BW-00049292 | UBER-MDL3084-BW-00049333 |

147

| | |
|---|---|
| UBER-MDL3084-BW-00049333 | UBER-MDL3084-BW-00049402 |
| UBER-MDL3084-BW-00049338 | UBER-MDL3084-BW-00049402 |
| UBER-MDL3084-BW-00049338 | UBER-MDL3084-BW-00049405 |
| UBER-MDL3084-BW-00049343 | UBER-MDL3084-BW-00049405 |
| UBER-MDL3084-BW-00049343 | UBER-MDL3084-BW-00049406 |
| UBER-MDL3084-BW-00049347 | UBER-MDL3084-BW-00049406 |
| UBER-MDL3084-BW-00049347 | UBER-MDL3084-BW-00049411 |
| UBER-MDL3084-BW-00049352 | UBER-MDL3084-BW-00049411 |
| UBER-MDL3084-BW-00049352 | UBER-MDL3084-BW-00049416 |
| UBER-MDL3084-BW-00049356 | UBER-MDL3084-BW-00049416 |
| UBER-MDL3084-BW-00049356 | UBER-MDL3084-BW-00049420 |
| UBER-MDL3084-BW-00049358 | UBER-MDL3084-BW-00049420 |
| UBER-MDL3084-BW-00049358 | UBER-MDL3084-BW-00049427 |
| UBER-MDL3084-BW-00049360 | UBER-MDL3084-BW-00049427 |
| UBER-MDL3084-BW-00049360 | UBER-MDL3084-BW-00049434 |
| UBER-MDL3084-BW-00049364 | UBER-MDL3084-BW-00049434 |
| UBER-MDL3084-BW-00049364 | UBER-MDL3084-BW-00049436 |
| UBER-MDL3084-BW-00049367 | UBER-MDL3084-BW-00049436 |
| UBER-MDL3084-BW-00049367 | UBER-MDL3084-BW-00049437 |
| UBER-MDL3084-BW-00049369 | UBER-MDL3084-BW-00049437 |
| UBER-MDL3084-BW-00049369 | UBER-MDL3084-BW-00049441 |
| UBER-MDL3084-BW-00049371 | UBER-MDL3084-BW-00049441 |
| UBER-MDL3084-BW-00049371 | UBER-MDL3084-BW-00049443 |
| UBER-MDL3084-BW-00049372 | UBER-MDL3084-BW-00049443 |
| UBER-MDL3084-BW-00049372 | UBER-MDL3084-BW-00049449 |
| UBER-MDL3084-BW-00049373 | UBER-MDL3084-BW-00049449 |
| UBER-MDL3084-BW-00049374 | UBER-MDL3084-BW-00049450 |
| UBER-MDL3084-BW-00049375 | UBER-MDL3084-BW-00049450 |
| UBER-MDL3084-BW-00049376 | UBER-MDL3084-BW-00049452 |
| UBER-MDL3084-BW-00049376 | UBER-MDL3084-BW-00049452 |
| UBER-MDL3084-BW-00049380 | UBER-MDL3084-BW-00049457 |
| UBER-MDL3084-BW-00049380 | UBER-MDL3084-BW-00049457 |
| UBER-MDL3084-BW-00049382 | UBER-MDL3084-BW-00049468 |
| UBER-MDL3084-BW-00049382 | UBER-MDL3084-BW-00049468 |
| UBER-MDL3084-BW-00049383 | UBER-MDL3084-BW-00049485 |
| UBER-MDL3084-BW-00049383 | UBER-MDL3084-BW-00049485 |
| UBER-MDL3084-BW-00049389 | UBER-MDL3084-BW-00049489 |
| UBER-MDL3084-BW-00049389 | UBER-MDL3084-BW-00049489 |
| UBER-MDL3084-BW-00049393 | UBER-MDL3084-BW-00049490 |
| UBER-MDL3084-BW-00049393 | UBER-MDL3084-BW-00049490 |
| UBER-MDL3084-BW-00049394 | UBER-MDL3084-BW-00049491 |
| UBER-MDL3084-BW-00049394 | UBER-MDL3084-BW-00049491 |
| UBER-MDL3084-BW-00049398 | UBER-MDL3084-BW-00049492 |
| UBER-MDL3084-BW-00049398 | UBER-MDL3084-BW-00049492 |
| UBER-MDL3084-BW-00049400 | UBER-MDL3084-BW-00049493 |
| UBER-MDL3084-BW-00049400 | UBER-MDL3084-BW-00049493 |

Confidential – Subject to Protective Order                    Confidential - Subject to Protective Order

UBER-MDL3084-BW-00049494
UBER-MDL3084-BW-00049494
UBER-MDL3084-BW-00049495
UBER-MDL3084-BW-00049495
UBER-MDL3084-BW-00049499
UBER-MDL3084-BW-00049499
UBER-MDL3084-BW-00049505
UBER-MDL3084-BW-00049505
UBER-MDL3084-BW-00049506
UBER-MDL3084-BW-00049506
UBER-MDL3084-BW-00049508
UBER-MDL3084-BW-00049508
UBER-MDL3084-BW-00049509
UBER-MDL3084-BW-00049509
UBER-MDL3084-BW-00049511
UBER-MDL3084-BW-00049511
UBER-MDL3084-BW-00049513
UBER-MDL3084-BW-00049513
UBER-MDL3084-BW-00049517
UBER-MDL3084-BW-00049517
UBER-MDL3084-BW-00049518
UBER-MDL3084-BW-00049518
UBER-MDL3084-BW-00049522
UBER-MDL3084-BW-00049522
UBER-MDL3084-BW-00049523
UBER-MDL3084-BW-00049523
UBER-MDL3084-BW-00049524
UBER-MDL3084-BW-00049524
UBER-MDL3084-BW-00049525
UBER-MDL3084-BW-00049526
UBER-MDL3084-BW-00049528
UBER-MDL3084-BW-00049529
UBER-MDL3084-BW-00049530
UBER-MDL3084-BW-00049531
UBER-MDL3084-BW-00049533
UBER-MDL3084-BW-00049534
UBER-MDL3084-BW-00049536
UBER-MDL3084-BW-00049538
UBER-MDL3084-BW-00049540
UBER-MDL3084-BW-00049541
UBER-MDL3084-BW-00049542
UBER-MDL3084-BW-00049544
UBER-MDL3084-BW-00049545
UBER-MDL3084-BW-00049546
UBER-MDL3084-BW-00049548
UBER-MDL3084-BW-00049549

