Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Administrative Motion to Seal Certain Materials Attached to the Parties' Motions to Exclude Experts (the "Motion"), the Court hereby **ORDERS** that the following portions of the November 14 and 18, 2025 filings remain under seal, as requested in Uber's Motion:

| Document | Text to Be Sealed[1] |
|---|---|
| Ex. 1 to Uber's Motion to Exclude Bruce Weiner (Redacted Expert Report of Bruce Weiner) | Weiner Rpt. ¶¶ 89-90, 101, 116-17, 122-23, 139, 140, 141, 151, 153, 155, 156, 157, 165, 168, 169, 269(e); n.146; Ex. C ¶ 13 |
| Ex. 2 to Uber's Motion to Exclude Bruce Weiner (Redacted Deposition of Bruce Weiner) | Weiner Dep. at 243:9-13, 243:25-244:1, 244:18-21, 245:19-20, 245:25-246:1, 324:9-11, 328:5, 328:13-14, 403:4 |
| Ex. 1 to Uber's Motion to Exclude Cynthia Rando, CHFP (Redacted Expert Report of Cynthia Rando, CHFP) | Rando Rpt. ¶¶ 157, 160 |
| Ex. 1 to Uber's Motion to Exclude John Chandler, Ph.D. (Redacted Expert Report of John Chandler, Ph.D.) | Chandler Rpt. ¶¶ 147, 161, 167, 175, 178, 195; Figures 49, 52, 59, 60, 62, 63-67, 76-78; App'x D at ¶ 17; Data Tables 1-3; Plaintiff Names |
| Ex. 4 to Uber's Motion to Exclude John Chandler, Ph.D. (Redacted Rebuttal Expert Report of John Chandler, Ph.D.) | Chandler Rebuttal at 21 n.65, 70, 72-74; Figures 2[2]-5 |
| Ex. 7 to Uber's Motion to Exclude John Chandler, Ph.D. (Redacted Rebuttal Report of Victoria Stodden, Ph.D.) | Stodden Rebuttal ¶¶ 8.f, 9, 14 & nn.20-22, 17, 22, 29.c, 35, 44, 47, 58.a.-c. & nn.138 & 142; Figures 2A & 2B |
| Ex. 8 to Uber's Motion to Exclude John Chandler, Ph.D. (Redacted Incident Report Classification of Dominant Tickets for 2017-2024) | Incident Report Classification at 1-2, 5, 6-73 (rows containing category data) |
| Ex. 1 to Uber's Motion to Exclude Lacey Keller (Redacted Expert Report of Lacey Keller) | Keller Rpt. at 4; *id.* at ¶¶ 9.1, 9.2, 9.4, 18.2, 19.1-19.4, 30, 33, 35, 43-43.7, 45-51, 53-54, 56, 59, 62.1, 62.3, 62.4, 62.5, 62.7, 62.8, 62.9, 64-66, 68, 69.1, 69.3, 70-73, 78-80; Tables 1; 3; Figures 2, 4, 8-11, 16; nn.62-64, 151, 166, 170; App'x A. at ¶¶ 25.2.1-25.2.4, 25.3, 25.4.1-25.4.4, 28.1-28.4, 30, 34-35, 40, 41.1-41.6, 42-43; App'x D pg. 7, Figures 1, 5-6, 10-11, 15-16, 20-21, 25; |

---

[1] In each case, Uber is the party claiming confidentiality, except as to Plaintiff Names, which Uber understands Plaintiffs are moving to seal separately.

[2] The Chandler Rebuttal has two figures labeled 2, and Uber is seeking to redact both of them.

| | |
|---|---|
| | App'x F; Plaintiff Names |
| Ex. 2 to Uber's Motion to Exclude Lacey Keller (Redacted Deposition of Lacey Keller) | Keller Dep. at 140:21, 140:25-141:3, 141:14, 141:19, 141:22-23, 148:15-18, 209:6-9, 229:6, 229:8, 229:10, 229:13, 260:22, 261:19, 264:10-11, 282:22, 283:6, 293:3, 294:6-8, 294:21-24, 295:10, 295:4-6, 306:6, 310:14-16, 310:18-19, 311:14-17, 312:4-6, 312:8, 312:14, 319:14, 325:18-20, 320:1, 326:10, 326:12-13, 327:14-15, 327:17-18 |
| Ex. 1 to Uber's Motion to Exclude Thomas R. Tremblay (Redacted Expert Report of Thomas R. Tremblay) | Tremblay Rpt. at 23 |
| Ex. 1 to Uber's Motion to Exclude Veronique Valliere (Redacted Expert Report of Veronique Valliere) | Valliere Rpt. at 8, 9, 17, 24-25 |
| Ex. 3 to Uber's Motion to Exclude Veronique Valliere (Redacted Deposition of Veronique Valliere) | Valliere Dep. at 256:24-25, 258:18-19, 258:25-259:1, 259:4-6, 259:12-13, 259:16, 259:20-24, 260:1-2, 260:6, 260:11, 260:18, 261:2, 261:11-15, 262:5-6, 262:12-13, 262:24-25, 263:10-12, 263:16-17, 263:23-264:2, 267:14-15, 273:9-10 |
| Ex. 1 to Uber's Motion to Exclude Lindsay D. Cameron, Ph.D. (Redacted Rebuttal Report of Lindsay D. Cameron, Ph.D.) | Cameron Rebuttal at 48-49, 52, 57, 58 |
| Ex. C to Plaintiffs' Motion to Exclude Expert Testimony (Redacted Export Report of Vida Thomas) | Thomas Rpt. at ¶¶ 64-65 |
| Plaintiffs' Motion to Exclude Expert Testimony | Mot. at 10:7-8, 10:11, 10:13, 10:17 |
| Ex. B to Plaintiffs' Motion to Exclude Orchowski (Redacted Deposition of Lindsay Orchowski, Ph.D.) | Orchowsksi Dep. at 170:8-20; 171:2-5 |

**IT IS SO ORDERED.**

| | |
|---|---|
| 1  DATED:_____ | By:_____ |
| 2 | Hon. Charles R. Breyer |
|   | United States District Court Judge |