1    RACHEL B. ABRAMS (Cal Bar No. 209316)
     ADAM B. WOLF (Cal Bar No. 215914)
2    **Peiffer Wolf Carr Kane Conway & Wise, LLP**
     555 Montgomery Street, Suite 820
3    San Francisco, CA 94111
     Telephone: 415.766.3544
4    Facsimile: 415.840.9435
     Email: rabrams@peifferwolf.com
5    Email: awolf@peifferwolf.com

6    TIFFANY R. ELLIS (*Admitted PHV*)
     **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7    15 E. Baltimore Ave.
     Detroit, MI 48202
8    Telephone: 313.210.1559
     Facsimile: 415.840.9435
9    Email: tellis@peifferwolf.com

10   *Counsel for Plaintiff*

11

                        **UNITED STATES DISTRICT COURT**
12                      **NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN FRANCISCO DIVISION**
13

14   IN RE: UBER TECHNOLOGIES, INC.,
     PASSENGER SEXUAL ASSAULT             **)**   No. 3:23-md-03084-CRB
     LITIGATION                           **)**
15                                        **)**   **NOTICE OF FILING OF NEW ACTION**
                                          **)**
16                                        **)**
                                          **)**
17   ───────────────────────────────     **)**
                                          **)**
18   *This document relates to:*          **)**
                                          **)**
19   *K.H. v. UBER TECHNOLOGIES, INC., et* **)**
     *al., 3:25-cv-09735-CRB*             **)**
20                                        **)**
                                          **)**
21                                        **)**

22

23        Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

24   with Jury Demand in the above-referenced action was filed on November 12, 2025.

25   ///

26   ///

27   ///

28

1    Dated: November 25, 2025            Respectfully submitted,

2                                        By: */s/ Rachel B. Abrams*
3                                        RACHEL B. ABRAMS (Cal Bar No. 209316)
                                         ADAM B. WOLF (Cal Bar No. 215914)
4                                        **Peiffer Wolf Carr Kane Conway & Wise, LLP**
                                         555 Montgomery Street, Suite 820
5                                        San Francisco, CA 94111
                                         Telephone: 415.766.3544
6                                        Facsimile: 415.840.9435
                                         Email: rabrams@peifferwolf.com
7                                               awolf@peifferwolf.com

8                                        TIFFANY R. ELLIS (*Admitted PHV*)
9                                        **Peiffer Wolf Carr Kane Conway & Wise, LLP**
                                         15 E. Baltimore Ave.
10                                       Detroit, MI 48202
                                         Telephone: 313.210.1559
11                                       Facsimile: 415.840.9435
                                         Email: tellis@peifferwolf.com

12
                                         *Counsel for Plaintiff*
13

14

15                        **CERTIFICATE OF SERVICE**

16        I hereby certify that on November 25, 2025, I electronically transmitted the foregoing

17   **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System

18   for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

19

20                                       */s/ Rachel B. Abrams*
                                         Rachel B. Abrams
21

22

23

24

25

26

27

28

CASE NO. 3:23-md-03084-CRB            2    NOTICE OF FILING OF NEW ACTION