Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

*[Additional Counsel Listed on Signature Pages]*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL WAVE 1 BELLWETHER CASES | Case No. 3:23-md-03084-CRB (LJC)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING S-RAD SCORES**<br><br>**FILED UNDER SEAL**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom:  6 - 17th Floor |

WHEREAS, on October 14, 2025, Uber's 30(b)(6) representative on case-specific S-RAD topics provided a deposition exhibit listing S-RAD scores and certain S-RAD data points for each of the bellwether plaintiffs' trips;

WHEREAS, the relevant city's average S-RAD score for the LCHB 128 case was calculated based on nighttime trips in the 7 preceding days even though the LCHB 128 trip occurred during S-RAD daytime thereshold hours;

WHEREAS, the parties agreed to stipulate to the relevant city's average S-RAD score in the preceding 7 days using daytime trips;

NOW, THEREFORE, the parties, each intending to be bound, stipulate and agree as follows:

1. The average S-RAD score for daytime trips in CityID 26 (covering Phoenix, AZ and Tempe, AZ) over a 7-day period ending on June 28, 2024 was ▮

**IT IS SO STIPULATED.**

DATED: November 25, 2025                Respectfully submitted,

By: */s/ Sarah R. London*
RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
PEIFFER WOLF CARR KANE CONWAY
 & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
           awolf@peifferwolf.com
           scraig@peifferwolf.com

ROOPAL P. LUHANA *(Pro Hac Vice)*
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

SARAH R. LONDON (SBN 267083)
ANDREW R. KAUFMAN (*Pro Hac Vice*)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
           akaufman@girardsharp.com

1
2          *Co-Lead Counsel for Plaintiffs*
3
4   Dated:  November 19, 2025          KIRKLAND & ELLIS LLP
5
                                       */s/  Mark Premo-Hopkins*
6                                      Jessica Davidson (*Admitted Pro Hac Vice*)
                                       jessica.davidson@kirkland.com
7                                      601 Lexington Avenue New York, NY 10022
                                       Telephone: (212) 446-4800
8
                                       Allison M. Brown (*Admitted Pro Hac Vice*)
9                                      alli.brown@kirkland.com
                                       2005 Market Street, Suite 1000
10                                     Philadelphia, PA 19103
                                       Telephone: (215) 268-5000
11
12                                     Laura Vartain (SBN 258485)
                                       laura.vartain@kirkland.com
13                                     Mark Premo-Hopkins (*Admitted Pro Hac Vice*)
                                       mark.premohopkins@kirkland.com
14                                     555 California Street
                                       San Francisco, CA 94104
15                                     Telephone: (415) 439-1400
16
                                       *Attorneys for Defendants*
17                                     UBER TECHNOLOGIES, INC.,
                                       RASIER, LLC, and RASIER-CA, LLC
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: November 25, 2025

                                       */s/ Andrew Kaufman*
                                       Andrew Kaufman

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: _____   _____
                                 Honorable Charles R. Breyer
                                 United States District Judge