1  [Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION  This Document Relates to:  ALL WAVE 1 BELLWETHER CASES | Case No. 23-md-03084-CRB  **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
|---|---|

Under Civil Local Rules 7-11 and 79-5(f), Plaintiffs move the Court to consider whether material designated confidential by Uber should be sealed.

On November 25, 2025, Plaintiffs filed JOINT STIPULATION OF FACTS REGARDING S-RAD SCORES which refers to information that Uber designated "CONFIDENTIAL" and / or "HIGHLY CONFIDENTIAL".

**Material To Be Filed Under Seal**

The material to be filed under seal is in a portion of:

| Document | Description | Designating Party |
|---|---|---|
| Joint Stipulation of Facts regarding S-RAD Scores | Confidential fact | Uber |

Under Local Rule 79-5(f)(3), Uber bears the responsibility to establish that all the designated material is sealable and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules. None of the information at issue was marked confidential by Plaintiffs.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Sarah R. London in Support of this Motion; and
2. A Proposed Order that lists in tabular format all material sought to be sealed.

- 1 -

ADMIN MOT. TO CONSIDER WHETHER
ANOTHER PARTY'S MAT. SHOULD BE SEALED
CASE NO. 23-MD-03084-CRB

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 25, 2025 | Respectfully submitted, |
| 3 | | By: */s/ Sarah R. London* |
| 4 | | Sarah R. London (SBN 267093) |
| 5 | | **GIRARD SHARP LLP** |
| 6 | | 601 California St., Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800 |
| 7 | | slondon@girardsharp.com |
| 8 | | By: */s/ Rachel B. Abrams*<br>Rachel B. Abrams (SBN 209316) |
| 9 | | |
| 10 | | **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP** |
| 11 | | 555 Montgomery Street, Suite 820<br>San Francisco, CA 94111 |
| 12 | | Telephone: (415) 426-5641<br>Facsimile: (415) 840-9435 |
| 13 | | rabrams@peifferwolf.com |
| 14 | | By: */s/ Roopal P. Luhana* |
| 15 | | Roopal P. Luhana |
| 16 | | **CHAFFIN LUHANA LLP** |
| 17 | | 600 Third Avenue, 12th Floor<br>New York, NY 10016<br>Telephone: (888) 480-1123 |
| 18 | | Facsimile: (888) 499-1123<br>luhana@chaffinluhana.com |
| 19 | | |
| 20 | | *Co-Lead Counsel for Plaintiffs* |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: November 25, 2025                By:   */s/ Andrew R. Kaufman*
                                                     Andrew R. Kaufman