IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ <br><br> This Order Relates To: <br><br> Jaylynn Dean v. Uber Techs., Inc., Case No. 23-cv-06708-CRB | MDL No. 3084 <br><br> **PRETRIAL ORDER NO. 36: ORDER REGARDING PAGE LIMITS FOR MOTIONS IN LIMINE** <br><br> Re: Dkt. No. 4468 |

Having considered the parties' letter briefing on the issue of page limits for motions in limine, see dkt. 4468, the Court adopts Plaintiffs' proposal. Each party may file up to 25 total pages of motion in limine briefing.

**IT IS SO ORDERED.**

Dated: November 25, 2025

CHARLES R. BREYER
United States District Judge