UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*I.C. v. Uber Technologies, Inc., et al;*<br>*3:25-cv-06382-CRB* | MDL No. 3084 CRB<br><br>**[PROPSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF I.C.** |

This matter comes before the court on the Motion of Peiffer Wolf Carr Kane Conway and Wise, LLP ("Peiffer Wolf") to withdraw as counsel for Plaintiff I.C. in the above-captioned case pursuant to Local Rule 11-5 and California Rules of Professional Conduct 1.16(b)(4) and 1.16(d).

1. Peiffer Wolf's Motion is GRANTED. Peiffer Wolf and its attorneys are terminated as counsel of record for Plaintiff I.C.
2. Pursuant to Local Rule 11-5(b) Peiffer Wolf is ordered to serve all notices, papers, or pleadings on Plaintiff by regular mail until such time as this Plaintiff appears *pro se* or counsel appear on her behalf.

**IT IS SO ORDERED.**

Dated: _____

                                                                  HON. CHARLES R. BREYER
                                                                  United States District Court Judge