RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: (415) 766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANSISCO

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer<br><br>**PLAINTIFFS' MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 10**<br><br>Date: December 12, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |
| This Document Relates to:<br><br>*Grier v. Uber Technologies, Inc., et al;* 3:23-cv-05960-CRB<br><br>*Rivera v. Uber Technologies, Inc., et al;* 3:25-cv-03285-CRB | |

## 1. INTRODUCTION

On October 20, 2025, Defendants filed a Motion to Dismiss the claims of the above-captioned Plaintiffs on the grounds that Plaintiffs have failed to comply with Pretrial Order ("PTO") No. 10. See *Docket No. 3731*. PTO 10 establishes procedures and deadlines related

to the production of Plaintiff Fact Sheets. *See Docket No. 348*. Further, on November 3, 2025, Plaintiffs filed an Opposition to Defendants Motion to Dismiss. *See Docket No. 4291*. On November 19, 2025, this Court issued an Order dismissing without prejudice all claims identified in Exhibit A of Defendants' Motion to Dismiss and requiring that counsel for Plaintiffs file notices of dismissal and serve a Rule 26(g) Certification within 14 days of the date of the Order. *See Docket No. 4442*. Plaintiffs now submit this Motion to Reconsider this Court's Order as it relates to the above captioned Plaintiffs.

## II. ARGUMENT

**A.  Plaintiffs Rivera and Grier have complied with PTO 10.**

Plaintiff Rivera served her Plaintiff Fact Sheet ("PFS") verification via MDL Centrality on November 18, 2025. *See MDL-Centrality document number 167905*. Further, on November 19, 2025, Plaintiffs' Counsel notified Uber of the submission of Plaintiff Rivera's signed verification and requested that Uber remove Plaintiff Rivera from their Motion to Dismiss.

Counsel also reminds the Court of Plaintiff Rivera's incarceration which was detailed in Plaintiff's Opposition to Defendants' Motion to Dismiss. *See Docket No. 4291*. While communication with Plaintiff Rivera has been incredibly difficult, Counsel underwent extensive efforts to contact her regarding her discovery obligations under PTO 10, which she has now done.

Prior to the Court's dismissal Order, Plaintiff Grier served her Plaintiff Fact Sheet ("PFS") verification via MDL Centrality on November 19, 2025. *See MDL-Centrality document number 168192*. Counsel's extensive efforts to communicate with Ms. Grier about her PTO 10 obligations were also detailed in Plaintiff's Opposition to Defendants' Motion to Dismiss. *See Docket No. 4291*. While communication with Plaintiff Grier has been difficult, she has now fully complied with her PTO 10 discovery obligations.

Given that Plaintiffs Rivera and Grier have fully complied with their PTO 10 discovery obligations, Plaintiffs respectfully request that the Court reconsider dismissal of their cases and remove them from the dismissal Order, *Docket No. 4442*. Counsel for Plaintiffs believes that a reconsideration of the Order dismissing their cases is warranted as dismissal is unduly prejudicial to the Plaintiffs.

### III. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that this Court amend the Order dismissing cases for failure to comply with PTO 10 to remove Plaintiffs Rivera and Grier.

Dated: November 26, 2025

Respectfully Submitted by:

*/s/ Rachel Abrams*
Rachel B. Abrams (Bar #209316)
Adam B. Wolf (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: 415-766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
        awolf@peifferwolf.com

Tiffany R. Ellis (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

# CERTIFICATE OF SERVICE

I hereby certify that, on November 26, 2025, I electronically filed the following with the Clerk of the Court using the CM/ECF System, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: November 26, 2025

Respectfully Submitted by:

*/s/ Rachel Abrams*
Rachel B. Abrams (Bar #209316)
Adam B. Wolf (Cal Bar No. 215914)
**Peiffer Wolf Carr**
**Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: 415-766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
         awolf@peifferwolf.com

Tiffany R. Ellis (*Admitted PHV*)
**Peiffer Wolf Carr**
**Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com