RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.
Detroit, MI 48216
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>**DECLARATION OF RACHEL B. ABRAMS IN SUPPORT OF PLAINTIFFS' MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 10** |
| This Document Relates to:<br><br>*Grier v. Uber Technologies, Inc., et al;*<br>*3:23-cv-05960-CRB*<br><br>*Rivera v. Uber Technologies, Inc., et al;*<br>*3:25-cv-03285-CRB* | |

I, Rachel B. Abrams, declare:

1. I am an attorney in the law firm of Peiffer Wolf Carr Kane Conway and Wise, LLP. I am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

**Plaintiff Grier:**

2. Plaintiff Grier failed to respond to numerous efforts to reach her made by myself or my

staff between January 2, 2025 and November 14, 2025. These efforts were made via phone call, text message, physical mail and email.

3. On November 17, 2023, after communicating with Plaintiff Grier, her case was filed in the MDL. Our office informed Plaintiff of her discovery obligations, including the Plaintiff Fact Sheet.

4. On May 28, 2024, Peiffer Wolf submitted Plaintiff Grier's Fact Sheet with the information provided by Plaintiff, along with her signed verification.

5. On July 3, 2025, Uber's counsel informed our firm of alleged deficiencies with Plaintiff's discovery.

6. Between July 3, 2025 and November 19, 2025, Plaintiff received numerous emails, text messages, telephone calls, voice messages, and letters requesting that she contact our office or provide requested information. These communications included five (5) unsuccessful phone calls with no ability to leave voice messages, four (4) phone calls with ability to leave voice messages, five (5) text messages, five (5) e-mails, and one (1) letter. In these communications, we repeatedly explained the need for her continued participation in the case, the risk that her case may be dismissed, and that we would need to withdraw as counsel if she did not contact our office.

7. During that process, our firm also conducted investigations to try and locate alternative phone numbers and email addresses for Plaintiff.

8. On September 16, 2025, we sent Plaintiff Grier a letter by U.S. certified mail explaining that if she did not contact our firm by September 25, 2025, we would choose to withdraw as counsel.

9. On October 17, 2025, our office sent Uber notice of our intent to withdraw from Plaintiff's representation. Notice was issued prior to Uber's motion to dismiss.

10. On November 14, 2025, Plaintiff Grier resurfaced and commenced communication with our firm via email. Between November 14, 2025 and November 19, 2025, Plaintiff Grier was notified of her discovery obligations and the PFS verification requirement and that failure to do so could result in the dismissal of her claim.

11. On November 19, 2025, Ms. Grier signed and returned her PFS Verification. The Verification was uploaded to MDL Centrality and served that same day.

**Plaintiff Rivera:**

12. Plaintiff Rivera is incarcerated and communication with her has been incredibly difficult. Counsel has utilized extensive efforts to reach Rivera, predating the filing of Uber's motion to dismiss.

13. After we were finally able to communicate with her, Plaintiff Rivera returned her signed PFS Verification to our office on November 18, 2025. The Verification was uploaded to MDL Centrality and served that same day.

Executed this 26th day of November, 2025 in San Francisco, California.

*/s/ Rachel B. Abrams*
Rachel B. Abrams

*Counsel for Plaintiff*