# Exhibit A

Exhibit A – Uber's Motion to Dismiss for Failure to Comply with PTO 5
*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| OC ID # | MDLC ID | Case Name | Counsel | Case Number | Receipt Due Date | Days Overdue (as of 11/23/25) | Date of Delinquency Notice |
|---|---|---|---|---|---|---|---|
| 6983 | None | Jane Doe LS 634 | Levin Simes, LLP | 3:25-cv-07323 | 9/12/2025 | 73 | 09/19/2025 |
| 7038 | None | Jane Doe NLG (N.T.) | Nachawati Law Group | 3:25-cv-07540 | 9/22/2025 | 63 | 9/29/2025 |
| 7133 | None | Jane Doe NLG (N.H.) | Nachawati Law Group | 3:25-cv-08109 | 10/8/2025 | 47 | 10/14/2025 |
| 7135 | None | Jane Doe NLG 5 (A.H.) | Nachawati Law Group | 3:25-cv-08112 | 10/8/2025 | 47 | 10/14/2025 |
| 7157 | None | Jane Doe NLG (N.S.) | Nachawati Law Group | 3:25-cv-08186 | 10/13/2025 | 42 | 10/14/2025 |
| 7174 | None | Jane Doe NLG (D.S.) | Nachawati Law Group | 3:25-cv-08258 | 10/16/2025 | 39 | 10/22/2025 |
| 7175 | None | Jane Doe NLG 2 (J.C.) | Nachawati Law Group | 3:25-cv-08259 | 10/16/2025 | 39 | 10/22/2025 |
| 7176 | None | Jane Doe NLG (M.U.) | Nachawati Law Group | 3:25-cv-08264 | 10/16/2025 | 39 | 10/22/2025 |
| 7197 | None | Jane Doe NLG 2 (V.F.) | Nachawati Law Group | 3:25-cv-08545 | 10/21/2025 | 34 | 10/22/2025 |
| 7199 | None | Jane Doe NLG (J.O.) | Nachawati Law Group | 3:25-cv-08567 | 10/21/2025 | 34 | 10/22/2025 |