**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5** |
| This Document Relates to:<br><br>*Jane Doe LS 634 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07323-CRB<br><br>*Jane Doe NLG (N.T.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07540-CRB<br><br>*Jane Doe NLG (N.H.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08109-CRB<br><br>*Jane Doe NLG 5 (A.H.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08112-CRB<br><br>*Jane Doe NLG (N.S.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08186-CRB<br><br>*Jane Doe NLG (D.S.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08258-CRB<br><br>*Jane Doe NLG 2 (J.C.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08259-CRB<br><br>*Jane Doe NLG (M.U.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08264-CRB<br><br>*Jane Doe NLG 2 (V.F.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08545-CRB | |

1
2  *Jane Doe NLG (J.O.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08567-CRB
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2 **[PROPOSED] ORDER**

3   Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 5
4 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit
5 A hereto, have violated Pretrial Order No. 5 and caused prejudice to Uber.
6   The Court therefore hereby ORDERS as follows:
7   1.   The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED
8       WITHOUT PREJUDICE pursuant to PTO No. 5 (ECF No. 175).
9   2.   Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.
10
11  **IT IS SO ORDERED.**
12
13
14 Dated: _____, 2025         _____
                                      HON. CHARLES R. BREYER
15                                    United States District Court Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS
CASES FOR FAILURE TO COMPLY WITH PTO 5                    CASE NO. 3:23-MD-03084-CRB

# **EXHIBIT A**

| OC ID # | MDLC ID[1] | Case Name | Counsel | Case Number |
|---|---|---|---|---|
| 6983 | None | Jane Doe LS 634 | Levin Simes, LLP | 3:25-cv-07323 |
| 7038 | None | Jane Doe NLG (N.T.) | Nachawati Law Group | 3:25-cv-07540 |
| 7133 | None | Jane Doe NLG (N.H.) | Nachawati Law Group | 3:25-cv-08109 |
| 7135 | None | Jane Doe NLG 5 (A.H.) | Nachawati Law Group | 3:25-cv-08112 |
| 7157 | None | Jane Doe NLG (N.S.) | Nachawati Law Group | 3:25-cv-08186 |
| 7174 | None | Jane Doe NLG (D.S.) | Nachawati Law Group | 3:25-cv-08258 |
| 7175 | None | Jane Doe NLG 2 (J.C.) | Nachawati Law Group | 3:25-cv-08259 |
| 7176 | None | Jane Doe NLG (M.U.) | Nachawati Law Group | 3:25-cv-08264 |
| 7197 | None | Jane Doe NLG 2 (V.F.) | Nachawati Law Group | 3:25-cv-08545 |
| 7199 | None | Jane Doe NLG (J.O.) | Nachawati Law Group | 3:25-cv-08567 |

---

[1] These Plaintiffs all have failed to register for MDL Centrality. For that reason, they lack MDL ID numbers.