# Exhibit A

Exhibit A – Defendants' Motion to Dismiss Cases for Failure to Comply With Amended PTO 10
*In Re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Case Number | Non-Compliance with PTO 10 | Service Date for Notice of Overdue Discovery | Deadline to Comply with PTO 10 |
|---|---|---|---|---|---|
| 3976 | A.B. | 3:25-cv-07699 | Failure to Provide Plaintiff Fact Sheet | 10/13/2025 | 11/12/2025 |
| 3877 | A.D. | 3:25-cv-07091 | Failure to Provide Plaintiff Fact Sheet | 9/26/2025 | 10/27/2025 |
| 3692 | A.E. | 3:25-cv-07668 | Failure to Provide Plaintiff Fact Sheet | 10/13/2025 | 11/12/2025 |
| 3908 | A.P. | 3:25-cv-07148 | Failure to Provide Plaintiff Fact Sheet | 9/26/2025 | 10/27/2025 |
| 3975 | C.F. | 3:25-cv-07698 | Failure to Provide Plaintiff Fact Sheet | 10/13/2025 | 11/12/2025 |
| 3487 | CLF T.M. | 3:25-cv-04281 | Failure to Provide Plaintiff Fact Sheet | 9/19/2025 | 10/20/2025 |
| 3994 | D.V. | 3:25-cv-07747 | Failure to Provide Plaintiff Fact Sheet | 10/13/2025 | 11/12/2025 |
| 3992 | J.K.R. | 3:25-cv-07734 | Failure to Provide Plaintiff Fact Sheet | 10/13/2025 | 11/12/2025 |
| 3786 | Jane Doe LS 618 | 3:25-cv-06160 | Failure to Provide Plaintiff Fact Sheet | 9/4/2025 | 10/6/2025 |
| 3791 | Jane Doe LS 619 | 3:25-cv-06243 | Failure to Provide Plaintiff Fact Sheet | 9/4/2025 | 10/6/2025 |
| 3790 | Jane Doe LS 620 | 3:25-cv-06249 | Failure to Provide Plaintiff Fact Sheet | 9/4/2025 | 10/6/2025 |
| 3792 | Jane Doe LS 621 | 3:25-cv-06297 | Failure to Provide Plaintiff Fact Sheet | 9/4/2025 | 10/6/2025 |
| 3793 | Jane Doe LS 622 | 3:25-cv-06306 | Failure to Provide Plaintiff Fact Sheet | 9/4/2025 | 10/6/2025 |
| 3823 | Jane Doe LS 625 | 3:25-cv-06539 | Failure to Provide Plaintiff Fact Sheet | 9/15/2025 | 10/15/2025 |
| 3828 | Jane Doe LS 626 | 3:25-cv-06541 | Failure to Provide Plaintiff Fact Sheet | 9/15/2025 | 10/15/2025 |
| 3824 | Jane Doe LS 627 | 3:25-cv-06547 | Failure to Provide Plaintiff Fact Sheet | 9/15/2025 | 10/15/2025 |
| 3825 | Jane Doe LS 628 | 3:25-cv-06552 | Failure to Provide Plaintiff Fact Sheet | 9/15/2025 | 10/15/2025 |
| 3914 | Jane Doe LS 630 | 3:25-cv-06861 | Failure to Provide Plaintiff Fact Sheet | 9/15/2025 | 10/15/2025 |
| 3920 | Jane Doe LS 633 | 3:25-cv-07285 | Failure to Provide Plaintiff Fact Sheet | 10/7/2025 | 11/6/2025 |
| 3968 | Jane Doe LS 634 | 3:25-cv-07323 | Failure to Provide Plaintiff Fact Sheet | 10/7/2025 | 11/6/2025 |
| 3972 | Jane Doe LS 639 | 3:25-cv-07616 | Failure to Provide Plaintiff Fact Sheet | 10/13/2025 | 11/12/2025 |
| 3973 | Jane Doe LS 640 | 3:25-cv-07628 | Failure to Provide Plaintiff Fact Sheet | 10/13/2025 | 11/12/2025 |
| 4058 | Jane Doe LS 641 | 3:25-cv-07844 | Failure to Provide Plaintiff Fact Sheet | 10/16/2025 | 11/17/2025 |
| 4055 | Jane Doe LS 642 | 3:25-cv-07894 | Failure to Provide Plaintiff Fact Sheet | 10/17/2025 | 11/17/2025 |
| 3950 | Jane Doe NLG (A.D.) | 3:25-cv-07407 | Failure to Provide Plaintiff Fact Sheet | 10/7/2025 | 11/6/2025 |
| 3948 | Jane Doe NLG (A.H.) | 3:25-cv-07400 | Failure to Provide Plaintiff Fact Sheet | 10/7/2025 | 11/6/2025 |
| 3953 | Jane Doe NLG (D.L.) | 3:25-cv-07478 | Failure to Provide Plaintiff Fact Sheet | 10/7/2025 | 11/6/2025 |
