UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| This Document Relates to:<br><br>*A.B. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07699-CRB<br><br>*A.D. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07091-CRB<br><br>*A.E. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07668-CRB<br><br>*A.P. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07148-CRB<br><br>*C.F. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07698-CRB<br><br>*CLF T.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04281-CRB<br><br>*D.V. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07747-CRB<br><br>*J.K.R. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07734-CRB<br><br>*Jane Doe LS 618 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06160-CRB<br><br>*Jane Doe LS 619 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06243-CRB<br><br>*Jane Doe LS 620 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06249-CRB | |

1
2   *Jane Doe LS 621 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06297-CRB

3   *Jane Doe LS 622 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06306-CRB

4

5   *Jane Doe LS 625 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06539-CRB

6   *Jane Doe LS 626 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06541-CRB

7

8   *Jane Doe LS 627 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06547-CRB

9   *Jane Doe LS 628 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06552-CRB

10

11   *Jane Doe LS 630 v. Uber Technologies Inc., et al.*, No. 3:25-cv-06861

12   *Jane Doe LS 633 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07285-CRB

13

14   *Jane Doe LS 634 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07323-CRB

15   *Jane Doe LS 639 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07616-CRB

16

17   *Jane Doe LS 640 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07628-CRB

18   *Jane Doe LS 641 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07844-CRB

19

20   *Jane Doe LS 642 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07894-CRB

21   *Jane Doe NLG (A.D.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-
22   07407-CRB

23   *Jane Doe NLG (A.H.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-
24   07400-CRB

25   *Jane Doe NLG (D.L.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-
26   07478-CRB

27

28

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

*Jane Doe NLG (J.D.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07482-CRB

*Jane Doe NLG (J.L.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07545-CRB

*Jane Doe NLG (L.F.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07542-CRB

*Jane Doe NLG (L.R.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07423-CRB

*Jane Doe NLG (N.T.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07540-CRB

*Jane Doe NLG (R.H.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07403-CRB

*Jane Doe NLG (S.M.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07543-CRB

*Jane Doe NLG (T.P.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07484-CRB

*Jane Doe NLG (V.M.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07467-CRB

*Jane Doe NLG 2 (M.P.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07312-CRB

*Jane Roe CL 192 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06608-CRB

*Jane Roe CL 195 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06735-CRB

*Jane Roe CL 198 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06822-CRB

*Jane Roe CL 201 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06826-CRB

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

1
2   *Jane Roe CL 202 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07377-CRB
3   *Jane Roe CL 203 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07379-CRB
4
5   *Jane Roe CL 204 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07472-CRB
6   *Jane Roe CL 205 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07763-CRB
7
8   *John Doe LS 15 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07862-CRB
9   *John Roe CL 8 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07768-CRB
10
11  *K. H. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07700-CRB
12  *M.T. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07831-CRB
13
14  *M.W. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07753-CRB
15  *R.N. 02 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07097-CRB
16
17  *S.S. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07149-CRB
18  *S.W. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07695-CRB
19
20  *T.K. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06734-CRB
21
22
23
24
25
26
27
28

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

## **[PROPOSED] ORDER**

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Amended Pretrial Order No. 10 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to Amended PTO No. 10 (ECF No. 4287).
2. Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. CHARLES R. BREYER
United States District Court Judge

## EXHIBIT A

| MDL ID | Case Number |
|---|---|
| 3976 | 3:25-cv-07699 |
| 3877 | 3:25-cv-07091 |
| 3692 | 3:25-cv-07668 |
| 3908 | 3:25-cv-07148 |
| 3975 | 3:25-cv-07698 |
| 3487 | 3:25-cv-04281 |
| 3994 | 3:25-cv-07747 |
| 3992 | 3:25-cv-07734 |
| 3786 | 3:25-cv-06160 |
| 3791 | 3:25-cv-06243 |
| 3790 | 3:25-cv-06249 |
| 3792 | 3:25-cv-06297 |
| 3793 | 3:25-cv-06306 |
| 3823 | 3:25-cv-06539 |
| 3828 | 3:25-cv-06541 |
| 3824 | 3:25-cv-06547 |
| 3825 | 3:25-cv-06552 |
| 3914 | 3:25-cv-06861 |
| 3920 | 3:25-cv-07285 |
| 3968 | 3:25-cv-07323 |
| 3972 | 3:25-cv-07616 |
| 3973 | 3:25-cv-07628 |
| 4058 | 3:25-cv-07844 |
| 4055 | 3:25-cv-07894 |
| 3950 | 3:25-cv-07407 |
| 3948 | 3:25-cv-07400 |
| 3953 | 3:25-cv-07478 |
| 3954 | 3:25-cv-07482 |
| 3959 | 3:25-cv-07545 |
| 3957 | 3:25-cv-07542 |
| 3952 | 3:25-cv-07423 |
| 3956 | 3:25-cv-07540 |
| 3949 | 3:25-cv-07403 |
| 3958 | 3:25-cv-07543 |
| 3955 | 3:25-cv-07484 |

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| MDL ID | Case Number |
|---|---|
| 3951 | 3:25-cv-07467 |
| 3947 | 3:25-cv-07312 |
| 3896 | 3:25-cv-06608 |
| 3899 | 3:25-cv-06735 |
| 3902 | 3:25-cv-06822 |
| 3905 | 3:25-cv-06826 |
| 4042 | 3:25-cv-07377 |
| 4043 | 3:25-cv-07379 |
| 4044 | 3:25-cv-07472 |
| 4045 | 3:25-cv-07763 |
| 4059 | 3:25-cv-07862 |
| 4046 | 3:25-cv-07768 |
| 3977 | 3:25-cv-07700 |
| 4001 | 3:25-cv-07831 |
| 3995 | 3:25-cv-07753 |
| 3879 | 3:25-cv-07097 |
| 3909 | 3:25-cv-07149 |
| 3974 | 3:25-cv-07695 |
| 3843 | 3:25-cv-06734 |

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB