| | |
|---|---|
| 1 | Roopal P. Luhana |
| 2 | **CHAFFIN LUHANA LLP**<br>600 Third Avenue, Floor 12 |
| 3 | New York, NY 10016<br>Telephone: (888) 480-1123 |
| 4 | luhana@chaffinluhana.com |
| 5 | Sarah R. London (SBN 267083)<br>**GIRARD SHARP LLP** |
| 6 | 601 California St., Suite 1400<br>San Francisco, CA 94108 |
| 7 | Telephone: (415) 981-4800<br>slondon@girardsharp.com |
| 8 | Rachel B. Abrams (SBN 209316) |
| 9 | **PEIFFER WOLF CARR KANE<br>CONWAY & WISE, LLP** |
| 10 | 555 Montgomery Street, Suite 820<br>San Francisco, CA 94111 |
| 11 | Telephone: (415) 426-5641<br>rabrams@peifferwolf.com |
| 12 | |
| 13 | *Co-Lead Counsel for Plaintiffs* |
| 14 | *[Additional Counsel Listed on Signature Pages]* |
| 15 | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL WAVE 1 BELLWETHER CASES | Case No. 3:23-md-03084-CRB (LJC)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REGARDING S-RAD SCORES**<br><br>**FILED UNDER SEAL**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom: 6 - 17th Floor |

WHEREAS, on October 14, 2025, Uber's 30(b)(6) representative on case-specific S-RAD topics provided a deposition exhibit listing S-RAD scores and certain S-RAD data points for each of the bellwether plaintiffs' trips;

WHEREAS, the relevant city's average S-RAD score for the LCHB 128 case was calculated based on nighttime trips in the 7 preceding days even though the LCHB 128 trip occurred during S-RAD daytime thereshold hours;

WHEREAS, the parties agreed to stipulate to the relevant city's average S-RAD score in the preceding 7 days using daytime trips;

NOW, THEREFORE, the parties, each intending to be bound, stipulate and agree as follows:

1. The average S-RAD score for daytime trips in CityID 26 (covering Phoenix, AZ and Tempe, AZ) over a 7-day period ending on June 28, 2024 was ▮

**IT IS SO STIPULATED.**

DATED: November 25, 2025                           Respectfully submitted,

By: /s/ Sarah R. London
RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
PEIFFER WOLF CARR KANE CONWAY
 & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
       awolf@peifferwolf.com
       scraig@peifferwolf.com

ROOPAL P. LUHANA (Pro Hac Vice)
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

SARAH R. LONDON (SBN 267083)
ANDREW R. KAUFMAN (Pro Hac Vice)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
       akaufman@girardsharp.com

|   |   |   |
|---|---|---|
| | | *Co-Lead Counsel for Plaintiffs* |
| Dated:  November 19, 2025 | | KIRKLAND & ELLIS LLP |

*/s/  Mark Premo-Hopkins*
Jessica Davidson (*Admitted Pro Hac Vice*)
jessica.davidson@kirkland.com
601 Lexington Avenue New York, NY 10022
Telephone: (212) 446-4800

Allison M. Brown (*Admitted Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

Laura Vartain (SBN 258485)
laura.vartain@kirkland.com
Mark Premo-Hopkins (*Admitted Pro Hac Vice*)
mark.premohopkins@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: November 25, 2025

*/s/ Andrew Kaufman*
Andrew Kaufman

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: December 1, 2025

