[*Submitting counsel below*]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, CV-25-4276-PHX-CRB | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer<br><br>**PROPOSED JUROR QUESTIONNAIRE** |

1 | Pursuant to Pretrial Order No. 35, the Parties respectfully submit their proposed juror questionnaires meant to augment the District of Arizona's standard questionnaire for the Court's review.

The parties have not had an opportunity to meet and confer in an effort to reach agreement as to any questions or resolve potential concerns and objections, but will endeavor to do so immediately mindful of the Court's scheduling.

Attached as **Exhibit A** is the District of Arizona's standard questionnaire. Attached as **Exhibit B** is Plaintiff's proposed supplemental questionnaire. Attached as **Exhibit C** is Defendants' proposed supplemental questionnaire.

Dated: December 1, 2025

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

| | | |
|---|---|---|
| 1 | Dated: December 1, 2025 | **KIRKLAND & ELLIS LLP** |
| 2 | | By: */s/ Laura Vartain Horn* |
| 3 | | **KIRKLAND & ELLIS LLP**<br>Allison M. Brown |
| 4 | | Jessica Davidson<br>Laura Vartain |
| 5 | | **SHOOK, HARDY & BACON L.L.P**.<br>Michael B. Shortnacy |
| 6 | | Patrick L. Oot, Jr.<br>Christopher V. Cotton |
| 7 | | Alycia A. Degen |
| 8 | | **O'MELVENY AND MYERS LLP**<br>Sabrina H. Strong |
| 9 | | Jonathan Schneller |
| 10 | | *Attorneys for Defendants*<br>UBER TECHNOLOGIES, INC., |
| 11 | | RASIER, LLC, and RASIER-CA, LLC |

**FILER'S ATTESTATION**

I, Maya Kalonia, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: December 1, 2025

*/s/ Maya Kalonia*
Maya Kalonia