# EXHIBIT A

# THIS QUESTIONNAIRE

# IS FOR

# ATTORNEY USE ONLY

IF YOU ARE A JUROR AND

HAVE REACHED THIS PAGE,

PLEASE CALL THE JURY OFFICE

AT **602-322-7278**.

YOU SHOULD NOT COMPLETE THIS QUESTIONNAIRE.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**JUDGE DESAI**
**CONFIDENTIAL JUROR QUESTIONNAIRE**

Pool Sequence Number:
Trial Date:

You have been randomly selected for a trial that is expected to last __ days. Jury selection will be held on Click or tap to enter a date. If you are selected to serve, the case will begin immediately after the jury panel is chosen.

**Trial days will be:        Tuesday-Friday**

Unless otherwise modified by the judge, most trial days will begin at 9:00 a.m. with a late morning break, an hour lunch around 12:00 p.m., a late afternoon break, and ending around 4:30 p.m.

1.  Given the above information, would the length of the trial or the proposed schedule create an undue hardship for you if selected to serve on the jury?

    Yes____   No _____

    If you answered "Yes," please explain.

    _____

    _____

    _____

    **\*\*Insert Joint Statement of Case here\*\***

2.  Given the nature of the case, if selected, can you be a fair and impartial juror?

    Yes____   No _____

    If you answered "No," such that you believe you could NOT be a fair and impartial juror due to the subject matter of the case, please explain why.

    _____

_____

_____

3.  Do you, or a member of your household, have any health concerns or disabilities that
    you believe might affect your duties as a juror or would make it difficult to be a fair,
    impartial and attentive juror? These may include communicable disease concerns or
    any conditions that would cause you to have difficulty observing or seeing, listening or
    hearing, or sitting for long periods of time.

    Yes____    No _____

    If you answered "Yes," please explain.

    _____

    _____

    _____

4.  Do you have any difficulties understanding or reading the English language that
    might affect your duties as a juror?

    Yes____ No _____

    If you answered "Yes", please explain.

    _____

    _____

    _____

5.  Have you or member of your family or close friend ever been involved in a case like
    this case?

    Yes____ No _____

If you answered "Yes", please explain.

_____

_____

_____

6. Age: _____

7. General Address (i.e., crossroads and city):

_____

8. How long have you lived at your current residence?

_____

9. Where do you work? (If retired, where did you work just before you retired?)

_____

_____

10. What kind of work do you do? (If retired, what was the nature of work you performed?)

_____

_____

11. What level of school did you reach? Describe any degrees you have received.

_____

_____

12. Are you married or in a long-term committed relationship or domestic partnership?

Yes_____ No_____

If you are currently married, what type of work does your spouse, partner, or person you are in a long-term relationship with do? If he/she is retired, what was the nature of the work he/she did prior to retirement?

_____

_____

13. Do you have any children?

Yes_____ No_____

If you answered "Yes" and your children are under the age of 18, please provide their ages.

_____

14. Have you ever served on a jury before? If yes, please explain the nature of the case and how it resolved.

Yes_____ No_____

_____

_____

15. If applicable, is there anything in your previous jury service that would influence you in deciding the issues in this case?

_____

_____

16. Have you ever served on a Grand Jury?  If yes, when and where?

Yes_____ No_____

_____

_____

17. What print or digital publications and websites do you read or follow regularly?

_____

_____

18. If you watch television (including online or streaming services), what shows do you watch regularly?

_____

_____

19. If you have bumper stickers on your vehicle, state the content of them.

_____

_____

20. If you belong to civic, social, fraternal, union, or professional organizations, please state which ones.

_____

_____

21. Have you or any immediate family members (including your spouse, partner, person you are in a long-term relationship with, parents, children, sisters and brothers) ever been involved in a lawsuit?

Yes_____ No_____

If yes, please explain the nature of the lawsuit and how you or your immediate family member was involved.

_____

22. Do you or any members of your immediate family have any legal training? If yes, please explain.

Yes_____ No_____

_____

_____

23. Do you have any strong feelings about the justice system in this country, including but not limited to your feelings about judges and lawyers, that would prevent you from giving either party a fair hearing in this matter? If yes, please explain.

Yes_____ No_____

_____

_____

24. Is there anything that the lawyers or the judge should know about you that has not been asked in these questions before it is decided who will be on the jury?

_____

_____

**25.  [SUPPLEMENTAL QUESTIONS FROM PARTIES]**

☐      By checking this box, I declare under penalty of perjury that all answers are true to the best of my knowledge and belief.

_____
 DATE

**<u>Notice</u>**

For your safety and the safety of all others, if you develop any symptoms such as

fever or chills, cough, sore throat, nasal congestion or runny nose (unless attributable to allergies), unusual muscle aches, shortness of breath or difficulty breathing, nausea or vomiting, or diarrhea **do not report for jury service**.  Contact the jury administrator at: 602-322-7278.