# EXHIBIT B

**PLAINTIFF'S SUPPLEMENTAL QUESTIONS**

1. Have you, a family member, or someone close to you ever had any training, courses, or worked in or around the following areas?

   | Area | | | | |
   |---|---|---|---|---|
   | App Development | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close | ❑ No |
   | Coding | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close | ❑ No |
   | Computer Engineering | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close | ❑ No |
   | Data Analytics | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close | ❑ No |
   | Insurance/Claims | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close | ❑ No |
   | Law Enforcement | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close | ❑ No |
   | Law/Legal | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close | ❑ No |
   | Marketing | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close | ❑ No |
   | Medicine | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close | ❑ No |
   | Psychology/Counseling | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close | ❑ No |
   | Risk Management | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close | ❑ No |
   | Social Work | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close | ❑ No |
   | Statistics | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close | ❑ No |
   | Transportation | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close | ❑ No |

   If Yes to any of the above, please explain: _____
   _____
   _____

2. Have you or anyone close to you ever owned your own business or operated a franchise?
   ❑ Yes  ❑ No  If Yes, please explain, including type of business, number of employees, if it is still operating, or how it ended:_____
   _____

   Was the business ever sued or was a claim ever brought against it for any reason?
   ❑ Yes  ❑ No  If Yes, please explain:_____
   _____

3. Have you or anyone close to you ever worked for, done business with (other than as a customer), owned stock in or had a financial interest in any of the following:

   | | | | | |
   |---|---|---|---|---|
   | Uber Technologies, Inc | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close | ❑ No |
   | Raiser LLC | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close | ❑ No |
   | Raiser CA LLC | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close | ❑ No |

   If Yes, please explain:_____
   _____

4. Have you or anyone close to you ever worked as a Ride Share driver for any of the following companies:

| | | | | |
|---|---|---|---|---|
| Uber | ❏ Yes, self | ❏ Yes, family | ❏ Yes, someone close | ❏ No |
| Lyft | ❏ Yes, self | ❏ Yes, family | ❏ Yes, someone close | ❏ No |
| Bolt | ❏ Yes, self | ❏ Yes, family | ❏ Yes, someone close | ❏ No |
| Grab | ❏ Yes, self | ❏ Yes, family | ❏ Yes, someone close | ❏ No |

If Yes: Who / relationship to you? _____

Which companies: _____

Dates of employment: _____

5. Have you or anyone close to you ever worked in any of the following occupations:

| | | | | |
|---|---|---|---|---|
| Taxi Driver | ❏ Yes, self | ❏ Yes, family | ❏ Yes, someone close | ❏ No |
| Bus Driver | ❏ Yes, self | ❏ Yes, family | ❏ Yes, someone close | ❏ No |
| Limousine Service | ❏ Yes, self | ❏ Yes, family | ❏ Yes, someone close | ❏ No |
| Shuttle Service | ❏ Yes, self | ❏ Yes, family | ❏ Yes, someone close | ❏ No |
| Light Rail Operator | ❏ Yes, self | ❏ Yes, family | ❏ Yes, someone close | ❏ No |

If Yes: Who / relationship to you? _____

Which companies: _____

Dates of employment: _____

6. If you or anyone close to you have ever driven for a living, have you / the person close to you ever been falsely accused of inappropriate conduct by a customer/passenger?
❏ Yes ❏ No ❏ Not Applicable  If Yes, please explain: _____
_____

7. Do you have any of the following ride share apps installed on your phone?

| | |
|---|---|
| Uber | ❏ Yes ❏ No |
| Lyft | ❏ Yes ❏ No |
| Bolt | ❏ Yes ❏ No |
| Grab | ❏ Yes ❏ No |

8. How often do you use ride share apps like Uber or Lyft?
❏ All the time ❏ Often ❏ Occasionally ❏ Rarely ❏ Never

Please explain: _____
_____

9. Have you read, seen or heard about Uber's Safety Features? ❏ Yes ❏ No  If Yes, what have you read, seen or heard? _____
_____

10. Have you ever utilized any Uber's Safety Features while on a ride? ❏ Yes ❏ No  If Yes, please explain: _____
_____

11. Do you believe ride share companies like Uber should be held legally and financially responsible for ensuring passengers' safety? ❏ Yes ❏ No  Please explain: _____
_____

12. Have you or anyone close to you ever experienced sexual abuse or sexual assault whether it was reported to authorities or not? ❏ Yes, self  ❏ Yes, someone close  ❏ No  If Yes, please explain:_____
_____

13. Have you or anyone close to you ever been accused (rightly or wrongly) of sexual harassment, sexual abuse,  sexual assault, inappropriate touching, or inappropriate sexual behavior?
❏ Yes, self  ❏ Yes, someone close  ❏ No  If Yes, please explain:_____
_____

    Did you believe the allegations were true?  ❏ Yes ❏ No  Please explain:_____
_____

14. Have you ever known about someone who you believe made a claim of molestation, sexual abuse, or sexual assault that you thought was false or exaggerated? ❏ Yes  ❏ No  If Yes, please explain:_____
_____

15. How common do you think it is for women to make a false claim of rape or sexual assault?
    ❏ Extremely     ❏ Very     ❏ Somewhat     ❏ Not Too     ❏ Not at All

16. Do you drink alcohol?  ❏ Yes ❏ No  If No, is there any reason why not?_____
_____

17. Do you or anyone close to you have any personal, moral, religious, or other beliefs against the consumption of alcohol?  ❏ Yes ❏ No If Yes, please explain:_____
_____

