# EXHIBIT C

## <u>Uber's Proposed Juror Questionnaire</u>

Uber reserves its right to amend and supplement the questions below to respond to questions proposed by Plaintiff.  Uber also intends to submit a supplemental questionnaire related to Plaintiff lawyers' advertising campaigns, as detailed in its forthcoming motion to be filed on or before December 2, 2025.

Subject to and without waiving these rights to supplement, Uber proposes the following questions:

1) How often do you assume a position of leadership at work or social events?
   Frequently     Occasionally          Rarely     Never

2) Have you or someone close to you ever been a member of a union?
   Self        Someone close          No

   If yes, did you/they hold a leadership position in that union?
   _____

3) How often do you attend religious services?
   Frequently     Occasionally          Rarely     Never

4) Have you, a family member, or someone close to you ever worked or had training in any of the following fields? (Answer for each.)

   | | | | |
   |---|---|---|---|
   | Education/Teaching | ✈ Self | ✈ Someone else | ✈ No |
   | Psychology/Counseling | ✈ Self | ✈ Someone else | ✈ No |
   | Social work | ✈ Self | ✈ Someone else | ✈ No |
   | Police or Law Enforcement | ✈ Self | ✈ Someone else | ✈ No |
   | Sexual Assault Victim Advocacy | ✈ Self | ✈ Someone else | ✈ No |

   If yes to any, please describe who the person is and what type of work they do/did:
   _____
   _____
   _____

5) Have you or someone close to you been the victim of sexual assault?

   Self     Someone close          No

1

6) Have you ever suspected someone you know had been sexually assaulted?
   Yes    No

   If yes, please explain:

   _____
   _____

7) "Victim blaming, instead of holding perpetrators accountable, is a major issue in society."

   Strongly agree        Somewhat agree      Unsure
   Strongly disagree      Somewhat disagree

8) "The #MeToo movement has shed light on victims who have been silenced for far too long."

   Strongly agree        Somewhat agree      Unsure
   Strongly disagree      Somewhat disagree

9) "If someone claims to have been sexually assaulted, we should believe that person 100% of the time."

   Strongly agree        Somewhat agree      Unsure
   Strongly disagree      Somewhat disagree

10) "Law enforcement agencies are incompetent in investigating and prosecuting crimes involving sexual abuse, assault or rape."

   Strongly agree        Somewhat agree      Unsure
   Strongly disagree      Somewhat disagree

11) "In cases of sexual assault, the person who claims they were assaulted sometimes deserves some of the blame."

   Strongly agree        Somewhat agree      Unsure
   Strongly disagree      Somewhat disagree

12) "Rideshare companies do not take complaints about their drivers seriously."

    Strongly agree       Somewhat agree   Unsure

    Strongly disagree   Somewhat disagree

13) "Rideshare companies need to do more thorough screenings of their drivers to better protect riders."

    Strongly agree       Somewhat agree   Unsure

    Strongly disagree   Somewhat disagree

14) What are your general opinions of large corporations?

    Positive     Neutral     Negative

    If negative, please explain:

    _____

    _____

15) When deciding how much money to award a plaintiff in a lawsuit, which is more important to consider?

    How bad the defendant's conduct was

    How badly the plaintiff was damaged

16) "People who file lawsuits are often looking to capitalize on sympathy to get money that they do not deserve."

    Strongly agree       Somewhat agree   Unsure

    Strongly disagree   Somewhat disagree

17) The amount of money damages awarded in lawsuits is:

    Too high     About right   Too low

18) How often do you believe witnesses lie under oath when it is in their self-interest to do so?

Often          Sometimes          Rarely    Never

19) Do you believe it is fair for corporations and individuals to be treated as equal "persons" under the law?

Yes    No    Unsure

20) Have you or a family member ever filed a lawsuit, including claims for personal injury, workers' compensation, disability, unemployment, a business loss, public assistance, covid relief, bankruptcy, or any other claim for monetary compensation or assistance?

Yes, self    Yes, family    No

If yes, please explain:

_____

_____

21) Do you use any rideshare apps?

Yes          In the past, but not currently          No

22) Have you or a family member ever had a negative experience with a rideshare company?
Self          Family member     No

If yes, please explain:

_____

_____

23) What is your opinion of rideshare companies?
Positive     Neutral     Negative

24) What is your opinion of Lyft?
Positive     Neutral     Negative

25) What is your opinion of Uber?
Positive     Neutral     Negative

If negative, please explain

_____

_____

26) Have you heard, read or seen news coverage of lawsuits involving rideshare companies?
     Yes    No

   If yes, please explain

_____

_____

27) What advertising, if any, have you seen concerning the safety of
   Uber? _____

28) You are prohibited from doing any independent investigation whatsoever regarding this
   case, the parties to the case, the subject matter involved in the case, or the attorneys
   involved in the case. Do not do any Internet searches regarding any person, company, or
   topic in any way involved in this trial until after the trial is concluded. To do so
   compromises the fairness of the trial and violates your oath as a juror.  Is there any reason
   you cannot follow this order as a juror?

     Yes    No

   If yes, please explain

_____

_____