Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc. et al.*, Case No. 3:23-cv-06708-CRB | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF KRISTEN RENEE FOURNIER**<br><br>*(Filed concurrently with Defendants' Motion for (1) Postponement of First Bellwether Trial and Related Relief, and (2) Third-Party Subpoena Regarding Misleading Ad Campaign; and [Proposed] Order)*<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

I, Kristen Fournier, state as follows:

1. I am an attorney at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" or "Defendants"). I offer this Declaration in the above-captioned matter in support of Uber's Motion for (1) Postponement of First Bellwether Trial and Related Relief, and (2) Third-Party Subpoena Regarding Misleading Ad Campaign.

2. Attached as **Exhibit 1** is a true and correct copy of portions of the transcript from the first JCCP bellwether trial in case no. CJC-21-005188. These portions are taken from jury selection during those proceedings on September 5, 2025. Uber will provide the full transcript to the Court upon request.

3. Attached as **Exhibit 2** is a true and correct copy of the JCCP Court's Order Granting Uber's Motion to Enforce the Protective Order, which is dated as of October 22, 2025.

4. Attached as **Exhibit 3** is a true and correct copy of Consumer Attorneys of California's press release about the Every 8 Minutes campaign, titled "CAOC Launches New Campaign: Every 8 Minutes," which is available on the organization's website at https://www.caoc.org/?pg=Blog&blAction=showEntry&blogEntry=133206 (dated as of Oct. 27, 2025).

5. Attached as **Exhibit 4** is a true and correct copy of CAOC's list of 2026 officers, which is available on the organization's website at https://www.caoc.org/?pg=CAOC-Officers (last accessed Dec. 1, 2025).

6. Attached as **Exhibit 5** is a true and correct copy of CAOC's list of 2026 board members, which is available on the organization's website at https://www.caoc.org/?pg=CAOC-Board (last accessed Dec. 1, 2025).

7. I reviewed a recording of the Every 8 Minutes video advertisement on October 28, 2025. The recording at issue captured a televised video advertisement during World Series postgame programming and was taken on or around October 27, 2025.

8. The recording described above included a voiceover stating that "almost every 8 minutes, sexual crime was reported to Uber" and displayed in writing that "[a] sexual crime was reported to Uber almost every 8 minutes." That written statement was attributed to "New York Times 8/7/25."

9. I sent a cease-and-desist letter to counsel for CAOC on October 29, 2025. In that letter, I raised multiple concerns with the statements described in paragraph 8, among other false and misleading statements within the advertisement.

10. On December 1, 2025, I reviewed the video advertisement available at https://www.every8minutes.com.

11. During my December 1, 2025 review I noted that the statements described in paragraph 8 are no longer present in the video hosted on the https://www.every8minutes.com website.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 2, 2025

Respectfully submitted,

By: /s/ Kristen Renee Fournier
Kristen Renee Fournier (Admitted *Pro Hac Vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4777
kristen.fournier@kirkland.com

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

---

3
DECLARATION OF KRISTEN RENEE FOURNIER
Case No. 3:23-MD-03084-CRB