# K. Fournier Decl. Exhibit 1

```
                                                                    1
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                   FOR THE COUNTY OF SAN FRANCISCO

 3                              ---oOo---

 4   DEPARTMENT 604                    JUDGE ETHAN P. SCHULMAN

 5

 6   COORDINATION PROCEEDING      CASE No. CJC-21-005188
     SPECIAL TITLE [RULE 1550(b)]
 7
     In Re: Uber Rideshare Cases
 8   _____/

 9

10

11

12              REPORTER'S TRANSCRIPT OF PROCEEDINGS

13                            VOIR DIRE

14                   FRIDAY, SEPTEMBER 5, 2025

15

16

17

18

19

20

21   OFFICIAL STENOGRAPHIC REPORTER PRO TEM:

22   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

23   CA CSR LICENSE NO. 9830

24   Job No. CS7570148

25
```

2

1              APPEARANCE OF COUNSEL

2

3

4    FOR PLAINTIFFS JANE DOE LSA 78:

5         TAYLOR RING

6         BY:  JOHN C. TAYLOR, Esq.

7              NATALIE WEATHERFORD, Esq.

8              DEBORAH HANSEN

9         1220 Rosecrans Avenue, Suite 360

10        Manhattan Beach, California 90266

11        310.209.4100

12        taylor@taylorring.com

13

14

15    CO-LEAD COUNSEL FOR PLAINTIFFS:

16        CUTTER LAW P.C.

17        BY:  CELINE CUTTER, Esq.

18        401 Watt Avenue, Suite 100

19        Sacramento, California 95864

20        916.943.7872

21        ccutter@cutterlaw.com

22

23

24

25

```
 1                APPEARANCES (continued.)
 2
 3
 4    CO-LEAD COUNSEL FOR PLAINTIFFS:
 5         LEVIN SIMES LLP
 6         BY:   WILLIAM A. LEVIN, Esq.
 7         1700 Montgomery Street, Suite 250
 8         San Francisco, California 94111
 9         415.426.5000
10         wlevin@levinsimes.com
11
12
13    FOR PLAINTIFF:
14         WILLIAMS HART BOUNDAS
15         BY:   JOHN BOUNDAS, Esq.
16         BY:   BRIAN A. ABRAMSON, Esq.
17         8441 Gulf Freeway, Suite 600
18         Houston, Texas 77017
19         713.230.2200
20         babramson@whlaw.com
21
22
23
24
25
```

```
 1              APPEARANCES (continued.)
 2

 3

 4    FOR DEFENDANTS UBER TECHNOLOGIES, INC.; RAISER,
 5    LLC, and RAISER-CA LLC:
 6         KIRKLAND & ELLIS LLP
 7         BY:  MARK PREMO-HOPKINS, Esq.
 8         BY:  ALLI BROWN, Esq.
 9         BY:  RACHEL PAPALSKI, Paralegal
10         555 California Street, 27th Floor
11         San Francisco, California 94104
12         415.439.1400
13         mark.premohopkins@kirkland.com
14

15

16     ALSO PRESENT:
17         Juliana Manrique, Jury Consultant
18         Christina Marinakis, Jury Consultant
19

20                  ---oOo---
21

22

23

24

25
```

[9/5/2025 9:00 AM] 2025.09.05 Jury Selecton - Voir Dire

5

|   |                                          |      |
|---|------------------------------------------|------|
| 1 | SESSIONS                                 |      |
| 3 | DATE                                     | PAGE |
| 4 | FRIDAY, SEPTEMBER 4, 2025 - VOIR DIRE    |      |
| 5 | MORNING SESSION                          | 6    |
| 6 | AFTERNOON SESSION                        | 122  |
| 7 | CERTIFICATE OF REPORTER                  | 258  |

---oOo---

```
1         PROSPECTIVE JUROR NO. 18:  It's been a kind
2    general awareness of these kinds of stories for a
3    number of years, but then recently, I saw the article
4    in the Time -- New York Times a month or two ago,
5    which I didn't read in-depth, but I read enough to
6    find the numbers pretty shocking, and yeah, kind of
7    scrolled by because I didn't want to read anymore
8    because it was...
9         STENOGRAPHIC REPORTER:  Wait.  I'm sorry.
10   "Get kind of" --
11        PROSPECTIVE JUROR NO. 18:  I just scrolled by
12   after reading -- after getting the gist of the
13   article, basically.
14        THE COURT:  Okay.  So you said you found the
15   numbers kind of shocking, referring to the statistics
16   on the alleged numbers of incidents?
17        PROSPECTIVE JUROR NO. 18:  Exactly, yeah.
18        THE COURT:  Okay.  And you used the word
19   "shocking."  I think one of your colleagues earlier
20   used -- you know, said that an article or collection
21   of articles made a strong impression.  Would you say
22   the same thing?
23        PROSPECTIVE JUROR NO. 18:  Yeah.
24        THE COURT:  We all know, I think,
25   particularly in a polarized society that we're in now,
```

1    Putting aside your impression from the Times article
2    or other sources, can you decide this particular case
3    based solely on the evidence, or do you feel that
4    that -- the impression that you got from the article
5    is going to overshadow the way you think about the
6    whole case?
7           PROSPECTIVE JUROR NO. 18:  I would like to
8    think that I could.  But I guess if, you know, looking
9    at the question of, is one side or the other a little
10   bit ahead?  I would say that, yeah, I did a little
11   soul searching about it and I was kind of thinking, if
12   it got to a point in the trial where it seemed like I
13   wasn't sure either way, I would likely err on the side
14   of the victim.  I don't know if that's a helpful way
15   of -- of putting it.
16          THE COURT:  Okay.  Fair enough.  So if, in
17   your view, you had some doubt, the parties seemed kind
18   of equally balanced, in that circumstance you'd be
19   more inclined to give the benefit of the doubt, if you
20   will, to the Plaintiff?
21          PROSPECTIVE JUROR NO. 18:  Exactly.
22          THE COURT:  Okay.  All right.  Again, thank
23   you.  Thank you for your candor.
24          Just briefly, a couple of other topics for
25   this group.  As I indicated, Jessica C has a surname

```
 1   State of California    )
                            )  ss.
 2   County of San Francisco)

 3

 4           I, ANDREA M. IGNACIO, Independent

 5   Stenographic Court Reporter contracted by the parties,

 6   at the Superior Court of California, County of

 7   San Francisco, do hereby certify:

 8           That I was present at the time of the above

 9   proceedings;

10           That I took down in machine shorthand notes

11   all proceedings had and testimony given;

12           That I thereafter transcribed said shorthand

13   notes with the aid of a computer;

14           That the above and foregoing is a full, true,

15   and correct transcription of said shorthand notes, and

16   a full, true and correct transcript of all proceedings

17   had and testimony taken;

18           That I am not a party to the action or

19   related to a party or counsel;

20           That I have no financial or other interest in

21   the outcome of the action.

22

23   Dated:  9-6-2025

24
             <%6345,Signature%>
25    ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830
```