# K. Fournier Decl. Exhibit 3



# CAOC News

All Posts | RSS

All Authors                    Filter

## CAOC Launches New Campaign: Every 8 Minutes

**Posted by:** Julie Gossett on Oct 27, 2025



**No Corporation is Above the Law. New Campaign Exposes Uber's Darkest Secret: a Case of Sexual Assault or Misconduct is Reported to the Company Every 8 Minutes.**

Today, we unveil a robust ad campaign to force transparency, strengthen safety standards, and stop the silencing of sexual assault survivors. As noted in Politico's *First in Playbook,* "California trial lawyers are swinging back at Uber after the rideshare company filed a ballot initiative to cap auto collision lawsuit payouts, airing a video ad blasting the company over reports of its alleged mishandling of sexual assault by its drivers."

Our expansive, seven-figure campaign will launch with premier spots during popular sporting events, including during the World Series, Monday Night Football, and NBA Games. The campaign video is already looping on trucks around the state of California, including outside of those events. Additionally, ads will be placed on billboards near high-traffic rideshare pickup locations. No corporation is above the law, and this new campaign seeks to expose the truth: *a case of sexual assault or misconduct is reported to the company almost every 8 minutes. Visit every8minutes.com to learn more.*

**QUICK WAYS TO HELP US IN THE FIGHT:**

1. Contribute to CAOC's **Initiative Defense Fund** to ensure we have the necessary resources to protect California consumers.

2. **Recruit CAOC members.** The more members CAOC has, the more power we all have, and the easier it will be for us to communicate urgent updates and calls to action.

---

*Consumer Attorneys of California (CAOC) is a 501(c)(6) professional organization of plaintiffs' attorneys representing consumers seeking accountability against wrongdoers in cases involving personal injury, product liability, environmental degradation and other causes. For membership inquiries and to join the fight, email member@caoc.org to connect with the team.*