# K. Fournier Decl. Exhibit 4



# 2026 CAOC OFFICERS



President
**Douglas S. Saeltzer**
Walkup, Melodia, Kelly & Schoenberger
San Francisco, CA



**President-Elect**
**Casey Johnson**
Aitken*Aitken*Cohn
Los Angeles, CA



**First Vice President**
**Paul Matiasic**
The Matiasic Firm, P.C.
San Francisco, CA



**Second Vice President**
**Abbas Kazerounian**
Kazerouni Law Group, APC
Costa Mesa, CA



**Third Vice President**
**Anne Marie Murphy**
Cotchett, Pitre & McCarthy, LLP
Burlingame, CA



**Fourth Vice President**
**Brett Schreiber**
Singleton Schreiber, LLP
San Diego, CA



**Secretary**
**Sarah London**
Girard Sharp LLP
San Francisco, CA



**Treasurer**
**Alexis Gamliel**
Gamliel Law, P.C.
Los Angeles, CA



Financial Secretary
Valerie McGinty
Law Office of Valerie T. McGinty
San Mateo, CA



Parliamentarian
Christa H. Ramey
ACTS Law
Encino, CA



Immediate Past President
Geoffrey Wells
Greene Broillet & Wheeler, LLP
El Segundo, CA



Diversity Representative
Michael Bracamontes
Bracamontes & Vlasak, P.C.
Oakland, CA



Women's Caucus Representative
Kelly Hanker
Trial Lawyers For Justice
Encino, CA



New Lawyers Representative

Casey Hultin

Hultin Law, PC

San Francisco, CA



Chief Executive Officer

Nancy Drabble

Consumer Attorneys of California

Sacramento, CA