# K. Fournier Decl. Exhibit 5



# 2026 CAOC BOARD OFFICERS

**President**
Douglas S. Saeltzer

**President-Elect**
Casey R. Johnson*

**First Vice President**
Paul Matiasic

**Second Vice President**
Abbas Kazerounian

**Third Vice President**
Anne Marie Murphy

**Fourth Vice President**
Brett Schreiber*

**Secretary**
Sarah R. London*

**Treasurer**
Alexis R. Gamliel

**Financial Secretary**
Valerie T. McGinty

**Parliamentarian**
Christa H. Ramey

**Immediate Past President**
Geoffrey S. Wells

**Chief Executive Officer**
Nancy Drabble

**Diversity Committee Representative**
Michael Bracamontes

**Women's Caucus Representative**
Casey Hultin

**New Lawyers Representative**
Kelly Hanker

# BOARD OF DIRECTORS

Darren O. Aitken
Kristy M. Arevalo
Jason N. Argos
Christopher T. Aumais
Jonathan Bakhsheshian
Robert Bale
Ian Barlow
Neil P. Berman
Shehnaz M. Bhujwala
Tony Blain
Timothy G. Blood
Paula Brown
Kelsey L. Campbell
Mary Lee Caruso
David S. Casey, III
Stuart R. Chandler
Walter T. Clark
Terrence J. Coleman
Siannah Collado
Scott J. Corwin
Ben J. Coughlan
Cynthia A. Craig
Margot Cutter
Jessica Dayton
Vanessa Deniston
Edward P. Dudensing
Ingrid M. Evans*
Sarvenaz (Nazy) Fahimi
Justin P. Farahi
Thomas S. Feher
Jennifer Fiore
Kirsten M. Fish
Michelle Fonseca-Kamana
Cristina Garcia

Daniel Kramer
Teresa Li
Daren H. Lipinsky
Kenneth M. Lipton
Neda L. Lotfi
Geraldine G. Ly
Duffy Magilligan
Sahar Malek
Jon O. Markarian
Amy R. Martel
Virginia L. Martucci
Diane Matthews
Molly McKibben
Andje M. Medina
John Michael Montevideo
Kipp Mueller
Minh T. Nguyen
Gary Partamian
Tamarah Prevost*
Gilbert L. Purcell
Shalini Quattlebaum
Amanda L. Riddle
Daniel S. Robinson
Douglas Rochen
Catalina Rodas
Dylan Ruga
Bobby Saadian
Allison Schulman
Benjamin W. Scott
Ibiere Seck*
Lillian Sedaghat
William D. Shapiro

Denisse O. Gastélum
Neil Gehlawat
Justin M. Gingery

Jamie G. Goldstein*
Laurel Halbany*
Alexandra A. Hamilton
Srinivas Hanumadass*
Jordon Harlan
Genie E. Harrison
Carlos Hernandez
Elizabeth A. Hernandez
Benjamin Ikuta
Michael Jeandron
Teresa Ann Johnson
Shant A. Karnikian
Casey A. Kaufman
Mike R. Kazerouni
Mikayla G. Kellogg
Thomas Kensok
Sarah Scheckel Kim
Justin H. King
Lawrence M. Knapp

Douglas H. Silverstein
Kellen Sinclair
Sandra Speed

Chandra G. Spencer
Steven B. Stevens
Olivier A. Taillieu
Holli P. Thier
Bobby Thompson*
Joseph E. Tomasik
Puneet K. Toor
Tiega N. Varlack*
Lauren M. Vogt
Bradley S. Wallace
Brendan D.S. Way
Kelly W. Weil
Joshua D. White
Twila S. White
David L. Winnett
Kimberly Wong
Julia Yoo
Steven R. Young

# DIRECTORS EMERITUS

Thomas M. Dempsey
Joseph F. Harbison, III
Paul R. Kiesel
M. Lawrence Lallande, Sr.
Barbara A. Lawless
E. Gerard Mannion

Frederick Schenk*
Kenneth M. Sigelman
Antony Stuart
Steven J. Weinberg
J.D. Zink

# PAST PRESIDENTS COUNCIL

| | |
|---|---|
| Wylie A. Aitken | J. Gary Gwilliam |
| Mary E. Alexander | Lee S. Harris |
| Mike Arias* | Ian Herzog |
| Sharon J. Arkin | Brian S. Kabateck |
| David B. Baum | Micha Star Liberty* |
| Gregory L. Bentley | Niall P. McCarthy |
| Raymond P. Boucher | Wayne McClean |
| Thomas J. Brandi | John A. Montevideo |
| Bruce A. Broillet | Gary M. Paul |
| Bruce M. Brusavich | Craig M. Peters* |
| Robert E. Cartwright, Jr. | Frank M. Pitre |
| David S. Casey, Jr. | Gregory G. Rizio |
| Deborah Chang | Mark P. Robinson, Jr. |
| Brian D. Chase | Elise Sanguinetti |
| Douglas K. deVries | William M. Shernoff |
| Christopher B. Dolan | Rick Simons |
| Laurence E. Drivon | Christine D. Spagnoli* |
| Don A. Ernst | Kathryn Stebner |
| John M. Feder | |
| Sanford M. Gage | |
| Browne Greene | |

* AAJ Board