Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC)<br><br>**CERTIFICATE OF SERVICE** |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc. et al.*, Case No. 3:23-cv-06708-CRB | Judge:      Hon. Charles R. Breyer<br>Date:       January 6, 2026<br>Time:       10:00 a.m.<br>Courtroom:    6 – 17th Floor |

1    I, the undersigned, hereby certify that on December 2, 2025, I electronically filed the foregoing

2

3    documents with the Clerk of the Court, using the CM/ECF system, which will send notification of such

4    filing to the counsel of record in this matter who are registered on the CM/ECF system.

5

6    1.   **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S NOTICE OF MOTION AND MOTION FOR (1) POSTPONEMENT OF FIRST BELLWETHER TRIAL AND RELATED RELIEF, AND (2) THIRD-PARTY SUBPOENA REGARDING MISLEADING AD CAMPAIGN**

7    2.   **[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION FOR (1) POSTPONEMENT OF FIRST BELLWETHER TRIAL AND RELATED RELIEF, AND (2) THIRD-PARTY SUBPOENA REGARDING MISLEADING AD CAMPAIGN**

8    3.   **DECLARATION OF KRISTEN RENEE FOURNIER**

9

10    I declare under penalty of perjury under the law of the State of California that the foregoing is

11    true and correct. Executed on December 2, 2025 in San Francisco, California.

12

13                                        */s/ Laura Vartain Horn*
                                          LAURA VARTAIN HORN
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

CERTIFICATE OF SERVICE
Case No. 3.23-md-03084-CRB (LJC)