UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Grier v. Uber Technologies, Inc., et al;* 3:23-cv-05960-CRB<br><br>*Rivera v. Uber Technologies, Inc., et al;* 3:25-cv-03285-CRB | MDL No. 3084 CRB<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 10 |

Having considered the Plaintiffs' Motion to Reconsider Order Dismissing Cases for Failure to Comply with PTO 10, the Court hereby GRANTS Plaintiffs' Motion for Reconsideration and AMENDS its Order Dismissing Cases for Failure to Comply with PTO 10 (Docket No. 4442) to remove Plaintiff Grier, 3:23-cv-05960 and Plaintiff Rivera, 3:25-cv-03285.

**IT IS SO ORDERED.**

Dated: December 2, 2025



1

[PROPOSED] ORDER GRANTING MOTION TO RECONSIDER