**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB  **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 4483]** |
| This Document Relates to:  *ALL WAVE 1 BELLWETHER CASES* | Judge:     Hon. Charles R. Breyer  Courtroom: Courtroom 6 – 17th Floor |

Having considered statement in support of Plaintiffs' Administrative Motions to Consider Whether Another Party's Material Should Be Filed Under Seal, dated November 25, 2025, ECF 4483 ("Plaintiffs' Motion"), and Defendants' Statement in Support of Plaintiffs' Motion, dated December 2, 2025, ECF ____ ("Statement in Support"), the Court hereby ORDERS that the following materials remain under seal as stated in Defendants' Statement in Support:

| **Document** | **Description** | **Defendants' Request** |
| --- | --- | --- |
| Redacted Stipulation and Proposed Order Regarding S-RAD Scores (ECF 4483-3; redacted version filed at ECF 4482) | Confidential information regarding S-RAD score data. | Seal in part (single redaction at end ¶ 1, p.2) |

**IT IS SO ORDERED.**

Dated:_____

                                    Hon. Charles R. Breyer
                                    United States District Judge