Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**JOINT STATEMENT OF THE CASE FOR JUROR QUESTIONNAIRE**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

Pursuant to the Court's December 2, 2025 Order, the parties jointly submit this Statement of the Case for use in the juror questionnaire: "In this case, Plaintiff Jaylynn Dean alleges that she was raped by her Uber driver in Tempe, Arizona on November 15, 2023. Jaylynn Dean asserts that Uber was negligent and should be held legally and financially responsible for the actions of the driver. Uber denies that it was negligent or that it should be held legally responsible for the actions of the driver."

Dated:  December 3, 2025

By: /s/ Sarah R. London

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: /s/ Rachel B. Abrams

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

By: /s/ Roopal P. Luhana

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

| | | |
|---|---|---|
| 1 | Dated: December 3, 2025 | **KIRKLAND & ELLIS LLP** |
| 2 | | By: */s/ Laura Vartain Horn* |
| 3 | | **KIRKLAND & ELLIS LLP**<br>ALLISON M. BROWN<br>JESSICA DAVIDSON |
| 4 | | LAURA VARTAIN |
| 5 | | **SHOOK, HARDY & BACON L.L.P.**<br>MICHAEL B. SHORTNACY |
| 6 | | PATRICK L. OOT, JR.<br>CHRISTOPHER V. COTTON |
| 7 | | ALYCIA A. DEGEN |
| 8 | | **O'MELVENY AND MYERS LLP**<br>SABRINA H. STRONG |
| 9 | | JONATHAN SCHNELLER |
| 10 | | *Attorneys for Defendants*<br>UBER TECHNOLOGIES, INC., |
| 11 | | RASIER, LLC, and RASIER-CA, LLC |