Steve Schulte (TX Bar No. 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: schulte@ntrial.com
Email: jraggio@ntrial.com
Email: afurness@ntrial.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB  **PLAINTIFFS' MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 10**  Judge: Honorable Charles R. Breyer |
| This Document Relates to: *Jane Doe LR v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04306-CRB  *Jane Doe JB v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04316-CRB  *Jane Doe DC v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04373-CRB  *Jane Doe (D.B.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04428-CRB  *Jane Doe (AR) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05947-CRB  *Jane Doe (AS) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05960-CRB  *Jane Doe NLG (AB) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09188-CRB | |

*Jane Doe NLG (HK) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-00675-CRB

*Jane Doe NLG (CR) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01716

*Jane Doe NLG (HW) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01725-CRB

*Jane Doe NLG V.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02622-CRB

## I. INTRODUCTION

On October 22, 2025, Defendants filed an Amended Motion to Dismiss the claims of the above-captioned Plaintiffs on the grounds that Plaintiffs failed to comply with Pretrial Order ("PTO") No. 10. *See* ECF No. 4203. PTO 10 establishes procedures and deadlines related to the production of Plaintiff Fact Sheets. *See* ECF No. 348. Further, on November 5, 2025, Plaintiffs filed an Opposition to Defendants' Motion to Dismiss. *See* ECF No. 4309. On November 19, 2025, this Court issued an Order dismissing without prejudice all claims identified in Exhibit A of Defendants' Motion to Dismiss and requiring that counsel for Plaintiffs file notices of dismissal and serve a Rule 26(g) certification within 14 days of the date of the Order. *See* ECF No. 4442. Plaintiffs now submit this Motion to Reconsider the Court's Order as it relates to the above captioned Plaintiffs.

## II. ARGUMENT

**A. The above-captioned Plaintiffs have complied with PTO 10.**

Prior to the Court's November 19, 2025 dismissal Order, Plaintiffs identified in Exhibit A served Plaintiff Fact Sheet ("PFS") verifications via MDL Centrality as reflected by the production dates set forth therein. *See* Exhibit A. Counsel underwent extensive efforts to

reestablish contact and communication with these Plaintiffs which were challenging but, ultimately, were successful before the date of the Court's Order.

Given that Plaintiffs have fully complied with their PTO 10 discovery obligations, Plaintiffs respectfully request that the Court reconsider dismissal of their cases and remove them from the dismissal Order, ECF No. 4442. Counsel for Plaintiffs believes that a reconsideration of the Order dismissing their cases is warranted as dismissal is unduly prejudicial to the Plaintiffs.

### III.   CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that this Court amend the Order dismissing cases for failure to comply with PTO 10 to remove Plaintiffs.

Dated: December 3, 2025                Respectfully submitted,

By: */s/ Steve Schulte*
By: */s/ John Raggio*
By: */s/ Arati Furness*
Steve Schulte (TX Bar No. 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
Email: schulte@ntrial.com
Email: jraggio@ntrial.com
Email: afurness@ntrial.com

*Counsel for Plaintiffs*