Steve Schulte (TX Bar No. 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: schulte@ntrial.com
Email: jraggio@ntrial.com
Email: afurness@ntrial.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF STEVEN S. SCHULTE IN SUPPORT OF PLAINTIFFS' MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 10** |
| This Document Relates to: | |
| *Jane Doe LR v. Uber Technologies, Inc., et al., No. 3:24-cv-04306-CRB* | Judge: Honorable Charles R. Breyer |
| *Jane Doe JB v. Uber Technologies, Inc., et al., No. 3:24-cv-04316-CRB* | |
| *Jane Doe DC v. Uber Technologies, Inc., et al., No. 3:24-cv-04373-CRB* | |
| *Jane Doe (D.B.) v. Uber Technologies, Inc., et al., No. 3:24-cv-04428-CRB* | |
| *Jane Doe (AR) v. Uber Technologies, Inc., et al., No. 3:24-cv-05947-CRB* | |
| *Jane Doe (AS) v. Uber Technologies, Inc., et al., No. 3:24-cv-05960-CRB* | |
| *Jane Doe NLG (AB) v. Uber Technologies, Inc., et al., No. 3:24-cv-09188-CRB* | |

1

2    *Jane Doe NLG (HK) v. Uber Technologies, Inc.,*
     *et al., No. 3:25-cv-00675-CRB*

3

4    *Jane Doe NLG (CR) v. Uber Technologies, Inc.,*
     *et al., No. 3:25-cv-01716*

5

6    *Jane Doe NLG (HW) v. Uber Technologies, Inc.,*
     *et al., No. 3:25-cv-01725-CRB*

7    *Jane Doe NLG V.M. v. Uber Technologies, Inc.,*
     *et al., No. 3:25-cv-02622-CRB*

8

9

10   I, Steven S. Schulte, declare:

11   1.  I am an attorney who is admitted *pro hac vice* to practice before this Court in MDL No.

12

13       3084.  I am a partner at the law firm of Nachawati Law Group and am counsel of record

14       for the Plaintiffs subject to this dismissal without prejudice (pursuant to ECF No. 4442).

15       I make this declaration based on my own personal knowledge.  If called upon to testify, I

16       could and would testify competently to the truth of the matters stated herein.

17   2.  On November 12, 2025, Defendants filed a Reply to its Amended Motion to Dismiss

18       for Failure to Comply with PTO 10 ("Reply").  ECF No. 4368.  Before the date of

19       Defendants' Reply, the plaintiffs identified on Exhibit A to this declaration

20       ("Plaintiffs") had not yet provided or served plaintiff executed fact sheet verifications,

21       and Defendants, therefore, designated them as non-compliant in the Reply.

22

23   3.  Before the filing of the Reply, our firm made significant and extensive efforts to reach

24       and reestablish contact with these above-captioned Plaintiffs, including but not limited

25       to an extensive number of phone calls, emails, text messages, written communications

26       and letters, and address and contact searches.

27

28

CASE NO. 3:23-MD-03084-CRB          DECL. OF STEVEN S. SCHULTE ISO PLTFS' MOT. TO
                                    RECONSIDER CASES FOR FAILURE TO COMPLY WITH PTO 10

1

2
4. Before the Court's November 19, 2025 Order, our firm was able to obtain and serve in

3
MDL Centrality Plaintiffs' executed fact sheet verifications.

4
5. Thus, Plaintiffs respectfully request that the Court reconsider dismissal of these

5
Plaintiffs, due to their compliance with PTO 10 prior to the entry of the Court's

6
November 19, 2025 Order, and amend the Order to remove or exclude these Plaintiffs.

7
Executed on December 3, 2025.

8

9
                                        **NACHAWATI LAW GROUP**

10
                                        */s/ Steven S. Schulte*
                                        Steven S. Schulte (TX SBN 24051306)
11
                                        *Appearance Pro Hac Vice*

12
                                        *Counsel for Plaintiffs*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 3:23-MD-03084-CRB          DECL. OF STEVEN S. SCHULTE ISO PLTFS' MOT. TO
                                    RECONSIDER CASES FOR FAILURE TO COMPLY WITH PTO 10