# EXHIBIT A

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LR v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04306-CRB<br><br>*Jane Doe JB v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04316-CRB<br><br>*Jane Doe DC v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04373-CRB<br>*Jane Doe (D.B.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04428-CRB<br><br>*Jane Doe (AR) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05947-CRB<br><br>*Jane Doe (AS) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05960-CRB<br><br>*Jane Doe NLG (AB) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09188-CRB<br><br>*Jane Doe NLG (HK) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00675-CRB<br><br>*Jane Doe NLG (CR) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01716<br><br>*Jane Doe NLG (HW) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01725-CRB<br><br>*Jane Doe NLG V.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02622-CRB | Case No. 3:23-md-03084-CRB<br><br>**EXHIBIT A TO PLAINTIFFS' MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 10**<br><br>Judge: Honorable Charles R. Breyer |

**Plaintiffs with Executed Plaintiff Fact Sheet Verifications Produced Prior to the Court's November 19, 2025 Order**

| MDL ID | Case Caption | Case Number | Cure Date | Document ID |
|---|---|---|---|---|
| 1482 | Jane Doe LR | 24-cv-04306 | 11/14/2025 | 166768 |
| 1488 | Jane Doe JB | 24-cv-04316 | 11/14/2025 | 166779 |
| 1512 | Jane Doe DC | 24-cv-04373 | 11/17/2025 | 167884 |
| 1514 | Jane Doe (D.B.) | 24-cv-04428 | 11/14/2025 | 166770 |
| 2257 | Jane Doe (AR) | 24-cv-05947 | 11/15/2025 | 167812 |
| 2258 | Jane Doe (AS) | 24-cv-05960 | 11/12/2025 | 164284 |
| 2767 | Jane Doe NLG (AB) | 24-cv-09188 | 11/17/2025 | 167887 |
| 2844 | Jane Doe NLG (HK) | 25-cv-00675 | 11/17/2025 | 167885 |
| 3015 | Jane Doe NLG (CR) | 25-cv-01716 | 11/14/2025 | 167804 |
| 3019 | Jane Doe NLG (HW) | 25-cv-01725 | 11/17/2025 | 167889 |
| 3152 | Jane Doe NLG V.M. | 25-cv-02622 | 11/15/2025 | 167813 |