UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LR v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04306-CRB<br><br>*Jane Doe JB v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04316-CRB<br><br>*Jane Doe DC v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04373-CRB<br><br>*Jane Doe (D.B.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04428-CRB<br><br>*Jane Doe (AR) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05947-CRB<br><br>*Jane Doe (AS) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05960-CRB<br><br>*Jane Doe NLG (AB) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09188-CRB<br><br>*Jane Doe NLG (HK) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00675-CRB<br><br>*Jane Doe NLG (CR) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01716<br><br>*Jane Doe NLG (HW) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01725-CRB<br><br>*Jane Doe NLG V.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02622-CRB | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 10**<br><br>Judge: Honorable Charles R. Breyer |

1

CASE NO. 3:23-MD-03084-CRB    [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 10

# [PROPOSED] ORDER

Having considered Plaintiffs' Motion to Reconsider Order Dismissing Cases for Failure to Comply with PTO 10, the Court hereby GRANTS Plaintiffs' Motion for Reconsideration and AMENDS its Order Dismissing Cases for Failure to Comply with PTO 10 (ECF No. 4442) to remove Plaintiffs Jane Doe LR, 3:24-cv-04306; Jane Doe JB, 3:24-cv-04316; Jane Doe DC, 3:24-cv-04373; Jane Doe (D.B.), 3:24-cv-04428; Jane Doe (AR), 3:24-cv-05947; Jane Doe (AS), 3:24-cv-05960; Jane Doe NLG (AB), 3:24-cv-09188; Jane Doe NLG (HK), 3:25-cv-00675; Jane Doe NLG (CR), 3:25-cv-01716; Jane Doe NLG (HW), 3:25-cv-01725; and Jane Doe NLG V.M., 3:25-cv-02622.

**IT IS SO ORDERED.**

DATED: _____                  _____
                                        HON. CHARLES R. BREYER
                                        United States District Court Judge

2

CASE NO. 3:23-MD-03084-CRB   [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 10