Sadi R. Antonmattei-Goitia (SBN # 24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA LLP**
2925 Richmond Ave, Suite 1560
Houston, TX 77098
Telephone: (713) 333- 1030
Facsimile : (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB  Honorable Charles R. Breyer  **RULE 26(g) CERTIFICATION** |
| This Document Relates to:  Jane Doe 691046 v. UBER TECHNOLOGIES, INC., et al., Case No. 25-cv-02274, MDL ID 3067 | |

**RULE 26(g) CERTIFICATION**

I, Sadi R. Antonmattei-Goitia, am counsel of record for the above listed Plaintiff. I certify that the following information is true and correct to the best of my knowledge, after reasonable inquiry:

Plaintiff Jane Doe 691046, MDL ID 3067, **did not** review the amended PFS before it was served. The revisions to the amended PFS consisted of clarifications of information that she had previously provided to counsel. Specifically, two questions were left blank and revised to state she had no responsive information.

> Please provide employer information from two years prior to the alleged incident through the present.
>
> Please provide the full name and last known contact information for each individual or entity noted in Question 30(a).

Further, Plaintiff's Amended PFS replaced a "no" response which was a clerical error to yes.

> Have you been diagnosed with or treated for an aggravation of any pre-existing psychiatric, mental or behavioral conditions that were caused in whole or in part by the subject incident by a Healthcare Provider.

Plaintiff had previously submitted an executed HIPAA release, which was uploaded with the original PFS.

*/s/ Sadi R. Antonmattei-Goitia*

Sadi R. Antonmattei-Goitia (SBN # 24091383)
(Pro Hac Vice)
KHERKHER GARCIA LLP
2925 Richmond Ave, Suite 1560
Houston, TX 77098
Telephone: (713) 333- 1030
Facsimile : (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

By: /s/ *Sadi R.Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia