Steve Schulte (TX Bar No. 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: schulte@ntrial.com
Email: jraggio@ntrial.com
Email: afurness@ntrial.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| This Document Relates to: <br><br> *Jane Doe (AM) v. Uber Technologies, Inc., et al., No. 3:24-cv-05765-CRB* | Judge: Honorable Charles R. Breyer |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Jane Doe (AM), by and through her counsel, hereby gives notice that the above-captioned action is dismissed without prejudice against Defendants pursuant to the Court's Order dated November 19, 2025. (ECF No. 4442).

Dated: December 3, 2025

                                                Respectfully submitted,

                                                By: */s/ Steve Schulte*
                                                By: */s/ John Raggio*
                                                By: */s/ Arati Furness*
                                                Steve Schulte (TX Bar No. 24051306)
                                                *Appearance Pro Hac Vice*

1 | John Raggio (CA Bar No. 338261)
2 | Arati Furness (CA Bar No. 225435)
  | **NACHAWATI LAW GROUP**
3 | 5489 Blair Road
  | Dallas, Texas 75231
4 | Telephone: (214) 890-0711
  | Fax: (214) 890-0712
5 | Email: schulte@ntrial.com
  | Email: jraggio@ntrial.com
6 | Email: afurness@ntrial.com

*Counsel for Plaintiff*