Stephen J. Estey (SBN 163093)
R. Michael Bomberger (SBN 169866)
Angela J. Nehmens (SBN 309433)
**ESTEY & BOMBERGER, LLP**
2869 India Street
San Diego, CA 92103
Tel: (619) 295-0035
Fax: (619) 295-0172
Email: steve@estey-bomberger.com
Email: mike@estey-bomberger.com
Email: angela@estey-bomberger.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Individual Case Numbers: 3:24-cv-05167, 3:24-cv-05180; 3:24-cv-05185; 3:24-cv-05186; 3:24-cv-05188; 3:24-cv-05194; 3:24-cv-05199; 3:24-cv-05208; 3:24-cv-05213; 3:24-cv-05214; 3:24-cv-05276; 3:24-cv-05299; 3:24-cv-05313; 3:24-cv-05353; 3:24-cv-05359; 3:24-cv-05376; 3:24-cv-05378; 3:24-cv-05384; 3:24-cv-05389; 3:24-cv-05497; 3:24-cv-05505; 3:24-cv-05506; 3:24-cv-05510; 3:24-cv-07090; 3:24-cv-08458; 3:25-cv-00064; 3:25-cv-00667; 3:25-cv-00931; 3:25-cv-01274; 3:25-cv-01456; 3:25-cv-01458; 3:25-cv-01935; 3:25-cv-01939; 3:25-cv-02365; 3:25-cv-02479; 3:25-cv-02763; 3:25-cv-02765; 3:25-cv-03151; 3:25-cv-03311; 3:25-cv-03667; 3:25-cv-03674; 3:25-cv-04173; 3:25-cv-04180; 3:25-cv-04559; 3:25-cv-04567; 3:25-cv-05079; 3:25-cv-05086; 3:25-cv-05304* | MDL No.: 3:23-MD-03084-CRB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Charles R. Breyer |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii), the following Plaintiffs ("Plaintiffs") and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Defendants"),

hereby stipulate to the voluntary dismissal of all claims of Plaintiffs against Defendants with prejudice, with each party to bear its own costs, attorneys' fees, and expenses:

| Case Number | Plaintiff Name or Pseudonym |
|---|---|
| 3:24-cv-05167 | Stevens, Rachel |
| 3:24-cv-05180 | Jane Doe EB 3 |
| 3:24-cv-05185 | Jane Doe EB 4 |
| 3:24-cv-05186 | Jane Doe EB 5 |
| 3:24-cv-05188 | Jane Doe EB 6 |
| 3:24-cv-05194 | Jane Doe EB 9 |
| 3:24-cv-05199 | Jane Doe EB 11 |
| 3:24-cv-05208 | Jane Doe EB 13 |
| 3:24-cv-05213 | Jane Doe EB 16 |
| 3:24-cv-05214 | Jane Doe EB 17 |
| 3:24-cv-05276 | Jane Doe EB 27 |
| 3:24-cv-05299 | Monaco, Antoinette |
| 3:24-cv-05313 | Jane Doe EB 30 |
| 3:24-cv-05353 | Jane Doe EB 34 |
| 3:24-cv-05359 | Jane Doe EB 35 |
| 3:24-cv-05376 | Jane Doe EB 38 |
| 3:24-cv-05378 | Jane Doe EB 39 |
| 3:24-cv-05384 | Tran, Quochoa M. |
| 3:24-cv-05389 | Jane Doe EB 42 |
| 3:24-cv-05497 | Jane Doe EB 45 |
| 3:24-cv-05505 | Jane Doe EB 47 |
| 3:24-cv-05506 | Jane Doe EB 48 |
| 3:24-cv-05510 | Jane Doe EB 50 |
| 3:24-cv-07090 | Jane Doe EB 60 |
| 3:24-cv-08458 | Jane Doe EB 62 |
| 3:25-cv-00064 | Jane Doe EB 63 |
| 3:25-cv-00667 | Jane Doe EB 64 |
| 3:25-cv-00931 | Jane Doe EB 70 |
| 3:25-cv-01274 | Jane Doe EB 65 |
| 3:25-cv-01456 | Taylor, Sideah |
| 3:25-cv-01458 | Jane Doe EB 67 |
| 3:25-cv-01935 | Jane Doe EB 71 |
| 3:25-cv-01939 | Jane Doe EB 72 |
| 3:25-cv-02365 | Jane Doe EB 73 |
| 3:25-cv-02479 | Jane Doe EB 74 |
| 3:25-cv-02763 | Hunter, Shalita |
| 3:25-cv-02765 | Jane Doe EB 76 |
| 3:25-cv-03151 | Jane Doe EB 78 |
| 3:25-cv-03311 | Jane Doe EB 79 |
| 3:25-cv-03667 | Jane Doe EB 81 |

| Case Number | Plaintiff Name or Pseudonym |
|---|---|
| 3:25-cv-03674 | Jane Doe EB 82 |
| 3:25-cv-04173 | Jane Doe EB 83 |
| 3:25-cv-04180 | Jane Doe EB 85 |
| 3:25-cv-04559 | Jane Doe EB 86 |
| 3:25-cv-04567 | Collard, Jaliene |
| 3:25-cv-05079 | Jane Doe EB 87 |
| 3:25-cv-05086 | Jane Doe EB 88 |
| 3:25-cv-05304 | Jane Doe EB 89 |

Pursuant to Pretrial Order No. 19, counsel for Plaintiffs and counsel for Defendants certify that the common benefit assessment applicable to each of Plaintiff's claim has been withheld and shall be deposited into the MDL 3084 common benefit accounts prior to or at the same time as the disbursement of any settlement proceeds to that Plaintiff or to Plaintiff's counsel.

