Steve Schulte (TX Bar No. 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: schulte@ntrial.com
Email: jraggio@ntrial.com
Email: afurness@ntrial.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**NACHAWATI LAW GROUP STATEMENT RE 4442 ORDER**<br><br>Judge: Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Doe LN v. Uber Technologies, Inc., et al.,* No. 3:24-cv-00120-CRB<br><br>*Jane Doe TW v. Uber Technologies, Inc., et al.,* No. 3:24-cv-00559-CRB<br><br>*Jane Doe LR v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04306-CRB<br><br>*Jane Doe BW v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04308-CRB<br><br>*Jane Doe ST v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04309-CRB<br><br>*Jane Doe AR v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04313-CRB<br><br>*Jane Doe JB v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04316-CRB | |

*Jane Doe VB v. Uber Technologies, Inc., et al., No. 3:24-cv-04317-CRB*

*Jane Doe KH v. Uber Technologies, Inc., et al., No. 3:24-cv-04326-CRB*

*Jane Doe SF v. Uber Technologies, Inc., et al., No. 3:24-cv-04327-CRB*

*Jane Doe SG v. Uber Technologies, Inc., et al., No. 3:24-cv-04353-CRB*

*Jane Doe TW v. Uber Technologies, Inc., et al., No. 3:24-cv-04356-CRB*

*Jane Doe SW v. Uber Technologies, Inc., et al., No. 3:24-cv-04364-CRB*

*Jane Doe JG v. Uber Technologies, Inc., et al., No. 3:24-cv-04368-CRB*

*Jane Doe DC v. Uber Technologies, Inc., et al., No. 3:24-cv-04373-CRB*

*Jane Doe PC v. Uber Technologies, Inc., et al., No. 3:24-cv-04374-CRB*

*Jane Doe DB v. Uber Technologies, Inc., et al., No. 3:24-cv-04428-CRB*

*Jane Doe (C.A.) v. Uber Technologies, Inc., et al., No. 3:24-cv-05072-CRB*

*Jane Doe RD v. Uber Technologies, Inc., et al., No. 3:24-cv-05074-CRB*

*Jane Doe JH v. Uber Technologies, Inc., et al., No. 3:24-cv-05079-CRB*

*Jane Doe EB v. Uber Technologies, Inc., et al., No. 3:24-cv-05110-CRB*

*Jane Doe AE v. Uber Technologies, Inc., et al., No. 3:24-cv-05121-CRB*

*John Doe DG v. Uber Technologies, Inc., et al., No. 3:24-cv-05169-CRB*

1  *Jane Doe KH v. Uber Technologies, Inc., et al.,*
2  *No. 3:24-cv-05174-CRB*

3  *Jane Doe SK v. Uber Technologies, Inc., et al.,*
   *No. 3:24-cv-05710-CRB*
4
   *Jane Doe AM v. Uber Technologies, Inc., et al.,*
5  *No. 3:24-cv-05765-CRB*

6  *Jane Doe AR v. Uber Technologies, Inc., et al.,*
   *No. 3:24-cv-05947-CRB*
7

8  *Jane Doe AS v. Uber Technologies, Inc., et al.,*
   *No. 3:24-cv-05960-CRB*
9

10 *Jane Doe CS v. Uber Technologies, Inc., et al.,*
   *No. 3:24-cv-05964-CRB*
11
   *Jane Doe GT v. Uber Technologies, Inc., et al.,*
12 *No. 3:24-cv-06051-CRB*

13 *John Doe EW v. Uber Technologies, Inc., et al.,*
   *No. 3:24-cv-06073-CRB*
14

15 *Jane Doe JD v. Uber Technologies, Inc., et al.,*
   *No. 3:24-cv-06074-CRB*
16
   *Jane Doe NLG JV v. Uber Technologies, Inc., et*
17 *al., No. 3:24-cv-08622-CRB*

18 *Jane Doe NLG AB v. Uber Technologies, Inc., et*
   *al., No. 3:24-cv-09188-CRB*
19

20 *Jane Doe NLG KC v. Uber Technologies, Inc., et*
   *al., No. 3:25-cv-00072-CRB*
21

22 *Jane Doe NLG TT v. Uber Technologies, Inc., et*
   *al., No. 3:25-cv-00075-CRB*
23
   *Jane Doe NLG PO v. Uber Technologies, Inc., et*
24 *al., No. 3:25-cv-00358-CRB*

25 *Jane Doe NLG LB v. Uber Technologies, Inc., et*
   *al., No. 3:25-cv-00365-CRB*
26

27 *Jane Doe NLG BH v. Uber Technologies, Inc., et*
   *al., No. 3:25-cv-00369-CRB*
28

*Jane Doe NLG BE v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00401-CRB

*Jane Doe NLG KK v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00673-CRB

*Jane Doe NLG HK v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00675-CRB

*Jane Doe NLG JN v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00715-CRB

*Jane Doe NLG KL v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01265-CRB

*Jane Doe NLG AH v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01266-CRB

*Jane Doe NLG- CR v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01716-CRB

*Jane Doe NLG- HW v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01725-CRB

*Jane Doe NLG- ZD v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01729-CRB

*Jane Doe NLG- WB v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01799-CRB

*Jane Doe NLG- JN v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01818-CRB

*Jane Doe NLG- VM v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02622-CRB

*Jane Doe NLG-AH v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02797-CRB

*Jane Doe NLG-KM v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02706-CRB

*Jane Doe NLG-AV v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02855-CRB

*Jane Doe NLG-KM v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02856-CRB

*Jane Doe NLG-BC v. Uber Technologies, Inc., et al., No. 3:25-cv-02899-CRB*

*Jane Doe NLG-RR v. Uber Technologies, Inc., et al., No. 3:25-cv-02788-CRB*

*Jane Doe NLG-KM v. Uber Technologies, Inc., et al., No. 3:25-cv-02956-CRB*

*Jane Doe NLG-MH v. Uber Technologies, Inc., et al., No. 3:25-cv-05163-CRB*

## NACHAWATI LAW GROUP STATEMENT RE 4442 ORDER

During the course of representation, representatives of Plaintiffs' firm consulted with and acquired information and items from or as to the Plaintiffs, which was incorporated into answering and completing a plaintiff fact sheet or supplementing or amending a plaintiff fact sheet if an answer was inadvertently omitted or incomplete or could be more responsive.

At some point during the course of representation, the Plaintiffs subject to this dismissal became unavailable or non-responsive, which could be for any number of reasons. Despite Plaintiffs' firm's extensive efforts to locate, reach and reestablish communication with the Plaintiffs, to continue their case, it was unable to as to certain Plaintiffs, as indicated below.

The firm's extensive efforts to locate, reach and reestablish communication with unavailable or non-responsive Plaintiffs were successful, albeit ultimately more recently, as to eleven Plaintiffs[1] subject to this dismissal. Plaintiff fact sheet verifications were served via MDL Centrality for these Plaintiffs, prior to the Court's November 19, 2025 Order, and relief is being sought independently by way of motion to reconsider. ECF No. 4505. As to the remaining forty-

---

[1] The eleven plaintiffs are: Jane Doe LR (PPID: 1482); Jane Doe JB (PPID: 1488); Jane Doe DC (PPID: 1512); Jane Doe (D.B.) (PPID: 1514); Jane Doe (AR) (PPID: 2257); Jane Doe (AS) (PPID: 2258); Jane Doe NLG (AB) (PPID: 2767); Jane Doe NLG (HK) (PPID: 2844); Jane Doe NLG (CR) (PPID: 3015); Jane Doe NLG (HW) (PPID: 3019); and Jane Doe NLG V.M. (PPID: 3152).

eight Plaintiffs[2], Plaintiff executed verifications were not obtained and amended plaintiff fact sheets were not able to be reviewed due to unavailability or non-responsiveness.

Dated: December 3, 2025

Respectfully submitted,

By: */s/ Steve Schulte*
By: */s/ John Raggio*
By: */s/ Arati Furness*
Steve Schulte (TX Bar No. 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
Email: schulte@ntrial.com
Email: jraggio@ntrial.com
Email: afurness@ntrial.com

*Counsel for Plaintiffs*

---

[2] The remaining forty-eight plaintiffs are: Jane Doe LN (PPID: 1233); Jane Doe TW (PPID: 1361); Jane Doe BW (PPID: 1483); Jane Doe ST (PPID: 1484); Jane Doe AR (PPID: 1487); Jane Doe VB (PPID: 1489); Jane KH (PPID: 1491); Jane Doe SF (PPID: 1492); Jane Doe SG (PPID: 1496); Jane Doe TW (PPID: 1500); Jane Doe SW (PPID: 1508); Jane Doe JG (PPID: 1509); Jane Doe PC (PPID: 1513); Jane Doe CA (PPID: 2213); Jane Doe RD (PPID: 2215); Jane Doe JH (PPID: 2217); Jane Doe EB (PPID: 2221); Jane Doe AE (PPID: 2225); John Doe DG (PPID: 2227); Jane Doe KH (PPID: 2230); Jane Doe SK (PPID: 2235); Jane Doe AM (PPID: 2254); Jane Doe CS (PPID: 2259); Jane Doe GT (PPID: 2260); John Doe EW (PPID: 2261); Jane Doe JD (PPID: 2262); Jane Doe NLG JV (PPID: 2723); Jane Doe NLG KC (PPID: 2797); Jane Doe NLG TT (PPID: 2798); Jane Doe NLG PO (PPID: 2804); Jane Doe NLG LB (PPID: 2805); Jane Doe NLG BH (PPID: 2812); Jane Doe NLG BE (PPID: 2813); Jane Doe NLG KK (PPID: 2842); Jane Doe NLG JN (PPID: 2845); Jane Doe NLG KL (PPID: 2920); Jane Doe NLG AH (PPID: 2921); Jane Doe NLG ZD (PPID: 3020); Jane Doe NLG WB (PPID: 3025); Jane Doe NLG JN (PPID: 3030); Jane Doe NLG AH (PPID: 3165); Jane Doe NLG KM (PPID: 3201); Jane Doe NLG AV (PPID: 3207); Jane Doe NLG KM (PPID: 3208); Jane Doe NLG BC (PPID: 3209); Jane Doe NLG R.R. (PPID: 3246); Jane Doe NLG KM (PPID: 3456); and Jane Doe NLG MH (PPID: 3645).