Steve Schulte (TX Bar No. 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: schulte@ntrial.com
Email: jraggio@ntrial.com
Email: afurness@ntrial.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| This Document Relates to: | Judge: Honorable Charles R. Breyer |
| *Jane Doe (JH) v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05079-CRB | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Jane Doe (JH), by and through her counsel, hereby gives notice that the above-captioned action is dismissed without prejudice against Defendants pursuant to the Court's Order dated November 19, 2025. (ECF No. 4442).

Dated: December 3, 2025

                                            Respectfully submitted,

                                            By: */s/ Steve Schulte*
                                            By: */s/ John Raggio*
                                            By: */s/ Arati Furness*
                                            Steve Schulte (TX Bar No. 24051306)
                                            *Appearance Pro Hac Vice*

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

John Raggio (CA Bar No. 338261)  
Arati Furness (CA Bar No. 225435)  
**NACHAWATI LAW GROUP**  
5489 Blair Road  
Dallas, Texas 75231  
Telephone: (214) 890-0711  
Fax: (214) 890-0712  
Email: schulte@ntrial.com  
Email: jraggio@ntrial.com  
Email: afurness@ntrial.com

*Counsel for Plaintiff*