Steve Schulte (TX Bar No. 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: schulte@ntrial.com
Email: jraggio@ntrial.com
Email: afurness@ntrial.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| This Document Relates to: | Judge: Honorable Charles R. Breyer |
| *Jane Doe SW v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04364-CRB | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Jane Doe SW, by and through her counsel, hereby gives notice that the above-captioned action is dismissed without prejudice against Defendants pursuant to the Court's Order dated November 19, 2025. (ECF No. 4442).

Dated: December 3, 2025

                                                  Respectfully submitted,

                                                  By: */s/ Steve Schulte*
                                                  By: */s/ John Raggio*
                                                  By: */s/ Arati Furness*
Steve Schulte (TX Bar No. 24051306)
*Appearance Pro Hac Vice*

|   |   |
|---|---|
| 1 | |
| 2 | John Raggio (CA Bar No. 338261) |
|   | Arati Furness (CA Bar No. 225435) |
| 3 | **NACHAWATI LAW GROUP** |
|   | 5489 Blair Road |
| 4 | Dallas, Texas 75231 |
|   | Telephone: (214) 890-0711 |
| 5 | Fax: (214) 890-0712 |
|   | Email: schulte@ntrial.com |
| 6 | Email: jraggio@ntrial.com |
|   | Email: afurness@ntrial.com |

*Counsel for Plaintiff*