*[Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 318 v. Uber Technologies, Inc., et al.*<br>Case No: 3:24-cv-04889 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**JOINT STIPULATION TO EXTEND THE CASE SCHEDULE**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6-17th Floor |

Plaintiff WHB 318 and Defendants Uber Technologies, Inc., *et al*. (the "Parties"), by and through their undersigned counsel, stipulate and agree as follows:

WHEREAS, after adding WHB 318 to Trial Wave 1, the Court ordered the parties to propose a discovery schedule for that case. ECF 3706;

WHEREAS, the parties proposed that fact discovery in WHB 318 be substantially completed by November 3. ECF 3722; WHEREAS, the parties also agreed to stagger expert and other pretrial deadlines according to each Wave 1 trial date as they are assigned;

WHEREAS, the Parties are working to complete written discovery and fact depositions for WHB 318;

WHEREAS, the trial in <u>Jalynn Dean v. Uber Techs., Inc.</u> will begin on January 13, 2026 in Phoenix, Arizona. ECF 4425;

WHEREAS no additional cases have been assigned trial dates;

WHEREAS, the Parties need additional time to conduct a final corporate representative deposition and expert discovery, and request that the Court extend discovery and pretrial deadlines as set forth below;

WHEREAS, the Court granted the Parties joint stipulation to extend the case schedule. ECF 4437;

WHEREAS, the Parties have agreed to further modify the case deadlines by an additional month as set forth below;

WHEREAS the Parties further agree that nothing about this further stipulated extension will change the anticipated timing or order of upcoming trials.

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED** by the Parties to extend the case schedule as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Expert Reports | December 19, 2025 | January 16, 2025 |
| End of Substantial Fact Discovery | Completed | Completed |

| Rebuttal Reports | January 16, 2025 | February 13, 2026 |
|---|---|---|
| Close of Discovery | January 30, 2025 | February 27, 2026 |
| Dispositive/Daubert Motions | February 13, 2026 | March 13, 2026* |
| Oppositions | February 27, 2026 | March 27, 2026* |
| Replies | March 6, 2026 | April 6, 2026* |
| Trial Date | TBD | TBD |

*The Parties agree to revisit whether the dispositive motion and Daubert briefing schedule should be extended or vacated in light of other trial settings.

DATED: December 4, 2025

By: /s/ Sejal Brahmbhatt
Sejal Brahmbhatt (Admitted *Pro Hac Vice*)
**WILLIAMS HART & BOUNDAS LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2227
sbrahmbhatt@whlaw.com

*Attorney for Plaintiff*
WH 318

By: /s/ Laura Vartain Horn
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

*/s/ Laura Vartain Horn*
Laura Vartain Horn

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 318 v. Uber Technologies, Inc., et al.*<br>Case No: 3:24-cv-04889 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND THE CASE SCHEDULE**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom: 6-17th Floor |

The Court hereby GRANTS the Parties' joint stipulation to extend the case schedule as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Expert Reports | November 17, 2025 | December 19, 2025 |
| End of Substantial Fact Discovery | November 3, 2025 | Completed |
| Rebuttal Reports | December 15, 2025 | January 16, 2026 |
| Close of Discovery | December 30, 2025 | January 30, 2026 |
| Dispositive/Daubert Motions | January 5, 2026 | February 13, 2026 |
| Oppositions | January 19, 2026 | February 27, 2026 |
| Replies | February 2, 2026 | March 6, 2026 |
| Trial Date | None | TBD |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____, 2025

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE