RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: (415) 766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANSISCO

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*A.G. v. Uber Technologies, Inc., et al; 3:25-cv-07373-CRB* | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer<br><br>**PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER IN EXHIBIT A1 WHO HAVE SUBMITTED NON-BONA FIDE RIDE RECEIPTS SHOULD NOT BE DISMISSED WITH PREJUDICE**<br><br>Date: December 5, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

On November 19, 2025, the Court issued an Amended Order to Show Cause why 7 Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed with Prejudice. See *Docket No. 4440*. Counsel for Plaintiff A.G. (MDL ID 3921) does not oppose

this dismissal. A.G. has been uncooperative and unresponsive to numerous contact attempts made by Counsel. Had this Order not been issued, Counsel would have moved to withdraw.

Dated: December 5, 2025

Respectfully Submitted by:

*/s/ Rachel Abrams*
Rachel B. Abrams (Bar No. 209316)
Adam B. Wolf (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: 415-766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
         awolf@peifferwolf.com

Tiffany R. Ellis (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

## CERTIFICATE OF SERVICE

I hereby certify that, on, December 5, 2025, I electronically filed the following with the Clerk of the Court using the CM/ECF System, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated:  December 5, 2025

Respectfully Submitted by:

/s/ Rachel Abrams
Rachel B. Abrams (Bar #209316)
Adam B. Wolf (Cal Bar No. 215914)
**Peiffer Wolf Carr**
**Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: 415-766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
         awolf@peifferwolf.com

Tiffany R. Ellis (*Admitted PHV*)
**Peiffer Wolf Carr**
**Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com