D. Douglas Grubbs (*Admitted PHV*)
Adam K. Pulaski (*Admitted PHV*)
**PULASKI KHERKHER, PLLC**
2925 Richmond Avenue, Ste 1725
Houston, TX 77098
Telephone: 713-664-4555
Facsimile: 713-664-7543
Email: dgrubbs@pulaskilawfirm.com
Email: adam@pulaskilawfirm.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*R.L. vs. Uber Technologies, Inc., et al.*, 3:25-cv-05515;<br><br>*P.T. vs. Uber Technologies, Inc., et al.*, 3:25-cv-05677; and<br><br>*S.W. vs. Uber Technologies, Inc., et al.*, 3:25-cv-06329 | **PLAINTIFFS' RESPONSE TO AMENDED SHOW CAUSE ORDER [ECF 4440]** |

Since the Court's amended show cause order entered on November 19, 2025 [ECF 4440], the above-referenced Plaintiffs have been unable to produce bona fide ride receipts. Plaintiff R.L. (MDL ID 3666) has become non-responsive after providing her second purported non-bona fide ride receipt to counsel in late October 2025. Plaintiff R.L. has also failed to respond to counsel's contact attempts requesting deposition dates prior to December 19th as the Court has ordered. Plaintiffs P.T. (MDL ID 3699) and S.W. (MDL ID 3787) have been responsive to counsel, but have been unable to provide bona fide ride receipts or any other supporting documentation. In light of the sufficient time provided to the above-referenced Plaintiffs to produce bona fide ride receipts and the denial of counsel's motion to withdraw [ECF 4438], counsel does not oppose dismissal.

Dated: December 5, 2025

Respectfully submitted,

**PULASKI KHERKHER, PLLC**

*/s/ D. Douglas Grubbs*

D. Douglas Grubbs (*Admitted Pro Hac Vice*)
Adam K. Pulaski (*Admitted Pro Hac Vice*)
2925 Richmond Avenue, Suite 1725
Houston, Texas 77098
Tel: 713-664-4555
Facsimile: 713-664-7543
dgrubbs@pulaskilawfirm.com
adam@pulaskilawfirm.com

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2025, I electronically transmitted the foregoing PLAINTIFFS' RESPONSE TO AMENDED SHOW CAUSE ORDER to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. Additionally, the foregoing was served on Defendants' counsel via email at: ubermdlservice@listserv.shb.com.

                                        */s/ D. Douglas Grubbs*
                                        D. Douglas Grubbs