RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: (415) 766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Cody Jones v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05822-CRB<br><br>*C.L. v. Uber Technologies, Inc., et al*; No. 3:25-cv-00007-CRB<br><br>*C.O. v. Uber Technologies, Inc. et al.*, No.3:25-cv-02551-CRB<br><br>*K.B. v. Uber Technologies, Inc., et al*; 3:25-cv-02650-CRB<br><br>*I.C. v. Uber Technologies, Inc., et al*; 3:25-cv- | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS** |

*06382-CRB*

*B.P. v. Uber Technologies, Inc., et al; 3:25-cv-06843-CRB*

Having considered Defendant's Motion to Dismiss and the Plaintiffs' Opposition, the Court hereby DENIES Defendant's Motion to dismiss the above captioned claimants and grants an additional 14 days from the date of this order to allow Plaintiff B.P. to comply with PTO 31.

**IT IS SO ORDERED.**

Dated: _____                              _____
                                                    HON. CHARLES R. BREYER
                                                    United States District Court Judge: