Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Christopher V. Cotton (Admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING MOTION TO COMPEL COMPLIANCE WITH COURT ORDER** |
| This Document Relates to:<br><br>*J.H. v. Uber Technologies., Inc., et al.*, No. 3:25-cv-05342-CRB<br><br>*R.L. v. Uber Technologies, Inc., et al*, No. 3:25-cv-05515-CRB<br><br>*A.E. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-07668-CRB | |

[PROPOSED] ORDER RE MOTION TO COMPEL
COMPLIANCE WITH COURT ORDER

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Compel Compliance with Court Order, the Court finds that the Plaintiffs J.H., R.L., and A.E. have violated this Court's November 19, 2025 Order (ECF 4440) by failing to sit for depositions as ordered by this Court.

1. The Court therefore hereby ORDERS Plaintiffs J.H, R.L., and A.E. to comply with this Court's November 19, 2025 Order by sitting for depositions within 30 days of this Order. If any Plaintiff fails to appear for deposition, such Plaintiff(s) will be found in contempt of Court. Further proceedings will be addressed separately in the event any Plaintiff is in contempt of Court.

2. Plaintiffs' counsel shall provide within five court days a sworn declaration that addresses counsel's presuit investigation as to the claims of Plaintiffs J.H., R.L., and A.E., including a privilege log of all communications with each Plaintiff.

**IT IS SO ORDERED.**

Dated: _____, 202_         _____
                                     HON. CHARLES R. BREYER
                                     United States District Court Judge