1  Steve Schulte (TX Bar No. 24051306)
   *Appearance Pro Hac Vice*
2  John Raggio (CA Bar No. 338261)
   Arati Furness (CA Bar No. 225435)
3  **NACHAWATI LAW GROUP**
   5489 Blair Road
4  Dallas, Texas 75231
   Telephone: (214) 890-0711
5  Fax Number: (214) 890-0712
   Email: schulte@ntrial.com
6  Email: jraggio@ntrial.com
   Email: afurness@ntrial.com
7
8  *Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: *Jane Doe T.W. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-00559-CRB  *Jane Doe J.R. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-00574-CRB  *Jane Doe (L.R.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04306-CRB  *Jane Doe (A.R.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04313-CRB  *Jane Doe (D.H.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04322-CRB  *Jane Doe (K.H.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04326-CRB | **DECLARATION OF STEVEN S. SCHULTE IN SUPPORT OF NACHAWATI LAW GROUP PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS**  Judge: Honorable Charles R. Breyer  Date: January 16, 2026  Time: 10:00 a.m.  Courtroom: 6 – 17th Floor |

1

*Jane Doe (Y.E.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04330-CRB

*Jane Doe (S.G.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04353-CRB

*Jane Doe (K.C.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04354-CRB

*Jane Doe (T.W.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04356-CRB

*Jane Doe (S.W.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04360-CRB

*Jane Doe (S.W.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04364-CRB

*Jane Doe (E.N.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04370-CRB

*Jane Doe E.B. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05110-CRB

*Jane Doe L.B. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05115-CRB

*Jane Doe A.E. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05121-CRB

*Jane Doe D.G. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05169-CRB

*Jane Doe C.H. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05340-CRB

*Jane Doe J.J. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05343-CRB

*Jane Doe S.K. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05710-CRB

*Jane Doe (C.M.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05718-CRB

*Jane Doe T.M. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05764-CRB

2

CASE NO. 3:23-MD-03084-CRB    DECL. OF STEVEN S. SCHULTE ISO NACHAWATI LAW GROUP PLAINTIFFS' OPP'N TO DEFENDANTS' MOT. TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS

*Jane Doe K.M. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05796-CRB

*Jane Doe E.P. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05946-CRB

*Jane Doe A.R. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05947-CRB

*John Doe (C.S.) v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05964-CRB

*Jane Doe E.W. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06073-CRB

*Jane Doe S.S. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-06076-CRB

*NLG (A.B.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01711-CRB

*NLG (M.G.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01714-CRB

*NLG (M.L.P.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01717-CRB

*NLG (ZD) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01729-CRB

*Jane Doe NLG (KS) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02616-CRB

*Jane Doe NLG (KM) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02706-CRB

*NLG (BC) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02899-CRB

*NLG (JH) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02949-CRB

*Jane Doe NLG (KM) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02956-CRB

3

CASE NO. 3:23-MD-03084-CRB   DECL. OF STEVEN S. SCHULTE ISO NACHAWATI LAW GROUP PLAINTIFFS' OPP'N TO DEFENDANTS' MOT. TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS

*Jane Doe NLG (SB) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02973-CRB

*NLG (MH) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05163-CRB

*NLG (R.G.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05776-CRB

*NLG (LL) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05865-CRB

*NLG (NM) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05867-CRB

*NLG (KF) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06031-CRB

*Jane Doe CH v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04363-CRB

*Jane Doe NLG JV v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08622-CRB

*Jane Doe NLG BH v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00369-CRB

*Jane Doe NLG AB v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01079-CRB

## **DECLARATION OF STEVEN S. SCHULTE**

I, Steven S. Schulte, declare as follows:

1. I am an attorney who is admitted *pro hac vice* to practice before this Court. I am a partner at the law firm Nachawati Law Group and counsel of record for the plaintiffs represented by Nachawati Law Group whose claims are the subject of Defendants' Motion to Dismiss. ECF No. 4456.

2. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

4

CASE NO. 3:23-MD-03084-CRB   DECL. OF STEVEN S. SCHULTE ISO NACHAWATI LAW GROUP PLAINTIFFS' OPP'N TO DEFENDANTS' MOT. TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS

3. This declaration is made in support of Nachawati Law Group Plaintiffs' Opposition to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss Cases for Failure to Comply with PTO 31 and Show-Cause Orders. ECF No. 4456.

4. Despite significant efforts, including numerous phone calls, emails, texts, written letters, and address searches, our office has been unsuccessful in connecting with certain Plaintiffs as to the verified statement of explanation that is the subject of Defendants' Motion.

5. Plaintiffs Jane Doe LR, Jane Doe NLG (RG), Jane Doe NLG (NM), Jane Doe KC have submitted and produced verified statements of explanation as required by Pretrial Order No. 31 ("PTO 31"), as of December 5, 2025. Counsel would therefore dispute their inclusion on Uber's list of delinquencies, provided in their Motion, as well as respectfully request for their exclusion on any future entry of dismissal by the Court.

6. On December 5, 2025, Plaintiff Jane Doe NLG SB produced a bona fide ride receipt and a statement verifying under penalty of perjury that it is a bona fide ride receipt relating to the Uber trip relating to the allegations contained in Plaintiff's complaint, and thus, compliance with PTO 31 has been satisfied.

Executed on December 5, 2025, in Dallas, Texas.

**NACHAWATI LAW GROUP**

*/s/ Steven S. Schulte*
Steven S. Schulte (TX SBN 24051306)

5

CASE NO. 3:23-MD-03084-CRB   DECL. OF STEVEN S. SCHULTE ISO NACHAWATI LAW GROUP PLAINTIFFS' OPP'N TO DEFENDANTS' MOT. TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS