**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe T.W. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-00559-CRB<br><br>*Jane Doe J.R. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-00574-CRB<br><br>*Jane Doe (L.R.) v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04306-CRB<br><br>*Jane Doe (A.R.) v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04313-CRB<br><br>*Jane Doe (D.H.) v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04322-CRB<br><br>*Jane Doe (K.H.) v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04326-CRB<br><br>*Jane Doe (Y.E.) v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04330-CRB<br><br>*Jane Doe (S.G.) v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04353-CRB<br><br>*Jane Doe (K.C.) v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04354-CRB<br><br>*Jane Doe (T.W.) v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04356-CRB<br><br>*Jane Doe (S.W.) v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04360-CRB<br><br>*Jane Doe (S.W.) v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04364-CRB | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S AMENDED MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS**<br><br>Judge: Honorable Charles R. Breyer<br>Date: January 16, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

*Jane Doe (E.N.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04370-CRB

*Jane Doe E.B. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05110-CRB

*Jane Doe L.B. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05115-CRB

*Jane Doe A.E. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05121-CRB

*Jane Doe D.G. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05169-CRB

*Jane Doe C.H. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05340-CRB

*Jane Doe J.J. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05343-CRB

*Jane Doe S.K. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05710-CRB

*Jane Doe (C.M.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05718-CRB

*Jane Doe T.M. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05764-CRB

*Jane Doe K.M. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05796-CRB

*Jane Doe E.P. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05946-CRB

*Jane Doe A.R. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05947-CRB

*John Doe (C.S.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05964-CRB

*Jane Doe E.W. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06073-CRB

*Jane Doe S.S. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06076-CRB

*NLG (A.B.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01711-CRB

*NLG (M.G.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01714-CRB

*NLG (M.L.P.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01717-CRB

*NLG (ZD) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01729-CRB

*Jane Doe NLG (KS) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02616-CRB

*Jane Doe NLG (KM) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02706-CRB

*NLG (BC) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02899-CRB

*NLG (JH) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02949-CRB

*Jane Doe NLG (KM) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02956-CRB

*Jane Doe NLG (SB) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02973-CRB

*NLG (MH) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05163-CRB

*NLG (R.G.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05776-CRB

*NLG (LL) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05865-CRB

*NLG (NM) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05867-CRB

*NLG (KF) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06031-CRB

*Jane Doe CH v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04363-CRB

*Jane Doe NLG JV v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08622-CRB

*Jane Doe NLG BH v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00369-CRB

*Jane Doe NLG AB v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01079-CRB

# [PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 31 and Show-Cause Orders, the papers filed in support and opposition, and the record in this case, the Court therefore hereby ORDERS as follows:

Defendant's Motion to Dismiss [ECF No. 4456] is DENIED without prejudice.

**IT IS SO ORDERED.**

DATED: _____, 2025

HON. CHARLES R. BREYER
United States District Court Judge