1  John Eddie Williams, Jr.
   Brian Abramson
2  Margret Lecocke
   Walt Cubberly (SBN 325163)
3  Batami Baskin
   Myles Shaw
4  WILLIAM HART & BOUNDAS, LLP
5  8441 Gulf Freeway, Suite 600
   Houston, Texas 77017-5051
6  Telephone: (713) 230-2200
   Facsimile: (713) 643-6226
7  Email: jwilliams@whlaw.com
   Email: babramson@whlaw.com
8  Email: mlecocke@whlaw.com
   Email: wcubberly@whlaw.com
9  Email: bbaskin@whlaw.com
   Email: mshaw@whlaw.com
10

11  *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA

13

SAN FRANCISCO DIVISION

14

15

| | |
|---|---|
| 16  IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB |
| 17 | MDL No. 3084 |
| 18 | Honorable Charles R. Breyer |
| 19 | **PLAINTIFFS' MEMORANDUM OF SUPPORT IN OPPOSITION TO DEFENDANTS' MOTION FOR ENTRY OF (1) ORDER TO SHOW CAUSE AND (2) CASE MANAGEMENT ORDER** |
| 20 | |
| 21 | |
| 22  This Document Relates to: | Judge: Hon. Charles R. Breyer |
| 23  *WHB 504 v. Uber Technologies, Inc., et al., No. 3:24-cv-05243* | Courtroom: 6 – 17th Floor |
| 24 | |
| 25  *WHB 1425 v. Uber Technologies, Inc., et al., No. 3:24-cv-05129* | |
| 26  *WHB 644 v. Uber Technologies, Inc., et al., No. 3:24-cv-05272* | |
| 27 | |
| 28  *WHB 1549 v. Uber Technologies, Inc., et* | |

1    *al., No. 3:24-cv-05275*

2    *WHB 428 v. Uber Technologies, Inc., et al.,*
  *No. 3:24-cv-05236*

3

  *WHB 703 v. Uber Technologies, Inc., et al.,*
4    *No. 3:24-cv-05361*

5    *WHB 1661 v. Uber Technologies, Inc., et*
  *al., No. 3:24-cv-05468*

6

  *WHB 1443 v. Uber Technologies, Inc., et*
7    *al., No. 3:24-cv-05472*

8    *WHB 1930 v. Uber Technologies, Inc., et*
  *al., No. 3:24-cv-05555*

9

  *WHB 1613 v. Uber Technologies, Inc., et*
10   *al., No. 3:24-cv-05574*

11   *WHB 470 v. Uber Technologies, Inc., et al.,*
  *No. 3:24-cv-05440*

12

  *WHB 1414 v. Uber Technologies, Inc., et*
13   *al., No. 3:24-cv-05495*

14   *WHB 1468 v. Uber Technologies, Inc., et*
  *al., No. 3:24-cv-05500*

15

  *WHB 1831 v. Uber Technologies, Inc., et*
16   *al., No. 3:24-cv-05557*

17   *WHB 1860 v. Uber Technologies, Inc., et*
  *al., No. 3:24-cv-05568*

18

  *WHB 1484 v. Uber Technologies, Inc., et*
19   *al., No. 3:24-cv-05779*

20   *WHB 375 v. Uber Technologies, Inc., et al.,*
  *No. 3:24-cv-05781*

21

  *WHB 1659 v. Uber Technologies, Inc., et*
22   *al., No. 3:24-cv-05565*

23   *WHB 1273 v. Uber Technologies, Inc., et*
  *al., No. 3:24-cv-05950*

24

  *WHB 1381 v. Uber Technologies, Inc., et*
25   *al., No. 3:24-cv-05603*

26   *WHB 438 v. Uber Technologies, Inc., et al.,*
  *No. 3:24-cv-05631*

27

  *WHB 349 v. Uber Technologies, Inc., et al.,*
28   *No. 3:24-cv-05636*

PLAINTIFFS MEMO ISO OPPOSITION TO
DEFENDANTS MOTION FOR SHOW CAUSE

1

2
*WHB 1334 v. Uber Technologies, Inc., et al., No. 3:24-cv-05624*

3
*WHB 1348 v. Uber Technologies, Inc., et al., No. 3:24-cv-05669*

4

5
*WHB 1611 v. Uber Technologies, Inc., et al., No. 3:24-cv-05665*

6
*WHB 1416 v. Uber Technologies, Inc., et al., No. 3:24-cv-05667*

7

8
*WHB 891 v. Uber Technologies, Inc., et al., No. 3:24-cv-05666*

9
*WHB 1556 v. Uber Technologies, Inc., et al., No. 3:24-cv-05986*

10

11
*WHB 1057 v. Uber Technologies, Inc., et al., No. 3:24-cv-05715*

12
*WHB 1470 v. Uber Technologies, Inc., et al., No. 3:24-cv-05716*

13

14
*WHB 871 v. Uber Technologies, Inc., et al., No. 3:24-cv-05770*

15
*WHB 1317 v. Uber Technologies, Inc., et al., No. 3:24-cv-05791*

16

17
*WHB 884 v. Uber Technologies, Inc., et al., No. 3:24-cv-05948*

18
*WHB 2060 v. Uber Technologies, Inc., et al., No. 3:25-cv-01092*

19

20
*WHB 2064 v. Uber Technologies, Inc., et al., No. 3:25-cv-01101*

21
*WHB 2071 v. Uber Technologies, Inc., et al., No. 3:25-cv-01130*

22

23
*WHB 2075 v. Uber Technologies, Inc., et al., No. 3:25-cv-01148*

24
*WHB 2036 v. Uber Technologies, Inc., et al., No. 3:25-cv-01180*

25

26
*WHB 2042 v. Uber Technologies, Inc., et al., No. 3:25-cv-01206*

27
*WHB 2043 v. Uber Technologies, Inc., et al., No. 3:25-cv-01207*

28

PLAINTIFFS MEMO ISO OPPOSITION TO
DEFENDANTS MOTION FOR SHOW CAUSE
-3-

1

2
*WHB 2044 v. Uber Technologies, Inc., et al., No. 3:25-cv-01209*

3
*WHB 2048 v. Uber Technologies, Inc., et al., No. 3:25-cv-01216*

4

5
*WHB 2051 v. Uber Technologies, Inc., et al., No. 3:25-cv-01226*

6
*WHB 2052 v. Uber Technologies, Inc., et al., No. 3:25-cv-01229*

7

8
*WHB 2053 v. Uber Technologies, Inc., et al., No. 3:25-cv-01237*

9
*WHB 2054 v. Uber Technologies, Inc., et al., No. 3:25-cv-01244*

10

11
*WHB 2056 v. Uber Technologies, Inc., et al., No. 3:25-cv-01246*

12
*WHB 2057 v. Uber Technologies, Inc., et al., No. 3:25-cv-01249*

13

14
*WHB 2059 v. Uber Technologies, Inc., et al., No. 3:25-cv-01255*

15

16

17        Uber moves to dismiss 37[1] Williams Hart & Boundas (WHB) Plaintiffs because it

18 believes that these plaintiffs have provided "boilerplate" reasons as to why they were unable to

19 submit the ride receipt related to the ride in which Uber's driver assaulted them. To date, it is true

20 that these Plaintiffs have not yet submitted a statement outside of their Uber Ride Information

21 Form that explains in detail the reasonable efforts they have taken to search their emails and Uber

22 apps for their ride receipts. None of the WHB Plaintiffs are accused of providing fraudulent or

23 doctored ride receipts.

24

---

25 [1] There are 49 WHB Plaintiffs listed on Exhibit B to Uber's Motion to Dismiss. Ten of these 49 plaintiffs have filed Notices of Dismissal Without Prejudice in the interim since Uber filed its motion. They are: WHB 1425; ID No. 1868; WHB 1549, ID No. 1885; WHB 428, ID No. 1917; WHB 1443, ID No. 1959; WHB 1860, ID No. 2061; WHB
26 1416, ID No. 2177; WHB 1317, ID No. 2199; WHB 2051, ID No. 2896; WHB 2052, ID No. 2898; WHB 2056, ID No. 2903. Two WHB plaintiffs, WHB 1831, ID No. 2058 and WHB 871, ID No. 2196, uploaded their ride receipt
27 statements to MDL Centrality on December 5, 2025. See Exhibits A and B to Declaration of Walt Cubberly in Support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss Cases for Failure to
28 Comply with PTO 31 and Show-Cause Orders.

PLAINTIFFS MEMO ISO OPPOSITION TO
DEFENDANTS MOTION FOR SHOW CAUSE          -4-

1    All 37 WHB Plaintiffs have provided Uber with the information in their possession about

2    the accountholder who ordered the ride so that Uber can identify the accounts at issue. All 37

3    WHB Plaintiffs have also provided Uber with the approximate date, starting, and ending locations

4    of the ride with as much precision as possible so that Uber can identify the rides at issue.

5    However, as noted, these 37 Plaintiffs to date have not submitted a statement outside of their

6    Uber Ride Information Form that explains in detail the reasonable efforts they have taken to

7    search their emails and Uber apps for their ride receipts, and therefore they are subject to

8    dismissal without prejudice under the terms of PTO 31.

9    Plaintiffs will point out that Uber's statement that these Plaintiffs have not meaningfully

10    participated in this litigation is unfair and inaccurate. Many of these 37 individuals have

11    submitted multiple verified Plaintiff Fact Sheets (*see e.g.*, WHB 1334, ID No. 2165; WHB 2071,

12    ID No. 2862; WHB 2053, ID No 2899; WHB 884, ID No. 2207). These Plaintiffs are not cavalier

13    in disobeying the Court's orders. They have attempted to keep up with Uber's deficiencies as well

14    as the requirements of this Court. Should the Court determine that these Plaintiffs' cases warrant

15    dismissal due to failure to provide the information required in PTO 31, Plaintiffs respectfully

16    submit that Uber's request to dismiss with prejudice be denied and that the dismissals be without

17    prejudice as set forth in PTO 31.

18    Finally, as discussed above, (see fn. 1) two plaintiffs, WHB 1831, ID No. 2058 and WHB

19    871, ID No. 2196, uploaded their ride receipt statements to MDL Centrality on December 5,

20    2025, and therefore respectfully should not be dismissed.

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

1    Dated: December 5, 2025                    /s/ *Walt Cubberly*
                                               John Eddie Williams, Jr.
2                                              Brian Abramson
                                               Margret Lecocke
3                                              Walt Cubberly (SBN 325163)
                                               Batami Baskin
4                                              Myles Shaw
                                               WILLIAM HART & BOUNDAS, LLP
5                                              8441 Gulf Freeway, Suite 600
                                               Houston, Texas 77017-5051
6                                              Telephone: (713) 230-2200
                                               Facsimile: (713) 643-6226
7                                              Email: jwilliams@whlaw.com
                                               Email: babramson@whlaw.com
8                                              Email: mlecocke@whlaw.com
                                               Email: wcubberly@whlaw.com
9                                              Email: bbaskin@whlaw.com
                                               Email: mshaw@whlaw.com
10

11                                             *Attorneys for Plaintiffs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS MEMO ISO OPPOSITION TO
DEFENDANTS MOTION FOR SHOW CAUSE          -6-