John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB <br><br> MDL No. 3084 <br><br> **ATTORNEY WALT CUBBERLY'S DECLARATION IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS** <br><br> Judge: Hon. Charles R. Breyer <br><br> Courtroom: 6 – 17th Floor |
| This Document Relates to: <br><br> *WHB 504 v. Uber Technologies, Inc., et al., No. 3:24-cv-05243* <br><br> *WHB 1425 v. Uber Technologies, Inc., et al., No. 3:24-cv-05129* <br><br> *WHB 644 v. Uber Technologies, Inc., et al., No. 3:24-cv-05272* | |

1
2   *WHB 1549 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05275

3   *WHB 428 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05236
4
5   *WHB 703 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05361

6   *WHB 1661 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05468
7
8   *WHB 1443 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05472

9   *WHB 1930 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05555
10
11  *WHB 1613 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05574

12  *WHB 470 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05440
13
14  *WHB 1414 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05495

15  *WHB 1468 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05500
16
17  *WHB 1831 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05557

18  *WHB 1860 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05568
19
20  *WHB 1484 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05779

21  *WHB 375 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05781
22
23  *WHB 1659 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05565

24  *WHB 1273 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05950
25
26  *WHB 1381 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05603

27  *WHB 438 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05631
28

*WHB 349 v. Uber Technologies, Inc., et al., No. 3:24-cv-05636*

*WHB 1334 v. Uber Technologies, Inc., et al., No. 3:24-cv-05624*

*WHB 1348 v. Uber Technologies, Inc., et al., No. 3:24-cv-05669*

*WHB 1611 v. Uber Technologies, Inc., et al., No. 3:24-cv-05665*

*WHB 1416 v. Uber Technologies, Inc., et al., No. 3:24-cv-05667*

*WHB 891 v. Uber Technologies, Inc., et al., No. 3:24-cv-05666*

*WHB 1556 v. Uber Technologies, Inc., et al., No. 3:24-cv-05986*

*WHB 1057 v. Uber Technologies, Inc., et al., No. 3:24-cv-05715*

*WHB 1470 v. Uber Technologies, Inc., et al., No. 3:24-cv-05716*

*WHB 871 v. Uber Technologies, Inc., et al., No. 3:24-cv-05770*

*WHB 1317 v. Uber Technologies, Inc., et al., No. 3:24-cv-05791*

*WHB 884 v. Uber Technologies, Inc., et al., No. 3:24-cv-05948*

*WHB 2060 v. Uber Technologies, Inc., et al., No. 3:25-cv-01092*

*WHB 2064 v. Uber Technologies, Inc., et al., No. 3:25-cv-01101*

*WHB 2071 v. Uber Technologies, Inc., et al., No. 3:25-cv-01130*

*WHB 2075 v. Uber Technologies, Inc., et al., No. 3:25-cv-01148*

*WHB 2036 v. Uber Technologies, Inc., et al., No. 3:25-cv-01180*

*WHB 2042 v. Uber Technologies, Inc., et al., No. 3:25-cv-01206*

| | |
|---|---|
| 1 | *WHB 2043 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01207 |
| 2 | |
| 3 | *WHB 2044 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01209 |
| 4 | |
| 5 | *WHB 2048 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01216 |
| 6 | *WHB 2051 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01226 |
| 7 | |
| 8 | *WHB 2052 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01229 |
| 9 | *WHB 2053 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01237 |
| 10 | |
| 11 | *WHB 2054 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01244 |
| 12 | *WHB 2056 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01246 |
| 13 | |
| 14 | *WHB 2057 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01249 |
| 15 | *WHB 2059 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01255 |

I, Walt Cubberly, declare as follows:

1. I am an attorney at Williams Hart & Boundas LLP admitted to practice before ethe courts of the State of California. I am one of the counsels of record for all filed WHB claimants. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently as to the information below:

2. This declaration is made in support of Plaintiffs' Opposition to Defendant's Motion to Dismiss for Failure to Comply with PTO 31 and Show-Cause Orders.

3. WHB 1831, ID No. 2058 uploaded her verified ride receipt statement to MDL Centrality on December 5, 2025. See **Exhibit A** to this Declaration.

DECLARATION OF WALT CUBBERLY         -4-

4. WHB 871, ID No. 2196, uploaded her verified ride receipt statement to MDL Centrality on December 5, 2025. See **Exhibit B** to this Declaration.

5. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 5, 2025 in Houston, Texas.

Dated: December 5, 2025

/s/ *Walt Cubberly*
Walt Cubberly

*Attorneys for Plaintiffs*

DECLARATION OF WALT CUBBERLY                -5-