# Exhibit A



# Uber Technologies, Inc., Passenger Sexual Assault Litigation

My Account

Return

## Plaintiff Information

Edit

**Plaintiff ID:** 2058
**Name:**
**Case Number:** 24-CV-05557

**Date of Birth:**
**Law Firm:** Williams Hart & Boundas, LLP

Request Deactivation

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

1. Uber Ride Information Form    Submitted                           +

2. Plaintiff Fact Sheet    Submitted                                  +

3. PTO 10 Certification Form    Not Yet Started                       −

View Draft    Import    Export                                Submit

**PTO 10 CERTIFICATION FORM**

 Start

## Documents

Upload ⬆

Filter: ALL

Produce

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 175049 | Other - Personal Ride Receipt Statement | 12/05/2025 | Hall, Lisa | 12/05/2025 | Request Removal Approval |
| 148524 | PTO 31 Notice of Additional Ride Receipt Discovery - Uber MDL - PTO 31 Notice for 2058 | 09/12/2025 | Admin, System | 09/12/2025 | |
| 102536 | Plaintiff Verification of PFS | 06/05/2025 | Zamora, Gabriela | 06/05/2025 | Request Removal Approval |
| 102535 | First Amended Plaintiff Fact Sheet | 06/05/2025 | Zamora, Gabriela | 06/05/2025 | |
| 99066 | PFS Deficiency Notice | 05/27/2025 | Krueger, Mike | 05/27/2025 | |
| 45299 | Defendant Fact Sheet | 01/17/2025 | Lee, Isamu | 01/17/2025 | |
| 32526 | Plaintiff Verification of PFS | 10/28/2024 | Frankum, Lynn | 10/28/2024 | Request Removal Approval |
| 32524 | Plaintiff Fact Sheet | 10/28/2024 | Frankum, Lynn | 10/28/2024 | |
| 17874 | Uber Ride Information Form | 08/26/2024 | Brown, Sonji | 08/26/2024 | |

Showing 1 to 9 of 9 entries

Previous | 1 | Next

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.