# Exhibit B



**Uber Technologies, Inc., Passenger Sexual Assault Litigation**

My Account

Return

## Plaintiff Information

Edit

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 2196 | **Date of Birth:** | |
| **Name:** | ███████ | **Law Firm:** | Williams Hart & Boundas, LLP |
| **Case Number:** | 24-CV-05770 | | |

Request Deactivation

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

1. Uber Ride Information Form    Submitted              +

2. Plaintiff Fact Sheet    Submitted                    +

3. PTO 10 Certification Form    Not Yet Started         −

View Draft    Import    Export                          Submit

---

Registering Plaintiffs

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

**PTO 10 CERTIFICATION FORM**

⏳ Start

# Documents

Upload ⬆

Filter: ALL

Produce

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 175147 | Other - Ride Receipt Personal Statement | 12/05/2025 | Cost, Devyn | 12/05/2025 | Request Removal Approval |
| 148583 | PTO 31 Notice of Additional Ride Receipt Discovery - Uber MDL - PTO 31 Notice for 2196 | 09/12/2025 | Admin, System | 09/12/2025 | |
| 143555 | Legal Correspondence and Letters | 08/19/2025 | Glinski, Ryan | 08/19/2025 | Request Removal Approval |
| 120867 | Second Amended Plaintiff Fact Sheet | 06/30/2025 | Garrette, Crystal | 06/30/2025 | |
| 112485 | Notice of Deficient Ride Receipt or Ride Information Form | 06/17/2025 | Admin, System | 06/17/2025 | |
| 99402 | PFS Deficiency Notice | 05/30/2025 | Krueger, Mike | 05/30/2025 | |
| 45346 | Defendant Fact Sheet | 01/17/2025 | Lee, Isamu | 01/17/2025 | |
| 39091 | First Amended Plaintiff Fact Sheet | 12/17/2024 | Garrette, Crystal | 12/17/2024 | |
| 33866 | Other - Plaintiffs' Compliance with Pretrial Order No. 10 | 11/12/2024 | Gold, Emily | 11/12/2024 | |
| 32522 | Plaintiff Fact Sheet | 10/28/2024 | Garrette, Crystal | 10/28/2024 | |

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2025 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|

| | | | Previous | 1 | 2 | Next |

Registering Plaintiffs

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2025 BrownGreer PLC. All rights reserved.