Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF DEFENDANTS' MOTION REGARDING FRAUDULENT PLAINTIFF FACT SHEETS**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

1
DECLARATION OF CHRISTOPHER V. COTTON ISO DEFENDANTS' MOTION REGARDING
FRAUDULENT PLAINTIFF FACT SHEETS
Case No. 3:23-md-03084-CRB (LJC)

I, Christopher V. Cotton, state as follows:

1. I am an attorney at Shook, Hardy & Bacon L.L.P., counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" or "Defendants"). I offer this Declaration in the above-captioned matter in support of Uber's Motion Regarding Fraudulent Plaintiff Fact Sheets.

2. On November 19, 2025, this Court ordered counsel for Plaintiffs who had submitted Plaintiff Fact Sheets ("PFS") without verifications to serve Rule 26(g) certifications "identifying on separate lists: (i) which plaintiffs reviewed the amended PFS before it was served, and (b) which plaintiffs did not review the amended PFS before it was served." ECF 4442.

3. On December 3, 2025, the law firms of Nachawati Law Group, Williams Hart & Boundas ("WHB"), and Kherkher Garcia served Rule 26(g) certifications indicating that certain Plaintiffs did not review their amended PFS before they were served.

4. On December 4, 2025, I emailed attorneys at those three law firms and MDL Plaintiffs' leadership stating that the submitted certifications make clear that a significant number of amended PFS were submitted without review by the Plaintiffs, and it appears many of the Plaintiffs at issue are no longer in contact with their respective counsel. I stated that Uber expects to seek appropriate relief, including (1) conversion of dismissals without prejudice already granted by the Court to dismissals with prejudice, and (2) depositions of certain plaintiffs at issue. In addition, I stated that Uber would seek an order requiring counsel for each of the law firms at issue to certify that all Plaintiffs represented by those firms reviewed all PFS, including all amendments thereto, before submitting them.

5. On December 4, 2025, I met and conferred on these issues with counsel from the Kherkher Garcia law firm. We were not able to resolve these issues.

6. On December 5, 2025, I sent a follow up email to Nachawati Law Group, WHB, and MDL Plaintiffs' leadership in a further effort to meet and confer. On the same day, I ultimately met and

conferred with counsel from WHB and separately with a representative of MDL Plaintiffs' leadership. We were not able to resolve these issues. I did not receive a response to my requests to meet and confer from the Nachawati Law Group.

7. Attached as **Exhibit A** is a list of the 73 Plaintiffs whom Plaintiffs' firms Nachawati Law Group, Williams, Hart & Boundas, LLP, and Kherkher Garcia LLP admitted did not review their completed amended Plaintiff Fact Sheet.

8. Attached as **Exhibit B** is a list of five Plaintiffs for whom Uber is seeking depositions regarding changes made in their amended Plaintiff Fact Sheets. Counsel for these Plaintiffs have now admitted that these changes were not reviewed by those Plaintiffs.

9. Attached as **Exhibit C** is a proposed order to Uber's Motion Regarding Fraudulent Plaintiff Fact Sheets.

10. Attached as **Exhibit D** is a true and correct copy of the Plaintiff Fact Sheet served on April 21, 2025 on behalf of MDL ID 3201 and verified by that Plaintiff on May 7, 2025.

11. Attached as **Exhibit E** is a true and correct copy of the First Amended Plaintiff Fact Sheet served on behalf of MDL ID 3201 on August 9, 2025. This PFS has not been verified.

12. Attached as **Exhibit F** is a true and correct copy of the First Amended Plaintiff Fact Sheet served on December 12, 2024 on behalf of MDL ID 1496 and verified by that Plaintiff on the same day.

13. Attached as **Exhibit G** is a true and correct copy of the Second Amended Plaintiff Fact Sheet served on behalf of MDL ID 1496 on August 20, 2025. This PFS has not been verified.

14. Attached as **Exhibit H** is a true and correct copy of the First Amended Plaintiff Fact Sheet served on September 23, 2024 on behalf of MDL ID 1500 and verified by that Plaintiff on December 12, 2024.

15. Attached as **Exhibit I** is a true and correct copy of the Second Amended Plaintiff Fact Sheet served on behalf of MDL ID 1500 on August 18, 2025. This PFS has not been verified.

16. Attached as **Exhibit J** is a true and correct copy of the First Amended Plaintiff Fact Sheet served on September 4, 2024 on behalf of MDL ID 1508 and verified by that Plaintiff on December 12, 2024.

17. Attached as **Exhibit K** is a true and correct copy of the Second Amended Plaintiff Fact Sheet served on behalf of MDL ID 1508 on August 18, 2025. This PFS has not been verified.

18. Attached as **Exhibit L** is a true and correct copy of the First Amended Plaintiff Fact Sheet served on behalf of MDL ID 1943 on December 17, 2024. This PFS has not been verified.

19. Attached as **Exhibit M** is a true and correct copy of the Second Amended Plaintiff Fact Sheet served on behalf of MDL ID 1943 on June 30, 2025. This PFS has not been verified.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 5, 2025             Respectfully submitted,

By: */s/ Christopher V. Cotton*
Christopher V. Cotton (admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC