# C. Cotton Decl. Exhibit A

**Exhibit A:**
**Non-Participating Plaintiffs**

| MDL ID | Law Firm |
|---|---|
| 1233 | Nachawati Law Group |
| 1361 | Nachawati Law Group |
| 1483 | Nachawati Law Group |
| 1484 | Nachawati Law Group |
| 1487 | Nachawati Law Group |
| 1489 | Nachawati Law Group |
| 1491 | Nachawati Law Group |
| 1492 | Nachawati Law Group |
| 1496 | Nachawati Law Group |
| 1500 | Nachawati Law Group |
| 1508 | Nachawati Law Group |
| 1509 | Nachawati Law Group |
| 1513 | Nachawati Law Group |
| 2213 | Nachawati Law Group |
| 2215 | Nachawati Law Group |
| 2217 | Nachawati Law Group |
| 2221 | Nachawati Law Group |
| 2225 | Nachawati Law Group |
| 2227 | Nachawati Law Group |
| 2230 | Nachawati Law Group |
| 2235 | Nachawati Law Group |
| 2254 | Nachawati Law Group |
| 2259 | Nachawati Law Group |
| 2260 | Nachawati Law Group |
| 2261 | Nachawati Law Group |
| 2262 | Nachawati Law Group |
| 2723 | Nachawati Law Group |
| 2797 | Nachawati Law Group |
| 2798 | Nachawati Law Group |
| 2804 | Nachawati Law Group |
| 2805 | Nachawati Law Group |
| 2812 | Nachawati Law Group |
| 2813 | Nachawati Law Group |
| 2842 | Nachawati Law Group |
| 2845 | Nachawati Law Group |
| 2920 | Nachawati Law Group |
| 2921 | Nachawati Law Group |
| 3020 | Nachawati Law Group |
| 3025 | Nachawati Law Group |
| 3030 | Nachawati Law Group |
| 3165 | Nachawati Law Group |
| 3201 | Nachawati Law Group |
| 3207 | Nachawati Law Group |
| 3208 | Nachawati Law Group |

| | |
|---|---|
| 3209 | Nachawati Law Group |
| 3246 | Nachawati Law Group |
| 3456 | Nachawati Law Group |
| 3645 | Nachawati Law Group |
| 1546 | Williams Hart & Boundas LLP |
| 1659 | Williams Hart & Boundas LLP |
| 1567 | Williams Hart & Boundas LLP |
| 1573 | Williams Hart & Boundas LLP |
| 1614 | Williams Hart & Boundas LLP |
| 1681 | Williams Hart & Boundas LLP |
| 1653 | Williams Hart & Boundas LLP |
| 1697 | Williams Hart & Boundas LLP |
| 1702 | Williams Hart & Boundas LLP |
| 1725 | Williams Hart & Boundas LLP |
| 1770 | Williams Hart & Boundas LLP |
| 1712 | Williams Hart & Boundas LLP |
| 1868 | Williams Hart & Boundas LLP |
| 1866 | Williams Hart & Boundas LLP |
| 1916 | Williams Hart & Boundas LLP |
| 1918 | Williams Hart & Boundas LLP |
| 1943 | Williams Hart & Boundas LLP |
| 1950 | Williams Hart & Boundas LLP |
| 1962 | Williams Hart & Boundas LLP |
| 2147 | Williams Hart & Boundas LLP |
| 2150 | Williams Hart & Boundas LLP |
| 2177 | Williams Hart & Boundas LLP |
| 2898 | Williams Hart & Boundas LLP |
| 2889 | Williams Hart & Boundas LLP |
| 3067 | Kherkher Garcia LLP |