# C. Cotton Decl. Exhibit B

**Exhibit B:**
**Deposition Plaintiffs**

| MDL ID | Plaintiff's Counsel |
|---|---|
| 1496 | Nachawati Law Group |
| 1500 | Nachawati Law Group |
| 1508 | Nachawati Law Group |
| 3201 | Nachawati Law Group |
| 1943 | Williams, Hart & Boundas |