# C. Cotton Decl. Exhibit C

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION REGARDING FRAUDULENT PLAINTIFF FACT SHEETS** |

Having considered Defendants' Motion Regarding Fraudulent Plaintiff Fact Sheets, the Court orders as follows:

In this MDL, the Court has ordered Plaintiffs to provide basic information regarding their claims at the outset of litigation. ECF 4287 at 3-4. At least 73 Plaintiffs in this MDL, represented by three Plaintiffs' firms, did not review the completed amended Plaintiff Fact Sheets ("PFS") that their counsel served on those Plaintiffs' behalf. *See* ECF 4508; ECF 4512; ECF 4522. Those 73 Plaintiffs are no longer in contact with their counsel. *See* ECF 4508; ECF 4512; ECF 4522. Each of those amended Plaintiff Fact Sheets, served by Plaintiffs' counsel, falsely stated that the Plaintiff Fact Sheets had been completed by the Plaintiffs: "**The Plaintiff completing this Plaintiff Fact Sheet** is under oath and must provide information that is true and correct to the best of her or his knowledge, information, and belief. Plaintiff is under an obligation to supplement these responses consistent with the Federal Rules of Civil Procedure." ECF 4287 at 15 (emphasis added).

Nothing is more important to the integrity of our judicial system than honesty. Plaintiffs' counsel stated that the Plaintiff Fact Sheets in question had been completed by Plaintiffs, when in fact they had not.

The Court orders the following relief:

The 73 Plaintiffs listed in **Exhibit A1** are dismissed with prejudice.

Counsel for the Plaintiffs listed in **Exhibit A2** submitted amended PFS with changes from previous submissions. In doing so, counsel failed to comply with this Court's Amended PTO 10, which requires Plaintiffs to complete PFS themselves and to "provide information that is true and correct to the best of her or his knowledge, information, and belief." ECF 4287, Ex. A, at 3 (referring to "[t]he Plaintiff completing this Plaintiff Fact Sheet"; "'You' and 'Your' refers to the Plaintiff, listed above, who is completing this fact sheet"). In order for Defendants to explore the veracity of counsel's representations and evaluate these Plaintiffs' cases, the Court orders that each Plaintiff listed on **Exhibit A2** shall submit

2
[PROPOSED] ORDER
Case No. 3.23-md-03084-CRB (LJC)

to a two-hour deposition conducted by Defendants within 30 days of this Order. Such deposition shall address the representations made in each Plaintiff's PFS, including prior versions, and is without prejudice to Defendants taking these Plaintiffs' depositions at a later point in this litigation.

To explore the pervasiveness of counsel's failure to comply with the Court's orders regarding PFS review and verification, the Court orders counsel for Nachawati Law Group, Williams, Hart & Boundas, LLP, and Kherkher Garcia LLP to certify that all of the Plaintiffs they represent in this MDL and all related actions directly filed in or removed to this MDL have reviewed their PFS and all amendments thereto after those PFS were completed and before they were served. These law firms will also certify the last date, prior to the Court's November 19, 2025 Order, when the law firms had substantive communications with the Plaintiffs in question.

The Court requires all affected counsel to, within 14 days, provide a signed certification under Fed. R. Civ. P. 26(g) in the form shown in **Exhibit A3**.

If counsel is unable to provide the certification required, counsel of record must file within 14 days of this Order a detailed explanation for why they are unable to provide the certification. Such explanation must include specific facts regarding why counsel is unable to sign the certification and must include any Plaintiff- or case-specific facts known to counsel regarding the PFS review and verification process. Volume of Plaintiffs for which the certification is required is no excuse. If counsel is unable to provide the certification under this paragraph as to any Plaintiff, Uber may depose the Plaintiff solely regarding their review of served PFS and amendments thereto. Such a deposition shall be limited to no more than two hours and shall be without prejudice to Uber conducting a full deposition of the Plaintiff later in the litigation.

All Plaintiffs within each of Nachawati Law Group, Williams, Hart & Boundas, LLP, and Kherkher Garcia LLP's inventories shall similarly complete a certification in the form shown in **Exhibit**

**A4** below. Such certification shall be filed within 30 days of this Order. Failure by any Plaintiff to file such certification shall result in dismissal with prejudice for failure to participate in this litigation.

**IT IS SO ORDERED.**

DATED:_____

CHARLES R. BREYER
United States District Judge

**Exhibit A1:**

**Non-Participating Plaintiffs Dismissed With Prejudice**

| MDL ID | Plaintiff's Counsel |
|---|---|
| 1233 | Nachawati Law Group |
| 1361 | Nachawati Law Group |
| 1483 | Nachawati Law Group |
| 1484 | Nachawati Law Group |
| 1487 | Nachawati Law Group |
| 1489 | Nachawati Law Group |
| 1491 | Nachawati Law Group |
| 1492 | Nachawati Law Group |
| 1496 | Nachawati Law Group |
| 1500 | Nachawati Law Group |
| 1508 | Nachawati Law Group |
| 1509 | Nachawati Law Group |
| 1513 | Nachawati Law Group |
| 2213 | Nachawati Law Group |
| 2215 | Nachawati Law Group |
| 2217 | Nachawati Law Group |
| 2221 | Nachawati Law Group |
| 2225 | Nachawati Law Group |
| 2227 | Nachawati Law Group |
| 2230 | Nachawati Law Group |
| 2235 | Nachawati Law Group |
| 2254 | Nachawati Law Group |
| 2259 | Nachawati Law Group |
| 2260 | Nachawati Law Group |
| 2261 | Nachawati Law Group |
| 2262 | Nachawati Law Group |
| 2723 | Nachawati Law Group |
| 2797 | Nachawati Law Group |
| 2798 | Nachawati Law Group |
| 2804 | Nachawati Law Group |
| 2805 | Nachawati Law Group |
| 2812 | Nachawati Law Group |
| 2813 | Nachawati Law Group |
| 2842 | Nachawati Law Group |
| 2845 | Nachawati Law Group |
| 2920 | Nachawati Law Group |
| 2921 | Nachawati Law Group |
| 3020 | Nachawati Law Group |
| 3025 | Nachawati Law Group |
| 3030 | Nachawati Law Group |
| 3165 | Nachawati Law Group |
| 3201 | Nachawati Law Group |
| 3207 | Nachawati Law Group |
| 3208 | Nachawati Law Group |
| 3209 | Nachawati Law Group |
| 3246 | Nachawati Law Group |
| 3456 | Nachawati Law Group |

| MDL ID | Plaintiff's Counsel |
|---|---|
| 3645 | Nachawati Law Group |
| 1546 | Williams Hart & Boundas LLP |
| 1659 | Williams Hart & Boundas LLP |
| 1567 | Williams Hart & Boundas LLP |
| 1573 | Williams Hart & Boundas LLP |
| 1614 | Williams Hart & Boundas LLP |
| 1681 | Williams Hart & Boundas LLP |
| 1653 | Williams Hart & Boundas LLP |
| 1697 | Williams Hart & Boundas LLP |
| 1702 | Williams Hart & Boundas LLP |
| 1725 | Williams Hart & Boundas LLP |
| 1770 | Williams Hart & Boundas LLP |
| 1712 | Williams Hart & Boundas LLP |
| 1868 | Williams Hart & Boundas LLP |
| 1866 | Williams Hart & Boundas LLP |
| 1916 | Williams Hart & Boundas LLP |
| 1918 | Williams Hart & Boundas LLP |
| 1943 | Williams Hart & Boundas LLP |
| 1950 | Williams Hart & Boundas LLP |
| 1962 | Williams Hart & Boundas LLP |
| 2147 | Williams Hart & Boundas LLP |
| 2150 | Williams Hart & Boundas LLP |
| 2177 | Williams Hart & Boundas LLP |
| 2898 | Williams Hart & Boundas LLP |
| 2889 | Williams Hart & Boundas LLP |
| 3067 | Kherkher Garcia LLP |

**Exhibit A2:**

**Deposition Plaintiffs**

| MDL ID | Plaintiff's Counsel |
|---|---|
| 1496 | Nachawati Law Group |
| 1500 | Nachawati Law Group |
| 1508 | Nachawati Law Group |
| 3201 | Nachawati Law Group |
| 1943 | Williams, Hart & Boundas |

**Exhibit A3:**

**Attorney Certification of Plaintiff Fact Sheet Review and Verification**

I declare as follows based upon personal knowledge, including by and through investigation:

[EITHER]

    For Plaintiff _____, a Plaintiff my firm represents, I certify that to the best of my knowledge, information, and belief formed after reasonable inquiry that (a) this Plaintiff has reviewed their Plaintiff Fact Sheet and any amendments thereto after it was completed, and (b) such review took place before any PFS or amended PFS for this Plaintiff was served on Defendants in this litigation.

    Prior to November 19, 2025, the last date on which I or someone at my firm had substantive contact with Plaintiff _____ was [DATE].

[OR]

    For Plaintiff _____, a Plaintiff my firm represents, I certify that to the best of my knowledge, information, and belief formed after reasonable inquiry that this Plaintiff has not reviewed their Plaintiff Fact Sheet and all amendments thereto after completion and before their PFS or amended PFS was served on Defendants in this litigation.

    Prior to November 19, 2025, the last date on which I or someone at my firm had substantive contact with Plaintiff _____ was [DATE].

Date: _____

_____
[*Signature of Counsel of Record & Signature Block*]

**Exhibit A4:**

**Plaintiff Certification of Plaintiff Fact Sheet Review and Verification**

I declare as follows under oath:

[EITHER]

    I certify that I reviewed my Plaintiff Fact Sheet and any amendments thereto, and (b) such review took place after any PFS or amended PFS was completed and before it was served on Defendants in this litigation.

[OR]

    I did not review my Plaintiff Fact Sheet or one or more amendments thereto after any PFS or amended PFS was completed and before it was served on Defendants in this litigation.

Date: _____

_____
[*Signature of Plaintiff*]