# C. Cotton Decl. Exhibit D [FILED UNDER SEAL]