# C. Cotton Decl. Exhibit E [FILED UNDER SEAL]