# C. Cotton Decl. Exhibit F [FILED UNDER SEAL]