# C. Cotton Decl. Exhibit G [FILED UNDER SEAL]