# C. Cotton Decl. Exhibit H [FILED UNDER SEAL]