# C. Cotton Decl. Exhibit I [FILED UNDER SEAL]