# C. Cotton Decl.
# Exhibit J
# [FILED UNDER SEAL]