# C. Cotton Decl. Exhibit K [FILED UNDER SEAL]