# C. Cotton Decl. Exhibit L
# [FILED UNDER SEAL]