# C. Cotton Decl. Exhibit M
# [FILED UNDER SEAL]