1  Sadi R. Antonmattei-Goitia (SBN #24091383)
   *(Pro Hac Vice)*
2  **KHERKHER GARCIA, LLP**
   2925 Richmond Ave., Suite 1560
3  Houston, TX 77098
   Telephone: (713) 333-1030
4  Facsimile: (713) 333-1029
5  Email: skherkher-team@kherkhergarcia.com
   Email: rideshare@kherkhergarcia.com
6
7  *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | MDL No. 3084 CRB |
|---|---|
| | Honorable Charles R. Breyer |
| This Document Relates to: | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| Jane Doe 690917, Plaintiff v. UBER TECHNOLOGIES, INC., ET AL. Defendants. | |

   Pursuant to Local Rule 11-5, Kherkher Garcia, LLP, counsel of record for Plaintiff Jane Doe 690917, respectfully moves this Court for an Order allowing this firm to withdraw as counsel of record in the above-caption matter.

   Over the past several months, Plaintiff Jane Doe 690971 has failed to respond in a timely matter to Counsel's numerous request for additional information needed. Counsel was successfully able to make contact with the Plaintiff on October 9, 2025, unfortunately Plaintiff has yet to provide the information requested by Defendant and respond to numerous attempts made by Counsel since.

1  As of the time of this filing, Plaintiff has failed to respond.

2  WHEREFORE, the law firm of Kherkher Garcia, LLP and all attorneys of
3  record request that they be allowed to withdraw as counsel of record for Plaintiff
4  Jane Doe 690917, copy of this motion will be served upon Plaintiff at her last known
5  address via electronic mail.

17  Dated:  December 5, 2025                    Respectfully submitted,

18                                              Kherkher Garcia, LLP

21                                    By:  */s/ Sadi R. Antonmattei-Goitia*
                                           Sadi R. Antonmattei-Goitia (SBN 24091383)
22                                         Kherkher Garcia, LLP
                                           2925 Richmond Ave., Suite 1560
23                                         Houston, TX 77098
                                           Telephone: (713) 333-1030
24                                         Facsimile: (713) 333-1029
                                           Email: skherkher-team@kherkhergarcia.com
25                                         Email: rideshare@kherkhergarcia.com

                                           *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, I electronically transmitted the foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*By: /s/ Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia (SBN 24091383)
Kherkher Garcia, LLP
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*