Sadi R. Antonmattei-Goitia (SBN # 24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA LLP**
2925 Richmond Ave, Suite 1560
Houston, TX 77098
Telephone: (713) 333- 1030
Facsimile : (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**EX A – DECLARATION OF SADI R. ANTONMATTEI-GOITIA IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| This Document Relates to:<br><br>Jane Doe 690917 v. UBER TECHNOLOGIES, INC., et al.,<br><br>Case No. 3:25-CV-05318-CRB, MDL ID 3648 | |

- 1 -

EX A – DECLARATION OF SADI R. ANTONMATTEI-GOITIA IN SUPPORT OF PLAINTIFF'S RESPONSE…

I, Sadi R. Antonmattei-Goitia, declare:

1. I am an attorney in the law firm of Kherkher Garcia, LLP. I am a member in good standing of the State Bars of Texas and Puerto Rico and am admitted to practice before this Court *Pro Hac Vice*. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I am counsel of record for Plaintiff in the above-entitled action, and I make this declaration in support of Motion to Withdraw. I either personally or through members of my law firm reached out to Plaintiff numerous times from October 10, 2025 to present, as follows:

- Texted Plaintiff on October 10, 2025.
- Texted Plaintiff on October 13, 2025.
- Emailed Plaintiff on October 14, 2025.
- Called, Texted and Emailed Plaintiff on October 22, 2025.
- Called, Emailed and Mailed Contact Us Letter through Certified and Regular mail on October 23, 2025. The Certified letter was returned unclaimed.
- Called, Texted and Emailed Plaintiff on November 25, 2025.
- Called company phone number found online and sent a message through to her Instagram account on December 4, 2025.

3. I received no response from Plaintiff on any of these attempts.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th of December 2025 in Houston, Texas.

            */s/ Sadi R. Antonmattei-Goitia*
            Sadi R. Antonmattei-Goitia