Sadi R. Antonmattei-Goitia (SBN #24091383)
*(Pro Hac Vice)*
KHERKHER GARCIA, LLP
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD** |
| This Document Relates to:<br><br>Jane Doe 690917,<br>        Plaintiff<br>            v.<br>UBER TECHNOLOGIES, INC., ET AL.<br>        Defendants. | |

CONSIDERING the foregoing Motion to Withdraw as Counsel of Record for Jane Doe 690917,

IT IS HEREBY ORDERED that Kherkher Garcia, LLP is withdrawn as Plaintiff's counsel of record and shall be relieved of any further responsibility in connection with this action.

Dated: _____            _____
                                                                        HONORABLE CHARLES R. BREYER
                                                                        United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2025, I electronically transmitted the foregoing [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

By: /s/ Sadi R. Antonmattei-Goitia
Sadi R. Antonmattei-Goitia (SBN 24091383)
Kherkher Garcia, LLP
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*