Sadi R. Antonmattei-Goitia (SBN # 24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA LLP**
2925 Richmond Ave, Suite 1560
Houston, TX 77098
Telephone: (713) 333- 1030
Facsimile : (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB <br><br> Honorable Charles R. Breyer <br><br> **EX A – DECLARATION OF SADI R. ANTONMATTEI-GOITIA IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |
| This Document Relates to: <br><br> Jane Doe KG 013 v. UBER TECHNOLOGIES, INC., et al., <br><br> Case No. 3:25-cv-05577-CRB, MDL ID 3705 | |

EX A – DECLARATION OF SADI R. ANTONMATTEI-GOITIA IN SUPPORT OF PLAINTIFF'S RESPONSE…

I, Sadi R. Antonmattei-Goitia, declare:

1. I am an attorney in the law firm of Kherkher Garcia, LLP. I am a member in good standing of the State Bars of Texas and Puerto Rico and am admitted to practice before this Court *Pro Hac Vice*. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I am counsel of record for Plaintiff in the above-entitled action, and I make this declaration in support of Motion to Withdraw. I either personally or through members of my law firm reached out to Plaintiff numerous times from October 2, 2025 to present, as follows:

- Texted Plaintiff October 2, 2025.
- Texted Plaintiff October 6, 2025.
- Called and Texted Plaintiff October 7, 2025.
- Emailed Plaintiff October 14, 2025.
- Emailed and Mailed a Contact Us Letter to Plaintiff via Regular and Certified Mail on October15, 2025.
- Called, Texted and Emailed Plaintiff November 25, 2025.

3. I received no response from Plaintiff on any of these attempts.

4. I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th of December 2025 in Houston, Texas.

                                              */s/ Sadi R. Antonmattei-Goitia*
                                              Sadi R. Antonmattei-Goitia