1  Sadi R. Antonmattei-Goitia (SBN # 24091383)
   *(Pro Hac Vice)*
2  **KHERKHER GARCIA LLP**
   2925 Richmond Ave, Suite 1560
3  Houston, TX 77098
   Telephone: (713) 333- 1030
4  Facsimile : (713) 333-1029
   Email: skherkher-team@kherkhergarcia.com
5  Email: rideshare@kherkhergarcia.com

6  *Attorneys for Plaintiff*

7
8
9
10
11
                     **UNITED STATES DISTRICT COURT**
12                   **NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN FRANCISCO DIVISION**
13

| | |
|---|---|
| 14  IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| 15 | Honorable Charles R. Breyer |
| 16 | **EX A – DECLARATION OF SADI R. ANTONMATTEI-GOITIA IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |
| 17  This Document Relates to: | |
| 18  Jane Doe KG 016 v. UBER TECHNOLOGIES, INC., et al., | |
| 19 | |
| 20  Case No. 3:25-cv-05582-CRB, MDL ID 3708 | |

21
22
23
24
25
26
27
28

- 1 -

EX A – DECLARATION OF SADI R. ANTONMATTEI-GOITIA IN SUPPORT OF PLAINTIFF'S RESPONSE…

I, Sadi R. Antonmattei-Goitia, declare:

1. I am an attorney in the law firm of Kherkher Garcia, LLP. I am a member in good standing of the State Bars of Texas and Puerto Rico and am admitted to practice before this Court *Pro Hac Vice*. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I am counsel of record for Plaintiff in the above-entitled action, and I make this declaration in support of Motion to Withdraw. I either personally or through members of my law firm reached out to Plaintiff numerous times from August 1, 2025 to present, as follows:

- Called, Texted and Emailed Plaintiff August 1, 2025.
- Emailed Plaintiff September 22, 2025.
- Called and Texted Plaintiff September 23, 2025.
- Called and Texted Plaintiff September 24, 2025.
- Called Plaintiff September 25, 2025.
- Called, Texted and Emailed Plaintiff September 26, 2025. Called Plaintiff's daughter and left a message for Plaintiff to contact us.
- Called Plaintiff September 30, 2025.
- Called Plaintiff October 6, 2025.
- Called and Texted Plaintiff October 7, 2025.
- Emailed Plaintiff October 14, 2025.
- Emailed and Mailed a Contact Us Letter to Plaintiff via Regular and Certified Mail on October 15, 2025.
- Called, Texted and Emailed Plaintiff and Called Daughter on November 25, 2025, left a message.
- Texted and Emailed Plaintiff December 4, 2025.

3. I received no response from Plaintiff on any of these attempts.

4. I declare under penalty of perjury that the foregoing is true and correct.

EX A – DECLARATION OF SADI R. ANTONMATTEI-GOITIA IN SUPPORT OF PLAINTIFF'S RESPONSE…

Executed this 5th of December 2025 in Houston, Texas.

> _/s/ Sadi R. Antonmattei-Goitia_
> Sadi R. Antonmattei-Goitia