Sadi R. Antonmattei-Goitia (SBN #24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA, LLP**
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, <br><br> This Document Relates to: <br><br> Jane Doe KG 039, <br>    Plaintiff <br>      v. <br> UBER TECHNOLOGIES, INC., ET AL. <br>    Defendants. | MDL No. 3084 CRB <br><br> Honorable Charles R. Breyer <br><br> **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Pursuant to Local Rule 11-5, Kherkher Garcia, LLP, counsel of record for Plaintiff Jane Doe KG 039, respectfully moves this Court for an Order allowing this firm to withdraw as counsel of record in the above-caption matter.

Over the past several months, Plaintiff Jane Doe KG 039 has failed to respond to Counsel's numerous communication attempts via telephone, mail and email. Counsel has made no less than <u>twenty seven</u> communication attempts to Plaintiff since filing her Short Form Complaint on July 18, 2025.

1
MOTION TO WITHDRAW AS COUNSEL OF RECORD

1   As of the time of this filing, Plaintiff has failed to respond.

2        WHEREFORE, the law firm of Kherkher Garcia, LLP and all attorneys of
3   record request that they be allowed to withdraw as counsel of record for Plaintiff
4   Jane Doe KG 039, copy of this motion will be served upon Plaintiff at her last
5   known address via electronic mail.

17  Dated:  December 5, 2025          Respectfully submitted,

18                                    Kherkher Garcia, LLP

21                                    By: /s/ Sadi R. Antonmattei-Goitia
                                      Sadi R. Antonmattei-Goitia (SBN 24091383)
22                                    Kherkher Garcia, LLP
                                      2925 Richmond Ave., Suite 1560
23                                    Houston, TX 77098
                                      Telephone: (713) 333-1030
24                                    Facsimile: (713) 333-1029
                                      Email: skherkher-team@kherkhergarcia.com
25                                    Email: rideshare@kherkhergarcia.com

                                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, I electronically transmitted the foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*By:/s/ Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia (SBN 24091383)
Kherkher Garcia, LLP
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

1
MOTION TO WITHDRAW AS COUNSEL OF RECORD