Sadi R. Antonmattei-Goitia (SBN # 24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA LLP**
2925 Richmond Ave, Suite 1560
Houston, TX 77098
Telephone: (713) 333- 1030
Facsimile : (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>Jane Doe 039 v. UBER TECHNOLOGIES, INC., et al.,<br><br>Case No. 3:25-CV-06077-CRB, MDL ID 3773 | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**EX A – DECLARATION OF SADI R. ANTONMATTEI-GOITIA IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |

EX A – DECLARATION OF SADI R. ANTONMATTEI-GOITIA IN SUPPORT OF PLAINTIFF'S RESPONSE…

I, Sadi R. Antonmattei-Goitia, declare:

1. I am an attorney in the law firm of Kherkher Garcia, LLP. I am a member in good standing of the State Bars of Texas and Puerto Rico and am admitted to practice before this Court *Pro Hac Vice*. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I am counsel of record for Plaintiff in the above-entitled action, and I make this declaration in support of Motion to Withdraw. I either personally or through members of my law firm reached out to Plaintiff numerous times from July 18, 2025 to present, as follows:

- Texted Plaintiff August 12, 2025.
- Texted Plaintiff August 13, 2025.
- Texted Plaintiff August 15, 2025.
- Called and emailed Plaintiff September 25, 2025.
- Called and emailed Plaintiff September 26, 2025.
- Texted Plaintiff September 30, 2025.
- Texted Plaintiff October 1, 2025.
- Called and texted Plaintiff October 2, 2025.
- Texted and emailed Plaintiff October 3, 2025.
- Texted Plaintiff October 6, 2025.
- Called and texted Plaintiff October 7, 2025.
- Emailed Plaintiff October 14, 2025.
- Called and emailed and sent physical letter via both First Class Mail and Certified Mail Return Receipt Requested on October 15, 2025. The CMRRR envelope was returned unclaimed. The First Class Mail envelope was not.
- Called, texted and emailed Plaintiff October 22, 2025.
- Called, texted and emailed Plaintiff November 25, 2025.
- Called, texted and emailed Plaintiff December 4, 2025.

3. I received no response from Plaintiff on any of these attempts.

4. I declare under penalty of perjury that the foregoing is true and correct.

EX A – DECLARATION OF SADI R. ANTONMATTEI-GOITIA IN SUPPORT OF PLAINTIFF'S RESPONSE…

Executed this 5th of December 2025 in Houston, Texas.

*/s/ Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia