Sadi R. Antonmattei-Goitia (SBN #24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA, LLP**
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| This Document Relates to: | |
| Jane Doe 691174, Plaintiff | |
| v. | |
| UBER TECHNOLOGIES, INC., ET AL. Defendants. | |

Pursuant to Local Rule 11-5, Kherkher Garcia, LLP, counsel of record for Plaintiff Jane Doe 691174, respectfully moves this Court for an Order allowing this firm to withdraw as counsel of record in the above-caption matter.

Over the past several months, Plaintiff Jane Doe 691174 has failed to respond in a timely matter to Counsel's numerous request for additional information needed. Counsel was successfully able to make contact with the Plaintiff on October 29, 2025, unfortunately Plaintiff has yet to provide the information requested by Defendant and respond to numerous attempts made by Counsel since.

1   As of the time of this filing, Plaintiff has failed to respond.

2        WHEREFORE, the law firm of Kherkher Garcia, LLP and all attorneys of

3   record request that they be allowed to withdraw as counsel of record for Plaintiff

4   Jane Doe 691174, copy of this motion will be served upon Plaintiff at her last known

5   address via electronic mail.

17  Dated:  December 5, 2025                 Respectfully submitted,

18                                          Kherkher Garcia, LLP

20                               By:  */s/ Sadi R. Antonmattei-Goitia*
21                                    Sadi R. Antonmattei-Goitia (SBN 24091383)
22                                    Kherkher Garcia, LLP
                                      2925 Richmond Ave., Suite 1560
23                                    Houston, TX 77098
                                      Telephone: (713) 333-1030
24                                    Facsimile: (713) 333-1029
25                                    Email: skherkher-team@kherkhergarcia.com
                                      Email: rideshare@kherkhergarcia.com
26
                                      *Attorneys for Plaintiff*
27

28

MOTION TO WITHDRAW AS COUNSEL OF RECORD

1
2

<u>**CERTIFICATE OF SERVICE**</u>

3      I hereby certify that on December 5, 2025, I electronically transmitted

4  the foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD to the

5  Clerk's office using the CM/ECF system for filing thereby transmitting a Notice

6  of Electronic Filing to all CM/ECF registrants.

7
8
9

*By: /s/ Sadi R. Antonmattei-Goitia*

10  Sadi R. Antonmattei-Goitia (SBN 24091383)
    Kherkher Garcia, LLP
11  2925 Richmond Ave., Suite 1560
    Houston, TX 77098
12  Telephone: (713) 333-1030
    Facsimile: (713) 333-1029
13  Email: skherkher-team@kherkhergarcia.com
14  Email: rideshare@kherkhergarcia.com

15  *Attorneys for Plaintiff*

16
17
18
19
20
21
22
23
24
25
26
27
28