Sadi R. Antonmattei-Goitia (SBN # 24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA LLP**
2925 Richmond Ave, Suite 1560
Houston, TX 77098
Telephone: (713) 333- 1030
Facsimile : (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**EX A – DECLARATION OF SADI R. ANTONMATTEI-GOITIA IN SUPPORT OF MOTION TO WITHDRAW** |
| This Document Relates to:<br><br>Jane Doe 691174 v. UBER TECHNOLOGIES, INC., et al.,<br><br>Case No. 3:25-cv-04582-CRB, MDL ID 3473 | |

- 1 -

EX A – DECLARATION OF SADI R. ANTONMATTEI-GOITIA IN SUPPORT OF MOTION TO WITHDRAW

I, Sadi R. Antonmattei-Goitia, declare:

1. I am an attorney in the law firm of Kherkher Garcia, LLP. I am a member in good standing of the State Bars of Texas and Puerto Rico and am admitted to practice before this Court *Pro Hac Vice*. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I am counsel of record for Plaintiff in the above-entitled action, and I make this declaration in support of Motion to Withdraw. I either personally or through members of my law firm reached out to Plaintiff numerous times from October 7, 2025 to present, as follows:

- Spoke to Plaintiff on October 7, 2025, she stated she was going to follow back up with us.
- Texted Plaintiff October 8, 2025.
- Texted Plaintiff October 10, 2025.
- Texted Plaintiff October 13, 2025
- Called Plaintiff October 21, 2025, the line disconnected, could not reach.
- Called Plaintiff October 24, 2025.
- Spoke to Plaintiff on October 29, 2025, she stated she needed to call back later.
- Texted Plaintiff November 25, 2025.
- Called, Texted and Emailed Plaintiff December 4, 2025.
- Called and Texted Plaintiff December 5, 2025.

3. I received no response from Plaintiff since October 29, 2025.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th of December 2025 in Houston, Texas.

*/s/ Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia