Andrea S. Hirsch, Esq. GA Bar No. 666557
Brooke F. Cohen, Esq. TX Bar No. 24007019
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, GA 30341
T: (678) 268-4683
andrea@cohenhirsch.com
brooke@cohenhirsch.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*P.L. 3612 v. Uber Technologies, Inc., et al.;* 3:25-cv-05571-CRB | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO31 AND SHOW CAUSE ORDERS |

Having considered Plaintiff P.L. 3612's opposition to Defendants' Motion to Dismiss, the Court:

DENIES Defendants' Motion to Dismiss with respect to Plaintiff P.L. 3612 who has complied with PTO 31 and the Court's Show Cause Order by serving, via MDL Centrality, a detailed statement explaining their inability to locate the ride receipt, describing the reasonable efforts undertaken to search their email and Uber application, and setting forth the reasons the receipt could not be found, and a signed Declaration.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE CHARLES R. BREYER
United States District Court Judge