Andrea S. Hirsch, Esq. GA Bar No. 666557
Brooke F. Cohen, Esq. TX Bar No. 24007019
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, GA 30341
T: (678) 268-4683
andrea@cohenhirsch.com
brooke@cohenhirsch.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*E.M. 3612 v. Uber Technologies, Inc., et al.;*<br>*3:25-cv-03681-CRB* | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO31 AND SHOW CAUSE ORDERS<br><br>Date:      January 16, 2026<br>Time:     10:00 a.m.<br>Courtroom:   6 – 17th Floor |

    Plaintiff respectfully submits this response to Defendant Uber Technologies, Inc.'s Motion to Dismiss based on Plaintiff's non-compliance with Pretrial Order No. 31. Plaintiff recognizes the Court's authority to enforce compliance with PTO 31 and acknowledges that, despite diligent and repeated efforts by counsel, Plaintiff has been unable comply with the Court's Order.

    Since issuance of PTO 31, counsel has made numerous attempts to obtain the required verification, including repeated written requests, telephone calls, and follow-up reminders. These efforts have not yielded the Plaintiff's executed verification despite counsel's diligence. Plaintiff's counsel does not dispute that the verification remains outstanding; the non-

compliance is not due to bad faith, willful disregard of the Court's Orders, or any dilatory litigation posture. Rather, it reflects circumstances outside counsel's control.

Dated: December 6, 2025

Respectfully submitted,

By: */s/ Andrea S. Hirsch*
Andrea S. Hirsch, Esq. GA Bar No. 666557
Brooke F. Cohen, Esq. TX Bar No. 24007019
**Cohen Hirsch, LP**
5256 Peachtree Road, Suite 195-E
Telephone: (678) 268-4683
Facsimile: (678) 669-1520
Email: andrea@cohenhirsch.com
brooke@cohenhirsch.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2025, I electronically transmitted the foregoing **PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO31 AND SHOW CAUSE ORDERS** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants. Additionally, the foregoing was served on Defendants' counsel via email at: ubermdlservice@listserv.shb.com.

*/s/ Andrea S. Hirsch*
Andrea S. Hirsch