Sadi R. Antonmattei-Goitia (SBN # 24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA LLP**
2925 Richmond Ave, Suite 1560
Houston, TX 77098
Telephone: (713) 333- 1030
Facsimile : (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS** |
| This Document Relates to:<br><br>Jane Doe 693827 v. UBER TECHNOLOGIES, INC., et al.,<br>Case No. 3:24-cv-09515-CRB, MDL ID 2774<br><br>Jane Doe 691174 v. UBER TECHNOLOGIES, INC., et al.,<br>Case No. 3:25-cv-04582-CRB, MDL ID 3473<br><br>John Doe KGDB 020 v. UBER TECHNOLOGIES, INC., et al.,<br>Case No. 3:25-cv-04979-CRB, MDL ID 3543<br><br>Jane Doe 690917 v. UBER TECHNOLOGIES, INC., et al.,<br>Case No. 3:25-cv-05318-CRB, MDL ID 3648<br><br>Jane Doe KG 013 v. UBER TECHNOLOGIES, INC., et al.,<br>Case No. 3:25-cv-05577-CRB, MDL ID 3705 | |

| | |
|---|---|
| 1 | Jane Doe KG 016 v. UBER TECHNOLOGIES, INC., et al., |
| 2 | Case No. 3:25-cv-05582-CRB, MDL ID 3708 |
| 3 | |
| 4 | Jane Doe KG 039 v. UBER TECHNOLOGIES, INC., et al., Case No. 3:25-cv-06077-CRB, MDL ID 3773 |

### [PROPOSED] ORDER

Having considered Defendants' *Motion to Dismiss Cases for Failure to Comply with PTO 31 and Show-Cause Orders*, ECF No. 4456, the Court therefore hereby ORDERS Defendants' Motion is DENIED as to the KHERKHER GARCIA Plaintiffs subject of this Motion. IT IS SO ORDERED.

Dated: _____
_____ HON. CHARLES R. BREYER
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

By: /s/ *Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia