UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: *Jane Doe LS 333 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05930-CRB *Jane Doe LS 397 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05944-CRB *Jane Doe LS 245 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05864-CRB *Jane Doe LS 134 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-03811-CRB *Jane Doe LS 364 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05237-CRB *Jane Doe LS 234 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05433-CRB *Jane Doe LS 322 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05572-CRB *Jane Doe LS 191 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05573-CRB *Jane Doe LS 185 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05922-CRB *Jane Doe LS 303 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05980-CRB | **[PROPOSED] ORDER DENYING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS** Judge: Honorable Charles R. Breyer Date: January 16, 2026 Time: 10:00 a.m. Courtroom: 6 – 17th Floor |

*John Doe LS 6 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05316-CRB

*Jane Doe LS 54 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05387-CRB

*Jane Doe LS 406 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05836-CRB

*Jane Doe LS 420 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05739-CRB

*John Doe LS 5 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05853-CRB

*Jane Doe LS 421 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05941-CRB

*Jane Doe LS 430 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05743-CRB

*Jane Doe LS 232 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05327-CRB

*Jane Doe LS 136 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05475-CRB

*Jane Doe LS 296 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-06021-CRB

*Jane Doe LS 291 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-06020-CRB

*Jane Doe LS 504 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05928-CRB

*Jane Doe LS 135 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05971-CRB

*Jane Doe LS 440 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05862-CRB

*Jane Doe LS 304 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05914-CRB

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

1  *Jane Doe LS 215 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05909-CRB

2

3  *Jane Doe LS 214 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05777-CRB

4

5  *Jane Doe LS 125 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05982-CRB

6  *Jane Doe LS 368 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05898-CRB

7

8  *Jane Doe LS 173 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05885-CRB

9

10  *Jane Doe LS 206 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05419-CRB

11

12  *John Doe LS 3 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05760-CRB

13

14  *Jane Doe LS 548 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-09211-CRB

15

16  *Jane Doe LS 553 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-01493-CRB

17  *Jane Doe LS 554 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-01693-CRB

18

19  *Jane Doe LS 583 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02801-CRB

20

21  *Jane Doe LS 582 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02792-CRB

22

23  *Jane Doe LS 593 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-03269-CRB

24

25  *Jane Doe LS 598 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-04071-CRB

26

27  *Jane Doe LS 601 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-04699-CRB

28

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

1  *Jane Doe LS 616 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-05942-CRB

2

3  *Jane Doe LS 614 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-05884-CRB

4

5  *Jane Doe LS 620 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-06249-CRB

6

7  *Jane Doe LS 619 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-06243-CRB

8  *Jane Doe LS 622 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-06306-CRB

9

10  *Jane Doe LS 626 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-06541-CRB

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 31 and Show Cause Orders , the Court therefore hereby ORDERS as follows:

Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss Cases for Failure to Comply with PTO 31 & Show Cause Orders is DENIED.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
HON. CHARLES R. BREYER
United States District Court Judge

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

1
CASE NO. 3:23-MD-03084-CRB  [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS