1  RACHEL B. ABRAMS (Cal Bar No. 209316)
   ADAM B. WOLF (Cal Bar No. 215914)
2  **Peiffer Wolf Carr Kane Conway & Wise, LLP**
   555 Montgomery Street, Suite 820
3  San Francisco, CA 94111
   Telephone: 415.766.3544
4  Facsimile: 415.840.9435
   Email: rabrams@peifferwolf.com
5  Email: awolf@peifferwolf.com

6  TIFFANY R. ELLIS (*Admitted PHV*)
   **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7  15 E. Baltimore Ave.
   Detroit, MI 48202
8  Telephone: 313.210.1559
   Facsimile: 415.840.9435
9  Email: tellis@peifferwolf.com

10 *Counsel for Plaintiff*

11

12           **UNITED STATES DISTRICT COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**
13              **SAN FRANCISCO DIVISION**

14 IN RE: UBER TECHNOLOGIES, INC.,
   PASSENGER SEXUAL ASSAULT       )  No. 3:23-md-03084-CRB
15 LITIGATION                     )
                                  )  **NOTICE OF FILING OF NEW ACTION**
16                                )
                                  )
17 _____ )
                                  )
18 *This document relates to:*    )
                                  )
19 *A.B. v. UBER TECHNOLOGIES, INC., et* )
   *al., 3:25-cv-10250-CRB*       )
20                                )
                                  )
21                                )
                                  )
22

23     Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

24 with Jury Demand in the above-referenced action was filed on November 26, 2025.

25 ///

26 ///

27 ///

28

   CASE NO. 3:23-md-03084-CRB          1      NOTICE OF FILING OF NEW ACTION

1    Dated: December 8, 2025                Respectfully submitted,

2                                           By: */s/ Rachel B. Abrams*
                                            RACHEL B. ABRAMS (Cal Bar No. 209316)
3                                           ADAM B. WOLF (Cal Bar No. 215914)
                                            **Peiffer Wolf Carr Kane Conway & Wise, LLP**
4                                           555 Montgomery Street, Suite 820
                                            San Francisco, CA 94111
5                                           Telephone: 415.766.3544
                                            Facsimile: 415.840.9435
6                                           Email: rabrams@peifferwolf.com
                                                   awolf@peifferwolf.com
7

8                                           TIFFANY R. ELLIS (*Admitted PHV*)
                                            **Peiffer Wolf Carr Kane Conway & Wise, LLP**
9                                           15 E. Baltimore Ave.
                                            Detroit, MI 48202
10                                          Telephone: 313.210.1559
                                            Facsimile: 415.840.9435
11                                          Email: tellis@peifferwolf.com

12                                          *Counsel for Plaintiff*

13

14

15                        **<u>CERTIFICATE OF SERVICE</u>**

16        I hereby certify that on December 8, 2025, I electronically transmitted the foregoing

17   **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System

18   for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

19

20                                          */s/ Rachel B. Abrams*
                                            Rachel B. Abrams

21

22

23

24

25

26

27

28

CASE NO. 3:23-md-03084-CRB          2      NOTICE OF FILING OF NEW ACTION