**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (888) 875-2889
sluther@wagstafflawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| *This document relates to:*<br><br>Q.A. v. UBER TECHNOLOGIES, INC., *et al.*; 3:25-CV-10475-CRB | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on December 5, 2025.

Dated: December 8, 2025

                                          Respectfully submitted,

                                          */s/ Sommer D. Luther*
                                          Sommer D. Luther, CO 35053
                                          **WAGSTAFF LAW FIRM**
                                          940 Lincoln Street
                                          Denver, CO 80203
                                          Tel: (720) 208-9417
                                          Fax: (888) 875-2889
                                          sluther@wagstafflawfirm.com
                                          Attorney for Plaintiff
                                          *Admitted Pro Hac Vice

# CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Sommer D. Luther*
Sommer D. Luther