**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER ON DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR MOTION FOR SANCTIONS AGAINST BRET STANLEY AND PORTIONS OF SUPPORTING MATERIALS**<br><br>Judge:        Hon. Lisa J. Cisneros<br>Courtroom:    G-15th Floor |

Having considered Defendants' Administrative Motion to File Under Seal Portions of their Motion for Sanctions Against Bret Stanley and Portions of Supporting Materials, dated December 8, 2025, ECF _____ ("Motion to Seal"), the Court hereby ORDERS that the following materials remain under seal as stated in Defendants' Motion to Seal:

| Document | Description | Defendants' Request |
|---|---|---|
| **Motion for Sanctions** | Confidential, non-public information regarding safety and compliance audit procedures developed and utilized by Uber. | Seal in part (information regarding safety and compliance audit procedures developed and utilized by Uber) |
| **Brown Declaration** | Confidential, non-public information regarding safety and compliance audit procedures developed and utilized by Uber. | Seal in part (portions of ¶¶3–6) |
| **Gromada Declaration** | Confidential, non-public information regarding safety and compliance audit procedures developed and utilized by Uber. | Seal in part (portions of ¶¶4–5, 7, 9) |
| **Exhibit 1 to the Gromada Declaration** | Email correspondence referencing confidential, non-public information regarding safety and compliance audit procedures developed and utilized by Uber. | Seal in part (portions of: (1) Stanley 11/18/25 email; (2) Angotti 11/18/25 email; and (3) Stanley 11/13/25 email) |

**IT IS SO ORDERED:**

Dated: _____

HON. LISA J. CISNEROS
United States Magistrate Judge