# EXHIBIT 3



Bruce H. Stern, Esq.
Direct Dial: 609.896.9060
Email: bstern@stark-stark.com
Michele E. Richards, Paralegal
Direct Dial: 609.895.7274
Email: mrichards@stark-stark.com

November 4, 2025

**VIA EMAIL: MPKESSLER@ZARWIN.COM**
           **SFRIAS@ZARWIN.COM**

Matthew P. Kessler, Esq.
Zarwin, Baum, Devito, Kaplan, Schaer, Toddy, PC
30 Montgomery Street
Suite 960
Jersey City, NJ 07302

Re:   Lord v. Uber Technologies, Rasier, LLC, Juan Escobar
       Docket No.: MER-L-360-24
       Incident Date: July 11, 2022

Dear Mr. Kessler:

At your earliest convenience, please provide me with Mr. Escabar's unique driver number, known as an UUID.

Very truly yours,

STARK & STARK
A Professional Corporation


By:   /s/ Bruce H. Stern
       BRUCE H. STERN

BHS/km