# EXHIBIT B

| | |
|---|---|
| 1 | ALLISON M. BROWN (Admitted *Pro Hac Vice*) |
| | alli.brown@kirkland.com |
| 2 | JESSICA DAVIDSON (Admitted *Pro Hac Vice*) |
| | jessica.davidson@kirkland.com |
| 3 | CHRISTOPHER D. COX (Admitted *Pro Hac Vice*) |
| 4 | christopher.cox@kirkland.com |
| | **KIRKLAND & ELLIS LLP** |
| 5 | 601 Lexington Avenue |
| | New York, NY 10022 |
| 6 | Telephone: (212) 446-4800 |
| 7 | |
| | MICHAEL B. SHORTNACY (SBN: 277035) |
| 8 | mshortnacy@shb.com |
| | **SHOOK, HARDY & BACON L.L.P.** |
| 9 | 2121 Avenue of the Stars, Suite 1400 |
| | Los Angeles, CA 90067 |
| 10 | Telephone: (424) 285-8330 |
| 11 | |
| | PATRICK OOT (Admitted *Pro Hac Vice*) |
| 12 | oot@shb.com |
| | **SHOOK, HARDY & BACON L.L.P.** |
| 13 | 1800 K St. NW Ste. 1000 |
| | Washington, DC 20006 |
| 14 | Telephone: (202) 783-8400 |
| 15 | |
| | *Attorneys for Defendants* |
| 16 | UBER TECHNOLOGIES, INC.; |
| | RASIER, LLC; and RASIER-CA, LLC |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF GREG BROWN SUPPORTING DEFENDANTS' MOTION FOR SANCTIONS AGAINST BRET STANLEY** |
| This Document Relates to: ALL ACTIONS | Judge:       Hon. Lisa J. Cisneros |
| | Courtroom: G-15th Floor |

1

DECLARATION OF GREG BROWN IN SUPPORT OF
MOTION FOR SANCTIONS AGAINST BRET STANLEY

Case No. 3:23-md-03084-CRB

I, Greg Brown, declare under penalty of perjury as follows:

1. I am Director, Head of Central Safety at Uber Technologies Inc. ("Uber"), a Defendant in the above captioned matter. Between 2014 and 2020, I was employed by Uber as "Operations and Logistics Manager," "Senior Operations Manager, Program Lead," "Safety and Senior Program Lead, Safety & Risk." When I returned to Uber in 2022, I initially worked as Director of Safety, United States & Canada. Since August 2024, I have served in my current Director role where my responsibilities include overseeing, organizing, and implementing global risk programs.

2. I have personal knowledge of the statements set forth in this Declaration and could competently testify to the same if called to do so.

3. I have reviewed UBER_JCCP_MDL_003941399, titled "INA-4142 | ███ VFB Logistic Flow List to Audit" ("VFB Analysis") and its metadata. The VFB Analysis was created on May 5, 2023 and I understand was produced by Uber in this litigation from my custodial file on March 28, 2025.

4. The VFB Analysis is a ████████████████████████████████████████ ████████████████████████████████████████████████████████████ he VFB Analysis is central to developing Defendants' proprietary method for identifying potential fraud and unauthorized conduct on the Uber Eats platform;[1] and improving the safety of the Uber Eats platform and by ████████████████████████████. Defendants' step-by-step methodology for their proprietary analysis of this type of information—which is competitively sensitive—is expressly set out in the VFB Analysis.

5. Access to the VFB Analysis was restricted within Uber by role and responsibility, and is not broadly shared within the Uber organization. The details of the VFB Analysis are unknown to Uber's competitors and application users, and the disclosure of this information would result in a competitive disadvantage to Uber and would also erode the efficacy of Uber's audit process designed to ████████████████████████.

---

[1] The VFB Analysis does not relate to trips on the Uber Rideshare platform.

6. The VFB Analysis included the UUID of Joshua Aldana because it ███████████ ███████████████████████████████████████████████████████████████████. The VFB Analysis does not indicate that Mr. Aldana was ███████████ Defendants have record of any ██████ for Mr. Aldana.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 8, 2025.

*Gregory Brown*
———————————————
Greg Brown, on behalf of Defendants