1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER ON DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S MOTION FOR SANCTIONS AGAINST BRET STANLEY**<br><br>Judge:        Hon. Lisa J. Cisneros<br>Courtroom:  G-15th Floor |
|---|---|

This cause coming before the Court on Defendants Uber Technologies, Inc., Rasier, LLC and Rasier-CA, LLC's Motion for Sanctions against Bret Stanley, due notice given and the Court being fully advised, THE COURT HEREBY FINDS:

1. Bret Stanley violated the Protective Order (ECF 176) by: (a) searching the MDL discovery repository using the UUID of the defendant-Earner in *Smith v. Uber Technologies, Inc., et al.*, 2022-CI-11011 (Bexar County, Texas); and (b) using the Confidential MDL document located through his improper search to litigate the *Smith* case. Neither of Mr. Stanley's actions were for the purpose of "prosecuting, defending, or attempting to settle [the MDL] or the [related JCCP] consolidated action …." ECF 176, ¶ 7.1.

2. Bret Stanley's violations of the Protective Order were neither "substantially justified" nor would "other circumstances make an award of expenses unjust."

3. Bret Stanley has abused his access to the MDL discovery repository and repeatedly violated the Protective Order.

Therefore, pursuant to Federal Rule of Civil Procedure 37(b), THE COURT HEREBY ORDERS:

(a) The Plaintiffs' Steering Committee ("PSC") shall revoke Mr. Stanley's access to its MDL document repository;

(b) Bret Stanley is prohibited from accessing the MDL repository, excepting only his client-specific documents;

(c) Bret Stanley shall pay Defendants' reasonable attorneys' fees and costs incurred as a result of Mr. Stanley's violation of the Protective Order by improperly searching and using MDL documents in *Smith v. Uber Technologies, et al.*, including Defendants' fees and costs for bringing this Motion;

(d) Defendants shall submit an attorneys' fees petition on or before thirty days after entry of this Order.

Through this Order, and based on good cause shown, the undersigned recommends to the District Court that it order Mr. Stanley's removal from the PSC.

**IT IS SO ORDERED:**

Dated: _____        _____
                                    HON. LISA J. CISNEROS
                                    United States Magistrate Judge