<div align="center">

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

</div>

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>NOTICE OF FILING OF NEW ACTION |
| **This Document Relates to:**<br><br>*I.T., an individual v. UBER TECHNOLOGIES, INC., et al.*<br>Case No.: 3:25-cv-10530 | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on December 8, 2025.

Dated: December 8, 2025.                              Respectfully submitted,

<div style="margin-left: 50%;">

By: */s/ D. Douglas Grubbs*
D. DOUGLAS GRUBBS (TX Bar No. 24065339)
ADAM K. PULASKI (TX Bar No. 16385800)
**PULASKI KHERKHER, PLLC.**
2925 Richmond Ave., Suite 1725
Houston, TX 77098
Telephone: 713.664.4555
Facsimile: 713.664.7543
Email: dgrubbs@pulaskilawfirm.com
Email: adam@pulaskilawfirm.com

*Counsel for Plaintiff*

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2025, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants registered to receive service in this matter.

> _/s/ D. Douglas Grubbs_
> D. Douglas Grubbs