# EXHIBIT 1

Page 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN FRANCISCO

HONORABLE ETHAN P. SCHULMAN

DEPARTMENT 604

---oOo---

COORDINATION PROCEEDING      CASE No. CJC-21-005188
SPECIAL TITLE [RULE 1550(b)]

In Re: Uber Rideshare Cases
_____/

REPORTER'S TRANSCRIPT OF PROCEEDINGS

VOLUME 1 PAGES 1 - 248

MONDAY, SEPTEMBER 8, 2025

OFFICIAL STENOGRAPHIC REPORTER PRO TEM:
ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR
CA CSR LICENSE NO. 9830

   Job No. CS7570149

Page 74

1   weird."  It includes complaints of drivers talking
2   about riders looking at them in strange ways.
3           But this was presented to you as if it's
4   hundreds of thousands of incidences of sexual violence
5   that we knew about and didn't disclose.  And nothing
6   could be further from the truth, and the evidence is
7   not going to support what was suggested with these
8   slides.
9           What also wasn't presented to you on this
10  slide is how many trips occurred in each one of these
11  years.  And you're going to hear about that in the
12  case, because presenting raw numbers like this is not
13  useful unless you know how many rides took place.
14          And so let me just give you an example of
15  what the evidence is going to show.
16          In 2017 in the United States, there were
17  1 billion rides that year.  And so even if you count
18  this bar graph that these Plaintiff's lawyers showed
19  you that includes things like "he looked at me weird,"
20  this is .0007 percent of all the trips that took place
21  in the United States in 2017.
22          And so I would suggest to you this is what
23  you should be on the lookout for during this trial,
24  evidence coming to you in a way that is not complete,
25  because the complete evidence is going to show that

Page 75

1  Uber is safe, and that incidences of sexual assault
2  and sexual misconduct are exceedingly rare on the Uber
3  platform.
4          What the evidence is going to show, if I
5  could switch back to my PowerPoint, is that Uber has
6  truly transformed the way we get places.  Now, Uber
7  for us today is sort of second nature.  We all have it
8  on our phones or we know folks who use it, and we're
9  used to having the ability to use a rideshare, and use
10 a rideshare like Uber.
11         But it wasn't that long ago that the way we
12 had to get around was very different.  We were
13 beholden to public transportations that had schedules
14 that some of us printed out and put in our pockets, or
15 if you were lucky enough to live in a city, you could
16 maybe get a taxicab.  Depended on the time of day,
17 depended on where you lived, depended on the weather.
18         But in 2010, everything truly did change when
19 the Uber app became available.  Now there was a way to
20 connect riders who had to get places with drivers who
21 had the ability to take them there.  And so for many
22 folks, this now was much more convenient.  Instead of
23 relying on public transportation, in the touch of a
24 button, you could have a car at your doorstep.
25         For many folks, that was added convenience in

Page 79

1  and working to solve this problem.  And this is one of
2  the key ways that Uber has done that.
3         Uber has -- Uber knows that we are not
4  experts on sexual assault and sexual violence.  And so
5  we looked to the experts to help guide us in how we
6  navigate this issue in society and on our platform.
7  We partnered with many nonprofit organizations who
8  exist only to try and solve this problem; for example,
9  the National Sexual Violence Resource Center, or
10 NSVRC.
11         We partnered with these organizations and we
12 said, Help us.  Help us figure out how to categorize
13 the complaints that we're getting and how to audit
14 this data and how to release a first-of-its-kind
15 safety report in the United States.
16         Because before Uber released a safety report,
17 and we've released three now, no other rideshare
18 company and no other transportation company, and I
19 would submit no other major public consumer company
20 had done anything like it.  And you're going to get to
21 see information in the safety report that calls it
22 unprecedented; an unprecedented bold move to release
23 this kind of data.
24         And the safety report explains what data was
25 categorized, what data was audited, what data people

```
                                                            Page 950

 1      SUPERIOR COURT OF THE STATE OF CALIFORNIA      08:25
 2            FOR THE COUNTY OF SAN FRANCISCO
 3              HONORABLE ETHAN P. SCHULMAN
 4                    DEPARTMENT 304
 5                      ---oOo---
 6
 7
 8   COORDINATION PROCEEDING       CASE No. CJC-21-005188
     SPECIAL TITLE [RULE 1550(b)]
 9
     In Re: Uber Rideshare Cases
10   _____/
11
12
13
14         REPORTER'S TRANSCRIPT OF PROCEEDINGS
15             VOLUME 5 PAGES 951 - 1169
16             FRIDAY, SEPTEMBER 12, 2025
17
18
19
20
21   OFFICIAL STENOGRAPHIC REPORTER PRO TEM:
22   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR
23   CA CSR LICENSE NO. 9830
     Job No. CS7570153
24
25
```

Page 1058

1    A    Yes.
2    Q    And did you do work to make sure that
3    happened?
4    A    Yes, I did.
5    Q    And I think there was some suggestion -- you
6    tell me if you felt differently, but there was some
7    suggestion, I felt, in the question by Plaintiff's
8    counsel, that by disclosing five categories rather
9    than 21 categories, somehow Uber was minimizing the
10   numbers.
11        Did you get that impression?
12   A    I got the impression that there was some
13   implication of manipulation of some way other than the
14   organization, yes.
15   Q    Let's go down to the -- another piece of the
16   feedback here.
17        MR. PREMO-HOPKINS:  Mr. Delaney, if we can
18   blow up the paragraph that says "We also know."
19   Q    And I want to draw your attention to the
20   sentence beginning "by releasing."
21        And here, Ms. Baker, the chief executive
22   officer of the NSVRC says:
23        (As read):
24        "By releasing this data publicly, Uber is
25   confronting these challenging issues head-on rather

```
                                                    Page 1059
 1   than shying away from or minimizing the numbers."      11:33
 2         Was that some of the strong feedback that        11:33
 3   Uber received?                                         11:33
 4      A   Yes, it was.                                    11:33
 5      Q   And then I just want to make sure we're very    11:33
 6   clear about the categorization and what data was being 11:33
 7   captured.  I know that wasn't specifically your        11:33
 8   responsibility, but it looks like there is some        11:33
 9   feedback here on the next sentence about that issue,   11:34
10   too.                                                   11:34
11         Can you just read that to the jury.              11:34
12      A   Yes.  This document reads:                      11:34
13         (As read):                                       11:34
14         "In fact, they made the intentional decision     11:34
15   to be overinclusive, capturing data by accepting every 11:34
16   report at face value, without requiring corroboration; 11:34
17   and by placing incidents in the highest possible       11:34
18   category of severity when the descriptions were        11:34
19   vague."                                                11:34
20      Q   Ms. Parker, is the information that we just     11:34
21   went through in this foreword, was this consistent     11:34
22   with the strong feedback that you had described when   11:34
23   you were being questioned by Plaintiff's counsel?      11:34
24      A   Yes, it does.                                   11:34
25         MR. PREMO-HOPKINS:  Now that we've got that      11:34
```

Page 3055

1    SUPERIOR COURT OF THE STATE OF CALIFORNIA
2            FOR THE COUNTY OF SAN FRANCISCO
3              HONORABLE ETHAN P. SCHULMAN
4                     DEPARTMENT 304
5                        ---oOo---
6
7
8    COORDINATION PROCEEDING       CASE No. CJC-21-005188
     SPECIAL TITLE [RULE 1550(b)]
9
     In Re: Uber Rideshare Cases
10   _____/
11
12
13
14           REPORTER'S TRANSCRIPT OF PROCEEDINGS
15              VOLUME 14 PAGES 3056 - 3218
16               THURSDAY, SEPTEMBER 25, 2025
17
18
19
20
21   OFFICIAL STENOGRAPHIC REPORTER PRO TEM:
22   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR
23   CA CSR LICENSE NO. 9830
24
25     Job No. CS7570162

```
```

Page 3123

1  a report of a serious safety incident.

2  Plaintiff's case ignored the big picture,
3  that you are five times more likely to be struck by
4  lightning than to be sexually assaulted in an Uber.

5  Plaintiff's case ignored their own
6  Plaintiff's actions.  Ms. C testified, and we have the
7  documents in evidence, that she took five Uber rides
8  after the alleged assault, one of them less than two
9  weeks after the alleged assault, at night, from the
10 beach with friends.

11 And then you heard she took 513 Lyft rides
12 after the alleged assault with no dashcam requirement,
13 with no woman driver guaranteed, and with no knowledge
14 of the rates of sexual assault.

15 These are the very three things they
16 presented to you over the last three weeks as things
17 that would have made a difference, of things that they
18 say made our actions unreasonable.  And yet Ms. C has
19 taken hundreds of rides on Lyft without any of those.

20 And their case ignores the actions of
21 Mr. Kazim.  And this, I would submit to you all, is
22 the second most important jury charge.  And I ran out
23 of another space for it, so I've got it down here on
24 the bottom.

25 Can you all see it if I move it over?  Maybe

|   |   |   |
|---|---|---|
|   | Page 3137 |   |
| 1 | sort of disrespectful to these organizations, that we | 10:57 |
| 2 | were using them for something he called a "halo" | 10:57 |
| 3 | effect. | 10:57 |
| 4 | And that doesn't make any sense.  That | 10:57 |
| 5 | doesn't make any sense that an organization that has | 10:57 |
| 6 | devoted its entire existence to eradicating sexual | 10:57 |
| 7 | violence would do something it didn't believe in, | 10:57 |
| 8 | would partner with a company to do such an | 10:57 |
| 9 | unprecedented report for PR purposes. | 10:58 |
| 10 | This is the foreword from Karen Baker.  It's | 10:58 |
| 11 | in each one of the safety reports.  And she says, | 10:58 |
| 12 | Never before have we seen a company disclose this | 10:58 |
| 13 | level of information proactively. | 10:58 |
| 14 | No one required it, nobody else was doing it, | 10:58 |
| 15 | and nobody has done it to this day.  But we did it | 10:58 |
| 16 | because it was the right thing to do.  And now, they | 10:58 |
| 17 | want you to find that we acted with malice, that we | 10:58 |
| 18 | were despicable in choosing to create and release this | 10:58 |
| 19 | report when we did not have to do it at all.  Doesn't | 10:58 |
| 20 | make sense. | 10:58 |
| 21 | Not only did we create the report, but in the | 10:58 |
| 22 | report, you'll see we hoped that other companies would | 10:58 |
| 23 | use the taxonomy.  And so we made it available to | 10:58 |
| 24 | anybody else who wanted to use it so that they, too, | 10:58 |
| 25 | could do the same reporting that Uber does. | 10:58 |