IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTIONS TO EXCLUDE EXPERT TESTIMONY FROM *DEAN* TRIAL** |

Having considered Defendants' Motions to Exclude Expert Testimony, Plaintiff's Opposition, the record, and the applicable law, the Court hereby **DENIES** Defendants' Motions to Exclude Expert Testimony.

- The testimony of Plaintiff's expert Minette Drumwright is admissible for the *Dean* trial.
- The testimony of Plaintiff's expert Veronique Valliere is admissible for the *Dean* trial.
- The testimony of Plaintiff's expert Jay Feldis is admissible for the *Dean* trial.
- The testimony of Plaintiff's expert Lacey Keller is admissible for the *Dean* trial.
- The testimony of Plaintiff's expert John Chandler is admissible for the *Dean* trial.
- The testimony of Plaintiff's expert Thomas Tremblay is admissible for the *Dean* trial.
- The testimony of Plaintiff's expert Bruce Weiner is admissible for the *Dean* trial.
- The testimony of Plaintiff's expert Cynthia Rando is admissible for the *Dean* trial.
- The testimony of Plaintiff's expert Lindsay Cameron is admissible for the *Dean* trial.

**IT IS SO ORDERED.**

Dated: _____

                                                      Hon. Charles R. Breyer
                                                     United States District Judge