Steve Schulte (TX Bar No. 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: schulte@ntrial.com
Email: jraggio@ntrial.com
Email: afurness@ntrial.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB **DECLARATION OF STEVEN S. SCHULTE IN SUPPORT OF NACHAWATI LAW GROUP PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5** |
| This Document Relates to: *Jane Doe NLG (N.T.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07540-CRB *Jane Doe NLG (N.H.) v. Uber Technologies, Inc., et al.,* No 3:25-cv-08109-CRB *Jane Doe NLG 5 (A.H.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08112-CRB *Jane Doe NLG (N.S.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08186-CRB *Jane Doe NLG (D.S.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08258-CRB *Jane Doe NLG 2 (J.C.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08259-CRB | Judge: Honorable Charles R. Breyer Date: January 16, 2026 Time: 10:00 a.m. Courtroom: 6 – 17th Floor |

1

CASE NO. 3:23-MD-03084-CRB   DECL. OF STEVEN S. SCHULTE ISO NACHAWATI LAW GROUP
PLAINTIFFS' OPP'N TO DEFENDANTS' MOT. TO DISMISS CASES FOR
FAILURE TO COMPLY WITH PTO 5

*Jane Doe NLG (M.U.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08264-CRB

*Jane Doe NLG 2 (V.F.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08545-CRB

*Jane Doe NLG (J.O.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08567-CRB

## DECLARATION OF STEVEN S. SCHULTE

I, Steven S. Schulte, declare as follows:

1. I am an attorney who is admitted *pro hac vice* to practice before this Court. I am a partner at the law firm Nachawati Law Group and counsel of record for the plaintiffs represented by Nachawati Law Group whose claims are the subject of Defendants' Motion to Dismiss. ECF No. 4490.

2. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. This declaration is made in support of Nachawati Law Group Plaintiffs' Opposition to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 5 ("PTO 5"). ECF No. 4490.

4. Despite significant efforts, including numerous phone calls, emails, texts, letters, written communications, and full contact and address searches, our office has been unsuccessful in connecting with certain Plaintiffs as to the bona fide ride receipts or ride information sheets that are the subject of Defendants' Motion.

5. Plaintiffs Jane Doe NLG 5 (A.H.), Jane Doe NLG 2 (J.C.), Jane Doe NLG 2 (V.F.), Jane Doe NLG (M.U.), and Jane Doe NLG (J.O.) have submitted and produced bona

2

CASE NO. 3:23-MD-03084-CRB   DECL. OF STEVEN S. SCHULTE ISO NACHAWATI LAW GROUP PLAINTIFFS' OPP'N TO DEFENDANTS' MOT. TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5

fide ride receipts or ride information sheets as required by PTO 5, as of December 10, 2025. Counsel would therefore dispute their inclusion on Uber's list of delinquencies, provided in their Motion, as well as respectfully request for their exclusion on any future entry of dismissal by the Court.

Executed on December 10, 2025, in Dallas, Texas.

**NACHAWATI LAW GROUP**

*/s/ Steven S. Schulte*
Steven S. Schulte (TX SBN 24051306)

3

CASE NO. 3:23-MD-03084-CRB    DECL. OF STEVEN S. SCHULTE ISO NACHAWATI LAW GROUP PLAINTIFFS' OPP'N TO DEFENDANTS' MOT. TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5