# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe NLG (N.T.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07540-CRB<br><br>*Jane Doe NLG (N.H.) v. Uber Technologies, Inc., et al.*, No 3:25-cv-08109-CRB<br><br>*Jane Doe NLG 5 (A.H.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08112-CRB<br><br>*Jane Doe NLG (N.S.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08186-CRB<br><br>*Jane Doe NLG (D.S.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08258-CRB<br><br>*Jane Doe NLG 2 (J.C.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08259-CRB<br><br>*Jane Doe NLG (M.U.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08264-CRB<br><br>*Jane Doe NLG 2 (V.F.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08545-CRB<br><br>*Jane Doe NLG (J.O.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08567-CRB | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S AMENDED MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5**<br><br>Judge: Honorable Charles R. Breyer<br>Date: January 16, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 5, the papers filed in support and opposition, and the record in this case, the Court therefore hereby ORDERS as follows:

Defendant's Motion to Dismiss [ECF No. 4490] is DENIED without prejudice.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
HON. CHARLES R. BREYER
United States District Court Judge