Steve Schulte (TX Bar No. 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: schulte@ntrial.com
Email: jraggio@ntrial.com
Email: afurness@ntrial.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **DECLARATION OF STEVEN S. SCHULTE IN SUPPORT OF NACHAWATI LAW GROUP PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| *Jane Doe NLG (A.D.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07407-CRB | |
| *Jane Doe NLG (A.H.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07400-CRB | Judge: Honorable Charles R. Breyer<br>Date: January 16, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |
| *Jane Doe NLG (D.L.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07478-CRB | |
| *Jane Doe NLG (J.D.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07482-CRB | |
| *Jane Doe NLG (J.L.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07545-CRB | |
| *Jane Doe NLG (L.F.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07542-CRB | |

1

*Jane Doe NLG (L.R.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07423-CRB

*Jane Doe NLG (N.T.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07540-CRB

*Jane Doe NLG (R.H.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07403-CRB

*Jane Doe NLG (S.M.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07543-CRB

*Jane Doe NLG (T.P.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07484-CRB

*Jane Doe NLG (V.M.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07467-CRB

*Jane Doe NLG (M.P.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07312-CRB

## **DECLARATION OF STEVEN S. SCHULTE**

I, Steven S. Schulte, declare as follows:

1. I am an attorney who is admitted *pro hac vice* to practice before this Court. I am a partner at the law firm Nachawati Law Group and counsel of record for the plaintiffs represented by Nachawati Law Group whose claims are the subject of Defendants' Motion to Dismiss. ECF No. 4491.

2. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. This declaration is made in support of Nachawati Law Group Plaintiffs' Opposition to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss Cases for Failure to Comply with Amended Pretrial Order 10 ("PTO 10"). ECF No. 4491.

2

4. Despite significant efforts, including numerous phone calls, emails, texts, letters, written communications, and full contact and address searches, our office has been unsuccessful in connecting with certain Plaintiffs as to the verified Plaintiff Fact Sheets that are the subject of Defendants' Motion.

5. Plaintiffs Jane Doe NLG (A.H.), Jane Doe NLG (D.L.), Jane Doe NLG (L.R.), Jane Doe NLG (S.M.), and Jane Doe NLG (M.P.) have submitted and produced verified Plaintiff Fact Sheets as required by Amended Pretrial Order No. 10, as of December 10, 2025. Counsel would therefore dispute their inclusion on Uber's list of delinquencies, provided in their Motion, as well as respectfully request for their exclusion on any future entry of dismissal by the Court.

Executed on December 10, 2025, in Dallas, Texas.

**NACHAWATI LAW GROUP**

*/s/ Steven S. Schulte*
Steven S. Schulte (TX SBN 24051306)

3

CASE NO. 3:23-MD-03084-CRB   DECL. OF STEVEN S. SCHULTE ISO NACHAWATI LAW GROUP PLAINTIFFS' OPP'N TO DEFENDANTS' MOT. TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10