# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER RE: DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S AMENDED MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| This Document Relates to: | |

*Jane Doe NLG (A.D.) v. Uber Technologies, Inc., et al., No. 3:25-cv-07407-CRB*

*Jane Doe NLG (A.H.) v. Uber Technologies, Inc., et al., No. 3:25-cv-07400-CRB*

*Jane Doe NLG (D.L.) v. Uber Technologies, Inc., et al., No. 3:25-cv-07478-CRB*

*Jane Doe NLG (J.D.) v. Uber Technologies, Inc., et al., No. 3:25-cv-07482-CRB*

*Jane Doe NLG (J.L.) v. Uber Technologies, Inc., et al., No. 3:25-cv-07545-CRB*

*Jane Doe NLG (L.F.) v. Uber Technologies, Inc., et al., No. 3:25-cv-07542-CRB*

*Jane Doe NLG (L.R.) v. Uber Technologies, Inc., et al., No. 3:25-cv-07423-CRB*

*Jane Doe NLG (N.T.) v. Uber Technologies, Inc., et al., No. 3:25-cv-07540-CRB*

*Jane Doe NLG (R.H.) v. Uber Technologies, Inc., et al., No. 3:25-cv-07403-CRB*

*Jane Doe NLG (S.M.) v. Uber Technologies, Inc., et al., No. 3:25-cv-07543-CRB*

*Jane Doe NLG (T.P.) v. Uber Technologies, Inc., et al., No. 3:25-cv-07484-CRB*

Judge: Honorable Charles R. Breyer
Date: January 16, 2026
Time: 10:00 a.m.
Courtroom: 6 – 17th Floor

1

2

3

4

*Jane Doe NLG (V.M.) v. Uber Technologies, Inc., et al., No. 3:25-cv-07467-CRB*

*Jane Doe NLG (M.P.) v. Uber Technologies, Inc., et al., No. 3:25-cv-07312-CRB*

5

6

### [PROPOSED] ORDER

7

8

9

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10, the papers filed in support and opposition, and the record in this case, the Court therefore hereby ORDERS as follows:

10

Defendant's Motion to Dismiss [ECF No. 4491] is DENIED without prejudice.

11

12

**IT IS SO ORDERED.**

13

DATED: _____, 2025        _____

14

HON. CHARLES R. BREYER
United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

CASE NO. 3:23-MD-03084-CRB        [PROPOSED] ORDER RE: DEFS.' MOT. TO DISMISS CASES FOR
FAILURE TO COMPLY WITH AMENDED PTO 10