# EXHIBIT 27

# Receipt

Original receipt ⌄

November 15, 2023

# Thanks for riding, jaylynn



| Total | $5.63 |
|---|---|

| Time | $0.61 |
| Distance | $2.44 |
| Base Fare | $2.54 |

# Trip Details



| | |
|---|---|
| Today, 12:20 AM | $5.63 |
| Toyota Camry PBA1LN | Add a tip |

2210 N Scottsdale Rd, Tempe, AZ 85281, US

N Priest Dr & E Sky Harbor Blvd, Tempe, AZ 85288, US

Receipt

 Your trip with Hassan   ★★★★★

After your trip, driver can't see your pickup or dropoff address details

View what your driver sees



Help

Find lost item
We can help you get in touch with your driver





# Hassan

- ◆ Uber Pro Diamond
- 👋 "Single Dad"
- 🌐 Knows **English**, **French**, and **Krio**
- 🏠 From **Freetown, Sierra Leone. In West Africa.**

| 4.95 ★ | 6.5 |
|---|---|
| Rating | Years |

Fun fact

I wear football jerseys but don't support the team 😂😂



◀ Search

**6 mi Drive**
12:33 am - 1:08 am (34 min)

🔒 Emergency Dispatch is Disabled 🔒

**jaylynn's drive details**

| | | |
|---|---|---|
| 📍 | 2100 North Scottsdale Road | 12:33 AM |
| 📍 | 1601 West Rio Salado Parkway | 1:08 AM |

**Driving Events**

| 66 MPH | 🔒 | 🔒 | 🔒 | 🔒 |
|---|---|---|---|---|
| Top Speed | High Speed | Phone Usage | Hard Braking | Rapid Accel |