# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB <br><br> **DECLARATION OF JAYLYNN DEAN** <br><br> Judge: Hon. Charles R. Breyer <br> Courtroom: 6 – 17 Floor |
| This Document Relates to: <br><br> *Jaylynn Dean v. Uber Techs., Inc.*, <br> N.D. Cal. No. 23-cv-06708 <br> D. Ariz. No. 25-cv-4276 | |

This document is signed using GetAccept Digital Signature Technology.
Fingerprint: 32e300ff9f78d375a5f95eb5ad8c2e701a0dbe9f940414151dc632e126fa0f2244ee943f26226627d3632ef6d3b1c99071e736fdccc8e07191b0f5ea185e30fe

I, Jaylynn Dean, declare:

1. I am the Plaintiff in the above-captioned action. If called upon to testify, I could and would testify competently to the truth of the matters stated below.

2. As I testified during my deposition, I downloaded the Uber app after seeing advertisements representing Uber rides as a safe option, including for a person who had been drinking.

3. When I downloaded the Uber app, I understood that the app would allow me to order rides from Uber.

4. I understood that the app would allow me to pay Uber, not drivers, for rides.

5. On November 15, 2023, I thought I was taking an Uber ride and that Uber was responsible for keeping me safe.

6. I do not remember ever reading Uber's Terms of Use.

7. I do not and did not ever flag down random people on the street for a ride, and would only engage a ride from a rideshare service provider like Uber because I believed it to be responsible for its drivers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of December, 2025 in Nashville, Tennessee.

/s/ Jaylynn Dean
Jaylynn Dean

1
DECLARATION OF JAYLYNN DEAN
Case No. 3:23-md-03084-CRB

This document is signed using GetAccept Digital Signature Technology.
Fingerprint: 32e300ff9f78d375a5f95eb5ad8c2e701a0dbe9f940414151dc632e126fa0f2244ee943f26226627d3632ef6d3b1c99071e736fdccc8e07191b0f5ea185e30fe