IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Having considered Defendants' Motion for Partial Summary Judgment, Plaintiff's Opposition, the record, and the applicable law, the Court hereby **GRANTS IN PART AND DENIES IN PART** Defendants' Motion for Partial Summary Judgment. Summary judgment is granted against Plaintiff's fraud claim and Plaintiff's GPS Alert strict products liability claim. Summary judgment is otherwise denied.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Judge