[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

Under Civil Local Rules 7-11 and 79-5(f), Plaintiff moves the Court to consider whether material designated confidential by Uber or third parties associated with Uber should be sealed.

On December 10, 2025, Plaintiff filed her Opposition to Defendants' Motion for Partial Summary Judgment which refers to and attaches documents that Uber or third parties associated with Uber designated "HIGHLY CONFIDENTIAL" and / or "CONFIDENTIAL."

**Material To Be Filed Under Seal**

The material to be filed under seal is portions of Plaintiff's Opposition and the attached exhibits. Documents indicated with a star are also addressed in Plaintiff's affirmative sealing motion are

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment | Portion of briefing referring to documents and testimony designated highly confidential and confidential | Uber Accurate Checkr |
| Exhibit 1 | Elizabeth Ross 6/11/2025 and 6/12/2025 deposition transcript | Uber |

- 1 -

ADMIN MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MAT. SHOULD BE SEALED
CASE NO. 23-MD-03084-CRB

| Document | Description | Designating Party |
|---|---|---|
| Exhibit 2 | Exhibit 3308-B to the 5/5/2025 deposition of Hannah Nilles | Uber |
| Exhibit 3 | Exhibit 434 to the 3/27/2025 deposition of Gus Fuldner | Uber |
| Exhibit 4 | Exhibit 2707 to the 4/10/2025 deposition of Andrew Hasbun | Uber |
| Exhibit 5 | Exhibit 1110 to the 6/17/2025 deposition of Greg Brown | Uber |
| Exhibit 6 | Exhibit 2005 to the 8/28/2025 deposition of Mariana Esteves | Uber |
| Exhibit 7 | Mariana Esteves 8/28/2025 deposition transcript | Uber |
| Exhibit 9 | Hannah Nilles 6/30/2025 deposition transcript | Uber |
| Exhibit 10 | Exhibit 1052 to the 6/11/2025 deposition of Elizabeth Ross | Uber |
| Exhibit 11 | Greg Brown 8/25/2025 and 8/26/2025 deposition transcript | Uber |
| Exhibit 12 | Exhibit 1966B to the 8/26/2025 deposition of Greg Brown | Uber |
| Exhibit 13 | Exhibit 1693 to the 7/15/2025 deposition of Greg Brown | Uber |
| Exhibit 14 | Exhibit 1092 to the 6/17/2025 deposition of Greg Brown | Uber |
| Exhibit 15 | Exhibit 2000 to the 8/25/2025 deposition of Mariana Esteves | Uber |
| Exhibit 16 | Henry (Gus) Fuldner 3/26/2025 deposition transcript | Uber |
| Exhibit 17 | Sunny Wong 6/25/2025 deposition transcript | Uber |
| Exhibit 18 | Greg Brown 7/15/2025 deposition transcript | Uber |
| Exhibit 19 | Greg Brown 7/16/2025 deposition transcript | Uber |
| Exhibit 20 | Exhibit 2003 to the 8/25/2025 deposition of Mariana Esteves | Uber |
| Exhibit 22* | UBER_MDL3084-BW-00027896 | Uber |
| Exhibit 23 | Exhibit 1884 to the 8/7/2025 deposition of Hannah Nilles | Uber |
| Exhibit 24 | Exhibit 283 to the 3/13/2025 deposition of Tracey Breeden | Uber |
| Exhibit 25 | Exhibit 613 to the 12/3/24 JCCP deposition of Kate Parker | Uber |
| Exhibit 28 | Hannah Nilles 8/7/2025 deposition transcript | Uber |
| Exhibit 29 | Exhibit 1239 to the 6/25/2025 deposition of Sunny Wong | Uber |
| Exhibit 30 | Exhibit 2067A to the 10/14/2025 deposition of Sunny Wong | Uber |
| Exhibit 31 | Sunny Wong 7/23/2025 deposition transcript | Uber |
| Exhibit 32 | Exhibit 1240 to the 6/25/2025 deposition of Sunny Wong | Uber |

| Document | Description | Designating Party |
|---|---|---|
| Exhibit 33 | Exhibit 1249 to the 6/25/2025 deposition of Sunny Wong | Uber |
| Exhibit 34 | Exhibit 1248 to the 6/25/2025 deposition of Sunny Wong | Uber |
| Exhibit 35 | Exhibit 3900 to the 5/20/2025 deposition of Michael Akamine | Uber |
| Exhibit 36 | Hannah Nilles 7/23/2025 deposition transcript | Uber |
| Exhibit 37 | Exhibit 636 to the 4/22/2025 deposition of Roger Kaiser | Uber |
| Exhibit 38 | Exhibit 1062 to the 6/12/2025 deposition of Elizabeth Ross | Uber |
| Exhibit 39 | Exhibit 1049 to the 6/11/2025 deposition of Elizabeth Ross al | Uber |
| Exhibit 40 | Exhibit 1570 to the 7/11/2025 deposition of Todd Gaddis | Uber |
| Exhibit 41 | Exhibit 1736 to the 3/14/2025 deposition of Greg Brown | Uber |
| Exhibit 42 | Exhibit 1102 to the 6/17/2025 deposition of Greg Brown | Uber |
| Exhibit 43 | Exhibit 1930 to the 8/25/2025 deposition of Greg Brown | Uber |
| Exhibit 44 | UBER_JCCP_MDL_000108957 | Uber |
| Exhibit 45 | Exhibit 1104 to the 6/17/2025 deposition of Greg Brown | Uber |
| Exhibit 46 | Exhibit 1101 to the 6/17/2025 deposition of Greg Brown | Uber |
| Exhibit 47 | Exhibit 617 to the 12/3/2024 deposition of Kate Parker | Uber |
| Exhibit 48 | Dara Khosrowshahi 7/1/2025 deposition transcript | Uber |
| Exhibit 49 | Exhibit 1100 to the 6/17/2025 deposition of Greg Brown | Uber |
| Exhibit 50 | Todd Gaddis 7/11/2025 deposition transcript | Uber |
| Exhibit 51 | Greg Brown 6/17/2025 deposition transcript | Uber |
| Exhibit 52 | Exhibit 1883 to the 8/7/2025 deposition of Hannah Nilles | Uber |
| Exhibit 53 | Sunny Wong 10/14/2025 deposition transcript | Uber |
| Exhibit 54 | Mariana Esteves 7/15/2025 deposition transcript | Uber |
| Exhibit 55 | Exhibit 2071 to the 10/14/2025 deposition of Sunny Wong | Uber |
| Exhibit 56 | Exhibit 2202 to the 3/26/2025 deposition of Gus Fuldner | Uber |
| Exhibit 57 | Exhibit 1243 to the 6/25/25 deposition of Sunny Wong | Uber |
| Exhibit 58 | Exhibit 645 to the 4/22/2025 deposition of Roger Kaiser | Uber |
| Exhibit 59 | Rebecca Payne 5/13/2025 deposition transcript | Uber |

| Document | Description | Designating Party |
|---|---|---|
| Exhibit 60 | Exhibit 2549 to the 4/3/2025 deposition of Rebecca Payne | Uber |
| Exhibit 61 | Exhibit 1197 to the 6/17/2025 deposition of Jill Hazelbaker | Uber |
| Exhibit 63* | ACCURATE001 | Accurate |
| Exhibit 64* | UBER-MDL3084-BW-00012056 | Uber |
| Exhibit 65* | CHECKR000891 | Checkr |
| Exhibit 66 | UBER_JCCP_MDL_005696277 | Uber |
| Exhibit 67* | CHECKR000894 | Checkr |
| Exhibit 68 | Hannah Nilles 8/7/2025 Wave I deposition transcript | Uber |
| Exhibit 69* | UBER-MDL3084-BW-00027874 | Uber |
| Exhibit 70* | UBER-MDL3084-DFS00003621 | Uber |
| Exhibit 72 | Exhibit 1055 to the 6/11/2025 deposition of Elizabeth Ross | Uber |
| Exhibit 73 | Expert report of Jason Morris | Uber |

Under Local Rule 79-5(f)(3), the designating entities bear the responsibility to establish that all of the designated material is sealable.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

    1.    The Declaration of Maya R. Kalonia in Support of this Motion; and

    2.    A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: December 10, 2025

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111

|   |   |
|---|---|
| 1 | Telephone: (415) 426-5641 |
| 2 | Facsimile: (415) 840-9435 |
|   | rabrams@peifferwolf.com |
| 3 | By: */s/ Roopal P. Luhana* |
| 4 | Roopal P. Luhana |

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: December 10, 2025              By:    */s/ Andrew R. Kaufman*
                                             Andrew R. Kaufman