1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
|---|---|
| This Document Relates to: *Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708 D. Ariz. No. 25-cv-4276 | **[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

14
15
16
17
18

Having considered Plaintiff's December 10, 2025 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

19
20
21
22
23
24
25
26
27
28

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment | Portion of briefing referring to documents and testimony designated highly confidential and confidential | Uber Accurate Checkr |
| Exhibit 1 | Elizabeth Ross 6/11/2025 and 6/12/2025 deposition transcript | Uber |
| Exhibit 2 | Exhibit 3308-B to the 5/5/2025 deposition of Hannah Nilles | Uber |
| Exhibit 3 | Exhibit 434 to the 3/27/2025 deposition of Gus Fuldner | Uber |
| Exhibit 4 | Exhibit 2707 to the 4/10/2025 deposition of Andrew Hasbun | Uber |
| Exhibit 5 | Exhibit 1110 to the 6/17/2025 deposition of Greg Brown | Uber |

| Document | Description | Designating Party |
|---|---|---|
| Exhibit 6 | Exhibit 2005 to the 8/28/2025 deposition of Mariana Esteves | Uber |
| Exhibit 7 | Mariana Esteves 8/28/2025 deposition transcript | Uber |
| Exhibit 9 | Hannah Nilles 6/30/2025 deposition transcript | Uber |
| Exhibit 10 | Exhibit 1052 to the 6/11/2025 deposition of Elizabeth Ross | Uber |
| Exhibit 11 | Greg Brown 8/25/2025 and 8/26/2025 deposition transcript | Uber |
| Exhibit 12 | Exhibit 1966B to the 8/26/2025 deposition of Greg Brown | Uber |
| Exhibit 13 | Exhibit 1693 to the 7/15/2025 deposition of Greg Brown | Uber |
| Exhibit 14 | Exhibit 1092 to the 6/17/2025 deposition of Greg Brown | Uber |
| Exhibit 15 | Exhibit 2000 to the 8/25/2025 deposition of Mariana Esteves | Uber |
| Exhibit 16 | Henry (Gus) Fuldner 3/26/2025 deposition transcript | Uber |
| Exhibit 17 | Sunny Wong 6/25/2025 deposition transcript | Uber |
| Exhibit 18 | Greg Brown 7/15/2025 deposition transcript | Uber |
| Exhibit 19 | Greg Brown 7/16/2025 deposition transcript | Uber |
| Exhibit 20 | Exhibit 2003 to the 8/25/2025 deposition of Mariana Esteves | Uber |
| Exhibit 22 | UBER_MDL3084-BW-00027896 | Uber |
| Exhibit 23 | Exhibit 1884 to the 8/7/2025 deposition of Hannah Nilles | Uber |
| Exhibit 24 | Exhibit 283 to the 3/13/2025 deposition of Tracey Breeden | Uber |
| Exhibit 25 | Exhibit 613 to the 12/3/24 JCCP deposition of Kate Parker | Uber |
| Exhibit 28 | Hannah Nilles 8/7/2025 deposition transcript | Uber |
| Exhibit 29 | Exhibit 1239 to the 6/25/2025 deposition of Sunny Wong | Uber |
| Exhibit 30 | Exhibit 2067A to the 10/14/2025 deposition of Sunny Wong | Uber |
| Exhibit 31 | Sunny Wong 7/23/2025 deposition transcript | Uber |
| Exhibit 32 | Exhibit 1240 to the 6/25/2025 deposition of Sunny Wong | Uber |
| Exhibit 33 | Exhibit 1249 to the 6/25/2025 deposition of Sunny Wong | Uber |
| Exhibit 34 | Exhibit 1248 to the 6/25/2025 deposition of Sunny Wong | Uber |
| Exhibit 35 | Exhibit 3900 to the 5/20/2025 deposition of Michael Akamine | Uber |
| Exhibit 36 | Hannah Nilles 7/23/2025 deposition transcript | Uber |

| Document | Description | Designating Party |
|---|---|---|
| Exhibit 37 | Exhibit 636 to the 4/22/2025 deposition of Roger Kaiser | Uber |
| Exhibit 38 | Exhibit 1062 to the 6/12/2025 deposition of Elizabeth Ross | Uber |
| Exhibit 39 | Exhibit 1049 to the 6/11/2025 deposition of Elizabeth Ross al | Uber |
| Exhibit 40 | Exhibit 1570 to the 7/11/2025 deposition of Todd Gaddis | Uber |
| Exhibit 41 | Exhibit 1736 to the 3/14/2025 deposition of Greg Brown | Uber |
| Exhibit 42 | Exhibit 1102 to the 6/17/2025 deposition of Greg Brown | Uber |
| Exhibit 43 | Exhibit 1930 to the 8/25/2025 deposition of Greg Brown | Uber |
| Exhibit 44 | UBER_JCCP_MDL_000108957 | Uber |
| Exhibit 45 | Exhibit 1104 to the 6/17/2025 deposition of Greg Brown | Uber |
| Exhibit 46 | Exhibit 1101 to the 6/17/2025 deposition of Greg Brown | Uber |
| Exhibit 47 | Exhibit 617 to the 12/3/2024 deposition of Kate Parker | Uber |
| Exhibit 48 | Dara Khosrowshahi 7/1/2025 deposition transcript | Uber |
| Exhibit 49 | Exhibit 1100 to the 6/17/2025 deposition of Greg Brown | Uber |
| Exhibit 50 | Todd Gaddis 7/11/2025 deposition transcript | Uber |
| Exhibit 51 | Greg Brown 6/17/2025 deposition transcript | Uber |
| Exhibit 52 | Exhibit 1883 to the 8/7/2025 deposition of Hannah Nilles | Uber |
| Exhibit 53 | Sunny Wong 10/14/2025 deposition transcript | Uber |
| Exhibit 54 | Mariana Esteves 7/15/2025 deposition transcript | Uber |
| Exhibit 55 | Exhibit 2071 to the 10/14/2025 deposition of Sunny Wong | Uber |
| Exhibit 56 | Exhibit 2202 to the 3/26/2025 deposition of Gus Fuldner | Uber |
| Exhibit 57 | Exhibit 1243 to the 6/25/25 deposition of Sunny Wong | Uber |
| Exhibit 58 | Exhibit 645 to the 4/22/2025 deposition of Roger Kaiser | Uber |
| Exhibit 59 | Rebecca Payne 5/13/2025 deposition transcript | Uber |
| Exhibit 60 | Exhibit 2549 to the 4/3/2025 deposition of Rebecca Payne | Uber |
| Exhibit 61 | Exhibit 1197 to the 6/17/2025 deposition of Jill Hazelbaker | Uber |
| Exhibit 63 | ACCURATE001 | Accurate |
| Exhibit 64 | UBER-MDL3084-BW-00012056 | Uber |
| Exhibit 65 | CHECKR000891 | Checkr |
| Exhibit 66 | UBER_JCCP_MDL_005696277 | Uber |

| Document | Description | Designating Party |
|---|---|---|
| Exhibit 67 | CHECKR000894 | Checkr |
| Exhibit 68 | Hannah Nilles 8/7/2025 Wave I deposition transcript | Uber |
| Exhibit 69 | UBER-MDL3084-BW-00027874 | Uber |
| Exhibit 70 | UBER-MDL3084-DFS00003621 | Uber |
| Exhibit 72 | Exhibit 1055 to the 6/11/2025 deposition of Elizabeth Ross | Uber |
| Exhibit 73 | Expert report of Jason Morris | Uber |

**IT IS SO ORDERED.**

Dated: _____

HON. CHARLES R. BREYER
United States District Judge