[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

This Document Relates to:

*Jaylynn Dean v. Uber Techs., Inc.*,
N.D. Cal. No. 23-cv-06708
D. Ariz. No. 25-cv-4276

Case No. 23-md-03084-CRB

**CERTIFICATE OF SERVICE**

I certify that on December 10, 2025 a true and correct copy of the UNSEALED/

UNREDACTED version of the following documents:

- **UNREDACTED Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 1 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 2 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 3 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 4 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 5 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 6 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 7 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **UNREDACTED Ex. 8 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 9 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 10 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 11 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 12 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 13 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 14 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 15 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 16 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 17 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 18 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 19 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**

- **Ex. 20 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **UNREDACTED Ex. 21 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 22 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 23 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 24 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 25 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 28 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 29 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 30 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 31 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 32 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 33 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 34 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 35 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 36 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 37 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 38 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 39 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 40 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 41 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 42 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 43 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 44 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 45 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 46 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 47 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 48 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 49 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 50 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 51 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 52 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 53 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 54 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 55 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 56 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 57 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 58 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 59 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 60 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 61 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 63 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 64 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 65 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 66 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**

- **Ex. 68 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 69 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 70 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 72 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**
- **Ex. 73 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment**

were served pursuant to Civil L.R. 5(a) to each person named below:

**Kirkland & Ellis LLP**
Alli Brown
alli.brown@kirkland.com
Chris Cox
christopher.cox@kirkland.com
Jessica Davidson
jessica.davidson@kirkland.com
Jennifer Levy
jlevy@kirkland.com
Rupal Joshi
rupal.joshi@kirkland.com
Laura Vartain
laura.vartain@kirkland.com
Kristen Fournier
kristen.fournier@kirkland.com
Alexandra Caritis
alexandra.caritis@kirkland.com
Libby Marden
libby.marden@kirkland.com
Geoffrey Wyatt
geoffrey.wyatt@kirkland.com
Beth Larsen
beth.larsen@kirkland.com

**O'Melveny and Meyers LLP**
Sabrina Strong
sstrong@omm.com
Jonathan Schneller
jschneller@omm.com
Joshua Revesz
jrevesz@omm.com
Louis Fisher
lfisher@omm.com

**Shook, Hardy & Bacon LLP**
Michael B. Shortnacy
mshortnacy@shb.com
Patrick L. Oot, Jr.
oot@shb.com
Christopher V. Cotton
ccotton@shb.com

Alycia A. Degen
adegen@shb.com
Veronica Gromada
vgromada@shb.com

Service Email
UBERMDLSERVICE@LISTSERV.SHB.COM

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 10, 2025.

By: */s Andrew R. Kaufman*
Andrew R. Kaufman