| | |
|---|---|
| 1 | C. Brooks Cutter (SBN 121407) |
| 2 | Jennifer S. Domer (SBN 305822) |
|   | Celine Cutter (SBN 312622) |
| 3 | **CUTTER LAW P.C.** |
|   | 401 Watt Avenue |
| 4 | Sacramento, CA 95864 |
|   | Telephone: 916-290-9400 |
| 5 | Facsimile: 916-588-9330 |
|   | Email: bcutter@cutterlaw.com |
| 6 |        jdomer@cutterlaw.com |
|   |        ccutter@cutterlaw.com |

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB |
| | Hon. Charles R. Breyer |
| This Document Relates to: | **PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER** |
| *Jane Roe CL 192 v. Uber Technologies, Inc., et al., No. 3:25-cv-06608-CRB* | |
| *Jane Roe CL 195 v. Uber Technologies, Inc., et al., No. 3:25-cv-06735-CRB* | Date:  January 16, 2026 |
| *John Roe CL 198 v. Uber Technologies, Inc., et al., No. 3:25-cv-06822-CRB* | Time:  10:00 a.m. |
|  | Courtroom:  6 – 17th Floor |
| *Jane Roe CL 201 v. Uber Technologies, Inc., et al., No. 3:25-cv-06826-CRB* | |
| *Jane Roe CL 202 v. Uber Technologies, Inc., et al., No. 3:25-cv-07377-CRB* | |
| *Jane Roe CL 203 v. Uber Technologies, Inc., et al., No. 3:25-cv-07379-CRB* | |
| *Jane Roe CL 204 v. Uber Technologies, Inc., et al., No. 3:25-cv-07472-CRB* | |
| *Jane Roe CL 205 v. Uber Technologies, Inc., et al., No. 3:25-cv-07763-CRB* | |
| *John Roe CL 8 v. Uber Technologies, Inc., et al., No. 3:25-cv-07768-CRB* | |

## I. INTRODUCTION

On November 26, 2025, Defendants filed a Motion to Dismiss cases of Plaintiffs who did not file a Plaintiff Fact Sheet ("PFS") in connection with Amended Pretrial Order ("PTO") 10. (Doc. 4287). Counsel acknowledges and understands that under PTO 10, the court created procedures and deadlines to produce a PFS. Counsel has diligently attempted to comply with the production of the documents required for the discovery obligation of each of the Plaintiffs addressed in this motion. During the course of litigation, a Plaintiff may become unavailable for a variety of reasons. Counsel has utilized extensive efforts to reach each of the clients, predating the filing of Defendant's motion. (Domer Dec. at ¶ 4).

## ARGUMENT

Counsel has worked diligently in reaching the above referenced claimants, including alternate contact information, various methods of outreach such as text, email, and mailing. Counsel is continuing in our efforts to reach the remaining clients as described in the attached Declaration and will continue to do so.

Through Counsel's diligence, the Fact Sheets and certifications have been produced for Jane Roes CL 195, 198, 203, and 205, along with John Roe CL 8. (Domer Dec. at ¶ 5-6). Therefore, these Fact Sheets should be removed from consideration of this motion.

## II. CONCLUSION

For the foregoing reasons, Counsel respectfully requests that the above-mentioned Plaintiffs be removed from the Motion as having produced the required documentation, and that Counsel be given additional time to produce the information required, as Counsel continues to follow up in various methods to locate the remaining missing Fact Sheets for the other named Plaintiffs.

Dated: December 10, 2025                    CUTTER LAW P.C.

                                            By:  /s/ Jennifer S. Domer

Jennifer S. Domer (SBN 305822)
C. Brooks Cutter (SBN 121407)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that, on December 10, 2025, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: December 10, 2025                           CUTTER LAW P.C.

                                          By:  */s/ Jennifer S. Domer*

                                              C. Brooks Cutter (SBN 121407)
                                              Jennifer S. Domer (SBN 305822)
                                              Celine Cutter (SBN 312622)
                                              **CUTTER LAW P.C.**
                                              401 Watt Avenue
                                              Sacramento, CA 95864
                                              Telephone: 916-290-9400
                                              Facsimile: 916-588-9330
                                              Email: bcutter@cutterlaw.com
                                                     jdomer@cutterlaw.com
                                                     ccutter@cutterlaw.com

                                          *Attorneys for ROE CL Plaintiffs*