| | |
|---|---|
| 1 | C. Brooks Cutter (SBN 121407) |
| 2 | Jennifer S. Domer (SBN 305822) |
| | Celine Cutter (SBN 312622) |
| 3 | **CUTTER LAW P.C.** |
| | 401 Watt Avenue |
| 4 | Sacramento, CA 95864 |
| | Telephone: 916-290-9400 |
| 5 | Facsimile: 916-588-9330 |
| | Email: bcutter@cutterlaw.com |
| 6 | jdomer@cutterlaw.com |
| | ccutter@cutterlaw.com |

*Attorneys for ROE CL Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB |
| | Hon. Charles R. Breyer |
| This Document Relates to: | **ATTORNEY JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER** |
| *Jane Roe CL 192 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06608-CRB | |
| *Jane Roe CL 195 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06735-CRB | Date: January 16, 2026 |
| *John Roe CL 198 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06822-CRB | Time: 10:00 a.m. |
| | Courtroom: 6 – 17th Floor |
| *Jane Roe CL 201 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06826-CRB | |
| *Jane Roe CL 202 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07377-CRB | |
| *Jane Roe CL 203 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07379-CRB | |
| *Jane Roe CL 204 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07472-CRB | |
| *Jane Roe CL 205 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07763-CRB | |
| *John Roe CL 8 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07768-CRB | |

I, Jennifer S. Domer, declare as follows:

1. I am an attorney at Cutter Law P.C. admitted to practice before the courts of the State of California. I am a Partner at Cutter Law, P.C., and am one of the counsels of record for all filed Roe CL claimants. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently as to the information below.

2. This declaration is made in support of the Opposition to Defendants' Motion to Dismiss.

3. Counsel's firm has made extensive efforts to reach clients listed as Exhibit A, subject to Defendants' Motion to Dismiss.

4. Those efforts include extensive phone calls, text messages, emails, physical mailings to last known address, and additional address searches in databases. Counsel has also employed a private investigator to help locate these individuals. Through the database searches and private investigators, Counsel also attempted to reach potential relatives in an effort to reach the Plaintiffs.

5. Counsel produced Fact Sheets for Jane Roes CL 198, 203, 205, and John Roe CL 8 on December 4, 2025.

6. Counsel produced the Fact Sheet for Jane Roe CL 195 on December 9, 2025.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 10, 2025, in Sacramento, California.

Dated: December 10, 2025				CUTTER LAW P.C.

					By:	*/s/ Jennifer S. Domer*
						Jennifer S. Domer

						*Attorney for Roe CL Plaintiffs*