[Submitting counsel below]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | **PLAINTIFF'S NOTICE OF FILING SEALED EXHIBITS** |

Attached to this filing are the following exhibits sought to be sealed by either Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF 4622) or Plaintiff's Administrative Motion to File Under Seal (ECF 4623), or both:

- Exhibit 1
- Exhibit 2
- Exhibit 3
- Exhibit 4
- Exhibit 5
- Exhibit 6
- Exhibit 7
- [Unredacted] Exhibit 8
- Exhibit 9
- Exhibit 10
- Exhibit 11
- Exhibit 12
- Exhibit 13
- Exhibit 14
- Exhibit 15
- Exhibit 16
- Exhibit 17
- Exhibit 18
- Exhibit 19
- Exhibit 20
- [Unredacted] Exhibit 21
- Exhibit 22
- Exhibit 23
- Exhibit 24
- Exhibit 25

Dated: December 10, 2025                     Respectfully submitted,

By: */s/ Sarah R. London*
       Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108

|   |   |
|---|---|
| 1 | Telephone: (415) 981-4800 |
| 2 | slondon@girardsharp.com |
|   | By: /s/ Rachel B. Abrams |
| 3 | Rachel B. Abrams (SBN 209316) |

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: /s/ Roopal P. Luhana
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

### FILER'S ATTESTATION

I, Andrew R. Kaufman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: December 10, 2025         /s/ Andrew R. Kaufman
                                 Andrew R. Kaufman