[Submitting counsel below]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer<br><br>**PLAINTIFF'S NOTICE OF FILING SEALED EXHIBITS** |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | |

Attached to this filing are the following exhibits sought to be sealed by either Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF 4622) or Plaintiff's Administrative Motion to File Under Seal (ECF 4623), or both:

- Exhibit 28
- Exhibit 29
- Exhibit 30
- Exhibit 31
- Exhibit 32
- Exhibit 33
- Exhibit 34
- Exhibit 35
- Exhibit 36
- Exhibit 37
- Exhibit 38
- Exhibit 39
- Exhibit 40
- Exhibit 41
- Exhibit 42
- Exhibit 43
- Exhibit 44
- Exhibit 45
- Exhibit 46
- Exhibit 47
- Exhibit 48
- Exhibit 49
- Exhibit 50
- Exhibit 51
- Exhibit 52
- Exhibit 53
- Exhibit 54
- Exhibit 55
- Exhibit 56
- Exhibit 57
- Exhibit 58
- Exhibit 59
- Exhibit 60
- Exhibit 61

1

PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 23-md-03084-CRB

Dated: December 10, 2025                              Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

## FILER'S ATTESTATION

I, Andrew R. Kaufman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: December 10, 2025                              */s/ Andrew R. Kaufman*
Andrew R. Kaufman