# EXHIBIT 1

Page 2167

```
 1         SUPERIOR COURT OF THE STATE OF CALIFORNIA       08:32
 2               FOR THE COUNTY OF SAN FRANCISCO
 3                 HONORABLE ETHAN P. SCHULMAN
 4                       DEPARTMENT 304
 5                         ---oOo---
 6
 7
 8    COORDINATION PROCEEDING        CASE No. CJC-21-005188
      SPECIAL TITLE [RULE 1550(b)]
 9
      In Re: Uber Rideshare Cases
10    _____/
11
12
13
14           REPORTER'S TRANSCRIPT OF PROCEEDINGS
15               VOLUME 10 PAGES 2167 - 2447
16               FRIDAY, SEPTEMBER 19, 2025
17
18
19
20
21    OFFICIAL STENOGRAPHIC REPORTER PRO TEM:
22    ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR
23    CA CSR LICENSE NO. 9830
24
25    Job No. CS7570158
```

Page 2334

```
 1   count of the incidents.  You can also see the number      14:13
 2   of rides that we're talking about.  But really, I was     14:13
 3   interested in that rate.                                  14:13
 4          And then I started looking at what was             14:13
 5   reported from the surveys of the transit authorities.     14:13
 6          So San Francisco MTA, they are buses, you          14:13
 7   know, right around the courthouse.  In their survey --    14:14
 8   now, their question, have you experienced sexual          14:14
 9   assault or rape?  Again, it's not the five categories     14:14
10   from the taxonomy.  That's just the question that they    14:14
11   asked.  The incident rate they got is that people --      14:14
12   nearly 3 percent of people responded they had; right?     14:14
13          And so when I just do an eyeball comparison        14:14
14   of these incident rates between Uber and also what's      14:14
15   happening in San Francisco MTA, the chances of            14:14
16   experiencing sexual assault or rape is about 28,000       14:14
17   times higher; right?                                      14:14
18          So this is something when -- it seems to me        14:14
19   is such a gap and so informative about putting the        14:14
20   rates, the Uber incident rates, in context that of        14:14
21   course the survey is not the same as reporting --         14:14
22      Q   Well, that's what I want to talk to you            14:14
23   about, Dr. Stodden --                                     14:14
24      A   Yeah.                                              14:14
25      Q   -- because when Dr. Madigan was here, he had       14:14
```

```
                                                      Page 2335
 1    a lot of critiques about whether you could compare      14:15
 2    survey data with safety report data.  And as I          14:15
 3    understand it, you share some of the critiques --       14:15
 4         A    Yeah.                                         14:15
 5         Q    -- of trying to compare one to the other.     14:15
 6    Tell us a little bit about the limitations of trying    14:15
 7    to pair up these two data points.                       14:15
 8         A    The first one is kind of obvious; right?      14:15
 9    It's different to be sitting on a bus or a train than   14:15
10    it is an Uber car; right?  You're in a different        14:15
11    situation.                                              14:15
12              It's also different when you are sitting on   14:15
13    the bus, and someone comes up to you and says, I'd      14:15
14    really like to survey you about your experience with    14:15
15    safety on this bus.  That's different to, you're in an  14:15
16    Uber and you have the app.  Something is happening,     14:15
17    and you can make your report; right?  The setting is    14:15
18    just a little bit different or even substantially       14:15
19    different.                                              14:15
20              So to me, that's something that is meaningful 14:15
21    in the way that the data are gathered for the           14:15
22    comparison that I'm doing here.  What's compelling to   14:16
23    me is just the difference in safety that -- or even,    14:16
24    like, experience of sexual assault or rape that's       14:16
25    actually being reported.                                14:16
```

|   |   |   |
|---|---|---|
|   |   | Page 2336 |
| 1 | The differences are so big that it's -- | 14:16 |
| 2 | there's some meaningful signal there; right?  That it | 14:16 |
| 3 | seems, like, useful to set some context for how safe | 14:16 |
| 4 | riding Uber is versus how safe these various transit | 14:16 |
| 5 | authority is. | 14:16 |
| 6 | It's not a perfect comparison; right?  Riders | 14:16 |
| 7 | didn't have an app.  They weren't reporting in the | 14:16 |
| 8 | same way, and so on.  But it does give some | 14:16 |
| 9 | background.  It's the information that we have, and I | 14:16 |
| 10 | found it compelling just because the differences are | 14:16 |
| 11 | so great here. | 14:16 |
| 12 | Q    Doctor, can you read for us into the record | 14:16 |
| 13 | the authority and the incident rate that was reported | 14:16 |
| 14 | in surveys that asked for experience -- whether | 14:16 |
| 15 | someone had experienced sexual assault or rape. | 14:16 |
| 16 | A    Yeah.  So a number of the transit authorities | 14:16 |
| 17 | used the same question.  When they did their surveys | 14:17 |
| 18 | in 2024, they said -- you know, they asked their | 14:17 |
| 19 | survey respondents, Have you experienced sexual | 14:17 |
| 20 | assault or rape? | 14:17 |
| 21 | The first one I mentioned, the San Francisco | 14:17 |
| 22 | MTA, was 20 times -- 20,000 times higher rate. | 14:17 |
| 23 | So the next one is Orange County transit | 14:17 |
| 24 | authority, and here, we see about 14,000 times higher. | 14:17 |
| 25 | People are reporting that they experience sexual | 14:17 |

Page 2338

1  reported by the transit authority surveys.                    14:18
2          The last two, Long Beach Transit,                      14:18
3  .88 percent, 6,000 times higher.  And then I think            14:18
4  it's Alameda County transit, .63 percent, a little            14:18
5  over 4,000 times higher rate, just reported by surveys        14:19
6  of the riders.                                                 14:19
7      Q   Would it have been ideal for you,                     14:19
8  Dr. Stodden, if each one of these common carriers had         14:19
9  issued a safety report with the same taxonomy and             14:19
10 reporting categories as Uber so you could compare a           14:19
11 little closer apples to apples?                                14:19
12     A   That would be nice.                                   14:19
13         But I will say developing that taxonomy,              14:19
14 working with the relevant stakeholders, is not easy.          14:19
15 And here, what the law mandated was working with a            14:19
16 survey instrument developed at San Jose State, so             14:19
17 that's what they did.  That's the question that was on        14:19
18 there.                                                         14:19
19         I think it's also helpful that we got the --          14:19
20 they did their surveys relatively quickly.  Right?            14:19
21 They did it within a year, developing such a taxonomy,        14:19
22 and going through the auditing and classification,            14:19
23 building the data.                                             14:19
24         The quality and reliability that Uber did is          14:19
25 a more lengthy process.  So that's another -- another         14:19

```
                                                         Page 2339
 1   thing here.                                             14:20
 2       Q   Is this the best data you had to look to to     14:20
 3   try and figure out what the rates of sexual misconduct  14:20
 4   and sexual assault are on common carriers?              14:20
 5       A   Yes.  That's -- this is what I found.  Right?   14:20
 6   I didn't see anything else.                             14:20
 7       Q   You also did a chart for us that -- that went   14:20
 8   beyond the comparison on the top five categories, but   14:20
 9   included all 21 categories.  Tell you -- tell us why    14:20
10   you did that and what the results were.                 14:20
11       A   Yeah.  So this is essentially a repeat of       14:20
12   what I just talked about.  But what I'm trying to do    14:20
13   here is, let's give Dr. Madigan as many assumptions as  14:20
14   we possibly can, work within his assumptions, and see   14:20
15   where we land.                                          14:20
16           So here, what I did is I accepted               14:20
17   Dr. Madigan's metric of sexual malfeasance, right,      14:20
18   looking at all of the categories.  Okay.                14:20
19           If we work from that -- those data and do the   14:20
20   comparison, the surveys don't have a question about     14:20
21   sexual misconduct as well as sexual assault.  We just   14:21
22   kind of have what we have here:  Did you experience     14:21
23   sexual assault or rape?                                 14:21
24           Doing that comparison, even taking all          14:21
25   21 categories for Uber into account, so Dr. Madigan's   14:21
```

Page 2342

1  considering all of these categories, all 21                14:24
2  categories, did you have the data to know, well, what       14:24
3  was the rate of these incidents?                            14:24
4      A   Yeah.  We had number of rides every year.           14:24
5  Yeah.  So calculating those rates is something we           14:24
6  could do.                                                   14:24
7          And in fact, Dr. Madigan did it.  Those -- if       14:24
8  you remember the red line in that Figure 1, those are       14:24
9  rates over time that he calculated.                         14:24
10     Q   And does our last slide here, Doctor, contain       14:24
11 the information that you were provided with and             14:24
12 Dr. Madigan was provided with, even including all           14:24
13 21 categories, the rates of reported sexual assault or      14:24
14 sexual misconduct from 2017 to 2024?                        14:24
15     A   Yes.  So these -- these -- so what's                14:24
16 happening on this table is the numbers from the BART        14:24
17 chart on the previous slide that's in the first column      14:25
18 of 71,000.  And that's all 21 categories, so                14:25
19 Dr. Madigan's sexual malfeasance metric.                    14:25
20         Here are the ride -- the rides information.         14:25
21 And then we turned -- I turned it into rates here on        14:25
22 the last column so that you can get a sense of what         14:25
23 percent of rides had an incident -- or a sexual             14:25
24 malfeasance incident over time.                             14:25
25     Q   And even considering all the limitations and       14:25

|   |   | Page 2343 |
|---|---|---|
| 1 | the survey data and all the limitations on how that | 14:25 |
| 2 | was collected, did you see rates anywhere near as low | 14:25 |
| 3 | as these for the common carrier public transit | 14:25 |
| 4 | authorities' reports of similar data? | 14:25 |
| 5 |    A   The rates didn't come close, notwithstanding | 14:25 |
| 6 | there are differences between how the data are | 14:25 |
| 7 | collected.  But the rates didn't even come close.  And | 14:25 |
| 8 | I would say they would even swamp the differences in | 14:25 |
| 9 | the data collection and still be a useful contextual | 14:25 |
| 10 | clue about the safety on -- on Uber. | 14:26 |
| 11 |        MS. BROWN:  Thank you very much for your | 14:26 |
| 12 | time, Dr. Stodden.  Those are all the questions I have | 14:26 |
| 13 | for you right now.  I appreciate it. | 14:26 |
| 14 |        MR. TAYLOR:  Could we leave this exhibit up, | 14:26 |
| 15 | please? | 14:26 |
| 16 |        MS. BROWN:  Sure. | 14:26 |
| 17 |        MR. TAYLOR:  We just had this handed to us | 14:26 |
| 18 | this morning, and so I'd like to have access to it, if | 14:26 |
| 19 | that's okay. | 14:26 |
| 20 |        MS. BROWN:  Of course. | 14:26 |
| 21 |        MR. TAYLOR:  Thank you very much. | 14:26 |
| 22 |        THE COURT:  Mr. Taylor, cross-examination. | 14:26 |
| 23 |        MR. TAYLOR:  Thank you very much. | 14:26 |
| 24 |        Could we go back two slides, please.  Even | 14:26 |
| 25 | one more.  That's it. | 14:26 |

```
 1  State of California    )
                           ) ss.
 2  County of San Francisco)
 3
 4        I, ANDREA M. IGNACIO, Independent
 5  Stenographic Court Reporter contracted by the parties,
 6  at the Superior Court of California, County of
 7  San Francisco, do hereby certify:
 8        That I was present at the time of the above
 9  proceedings;
10        That I took down in machine shorthand notes
11  all proceedings had and testimony given;
12        That I thereafter transcribed said shorthand
13  notes with the aid of a computer;
14        That the above and foregoing is a full, true,
15  and correct transcription of said shorthand notes, and
16  a full, true and correct transcript of all proceedings
17  had and testimony taken;
18        That I am not a party to the action or
19  related to a party or counsel;
20        That I have no financial or other interest in
21  the outcome of the action.
22  Dated: 9-19-2025
23
24  _____
25    ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830
```