# EXHIBIT 5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
 5   IN RE: UBER TECHNOLOGIES, INC.,   )
     PASSENGER SEXUAL ASSAULT          )
 6   LITIGATION                        )
     _____)
 7                                     ) Case No.
                                       )3:23-md-03084-CRB(LJC)
 8   This Document Relates to:         )
     Jaylynn Dean v Uber Technologies,)
 9   Inc., et al.                      )
     (Case No. 3:23-cv-06708)          )
10   _____)
11
12
13
14         VIDEOTAPED DEPOSITION OF HASSAN TURAY
15
                     Mesa, Arizona
16                   July 23, 2025
                      5:11 p.m.
17
18
19
20
21
22
23
     Reported by:
24   SHANNON STEVENSON,
     RPR, CCR
25   Certificate No. 50461      Job No. CS7503627
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES

Page 118

1  lights, those were not on, correct?
2       A    They were not on, no.
3       Q    You were aware that at -- you didn't have a
4  camera in your car --
5       A    No.
6       Q    -- correct?
7       A    No.
8       Q    In the car that you are driving now, do you
9  have a camera?
10      A    No, I don't.
11      Q    And did Uber ever offer to provide you with a
12 camera that you could have in your car to be able to
13 record inside and outside of the vehicle?
14      A    They did.
15      Q    Did they offer to pay for it for you?
16      A    No, not that type of camera.  There is -- I
17 believe there was like an offer, but it's through the app
18 where you could turn on the camera on the app.  I
19 remember reading about something like that, but I didn't
20 opt for it, so I don't really know exactly how it works.
21      Q    I see.  They didn't -- it wasn't a requirement
22 to do that, right?
23      A    No, it wasn't a requirement.  It was like an
24 optional thing, I believe.
25      Q    Yeah.  If on that night when you picked up

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES

Page 119

1  Ms. Dean there was a camera that was on in the car and
2  would have stayed on any time the ride was taking place,
3  would you have had sex with her in the car knowing it
4  would be recorded?
5           MR. VIVES:  Object to the form.
6           THE WITNESS:  Probably not, but I might have
7  turned off the -- because I did end the trip, so, you
8  know, if I end the trip, I don't know if that would also
9  turn off the camera.  You know, it's possible if I did
10 have -- like if I opted for the camera that Uber had, if
11 I turned off, like I ended the trip, I'm assuming it
12 might also turn off the camera.  I don't know.  Or maybe
13 I would have to turn it off manually.
14      Q   Sure.
15      A   I don't.
16      Q   Now at that time if you end a trip early, like
17 you are going from the pickup to the destination, but you
18 stop and end it, you can end the trip on your own in the
19 middle of it, Uber will send you a notice, correct,
20 saying it looks like your trip ended early?
21          MR. VIVES:  Object to the form.
22      Q   BY MR. PERKINS:  Have you ever had that happen
23 before?
24      A   Yes, I think so.
25          MR. VIVES:  Object to the form.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES

Page 133

```
 1   STATE OF ARIZONA       )
                            ) ss
 2   COUNTY OF MARICOPA     )
 3
 4        BE IT KNOWN that the foregoing deposition was taken
 5   before me, SHANNON STEVENSON, a Certified Reporter in and
 6   for the County of Maricopa, State of Arizona; that the
 7   witness before testifying was duly sworn to testify to
 8   the whole truth; that the questions propounded to the
 9   witness and the answers of the witness thereto were taken
10   down by me in shorthand and thereafter reduced to
11   computer-aided transcription under my direction; that the
12   foregoing 132 pages are a true and correct transcript of
13   all proceedings had upon the taking of said deposition,
14   all done to the best of my skill and ability.
15        I FURTHER CERTIFY that I am in no way related to any
16   of the parties hereto, nor am I in any way interested in
17   the outcome hereof.
18   (   )  Signature was requested.
19   (XXX)  Signature was not requested.
20        DATED at Phoenix, Arizona, this 25th day of July,
21   2025.
22
                    SHANNON STEVENSON, CR, RPR
23                  Certified Reporter
                    Certificate No. 50461
24                  VERITEXT LEGAL SOLUTIONS
                    Registered Reporting Firm
25                  RRF No. R1061
```