William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: *Jane Doe LS 618 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-06160-CRB  *Jane Doe LS 619 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-06243-CRB  *Jane Doe LS 620 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-06249-CRB  *Jane Doe LS 621 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-06297-CRB  *Jane Doe LS 622 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-06306-CRB  *Jane Doe LS 625 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-06539-CRB  *Jane Doe LS 626 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-06541-CRB | **LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**  Judge: Honorable Charles R. Breyer  Date: January 16, 2026  Time: 10:00 a.m.  Courtroom: 6 – 17th Floor |

1  *Jane Doe LS 627 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-06547-CRB

2

3  *Jane Doe LS 628 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-06552-CRB

4

5  *Jane Doe LS 630 v. Uber Technologies Inc., et al.,* Case No. 3:25-cv-06861-CRB

6  *Jane Doe LS 633 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-07285-CRB

7

8  *Jane Doe LS 634 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-07323-CRB

9  *Jane Doe LS 639 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-07616-CRB

10

11  *Jane Doe LS 640 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-07628-CRB

12  *Jane Doe LS 641 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-07844-CRB

13

14  *Jane Doe LS 642 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-07894-CRB

15

16  *John Doe LS 15 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-07862-CRB

17

18

19

20

21

22

23

24

25

26

27

28

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

CASE NO. 3:23-MD-03084-CRB     LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

## I. INTRODUCTION

Uber wrongly presents this issue as one of refusal by the clients to fill out a Plaintiff Fact Sheet, as if they were unwilling to comply with the Court's Orders. However, this is not the case. The clients are not unwilling; our firm has been unsuccessful in obtaining current contact information in order to reach them to comply with this Court's orders. We acknowledge and understand that under PTO 10, the court created procedures and deadlines to produce a PFS. Our firm is, and has been, employing all of the resources available to us outside of the original contact information in an effort to obtain the necessary information.

There are many reasons why these victims of sexual assault could be unresponsive after having their case stayed for many years. These cases often involve young women who are mobile – changes in address name, phone number, etc. are all real human reasons why their initial contact information is no longer valid. Our office has employed extensive efforts to reach these plaintiffs. Those efforts predate the filing of Uber's motion.

## II. ARGUMENT

There are a few clients that should be excluded from Uber's motion:

- Jane Doe LS 641's PFS was produced on 10/10/2025.
- We believe Jane Doe 619 is currently incarcerated.
- We believe Jane Doe LS 626 is also currently incarcerated.
- We have also been in contact with Jane Doe LS 639, and believe that she will submit her PFS shortly.

With respect to the remaining named clients, we have worked diligently to reach the above name plaintiffs. These efforts include numerous phone calls, emails, texts, written letters, and address searches. (Bokaie Dec., at ¶ 4.) We also employed investigators to trace new contact information. (Bokaie Dec., at ¶ 4.) Simply put, while we have made every effort to reach these Plaintiffs to complete a Plaintiff Fact Sheet, we have not received any indication that these clients are actually aware that they have failed to comply with the Court's orders.

//

//

1

Case No. 3:23-md-03084-CRB   LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

### III. CONCLUSION

For the foregoing reasons, we respectfully request this Court deny Uber's motion as to those clients referenced above who have complied with the Court's order, or we believe are currently incarcerated. We further request that we be given additional time to follow up with the remaining Levin Simes named plaintiffs with missing fact sheets.

Dated: December 10, 2025					Respectfully Submitted,

**LEVIN SIMES LLP**

 /s/ Samira J. Bokaie
William A. Levin
Laurel L. Simes
David M. Grimes
Samira J. Bokaie
*Attorneys for LS Plaintiffs*

2

CASE NO. 3:23-MD-03084-CRB     LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

# CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By:   */s/ Samira J. Bokaie*
       Samira J. Bokaie

3

CASE NO. 3:23-MD-03084-CRB    LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10