
William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>*Jane Doe LS 618 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-06160-CRB<br><br>*Jane Doe LS 619 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-06243-CRB<br><br>*Jane Doe LS 620 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-06249-CRB<br><br>*Jane Doe LS 621 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-06297-CRB<br><br>*Jane Doe LS 622 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-06306-CRB<br><br>*Jane Doe LS 625 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-06539-CRB | **DECLARATION OF SAMIRA J. BOKAIE IN SUPPORT OF LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**<br><br>Judge: Honorable Charles R. Breyer<br>Date: January 16, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

1  *Jane Doe LS 626 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-06541-CRB

2  
3  *Jane Doe LS 627 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-06547-CRB

4  *Jane Doe LS 628 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-06552-CRB

5  
6  *Jane Doe LS 630 v. Uber Technologies Inc., et al.,* Case No. 3:25-cv-06861-CRB

7  *Jane Doe LS 633 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-07285-CRB

8  
9  *Jane Doe LS 634 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-07323-CRB

10  
11  *Jane Doe LS 639 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-07616-CRB

12  *Jane Doe LS 640 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-07628-CRB

13  
14  *Jane Doe LS 641 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-07844-CRB

15  *Jane Doe LS 642 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-07894-CRB

16  
17  *John Doe LS 15 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-07862-CRB

18
19
20
21
22
23
24
25
26
27
28

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

CASE NO. 3:23-MD-03084-CRB    DECLARATION OF SAMIRA J. BOKAIE ISO LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

I, Samira J. Bokaie, declare as follows:

1. I am an attorney who is duly licensed to practice law before all courts of the State of California. I am an attorney at the law firm Levin Simes LLP, and counsel of record for Jane Doe LSA and Jane Doe LS Plaintiffs in MDL No. 3084. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2. This declaration is made in support of Levin Simes Plaintiffs' Opposition to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss Cases for Failure to Comply with Amended PTO 10.

3. There are a few clients that should be excluded from Uber's motion:
   - Jane Doe LS 641's PFS was produced on 10/10/2025.
   - We believe Jane Doe 619 is currently incarcerated.
   - We believe Jane Doe LS 626 is also currently incarcerated.
   - We have also been in contact with Jane Doe LS 639 and believe that she will submit her PFS shortly.

4. With respect to the remaining named clients, we have worked diligently to reach the above name plaintiffs. These efforts include numerous phone calls, emails, texts, written letters, and address searches. We also employed investigators to trace new contact information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 10, 2025, in San Francisco, California.

Respectfully Submitted,

**LEVIN SIMES LLP**

*/s/ Samira J. Bokaie*
Samira J. Bokaie
*Attorney for LS Plaintiffs*

1

CASE NO. 3:23-MD-03084-CRB    DECLARATION OF SAMIRA J. BOKAIE ISO LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10