UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>**[PROPOSED] ORDER REGARDING PEIFFER WOLF'S MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| This Document Relates to:<br><br>*Jessi Watt v. Uber Technologies, Inc., et al.; 3:25-cv-04704-CRB* | Judge:   Honorable Charles R. Breyer |

## **[PROPOSED] ORDER**

Having considered Peiffer Wolf Carr Kane Conway and Wise, LLP's ("Peiffer Wolf") Motion to Withdraw as Counsel of Record for Plaintiff J.W. (ECF 4573), the Court finds that, given that Uber has discovered evidence that Peiffer Wolf submitted a fraudulent Plaintiff Fact Sheet (PFS) in this case, granting withdrawal would cause prejudice to Plaintiff and Uber, likely delay the progress of this multi-district litigation, and potentially harm the administration of justice.

The Court therefore hereby ORDERS that Peiffer Wolf's Motion to Withdraw is DENIED.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. CHARLES R. BREYER
United States District Court Judge