OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** December 9, 2025 | **Time:** 10:37 a.m.-11:25 a.m. (48 minutes) | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.**: 3:23-md-03084-CRB | **Case Name:** In re: Uber Technologies, Inc. | |

**For Plaintiffs:** Bret D. Stanley, Johnson Law Group, counsel for Plaintiffs

**For Defendants:** Christopher Cox, Kirkland & Ellis; Michael Shortnacy and Veronica Gromada, Shook Hardy & Bacon, counsel for Defendants.

**Deputy Clerk:** Brittany Sims          **Reported by:** Kendra Steppler

PROCEEDINGS

Motion for Sanctions Hearing (ECF 4233) held. The Court heard arguments from both parties. The Court takes the matter under submission and will issue a written order.