IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 318 v. Uber Technologies, Inc., et al.*<br>Case No: 3:24-cv-04889 | Case No. 3:23-md-03084-CRB (LJC)<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND THE CASE SCHEDULE<br><br>Judge:         Hon. Charles R. Breyer<br>Courtroom:  6-17th Floor |

The Court hereby GRANTS the Parties' joint stipulation to extend the case schedule as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Expert Reports | November 17, 2025 | December 19, 2025 |
| End of Substantial Fact Discovery | November 3, 2025 | Completed |
| Rebuttal Reports | December 15, 2025 | January 16, 2026 |
| Close of Discovery | December 30, 2025 | January 30, 2026 |
| Dispositive/Daubert Motions | January 5, 2026 | February 13, 2026 |
| Oppositions | January 19, 2026 | February 27, 2026 |
| Replies | February 2, 2026 | March 6, 2026 |
| Trial Date | None | TBD |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __December 12_____, 2025

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE