# EXHIBIT I

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., | 
PASSENGER SEXUAL ASSAULT | No.
LITIGATION | 3:23-md-03084-CRB
_____|

****************************************************

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

****************************************************

VIDEOTAPED 30(b)(6) DEPOSITION OF

MARIANA CORREA ESTEVES

Via Videoconference

Thursday, August 28, 2025

9:35 a.m. to 7:39 p.m. CDT

Witness appearing remotely from São Paulo, Brazil

Job No. 6954925-001

Pages: 1 to 337

Stenographically Reported By:

LEAH M. WITT, CRR, RPR

Mariana Esteves   Highly Confidential
August 28, 2025

1  right date.

2            So audio recordings started with the pilot
3  in 2016, then we continue with other pilots in 2018,
4  and then we officially launched the in-app
5  feature -- you know, the closest version of what we
6  have today in 2019.
7       Q.   And with the audio feature, this -- does
8  Uber set the parameters for how long the audio
9  recordings are preserved?
10      A.   It's very similar to what I've explained
11 to the video recording.  It stores it for
12 seven days.  It gives you a notification a couple of
13 days before and reminders, you know, if you want to
14 submit a ticket with the file, and then it expires
15 after seven days.
16      Q.   All right.  And if the driver is the one
17 who has opted into the audio recording feature, is
18 that something that is communicated to the passenger
19 before accepting a ride?
20      A.   Yeah.  So in the same manner as the video,
21 there are some legal specificities in different
22 markets where we -- we call it internal like
23 one-party consent or two-party consent based on
24 regulation where we make this notification a little
25 bit more permanent.  But yes, we do notify riders.