1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

_____

**This Document Relates to:**
3:24-cv-05167, 3:24-cv-05180; 3:24-cv-05185;
3:24-cv-05186; 3:24-cv-05188; 3:24-cv-05194;
3:24-cv-05199; 3:24-cv-05208; 3:24-cv-05213;
3:24-cv-05214; 3:24-cv-05276; 3:24-cv-05299;
3:24-cv-05313; 3:24-cv-05353; 3:24-cv-05359;
3:24-cv-05376; 3:24-cv-05378; 3:24-cv-05384;
3:24-cv-05389; 3:24-cv-05497; 3:24-cv-05505;
3:24-cv-05506; 3:24-cv-05510; 3:24-cv-07090;
3:24-cv-08458; 3:25-cv-00064; 3:25-cv-00667;
3:25-cv-00931; 3:25-cv-01274; 3:25-cv-01456;
3:25-cv-01458; 3:25-cv-01935; 3:25-cv-01939;
3:25-cv-02365; 3:25-cv-02479; 3:25-cv-02763;
3:25-cv-02765; 3:25-cv-03151; 3:25-cv-03311;
3:25-cv-03667; 3:25-cv-03674; 3:25-cv-04173;
3:25-cv-04180; 3:25-cv-04559; 3:25-cv-04567;
3:25-cv-05079; 3:25-cv-05086; 3:25-cv-05304
3:24-cv-05388; 3:24-cv-05295; 3:24-cv-05374;
3:25-cv-03456; 3:24-cv-05512; 3:24-cv-07068;
3:25-cv-05307; 3:24-cv-04699; 3:24-cv-05215;
3:24-cv-05396; 3:24-cv-05221; 3:24-cv-05247;
3:24-cv-07075; 3:24-cv-05255; 3:24-cv-05520;
3:24-cv-05266;

*And unfiled Estey & Bomberger cases subject
to PTO 19*

MDL No. 3084 CRB

**[PROPOSED] ORDER RE *EX PARTE*
APPLICATION FOR TEMPORARY
EXCEPTION TO SECOND AMENDED
PRETRIAL ORDER NO. 19
ESTABLISHING A COMMON BENEFIT
FEE AND EXPENSE FUND**

1

1    This matter comes before the Court on the *Ex Parte* Application of Estey & Bomberger

2 LLP ("E&B") for Temporary Exception to Second Amended Pretrial Order No. 19 establishing a

3 Common Benefit Fee and Expense Fund. The Court rules as follows:

4    1.  E&B's *Ex Parte* Application is GRANTED.

5    2.  The QSF administrator is authorized to release the settlement funds owed to the settling

6        Plaintiffs represented by E&B pending establishment of the MDL Qualified Settlement

7        Fund.

8    3.  The applicable Common Benefit Assessments shall be held in escrow by the QSF

9        administrator until the MDL QSF is established and shall be transferred immediately

10       into the QSF upon creation.

11   4.  This Order does not modify the Common Benefit Order except as expressly stated.

12

13 IT IS SO ORDERED this _____ day of _____, 2025.

14

15                                              _____

16                                              HON. CHARLES R. BREYER
                                                United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 3:23-MD-03084-CRB                    [PROPOSED] ORDER RE *EX PARTE* APPLICATION