1  [*Submitting Counsel below*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

Under Civil Local Rules 7-11 and 79-5(f), Plaintiff moves the Court to consider whether material designated confidential by Uber should be sealed.

On December 12, 2025, Plaintiff filed a Motion to Preclude Uber from Cherry-Picking Corporate Trial Witnesses and Calling at Trial Late Disclosed Witnesses that refers to and attaches documents that Uber designated "HIGHLY CONFIDENTIAL" and / or "CONFIDENTIAL."

**Material To Be Filed Under Seal**

The material to be filed under seal is portions of Plaintiff's Opposition and the attached exhibits.

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiff's Motion | Portion of briefing referring to documents designated highly confidential and confidential | Uber |
| Exhibit C | December 4, 2025, Declaration of Todd Gaddis | Uber |
| Exhibit D | October 24, 2025, Rebuttal Expert Report of Vida Thomas | Uber |

| Document | Description | Designating Party |
|---|---|---|
| Exhibit H | Excerpts of Document bates stamped UBER-MDL3084-BW-00006299 | Uber |

Under Local Rule 79-5(f)(3), the designating entities bear the responsibility to establish that all of the designated material is sealable.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Andrew R. Kaufman in Support of this Motion; and

2. A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: December 12, 2025

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

### FILER'S ATTESTATION

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: December 12, 2025          By:   */s/ Andrew R. Kaufman*
                                         Andrew R. Kaufman