IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF ANDREW R. KAUFMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

I, Maya R. Kalonia, declare:

1. I am an attorney in the law firm of Girard Sharp LLP, and counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bars of Wisconsin and New York and am admitted to practice *pro hac vice* before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Because the materials at issue were designated by Uber as "CONFIDENTIAL" and /or "HIGHLY CONFIDENTIAL", Plaintiff filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiff's Motion | Portion of briefing referring to documents designated highly confidential and confidential | Uber |
| Exhibit C | December 4, 2025, Declaration of Todd Gaddis | Uber |
| Exhibit D | October 24, 2025, Rebuttal Expert Report of Vida Thomas | Uber |
| Exhibit H | Excerpts of Document bates stamped UBER-MDL3084-BW-00006299 | Uber |

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on December 12, 2025 in Milwaukee, Wisconsin.

3

4                                             */s/ Andrew R. Kaufman*
                                              Andrew R. Kaufman
5

- 2 -

KALONIA DECL ISO ADMIN MOT.
RE: ANOTHER PARTY'S MATERIAL
CASE NO. 23-MD-03084-CRB