1  [*Submitting Counsel below*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
|---|---|
| This Document Relates to: *Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708 D. Ariz. No. 25-cv-4276 | **CERTIFICATE OF SERVICE** |

I certify that on December 12, 2025 a true and correct copy of the UNSEALED/ UNREDACTED version of the following documents:

- **UNREDACTED Plaintiff's Motion to Preclude Uber from Cherry-Picking Corporate Trial Witnesses and Calling at Trial Late Disclosed Witnesses**
- **Ex. C to Motion**
- **Ex. D to Motion**
- **Ex. H to Motion**

were served pursuant to Civil L.R. 5(a) to each person named below:

**Kirkland & Ellis LLP**
Alli Brown
alli.brown@kirkland.com
Chris Cox
christopher.cox@kirkland.com
Jessica Davidson
jessica.davidson@kirkland.com
Jennifer Levy
jlevy@kirkland.com
Rupal Joshi
rupal.joshi@kirkland.com
Laura Vartain
laura.vartain@kirkland.com

- 1 -

CERTIFICATE OF SERVICE
CASE NO. 23-MD-03084-CRB

| | |
|---|---|
| 1 | Kristen Fournier |
| 2 | kristen.fournier@kirkland.com |
| | Alexandra Caritis |
| 3 | alexandra.caritis@kirkland.com |
| | Libby Marden |
| 4 | libby.marden@kirkland.com |
| 5 | Geoffrey Wyatt |
| | geoffrey.wyatt@kirkland.com |
| 6 | Beth Larsen |
| | beth.larsen@kirkland.com |
| 7 | |
| | **O'Melveny and Meyers LLP** |
| 8 | Sabrina Strong |
| 9 | sstrong@omm.com |
| | Jonathan Schneller |
| 10 | jschneller@omm.com |
| | Joshua Revesz |
| 11 | jrevesz@omm.com |
| 12 | Louis Fisher |
| | lfisher@omm.com |
| 13 | |
| | **Shook, Hardy & Bacon LLP** |
| 14 | Michael B. Shortnacy |
| | mshortnacy@shb.com |
| 15 | Patrick L. Oot, Jr. |
| | oot@shb.com |
| 16 | Christopher V. Cotton |
| 17 | ccotton@shb.com |
| | Alycia A. Degen |
| 18 | adegen@shb.com |
| | Veronica Gromada |
| 19 | vgromada@shb.com |
| 20 | |
| | Service Email |
| 21 | UBERMDLSERVICE@LISTSERV.SHB.COM |
| 22 | |
| | *Attorneys for Defendants* |
| 23 | UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC |
| 24 | |
| | ☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced |
| 25 | document(s) to be sent in electronic PDF format as an attachment to an |
| | email addressed to the person(s) on whom such document(s) is/are to be served at |
| 26 | the email address(es) shown above, as last given by that person(s) or as obtained |
| | from an internet website(s) relating to such person(s), and I did not receive an email |
| 27 | response upon sending such email indicating that such email was not delivered. |
| 28 | |

1 | I declare under penalty of perjury under the laws of the United States of America that the
2 | foregoing is true and correct. Executed on December 12, 2025.

                                                    By: */s Andrew R. Kaufman*
                                                      Andrew R. Kaufman