# EXHIBIT 2

*[Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, CV-25-4276-PHX-CRB | Case No. 3:23-md-03084-CRB<br><br>**PLAINTIFFS' INITIAL WITNESS LIST**<br><br>Judge:     Hon. Charles R. Breyer |
|---|---|

Pursuant to Fed. R. Civ. P. 26(a)(3)(A), Plaintiff Jaylynn Dean ("Plaintiff") hereby discloses the following list of witnesses who are expected to be called or may be called in Plaintiff's case in chief at trial.

<u>1. Expert Witnesses</u>

| **Name** | **May Call/Will Call** | **Live or Video** |
|---|---|---|
| John Chandler<br>*Expert* | May Call | Live |
| Minnette "Meme" Drumwright<br>*Expert* | Will Call | Live |
| Jay Feldis<br>*Expert* | May Call | Live |

| Robert Johnson<br>*Expert* | Will Call | Live |
|---|---|---|
| Lacey Keller<br>*Expert* | Will Call | Live |
| Mindy Mechanic<br>*Expert* | Will Call | Live |
| Cynthia Rando<br>*Expert* | May Call | Live |
| Tom Tremblay<br>*Expert* | Will Call | Live |
| Veronique Valliere<br>*Expert* | Will Call | Live |
| Bruce Weiner<br>*Expert* | May Call | Live |

2. Fact Witnesses

| Name | May Call/Will Call | Live or Video |
|---|---|---|
| Michael Akamine<br>*Director of Product Management* | May Call | Video |
| Brooke Anderson<br>*Head of Product Communications* | May Call | Video |
| Emilie Boman<br>*Director, Global Public Policy - Safety, Sustainability & Privacy* | May Call | Video |
| Tracy Breeden<br>*Former, Head of Global Women's Safety & Gender-Based Violence* | May Call | Live or Video (Phoenix-based witness) |
| Gregory "Greg" Brown<br>*Director, Head of Central Safety* | May Call | Video |
| Frank Chang<br>*VP, Applied Science* | May Call | Video |
| Heather Childs<br>*Chief Ethics, Compliance & Security Officer* | May Call | Video |
| Allison Cissna<br>*Team Lead, Trust and Safety Investigations* | May Call | Live or Video (Phoenix-based witness) |

| Name / Title | Call | Format |
|---|---|---|
| Chad Dobbs<br>*Head of US City Operations* | May Call | Video |
| Mariana Esteves<br>*Group Product Manager – Safety* | May Call | Video |
| Cory Freivogel<br>*Head of US & Canada Platform Safety Operations* | May Call | Video |
| Henry "Gus" Fuldner<br>*Senior Vice President of Safety & Core Services* | Will Call | Live requested but otherwise by video |
| Todd Gaddis<br>*Manager II Data Analytics* | May Call | Video |
| Ryan Graves<br>*Former, Chief Executive Officer* | May Call | Video |
| Andrew Hasbun<br>*Head of Global Safety Communications* | May Call | Video |
| Jill Hazelbaker<br>*Chief Marketing Officer and Senior Vice President, Communications & Public Policy* | May Call | Video |
| Roger Kaiser<br>*Former, Head of Safety* | May Call | Video |
| Travis Kalanick<br>*Former, Chief Executive Officer* | May Call | Video |
| Sachin Kansal<br>*Chief Product Officer* | May Call | Video |
| Dara Khosrowshahi<br>*Chief Executive Officer* | May Call | Video |
| Jenny Luu<br>*Director, Safety Access & Identity* | May Call | Video |
| Katherine "Katy" McDonald<br>*Director of Data Science* | Will Call | Live requested but otherwise by video |
| Hannah Nilles<br>*Director, Head of Safety – Americas* | May Call | Video |

| Name | Call | Format |
|---|---|---|
| Katherine "Kate" Parker<br>*Former, Global Director - Product Marketing, Brand Management & Strategic Initiatives* | May Call | Video |
| Rebecca Payne<br>*Former, Group Product Manager - Safety* | May Call | Video |
| Andi Pimentel<br>*Chief of Staff to Chief Executive Officer* | May Call | Video |
| Elizabeth Ross<br>*Head of Product Marketing, Safety & Sustainability* | May Call | Video |
| Danielle Sheridan<br>*Former, Senior Director & General Manager, Head of US Cities and Director, Head of US & Canada Platform Safety, Standards, and Quality* | May Call | Video |
| Valerie Shuping<br>*Former, Senior Global Safety Program Manager* | May Call | Video |
| Troy Stevenson<br>*Global Head of Customer Operations* | May Call | Video |
| Joseph "Joe" Sullivan<br>*Former, Chief Security Officer* | May Call | Video |
| Michael Sullivan<br>*Senior Director, Trust & Safety* | May Call | Video |
| Sunny Wong<br>*Senior Manager, Applied Science - Safety* | Will Call | Live requested—otherwise by video |
| Kenyaun "Kenny" Bagby<br>*Hotel Clerk* | May Call | Live |
| Jaylynn Dean<br>*Plaintiff* | Will Call | Live |
| Elisa Gregg<br>*Plaintiff's friend* | May Call | Live or by video |

| | | |
|---|---|---|
| Scott McLaughlin<br>*Percipient witness* | May Call | Live or by video |
| Jadyn "Jade" Peterson<br>*Plaintiff's friend* | May Call | Live or by video |
| Olajuwon Ramos<br>*Plaintiff's father* | May Call | Live or by video |
| Natasha Ramos<br>*Plaintiff's mother* | May Call | Live or by video |
| Dani Fae Smith<br>*Plaintiff's friend* | May Call | Live or by video |
| Hassan Turay<br>*Uber driver* | Will Call | Live or by video |
| Jessica Weaver<br>*SAFE nurse* | Will Call | Live or by video—stipulation requested for option to call by video |
| Custodian of Records (Uber, Tempe Police Department and/or other third party as needed) | May Call | Live |
| Sponsoring Witness(es) for Voluminous Materials | May Call | Live |

In serving this witness list, Plaintiff specifically reserves the right to amend, supplement, or otherwise modify these disclosures if new or modified information is provided at any point. Plaintiff also reserves the right to supplement and/or to amend its list with any witnesses identified on Defendant's witness list. Plaintiff further reserves the right to supplement and/or to amend this witness list in response to rulings of the Court on pretrial motions. Plaintiff reserves the right to call any of these witnesses and any of Defendants' witnesses whose testimony is designated as live witnesses in its case in chief. Plaintiff reserves the right to amend and/or supplement its witness list based on testimony and witness disclosures presented by Defendants.

Dated: December 8, 2025

By: /s/ Sarah R. London
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: /s/ Rachel B. Abrams
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: /s/ Roopal P. Luhana
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*