Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO STRIKE PLAINTIFFS' WITNESS AND EXHIBIT LISTS**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

I, Laura Vartain Horn, declare as follows:

1. I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber") in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. On December 5, the Court set a 65-hour limit on the trial in this case, which allots Plaintiff 39 hours for her case.

3. On December 8, Plaintiff served a witness list with 53 witnesses, not including a category for custodians of records and another for sponsoring witnesses, which is attached as Exhibit A.

4. On December 10, Plaintiff served an exhibit list with 4,824 exhibits, which is attached as Exhibit B.

5. On December 12, I wrote to Plaintiff in relevant part, as follows: "You have served a 55-person witness list, and a 4,824-exhibit list, neither of which is commensurate with your 39-hour case. This voluminous disclosure is not a good faith effort to provide the exhibits and witnesses that you may reasonably call or use at trial. We ask that no later than Tuesday, December 16 by noon PT, you provide a narrowed exhibit and witness list, consistent with direction from the Court last week to provide exhibit and witness lists in good faith. Please let us know if you agree. Absent agreement, we intend to file an administrative motion tomorrow seeking a court order directing you to narrow both lists such that they are good faith representations of exhibits and witnesses that you are likely call or use at trial."

6. On December 13, the parties met and conferred. Plaintiff's counsel represented that they were working on narrowing the exhibit list and that by December 16, they may be able to produce a list of 3000 or 4000 exhibits. I represented that in Defendants' view, a good faith exhibit list at this point would have some number of exhibits substantially less than 3,000 exhibits.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on December 12, 2025, in San Francisco, California.

/s/ *Laura Vartain Horn*
Laura Vartain Horn

1
DECL. OF L. VARTAIN HORN ISO DEFS' MOTION TO STRIKE PLAINTIFFS' WITNESS AND EXHIBIT LISTS
Case No. 3.23-md-03084-CRB (LJC)