| | |
|---|---|
| 1 | Laura Vartain Horn (SBN 258485) |
| 2 | **KIRKLAND & ELLIS LLP**<br>555 California Street, Suite 2700<br>San Francisco, CA 94104 |
| 3 | Telephone: (415) 439-1625<br>laura.vartain@kirkland.com |
| 4 | |
| 5 | Allison M. Brown (Admitted *Pro Hac Vice*)<br>**KIRKLAND & ELLIS LLP** |
| 6 | 2005 Market Street, Suite 1000<br>Philadelphia, PA 19103 |
| 7 | Telephone: (215) 268-5000<br>alli.brown@kirkland.com |
| 8 | Jessica Davidson (Admitted *Pro Hac Vice*) |
| 9 | **KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue |
| 10 | New York, NY 10022<br>Telephone: (212) 446-4800 |
| 11 | jessica.davidson@kirkland.com |
| 12 | *Attorneys for Defendants*<br>UBER TECHNOLOGIES, INC., RASIER, LLC, |
| 13 | And RASIER-CA, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S [PROPOSED] ORDER GRANTING MOTION TO STRIKE PLAINTIFF'S WITNESS AND EXHIBIT LISTS** |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>No. 23-cv-06708 | Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

1

[PROPOSED] ORDER GRANTING MOTION TO STRIKE PLAINTIFF'S WITNESS AND EXHIBIT LISTS
Case No. 3:23-md-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Strike Plaintiff's Witness and Exhibit Lists and all exhibits, all pleadings and papers of record and on file in this case, and good cause appearing, Defendants' Motion is GRANTED. Accordingly, the Court strikes Plaintiff's witness and exhibit lists, and order her to submit good-faith lists within three days.

**IT IS SO ORDERED.**

DATED:_____    By:_____
                                         CHARLES R BREYER
                                         United States District Judge