1   Roopal P. Luhana
    **CHAFFIN LUHANA LLP**
2   600 Third Avenue, Floor 12
    New York, NY 10016
3   Telephone: (888) 480-1123
    luhana@chaffinluhana.com
4
    Sarah R. London (SBN 267083)
5   **GIRARD SHARP LLP**
    601 California St., Suite 1400
6   San Francisco, CA 94108
    Telephone: (415) 981-4800
7   slondon@girardsharp.com

8   Rachel B. Abrams (SBN 209316)
    **PEIFFER WOLF CARR KANE**
9   **CONWAY & WISE, LLP**
    555 Montgomery Street, Suite 820
10  San Francisco, CA 94111
    Telephone: (415) 426-5641
11  rabrams@peifferwolf.com

12
    *Co-Lead Counsel for Plaintiffs*
13

14              **IN THE UNITED STATES DISTRICT COURT**

15           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16  IN RE: UBER TECHNOLOGIES, INC.,          Case No. 3:23-md-03084-CRB (LJC)
    PASSENGER SEXUAL ASSAULT
17  LITIGATION                                **STIPULATION AND [PROPOSED]**
                                              **ORDER REGARDING MOTIONS**
18  This Document Relates to:                 **CONCERNING WITNESS AND EXHIBIT**
                                              **LISTS**
19  *Jaylynn Dean v. Uber Techs., Inc.*,
    N.D. Cal. No. 23-cv-06708                   Judge: Honorable Charles R. Breyer
20  D. Ariz. No. 25-cv-4276                     Date:   TBD
                                                Time:   TBD
21                                              Ctrm.:  6-17th Floor

22

23          WHEREAS, on December 12, 2025, Uber moved to strike Plaintiff's witness and exhibit

24  lists [ECF 4659];

25          WHEREAS, on December 12, 2025, Uber moved to quash deposition notices of Gus

26  Fuldner, Katy McDonald, and Sunny Wong [ECF 4653];

27          WHEREAS, on December 12, 2025, Plaintiff moved to preclude Uber from calling live

28

STIPULATION RE: WITNESS/EXHIBIT MOTIONS
                                              CASE NO. 3:23-MD-03084-CRB

corporate witnesses at trial unless Uber agrees to produce Plaintiff's requested live corporate witnesses as well, and, regardless, to preclude live testimony from Todd Gaddis and Chad Dobbs [ECF 4654, 4656];

WHEREAS, the parties met and conferred and agreed that oppositions to the three motions will be due December 17, 2025.

The parties agree and respectfully request the Court order that opposition to the three motions identified above be filed by December 17, 2025. The parties further agree that no replies are necessary and that the Court can decide all motions with or without holding any hearing.

**IT IS SO STIPULATED.**

Dated:  December 12, 2025

Respectfully submitted,

By: */s/ Sarah R. London*

SARAH R. LONDON (SBN 267083)
ANDREW R. KAUFMAN (*Pro Hac Vice*)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
            akaufman@girardsharp.com

RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
PEIFFER WOLF CARR KANE CONWAY
 & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
            awolf@peifferwolf.com
            scraig@peifferwolf.com

ROOPAL P. LUHANA *(Pro Hac Vice)*
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12
New York, NY 10016

STIPULATION RE: WITNESS/EXHIBIT MOTIONS
CASE NO. 3:23-MD-03084-CRB

Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

Dated:  December 12, 2025

KIRKLAND & ELLIS LLP

*/s/ Laura Vartain*

Laura Vartain (SBN 258485)
laura.vartain@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Allison M. Brown (*Admitted Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing.

Dated: December 12, 2025

*/s/ Andrew R. Kaufman*
Andrew R. Kaufman

STIPULATION RE: WITNESS/EXHIBIT MOTIONS
CASE NO. 3:23-MD-03084-CRB

1
2
3
4

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

5
6
7
8
9
10
11

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

_____

This Document Relates to:

*Jaylynn Dean v. Uber Techs., Inc.*,
N.D. Cal. No. 23-cv-06708
D. Ariz. No. 25-cv-4276

Case No. 3:23-MD-03084-CRB (LJC)

**[PROPOSED] ORDER SETTING DEADLINE TO OPPOSE MOTIONS REGARDING WITNESS AND EXHIBIT LISTS**

12    Having considered the parties' Stipulation, the Court orders as follows:

13    The parties will file oppositions to the motions filed at ECF 4653, 4654, and 4659 by

14    December 17, 2025.

15    **IT IS SO ORDERED.**

16

17    Dated: _____          _____

18                                            Honorable Charles R. Breyer
                                              United States District Judge

19
20
21
22
23
24
25
26
27
28