ALLISON M. BROWN (Admitted Pro Hac Vice)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted Pro Hac Vice)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted Pro Hac Vice)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>*Jane Doe LS 98, Case No. 98 3:23-cv-05412*<br><br>*Jane Doe LS 326, Case No. 326 3:23-cv-05415*<br><br>*Jane Doe LS 245, Case No. 245 3:23-cv-05944*<br><br>*D.P., Case No. 3:24-cv-04449* | **DECLARATION OF MICHAEL B. SHORTNACY IDENTIFYING CASES ELIGIBLE FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO THE COURT'S PRIOR ORDERS ON UBER'S MOTIONS TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDERS**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6-17th Floor |

DECL. OF MICHAEL B. SHORTNACY IDENTIFYING CASES ELIGIBLE FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO THE COURT'S PRIOR ORDERS ON UBER'S MOTIONS TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDERS

Case No. 3:23-md-03084-CRB

| | |
|---|---|
| 1 | *Jane Roe CL 16, Case No. 3:24-cv-04837* |
| 2 | |
| 3 | *Jane Roe CL 24, Case No. 3:24-cv-05536* |
| 4 | |
| 5 | *Jane Roe CL 34, Case No. 3:24-cv-05696* |
| 6 | *Jane Roe CL 36, Case No. 3:24-cv-05720* |
| 7 | |
| 8 | *Jane Roe CL 37, Case No. 3:24-cv-05728* |
| 9 | |
| 10 | *Jane Roe CL 42, Case No. 3:24-cv-05740* |
| 11 | *Jane Roe CL 43, Case No. 3:24-cv-05741* |
| 12 | |
| 13 | *Jane Roe CL 48, Case No. 3:24-cv-05810* |
| 14 | |
| 15 | *Jane Roe CL 53, Case No. 3:24-cv-05831* |
| 16 | *Jane Doe LS 268, Case No. 3:24-cv-05910* |
| 17 | |
| 18 | *Jane Roe CL 65, Case No. 3:24-cv-06189* |
| 19 | |
| 20 | *Jane Roe CL 71, Case No. 3:24-cv-06864* |
| 21 | *Jane Roe CL 77, Case No. 3:24-cv-07571* |
| 22 | |
| 23 | *Jane Roe CL 78, Case No. 3:24-cv-07584* |
| 24 | |
| 25 | *Jane Roe CL 79, Case No. 3:24-cv-07587* |
| 26 | |
| 27 | *Jane Roe CL 81, Case No. 3:24-cv-08521* |
| 28 | |

DECL. OF MICHAEL B. SHORTNACY IDENTIFYING CASES ELIGIBLE FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO THE COURT'S PRIOR ORDERS ON UBER'S MOTIONS TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDERS             Case No. 3:23-md-03084-CRB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Jane Roe CL 83, Case No. 3:24-cv-08525*

*Jane Roe CL 84, Case No. 3:24-cv-08526*

*Jane Roe CL 85, Case No. 3:24-cv-08754*

*Jane Roe CL 86, Case No. 3:24-cv-08756*

*K.J., Case No. 3:24-cv-09059*

*Jane Roe CL 88, Case No. 3:24-cv-09145*

*G.C., Case No. 3:24-cv-09195*

*Jane Doe LS 547, Case No. 3:24-cv-09208*

*Jane Doe LS 548, Case No. 3:24-cv-09211*

*Jane Roe CL 91, Case No. 3:24-cv-09235*

*Jane Roe CL 92, Case No. 3:24-cv-09237*

*Jane Roe CL 98, Case No. 3:25-cv-00853*

*Jane Roe CL 101, Case No. 3:25-cv-01118*

*Jane Roe CL 102, Case No. 3:25-cv-01120*

*Jane Doe LS 550, Case No. 3:25-cv-01327*

*Jane Roe CL 107, Case No. 3:25-cv-01470*

|    |                                               |
|----|-----------------------------------------------|
| 1  | *Jane Doe LS 553, Case No. 3:25-cv-01493*     |
| 2  |                                               |
| 3  | *Jane Roe CL 109, Case No. 3:25-cv-01652*     |
| 4  |                                               |
| 5  | *Jane Roe CL 110, Case No. 3:25-cv-01653*     |
| 6  | *Jane Doe LS 554, Case No. 3:25-cv-01693*     |
| 7  |                                               |
| 8  | *Jane Roe CL 114, Case No. 3:25-cv-01942*     |
| 9  |                                               |
| 10 | *K.G., Case No. 3:25-cv-01962*                |
| 11 | *TA.W., Case No. 3:25-cv-01967*               |
| 12 |                                               |
| 13 | *Jane Roe CL 119, Case No. 3:25-cv-02133*     |
| 14 |                                               |
| 15 | *Jane Roe CL 122, Case No. 3:25-cv-02138*     |
| 16 |                                               |
| 17 | *Jane Doe LS 580, Case No. 3:25-cv-02460*     |
| 18 | *Jane Roe CL 130, Case No. 3:25-cv-02742*     |
| 19 |                                               |
| 20 | *Jane Doe LS 582, Case No. 3:25-cv-02792*     |
| 21 |                                               |
| 22 | *Jane Doe LS 584, Case No. 3:25-cv-02806*     |
| 23 |                                               |
| 24 | *Jane Doe LS 589, Case No. 3:25-cv-03216*     |
| 25 | *Jane Doe LS 590, Case No. 3:25-cv-03217*     |
| 26 |                                               |
| 27 | *Jane Roe CL 139, Case No. 3:25-cv-03255*     |
| 28 |                                               |

DECL. OF MICHAEL B. SHORTNACY IDENTIFYING CASES ELIGIBLE FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO THE COURT'S PRIOR ORDERS ON UBER'S MOTIONS TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDERS                              Case No. 3:23-md-03084-CRB

1  *Jane Doe LS 592, Case No. 3:25-cv-03266*

2

3  *Jane Doe LS 593, Case No. 3:25-cv-03269*

4  *Jane Doe LS 594, Case No. 3:25-cv-03274*

5

6  *T.G., Case No. 3:25-cv-03621*

7

8  *Jane Roe CL 125, Case No. 3:25-cv-02233*

9

10  *Jane Roe CL 128, Case No. 3:25-cv-02497*

11  *L.L., Case No. 3:25-cv-03742*

12

13  *Roe CL 148, Case No. 3:25-cv-03812*

14

15  *Roe CL 147, Case No. 3:25-cv-03811*

16

17  *Jane Roe CL 151, Case No. 3:25-cv-03816*

18  *Jane Doe CL 156, Case No. 3:25-cv-03944*

19

20  *Jane Roe CL 158, Case No. 3:25-cv-04038*

21

22  *Jane Roe CL 163, Case No. 3:25-cv-04386*

23  *T.S., Case No. 3:24-cv-00635*

24

25  *C.B., Case No. 3:25-cv-01961*

26

27  *Jane Doe LS 597, Case No. 3:25-cv-04070*

28

|    |                                            |
|----|--------------------------------------------|
| 1  | *Jane Doe LS 598, Case No. 3:25-cv-04071*  |
| 2  |                                            |
| 3  | *Jane Roe CI 165, Case No. 3:25-cv-04589*  |
| 4  | *Jane Roe CI 166, Case No. 3:25-cv-04591*  |
| 5  |                                            |
| 6  | *T.T., Case No. 3:25-cv-04647*             |
| 7  |                                            |
| 8  | *Jane Doe LS 601, Case No. 3:25-cv-04699*  |
| 9  |                                            |
| 10 | *Jane Roe CL 17, Case No. 3:24-cv-04915*   |
| 11 | *Jane Roe CL 38, Case No. 3:24-cv-05729*   |
| 12 |                                            |
| 13 | *Jane Roe CL 67, Case No. 3:24-cv-06191*   |
| 14 |                                            |
| 15 | *L.G., Case No. 3:24-cv-09036*             |
| 16 |                                            |
| 17 | *Jane Roe CL 101, Case No. 3:25-cv-01118*  |
| 18 | *Jane Roe CL 126, Case No. 3:25-cv-02495*  |
| 19 |                                            |
| 20 | *Jane Roe CL 164, Case No. 3:25-cv-04587*  |
| 21 |                                            |
| 22 | *Jane Doe LS 608, Case No. 3:25-cv-05312*  |
| 23 | *Jane Doe LS 609, Case No. 3:25-cv-05328*  |
| 24 |                                            |
| 25 | *Jane Doe LS 610, Case No. 3:25-cv-05374*  |
| 26 |                                            |
| 27 | *Jane Roe CL 78, Case No. 3:25-cv-05537*   |
| 28 |                                            |

DECL. OF MICHAEL B. SHORTNACY IDENTIFYING CASES ELIGIBLE FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO THE COURT'S PRIOR ORDERS ON UBER'S MOTIONS TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDERS                     Case No. 3:23-md-03084-CRB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Jane Roe CL 79, Case No. 3:25-cv-05538*

*Jane Roe CL 182, Case No. 3:25-cv-05628*

*Jane Roe CL 181, Case No. 3:25-cv-05633*

*Jane Roe CL 183, Case No. 3:25-cv-05733*

*Jane Doe LS 615, Case No. 3:25-cv-05887*

*Jane Roe CL 186, Case No. 3:25-cv-06086*

*Jane Doe NLG (M.E.), Case No. 3:25-cv-06480*

*Jane Doe LS 37, Case No. 3:23-cv-04393-CRB*

*Jane Doe LS 244, Case No. 3:23-cv-05372-CRB*

*WHB 1027, Case No. 3:24-cv-04820-CRB*

*WHB 928, Case No. 3:24-cv-04825-CRB*

*WHB 511, Case No. 3:24-cv-04842-CRB*

*WHB 1023, Case No. 3:24-cv-04877-CRB*

*WHB 1293, Case No. 3:24-cv-04817-CRB*

*WHB 1590, Case No. 3:24-cv-04946-CRB*

*WHB 689, Case No. 3:24-cv-04965-CRB*

DECL. OF MICHAEL B. SHORTNACY IDENTIFYING CASES ELIGIBLE FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO THE COURT'S PRIOR ORDERS ON UBER'S MOTIONS TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDERS    Case No. 3:23-md-03084-CRB

*WHB 1497, Case No. 3:24-cv-04891-CRB*

*WHB 1619, Case No. 3:24-cv-04961-CRB*

*WHB 676, Case No. 3:24-cv-05024-CRB*

*WHB 666, Case No. 3:24-cv-05127-CRB*

*WHB 703, Case No. 3:24-cv-05361-CRB*

*WHB 1272, Case No. 3:24-cv-05366-CRB*

*A.T. (2), Case No. 3:24-cv-05592-CRB*

*WHB 1661, Case No. 3:24-cv-05468-CRB*

*WHB 1043, Case No. 3:24-cv-05501-CRB*

*WHB 1414, Case No. 3:24-cv-05495-CRB*

*WHB 1468, Case No. 3:24-cv-05500-CRB*

*WHB 1677, Case No. 3:24-cv-05556-CRB*

*WHB 935, Case No. 3:24-cv-05776-CRB*

*WHB 1659, Case No. 3:24-cv-05565-CRB*

*WHB 1381, Case No. 3:24-cv-05603-CRB*

*WHB 1544, Case No. 3:24-cv-05622-CRB*

| | |
|---|---|
| 1 | *H.L., Case No. 3:24-cv-04526-CRB* |
| 2 | |
| 3 | *WHB 1552, Case No. 3:24-cv-05599-CRB* |
| 4 | *WHB 1348, Case No. 3:24-cv-05669-CRB* |
| 5 | |
| 6 | *WHB 1611, Case No. 3:24-cv-05665-CRB* |
| 7 | |
| 8 | *WHB 1556, Case No. 3:24-cv-05986-CRB* |
| 9 | |
| 10 | *WHB 946, Case No. 3:24-cv-05698-CRB* |
| 11 | *WHB 1142, Case No. 3:24-cv-05712-CRB* |
| 12 | |
| 13 | *WHB 1057, Case No. 3:24-cv-05715-CRB* |
| 14 | |
| 15 | *WHB 871, Case No. 3:24-cv-05770-CRB* |
| 16 | *WHB 991, Case No. 3:24-cv-05959-CRB* |
| 17 | |
| 18 | *WHB 884, Case No. 3:24-cv-05948-CRB* |
| 19 | |
| 20 | *Jane Doe LS 303, Case No. 3:24-cv-05980-CRB* |
| 21 | *Jane Doe LS 248, Case No. 3:24-cv-05647-CRB* |
| 22 | |
| 23 | *Jane Doe LS 514, Case No. 3:24-cv-05658-CRB* |
| 24 | |
| 25 | *Jane Doe LS 153, Case No. 3:24-cv-06011-CRB* |
| 26 | |
| 27 | *Jane Doe LS 494, Case No. 3:24-cv-05547-CRB* |
| 28 | |

DECL. OF MICHAEL B. SHORTNACY IDENTIFYING CASES ELIGIBLE FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO THE COURT'S PRIOR ORDERS ON UBER'S MOTIONS TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDERS       Case No. 3:23-md-03084-CRB

| | |
|---|---|
| 1 | *Jane Doe LS 233*, Case No. 3:24-cv-06030-CRB |
| 2 | |
| 3 | *Jane Doe LS 207*, Case No. 3:24-cv-05965-CRB |
| 4 | *Jane Doe LS 125*, Case No. 3:24-cv-05982-CRB |
| 5 | |
| 6 | *Jane Doe LS 363*, Case No. 3:24-cv-05891-CRB |
| 7 | |
| 8 | *Jane Doe LS 523*, Case No. 3:24-cv-05155-CRB |
| 9 | |
| 10 | *Jane Roe CL 73*, Case No. 3:24-cv-07030-CRB |
| 11 | *WHB 1999*, Case No. 3:24-cv-07048-CRB |
| 12 | |
| 13 | *D.C. 2636*, Case No. 3:24-cv-09367-CRB |
| 14 | |
| 15 | *B.B.*, Case No. 3:24-cv-07492-CRB |
| 16 | *A.A. (3)*, Case No. 3:24-cv-07549-CRB |
| 17 | |
| 18 | *Jane Doe NLG (H.K.)*, Case No. 3:24-cv-08614-CRB |
| 19 | |
| 20 | *C.B.*, Case No. 3:24-cv-09049-CRB |
| 21 | *D.J. (2)*, Case No. 3:24-cv-09050-CRB |
| 22 | |
| 23 | *Jane Doe 691535*, Case No. 3:24-cv-09523-CRB |
| 24 | |
| 25 | *Jane Doe 693827*, Case No. 3:24-cv-09515-CRB |
| 26 | |
| 27 | *I.A. (2)*, Case No. 3:25-cv-00822-CRB |
| 28 | |

DECL. OF MICHAEL B. SHORTNACY IDENTIFYING CASES ELIGIBLE FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO THE COURT'S PRIOR ORDERS ON UBER'S MOTIONS TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDERS          Case No. 3:23-md-03084-CRB

*L.F. (4), Case No. 3:25-cv-01005-CRB*

*WHB 2060, Case No. 3:25-cv-01092-CRB*

*WHB 2061, Case No. 3:25-cv-01095-CRB*

*WHB 2070, Case No. 3:25-cv-01126-CRB*

*WHB 2073, Case No. 3:25-cv-01143-CRB*

*WHB 2075, Case No. 3:25-cv-01148-CRB*

*WHB 2077, Case No. 3:25-cv-01150-CRB*

*WHB 2036, Case No. 3:25-cv-01180-CRB*

*WHB 2039, Case No. 3:25-cv-01202-CRB*

*WHB 2043, Case No. 3:25-cv-01207-CRB*

*WHB 2047, Case No. 3:25-cv-01215-CRB*

*WHB 2048, Case No. 3:25-cv-01216-CRB*

*WHB 2049, Case No. 3:25-cv-01218-CRB*

*WHB 2051, Case No. 3:25-cv-01226-CRB*

*WHB 2054, Case No. 3:25-cv-01244-CRB*

*WHB 2057, Case No. 3:25-cv-01249-CRB*

1  *WHB 2059, Case No. 3:25-cv-01255-CRB*

2  *K.B. (4), Case No. 3:25-cv-02650-CRB*

3

4  *Jane Doe NLG (KS) (2), Case No. 3:25-cv-02616-CRB*

5

6  *Jane Doe NLG (IM), Case No. 3:25-cv-02771-CRB*

7

8  *Jane Roe CL 143, Case No. 3:25-cv-03260-CRB*

9

10  *J.M. (5), Case No. 3:25-cv-03364-CRB*

11  *Roe CL 153, Case No. 3:25-cv-03818-CRB*

12

13  *M.S. (5), Case No. 3:25-cv-01863-CRB*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF MICHAEL B. SHORTNACY IDENTIFYING CASES ELIGIBLE FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO THE COURT'S PRIOR ORDERS ON UBER'S MOTIONS TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDERS              Case No. 3:23-md-03084-CRB

**DECLARATION OF MICHAEL B. SHORTNACY**

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Los Angeles, California. I respectfully submit this declaration collecting and identifying for the Court's reference the cases that are eligible for dismissal without prejudice pursuant to the Court's prior Orders [ECF No. 3666; ECF No. 3861; ECF No. 3862; ECF No. 3922; ECF No. 3921; ECF No. 4220; ECF No. 4221] on Uber's Motions to Dismiss Cases for Failure to Comply with Court Orders [ECF No. 3493; ECF No. 3677 ECF No. 3682; ECF No. 3731; ECF No. 3912; ECF No. 4026; ECF No. 4027].

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, (collectively, "Uber"). I am a member in good standing of the Bar of the State of California, the Bar of the State of New York, and the Bar of the District of Columbia. I know the following facts to be true based on my own personal knowledge, and if called to testify, I could competently do so.

3. Uber moved the Court to dismiss Plaintiffs' cases for failing to comply with Pre-trial Order ("PTO") 5 or PTO 10 on July 16, 2025, August 11, 2025, August 12, 2025, September 15, 2025, and September 26, 2025 (collectively, "Uber's Motions"). ECF No. 3493; ECF No. 3677; ECF No. 3682; ECF No. 3731; ECF No. 3912; ECF No. 4026; ECF No. 4027.

4. After considering each of Uber's Motions, the Court ordered that the Plaintiffs subject to each motion comply with their PTO 5 or PTO 10 obligations within 14 days of the entry of the Court's Order. ECF No. 3666; ECF No. 3861; ECF No. 3862; ECF No. 3921; ECF No. 3922; ECF No. 4220; ECF No. 4221.

5. The Court's Orders on Uber's Motions set out a process to identify the Plaintiffs who had failed to comply with their Court-ordered obligations, whereby Defendants submitted a declaration identifying those Plaintiffs who failed to comply. The Court's Orders also provided Plaintiffs who disagreed with their inclusion in Uber's declaration the opportunity to submit their own declaration to dispute the issue. The Court would then review the declarations and "dismiss without

DECL. OF MICHAEL B. SHORTNACY IDENTIFYING CASES ELIGIBLE FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO THE COURT'S PRIOR ORDERS ON UBER'S MOTIONS TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDERS

Case No. 3:23-md-03084-CRB

1  prejudice the claims of any Plaintiff who does not comply[.]" ECF No. 3666; ECF No. 3861; ECF No. 3862; ECF No. 3921; ECF No. 3922; ECF No. 4220; ECF No. 4221.

6. Uber filed declarations as contemplated by the process outlined in the Court's Orders identifying the Plaintiffs who failed to comply with each Order. ECF No. 3743; ECF No. 3988; ECF No. 3991; ECF No. 4072; ECF No. 4042; ECF No. 4375; ECF No. 4376. However, the Cout has yet to dismiss the Plaintiffs' cases identified in Uber's declarations.

7. There is still good cause to dismiss many of these Plaintiffs' cases now, because based on Counsel for Uber's review of submissions to MDL Centrality, as of December 10, 2025, many of the Plaintiffs previously identified in Uber's declarations have still yet to comply with their Court-ordered obligations.

8. For the Court's reference, counsel for Uber compiled a list of the Plaintiffs, identified in the table attached to this declaration as Exhibit A, meeting the following criteria. Specifically, those Plaintiffs who: (i) have not complied with their Court-ordered obligations, (ii) were previously identified in Uber's prior declarations made pursuant the Court's Orders on Uber's Motions for failing to comply their PTO 5 or PTO 10 obligations, and (iii) were not previously the subject of any prior declaration by counsel for Plaintiffs made pursuant the Court's Orders on Uber's Motions for failing to comply their PTO 5 or PTO 10 obligations. Because the Plaintiffs identified in Exhibit A meet all the forgoing criteria, these Plaintiffs' cases are now ripe for immediate dismissal, without prejudice, pursuant to the Court's prior Orders.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2025, in Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　/s/Michael B. Shortnacy
　　　　　　　　　　　　　　　　　　　　Michael B. Shortnacy