# EXHIBIT A

Exhibit A - Declaration of Michael B. Shortnacy Identifying Cases Eligible for Dismissal Without Prejudice Pursuant to the Court's Orders on Uber's Motions to Dismiss Cases for Failure to Comply with Court Orders

| MDLC ID | Plaintiff Pseudonym | Case Number | Plaintiff Firm | Order(s) on Uber's MTD that Plaintiff is Subject (ECF #) | Uncured Deficiency/Delinquency |
|---|---|---|---|---|---|
| 1179 | Jane Doe LS 98 | 3:23-cv-05412 | Levin Simes | 3666 | Delinquent PFS |
| 1180 | Jane Doe LS 326 | 3:23-cv-05415 | Levin Simes | 3666 | Delinquent PFS |
| 1199 | Jane Doe LS 245 | 3:23-cv-05944 | Levin Simes | 3666 | Delinquent PFS |
| 3501 | D.P. | 3:24-cv-04449 | Meyer Wilson | 3666; 3862 | Delinquent PFS; Delinquent Ride |
| 1778 | Jane Roe CL 16 | 3:24-cv-04837 | Cutter Law | 3666 | Delinquent PFS |
| 2082 | Jane Roe CL 24 | 3:24-cv-05536 | Cutter Law | 3666 | Delinquent PFS |
| 2093 | Jane Roe CL 34 | 3:24-cv-05696 | Cutter Law | 3666 | Delinquent PFS |
| 2095 | Jane Roe CL 36 | 3:24-cv-05720 | Cutter Law | 3666 | Delinquent PFS |
| 2096 | Jane Roe CL 37 | 3:24-cv-05728 | Cutter Law | 3666; 3862 | Delinquent PFS; Delinquent Ride |
| 2103 | Jane Roe CL 42 | 3:24-cv-05740 | Cutter Law | 3666 | Delinquent PFS |
| 2104 | Jane Roe CL 43 | 3:24-cv-05741 | Cutter Law | 3666 | Delinquent PFS |
| 2110 | Jane Roe CL 48 | 3:24-cv-05810 | Cutter Law | 3666 | Delinquent PFS |
| 2115 | Jane Roe CL 53 | 3:24-cv-05831 | Cutter Law | 3666 | Delinquent PFS |
| 2305 | Jane Doe LS 268 | 3:24-cv-05910 | Levin Simes | 3666 | Delinquent PFS |
| 2492 | Jane Roe CL 65 | 3:24-cv-06189 | Cutter Law | 3666 | Delinquent PFS |
| 2600 | Jane Roe CL 71 | 3:24-cv-06864 | Cutter Law | 3666; 3862 | Delinquent PFS; Delinquent Ride |
| 2681 | Jane Roe CL 77 | 3:24-cv-07571 | Cutter Law | 3666; 3862 | Delinquent PFS; Delinquent Ride |
| 2682 | Jane Roe CL 78 | 3:24-cv-07584 | Cutter Law | 3666 | Delinquent PFS |
| 2683 | Jane Roe CL 79 | 3:24-cv-07587 | Cutter Law | 3666; 3862 | Delinquent PFS; Delinquent Ride |
| 2702 | Jane Roe CL 81 | 3:24-cv-08521 | Cutter Law | 3666; 3862 | Delinquent PFS; Delinquent Ride |

Exhibit A - Declaration of Michael B. Shortnacy Identifying Cases Eligible for Dismissal Without Prejudice Pursuant to the Court's Orders on Uber's Motions to Dismiss Cases for Failure to Comply with Court Orders

| MDLC ID | Plaintiff Pseudonym | Case Number | Plaintiff Firm | Order(s) on Uber's MTD that Plaintiff is Subject (ECF #) | Uncured Deficiency/Delinquency |
|---|---|---|---|---|---|
| 2704 | Jane Roe CL 83 | 3:24-cv-08525 | Cutter Law | 3666; 3862 | Delinquent PFS; Delinquent Ride |
| 2705 | Jane Roe CL 84 | 3:24-cv-08526 | Cutter Law | 3666 | Delinquent PFS |
| 2713 | Jane Roe CL 85 | 3:24-cv-08754 | Cutter Law | 3666 | Delinquent PFS |
| 2714 | Jane Roe CL 86 | 3:24-cv-08756 | Cutter Law | 3666 | Delinquent PFS |
| 2727 | K.J. | 3:24-cv-09059 | Wagstaff Law Firm | 3666 | Delinquent PFS |
| 2778 | Jane Roe CL 88 | 3:24-cv-09145 | Cutter Law | 3666; 3862 | Delinquent PFS; Delinquent Ride |
| 3471 | G.C. | 3:24-cv-09195 | Meyer Wilson | 3666; 3862 | Delinquent PFS; Delinquent Ride |
| 2755 | Jane Doe LS 547 | 3:24-cv-09208 | Levin Simes | 3666 | Delinquent PFS |
| 2756 | Jane Doe LS 548 | 3:24-cv-09211 | Levin Simes | 3666 | Delinquent PFS |
| 2781 | Jane Roe CL 91 | 3:24-cv-09235 | Cutter Law | 3666; 3862 | Delinquent PFS; Delinquent Ride |
| 2782 | Jane Roe CL 92 | 3:24-cv-09237 | Cutter Law | 3666; 3862 | Delinquent PFS; Delinquent Ride |
| 2830 | Jane Roe CL 98 | 3:25-cv-00853 | Cutter Law | 3666; 3862 | Delinquent PFS; Delinquent Ride |
| 2948 | Jane Roe CL 101 | 3:25-cv-01118 | Cutter Law | 3666 | Delinquent PFS |
| 2949 | Jane Roe CL 102 | 3:25-cv-01120 | Cutter Law | 3666; 3862 | Delinquent PFS; Delinquent Ride |
| 2925 | Jane Doe LS 550 | 3:25-cv-01327 | Levin Simes | 3666 | Delinquent PFS |
| 3250 | Jane Roe CL 107 | 3:25-cv-01470 | Cutter Law | 3666; 3862 | Delinquent PFS; Delinquent Ride |
| 2989 | Jane Doe LS 553 | 3:25-cv-01493 | Levin Simes | 3666 | Delinquent PFS |
| 3252 | Jane Roe CL 109 | 3:25-cv-01652 | Cutter Law | 3666; 3862 | Delinquent PFS; Delinquent Ride |
| 3253 | Jane Roe CL 110 | 3:25-cv-01653 | Cutter Law | 3666; 3862 | Delinquent PFS; Delinquent Ride |
| 2990 | Jane Doe LS 554 | 3:25-cv-01693 | Levin Simes | 3666 | Delinquent PFS |

Exhibit A - Declaration of Michael B. Shortnacy Identifying Cases Eligible for Dismissal Without Prejudice Pursuant to the Court's Orders on Uber's Motions to Dismiss Cases for Failure to Comply with Court Orders

| MDLC ID | Plaintiff Pseudonym | Case Number | Plaintiff Firm | Order(s) on Uber's MTD that Plaintiff is Subject (ECF #) | Uncured Deficiency/Delinquency |
|---|---|---|---|---|---|
| 3257 | Jane Roe CL 114 | 3:25-cv-01942 | Cutter Law | 3666; 3862 | Delinquent PFS; Delinquent Ride |
| 3063 | K.G. | 3:25-cv-01962 | Wagstaff Law Firm | 3666 | Delinquent PFS |
| 3065 | TA.W. | 3:25-cv-01967 | Wagstaff Law Firm | 3666 | Delinquent PFS |
| 3262 | Jane Roe CL 119 | 3:25-cv-02133 | Cutter Law | 3666; 3862 | Delinquent PFS; Delinquent Ride |
| 3265 | Jane Roe CL 122 | 3:25-cv-02138 | Cutter Law | 3666; 3862 | Delinquent PFS; Delinquent Ride |
| 3087 | Jane Doe LS 580 | 3:25-cv-02460 | Levin Simes | 3666 | Delinquent PFS |
| 3273 | Jane Roe CL 130 | 3:25-cv-02742 | Cutter Law | 3666 | Delinquent PFS |
| 3178 | Jane Doe LS 582 | 3:25-cv-02792 | Levin Simes | 3666 | Delinquent PFS |
| 3176 | Jane Doe LS 584 | 3:25-cv-02806 | Levin Simes | 3666 | Delinquent PFS |
| 3239 | Jane Doe LS 589 | 3:25-cv-03216 | Levin Simes | 3666 | Delinquent PFS |
| 3240 | Jane Doe LS 590 | 3:25-cv-03217 | Levin Simes | 3666 | Delinquent PFS |
| 3282 | Jane Roe CL 139 | 3:25-cv-03255 | Cutter Law | 3666; 3862 | Delinquent PFS; Delinquent Ride |
| 3242 | Jane Doe LS 592 | 3:25-cv-03266 | Levin Simes | 3666 | Delinquent PFS |
| 3243 | Jane Doe LS 593 | 3:25-cv-03269 | Levin Simes | 3666 | Delinquent PFS |
| 3244 | Jane Doe LS 594 | 3:25-cv-03274 | Levin Simes | 3666 | Delinquent PFS |
| 3324 | T.G. | 3:25-cv-03621 | Wagstaff Law Firm | 3666 | Delinquent PFS |
| 3268 | Jane Roe CL 125 | 3:25-cv-02233 | Cutter Law | 3861 | Delinquent PFS |
| 3271 | Jane Roe CL 128 | 3:25-cv-02497 | Cutter Law | 3861 | Delinquent PFS |
| 3607 | L.L. | 3:25-cv-03742 | Meyer Wilson; | 3861 | Delinquent PFS |
| 3438 | Roe CL 148 | 3:25-cv-03812 | Cutter Law | 3861; 3862 | Delinquent PFS; Delinquent Ride |

Exhibit A - Declaration of Michael B. Shortnacy Identifying Cases Eligible for Dismissal Without Prejudice Pursuant to the Court's Orders on Uber's Motions to Dismiss Cases for Failure to Comply with Court Orders

| MDLC ID | Plaintiff Pseudonym | Case Number | Plaintiff Firm | Order(s) on Uber's MTD that Plaintiff is Subject (ECF #) | Uncured Deficiency/Delinquency |
|---|---|---|---|---|---|
| 3437 | Roe CL 147 | 3:25-cv-03811 | Cutter Law | 3861; 3862 | Delinquent PFS; Delinquent Ride |
| 3441 | Jane Roe CL 151 | 3:25-cv-03816 | Cutter Law | 3861; 3862 | Delinquent PFS; Delinquent Ride |
| 3446 | Jane Doe CL 156 | 3:25-cv-03944 | Cutter Law | 3861 | Delinquent PFS |
| 3448 | Jane Roe CL 158 | 3:25-cv-04038 | Cutter Law | 3861; 3862 | Delinquent PFS; Delinquent Ride |
| 3453 | Jane Roe CL 163 | 3:25-cv-04386 | Cutter Law | 3861 | Delinquent PFS |
| 1211 | T.S. | 3:24-cv-00635 | Pro Se | 3861 | Delinquent PFS |
| 3912 | C.B. | 3:25-cv-01961 | Pro Se (formerly | 3861 | Delinquent PFS |
| 3379 | Jane Doe LS 597 | 3:25-cv-04070 | Levin Simes LLP | 3861 | Delinquent PFS |
| 3380 | Jane Doe LS 598 | 3:25-cv-04071 | Levin Simes LLP | 3861 | Delinquent PFS |
| 3545 | Jane Roe CI 165 | 3:25-cv-04589 | Cutter Law | 3861; 3862 | Delinquent PFS; Delinquent Ride |
| 3546 | Jane Roe CI 166 | 3:25-cv-04591 | Cutter Law | 3861; 3862 | Delinquent PFS; Delinquent Ride |
| 3482 | T.T. | 3:25-cv-04647 | Wagstaff Law Firm | 3861 | Delinquent PFS |
| 3512 | Jane Doe LS 601 | 3:25-cv-04699 | Levin Simes LLP | 3861 | Delinquent PFS |
| 1779 | Jane Roe CL 17 | 3:24-cv-04915 | Cutter Law | 3862 | Delinquent Ride |
| 2098 | Jane Roe CL 38 | 3:24-cv-05729 | Cutter Law | 3862 | Delinquent Ride |
| 2494 | Jane Roe CL 67 | 3:24-cv-06191 | Cutter Law | 3862 | Delinquent Ride |
| 2771 | L.G. | 3:24-cv-09036 | Pro se | 3862 | Delinquent Ride |
| 2948 | Jane Roe CL 101 | 3:25-cv-01118 | Cutter Law | 3862 | Delinquent Ride |
| 3269 | Jane Roe CL 126 | 3:25-cv-02495 | Cutter Law | 3862 | Delinquent Ride |
| 3544 | Jane Roe CL 164 | 3:25-cv-04587 | Cutter Law | 3862 | Delinquent Ride |

Exhibit A - Declaration of Michael B. Shortnacy Identifying Cases Eligible for Dismissal Without Prejudice Pursuant to the Court's Orders on Uber's Motions to Dismiss Cases for Failure to Comply with Court Orders

| MDLC ID | Plaintiff Pseudonym | Case Number | Plaintiff Firm | Order(s) on Uber's MTD that Plaintiff is Subject (ECF #) | Uncured Deficiency/Delinquency |
|---|---|---|---|---|---|
| 3639 | Jane Doe LS 608 | 3:25-cv-05312 | Levin Simes, LLP | 3921 | Delinquent PFS |
| 3640 | Jane Doe LS 609 | 3:25-cv-05328 | Levin Simes, LLP | 3921 | Delinquent PFS |
| 3641 | Jane Doe LS 610 | 3:25-cv-05374 | Levin Simes, LLP | 3921 | Delinquent PFS |
| 3678 | Jane Roe CL 78 | 3:25-cv-05537 | Cutter Law PC | 3921; 4221 | Delinquent PFS; Delinquent Ride |
| 3679 | Jane Roe CL 79 | 3:25-cv-05538 | Cutter Law PC | 3921; 4221 | Delinquent PFS; Delinquent Ride |
| 3883 | Jane Roe CL 182 | 3:25-cv-05628 | Cutter Law PC | 3921; 4221 | Delinquent PFS; Delinquent Ride |
| 3884 | Jane Roe CL 181 | 3:25-cv-05633 | Cutter Law PC | 3921; 4221 | Delinquent PFS; Delinquent Ride |
| 3885 | Jane Roe CL 183 | 3:25-cv-05733 | Cutter Law PC | 4220 | Delinquent PFS |
| 3760 | Jane Doe LS 615 | 3:25-cv-05887 | Levin Simes, LLP | 4220 | Delinquent PFS |
| 3889 | Jane Roe CL 186 | 3:25-cv-06086 | Cutter Law PC | 4220 | Delinquent PFS |
| 3855 | Jane Doe NLG (M.E.) | 3:25-cv-06480 | Nachawati Law Group | 4221 | Delinquent Ride |
| 1141 | Jane Doe LS 37 | 3:23-cv-04393-CRB | Levin Simes, LLP | 3922 | Materially Deficient PFS - Missing Release (Exhibit B) |
| 1171 | Jane Doe LS 244 | 3:23-cv-05372-CRB | Levin Simes, LLP | 3922 | Materially Deficient PFS - Missing release (Exhibit B & C) |
| 1533 | WHB 1027 | 3:24-cv-04820-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Release (Exhibit A); Missing Verification |
| 1535 | WHB 928 | 3:24-cv-04825-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 1551 | WHB 511 | 3:24-cv-04842-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Release (Exhibit B); Missing Verification |
| 1563 | WHB 1023 | 3:24-cv-04877-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 1593 | WHB 1293 | 3:24-cv-04817-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Release (Exhibit A) |
| 1607 | WHB 1590 | 3:24-cv-04946-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Production (15.a.) |
| 1631 | WHB 689 | 3:24-cv-04965-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |

Exhibit A - Declaration of Michael B. Shortnacy Identifying Cases Eligible for Dismissal Without Prejudice Pursuant to the Court's Orders on Uber's Motions to Dismiss Cases for Failure to Comply with Court Orders

| MDLC ID | Plaintiff Pseudonym | Case Number | Plaintiff Firm | Order(s) on Uber's MTD that Plaintiff is Subject (ECF #) | Uncured Deficiency/Delinquency |
|---|---|---|---|---|---|
| 1632 | WHB 1497 | 3:24-cv-04891-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Release (Exhibit A); Missing Verification |
| 1690 | WHB 1619 | 3:24-cv-04961-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 1734 | WHB 676 | 3:24-cv-05024-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 1788 | WHB 666 | 3:24-cv-05127-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 1925 | WHB 703 | 3:24-cv-05361-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 1926 | WHB 1272 | 3:24-cv-05366-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 1927 | A.T. (2) | 3:24-cv-05592-CRB | Peiffer Wolf Carr Kane | 3922 | Materially Deficient PFS - Missing Release (Exhibit B); Missing Verification |
| 1948 | WHB 1661 | 3:24-cv-05468-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 1972 | WHB 1043 | 3:24-cv-05501-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 1988 | WHB 1414 | 3:24-cv-05495-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 1989 | WHB 1468 | 3:24-cv-05500-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 2057 | WHB 1677 | 3:24-cv-05556-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 2065 | WHB 935 | 3:24-cv-05776-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 2070 | WHB 1659 | 3:24-cv-05565-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 2133 | WHB 1381 | 3:24-cv-05603-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 2146 | WHB 1544 | 3:24-cv-05622-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 2149 | H.L. | 3:24-cv-04526-CRB | Peiffer Wolf Carr Kane | 3922 | Materially Deficient PFS - Missing release (Exhibit A & B); Missing Verification |
| 2158 | WHB 1552 | 3:24-cv-05599-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Release (Exhibit B); Missing Verification |
| 2174 | WHB 1348 | 3:24-cv-05669-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 2176 | WHB 1611 | 3:24-cv-05665-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |

Exhibit A - Declaration of Michael B. Shortnacy Identifying Cases Eligible for Dismissal Without Prejudice Pursuant to the Court's Orders on Uber's Motions to Dismiss Cases for Failure to Comply with Court Orders

| MDLC ID | Plaintiff Pseudonym | Case Number | Plaintiff Firm | Order(s) on Uber's MTD that Plaintiff is Subject (ECF #) | Uncured Deficiency/Delinquency |
|---|---|---|---|---|---|
| 2180 | WHB 1556 | 3:24-cv-05986-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Release (Exhibit B); Missing Verification |
| 2184 | WHB 946 | 3:24-cv-05698-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Release (Exhibit B); Missing Verification |
| 2187 | WHB 1142 | 3:24-cv-05712-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 2189 | WHB 1057 | 3:24-cv-05715-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Release (Exhibit C); Missing Verification |
| 2196 | WHB 871 | 3:24-cv-05770-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 2206 | WHB 991 | 3:24-cv-05959-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 2207 | WHB 884 | 3:24-cv-05948-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Release (Exhibit C) |
| 2279 | Jane Doe LS 303 | 3:24-cv-05980-CRB | Levin Simes, LLP | 3922 | Materially Deficient PFS - Missing Release (Exhibit C) |
| 2331 | Jane Doe LS 248 | 3:24-cv-05647-CRB | Levin Simes, LLP | 3922 | Materially Deficient PFS - Missing Release (Exhibit C) |
| 2335 | Jane Doe LS 514 | 3:24-cv-05658-CRB | Levin Simes, LLP | 3922 | Materially Deficient PFS - Missing Production (19.a.) |
| 2351 | Jane Doe LS 153 | 3:24-cv-06011-CRB | Levin Simes, LLP | 3922 | Materially Deficient PFS - Missing Release (Exhibit C) |
| 2365 | Jane Doe LS 494 | 3:24-cv-05547-CRB | Levin Simes, LLP | 3922 | Materially Deficient PFS - Missing Production (15.a.) |
| 2403 | Jane Doe LS 233 | 3:24-cv-06030-CRB | Levin Simes, LLP | 3922 | Materially Deficient PFS - Missing Production (19.a.) |
| 2408 | Jane Doe LS 207 | 3:24-cv-05965-CRB | Levin Simes, LLP | 3922 | Materially Deficient PFS - Missing Production (19.a.) |
| 2489 | Jane Doe LS 125 | 3:24-cv-05982-CRB | Levin Simes, LLP | 3922 | Materially Deficient PFS - Missing Release (Exhibit A) |
| 2495 | Jane Doe LS 363 | 3:24-cv-05891-CRB | Levin Simes, LLP | 3922 | Materially Deficient PFS - Missing Release (Exhibit A) |
| 2508 | Jane Doe LS 523 | 3:24-cv-05155-CRB | Levin Simes, LLP | 3922 | Materially Deficient PFS - Missing Production (15.a.) |
| 2602 | Jane Roe CL 73 | 3:24-cv-07030-CRB | Cutter Law PC | 3922 | Materially Deficient PFS - Missing Production (15.a.) |
| 2629 | WHB 1999 | 3:24-cv-07048-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 2636 | D.C. 2636 | 3:24-cv-09367-CRB | Cohen Hirsch, LP | 3922 | Materially Deficient PFS - Missing Verification |

Exhibit A - Declaration of Michael B. Shortnacy Identifying Cases Eligible for Dismissal Without Prejudice Pursuant to the Court's Orders on Uber's Motions to Dismiss Cases for Failure to Comply with Court Orders

| MDLC ID | Plaintiff Pseudonym | Case Number | Plaintiff Firm | Order(s) on Uber's MTD that Plaintiff is Subject (ECF #) | Uncured Deficiency/Delinquency |
|---|---|---|---|---|---|
| 2643 | B.B. | 3:24-cv-07492-CRB | Pulaski Law Firm, PLLC | 3922 | Materially Deficient PFS - Missing Verification |
| 2644 | A.A. (3) | 3:24-cv-07549-CRB | Pulaski Law Firm, PLLC | 3922 | Materially Deficient PFS - Missing Verification |
| 2719 | Jane Doe NLG (H.K.) | 3:24-cv-08614-CRB | Nachawati Law Group | 3922 | Materially Deficient PFS - Missing Release (Exhibit B) |
| 2733 | C.B. | 3:24-cv-09049-CRB | Pro Se | 3922 | Materially Deficient PFS - Missing Release (Exhibit B); Missing Verification |
| 2734 | D.J. (2) | 3:24-cv-09050-CRB | Pro Se | 3922 | Materially Deficient PFS - Missing Release (Exhibit B); Missing Verification |
| 2773 | Jane Doe 691535 | 3:24-cv-09523-CRB | Kherkher Garcia | 3922 | Materially Deficient PFS - Missing Verification |
| 2774 | Jane Doe 693827 | 3:24-cv-09515-CRB | Kherkher Garcia | 3922 | Materially Deficient PFS - Missing Verification |
| 2836 | I.A. (2) | 3:25-cv-00822-CRB | Peiffer Wolf Carr Kane | 3922 | Materially Deficient PFS - Missing Verification |
| 2841 | L.F. (4) | 3:25-cv-01005-CRB | Peiffer Wolf Carr Kane | 3922 | Materially Deficient PFS - Missing Verification |
| 2850 | WHB 2060 | 3:25-cv-01092-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 2851 | WHB 2061 | 3:25-cv-01095-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 2861 | WHB 2070 | 3:25-cv-01126-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 2864 | WHB 2073 | 3:25-cv-01143-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 2866 | WHB 2075 | 3:25-cv-01148-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 2868 | WHB 2077 | 3:25-cv-01150-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 2878 | WHB 2036 | 3:25-cv-01180-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 2881 | WHB 2039 | 3:25-cv-01202-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Release (Exhibit B); Missing Verification |
| 2885 | WHB 2043 | 3:25-cv-01207-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 2891 | WHB 2047 | 3:25-cv-01215-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 2892 | WHB 2048 | 3:25-cv-01216-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |

Exhibit A - Declaration of Michael B. Shortnacy Identifying Cases Eligible for Dismissal Without Prejudice Pursuant to the Court's Orders on Uber's Motions to Dismiss Cases for Failure to Comply with Court Orders

| MDLC ID | Plaintiff Pseudonym | Case Number | Plaintiff Firm | Order(s) on Uber's MTD that Plaintiff is Subject (ECF #) | Uncured Deficiency/Delinquency |
|---|---|---|---|---|---|
| 2894 | WHB 2049 | 3:25-cv-01218-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 2896 | WHB 2051 | 3:25-cv-01226-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 2900 | WHB 2054 | 3:25-cv-01244-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Release (Exhibit C); Missing Verification |
| 2904 | WHB 2057 | 3:25-cv-01249-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Verification |
| 2906 | WHB 2059 | 3:25-cv-01255-CRB | Williams Hart | 3922 | Materially Deficient PFS - Missing Release (Exhibit C) |
| 3122 | K.B. (4) | 3:25-cv-02650-CRB | Peiffer Wolf Carr Kane | 3922 | Materially Deficient PFS - Missing Release (Exhibit B); Missing Verification |
| 3151 | Jane Doe NLG (KS) (2) | 3:25-cv-02616-CRB | Nachawati Law Group | 3922 | Materially Deficient PFS - Missing Verification |
| 3163 | Jane Doe NLG (IM) | 3:25-cv-02771-CRB | Nachawati Law Group | 3922 | Materially Deficient PFS - Missing Verification |
| 3286 | Jane Roe CL 143 | 3:25-cv-03260-CRB | Cutter Law PC | 3922 | Materially Deficient PFS - Missing Release (Exhibit A) |
| 3298 | J.M. (5) | 3:25-cv-03364-CRB | Peiffer Wolf Carr Kane | 3922 | Materially Deficient PFS - Missing Verification |
| 3443 | Roe CL 153 | 3:25-cv-03818-CRB | Cutter Law PC | 3922 | Materially Deficient PFS - Missing Release (Exhibit B) |
| 3472 | M.S. (5) | 3:25-cv-01863-CRB | Meyer Wilson | 3922 | Materially Deficient PFS - Missing Production (15.a.) |