Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF DEFENDANTS' REPLY SUPPORTING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

1
DECLARATION OF CHRISTOPHER V. COTTON ISO DEFENDANTS' REPLY SUPPORTING
MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE
ORDERS
Case No. 3:23-md-03084-CRB (LJC)

I, Christopher V. Cotton, state as follows:

1. I am an attorney at Shook, Hardy & Bacon L.L.P., counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" or "Defendants"). I offer this Declaration in the above-captioned matter in support of Uber's Reply supporting its Motion to Dismiss Cases for Failure to Comply with PTO 31 and Show-Cause Orders.

2. Attached as **Exhibit 1** is a table identifying the 27 plaintiffs the Court ordered to show cause for providing non-bona-fide receipts by October 17, 2025. *See* ECF 3876; ECF 3972; ECF 4120.

3. Attached as **Exhibit 2** is a table identifying 133 plaintiffs who, as of December 12, 2025, well beyond their respective response deadlines, have failed to respond to PTO 31 entirely. That is, these Plaintiffs have not submitted a ride receipt or a statement explaining their unsuccessful attempts to locate the receipt. These plaintiffs have not been dismissed pursuant to the Court's Order Regarding Defendants' Amended Motion to Dismiss Cases for Failure to Comply with PTO 10 (ECF 4442).

4. In total, Uber received only 21 PTO 31 responses from the 181 plaintiffs listed in its opening Motion as of December 12, 2025.

5. Attached as **Exhibit 3** is a true and correct copy of the fraudulent receipt provided by MDL ID 2812 in this litigation.

6. Attached as **Exhibit 4** is a true and correct copy of the fraudulent receipt provided by MDL ID 1914 in this litigation.

7. Attached as **Exhibit 5** is a true and correct copy of the fraudulent receipt provided by MDL ID 3425 in this litigation.

8. Attached as **Exhibit 6** is a compendium of information regarding the 27 plaintiffs that the Court found submitted non-bona-fide receipts in ECF 3876 and ECF 3972. This compendium includes the names of these 27 plaintiffs, their reported addresses, the fraudulent receipts each of them submitted,

Uber's Defense Fact Sheets for each plaintiff, and the declarations Uber submitted from FTI Consulting, Inc. in ECF 3604 and ECF 3784 detailing the evidence of fraud as to each plaintiff.

9.  Attached as **Exhibit 7** is a table identifying the 48 plaintiffs who were included in Uber's Motion to Dismiss Cases for Failure to Comply with PTO 31 and Show-Cause Orders for failure to provide a PTO 31 response, but who have (1) now provided a PTO 31 statement or ride receipt after the Court-ordered date; and/or (2) now claim a third party ordered the ride at issue; and/or (3) have already been dismissed pursuant to the Court's Order Regarding Defendants' Amended Motion to Dismiss Cases for Failure to Comply with PTO 10 (ECF 4442).

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  December 12, 2025                                Respectfully submitted,


By: */s/ Christopher V. Cotton*
Christopher V. Cotton (admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC