# C. Cotton Decl. Exhibit 1

**EXHIBIT 1**

| MDLC ID | Case Number |
|---|---|
| 1194 | 3:23-cv-05930 |
| 1199 | 3:23-cv-05944 |
| 1384 | 3:24-cv-03441 |
| 1507 | 3:24-cv-04363 |
| 1914 | 3:24-cv-05717 |
| 2103 | 3:24-cv-05740 |
| 2350 | 3:24-cv-05864 |
| 2642 | 3:24-cv-07491 |
| 2723 | 3:24-cv-08622 |
| 2734 | 3:24-cv-09050 |
| 2812 | 3:25-cv-00369 |
| 2918 | 3:25-cv-01079 |
| 2959 | 3:25-cv-01384 |
| 3038 | 3:25-cv-01999 |
| 3047 | 3:25-cv-02109 |
| 3048 | 3:25-cv-02111 |
| 3078 | 3:25-cv-02401 |
| 3125 | 3:25-cv-02678 |
| 3198 | 3:25-cv-02931 |
| 3286 | 3:25-cv-03260 |
| 3303 | 3:25-cv-03547 |
| 3422 | 3:25-cv-04414 |
| 3425 | 3:25-cv-04466 |
| 3510 | 3:25-cv-04802 |
| 3521 | 3:25-cv-04878 |
| 3659 | 3:25-cv-05474 |
| 3841 | 3:25-cv-06705 |