# C. Cotton Decl. Exhibit 3



**Ride Details**

**UberX ride**
**with** ██████████

Nov 07, 8:57 PM
$23.83 · Ford Fusion ██████████

🧾 **Receipt**

◆ ██████████          8:57 PM

■ ██████████          9:31 PM

↩ $3.7 Tip added

★ Rated 5 ★

🔒 **View what your driver sees**
After your ride, driver can't see
your pickup or dropoff address
details                              ＞