# C. Cotton Decl. Exhibit 4

← **Trip Details**

03/10/2017, 10:10 AM $23.00
Volkswagon Passat ▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇

Your trip with ▇▇▇▇

| Help | Receipt |

**UberX Receipt**

Trip Fare $20.74

Subtotal $20.74

Tolls, Surcharges, and Fees $2.26

Total $23.00

Cash $23.00
03/10/2017, 10:10 AM

FOR PRO OR ENTERPRISE MEMBERS ONLY