# C. Cotton Decl. Exhibit 5

# Uber

June 8, 2023

## Here's your receipt for your ride,

We hope you enjoyed your ride this afternoon.

| | |
|---|---|
| **Total** | **$14.99** |

| | |
|---|---|
| Trip fare | $13.25 |

| | |
|---|---|
| Subtotal | $13.25 |
| Marketplace Fee | $3.14 |
| Promotion | -$3.25 |
| Access for All Fee | $0.10 |
| CA Driver Benefits | $1.25 |

## Payments

| | | |
|---|---|---|
| Uber | Uber Cash<br>6/8/22 12:39 PM | $4.46 |
| VISA | Visa •••<br>6/9/23 2:12 AM | $10.53 |

Visit the trip page for more information, including invoices (where available)

You rode with
Issued on behalf

WAV   7.60 miles | 34 min

12:05 PM

12:39 PM

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.