# C. Cotton Decl. Exhibit 6 [FILED UNDER SEAL]