# C. Cotton Decl. Exhibit 7

# EXHIBIT 7

| MDLC ID | Case Number | Plaintiff Pseudonym | Plaintiff Firm |
|---|---|---|---|
| 1014 | 3:23-cv-05647 | Jane Roe CL 5 | Cutter Law PC |
| 1361 | 3:24-cv-00559 | T.W. | Nachawati Law Group |
| 1482 | 3:24-cv-04306 | Jane Doe (L.R.) | Nachawati Law Group |
| 1487 | 3:24-cv-04313 | Jane Doe (A.R.) | Nachawati Law Group |
| 1491 | 3:24-cv-04326 | Jane Doe (K.H.) | Nachawati Law Group |
| 1496 | 3:24-cv-04353 | Jane Doe (S.G.) | Nachawati Law Group |
| 1497 | 3:24-cv-04670 | B.T. | Nigh Goldenberg Raso & Vaughn |
| 1498 | 3:24-cv-04354 | Jane Doe (K.C.) | Nachawati Law Group |
| 1500 | 3:24-cv-04356 | Jane Doe (T.W.) | Nachawati Law Group |
| 1508 | 3:24-cv-04364 | Jane Doe (S.W.) | Nachawati Law Group |
| 1742 | 3:24-cv-04669 | S.K. | Nigh Goldenberg Raso & Vaughn |
| 1838 | 3:24-cv-05243 | WHB 504 | Williams Hart & Boundas, LLP |
| 1868 | 3:24-cv-05129 | WHB 1425 | Williams Hart & Boundas, LLP |
| 1885 | 3:24-cv-05275 | WHB 1549 | Williams Hart & Boundas, LLP |
| 1917 | 3:24-cv-05236 | WHB 428 | Williams Hart & Boundas, LLP |
| 1950 | 3:24-cv-05472 | WHB 1443 | Williams Hart & Boundas, LLP |
| 1968 | 3:24-cv-05574 | WHB 1613 | Williams Hart & Boundas, LLP |
| 2058 | 3:24-cv-05557 | WHB 1831 | Williams Hart & Boundas, LLP |
| 2061 | 3:24-cv-05568 | WHB 1860 | Williams Hart & Boundas, LLP |
| 2091 | 3:24-cv-05596 | Jane Roe CL 32 | Cutter Law PC |
| 2123 | 3:24-cv-05850 | CL 61 | Cutter Law PC |
| 2177 | 3:24-cv-05667 | WHB 1416 | Williams Hart & Boundas, LLP |
| 2196 | 3:24-cv-05770 | WHB 871 | Williams Hart & Boundas, LLP |

| MDLC ID | Case Number | Plaintiff Pseudonym | Plaintiff Firm |
|---|---|---|---|
| 2199 | 3:24-cv-05791 | WHB 1317 | Williams Hart & Boundas, LLP |
| 2221 | 3:24-cv-05110 | E.B. | Nachawati Law Group |
| 2225 | 3:24-cv-05121 | A.E. | Nachawati Law Group |
| 2227 | 3:24-cv-05169 | D.G. | Nachawati Law Group |
| 2235 | 3:24-cv-05710 | S.K. | Nachawati Law Group |
| 2257 | 3:24-cv-05947 | A.R. | Nachawati Law Group |
| 2259 | 3:24-cv-05964 | John Doe (C.S.) | Nachawati Law Group |
| 2261 | 3:24-cv-06073 | E.W. | Nachawati Law Group |
| 2371 | 3:24-cv-05941 | LS 421 | Levin Simes, LLP |
| 2491 | 3:24-cv-06188 | CL 64 | Cutter Law PC |
| 2783 | 3:24-cv-09549 | CL 93 | Cutter Law PC |
| 2898 | 3:25-cv-01229 | WHB 2052 | Williams Hart & Boundas, LLP |
| 2903 | 3:25-cv-01246 | WHB 2056 | Williams Hart & Boundas, LLP |
| 3020 | 3:25-cv-01729 | NLG (ZD) | Nachawati Law Group |
| 3201 | 3:25-cv-02706 | Jane Doe NLG (KM) | Nachawati Law Group |
| 3209 | 3:25-cv-02899 | NLG (BC) | Nachawati Law Group |
| 3456 | 3:25-cv-02956 | Jane Doe NLG (KM) | Nachawati Law Group |
| 3457 | 3:25-cv-02973 | Jane Doe NLG (SB) | Nachawati Law Group |
| 3543 | 3:25-cv-04979 | John Doe KGDG 020 | Kherkher Garcia |
| 3612 | 3:25-cv-05275 | P.L. 3612 | Cohen Hirsch, LP |
| 3645 | 3:25-cv-05163 | NGL (MH) | Nachawati Law Group |
| 3708 | 3:25-cv-05582 | KG 016 | Kherkher Garcia |
| 3732 | 3:25-cv-05776 | NLG (R.G.) | Nachawati Law Group |
| 3749 | 3:25-cv-05867 | NGL (NM) | Nachawati Law Group |

| MDLC ID | Case Number | Plaintiff Pseudonym | Plaintiff Firm |
|---|---|---|---|
| 3759 | 3:25-cv-05884 | LS 614 | Levin Simes, LLP |