Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL WAVE 1 BELLWETHER CASES | Case No. 3:23-md-03084-CRB (LJC)<br><br>STIPULATION REGARDING CERTAIN DOCUMENTS<br><br><br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6-17th Floor |

WHEREAS, on August 21, 2025, the MDL Plaintiffs deposed corporate representative Chad Dobbs on six specific deposition topics:

| Topic Number | Deposition Topic |
|---|---|
| 1 | Your strategy to increase the number of Riders and Rides for 2018 to present. |
| 2 | Your reasoning and basis for using an independent contractor model and |

| Topic Number | Deposition Topic |
|---|---|
|  | how use of that model affected sexual assault prevention. |
| 3 | All means You employ to incentivize Drivers, including incentives for Drivers to increase the total number of hours they drive, the times at which they drive, and the locations where they pick up Riders. |
| 4 | All means You employ to incentivize Your employees, managers, and agents to increase or maintain driver supply and/or driver supply hours, including but not limited to KPIs or similar metrics, compensation, incentive programs, quotas, rewards and equity. |
| 5 | All means You employ to incentivize Your employees, managers, and agents to increase or maintain driver supply and/or driver supply hours available during nights and weekends, including but not limited to KPIs or similar metrics, compensation, incentive programs, quotas, rewards and equity. |
| 8 | Uber's policies, practices, and procedures for recruiting Drivers in each of the Bellwether Regions. As part of this topic, the deponent(s) should be prepared to discuss: (a) incentives, campaigns, policies, or directives related to Driver recruitment in the two years prior to each time the Subject Drivers applied to drive with Uber; (b) incentives, campaigns, policies, or directives related to Driver Supply in the two years prior to each time the Subject Drivers applied to drive with Uber; (c) campaigns or Marketing targeted at the Bellwether Regions in the two years prior to each time the Subject Drivers applied to drive with Uber; (d) Uber's target quantity of Drivers for the Bellwether Regions in the two years prior to each time the Subject Drivers applied to drive with Uber. |

WHEREAS, after more than seven hours of time on the record with the witness, the Parties disagreed as to whether any additional time remained with the witness or whether time had run out;

WHEREAS, in an effort to avoid burdening the Court with this dispute, counsel agreed to meet and confer in an attempt to reach a Stipulation regarding the set of 18 documents not used during the deposition that counsel represented would be used with the witness absent the parties' dispute about time;

THEREFORE, as a result of these meet and confer efforts, Uber and Plaintiffs stipulate that 18 documents listed below are authentic, true, and correct records kept in Uber's ordinary course of business. The parties further stipulate that Plaintiffs' experts can consider these documents for their expert opinions, and that Uber will not object to the admission of these documents at trial on the ground that they were not put into evidence through a fact witness or 30(b)(6)

witness. Notwithstanding this Stipulation, Uber reserves all rights to object to the use of these documents at trial on all *other* grounds including but not limited to grounds of relevance and prejudice.

**DOCUMENTS SUBJECT TO THIS STIPULATION:**

| Document Number | Bates Number |
|---|---|
| 1 | UBER_JCCP_MDL_001534042 |
| 2 | UBER_JCCP_MDL_002331333 |
| 3 | UBER_JCCP_MDL_001534664 |
| 4 | UBER_JCCP_MDL_005052169 |
| 5 | UBER_JCCP_MDL_001144266 |
| 6 | UBER_JCCP_MDL_002063303 |
| 7 | UBER_JCCP_MDL_002315575 |
| 8 | UBER_JCCP_MDL_005613067 |
| 9 | UBER_JCCP_MDL_002315434 |
| 10 | UBER_JCCP_MDL_002315507 |
| 11 | UBER_JCCP_MDL_001641347 |
| 12 | UBER_JCCP_MDL_002394360 |
| 13 | UBER_JCCP_MDL_003732126 |
| 14 | UBER_JCCP_MDL_005020883 |
| 15 | UBER_JCCP_MDL_003768669 |
| 16 | UBER_JCCP_MDL_002416773 |
| 17 | UBER_JCCP_MDL_002252092 |
| 18 | UBER_JCCP_MDL_005534201 |

**IT IS SO STIPULATED.**

DATED: December 13, 2025

Respectfully submitted,

By: */s/ Rachel Abrams*
RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
PEIFFER WOLF CARR KANE CONWAY
 & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
         awolf@peifferwolf.com
         scraig@peifferwolf.com

ROOPAL P. LUHANA *(Pro Hac Vice)*
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

SARAH R. LONDON (SBN 267083)
ANDREW R. KAUFMAN (*Pro Hac Vice*)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
         akaufman@girardsharp.com

*Co-Lead Counsel for Plaintiffs*

Dated: December 13, 2025

KIRKLAND & ELLIS LLP

*/s/*     Laura Vartain
Jessica Davidson (*Admitted Pro Hac Vice*)
jessica.davidson@kirkland.com
601 Lexington Avenue New York, NY 10022
Telephone: (212) 446-4800

- 4 -

STIPULATION REGARDING CERTAIN
DOCUMENTS
CASE NO. 3:23-MD-03084-CRB

|   |   |
|---|---|
| 1 | |
| 2 | Allison M. Brown (*Admitted Pro Hac Vice*) |
|   | alli.brown@kirkland.com |
| 3 | 2005 Market Street, Suite 1000 |
|   | Philadelphia, PA 19103 |
| 4 | Telephone: (215) 268-5000 |
| 5 | Laura Vartain (SBN 258485) |
|   | laura.vartain@kirkland.com |
| 6 | 555 California Street |
| 7 | San Francisco, CA 94104 |
|   | Telephone: (415) 439-1400 |
| 8 | |
| 9 | *Attorneys for Defendants* |
|   | UBER TECHNOLOGIES, INC., |
| 10 | RASIER, LLC, and RASIER-CA, LLC |

- 5 -

STIPULATION REGARDING CERTAIN DOCUMENTS
CASE NO. 3:23-MD-03084-CRB

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: December 13, 2025

                                                        /s/ Alexandra Walsh
                                                        Alexandra Walsh

STIPULATION REGARDING CERTAIN DOCUMENTS
CASE NO. 3:23-MD-03084-CRB

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                Honorable Charles R. Breyer
United States District Judge