D. Douglas Grubbs (*Admitted PHV*)
Adam K. Pulaski (*Admitted PHV*)
**PULASKI KHERKHER, PLLC**
2925 Richmond Avenue, Ste 1725
Houston, TX 77098
Telephone: 713-664-4555
Facsimile: 713-664-7543
Email: dgrubbs@pulaskilawfirm.com
Email: adam@pulaskilawfirm.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*J.H. vs. Uber Technologies, Inc., et al;*<br>*3:25-cv-05342* | **NOTICE OF VOLUNTARY DISMISSAL** |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff J.H. and her counsel hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants.

Dated: December 15, 2025                                     Respectfully submitted,

                                                                                **PULASKI KHERKHER, PLLC**

                                                                                */s/ D. Douglas Grubbs*
                                                                                D. Douglas Grubbs (TX Bar No. 24065339)
                                                                                (*Admitted Pro Hac Vice*)
                                                                                2925 Richmond Avenue, Suite 1725
                                                                                Houston, Texas 77098
                                                                                Tel: 713-664-4555
                                                                                Facsimile: 713-664-7543
                                                                                dgrubbs@pulaskilawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2025, I electronically transmitted the foregoing NOTICE OF VOLUNTARY DISMISSAL to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. Additionally, the foregoing was served on Defendants' counsel via email at: ubermdlservice@listserv.shb.com.

/s/ D. Douglas Grubbs
D. Douglas Grubbs