|   |   |
|---|---|
| 1 | Roopal P. Luhana |
|   | **CHAFFIN LUHANA LLP** |
| 2 | 600 Third Avenue, Floor 12 |
|   | New York, NY 10016 |
| 3 | Telephone: (888) 480-1123 |
|   | luhana@chaffinluhana.com |
| 4 |   |
|   | Sarah R. London (SBN 267083) |
| 5 | **GIRARD SHARP LLP** |
|   | 601 California St., Suite 1400 |
| 6 | San Francisco, CA 94108 |
|   | Telephone: (415) 981-4800 |
| 7 | slondon@girardsharp.com |

<br>

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MOTIONS CONCERNING WITNESS AND EXHIBIT LISTS**<br><br>Judge: Honorable Charles R. Breyer<br>Date:   TBD<br>Time:  TBD<br>Ctrm.:  6-17th Floor |

WHEREAS, on December 12, 2025, Uber moved to strike Plaintiff's witness and exhibit lists [ECF 4659];

WHEREAS, on December 12, 2025, Uber moved to quash deposition notices of Gus Fuldner, Katy McDonald, and Sunny Wong [ECF 4653];

WHEREAS, on December 12, 2025, Plaintiff moved to preclude Uber from calling live

- 1 -   STIPULATION RE: WITNESS/EXHIBIT MOTIONS
CASE NO. 3:23-MD-03084-CRB

corporate witnesses at trial unless Uber agrees to produce Plaintiff's requested live corporate witnesses as well, and, regardless, to preclude live testimony from Todd Gaddis and Chad Dobbs [ECF 4654, 4656];

WHEREAS, the parties met and conferred and agreed that oppositions to the three motions will be due December 17, 2025.

The parties agree and respectfully request the Court order that opposition to the three motions identified above be filed by December 17, 2025. The parties further agree that no replies are necessary and that the Court can decide all motions with or without holding any hearing.

**IT IS SO STIPULATED.**

Dated: December 12, 2025

Respectfully submitted,

By: */s/ Sarah R. London*

SARAH R. LONDON (SBN 267083)
ANDREW R. KAUFMAN (*Pro Hac Vice*)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
          akaufman@girardsharp.com

RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
PEIFFER WOLF CARR KANE CONWAY
 & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
          awolf@peifferwolf.com
          scraig@peifferwolf.com

ROOPAL P. LUHANA *(Pro Hac Vice)*
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12
New York, NY 10016

- 2 -    STIPULATION RE: WITNESS/EXHIBIT MOTIONS
CASE NO. 3:23-MD-03084-CRB

|   |   |   |
|---|---|---|
| 1 | | Telephone: (888) 480-1123 |
|   | | Email: luhana@chaffinluhana.com |
| 2 | | |
|   | | *Co-Lead Counsel for Plaintiffs* |
| 3 | | |
| 4 | Dated:  December 12, 2025 | KIRKLAND & ELLIS LLP |
| 5 | | */s/ Laura Vartain*                                      |
| 6 | | |
|   | | Laura Vartain (SBN 258485) |
| 7 | | laura.vartain@kirkland.com |
|   | | 555 California Street |
| 8 | | San Francisco, CA 94104 |
|   | | Telephone: (415) 439-1400 |
| 9 | | |
| 10 | | Allison M. Brown (*Admitted Pro Hac Vice*) |
|   | | alli.brown@kirkland.com |
| 11 | | 2005 Market Street, Suite 1000 |
|   | | Philadelphia, PA 19103 |
| 12 | | Telephone: (215) 268-5000 |
| 13 | | |
|   | | *Attorneys for Defendants* |
| 14 | | UBER TECHNOLOGIES, INC., |
|   | | RASIER, LLC, and RASIER-CA, LLC |

### **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing.

Dated: December 12, 2025

/s/ Andrew R. Kaufman                       
Andrew R. Kaufman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 3:23-MD-03084-CRB (LJC)<br><br>[PROPOSED] ORDER SETTING DEADLINE TO OPPOSE MOTIONS REGARDING WITNESS AND EXHIBIT LISTS |

Having considered the parties' Stipulation, the Court orders as follows:

The parties will file oppositions to the motions filed at ECF 4653, 4654, and 4659 by December 17, 2025.

**IT IS SO ORDERED.**

Dated:  December 15, 2025

IT IS SO ORDERED
Judge Charles R. Breyer