UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>**This Document Relates to:**<br>3:24-cv-05167, 3:24-cv-05180; 3:24-cv-05185; 3:24-cv-05186; 3:24-cv-05188; 3:24-cv-05194; 3:24-cv-05199; 3:24-cv-05208; 3:24-cv-05213; 3:24-cv-05214; 3:24-cv-05276; 3:24-cv-05299; 3:24-cv-05313; 3:24-cv-05353; 3:24-cv-05359; 3:24-cv-05376; 3:24-cv-05378; 3:24-cv-05384; 3:24-cv-05389; 3:24-cv-05497; 3:24-cv-05505; 3:24-cv-05506; 3:24-cv-05510; 3:24-cv-07090; 3:24-cv-08458; 3:25-cv-00064; 3:25-cv-00667; 3:25-cv-00931; 3:25-cv-01274; 3:25-cv-01456; 3:25-cv-01458; 3:25-cv-01935; 3:25-cv-01939; 3:25-cv-02365; 3:25-cv-02479; 3:25-cv-02763; 3:25-cv-02765; 3:25-cv-03151; 3:25-cv-03311; 3:25-cv-03667; 3:25-cv-03674; 3:25-cv-04173; 3:25-cv-04180; 3:25-cv-04559; 3:25-cv-04567; 3:25-cv-05079; 3:25-cv-05086; 3:25-cv-05304 3:24-cv-05388; 3:24-cv-05295; 3:24-cv-05374; 3:25-cv-03456; 3:24-cv-05512; 3:24-cv-07068; 3:25-cv-05307; 3:24-cv-04699; 3:24-cv-05215; 3:24-cv-05396; 3:24-cv-05221; 3:24-cv-05247; 3:24-cv-07075; 3:24-cv-05255; 3:24-cv-05520; 3:24-cv-05266;<br><br>*And unfiled Estey & Bomberger cases subject to PTO 19* | MDL No. 3084 CRB<br><br>[PROPOSED] **ORDER RE *EX PARTE* APPLICATION FOR TEMPORARY EXCEPTION TO SECOND AMENDED PRETRIAL ORDER NO. 19 ESTABLISHING A COMMON BENEFIT FEE AND EXPENSE FUND** |

1

1  This matter comes before the Court on the *Ex Parte* Application of Estey & Bomberger LLP ("E&B") for Temporary Exception to Second Amended Pretrial Order No. 19 establishing a Common Benefit Fee and Expense Fund. The Court rules as follows:

1. E&B's *Ex Parte* Application is GRANTED.
2. The QSF administrator is authorized to release the settlement funds owed to the settling Plaintiffs represented by E&B pending establishment of the MDL Qualified Settlement Fund.
3. The applicable Common Benefit Assessments shall be held in escrow by the QSF administrator until the MDL QSF is established and shall be transferred immediately into the QSF upon creation.
4. This Order does not modify the Common Benefit Order except as expressly stated.

IT IS SO ORDERED this \_\_\_15th\_\_\_ day of \_\_\_December\_\_\_, 2025.



_____
HON. CHARLES R. BREYER
United States District Judge