1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | **DECLARATION OF MAYA R. KALONIA IN SUPPORT OF PLAINTIFF'S REPLY AND SUPPLEMENT TO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS TO DEFENDANTS' RULE 702 MOTIONS** |

I, Maya R. Kalonia, declare:

1. I am an attorney in the law firm of Girard Sharp, LLP, and counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein. I respectfully submit this declaration in support of Plaintiff's Reply and Supplement to Plaintiff's Administrative Motion to File Under Seal Portions of Defendants' 702 Motions.

2. I have reviewed Exhibit 4 to Defendants' Opposition to Plaintiff's Motion to Exclude Expert Testimony that was filed at ECF 4632-5.

3. Exhibit 4 includes the last names of Wave 1 Bellwether Plaintiffs B.L., LCHB128, A.R.2, and WHB 832.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2025 in Oakland, California.

                                    */s/ Maya R. Kalonia*
                                      Maya R. Kalonia

1

DECLARATION OF MAYA R. KALONIA ISO PLAINTIFF'S REPLY AND SUPPLEMENT TO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS TO DEFENDANTS' RULE 702 MOTIONS
Case No. 23-md-03084-CRB