1  Laura Vartain Horn (SBN 258485)
   **KIRKLAND & ELLIS LLP**
2  555 California Street, Suite 2700
   San Francisco, CA 94104
3  Telephone: (415) 439-1625
   laura.vartain@kirkland.com
4
   Jessica Davidson (Admitted *Pro Hac Vice*)
5  Christopher D. Cox (Admitted *Pro Hac Vice*)
   **KIRKLAND & ELLIS LLP**
6  601 Lexington Avenue
   New York, NY 10022
7  Telephone: (212) 446-4800
   jessica.davidson@kirkland.com
8  christopher.cox@kirkland.com

9  Allison M. Brown (Admitted *Pro Hac Vice*)
   **KIRKLAND & ELLIS LLP**
10 2005 Market Street, Suite 1000
   Philadelphia, PA 19103
11 Telephone: (215) 268-5000
   alli.brown@kirkland.com
12
   *Attorneys for Defendants*
13 UBER TECHNOLOGIES, INC., RASIER, LLC,
   And RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.,*<br>*No. 23-cv-06708* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DEFENDANT UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S [PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE REDACTED - FILED UNDER SEAL**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6 - 17th Floor |

1

[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE REDACTED - FILED UNDER SEAL

Case No. 3.23-md-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") December 15, 2025 Motion to Consider Whether Another Party's Material Should Be Redacted/Filed Under Seal, the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be redacted/sealed:

| Document | Description | Designating Party |
| --- | --- | --- |
| **Exhibit 2** to the Declaration of Laura Vartain Horn in Support of Uber's Motion to Strike Plaintiff's Witness and Exhibits Lists | Plaintiff's Witness List | Plaintiff |
| **Exhibit 3** to the Declaration of Laura Vartain Horn in Support of Uber's Motion to Strike Plaintiff's Witness and Exhibits Lists | Plaintiff's Initial Exhibit List | Plaintiff |

**IT IS SO ORDERED.**

DATED:_____  By:_____
            CHARLES R BREYER
            United States District Judge

2

[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE REDACTED - FILED UNDER SEAL

Case No. 3.23-md-03084-CRB (LJC)