# EXHIBIT 4

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.,* No. 3:23-cv-06708 | MDL No. 3084<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LCC, AND RASIER-CA, LLC'S AMENDED PROPOSED WITNESS LIST** |

Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Defendants") submit the following amended list of witnesses to testify at the trial of this matter:

Defendants will likely call the following expert witnesses at trial:

1. **Sarah Kauffman, M.D.**

Defendants expect Dr. Kauffman to testify consistent with her report and deposition concerning Dr. Mechanic's evaluation of Plaintiff.

2. **Jason Morris**

Defendants expect Mr. Morris to testify consistent with his reports and deposition concerning Uber's background check and process.

3. **Joseph Okpaku, J.D.**

Defendants expect Mr. Okpaku to testify consistent with his report and deposition concerning Uber's control over the conduct of third-party drivers; industry standards regarding safety in for-hire transportation; regulatory frameworks applicable to the rideshare industry, regulatory initiatives in response to the same; Uber's safety policies and practices; and the comparative safety of rideshares versus other forms of transportation.

4. **Eric L. Piza, Ph.D.**

Defendants expect Dr. Piza to testify consistent with his report and deposition concerning the deterrent effect of video surveillance technologies on criminal conduct, if any; including the likely deterrent impact, if any, of dashcams in rideshares like Uber.

5. **Victoria Stodden, Ph.D.**

Defendants expect Dr. Stodden to testify consistent with his report and deposition concerning Uber Safety Reports, statistical rate of sexual assault and/or misconduct that occurs during Uber rides; and comparative rates of sexual assault/misconduct in alternative transportation services and within the United States.

6. **Vida Thomas**

Defendants expect Ms. Thomas to testify consistent with her reports and depositions concerning human resources practices for investigating and responding to allegations of sexual assault and Uber's policies related to same.

7. **Christopher Wilson**

Defendants expect Mr. Wilson to testify consistent with his report and deposition concerning technical challenges to universal, mandatory implementation of a dashcam program or in-app video recording.

8. **Kristen M. Zgoba, Ph.D.,**

Defendants expect Dr. Zgoba to testify consistent with her report and deposition concerning rates of sexual assault and sexual misconduct and factors impacting those rates; Uber's Taxonomy; Uber's background checks; and limitations to predicting first time sexual offenders.

Defendants will likely call the following fact witnesses at trial:

1. **Michael Akamine (by deposition)**

Mr. Akamine will testify concerning Uber's efforts to reduce safety incidents on the Uber platform.

2. **Emilie Boman (live)**

Defendants expect Ms. Boman to testify concerning Uber's efforts to reduce sexual assault/sexual misconduct on the platform and its work with internal and external stakeholders regarding women's safety.

3. **Greg Brown (by deposition)**

Mr. Brown will testify about Hassan Turay's education and Uber's investigation into prior complaints related to Mr. Turay.

4. **Frank Chang (by deposition)**

Mr. Chang will testify about Uber's efforts to issue its Safety Reports and Uber's investment in safety.

5. **Heather Childs (live or by deposition)**

Defendants expect Ms. Childs to testify concerning Uber's Law Enforcement/Public Safety Response Team and other safety-related efforts.

6. **Chad Dobbs (live)**

Defendants expect Mr. Dobbs to testify concerning Uber's lack of control over third-party

independent drivers and Uber's independent contractor model.

7. **Todd Gaddis (live)**

Defendants expect Mr. Gaddis to testify consistent with his declaration concerning the absence of in-app audio recording on the subject trip, as well as Uber's Safety Reports and incident data.

8. **Elisa Gregg (by deposition)**

Ms. Gregg will testify about her knowledge of Plaintiff's background, mental health, and the events surrounding the alleged assault by Mr. Turay.

9. **Roger Kaiser (by deposition)**

Mr. Kaiser will testify about Uber's commitment to safety and work with law enforcement.

10. **Sachin Kansal (live)**

Defendants expect Mr. Kansal to testify concerning Uber's commitment to safety during his tenure at the company, including Uber's release of multiple safety features over time.

11. **Detective Oscar Lopez, Tempe Police Department (live)**

Detective Lopez was the lead investigator in Plaintiff's case and is expected to testify concerning his investigation into the alleged assault and various Tempe PD records.

12. **Scott McLaughlin (by deposition)**

Mr. McLaughlin will testify about his interactions with and observations of Plaintiff immediately prior to the subject ride and communications with Plaintiff following the encounter.

13. **Hannah Nilles (by deposition)**

Ms. Nilles will testify concerning Mr. Turay's background check and onboarding process.

14. **Hassan Turay (by deposition)**

Mr. Turay, the driver, will testify concerning the subject ride and communications with law enforcement following the encounter with Plaintiff.

15. **Jessica Weaver (by deposition)**

Ms. Weaver is the nurse who administered Plaintiff's SANE exam and will testify concerning that exam.

      16.    **Corporate representative of custodian of records for the Tempe Police Department (live)**

Defendants expect this witness to authenticate Tempe Police Department documents, dash cam videos, and audio recordings related to the investigation of Plaintiff's sexual assault report if the parties cannot reach a stipulation about the admissibility of these records and recordings.

In addition to the above witnesses, Defendants reserve the right to call at trial any of the following:

1. Any witness, including expert witnesses, named by Plaintiff. Defendants specifically reserve their right to designate affirmative deposition testimony of Defendants' company witnesses called by Plaintiff;

2. Any custodian of records or other witness needed to authenticate documents; and

3. Any additional expert or non-expert witness not listed herein for the purposes of impeachment or rebuttal.

Defendants reserve the right to amend and/or supplement this Witness List.

Dated: December 12, 2025

KIRKLAND & ELLIS LLP

/s/ Laura Vartain Horn
Laura Vartain Horn
laura.vartain@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jessica Davidson, P.C. (*Pro Hac Vice*)
jessica.davidson@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Allison M. Brown, P.C. (*Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103

-5-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: (215) 268-5000
Facsimile: (215) 268-5001

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC