William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: *Jane Doe LS 98 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05412-CRB *Jane Doe LS 326 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv- 05415-CRB *Jane Doe LS 245 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05944-CRB *Jane Doe LS 268 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05910-CRB *Jane Doe LS 547 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-09208-CRB *Jane Doe LS 548 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-09211-CRB | **DECLARATION OF SAMIRA J. BOKAIE IN RESPONSE TO THE DECLARATION OF MICHAEL B. SHORTNACY IDENTIFYING CASES ELIGIBLE FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO THE COURT'S PRIOR ORDERS ON UBER'S MOTIONS TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDERS** Judge: Hon. Charles R. Breyer Courtroom: 6-17th Floor |

*Jane Doe LS 550 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-01327-CRB

*Jane Doe LS 553 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-01493-CRB

*Jane Doe LS 554 v. Uber Technologies, Inc., et al., Case No.* 3:25-cv-01693-CRB

*Jane Doe LS 580 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02460-CRB

*Jane Doe LS 582 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02792-CRB

*Jane Doe LS 584 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-02806-CRB

*Jane Doe LS 589 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-03216-CRB

*Jane Doe LS 590 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-03217-CRB

*Jane Doe LS 592 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-03266-CRB

*Jane Doe LS 593 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-03269-CRB

*Jane Doe LS 594 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-03274-CRB

*Jane Doe LS 597 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-04070-CRB

*Jane Doe LS 598 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-04071-CRB

*Jane Doe LS 601 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-04699-CRB

*Jane Doe LS 608 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-05312-CRB

1  *Jane Doe LS 609 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-05328-CRB

2

3  *Jane Doe LS 610 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-05374-CRB

4

5  *Jane Doe LS 615 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-05887-CRB

6  *Jane Doe LS 37 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04393-CRB

7

8  *Jane Doe LS 244 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05372-CRB

9

10 *Jane Doe LS 303 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05980-CRB

11

12 *Jane Doe LS 248 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05647-CRB

13

14 *Jane Doe LS 514 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05658-CRB

15

16 *Jane Doe LS 153 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-06011-CRB

17 *Jane Doe LS 494 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05547-CRB

18

19 *Jane Doe LS 233 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-06030-CRB

20

21 *Jane Doe LS 207 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05965-CRB

22

23 *Jane Doe LS 125 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05982-CRB

24

25 *Jane Doe LS 363 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05891-CRB

26 *Jane Doe LS 523 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05155-CRB

27

28

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

CASE NO. 3:23-MD-03084-CRB    DECL. OF SAMIRA J. BOKAIE IN RESPONSE TO THE DECL. OF MICHAEL B. SHORTNACY IDENTIFYING CASES ELIGIBLE FOR DWOP PURSUANT TO PRIOR ORDERS ON MTDS CASES FOR FAILURE TO COMPLY WITH COURT ORDERS

I, Samira J. Bokaie, declare as follows:

1. I am an attorney who is duly licensed to practice law before all courts of the State of California. I am an attorney at the law firm Levin Simes LLP, and counsel of record for Jane Doe LSA and Jane Doe LS Plaintiffs in MDL No. 3084. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2. This declaration is made in response to the Declaration of Michael B. Shortnacy Identifying Cases Eligible for Dismissal without Prejudice Pursuant to the Court's Prior Orders on Uber's Motions to Dismiss Cases for Failure to Comply with Court Orders.

3. The production relating to Question 15.a. of the Plaintiff Fact Sheet has been uploaded to MDL Centrality on behalf of Jane Doe LS 494, Case No. 3:24-cv-05547-CRB.

4. The production relating to Question 19.a. of the Plaintiff Fact Sheet has been uploaded to MDL Centrality on behalf of Jane Doe LS 514, Case No. 3:24-cv-05658-CRB.

5. The production relating to Question 19.a. of the Plaintiff Fact Sheet has been uploaded to MDL Centrality on behalf of Jane Doe LS 233, Case No. 3:24-cv-06030-CRB.

6. The production relating to Question 19.a. of the Plaintiff Fact Sheet has been uploaded to MDL Centrality on behalf of Jane Doe LS 523, Case No. 3:24-cv-05155-CRB.

7. Plaintiff Jane Doe LS 207's communications with the driver outside of the Uber app, which is also part of the incident in which the Uber driver continued to stalk and harass Plaintiff after the ride, were uploaded under Document ID 39464 – "Communications" and Document ID 39465 – "Communications." Plaintiff has no other responsive documents. (Case No. 3:24-cv-05965-CRB).

8. The signed authorization (Exhibit C to the Plaintiff Fact Sheet) has been uploaded to MDL Centrality on behalf of Jane Doe LS 248, Case No. 3:24-cv-05647-CRB.

9. The signed authorization (Exhibit C to the Plaintiff Fact Sheet) has been uploaded to MDL Centrality on behalf of Jane Doe LS 153, Case No. 3:24-cv-06011-CRB.

10. Plaintiff Jane Doe LS 125 (Case No. 3:24-cv-05982-CRB) and Jane Doe LS 363 (Case No. 3:24-cv-05891-CRB) **did not** answer "yes" to Question 36 on the Plaintiff Fact Sheet and therefore are not obligated to provide a signed Exhibit A.

11. The signed authorizations (Exhibit B & Exhibit C to the Plaintiff Fact Sheet) have been uploaded to MDL Centrality on behalf of Jane Doe LS 244, Case No. 3:23-cv-05372-CRB.

12. Jane Doe LS 37 (Case No. 3:23-cv-04393-CRB) and Jane Doe LS 303 (Case No. 3:24-cv-05980-CRB) have been contacted to execute the authorizations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 15, 2025, in San Francisco, California.

Respectfully Submitted,

**LEVIN SIMES LLP**

 /s/Samira J. Bokaie
Samira J. Bokaie
*Attorney for LS Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/Samira J. Bokaie*
Samira J. Bokaie