# EXHIBIT A

| Name | Case(s) | Dep Date | Notes |
|---|---|---|---|
| Chad Fogg | All MDL | 2/5/2025 | Completed |
| Cory Freivogel | All MDL | 2/6/2025 | Completed |
| Nairi Hourdajjian | All MDL | 2/7/2025 | Completed |
| Kate Parker | All MDL | 2/14/2025 | Completed |
| David Richter | All MDL | 2/24/2025 | Completed |
| Meghan Joyce | All MDL | 2/26/2025 | Completed |
| Jenny Luu | All MDL | 2/27/2025 | Completed |
| Kayla Whaling | All MDL | 2/28/2025 | Completed |
| Tracey Breeden | All MDL | 3/13/2025, 3/14/2025 | Completed |
| Carley Lake | All MDL | 3/20/2025, 3/21/2025 | Completed |
| Jordan Burke | All MDL | 3/20/2025, 3/21/2025 | Completed |
| Michael Sullivan | All MDL | 3/26/2025 | Completed |
| Gus Fuldner | All MDL | 3/26/2025, 3/27/2025, 4/29/2025 | Completed |
| Dennis Cinelli | All MDL | 3/28/2025 | Completed |
| Cassandra Hawk | All MDL | 4/8/2025 | Completed |
| Rachel Holt | All MDL | 4/9/2025 | Completed |
| Andrew Hasbun | All MDL | 4/10/2025, 4/11/2025 | Completed |
| Valerie Shuping | All MDL | 4/17/2025, 4/18/2025 | Completed |
| Roger Kaiser | All MDL | 4/22/2025 | Completed |
| Katy McDonald (30(b)(6)) | All MDL | 4/25/2025 | Completed |
| Brooke Anderson | All MDL | 5/5/2025, 5/6/2025 | Completed |
| Katy McDonald | All MDL | 5/7/2025 | Completed |
| Frank Chang | All MDL | 5/9/2025 | Completed |
| Bushra Faiz | All MDL | 5/13/2025 | Completed |
| Ryan Graves | All MDL | 5/13/2025 | Completed |
| Danielle Sheridan | All MDL | 5/15/2025, 5/16/2025 | Completed |
| Mike Akamine | All MDL | 5/19/2025, 5/20/2025 | Completed |
| Sachin Kansal | All MDL | 5/28/2025 | Completed |
| Pat Twomey | All MDL | 5/29/2025 | Completed |
| Cameron Poetzcher | All MDL | 6/4/2025 | Completed |
| Catherine Gibbons | All MDL | 6/5/2025 | Completed |
| Heather Childs Individual & (30(b)(6)) | All MDL; Wave 1 Case Specific | 6/5/2025 | Completed |
| Lizzie Ross (30(b)(6)) | All MDL | 6/11/2025, 6/12/2025 | Completed |
| L.L. | B.L. Case No. 3:24-cv-07940 | 6/12/2025 | Completed |
| M.M. | B.L. Case No. 3:24-cv-07940 | 6/13/2025 | Completed |
| Greg Brown (30(b)(6)) | All MDL | 6/17/2025 | Completed |
| Jill Hazelbaker | All MDL | 6/17/2025 | Completed |
| Ikechukwu R. Ogbu, MD | B.L. Case No. 3:24-cv-07940 | 6/19/2025 | Completed |
| S.C. | B.L. Case No. 3:24-cv-07940 | 6/19/2025 | Completed |
| A.L. | WHB 1876 Case No. 3:24-cv-05230 | 6/20/2025 | Completed |
| A.S. | WHB 1876 Case No. 3:24-cv-05230 | 6/23/2025 | Completed |
| D.T. | WHB 1876 Case No. 3:24-cv-05230 | 6/23/2025 | Completed |
| L.L. | B.L. Case No. 3:24-cv-07940 | 6/24/2025 | Completed |
| D.F.S. | J.D. Case No. 3:23-cv-06708 | 6/25/2025 | Completed |
| E.M. | LCHB128, Case No. 3:24-cv-07019 | 6/25/2025 | Completed |
| B.L. | B.L. Case No. 3:24-cv-07940 | 6/25/2025 | Completed |
| Joe Sullivan | All MDL | 6/25/2025 | Completed |
| Sunny Wong (30(b)(6)) | All MDL | 6/25/2025 | Completed |
| E.G. | J.D. Case No. 3:23-cv-06708 | 6/25/2025 | Completed |
| N.R. | J.D. Case No. 3:23-cv-06708 | 6/26/2025 | Completed |
| O.R. | J.D. Case No. 3:23-cv-06708 | 6/26/2025 | Completed |
| D.H. | B.L. Case No. 3:24-cv-07940 | 6/26/2025 | Completed |
| Andrew Colton | B.L. Case No. 3:24-cv-07940 | 6/26/2025 | Completed |
| Edith Fong | B.L. Case No. 3:24-cv-07940 | 6/27/2025 | Completed |
| H.S. | B.L. Case No. 3:24-cv-07940 | 6/27/2025 | Completed |
| J.D. | J.D. Case No. 3:23-cv-06708 | 6/27/2025 | Completed |
| B.F. | J.D. Case No. 3:23-cv-06708 | 6/30/2025 | Completed |
| J.P. | J.D. Case No. 3:23-cv-06708 | 6/30/2025 | Completed |
| Hannah Nilles (30(b)(6)) | All MDL | 6/30/2025 | Completed |
| Kate Classen | B.L. Case No. 3:24-cv-07940 | 6/30/2025 | Completed |
| P.L. | B.L. Case No. 3:24-cv-07940 | 7/1/2025 | Completed |
| A.R. | A.R. Case No. 3:24-cv-07821 | 7/1/2025 | Completed |
| Dara Khosrowshahi | All MDL | 7/1/2025 | Completed |
| B.S. | LCHB128, Case No. 3:24-cv-07019 | 7/2/2025 | Completed |
| Allison Cissna | Wave 1 Case Specific | 7/2/2025 | Completed |
| Travis Kalanick | All MDL | 7/3/2025 | Completed |
| M.M. | LCHB128, Case No. 3:24-cv-07019 | 7/3/2025 | Completed |

| Name | Case(s) | Dep Date | Notes |
| --- | --- | --- | --- |
| R.S. | WHB 1876 Case No. 3:24-cv-05230 | 7/8/2025 | Completed |
| I.E. | A.R. Case No. 3:24-cv-07821 | 7/8/2025 | Completed |
| Dominea Lopez | LCHB128, Case No. 3:24-cv-07019 | 7/9/2025 | Failed to Appear - New Date TBD |
| E.M. | A.R. Case No. 3:24-cv-07821 | 7/9/2025 | Completed |
| Sergio Aguirre-Sanchez | LCHB128, Case No. 3:24-cv-07019 | 7/10/2025 | Completed |
| G.S. | LCHB128, Case No. 3:24-cv-07019 | 7/10/2025 | Completed |
| Hannah Nilles (30(b)(6)) | Wave 1 Case Specific | 7/10/2025 | Completed |
| J.M. | A.R. Case No. 3:24-cv-07821 | 7/10/2025 | Completed |
| Marissa Peterson | Wave 1 Case Specific | 7/10/2025 | Completed |
| Rick Earle | Wave 1 Case Specific | 7/10/2025 | Completed |
| B.M. | WHB 832, Case No. 3:24-cv-04900 | 7/10/2025 | Completed |
| Deepika L | Wave 1 Case Specific | 7/11/2025 | Completed |
| O.K. | A.R. Case No. 3:24-cv-07821 | 7/11/2025 | Completed |
| Todd Gaddis (30(b)(6)) | All MDL | 7/11/2025 | Completed |
| H.R. | A.R. Case No. 3:24-cv-07821 | 7/14/2025 | Completed |
| S.R. | A.R. Case No. 3:24-cv-07821 | 7/14/2025 | Completed |
| Francisca Ogu | B.L. Case No. 3:24-cv-07940 | 7/14/2025 | Completed |
| Greg Brown (30(b)(6)) | Wave 1 Case Specific | 7/15/2025; 7/16/2025 | Completed |
| C.M. | LCHB128, Case No. 3:24-cv-07019 | 7/15/2025 | Completed |
| Mariana Esteves (30(b)(6)) | All MDL; Wave 1 Case Specific | 7/15/2025 | Completed |
| Michaela Black, R.N. | B.L. Case No. 3:24-cv-07940 | 7/16/2025 | Completed |
| N.Y. | WHB 832, Case No. 3:24-cv-04900 | 7/17/2025 | Completed |
| S.M. | J.D. Case No. 3:23-cv-06708 | 7/22/2025 | Completed |
| Hannah Nilles (30(b)(6)) | All MDL | 7/23/2025 | Completed |
| Sunny Wong (30(b)(6)) | Wave 1 Case Specific | 7/23/2025 | Completed |
| Hassan Turay | J.D. Case No. 3:23-cv-06708 | 7/23/2025 | Completed |
| A.W. | WHB 832, Case No. 3:24-cv-04900 | 7/23/2025 | Completed |
| Jessica Weaver | J.D. Case No. 3:23-cv-06708 | 7/24/2025 | Completed |
| Officer Adam Cordova | J.D. Case No. 3:23-cv-06708 | 7/25/2025 | Subpoena Date |
| Sarita Molinar | B.L. Case No. 3:24-cv-07940 | 7/25/2025 | Completed |
| R.S. | A.R. Case No. 3:24-cv-07821 | 7/28/2025 | Completed |
| Sara Pickard, M.D | A.R. Case No. 3:24-cv-07821 | 7/30/2025 | Completed |
| T.L. | WHB 832, Case No. 3:24-cv-04900 | 7/31/2025 | Completed |
| Jamie Brown (30(b)(6)) | Wave 1 Case Specific | 8/6/2025 | Completed |
| Alexander Patsiornik | A.R. Case No. 3:24-cv-07821 | 8/7/2025 | Completed |
| M.M. | WHB 832, Case No. 3:24-cv-04900 | 8/7/2025 | Completed |
| Hannah Nilles (30(b)(6)) | Wave 1 Case Specific | 8/7/2025 | Completed |
| Chad Dobbs | All MDL | 8/21/2025 | Completed |
| Greg Brown (30(b)(6)) | Wave 1 Case Specific | 8/25/2025; 8/26/2025 | Completed |
| Mariana Esteves (30(b)(6)) | All MDL; Wave 1 Case Specific | 8/28/2025 | Completed |
| Jenny Smith, M.D. | WHB 832, Case No. 3:24-cv-04900 | 8/29/2025 | Completed |
| David Fleeger, M.D. | B.L. Case No. 3:24-cv-07940 | 9/3/2025 | Completed |
| L.K. | WHB 318, Case No. 3:24-cv-04889 | 9/24/2025 | Completed |
| Emilie Boman (30(b)(6)) | All MDL | 10/1/2025 | Completed |
| Grant Satterthwaite | LCHB128, Case No. 3:24-cv-07019 | 10/3/2025 | Completed |
| I.E. | A.R. Case No. 3:24-cv-07821 | 10/13/2025 | Completed |
| A.R. | A.R. Case No. 3:24-cv-07821 | 10/14/2025 | Completed |
| Sunny Wong (30(b)(6)) | Wave 1 Case Specific | 10/14/2025 | Completed |
| Heleya Rad (Expert) | WHB 832, Case No. 3:24-cv-04900 | 10/17/2025 | Completed |
| Victoria Stodden (Expert) | Wave 1 Case Specific | 10/21/2025 | Completed |
| Robert Osgood (Expert) | LCHB128, Case No. 3:24-cv-07019; WHB 832, Case No. 3:24-cv-04900 | 10/22/2025 | Completed |
| David Sawyer (Expert) | WHB 832, Case No. 3:24-cv-04900 | 10/23/2025 | Completed |
| Veronique Valliere (Expert) | Wave 1 Case Specific | 10/24/2025 | Completed |
| John Feldis (Expert) | Wave 1 Case Specific | 10/24/2025 | Completed |
| Minette Drumwright (Expert) | Wave 1 Case Specific | 10/26/2025 | Completed |
| Vida Thomas (Expert) | Wave 1 Case Specific | 10/27/2025 | Completed |
| Lacey Keller (Expert) | Wave 1 Case Specific | 10/27/2025 | Completed |
| Bruce Weiner (Expert) | Wave 1 Case Specific | 10/28/2025 | Completed |
| A.C. | WHB 318, Case No. 3:24-cv-04889 | 10/28/2025 | Completed |
| Robert Johnson (Expert) | Wave 1 Case Specific | 10/29/2025 | Completed |
| Thomas Tremblay (Expert) | Wave 1 Case Specific | 10/29/2025; 10/30/2025 | Completed |
| S.M. | WHB 318, Case No. 3:24-cv-04889 | 10/30/2025 | Completed |
| Eric Piza (Expert) | Wave 1 Case Specific | 10/30/2025 | Completed |
| Erik Brown (Expert) | B.L. Case No. 3:24-cv-07940; J.D. Case No. 3:23-cv-06708 | 10/30/2025 | Completed |
| Laquetta Evans | WHB 318, Case No. 3:24-cv-04889 | 10/31/2025 | Completed |
| E.G. | WHB 318, Case No. 3:24-cv-04889 | 10/31/2025 | Completed |

| Name | Case(s) | Dep Date | Notes |
|---|---|---|---|
| **Allison Reminick (Expert)** | WHB 832, Case No. 3:24-cv-04900 | 11/3/2025 | Completed |
| **Dominea Lopez** | LCHB128, Case No. 3:24-cv-07019 | 11/4/2025 | Completed |
| **Rajeev Kelkar (Expert)** | Wave 1 Case Specific | 11/5/2025 | Completed |
| **S.B.** | WHB 318, Case No. 3:24-cv-04889 | 11/5/2025 | Completed |
| **Jason Morris (Expert)** | Wave 1 Case Specific | 11/5/2025 | Completed |
| **Joseph Okpaku (Expert)** | Wave 1 Case Specific | 11/5/2025 | Completed |
| **Kevin Phelan (Expert)** | B.L. Case No. 3:24-cv-07940 | 11/6/2025 | Completed |
| **John Chandler (Expert)** | Wave 1 Case Specific | 11/6/2025; 11/7/2025 | Completed |
| **Todd Gaddis (30(b)(6))** | All MDL | 11/7/2025 | Completed |
| **Cynthia Rando (Expert)** | Wave 1 Case Specific | 11/7/2025 | Completed |
| **Lindsay Orchowski (Expert)** | Wave 1 Case Specific | 11/11/2025 | Completed |
| **Mindy Mechanic (Expert)** | J.D. Case No. 3:23-cv-06708 | 11/11/2025 | Completed |
| **Lindsey Cameron (Expert)** | Wave 1 Case Specific | 11/12/2025 | Completed |
| **Michael Milnor (Expert)** | B.L. Case No. 3:24-cv-07940 | 11/12/2025 | Completed |
| **Chris Wilson (Expert)** | Wave 1 Case Specific | 11/12/2025 | Completed |
| **Iain McIntyre (Expert)** | B.L. Case No. 3:24-cv-07940; J.D. Case No. 3:23-cv-06708 | 11/12/2025 | Completed |
| **Julie Moore (Expert)** | Wave 1 Case Specific | 11/13/2025 | Completed |
| **Nicole Lentini (Expert)** | B.L. Case No. 3:24-cv-07940 | 11/13/2025 | Completed |
| **Sara West (Expert)** | A.R. Case No. 3:24-cv-07821 | 11/14/2025 | Completed |
| **Kristen Zgoba (Expert)** | Wave 1 Case Specific | 11/19/2025 | Completed |
| **Mindy Mechanic (Expert)** | B.L. Case No. 3:24-cv-07940 | 11/22/2025 | Completed |
| **Mindy Mechanic (Expert)** | LCHB128, Case No. 3:24-cv-07019 | 11/23/2025 | Completed |
| **Douglas Reitzen** | WHB 318, Case No. 3:24-cv-04889 | 12/1/2025 | Completed |
| **Sarah Kauffman (Expert)** | J.D. Case No. 3:23-cv-06708 | 12/3/2025 | Completed |