Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates To:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | Case No. 3:23-md-03084-CRB-LJC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND DEADLINE TO OPPOSE UBER'S MOTION FOR (1) POSTPONEMENT OF FIRST BELLWETHER TRIAL AND RELATED RELIEF, AND (2) THIRD-PARTY SUBPOENA REGARDING MISLEADING AD CAMPAIGN**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17 Floor |

Pursuant to Civil Local Rule 6-3, Plaintiffs seek a short extension of the December 16, 2025 deadline to respond to Uber's Motion for (1) Postponement of First Bellwether Trial and Related Relief, and (2) Third-Party Subpoena Regarding Misleading Ad Campaign (ECF No. 4498) (the "Motion"). Plaintiffs request that this deadline be extended to December 29. The extension is necessary because the Motion seeks relief directly affecting the interests of a nonparty, Consumer Attorneys of California (CAOC), that was not properly served with the Motion. The Motion seeks a prior restraint on the political speech of CAOC and asks the Court to authorize a subpoena to CAOC after the close of discovery. CAOC has just retained counsel and is in the process of evaluating whether and how to respond to the Motion. Plaintiffs do not seek an extension of the January 6 hearing date.

## ARGUMENT

The Court should extend the deadlines for briefing the Motion as follows:

- Opposition by any Interested Party:        December 29, 2025
- Reply by Uber:        January 2, 2025.

This extension is being sought in good faith and not for purposes of delay. Uber's Motion asks the Court for a gag order censoring its political adversary, CAOC, and discovery into the advocacy group's internal speech. Specifically, Uber seeks to "restrain publication of the Every 8 Minutes campaign." See ECF No. 4498 at 7. Uber notes that the Every 8 Minutes campaign was "[p]aid for by Consumer Attorneys of California Initiative Defense Political Action Committee," which is not affiliated with any bellwether Plaintiff. See id. at 3; Declaration of Sarah London ("London Decl."), ¶ 4. No one on MDL Leadership sits on the Consumer Attorneys Political Action Committee Board of Trustees, the body that approved, directed, and runs the Every 8 Minutes campaign. London Decl., ¶ 5. The Motion also asks the court to reopen discovery and pre-approve a subpoena to CAOC. See ECF No. 4498 at 9-10. Consequently, the Motion seeks relief that directly affects CAOC and its interests. CAOC, however, was not served with the Motion and has only recently retained counsel and begun the process of determining whether and how it will respond. See London Decl., ¶ 6.

1

PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND DEADLINE TO OPPOSE UBER'S MOTION FOR (1) POSTPONEMENT OF FIRST BELLWETHER TRIAL AND RELATED RELIEF, AND (2) THIRD-PARTY SUBPOENA REGARDING MISLEADING AD CAMPAIGN
Case No. 3:23-md-03084-CRB

MDL Leadership does not and cannot speak for CAOC. Given the sweeping request and significant First Amendment issues at stake, CAOC will be prejudiced if it is not provided with adequate time to consult with its newly retained counsel and evaluate how it intends to respond to the Motion—particularly given the holidays. Plaintiffs therefore ask the Court to extend the deadline to oppose Uber's Motion, so that the Court can have the benefit of reviewing the motion on a complete record, where all affected parties have had an adequate opportunity to respond.

Plaintiffs do not seek this extension for purposes of delay and do not seek an extension of any other deadlines related to the trial in Ms. Dean's case. London Decl., ¶ 9. Uber will not be prejudiced because it cannot obtain the relief it seeks (a prior restraint of speech) without directing its motion at the appropriate party. *See Levine v. U.S. Dist. Ct. for Cent. Dist. of California*, 764 F.2d 590, 594 (9th Cir. 1985) ("In general, a party lacks standing to assert the rights of third parties."). The hearing date will not be impacted.

On December 15, after learning that CAOC had not been served and had retained counsel and required additional time to consider its response to Uber's Motion, Plaintiffs' counsel contacted Uber to request that it stipulate to an extension of the deadline to oppose the Motion. London Decl., ¶ 7. Uber has not responded to that request. *Id.*

## CONCLUSION

For these reasons, Plaintiffs respectfully request that the Court extend the deadlines for briefing the Motion as follows:

- Opposition by any Interested Party:     December 29, 2025
- Reply by Uber:     January 2, 2025.

PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND DEADLINE TO OPPOSE UBER'S MOTION FOR (1) POSTPONEMENT OF FIRST BELLWETHER TRIAL AND RELATED RELIEF, AND (2) THIRD-PARTY SUBPOENA REGARDING MISLEADING AD CAMPAIGN
Case No. 3:23-md-03084-CRB

| | |
|---|---|
| Dated: December 15, 2025 | By: */s/ Sarah R. London* |
| | Sarah R. London (SBN 267083)<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br>slondon@girardsharp.com |
| | By: */s/ Rachel B. Abrams* |
| | Rachel B. Abrams (SBN 209316)<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: (415) 426-5641<br>rabrams@peifferwolf.com |
| | By: */s/ Roopal P. Luhana* |
| | Roopal P. Luhana<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Floor 12<br>New York, NY 10016<br>Telephone: (888) 480-1123<br>luhana@chaffinluhana.com |
| | *Plaintiff's Co-Lead Counsel* |

PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND DEADLINE TO OPPOSE UBER'S MOTION FOR (1) POSTPONEMENT OF FIRST BELLWETHER TRIAL AND RELATED RELIEF, AND (2) THIRD-PARTY SUBPOENA REGARDING MISLEADING AD CAMPAIGN
Case No. 3:23-md-03084-CRB

**FILER'S ATTESTATION**

I, Andrew Kaufman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: December 15, 2025  /s/ Andrew Kaufman
Andrew Kaufman

4

PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND DEADLINE TO OPPOSE UBER'S MOTION FOR (1) POSTPONEMENT OF FIRST BELLWETHER TRIAL AND RELATED RELIEF, AND (2) THIRD-PARTY SUBPOENA REGARDING MISLEADING AD CAMPAIGN
Case No. 3:23-md-03084-CRB