Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF KRISTEN RENEE FOURNIER IN SUPPORT OF SUPPLEMENTAL ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

I, Kristen Renee Fournier, declare as follows:

1. I am a partner at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Supplemental Administrative Motion to Seal Certain Materials Attached to the Parties' Motions to Exclude Experts.

2. Counsel for Plaintiffs do not oppose Uber's proposed redactions.

3. Attached as **Exhibit R** is Uber's Opposition to Plaintiffs' Motion to Exclude Expert Testimony with Uber's proposed redactions.

4. Attached as **Exhibit S** is Ex. 2 to Uber's Opposition to Plaintiffs' Motion to Exclude Expert Testimony (UBER-MDL3084-000067582) with Uber's proposed redactions.

5. Attached as **Exhibit T** is Ex. 3 to Uber's Opposition to Plaintiffs' Motion to Exclude Expert Testimony (UBER_JCCP_MDL_001102150) with Uber's proposed redactions.

6. Attached as **Exhibit U** is Ex. 4 to Uber's Opposition to Plaintiffs' Motion to Exclude Expert Testimony (Expert Report of David C. Sawyer) with Uber's proposed redactions.[1]

7. Attached as **Exhibit V** is Plaintiffs' Opposition to Defendants' Motions to Exclude Expert Testimony with Uber's proposed redactions.

8. Attached as **Exhibit W** is Ex. 3 to Plaintiffs' Opposition to Defendants' Motions to Exclude Expert Testimony (Addendum to Report of Veronique Valliere) with Uber's proposed redactions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 15, 2025

*/s/ Kristen Renee Fournier*
KRISTEN RENEE FOURNIER

---

[1] In order to simplify the redaction process, Uber is providing, for placement on the public docket, a redacted version of the Sawyer Report that omits the discussion of the non-Dean bellwether drivers (pp. 57-67 of the report), since that discussion is not relevant to the current *Dean*-related proceedings.