# EXHIBIT T

Control Number :

UBER_JCCP_MDL_001102
150

File Description :                    Microsoft 2007
                                      PowerPoint Presentation

JCCP Production - Custodi            Burke, Jordan, Ding,
an Other :                           Abbie, Parker, Kate

Author (Combined) :

GOOGLE_#Author :                     cvandyke12@gmail.com

GOOGLE_Collaborators :               laurenn@uber.com;
                                     john.bastani@uber.co
                                     m;
                                     gaby.roberts@uber.co
                                     m; rajna@uber.com;
                                     jaf@uber.com; jshi...

Date Created (App) :                 6/16/2017 5:39:00 PM

Date Last Modified (App) :           6/16/2017 6:59:00 PM

Parent Doc Date :                    6/16/2017 6:59:00 PM

Production - Beginning Ba
tes :

# Document Produced in Native

CONFIDENTIAL

UBER_JCCP_MDL_001102150

# Uber Trust & Safety Quant
## Foundational Wave U.S. | Appendix



**Kelton**
June 2017

# 1. Current Rider

Behaviors and Usage







## 2. Current Rider

Trust & Safety Barrier

# 3. Current Rider

Brand Performance

# 4. Current Rider

### Trust & Safety Perceptions

# 5. Current Rider

## Need State and Initiative Performance

# 6. Current Rider

Last Ride Experience

# 7. Current Rider

## Incidents











