Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 3:23-md-03084-CRB (LJC)<br><br>**REVISED [PROPOSED] ORDER**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Administrative Motion to Seal Certain Materials Attached to the Parties' Motions to Exclude Experts (the "Motion") and its Supplemental Administrative Motion to Seal Certain Materials Attached to the Parties' Oppositions to Motions to Exclude Experts (the "Supplemental Motion"), the Court hereby **ORDERS** that the following portions of the November 10, November 14, and December 10, 2025 filings remain under seal, as requested in Uber's Motion and Supplemental Motion:

| Document | Text to Be Sealed[1] |
|---|---|
| Ex. 1 to Uber's Motion to Exclude Bruce Weiner (Redacted Expert Report of Bruce Weiner) [ECF 4346] | Weiner Rpt. ¶¶ 89-90, 101, 116-17, 122-23, 139, 140, 141, 151, 153, 155, 156, 157, 165, 168, 169, 269(e); n.146; Ex. C ¶ 13 |
| Ex. 2 to Uber's Motion to Exclude Bruce Weiner (Redacted Deposition of Bruce Weiner) [ECF 4346] | Weiner Dep. 243:9-13, 243:25-244:1, 244:18-21, 245:19-20, 245:25-246:1, 324:9-11, 328:5, 328:13-14, 403:4 |
| Ex. 1 to Uber's Motion to Exclude Cynthia Rando, CHFP (Redacted Expert Report of Cynthia Rando, CHFP) [ECF 4348] | Rando Rpt. ¶¶ 157, 160 |
| Ex. 1 to Uber's Motion to Exclude John Chandler, Ph.D. (Redacted Expert Report of John Chandler, Ph.D.) [ECF 4342] | Chandler Rpt. ¶¶ 147, 161, 167, 175, 178, 195; Figures 49, 52, 59, 60, 62, 63-67, 76-78; App'x D at ¶ 17; Data Tables 1-3; Plaintiff Names |
| Ex. 4 to Uber's Motion to Exclude John Chandler, Ph.D.[2] (Redacted Rebuttal Expert Report of John Chandler, Ph.D.) [ECF 4342] | Chandler Rebuttal at 21 n.65, 70, 72-74; Figures 2[3]-5 |
| Ex. 7 to Uber's Motion to Exclude John Chandler, Ph.D.[4] (Redacted Rebuttal Report of Victoria Stodden, Ph.D.) [ECF 4342] | Stodden Rebuttal ¶¶ 8.f, 9, 14 & nn.20-22, 17, 22, 29.c, 35, 44, 47, 58.a.-c. & nn.138 & 142; Figures 2A & 2B |
| Ex. 8 to Uber's Motion to Exclude John Chandler, Ph.D. (Redacted Incident Report Classification of Dominant Tickets for 2017-2024) [ECF 4342] | Incident Report Classification at 1-2, 5, 6-73 (rows containing category data) |
| Ex. 1 to Uber's Motion to Exclude Lacey Keller[5] (Redacted Expert Report of Lacey Keller) [ECF 4338] | Keller Rpt. at 4; *id.* at ¶¶ 9.1, 9.2, 9.4, 18.2, 19.1-19.4, 30, 33, 35, 43-43.7, 45-51, 53-54, 56, 59, 62.1, 62.3, 62.4, 62.5, |

---

[1] In each case, Uber is the party claiming confidentiality, except as to Plaintiff Names, which Uber understands Plaintiffs are moving to seal separately.

[2] The Chandler Rebuttal Report is also Exhibit M to Plaintiffs' Omnibus Motion. ECF 4357-14.

[3] The Chandler Rebuttal has two figures labeled 2, and Uber is seeking to redact both of them.

[4] The Stodden Rebuttal Report is also Exhibit J to Plaintiffs' Omnibus Motion. ECF 4357-11.

[5] The Keller Report is also Exhibit R to Plaintiffs' Omnibus Motion. ECF 4357-19.

| Document | Text to Be Sealed[1] |
|---|---|
|  | 62.7, 62.8, 62.9, 64-66, 68, 69.1, 69.3, 70-73, 78-80; Tables 1; 3; Figures 2, 4, 8-11, 16; nn.62-64, 151, 166, 170; App'x A. at ¶¶ 25.2.1-25.2.4, 25.3, 25.4.1-25.4.4, 28.1-28.4, 30, 34-35, 40, 41.1-41.6, 42-43; App'x D pg. 7, Figures 1, 5-6, 10-11, 15-16, 20-21, 25; App'x F; Plaintiff Names |
| Ex. 2 to Uber's Motion to Exclude Lacey Keller (Redacted Deposition of Lacey Keller) [ECF 4338] | Keller Dep. 140:21, 140:25-141:3, 141:14, 141:19, 141:22-23, 148:15-18, 209:6-9, 229:6, 229:8, 229:10, 229:13, 260:22, 261:19, 264:10-11, 282:22, 283:6, 293:3, 294:6-8, 294:21-24, 295:10, 295:4-6, 306:6, 310:14-16, 310:18-19, 311:14-17, 312:4-6, 312:8, 312:14, 319:14, 325:18-20, 320:1, 326:10, 326:12-13, 327:14-15, 327:17-18 |
| Ex. 1 to Uber's Motion to Exclude Thomas R. Tremblay (Redacted Expert Report of Thomas R. Tremblay) [ECF 4350] | Tremblay Rpt. at 23 |
| Ex. 1 to Uber's Motion to Exclude Veronique Valliere[6] (Redacted Expert Report of Veronique Valliere) [ECF 4340] | Valliere Rpt. at 8, 9, 17, 24-25 |
| Ex. 3 to Uber's Motion to Exclude Veronique Valliere (Redacted Deposition of Veronique Valliere) [ECF 4340] | Valliere Dep. 256:24-25, 258:18-19, 258:25-259:1, 259:4-6, 259:12-13, 259:16, 259:20-24, 260:1-2, 260:6, 260:11, 260:18, 261:2, 261:11-15, 262:5-6, 262:12-13, 262:24-25, 263:10-12, 263:16-17, 263:23-264:2, 267:14-15, 273:9-10 |
| Ex. 1 to Uber's Motion to Exclude Lindsay D. Cameron, Ph.D. (Redacted Rebuttal Report of Lindsay D. Cameron, Ph.D.) [ECF 4312/4315] | Cameron Rebuttal at 48-49, 52, 57, 58 |
| Ex. C to Plaintiffs' Motion to Exclude Expert Testimony (Redacted Export Report of Vida Thomas) [ECF 4357-4] | Thomas Rpt. at ¶¶ 64-65 |
| Plaintiffs' Motion to Exclude Expert Testimony [ECF 4357-1] | Mot. at 10:7-8, 10:11, 10:13, 10:17 |

---

[6] The Valliere Report is also Exhibit Q to Plaintiffs' Omnibus Motion. ECF 4357-18.

| Document | Text to Be Sealed[1] |
|---|---|
| Ex. B to Plaintiffs' Motion to Exclude Orchowski (Redacted Deposition of Lindsay Orchowski, Ph.D.) [ECF 4389] | Orchowsksi Dep. 170:8-20; 171:2-5 |
| Uber's Opposition to Plaintiffs' Motion to Exclude Expert Testimony [ECF 4632] | Opp'n at 12:16, 12:18, 13:5-6, 13:8, 13:11-13, 13:15-16, 13:19-20, 13:22-23. |
| Ex. 2 to Uber's Opposition to Plaintiffs' Motion to Exclude Expert Testimony (UBER-MDL3084-000067582) [ECF 4632-3] | All |
| Ex. 3 to Uber's Opposition to Plaintiffs' Motion to Exclude Expert Testimony (UBER_JCCP_MDL_001102150) [ECF 4632-4] | Ex. 3 at 3-5, 7-9, 11-32, 34-53, 55-74, 76-87, 89-102 |
| Ex. 4 to Uber's Opposition to Plaintiffs' Motion to Exclude Expert Testimony (Expert Report of David C. Sawyer) [ECF 4632-5] | Sawyer Rpt. at 30-32, 38, 42, 47-49, 51, 54, 56, 68, 71 |
| Plaintiffs' Opposition to Defendants' Motions to Exclude Expert Testimony [ECF 4617/4618] | Opp'n at 14:8, 14:23-15:1, 41:1 |
| Ex. 3 to Plaintiffs' Opposition to Defendants' Motions to Exclude Expert Testimony (Addendum to Report of Veronique Valliere) [ECF 4618-2] | Addendum at 1-3 |

**IT IS SO ORDERED.**

DATED:_____        By:_____
                                                            Hon. Charles R. Breyer
                                                            United States District Court Judge