UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | Case No. 3:23-md-03084-CRB<br><br>[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND DEADLINE TO OPPOSE UBER'S MOTION FOR (1) POSTPONEMENT OF FIRST BELLWETHER TRIAL AND RELATED RELIEF, AND (2) THIRD-PARTY SUBPOENA REGARDING MISLEADING AD CAMPAIGN |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Administrative Motion to Extend Deadline to Oppose Uber's Motion for (1) Postponement of First Bellwether Trial and Related Relief, and (2) Third-Party Subpoena Regarding Misleading Ad Campaign (ECF No. 4498) (the "Motion"), the Court ORDERS the following deadlines be extended as follows:

1. The deadline for any interested party to oppose the Motion is extended to December 29, 2025; and
2. The deadline for Uber to reply in support of the Motion is extended to January 2, 2025.

**IT IS SO ORDERED.**

Dated: December 16, 2025



IT IS SO ORDERED
Judge Charles R. Breyer

1

[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND DEADLINE TO OPPOSE UBER'S MOTION FOR (1) POSTPONEMENT OF FIRST BELLWETHER TRIAL AND RELATED RELIEF, AND (2) THIRD-PARTY SUBPOENA REGARDING MISLEADING AD CAMPAIGN
Case No. 3:23-md-03084-CRB