Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 318 v. Uber Technologies, Inc., et al.*<br>Case No: 3:24-cv-04889 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**JOINT STIPULATION TO EXTEND THE CASE SCHEDULE**<br><br>Judge:         Hon. Charles R. Breyer<br>Courtroom:  6-17th Floor |

Plaintiff WHB 318 and Defendants Uber Technologies, Inc., *et al*. (the "Parties"), by and through their undersigned counsel, stipulate and agree as follows:

WHEREAS, the parties previously submitted a stipulation to the Court with the incorrect dates in the proposed order at Docket 4566, which the Court entered on December 12, 2025, at Dkt. 4645. The parties have corrected that error in the proposed order as entered by the Court at docket 4565 with this stipulation and proposed order;

WHEREAS, after adding WHB 318 to Trial Wave 1, the Court ordered the parties to propose a discovery schedule for that case. ECF 3706;

WHEREAS, the parties proposed that fact discovery in WHB 318 be substantially completed by November 3. ECF 3722;

WHEREAS, the parties also agreed to stagger expert and other pretrial deadlines according to each Wave 1 trial date as they are assigned;

WHEREAS, the Parties are working to complete written discovery and fact depositions for WHB 318;

WHEREAS, the trial in *Jaylynn Dean v. Uber Techs., Inc.* will begin on January 13, 2026 in Phoenix, Arizona. ECF 4425;

WHEREAS no additional cases have been assigned trial dates;

WHEREAS, the Parties need additional time to conduct a final corporate representative deposition and expert discovery, and request that the Court extend discovery and pretrial deadlines as set forth below;

WHEREAS, the Court granted the Parties joint stipulation to extend the case schedule. ECF 4437;

WHEREAS, the Parties have agreed to further modify the case deadlines by an additional month as set forth below;

WHEREAS, the Parties further agree that nothing about this further stipulated extension will change the anticipated timing or order of upcoming trials;

WHEREAS, the Parties are correcting ECF 4566.

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED** by the Parties to extend the case schedule as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Expert Reports | December 19, 2025 | January 16, 2025 |
| End of Substantial Fact Discovery | Completed | Completed |
| Rebuttal Reports | January 16, 2025 | February 13, 2026 |
| Close of Discovery | January 30, 2025 | February 27, 2026 |
| Dispositive/Daubert Motions | February 13, 2026 | March 13, 2026* |
| Oppositions | February 27, 2026 | March 27, 2026* |
| Replies | March 6, 2026 | April 6, 2026* |
| Trial Date | TBD | TBD |

*The Parties agree to revisit whether the dispositive motion and Daubert briefing schedule should be extended or vacated in light of other trial settings.

DATED: December 16, 2025

By: /s/ Laura Vartain Horn
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000

Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

3

JOINT STIPULATION TO EXTEND THE CASE SCHEDULE        Case No. 3:23-md-03084-CRB (LJC)

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

                                    */s/ Laura Vartain Horn*
                                    Laura Vartain Horn

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 318 v. Uber Technologies, Inc., et al.*<br>Case No: 3:24-cv-04889 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND THE CASE SCHEDULE**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6-17th Floor |

The Court hereby GRANTS the Parties' joint stipulation to extend the case schedule as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Expert Reports | December 19, 2025 | January 16, 2025 |
| End of Substantial Fact Discovery | Completed | Completed |
| Rebuttal Reports | January 16, 2025 | February 13, 2026 |
| Close of Discovery | January 30, 2025 | February 27, 2026 |
| Dispositive/Daubert Motions | February 13, 2026 | March 13, 2026* |
| Oppositions | February 27, 2026 | March 27, 2026* |
| Replies | March 6, 2026 | April 6, 2026* |
| Trial Date | TBD | TBD |

*The Parties agree to revisit whether the dispositive motion and Daubert briefing schedule should be extended or vacated in light of other trial settings.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____, 2025

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE