1  Roopal P. Luhana
   **CHAFFIN LUHANA LLP**
2  600 Third Avenue, Floor 12
   New York, NY 10016
3  Telephone: (888) 480-1123
   luhana@chaffinluhana.com
4
   Sarah R. London (SBN 267083)
5  **GIRARD SHARP LLP**
   601 California St., Suite 1400
6  San Francisco, CA 94108
   Telephone: (415) 981-4800
7  slondon@girardsharp.com

8  Rachel B. Abrams (SBN 209316)
   **PEIFFER WOLF CARR KANE**
9  **CONWAY & WISE, LLP**
   555 Montgomery Street, Suite 820
10 San Francisco, CA 94111
   Telephone: (415) 426-5641
11 rabrams@peifferwolf.com

12 *Co-Lead Counsel for Plaintiffs*
13

14                        **IN THE UNITED STATES DISTRICT COURT**

15                       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16

17 | IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
18 |
19 | This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME TO FILE JOINT PROPOSED PRETRIAL ORDER** |
20 | *Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708 |
21 | D. Ariz. No. 25-cv-4276 | Judge: Honorable Charles R. Breyer
                               Date: TBD
22                             Time: TBD
                               Ctrm.: 6-17th Floor
23

24       WHEREAS, under the Court's Standing Order on Civil Jury Trials, the parties are required

25 to submit a joint proposed pretrial order on December 16, 2025;

26       WHEREAS, the parties have exchanged drafts of the joint proposed pretrial order and

27 continue to meet and confer on its contents;

28

                                    - 1 -                  STIPULATION RE: JOINT
                                                           PROPOSED PRETRIAL ORDER
                                                           CASE NO. 3:23-MD-03084-CRB

1  WHEREAS, additional time for discussions will benefit the parties and the Court by narrowing the number and scope of outstanding disputes.

The parties agree and respectfully request the Court order that the deadline for the parties to file a joint proposed pretrial order be extended to 12 PM PT on December 19, 2025.

**IT IS SO STIPULATED.**

Dated:  December 16, 2025              Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)
Andrew R. Kaufman (*Pro Hac Vice*)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
           akaufman@girardsharp.com

Rachel B. Abrams (Cal Bar No. 209316)
Adam B. Wolf (Cal Bar No. 215914)
Sara B. Craig (Cal Bar No. 301290)
PEIFFER WOLF CARR KANE CONWAY
 & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
           awolf@peifferwolf.com
           scraig@peifferwolf.com

Roopal P. Luhana *(Pro Hac Vice)*
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

Dated:  December 16, 2025              KIRKLAND & ELLIS LLP

*/s/ Laura Vartain*
Laura Vartain (SBN 258485)
laura.vartain@kirkland.com
555 California Street
San Francisco, CA 94104

|   |   |
|---|---|
| 1 | Telephone: (415) 439-1400 |
| 2 | Allison M. Brown (*Admitted Pro Hac Vice*) |
|   | alli.brown@kirkland.com |
| 3 | 2005 Market Street, Suite 1000 |
|   | Philadelphia, PA 19103 |
| 4 | Telephone: (215) 268-5000 |

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

### **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing.

Dated: December 16, 2025

　　　　　　　　　　　　　　　　　　　　*/s/ Andrew R. Kaufman*
　　　　　　　　　　　　　　　　　　　　Andrew R. Kaufman

- 3 -

STIPULATION RE: JOINT
PROPOSED PRETRIAL ORDER
CASE NO. 3:23-MD-03084-CRB

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 3:23-MD-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER EXTENDING THE TIME TO FILE JOINT PROPOSED PRETRIAL ORDER** |

Having considered the parties' Stipulation, the Court orders as follows:

The deadline for the parties to file a joint proposed pretrial order is extended to 12 PM PT on December 19, 2025.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Charles R. Breyer
United States District Judge