Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME TO FILE JOINT PROPOSED PRETRIAL ORDER**<br><br>Judge:  Honorable Charles R. Breyer<br>Date:   TBD<br>Time:   TBD<br>Ctrm.:  6-17th Floor |

WHEREAS, under the Court's Standing Order on Civil Jury Trials, the parties are required to submit a joint proposed pretrial order on December 16, 2025;

WHEREAS, the parties have exchanged drafts of the joint proposed pretrial order and continue to meet and confer on its contents;

1    WHEREAS, additional time for discussions will benefit the parties and the Court by

2  narrowing the number and scope of outstanding disputes.

3    The parties agree and respectfully request the Court order that the deadline for the parties

4  to file a joint proposed pretrial order be extended to 12 PM PT on December 19, 2025.

5    **IT IS SO STIPULATED.**

6  Dated:  December 16, 2025              Respectfully submitted,

7                                        By: */s/ Sarah R. London*
                                          Sarah R. London (SBN 267083)
8                                         Andrew R. Kaufman (*Pro Hac Vice*)
                                          GIRARD SHARP LLP
9                                         601 California St., Suite 1400
                                          San Francisco, CA 94108
10                                        Telephone: (415) 981-4800
                                          Email: slondon@girardsharp.com
11                                              akaufman@girardsharp.com

12
                                          Rachel B. Abrams (Cal Bar No. 209316)
13                                        Adam B. Wolf (Cal Bar No. 215914)
                                          Sara B. Craig (Cal Bar No. 301290)
14                                        PEIFFER WOLF CARR KANE CONWAY
                                           & WISE, LLP
15                                        555 Montgomery Street, Suite 820
                                          San Francisco, CA 94111
16                                        Telephone: 415.766.3544
                                          Facsimile: 415.840.9435
17                                        Email: rabrams@peifferwolf.com
                                                awolf@peifferwolf.com
18                                              scraig@peifferwolf.com

19                                        Roopal P. Luhana *(Pro Hac Vice)*
                                          CHAFFIN LUHANA LLP
20                                        600 Third Avenue, Fl. 12
                                          New York, NY 10016
21                                        Telephone: (888) 480-1123
                                          Email: luhana@chaffinluhana.com
22

23                                        *Co-Lead Counsel for Plaintiffs*

24  Dated:  December 16, 2025             KIRKLAND & ELLIS LLP
25
                                          */s/ Laura Vartain*
26                                        Laura Vartain (SBN 258485)
                                          laura.vartain@kirkland.com
27                                        555 California Street
                                          San Francisco, CA 94104
28

STIPULATION RE: JOINT
PROPOSED PRETRIAL ORDER
CASE NO. 3:23-MD-03084-CRB

Telephone: (415) 439-1400

Allison M. Brown (*Admitted Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing.

Dated: December 16, 2025

/s/ Andrew R. Kaufman
Andrew R. Kaufman

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-MD-03084-CRB (LJC) |
| | ~~[PROPOSED]~~ **ORDER EXTENDING THE TIME TO FILE JOINT PROPOSED PRETRIAL ORDER** |
| This Document Relates to: | |
| *Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708 D. Ariz. No. 25-cv-4276 | |

Having considered the parties' Stipulation, the Court orders as follows:

The deadline for the parties to file a joint proposed pretrial order is extended to 12 PM PT on December 19, 2025.

**IT IS SO ORDERED.**

Dated: December 16, 2025

_____

Judge Charles R. Breyer