Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

I, Laura Vartain Horn, declare as follows:

1. I am a partner at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Administrative Motion to Seal Certain Materials Attached to Uber's Omnibus Motions in Limine.

2. Counsel for Plaintiffs do not oppose Uber's proposed redactions.

3. Attached as **Exhibit A** is Ex. 12 to Uber's Omnibus Motions In Limine with Uber's proposed redactions.

4. Attached as **Exhibit B** is Ex. 13 to Uber's Omnibus Motions In Limine with Uber's proposed redactions.

5. Attached as **Exhibit C** is Ex. 14 to Uber's Omnibus Motions In Limine with Uber's proposed redactions.

6. Attached as **Exhibit D** is Ex. 15 to Uber's Omnibus Motions In Limine with Uber's proposed redactions.

7. Attached as **Exhibit E** is Ex. 20 to Uber's Omnibus Motions In Limine with Uber's proposed redactions.

8. Attached as **Exhibit F** is Ex. 23 to Uber's Omnibus Motions In Limine, which Uber seeks to seal in full.

9. Attached as **Exhibit G** is Ex. 24 to Uber's Omnibus Motions In Limine with Uber's proposed redactions.

10. Attached as **Exhibit H** is Ex. 26 to Uber's Omnibus Motions In Limine with Uber's proposed redactions.

11. Attached as **Exhibit I** is the JCCP Court's October 22, 2025 Order on Defendants Uber Technologies Inc. and Rasier LLC's Motion to Seal Confidential Material Cited in Support of Motion for Summary Judgment or, in the Alternative, Summary Adjudication; Order on Defendants Uber Technologies, Inc. and Rasier, LLC's Motion to Seal Documents Filed with Opposition to Summary to Motion for Summary Judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  December 16, 2025

*/s/ Laura Vartain Horn*
Laura Vartain Horn