Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S OMNIBUS MOTIONS IN LIMINE**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

I, Laura Vartain Horn, declare as follows:

1. I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber") in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. Attached as **Exhibit 1** is a true and correct copy of the JCCP Order re Parties' Motions in Limine and Motions to Exclude Expert Opinions, dated August 29, 2025.

3. Attached as **Exhibit 2** is a true and correct copy of an article entitled "Uber shares personal rider information in sexual assault cases with a claims company without informing alleged victims," dated October 4, 2019.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts of the Deposition Transcript of Kayla Whaling, dated February 28, 2025.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts of the Deposition Transcript of Brooke Anderson, dated May 6, 2025.

6. Attached as **Exhibit 5** is a true and correct copy of excerpts of the Deposition Transcript of Andrew Hasbun, dated April 10, 2025.

7. Attached as **Exhibit 6** is a true and correct copy of excerpts of the Deposition Transcript of Valerie Shuping, dated April 17, 2025.

8. Attached as **Exhibit 7** is a true and correct copy of excerpts of the Deposition Transcript of Hannah Nilles, dated June 30, 2025.

9. Attached as **Exhibit 8** is a true and correct copy of excerpts of the Deposition Transcript of Jordan Burke, dated March 20, 2025.

10. Attached as **Exhibit 9** is a true and correct copy of the JCCP Order re Motion for Summary Judgment or, in the Alternative, Summary Adjudication, dated July 31, 2025.

11. Attached as **Exhibit 10** is a true and correct copy of excerpts of the Deposition Transcript of David Curtis Sawyer, dated October 23, 2025.

12. Attached as **Exhibit 11** is a true and correct copy of excerpts of the Deposition Transcript of Hassan Turay, dated July 23, 2025.

13. Attached as **Exhibit 12** is a true and correct copy of the bates stamped document UBER-MDL3084-BW-00012056.

14. Attached as **Exhibit 13** is a true and correct copy of the bates stamped document CHECKR000891 through 000893.

15. Attached as **Exhibit 14** is a true and correct copy of the bates stamped document CHECKR000894.

16. Attached as **Exhibit 15** is a true and correct copy of the bates stamped document CHECKR000742 through 000745.

17. Attached as **Exhibit 16** is a true and correct copy of excerpts of the Deposition Transcript of Hannah Nilles, dated August 7, 2025.

18. Attached as **Exhibit 17** is a true and correct copy of the bates stamped document UBER-MDL-3084-DFS00003702 through 00003703.

19. Attached as **Exhibit 18** is a true and correct copy of the bates stamped document UBER-MDL-3084-DFS00003687.

20. Attached as **Exhibit 19** is a true and correct copy of the bates stamped document UBER-MDL-3084-DFS00003705 through 00003706.

21. Attached as **Exhibit 20** is a true and correct copy of the bates stamped document UBER-MDL-3084-DFS00159669 through 00159671.

22. Attached as **Exhibit 21** is a true and correct copy of the bates stamped document UBER-MDL-3084-DFS00003707.

23. Attached as **Exhibit 22** is a true and correct copy of the bates stamped document UBER-MDL-3084-DFS00003690 through 00003691.

24. Attached as **Exhibit 23** is a true and correct copy of the bates stamped document UBER-MDL-3084-DFS00003711 through 00003716.

25. Attached as **Exhibit 24** is a true and correct copy of the bates stamped document UBER-MDL-3084-DFS00216657.

26. Attached as **Exhibit 25** is a true and correct copy of excerpts of the Deposition Transcript of Greg Brown, dated August 26, 2025.

27. Attached as **Exhibit 26** is a true and correct copy of the bates stamped document UBER-MDL-3084-DFS00159699 through 00159700.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on December 16, 2025, in San Francisco, California.

                        */s/ Laura Vartain Horn*
                        Laura Vartain Horn