# EXHIBIT 5

```
             UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

               SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC. )   Case No.
PASSENGER SEXUAL ASSAULT       )   3:23-md-03084-CRB
LITIGATION                     )
_____)
This Document Relates to:      )
                               )
ALL ACTIONS                    )
_____)


    IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

         IN AND FOR THE COUNTY OF SAN FRANCISCO

COORDINATION PROCEEDINGS               )
                                       )
In Re:  Uber Rideshare Cases           )No. CJC-21-005188
_____)
This document relates to:              )
                                       )
ALL ACTIONS.                           )
_____)


           VIDEOTAPED DEPOSITION OF ANDREW HASBUN

                  VOLUME I (Pages 1-301)

                     April 10, 2025

                       9:22 a.m.

            535 Mission Street, 24th Floor

           San Francisco, California  94105



Reported by:

Natalie Y. Botelho

CSR No. 9897
```

Andrew Hasbun Volume I Confidential
April 10, 2025

|   |   |   |
|---|---|---|
| 1 | BY MR. MELUGIN: | 17:35:53 |
| 2 | Q.    After that, you say, "I don't think, I | 17:35:54 |
| 3 | did."  That goes to the next page, the page ending | 17:35:56 |
| 4 | 570 here in Exhibit 2220, right? | 17:36:01 |
| 5 | A.    Sorry.  I have to pull the document more. | 17:36:08 |
| 6 | Yes, I see it. | 17:36:11 |
| 7 | Q.    That's what you wrote, "I don't think, I | 17:36:12 |
| 8 | did." | 17:36:14 |
| 9 | A.    Yes, that's what I wrote. | 17:36:15 |
| 10 | Q.    And that is a reference back to | 17:36:17 |
| 11 | Mrs. Page's comment that "Andrew," you, "thinks he | 17:36:23 |
| 12 | sold his soul," right? | 17:36:29 |
| 13 | A.    Yes, I believe that that's a reference | 17:36:33 |
| 14 | back to that. | 17:36:35 |
| 15 | Q.    Yeah.  You responded to her to say, "I | 17:36:36 |
| 16 | don't think I sold my soul.  I did."  Right? | 17:36:37 |
| 17 | A.    That's what's in the document. | 17:36:42 |
| 18 | Q.    And then the next thing that you write is, | 17:36:44 |
| 19 | "I trashed rape victims to USA Today," right? | 17:36:47 |
| 20 | A.    Yes, that's what's written. | 17:36:52 |
| 21 | Q.    And that's a reference back to your work | 17:36:53 |
| 22 | on the Crawford story, correct? | 17:36:55 |
| 23 | A.    Yeah, the work on the Crawford story | 17:36:58 |
| 24 | included correcting facts and working with reporters | 17:37:00 |
| 25 | to convey what happened to the women involved in the | 17:37:05 |

Andrew Hasbun Volume I Confidential
April 10, 2025

```
 1   UNITED STATES DISTRICT COURT    )
     NORTHERN DISTRICT OF CALIFORNIA )
 2   SAN FRANCISCO DIVISION          )

 3              I, Natalie Y. Botelho, CSR No. 9897,

 4   Certified Shorthand Reporter, certify:

 5              That the foregoing proceedings were taken

 6   before me at the time and place therein set forth,

 7   at which time the witness was put under oath by me;

 8              That the testimony of the witness, the

 9   questions propounded, and all objections and

10   statements made at the time of the examination were

11   recorded stenographically by me and were thereafter

12   transcribed;

13              That a review of the transcript by the

14   deponent WAS requested;

15              That the foregoing is a true and correct

16   transcript of my shorthand notes so taken;

17              I further certify that I am not a relative

18   or employee of any attorney of the parties, nor

19   financially interested in the action.

20              I declare under penalty of perjury under

21   the laws of California that the foregoing is true

22   and correct.

23              Dated this 21st day of April, 2025.

24   _____

25   NATALIE Y. BOTELHO, CSR No. 9897
```