# EXHIBIT 10

```
                                                              Page 1

 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                 SAN FRANCISCO DIVISION

 4     ------------------------------x

 5     IN RE: UBER TECHNOLOGIES,

 6     INC., PASSENGER SEXUAL          Case No.

 7     ASSAULT LITIGATION,   3:23-MD-03084-CRB (LJC)

 8     ------------------------------x

 9     WHB 823,

10              Plaintiffs,

11        v.

12     UBER TECHNOLOGIES, INC.,

13     et al.,

14              Defendants.

15     ------------------------------x

16

17      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

18

19          REMOTE VIDEOTAPED DEPOSITION of

20               DAVID CURTIS SAWYER

21            Thursday, October 23, 2025

22

23

24     Reported by: MaryJo O'Connor, RDR, RMR

25      Job No. CS7672170
```

Page 243

1  check process for Hassan Turay. You started by
2  running criminal record searches in Maricopa
3  County, Arizona, and Fulton County, Georgia,
4  correct?
5       A.    Maricopa. Fulton County, Georgia.
6  Yes.
7       Q.    And this was because your Social
8  Security number trace showed prior addresses
9  only in these two states, correct?
10      A.    Yes, that appears to be true.
11      Q.    Your searches found no criminal
12 records for Hassan Turay, correct?
13      A.    Correct. I see I made a note here
14 about his entry into the U.S. and possibly
15 having criminal records in other countries, but
16 I did not find any in the U.S.
17      Q.    Okay. And I'm going to get to
18 outside the U.S. But your search found no
19 criminal records for Hassan Turay in the
20 United States, correct?
21      A.    That is correct.
22      Q.    And you also ran a search in
23 Arizona and Georgia federal district courts,
24 correct?
25      A.    Yes, I did.

Page 244

1      Q.   And no criminal records were found
2 in Arizona or Georgia district court records
3 for Hassan Turay, correct?
4      A.   Yes, I believe that's correct.
5      Q.   Your background check for Hassan
6 Turay did not uncover any reportable
7 disqualifying records for Hassan Turay,
8 correct?
9      A.   Yes, that is correct.
10     Q.   Okay.  Your social media search
11 found four profiles for Hassan Turay, correct?
12     A.   That is correct.
13     Q.   You were unable to confirm whether
14 any of these four profiles in fact pertained to
15 Hassan Turay, the driver in the JD case,
16 correct?
17     A.   I don't remember specifically,
18 although what it's stating in my report is no
19 derogatory information.  I don't remember if we
20 determined they were a definite match to him or
21 not.
22     Q.   Okay.  And just to be clear, based
23 on what you just said, your social media search
24 found no derogatory information for Hassan
25 Turay, correct?

Page 245

1        A.    Yeah, that's correct.
2        Q.    And you chose not to consult the
3   driver's license of Hassan Turay to see whether
4   the photo matched any of the social media
5   profiles, correct?
6        A.    I'd have to see that.  I don't
7   know that there were photos of the social
8   media.  There sometimes are and there sometimes
9   aren't.
10       Q.    But you did not.  You chose not
11  to.  If there were in fact photos on the social
12  media profiles, you chose not to compare the
13  photo in Hassan Turay's driver's license to the
14  social media searches you conducted, correct?
15  If there were photos.
16       A.    Yeah, I don't believe that we did
17  any comparisons to a driver's license from
18  social media.  But, again, I don't know how
19  many, if any, had photos on them.
20       Q.    In your report you suggest --
21  well, let me strike that.
22             Uber had more than seven years of
23  claiming background checks in the U.S. prior to
24  2023 for Hassan Turay, correct?
25       A.    So Uber -- prior to when?

Page 249

```
 1     the U.S., do you?
 2          A.    That would be impossible to know
 3     unless we did searches.  But, I mean, we know
 4     he resided in Sierra Leone.  We don't know if
 5     he resided anywhere else.  We don't know if he
 6     has a criminal record in a country he visited.
 7     So there is no way to know that.
 8          Q.    Are you suggesting that Uber
 9     should conduct background checks in every
10     country an applicant has ever visited?
11          A.    No, I am not.  But certainly in
12     every country where they have spent any amount
13     of time, whether it be as a student attending a
14     university or where they've lived, or maybe
15     they lived with an aunt and uncle for two
16     years.  But any country where they've spent any
17     amount of time, not just a vacation.
18          Q.    Okay.  My question, Mr. Sawyer,
19     is:  As you sit here today, because you chose
20     not to do a background check in the country you
21     know Mr. Hassan Turay lived in, you have no
22     evidence indicating that Hassan Turay ever
23     committed any offenses outside the U.S.,
24     correct?
25                MR. ROTMAN:  Objection.
```

800-567-8658                                    973-410-4098

Page 250

1  A. There is no way for me to have
2  that, so of course, you know, I have to say,
3  no, I don't. But without having any further
4  information, there would be no way for me to.
5  So you're asking me a question that you could
6  have answered yourself.
7  Q. Well, there'd be a way for you to
8  have information had you chosen to conduct a
9  background check in Sierra Leone for Hassan
10 Turay, correct?
11 A. Not to have a meaningful
12 background check without being able to, you
13 know, talk to Mr. Turay or have some other way
14 of determining where in Sierra Leone he
15 resided.
16 Q. Is it your opinion that it is not
17 possible to conduct effective background checks
18 outside the U.S. in the absence of interviews
19 with an applicant?
20 A. I'm -- there may be other ways to
21 obtain that information. I think interviews
22 are the best way. I think that you get a
23 better read on whether or not somebody is being
24 truthful with you.
25      I suppose it could be asked on an

Page 252

1      mean, of course you're not going to have any
2      evidence - nobody would - if the fingerprints
3      weren't done and run through the FBI database.
4           Q.   So you have no evidence that a
5      fingerprint-based background check would have
6      detected a criminal history in the background
7      of any of the bellwether drivers, correct?
8           A.   There would be no way to know that
9      without doing the fingerprints and running them
10     through the FBI database.  And then you, you
11     know, you may -- if there are records, that's
12     going to be one way to find them.  And if there
13     aren't records, then that's another way to show
14     that somebody does not have a record.
15          Q.   Okay.  You have no evidence that
16     using a ten-year lookback period would have
17     detected a criminal history in the background
18     of Hassan Turay, do you?
19          A.   Again, you know, you can't know
20     that unless you're doing it.  What I can tell
21     you is that with many of my clients we do
22     ten-year lookback periods and we often find
23     records, you know, between seven and ten years
24     ago.  And I advise every single one of my
25     clients to at least do it, you know, a ten-year

Page 256

1    A.    I don't think that's correct.  My
2    understanding of the lookback period is not how
3    far back you look when you go into a particular
4    court looking for records.  It has to do with
5    the Social Trace.  And if an address that shows
6    up on the Social Trace was six years ago,
7    you're searching that county.  But if there was
8    a different county that was listed eight years
9    ago, you're not, if seven years is your
10   lookback period.
11        Q.    Okay.  We can take this record
12   down.  I'm just asking, putting aside the
13   records we just looked at, as you sit here
14   today, you have no evidence that using a
15   ten-year lookback period would have detected a
16   criminal history in the background of Hassan
17   Turay, correct?
18        A.    Again, there is no way to have
19   that evidence, if I think the lookback period
20   wasn't performed.
21        Q.    Okay.
22        A.    So, no.
23        Q.    Okay.  I'm going to turn to Edwin
24   Orozco.  In addition to performing your own
25   background checks, you also reviewed the

1            MR. ROTMAN:  Objection.
2       A.   The only way for me to know that
3  would be if they were done.  So, of course not.
4       Q.   Okay.  You have no evidence that
5  an interview, if it had been conducted at the
6  time that the bellwether drivers were
7  on-boarded to the Uber platform, it would have
8  revealed criminal offenses.  You have no such
9  evidence, correct?
10      A.   Well, you're pointing out all the
11 things that Uber doesn't do.  And if they had
12 done these things, we don't know what they
13 would have found.
14      Q.   I'm sorry, I've only got five
15 minutes, Mr. Sawyer.  You have no evidence, as
16 you sit here today, that an interview conducted
17 at the time that the bellwether drivers were
18 on-boarded to the Uber platform would have
19 revealed any criminal offenses, correct?
20      A.   Because nobody could know that
21 without it being done back then.  Then, no, I
22 don't.
23      Q.   Okay.  You have no evidence that a
24 drug test or an employment verification or an
25 education verification or a warrant search

Page 357

1   would have identified any criminal offenses if
2   such measures had been taken at the time that
3   the bellwether drivers were on-boarded; is that
4   correct?
5           MR. ROTMAN:  Objection.  Asked and
6       answered.
7       A.   Because they were not done, there
8   was no way to know that for sure.
9           MS. SMITH:  Okay.  I have no
10      further questions.  I appreciate your
11      time, Mr. Sawyer.  I know it was a long
12      day.  Thank you.
13          THE WITNESS:  Thank you.
14          VIDEO TECHNICIAN:  Anything else
15      before we go off the record?
16          MS. SMITH:  I'm just going to say
17      thank you, thank you, thank you.
18      Especially -- sorry.
19          MR. ROTMAN:  Thank you, thank you.
20          VIDEO TECHNICIAN:  We're now going
21      off the record at approximately 7:24
22      p.m.
23          (Time noted:  7:24 p.m.)
24
25

Page 358

1        C E R T I F I C A T E
2
3    COMMONWEALTH OF MASSACHUSETTS
4    SUFFOLK, SS.
5              I, MaryJo O'Connor, a Notary Public
6    in and for the Commonwealth of
7    Massachusetts, do hereby certify:
8              That DAVID CURTIS SAWYER, the
9    witness whose testimony is hereinbefore set
10   forth, was duly sworn by me and that such
11   testimony is a true and accurate record of
12   my stenotype notes taken in the foregoing
13   matter to the best of my knowledge, skill
14   and ability.
15             IN WITNESS WHEREOF, I have hereunto
16   set my hand and Notarial Seal this 25th day
17   of October 2025.
18
19                   *MaryJo O'Connor* (signature)
20
                     MARYJO O'CONNOR, RDR/RMR
21                        Notary Public
22
     My Commission expires:
23   September 17, 2032
24
25