# EXHIBIT 11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4
 5   IN RE: UBER TECHNOLOGIES, INC.,  )
     PASSENGER SEXUAL ASSAULT          )
 6   LITIGATION                        )
     _____ )
 7                                     ) Case No.
                                       )3:23-md-03084-CRB(LJC)
 8   This Document Relates to:         )
     Jaylynn Dean v Uber Technologies, )
 9   Inc., et al.                      )
     (Case No. 3:23-cv-06708)          )
10   _____ )
11
12
13
14         VIDEOTAPED DEPOSITION OF HASSAN TURAY
15
                      Mesa, Arizona
16                    July 23, 2025
                        5:11 p.m.
17
18
19
20
21
22
23
     Reported by:
24   SHANNON STEVENSON,
     RPR, CCR
25   Certificate No. 50461      Job No. CS7503627
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES

Page 14

1   anyone associated with Uber did anyone pressure you to
2   testify here today, correct?
3       A    No.  Yeah, that would be correct.
4       Q    All right.  I want to switch gears a little bit
5   and talk about your background very briefly.
6            Mr. Turay, where were you born?
7       A    I was born in Sierra Leone.
8       Q    And did you spend the majority of your
9   childhood in Sierra Leone?
10      A    Yes, I did.
11      Q    When did you immigrate to the United States?
12      A    2013.
13      Q    And are you a United States citizen?
14      A    Now I am, yes.
15      Q    And so when you came to the U.S. in 2013, what
16  were you doing for work?
17      A    I was a caregiver.
18      Q    So explain that for me.  What did you do as a
19  caregiver?
20      A    So I worked with developmentally disabled
21  adults just helping them with activities of daily living.
22  So cooking, cleaning, administering medication, and, you
23  know, just, like, you have to sometimes -- you would have
24  to redirect them.  You know, so that type of thing.
25      Q    How did you get into that work?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES

Page 133

```
1   STATE OF ARIZONA        )
                            ) ss
2   COUNTY OF MARICOPA      )
3
4        BE IT KNOWN that the foregoing deposition was taken
5   before me, SHANNON STEVENSON, a Certified Reporter in and
6   for the County of Maricopa, State of Arizona; that the
7   witness before testifying was duly sworn to testify to
8   the whole truth; that the questions propounded to the
9   witness and the answers of the witness thereto were taken
10  down by me in shorthand and thereafter reduced to
11  computer-aided transcription under my direction; that the
12  foregoing 132 pages are a true and correct transcript of
13  all proceedings had upon the taking of said deposition,
14  all done to the best of my skill and ability.
15       I FURTHER CERTIFY that I am in no way related to any
16  of the parties hereto, nor am I in any way interested in
17  the outcome hereof.
18  (   ) Signature was requested.
19  (XXX) Signature was not requested.
20       DATED at Phoenix, Arizona, this 25th day of July,
21  2025.
22
                        SHANNON STEVENSON, CR, RPR
23                      Certified Reporter
                        Certificate No. 50461
24                      VERITEXT LEGAL SOLUTIONS
                        Registered Reporting Firm
25                      RRF No. R1061
```