# EXHIBIT 13

Control Number :	CHECKR000891

File Description :

JCCP Production - Custodian Other :

Author (Combined) :

GOOGLE_#Author :

GOOGLE_Collaborators :

Date Created (App) :

Date Last Modified (App) :

Parent Doc Date :

Production - Beginning Bates :

| Report ID | 7d384bfec90ba39ce17a1335 |
|---|---|
| Full Name | Hassan Ibrahim Turay |
| Email | DRIVER - PII |
| Account | Uber |

## Notice613

Created at: 2016-12-19T20:20:26Z

> **Confidential to be opened by addressee only**
>
> Attn: Hassan Turay
>
> **Notice to consumer of request of consumer report**
>
> Dear Hassan,
>
> The purpose of this email is to notify you that Checkr, Inc., a consumer reporting agency, is reporting criminal or other public record information that may be adverse about you to Uber.
>
> This notice is not an indication of Uber's decision regarding your application status.
>
> Your background check is still being processed. A Checkr representative can address any questions or concerns you have regarding the contents of your report as soon as it is complete.
>
> You can check the status of your background check at https://checkr.com/applicant.
>
> Sincerely,
>
> Checkr, Inc.

## Pre Adverse Action Notice

Sent at: 2016-12-21T19:00:49Z

Highly Confidential – Attorneys' Eyes Only

CHECKR000891

U B E R

Wed 21 Dec 2016

**Personal & Confidential**

Dear Hassan Ibrahim Turay:

Enclosed please find a copy of the consumer report that we ordered from Checkr, Inc. with your authorization, in connection with your proposal to enter an independent contractor relationship. Also please find enclosed a summary of your rights under applicable law. Checkr, Inc. is located at 2505 Mariposa Street, San Francisco, CA 94110 and can be reached at 844-533-0807 or https://checkr.com/applicant.

Please carefully review the consumer report. We will be completing our review of your proposal to enter an independent contractor relationship request within the next few days and, based in whole or in part on the information in the report, may decide not to accept your proposal. The specific records that may disqualify you from an entering an independent contractor relationship with the Company are:

- License status: Cancelled

If you believe that any of the information in the consumer report is inaccurate or incomplete, please contact Checkr, Inc. within seven business days of receiving this letter.

If you reside or submitted a proposal to enter an independent contractor relationship with the Company in Massachusetts, please also note the following enclosures:

Highly Confidential – Attorneys' Eyes Only                                                                                                          CHECKR000892

(i) a copy of the Company's Massachusetts Criminal Record Information Policy; (ii) the sources of any criminal history records provided to the Company (as reflected in the consumer report); and (iii) information from the Massachusetts Department of Criminal Justice Information Services ("DCJIS") concerning the process for correcting a criminal record.

If we do not hear from you within that time, we will make our determination based on the information currently available to us.

In the event that we choose not to enter into an independent contractor relationship, Checkr, Inc. will provide you such notice.

Highly Confidential – Attorneys' Eyes Only

CHECKR000893