# EXHIBIT 14

Control Number :                    CHECKR000894

File Description :

JCCP Production - Custodi
an Other :

Author (Combined) :

GOOGLE_#Author :

GOOGLE_Collaborators :

Date Created (App) :

Date Last Modified (App) :

Parent Doc Date :

Production - Beginning Ba
tes :

 **#3036480 Hassan, Thank you for calling Checkr today**

| **Submitted** | | | **Received via** | |
|---|---|---|---|---|
| December 22, 2016 at 08:09 | | | Telephony Integration: Phone call (inbound) | |

**Requester**

Hassan Ibrahim Turay <DRIVER - PII                    >

| **Status** | **Type** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|---|
| Closed | Question | Low | Support | Tiffany |

| **Client** | **Total time spent (sec)** | **Time spent last update (sec)** | **Contact Reason** |
|---|---|---|---|
| Uber | 1 | 1 | Driver license::Status |

**Hassan Ibrahim Turay**  December 22, 2016 at 08:09                                          Internal note

Call started

**Tiffany**  December 22, 2016 at 08:15                                          Internal note

Call from +1DRIVER - PII started at 08:09:19, ended at 08:15:00, duration is 05:41.
Click here to listen to the call recording.

Support Software by **Zendesk**

Highly Confidential – Attorneys' Eyes Only

CHECKR000894