# EXHIBIT 16

Hannah Nilles Volume II Highly Confidential
August 07, 2025


                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                     SAN FRANCISCO DIVISION


_____
IN RE: Uber TECHNOLOGIES,         ) Case No.
INC., PASSENGER SEXUAL ASSAULT    ) 3:23-md-03084-CRB
LITIGATION                        )
_____




              *** HIGHLY CONFIDENTIAL ***

                     Volume II

     [Wave 1 Plaintiffs' 30(b)(6) Deposition of Uber
     Technologies, Inc, Rasier, LLC, and Rasier-CA, LLC]




                   HIGHLY CONFIDENTIAL
                  UNDER PROTECTIVE ORDER
            VIDEOTAPED DEPOSITION OF HANNAH NILLES


                     August 7, 2025
              11:17 a.m. Eastern Standard Time

_____/






       Reported by:  Renee J. Ogden, RPR California CSR #14485

Hannah Nilles Volume II Highly Confidential
August 07, 2025

```
 1     sure.

 2              ATTORNEY PETERS:  Counsel, that's

 3     another thing we don't have, is any driver's

 4     license showing that he was licensed.  In fact, I'm

 5     fairly confident it doesn't exist.  If it does, we

 6     want to have it.

 7              ATTORNEY PREMO-HOPKINS:  All right.

 8     We'll check on that for you.

 9              ATTORNEY PETERS:  Thank you.

10              Let's go to Tab 7.  That will be

11     Exhibit 1857.

12              MARKED FOR IDENTIFICATION:

13              DEPOSITION EXHIBIT 1857

14              Metadata

15              2:43 p.m.

16  BY ATTORNEY PETERS:

17  Q.  This is a report for Mr. Turay, you can see at the

18     top?

19              ATTORNEY PETERS:  Let's go to the next

20     page, please.

21  BY ATTORNEY PETERS:

22  Q.  And this is a report, you can see at the bottom,

23     that was created December 19, 2016, completed

24     December 22, 2016.

25              Do you see that?
```

Hannah Nilles Volume II Highly Confidential
August 07, 2025

```
 1      immigrated in 2013, he would have been way beyond

 2      that anyway.

 3   Q.  You don't know that he got a driver's license in

 4      2013 or 2014 or 2015, right?

 5   A.  Presumably no, but going off this motor vehicle

 6      record, which is our source of truth, it says

 7      January 31st, 2008, and I have no reason to

 8      discredit that.

 9   Q.  Do you think people can get driver's licenses in a

10      country they have not moved to yet?

11            ATTORNEY PREMO-HOPKINS:  Object to form.

12   A.  I don't think I was insinuating that, no.

13   BY ATTORNEY PETERS:

14   Q.  Have you seen any information to suggest that

15      Mr. Turay obtained a driver's license any time

16      between 2013 up until October of 2016?

17   A.  I don't remember if I -- which of his driver's

18      license I've looked at.

19   Q.  He first became an active --

20            ATTORNEY PETERS:  We can take that down.

21   BY ATTORNEY PETERS:

22   Q.  He first became an active driver December 23rd,

23      2016.  Did he remain active after that date?

24   A.  Since when, since December 23rd, 2016 -- well, then

25      he goes through -- over the course of the account's
```

Hannah Nilles Volume II Highly Confidential
August 07, 2025

1                REPORTER'S CERTIFICATE

2


3                I, RENEE J. OGDEN, shorthand reporter

4         CA CSR No. 14485, do hereby certify that the

5         witness whose deposition is hereinbefore set

6         forth was sworn by agreement of all parties,

7         that the proceedings were reported

8         stenographically by me, and that this

9         transcript is a true, correct, and full

10        record of the testimony given.

11

12             I further certify that I am not related

13        to any of the parties to this action by blood

14        or by  marriage, and that I am in no way

15        interested in the outcome of this matter.

16

17             IN WITNESS WHEREOF, I have hereunto set

18        my hand on  August 11, 2025.

19

20

21

22

23        _____

24             Renee J. Ogden, CA CSR No. 14485

25             REPORTER'S CERTIFICATE