# EXHIBIT 18

| | |
|---|---|
| Control Number : | UBER-MDL3084-DFS00003687 |
| File Description : | Portable Document Format |
| JCCP Production - Custodian Other : | Uber |
| Author (Combined) : | |
| GOOGLE_#Author : | |
| GOOGLE_Collaborators : | |
| Date Created (App) : | 5/6/2024 7:53:00 PM |
| Date Last Modified (App) : | 5/7/2024 2:53:00 AM |
| Parent Doc Date : | 5/7/2024 12:00:00 AM |
| Production - Beginning Bates : | |

Title: A message from Uber

User Type: driver

Hi Hassan,

We hope you are having a good day and you are on the safe side of the road. A rider provided feedback that an argument on a recent trip with you made them feel uncomfortable.

We wanted to share this feedback with you and emphasize the importance of remaining respectful while using the Driver app, in accordance with our Community Guidelines.

Please note that multiple reports of this nature may result in losing access to the Uber apps.

Thank you for your understanding and always have a safe trip.

Elaine Buelva

Sat, 07 Jan 2023 16:35:23 GMT

via agent (external)

During this trip the rider, who was accompanied by 2 others, asked me to roll down the windows of my car. I did, just not all the way. She said that she was claustrophobic and was about to have a panic attack. I politely informed her that it was 42 degrees outside and that we will soon be at the destination. I had been driving for a couple hours and it was cold outside. She had just come outside when she got picked up so of course she was feeling warmer than I was. And she was going to be indoors soon while I was going to be driving for a few more hours. I reasonably tried to accommodate everyone including myself.

Hassan Turay

Sat, 07 Jan 2023 18:39:47 GMT

via inappsupport (external)

We appreciate you taking the time to clarify this issue, Hassan.

Your feedback has been documented and we will use this information to investigate this matter.

Safety is deeply important to us. When we receive feedback of this nature, we follow up and gather as much information as possible. This outreach is simply to inform you of the report that was made to us and remind you of our Community Guidelines. At this time, no further action will be taken with regard to your account status or ability to use the app.

Sometimes misunderstandings occur from time to time. We are not accusing you of anything, it's just a matter of safety and we stand in an effort to ensure a stress-free and comfortable experience for all users and an opportunity for you to reach out and let us know what happened from your point of view.

Thank you for your patience and understanding. If you have any questions or concerns, please do not hesitate to reach out.

Christian Almanzor

Sat, 07 Jan 2023 19:32:47 GMT

via agent (external)

CONFIDENTIAL                                                                                                                              UBER-MDL3084-DFS00003687