# EXHIBIT 19

| | |
|---|---|
| Control Number : | UBER-MDL3084-DFS00003705 |
| File Description : | Portable Document Format |
| JCCP Production - Custodian Other : | Uber |
| Author (Combined) : | |
| GOOGLE_#Author : | |
| GOOGLE_Collaborators : | |
| Date Created (App) : | 5/6/2024 7:53:00 PM |
| Date Last Modified (App) : | 5/7/2024 2:53:00 AM |
| Parent Doc Date : | 5/7/2024 12:00:00 AM |
| Production - Beginning Bates : | |

Title: My driver's vehicle was unsafe

User Type: client

Vehicle had mechanical issues: true

Seatbelt was damaged or missing: false

Windows were damaged: true

Tail lights were damaged: false

Heating or air conditioning was broken: false

Something else: false

Why did the vehicle feel unsafe?: It was making a loud rattling sound. He couldn't reverse his car. Instead of going down this specific street to get to my destination faster he went the long way and when I asked him to do a u-turn he couldnt do because he cant reverse. I was so uncomfortable and unsafe the whole trip worried bout the car breaking down on us or something happening to the car while having us in there. I would like to be in a good car next time with no obvious mechanical issues please. This noise from his car can be heard from far away and the car kept heating up.... Windows didn't work.

Yesenia [REDACTED - PII]

Mon, 09 Jan 2023 05:21:21 GMT

via inappsupport (external)

Hi Yesenia,

We're sorry to hear that this vehicle did not meet the quality standards you expect from Uber.

We strive to connect riders with high-quality drivers and vehicles, so we understand that you expect a well-maintained vehicle.

Drivers are expected to keep their vehicles in good operating condition as outlined in our Community Guidelines. Your feedback has been noted and we're reviewing this driver's account.

We are constantly working to improve the Uber experience and feedback like yours helps us support and educate drivers about how to provide the best possible experience in any vehicle.

We appreciate you taking the time to provide this feedback. We hope to offer you better trip experiences in the future.

Puneet dawar

Mon, 09 Jan 2023 05:42:43 GMT

via agent (external)

CONFIDENTIAL

UBER-MDL3084-DFS00003706