# EXHIBIT 21

| Field | Value |
|---|---|
| Control Number : | UBER-MDL3084-DFS00003707 |
| File Description : | Portable Document Format |
| JCCP Production – Custodian Other : | Uber |
| Author (Combined) : | |
| GOOGLE_#Author : | |
| GOOGLE_Collaborators : | |
| Date Created (App) : | 5/6/2024 7:55:00 PM |
| Date Last Modified (App) : | 5/7/2024 2:55:00 AM |
| Parent Doc Date : | 5/7/2024 12:00:00 AM |
| Production – Beginning Bates : | |

Title: A message from Uber

User Type: driver

Hi Hassan,We received feedback from one of your riders expressing concern with traffic maneuvers and driving speed on a recent trip.As explained in our <u>Community Guidelines</u>, serious or repeated claims of poor, unsafe, or distracted driving can result in loss of access to the Driver app.We appreciate your understanding.

Avdesh Singh

Sat, 07 Jan 2023 15:18:20 GMT

via agent (external)

I am very sorry to hear that. I missed an exit, the app usually would let you know to keep right or left but it didn't, maybe due to some construction in the area. So instead of going left to the 10, I stayed in the right two lanes and ended up being rerouted to make a right on university. I started to go right but then the app corrected itself and made me go left just as the rider was saying "no it's a left." I don't think I was at fault for following the app that's what I always do unless I know the area and know a better route. As for speeding I was just pacing traffic but I will watch that so I don't make my riders uncomfortable.

Hassan Turay

Sat, 07 Jan 2023 18:54:20 GMT

via inappsupport (external)

Hi Hassan,

Thanks for writing in and letting us know about this.

When these trips happen, we are not in the vehicle, as a result, outreach to both parties is standard practice.

However, we do understand that there are two sides to every story. That is why, without rushing into a decision, we're reaching out to hear your side.

By no means is this accusation. I know that you're a safe and professional driver.

We've shared this with you for your awareness and to remind you of our <u>Community Guidelines.</u>

Please do not be upset with the situation as no further action will be taken with regard to your account status or ability to use the app at this time.

You are valuable to us and we hope for your understanding and cooperation in this matter.

Avdesh Singh

Sat, 07 Jan 2023 19:18:06 GMT

via agent (external)

Thank you very much for your understanding and support.

Hassan Turay

Sat, 07 Jan 2023 19:21:08 GMT

via inappsupport (external)
