# EXHIBIT 22

| | |
|---|---|
| Control Number : | UBER-MDL3084-DFS00003690 |
| File Description : | Portable Document Format |
| JCCP Production – Custodian Other : | Uber |
| Author (Combined) : | |
| GOOGLE_#Author : | |
| GOOGLE_Collaborators : | |
| Date Created (App) : | 5/6/2024 7:58:00 PM |
| Date Last Modified (App) : | 5/7/2024 2:58:00 AM |
| Parent Doc Date : | 5/7/2024 12:00:00 AM |
| Production – Beginning Bates : | |

Title: My driver discriminated against me

User Type: client

Incident Details: My driver touched me sexually and then kissed me calling me a black nigger bitch I demand a full refund and I demand all my money back this driver sexually assaulted me and called me names please refund me my money

Uber Support

Tue, 18 Apr 2023 21:38:46 GMT

via system (external)

Incident Details: My driver touched me in a sexually mannose and kissed me he violated me sexually and called me a nigger bitch I demand a refund immediately this isn't right I was called names and degraded because I'm black Uber was supposed to protect me I demand a full refund immediately

Uber Support

Tue, 18 Apr 2023 21:43:03 GMT

via system (external)

Incident Details: My driver touched me in a sexually mannose and kissed me he violated me sexually and called me a nigger bitch I demand a refund immediately this isn't right I was called names and degraded because I'm black Uber was supposed to protect me I demand a full refund immediately

Uber Support

Tue, 18 Apr 2023 21:43:27 GMT

via system (external)

Share details here: My driver touched me in a sexually mannose and kissed me he violated me sexually and called me a nigger bitch I demand a refund immediately this isn't right I was called names and degraded because I'm black Uber was supposed to protect me I demand a full refund immediately

Kevin [REDACTED - PII]

Tue, 18 Apr 2023 21:43:38 GMT

via inappsupport (external)

Thank you for reporting this, Kevin. Any behavior involving violence, sexual misconduct, or illegal activity is unacceptable per the Community Guidelines. What you reported is concerning and we've suspended this user's account while we review this issue further. I tried reaching you at the number associated with your Uber account. Is there another number that you would prefer I try? I was calling to let you know that a dedicated member of our Trust & Safety team is now reviewing the incident and will contact you again as soon as possible. The goal of that conversation is to gather additional information about the incident, so we can take appropriate action. If you have further details about this incident that you would like to share with us in the meantime, please feel free to respond to this message. We look forward to speaking with you soon.

Gabriel Hare

Tue, 18 Apr 2023 22:13:33 GMT

via agent (external)

I demand a refund

Kevin [REDACTED - PII]

Tue, 18 Apr 2023 22:13:58 GMT

via inappsupport (external)

Hello,I am following up on a recent conversation you had with my colleague about a safety incident that you reported. I was hoping to ask you a few follow-up questions to gain a better understanding of what happened.Uber Resources HotlineI wanted to share information about the Uber Resources Hotline. This hotline is managed by [RAINN](#) and can:- Provide confidential, emotional support from RAINN's support specialists- Help you receive reimbursement from Uber for therapy and other services- Give you other helpful information and resourcesYou can call the hotline at 844.958.2378, Monday-Friday from 9AM-7PM ET using this PIN <sup>REDACTED - PII</sup>. This PIN is unique to you, and you'll need it each time you call. These services are available until a year from today.National Sexual Assault HotlineIn addition to the specific services facilitated by the Uber Resources Hotline, you can always access RAINN's 24/7 National Sexual Assault Hotline by phone (800.656.HOPE) or [Live Chat](#) for confidential support and referrals to free and low-cost resources through local sexual assault service providers. RAINN can also provide you information about the criminal justice process in case you're considering contacting law enforcement.Law Enforcement ReportingWe believe the decision to report to law enforcement is entirely up to you. If you decide to report this to police, please provide law enforcement with our online portal address: [lert.uber.com](#). Through this portal they can connect with our Law Enforcement Response Team to request information they may need for their investigation.You do not need to report to law enforcement in order to call the hotline number above.You can call me directly at 415-223-5354 between 8:00 - 4:00 MST if you have any questions. Thank you for bringing this to our attention.

Craig Weemhoff

Wed, 19 Apr 2023 16:27:43 GMT

via agent (external)

CONFIDENTIAL

UBER-MDL3084-DFS00003691