# EXHIBIT 24

Control Number :

UBER-MDL3084-DFS0021 6657

File Description :

JCCP Production - Custodian Other :

Author (Combined) :

GOOGLE_#Author :

GOOGLE_Collaborators :

Date Created (App) :

Date Last Modified (App) :

Parent Doc Date :

Production - Beginning Bates :

ID: 0b4126d7-3451-4a52-ade8-db9f32c34de7

Title: My driver was rude

User Type: client

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: I took this ride with my bf from the pick up the driver complemented me stating i was beautiful although appreciated i have a very jealous bf that was on the ride with me the driver continued to flat out ignore the fact that my bf was there and that was very unprofessional and dis respectful.... This was inappropriate for this driver please do something about this because it did start a personal argument.

Jennifer REDACTED - PII

Sun, 24 Mar 2019 05:05:55 GMT

via inappsupport (external)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer REDACTED - PII

Sun, 24 Mar 2019 05:05:55 GMT

via inappsupport (internal)

Sorry to hear what you have reported to us with this driver, Jennifer. The type of experience you described should not be tolerated.

Under no circumstances should a driver act in a way that makes you uncomfortable, whether that be flirting, making sexual comments, or otherwise. As a result of this report, we are further reviewing this driver's account.

I've fully refunded this trip. You should see the amount returned to your original payment method in a few business days.

We really appreciate you handling these challenging situations in the most professional way possible. Please let us know if we can help with anything further.

May Joy Romero

Sun, 24 Mar 2019 05:15:55 GMT

via agent (external)

Rider status: Adjustments & Appeasements

Normal

[REDACTED]

May Joy Romero

Sun, 24 Mar 2019 05:15:55 GMT

via agent (internal)