# EXHIBIT 25

```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION




     _____
     IN RE: UBER TECHNOLOGIES,         )
     INC., PASSENGER SEXUAL ASSAULT    )  MDL No. 3084 CRB
     LITIGATION                        )
     _____ )
                                                                     /



     LCHB128 v. Uber Technologies, Inc., et al.
     Case No. 3:24-cv-07019-CRB
     A.R. v. Uber Technologies, Inc., et al.
     Case No. 3:24-cv-07821
     B.L. v. Uber Technologies, Inc., et al.,
     Case No. No. 24-cv-7940
     Jaylynn Dean v. Uber Technologies, Inc., et al.,
     3:23-cv-06708
     WHB 832 v. Uber Technologies, Inc., et al.,
     3:24-cv-04900
                                                                     /



                         HIGHLY CONFIDENTIAL
                        UNDER PROTECTIVE ORDER


     VIDEOTAPED DEPOSITION OF GREG BROWN, VOL. II -
     WAVE 1 PLAINTIFFS' 30(b)(6) DEPOSITION OF UBER
     TECHNOLOGIES, INC., RASIER LLC, AND RASIER-CA, LLC,
     (TOPICS 4A-D, 6A-G, 7A-D, 8A-N, 9A-E, 10A, B, C, E,
     AND F)




                           August 26, 2025
                   7:40 a.m. Pacific Standard Time


     Reported by:  Renee Ogden, RPR, California CSR #14485
```

Greg Brown Volume II Highly Confidential
August 26, 2025

1     as he appears to have issued broadly similar

2     reports on a number of rides in fairly quick

3     succession.

4  Q.  Can we pull up the next exhibit, Exhibit 1989?

5          MARKED FOR IDENTIFICATION:

6          DEPOSITION EXHIBIT 1989

7          Uber Bot Communication with Jennifer

8          3:24 p.m.

9  BY ATTORNEY LEVY:

10  Q.  Take a minute and look through the documents that

11     are in the compilation of 1989.

12  A.  Yes.  Similarly, I recognize these documents, yes.

13  Q.  What is Exhibit 1989?

14  A.  This, again, appears to series of listener actions

15     involving a user named Jennifer who is continuing

16     to repeat very similar claims of problematic

17     behavior against her involving multiple trips with

18     different drivers on the platform.

19  Q.  Can you tell me what you mean?  When you say that,

20     what do you mean?  Why was this complaint against

21     Mr. Turay by this driver eventually determined by

22     Uber to be support abuse?

23  A.  In reviewing the series --

24          ATTORNEY PETERS:  Object to form.

25  A.  In reviewing the series of complaints issued by

Greg Brown Volume II Highly Confidential
August 26, 2025

1      Jennifer in this case they appear to all be broadly
2      similar, serious reports made in rapid succession
3      containing many of the same words and phrases.
4      This would be a classic definition of support
5      abuse, the intent here not to be actually to report
6      a serious safety incident, but instead to report
7      multiple of the same thing over and over as an
8      attempt to game the system and receive refunds.
9   BY ATTORNEY LEVY:
10  Q.  At the time of the subject incident in the Dean
11      case, the driver, Hassan Turay, had been a driver
12      on the Uber platform for seven years, correct?
13  A.  That's my understanding, yes.
14  Q.  During questioning by counsel on this matter
15      earlier, you were pointed to the fact that in those
16      seven years the driver had 62 one-star ratings.  Do
17      you recall that?
18  A.  I do.
19  Q.  Do you have your deposition aid from today in front
20      of you?
21  A.  Yes, yes, I do.
22  Q.  Okay.  And what -- you were asked about one-star
23      ratings and two-star ratings, but what counsel
24      conveniently did not ask you about is how many
25      total rides had been completed by Mr. Turay had at

1        REPORTER'S CERTIFICATE

2

3        I, RENEE J. OGDEN, shorthand reporter

4        CA CSR No. 14485, do hereby certify that the

5        witness whose deposition is hereinbefore set

6        forth was sworn by agreement of all parties,

7        that the proceedings were reported

8        stenographically by me, and that this

9        transcript is a true, correct, and full

10       record of the testimony given.

11

12       I further certify that I am not related

13       to any of the parties to this action by blood

14       or by  marriage, and that I am in no way

15       interested in the outcome of this matter.

16

17       IN WITNESS WHEREOF, I have hereunto set

18       my hand on August 28, 2025.

19

20

21

22

23       _____

24       Renee J. Ogden, CA CSR No. 14485

25