# EXHIBIT 26

| | |
|---|---|
| Control Number : | UBER-MDL3084-DFS00159699 |
| File Description : | Portable Document Format |
| JCCP Production – Custodian Other : | Uber |
| Author (Combined) : | |
| GOOGLE_#Author : | |
| GOOGLE_Collaborators : | |
| Date Created (App) : | 4/21/2025 10:03:00 PM |
| Date Last Modified (App) : | 4/21/2025 10:04:00 PM |
| Parent Doc Date : | 4/21/2025 10:04:00 PM |
| Production – Beginning Bates : | |

Title: My driver drove dangerously

User Type: client

Share Details : Pieces of the car were literally on the floor board in the back. When I asked him if he knew, he said it happens all the time. I felt very unsafe.

NICOLE [REDACTED - PII]

Mon, 16 Jul 2018 14:50:41 GMT

via inappsupport (external)

Escalated to IIT as user text contains the following keywords: unsafe

NICOLE [REDACTED - PII]

Mon, 16 Jul 2018 14:50:41 GMT

via inappsupport (internal)

Escalated to IIT as user text was suspected to be safety-related.

NICOLE [REDACTED - PII]

Mon, 16 Jul 2018 14:50:41 GMT

via inappsupport (internal)

[REDACTED]IITRoutingGuide(U.S.&Canada)-UnsafeVehicle

uday kumar

Mon, 16 Jul 2018 14:51:50 GMT

via agent (internal)

Thanks for reaching out, Nicole.

We're sorry to hear that this trip didn't meet the quality standards that you expect while using the Uber App.

Can you please provide some additional information about this trip so we can better assist you?

- What happened during this trip?
- What quality issues did you experience?

Thanks for bringing this to our attention and hope to hear from you soon.

Liezel Garalde

Mon, 16 Jul 2018 15:35:34 GMT

via agent (external)

When rider provides specifics – resume at step 3 on page: [REDACTED]

Liezel Garalde

Mon, 16 Jul 2018 15:35:34 GMT

via agent (internal)

CONFIDENTIAL

UBER-MDL3084-DFS00159700