1  [Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
|---|---|

Under Civil Local Rules 7-11 and 79-5(f), Plaintiff moves the Court to consider whether material designated confidential by Uber or third parties associated with Uber should be sealed.

On December 16, 2025, Plaintiff filed her Omnibus Motions In Limine which refer to and attach documents that Uber designated "HIGHLY CONFIDENTIAL" and / or "CONFIDENTIAL."

**Material To Be Filed Under Seal**

The material to be filed under seal is portions Plaintiff's Omnibus Motions in Limine and the attached exhibits.

| Document | Description | Designating Party |
|---|---|---|
| Portions of Plaintiff's Omnibus Motions in Limine | Portions of briefing referring to documents and testimony designated highly confidential and confidential | Uber |
| Exhibit 5 | Gregory Brown 8/26/25 deposition transcript | Uber |
| Exhibit 6 | Rebuttal Expert Report of Vida Thomas | Uber |
| Exhibit 7 | UBER_JCCP_MDL_003348796 | Uber |
| Exhibit 8 | Gregory Brown 7/15/25 deposition transcript | Uber |
| Exhibit 9 | Exhibit 1831, Tab 3 to the deposition of Jamie Brown | Uber |
| Exhibit 15 | Uber's Responses and Objections to 3rd Interrogatories | Uber |

| Document | Description | Designating Party |
|---|---|---|
| Exhibit 16 | Uber's Responses and Objections to 3rd Requests for Production | Uber |
| Exhibit 17 | Henry (Gus) Fuldner 4/29/25 deposition transcript | Uber |
| Exhibit 18 | Sachin Kansal 5/28/25 deposition transcript | Uber |
| Exhibit 19 | Meghan Joyce 2/26/25 deposition transcript | Uber |
| Exhibit 20 | Determinations of Special Master Barbara Jones, 3/17/25 | Uber |
| Exhibit 21 | Determinations of Special Master Barbara Jones, 4/2/25 | Uber |
| Exhibit 22 | Determinations of Special Master Barbara Jones, 11/10/25 | Uber |
| Exhibit 23 | Determinations of Special Master Barabara Jones, 12/4/25 | Uber |
| Exhibit 24 | UBER_JCCP_MDL_005239726, UBER_JCCP_MDL_005354493, UBER_JCCP_MDL_003272500 | Uber |
| Exhibit 25 | Mariana Esteves 8/28/25 deposition transcript | Uber |
| Exhibit 26 | Hannah Nilles 7/23/25 deposition transcript | Uber |
| Exhibit 27 | Andi Pimentel 3/27/25 deposition transcript | Uber |
| Exhibit 29 | UBER_JCCP_MDL_000911254 | Uber |
| Exhibit 30 | Exhibit 2041 to the 10/1/25 deposition of Emilie Boman | Uber |
| Exhibit 31 | Emilie Boman 10/1/25 deposition transcript | Uber |
| Exhibit 32 | UBER000231789 | Uber |
| Exhibit 33 | Michael Akamine 5/20/25 deposition transcript | Uber |
| Exhibit 34 | Kate Parker 2/14/25 deposition transcript | Uber |
| Exhibit 35 | Sunny Wong 4/16/25 deposition transcript | Uber |
| Exhibit 36 | Rebecca Payne 4/2/25 deposition transcript | Uber |
| Exhibit 37 | Katherine McDonald 4/24/25 deposition transcript | Uber |
| Exhibit 38 | UBER_JCCP_MDL_001687315 | Uber |
| Exhibit 39 | Hannah Nilles 5/29/25 deposition transcript | Uber |
| Exhibit 40 | Hannah Nilles 6/30/25 deposition transcript | Uber |
| Exhibit 41 | Roger Kaiser 11/19/24 deposition transcript | Uber |
| Exhibit 42 | Todd Gaddis 7/8/25 deposition transcript | Uber |
| Exhibit 44 | Nairi Hourdajian 2/7/25 deposition transcript | Uber |
| Exhibit 45 | UBER_JCCP_MDL_004910959 | Uber |
| Exhibit 46 | Heather Childs 6/5/25 deposition transcript | Uber |
| Exhibit 47 | Troy Stevenson 10/21/24 deposition transcript | Uber |
| Exhibit 48 | UBER_JCCP_MDL_004842329 | Uber |
| Exhibit 49 | UBER_JCCP_MDL_004647390 | Uber |
| Exhibit 50 | UBER_JCCP_MDL_005549945 | Uber |
| Exhibit 51 | UBER_JCCP_MDL_000562747 | Uber |
| Exhibit 52 | UBER_JCCP_MDL_001636569 | Uber |
| Exhibit 53 | UBER_JCCP_MDL_005207782 | Uber |

| Document | Description | Designating Party |
|---|---|---|
| Exhibit 54 | UBER_JCCP_MDL_005207788 | Uber |
| Exhibit 55 | QS_0000055 | Uber |
| Exhibit 56 | UBER_JCCP_MDL_005154815 | Uber |
| Exhibit 57 | UBER_JCCP_MDL_003255312 | Uber |
| Exhibit 58 | UBER_JCCP_MDL_003359920 | Uber |
| Exhibit 59 | UBER_JCCP_MDL_005579342 | Uber |
| Exhibit 60 | UBER_JCCP_MDL_002658984 | Uber |

Under Local Rule 79-5(f)(3), the designating entities bear the responsibility to establish that all of the designated material is sealable.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Roopal P. Luhana in Support of this Motion; and

2. A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: December 16, 2025

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor

- 3 -

New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: December 16, 2025          By:     */s/ Roopal P. Luhana*
                                            Roopal P. Luhana