IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

I, Roopal P. Luhana, declare:

1. I am a partner of Chaffin Luhana, LLP, an attorney licensed in the State of New York, and duly admitted to practice before this Court *pro hac vice*, representing Plaintiffs in the above caption action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Because the materials at issue were designated by Uber as "CONFIDENTIAL" and /or "HIGHLY CONFIDENTIAL", Plaintiff filed the following under seal:

3.

| Document | Description | Designating Party |
|---|---|---|
| Portions of Plaintiffs' Omnibus Motions in Limine | Portions of briefing referring to documents and testimony designated highly confidential and confidential | Uber |
| Exhibit 5 | Gregory Brown 8/26/25 deposition transcript | Uber |
| Exhibit 6 | Rebuttal Expert Report of Vida Thomas | Uber |
| Exhibit 7 | UBER_JCCP_MDL_003348796 | Uber |
| Exhibit 8 | Gregory Brown 7/15/25 deposition transcript | Uber |
| Exhibit 9 | Exhibit 1831, Tab 3 to the deposition of Jamie Brown | Uber |
| Exhibit 15 | Uber's Responses and Objections to 3rd Interrogatories | Uber |
| Exhibit 16 | Uber's Responses and Objections to 3rd Requests for Production | Uber |

| 3.  Document | Description | Designating Party |
|---|---|---|
| Exhibit 17 | Henry (Gus) Fuldner 4/29/25 deposition transcript | Uber |
| Exhibit 18 | Sachin Kansal 5/28/25 deposition transcript | Uber |
| Exhibit 19 | Meghan Joyce 2/26/25 deposition transcript | Uber |
| Exhibit 20 | Determinations of Special Master Barbara Jones, 3/17/25 | Uber |
| Exhibit 21 | Determinations of Special Master Barbara Jones, 4/2/25 | Uber |
| Exhibit 22 | Determinations of Special Master Barbara Jones, 11/10/25 | Uber |
| Exhibit 23 | Determinations of Special Master Barabara Jones, 12/4/25 | Uber |
| Exhibit 24 | UBER_JCCP_MDL_005239726, UBER_JCCP_MDL_005354493, UBER_JCCP_MDL_003272500 | Uber |
| Exhibit 25 | Mariana Esteves 8/28/25 deposition transcript | Uber |
| Exhibit 26 | Hannah Nilles 7/23/25 deposition transcript | Uber |
| Exhibit 27 | Andi Pimentel 3/27/25 deposition transcript | Uber |
| Exhibit 29 | UBER_JCCP_MDL_000911254 | Uber |
| Exhibit 30 | Exhibit 2041 to the 10/1/25 deposition of Emilie Boman | Uber |
| Exhibit 31 | Emilie Boman 10/1/25 deposition transcript | Uber |
| Exhibit 32 | UBER000231789 | Uber |
| Exhibit 33 | Michael Akamine 5/20/25 deposition transcript | Uber |
| Exhibit 34 | Kate Parker 2/14/25 deposition transcript | Uber |
| Exhibit 35 | Sunny Wong 4/16/25 deposition transcript | Uber |
| Exhibit 36 | Rebecca Payne 4/2/25 deposition transcript | Uber |
| Exhibit 37 | Katherine McDonald 4/24/25 deposition transcript | Uber |
| Exhibit 38 | UBER_JCCP_MDL_001687315 | Uber |
| Exhibit 39 | Hannah Nilles 5/29/25 deposition transcript | Uber |
| Exhibit 40 | Hannah Nilles 6/30/25 deposition transcript | Uber |
| Exhibit 41 | Roger Kaiser 11/19/24 deposition transcript | Uber |
| Exhibit 42 | Todd Gaddis 7/8/25 deposition transcript | Uber |
| Exhibit 44 | Nairi Hourdajian 2/7/25 deposition transcript | Uber |
| Exhibit 45 | UBER_JCCP_MDL_004910959 | Uber |
| Exhibit 46 | Heather Childs 6/5/25 deposition transcript | Uber |
| Exhibit 47 | Troy Stevenson 10/21/24 deposition transcript | Uber |
| Exhibit 48 | UBER_JCCP_MDL_004842329 | Uber |
| Exhibit 49 | UBER_JCCP_MDL_004647390 | Uber |
| Exhibit 50 | UBER_JCCP_MDL_005549945 | Uber |
| Exhibit 51 | UBER_JCCP_MDL_000562747 | Uber |
| Exhibit 52 | UBER_JCCP_MDL_001636569 | Uber |
| Exhibit 53 | UBER_JCCP_MDL_005207782 | Uber |
| Exhibit 54 | UBER_JCCP_MDL_005207788 | Uber |
| Exhibit 55 | QS_0000055 | Uber |

| 3. Document | Description | Designating Party |
|---|---|---|
| Exhibit 56 | UBER_JCCP_MDL_005154815 | Uber |
| Exhibit 57 | UBER_JCCP_MDL_003255312 | Uber |
| Exhibit 58 | UBER_JCCP_MDL_003359920 | Uber |
| Exhibit 59 | UBER_JCCP_MDL_005579342 | Uber |
| Exhibit 60 | UBER_JCCP_MDL_002658984 | Uber |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 16, 2025 in Pittsburgh, Pennsylvania.

*/s/ Roopal P. Luhana*
Roopal P. Luhana