1 | [Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
|---|---|
| This Document Relates to: *Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708 D. Ariz. No. 25-cv-4276 | **CERTIFICATE OF SERVICE** |

I certify that on December 10, 2025 a true and correct copy of the UNSEALED/UNREDACTED version of the following documents:

| Document | Description |
|---|---|
| Portions of Plaintiff's Omnibus Motions in Limine | Unredacted Plaintiff's Omnibus Motions in Limine |
| Exhibit 5 | Gregory Brown 8/26/25 deposition transcript |
| Exhibit 6 | Rebuttal Expert Report of Vida Thomas |
| Exhibit 7 | UBER_JCCP_MDL_003348796 |
| Exhibit 8 | Gregory Brown 7/15/25 deposition transcript |
| Exhibit 9 | Exhibit 1831, Tab 3 to the deposition of Jamie Brown |
| Exhibit 15 | Uber's Responses and Objections to 3rd Interrogatories |
| Exhibit 16 | Uber's Responses and Objections to 3rd Requests for Production |
| Exhibit 17 | Henry (Gus) Fuldner 4/29/25 deposition transcript |
| Exhibit 18 | Sachin Kansal 5/28/25 deposition transcript |
| Exhibit 19 | Meghan Joyce 2/26/25 deposition transcript |
| Exhibit 20 | Determinations of Special Master Barbara Jones, 3/17/25 |
| Exhibit 21 | Determinations of Special Master Barbara Jones, 4/2/25 |
| Exhibit 22 | Determinations of Special Master Barbara Jones, 11/10/25 |

| Document | Description |
|---|---|
| Exhibit 23 | Determinations of Special Master Barabara Jones, 12/4/25 |
| Exhibit 24 | UBER_JCCP_MDL_005239726, UBER_JCCP_MDL_005354493, UBER_JCCP_MDL_003272500 |
| Exhibit 25 | Mariana Esteves 8/28/25 deposition transcript |
| Exhibit 26 | Hannah Nilles 7/23/25 deposition transcript |
| Exhibit 27 | Andi Pimentel 3/27/25 deposition transcript |
| Exhibit 29 | UBER_JCCP_MDL_000911254 |
| Exhibit 30 | Exhibit 2041 to the 10/1/25 deposition of Emilie Boman |
| Exhibit 31 | Emilie Boman 10/1/25 deposition transcript |
| Exhibit 32 | UBER000231789 |
| Exhibit 33 | Michael Akamine 5/20/25 deposition transcript |
| Exhibit 34 | Kate Parker 2/14/25 deposition transcript |
| Exhibit 35 | Sunny Wong 4/16/25 deposition transcript |
| Exhibit 36 | Rebecca Payne 4/2/25 deposition transcript |
| Exhibit 37 | Katherine McDonald 4/24/25 deposition transcript |
| Exhibit 38 | UBER_JCCP_MDL_001687315 |
| Exhibit 39 | Hannah Nilles 5/29/25 deposition transcript |
| Exhibit 40 | Hannah Nilles 6/30/25 deposition transcript |
| Exhibit 41 | Roger Kaiser 11/19/24 deposition transcript |
| Exhibit 42 | Todd Gaddis 7/8/25 deposition transcript |
| Exhibit 44 | Nairi Hourdajian 2/7/25 deposition transcript |
| Exhibit 45 | UBER_JCCP_MDL_004910959 |
| Exhibit 46 | Heather Childs 6/5/25 deposition transcript |
| Exhibit 47 | Troy Stevenson 10/21/24 deposition transcript |
| Exhibit 48 | UBER_JCCP_MDL_004842329 |
| Exhibit 49 | UBER_JCCP_MDL_004647390 |
| Exhibit 50 | UBER_JCCP_MDL_005549945 |
| Exhibit 51 | UBER_JCCP_MDL_000562747 |
| Exhibit 52 | UBER_JCCP_MDL_001636569 |
| Exhibit 53 | UBER_JCCP_MDL_005207782 |
| Exhibit 54 | UBER_JCCP_MDL_005207788 |
| Exhibit 55 | QS_0000055 |
| Exhibit 56 | UBER_JCCP_MDL_005154815 |
| Exhibit 57 | UBER_JCCP_MDL_003255312 |
| Exhibit 58 | UBER_JCCP_MDL_003359920 |
| Exhibit 59 | UBER_JCCP_MDL_005579342 |
| Exhibit 60 | UBER_JCCP_MDL_002658984 |

were served pursuant to Civil L.R. 5(a) to each person named below:

**Kirkland & Ellis LLP**
Alli Brown

alli.brown@kirkland.com
Chris Cox
christopher.cox@kirkland.com
Jessica Davidson
jessica.davidson@kirkland.com
Jennifer Levy
jlevy@kirkland.com
Rupal Joshi
rupal.joshi@kirkland.com
Laura Vartain
laura.vartain@kirkland.com
Kristen Fournier
kristen.fournier@kirkland.com
Alexandra Caritis
alexandra.caritis@kirkland.com
Libby Marden
libby.marden@kirkland.com
Geoffrey Wyatt
geoffrey.wyatt@kirkland.com
Beth Larsen
beth.larsen@kirkland.com

**O'Melveny and Meyers LLP**
Sabrina Strong
sstrong@omm.com
Jonathan Schneller
jschneller@omm.com
Joshua Revesz
jrevesz@omm.com
Louis Fisher
lfisher@omm.com

**Shook, Hardy & Bacon LLP**
Michael B. Shortnacy
mshortnacy@shb.com
Patrick L. Oot, Jr.
oot@shb.com
Christopher V. Cotton
ccotton@shb.com
Alycia A. Degen
adegen@shb.com
Veronica Gromada
vgromada@shb.com


Service Email
UBERMDLSERVICE@LISTSERV.SHB.COM

- 3 -

CERTIFICATE OF SERVICE
CASE NO. 23-MD-03084-CRB

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 16, 2025.

By: */s /Roopal P. Luhana*
Roopal P. Luhana