IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF ROOPAL P. LUHANA, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE**<br><br>Judge: Honorable Charles R. Breyer |

- 1 -

I, Roopal P. Luhana, hereby declare as follows:

1. I am a partner of Chaffin Luhana LLP, an attorney licensed in the State of New York and duly admitted to practice before this Court, representing Plaintiffs in the above captioned action.

2. I submit this declaration in support of Plaintiff's Motions in Limine.

3. Defendants produced, for the first time, documents related to supposed support abuse allegations concerning "Jennifer" only after the applicable 30(b)(6) deposition concerning this topic. Defendants document production on this issue spanned a few week timeframe. Defendants did not produce fulsome records related to "Jennifer's" approximately three years on the Uber platform.

4. Defendants produced a spreadsheet listing training courses purportedly sent to driver Hassan Turay on December 3, 2025.

5. Defendants' most recent privilege log, produced to Plaintiffs on December 10, 2025, contains approximately 110,298 entries.

6. Approximately 3,715 entries on Defendants' privilege log contain the phrase "cameras or recording devices in vehicles," and approximately 775 entries relate to S-RAD or Safe Dispatch.

7. Attached hereto as Exhibit 1 is a true and correct copy of the ruling issued by Judge Schulman on August 29, 2025 *In Re Uber Rideshare Cases,* JCCP, Superior Court, Case No. CJC-21-005188.

8. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the deposition of Jaylnn Dean, dated June 27, 2025.

9. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the deposition of Natasha Ramos, dated June 26, 2025.

10. Attached hereto as Exhibit 4 is a true and correct copy of the excerpts of the deposition of Olajuwon Ramos, dated June 26, 2025.

11. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the deposition of Gregory Brown, dated August 26, 2025.

DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE

12. Attached hereto as Exhibit 6 is a true and correct copy of the Rebuttal Expert Report of Vida Thomas.

13. Attached hereto as Exhibit 7 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_003348796.

14. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the deposition of Gregory Brown, dated July 15, 2025.

15. Attached hereto as Exhibit 9 is a true and correct copy of Tab 3 to Exhibit 1831 of the deposition of Jamie Brown, marked on August 26, 2025.

16. Attached hereto as Exhibit 10 is a true and correct copy of Plaintiff Jaylynn Dean's First Requests for Production propounded on Uber, dated March 26, 2025.

17. Attached hereto as Exhibit 11 is a true and correct copy of Plaintiffs' First Requests for Production propounded on Uber, dated February 28, 2024.

18. Attached hereto as Exhibit 12 is a true and correct copy of the 30(b)(6) deposition notice for witness Gregory Brown, dated July 9, 2025.

19. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the trial transcript in re *Henry v. Brenntag N. Am., Inc., et al.*, No. MID-1784-17 (N.J. Super. Ct. Law Div. Middlesex Cnty. Oct. 10, 2018).

20. Attached hereto as Exhibit 14 is a true and correct copy of excerpts of the trial transcript in re *Cadagin v. Johnson & Johnson*, No. 1522-CC00419-02 (Mo. Cir. Ct. City of St. Louis July 13, 2021)

21. Attached hereto as Exhibit 15 is a true and correct copy Uber's Responses and Objections to Plaintiffs' Third Set of Interrogatories.

22. Attached hereto as Exhibit 16 is a true and correct copy of Uber's Responses and Objections to Plaintiffs' Third Requests for Production.

23. Attached hereto as Exhibit 17 is a true and correct copy excerpts of the deposition of Henry (Gus) Fuldner, dated April 29, 2025.

24. Attached hereto as Exhibit 18 is a true and correct copy of excerpts of the deposition

of Sachin Kansal, dated May 28, 2025.

25. Attached hereto as Exhibit 19 is a true and correct copy of excerpts of the deposition of Meghan Joyce, dated February 26, 2025.

26. Attached hereto as Exhibit 20 is a true and correct copy of privilege determinations issued by Special Master Barbara Jones on March 17, 2025.

27. Attached hereto as Exhibit 21 is a true and correct copy of privilege determinations issued by Special Master Barbara Jones on April 2, 2025.

28. Attached hereto as Exhibit 22 is a true and correct copy of privilege determinations issued by Special Master Barbara Jones on November 11, 2025.

29. Attached hereto as Exhibit 23 is a true and correct copy of privilege determinations issued by Special Master Barbara Jones on December 4, 2025.

30. Attached hereto as Exhibit 24 is a compendium of documents produced as bates nos. UBER_JCCP_MDL_005239726, UBER_JCCP_MDL_005354493, and UBER_JCCP_MDL_003272500.

31. Attached hereto as Exhibit 25 is a true and correct copy of excerpts of the deposition of Mariana Esteves, dated August 28, 2025.

32. Attached hereto as Exhibit 26 is a true and correct copy of excerpts of the deposition of Hannah Nilles, dated July 23, 2025.

33. Attached hereto as Exhibit 27 is a true and correct copy of excerpts of the deposition of Andi Pimentel, dated March 27, 2025.

34. Attached hereto as Exhibit 28 is a true and correct copy of excerpts of the first bellwether trial transcript, *In Re Uber Rideshare Cases,* JCCP, Superior Court, Case No. CJC-21-005188.

35. Attached hereto as Exhibit 29 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000911254.

36. Attached hereto as Exhibit 30 is a true and correct copy of Exhibit 2041 to the deposition of Emilie Boman, entered on October 1, 2025.

37. Attached hereto as Exhibit 31 is a true and correct copy of excerpts of the deposition of Emilie Boman, dated October 1, 2025.

38. Attached hereto as Exhibit 32 is a true and correct copy of the document produced as bates no. UBER000231789.

39. Attached hereto as Exhibit 33 is a true and correct copy of excerpts of the deposition of Michael Akamine, dated May 20, 2025.

40. Attached hereto as Exhibit 34 is a true and correct copy of excerpts of the deposition of Kate Parker, dated February 14, 2025.

41. Attached hereto as Exhibit 35 is a true and correct copy of excerpts of the deposition of Sunny Wong, dated April 16, 2025.

42. Attached hereto as Exhibit 36 is a true and correct copy of excerpts of the deposition of Rebecca Payne, dated April 2, 2025.

43. Attached hereto as Exhibit 37 is a true and correct copy of excerpts of the deposition of Katherine McDonald, dated April 24, 2025.

44. Attached hereto as Exhibit 38 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001687315.

45. Attached hereto as Exhibit 39 is a true and correct copy of excerpts of the deposition of Hannah Nilles, dated May 29, 2025.

46. Attached hereto as Exhibit 40 is a true and correct copy of excerpts of the deposition of Hannah Nilles, dated June 30, 2025.

47. Attached hereto as Exhibit 41 is a true and correct copy of excerpts of the deposition of Roger Kaiser, dated November 19, 2024.

48. Attached hereto as Exhibit 42 is a true and correct copy of excerpts of the deposition of Todd Gaddis, dated July 8, 2025.

49. Attached hereto as Exhibit 43 is a true and correct copy the ruling issued by Judge Jeffrey S. Ross on September 12, 2025, *In re Lyft Rideshare Cases*, JCCP, Superior Court, Case No. CJC-20-005061.

50. Attached hereto as Exhibit 44 is a true and correct copy excerpts of the deposition of Nairi Hourdajian, dated February 7, 2025.

51. Attached hereto as Exhibit 45 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_004910959.

52. Attached hereto as Exhibit 46 is a true and correct copy of excerpts of the deposition of Heather Childs, dated June 5, 2025.

53. Attached hereto as Exhibit 47 is a true and correct copy of excerpts of the deposition of Troy Stevenson, dated October 21, 2024.

54. Attached hereto as Exhibit 48 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_004842329.

55. Attached hereto as Exhibit 49 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_004647390.

56. Attached hereto as Exhibit 50 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_005549945.

57. Attached hereto as Exhibit 51 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000562747.

58. Attached hereto as Exhibit 52 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001636569.

59. Attached hereto as Exhibit 53 is a true and correct copy the document produced as bates no. UBER_JCCP_MDL_005207782.

60. Attached hereto as Exhibit 54 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_005207788.

61. Attached hereto as Exhibit 55 is a true and correct copy of the document produced as bates no. QS_0000055.

62. Attached hereto as Exhibit 56 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_005154815.

63. Attached hereto as Exhibit 57 is a true and correct copy of the document produced

DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE

as bates no. UBER_JCCP_MDL_003255312.

64. Attached hereto as Exhibit 58 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_003359920.

65. Attached hereto as Exhibit 59 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_005579342.

66. Attached hereto as Exhibit 60 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_002658984.

Executed this 16th day of December, 2025 in Pittsburgh, Pennsylvania.

/s/ *Roopal P. Luhana*
Roopal P. Luhana

DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE