# EXHIBIT 4

## EXHIBIT FILED UNDER SEAL

Page 1

1                    UNITED STATES DISTRICT COURT

2                    NORTHERN DISTRICT OF CALIFORNIA

3                      SAN FRANCISCO DIVISION

4

5    IN RE: UBER TECHNOLOGIES, INC.,    |

     PASSENGER SEXUAL ASSAULT           |Case No.

6    LITIGATION,                        |3:23-md-03084-CRB

     _____   |

7                                       |

     This Document Relates to:          |

8    Jaylynn Dean v. Uber Technologies, |

     Inc., et al., 3:23-cv-06708        |

9    _____   |

10

11

12

13

14

15       REMOTE VIDEOTAPED DEPOSITION OF OLAJUWON RAMOS

16           TAKEN ON BEHALF OF THE DEFENDANTS

17       ON JUNE 26, 2025, BEGINNING AT 8:11 A.M. CST

18                      VIA ZOOM

19

20

21

22

23      Job No. CS7420527

24   VIDEOTAPED BY:  Kevin Frank

25   REPORTED BY:  D. Luke Epps, CSR, RPR

1          Q     Okay.  And what happened?

2          A     I basically got into an argument.

3    Neighbors called the police.  The police came.  They

4    seen that my wife was crying, upset.  Said it looks

5    like she was assaulted.  They thought I had a gun on

6    me because I owned a firearm.  They took me in.

7    Basically, I didn't have money for a lawyer.  I took

8    a plea deal, which they said a deferred would pretty

9    much be like I never got charged with it, so I just

10   took the plea and, you know, did probation and

11   finished that and that was the end of it.

12         Q     When you say you took a plea, what does

13   that mean?

14               MS. ELLIS:  Objection.  Form.

15               THE WITNESS:  Basically, they offered me a

16   plea deal to rather go to trial or to basically

17   complete so many, like, community service hours, do

18   probation, and they said basically it's like --

19   pretty much, they told me it's like it never

20   happened.  I'm not convicted or I'm not -- it's not

21   saying that I was or I wasn't basically convicted of

22   it.

23         Q     (BY MS. CLEMENT)  Do you know if you pled

24   guilty?

25               MS. ELLIS:  Objection.  Form.

1          THE WITNESS:  I pled no contest.

2      Q    (BY MS. CLEMENT)  You believe you pled no

3  contest?

4      A    Yes.

5      Q    Okay.  Would it surprise you if there's a

6  record that says that you pled guilty?

7          MS. ELLIS:  Objection.  Form.

8          THE WITNESS:  Honestly, it does in a way

9  because, like I said, I just -- was just trying to

10  do whatever I could just to get it over with.

11     Q    (BY MS. CLEMENT)  Did you have to pay any

12  fines?

13         MS. ELLIS:  Objection.  Form.

14         THE WITNESS:  Yes.

15     Q    (BY MS. CLEMENT)  Do you remember the

16  amount of the fine?

17     A    No.

18     Q    Did you have to do community service?

19         MS. ELLIS:  Objection.  Form.

20         THE WITNESS:  Yes.

21     Q    (BY MS. CLEMENT)  Do you remember how much

22  community service you had to do?

23         MS. ELLIS:  Objection.  Form.

24         THE WITNESS:  No.

25     Q    (BY MS. CLEMENT)  Did you hurt your wife?