# EXHIBIT 13

Page 2727

```
SUPERIOR COURT OF NEW JERSEY
LAW DIVISION:  MIDDLESEX COUNTY
DOCKET NO. MID-1748-17AS
```

ROSALIND HENRY and FREDRICK C. HENRY,

      Plaintiffs,

  v.

BRENNTAG NORTH AMERICA, INC, et al.,

      Defendants.

TRANSCRIPT OF PROCEEDINGS

TRIAL

(VOLUME XII)

_____

Wednesday, October 10, 2018
8:35 a.m.
Middlesex County Courthouse
New Brunswick, New Jersey

B E F O R E:

H O N O R A B L E   A N A   C.   V I S C O M I, JSC

REPORTED BY:  ANDREA F. NOCKS, CCR, CRR

Job No. NJ3024662

Page 2780
1  you said you could do justice, you could do the hard
2  job of holding the plaintiffs to their burden of
3  proof. And they have the burden to actually prove
4  their case, not with more witnesses, not with more
5  evidence, but with credible, persuasive, believable
6  evidence.
7           And you told us in jury selection,
8  all the jurors that came in, that you could do the
9  hard job and set sympathy aside and decide this case
10 based on the evidence. And it's hard in a case like
11 this. Those of you, many of us have had people in
12 our own families who have suffered from cancer, have
13 died from cancer, and it's horrible. And we
14 wouldn't be human if our hearts didn't ache for
15 Mrs. Henry. But you are here because you could do
16 the hard job and set sympathy aside and decide the
17 case on the evidence.
18          I submit to you the plaintiffs
19 haven't come close to proving their case on the
20 evidence. They think they can get a jury to believe
21 any kind of case when you have a big company and a
22 sick individual. Who cares about big companies,
23 right? But big companies, they're made of people
24 like you and me. They have families. They try to
25 do the right thing. And you saw what J&J did before

Page 2781
1  there was any regulations, before there was
2  industry, other people in the industry doing it,
3  testing and testing using all kinds of methods,
4  sending their talcum powder out to third party
5  experts to make absolutely sure it was safe for
6  babies and for people to use. Doing the right
7  thing, the right way, years before there was any
8  regulations or any standards.
9           But yet I submit to you the
10 plaintiffs' lawyers think that they can get a jury
11 to believe any kind of case, even without evidence,
12 if you've got a big company and an individual
13 plaintiff. But maybe not this jury. Maybe not this
14 jury.
15          Because we here in New Jersey,
16 particularly here in Central Jersey, we're a pretty
17 skeptical bunch. We're not that naive and we're not
18 that gullible, and we're used to, in the state, a
19 long line of people coming in here trying to scam
20 people for money, right? We've got the Atlantic
21 City casinos where the odds are always rigged in
22 favor of the house. We've got the boardwalk games
23 where the games are always kind of rigged against
24 you. We have psychics, the fortune tellers, the
25 flim flam man, the three card monte, the flea market

Page 2782
1  vendors who try to convince us that the knock-off
2  goods are really real. We've seen telephone scams,
3  credit card scams, insurance fraud. We've seen it
4  all here.
5           And maybe they can get some jurors to
6  believe a case like this, but maybe not this jury.
7  Because here in New Jersey we're not that naive.
8  We're not that gullible. And maybe some of you saw
9  what was going on right from the beginning.
10          Their first witness, Dr. Longo, he
11 talked about all of the cases plaintiffs' lawyers
12 have sued on and he's testified in. Brake pads,
13 ceiling tiles, insulation, flooring. And then he
14 said, but they don't make those products anymore.
15 They ran out of people to sue. The money machine,
16 the plaintiffs' lawyers and their highly paid $30
17 million expert, they ran out of people to sue.
18          So what did they do? Let's repackage
19 an issue analyzed and debunk, discredit it. 50
20 years ago you heard there was newspaper reports
21 about a couple of scientists who found asbestos in
22 talcum powder and you heard they were mistaken.
23 They used the wrong test. It was wrong. The FDA
24 looked into it, outside experts looked into it,
25 debunked.

Page 2783
1           But these lawyers looking for new
2  targets, how can we repackage and sell to juries
3  this issue that was discredited and debunked 50
4  years ago? And who's the biggest target? This is
5  false 50 years ago. They admitted these testings
6  were false. But who's the biggest target? J&J.
7  Big company. Consumer product used by millions of
8  people. Gosh, if we can get jurors to believe
9  there's asbestos in talcum powder, that's a money
10 train that will go on forever. They think they can
11 get a jury to believe any kind of case.
12          And so they manufactured a case.
13 Lawyers yelling there's asbestos in your talcum
14 powder, cross-examining Dr. Hopkins, the company
15 witness for four hours, yelling asbestos, your
16 document says asbestos, asbestos. That doesn't make
17 it so. Plaintiffs' lawyers yelling doesn't make it
18 so. Misleading, cherry-picking lines out of company
19 documents to mislead you about what they really say.
20 That's not evidence. And you saw some examples of
21 that.
22          Mr. Swett, in his opening statement,
23 says oh, J&J had a process to wash the asbestos out
24 of their talcum powder. Try and convince you, oh,
25 there was asbestos in it. And he showed you this

15 (Pages 2780 - 2783)

Page 2796

1  statement that Andrea, our court reporter, is very
2  good typing up everything that happens here, and the
3  opening statement Mr. Swett says, "But when you
4  compare how many times she was using Johnson's Baby
5  Powder with the Cashmere Bouquet, you'll see she
6  used a lot more Johnson & Johnson."
7          After telling your experts she used
8  Cashmere Bouquet for 40 years and Johnson & Johnson
9  for ten?  Come on.  They'll say anything for money.
10 The truth doesn't matter, the facts don't matter,
11 the evidence doesn't matter.  It's a big company.
12 They think you won't care about justice.  Come on.
13         She told all of their experts she
14 used it once a day, twice a day.  Remember Dr. Longo
15 in that little bathroom inhaling it with her
16 sisters, clouds of dust of Cashmere Bouquet.  And
17 then they get up and open and said oh no, never
18 mind, it's Johnson & Johnson she used the most.
19 They think they can get a jury to believe anything
20 against a big company.
21         And Mrs. Henry, she said only a
22 little bit.  A little bit of Johnson's Baby Powder.
23 And even the ten years that they told their experts
24 that Mrs. Henry used Johnson & Johnson Baby Powder,
25 forget about they try to get even more about the

Page 2797

1  dogs in 1990 and all, but you heard she stopped
2  buying Johnson & Johnson Baby Powder in 1974, '75.
3  That's uncontroverted, her testimony.  Which makes
4  sense because her kids are both out of diapers by
5  then.  She didn't buy anymore baby powder.
6          And even the ten-year period that
7  they told their experts about doesn't really add up
8  either because as Miss Brown pointed out with
9  Dr. Maddox, she didn't even have a baby in 1967.  He
10 wasn't born until December 28.  And you heard 1968
11 her mother was watching the kid.  Even Mr. Henry
12 finally had to admit her mother was watching the
13 baby nine or ten months out of the year.  She
14 acknowledged her kids were out of diapers once they
15 were two or three and she had two sons and so she
16 stopped buying it in '75.
17         So at most, she got five or six
18 years, if you believe she used Johnson & Johnson
19 Baby Powder, using it to diaper her children, and
20 Cashmere Bouquet for more than 40.  Her mother used
21 it on her when she was a baby all through 1990.
22         I want to talk a little bit more
23 about these guys.  Dr. Longo, he said, oh no, I
24 didn't make $30 million, my lab did.  But then you
25 heard he owns most of the lab.  Dr. Maddox make a

Page 2798

1  million dollars just last year, and Dr. Finkelstein
2  a million over the last two years testifying again
3  and again and again for plaintiffs' lawyers,
4  including these lawyers, in lawsuits for money,
5  asbestos lawsuits.
6          And Dr. Longo is such a sure thing
7  that every plaintiffs' lawyer in the country lists
8  him in asbestos litigation without even talking to
9  him 'cause they know he's going to deliver the
10 expected evidence.  And you heard that Dr. Longo had
11 never -- think about that.  There's a lot of
12 companies that make talcum powder and powders.
13 There's labs all over this country, all over this
14 world who have experience in testing talcum powder
15 for all kinds of things, including asbestos.  They
16 go to a guy who's never tested talcum powder before,
17 has no experience in testing talcum powder.  He
18 never did it before being hired by plaintiffs'
19 lawyers in lawsuits for money.
20         And then you hear he came up with
21 this method not adopted or approved by any
22 Government agency.  He said he used Dr. Blount's
23 method.  But then you heard he changed it.  And he
24 did this concentration method that you heard a lot
25 about.  And they claim it's a more sensitive method.

Page 2799

1  But you saw the evidence.  That's not the truth.
2  The FDA rejected it because it doesn't pick up the
3  two most common forms of asbestos, chrysotile and
4  anthophyllite.
5          And he agreed that no Government
6  agency uses his method, and that the FDA had an
7  issue with the concentration method because it made
8  it difficult to discern chrysotile.  Most popular
9  form of asbestos.  And anthophyllite.  Didn't pick
10 up low iron anthophyllite either.
11         And then they did this lawyer trick,
12 right.  They had papers clips and the jewelers'
13 scale, right, to say oh, the testing that J&J and
14 the FDA and every expert in the world did wasn't
15 sensitive enough, only Dr. Longo knows how to do the
16 test.  And they put paper clips on the bathroom
17 scale and on a jewelers' scale.  But you know what,
18 we could all see with our eyes that there were paper
19 clips on that scale, right?  We saw with our eyes
20 because there's multiple tools to find things.
21         And that's the point.  J&J didn't
22 just use one tool.  They used the X-ray detection
23 technology, the polarized light microscopy and the
24 TEM and other things.  So one thing doesn't pick it
25 up, something else does.

19 (Pages 2796 - 2799)

Page 2804

1 the years she would have used it has asbestos in it
2 'cause Mrs. Henry, you remember, said she stopped
3 buying baby powder in 1974 or '75.  All of the
4 bottles Dr. Longo tested were after '75.  So no
5 evidence in any of her bottles and no evidence they
6 even tested bottles in the years she used it.
7         And all of the bottles came from
8 plaintiffs' lawyers who have lawsuits against
9 Johnson.  We're a big target now.  They ran out of
10 other people to sue.  You heard them talk about
11 other lawsuits.  1-800 call, we'll sue.  Whether
12 it's right or not.
13         And you heard Judge Viscomi give you
14 a stipulation or response to one of your questions
15 that one of the bottles is from Mr. Panatier's firm.
16 He was the guy grilling Dr. Hopkins on video for
17 days.  He's got lawsuits against J&J.  Other
18 bottles, Lanier firm, he was the one asking
19 Dr. Blount questions, having dinner with her, was
20 paying for, bottles came from him.  Still say, oh,
21 this one came from J&J, but yeah, we had to send it
22 to the Lanier law firm first and he sent it opened
23 to Dr. Longo.  Also another law firm that has
24 lawsuits against J&J.  That's the bottles he
25 testified.  And he admitted, not all the -- oh, I'm

Page 2805

1 sorry.  All the bottles were after '74, '75.  All
2 after the time Mrs. Henry would have used it.
3         And where did he get some of the
4 bottles?  Well, you heard, plaintiffs got it from
5 eBay.  From sellers like The Cat in the Hat, Hot
6 Momma 69.  And nobody knows where those people kept
7 those bottles.  They could have -- and you heard
8 Dr. Longo admit the only sealed bottle he tested,
9 the only one that wasn't opened, the only one that
10 didn't come from plaintiffs' lawyers, the only one
11 he bought off the shelf had no asbestos.  Of course
12 not.  'Cause there's no asbestos in Johnson &
13 Johnson's talcum powder, no matter how many times
14 they yell it.
15         And you heard about possible
16 contamination.  When you've got bottles laying
17 around for decades, you buy on eBay, you have no
18 idea where they are.  And you heard the bottle holes
19 are much bigger than the asbestos fibers so things
20 can get contaminated.  And then you heard they found
21 richterite in one.  No one's even claiming there's
22 richterite in the Vermont talc mines.  Richterite is
23 an attic insulation, so we know there's
24 contamination in the bottles they tested.
25         And the linchpin of their case, they

Page 2806

1 have to have exposure data, they have to prove that
2 Mrs. Henry was exposed to asbestos in the way she
3 used the talc.  And here's a perfect example of how
4 they think they can get a jury to believe anything
5 when you have a big company as a target.  Did
6 Dr. Longo and the plaintiffs' lawyers do an exposure
7 study that has anything to do with the way
8 Mrs. Henry used the product?
9         They could have got a baby doll.
10 Dr. Longo talks about how he does this in his lab
11 all the time.  A baby doll and diaper the doll and
12 done sampling like they did in this below-the-waist,
13 and actually brought you some proof if there was
14 any.  But no, they took an old study they did for
15 somebody else, for some other plaintiff, using a
16 bottle from an Italian mine, having nothing to do
17 with the bottle she used, 70 or 80 years old,
18 different kind of mine, different kind of bottle,
19 and used in a completely different way.
20         Their exposure study to try to prove
21 that Mrs. Henry was exposed to asbestos was done by
22 Dr. Longo on a man putting the powder in his bikini
23 underwear.  You heard that.  That's their exposure
24 evidence.  Has nothing to do with how Mrs. Henry
25 used it.  They think they can get a jury to believe

Page 2807

1 anything.  Big company, who cares about them?  We
2 don't care about justice.  We'll give her some
3 money.  She's sick.
4         They've got no evidence, they brought
5 you nothing in terms of how Mrs. Henry actually used
6 this product.  And they could have.  That's easy to
7 do.  Dr. Longo does it all the time.  But they think
8 they can get a jury -- even Dr. Maddox agreed, I
9 don't have a specific reference to her using it
10 exactly that way.  No.  She wasn't a guy throwing it
11 in her underwear.  She put it on her babies.
12         And Dr. Maddox, they brought you this
13 pathologist, right, highly paid, testifies
14 frequently for plaintiffs' lawyers.  And then you
15 heard he didn't review the key pathology, and this
16 is important in terms of objective evidence, they
17 could have brought you but didn't.  They have the
18 burden of proof.
19         You heard that mesothelioma, you can
20 find evidence in the overwhelming majority of cases,
21 more than 70 percent, you can find evidence of
22 asbestos exposure because when people breathe in all
23 of these fibers of asbestos, people that are working
24 where they make asbestos products, when you breathe
25 in a lot of asbestos your lungs have to work so hard

21 (Pages 2804 - 2807)

Page 2980

 1  preserve our objection, I don't believe Mr. Swett
 2  came close to curing misrepresenting the record on
 3  the issue of when he said, put up on the bullet
 4  point that her doctors told her that her meso was
 5  from asbestos.
 6          THE COURT:  Thank you.  I
 7  particularly paid attention to that and I felt that
 8  it was sufficient.  But your objection is preserved.
 9          MS. SULLIVAN:  Thank you.
10          THE COURT:  Do you want to make any
11  statement on the record with regard to that?
12          MR. SWETT:  No, your Honor.  The
13  transcript will speak for itself and your Honor's
14  decision will stand.
15          THE COURT:  So I'm reviewing the rest
16  of the summation for the issue that was raised with
17  regard to your closing statement, and then with
18  regard to the plaintiffs as to the comment relative
19  to Dr. Swett --
20          MS. SULLIVAN:  Dr. Diette.
21          THE COURT:  Dr. Swett.
22          MR. FINCH:  He went to medical school
23  after he went to military school.
24          THE COURT:  Hey, you might become
25  Dr. Quincy.  I can't believe you found that little

Page 2981

 1  picture of him, Quincy and his assistant.  What was
 2  his assistant's name?
 3          MS. SULLIVAN:  Mr. --
 4          THE COURT:  He probably knows.  All
 5  right.  So I'll see you tomorrow morning.
 6          (Sidebar ends.)
 7          (Proceedings adjourn at 4:07 p.m.)

Page 2982

 1          CERTIFICATE OF OFFICER
 2
 3      I CERTIFY that the foregoing is a true
 4  and accurate transcript of the testimony and
 5  proceedings as reported stenographically by me at
 6  the time, place and on the date as hereinbefore set
 7  forth.
 8      I DO FURTHER CERTIFY that I am neither
 9  a relative nor employee nor attorney or counsel of
10  any of the parties to this action, and that I am
11  neither a relative nor employee of such attorney or
12  counsel, and that I am not financially interested in
13  the action.
14
15  *Andrea Nocks CCR CRR*
      --------------------------------
16      ANDREA NOCKS, CCR, CRR
        Certificate No. XI001573