CLINTON JAMES CASPERSON, ESQ. (TX SBN 24075561)
**D. MILLER & ASSOCIATES, PLLC**
2610 W. Sam Houston Parkway, Suite 200
Houston, TX 77042
T: (713) 850-8600
F: (713) 366-3463
E: clcasperson@dmillerlaw.com
*Attorney for Plaintiff Jane Doe DMA (N.B.)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>Jane Doe DMA (N.B.) v. Uber Technologies, Inc. *et al.*; 3:25-cv-10736 | No. 3:23-md-03084-CRB<br><br>Honorable Charles R. Breyer<br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on December 17, 2025.

Dated: December 17, 2025

Respectfully Submitted,

**D. Miller & Associates, PLLC**

_____
By: Clint Casperson
Texas Bar No. 24075561
2610 W Sam Houston Pkwy S #200,
Houston, TX 77042
Telephone: 713-850-8600
clcasperson@dmillerlaw.com
ridesharelit@dmillerlaw.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2025, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Clint Casperson*
Clint Casperson