Sadi R. Antonmattei-Goitia (SBN #24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA, LLP**
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, <br><br> This Document Relates to: <br><br> John Doe 692195, <br>    Plaintiff <br>       v. <br> UBER TECHNOLOGIES, INC., ET AL. <br>    Defendants. | MDL No. 3084 CRB <br><br> Honorable Charles R. Breyer <br><br> **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Pursuant to Local Rule 11-5, Kherkher Garcia, LLP, counsel of record for Plaintiff John Doe 692195, respectfully moves this Court for an Order allowing this firm to withdraw as counsel of record in the above-caption matter.

Over the past several months, Plaintiff Jane Doe 692195 has failed to respond in a timely matter to Counsel's numerous request for additional information needed. Counsel was successfully able to make contact with the Plaintiff on October 23, 2025, unfortunately Plaintiff stated he no longer wished to pursue.

1

MOTION TO WITHDRAW AS COUNSEL OF RECORD

Counsel requested that Plaintiff Email or Mail our office a letter stating he no longer wished to pursue. Plaintiff has yet to provide the information requested by Counsel and Defendant.

WHEREFORE, the law firm of Kherkher Garcia, LLP and all attorneys of record request that they be allowed to withdraw as counsel of record for Plaintiff John Doe 692195, copy of this motion will be served upon Plaintiff at his last known address via electronic mail.

Dated:  December 17, 2025            Respectfully submitted,

Kherkher Garcia, LLP

By: */s/ Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia (SBN 24091383)
Kherkher Garcia, LLP
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2025, I electronically transmitted the foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*By: /s/ Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia (SBN 24091383)
Kherkher Garcia, LLP
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*