1 | Sadi R. Antonmattei-Goitia (SBN # 24091383)
  | *(Pro Hac Vice)*
2 | **KHERKHER GARCIA LLP**
  | 2925 Richmond Ave, Suite 1560
3 | Houston, TX 77098
  | Telephone: (713) 333- 1030
4 | Facsimile : (713) 333-1029
  | Email: skherkher-team@kherkhergarcia.com
5 | Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
|---|---|
| | Honorable Charles R. Breyer |
| This Document Relates to: | **EX A – DECLARATION OF SADI R. ANTONMATTEI-GOITIA IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| John Doe 692195 v. UBER TECHNOLOGIES, INC., et al., | |
| Case No. 3:25-CV-03421-CRB, MDL ID 3298 | |

- 1 -

EX A – DECLARATION OF SADI R. ANTONMATTEI-GOITIA IN SUPPORT OF PLAINTIFF'S RESPONSE…

I, Sadi R. Antonmattei-Goitia, declare:

1. I am an attorney in the law firm of Kherkher Garcia, LLP. I am a member in good standing of the State Bars of Texas and Puerto Rico and am admitted to practice before this Court *Pro Hac Vice*. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I am counsel of record for Plaintiff in the above-entitled action, and I make this declaration in support of Motion to Withdraw. I either personally or through members of my law firm reached out to Plaintiff numerous times from May 12, 2025 to October 23, 2025, as follows:

- 05/12/25 – Called and Texted Plaintiff.
- 05/16/25 – Emailed Plaintiff.
- 05/17/25 - Emailed Plaintiff.
- 08/22/25 – Called, Texted and Emailed Plaintiff.
- 08/22/25 – Plaintiff called and requested a call back later, called Plaintiff back and left message.
- 08/23/25 – Texted Plaintiff.
- 10/21/25 - Texted Plaintiff.
- 10/23/25 - Plaintiff texted our office stating he no longer wanted to pursue. Our office requested Plaintiff to Email or Mail a letter stating he no longer wanted to pursue.

3. I received no response from Plaintiff since October 23, 2025.

4. I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th of December 2025 in Houston, Texas.

*/s/ Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia