1

2

3

4

Sadi R. Antonmattei-Goitia (SBN #24091383)
*(Pro Hac Vice)*
KHERKHER GARCIA, LLP
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

5

*Attorneys for Plaintiff*

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12

13

14

15

16

17

18

19

20

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD** |
| This Document Relates to:<br><br>John Doe 692195,<br>      Plaintiff<br>        v.<br>UBER TECHNOLOGIES, INC., ET AL.<br>     Defendants. | |

21

22

CONSIDERING the foregoing Motion to Withdraw as Counsel of Record

for John Doe 692195,

23

24

25

IT IS HEREBY ORDERED that Kherkher Garcia, LLP is withdrawn as

Plaintiff's counsel of record and shall be relieved of any further responsibility in

connection with this action.

26

27

28

Dated: _____

                                    _____
                                    HONORABLE CHARLES R. BREYER
                                    United States District Court Judge

1

[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD

1

**CERTIFICATE OF SERVICE**

2

3      I hereby certify that on December 17, 2025, I electronically transmitted

4  the foregoing [PROPOSED] ORDER GRANTING WITHDRAWAL OF

5  COUNSEL OF RECORD to the Clerk's office using the CM/ECF system for filing

6  thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

7

8

9

10
                                            By: */s/ Sadi R. Antonmattei-Goitia*
11                                          Sadi R. Antonmattei-Goitia (SBN 24091383)
                                            Kherkher Garcia, LLP
12                                          2925 Richmond Ave., Suite 1560
                                            Houston, TX 77098
13                                          Telephone: (713) 333-1030
                                            Facsimile: (713) 333-1029
14                                          Email: skherkher-team@kherkhergarcia.com
15                                          Email: rideshare@kherkhergarcia.com

16                                          *Attorneys for Plaintiff*

17

18

19

20

21

22

23

24

25

26

27

28

2
[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD