Sadi R. Antonmattei-Goitia (SBN #24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA, LLP**
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, <br><br> This Document Relates to: <br><br> Jane Doe KGDB 016 <br>         Plaintiff <br>              v. <br> UBER TECHNOLOGIES, INC., ET AL. <br>         Defendants. | MDL No. 3084 CRB <br><br> Honorable Charles R. Breyer <br><br> **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Pursuant to Local Rule 11-5, Kherkher Garcia, LLP, counsel of record for Plaintiff Jane Doe KGDB 016, respectfully moves this Court for an Order allowing this firm to withdraw as counsel of record in the above-caption matter.

Over the past several months, Plaintiff Jane Doe KGDB 016 has failed to respond in a timely matter to Counsel's numerous request for additional information needed. Counsel was successfully able to make contact with the Plaintiff on May 5, 2025, unfortunately Plaintiff has been unresponsive and has yet to provide the information requested by Defendant and respond to numerous attempts made by Counsel since.

1  As of the time of this filing, Plaintiff has failed to respond.

2  WHEREFORE, the law firm of Kherkher Garcia, LLP and all attorneys of
3  record request that they be allowed to withdraw as counsel of record for Plaintiff
4  Jane Doe KGDB 016, copy of this motion will be served upon Plaintiff at her last
5  known address via electronic mail.

17  Dated:  December 17, 2025           Respectfully submitted,

                                        Kherkher Garcia, LLP

                                  By:  */s/ Sadi R. Antonmattei-Goitia*
                                       Sadi R. Antonmattei-Goitia (SBN 24091383)
                                       Kherkher Garcia, LLP
                                       2925 Richmond Ave., Suite 1560
                                       Houston, TX 77098
                                       Telephone: (713) 333-1030
                                       Facsimile: (713) 333-1029
                                       Email: skherkher-team@kherkhergarcia.com
                                       Email: rideshare@kherkhergarcia.com

                                       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2025, I electronically transmitted the foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

By: /s/ Sadi R. Antonmattei-Goitia
Sadi R. Antonmattei-Goitia (SBN 24091383)
Kherkher Garcia, LLP
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*