Sadi R. Antonmattei-Goitia (SBN # 24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA LLP**
2925 Richmond Ave, Suite 1560
Houston, TX 77098
Telephone: (713) 333- 1030
Facsimile : (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**EX A – DECLARATION OF SADI R. ANTONMATTEI-GOITIA IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| This Document Relates to:<br><br>Jane Doe KGDB 016 v. UBER TECHNOLOGIES, INC., et al.,<br><br>Case No. 3:25-CV-04337-CRB, MDL ID 3433 | |

I, Sadi R. Antonmattei-Goitia, declare:

1. I am an attorney in the law firm of Kherkher Garcia, LLP. I am a member in good standing of the State Bars of Texas and Puerto Rico and am admitted to practice before this Court *Pro Hac Vice*. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I am counsel of record for Plaintiff in the above-entitled action, and I make this declaration in support of Motion to Withdraw. I either personally or through members of my law firm reached out to Plaintiff numerous times from June 17, 2025 to present, as follows:

- 06/17/25 - Called, Texted and Emailed Plaintiff.
- 06/18/25 - Emailed & Texted Plaintiff.
- 06/19/25 - Called, Texted and Emailed Plaintiff.
- 06/20/25 - Called, Texted and Emailed Plaintiff.
- 08/27/25 - Texted Plaintiff.
- 10/21/25 - Called, Texted and Emailed Plaintiff. Text was not deliverable and the phone number was No longer in service.
- 10/23/25 - Emailed and Mailed Plaintiff a Contact us letter via Regular and Certified mail.
- 10/24/25 - Ran a TLO on Plaintiff and Emailed a copy of the Contact us letter to emails located on TLO. Mailed another Contact us letter to a new address found on the TLO via Certified and Regular mail.
- 11/19/25 - Emailed Plaintiff.
- 11/25/25 - Emailed Plaintiff.
- 12/2/25 - Texted and Emailed Plaintiff.
- 12/3/25 - Emailed and Mailed Plaintiff another Contact us letter via Certified and Regular mail.
- 12/9/25 - Emailed Plaintiff.

3. I received no response from Plaintiff on any of these attempts.

4. I declare under penalty of perjury that the foregoing is true and correct.

EX A – DECLARATION OF SADI R. ANTONMATTEI-GOITIA IN SUPPORT OF PLAINTIFF'S RESPONSE…

| | |
|---|---|
| 1 | Executed this 17th of December 2025 in Houston, Texas. |

                                                                                          */s/ Sadi R. Antonmattei-Goitia*
                                                                                          Sadi R. Antonmattei-Goitia

EX A – DECLARATION OF SADI R. ANTONMATTEI-GOITIA IN SUPPORT OF PLAINTIFF'S RESPONSE…