1  Sadi R. Antonmattei-Goitia (SBN #24091383)
   *(Pro Hac Vice)*
   KHERKHER GARCIA, LLP
2  2925 Richmond Ave., Suite 1560
   Houston, TX 77098
3  Telephone: (713) 333-1030
   Facsimile: (713) 333-1029
4  Email: skherkher-team@kherkhergarcia.com
   Email: rideshare@kherkhergarcia.com

5  *Attorneys for Plaintiff*

6

7

8

9
                    UNITED STATES DISTRICT COURT
10
            NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
11

12

13 | IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | MDL No. 3084 CRB |

Honorable Charles R. Breyer

**[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD**

This Document Relates to:

Jane Doe KGDB 016,
        Plaintiff
            v.
UBER TECHNOLOGIES, INC., ET AL.
        Defendants.

21      CONSIDERING the foregoing Motion to Withdraw as Counsel of Record

22 for Jane Doe KGDB 016,

23      IT IS HEREBY ORDERED that Kherkher Garcia, LLP is withdrawn as

24 Plaintiff's counsel of record and shall be relieved of any further responsibility in

25 connection with this action.

26

27  Dated: _____          _____
                                      HONORABLE CHARLES R. BREYER
28                                    United States District Court Judge

1
[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2025, I electronically transmitted the foregoing [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

By: */s/ Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia (SBN 24091383)
Kherkher Garcia, LLP
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*