Sadi R. Antonmattei-Goitia (SBN #24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA, LLP**
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,<br><br>This Document Relates to:<br><br>John Doe KGDB 018,<br>　　　Plaintiff<br>　　　　v.<br>UBER TECHNOLOGIES, INC., ET AL.<br>　　　Defendants. | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Pursuant to Local Rule 11-5, Kherkher Garcia, LLP, counsel of record for Plaintiff John Doe KGDB 018, respectfully moves this Court for an Order allowing this firm to withdraw as counsel of record in the above-caption matter.

Over the past several months, Plaintiff John Doe KGDB 018, has failed to respond to Counsel's numerous request for additional information needed and failed to provide the information requested by Defendant in a timely matter.

1 As of the time of this filing, Plaintiff has failed to respond.

2     WHEREFORE, the law firm of Kherkher Garcia, LLP and all attorneys of record request that they be allowed to withdraw as counsel of record for Plaintiff John Doe KGDB 018, copy of this motion will be served upon Plaintiff at her last known address via electronic mail.

Dated:  December 17, 2025        Respectfully submitted,

                                          Kherkher Garcia, LLP

By:  */s/ Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia (SBN 24091383)
Kherkher Garcia, LLP
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2025, I electronically transmitted the foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*By: /s/ Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia (SBN 24091383)
Kherkher Garcia, LLP
2925 Richmond Ave., Suite 1560
Houston, TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*