1  Sadi R. Antonmattei-Goitia (SBN # 24091383)
   *(Pro Hac Vice)*
2  **KHERKHER GARCIA LLP**
   2925 Richmond Ave, Suite 1560
3  Houston, TX 77098
   Telephone: (713) 333- 1030
4  Facsimile : (713) 333-1029
   Email: skherkher-team@kherkhergarcia.com
5  Email: rideshare@kherkhergarcia.com

6  *Attorneys for Plaintiff*

7

8

9

10

11

12                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
13                        **SAN FRANCISCO DIVISION**

| 14  IN RE: UBER TECHNOLOGIES, INC., | MDL No. 3084 CRB |
| 15  PASSENGER SEXUAL ASSAULT | Honorable Charles R. Breyer |
| 16  LITIGATION | |
|    | **EX A – DECLARATION OF SADI R.** |
| 17  This Document Relates to: | **ANTONMATTEI-GOITIA IN SUPPORT** |
|    | **OF MOTION TO WITHDRAW AS** |
| 18  John Doe KGDB 018 v. UBER | **COUNSEL OF RECORD** |
| 19  TECHNOLOGIES, INC., et al., | |
| 20  Case No. 3:25-CV-04337-CRB, MDL ID 3435 | |

21

22

23

24

25

26

27

28

I, Sadi R. Antonmattei-Goitia, declare:

1.  I am an attorney in the law firm of Kherkher Garcia, LLP. I am a member in good standing of the State Bars of Texas and Puerto Rico and am admitted to practice before this Court *Pro Hac Vice*. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.  I am counsel of record for Plaintiff in the above-entitled action, and I make this declaration in support of Motion to Withdraw. I either personally or through members of my law firm reached out to Plaintiff numerous times from June 13, 2025 to present, as follows:

- 06/13/25 - Called and Texted Plaintiff.
- 06/16/25 - Called, Texted and Emailed Plaintiff.
- 06/17/25 - Called Plaintiff.
- 06/18/25 - Texted and Emailed Plaintiff.
- 10/21/25 - Called, Texted and Emailed Plaintiff.
- 10/23/25 - Emailed and Mailed Plaintiff a Contact us letter via Certified and Regular Mail.
- 11/25/25 - Emailed Plaintiff.
- 12/02/25 - Called emergency contact, Left message.
- 12/03/25 - Emailed and Mailed Plaintiff a 2nd Contact us letter via Certified and Regular Mail.
- 12/09/25 - Called, Texted and Emailed Plaintiff.

3.  I received no response from Plaintiff on any of these attempts.

4.  I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th of December 2025 in Houston, Texas.

*/s/ Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia