1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
|---|---|
| This Document Relates to: *Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708 D. Ariz. No. 25-cv-4276 | **DECLARATION OF SARAH R. LONDON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO UBER'S MOTION TO QUASH TRIAL DEPOSITIONS**<br><br>Judge:     Honorable Charles R. Breyer<br>Date:       TBD<br>Time:      TBD<br>Courtroom: 6 –17th Floor |

I, Sarah R. London, declare:

1. I am an attorney in the law firm of Girard Sharp LLP, appointed Co-Lead and Liaison Counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiff's Opposition to Uber's Motion to Quash Trial Depositions.

3. The exhibits referred below are attached to Plaintiff's Opposition to Uber's Motion to Quash Trial Depositions. They are filed under seal in connection with Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should be Sealed.

4. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the March 26-27, 2025, 30(b)(6) Deposition of Gus Fuldner.

5. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the May 7, 2025, 30(b)(6) Deposition of Katy McDonald.

6. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the June 25, 2025, 30(b)(6) Deposition of Sunny Wong.

7. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the October 14, 2025, 30(b)(6) Deposition of Sunny Wong.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of December, 2025 in San Francisco, California.

*/s/ Sarah R. London*
Sarah R. London