IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER DENYING MOTION TO QUASH TRIAL DEPOSITIONS** |

Having considered Uber's Motion to Quash Trial Depositions, the Court hereby **DENIES** the motion and **ORDERS** as follows:

1. The trial deposition of Gus Fuldner will occur in Courtroom ____ at this Court's San Francisco Courthouse on _____ at ___.

2. The trial deposition of Katy McDonald will occur in Courtroom ____ at this Court's San Francisco Courthouse on _____ at ___.

3. The trial deposition of Sunny Wong will occur in Courtroom ____ at this Court's San Francisco Courthouse on _____ at ___.

**IT IS SO ORDERED.**

Dated: _____

                                                                        _____
                                                                        Hon. Charles R. Breyer
                                                                        United States District Judge