UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JLG 101                        ,      Case No. 3:23-md-03084-CRB

　　　　Plaintiff(s),

　　v.                                 **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)**

Uber Technologies, Inc., et al.   ,

　　　　Defendant(s).

I, Dana A. Lizik _____, an active member in good standing of the bar of Texas _____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: JLG 101 _____ in the above-entitled action. My local co-counsel in this case is not required per PTO #1, Dkt. 2, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: N/A _____.

| 2925 Richmond Ave., Ste. 1700<br>Houston, TX 77098 | N/A |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (713) 626-9336 | N/A |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| dlizik@johnsonlawgroup.com | N/A |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

　　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24098007 _____.

　　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　　I have been granted pro hac vice admission by the Court Zero (0) times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/17/2025

Dana A. Lizik
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Dana A. Lizik is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE