[*Submitting Counsel below*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

Under Civil Local Rules 7-11 and 79-5(f), Plaintiff moves the Court to consider whether material designated confidential by Uber or third parties associated with Uber should be sealed.

On December 17, 2025, Plaintiff filed her Opposition to Uber's Motion to Quash Trial Depositions which refers to and attaches documents that Uber or third parties associated with Uber designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and / or "CONFIDENTIAL."

**Material To Be Filed Under Seal**

The material to be filed under seal is portions of Plaintiff's Opposition and the attached exhibits. Documents also addressed in Plaintiff's affirmative sealing motion are indicated with a star.

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiff's Opposition to Uber's Motion to Quash Trial Depositions | Portion of briefing referring to documents and testimony designated highly confidential and confidential | Uber |

- 1 -

ADMIN MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MAT. SHOULD BE SEALED
CASE NO. 23-MD-03084-CRB

| Document | Description | Designating Party |
|---|---|---|
| Exhibit A | Henry (Gus) Fuldner 3/26/2025 and 3/27/2025 deposition transcript | Uber |
| Exhibit B | Katy McDonald 5/7/2025 deposition transcript | Uber |
| Exhibit C | Sunny Wong 6/25/2025 deposition transcript | Uber |
| Exhibit D | Sunny Wong 10/14/2025 deposition transcript | Uber |

Under Local Rule 79-5(f)(3), the designating entities bear the responsibility to establish that all of the designated material is sealable.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Maya R. Kalonia in Support of this Motion; and

2. A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: December 17, 2025

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123

Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: December 17, 2025            By:   */s/ Andrew R. Kaufman*
                                                    Andrew R. Kaufman