IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF MAYA R. KALONIA IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
|---|---|

I, Maya R. Kalonia, declare:

1. I am an attorney in the law firm of Girard Sharp LLP, and counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Because the materials at issue were designated by Uber as "CONFIDENTIAL" and /or "HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY", Plaintiff filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiff's Opposition to Uber's Motion to Quash Trial Depositions | Portion of briefing referring to documents and testimony designated highly confidential and confidential | Uber |
| Exhibit A | Henry (Gus) Fuldner 3/26/2025 and 3/27/2025 deposition transcript | Uber |
| Exhibit B | Katy McDonald 5/7/2025 deposition transcript | Uber |

| Document | Description | Designating Party |
|---|---|---|
| Exhibit C | Sunny Wong 6/25/2025 deposition transcript | Uber |
| Exhibit D | Sunny Wong 10/14/2025 deposition transcript | Uber |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 17, 2025 in San Francisco, California.

*/s/ Maya R. Kalonia*
Maya R. Kalonia