1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8    IN RE: UBER TECHNOLOGIES, INC.,          Case No. 23-md-03084-CRB
     PASSENGER SEXUAL ASSAULT
9    LITIGATION

10   _____      **[PROPOSED] ORDER RE:**
                                              **ADMINISTRATIVE MOTION TO**
11   This Document Relates to:                **CONSIDER WHETHER ANOTHER**
                                              **PARTY'S MATERIAL SHOULD BE**
12   *Jaylynn Dean v. Uber Techs., Inc.*,     **FILED UNDER SEAL**
     N.D. Cal. No. 23-cv-06708
     D. Ariz. No. 25-cv-4276

13

14         Having considered Plaintiff's December 17, 2025 Administrative Motion to Consider

15   Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN**

16   **PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be

17   sealed:

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiff's Opposition to Uber's Motion to Quash Trial Depositions | Portion of briefing referring to documents and testimony designated highly confidential and confidential | Uber |
| Exhibit A | Henry (Gus) Fuldner 3/26/2025 and 3/27/2025 deposition transcript | Uber |
| Exhibit B | Katy McDonald 5/7/2025 deposition transcript | Uber |
| Exhibit C | Sunny Wong 6/25/2025 deposition transcript | Uber |
| Exhibit D | Sunny Wong 10/14/2025 deposition transcript | Uber |

**IT IS SO ORDERED.**

Dated: _____

                                    _____
                                    HON. CHARLES R. BREYER
                                    United States District Judge