*[Submitting Counsel below]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| | **CERTIFICATE OF SERVICE** |
| This Document Relates to: | |
| *Jaylynn Dean v. Uber Techs., Inc.,* N.D. Cal. No. 23-cv-06708 D. Ariz. No. 25-cv-4276 | |

I certify that on December 17, 2025 a true and correct copy of the UNSEALED/ UNREDACTED version of the following documents:

- **UNREDACTED Plaintiff's Opposition to Uber's Motion to Quash Trial Depositions**
- **Ex. A to Plaintiff's Opposition to Uber's Motion to Quash Trial Depositions**
- **Ex. B to Plaintiff's Opposition to Uber's Motion to Quash Trial Depositions**
- **Ex. C to Plaintiff's Opposition to Uber's Motion to Quash Trial Depositions**
- **Ex. D to Plaintiff's Opposition to Uber's Motion to Quash Trial Depositions**

were served pursuant to Civil L.R. 5(a) to each person named below:

**Kirkland & Ellis LLP**
Alli Brown
alli.brown@kirkland.com
Chris Cox
christopher.cox@kirkland.com
Jessica Davidson
jessica.davidson@kirkland.com
Jennifer Levy
jlevy@kirkland.com
Rupal Joshi
rupal.joshi@kirkland.com
Laura Vartain
laura.vartain@kirkland.com

1    Kristen Fournier
2    kristen.fournier@kirkland.com
     Alexandra Caritis
3    alexandra.caritis@kirkland.com
     Libby Marden
4    libby.marden@kirkland.com
     Geoffrey Wyatt
5    geoffrey.wyatt@kirkland.com
     Beth Larsen
6    beth.larsen@kirkland.com

7
     **O'Melveny and Meyers LLP**
8    Sabrina Strong
     sstrong@omm.com
9    Jonathan Schneller
     jschneller@omm.com
10   Joshua Revesz
     jrevesz@omm.com
11   Louis Fisher
     lfisher@omm.com
12

13   **Shook, Hardy & Bacon LLP**
     Michael B. Shortnacy
14   mshortnacy@shb.com
     Patrick L. Oot, Jr.
15   oot@shb.com
     Christopher V. Cotton
16   ccotton@shb.com
     Alycia A. Degen
17   adegen@shb.com
     Veronica Gromada
18   vgromada@shb.com
19

20   Service Email
     UBERMDLSERVICE@LISTSERV.SHB.COM
21

22   *Attorneys for Defendants*
     UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC
23

24   ☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced
     document(s) to be sent in electronic PDF format as an attachment to an email addressed to
25   the person(s) on whom such document(s) is/are to be served at the email address(es)
     shown above, as last given by that person(s) or as obtained from an internet website(s)
26   relating to such person(s), and I did not receive an email response upon sending such
     email indicating that such email was not delivered.
27

28

CERTIFICATE OF SERVICE
CASE NO. 23-MD-03084-CRB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 17, 2025.

By: */s Andrew R. Kaufman*
Andrew R. Kaufman

- 3 -