IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF ROOPAL P. LUHANA, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S WITNESS AND EXHIBIT LISTS**<br><br>Judge: Honorable Charles R. Breyer |

DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S WITNESS AND EXHIBIT LISTS

I, Roopal P. Luhana, hereby declare as follows:

1. I am a partner of Chaffin Luhana LLP, an attorney licensed in the State of New York and duly admitted to practice before this Court, representing Plaintiffs in the above captioned action.

2. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Strike Plaintiff's Witness and Exhibit List.

3. Plaintiff has informed Defendants that she will serve a narrowed exhibit list today. Plaintiff has also proposed exchanging final exhibit lists on December 30 (when final witness lists are being exchanged), two weeks before trial begins.

4. Plaintiff prepared her witness and exhibit lists in good faith consistent with the Court's expectation that parties would act in good faith rather than with artificial numerical limits.

5. Plaintiff has advised Uber that Plaintiff will de-duplicate and substantially reduce the exhibit list within the agreed timeframe.

6. Discovery for this first trial case has been ongoing.

7. Plaintiff's list consists of: (1) 28 witnesses who will or may testify by video designation, for which Uber will receive the designations in advance; (2) three Uber witnesses whom Uber has refused to make available for live testimony and therefore may testify by video designation only; (3) 10 live expert witnesses; (4) 10 witnesses who may testify live or by video; (5) live testimony by Plaintiff Dean and Mr. Bagby (a hotel clerk with limited but important eyewitness testimony); and (6) two placeholders.

8. Uber included more than 110,000 entries on its privilege logs. Plaintiffs challenged approximately 35,000 of those designations, and after review by Judge Cisneros and Special Master Jones, approximately 29,000 documents were de-designated in whole or in part.

9. Defendants have clawed back documents in the middle of depositions or after documents have been used at depositions.

10. Defendants have clawed back documents they previously de-designated and clawed back documents their own experts have relied upon.

Executed this 17th day of December, 2025 in Pittsburgh, Pennsylvania.

/s/ *Roopal P. Luhana*
Roopal P. Luhana

- 3 -

DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S WITNESS AND EXHIBIT LISTS