C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
          jdomer@cutterlaw.com
          ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB |
|---|---|
| | Hon. Charles R. Breyer |
| This Document Relates to: *Jane Roe CL 146 v. Uber Technologies, Inc., et al., No. 3:25-cv-03719-CRB* | **ATTORNEY JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF RESPONSE TO JUDGE'S ORDER REGARDING MOTION TO DISMISS DUPLICATIVE CASES** |

I, Jennifer S. Domer, declare as follows:

1. I am an attorney at Cutter Law P.C. admitted to practice before the courts of the State of California. I am a Partner at Cutter Law, P.C., and am one of the counsels of record for Jane Roe CL 146. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently as to the information below.

2. This declaration is made in support of my response to the Judge's Order to Dismiss Duplicative Cases.

3. Counsel was made aware that Jane Roe CL 146 was dually represented and also filed in the MDL by Cohen Hirsch LLP, through an email from Defendants on August 21, 2025

4. Counsel emailed them the same day as the notice but was able to speak to Cohen Hirsch LLP on August 22, 2025. In this call it was decided they would continue with their filed

claim, that they would notify Defendants of this intention, and then upon notice to Defendants we would dismiss our case. This discussion was formalized in an email sent by me to Cohen Hirsch LLP immediately after the call.

5. On September 23, 2025, Counsel emailed them again following up on whether Defendants had been notified of the decision about their case moving forward. There was no response to the email.

6. Defendants filed their Motion to Dismiss our duplicative claim on October 15, 2025.

7. Counsel immediately emailed Cohen Hirsch LLP on October 15, 2025, inquiring again whether Defendants had been notified. They responded the same day that they were not certain and would need to check.

8. Counsel then received confirmation that day that they had not, whereas Counsel then emailed Defendants letting them know that Cohen Hirsch LLP's case would continue and asked if they would Stipulate to a Dismissal.

9. Defendants replied to my email on October 16, 2025, agreeing to Stipulate to the Dismissal and were sent a draft Stipulation for their review. The Stipulation included language that each side was to bear their own costs and fees pertaining to the case. It was then approved by Defendants and filed by Counsel on the same day.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 17, 2025, in Sacramento, California.

Dated: December 17, 2025                    CUTTER LAW P.C.

                                            By:  */s/ Jennifer S. Domer*
                                                 Jennifer S. Domer

                                            *Attorney for Roe CL Plaintiffs*