# EXHIBIT A

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*,
Case No. 23-md-03084-CRB

**EXHIBIT A to Defendants' Reply in Support of
Motion to Dismiss Cases for Failure to Comply with PTO 5**

*Summary of Uber's Requested Action on Cases Subject to Motion*

|   | Plaintiff | Case No. | Uber's Requested Action | Law Firm |
|---|---|---|---|---|
| 1 | Jane Doe LS 634 | 3:25-cv-07323 | Plaintiff failed to file Opposition, Motion to Dismiss should be granted. | Levin Simes |
| 2 | Jane Doe NLG (N.T.) | 3:25-cv-07540 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Nachawati Law Group |
| 3 | Jane Doe NLG (N.H.) | 3:25-cv-08109 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Nachawati Law Group |
| 4 | Jane Doe NLG 5 (A.H.) | 3:25-cv-08112 | Ride receipt and/or information form belatedly submitted, Uber withdraws its Motion to Dismiss as to this Plaintiff but reserves any potential arguments regarding prejudice and the sufficiency of Plaintiff's late submission. | Nachawati Law Group |
| 5 | Jane Doe NLG (N.S.) | 3:25-cv-08186 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Nachawati Law Group |
| 6 | Jane Doe NLG (D.S.) | 3:25-cv-08258 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Nachawati Law Group |
| 7 | Jane Doe NLG 2 (J.C.) | 3:25-cv-08259 | Ride receipt and/or information form belatedly submitted, Uber withdraws its Motion to Dismiss as to this Plaintiff but reserves any potential arguments regarding prejudice and the sufficiency of Plaintiff's late submission. | Nachawati Law Group |

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*,
Case No. 23-md-03084-CRB

**EXHIBIT A to Defendants' Reply in Support of**
**Motion to Dismiss Cases for Failure to Comply with PTO 5**

*Summary of Uber's Requested Action on Cases Subject to Motion*

|  | Plaintiff | Case No. | Uber's Requested Action | Law Firm |
|---|---|---|---|---|
| 8 | Jane Doe NLG (M.U.) | 3:25-cv-08264 | Ride receipt and/or information form belatedly submitted, Uber withdraws its Motion to Dismiss as to this Plaintiff but reserves any potential arguments regarding prejudice and the sufficiency of Plaintiff's late submission. | Nachawati Law Group |
| 9 | Jane Doe NLG 2 (V.F.) | 3:25-cv-08545 | Claims to have belatedly submitted ride receipt and/or information form, but has not, in fact, done so. Motion to Dismiss should be granted. | Nachawati Law Group |
| 10 | Jane Doe NLG (J.O.) | 3:25-cv-08567 | Ride receipt and/or information form belatedly submitted, Uber withdraws its Motion to Dismiss as to this Plaintiff but reserves any potential arguments regarding prejudice and the sufficiency of Plaintiff's late submission. | Nachawati Law Group |