# EXHIBIT A

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation,*
Case No. 23-md-03084-CRB

**EXHIBIT A to Defendants' Reply in Support of**
**Motion to Dismiss Cases for Failure to Comply with Amended PTO 10**

*Summary of Uber's Requested Action on Cases Subject to Motion*

|   | Plaintiff | Case No. | Uber's Requested Action | Law Firm |
|---|-----------|----------|-------------------------|----------|
| 1 | A.P. | 3:25-cv-07148 | PFS belatedly filed, Uber withdraws its Motion to Dismiss as to this Plaintiff but reserves any potential arguments regarding prejudice and the sufficiency of Plaintiff's late submission. | Wagstaff Law Firm |
| 2 | Jane Doe LS 641 | 3:25-cv-07844 | PFS belatedly filed, Uber withdraws its Motion to Dismiss as to this Plaintiff but reserves any potential arguments regarding prejudice and the sufficiency of Plaintiff's late submission. | Levin Simes |
| 3 | Jane Doe NLG (A.H.) | 3:25-cv-07400 | PFS belatedly filed, Uber withdraws its Motion to Dismiss as to this Plaintiff but reserves any potential arguments regarding prejudice and the sufficiency of Plaintiff's late submission. | Nachawati Law Group |
| 4 | Jane Doe NLG (D.L.) | 3:25-cv-07478 | PFS belatedly filed, Uber withdraws its Motion to Dismiss as to this Plaintiff but reserves any potential arguments regarding prejudice and the sufficiency of Plaintiff's late submission. | Nachawati Law Group |
| 5 | Jane Doe NLG (L.R.) | 3:25-cv-07423 | PFS belatedly filed, Uber withdraws its Motion to Dismiss as to this Plaintiff but reserves any potential arguments regarding prejudice and the sufficiency of Plaintiff's late submission. | Nachawati Law Group |
| 6 | Jane Doe NLG (S.M.) | 3:25-cv-07543 | PFS belatedly filed, Uber withdraws its Motion to Dismiss as to this Plaintiff but reserves any potential arguments regarding prejudice and the sufficiency of Plaintiff's late submission. | Nachawati Law Group |

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation,*
Case No. 23-md-03084-CRB

**EXHIBIT A to Defendants' Reply in Support of**
**Motion to Dismiss Cases for Failure to Comply with Amended PTO 10**

*Summary of Uber's Requested Action on Cases Subject to Motion*

|  | Plaintiff | Case No. | Uber's Requested Action | Law Firm |
|---|---|---|---|---|
| 7 | Jane Doe NLG (M.P.) | 3:25-cv-07312 | PFS belatedly filed, Uber withdraws its Motion to Dismiss as to this Plaintiff but reserves any potential arguments regarding prejudice and the sufficiency of Plaintiff's late submission. | Nachawati Law Group |
| 8 | Jane Roe CL 195 | 3:25-cv-06735 | PFS belatedly filed, Uber withdraws its Motion to Dismiss as to this Plaintiff but reserves any potential arguments regarding prejudice and the sufficiency of Plaintiff's late submission. | Cutter Law |
| 9 | Jane Roe CL 198 | 3:25-cv-06822 | PFS belatedly filed, Uber withdraws its Motion to Dismiss as to this Plaintiff but reserves any potential arguments regarding prejudice and the sufficiency of Plaintiff's late submission. | Cutter Law |
| 10 | Jane Roe CL 203 | 3:25-cv-07379 | PFS belatedly filed, Uber withdraws its Motion to Dismiss as to this Plaintiff but reserves any potential arguments regarding prejudice and the sufficiency of Plaintiff's late submission. | Cutter Law |
| 11 | Jane Roe CL 205 | 3:25-cv-07763 | PFS belatedly filed, Uber withdraws its Motion to Dismiss as to this Plaintiff but reserves any potential arguments regarding prejudice and the sufficiency of Plaintiff's late submission. | Cutter Law |
| 12 | John Roe CL 8 | 3:25-cv-07768 | PFS belatedly filed, Uber withdraws its Motion to Dismiss as to this Plaintiff but reserves any potential arguments regarding prejudice and the sufficiency of Plaintiff's late submission. | Cutter Law |
| 13 | A.B. | 3:25-cv-07699 | Plaintiff failed to file Opposition, Motion to Dismiss should be granted. | Reich & Binstock |

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation,*
Case No. 23-md-03084-CRB

**EXHIBIT A to Defendants' Reply in Support of**
**Motion to Dismiss Cases for Failure to Comply with Amended PTO 10**

*Summary of Uber's Requested Action on Cases Subject to Motion*

|  | Plaintiff | Case No. | Uber's Requested Action | Law Firm |
|---|---|---|---|---|
| 14 | A.D. | 3:25-cv-07091 | Plaintiff failed to file Opposition, Motion to Dismiss should be granted. | Reich & Binstock |
| 15 | A.E. | 3:25-cv-07668 | Plaintiff failed to file Opposition, Motion to Dismiss should be granted. | Reich & Binstock |
| 16 | C.F. | 3:25-cv-07698 | Plaintiff failed to file Opposition, Motion to Dismiss should be granted. | Reich & Binstock |
| 17 | D.V. | 3:25-cv-07747 | Plaintiff failed to file Opposition, Motion to Dismiss should be granted. | Reich & Binstock |
| 18 | J.K.R. | 3:25-cv-07734 | Plaintiff failed to file Opposition, Motion to Dismiss should be granted. | Reich & Binstock |
| 19 | K.H. | 3:25-cv-07700 | Plaintiff failed to file Opposition, Motion to Dismiss should be granted. | Reich & Binstock |
| 20 | M.T. | 3:25-cv-07831 | Plaintiff failed to file Opposition, Motion to Dismiss should be granted. | Reich & Binstock |
| 21 | M.W. | 3:25-cv-07753 | Plaintiff failed to file Opposition, Motion to Dismiss should be granted. | Reich & Binstock |
| 22 | R.N. 02 | 3:25-cv-07097 | Plaintiff failed to file Opposition, Motion to Dismiss should be granted. | Reich & Binstock |
| 23 | S.W. | 3:25-cv-07695 | Plaintiff failed to file Opposition, Motion to Dismiss should be granted. | Reich & Binstock |
| 24 | C.L.F. T.M. | 3:25-cv-04281 | Plaintiff failed to file Opposition, Motion to Dismiss should be granted. | Clarkson Law Firm |

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation,*
Case No. 23-md-03084-CRB

**EXHIBIT A to Defendants' Reply in Support of**
**Motion to Dismiss Cases for Failure to Comply with Amended PTO 10**

*Summary of Uber's Requested Action on Cases Subject to Motion*

|  | Plaintiff | Case No. | Uber's Requested Action | Law Firm |
|---|---|---|---|---|
| 25 | Jane Doe LS 619 | 3:25-cv-06243 | Incarceration does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Levin Simes |
| 26 | Jane Doe LS 626 | 3:25-cv-06541 | Incarceration does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Levin Simes |
| 27 | Jane Doe LS 618 | 3:25-cv-06160 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Levin Simes |
| 28 | Jane Doe LS 620 | 3:25-cv-06249 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Levin Simes |
| 29 | Jane Doe LS 621 | 3:25-cv-06297 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Levin Simes |
| 30 | Jane Doe LS 622 | 3:25-cv-06306 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Levin Simes |
| 31 | Jane Doe LS 625 | 3:25-cv-06539 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Levin Simes |

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation,*
Case No. 23-md-03084-CRB

**EXHIBIT A to Defendants' Reply in Support of**
**Motion to Dismiss Cases for Failure to Comply with Amended PTO 10**

*Summary of Uber's Requested Action on Cases Subject to Motion*

|  | Plaintiff | Case No. | Uber's Requested Action | Law Firm |
|---|---|---|---|---|
| 32 | Jane Doe LS 627 | 3:25-cv-06547 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Levin Simes |
| 33 | Jane Doe LS 628 | 3:25-cv-06552 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Levin Simes |
| 34 | Jane Doe LS 630 | 3:25-cv-06861 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Levin Simes |
| 35 | Jane Doe LS 633 | 3:25-cv-07285 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Levin Simes |
| 36 | Jane Doe LS 634 | 3:25-cv-07323 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Levin Simes |
| 37 | Jane Doe LS 640 | 3:25-cv-07628 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Levin Simes |

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation,*
Case No. 23-md-03084-CRB

**EXHIBIT A to Defendants' Reply in Support of**
**Motion to Dismiss Cases for Failure to Comply with Amended PTO 10**

*Summary of Uber's Requested Action on Cases Subject to Motion*

|  | Plaintiff | Case No. | Uber's Requested Action | Law Firm |
|---|---|---|---|---|
| 38 | Jane Doe LS 642 | 3:25-cv-07894 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Levin Simes |
| 39 | Jane Doe NLG (A.D.) | 3:25-cv-07407 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Nachawati Law Group |
| 40 | Jane Doe NLG (J.D.) | 3:25-cv-07482 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Nachawati Law Group |
| 41 | Jane Doe NLG (J.L.) | 3:25-cv-07545 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Nachawati Law Group |
| 41 | Jane Doe NLG (L.F.) | 3:25-cv-07542 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Nachawati Law Group |
| 43 | Jane Doe NLG (N.T.) | 3:25-cv-07540 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Nachawati Law Group |

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation,*
Case No. 23-md-03084-CRB

**EXHIBIT A to Defendants' Reply in Support of**
**Motion to Dismiss Cases for Failure to Comply with Amended PTO 10**

*Summary of Uber's Requested Action on Cases Subject to Motion*

| | Plaintiff | Case No. | Uber's Requested Action | Law Firm |
|---|---|---|---|---|
| 44 | Jane Doe NLG (R.H.) | 3:25-cv-07403 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Nachawati Law Group |
| 45 | Jane Doe NLG (T.P.) | 3:25-cv-07484 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Nachawati Law Group |
| 46 | Jane Doe NLG (V.M.) | 3:25-cv-07467 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Nachawati Law Group |
| 47 | Jane Roe CL 192 | 3:25-cv-06608 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Cutter Law |
| 48 | Jane Roe CL 201 | 3:25-cv-06826 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Cutter Law |
| 49 | Jane Roe CL 202 | 3:25-cv-07377 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Cutter Law |

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation,*
Case No. 23-md-03084-CRB

**EXHIBIT A to Defendants' Reply in Support of**
**Motion to Dismiss Cases for Failure to Comply with Amended PTO 10**

*Summary of Uber's Requested Action on Cases Subject to Motion*

|    | Plaintiff | Case No. | Uber's Requested Action | Law Firm |
|----|-----------|----------|-------------------------|----------|
| 50 | Jane Roe CL 204 | 3:25-cv-07472 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Cutter Law |
| 51 | John Doe LS 15 | 3:25-cv-07862 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Levin Simes |
| 52 | S.S. | 3:25-cv-07149 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Wagstaff Law Firm |
| 53 | T.K. | 3:25-cv-06734 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Wagstaff Law Firm |
| 54 | Jane Doe LS 639 | 3:25-cv-07616 | Law firm's inability to contact plaintiff does not excuse plaintiff's obligations to prosecute the case and comply with the Federal Rules of Civil Procedure, Motion to Dismiss should be granted. | Levin Simes |