Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPOT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S OPPOSITION TO PLAINTIFF'S MOTION TO PRECLUDE UBER FROM "CHERRY-PICKING" CORPORATE TRIAL WITNESSES AND FROM CALLING AT TRIAL CERTAIN WITNESSES**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

DECLARATION OF LAURA VARTAIN HORN ISO DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION TO PRECLUDE
Case No. 3:23-md-03084-CRB (LJC)

I, Laura Vartain Horn, declare as follows:

1. I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber") in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts of the Deposition Transcript of Chad Dobbs, dated August 21, 2025.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts of the Deposition Transcript of Sunny Wong, dated October 14, 2025.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts of the Deposition Transcript of Gus Fuldner, dated April 29, 2025.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts of the Deposition Transcript of Gus Fuldner, dated March 27, 2025.

6. Attached as **Exhibit 5** is a true and correct copy of excerpts of the Deposition Transcript of Katy McDonald, dated May 7, 2025.

7. Attached as **Exhibit 6** is a true and correct copy of excerpts of the Declaration of Todd Gaddis, dated December 4, 2025.s

8. Attached as **Exhibit 7** is a true and correct copy of an email from Kim Bueno to Roopal Luhana and Ellyn Hurd, dated December 15, 2025.

9. Attached as **Exhibit 8** is a true and correct copy of excerpts of the Deposition Transcript of Greg Brown, dated July 15, 2025.

10. Attached as **Exhibit 9** is a true and correct copy of excerpts of the Deposition Transcript of Greg Brown, dated July 16, 2025.

11. Attached as **Exhibit 10** is a true and correct copy of an email from Ellyn Hurd to Kim Bueno and Roopal Luhana, dated December 15, 2025.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on December 17, 2025, in San Francisco, California.

*/s/ Laura Vartain Horn*
Laura Vartain Horn