# EXHIBIT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

------------------------------------------X
IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT LITIGATION


            Case No. 3:23-md-03084-CRB
------------------------------------------X


*** HIGHLY CONFIDENTIAL ***


VIDEOTAPED DEPOSITION

OF

CHAD DOBBS

THURSDAY, AUGUST 21, 2025




Reported by:
CANDIDA BORRIELLO
Stenographic Reporter
JOB NO. 6950249-001

Chad Dobbs   Highly Confidential
August 21, 2025

```
 1            C. Dobbs - Highly Confidential
 2   things that we would need to do.  There'd be
 3   things we'd need to stop doing.  It would be,
 4   you know, a complete recalibration of how the
 5   business functions.
 6       Q.   You'd need to start paying
 7   employment taxes like other businesses have
 8   to pay, right?
 9            MS. LEVY:  Object to form and
10       foundation.
11       A.   I don't know all the legal and tax
12   ramifications of the employment model.
13       Q.   You'd have to admit that you had
14   the ability to control and supervise and
15   monitor these drivers, right?
16       A.   I'm not sure I understand that
17   question.
18       Q.   Okay.  Well, let's see what you-all
19   said in your filings with the Securities and
20   Exchange Commission about this.  Okay?
21       A.   Sure.
22            MS. WALSH:  And for that, we'll
23       look at what's gonna be Exhibit 1924
24       to your deposition, which is AW140.
25            (Exhibit 1924, 12/31/2023 Uber
```

1          C. Dobbs - Highly Confidential

2              C E R T I F I C A T E

3

4    STATE OF NEW YORK       )
                             : SS.:
5    COUNTY OF RICHMOND      )

6

7          I, CANDIDA BORRIELLO, a Stenographic

8    Court Reporter and Notary Public for and

9    within the State of New York, do hereby

10   certify:

11         That the witness, CHAD DOBBS, whose

12   examination is hereinbefore set forth was

13   duly sworn and that such examination is a

14   true record of the testimony given by that

15   witness.

16         I further certify that I am not

17   related to any of the parties to this action

18   by blood or by marriage and that I am in no

19   way interested in the outcome of this matter.

20         IN WITNESS WHEREOF, I have hereunto

21   set my hand this 21st day of August, 2025.

22

23         _____*Candida Borriello*_____
              CANDIDA BORRIELLO

24

25