# EXHIBIT 2

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

---------------------------------------------------X
IN RE: UBER TECHNOLOGIES, INC.
PASSENGER SEXUAL ASSAULT LITIGATION

              Case no. 3:24-cv-07019-CRB
              Case no. 3:24-cv-07821
              Case no. 3:24-cv-7940
              Case no. 3:23-cv-06708
              Case no. 3:24-cv-04900
---------------------------------------------------X

\*\*\* HIGHLY CONFIDENTIAL \*\*\*

VOLUME II

VIDEOTAPED DEPOSITION

OF

SUNNY WONG

TUESDAY, OCTOBER 14, 2025

Reported by:
CANDIDA BORRIELLO
Stenographic Reporter
JOB NO. 6989788-001

Sunny Wong Volume II Highly Confidential
October 14, 2025

```
 1           S. Wong - Highly Confidential
 2   other than S-RAD to try to avoid pairings
 3   that had a high risk for sexual assault or
 4   sexual misconduct?
 5       A.   Not that I know of.
 6       Q.   And you're speaking on behalf of
 7   Uber on this very topic today, right?
 8       A.   Correct.
 9       Q.   So when you say "not that I know
10   of," I just want to clarify for the jury it's
11   not that Uber knows of, there is no other
12   program, right?
13       A.   Correct.
14       Q.   So you cannot tell the jury how
15   many other potential pairings were available
16   that Uber could've selected for -- selected
17   from for Jaylynn that night, right?
18            MR. PREMO-HOPKINS:  Object to
19       form.
20       A.   Yeah, I don't have the other plan
21   scores.  In this hypothetical, all the other
22   scores are lower than the score of that for
23   that particular trip.  It's possible that the
24   Jaylynn Dean trip had the lower score of the
25   ones that are available, right.  So I also
```

 1            S. Wong - Highly Confidential
 2             MR. PREMO-HOPKINS:  Object to
 3     scope.
 4     A.   Yeah, I'm able to see that.
 5     Q.   Okay.  You can just leave that
 6  there for a second.
 7             Did Uber find Ms. Dean,
 8  Jaylynn Dean, the safest match possible on
 9  November 15, 2023?
10             MR. PREMO-HOPKINS:  Object to
11     form.  Scope.
12     A.   Again, I have no idea about that
13  since I don't have visibility into the other
14  plans available at that time.  All we know is
15  that the trip wasn't flagged based on the
16  threshold we set.
17     Q.   Right.  And because the trip wasn't
18  flagged based on the threshold Uber set, Uber
19  took no further action to try to find the
20  safest match possible for Jaylynn because
21  whether there were other safer rides or not
22  was not relevant so long as they were below
23  the threshold Uber set, right?
24             MR. PREMO-HOPKINS:  Object to
25     form.  Scope.

Sunny Wong Volume II Highly Confidential
October 14, 2025

```
 1                S. Wong - Highly Confidential
 2         Q.   You can't say as the head of Uber's
 3    data science team that addresses safety that
 4    the middle of the night is a more dangerous
 5    time of day with respect to sexual assault
 6    and sexual misconduct?
 7              MR. PREMO-HOPKINS:  Object to
 8         form.  Scope.
 9         A.   I mean, again, we know it's a
10    nighttime trip and we know that trip hour
11    were one of the most important features.
12              So what's your specific question?
13         Q.   Can you, as the person that's in
14    charge of the data science team that
15    addresses the risk of sexual assault and
16    sexual misconduct, affirm for the jury that
17    the middle of the night is a more high risk
18    time for sexual assault and sexual misconduct
19    than daytime?
20              MR. PREMO-HOPKINS:  Object to
21         form.  Scope.
22         A.   I -- again, I can't say.  I don't
23    have the rates in front of me.  But I imagine
24    nighttime in general, even outside of Uber,
25    is likely more risky than daytime, right.
```

1        S. Wong - Highly Confidential

2            C E R T I F I C A T E

3

4   STATE OF NEW YORK       )
                            : SS.:
5   COUNTY OF RICHMOND      )

6

7        I, CANDIDA BORRIELLO, a Stenographic

8   Court Reporter and Notary Public for and within

9   the State of New York, do hereby certify:

10       That the witness, SUNNY WONG, whose

11  examination is hereinbefore set forth was duly

12  sworn and that such examination is a true record

13  of the testimony given by that witness.

14       I further certify that I am not related

15  to any of the parties to this action by blood or

16  by marriage and that I am in no way interested in

17  the outcome of this matter.

18       IN WITNESS WHEREOF, I have hereunto set

19  my hand this 14th day of October, 2025.

20           *Candida Borriello*

21  _____
       CANDIDA BORRIELLO
22

23

24

25