# EXHIBIT 3

```
 1                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
 2                  SAN FRANCISCO DIVISION


 3    -------------------------------

 4    IN RE:  UBER TECHNOLOGIES, INC., )
      PASSENGER SEXUAL ASSAULT         ) Case No. 3:23-md-03084-CRB
 5    LITIGATION                       )
      -------------------------------

 6


 7          SUPERIOR COURT OF THE STATE OF CALIFORNIA
          COUNTY OF SAN FRANCISCO - UNLIMITED JURISDICTION
 8    -------------------------------

 9    COORDINATION PROCEEDING SPECIAL  )

10    TITLE (Rule 3.550)               ) Case No. CJC-21-005188

11                                     )

12    IN RE: UBER RIDESHARE CASES      )

13    -------------------------------

14


15        ***HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER***
                 VIDEO-RECORDED DEPOSITION OF
16                  HENRY (GUS) FULDNER
                        VOLUME III
17                  PAGES 595 TO 679

18                    APRIL 29, 2025
                         3:42 P.M.
19

20            555 California Street, Suite 2900
                  San Francisco, California

21


22
      REPORTED BY:
23    Dawn A. Stark
      CSR No. 7847
24


25
```

1    second?

2            THE VIDEOGRAPHER:  Going off the record at

3    4:18 P.M.

4            (Remarks outside the record.)

5            THE VIDEOGRAPHER:  And we're back on the record

6    at 4:19 P.M.

7            MS. LONDON:  All right.  I'm going to hand you

8    what's been marked as Exhibit 679 (indicating).

9            (Deposition Exhibit No. 679 was marked.)

10           THE WITNESS:  (Reviewing document.)

11           MS. LONDON:  All right.

12      Q.   And Mr. Fuldner, this is, for the record,

13   Bates No. 001101535.  This is a chat between

14   Tracey Breeden and Carley Lake on December 16th of 2019

15   (indicating).

16           Do you see that at the top?

17      A.   (Witness reviewing document.)

18           Yes.

19      Q.   All right.  And Tracey Breeden -- can you just

20   -- can you remind the jury who Tracey Breeden is?

21      A.   Tracey was the leader of women's -- women's

22   safety.

23           That's roughly -- roughly her title.

24      Q.   Okay.  And who's Carley?

25      A.   Carley was in the -- her role is related to

```
 1                    REPORTER'S CERTIFICATE

 2              I, Dawn A. Stark, a Certified Shorthand

 3    Reporter, do hereby certify:

 4              That the foregoing proceedings were taken

 5    before me at the time and place therein set forth, at

 6    which time the witness was put under oath by me;

 7              That the testimony of the witness, the

 8    questions propounded, and all objections and statements

 9    made at the time of the examination were recorded

10    stenographically by me and were there after transcribed;

11              That a review of the transcript by the deponent

12    was requested;

13              That the foregoing is a true and correct

14    transcript of my shorthand notes so taken.

15              I further certify that I am not a relative or

16    employee of any attorney of the parties, nor financially

17    interested in the action.

18              I declare under penalty of perjury under the

19    laws of California that the foregoing is true and

20    correct.

21

22    Dated:  May 1, 2025

23

24    _____

25    Dawn A. Stark, CSR No. 7847
```