# EXHIBIT 4

```
            SUPERIOR COURT OF THE STATE OF CALIFORNIA

         COUNTY OF SAN FRANCISCO - UNLIMITED JURISDICTION


  IN RE:                              :   CASE NO. CJC-21-005188
  UBER RIDESHARE CASES                :
                                      :
                                      :


                  UNITED STATES DISTRICT COURT

      NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

  IN RE:                              :   CASE NO. 3:23-md-03084-CRB
  UBER TECHNOLOGIES, INC,             :
  PASSENGER SEXUAL ASSAULT            :
  LITIGATION                          :



           ***HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER***

              VIDEOTAPED DEPOSITION OF HENRY (GUS) FULDNER

                      SAN FRANCISCO, CALIFORNIA

                      THURSDAY, MARCH 27, 2025
```

REPORTED BY:

DEBBIE LEONARD, CSR, RDR, CRR

CSR NO. 14350

PAGES 278 to 594

| | | |
|---|---|---|
| 1 | BY MS. LONDON: | 02:17 |
| 2 | Q    But you -- as head of safety, you determined | 02:17 |
| 3 | that was insufficient, that you actually needed to go | 02:17 |
| 4 | launch a program to ensure mandatory training and | 02:17 |
| 5 | education, right?  That was an initiative that you led in | 02:17 |
| 6 | 2020, right? | 02:17 |
| 7 | MR. LUSKEY:  Object to form.  Compound.  It's | 02:17 |
| 8 | three questions. | 02:17 |
| 9 | BY MS. LONDON: | 02:17 |
| 10 | Q    I'll ask it again. | 02:17 |
| 11 | You determined personally that the sharing of | 02:17 |
| 12 | the community guidelines, a process you just discussed, | 02:17 |
| 13 | that was insufficient to provide training and education | 02:17 |
| 14 | to your drivers?  You decided that, right? | 02:17 |
| 15 | MR. LUSKEY:  Object to form. | 02:17 |
| 16 | THE WITNESS:  I directed the team to invest in | 02:18 |
| 17 | more and -- a more extensive education, which we -- which | 02:18 |
| 18 | the team built and rolled out. | 02:18 |
| 19 | BY MS. LONDON: | 02:18 |
| 20 | Q    And the team -- | 02:18 |
| 21 | A    And I think the ultimate product that they | 02:18 |
| 22 | produced is of high quality and is meaningful substantive | 02:18 |
| 23 | education. | 02:18 |
| 24 | Q    And Uber does not mandate that in all states; in | 02:18 |
| 25 | some states, it does not mandate that, correct? | 02:18 |

Henry (Gus) Fuldner Volume II Highly Confidential
March 27, 2025

| | | |
|---|---|---|
| 1 | MR. LUSKEY:  Object to form. | 02:18 |
| 2 | THE WITNESS:  The -- it is mandated in almost | 02:18 |
| 3 | all states.  I don't know the -- with certainty every -- | 02:18 |
| 4 | every last state. | 02:18 |
| 5 | BY MS. LONDON: | 02:18 |
| 6 |     Q    And the reason Uber doesn't require it in | 02:18 |
| 7 | certain states is because that could impact Uber's | 02:18 |
| 8 | business model with respect to independent contractors, | 02:18 |
| 9 | correct? | 02:19 |
| 10 | MR. LUSKEY:  Object to form.  Assumes facts. | 02:19 |
| 11 | Vague. | 02:19 |
| 12 | THE WITNESS:  Over time, there have been a | 02:19 |
| 13 | variety of different -- different factors that we have to | 02:19 |
| 14 | consider in training, including whether or not we -- | 02:19 |
| 15 | whether or not and how we pay drivers for time that they | 02:19 |
| 16 | do training.  And so there's been some state-specific | 02:19 |
| 17 | details there in places where it is -- so in some places, | 02:19 |
| 18 | we operate under a payment model where we pay drivers for | 02:19 |
| 19 | completing the training. | 02:19 |
| 20 | BY MS. LONDON: | 02:19 |
| 21 |     Q    Okay.  But I just want to get it clear for the | 02:19 |
| 22 | record. | 02:19 |
| 23 | Is it your testimony that Uber's business model | 02:19 |
| 24 | with respect to maintaining independent contractor | 02:19 |
| 25 | status, that does not have any impact on Uber's decision | 02:19 |

```
 1                  C E R T I F I C A T E
 2
 3            I, Debbie Leonard, Certified Shorthand Reporter
 4   No. 14350 for the State of California, do hereby
 5   certify:
 6            That the foregoing deposition was taken before me
 7   at the time and place therein set forth, at which time
 8   the witness was put under oath by me; that the testimony
 9   of the witness and all objections made at the time of the
10   examination were recorded stenographically by me, were
11   thereafter transcribed by me by means of computer; and
12   that the foregoing is a true record of same.
13            I further certify that I am neither counsel for
14   nor related to any party to said action, nor in any way
15   interested in the outcome thereof.
16            IN WITNESS WHEREOF, I have subscribed my name
17   this 8th day of April, 2025.
18
19                    _____
20                    Debbie Leonard, CSR, RDR, CRR
                      CSR NO. 14350
21
22
23
24
25
```