# EXHIBIT 8

Greg Brown  Confidential
July 15, 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

***CONFIDENTIAL***

VIDEOTAPED 30(b)(6) DEPOSITION OF
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC
GREG BROWN

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT LITIGATION

MDL No. 3084 CRB

_____

DEPONENT:        GREG BROWN

DATE:            July 15, 2025

TIME:            9:43 a.m.

LOCATION:        NELSON MULLINS
                 CHARLESTON, SC

REPORTED BY:     JESSICA BOLANOS

Greg Brown  Confidential
July 15, 2025

 1   the nature of it.
 2       Q.   Do investigators look at the driver and
 3   rider mobile events logs?
 4       A.   My understanding is they primarily
 5   utilize visualization tools for what is
 6   represented in mobile events logs as a way to
 7   interpret this data.
 8       Q.   Like Chronicle or Voyager?
 9       A.   Yes, those are the two primary ones I'm
10   familiar with.
11       Q.   So here we have a line in the data from
12   the driver's mobile events that says, Safety
13   audio recorder, driver trip ended with recording.
14   And if you look at the date and time, it's
15   11-15-23 at 12:38 a.m.  So that's during the
16   subject trip, right?
17       A.   Yeah, that's my understanding.
18       Q.   Did Uber's investigators look to see
19   whether there was audio-recording that had been
20   running before the driver ended the trip?
21       A.   I don't believe this was part of the
22   investigations process to cross-reference here.
23       Q.   Is it possible that Uber actually is in
24   possession of audio-recording of the subject trip
25   up until the point that the driver pushed the

Greg Brown  Confidential
July 15, 2025

 1                  CERTIFICATE

 2             I, Jessica Bolanos, Notary Public

 3   in and for the State of South Carolina, do hereby

 4   certify that the witness in the foregoing

 5   deposition was duly sworn to testify to the

 6   truth, the whole truth and nothing but the truth

 7   in the within-entitled cause; that said

 8   deposition took place before me at NELSON

 9   MULLINS, CHARLESTON, SC.  The testimony of the

10   witness and all objections made at the time of

11   the examination were recorded stenographically by

12   me and were thereafter transcribed by

13   computer-aided transcription.  The foregoing is a

14   full, complete and true record of the testimony

15   of the witness and of all objections made at the

16   time of the examination.

17             I further certify that I am neither

18   related to nor counsel for any party to the cause

19   pending or interested in the events thereof.

20             Witness my hand, I have hereunto

21   affixed my official seal at Charleston,

22   Charleston County, on July 17, 2025.

23                         _____

24                         Jessica Bolanos
                           My Commission expires
25                         April 22, 2032