# EXHIBIT 9

Greg Brown Volume II Confidential
July 16, 2025

```
              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
                 SAN FRANCISCO DIVISION

                    ***CONFIDENTIAL***


         VIDEOTAPED 30(b)(6) DEPOSITION OF
         UBER TECHNOLOGIES, INC.,
         RASIER, LLC, and RASIER-CA, LLC
         GREG BROWN, Volume II

   IN RE: UBER TECHNOLOGIES, INC.,

   PASSENGER SEXUAL ASSAULT LITIGATION

                         MDL No. 3084 CRB

   _____

   DEPONENT:           GREG BROWN, VOLUME II

   DATE:               July 16, 2025

   TIME:               9:24 a.m.


   LOCATION:           NELSON MULLINS

                       CHARLESTON, SC

   REPORTED BY:        TERI L. KENNELLY, RPR, CRR
```

Greg Brown Volume II Confidential
July 16, 2025

```
 1        Q.   Isn't there a way that Mr. Turay could
 2   be using the app to audio record?
 3        A.   My understanding is that, yes, that
 4   option would have been available for Mr. Turay at
 5   the subject trip.
 6        Q.   And are you able to say on behalf of
 7   Uber whether he was using that option?  And you
 8   will recall we looked at some language that made
 9   it sound like there was audio recording.
10        A.   I recall -- I don't know the answer to
11   that specific question one way or the other.
12        Q.   Are you able to say on behalf of Uber
13   whether Ms. Dean was audio recording the subject
14   trip?
15        A.   Unable to say one way or the other.
16        Q.   You were designated to speak on behalf
17   of Uber about category 10B, which is, All user
18   interactions by the subject driver and/or the
19   plaintiff related to the subject ride, including
20   but not limited to ride requests, ride
21   acceptance, trip started, trip ended, in-app
22   messaging, responses to telematic triggers, dot,
23   dot, dot.
24        A.   Yeah.
25        Q.   You understand you're designated on that
```

```
 1   CERTIFICATE OF REPORTER

 2   STATE OF SOUTH CAROLINA

 3   COUNTY OF CHARLESTON

 4
             I, Teri L. Kennelly, Registered
 5   Professional Reporter and Notary Public for the
     State of South Carolina at Large, do hereby
 6   certify that the witness in the foregoing
     deposition was by me duly sworn to testify to the
 7   truth, the whole truth and nothing but the truth
     in the within-entitled cause; that said
 8   deposition was taken at the time and location
     therein stated; that the testimony of the witness
 9   and all objections made at the time of the
     examination were recorded stenographically by me
10   and were thereafter transcribed by computer-aided
     transcription; that the foregoing is a full,
11   complete and true record of the testimony of the
     witness and of all objections made at the time of
12   the examination; and that the witness was given
     an opportunity to read and correct said
13   deposition and to subscribe the same.
             Should the signature of the witness
14   not be affixed to the deposition, the witness
     shall not have availed himself/herself of the
15   opportunity to sign or the signature has been
     waived.
16           I further certify that I am neither
     related to nor counsel for any party to the cause
17   pending or interested in the events thereof.
             Witness my hand, I have hereunto
18   affixed my official seal on July 17, 2025, at
     Charleston, Charleston County, South Carolina.
19

20   _____

21   Teri L. Kennelly, RPR, CRR
     NCRA REGISTERED REALTIME REPORTER
22
     My Commission expires
23   January 8, 2029

24

25
```