# **EXHIBIT 10**

| From: | Ellyn Hurd <ehurd@simmonsfirm.com> |
|---|---|
| Sent: | Monday, December 15, 2025 10:21 AM |
| To: | Bueno, Kim; Roopal Luhana |
| Cc: | Vartain, Laura; Levy, Jennifer; Cox, Christopher; Blake, Tara; Alexandra Walsh; Sarah London; Rachel B. Adams; Roopal Luhana; Andrew Kaufman; An Truong; Steven Cohn |
| Subject: | RE: Dean--Todd Gaddis Deposition |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Kim – Plaintiffs object to Defendants calling any live Uber witness at trial as detailed in our motion filed on Friday [ECF 4654]. And we object to Mr. Gaddis in particular, also as detailed in the motion. Mr. Gaddis was not previously disclosed, and we do not have his custodial file. The only circumstance under which we would even entertain this request is if you can produce his custodial file today, waiving all privilege.

Thank you,

Ellyn H. Hurd
Simmons Hanly Conroy
508 560 6488 cell

---

**From:** Bueno, Kim <kim.bueno@kirkland.com>
**Sent:** Monday, December 15, 2025 10:12 AM
**To:** Roopal Luhana <luhana@chaffinluhana.com>; Ellyn Hurd <ehurd@simmonsfirm.com>
**Cc:** Vartain, Laura <laura.vartain@kirkland.com>; Levy, Jennifer <jlevy@kirkland.com>; Cox, Christopher <christopher.cox@kirkland.com>; Blake, Tara <tara.blake@kirkland.com>
**Subject:** [EXTERNAL] Dean--Todd Gaddis Deposition

Roopal and Ellyn,

We intend to call Todd Gaddis to trial to offer testimony about the mobile events log, as discussed in his December 4 declaration. We will make Mr. Gaddis available for a deposition in advance of trial. Please let us know when you would like to depose him, and we will do our best to accommodate your schedule.

If I should direct this email to another member of your team, please let me know.

Thanks,

Kim

**Kim Bueno, P.C.**

**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
**T** +1 512 355 4390   **M** +1 512 699 3255
**F** +1 512 678 9101

_____

kim.bueno@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

This e-mail and any files transmitted with it are privileged and confidential, and they are intended solely for the use of the intended recipient(s). If you are not an intended recipient, you should notify the sender immediately, delete this e-mail and any files transmitted with it from your system, and destroy or return all copies.