1  Laura Vartain Horn (SBN 258485)
   **KIRKLAND & ELLIS LLP**
2  555 California Street, Suite 2700
   San Francisco, CA 94104
3  Telephone: (415) 439-1625
   laura.vartain@kirkland.com
4
   Allison M. Brown (Admitted *Pro Hac Vice*)
5  **KIRKLAND & ELLIS LLP**
   2005 Market Street, Suite 1000
6  Philadelphia, PA 19103
   Telephone: (215) 268-5000
7  alli.brown@kirkland.com

8  Jessica Davidson (Admitted *Pro Hac Vice*)
   **KIRKLAND & ELLIS LLP**
9  601 Lexington Avenue
   New York, NY 10022
10 Telephone: (212) 446-4800
   jessica.davidson@kirkland.com
11
   *Attorneys for Defendants*
12 UBER TECHNOLOGIES, INC.,
   RASIER, LLC, and RASIER-CA, LLC
13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-MD-03084-CRB<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO PRECLUDE UBER FROM "CHERRY-PICKING" CORPORATE TRIAL WITNESSES AND FROM CALLING AT TRIAL CERTAIN WITNESSES**<br><br>Judge:    Hon. Charles R. Breyer<br>Courtroom:    6 – 17th Floor |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | |

1  Having considered the full briefing on the Plaintiff's Motion to Preclude Uber from "Cherry-
2  Picking" Corporate Trial Witnesses and from Calling at Trial Certain Witnesses, the motion is
3  **DENIED**.

5  **IT IS SO ORDERED.**

7  DATED:_____    By:_____
                                        CHARLES R BREYER
8                                       United States District Judge

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO PRECLUDE
Case No. 3:23-md-03084-CRB