# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

December 17, 2025

Re: Basil Emad Adham, State Bar Number 24081742

To Whom It May Concern:

This is to certify that Basil Emad Adham was licensed to practice law in Texas on January 27, 2014, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web