1  LAURA VARTAIN HORN (SBN: 258485)
   Laura.vartain@kirkland.com
2  **KIRKLAND & ELLIS LLP**
   555 California Street, 30th Floor
3  San Francisco, CA 94104
   Telephone: (415) 439-1400
4
5  ALLISON M. BROWN (Pro Hac Vice admitted)
   alli.brown@kirkland.com
6  2005 Market Street, Suite 1000
   Philadelphia, PA 19103
7  Telephone: (215) 268-5000

8  JESSICA DAVIDSON (Pro Hac Vice admitted)
9  jessica.davidson@kirkland.com
   601 Lexington Avenue New York, NY 10022
10 Telephone: (212) 446-4800

11 *Attorneys for Defendants*
   UBER TECHNOLOGIES, INC.,
12 RASIER, LLC, and RASIER-CA, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, 3:23-CV-06708 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6-17th Floor |

WHEREAS, on December 16, 2025, Plaintiff filed an Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal [Dkt. 4688], which included exhibits in support of Plaintiff's contemporaneously filed Omnibus Motions in Limine [Dkt. 4690].

WHEREAS, the parties agree that an extension until January 6, 2026 of the deadline for Defendants to file a statement in response to Plaintiff's Administrative Motion to Consider Whether Another Party's Materials Should be Sealed [Dkt. 4688] is necessary to review the exhibits for sealable information and prepare sealing papers.

WHEREAS, the Court has extended other deadlines in the case, but not this one.

WHEREAS, the requested extension will have no bearing of the rest of the case schedule.

THEREFORE, the parties respectfully request the Court enter the parties' stipulation extending Defendants' deadline to file a statement in response to Plaintiff's Administrative Motion to Consider Whether Another Party's Materials Should be Sealed [Dkt. 4688] until January 6, 2026.

**IT IS SO STIPULATED.**

DATED: December 18, 2025            Respectfully submitted,

By: /s/ *Laura Vartain Horn*

KIRKLAND & ELLIS LLP
Laura Vartain (SBN 258485)
laura.vartain@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Allison M. Brown (*Admitted Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

Jessica Davidson (*Admitted Pro Hac Vice*)
jessica.davidson@kirkland.com
601 Lexington Avenue New York, NY 10022
Telephone: (212) 446-4800

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Dated: December 18, 2025            /s/ *Andrew R. Kaufman*

ANDREW R. KAUFMAN (*Admitted Pro Hac Vice*)

STIPULATION TO EXTEND DEADLINE
CASE NO. 3:23-MD-03084-CRB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SARAH R. LONDON (SBN 267083)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
　　　　akaufman@girardsharp.com

RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
PEIFFER WOLF CARR KANE CONWAY
 & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
　　　　awolf@peifferwolf.com
　　　　scraig@peifferwolf.com

ROOPAL P. LUHANA *(Admitted Pro Hac Vice)*
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com


*Co-Lead Counsel for Plaintiffs*

- 3 -

STIPULATION TO EXTEND DEADLINE
CASE NO. 3:23-MD-03084-CRB

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: December 18, 2025

*/s/ Laura Vartain Horn*
Laura Vartain Horn

## [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated: December __, 2025

_____
Honorable Charles R. Breyer
United States District Judge