OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** December 18, 2025 | **Time:** 10 minutes | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.**: 3:23-md-03084-CRB | **Case Name:**  In re: Uber Technologies, Inc. v. | |

**For Plaintiff:** Roopal Luhana, Chaffin Luhana LLP; Rachel Abrams, Peiffer Wolf Carr Kane Conway & Wise, LLP, Sommer Luther, Wagstaff Law Firm; , Simon Grille, Girard Sharp LLP, counsel for Plaintiffs

**For Defendant:** Christopher Cox, Kirkland & Ellis; Michael Shortnacy and Christopher Cotton, Shook Hardy & Bacon, counsel for Defendants

**Deputy Clerk:** Brittany Sims          **Reported by:** Andrea Bluedorn

PROCEEDINGS

Discovery Status Conference held. The Court raised concerns that the third-party discovery disputes previewed in the parties' status (Dkt. No. 4674) report may be untimely under Civil Local Rule 37-3.  Plaintiff's counsel Simon Grille argued that there is good cause for raising these disputes now and requested guidance as to whether disputes with third parties should be by joint letter or by motion. The Court ordered that any such dispute should be raised by joint letter in accordance with Pretrial Order No. 8, and that any such joint letter must address timeliness.  Plaintiff's counsel Roopal Luhana requested guidance as to whether Plaintiffs may file an administrative motion to expedite the schedule for a joint letter, and the Court confirmed that Plaintiffs could file an administrative motion consistent with the Local Rules.