| | |
|---|---|
| 1 | LAURA VARTAIN HORN (SBN: 258485) |
| 2 | Laura.vartain@kirkland.com |
|   | **KIRKLAND & ELLIS LLP** |
| 3 | 555 California Street, 30th Floor |
|   | San Francisco, CA 94104 |
| 4 | Telephone: (415) 439-1400 |

ALLISON M. BROWN (Pro Hac Vice admitted)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

JESSICA DAVIDSON (Pro Hac Vice admitted)
jessica.davidson@kirkland.com
601 Lexington Avenue New York, NY 10022
Telephone: (212) 446-4800

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, 3:23-CV-06708 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO PERMIT PROVISIONALLY FILING UNDER SEAL**<br><br>Judge:       Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

WHEREAS, on December 19, 2025, Uber and Plaintiffs will file a letter motion concerning Uber's motion to strike the supplemental reports of Plaintiffs' experts Lacey Keller and John Chandler ("Letter Motion").

WHEREAS, the exhibits to the Letter Motion include extensive expert reports, whose subject matter significantly overlaps with documents that are the subject of other sealing motions that have been or will be filed with Judge Breyer.

WHEREAS, the parties agree that exhibits to the Letter Motion (and any redactions to the

- 1 -

STIPULATION TO PERMIT PROVISIONAL FILING
UNDER SEAL
CASE NO. 3:23-MD-03084-CRB

Letter Motion itself) should be filed provisionally under seal to provide additional time for Uber to file a substantive motion to seal so that it may harmonize its sealing requests with its other sealing motions.

Whereas the parties agree that Uber's motion to seal the exhibits to the Letter Motion should be due on or before December 30, 2025, the date on which Uber's statement concerning the sealing of plaintiffs' summary judgment opposition papers is due to be filed with Judge Breyer. ECF 4691.

WHEREAS, the Court has extended other deadlines in the case, but not this one.

WHEREAS, the requested extension will have no bearing of the rest of the case schedule.

THEREFORE, the parties respectfully request the Court enter the parties' stipulation permitting the parties to file the exhibits to the Letter Motion provisionally under seal and extending Defendants' deadline to file its motion to seal those exhibits until December 30, 2025.

**IT IS SO STIPULATED.**

DATED: December 19, 2025                Respectfully submitted,

By: /s/ *Laura Vartain Horn*

KIRKLAND & ELLIS LLP
Laura Vartain (SBN 258485)
laura.vartain@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Allison M. Brown (*Admitted Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

Jessica Davidson (*Admitted Pro Hac Vice*)
jessica.davidson@kirkland.com
601 Lexington Avenue New York, NY 10022
Telephone: (212) 446-4800

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

| | | |
|---|---|---|
| 1 | Dated:  December 19, 2025 | /s/ Andrew R. Kaufman |
| 2 | | |
| 3 | | ANDREW R. KAUFMAN (*Admitted Pro Hac Vice*)<br>SARAH R. LONDON (SBN 267083)<br>GIRARD SHARP LLP |
| 4 | | 601 California St., Suite 1400<br>San Francisco, CA 94108 |
| 5 | | Telephone: (415) 981-4800 |
| 6 | | Email: slondon@girardsharp.com<br>           akaufman@girardsharp.com |
| 7 | | RACHEL B. ABRAMS (Cal Bar No. 209316) |
| 8 | | ADAM B. WOLF (Cal Bar No. 215914)<br>SARA B. CRAIG (Cal Bar No. 301290) |
| 9 | | PEIFFER WOLF CARR KANE CONWAY<br> & WISE, LLP |
| 10 | | 555 Montgomery Street, Suite 820<br>San Francisco, CA 94111 |
| 11 | | Telephone: 415.766.3544<br>Facsimile: 415.840.9435 |
| 12 | | Email: rabrams@peifferwolf.com<br>           awolf@peifferwolf.com |
| 13 | | scraig@peifferwolf.com |
| 14 | | ROOPAL P. LUHANA *(Admitted Pro Hac Vice)* |
| 15 | | CHAFFIN LUHANA LLP<br>600 Third Avenue, Fl. 12 |
| 16 | | New York, NY 10016<br>Telephone: (888) 480-1123 |
| 17 | | Email: luhana@chaffinluhana.com |
| 18 | | |
| 19 | | *Co-Lead Counsel for Plaintiffs* |

- 3 -

STIPULATION TO PERMIT PROVISIONAL FILING
UNDER SEAL
CASE NO. 3:23-MD-03084-CRB

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: December 19, 2025

/s/ *Laura Vartain Horn*
Laura Vartain Horn

## [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated: December __, 2025

_____
Honorable Lisa J. Cisneros
United States Magistrate Judge