CLINTON JAMES CASPERSON, ESQ. (TX SBN 24075561)
**D. MILLER & ASSOCIATES, PLLC**
2610 W. Sam Houston Parkway, Suite 200
Houston, TX 77042
T: (713) 850-8600
F: (713) 366-3463
E: clcasperson@dmillerlaw.com
*Attorney for Plaintiff John Doe DMA (R.A.)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | Honorable Charles R. Breyer |
| This Document Relates to: John Doe DMA (R.A.) v. Uber Technologies, Inc. *et al*.; 3:25-cv-10801 | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on December 18, 2025.

Dated: December 19, 2025                Respectfully Submitted,

                                        **D. Miller & Associates, PLLC**

                                        _____
                                        By: Clint Casperson
                                        Texas Bar No. 24075561
                                        2610 W Sam Houston Pkwy S #200,
                                        Houston, TX 77042
                                        Telephone:713-850-8600
                                        clcasperson@dmillerlaw.com
                                        ridesharelit@dmillerlaw.com

                                        **ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2025, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Clint Casperson*
Clint Casperson

**D. MILLER & ASSOCIATES, PLLC**
2610 W Sam Houston Pkwy S, Ste 200
Houston, TX 77042
Telephone: (713) 850-8600