D. Douglas Grubbs *(Admitted PHV)*
Adam K. Pulaski *(Admitted PHV)*
**PULASKI KHERKHER, PLLC**
2925 Richmond Avenue, Ste 1725
Houston, TX 77098
Telephone: 713-664-4555
Facsimile: 713-664-7543
Email: dgrubbs@pulaskilawfirm.com
Email: adam@pulaskilawfirm.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*E.B. vs. Uber Technologies, Inc., et al.,*<br>*3:25-cv-04526-CRB*<br>[closed 10/16/2025] | **PLAINTIFF'S RESPONSE TO THE COURT'S SHOW CAUSE ORDER REGARDING DUPLICATIVE CASES (ECF 4501)** |

Defense counsel first notified the undersigned (hereinafter "Pulaski") and Anapol Weiss of the above-referenced duplicative filed case on August 21, 2025. The same day, Pulaski reached out to the Anapol firm and a call was scheduled for the next day, August 22nd. Pulaski also notified defense counsel via email that the plaintiff's firms were conferring to determine which firm would take the lead. During said telephone call on August 22nd, Pulaski and Anapol discussed which firm was retained first by the Plaintiff and which matter should proceed. No decision was made during the August 22nd phone call and the plaintiff's firms agreed to circle back the following week. Regretfully, there was no further discussion regarding the matter until mid-October.

There was also no further correspondence or attempt to meet and confer from defense counsel prior to filing Defendants' show cause motion seeking monetary sanctions (ECF 4145).

While defense counsel's email from August 21, 2025 offered to meet and confer regarding dismissing one of the duplicative cases, there was no mention of monetary sanctions. Had defense counsel shown the slightest professional courtesy and took a minute to follow up with Pulaski prior to seeking sanctions, then one of the duplicative filed cases would have been timely dismissed and there would have been no need to expend 24.6 attorney hours totaling $16,278 while preparing a show cause motion. *See* ECF 4145.

The delay in dismissing of the above-referenced matter was not intentional nor the result of any dispute between the plaintiff's firms. Moving for sanctions without first meeting and conferring with opposing counsel defeats the spirit of cooperation and professionalism expressed and implied in the Court's pretrial orders entered throughout this multidistrict litigation. Defendants' motion seeking monetary sanctions should be denied.

Dated: December 19, 2025                                Respectfully submitted,

**PULASKI KHERKHER, PLLC**

/s/ D. Douglas Grubbs
D. Douglas Grubbs (*Admitted Pro Hac Vice*)
Adam K. Pulaski (*Admitted Pro Hac Vice*)
2925 Richmond Avenue, Suite 1725
Houston, Texas 77098
Tel: 713-664-4555
Facsimile: 713-664-7543
dgrubbs@pulaskilawfirm.com
adam@pulaskilawfirm.com

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2025, I electronically transmitted the foregoing PLAINTIFF'S RESPONSE TO THE COURT'S SHOW CAUSE ORDER REGARDING DUPLICATIVE CASES to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. Additionally, the foregoing was served on Defendants' counsel via email at: ubermdlservice@listserv.shb.com.

                                        */s/ D. Douglas Grubbs*
                                        D. Douglas Grubbs