| | |
|---|---|
| 1 | LAURA VARTAIN HORN (SBN: 258485) |
| | Laura.vartain@kirkland.com |
| 2 | **KIRKLAND & ELLIS LLP** |
| | 555 California Street, 30th Floor |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 439-1400 |
| 4 | |
| | ALLISON M. BROWN (Pro Hac Vice |
| 5 | admitted) |
| | alli.brown@kirkland.com |
| 6 | 2005 Market Street, Suite 1000 |
| | Philadelphia, PA 19103 |
| 7 | Telephone: (215) 268-5000 |
| 8 | JESSICA DAVIDSON (Pro Hac Vice |
| | admitted) |
| 9 | jessica.davidson@kirkland.com |
| | 601 Lexington Avenue New York, NY 10022 |
| 10 | Telephone: (212) 446-4800 |
| 11 | |
| | *Attorneys for Defendants* |
| 12 | UBER TECHNOLOGIES, INC., |
| | RASIER, LLC, and RASIER-CA, LLC |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER TO PERMIT PROVISIONALLY FILING UNDER SEAL** |
| *Jaylynn Dean v. Uber Technologies, Inc., et al.*, 3:23-CV-06708 | Judge:     Hon. Charles R. Breyer<br>Courtroom: 6-17th Floor |

WHEREAS, on December 18, 2025, the Court entered a Stipulation and Order to extend the deadline for Uber to file its response to Plaintiff's Administrative Motion to consider whether the exhibits to Plaintiff's Omnibus Motions in Limine should be sealed until January 6, 2026. ECF 4722.

WHEREAS, on December 30, 2025, Uber will file its opposition to Plaintiff's Omnibus Motions in Limine ("Uber MIL Opposition").

WHEREAS, the parties agree that Uber should be permitted to file the exhibits to Uber's

MIL Opposition provisionally under seal so that, for the convenience of both the parties and the Court, Uber can address the sealing of all of the motion in limine materials on January 6, 2026.

WHEREAS, the parties therefore agree that Uber's motion to seal the exhibits to Uber's MIL Opposition should be due on January 6, 2026.

WHEREAS, the Court has extended other deadlines in the case, but not this one.

WHEREAS, the requested extension will have no bearing of the rest of the case schedule.

THEREFORE, the parties respectfully request the Court enter the parties' stipulation permitting Uber to file the exhibits to Uber's MIL Opposition provisionally under seal and extending Uber's deadline to file its motion to seal those exhibits until January 6, 2026.

**IT IS SO STIPULATED.**

DATED:  December 19, 2025               Respectfully submitted,

                                        By: /s/ *Laura Vartain Horn*

                                        KIRKLAND & ELLIS LLP
                                        Laura Vartain (SBN 258485)
                                        laura.vartain@kirkland.com
                                        555 California Street
                                        San Francisco, CA 94104
                                        Telephone: (415) 439-1400

                                        Allison M. Brown (*Admitted Pro Hac Vice*)
                                        alli.brown@kirkland.com
                                        2005 Market Street, Suite 1000
                                        Philadelphia, PA 19103
                                        Telephone: (215) 268-5000

                                        Jessica Davidson (*Admitted Pro Hac Vice*)
                                        jessica.davidson@kirkland.com
                                        601 Lexington Avenue New York, NY 10022
                                        Telephone: (212) 446-4800

                                        *Attorneys for Defendants*
                                        UBER TECHNOLOGIES, INC.,
                                        RASIER, LLC, and RASIER-CA, LLC

Dated:  December 19, 2025               /s/ *Andrew R. Kaufman*

                                        ANDREW R. KAUFMAN (*Admitted Pro Hac Vice*)

- 2 -

STIPULATION TO PERMIT PROVISIONAL FILING
UNDER SEAL
CASE NO. 3:23-MD-03084-CRB

SARAH R. LONDON (SBN 267083)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
         akaufman@girardsharp.com

RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
PEIFFER WOLF CARR KANE CONWAY
 & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
         awolf@peifferwolf.com
         scraig@peifferwolf.com

ROOPAL P. LUHANA *(Admitted Pro Hac Vice)*
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com


*Co-Lead Counsel for Plaintiffs*

- 3 -

STIPULATION TO PERMIT PROVISIONAL FILING
UNDER SEAL
CASE NO. 3:23-MD-03084-CRB

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: December 19, 2025

/s/ *Laura Vartain Horn*
Laura Vartain Horn

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: December __, 2025

_____
Honorable Charles R. Breyer
United States District Judge