IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____ / <br><br> This Order Relates To: <br><br> *Jaylynn Dean v. Uber Techs., Inc.*, <br> N.D. Cal. No. 23-cv-06708 <br> D. Ariz. No. 25-cv-4276 | MDL No. 3084 <br><br> **ORDER DENYING MOTION TO QUASH TRIAL DEPOSITIONS** <br><br> Re: Dkt. No. 4653 |

Having considered Uber's Motion to Quash Trial Depositions, the Court hereby **DENIES** the motion. The Court also **DENIES** Plaintiff's request that these depositions be supervised by the Court and that they take place at the San Francisco Courthouse. The parties are ordered to confer regarding setting an agreeable time and alternative location for the depositions.

**IT IS SO ORDERED.**

Dated: December 19, 2025

CHARLES R. BREYER
United States District Judge