# EXHIBIT A

**EXHIBIT A to Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10**

| MDLC ID | Case Number | Non-Compliance with PTO 10 | Service Date for Notice of Overdue Discovery | Meet & Confer Details |
|---|---|---|---|---|
| 1349 | 3:24-cv-02847 | Missing Release | 6/28/2024 | Meet & confer occurred on 12/4/25, resulting in one week extension. The extended deadline passed without action by Plaintiff on 12/11/25. |
| 1741 | 3:24-cv-05182 | Missing Production | 8/23/2024 | Meet & confer occurred on 12/5/25. Uber offered Plaintiff a compromise but the parties did not reach an agreement. |
| 3157 | 3:25-cv-02653 | Missing Verification | 7/11/2025 | Meet & confer requested on 12/3, 12/4, 12/5, and 12/8; no response received from plaintiff's counsel. |
| 3290 | 3:25-cv-03421 | Missing Verification | 7/24/2025 | Meet & confer occurred on 12/5/25; Plaintiff's counsel announced that it had lost contact with Plaintiff and intended to withdraw. Motion to withdraw filed 12/17/25. |
| 3433 | 3:25-cv-04337 | Missing Verification, Missing Release | 7/28/2025 | Meet & confer occurred on 12/5/25; Plaintiff's counsel announced that it had lost contact with Plaintiff and intended to withdraw. Motion to withdraw filed 12/17/25. |
| 3435 | 3:25-cv-04355 | Missing Verification, Failure to Answer Question | 7/28/2025 | Meet & confer occurred on 12/5/25; Plaintiff's counsel announced that it had lost contact with Plaintiff and intended to withdraw. Motion to withdraw filed 12/17/25. |
| 3475 | 3:25-CV-04585 | Missing Verification | 7/25/2025 | Meet & confer occurred on 12/5/25; Plaintiff's counsel announced that it had lost contact with Plaintiff and intended to withdraw. As of the date of this filing, no motion to withdraw has yet been filed. |
| 3499 | 3:25-cv-04704 | Missing Verification | 7/18/2025 | Meet & confer occurred on 12/5/25; Plaintiff's counsel announced that it had lost contact with Plaintiff and intended to withdraw. Motion to withdraw filed 12/5/25. |