LAURA VARTAIN HORN (SBN: 258485)
Laura.vartain@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400

ALLISON M. BROWN (Pro Hac Vice admitted)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

JESSICA DAVIDSON (Pro Hac Vice admitted)
jessica.davidson@kirkland.com
601 Lexington Avenue New York, NY 10022
Telephone: (212) 446-4800

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, 3:23-CV-06708 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO PERMIT PROVISIONALLY FILING UNDER SEAL**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6-17th Floor |

WHEREAS, on December 18, 2025, the Court entered a Stipulation and Order to extend the deadline for Uber to file its response to Plaintiff's Administrative Motion to consider whether the exhibits to Plaintiff's Omnibus Motions in Limine should be sealed until January 6, 2026. ECF 4722.

WHEREAS, on December 30, 2025, Uber will file its opposition to Plaintiff's Omnibus Motions in Limine ("Uber MIL Opposition").

WHEREAS, the parties agree that Uber should be permitted to file the exhibits to Uber's

MIL Opposition provisionally under seal so that, for the convenience of both the parties and the Court, Uber can address the sealing of all of the motion in limine materials on January 6, 2026.

WHEREAS, the parties therefore agree that Uber's motion to seal the exhibits to Uber's MIL Opposition should be due on January 6, 2026.

WHEREAS, the Court has extended other deadlines in the case, but not this one.

WHEREAS, the requested extension will have no bearing of the rest of the case schedule.

THEREFORE, the parties respectfully request the Court enter the parties' stipulation permitting Uber to file the exhibits to Uber's MIL Opposition provisionally under seal and extending Uber's deadline to file its motion to seal those exhibits until January 6, 2026.

**IT IS SO STIPULATED.**

DATED:  December 19, 2025            Respectfully submitted,

By: /s/ *Laura Vartain Horn*

KIRKLAND & ELLIS LLP
Laura Vartain (SBN 258485)
laura.vartain@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Allison M. Brown (*Admitted Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

Jessica Davidson (*Admitted Pro Hac Vice*)
jessica.davidson@kirkland.com
601 Lexington Avenue New York, NY 10022
Telephone: (212) 446-4800

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Dated:  December 19, 2025            /s/ *Andrew R. Kaufman*

ANDREW R. KAUFMAN (*Admitted Pro Hac Vice*)

```
 1                                    SARAH R. LONDON (SBN 267083)
                                      GIRARD SHARP LLP
 2                                    601 California St., Suite 1400
                                      San Francisco, CA 94108
 3                                    Telephone: (415) 981-4800
                                      Email: slondon@girardsharp.com
 4                                            akaufman@girardsharp.com
 5
                                      RACHEL B. ABRAMS (Cal Bar No. 209316)
 6                                    ADAM B. WOLF (Cal Bar No. 215914)
                                      SARA B. CRAIG (Cal Bar No. 301290)
 7                                    PEIFFER WOLF CARR KANE CONWAY
                                       & WISE, LLP
 8                                    555 Montgomery Street, Suite 820
                                      San Francisco, CA 94111
 9                                    Telephone: 415.766.3544
                                      Facsimile: 415.840.9435
10                                    Email: rabrams@peifferwolf.com
                                              awolf@peifferwolf.com
11                                            scraig@peifferwolf.com

12                                    ROOPAL P. LUHANA (Admitted Pro Hac Vice)
                                      CHAFFIN LUHANA LLP
13                                    600 Third Avenue, Fl. 12
                                      New York, NY 10016
14                                    Telephone: (888) 480-1123
                                      Email: luhana@chaffinluhana.com
15

16
                                      Co-Lead Counsel for Plaintiffs
17

18

19

20

21

22

23

24

25

26

27

28
                                                      STIPULATION TO PERMIT PROVISIONAL FILING
                                - 3 -                                              UNDER SEAL
                                                             CASE NO. 3:23-MD-03084-CRB
```

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: December 19, 2025

*/s/ Laura Vartain Horn*
Laura Vartain Horn

**[PROPOSED] ORDER**

    **IT IS SO ORDERED.**

Dated:   December 19, 2025

_____
Honorable Charles R. Breyer
United States District Judge