Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br><br> This Document Relates to: <br><br> *Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708 D. Ariz. No. 25-cv-4276 | Case No. 3:23-MD-03084-CRB <br><br> **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO PRECLUDE UBER FROM "CHERRY-PICKING" CORPORATE TRIAL WITNESSES AND FROM CALLING AT TRIAL CERTAIN WITNESSES** <br><br> Judge: Hon. Charles R. Breyer <br> Courtroom: 6 – 17th Floor |

1     Having considered the full briefing on the Plaintiff's Motion to Preclude Uber from "Cherry-

2   Picking" Corporate Trial Witnesses and from Calling at Trial Certain Witnesses, the motion is

3   **DENIED**.

4

5         **IT IS SO ORDERED.**

6

7   DATED: <u>December 19, 2025</u>                    By: 

8                                                        CHA

                                                         Unite

9                                                        Judge Charles R. Breyer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28