IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S WITNESS AND EXHIBIT LISTS<br><br>Judge: Honorable Charles R. Breyer |

### [PROPOSED] ORDER

Before the Court is Defendants' Motion to Strike Plaintiff's Witness and Exhibit Lists. Having considered the parties' Motion and Opposition, the record in this action, and the applicable law, and for good cause shown, the Court hereby DENIES Defendants' Motion.

**IT IS SO ORDERED.**

Dated: December 19, 2025

[Signature stamp: IT IS SO ORDERED, Judge Charles R. Breyer, United States District Court, Northern District of California]

- 1 -

[PROPOSED] ORDER ON DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S WITNESS AND EXHIBIT LISTS
CASE NO. 3:23-MD-3084-CRB