UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LS 333 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05930-CRB<br><br>*Jane Doe LS 397 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05944-CRB | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLCS' SECOND MOTION TO COMPEL COMPLIANCE WITH COURT ORDERS (ECF 4569)**<br><br>Judge: Honorable Charles R. Breyer<br>Date: February 13, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

**[PROPOSED] ORDER**

Before the Court is Defendants Uber Technologies, Inc., Rasier, LLC, And Rasier-Ca, LLC's Second Motion to Compel Compliance with Court Orders (ECF 4569).

Having considered the parties' Motion and Opposition, the record in this action, and the applicable law, and for good cause shown, the Court hereby orders that Defendants' Second Motion to Compel is DENIED.

DATED: _____         _____
                               HONORABLE CHARLES R. BREYER
                               United States District Court Judge

2

Case No. 3:23-md-03084-CRB    [PROPOSED] ORDER DENYING DEFENDANTS SECOND MOTION TO COMPEL COMPLIANCE WITH COURT ORDERS (ECF 4569)