Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Christopher V. Cotton (Admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: *John Doe KGDB 018 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-04355 | **DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>Judge:    Honorable Charles R. Breyer |

# DECLARATION OF CHRISTOPHER V. COTTON

I, Christopher V. Cotton, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Kansas City, Missouri. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Defendants") opposition to Kherkher Garcia LLP's ("Kherkher Garcia") motion to withdraw as counsel for Plaintiff John Doe KGDB 018.

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Defendants in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the State of Iowa, the Bar of the State of Missouri, and the Bar of the State of Wisconsin. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. On behalf of Plaintiff John Doe KGDB 018, Kherkher Garcia submitted a Plaintiff Fact Sheet (PFS) on June 20, 2025, but failed to submit an accompanying verification to the PFS.

4. On July 28, 2025, counsel for Uber communicated to Kherkher Garcia via a PFS Deficiency Notice that Plaintiff John Doe KGDB 018's PFS was deficient for lack of verification.

5. On August 27, 2025, Kherkher Garcia served an Amended Plaintiff Fact Sheet on behalf of Plaintiff John Doe KGDB 018, again without a verification.

6. On December 3, 2025, counsel for Uber emailed Kherkher Garcia to provide notice pursuant to Amended PTO 10, Section 9(b), that Plaintiff John Doe KGDB 018's most PFS was materially deficient due to Plaintiff's failure to serve a verification, and to request a meet and confer by Friday, December 5, 2025.

7. On December 5, 2025 at approximately 1:30 PM Pacific, I met and conferred with counsel from Kherkher Garcia, who stated that the firm intended to withdraw as counsel for Plaintiff John Doe KGDB 018 in this case. I stated that Uber would oppose the motion to withdraw.

I declare under penalty of perjury under the laws of the State of Missouri that the foregoing is true and correct. Executed on December 19, 2025, in Kansas City, Missouri.

**SHOOK, HARDY & BACON L.L.P.**

 /s/ Christopher V. Cotton

CHRISTOPHER V. COTTON
(admitted *Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.

Kansas City, MO 64108
Telephone: (816) 474-6550

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC