Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Christopher V. Cotton (Admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING NOTICE OF VOLUNTARY DISMISSAL** |
| This Document Relates to:<br><br>*J.H. v. Uber Technologies., Inc., et al.*, No. 3:25-cv-05342-CRB | |

**[PROPOSED] ORDER**

Having considered Plaintiff J.H.'s Notice of Voluntary Dismissal (ECF 4666), the Court finds that, in light of the time and effort Defendants have already expended on defending Plaintiff's case, the time for dismissal by Notice has passed and the Notice will be construed as a Motion for Voluntary Dismissal under Federal Rule of Civil Procedure 41.

1. The Court hereby ORDERS that Plaintiff's Motion for Voluntary Dismissal is DENIED to the extent it seeks a dismissal without prejudice.

2. In light of Plaintiff's involvement in the submission of fraudulent receipts to this Court and the Court's prior rulings, Plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

3. Despite the dismissal with prejudice of Plaintiff J.H. claims, Plaintiff J.H. remains subject to this Court's November 19, 2025 Order that she sit for a deposition. If she fails to appear for such deposition, she will be found in contempt of Court. Further proceedings will be addressed separately in the event Plaintiff J.H. is in contempt of Court.

**IT IS SO ORDERED.**

Dated: _____, 202_

_____
HON. CHARLES R. BREYER
United States District Court Judge

[PROPOSED] ORDER RE NOTICE
OF VOLUNTARY DISMISSAL