# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | No. 3:23-md-03084-CRB<br><br>**DECLARATION OF ROBERT AVERY IN SUPPORT OF RETENTION of ARCHER SYSTEMS, LLC TO SERVE AS COMMON BENEFIT QUALIFIED SETTLEMENT FUND ADMINISTRATOR**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

I, Robert Avery, declare as follows:

1. I am over the age of eighteen (18) years and competent to make this Declaration.

2. I am the Chief Executive Officer of ARCHER Systems, LLC ("ARCHER"), which maintains offices at 1775 St. James Place Suite 200, Houston, TX 77056.

3. I am duly authorized to make this Declaration on behalf of ARCHER.

AVERY DECLARATION ISO MOTION TO ESTABLISH MDL 3084 UBER RIDESHARE COMMON BENEFIT QUALIFIED SETTLEMENT FUND AND APPOINT FUND ADMINISTRATOR

4. ARCHER is a Texas limited liability company, which is routinely appointed as the administrator of 26 C.F.R. § 1.468B-1 qualified settlement funds in state and federal courts throughout the United States.

5. In this capacity, ARCHER serves as a neutral, third-party which administers the qualified settlement fund independent of the parties to the underlying cause, claims, litigation, and the resolution of those compromised or negotiated claims.

6. ARCHER is wholly independent from Peiffer Wolf Carr Kane Conway & Wise; Girard Sharp; Chaffin Luhana; Walkup, Melodia, Kelly & Schoenberger; Estey & Bomberger; Levin Simes; Williams Hart & Boundas; and Cutter Law (the "Firms").

7. The Firms hold no financial interest in ARCHER, including but not limited to ownership of any kind, investment, profit-sharing interest, or any form of remuneration.

8. The Firms have engaged ARCHER in previous claims and/or settlement, healthcare lien resolution, and qualified settlement fund administration roles separate and apart from this specific matter.

9. At no time have the Firms had any financial arrangement or agreement with ARCHER under which the Firms have received or shared in any financial benefit as a result of retaining or hiring ARCHER to perform claims and/or settlement, healthcare lien resolution, and/or qualified settlement fund administration services.

10. Likewise, the Firms do not have any financial arrangement or agreement with ARCHER under which the Firms would receive or share in any financial benefit as a result of retaining or hiring ARCHER to perform this specific work.

11. I have no personal bias or prejudice concerning a party, nor do I have personal knowledge of disputed evidentiary facts concerning these Proceedings.

12. Similarly, ARCHER has no knowledge of disputed evidentiary facts concerning these Proceedings and holds no bias or prejudice concerning a party.

13. The Firms may engage ARCHER as a claims and/or settlement, healthcare lien resolution, and/or qualified settlement fund administration vendor to provide services in the ordinary course of business. Nothing in this declaration is intended to limit or prohibit such engagement.

14. I have no financial interest in the subject matter in controversy or in any party to these Proceedings, nor do I have any other interest that could be substantially affected by the outcome of these Proceedings.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 19, 2025

*/s/ Robert Avery*
Robert Avery
ARCHER SYSTEMS, LLC
1775 St. James Place, Suite 200
Houston, TX 77056