1  Laura Vartain Horn (SBN 258485)
   **KIRKLAND & ELLIS LLP**
2  555 California Street, Suite 2700
   San Francisco, CA 94104
3  Telephone: (415) 439-1625
   laura.vartain@kirkland.com
4
   Allison M. Brown (Admitted *Pro Hac Vice*)
5  **KIRKLAND & ELLIS LLP**
   2005 Market Street, Suite 1000
6  Philadelphia, PA 19103
   Telephone: (215) 268-5000
7  alli.brown@kirkland.com

8  Christopher V. Cotton (Admitted *Pro Hac Vice*)
   **SHOOK, HARDY & BACON L.L.P.**
9  2555 Grand Boulevard
   Kansas City, MO 64108
10 Telephone: (816) 474-6550
   ccotton@shb.com
11
   *Attorneys for Defendants*
12 UBER TECHNOLOGIES, INC., RASIER, LLC,
   And RASIER-CA, LLC
13

14                          **UNITED STATES DISTRICT COURT**

15                         **NORTHERN DISTRICT OF CALIFORNIA**

16                                **SAN FRANCISCO DIVISION**

17 | IN RE: UBER TECHNOLOGIES, INC., | Case No. 3:23-md-03084-CRB
   | PASSENGER SEXUAL ASSAULT       |
18 | LITIGATION                     | **DECLARATION OF CHRISTOPHER V.**
                                      **COTTON IN SUPPORT OF DEFENDANTS'**
19                                    **OPPOSITION TO MOTION TO**
     This Document Relates to:        **WITHDRAW AS COUNSEL OF RECORD**
20
     *John Doe 692195 v. Uber Technologies,*
21   *Inc., et al.*, Case No. 3:25-cv-03421    Judge:    Honorable Charles R. Breyer

22

23

24

25

26

27

28

**DECLARATION OF CHRISTOPHER V. COTTON**

I, Christopher V. Cotton, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Kansas City, Missouri. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Defendants") opposition to Kherkher Garcia LLP's ("Kherkher Garcia") motion to withdraw as counsel for Plaintiff John Doe 692195.

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Defendants in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the State of Iowa, the Bar of the State of Missouri, and the Bar of the State of Wisconsin. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. On behalf of Plaintiff John Doe 692195, Kherkher Garcia submitted a Plaintiff Fact Sheet (PFS) on May 17, 2025, but failed to submit an accompanying verification to the PFS.

4. On July 24, 2025, counsel for Uber communicated to Kherkher Garcia via a PFS Deficiency Notice that Plaintiff John Doe 692195's PFS was deficient for lack of verification.

5. On August 23, 2025, Kherkher Garcia served an Amended Plaintiff Fact Sheet on behalf of Plaintiff John Doe 692195, again without a verification.

6. On December 3, 2025, counsel for Uber emailed Kherkher Garcia to provide notice pursuant to Amended PTO 10, Section 9(b), that Plaintiff John Doe 692195's most recent PFS was materially deficient due to Plaintiff's failure to serve a verification, and to request a meet and confer by Friday, December 5, 2025.

7. On December 5, 2025 at approximately 1:30 PM Pacific, I met and conferred with counsel from Kherkher Garcia, who stated that counsel was trying to reach Plaintiff John Doe 692195 to confirm his intention to dismiss his case, and that the firm intended to withdraw as counsel for Plaintiff John Doe 692195 if counsel did not hear from him within one week. I stated that Uber would oppose the motion to withdraw.

I declare under penalty of perjury under the laws of the State of Missouri that the foregoing is true and correct. Executed on December 19, 2025, in Kansas City, Missouri.

**SHOOK, HARDY & BACON L.L.P.**

 /s/ Christopher V. Cotton

CHRISTOPHER V. COTTON
(admitted *Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.

Kansas City, MO 64108
Telephone: (816) 474-6550

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC