# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>**[PROPOSED] ORDER REGARDING KHERKHER GARCIA LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| This Document Relates to:<br><br>*John Doe 692195 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-03421 | Judge:   Honorable Charles R. Breyer |

## [PROPOSED] ORDER

Having considered Kherkher Garcia, LLP's ("Kherkher Garcia") Motion to Withdraw as Counsel of Record for Plaintiff John Doe 692195 (ECF 4697), the Court finds that, given that Uber has discovered evidence that Kherkher Garcia submitted a fraudulent Plaintiff Fact Sheet (PFS) in this case, granting withdrawal would cause prejudice to Plaintiff and Uber, likely delay the progress of this multi-district litigation, and potentially harm the administration of justice.

The Court therefore hereby ORDERS that Kherkher Garcia's Motion to Withdraw is DENIED.

**IT IS SO ORDERED.**

Dated: _____, 202_

_____
HON. CHARLES R. BREYER
United States District Court Judge