1  Laura Vartain Horn (SBN 258485)
   **KIRKLAND & ELLIS LLP**
2  555 California Street, Suite 2700
   San Francisco, CA 94104
3  Telephone: (415) 439-1625
   laura.vartain@kirkland.com
4
   Allison M. Brown (Admitted *Pro Hac Vice*)
5  **KIRKLAND & ELLIS LLP**
   2005 Market Street, Suite 1000
6  Philadelphia, PA 19103
   Telephone: (215) 268-5000
7  alli.brown@kirkland.com

8  Christopher V. Cotton (Admitted *Pro Hac Vice*)
   **SHOOK, HARDY & BACON L.L.P.**
9  2555 Grand Boulevard
   Kansas City, MO 64108
10 Telephone: (816) 474-6550
   ccotton@shb.com
11
   *Attorneys for Defendants*
12 UBER TECHNOLOGIES, INC., RASIER, LLC,
   And RASIER-CA, LLC
13

14                    **UNITED STATES DISTRICT COURT**

15                  **NORTHERN DISTRICT OF CALIFORNIA**

16                      **SAN FRANCISCO DIVISION**

17 IN RE: UBER TECHNOLOGIES, INC.,        Case No. 3:23-md-03084-CRB
   PASSENGER SEXUAL ASSAULT
18 LITIGATION                             **DECLARATION OF CHRISTOPHER V.**
                                          **COTTON IN SUPPORT OF DEFENDANTS'**
19 _____    **OPPOSITION TO MOTION TO**
                                          **WITHDRAW AS COUNSEL OF RECORD**
20  This Document Relates to:

21 *Jane Doe KGDB 016 v. Uber*            Judge:     Honorable Charles R. Breyer
   *Technologies, Inc., et al.*, Case No. 3:25-
   cv-04337
22

23

24

25

26

27

28

DECLARATION OF CHRISTOPHER V. COTTON ISO DEFENDANTS' OPPOSITION
TO MOTION TO WITHDRAW AS COUNSEL OF RECORD
                                                      Case No. 3:23-md-03084-CRB

1

**DECLARATION OF CHRISTOPHER V. COTTON**

2

I, Christopher V. Cotton, declare pursuant to 28 U.S.C. § 1746:

3        1.      I am over the age of 18 and am a resident of Kansas City, Missouri. I respectfully

4  submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-

5  CA, LLC's (collectively, "Defendants") opposition to Kherkher Garcia LLP's ("Kherkher Garcia")

6  motion to withdraw as counsel for Plaintiff Jane Doe KGDB 016.

7        2.      I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Defendants

8  in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare*

9  *Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the State

10 of Iowa, the Bar of the State of Missouri, and the Bar of the State of Wisconsin. I make this declaration

11 based upon matters within my own personal knowledge. If called as a witness, I could and would

12 competently testify to the matters set forth herein.

13       3.      On behalf of Plaintiff Jane Doe KGDB 016, Kherkher Garcia submitted a Plaintiff Fact

14 Sheet (PFS) on June 20, 2025, but failed to submit an accompanying verification to the PFS.

15       4.      On July 28, 2025, counsel for Uber communicated to Kherkher Garcia via a PFS

16 Deficiency Notice that Plaintiff Jane Doe KGDB 016's PFS was deficient for lack of verification.

17       5.      On August 27, 2025, Kherkher Garcia served an Amended Plaintiff Fact Sheet on

18 behalf of Plaintiff Jane Doe KGDB 016, again without a verification.

19       6.      On December 3, 2025, counsel for Uber emailed Kherkher Garcia to provide notice

20 pursuant to Amended PTO 10, Section 9(b), that Plaintiff Jane Doe KGDB 016's most recent PFS was

21 materially deficient due to Plaintiff's failure to serve a verification, and to request a meet and confer

22 by Friday, December 5, 2025.

23       7.      On December 5, 2025 at approximately 1:30 PM Pacific, I met and conferred with

24 counsel from Kherkher Garcia, who stated that the firm intended to withdraw as counsel for Plaintiff

25 Jane Doe KGDB 016 in this case. I stated that Uber would oppose the motion to withdraw.

26

27

28

DECLARATION OF CHRISTOPHER V. COTTON ISO DEFENDANTS' OPPOSITION
TO MOTION TO WITHDRAW AS COUNSEL OF RECORD

Case No. 3:23-md-03084-CRB

1    I declare under penalty of perjury under the laws of the State of Missouri that the foregoing is

2    true and correct. Executed on December 19, 2025, in Kansas City, Missouri.

3

4                                                    **SHOOK, HARDY & BACON L.L.P.**

5                                                     */s/ Christopher V. Cotton*

6                                                    CHRISTOPHER V. COTTON
                                                     (admitted *Pro Hac Vice*)
7                                                    ccotton@shb.com
                                                     **SHOOK, HARDY & BACON L.L.P.**
8                                                    2555 Grand Blvd.

9

10                                                   Kansas City, MO 64108
                                                     Telephone: (816) 474-6550
11

12                                                   *Attorney for Defendants*
                                                     UBER TECHNOLOGIES, INC., RASIER,
                                                     LLC, and RASIER-CA, LLC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

DECLARATION OF CHRISTOPHER V. COTTON ISO DEFENDANTS' OPPOSITION
TO MOTION TO WITHDRAW AS COUNSEL OF RECORD

Case No. 3:23-md-03084-CRB