John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>**ATTORNEY WALT CUBBERLY'S DECLARATION IN SUPPORT OF WILLIAM HART & BOUNDAS PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION REGARDING ALLEGEDLY FRAUDULENT PLAINTIFF FACT SHEETS** |
| This Document Relates to:<br><br>*WHB 1478 v. Uber Technologies, Inc., et al., No. 3:24-cv-04833*<br><br>*WHB 1123 v. Uber Technologies, Inc., et al., No. 3:24-cv-04850*<br><br>*WHB 1144 v. Uber Technologies, Inc., et al., No. 3:24-cv-04859* | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

*WHB 196 v. Uber Technologies, Inc., et al., No. 3:24-cv-04886*

*WHB 526 v. Uber Technologies, Inc., et al., No. 3:24-cv-04901*

*WHB 950 v. Uber Technologies, Inc., et al., No. 3:24-cv-04931*

*WHB 1936 v. Uber Technologies, Inc., et al., No. 3:24-cv-04950*

*WHB 1387 v. Uber Technologies, Inc., et al., No. 3:24-cv-04958*

*WHB 175 v. Uber Technologies, Inc., et al., No. 3:24-cv-04982*

*WHB 1916 v. Uber Technologies, Inc., et al., No. 3:24-cv-05003*

*WHB 1845 v. Uber Technologies, Inc., et al., No. 3:24-cv-05015*

*WHB 979 v. Uber Technologies, Inc., et al., No. 3:24-cv-05082*

*WHB 649 v. Uber Technologies, Inc., et al., No. 3:24-cv-05095*

*WHB 1425 v. Uber Technologies, Inc., et al., No. 3:24-cv-05129*

*WHB 427 v. Uber Technologies, Inc., et al., No. 3:24-cv-05132*

*WHB 1382 v. Uber Technologies, Inc., et al., No. 3:24-cv-05232*

*WHB 428 v. Uber Technologies, Inc., et al., No. 3:24-cv-05236*

*WHB 1962 v. Uber Technologies, Inc., et al., No. 3:24-cv-05240*

*WHB 1048 v. Uber Technologies, Inc., et al., No. 3:24-cv-05462*

*WHB 1443 v. Uber Technologies, Inc., et al., No. 3:24-cv-05472*

*WHB 1673 v. Uber Technologies, Inc., et al., No. 3:24-cv-05552*

*WHB 519 v. Uber Technologies, Inc., et al., No. 3:24-cv-05627*

*WHB 393 v. Uber Technologies, Inc., et al., No. 3:24-cv-05633*

*WHB 1416 v. Uber Technologies, Inc., et al., No. 3:24-cv-05667*

*WHB 2052 v. Uber Technologies, Inc., et al., No. 3:25-cv-01129*

*WHB 2045 v. Uber Technologies, Inc., et al., No. 3:25-cv-01211*

I, Walt Cubberly, declare as follows:

1. I am an attorney at Williams Hart & Boundas LLP admitted to practice before ethe courts of the State of California. I am one of the counsels of record for all filed WHB claimants. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently to the information below:

2. This declaration is made in support of Plaintiffs' Opposition to Defendants' Motion Regarding Allegedly Fraudulent Plaintiff Fact Sheets.

3. Attached as **Exhibit A** is a true and correct copy of Williams Hart & Boundas Plaintiffs' Memorandum of Law in Support of Opposition to Defendants' Motion to Dismiss Cases for Failure to Comply With PTO 10.

4. Attached hereto as **Exhibit B** is a true and correct copy of Williams Hart & Boundas Plaintiffs' Rule 26(g) Certification Pursuant to the Court's Order Dated November 19, 2025.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Notice of Voluntary Dismissal of Plaintiff WHB 1478, Id 1546.

6. Attached hereto as **Exhibit D** is a true and correct copy of the Notice of Voluntary Dismissal of Plaintiff WHB 1144, Id 1567.

7. Attached hereto as **Exhibit E** is a true and correct copy of the Notice of Voluntary Dismissal of Plaintiff WHB 196, Id 1573.

8. Attached hereto as **Exhibit F** is a true and correct copy of the Notice of Voluntary Dismissal of Plaintiff WHB 526, Id 1614.

9. Attached hereto as **Exhibit G** is a true and correct copy of the Notice of Voluntary Dismissal of Plaintiff WHB 1936, Id 1653.

10. Attached hereto as **Exhibit H** is a true and correct copy of the Notice of Voluntary Dismissal of Plaintiff WHB 1123, Id 1659.

11. Attached hereto as **Exhibit I** is a true and correct copy of the Notice of Voluntary Dismissal of Plaintiff WHB 950, Id 1681.

12. Attached hereto as **Exhibit J** is a true and correct copy of the Notice of Voluntary Dismissal of Plaintiff WHB 175, Id 1697.

13. Attached hereto as **Exhibit K** is a true and correct copy of the Notice of Voluntary Dismissal of Plaintiff WHB 1916, Id 1702.

14. Attached hereto as **Exhibit L** is a true and correct copy of the Notice of Voluntary Dismissal of Plaintiff WHB 649, Id 1712.

15. Attached hereto as **Exhibit M** is a true and correct copy of the Notice of Voluntary Dismissal of Plaintiff WHB 1845, Id 1725.

16. Attached hereto as **Exhibit N** is a true and correct copy of the Notice of Voluntary Dismissal of Plaintiff WHB 970, Id 1770.

17. Attached hereto as **Exhibit O** is a true and correct copy of the Notice of Voluntary Dismissal of Plaintiff WHB 427, Id 1866.

18. Attached hereto as **Exhibit P** is a true and correct copy of the Notice of Voluntary Dismissal of Plaintiff WHB 1425, Id 1868.

19. Attached hereto as **Exhibit Q** is a true and correct copy of the Notice of Voluntary Dismissal of Plaintiff WHB 1549, Id 1885.

20. Attached hereto as **Exhibit R** is a true and correct copy of the Notice of Voluntary Dismissal of Plaintiff WHB 1382, Id 1916.

21. Attached hereto as **Exhibit S** is a true and correct copy of the Notice of Voluntary Dismissal of Plaintiff WHB 1962, Id 1918.

22. Attached hereto as **Exhibit T** is a true and correct copy of the Notice of Voluntary Dismissal of Plaintiff WHB 1048, Id 1943.

23. Attached hereto as **Exhibit U** is a true and correct copy of the Notice of Voluntary Dismissal of Plaintiff WHB 1443, Id 1950.

24. Attached hereto as **Exhibit V** is a true and correct copy of the Notice of Voluntary Dismissal of Plaintiff WHB 1673, Id 1962.

25. Attached hereto as **Exhibit W** is a true and correct copy of the Notice of Voluntary Dismissal of Plaintiff WHB 1416, Id 2177.

26. Attached hereto as **Exhibit X** is a true and correct copy of the Notice of Voluntary Dismissal of Plaintiff WHB 519, Id 2147.

27. Attached hereto as **Exhibit Y** is a true and correct copy of the Notice of Voluntary Dismissal of Plaintiff WHB 393, Id 2150.

28. Attached hereto as **Exhibit Z** is a true and correct copy of the Notice of Voluntary Dismissal of Plaintiff WHB 2045, Id 2889.

29. Attached hereto as **Exhibit AA** is a true and correct copy of the Notice of Voluntary Dismissal of Plaintiff WHB 2052, Id 2898.

30. Attached hereto as **Exhibit BB** is a true and correct copy of Amended Pretrial Order 10.

31. Attached hereto as **Exhibit CC** is a true and correct copy of Order Resolving Dispute Regarding Obligations Under Pretrial Order No. 10.

32. Attached hereto as **Exhibit DD** is a true and correct redacted copy of the Amended Plaintiff Fact Sheet of Plaintiff WHB 1048.

33. Attached hereto as **Exhibit EE** is a true and correct copy of the Notice of Notice of Plaintiff Fact Sheet Deficiency for Plaintiff WHB 1478, Id 1546.

34. Attached hereto as **Exhibit FF** is a true and correct copy of the Notice of Plaintiff Fact Sheet Deficiency for Plaintiff WHB 1144, Id 1567.

35. Attached hereto as **Exhibit GG** is a true and correct copy of the Notice of Plaintiff Fact Sheet Deficiency for Plaintiff WHB 196, Id 1573.

36. Attached hereto as **Exhibit HH** is a true and correct copy of the Notice of Plaintiff Fact Sheet Deficiency for Plaintiff WHB 526, Id 1614.

37. Attached hereto as **Exhibit II** is a true and correct copy of the Notice of Plaintiff Fact Sheet Deficiency for Plaintiff WHB 1936, Id 1653.

38. Attached hereto as **Exhibit JJ** is a true and correct copy of the Notice of Plaintiff Fact Sheet Deficiency for Plaintiff WHB 1123, Id 1659.

39. Attached hereto as **Exhibit KK** is a true and correct copy of the Notice of Plaintiff Fact Sheet Deficiency for Plaintiff WHB 950, Id 1681.

40. Attached hereto as **Exhibit LL** is a true and correct copy of the Notice of Plaintiff Fact Sheet Deficiency for Plaintiff WHB 175, Id 1697.

41. Attached hereto as **Exhibit MM** is a true and correct copy of the Notice of Plaintiff Fact Sheet Deficiency for Plaintiff WHB 1916, Id 1702.

42. Attached hereto as **Exhibit NN** is a true and correct copy of the Notice of Plaintiff Fact Sheet Deficiency for Plaintiff WHB 649, Id 1712.

43. Attached hereto as **Exhibit OO** is a true and correct copy of the Notice of Plaintiff Fact Sheet Deficiency for Plaintiff WHB 970, Id 1770.

44. Attached hereto as **Exhibit PP** is a true and correct copy of Notice of Plaintiff Fact Sheet Deficiency for Plaintiff WHB 1845, Id 1725.

45. Attached hereto as **Exhibit QQ** is a true and correct copy of the Notice of Plaintiff Fact Sheet Deficiency for Plaintiff WHB 427, Id 1866.

46. Attached hereto as **Exhibit RR** is a true and correct copy of the Notice of Plaintiff Fact Sheet Deficiency for Plaintiff WHB 1425, Id 1868.

47. Attached hereto as **Exhibit SS** is a true and correct copy of the Notice of Plaintiff Fact Sheet Deficiency for Plaintiff WHB 1549, Id 1885.

48. Attached hereto as **Exhibit TT** is a true and correct copy of the Notice of Plaintiff Fact Sheet Deficiency for Plaintiff WHB 1382, Id 1916.

49. Attached hereto as **Exhibit UU** is a true and correct copy of the Notice of Plaintiff Fact Sheet Deficiency for Plaintiff WHB 1962, Id 1918.

50. Attached hereto as **Exhibit VV** is a true and correct copy of the Notice of Plaintiff Fact Sheet Deficiency for Plaintiff WHB 1048, Id 1943.

51. Attached hereto as **Exhibit WW** is a true and correct copy of the Notice of Plaintiff Fact Sheet Deficiency for Plaintiff WHB 1443, Id 1950.

52. Attached hereto as **Exhibit XX** is a true and correct copy of the Notice of Plaintiff Fact Sheet Deficiency for Plaintiff WHB 1673, Id 1962.

53. Attached hereto as **Exhibit YY** is a true and correct copy of the Notice of Plaintiff Fact Sheet Deficiency for Plaintiff WHB 1416, Id 2177.

54. Attached hereto as **Exhibit ZZ** is a true and correct copy of the Notice of Plaintiff Fact Sheet Deficiency for Plaintiff WHB 393, 2150.

55. Attached hereto as **Exhibit AAA** is a true and correct copy of the Notice of Plaintiff Fact Sheet Deficiency for Plaintiff WHB 2045, Id 2889.

56. Attached hereto as **Exhibit BBB** is a true and correct copy of the Notice of Plaintiff Fact Sheet Deficiency for Plaintiff WHB 2052, Id 2898.

57. Attached hereto as **Exhibit CCC** is a true and correct copy of Pretrial Order 10: Fact Sheet Implementation Order.

58. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 19, 2025 in Houston, Texas.

Dated: December 19, 2025

/s/ *Walt Cubberly*
Walt Cubberly

*Attorneys for Plaintiff*