# EXHIBIT Q

John Eddie Williams, Jr. (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
Joseph C. Melugin (SBN 279439)
**WILLIAMS HART & BOUNDAS, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com
Email: jmelugin@whlaw.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL NO. 3084 CRB**<br><br>**(Individual Case No. 3:24-cv-05275-CRB)** |
| This Document Relates to:<br><br>*WHB 1549 v. UBER TECHNOLOGIES, INC.,*<br>(Individual Case No. 3:24-cv-05275-CRB) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Judge: Honorable Charles R. Breyer |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Jane Doe WHB 1549, and her counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants.

| | | |
|---|---|---|
| 1 | Dated: December 3, 2025 | Respectfully Submitted, |
| 2 | | **WILLIAMS HART & BOUNDAS, LLP** |
| 3 | | By: /s/ Walt Cubberly |
| 4 | | John Eddie Williams, Esq. |
| | | Brian Abramson, Esq. |
| 5 | | Margret Lecocke, Esq. |
| 6 | | Walt Cubberly, Esq. |
| | | Batami Baskin, Esq. |
| 7 | | Myles Shaw, Esq. |
| | | Joseph C. Melugin, Esq. |
| 8 | | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2025, I electronically filed the above document with the Clerk of Court using the CM/ECF system which automatically sends notification of the filing to all counsel of record.

By: /s/ Walt Cubberly
Walt Cubberly

2

CASE NO. 3:23-MD-03084-CRB                    NOTICE OF VOLUNTARY DISMISSAL