# EXHIBIT SS



May 28, 2025

**VIA MDL CENTRALITY**

Williams Hart & Boundas, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017
babramson@whlaw.com

Brandon J. Hoerl

2555 Grand Blvd.
Kansas City, Missouri 64108
t 816.474.6550
dd 816.559.2009
f 816.421.5547
bhoerl@shb.com

**Re:   MDL 3084 - Notice of Plaintiff Fact Sheet Deficiencies
for WHB 1549,  No. 3:24-cv-05275,  MDLC ID 1885**

Counsel,

We write on behalf of our client, Uber Technologies Inc. ("Uber"), regarding [a] material deficiencies identified in the Plaintiff Fact Sheet ("PFS") submitted on behalf of your client, WHB 1549, pursuant to Pretrial Order No. 10 issued by Judge Breyer on March 19, 2024 ("PTO 10").

PTO 10 requires that all Plaintiff Fact Sheets submitted be "substantially complete." PTO 10 provides that in order to be "substantially complete," the PFS must include answers to "all applicable questions" and a "signed Declaration" verifying the PFS. Further, the PFS must be accompanied by all "duly executed record release Authorizations" and the production of the "requested documents."

We received a PFS submitted on behalf of your client that is deficient in the following respects:

| PFS Question # | Deficiency |
| --- | --- |
| III.9 | Please provide the date of the incident. |
| V.30.a | Please provide the full name and contact information for each individual or entity noted in Question 30(a). |

This letter constitutes notice of the deficiencies outlined above and Uber reserves the right to supplement this notice if any other deficiencies are identified for the plaintiff listed above. Pursuant to PTO 10, please provide Uber with [an amended PFS, a new verification, an amended Limited Authorization to Disclose Health Information (Ex. A ), an amended Authorization to Disclose Psychiatric, Psychotherapy, and Mental Health Information (Ex. B), an amended Authorization to Disclose Law Enforcement Records (Ex. C), and any missing

ATLANTA | BOSTON | CHICAGO | DENVER | HARTFORD | HOUSTON | KANSAS CITY | LOS ANGELES | MIAMI | NEW YORK |
ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | ST. LOUIS | TAMPA | WASHINGTON, D.C.

Shook, Hardy & Bacon International LLP is a limited liability partnership registered in England and Wales (registered number OC303304) and is authorised and regulated by the Solicitors Regulation Authority (SRA number 371191). A full list of members' names and their professional qualifications may be inspected at our registered office, Tower 42, 25 Old Broad Street, London EC2N 1HQ. Vat Number: GB802286744.

1" = "1"
"4920-0260-3589 v1" "" 4920-0260-3589 v1

*Confidential | Attorney Work Product | Attorney-Client Privilege*



May 28, 2025
Page 2

documents] on behalf of your client within 30 days. Although PTO 10 does not require the parties meet and confer about deficiencies in a PFS, Uber welcomes the opportunity to discuss the deficiencies outlined in this letter further if you believe it would be helpful. Please contact us via email about any such meet and confer. Regardless, the identified deficiencies must be remedied within 30 days of the date of this letter.

Uber reserves all rights with respect to all deficiencies in your client's PFS, including the right to move for dismissal with prejudice as to any plaintiffs who do not promptly provide sufficient disclosures in compliance with PTO 10.

Sincerely,

*Brandon Hoerl*

Brandon J. Hoerl
Staff Attorney
 bhoerl@shb.com

ATLANTA | BOSTON | CHICAGO | DENVER | HARTFORD | HOUSTON | KANSAS CITY | LOS ANGELES | MIAMI | NEW YORK |
ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | ST. LOUIS | TAMPA | WASHINGTON, D.C.

1" = "1"
"4920-0260-3589 v1" "" 4920-0260-3589 v1