Steve Schulte (TX SBN 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, TX 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712
schulte@ntrial.com
jraggio@ntrial.com
afurness@ntrial.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **[PROPOSED] ORDER DENYING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION REGARDING FRAUDULENT PLAINTIFF FACT SHEETS** |
| *Doe L.N v. Uber Technologies, Inc., et al.*, No. 3:24-cv-00120-CRB | |
| *Doe (T.W.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-00559-CRB | |
| *Doe (BW) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04308-CRB | |
| *Doe (ST) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04309-CRB | |
| *Doe (A.R.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04313-CRB | |
| *Doe (VB) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04317-CRB | |
| *DOE (KH) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04326-CRB | |

1  *Doe (S.F.) v. Uber Technologies, Inc., et al.*,
2  No. 3:24-cv-04327-CRB

3  *Doe (SG) v. Uber Technologies, Inc., et al.*,
   No. 3:24-cv-04353-CRB

4  *Doe (TW) v. Uber Technologies, Inc., et al.*,
5  No. 3:24-cv-04356-CRB

6  *Doe (SW) v. Uber Technologies, Inc., et al.*,
   No. 3:24-cv-04364-CRB
7

8  *Doe (JG) v. Uber Technologies, Inc., et al.*,
   No. 3:24-cv-04368-CRB

9  *Doe (P.C.) v. Uber Technologies, Inc., et al.*,
10 No. 3:24-cv-04374-CRB

11 *Doe (CA) v. Uber Technologies, Inc., et al.*,
   No. 3:24-cv-05072-CRB
12

13 *Doe (R.D.) v. Uber Technologies, Inc., et al.*,
   No. 3:24-cv-05074-CRB

14 *Doe (J.H.) v. Uber Technologies Inc., et al.*,
15 No. 3:24-cv-05079-CRB

16 *Doe (EB) v. Uber Technologies, Inc., et al.*,
   No. 3:24-cv-05110-CRB
17

18 *DOE (AE) v. Uber Technologies, Inc., et al.*,
   No. 3:24-cv-05121-CRB

19 *Doe (D.G.) v. Uber Technologies, Inc., et al.*,
20 No. 3:24-cv-05169-CRB

21 *Doe (K.H.) v. Uber Technologies, Inc., et al.*,
   No. 3:24-cv-05174-CRB
22

23 *Doe (SK) v. Uber Technologies, Inc., et al.*,
   No. 3:24-cv-05710-CRB

24 *Doe (AM) v. Uber Technologies, Inc., et al.*,
25 No. 3:24-cv-05765-CRB

26 *Doe (CS) v. Uber Technologies, Inc., et al.*,
   No. 3:24-cv-05964-CRB
27
   *Doe (GT) v. Uber Technologies, Inc., et al.*,
28 No. 3:24-cv-06051-CRB

*Doe (E.W.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06073-CRB

*Doe (J.D.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06074-CRB

*Doe NLG (JV) v. Uber Technologies Inc., et al.*, No. 3:24-cv-08622-CRB

*Doe NLG (KC) v. Uber Technologies Inc., et al.*, No. 3:25-cv-00072-CRB

*Doe NLG (TT) v. Uber Technologies Inc., et al.*, No. 3:25-cv-00075-CRB

*Doe NLG (PO) v. Uber Technologies Inc., et al.*, No. 3:25-cv-00358-CRB

*Doe NLG (LB) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00365-CRB

*Doe NLG (BH) v. Uber Technologies Inc., et al.*, No. 3:25-cv-00369-CRB

*Doe NLG (BE) v. Uber Technologies Inc., et al.*, No. 3:25-cv-00401-CRB

*Doe NLG (KK) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00673-CRB

*Doe NLG (JN) v. Uber Technologies Inc., et al.*, No. 3:25-cv-00715-CRB

*Doe NLG (KL) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01265-CRB

*Doe NLG (AH) v. Uber Technologies Inc., et al.*, No. 3:25-cv-01266-CRB

*Doe NLG (ZD) v. Uber Technologies Inc., et al.*, No. 3:25-cv-01729-CRB

*Doe NLG (WB) v. Uber Technologies Inc., et al.*, No. 3:25-cv-01799-CRB

*Doe NLG (JN) v. Uber Technologies Inc., et al.*, No. 3:25-cv-01818-CRB

*DOE NLG (AH) v. Uber Technologies Inc., et al.*, No. 3:25-cv-02797-CRB

3

*DOE NLG (KM) v. Uber Technologies Inc., et al.*, No. 3:25-cv-02706-CRB

*DOE NLG (AV) v. Uber Technologies Inc., et al.*, No. 3:25-cv-02855-CRB

*DOE NLG (KM) v. Uber Technologies Inc., et al.*, No. 3:25-cv-02856-CRB

*Doe NLG (BC) v. Uber Technologies Inc., et al.*, No. 3:25-cv-02899-CRB

*Doe NLG (RR) v. Uber Technologies Inc., et al.*, No. 3:25-cv-02788-CRB

*Doe NLG (KM) v. Uber Technologies Inc., et al.*, No. 3:25-cv-02956-CRB

*Doe NLG (MH) v. Uber Technologies, et al.*, No. 3:25-cv-05163-CRB

## **ORDER**

Having considered Defendants' Motion Regarding Fraudulent Plaintiff Fact Sheets ("Motion") (ECF No. 4580), Plaintiffs' Opposition, timely replies thereto, arguments of counsel (if any), the pleadings on file, the applicable law, and all other matters properly before the Court, the Court hereby FINDS that Uber's Motion is legally and factually unsupported and unjustified.

The Court therefore hereby ORDERS that Uber's Motion is DENIED.

**IT IS SO ORDERED.**

Dated: _____

HON. CHARLES R. BREYER
United States District Court Judge