Steve Schulte (TX SBN 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, TX 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712
schulte@ntrial.com
jraggio@ntrial.com
afurness@ntrial.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB <br><br> **DECLARATION OF STEVEN S. SCHULTE IN SUPPORT OF CERTAIN NACHAWATI PLAINTIFFS' RESPONSE TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION REGARDING "FRAUDULENT" PLAINTIFF FACT SHEETS** <br><br> Date: February 13, 2026 <br> Time: 10:00 a.m. <br> Courtroom: 6 – 17th Floor |
| This Document Relates to: <br><br> *Doe L.N v. Uber Technologies, Inc., et al.*, No. 3:24-cv-00120-CRB <br><br> *Doe (T.W.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-00559-CRB <br><br> *Doe (BW) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04308-CRB <br><br> *Doe (ST) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04309-CRB <br><br> *Doe (A.R.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04313-CRB <br><br> *Doe (VB) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04317-CRB <br><br> *DOE (KH) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04326-CRB | |

1  *Doe (S.F.) v. Uber Technologies, Inc., et al.*,
2  No. 3:24-cv-04327-CRB

3  *Doe (SG) v. Uber Technologies, Inc., et al.*,
   No. 3:24-cv-04353-CRB

4
   *Doe (TW) v. Uber Technologies, Inc., et al.*,
5  No. 3:24-cv-04356-CRB

6  *Doe (SW) v. Uber Technologies, Inc., et al.*,
   No. 3:24-cv-04364-CRB
7

8  *Doe (JG) v. Uber Technologies, Inc., et al.*,
   No. 3:24-cv-04368-CRB

9
   *Doe (P.C.) v. Uber Technologies, Inc., et al.*,
10 No. 3:24-cv-04374-CRB

11 *Doe (CA) v. Uber Technologies, Inc., et al.*,
   No. 3:24-cv-05072-CRB
12

   *Doe (R.D.) v. Uber Technologies, Inc., et al.*,
13 No. 3:24-cv-05074-CRB

14
   *Doe (J.H.) v. Uber Technologies Inc., et al.*,
15 No. 3:24-cv-05079-CRB

16 *Doe (EB) v. Uber Technologies, Inc., et al.*,
   No. 3:24-cv-05110-CRB
17
   *DOE (AE) v. Uber Technologies, Inc., et al.*,
18 No. 3:24-cv-05121-CRB

19
   *Doe (D.G.) v. Uber Technologies, Inc., et al.*,
20 No. 3:24-cv-05169-CRB

21 *Doe (K.H.) v. Uber Technologies, Inc., et al.*,
   No. 3:24-cv-05174-CRB
22
   *Doe (SK) v. Uber Technologies, Inc., et al.*,
23 No. 3:24-cv-05710-CRB

24
   *Doe (AM) v. Uber Technologies, Inc., et al.*,
25 No. 3:24-cv-05765-CRB

26 *Doe (CS) v. Uber Technologies, Inc., et al.*,
   No. 3:24-cv-05964-CRB
27

28

DECL. OF STEVEN S. SCHULTE IN SUPPORT OF CERTAIN NACHAWATI PLAINTIFFS' RESPONSE TO
DEFENDANTS' REGARDING FRAUDULENT PLAINTIFF FACT SHEETS      Case No. 3:23-md-03084-CRB

*Doe (GT) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06051-CRB

*Doe (E.W.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06073-CRB

*Doe (J.D.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06074-CRB

*Doe NLG (JV) v. Uber Technologies Inc., et al.*, No. 3:24-cv-08622-CRB

*Doe NLG (KC) v. Uber Technologies Inc., et al.*, No. 3:25-cv-00072-CRB

*Doe NLG (TT) v. Uber Technologies Inc., et al.*, No. 3:25-cv-00075-CRB

*Doe NLG (PO) v. Uber Technologies Inc., et al.*, No. 3:25-cv-00358-CRB

*Doe NLG (LB) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00365-CRB

*Doe NLG (BH) v. Uber Technologies Inc., et al.*, No. 3:25-cv-00369-CRB

*Doe NLG (BE) v. Uber Technologies Inc., et al.*, No. 3:25-cv-00401-CRB

*Doe NLG (KK) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00673-CRB

*Doe NLG (JN) v. Uber Technologies Inc., et al.*, No. 3:25-cv-00715-CRB

*Doe NLG (KL) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01265-CRB

*Doe NLG (AH) v. Uber Technologies Inc., et al.*, No. 3:25-cv-01266-CRB

*Doe NLG (ZD) v. Uber Technologies Inc., et al.*, No. 3:25-cv-01729-CRB

*Doe NLG (WB) v. Uber Technologies Inc., et al.*, No. 3:25-cv-01799-CRB

DECL. OF STEVEN S. SCHULTE IN SUPPORT OF CERTAIN NACHAWATI PLAINTIFFS' RESPONSE TO DEFENDANTS' REGARDING FRAUDULENT PLAINTIFF FACT SHEETS    Case No. 3:23-md-03084-CRB

1  *Doe NLG (JN) v. Uber Technologies Inc., et al.*, No. 3:25-cv-01818-CRB
2  
3  *DOE NLG (AH) v. Uber Technologies Inc., et al.*, No. 3:25-cv-02797-CRB
4  
5  *DOE NLG (KM) v. Uber Technologies Inc., et al.*, No. 3:25-cv-02706-CRB
6  
7  *DOE NLG (AV) v. Uber Technologies Inc., et al.*, No. 3:25-cv-02855-CRB
8  *DOE NLG (KM) v. Uber Technologies Inc., et al.*, No. 3:25-cv-02856-CRB
9  
10 *Doe NLG (BC) v. Uber Technologies Inc., et al.*, No. 3:25-cv-02899-CRB
11 *Doe NLG (RR) v. Uber Technologies Inc., et al.*, No. 3:25-cv-02788-CRB
12
13 *Doe NLG (KM) v. Uber Technologies Inc., et al.*, No. 3:25-cv-02956-CRB
14
15 *Doe NLG (MH) v. Uber Technologies, et al.*, No. 3:25-cv-05163-CRB

DECL. OF STEVEN S. SCHULTE IN SUPPORT OF CERTAIN NACHAWATI PLAINTIFFS' RESPONSE TO DEFENDANTS' REGARDING FRAUDULENT PLAINTIFF FACT SHEETS   Case No. 3:23-md-03084-CRB

# DECLARATION OF STEVEN S. SCHULTE

I, Steven S. Schulte, declare as follows:

1. I am an attorney who is admitted *pro hac vice* to practice before this Court. I am a partner at the law firm of Nachawati Law Group ("NLG"), representing several plaintiffs, including the above referenced plaintiffs, in MDL 3084. I am a member in good standing of the State Bar of Texas. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2. This declaration is made in support of Certain Nachawati Plaintiffs' Response to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion Regarding Fraudulent Plaintiff Fact Sheets (ECF No. 4580) ("Certain Nachawati Plaintiffs' Response").

3. NLG's records indicate that plaintiffs in cases identified in footnote 2 of Document 4522 have become unavailable or non-responsive.

4. The exhibits referred below are attached to Certain Nachawati Plaintiffs' Response. They are filed in connection with Certain Nachawati Plaintiffs' Administrative Motion to Seal.

5. Attached as **Exhibit 1** is a true and correct copy of Uber Ride Information Form (MDL ID 3201) 85040. This document is filed under seal.

6. Attached as **Exhibit 2** is a true and correct copy of Uber Ride Information Form (MDL ID 1496) 16464. This document is filed under seal.

7. Attached as **Exhibit 3** is a true and correct copy of Defendant Fact Sheet (MDL ID 3207) 92639. This document is filed under seal.

8. Attached as **Exhibit 4** is a true and correct copy of First Amended Defendant Fact Sheet (MDL ID 3207) 152658. This document is filed under seal.

9. Attached as **Exhibit 5** is a true and correct copy of Defendant Fact Sheet (MDL ID 1500) 18280. This document is filed under seal.

10. Attached as **Exhibit 6** is a true and correct copy of First Amended Defendant Fact Sheet (MDL ID 1500) 148100. This document is filed under seal.

11. Attached as **Exhibit 7** is a true and correct copy of Defendant Fact Sheet (MDL ID 2214) 27135. This document is filed under seal.

5

DECL. OF STEVEN S. SCHULTE IN SUPPORT OF CERTAIN NACHAWATI PLAINTIFFS' RESPONSE TO DEFENDANTS' REGARDING FRAUDULENT PLAINTIFF FACT SHEETS   Case No. 3:23-md-03084-CRB

12. Attached as **Exhibit 8** is a true and correct copy of First Amended Defendant Fact Sheet (MDL ID 2214) 33493. This document is filed under seal.

13. Attached as **Exhibit 9** is a true and correct copy of Defendant Fact Sheet (MDL ID 2231) 27153. This document is filed under seal.

14. Attached as **Exhibit 10** is a true and correct copy of First Amended Defendant Fact Sheet (MDL ID 2231) 37309. This document is filed under seal.

Executed on December 19, 2025 in Dallas, Texas.

**NACHAWATI LAW GROUP**

*/s/ Steven S. Schulte*
Steve Schulte (TX SBN 24051306)