# S. Schulte Decl. Exhibit 1 (FILED UNDER SEAL)