# S. Schulte Decl. Exhibit 2 (FILED UNDER SEAL)