# S. Schulte Decl.
# Exhibit 3
# (FILED
# UNDER SEAL)