# S. Schulte Decl. Exhibit 4 (FILED UNDER SEAL)