# S. Schulte Decl. Exhibit 5 (FILED UNDER SEAL)