# S. Schulte Decl. Exhibit 6 (FILED UNDER SEAL)