# S. Schulte Decl. Exhibit 7 (FILED UNDER SEAL)