# S. Schulte Decl. Exhibit 8 (FILED UNDER SEAL)