# S. Schulte Decl. Exhibit 9 (FILED UNDER SEAL)