# S. Schulte Decl. Exhibit 10 (FILED UNDER SEAL)