| | |
|---|---|
| 1 | Laura Vartain Horn (SBN 258485) |
| | **KIRKLAND & ELLIS LLP** |
| 2 | 555 California Street, Suite 2700 |
| | San Francisco, CA 94104 |
| 3 | Telephone: (415) 439-1625 |
| | laura.vartain@kirkland.com |
| 4 | |
| | Allison M. Brown (Admitted *Pro Hac Vice*) |
| 5 | **KIRKLAND & ELLIS LLP** |
| | 2005 Market Street, Suite 1000 |
| 6 | Philadelphia, PA 19103 |
| | Telephone: (215) 268-5000 |
| 7 | alli.brown@kirkland.com |
| 8 | Jessica Davidson (Admitted *Pro Hac Vice*) |
| | **KIRKLAND & ELLIS LLP** |
| 9 | 601 Lexington Avenue |
| | New York, NY 10022 |
| 10 | Telephone: (212) 446-4800 |
| | jessica.davidson@kirkland.com |
| 11 | |
| | Kim Bueno (Admitted *Pro Hac Vice*) |
| 12 | **KIRKLAND & ELLIS LLP** |
| | 401 W. 4th Street, Austin, TX  78701 |
| 13 | Telephone: (512) 355-4390 |
| | kim.bueno@kirkland.com |
| 14 | |
| | *Attorneys for Defendants* |
| 15 | UBER TECHNOLOGIES, INC., RASIER, LLC, |
| | And RASIER-CA, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO QUASH TRIAL SUBPOENA** |
| *Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Judge:  Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

WHEREAS, on December 16, Plaintiff served a trial subpoena for Uber witness Andrew Hasbun.

WHEREAS, on December 19, Defendants filed a motion to quash that subpoena.

WHEREAS, the parties have agreed that Plaintiff will respond to the motion to quash on December 24 and Defendants will file any reply, limited to 1.5 pages, on December 27, 2025.

The parties agree that the Court can decide the motion with or without holding a hearing.

IT IS SO STIPULATED.

DATED: December 19, 2025

/s/ Andrew Kaufman
Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

Roopal P. Luhana (Pro Hac Vice)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

Respectfully submitted,

/s/ Laura Vartain Horn
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

DATED: December 19, 2025

By: */s/ Laura Vartain Horn*
Laura Vartain Horn

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Case No. 3:23-MD-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO QUASH TRIAL SUBPOENA**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

Having considered the parties' Stipulation, the Court orders as follows: the parties shall file the opposition and reply, if any, on the dates set forth in the stipulation regarding Defendants' motion to quash the trial subpoena for Andrew Hasbun.

**IT IS SO ORDERED.**

DATED:_____     By:_____
                                                           CHARLES R. BREYER
                                                           United States District Judge