DENNIS C. REICH, ESQ. (SBN #69631)
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*A.E. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-07668-CRB; and | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**DECLARATION OF DENNIS REICH IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO COMPEL COMPLIANCE WITH COURT ORDER**<br>**(ECF 4575)** |

I, Dennis Reich, declare:

1. I am an attorney at Reich & Binstock, LLP, and counsel of record for Plaintiff, A.E. I make this declaration based upon my personal knowledge and could competently testify to the matters stated herein.

2. This declaration is made in support of Plaintiff, A.E.'s, Response in Opposition to Defendant Uber Technologies, Inc., Raiser, LLC, and Raisier-Ca, LLC's Motion to Compel Compliance with Court Order.

3. Reich & Binstock, LLP, met and conferred with counsel for Uber, and has attempted to the best of its ability to comply with the Court's prior Order.

4. Reich & Binstock, LLP, has repeatedly attempted to make contact with Plaintiff, A.E., has provided all required notices and Orders to Plaintiff, A.E., and has been unable to meaningfully communicate with Plaintiff, A.E.

5. The receipt at issue here does not bear the obvious hallmarks of makereceipt.com (such as an overt makereceipt.com watermark). Instead, Uber's complaint appears to focus upon formatting issues and time issues.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on December 19, 2025, in Houston, Texas

Dated: December 19, 2025                Respectfully submitted,

By: */s/ Dennis C. Reich*
DENNIS C. REICH (SBN #69631)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com

*Counsel for Plaintiff*