1   DENNIS C. REICH, ESQ. (SBN #69631)
    Reich and Binstock, LLP
2   4265 San Felipe, Suite 1000
    Houston, Texas 77027
3   Tel: 713.622.7271
    Fax: 713.623.8724
4   Email: dreich@reichandbinstock.com

5   *Counsel for Plaintiff*

6

7                    **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
8                      **SAN FRANCISCO DIVISION**

9   IN RE: UBER TECHNOLOGIES, INC.,          MDL No. 3084 CRB
    PASSENGER SEXUAL ASSAULT
10  LITIGATION                                Honorable Charles R. Breyer

11                                            **[PROPOSED] ORDER DENYING**
                                              **DEFENDANTS UBER TECHNOLOGIES,**
12  This Document Relates to:                 **INC., RASIER, LLC, AND RASIER-CA,**
                                              **LLC'S MOTION TO COMPEL**
13  *A.E. v. Uber Technologies, et al., Inc., et al.;*   **COMPLIANCE WITH COURT ORDER**
    *3:25-cv-07668-CRB; and*                  **(ECF 4575)**
14

15

16                         **[PROPOSED] ORDER**

17          Before the Court is Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-Ca,

18  LLC's Motion to Compel Compliance with Court Order (ECF 4575).

19          Having considered the parties' Motion and Opposition, the record in this action, and the

20  applicable law, and for good cause shown, the Court hereby Orders that Defendants' Motion to

21  Compel is DENIED.

22

23  DATED: _____          _____
                                             HONORABLE CHARLES R. BREYER
24                                           United States District Court Judge.

25

26

27

28

                                    1       DECL.[PROPOSED] ORDER DENYING
                                            DEFENDANTS' MOTION TO COMPEL
                                            COMPLIENACE WITH COURT ORDER
                                            (ECF 4575)