1
2
3
4
5
6

**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (888) 875-2889
sluther@wagstafflawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice*

7
8
9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

10

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT LITIGATION

No. 3:23-md-03084-CRB

11
12
13

*This document relates to:*

**NOTICE OF FILING OF NEW ACTION**

14

K.B.  v. UBER TECHNOLOGIES, INC., *et al.*; 3:25-CV-10778-CRB

15
16
17

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

18

with Jury Demand in the above-referenced action was filed on December 18, 2025.

19

Dated: December 20, 2025

20
21
22
23
24
25
26
27

Respectfully submitted,

*/s/ Sommer D. Luther*
Sommer D. Luther, CO 35053
**WAGSTAFF LAW FIRM**
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (888) 875-2889
sluther@wagstafflawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice*

28

1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2025, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.


*/s/ Sommer D. Luther*
Sommer D. Luther

CASE NO. 3:23-md-03084-CRB                                    NOTICE OF FILING OF NEW ACTION