Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX  78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S [PROPOSED] ORDER GRANTING MOTION TO QUASH TRIAL SUBPOENA**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge:        Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

1  Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's
2  Motion to Quash Trial Subpoena and all exhibits, all reply briefing, all pleadings and papers of record and
3  on file in this case, and good cause appearing, Defendants' Motion is GRANTED. Accordingly, the trial
4  subpoena directed to Andrew Hasbun is hereby QUASHED.

**IT IS SO ORDERED.**

DATED:_____        By:_____
                               CHARLES R BREYER
                               United States District Judge