Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO QUASH TRIAL SUBPOENA**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |

WHEREAS, on December 16, 2025, Plaintiff served a trial subpoena on non-party witness Andrew Hasbun;

WHEREAS, on December 19, 2025, Defendants filed a motion to quash the trial subpoena served on Andrew Hasbun;

WHEREAS, on December 19, 2025, the parties filed a stipulation concerning the briefing schedule for Defendants' motion to quash, which set Defendants' reply as December 27, 2025 (ECF No. 4757);

WHEREAS, the parties have since conferred and agreed to revise the briefing schedule; WHEREAS, the parties hereby stipulate and agree that the stipulation filed on December 19, 2024 (ECF No. 4757) is withdrawn in its entirety and superseded by this Stipulation;

WHEREAS, the parties agree that the Plaintiff shall file its opposition to Defendants' motion to quash on December 26, 2025, and that Defendants may file a reply, limited to 1.5 pages, on December 29, 2025; and

WHEREAS, the parties further agree that the Court may decide the motion to quash with or without oral argument.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the foregoing briefing schedule shall govern Defendants' motion to quash, and that the stipulation filed on December 19, 2025 (ECF No. 4757) is withdrawn and of no further force or effect

IT IS SO STIPULATED.

DATED: December 22, 2025

Respectfully submitted,

/s/ Andrew Kaufman
Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111

/s/ Laura Vartain Horn
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000

Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

Roopal P. Luhana (Pro Hac Vice)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

DATED: December 22, 2025

By: */s/ Laura Vartain Horn*
    Laura Vartain Horn

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Case No. 3:23-MD-03084-CRB<br><br>[~~PROPOSED~~] ORDER REGARDING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO QUASH TRIAL SUBPOENA<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

Pursuant to the foregoing stipulation, and for good cause shown, IT IS SO ORDERED that:

1. The stipulation filed on December 19, 2025 (ECF No. 4757) is WITHDRAWN and shall have no further force or effect;

2. Plaintiff shall file its opposition to Defendants' motion to quash on or before December 26, 2025;

3. Defendants may file a reply in support of their motion to quash, limited to 1.5 pages, on or before December 29, 2025; and

4. The Court may decide the motion to quash with or without oral argument.

**IT IS SO ORDERED.**

DATED: December 22, 2025          By: 
                                       CHARLES R. BREYER
                                       United States District Judge