IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ <br><br>This Order Relates To: <br><br>*WHB 428 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05236 <br><br>*WHB 1387 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-04958 <br><br>*WHB 1891 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-5037 <br><br>*WHB 2056 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-01246 | MDL No. 3084 <br><br>**ORDER GRANTING STIPULATION TO VACATE DISMISSAL WITHOUT PREJUDICE [ECF. 4442]** <br><br>Re: Dkt. No. 4725 |

In accordance with the parties' joint stipulation, see dkt. 4725, the Court orders as follows:

1. The Court's November 19, 2025 Order Regarding Defendants' Amended Motion to Dismiss Cases for Failure to Comply with PTO-10 should be VACATED with respect to WHB 428 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05236.

2. The Court's November 19, 2025 Order Regarding Defendants' Amended Motion to Dismiss Cases for Failure to Comply with PTO-10 should be VACATED with respect to WHB 1387 v. Uber Technologies, Inc., et al., Case

1     No. 3:24-cv-04958.

2  3. The Court's November 19, 2025 Order Regarding Defendants' Amended Motion to Dismiss Cases for Failure to Comply with PTO-10 should be VACATED with respect to <u>WHB 1891 v. Uber Technologies, Inc., et al.</u>, Case No. 3:24-cv-5037.

   4. The Court's November 19, 2025 Order Regarding Defendants' Amended Motion to Dismiss Cases for Failure to Comply with PTO-10 should be VACATED with respect to <u>WHB 2056 v. Uber Technologies, Inc., et al.</u>, Case No. 3:25-cv-01246.

**IT IS SO ORDERED.**

Dated: December 22, 2025



CHARLES R. BREYER
United States District Judge