**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (888) 875-2889
sluther@wagstafflawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| *This document relates to:* <br><br> M.P. v. UBER TECHNOLIGIES, INC., *et al.*; 3:25-CV-10747-CRB | **PROOF OF SERVICE OF COMPLAINT ET AL.** |

Pursuant to the Court's Pretrial Order No. 6, the undersigned certifies that service of the summons for this action was executed on Defendants Uber Technologies, Inc., Rasier, LLC and Rasier-CA, LLC via email on December 22, 2025, as evidenced by the Defendants' automatic reply attached hereto as "Exhibit A." Attached as Exhibit "B" is the corresponding Notice of Filing of New Action, which was filed in the Master Docket of the MDL 3084 on December 22, 2025.

Dated: December 22, 2025

Respectfully submitted,

                    */s/ Sommer D. Luther*
                    Sommer D. Luther, CO 35053
                    **WAGSTAFF LAW FIRM**
                    940 Lincoln Street
                    Denver, CO 80203
                    Tel: (720) 208-9417
                    Fax: (888) 875-2889
                    sluther@wagstafflawfirm.com
                    Attorney for Plaintiff
                    **Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, I electronically transmitted the foregoing PROOF OF SERVICE OF COMPLAINT ET AL. to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Sommer D. Luther*

Sommer D. Luther

# EXHIBIT A

# EXHIBIT B