UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>All Cases | No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING BRET STANLEY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF SUPPORTING MATERIALS IN RESPONSE TO MOTION FOR SANCTIONS**<br><br>Judge: Honorable Lisa J. Cisneros<br>Courtroom G – 15th Floor |

-1-

Having considered Plaintiff's Administrative Motion to File Under Seal Portions of Motion for Sanctions, dated December 22, 2025, ECF _____ ("Motion to Seal"), the Court hereby ORDERS that the following materials remain under seal as stated in Defendants' Motion to Seal:

| Document | Description | Plaintiff's Request |
|---|---|---|
| Bret Stanley's Response in Opposition to Sanctions | The Response contains the name of Uber's VFB Audit, UUID Number for Joshua Aldana and other items Uber has declared as Confidential, non-public information regarding safety and the VFB compliance audit used by Uber. | Seal in part yellow highlighted Sections reflecting information Uber has declared in its Motion for Sanctions as "Confidential" |
| Declaration of Bret Stanley in support of Response to Motion for Sanctions | Items Uber has declared as Confidential, non-public information regarding safety and compliance audit used by Uber. | Seal in part yellow highlighted Sections reflecting information Uber has declared in its Motion for Sanctions as "Confidential" |
| Exhibit 1 to Plaintiff's Response to Motion for Sanctions Against Bret Stanley – Fifth Request for Production from *Smith*. | Document contains the name of Uber's VFB Audit and UUID Number of Joshua Aldana – Items Uber has declared as Confidential in their Motion for Sanctions. | Seal in part the yellow highlights containing VFB Audit and UUID Number. |
| Exhibit 2 – Defendant Uber's Response to Plaintiff's Fifth Request for Production in *Smith*. | Document contains the name of Uber's VFB Audit and UUID Number of Joshua Aldana – Items Uber has declared as Confidential in their Motion for Sanctions. | Seal in part the yellow highlights containing VFB Audit and UUID Number. |
| Exhibit 3 – Portions of Hearing Transcript from November 5, 2025 in the *Smith* Matter | Transcript contains the Name VFB Audit | Seal in part the yellow highlights containing VFB Audit and UUID Number. |
| Exhibit 4 – Judge's Notes from Nov. 5, 2025 Hearing in *Smith* | Judge's Notes contain the VFB Name that Uber has designated as Confidential. | Seal in part the yellow highlights of the VFB Name. |
| Exhibit 5 – Email Exchange with Angela Angotti, Defense Counsel for Uber in | Email Correspondence contains the VFB Name, Joshua Aldana's UUID, and | Seal in part the Yellow Highlighted Portions claimed by Uber to be Confidential |

| | | |
|---|---|---|
| the *Smith* Matter | the bates-label for the document Uber claims breached the Protective Order. Uber claims these items are Confidential in their Motion for Sanctions. | |
| Exhibit 6 Email exchange between Bret Stanley and Uber's MDL Counsel | Email contains the VFB Name, references to the VFB Document at issue and its bates-label. These items have been claimed by Uber to be Confidential in Uber's Motion for Sanctions. | Seal in part the Yellow Highlighted Portions claimed by Uber to be Confidential |

**IT IS SO ORDERED**

Dated:_____    _____

Hon. Lisa J. Cisneros

United States Magistrate Judge