# EXHIBIT 3

```
                    REPORTER'S RECORD
                   VOLUME 1 OF 1 VOLUME(S)
              TRIAL COURT CAUSE NO. 2022-CI-11011

IVAN SMITH                          *      IN THE DISTRICT COURT
                                    *
VS.                                 *      131ST JUDICIAL DISTRICT
                                    *
CARLA REYES TREVINO, ET AL          *      BEXAR COUNTY, TEXAS

      *************************************************

         HEARING ON PLAINTIFF'S REQUESTS FOR PRODUCTION

      *************************************************

      On the 5th day of November, 2025, the following proceedings
came on to be heard in the above-entitled and numbered cause
before the Honorable Norma Gonzales, Judge Presiding, held in the
131st Judicial District Court, San Antonio, Bexar County, Texas:
      Proceedings reported by Machine Shorthand.




                       Debra A. Doolittle, CSR
                       Official Court Reporter
                            100 Dolorosa
                       Bexar County Courthouse
                      San Antonio, Texas  78205
```

|    |                              |                              |
|----|------------------------------|------------------------------|
| 1  | **A P P E A R A N C E S**                                   ||
| 2  | Mr. Brett Stanley            | Ms. Angela Angotti           |
| 3  | JOHNSON LAW GROUP            | BOWMAN AND BROOKE            |
| 4  | SBOT NO. 24075116            | SBOT NO. 24112893            |
| 5  | 2925 Richmond Ave Ste 1700   | 2901 Via Fortuna             |
| 6  | Houston, Texas  77098        | Austin, Texas  78746         |
| 7  | Phone: (713) 626-9336        | Phone: (512) 874-3836        |
| 8  | ATTORNEY FOR THE PLAINTIFF   | ATTORNEY FOR UBER TECHNOLOGIES |
| 9  |                              |                              |
| 10 | Mr. Joel Hernandez           | Mr. Larry Goldman            |
| 11 | ATTORNEY AT LAW              | GOLDMAN & PETERSON PLLC      |
| 12 | SBOT NO. 24106085            | SBOT NO. 08093450            |
| 13 | 4028 Delta Drive             | 10100 Reunion Pl Ste 800     |
| 14 | Royse City, Texas  75189     | San Antonio, Texas  78216    |
| 15 | Phone: (210)                 | Phone: (210) 340-9801        |
| 16 | Fax: (210)                   | Fax: (210)                   |
| 17 | ATTORNEY FOR JOSHUA ALDANA   | --and--                      |
| 18 |                              | Mr. Jorge Herrera            |
| 19 |                              | SBOT NO. 24044242            |
| 20 |                              | --and--                      |
| 21 |                              | Mr. Eric Ramos               |
| 22 |                              | SBOT NO. 24099306            |
| 23 |                              | ATTORNEYS FOR CARLA TREVINO  |
| 24 |                              | AND RUBEN MALDONADO          |
| 25 |                              |                              |

**CHRONOLOGICAL INDEX**

**VOLUME 1**

**HEARING ON PLAINTIFF'S REQUESTS FOR PRODUCTION**

NOVEMBER 5, 2025                              PAGE       VOL.

Caption ........................................  1 ....... 1

Appearances ....................................  2 ....... 1

Chronological Index ............................  3 ....... 1

Proceedings ....................................  4 ....... 1

Court Reporter's Certificate ................... 76 ....... 1

1  Mr. Stanley.  What I'm telling you is:  I understand what the
2  Court is saying, but we went through a very detailed meet and
3  confer where you indicated that many of these are not at issue.
4  Now you're telling the Court that you want affidavits for the
5  ones that you said were no longer at issue for this hearing.
6              THE COURT:  All right.  That sounds like trial --
7  Hold on.  Y'all confer on that on your time.  I need to finish
8  this up for today, and then y'all can confer some more.
9              All right.  So Number 6, 67.  Defense to provide an
10 affidavit within five business days, which is by the end of -- by
11 5:00 Wednesday of next week.
12             What's left?
13             MR. STANLEY:  Number 70, Judge.  We're asking that
14 Uber produce every time between February 10th, 2022 and April
15 6th, 2022, when Joshua's account was flagged for ▮▮▮▮▮▮▮▮.
16 ▮▮▮▮▮▮▮▮ is an indication on Uber's system accounts and
17 flags for Uber Eats deliveries who are only supposed to drive or
18 only supposed to ride a bike or on foot.  When their system
19 accounts or finds that the person is delivering by car, their
20 system flags it.
21             And so for the period from when he signed up, which
22 was February 10th, 2022, up until the date of the crash or the
23 day after the crash or the crash is included.  We're seeking
24 every time the system flagged his account for ▮▮▮▮▮▮▮▮.
25             MS. ANGOTTI:  Your Honor, we responded to this and

```
 1  said no responsive documents to produce.
 2              MR. STANLEY:  In the conferral, Counsel informed me
 3  that she looked for just the day.  And that's not -- that's not
 4  what I'm asking for.
 5              I believe that the system probably did flag him on
 6  that day if he was driving, especially sustained over ▇▇▇▇ an
 7  hour, but we're looking for every time the system flagged his car
 8  between February 10th, 2022 and April 6th, 2022  for ▇▇▇▇
 9  ▇.
10              MS. ANGOTTI:  And, Your Honor, we've responded.  If
11  there was no ▇▇▇▇▇▇ designation for Aldana, we said no
12  responsive documents to produce.  We didn't limit it in any way.
13              THE COURT:  All right.  So motion to compel is
14  granted for that time period.  And I understand there are none.
15  All right.  Is that it?
16              MR. STANLEY:  The last one we have or last three
17  are 76 through 78.
18              (Crosstalk).
19              THE COURT:  Wait, wait, wait.  You said there was
20  only two more.
21              MR. STANLEY:  Well, that's because we came to an
22  agreement.  I wanted to put it on the record.
23              General referral.  Ms. Angotti conferred with me
24  concerning RFP 76, 77 and 78.  We discussed these materials will
25  be produced and that they are being worked on now.
```

```
 1  STATE OF TEXAS   )
 2  COUNTY OF BEXAR  )
 3       I, Debra A. Doolittle, Official Court Reporter in and for
 4  the 131st Judicial District Court, Bexar County, State of Texas,
 5  do hereby certify that the above and foregoing contains a true
 6  and correct transcription of all portions of evidence and other
 7  proceedings requested in writing by counsel for the parties to be
 8  included in this volume of the Reporter's Record, in the
 9  above-styled and numbered cause, all of which occurred in open
10  court or in chambers and were reported by me.
11       I further certify that this Reporter's Record of the
12  proceedings truly and correctly reflects the exhibits, if any,
13  admitted by the respective parties.
14       I further certify that the total cost for the preparation
15  of this Reporter's Record is $_____ and was paid by
16  _____.
17       WITNESS MY OFFICIAL HAND this the 19th day of December,
18  2026.
19
                         /s/ DEBRA A. DOOLITTLE, TEXAS CSR 4952
20                       Expiration Date: 4/30/27
                         Official Court Reporter
21                       131st Judicial District Court
                         Bexar County Courthouse
22                       San Antonio, Texas  78205
23
24
25
```