# EXHIBIT 4

# JUDGE'S NOTES

Case No: 2022-CI-11011   Court: 57th

Style: Ivan Smith vs Uber Technologies Inc, et al

| Date of Notes: | NOTE DEBRA A DOOLITTLE, CSR 131ST DISTRICT COURT DDOOLITTLE131@GMAIL.COM | Judge's Initials: |
|---|---|---|
| 11-5-25 | MTC: | ng |
| | RFP #(6) △'s to provide Affidavits + In-camera docs no later than 11-12-25 @ 5:00PM | |
| | RFP #(12) granted (ordered to produce; if not in poss/cust/control, then affidavit supporting) | |
| | RFP #(16) Obj sustained #(44) | FILED 25 NOV -5 PM 3:43 DISTRICT CLERK BEXAR CO. TEXAS [Deputy signature] |
| | RFP # (19, 20, 36, 37, 38, 61, 63) Sustaining obj; w/o prejudice to reurge | |

PROPERTY OF BEXAR COUNTY DISTRICT CLERK'S OFFICE

ATTORNEYS: E. Ramos + J Herrera P
A. Angotti  △
B. Stanley  P
L. Goldman  CO △   J. Hernandez △

DOCUMENT SCANNED AS FILED

001

# JUDGE'S NOTES

Case No: 2022-CI-11011    Court: 57th

Style: Ivan Smith vs. Uber Techologies

| Date of Notes: | NOTE | Judge's Initials: |
|---|---|---|
| 11-5-25 | | ng |
| | RFP (23) onboarding material = granted | |
| | (24) background check Process = granted | |
| | (32) rating metrics (star ratings, etc) = granted | |
| | (49) Communication Logs = granted limited to day of incident | |
| | (51) TA+ Summaries - granted | |
| | (65) Telematic Triggers = granted 2 weeks prior to incident | |

*PROPERTY OF BEXAR COUNTY DISTRICT CLERK'S OFFICE*

ATTORNEYS: _____

# JUDGE'S NOTES

Case No: 2022-CI-11011   Court: 57th

Style: Ivan Smith vs Uber Technologies et al

| Date of Notes: | NOTE | Judge's Initials: |
|---|---|---|
| 11-5-25 | (67) Marketing messages △ affidavit = burdensome w/ I 5 Bus. days | ng |
| | (70) Flags: "█████" granted | |

PROPERTY OF BEXAR COUNTY DISTRICT CLERK'S OFFICE

ATTORNEYS: _____