| | |
|---|---|
| 1 | |
| 2 | ROOPAL P. LUHANA (*admitted Pro Hac Vice*)<br>**Chaffin Luhana LLP** |
| 3 | 600 Third Avenue<br>12th Floor |
| 4 | New York, NY 10016<br>Telephone: (888) 480-1123 |
| 5 | Facsimile: (888) 499-1123<br>Email: luhana@chaffinluhana.com |
| 6 | |
| 7 | *Counsel for Plaintiff* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | ) ) ) ) ) ) ) ) | No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:*<br><br>*S.B., an individual v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-09230-CRB* | ) ) ) ) ) ) ) ) ) | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on October 27, 2025.

///

///

///

Dated: December 23, 2025

Respectfully submitted,

By: */s/ Roopal P. Luhana*
ROOPAL P. LUHANA (*admitted PHV*)
**Chaffin Luhana LLP**
600 Third Avenue
12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
Email: luhana@chaffinluhana.com

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2025, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Roopal P. Luhana*
Roopal P. Luhana