1

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S REPLY IN SUPPORT OF ITS MOTIONS TO EXCLUDE EXPERT TESTIMONY** |
| This Document Relates to: | |
| *Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Judge: Hon. Charles R. Breyer Courtroom: 6 – 17th Floor |

DECLARATION OF LAURA VARTAIN HORN ISO DEFENDANTS' REPLY ISO MOTIONS TO
EXCLUDE EXPERT TESTIMONY
Case No. 3:23-md-03084-CRB (LJC)

I, Laura Vartain Horn, declare as follows:

1.      I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber") in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of an Order granting Defendants' Motion to Exclude the Expert Testimony of Dr. Minette Drumwright in *Social Media Cases*, JCCP5255.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Order Ruling On the Motions *In Limine* for October 2025 Trial in *In re Lyft Rideshare Cases*, No. CJC-20-005061 (Sept. 12, 2025).

4.      Attached hereto as **Exhibit 3** is a true and correct copy the transcript of the deposition of Dr. Lindsey Cameron, taken on November 12, 2025.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on December 23, 2025, in San Francisco, California.

*/s/ Laura Vartain Horn*
*Laura Vartain Horn*

1

DECLARATION OF LAURA VARTAIN HORN ISO DEFENDANTS' REPLY ISO MOTIONS TO EXCLUDE EXPERT TESTIMONY