# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB <br><br> Honorable Charles R. Breyer |
| This Document Relates to: <br><br> *Jaylynn Dean v. Uber Techs., Inc.*, <br> N.D. Cal. No. 23-cv-06708 <br> D. Ariz. No. 25-cv-4276 | **DECLARATION OF ANDREW R. KAUFMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO QUASH TRIAL SUBPOENA** |

I, Andrew R. Kaufman, declare:

1. I am an attorney in the law firm of Girard Sharp, LLP, and counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bars of Wisconsin and New York and am admitted to practice *pro hac vice* before this Court. I make this declaration based on my personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the April 10, 2025 deposition of Andrew Hasbun. This exhibit is filed under seal.

3. Attached hereto as **Exhibit B** is a true and correct copy of what appears to be Andrew Hasbun's publicly-available Facebook page, downloaded on December 23, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 26, 2025 in Milwaukee, Wisconsin.

          */s/ Andrew R. Kaufman*
            Andrew R. Kaufman