# EXHIBIT B



# Andrew Hasbun

555 friends

Add friend    Message

**Posts**  About  Friends  Photos  Check-ins  Sports  More

## Intro

Studied at **University of Southern California**

Went to **San Marino High School**

Lives in **Phoenix, Arizona**

From **San Marino**

## Posts

Filters



**Andrew Hasbun** donated.
October 14, 2019 · Facebook fundraisers ·

https://www.facebook.com/andrew.hasbun.2025/; Date accessed 12/23/2025