# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO QUASH TRIAL SUBPOENA** |

1  Having considered Uber's Motion to quash the trial subpoena directed to Andrew Hasbun, the
2  Court hereby **DENIES** the motion.

4  **IT IS SO ORDERED.**

6  Dated: _____

                                           Hon. Charles R. Breyer
                                           United States District Judge