[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
|---|---|

Under Civil Local Rules 7-11 and 79-5(f), Plaintiff moves the Court to consider whether material designated confidential by Uber should be sealed.

On December 26, 2025 Plaintiff filed Plaintiff's Opposition to Defendants' Motion to Quash the Trial Subpoena of Andrew Hasbun, which refers to and attaches documents Uber designated as "CONFIDENTIAL."

**Material To Be Filed Under Seal**

The material to be filed under seal is in a portion of Plaintiff's Opposition and an attached exhibit.

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiff's Opposition to Defendants' Motion to Quash Trial Subpoena | Portion of briefing referring testimony designated confidential | Uber |
| Exhibit A | Excerpts of the 4/10/2025 Deposition of Andrew Hasbun designated as confidential | Uber |

  Under Local Rule 79-5(f)(3), Uber bears the responsibility to establish that all of the designated material is sealable.

  This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

  1. The Declaration of Maya R. Kalonia in Support of this Motion; and

  2. A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: December 26, 2025        Respectfully submitted,

                By: */s/ Sarah R. London*
                Sarah R. London (SBN 267093)

                **GIRARD SHARP LLP**
                601 California St., Suite 1400
                San Francisco, CA 94108
                Telephone: (415) 981-4800
                slondon@girardsharp.com

                By: */s/ Rachel B. Abrams*
                Rachel B. Abrams (SBN 209316)

                **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
                555 Montgomery Street, Suite 820
                San Francisco, CA 94111
                Telephone: (415) 426-5641
                Facsimile: (415) 840-9435
                rabrams@peifferwolf.com

                By: */s/ Roopal P. Luhana*
                Roopal P. Luhana

                **CHAFFIN LUHANA LLP**
                600 Third Avenue, 12th Floor
                New York, NY 10016
                Telephone: (888) 480-1123
                Facsimile: (888) 499-1123
                luhana@chaffinluhana.com

                *Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: October 26, 2025         By:   */s/ Maya R. Kalonia*
                                       Maya R. Kalonia