IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF MAYA R. KALONIA IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
|---|---|

I, Maya R. Kalonia, declare:

1.  I am an attorney in the law firm of Girard Sharp, LLP, and counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

Because the materials at issue were designated by Uber as "CONFIDENTIAL," Plaintiff filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiff's Opposition to Defendants' Motion to Quash Trial Subpoena | Portion of briefing referring testimony designated confidential | Uber |
| Exhibit A | Excerpts of the 4/10/2025 Deposition of Andrew Hasbun designated as confidential | Uber |

- 1 -

M. KALONIA DECL ISO ADMIN MOT.
RE: ANOTHER PARTY'S MATERIAL
CASE NO. 23-MD-03084-CRB

2.     I declare under penalty of perjury that the foregoing is true and correct. Executed on December 26, 2025 in Bethesda, Maryland.

*/s/ Maya R. Kalonia*
Maya R. Kalonia

M. KALONIA DECL ISO ADMIN MOT.
RE: ANOTHER PARTY'S MATERIAL
CASE NO. 23-MD-03084-CRB