[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>**CERTIFICATE OF SERVICE** |

I certify that, on December 26, 2025 a true and correct copy of the UNSEALED/UNREDACTED version of the following documents:

- **UNREDACTED Plaintiff's Opposition to Defendants' Motion to Quash Trial Subpoena**
- **UNSEALED Ex. A to Kaufman Declaration ISO Plaintiff's Opposition to Defendants' Motion to Quash Trial Subpoena**

were served pursuant to Civil L.R. 5(a) to each person named below:

**Kirkland & Ellis LLP**
Alli Brown
alli.brown@kirkland.com
Chris Cox
christopher.cox@kirkland.com
Jessica Davidson
jessica.davidson@kirkland.com
Jennifer Levy
jlevy@kirkland.com
Rupal Joshi
rupal.joshi@kirkland.com
Laura Vartain
laura.vartain@kirkland.com
Kristen Fournier

- 1 -

CERTIFICATE OF SERVICE
CASE NO. 23-MD-03084-CRB

| | |
|---|---|
| 1 | kristen.fournier@kirkland.com |
| | Alexandra Caritis |
| 2 | alexandra.caritis@kirkland.com |
| | Libby Marden |
| 3 | libby.marden@kirkland.com |
| 4 | Geoffrey Wyatt |
| | geoffrey.wyatt@kirkland.com |
| 5 | Beth Larsen |
| | beth.larsen@kirkland.com |
| 6 | |
| 7 | **O'Melveny and Meyers LLP** |
| | Sabrina Strong |
| 8 | sstrong@omm.com |
| | Jonathan Schneller |
| 9 | jschneller@omm.com |
| | Joshua Revesz |
| 10 | jrevesz@omm.com |
| | Louis Fisher |
| 11 | lfisher@omm.com |
| 12 | |
| | **Shook, Hardy & Bacon LLP** |
| 13 | Michael B. Shortnacy |
| | mshortnacy@shb.com |
| 14 | Patrick L. Oot, Jr. |
| 15 | oot@shb.com |
| | Christopher V. Cotton |
| 16 | ccotton@shb.com |
| | Alycia A. Degen |
| 17 | adegen@shb.com |
| | Veronica Gromada |
| 18 | vgromada@shb.com |
| 19 | |
| 20 | Service Email |
| | UBERMDLSERVICE@LISTSERV.SHB.COM |
| 21 | |
| 22 | *Attorneys for Defendants* |
| | UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC |
| 23 | |
| 24 | ☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at |
| 25 | the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email |
| 26 | response upon sending such email indicating that such email was not delivered. |
| 27 | |
| 28 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed December 26, 2025.

By: */s Andrew R. Kaufman*
Andrew R. Kaufman