Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION REGARDING FRAUDULENT PLAINTIFF FACT SHEETS**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

I, Christopher V. Cotton, state as follows:

1. I am an attorney at Shook, Hardy & Bacon L.L.P., counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" or "Defendants"). I offer this Declaration in the above-captioned matter in support of Uber's Reply in Support of its Motion Regarding Fraudulent Plaintiff Fact Sheets.

2. Attached as **Exhibit 1** is a true and correct copy of the Defendant Fact Sheet for MDL ID 3207, served April 23, 2025.

3. Attached as **Exhibit 2** is a true and correct copy of the Defendant Fact Sheet for MDL ID 3207 DFS, served September 26, 2025.

4. Attached as **Exhibit 3** is a true and correct copy of the Amended Ride Information Form for MDL ID 3207, served July 23, 2025.

5. Attached as **Exhibit 4** is a true and correct copy of the Amended Plaintiff Fact Sheet for MDL ID 3207, served August 8, 2025.

6. Exhibits 3 and 4 provided information not previously provided in MDL ID 3207's initial Ride Information Form and Plaintiff Fact Sheet.

7. Attached as **Exhibit 5** is a true and correct copy of the PFS for MDL ID 2774 served January 30, 2025.

8. Attached as **Exhibit 6** is a true and correct copy of the Notice of Deficiencies for MDL ID 2774 dated July 7, 2025.

9. For MDL ID 3773, the Plaintiff at issue in ECF 4585, Kherkher Garcia LLP served a Ride Information Form on Uber on this Plaintiff's behalf on July 29, 2025.

10. For MDL ID 3773, the Plaintiff at issue in ECF 4585, Kherkher Garcia LLP served a Plaintiff Fact Sheet on Uber on this Plaintiff's behalf on August 17, 2025.

11. For MDL ID 3773, the Plaintiff at issue in ECF 4585, Kherkher Garcia LLP served an Amended Plaintiff Fact Sheet on Uber on this Plaintiff's behalf on October 4, 2025.

12. For MDL ID 3433, the Plaintiff at issue in ECF 4698, Kherkher Garcia LLP served a Plaintiff Fact Sheet on Uber on this Plaintiff's behalf on June 20, 2025.

13. For MDL ID 3433, the Plaintiff at issue in ECF 4698, Kherkher Garcia LLP served an Amended Plaintiff Fact Sheet on Uber on this Plaintiff's behalf on August 27, 2025.

14. Uber notified Kherkher Garcia that the Plaintiff Fact Sheet described in paragraph 12 was, among other things, not verified and therefore deficient on July 28, 2025.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  December 27, 2025              Respectfully submitted,

By: */s/ Christopher V. Cotton*
Christopher V. Cotton (admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: December 27, 2025                             */s/ Laura Vartain Horn*
                                                     Laura Vartain Horn

4

DECLARATION OF CHRISTOPHER V. COTTON ISO DEFENDANTS' REPLY IN SUPPORT OF MOTION REGARDING FRAUDULENT PLAINTIFF FACT SHEETS                    Case No. 3.23-md-03084-CRB (LJC)