# C. Cotton Decl. Exhibit 1
# [FILED UNDER SEAL]