# C. Cotton Decl. Exhibit 5 [FILED UNDER SEAL]