1  Laura Vartain Horn (SBN 258485)
   **KIRKLAND & ELLIS LLP**
2  555 California Street, Suite 2700
   San Francisco, CA 94104
3  Telephone: (415) 439-1625
   laura.vartain@kirkland.com
4
5  Jessica Davidson (Admitted *Pro Hac Vice*)
   Christopher D. Cox (Admitted *Pro Hac Vice*)
   **KIRKLAND & ELLIS LLP**
6  601 Lexington Avenue
   New York, NY 10022
7  Telephone: (212) 446-4800
   jessica.davidson@kirkland.com
8  christopher.cox@kirkland.com

9  Allison M. Brown (Admitted *Pro Hac Vice*)
   **KIRKLAND & ELLIS LLP**
10 2005 Market Street, Suite 1000
   Philadelphia, PA 19103
11 Telephone: (215) 268-5000
   alli.brown@kirkland.com
12
   *Attorneys for Defendants*
13 UBER TECHNOLOGIES, INC., RASIER, LLC,
   and RASIER-CA, LLC
14

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB  **CERTIFICATE OF SERVICE**  Date: February 13, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |
| This Document Relates to:  ALL CASES | |

I, the undersigned, hereby certify that on December 27, 2025, I electronically filed the foregoing documents with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

1. DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S REPLY IN SUPPORT OF MOTION REGARDING FRAUDULENT PLAINTIFF FACT SHEETS
2. DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION REGARDING FRAUDULENT PLAINTIFF FACT SHEETS
3. DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION AND INFORMATION DESIGNATED AS CONFIDENTIAL PURSUANT TO ECF 176 CONTAINED IN DEFENDANTS' REPLY IN SUPPORT OF UBER'S MOTION REGARDING FRAUDULENT PLAINTIFF FACT SHEETS
4. DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION AND INFORMATION DESIGNATED AS CONFIDENTIAL PURSUANT TO ECF 176 CONTAINED IN DEFENDANTS' REPLY IN SUPPORT OF UBER'S MOTION REGARDING FRAUDULENT PLAINTIFF FACT SHEETS
5. [PROPOSED] ORDER ON DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION AND INFORMATION DESIGNATED AS CONFIDENTIAL PURSUANT TO ECF 176 CONTAINED IN DEFENDANTS' REPLY IN SUPPORT OF UBER'S MOTION REGARDING FRAUDULENT PLAINTIFF FACT SHEETS

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct. Executed on December 27, 2025 in San Francisco, California.

*/s/ Laura Vartain Horn*
LAURA VARTAIN HORN

---

CERTIFICATE OF SERVICE
Case No. 3.23-md-03084-CRB (LJC)