Steve Schulte (TX Bar No. 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: schulte@ntrial.com
Email: jraggio@ntrial.com
Email: afurness@ntrial.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe NLG (M.M.) v. Uber Technologies, Inc., et al., No. 3:25-cv-02653-CRB* | Case No. 3:23-md-03084-CRB<br><br>**NACHAWATI LAW GROUP PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**<br><br>Judge: Honorable Charles R. Breyer<br>Date: January 16, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

### I. INTRODUCTION

On December 19, 2025, Defendants filed a Motion to Dismiss cases of certain Plaintiffs for failure to comply with Amended Pretrial Order 10 ("PTO 10"). (ECF 4737). Counsel acknowledges and understands that under PTO 10, the court created procedures and deadlines to produce verifications for Plaintiff Fact Sheets ("PFS"). (ECF 4287). Counsel has diligently attempted to comply with the production of the documents required for the discovery obligation

of the Plaintiff addressed in this motion. Counsel has utilized extensive efforts to reach clients, predating the filing of Defendant's motion. (Schulte Dec. at ¶ 4).

## II.  ARGUMENT

Counsel has worked diligently in reaching the above-referenced claimant. Through counsel's diligence, a Second Amended PFS and PFS verification for Jane Doe NLG (M.M.) (MDLC ID 3157) was produced via MDL Centrality on December 19, 2025. (Schulte Dec. at ¶ 5). Therefore, Jane Doe NLG (M.M.) should be excluded from Defendant's motion.

## III.  CONCLUSION

For the foregoing reasons, Counsel respectfully requests this Court deny Defendant's motion as to the above-referenced Plaintiff who has complied with the Court's order.

Dated: December 29, 2025            Respectfully submitted,

By: */s/ Steve Schulte*
Steve Schulte (TX Bar No. 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
Email: schulte@ntrial.com
Email: jraggio@ntrial.com
Email: afurness@ntrial.com

*Counsel for Plaintiff*