# EXHIBIT A

1   Steve Schulte (TX Bar No. 24051306)
    *Appearance Pro Hac Vice*
2   John Raggio (CA Bar No. 338261)
    Arati Furness (CA Bar No. 225435)
3   **NACHAWATI LAW GROUP**
    5489 Blair Road
4   Dallas, Texas 75231
    Telephone: (214) 890-0711
5   Fax Number: (214) 890-0712
    Email: schulte@ntrial.com
6   Email: jraggio@ntrial.com
    Email: afurness@ntrial.com
7

8   *Counsel for Plaintiff*

9                 **UNITED STATES DISTRICT COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

11                  **SAN FRANCISCO DIVISION**

12

13  IN RE: UBER TECHNOLOGIES, INC.,          Case No. 3:23-md-03084-CRB
    PASSENGER SEXUAL ASSAULT
14  LITIGATION                               **DECLARATION OF STEVEN S.
                                             SCHULTE IN SUPPORT OF**
15                                           **NACHAWATI LAW GROUP**
    _____      **PLAINTIFFS' OPPOSITION TO**
16                                           **DEFENDANTS UBER TECHNOLOGIES,**
    This Document Relates to:                **INC., RASIER, LLC, AND RASIER-CA,**
17                                           **LLC'S MOTION TO DISMISS CASES**
                                             **FOR FAILURE TO COMPLY WITH**
18  *Jane Doe NLG (M.M.) v. Uber Technologies,*  **AMENDED PTO 10**
    *Inc., et al., No. 3:25-cv-02653-CRB*
19

20                                           Judge: Honorable Charles R. Breyer
                                             Date: January 16, 2026
21                                           Time: 10:00 a.m.
                                             Courtroom: 6 – 17th Floor
22

23              **DECLARATION OF STEVEN S. SCHULTE**

24  I, Steven S. Schulte, declare as follows:

25     1.  I am an attorney who is admitted *pro hac vice* to practice before this Court. I am a

26        partner at the law firm Nachawati Law Group and counsel of record for the plaintiffs

27

28                                           1

represented by Nachawati Law Group whose claims are the subject of Defendants' Motion to Dismiss. ECF No. 4737.

2. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. This declaration is made in support of Nachawati Law Group Plaintiffs' Opposition to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss Cases for Failure to Comply with Amended Pretrial Order 10 ("PTO 10"). ECF No. 4737.

4. Counsel's firm has made extensive efforts to reach its client listed in Exhibit A, subject to Defendants' Motion to Dismiss. Those efforts include extensive phone calls, text messages, emails, physical mailings to last known address, and additional address searches in databases.

5. Through counsel's diligence, a Second Amended PFS and PFS verification for Jane Doe NLG (M.M.) (MDLC ID 3157) was produced via MDL Centrality on December 19, 2025. Therefore, counsel would respectfully request for Jane Doe NLG (M.M.)'s exclusion on any future entry of dismissal by the Court.

Executed on December 29, 2025, in Dallas, Texas.

**NACHAWATI LAW GROUP**

*/s/ Steven S. Schulte*
Steven S. Schulte (TX SBN 24051306)

CASE NO. 3:23-MD-03084-CRB    DECL. OF STEVEN S. SCHULTE ISO NACHAWATI LAW GROUP
PLAINTIFFS' OPP'N TO DEFENDANTS' MOT. TO DISMISS CASES FOR
FAILURE TO COMPLY WITH AMENDED PTO 10