Steve Schulte (TX SBN 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, TX 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712
schulte@ntrial.com
jraggio@ntrial.com
afurness@ntrial.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe NLG (M.M.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-02653-CRB | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |

## ORDER

Having considered Defendants Motion to Dismiss cases of certain Plaintiffs for failure to comply with Amended Pretrial Order 10 ("PTO 10"). (ECF 4737) hereto, arguments of counsel (if any), the pleadings on file, the applicable law, and all other matters properly before the Court, the Court hereby FINDS that a Second Amended Plaintiff Fact Sheet and PFS Verification for Jane Doe NLG (M.M.) were produced via MDL Centrality on December 19, 2025. With the issues raised by Defendant as now cured, Defendants' Motion is **DENIED AS MOOT** as to Jane Doe NLG (M.M.), ID 3157.

The Court therefore hereby ORDERS that Uber's Motion is DENIED as to Plaintiff Jane Doe NLG (M.M).

**IT IS SO ORDERED.**

Dated: _____

                          HON. CHARLES R. BREYER
                          United States District Court Judge