| | |
|---|---|
| 1 | Laura Vartain Horn (SBN 258485) |
| 2 | **KIRKLAND & ELLIS LLP**<br>555 California Street, Suite 2700 |
| 3 | San Francisco, CA 94104<br>Telephone: (415) 439-1625 |
| 4 | laura.vartain@kirkland.com |
| 5 | Allison M. Brown (Admitted *Pro Hac Vice*)<br>**KIRKLAND & ELLIS LLP** |
| 6 | 2005 Market Street, Suite 1000<br>Philadelphia, PA 19103 |
| 7 | Telephone: (215) 268-5000<br>alli.brown@kirkland.com |
| 8 | Jessica Davidson (Admitted *Pro Hac Vice*) |
| 9 | **KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue |
| 10 | New York, NY 10022<br>Telephone: (212) 446-4800 |
| 11 | jessica.davidson@kirkland.com |
| 12 | Kim Bueno (Admitted *Pro Hac Vice*)<br>**KIRKLAND & ELLIS LLP** |
| 13 | 401 W. 4th Street, Austin, TX 78701<br>Telephone: (512) 355-4390 |
| 14 | kim.bueno@kirkland.com |
| 15 | *Attorneys for Defendants*<br>UBER TECHNOLOGIES, INC., RASIER, LLC, |
| 16 | And RASIER-CA, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO PERMIT EVIDENCE UNDER FRE 412** |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>No. 23-cv-06708 | Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

WHEREAS, Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Defendants"), by and through their undersigned counsel, intend to move the Court to admit evidence of Plaintiff's prior sexual assaults and an abortion, pursuant to Federal Rule of Evidence 412 (the "Rule 412 Motion");

WHERAS, the parties have conferred and agreed to a briefing schedule of the Rule 412 Motion;

WHEREAS, the parties agree that the Defendants shall file their Rule 412 Motion to admit evidence on December 29, 2025;

WHEREAS, the parties agree that the Plaintiff shall file its opposition to Defendants' Rule 412 Motion to admit evidence on January 5, 2026 by 12:00PM PT;

WHEREAS, the parties agree that the Court should hear the motion in camera (as required by Rule 412(c)(2)) at the pretrial conference on January 6, 2026.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the foregoing briefing schedule shall govern Defendants' Rule 412 Motion.

IT IS SO STIPULATED.

DATED: December 29, 2025

/s/ Andrew Kaufman
Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

Roopal P. Luhana (Pro Hac Vice)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

Respectfully submitted,

/s/ Laura Vartain Horn
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

|   |   |
|---|---|
| *Co-Lead Counsel for Plaintiffs* | jessica.davidson@kirkland.com |
|   | Kim Bueno (Admitted *Pro Hac Vice*)<br>**KIRKLAND & ELLIS LLP**<br>401 W. 4th Street, Austin, TX  78701<br>Telephone: (512) 355-4390<br>kim.bueno@kirkland.com |
|   | *Attorneys for Defendants*<br>UBER TECHNOLOGIES, INC.,<br>RASIER, LLC, And RASIER-CA, LLC |

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

DATED: December 29, 2025

By: */s/ Laura Vartain Horn*
Laura Vartain Horn

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Case No. 3:23-MD-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO QUASH TRIAL SUBPOENA**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

Pursuant to the foregoing stipulation, and for good cause shown, IT IS SO ORDERED that:

1. Defendants shall file their Rule 412 Motion to admit evidence on December 29, 2025;

2. Plaintiff shall file its opposition to Defendants' Rule 412 Motion on or before January 5, 2026 at 12:00PM PT;

3. The Court will hear the issue during the pretrial conference.

**IT IS SO ORDERED.**

DATED:_____          By:_____
                                                              CHARLES R. BREYER
                                                              United States District Judge