Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415ll) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Christopher V. Cotton (Admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:        February 13, 2026<br>Time:       10:00 a.m.<br>Courtroom:  6 – 17th Floor |
| This Document Relates to:<br><br>*J.H. v. Uber Technologies., Inc., et al.*, No. 3:25-cv-05342-CRB<br><br>*R.L. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05515-CRB<br><br>*A.E. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07668-CRB | |

CERTIFICATE OF SERVICE

Case No. 3.23-md-03084-CRB (LJC)

I, the undersigned, hereby certify that on December 29, 2025, I electronically filed the foregoing documents with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

1. **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S REPLY IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH COURT ORDER**

2. **DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION AND INFORMATION DESIGNATED AS CONFIDENTIAL PURSUANT TO ECF 176 CONTAINED IN EXHIBITS TO DEFENDANTS' REPLY IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH COURT ORDER**

3. **DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION AND INFORMATION DESIGNATED AS CONFIDENTIAL PURSUANT TO ECF 176 CONTAINED IN EXHIBITS TO DEFENDANTS' REPLY IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH COURT ORDER**

4. **[PROPOSED] ORDER ON DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION AND INFORMATION DESIGNATED AS CONFIDENTIAL PURSUANT TO ECF 176 CONTAINED IN EXHIBITS TO DEFENDANTS' REPLY IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH COURT ORDER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 29, 2025 in Kansas City, Missouri.

*/s/ Christopher V. Cotton*
CHRISTOPHER V. COTTON