[*Submitting counsel below*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB (LJC) <br><br> **DECLARATION OF SARAH R. LONDON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR (1) POSTPONEMENT OF FIRST BELLWETHER TRIAL AND RELATED RELIEF, AND (2) THIRD-PARTY SUBPOENA REGARDING MISLEADING AD CAMPAIGN** |
| This Document Relates to: <br><br> *Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | Judge: Hon. Charles R. Breyer <br> Date: January 6, 2026 <br> Time: 10:00 a.m. <br> Ctrm.: 6 – 17th Floor |

I, Sarah R. London, declare:

1. I am an attorney in the law firm of Girard Sharp LLP, appointed Co-Lead and Liaison Counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion for (1) Postponement of First Bellwether Trial and Related Relief, and (2) Third-Party Subpoena Regarding Misleading Ad Campaign.

3. Attached as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the August 22, 2025 Case Management Conference.

4. Attached as **Exhibit 2** is a true and correct copy of the New York Times article available at: https://www.nytimes.com/2025/08/06/business/uber-sexual-assault.html.

5. Attached as **Exhibit 3** is a true and correct copy of excerpts from the transcript of day one of the first bellwether trial in *In re: Uber Rideshare Cases*, No. CJC-21-005188, Cal. Super. Ct., SF Cnty. (the "JCCP" action), dated September 8, 2025.

6. Attached as **Exhibit 4** is a true and correct copy of the webpage available at https://www.caoc.org/?pg=history.

7. Attached as **Exhibit 5** is a true and correct copy of Plaintiffs' Certifications in Response to the Court's Order for October 22, 2025.

8. Attached as **Exhibit 6** is a true and correct copy of excerpts from the transcript of day 16 of the JCCP trial, dated September 30, 2025.

9. Attached as **Exhibit 7** is a true and correct copy of excerpts from the transcript of the December 5, 2025 Case Management Conference.

10. Attached as **Exhibit 8** is a true and correct copy of excerpts from the transcript of the October 31, 2025 Case Management Conference.

11. I understand that Consumer Attorneys of California Initiative Defense Political Action Committee (CAIDPAC) launched an advertising campaign in response to a ballot

initiative Uber submitted to the California Secretary of State that would, among other things, limit the amount automobile accident victims can recover and cap their attorneys' fees.

12. My understanding is that the advertising campaign responding to Uber's ballot initiative was targeted exclusively to California residents and in California media markets.

13. The trial in Ms. Dean's case will proceed in Phoenix, Arizona, which is an area outside the reach of CAOC's California-focused advertising.

14. None of the bellwether Plaintiffs are affiliated with CAIDPAC or the Consumer Attorneys Political Action Committee Executive Board. No attorney on the Plaintiffs' leadership team of this MDL is on the leadership of CAIDPAC.

15. No one on Plaintiffs' MDL leadership team sits on the Consumer Attorneys Political Action Committee Executive Board, the body that approved, directed, and runs the Every 8 Minutes campaign.

16. The advertising campaign is unrelated to Ms. Dean's case, aside from its reference to statistics regarding the rate of sexual reports Uber receives. Those statistics were previously published in a New York Times article and made public during the first JCCP trial.

17. On July 23, 2025, just weeks before the JCCP bellwether trial was set to begin, Uber issued a press release followed by a large-scale marketing and public relations campaign to launch its "Women Preferences" option in San Francisco. *See* https://www.uber.com/newsroom/women-preferences/. On September 22, 2025, Uber announced it was expanding this offering to Phoenix. *See* https://www.tiktok.com/@uber/video/7552979676071775501.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 29, 2025         /s/ *Sarah R. London*
                                 Sara R. London