# EXHIBIT 1

```
                                                    Pages 1 - 21

              UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

Before the Honorable Charles R. Breyer, Judge

IN RE: UBER TECHNOLOGIES,    )
INC., PASSENGER SEXUAL ASSAULT )
LITIGATION                   )   No. 23-MD-03084 CRB
                             )
_____)

                             San Francisco, California
                             Friday, August 22, 2025

   TRANSCRIPT OF REMOTE ZOOM VIDEO CONFERENCE PROCEEDINGS
```

**APPEARANCES VIA ZOOM:**

For Plaintiffs:
        GIRARD SHARP, LLP
        601 California Street, Suite 1400
        San Francisco, California 94108-2819
  BY: **SARAH R. LONDON, ATTORNEY AT LAW**

        PEIFFER WOLF CARR KANE CONWAY & WISE LLP
        555 Montgomery Street, Suite 820
        San Francisco, California 94111
  BY: **RACHEL B. ABRAMS, ATTORNEY AT LAW**

        CHAFFIN LUHANA, LLP
        600 Third Avenue, 12th Floor
        New York, New York 10016
  BY: **ROOPAL LUHANA, ATTORNEY AT LAW**

        WALKUP, MELODIA, KELLY & SCHOENBERGER
        650 California Street, 26th Floor
        San Francisco, California 94108-2615
  BY: **KHALDOUN BAGHDADI, ATTORNEY AT LAW**

    (APPEARANCES CONTINUED ON FOLLOWING PAGE)

REPORTED BY:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
              CSR No. 7445, Official United States Reporter

```
 1   APPEARANCES VIA ZOOM:  (CONTINUED)

 2   For Defendant Uber Technologies and Rasier, LLC:
                              KIRKLAND & ELLIS LLP
 3                            555 California Street, 27th Floor
                              San Francisco, California 94104
 4                     BY:    LAURA E. VARTAIN, ATTORNEY AT LAW
```

```
 1   be available to try cases, and that's just the way it is and so
 2   forth.
 3        So there we are.  There we are.  Any questions or
 4   statements?
 5        MS. LONDON:  Your Honor, I have a question, perhaps a
 6   statement.
 7        We appreciate Your Honor's guidance on that.  It's very
 8   helpful.  We understand Your Honor's position on discovery as
 9   to the Wave 1 cases, and we will continue to complete
10   discovery.
11        One adjustment to that we would ask for is on experts and
12   as well as the pretrial motions, such as summary judgment and
13   all the like.  With all of that entire schedule, is it your
14   expectation, Your Honor, that those are all going to move at
15   the same time; that Your Honor would hear all the summary
16   judgments --
17        THE COURT:  Yes.
18        MS. LONDON:  -- all the *Daubert*s --
19        THE COURT:  Yeah.
20        MS. LONDON:  -- all the everything?
21        THE COURT:  Everything.
22        MS. LONDON:  Okay.
23        THE COURT:  Yeah.
24        MS. LONDON:  So then --
25        THE COURT:  You know what my intention is?  If it's
```

```
 1   not clear, I'll say it now nice and clear.  Write it down.
 2        My intention is to pick a jury the week of January 6 and
 3   to go to trial January 14th.  And so if anything has to be done
 4   in advance of those dates for the cases in Number 1, that's it.
 5           MS. LONDON:  Understood, Your Honor.  Then we will --
 6   we will make heaven and earth move to meet Your Honor's
 7   expectations.
 8        But we did just want to make the statement, Your Honor,
 9   that, you know, we are -- we also want these trials to be
10   meaningful; and spreading our -- all of our collective time and
11   resources thin, we are -- we have some concerns about all of
12   that, including, you know, there's a number of other motions
13   and issues that have been coming up not related to the
14   bellwether cases and the like.
15        So we'll try to focus our efforts and focus our energies,
16   Your Honor; but our -- if Your Honor is inclined to not have
17   the first case be a defense pick, then, you know, we perhaps
18   suggest focusing just on the plaintiff picks, then, as a way of
19   just focusing our effort and energy and our experts' time.
20           THE COURT:  Well, there is one -- there is one defense
21   pick -- now I have to find it.  Hold on.  Let's see where it
22   is -- which is the -- well, the WHB 832, is that a defense
23   pick?
24           MS. LONDON:  Yes, Your Honor.
25           MS. VARTAIN:  Yes.
```