# EXHIBIT 3

Page 1

```
 1          SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2              FOR THE COUNTY OF SAN FRANCISCO
 3                HONORABLE ETHAN P. SCHULMAN
 4                      DEPARTMENT 604
 5                        ---oOo---
 6
 7
 8   COORDINATION PROCEEDING      CASE No. CJC-21-005188
     SPECIAL TITLE [RULE 1550(b)]
 9
     In Re: Uber Rideshare Cases
10   _____/
11
12
13
14        REPORTER'S TRANSCRIPT OF PROCEEDINGS
15              VOLUME 1 PAGES 1 - 248
16             MONDAY, SEPTEMBER 8, 2025
17
18
19
20
21   OFFICIAL STENOGRAPHIC REPORTER PRO TEM:
22   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR
23   CA CSR LICENSE NO. 9830
24
25      Job No. CS7570149
```

Page 131

1   it's a linear type of reporting that I talked about a
2   second ago.
3       Q   When you say it misses the context of the
4   number of trips reported, why do you keep saying that?
5       A   Well, because the chart we provided, the
6   original chart with all the categories and time
7   frames, that does have that context.  It has the
8   number of trips.  It has the number of trips with an
9   incident.  So I'm providing the jury with a
10  comprehensive view of what was provided.
11      Q   Is it Uber's position that there's a certain
12  number of sexual assaults that occur per year that are
13  acceptable to Uber?
14      A   No.  That's not what I said.
15          MS. WEATHERFORD:  Okay.  Your Honor,
16  permission to move Exhibit 613 into evidence.
17          THE COURT:  Any objection?
18          MS. BROWN:  It will be the same, Your Honor.
19  Same objection.
20          THE COURT:  613 is admitted and may be
21  published.
22          (Exhibit 613 admitted into evidence.)
23          MS. WEATHERFORD:  Thank you, Your Honor.
24          And if we could focus on 2017 to 2022 for the
25  moment.

Page 132

1  Q  And so Mr. Gaddis, according to your
2  calculations, in the United States, there -- in 2017,
3  there was 196.5 reported incidents of Sexual Assault
4  and Sexual Misconduct on the Uber platform; correct?
5  A  If you were to take that yearly total and
6  divide it by the 365, that's correct.  It does not
7  have the context for the trips, like I mentioned.
8  Q  And that's -- that's one about every one
9  minute -- one about every seven minutes; correct?
10 A  That's correct.  I don't know the number of
11 trips every seven minutes.  But I believe daily around
12 that time, it might be around 3 million per day.
13 Q  I know -- and I know you want to talk about
14 the number of trips.  I appreciate that.
15     But let's look at 2019.  There were 279.2
16 reported incidents of sexual assault and sexual
17 misconduct on the Uber platform per day; correct?
18 A  That is the daily average, based on the way
19 that you guys calculated it.  Correct.
20 Q  And you confirmed the calculations; did you
21 not?
22 A  I did confirm it.
23 Q  Thank you for that.
24     That's one about every five minutes.
25     And if I could, I'd like you to do another