# EXHIBIT 4



# ABOUT CAOC



Consumer Attorneys of California is a professional organization that represents the interests of 39 million Californians. Our member-attorneys stand for plaintiffs seeking accountability from those who do wrong. Among the consumers we represent are:

- Those injured or killed by defective products or drugs.
- People who suffer discrimination because of age, gender, disability or race.
- Individuals injured or killed because of another's negligent acts.
- Citizens whose civil rights have been violated.
- Workers who have been fired unjustly or injured on the job.
- Investors and others wronged by financial institutions.
- Those whose lives are undercut when insurance companies act in bad faith.
- Patients who have negligently been harmed instead of healed by the health care industry.

Our attorneys and their clients face opponents with far more power and access to resources: Big polluters, insurance companies, automobile manufacturers and banks. CAOC members take only those cases they view as worthy, invest their own resources in pushing those cases to court and are paid under the contingency fee system only if their clients achieve a successful result.

What occurs in California's courts can be colored by laws and regulations that are debated in the state Capitol. CAOC maintains a vigilant presence in Sacramento with a team of legislative advocates who continually fight to ensure that our courts remain accessible to all and to level the playing field for underdog consumers facing wealthy and powerful foes.

https://www.caoc.org/?pg=history    Date accessed: 12/23/2025

CAOC Code of Professional Conduct