# EXHIBIT 6

Page 3235

1           SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                 FOR THE COUNTY OF SAN FRANCISCO

3                  HONORABLE ETHAN P. SCHULMAN

4                       DEPARTMENT 304

5                         ---oOo---

6

7

8   COORDINATION PROCEEDING        CASE No. CJC-21-005188
    SPECIAL TITLE [RULE 1550(b)]

9

    In Re: Uber Rideshare Cases

10  _____/

11

12

13

14          REPORTER'S TRANSCRIPT OF PROCEEDINGS

15             VOLUME 16 PAGES 3236 - 3280

16             TUESDAY, SEPTEMBER 30, 2025

17

18

19

20

21  OFFICIAL STENOGRAPHIC REPORTER PRO TEM:

22  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

23  CA CSR LICENSE NO. 9830

24

25    Job No. CS7570180

Page 3271

| | | |
|---|---|---|
| 1 | MS. BROWN:  Thank you, Your Honor. | 15:59 |
| 2 | (Recess taken.) | 16:00 |
| 3 | (The jury enters the courtroom.) | 16:22 |
| 4 | THE COURT:  All right.  We are present in the | 16:23 |
| 5 | courtroom with all counsel present, and the jury is | 16:23 |
| 6 | back with us. | 16:23 |
| 7 | Mr. Lau, I understand that you are the | 16:23 |
| 8 | foreperson -- | 16:23 |
| 9 | JUROR NO. 2:  Yes, sir. | 16:23 |
| 10 | THE COURT:  -- from the questions that you've | 16:23 |
| 11 | sent out. | 16:23 |
| 12 | Has the jury reached a verdict in this case, | 16:23 |
| 13 | sir? | 16:23 |
| 14 | JUROR NO. 2:  Yes, sir. | 16:23 |
| 15 | THE COURT:  All right.  Would you please hand | 16:23 |
| 16 | the form up through the bailiff to the clerk, or to | 16:23 |
| 17 | me, actually. | 16:23 |
| 18 | Thank you, sir. | 16:24 |
| 19 | I'm going to hand the verdict form to the | 16:24 |
| 20 | clerk to please read the jury's verdict. | 16:24 |
| 21 | | 16:24 |
| 22 | JURY VERDICT | 16:24 |
| 23 | THE CLERK:  Coordination Proceeding Special | 16:24 |
| 24 | Title Rule [1550(b)] In Re:  Uber Rideshare Cases. | 16:24 |
| 25 | Judicial Council Coordination Proceeding | 16:24 |

1    CJC-21-005188.                                          16:25

2         We answer the questions submitted to us as         16:25

3    follows:                                                16:25

4         Was Uber negligent?  Question No. 1.               16:25

5         Yes.                                               16:25

6         Question No. 2:  Was Uber's negligence a           16:25

7    substantial factor in causing harm to Jessica C?        16:25

8         Answer:  No.                                       16:25

9         THE COURT:  Would either party like to have        16:25

10    the jury polled?                                       16:25

11         MR. TAYLOR:  Yes, please.                         16:25

12         THE COURT:  All right.  Madam Clerk, would        16:25

13    you please poll the members of the jury.               16:25

14                                                           16:25

15                    POLLING OF THE JURY                    16:25

16         THE CLERK:  Ladies and gentlemen, I will          16:25

17    ask -- I will ask each of you to answer the way that   16:25

18    you wrote it.                                          16:25

19         Juror No. 1, was Uber negligent?                  16:25

20         The answer of the group was yes.  Your            16:25

21    answer, please.                                        16:25

22         JUROR NO. 1:  Yes.                                16:25

23         THE CLERK:  Juror No. 2.                          16:25

24         JUROR NO. 2:  Yes.                                16:26

25         THE CLERK:  Juror No. 3.                          16:26

Page 3273

| | | |
|---|---|---|
| 1 | JUROR NO. 3:  Yes. | 16:26 |
| 2 | THE CLERK:  Juror No. 4. | 16:26 |
| 3 | JUROR NO. 4:  Yes. | 16:26 |
| 4 | THE CLERK:  Juror No. 5. | 16:26 |
| 5 | JUROR NO. 5:  Yes. | 16:26 |
| 6 | THE CLERK:  Juror No. 6. | 16:26 |
| 7 | JUROR NO. 6:  Yes. | 16:26 |
| 8 | THE CLERK:  Juror No. 7. | 16:26 |
| 9 | JUROR NO. 7:  Yes. | 16:26 |
| 10 | THE CLERK:  Juror No. 8. | 16:26 |
| 11 | JUROR NO. 8:  Yes. | 16:26 |
| 12 | THE CLERK:  Juror No. 9. | 16:26 |
| 13 | JUROR NO. 9:  Yes. | 16:26 |
| 14 | THE CLERK:  Juror No. 10. | 16:26 |
| 15 | JUROR NO. 10:  Yes. | 16:26 |
| 16 | THE CLERK:  Juror No. 11. | 16:26 |
| 17 | JUROR NO. 11:  Yes. | 16:26 |
| 18 | THE CLERK:  And Juror No. 12. | 16:26 |
| 19 | JUROR NO. 12:  Yes. | 16:26 |
| 20 | THE CLERK:  For Question 2, Was Uber's | 16:26 |
| 21 | negligence a substantial factor in causing harm to | 16:26 |
| 22 | Jessica C?  The group answer was no. | 16:26 |
| 23 | Juror No. 1, was this your answer? | 16:26 |
| 24 | JUROR NO. 1:  No. | 16:26 |
| 25 | THE CLERK:  I'm sorry? | 16:26 |

Page 3274

| | | |
|---|---|---|
| 1 | JUROR NO. 1:  No. | 16:26 |
| 2 | THE CLERK:  What was your answer? | 16:26 |
| 3 | No. | 16:26 |
| 4 | Juror No. 2. | 16:26 |
| 5 | JUROR NO. 2:  No. | 16:26 |
| 6 | THE CLERK:  Juror No. 3. | 16:26 |
| 7 | JUROR NO. 3:  No. | 16:26 |
| 8 | THE CLERK:  Juror No. 4. | 16:26 |
| 9 | JUROR NO. 4:  No. | 16:26 |
| 10 | THE CLERK:  Juror No. 5. | 16:26 |
| 11 | JUROR NO. 5:  No. | 16:26 |
| 12 | THE CLERK:  Juror No. 6. | 16:26 |
| 13 | JUROR NO. 6:  No. | 16:26 |
| 14 | THE CLERK:  Juror No. 7. | 16:26 |
| 15 | JUROR NO. 7:  No. | 16:26 |
| 16 | THE CLERK:  Juror No. 8. | 16:26 |
| 17 | JUROR NO. 8:  Yes. | 16:26 |
| 18 | THE CLERK:  Juror No. 9. | 16:26 |
| 19 | JUROR NO. 9:  Yes. | 16:26 |
| 20 | THE CLERK:  Juror No. 10. | 16:26 |
| 21 | JUROR NO. 10:  No. | 16:27 |
| 22 | THE CLERK:  Juror No. 11. | 16:27 |
| 23 | JUROR NO. 11:  Yes. | 16:27 |
| 24 | THE CLERK:  And Juror No. 12. | 16:27 |
| 25 | JUROR NO. 12:  No. | 16:27 |

1      THE COURT:  All right.  I'm going to direct        16:27
2  the clerk to enter judgment in accordance with the     16:27
3  jury's verdict.                                         16:27
4      Do counsel waive any reading of the judgment        16:27
5  of that direction?                                      16:27
6      MR. TAYLOR:  No, Your Honor.                        16:27
7      THE COURT:  I'm sorry?                              16:27
8      MR. TAYLOR:  No, Your Honor.                        16:27
9      THE COURT:  Okay.                                   16:27
10     MR. TAYLOR:  No, I'm sorry.  Yes.                    16:27
11     THE COURT:  Yes.                                     16:27
12     MR. TAYLOR:  Plaintiffs waive reading.              16:27
13     THE COURT:  All right.                              16:27
14     MS. BROWN:  Yes, sir.                               16:27
15     THE COURT:  Ladies and gentlemen, what             16:27
16  remains for me to do here is to thank you.  This       16:27
17  completes your duties in this case.                    16:27
18     On behalf of the parties and their attorneys        16:27
19  and the Court, I want to thank you for your time and   16:27
20  your service.  It can be a very personal sacrifice to  16:27
21  serve as a juror, but by doing so you are fulfilling   16:27
22  an extremely important role in California's system of  16:28
23  justice.                                               16:28
24     Each of us has a right to a trial by jury,          16:28
25  but that right would mean little unless citizens such  16:28