# EXHIBIT 8

```
 1
 2                      UNITED STATES DISTRICT COURT
 3                     NORTHERN DISTRICT OF CALIFORNIA
 4                           SAN FRANCISCO DIVISION
 5
 6                                         )
                                           ) MD 23-03084 CRB
 7                                         )
     IN RE:  UBER TECHNOLOGIES,            ) SAN FRANCISCO, CALIFORNIA
 8   INC., PASSENGER SEXUAL ASSAULT        )
     LITIGATION                            ) OCTOBER 31, 2025
 9                                         )
                                           ) PAGES 1 - 19
10   _____   )
11
12
                       TRANSCRIPT OF ZOOM PROCEEDINGS
13                BEFORE THE HONORABLE CHARLES R. BREYER
                        UNITED STATES DISTRICT JUDGE
14
15
     A P P E A R A N C E S:
16
     FOR THE PLAINTIFFS:     CHAFFIN LUHANA LLP
17                           BY: ROOPAL LUHANA
                             600 THIRD AVENUE, 12TH FLOOR
18                           NEW YORK, NEW YORK 10016

19                           PEIFFER WOLF CARR KANE CONWAY
                             & WISE
20                           BY: RACHEL B. ABRAMS
                             555 MONTGOMERY STREET, SUITE 820
21                           SAN FRANCISCO, CALIFORNIA 94111

22              (APPEARANCES CONTINUED ON THE NEXT PAGE.)

23   OFFICIAL COURT REPORTER:
                             IRENE L. RODRIGUEZ, CSR, RMR, CRR
24                           CERTIFICATE NUMBER 8074

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                  TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1      A P P E A R A N C E S: (CONT'D)
 2
        FOR THE PLAINTIFFS:         GIRARD SHARP LLP
 3                                  BY: SARAH R. LONDON
                                    601 CALIFORNIA STREET, SUITE 1400
 4                                  SAN FRANCISCO, CALIFORNIA 94108
 5
                                    WALKUP, MELODIA, KELLY &
 6                                  SCHOENBERGER
                                    BY: KHALDOUN A. BAGHDADI
 7                                  650 CALIFORNIA STREET, 26TH FLOOR
                                    SAN FRANCISCO, CALIFORNIA 94018
 8
 9      FOR THE DEFENDANTS:         KIRKLAND & ELLIS
                                    BY: LAURA E. VARTAIN HORN
10                                  555 CALIFORNIA STREET, SUITE 2700
                                    SAN FRANCISCO, CALIFORNIA 94104
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
12:31PM   1    THERE'S BEEN A NATIONAL CAMPAIGN THAT WE THINK IS SIGNIFICANT
12:31PM   2    FOR THE JURY ISSUES, AND I WANT TO ALERT THE COURT TO IT.  BUT
12:31PM   3    I WANT YOU TO GO BACK TO YOUR JURY TRIAL AS WELL.
12:31PM   4               THE COURT:  WELL, YOU CAN WRITE ANYTHING TO ME.  BUT
12:31PM   5    NOW YOU HAVE MY CURIOSITY, WHAT IS IT?
12:31PM   6               MS. VARTAIN:  YEAH.  SO THERE'S THE CONSUMER
12:31PM   7    ATTORNEYS OF CALIFORNIA HAVE LAUNCHED A CAMPAIGN THAT THEY SAY
12:32PM   8    IS A SEVEN FIGURES CAMPAIGN AND IT'S FOCUSSED ON SORT OF BUSSES
12:32PM   9    AND KEY, LIKE, TELEVISION TIMES WHICH FOCUSES -- IT SAYS TWO
12:32PM  10    THINGS.  ONE, THAT UBER SILENCES A WOMAN EVERY EIGHT MINUTES,
12:32PM  11    AND THE OTHER ONE HAS TO DO WITH A SEXUAL ASSAULT IS REPORTED
12:32PM  12    TO UBER EVERY EIGHT MINUTES.
12:32PM  13         I THINK WE'RE CONCERNED, ESPECIALLY BECAUSE OF WHAT WE
12:32PM  14    CALL SAW IN THE JCCP ABOUT THE POSSIBILITY OF TAINTING THE JURY
12:32PM  15    POOL.  WE'LL DEAL WITH THAT.  IT'S SORT OF FRONT AND CENTER
12:32PM  16    BECAUSE THEIR ANNOUNCEMENT JUST CAME OUT THIS WEEK, AND WE'RE
12:32PM  17    SEEING THE INFORMATION PUMPED OUT, THE FALSE INFORMATION PUMPED
12:32PM  18    OUT.
12:32PM  19               THE COURT:  WELL, I SAW IT AS WELL, AND I MUST TELL
12:32PM  20    YOU I WAS CONCERNED ABOUT IT.  BUT THE FIRST CASE I THINK WILL
12:32PM  21    BE IN ARIZONA, RIGHT?  I DON'T -- I WOULD -- I HAVE NO IDEA WHO
12:32PM  22    CONTROLS WHAT AND ALSO I HAVE FOUND JUDGES, COURTS ARE
12:33PM  23    SIMILARLY UNSUCCESSFUL IN SAYING TOO MUCH ABOUT WHAT CAN BE
12:33PM  24    SHOWN AND WHAT CAN'T BE SHOWN CAMPAIGNS AND SO FORTH.  YOU GET
12:33PM  25    INTO FIRST AMENDMENT, AND YOU GET INTO ALL SORTS OF THINGS.
```