December 9, 2025
Initiative 25-0022A1

The Attorney General of California has prepared the following title and summary of the chief purpose and points of the proposed measure:

**LIMITS AUTOMOBILE ACCIDENT VICTIMS' RECOVERY OF MEDICAL EXPENSES AND FEES THEIR ATTORNEYS MAY RECEIVE. INITIATIVE CONSTITUTIONAL AMENDMENT.** Automobile accident victims often hire an attorney on a contingency basis, meaning the attorney receives an agreed-upon percentage of the victim's monetary recovery if the victim wins. This measure would:

- limit the fees such attorneys may receive so victims retain at least 75% of their monetary recovery, but does not restrict fee arrangements for defendants' attorneys;
- for certain medical expenses, increase victims' burden of proof and limit the amounts they may recover; and
- prohibit certain financial arrangements between attorneys and medical providers.

Summary of estimate by Legislative Analyst and Director of Finance of fiscal impact on state and local governments: **Likely net savings to the state trial courts ranging from the millions of dollars to the tens of millions of dollars annually. These effects would depend on the overall reduction in motor vehicle accident cases being filed as well as the degree to which remaining cases would take longer to resolve. Increased state Medi-Cal costs that could range from the millions to tens of millions of dollars annually due to various factors, including a reduction in compensation for some motor vehicle accidents used to offset Medi-Cal costs.** (25-0022A1.)