

About Us   Consumers at Risk   Exhibits   News   Share Your Story



# PACT Debuts New Six-Figure Ad Campaign in California Advocating for Lawsuit Abuse Reform

December 17, 2025

*California Cities, Families Particularly Hard-Hit by Lawsuit Abuse*

**Washington, D.C. –** <u>Protecting American Consumers Together</u> (PACT), a 501(c)(4) national advocacy and educational organization dedicated to standing up for plaintiffs, victims, and consumers to ensure they can access a fair and transparent legal process, today announced a new television ad campaign airing in California markets, "Ambulance Lawyer Con".

The campaign centers on how ambulance lawyers are taking advantage of Californians, forcing cuts to city services and raising costs for consumers across the Golden State. With a six-figure ad buy, the campaign will air across cable television and during NFL, NHL and NBA broadcasts, reaching millions of Californians.

The ad can be watched [here](#).

"In California, ambulance lawyers are causing chaos—from fleecing their clients to forcing cities to cut essential services because of frivolous lawsuit payouts," said Lauren Zelt, Executive Director of PACT. "Golden State families deserve relief from the yearly $5,400 hidden tax they pay due to lawsuits run amok. This campaign is designed to bring these facts front and center for every Californian."

PACT initially [launched](#) its California efforts in March 2025, shortly after the organization's national launch. The organization has led successful state-level campaigns across the country, including in Georgia, where PACT helped usher in lawsuit abuse reforms that Bloomberg later [noted](#) 'notched a win,' as well as a seven-figure initiative in [Texas](#) and a six-figure initiative in [New York](#). These efforts build on PACT's national consumer awareness campaigns that highlight the link between lawsuit abuse and higher costs for everyday Americans.

To learn more about PACT or to arrange an interview, please contact Executive Director Lauren Zelt: [laurenzelt@protectingamericanconsumers.org](mailto:laurenzelt@protectingamericanconsumers.org).

**Full Ad Transcript:**

*"Californians pay for ambulance lawyer schemes.*

*How?*

*While innocent victims are defrauded of their settlements … Communities lose hundreds of millions of dollars to frivolous lawsuits … and hardworking families face higher prices.*

*Lawsuit abuse makes greedy ambulance lawyers rich.*

*We need reforms that put an end to lawsuit abuse and lower costs for Californians.*

*But these ambulance attorneys are blocking reforms to protect their profits.*

*It's time to end lawsuit abuse and protect Californians from the consumer attorney con."*

###

« First In Playbook: Chasing Lawyers, Not…

PACT to Release Documentary Film in »

---

Follow Us:

