

About Us ⌄    Consumers at Risk    Exhibits ⌄    News ⌄    Share Your Story



## PACT to Release Documentary Film in 2026

December 18, 2025

*"Behind the Settlement: What Really Happens After You Hire a Billboard Lawyer" Trailer Released Today*

**Washington, D.C. –** Protecting American Consumers Together (PACT), a 501(c)(4) national advocacy and educational organization dedicated to standing up for plaintiffs, victims, and consumers to ensure they can access a fair and transparent legal process, today announced a new documentary film will be released in 2026. PACT today released a trailer

for the film, "Behind the Settlement: What Really Happens After You Hire a Billboard Lawyer."

Produced over the course of 2025, PACT's new documentary film chronicles the story of three individuals whose lives have been negatively affected by lawsuit abuse.

The trailer for "Behind the Settlement" can be viewed here.

"Viewers will be shocked to learn about Jeff, Debra and Dave's stories because they personify the ambulance lawyer mill that victims are often subjected to by their attorneys," said Lauren Zelt, Executive Director of PACT. "Unfortunately, their stories are not unique. Any American could personally become a victim of predatory personal injury tactics, and PACT is committed to ensuring that the justice system is safe and accessible for all."

"Behind the Settlement" is the latest PACT video production intended to educate consumers and advocate for transparency in the legal system. PACT's Explainer Video, which outlines the ambulance lawyer mill outlined above, has already received more than 5.5 million views online.

To be notified when "Behind the Settlement" is released, click here.

To learn more about PACT or to arrange an interview, please contact Executive Director Lauren Zelt: laurenzelt@protectingamericanconsumers.org.

###