

About Us    Consumers at Risk    Exhibits    News    Share Your Story



# PACT launches seven-figure ad campaign in Georgia to support legal reforms

February 20, 2025

Full Story on Insurance Rate Review.

Protecting American Consumers Together (PACT) has announced the launch of a seven-figure advertising campaign in Georgia aimed at supporting legal reforms to address lawsuit abuse. The initiative, funded by Uber, was detailed in a press release on January 29.

According to PACT, the organization is embarking on a nationwide campaign to tackle predatory legal practices, beginning with a significant ad purchase in Georgia. This effort supports legislative measures intended to curb lawsuit abuse. PACT has committed over $10 million towards television, digital, and print advertisements, alongside educational initiatives and policy advocacy focused on consumer protection and transparency within the legal system. The organization's

efforts will emphasize the consequences of exploitative personal injury practices while advocating for sensible legal reforms.

…

PACT is described as a national advocacy and educational organization under section 501(c)(4), focusing on consumer protection and transparency within the legal system. Its mission includes curbing predatory legal practices and reducing lawsuit abuse while lowering consumer costs through policy reforms and public awareness campaigns. According to their website, PACT's initiatives encompass TV, digital, and print ads along with educational campaigns aimed at fostering a fair and accountable legal system.

❮ Lawmakers See Tort Reform, Like Tax Relief,…

PACT Applauds the GA Senate for Passing ❯

Follow Us:

  



Privacy Policy · Terms of Service

© 2025 PACT

PAID FOR BY PROTECTING AMERICAN CONSUMERS TOGETHER