







# A PATTERN OF NEGLIGENCE

- Uber permitted a driver to continue picking up riders even after the company received a credible and corroborated report that the driver kidnapped and sexually assaulted a rider.

- Uber strictly prohibited employees from reporting driver assaults of riders to the police, even when the driver admitted to committing a rape.

- Uber kept secret its policy that prohibited employees from notifying the police about drivers sexually assaulting riders.

- Uber did not disclose its "no-police-report" policy to the rider who notified the company that a driver sexually assaulted her, and instead misled and detered that rider-victim from reporting the crime to the police.

- Uber has received numerous and regular reports that sexual predators pose as Uber drivers and rape Uber riders.

- When an imposter Uber driver sexually assaulted a rider, Uber contended the incident was "unrelated" to its rideshare platform; Uber did not track, let alone include such incidents in its U.S. Safety Report.

EVERY 8 MINUTES

Watch the Video



© Copyright 2025

Paid for by Consumer Attorneys of California Initiative Defense Political Action Committee