UBER-MDL3084-BW-00049550
UBER-MDL3084-BW-00049551
UBER-MDL3084-BW-00049553
UBER-MDL3084-BW-00049554
UBER-MDL3084-BW-00049556
UBER-MDL3084-BW-00049557
UBER-MDL3084-BW-00049559
UBER-MDL3084-BW-00049561
UBER-MDL3084-BW-00049563
UBER-MDL3084-BW-00049565
UBER-MDL3084-BW-00049567
UBER-MDL3084-BW-00049569
UBER-MDL3084-BW-00049571
UBER-MDL3084-BW-00049572
UBER-MDL3084-BW-00049573
UBER-MDL3084-BW-00049574
UBER-MDL3084-BW-00049575
UBER-MDL3084-BW-00049576
UBER-MDL3084-BW-00049578
UBER-MDL3084-BW-00049580
UBER-MDL3084-BW-00049581
UBER-MDL3084-BW-00049582
UBER-MDL3084-BW-00049584
UBER-MDL3084-BW-00049586
UBER-MDL3084-BW-00049588
UBER-MDL3084-BW-00049590
UBER-MDL3084-BW-00049592
UBER-MDL3084-BW-00049594
UBER-MDL3084-BW-00049596
UBER-MDL3084-BW-00049598
UBER-MDL3084-BW-00049599
UBER-MDL3084-BW-00049600
UBER-MDL3084-BW-00049601
UBER-MDL3084-BW-00049603
UBER-MDL3084-BW-00049604
UBER-MDL3084-BW-00049606
UBER-MDL3084-BW-00049607
UBER-MDL3084-BW-00049608
UBER-MDL3084-BW-00049609
UBER-MDL3084-BW-00049611
UBER-MDL3084-BW-00049613
UBER-MDL3084-BW-00049614
UBER-MDL3084-BW-00049615
UBER-MDL3084-BW-00049617
UBER-MDL3084-BW-00049618
UBER-MDL3084-BW-00049620

**Confidential – Subject to Protective Order**    Confidential - Subject to Protective Order

UBER-MDL3084-BW-00049621
UBER-MDL3084-BW-00049622
UBER-MDL3084-BW-00049623
UBER-MDL3084-BW-00049625
UBER-MDL3084-BW-00049626
UBER-MDL3084-BW-00049627
UBER-MDL3084-BW-00049628
UBER-MDL3084-BW-00049629
UBER-MDL3084-BW-00049631
UBER-MDL3084-BW-00049633
UBER-MDL3084-BW-00049635
UBER-MDL3084-BW-00049636
UBER-MDL3084-BW-00049638
UBER-MDL3084-BW-00049640
UBER-MDL3084-BW-00049642
UBER-MDL3084-BW-00049644
UBER-MDL3084-BW-00049645
UBER-MDL3084-BW-00049647
UBER-MDL3084-BW-00049649
UBER-MDL3084-BW-00049650
UBER-MDL3084-BW-00049652
UBER-MDL3084-BW-00049653
UBER-MDL3084-BW-00049654
UBER-MDL3084-BW-00049654
UBER-MDL3084-BW-00049657
UBER-MDL3084-BW-00049657
UBER-MDL3084-BW-00049660
UBER-MDL3084-BW-00049660
UBER-MDL3084-BW-00049662
UBER-MDL3084-BW-00049662
UBER-MDL3084-BW-00049664
UBER-MDL3084-BW-00049664
UBER-MDL3084-BW-00049667
UBER-MDL3084-BW-00049667
UBER-MDL3084-BW-00049669
UBER-MDL3084-BW-00049669
UBER-MDL3084-BW-00049670
UBER-MDL3084-BW-00049670
UBER-MDL3084-BW-00049674
UBER-MDL3084-BW-00049675
UBER-MDL3084-BW-00049676
UBER-MDL3084-BW-00049677
UBER-MDL3084-BW-00049677
UBER-MDL3084-BW-00049680
UBER-MDL3084-BW-00049680
UBER-MDL3084-BW-00049683

UBER-MDL3084-BW-00049683
UBER-MDL3084-BW-00049686
UBER-MDL3084-BW-00049686
UBER-MDL3084-BW-00049687
UBER-MDL3084-BW-00049687
UBER-MDL3084-BW-00049689
UBER-MDL3084-BW-00049689
UBER-MDL3084-BW-00049692
UBER-MDL3084-BW-00049692
UBER-MDL3084-BW-00049695
UBER-MDL3084-BW-00049695
UBER-MDL3084-BW-00049698
UBER-MDL3084-BW-00049698
UBER-MDL3084-BW-00049700
UBER-MDL3084-BW-00049700
UBER-MDL3084-BW-00049702
UBER-MDL3084-BW-00049702
UBER-MDL3084-BW-00049708
UBER-MDL3084-BW-00049708
UBER-MDL3084-BW-00049746
UBER-MDL3084-BW-00049746
UBER-MDL3084-BW-00049784
UBER-MDL3084-BW-00049784
UBER-MDL3084-BW-00049793
UBER-MDL3084-BW-00049793
UBER-MDL3084-BW-00049802
UBER-MDL3084-BW-00049802
UBER-MDL3084-BW-00049811
UBER-MDL3084-BW-00049811
UBER-MDL3084-BW-00049820
UBER-MDL3084-BW-00049820
UBER-MDL3084-BW-00049829
UBER-MDL3084-BW-00049829
UBER-MDL3084-BW-00049832
UBER-MDL3084-BW-00049832
UBER-MDL3084-BW-00049835
UBER-MDL3084-BW-00049835
UBER-MDL3084-BW-00049838
UBER-MDL3084-BW-00049838
UBER-MDL3084-BW-00049842
UBER-MDL3084-BW-00049842
UBER-MDL3084-BW-00049846
UBER-MDL3084-BW-00049846
UBER-MDL3084-BW-00049851
UBER-MDL3084-BW-00049851
UBER-MDL3084-BW-00049855

Confidential – Subject to Protective Order          Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-BW-00049855 | UBER-MDL3084-BW-00050205 |
| UBER-MDL3084-BW-00049859 | UBER-MDL3084-BW-00050209 |
| UBER-MDL3084-BW-00049859 | UBER-MDL3084-BW-00050209 |
| UBER-MDL3084-BW-00049881 | UBER-MDL3084-BW-00050213 |
| UBER-MDL3084-BW-00049881 | UBER-MDL3084-BW-00050213 |
| UBER-MDL3084-BW-00049909 | UBER-MDL3084-BW-00050217 |
| UBER-MDL3084-BW-00049909 | UBER-MDL3084-BW-00050217 |
| UBER-MDL3084-BW-00049937 | UBER-MDL3084-BW-00050221 |
| UBER-MDL3084-BW-00049937 | UBER-MDL3084-BW-00050221 |
| UBER-MDL3084-BW-00049965 | UBER-MDL3084-BW-00050225 |
| UBER-MDL3084-BW-00049965 | UBER-MDL3084-BW-00050225 |
| UBER-MDL3084-BW-00049993 | UBER-MDL3084-BW-00050229 |
| UBER-MDL3084-BW-00049993 | UBER-MDL3084-BW-00050229 |
| UBER-MDL3084-BW-00050022 | UBER-MDL3084-BW-00050232 |
| UBER-MDL3084-BW-00050022 | UBER-MDL3084-BW-00050232 |
| UBER-MDL3084-BW-00050049 | UBER-MDL3084-BW-00050235 |
| UBER-MDL3084-BW-00050049 | UBER-MDL3084-BW-00050235 |
| UBER-MDL3084-BW-00050076 | UBER-MDL3084-BW-00050238 |
| UBER-MDL3084-BW-00050076 | UBER-MDL3084-BW-00050238 |
| UBER-MDL3084-BW-00050081 | UBER-MDL3084-BW-00050242 |
| UBER-MDL3084-BW-00050081 | UBER-MDL3084-BW-00050242 |
| UBER-MDL3084-BW-00050085 | UBER-MDL3084-BW-00050245 |
| UBER-MDL3084-BW-00050085 | UBER-MDL3084-BW-00050245 |
| UBER-MDL3084-BW-00050089 | UBER-MDL3084-BW-00050248 |
| UBER-MDL3084-BW-00050089 | UBER-MDL3084-BW-00050248 |
| UBER-MDL3084-BW-00050093 | UBER-MDL3084-BW-00050251 |
| UBER-MDL3084-BW-00050093 | UBER-MDL3084-BW-00050251 |
| UBER-MDL3084-BW-00050097 | UBER-MDL3084-BW-00050254 |
| UBER-MDL3084-BW-00050097 | UBER-MDL3084-BW-00050254 |
| UBER-MDL3084-BW-00050101 | UBER-MDL3084-BW-00050258 |
| UBER-MDL3084-BW-00050101 | UBER-MDL3084-BW-00050259 |
| UBER-MDL3084-BW-00050123 | UBER-MDL3084-BW-00050260 |
| UBER-MDL3084-BW-00050123 | UBER-MDL3084-BW-00050261 |
| UBER-MDL3084-BW-00050145 | UBER-MDL3084-BW-00050262 |
| UBER-MDL3084-BW-00050145 | UBER-MDL3084-BW-00050262 |
| UBER-MDL3084-BW-00050167 | UBER-MDL3084-BW-00050263 |
| UBER-MDL3084-BW-00050167 | UBER-MDL3084-BW-00050264 |
| UBER-MDL3084-BW-00050196 | UBER-MDL3084-BW-00050265 |
| UBER-MDL3084-BW-00050196 | UBER-MDL3084-BW-00050266 |
| UBER-MDL3084-BW-00050197 | UBER-MDL3084-BW-00050267 |
| UBER-MDL3084-BW-00050197 | UBER-MDL3084-BW-00050268 |
| UBER-MDL3084-BW-00050198 | UBER-MDL3084-BW-00050269 |
| UBER-MDL3084-BW-00050198 | UBER-MDL3084-BW-00050270 |
| UBER-MDL3084-BW-00050201 | UBER-MDL3084-BW-00050271 |
| UBER-MDL3084-BW-00050201 | UBER-MDL3084-BW-00050272 |
| UBER-MDL3084-BW-00050205 | UBER-MDL3084-BW-00050273 |

Confidential – Subject to Protective Order                    Confidential - Subject to Protective Order

UBER-MDL3084-BW-00050274
UBER-MDL3084-BW-00050275
UBER-MDL3084-BW-00050275
UBER-MDL3084-BW-00050276
UBER-MDL3084-BW-00050277
UBER-MDL3084-BW-00050278
UBER-MDL3084-BW-00050279
UBER-MDL3084-BW-00050280
UBER-MDL3084-BW-00050281
UBER-MDL3084-BW-00050282
UBER-MDL3084-BW-00050283
UBER-MDL3084-BW-00050283
UBER-MDL3084-BW-00050284
UBER-MDL3084-BW-00050285
UBER-MDL3084-BW-00050286
UBER-MDL3084-BW-00050287
UBER-MDL3084-BW-00050287
UBER-MDL3084-BW-00050289
UBER-MDL3084-BW-00050289
UBER-MDL3084-BW-00050291
UBER-MDL3084-BW-00050291
UBER-MDL3084-BW-00050294
UBER-MDL3084-BW-00050294
UBER-MDL3084-BW-00050296
UBER-MDL3084-BW-00050296
UBER-MDL3084-BW-00050299
UBER-MDL3084-BW-00050299
UBER-MDL3084-BW-00050301
UBER-MDL3084-BW-00050301
UBER-MDL3084-BW-00050303
UBER-MDL3084-BW-00050303
UBER-MDL3084-BW-00050306
UBER-MDL3084-BW-00050306
UBER-MDL3084-BW-00050307
UBER-MDL3084-BW-00050307
UBER-MDL3084-BW-00050318
UBER-MDL3084-BW-00050326
UBER-MDL3084-BW-00050331
UBER-MDL3084-BW-00050333
UBER-MDL3084-BW-00050334
UBER-MDL3084-BW-00050335
UBER-MDL3084-BW-00050336
UBER-MDL3084-BW-00050337
UBER-MDL3084-BW-00050340
UBER-MDL3084-BW-00050342
UBER-MDL3084-BW-00050343

UBER-MDL3084-BW-00050344
UBER-MDL3084-BW-00050346
UBER-MDL3084-BW-00050347
UBER-MDL3084-BW-00050349
UBER-MDL3084-BW-00050351
UBER-MDL3084-BW-00050353
UBER-MDL3084-BW-00050355
UBER-MDL3084-BW-00050356
UBER-MDL3084-BW-00050358
UBER-MDL3084-BW-00050359
UBER-MDL3084-BW-00050361
UBER-MDL3084-BW-00050363
UBER-MDL3084-BW-00050364
UBER-MDL3084-BW-00050367
UBER-MDL3084-BW-00050369
UBER-MDL3084-BW-00050371
UBER-MDL3084-BW-00050372
UBER-MDL3084-BW-00050373
UBER-MDL3084-BW-00050374
UBER-MDL3084-BW-00050375
UBER-MDL3084-BW-00050793
UBER-MDL3084-BW-00050794
UBER-MDL3084-BW-00050795
UBER-MDL3084-BW-00050795
UBER-MDL3084-BW-00050796
UBER-MDL3084-BW-0048903
UBER-MDL3084-BW-0048903 (1)
UBER-MDL3084-BW-0048903 (2)
UBER-MDL3084-BW-0048904
UBER-MDL3084-BW-0048904 (1)
UBER-MDL3084-BW-0048904 (2)
UBER-MDL3084-BW-0048905
UBER-MDL3084-BW-0048905 (1)
UBER-MDL3084-BW-0048905 (2)
UBER-MDL3084-DFS00000633
UBER-MDL3084-DFS00003611
UBER-MDL3084-DFS00003611
UBER-MDL3084-DFS00003615
UBER-MDL3084-DFS00003615
UBER-MDL3084-DFS00003619
UBER-MDL3084-DFS00003619
UBER-MDL3084-DFS00003621
UBER-MDL3084-DFS00003621
UBER-MDL3084-DFS00003625
UBER-MDL3084-DFS00003625
UBER-MDL3084-DFS00003627

Confidential – Subject to Protective Order

Confidential - Subject to Protective Order

UBER-MDL3084-DFS00003627    UBER-MDL3084-DFS00003683
UBER-MDL3084-DFS00003631    UBER-MDL3084-DFS00003683
UBER-MDL3084-DFS00003631    UBER-MDL3084-DFS00003684
UBER-MDL3084-DFS00003633    UBER-MDL3084-DFS00003684
UBER-MDL3084-DFS00003633    UBER-MDL3084-DFS00003685
UBER-MDL3084-DFS00003635    UBER-MDL3084-DFS00003685
UBER-MDL3084-DFS00003635    UBER-MDL3084-DFS00003686
UBER-MDL3084-DFS00003639    UBER-MDL3084-DFS00003686
UBER-MDL3084-DFS00003639    UBER-MDL3084-DFS00003687
UBER-MDL3084-DFS00003643    UBER-MDL3084-DFS00003687
UBER-MDL3084-DFS00003643    UBER-MDL3084-DFS00003688
UBER-MDL3084-DFS00003647    UBER-MDL3084-DFS00003688
UBER-MDL3084-DFS00003647    UBER-MDL3084-DFS00003688
UBER-MDL3084-DFS00003651    UBER-MDL3084-DFS00003689
UBER-MDL3084-DFS00003651    UBER-MDL3084-DFS00003689
UBER-MDL3084-DFS00003652    UBER-MDL3084-DFS00003690
UBER-MDL3084-DFS00003652    UBER-MDL3084-DFS00003690
UBER-MDL3084-DFS00003653    UBER-MDL3084-DFS00003692
UBER-MDL3084-DFS00003653    UBER-MDL3084-DFS00003692
UBER-MDL3084-DFS00003655    UBER-MDL3084-DFS00003694
UBER-MDL3084-DFS00003655    UBER-MDL3084-DFS00003694
UBER-MDL3084-DFS00003658    UBER-MDL3084-DFS00003696
UBER-MDL3084-DFS00003658    UBER-MDL3084-DFS00003696
UBER-MDL3084-DFS00003661    UBER-MDL3084-DFS00003696
UBER-MDL3084-DFS00003661    UBER-MDL3084-DFS00003697
UBER-MDL3084-DFS00003664    UBER-MDL3084-DFS00003697
UBER-MDL3084-DFS00003664    UBER-MDL3084-DFS00003698
UBER-MDL3084-DFS00003667    UBER-MDL3084-DFS00003698
UBER-MDL3084-DFS00003667    UBER-MDL3084-DFS00003699
UBER-MDL3084-DFS00003670    UBER-MDL3084-DFS00003699
UBER-MDL3084-DFS00003670    UBER-MDL3084-DFS00003701
UBER-MDL3084-DFS00003673    UBER-MDL3084-DFS00003701
UBER-MDL3084-DFS00003673    UBER-MDL3084-DFS00003702
UBER-MDL3084-DFS00003676    UBER-MDL3084-DFS00003702
UBER-MDL3084-DFS00003676    UBER-MDL3084-DFS00003704
UBER-MDL3084-DFS00003676    UBER-MDL3084-DFS00003704
UBER-MDL3084-DFS00003677    UBER-MDL3084-DFS00003705
UBER-MDL3084-DFS00003677    UBER-MDL3084-DFS00003705
UBER-MDL3084-DFS00003678    UBER-MDL3084-DFS00003707
UBER-MDL3084-DFS00003678    UBER-MDL3084-DFS00003707
UBER-MDL3084-DFS00003678    UBER-MDL3084-DFS00003708
UBER-MDL3084-DFS00003679    UBER-MDL3084-DFS00003708
UBER-MDL3084-DFS00003679    UBER-MDL3084-DFS00003709
UBER-MDL3084-DFS00003679    UBER-MDL3084-DFS00003709
UBER-MDL3084-DFS00003682    UBER-MDL3084-DFS00003710
UBER-MDL3084-DFS00003682    UBER-MDL3084-DFS00003710

153

UBER-MDL3084-DFS00003711
UBER-MDL3084-DFS00003711
UBER-MDL3084-DFS00003711
UBER-MDL3084-DFS00003717
UBER-MDL3084-DFS00003717
UBER-MDL3084-DFS00003718
UBER-MDL3084-DFS00003718
UBER-MDL3084-DFS00003719
UBER-MDL3084-DFS00003719
UBER-MDL3084-DFS00003720
UBER-MDL3084-DFS00003720
UBER-MDL3084-DFS00003721
UBER-MDL3084-DFS00003722
UBER-MDL3084-DFS00003723
UBER-MDL3084-DFS00003724
UBER-MDL3084-DFS00003725
UBER-MDL3084-DFS00003726
UBER-MDL3084-DFS00003727
UBER-MDL3084-DFS00003727
UBER-MDL3084-DFS00003727
UBER-MDL3084-DFS00003734
UBER-MDL3084-DFS00003734
UBER-MDL3084-DFS00003735
UBER-MDL3084-DFS00003736
UBER-MDL3084-DFS00003737
UBER-MDL3084-DFS00003737
UBER-MDL3084-DFS00003737
UBER-MDL3084-DFS00003741
UBER-MDL3084-DFS00003742
UBER-MDL3084-DFS00003742
UBER-MDL3084-DFS00003743
UBER-MDL3084-DFS00003743
UBER-MDL3084-DFS00003744
UBER-MDL3084-DFS00003744
UBER-MDL3084-DFS00003745
UBER-MDL3084-DFS00003745
UBER-MDL3084-DFS00003746
UBER-MDL3084-DFS00003746
UBER-MDL3084-DFS00022137
UBER-MDL3084-DFS00024083
UBER-MDL3084-DFS00024084
UBER-MDL3084-DFS00049112
UBER-MDL3084-DFS00049117
UBER-MDL3084-DFS00049122
UBER-MDL3084-DFS00049127
UBER-MDL3084-DFS00049132

UBER-MDL3084-DFS00049137
UBER-MDL3084-DFS00049142
UBER-MDL3084-DFS00049147
UBER-MDL3084-DFS00049152
UBER-MDL3084-DFS00049157
UBER-MDL3084-DFS00049161
UBER-MDL3084-DFS00049165
UBER-MDL3084-DFS00049170
UBER-MDL3084-DFS00049173
UBER-MDL3084-DFS00049176
UBER-MDL3084-DFS00049181
UBER-MDL3084-DFS00049185
UBER-MDL3084-DFS00049189
UBER-MDL3084-DFS00049193
UBER-MDL3084-DFS00049196
UBER-MDL3084-DFS00049199
UBER-MDL3084-DFS00049203
UBER-MDL3084-DFS00049205
UBER-MDL3084-DFS00049212
UBER-MDL3084-DFS00049217
UBER-MDL3084-DFS00049222
UBER-MDL3084-DFS00049227
UBER-MDL3084-DFS00049231
UBER-MDL3084-DFS00049232
UBER-MDL3084-DFS00049233
UBER-MDL3084-DFS00049235
UBER-MDL3084-DFS00049238
UBER-MDL3084-DFS00049238
UBER-MDL3084-DFS00049241
UBER-MDL3084-DFS00049241
UBER-MDL3084-DFS00049244
UBER-MDL3084-DFS00049244
UBER-MDL3084-DFS00049247
UBER-MDL3084-DFS00049247
UBER-MDL3084-DFS00049250
UBER-MDL3084-DFS00049250
UBER-MDL3084-DFS00049253
UBER-MDL3084-DFS00049253
UBER-MDL3084-DFS00049255
UBER-MDL3084-DFS00049255
UBER-MDL3084-DFS00049256
UBER-MDL3084-DFS00049256
UBER-MDL3084-DFS00049261
UBER-MDL3084-DFS00049261
UBER-MDL3084-DFS00049263
UBER-MDL3084-DFS00049263

UBER-MDL3084-DFS00049266
UBER-MDL3084-DFS00049266
UBER-MDL3084-DFS00049267
UBER-MDL3084-DFS00049267
UBER-MDL3084-DFS00049268
UBER-MDL3084-DFS00049268
UBER-MDL3084-DFS00049269
UBER-MDL3084-DFS00049269
UBER-MDL3084-DFS00049270
UBER-MDL3084-DFS00049270
UBER-MDL3084-DFS00049272
UBER-MDL3084-DFS00049272
UBER-MDL3084-DFS00049273
UBER-MDL3084-DFS00049273
UBER-MDL3084-DFS00049275
UBER-MDL3084-DFS00049275
UBER-MDL3084-DFS00049277
UBER-MDL3084-DFS00049277
UBER-MDL3084-DFS00049282
UBER-MDL3084-DFS00049282
UBER-MDL3084-DFS00049283
UBER-MDL3084-DFS00049283
UBER-MDL3084-DFS00049284
UBER-MDL3084-DFS00049284
UBER-MDL3084-DFS00049285
UBER-MDL3084-DFS00049285
UBER-MDL3084-DFS00049286
UBER-MDL3084-DFS00049286
UBER-MDL3084-DFS00049287
UBER-MDL3084-DFS00049287
UBER-MDL3084-DFS00049288
UBER-MDL3084-DFS00049288
UBER-MDL3084-DFS00049291
UBER-MDL3084-DFS00049291
UBER-MDL3084-DFS00049292
UBER-MDL3084-DFS00049292
UBER-MDL3084-DFS00049293
UBER-MDL3084-DFS00049293
UBER-MDL3084-DFS00049295
UBER-MDL3084-DFS00049295
UBER-MDL3084-DFS00049296
UBER-MDL3084-DFS00049296
UBER-MDL3084-DFS00049306
UBER-MDL3084-DFS00049306
UBER-MDL3084-DFS00049309
UBER-MDL3084-DFS00049309

UBER-MDL3084-DFS00049314
UBER-MDL3084-DFS00049314
UBER-MDL3084-DFS00049315
UBER-MDL3084-DFS00049315
UBER-MDL3084-DFS00049317
UBER-MDL3084-DFS00049322
UBER-MDL3084-DFS00049323
UBER-MDL3084-DFS00049324
UBER-MDL3084-DFS00049324
UBER-MDL3084-DFS00049324
UBER-MDL3084-DFS00049328
UBER-MDL3084-DFS00049329
UBER-MDL3084-DFS00049330
UBER-MDL3084-DFS00049331
UBER-MDL3084-DFS00049332
UBER-MDL3084-DFS00049333
UBER-MDL3084-DFS00049334
UBER-MDL3084-DFS00049336
UBER-MDL3084-DFS00049338
UBER-MDL3084-DFS00049340
UBER-MDL3084-DFS00049341
UBER-MDL3084-DFS00049342
UBER-MDL3084-DFS00049343
UBER-MDL3084-DFS00049344
UBER-MDL3084-DFS00049345
UBER-MDL3084-DFS00054670
UBER-MDL3084-DFS00054675
UBER-MDL3084-DFS00054679
UBER-MDL3084-DFS00054685
UBER-MDL3084-DFS00054690
UBER-MDL3084-DFS00054694
UBER-MDL3084-DFS00054699
UBER-MDL3084-DFS00054704
UBER-MDL3084-DFS00054704
UBER-MDL3084-DFS00054709
UBER-MDL3084-DFS00054713
UBER-MDL3084-DFS00054716
UBER-MDL3084-DFS00054719
UBER-MDL3084-DFS00054724
UBER-MDL3084-DFS00054726
UBER-MDL3084-DFS00054729
UBER-MDL3084-DFS00054734
UBER-MDL3084-DFS00054739
UBER-MDL3084-DFS00054744
UBER-MDL3084-DFS00054749
UBER-MDL3084-DFS00054754

| | |
|---|---|
| UBER-MDL3084-DFS00054759 | UBER-MDL3084-DFS00054827 |
| UBER-MDL3084-DFS00054764 | UBER-MDL3084-DFS00054828 |
| UBER-MDL3084-DFS00054765 | UBER-MDL3084-DFS00054831 |
| UBER-MDL3084-DFS00054766 | UBER-MDL3084-DFS00054831 |
| UBER-MDL3084-DFS00054766 | UBER-MDL3084-DFS00054832 |
| UBER-MDL3084-DFS00054769 | UBER-MDL3084-DFS00054833 |
| UBER-MDL3084-DFS00054769 | UBER-MDL3084-DFS00054834 |
| UBER-MDL3084-DFS00054771 | UBER-MDL3084-DFS00054834 |
| UBER-MDL3084-DFS00054771 | UBER-MDL3084-DFS00054835 |
| UBER-MDL3084-DFS00054773 | UBER-MDL3084-DFS00054835 |
| UBER-MDL3084-DFS00054773 | UBER-MDL3084-DFS00054837 |
| UBER-MDL3084-DFS00054774 | UBER-MDL3084-DFS00054837 |
| UBER-MDL3084-DFS00054774 | UBER-MDL3084-DFS00054838 |
| UBER-MDL3084-DFS00054776 | UBER-MDL3084-DFS00054838 |
| UBER-MDL3084-DFS00054776 | UBER-MDL3084-DFS00054841 |
| UBER-MDL3084-DFS00054777 | UBER-MDL3084-DFS00054841 |
| UBER-MDL3084-DFS00054777 | UBER-MDL3084-DFS00054843 |
| UBER-MDL3084-DFS00054809 | UBER-MDL3084-DFS00054843 |
| UBER-MDL3084-DFS00054809 | UBER-MDL3084-DFS00054846 |
| UBER-MDL3084-DFS00054810 | UBER-MDL3084-DFS00054846 |
| UBER-MDL3084-DFS00054810 | UBER-MDL3084-DFS00054847 |
| UBER-MDL3084-DFS00054812 | UBER-MDL3084-DFS00054848 |
| UBER-MDL3084-DFS00054812 | UBER-MDL3084-DFS00054848 |
| UBER-MDL3084-DFS00054813 | UBER-MDL3084-DFS00061337 |
| UBER-MDL3084-DFS00054813 | UBER-MDL3084-DFS00061337 |
| UBER-MDL3084-DFS00054814 | UBER-MDL3084-DFS00061339 |
| UBER-MDL3084-DFS00054814 | UBER-MDL3084-DFS00061339 |
| UBER-MDL3084-DFS00054816 | UBER-MDL3084-DFS00061342 |
| UBER-MDL3084-DFS00054816 | UBER-MDL3084-DFS00061342 |
| UBER-MDL3084-DFS00054817 | UBER-MDL3084-DFS00061346 |
| UBER-MDL3084-DFS00054817 | UBER-MDL3084-DFS00061347 |
| UBER-MDL3084-DFS00054818 | UBER-MDL3084-DFS00061348 |
| UBER-MDL3084-DFS00054818 | UBER-MDL3084-DFS00061348 |
| UBER-MDL3084-DFS00054819 | UBER-MDL3084-DFS00061351 |
| UBER-MDL3084-DFS00054819 | UBER-MDL3084-DFS00061351 |
| UBER-MDL3084-DFS00054820 | UBER-MDL3084-DFS00061354 |
| UBER-MDL3084-DFS00054820 | UBER-MDL3084-DFS00061354 |
| UBER-MDL3084-DFS00054821 | UBER-MDL3084-DFS00061355 |
| UBER-MDL3084-DFS00054821 | UBER-MDL3084-DFS00061355 |
| UBER-MDL3084-DFS00054822 | UBER-MDL3084-DFS00061358 |
| UBER-MDL3084-DFS00054822 | UBER-MDL3084-DFS00061359 |
| UBER-MDL3084-DFS00054823 | UBER-MDL3084-DFS00061360 |
| UBER-MDL3084-DFS00054824 | UBER-MDL3084-DFS00061361 |
| UBER-MDL3084-DFS00054825 | UBER-MDL3084-DFS00061362 |
| UBER-MDL3084-DFS00054826 | UBER-MDL3084-DFS00061363 |
| UBER-MDL3084-DFS00054826 | UBER-MDL3084-DFS00061364 |

UBER-MDL3084-DFS00061365
UBER-MDL3084-DFS00061365
UBER-MDL3084-DFS00061366
UBER-MDL3084-DFS00061366
UBER-MDL3084-DFS00061368
UBER-MDL3084-DFS00061369
UBER-MDL3084-DFS00061370
UBER-MDL3084-DFS00061370
UBER-MDL3084-DFS00061373
UBER-MDL3084-DFS00061373
UBER-MDL3084-DFS00061374
UBER-MDL3084-DFS00061375
UBER-MDL3084-DFS00061375
UBER-MDL3084-DFS00061375
UBER-MDL3084-DFS00061379
UBER-MDL3084-DFS00061380
UBER-MDL3084-DFS00061381
UBER-MDL3084-DFS00061382
UBER-MDL3084-DFS00061383
UBER-MDL3084-DFS00061383
UBER-MDL3084-DFS00061385
UBER-MDL3084-DFS00061386
UBER-MDL3084-DFS00065291
UBER-MDL3084-DFS00074473
UBER-MDL3084-DFS00074473
UBER-MDL3084-DFS00074478
UBER-MDL3084-DFS00074478
UBER-MDL3084-DFS00074479
UBER-MDL3084-DFS00074479
UBER-MDL3084-DFS00074480
UBER-MDL3084-DFS00074480
UBER-MDL3084-DFS00074483
UBER-MDL3084-DFS00074483
UBER-MDL3084-DFS00074486
UBER-MDL3084-DFS00074486
UBER-MDL3084-DFS00074489
UBER-MDL3084-DFS00074489
UBER-MDL3084-DFS00074490
UBER-MDL3084-DFS00074490
UBER-MDL3084-DFS00074490
UBER-MDL3084-DFS00074492
UBER-MDL3084-DFS00074492
UBER-MDL3084-DFS00074493
UBER-MDL3084-DFS00074493
UBER-MDL3084-DFS00082671
UBER-MDL3084-DFS00118022

UBER-MDL3084-DFS00144327
UBER-MDL3084-DFS00144327
UBER-MDL3084-DFS00144328
UBER-MDL3084-DFS00144328
UBER-MDL3084-DFS00144330
UBER-MDL3084-DFS00144331
UBER-MDL3084-DFS00144331
UBER-MDL3084-DFS00144587
UBER-MDL3084-DFS00144587
UBER-MDL3084-DFS00144588
UBER-MDL3084-DFS00144588
UBER-MDL3084-DFS00144589
UBER-MDL3084-DFS00144590
UBER-MDL3084-DFS00144590
UBER-MDL3084-DFS00144592
UBER-MDL3084-DFS00144592
UBER-MDL3084-DFS00144593
UBER-MDL3084-DFS00144593
UBER-MDL3084-DFS00144594
UBER-MDL3084-DFS00144594
UBER-MDL3084-DFS00144595
UBER-MDL3084-DFS00144595
UBER-MDL3084-DFS00144596
UBER-MDL3084-DFS00144596
UBER-MDL3084-DFS00144597
UBER-MDL3084-DFS00144597
UBER-MDL3084-DFS00144598
UBER-MDL3084-DFS00144599
UBER-MDL3084-DFS00144599
UBER-MDL3084-DFS00144600
UBER-MDL3084-DFS00144603
UBER-MDL3084-DFS00144603
UBER-MDL3084-DFS00144604
UBER-MDL3084-DFS00144605
UBER-MDL3084-DFS00144605
UBER-MDL3084-DFS00144608
UBER-MDL3084-DFS00144608
UBER-MDL3084-DFS00144608
UBER-MDL3084-DFS00144609
UBER-MDL3084-DFS00144609
UBER-MDL3084-DFS00144612
UBER-MDL3084-DFS00144612
UBER-MDL3084-DFS00144613
UBER-MDL3084-DFS00144681
UBER-MDL3084-DFS00144684
UBER-MDL3084-DFS00144687

UBER-MDL3084-DFS00144690
UBER-MDL3084-DFS00159598
UBER-MDL3084-DFS00159599
UBER-MDL3084-DFS00159600
UBER-MDL3084-DFS00159600
UBER-MDL3084-DFS00159600
UBER-MDL3084-DFS00159600
UBER-MDL3084-DFS00159601
UBER-MDL3084-DFS00159602
UBER-MDL3084-DFS00159603
UBER-MDL3084-DFS00159603
UBER-MDL3084-DFS00159617
UBER-MDL3084-DFS00159617
UBER-MDL3084-DFS00159617
UBER-MDL3084-DFS00159621
UBER-MDL3084-DFS00159621
UBER-MDL3084-DFS00159622
UBER-MDL3084-DFS00159622
UBER-MDL3084-DFS00159622
UBER-MDL3084-DFS00159623
UBER-MDL3084-DFS00159626
UBER-MDL3084-DFS00159626
UBER-MDL3084-DFS00159626
UBER-MDL3084-DFS00159627
UBER-MDL3084-DFS00159627
UBER-MDL3084-DFS00159633
UBER-MDL3084-DFS00159633
UBER-MDL3084-DFS00159638
UBER-MDL3084-DFS00159638
UBER-MDL3084-DFS00159643
UBER-MDL3084-DFS00159643
UBER-MDL3084-DFS00159648
UBER-MDL3084-DFS00159648
UBER-MDL3084-DFS00159653
UBER-MDL3084-DFS00159653
UBER-MDL3084-DFS00159658
UBER-MDL3084-DFS00159661
UBER-MDL3084-DFS00159661
UBER-MDL3084-DFS00159664
UBER-MDL3084-DFS00159664
UBER-MDL3084-DFS00159666
UBER-MDL3084-DFS00159666
UBER-MDL3084-DFS00159669
UBER-MDL3084-DFS00159669
UBER-MDL3084-DFS00159672
UBER-MDL3084-DFS00159672

UBER-MDL3084-DFS00159674
UBER-MDL3084-DFS00159674
UBER-MDL3084-DFS00159677
UBER-MDL3084-DFS00159677
UBER-MDL3084-DFS00159678
UBER-MDL3084-DFS00159679
UBER-MDL3084-DFS00159679
UBER-MDL3084-DFS00159680
UBER-MDL3084-DFS00159680
UBER-MDL3084-DFS00159681
UBER-MDL3084-DFS00159681
UBER-MDL3084-DFS00159682
UBER-MDL3084-DFS00159682
UBER-MDL3084-DFS00159683
UBER-MDL3084-DFS00159683
UBER-MDL3084-DFS00159686
UBER-MDL3084-DFS00159686
UBER-MDL3084-DFS00159688
UBER-MDL3084-DFS00159688
UBER-MDL3084-DFS00159689
UBER-MDL3084-DFS00159689
UBER-MDL3084-DFS00159689
UBER-MDL3084-DFS00159691
UBER-MDL3084-DFS00159691
UBER-MDL3084-DFS00159692
UBER-MDL3084-DFS00159692
UBER-MDL3084-DFS00159695
UBER-MDL3084-DFS00159695
UBER-MDL3084-DFS00159697
UBER-MDL3084-DFS00159697
UBER-MDL3084-DFS00159699
UBER-MDL3084-DFS00159699
UBER-MDL3084-DFS00159701
UBER-MDL3084-DFS00159701
UBER-MDL3084-DFS00159705
UBER-MDL3084-DFS00159705
UBER-MDL3084-DFS00159709
UBER-MDL3084-DFS00159709
UBER-MDL3084-DFS00159709
UBER-MDL3084-DFS00159710
UBER-MDL3084-DFS00159710
UBER-MDL3084-DFS00159956
UBER-MDL3084-DFS00159957
UBER-MDL3084-DFS00159958
UBER-MDL3084-DFS00159959
UBER-MDL3084-DFS00159960

UBER-MDL3084-DFS00159961

UBER-MDL3084-DFS00160131

UBER-MDL3084-DFS00159962

UBER-MDL3084-DFS00160132

UBER-MDL3084-DFS00159963

UBER-MDL3084-DFS00160133

UBER-MDL3084-DFS00159964

UBER-MDL3084-DFS00160134

UBER-MDL3084-DFS00159965

UBER-MDL3084-DFS00160140

UBER-MDL3084-DFS00159966

UBER-MDL3084-DFS00160140

UBER-MDL3084-DFS00159967

UBER-MDL3084-DFS00160141

UBER-MDL3084-DFS00159967

UBER-MDL3084-DFS00160141

UBER-MDL3084-DFS00159972

UBER-MDL3084-DFS00160142

UBER-MDL3084-DFS00159973

UBER-MDL3084-DFS00160143

UBER-MDL3084-DFS00159974

UBER-MDL3084-DFS00160144

UBER-MDL3084-DFS00159975

UBER-MDL3084-DFS00160145

UBER-MDL3084-DFS00159976

UBER-MDL3084-DFS00160146

UBER-MDL3084-DFS00159977

UBER-MDL3084-DFS00160147

UBER-MDL3084-DFS00160047

UBER-MDL3084-DFS00160148

UBER-MDL3084-DFS00160050

UBER-MDL3084-DFS00169354

UBER-MDL3084-DFS00160050

UBER-MDL3084-DFS00182150

UBER-MDL3084-DFS00160052

UBER-MDL3084-DFS00182151

UBER-MDL3084-DFS00160052

UBER-MDL3084-DFS00182152

UBER-MDL3084-DFS00160053

UBER-MDL3084-DFS00182153

UBER-MDL3084-DFS00160053

UBER-MDL3084-DFS00184434

UBER-MDL3084-DFS00160054

UBER-MDL3084-DFS00187594

UBER-MDL3084-DFS00160054

UBER-MDL3084-DFS00187595

UBER-MDL3084-DFS00160056

UBER-MDL3084-DFS00187596

UBER-MDL3084-DFS00160056

UBER-MDL3084-DFS00187881

UBER-MDL3084-DFS00160059

UBER-MDL3084-DFS00187882

UBER-MDL3084-DFS00160060

UBER-MDL3084-DFS00187883

UBER-MDL3084-DFS00160061

UBER-MDL3084-DFS00188034

UBER-MDL3084-DFS00160064

UBER-MDL3084-DFS00188035

UBER-MDL3084-DFS00160066

UBER-MDL3084-DFS00188036

UBER-MDL3084-DFS00160105

UBER-MDL3084-DFS00188037

UBER-MDL3084-DFS00160109

UBER-MDL3084-DFS00216657

UBER-MDL3084-DFS00160113

UBER-MDL3084-DFS00216658

UBER-MDL3084-DFS00160114

UBER-MDL3084-DFS00216660

UBER-MDL3084-DFS00160114

UBER-MDL3084-DFS00216662

UBER-MDL3084-DFS00160114

UBER-MDL3084-DFS00216665

UBER-MDL3084-DFS00160119

UBER-MDL3084-DFS00216667

UBER-MDL3084-DFS00160120

UBER-MDL3084-DFS00216670

UBER-MDL3084-DFS00160121

UBER-MDL3084-DFS00216672

UBER-MDL3084-DFS00160122

UBER-MDL3084-DFS00216674

UBER-MDL3084-DFS00160123

UBER-MDL3084-DFS00216676

UBER-MDL3084-DFS00160124

UBER-MDL3084-DFS00216678

UBER-MDL3084-DFS00160125

UBER-MDL3084-DFS00216681

UBER-MDL3084-DFS00160128

UBER-MDL3084-DFS00216685

UBER-MDL3084-DFS00160129

UBER-MDL3084-DFS00216687

UBER-MDL3084-DFS00160130

UBER-MDL3084-DFS00216688

**Confidential – Subject to Protective Order**

Confidential - Subject to Protective Order

| | |
|---|---|
| UBER-MDL3084-DFS00216690 | UBER-MDL3084-DFS00216713 |
| UBER-MDL3084-DFS00216692 | UBER-MDL3084-DFS00216715 |
| UBER-MDL3084-DFS00216694 | UBER-MDL3084-DFS00216717 |
| UBER-MDL3084-DFS00216696 | UBER-MDL3084-DFS00216720 |
| UBER-MDL3084-DFS00216698 | UBER-MDL3084-DFS00216722 |
| UBER-MDL3084-DFS00216700 | UBER-MDL3084-DFS00216724 |
| UBER-MDL3084-DFS00216701 | UBER-MDL3084-DFS00216754 |
| UBER-MDL3084-DFS00216703 | UBER-MDL3084-DFS00216754 |
| UBER-MDL3084-DFS00216704 | UBER-MDL3084-DFS00216761 |
| UBER-MDL3084-DFS00216706 | URBAN000663 |
| UBER-MDL3084-DFS00216708 | URBAN000896 |
| UBER-MDL3084-DFS00216710 | VALOR000001 |
| UBER-MDL3084-DFS00216712 | WK_000001 |

[SAFE-3547518] 29-Jan-2023 – Minneapolis – St. Paul / 28 / United States / Midwest / US Central & Canada / US & Canada – LF – Non-Consensual Kissing – Seuxal Body Part (January 29, 2023)

20-Dec-2019 - San Francisco / 1 / United States / West / US West / US & Canada - L3 - Non-Consensual Touching - Non-Sexual Body Part

Accessing S3 Buckets User Guide (November 22, 2024)

April 30, 2025 UUID production

August 6, 2025 New York Times article

BDO Document (Combined)

Buzzfeed, (Mar. 6, 2016 (Hourdajian Ex. 104)

BW-DEAN_JAYLYNN_000083 - 000085

Chronology of Incident Reports

City ID Codes – Highly Confidential – Attorney's Eyes Only

City_ID Codes - Highly Confidential Attorneys' Eyes Only

Email from Jay Haider (February 1, 2025)

How Data Shapes the Uber Rider App

How Uber Achieves Operational Excellence in the Data Quality Experience

Incident Report Field Convenience Descriptions (March 24, 2025)

Internal Data Offers Glimpse At Uber Sex Assault Complaints

July 3, 2025 Deposition of Travis Kalanick

Mar. 24, 2025 Field Convenience Description List

March 24, 2025 email from J. Haider re: Outstanding safety data issues.

New York City / 5 / United States / TRIPAD / US East / US & Canada - L2 - Verbal - Non-explicit Inappropriate Remark / Gesture

NSVRC_00052

NSVRC_85701

Parent Category Usage Tracking

PETERS SUBPOENA-00013327

PETERS SUBPOENA-00014227

PETERS SUBPOENA-00016157

PETERS SUBPOENA-00022460

PETERS SUBPOENA-00022958

PETERS SUBPOENA-00022966

PETERS SUBPOENA-00023127

Confidential – Subject to Protective Order                    Confidential - Subject to Protective Order

PETERS SUBPOENA-00023552
PETERS SUBPOENA-00025807
PETERS SUBPOENA-00033369
PETERS SUBPOENA-00039349
PETERS SUBPOENA-00047636
PETERS SUBPOENA-00047651
PETERS SUBPOENA-00048918
QS_00000701
Safe Dispatch Model (SDM)
Tab 8, SRAD Features – 2022 – H2
The Flack Incident Classification Data, 2017-2024
The History of Uber
U.S. Safety Report 2020-2021
Uber Custodial/Non-Custodial.xlsx (March 28, 2024)

**Other**

Final Clawback Agreement (June 1, 2025)
Hassan Ibrahim Turay Bosco Comprehensive Report (February 17, 2025)
United States Government Accountability Office Report to Congressional Address – Ridesharing and Taxi Safety: Information on Assaults Against Drivers and Passengers (February 2024)
BDO_MDL - Uber Data Walkthrough-20241205_140422-Meeting Recording
S-RAD Timeline (V1)

**Discovery**

Defendants Uber Technologies, Inc., Rasier LLC and Rasier-CA, LLC's Amended Responses to Plaintiffs' Second Set of Interrogatories, (May 1st, 2025)
Uber's Second Amended Responses to Plaintiffs' Second Set of Interrogatories, (May 28, 2025)
Defendants Responses and Objections to Plaintiff's First Set of Interrogatories (June 20, 2024)
Information Provided by Defendants Pursuant to the Parties Agreement, Dated April 4, 2025
BW Defendant Fact Sheet Excerpts
Defendants Amended Responses to Plaintiffs' Second Set of Interrogatories (May 1, 2025)
Defendants Responses to Plaintiffs' Second Set of Interrogatories (April 30, 2025)
Peter Sauerwein Verification re Responses to Plaintiff's Second Set of Interrogatories (May 2, 2025)
Defendants Responses to Interrogatory No. 28 of Plaintiffs' Second Set of Interrogatories.
Defendants Response to Interrogatory No. 4
Defendants Response to Interrogatory No. 5
Defendants August 18, 2025 Objections and Responses to Plaintiffs' Interrogatories and Requests for Admissions in Lieu of 30(b)96) Depositions
Supplemental Declaration of Todd Gaddis (June 10, 2025)
Declaration of Todd Gaddis (August 18, 2025)
Defendants Certification re Incident Report Data Pursuant to ECF 2407 (March 6, 2025)
Certification of Katherine McDonald (January 10, 2025)
In Re: Uber Technologies, Inc. Passenger Sexual Assault Litigation United States District Court, Northern District of CaliforniaCase No. 3:23-md-03084-CRB – BDO Appendix A
Deactivation Reason Data Re Interrogatory Nos 16 and 29
Trip Payment Information Provided by Defendants Pursuant to the Parties' Agreement Dated

**Confidential – Subject to Protective Order**                    Confidential - Subject to Protective Order

April 10 2025

**Confidential – Subject to Protective Order**                    Confidential - Subject to Protective Order