| 3954 | Jane Doe NLG (J.D.) | 3:25-cv-07482 | Failure to Provide Plaintiff Fact Sheet | 10/7/2025 | 11/6/2025 |
| 3959 | Jane Doe NLG (J.L.) | 3:25-cv-07545 | Failure to Provide Plaintiff Fact Sheet | 10/13/2025 | 11/12/2025 |
| 3957 | Jane Doe NLG (L.F.) | 3:25-cv-07542 | Failure to Provide Plaintiff Fact Sheet | 10/13/2025 | 11/12/2025 |

Exhibit A – Defendants' Motion to Dismiss Cases for Failure to Comply With Amended PTO 10
*In Re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Case Number | Non-Compliance with PTO 10 | Service Date for Notice of Overdue Discovery | Deadline to Comply with PTO 10 |
|---|---|---|---|---|---|
| 3952 | Jane Doe NLG (L.R.) | 3:25-cv-07423 | Failure to Provide Plaintiff Fact Sheet | 10/7/2025 | 11/6/2025 |
| 3956 | Jane Doe NLG (N.T.) | 3:25-cv-07540 | Failure to Provide Plaintiff Fact Sheet | 10/13/2025 | 11/12/2025 |
| 3949 | Jane Doe NLG (R.H.) | 3:25-cv-07403 | Failure to Provide Plaintiff Fact Sheet | 10/7/2025 | 11/6/2025 |
| 3958 | Jane Doe NLG (S.M.) | 3:25-cv-07543 | Failure to Provide Plaintiff Fact Sheet | 10/13/2025 | 11/12/2025 |
| 3955 | Jane Doe NLG (T.P.) | 3:25-cv-07484 | Failure to Provide Plaintiff Fact Sheet | 10/13/2025 | 11/12/2025 |
| 3951 | Jane Doe NLG (V.M.) | 3:25-cv-07467 | Failure to Provide Plaintiff Fact Sheet | 10/7/2025 | 11/6/2025 |
| 3947 | Jane Doe NLG (M.P.) | 3:25-cv-07312 | Failure to Provide Plaintiff Fact Sheet | 10/7/2025 | 11/6/2025 |
| 3896 | Jane Roe CL 192 | 3:25-cv-06608 | Failure to Provide Plaintiff Fact Sheet | 9/15/2025 | 10/15/2025 |
| 3899 | Jane Roe CL 195 | 3:25-cv-06735 | Failure to Provide Plaintiff Fact Sheet | 9/15/2025 | 10/15/2025 |
| 3902 | Jane Roe CL 198 | 3:25-cv-06822 | Failure to Provide Plaintiff Fact Sheet | 9/15/2025 | 10/15/2025 |
| 3905 | Jane Roe CL 201 | 3:25-cv-06826 | Failure to Provide Plaintiff Fact Sheet | 9/15/2025 | 10/15/2025 |
| 4042 | Jane Roe CL 202 | 3:25-cv-07377 | Failure to Provide Plaintiff Fact Sheet | 10/7/2025 | 11/6/2025 |
| 4043 | Jane Roe CL 203 | 3:25-cv-07379 | Failure to Provide Plaintiff Fact Sheet | 10/7/2025 | 11/6/2025 |
| 4044 | Jane Roe CL 204 | 3:25-cv-07472 | Failure to Provide Plaintiff Fact Sheet | 10/7/2025 | 11/6/2025 |
| 4045 | Jane Roe CL 205 | 3:25-cv-07763 | Failure to Provide Plaintiff Fact Sheet | 10/13/2025 | 11/12/2025 |
| 4059 | John Doe LS 15 | 3:25-cv-07862 | Failure to Provide Plaintiff Fact Sheet | 10/17/2025 | 11/17/2025 |
| 4046 | John Roe CL 8 | 3:25-cv-07768 | Failure to Provide Plaintiff Fact Sheet | 10/13/2025 | 11/12/2025 |
| 3977 | K.H. | 3:25-cv-07700 | Failure to Provide Plaintiff Fact Sheet | 10/13/2025 | 11/12/2025 |
| 4001 | M.T. | 3:25-cv-07831 | Failure to Provide Plaintiff Fact Sheet | 10/16/2025 | 11/17/2025 |
| 3995 | M.W. | 3:25-cv-07753 | Failure to Provide Plaintiff Fact Sheet | 10/13/2025 | 11/12/2025 |
| 3879 | R.N. 02 | 3:25-cv-07097 | Failure to Provide Plaintiff Fact Sheet | 9/26/2025 | 10/27/2025 |
| 3909 | S.S. | 3:25-cv-07149 | Failure to Provide Plaintiff Fact Sheet | 9/26/2025 | 10/27/2025 |
| 3974 | S.W. | 3:25-cv-07695 | Failure to Provide Plaintiff Fact Sheet | 10/13/2025 | 11/12/2025 |
| 3843 | T.K. | 3:25-cv-06734 | Failure to Provide Plaintiff Fact Sheet | 9/15/2025 | 10/15/2025 |