18. Do you believe that women who choose to drink alcohol are more sexually promiscuous?
    ❏ Yes ❏ No If Yes, please explain:_____
_____

19. Please indicate your level of agreement or disagreement with the following statements by circling one number:

    a. If a woman is raped while she is drunk, she is at least somewhat responsible for letting things get out of control
    
            1         2         3         4         5         6         7
        Strongly Disagree                                   Strongly Agree

    b. Many so-called rape victims are actually women who had sex and "changed their minds" afterwards
    
            1         2         3         4         5         6         7
        Strongly Disagree                                   Strongly Agree

c. If a woman doesn't physically fight back, you can't really say that it was rape
      1      2      3      4      5      6      7
Strongly Disagree                                  Strongly Agree

d. I would be less inclined to believe a woman who claims sexual assault if she was drinking alcohol at the time.
      1      2      3      4      5      6      7
Strongly Disagree                                  Strongly Agree

e. If a woman goes home with a man she doesn't know, it is her own fault if she is raped
      1      2      3      4      5      6      7
Strongly Disagree                                  Strongly Agree

f. A lot of women lead a man on and then they cry rape
      1      2      3      4      5      6      7
Strongly Disagree                                  Strongly Agree

g. A lot of times, women who claim they were raped just have emotional problems
      1      2      3      4      5      6      7
Strongly Disagree                                  Strongly Agree

h. If a woman doesn't physically resist sex—even when protesting verbally—it really can't be considered rape
      1      2      3      4      5      6      7
Strongly Disagree                                  Strongly Agree

i. When women are raped, it's often because the way they said "no" was ambiguous
      1      2      3      4      5      6      7
Strongly Disagree                                  Strongly Agree

j. Many women say they have been sexually abused or assaulted in order to get attention or for financial gain.
      1      2      3      4      5      6      7
Strongly Disagree                                  Strongly Agree

k. If a woman chooses to take an Uber alone at night after drinking alcohol she is partially to blame if something bad happens to her on the ride
      1      2      3      4      5      6      7
Strongly Disagree                                  Strongly Agree

l. A woman should expect that if they choose to take an Uber alone at night while intoxicated there is an increased risk that they could be sexually assaulted by their driver.
      1      2      3      4      5      6      7

Strongly Disagree                                    Strongly Agree

20. Have you read, seen or heard about the #metoo movement? ❏ Yes ❏ No

    If Yes, what is your opinion of the #metoo movement? ❏ Positive ❏ Negative

21. Would you give more weight to the testimony of a law enforcement officer than you would to the testimony of other witnesses who are not in law enforcement? ❏ Yes ❏ No  If Yes, please explain:_____
    _____

22. Do you know anyone who has any of the following mental health conditions?

    | Condition | | |
    |---|---|---|
    | ADHD | ❏ Yes | ❏ No |
    | Anxiety | ❏ Yes | ❏ No |
    | Borderline Personality Disorder | ❏ Yes | ❏ No |
    | Depression | ❏ Yes | ❏ No |
    | Post Traumatic Stress Disorder | ❏ Yes | ❏ No |

    If Yes, please explain:_____
    _____

23. Have you or anyone close to you ever worked for a company or organization that you feel was sued unfairly? ❏ Yes  ❏ No  If Yes, please explain:_____
    _____

24. Have you or anyone close to you ever been falsely accused of something you did not do?
    ❏ Yes  ❏ No  If Yes, please explain:_____
    _____

25. There has been publicity about personal injury lawsuits and lawyers, large jury awards, frivolous lawsuits, etc.  What opinions have you formed on these topics?_____
    _____

26. What are your thoughts about people who bring civil personal injury lawsuits seeking monetary compensation for sexual assault?_____
    _____

27. Have you ever had a reason to file a lawsuit but decided not to? ❏ Yes ❏ No  If Yes, please explain:_____
    _____

28. With regards to most lawsuits, do you think they are caused by the fact that:
    ❏ People who file lawsuits are victims of harmful events      OR
    ❏ People who file lawsuits do not want to take personal responsibility

29. To what extent do you agree or disagree with the following statements:

    a. Most lawsuits today are about people looking for "deep pockets."
    ❏ Strongly Agree  ❏ Somewhat Agree  ❏ Somewhat Disagree  ❏ Strongly Disagree

    b. Awarding someone too much money in a lawsuit makes them less motivated to help themselves.
❏ Strongly Agree ❏ Somewhat Agree ❏ Somewhat Disagree ❏ Strongly Disagree

    c. Increased lawyer advertisements are the reason we have so many lawsuits today.
❏ Strongly Agree ❏ Somewhat Agree ❏ Somewhat Disagree ❏ Strongly Disagree

30. What is your opinion about awarding money damages in a personal injury lawsuit to compensate someone for pain, discomfort, suffering, anxiety, and loss of enjoyment of life?
❏ Positive ❏ Negative   Please explain:_____
_____

31. Do you start out believing that most claims of mental suffering and emotional distress in lawsuits are exaggerated? ❏ Yes ❏ No If Yes, please explain:_____
_____

32. Is there an upper limit or cap on the amount of money you would be willing to award someone for mental suffering and emotional distress in a personal injury lawsuit no matter what the evidence shows? ❏ Yes ❏ No If Yes, please explain:_____
_____

33. Punitive damages are awarded against a defendant company in order to punish for past misconduct and to deter future misconduct.  Do you have any negative opinions about awarding punitive damages in a lawsuit? ❏ Yes ❏ No If Yes, please explain:_____
_____