**IT IS SO STIPULATED.**

Dated: December 2, 2025

Respectfully submitted,

By: _____
Stephen J. Estey (SBN 163093)
R. Michael Bomberger (SBN 169866)
Angela J. Nehmens (SBN 309433)
ESTEY & BOMBERGER, LLP
2869 India Street
San Diego, CA 92103
Tel: (619) 295-0035
Fax: (619) 295-0172
Email: steve@estey-bomberger.com
Email: mike@estey-bomberger.com
Email: angela@estey-bomberger.com

*Attorneys for Plaintiff*

By:   */s/ Christopher V. Cotton*
CHRISTOPHER V. COTTON
(Admitted *Pro Hac Vice*)
ccotton@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2025, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: _____

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No.: 3:23-MD-03084-CRB  Judge: Hon. Charles R. Breyer |
| This Document Relates to:  *Individual Case Numbers: 3:24-cv-05167, 3:24-cv-05180; 3:24-cv-05185; 3:24-cv-05186; 3:24-cv-05188; 3:24-cv-05194; 3:24-cv-05199; 3:24-cv-05208; 3:24-cv-05213; 3:24-cv-05214; 3:24-cv-05276; 3:24-cv-05299; 3:24-cv-05313; 3:24-cv-05353; 3:24-cv-05359; 3:24-cv-05376; 3:24-cv-05378; 3:24-cv-05384; 3:24-cv-05389; 3:24-cv-05497; 3:24-cv-05505; 3:24-cv-05506; 3:24-cv-05510; 3:24-cv-07090; 3:24-cv-08458; 3:25-cv-00064; 3:25-cv-00667; 3:25-cv-00931; 3:25-cv-01274; 3:25-cv-01456; 3:25-cv-01458; 3:25-cv-01935; 3:25-cv-01939; 3:25-cv-02365; 3:25-cv-02479; 3:25-cv-02763; 3:25-cv-02765; 3:25-cv-03151; 3:25-cv-03311; 3:25-cv-03667; 3:25-cv-03674; 3:25-cv-04173; 3:25-cv-04180; 3:25-cv-04559; 3:25-cv-04567; 3:25-cv-05079; 3:25-cv-05086; 3:25-cv-05304* | |

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT THE CLAIMS OF THE FOLLWING PLAINTIFFS ARE DISMISSED WITH PREJUDICE:

| Case Number | Plaintiff Name or Pseudonym |
|---|---|
| 3:24-cv-05167 | Stevens, Rachel |
| 3:24-cv-05180 | Jane Doe EB 3 |
| 3:24-cv-05185 | Jane Doe EB 4 |
| 3:24-cv-05186 | Jane Doe EB 5 |
| 3:24-cv-05188 | Jane Doe EB 6 |
| 3:24-cv-05194 | Jane Doe EB 9 |
| 3:24-cv-05199 | Jane Doe EB 11 |
| 3:24-cv-05208 | Jane Doe EB 13 |
| 3:24-cv-05213 | Jane Doe EB 16 |
| 3:24-cv-05214 | Jane Doe EB 17 |

| Case Number | Plaintiff Name or Pseudonym |
|---|---|
| 3:24-cv-05276 | Jane Doe EB 27 |
| 3:24-cv-05299 | Monaco, Antoinette |
| 3:24-cv-05313 | Jane Doe EB 30 |
| 3:24-cv-05353 | Jane Doe EB 34 |
| 3:24-cv-05359 | Jane Doe EB 35 |
| 3:24-cv-05376 | Jane Doe EB 38 |
| 3:24-cv-05378 | Jane Doe EB 39 |
| 3:24-cv-05384 | Tran, Quochoa M. |
| 3:24-cv-05389 | Jane Doe EB 42 |
| 3:24-cv-05497 | Jane Doe EB 45 |
| 3:24-cv-05505 | Jane Doe EB 47 |
| 3:24-cv-05506 | Jane Doe EB 48 |
| 3:24-cv-05510 | Jane Doe EB 50 |
| 3:24-cv-07090 | Jane Doe EB 60 |
| 3:24-cv-08458 | Jane Doe EB 62 |
| 3:25-cv-00064 | Jane Doe EB 63 |
| 3:25-cv-00667 | Jane Doe EB 64 |
| 3:25-cv-00931 | Jane Doe EB 70 |
| 3:25-cv-01274 | Jane Doe EB 65 |
| 3:25-cv-01456 | Taylor, Sideah |
| 3:25-cv-01458 | Jane Doe EB 67 |
| 3:25-cv-01935 | Jane Doe EB 71 |
| 3:25-cv-01939 | Jane Doe EB 72 |
| 3:25-cv-02365 | Jane Doe EB 73 |
| 3:25-cv-02479 | Jane Doe EB 74 |
| 3:25-cv-02763 | Hunter, Shalita |
| 3:25-cv-02765 | Jane Doe EB 76 |
| 3:25-cv-03151 | Jane Doe EB 78 |
| 3:25-cv-03311 | Jane Doe EB 79 |
| 3:25-cv-03667 | Jane Doe EB 81 |
| 3:25-cv-03674 | Jane Doe EB 82 |
| 3:25-cv-04173 | Jane Doe EB 83 |
| 3:25-cv-04180 | Jane Doe EB 85 |
| 3:25-cv-04559 | Jane Doe EB 86 |
| 3:25-cv-04567 | Collard, Jaliene |
| 3:25-cv-05079 | Jane Doe EB 87 |
| 3:25-cv-05086 | Jane Doe EB 88 |
| 3:25-cv-05304 | Jane Doe EB 89 |

Dated: _____ \_\_, 2025

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE