Uber                                                                      Log in    Sign up    ☰

# Driving women's safety forward



Safety features built into every ride

We're dedicated to building a platform where women feel safe. That's why we partner with and learn from women who use our app, women's safety experts, and advocates to build innovative safety features and policies that empower our community of users.



### Rider accounts

We have checks and safeguards in place that help promote confident pickups and build safe communities for drivers. For instance, before a rider uses Uber, they must provide a valid payment method and use their phone number or email address to register.



### Phone number anonymization

Privacy and contact information are protected when users reach out to one another while using the Uber app. Phone numbers are anonymized, and any other contact details will remain hidden.



### Follow My Ride/Share My Trip

Friends and family can follow trips in real time, so drivers, riders, and their loved ones can feel more confident from pickup to dropoff.



### RideCheck®

Using sensors and GPS data, this feature can help detect if a trip doesn't go as planned. We'll check in to make sure the driver and rider are safe and provide easy access to emergency assistance features for immediate help if needed.



### 24/7 support

We're committed to supporting riders and drivers with empathy and care in times of need. If an incident occurs, in-app support is available around the clock. Our specialized team of safety agents are trained to handle sensitive reports and can offer support resources.



### Emergency assistance

The in-app Emergency Button is available to connect riders and drivers to their local emergency number with the simple tap of a button. The app displays location and trip details, so drivers and riders can quickly share them with emergency services.

## Stay in control with Women Preferences

Women drivers and riders have told us they want even more choice and control over how they drive and ride. So we've designed features to let women have the option to be matched with other women on trips.

*These features are now available in select cities for riders and nationwide for drivers.*



**General**          For riders          For drivers

---

**How will it work?** ⌃

We're adding new options to the app to help women riders and drivers match with each other.
- Riders can choose **Women Drivers** when requesting or reserving a trip or set a preference to increase their chances of getting matched with a woman driver when requesting an UberX or Uber Green trip.
- Drivers can toggle on Women Rider Preference in their app settings and increase their chances of matching with women riders. They can toggle this option on or off whenever they want.

---

**Who can use these new options?** ⌃

These new preferences were designed for women riders and drivers. For riders, we'll use technology to try to determine their gender based on their first name. For drivers, we'll use the gender information on their government-issued identification.

If a rider's or driver's gender in the Uber app is incorrect, they can update it:
- Riders can update it by going to **Account**, then **Settings**, then selecting their name at the top and updating the **Personal info** section.
- In most states, drivers can update their gender in the settings of Uber's Driver app by going to **Menu › Settings › Manage Uber account › Personal Info › Gender.**

---

**Does this guarantee that women riders and drivers will be matched with another woman?** ⌃

While we'll do our best to match riders and drivers based on their preference when these options are selected, we can't guarantee a match every time. Because there are fewer women drivers on the platform than men drivers, availability may be limited and can vary by time and location.

---

**Where are these features available?**    ⌃

Women Rider Preference for drivers is already live in 40 countries, and we're testing the suite of rider-focused Women Preferences in a handful of countries around the world.

In the US, we've launched Women Preferences for drivers nationwide and we're currently piloting the feature for riders in select areas:

**Riders**

- Baltimore
- Charlotte
- Chicago
- Cleveland
- Columbus
- Connecticut
- Dallas
- Denver
- Detroit
- Hampton Roads
- Honolulu
- Houston
- Jacksonville
- Las Vegas
- Los Angeles
- Milwaukee
- Nashville
- New Orleans
- Orlando
- Phoenix
- Pittsburgh
- Raleigh-Durham
- Rhode Island
- Sacramento
- Salt Lake City
- San Antonio
- San Diego
- San Francisco
- St Louis
- Tampa Bay
- Upstate NY area

**Drivers**

- All US cities

**Can riders and drivers change their preference at any time?**    ⌃

Yes, riders and drivers can turn their preference on or off at any time, as many times as they'd like. If they're not getting trip options that meet their needs, they can update their preference at any point to explore different options.

**What does this mean for men riders and drivers?**    ⌃

Their Uber experience won't change; men riders will still be able to request trips and be matched with both men and women, and men drivers will continue to be able to accept any trip they'd like that they get offered.

**Can transgender and non-binary riders and drivers use Women Preferences?**    ⌃

Women's Safety | Uber

This feature is available only to riders and drivers whose gender is set to Woman in the Uber app or the Driver app.

---

> **"I love driving with Uber because I have access to 24/7 live support, which is great because I like to drive at night. As a female driver, Uber has my back."**
>
> **Carolyn**, Georgia, US, 7 years driving with Uber

## Hear firsthand from women who drive with Uber

Tune in as Alexis and Charlana share their first trip experience driving with Uber and which features help them feel safe on the road.



Play Video

Taking your first trip with Uber | Uber



## Guidelines on respectful conduct

Our Community Guidelines prohibit sexual assault and sexual misconduct of any kind while using Uber. Personal space and privacy should be respected, period. If something happens, you can report it to Uber in the app during or after your trip. We'll take appropriate action to help keep our platform safe.

Read the guidelines



**Tips that promote safety and help prevent sexual assault**

An individual's safety is a shared responsibility. Because of that, we partner with organizations like NO MORE on sexual assault prevention tips and raising awareness of the important role all of us play in looking out for one another's safety.

Get additional tips

## Partnering on Safety

Thanks to the feedback from women drivers, experts, and advocates,Uber develops educational content and partnerships with community groups on safety.



### Education

We have learned from our partners that education can help get to the root of tough safety issues in a way that emergency interventions cannot. That's why we've made it easy to access educational materials and safety tips through the in-app Safety Toolkit and driver learning center, and why we launch proactive campaigns and initiatives like Stand Up, Don't Stand By. We are committed to continuing to provide safety education opportunities for our users globally, including sexual assault and sexual misconduct prevention and awareness education.



### Women's Safety Pledge

Uber is committed to helping to end gender-based violence on our platform and in the communities we serve. Globally we strive to partner with experts and advocates on raising awareness, offering education and resources, and designing products and policies that are trauma informed and survivor centered.



### Classifying incidents

Staying accountable means numbers matter. That's why we partnered with the National Sexual Violence Resource Center, the Urban Institute, and RALIANCE to create a taxonomy to categorize and count sexual assault incidents and produce a first-of-its-kind safety report. This report and related data tracking help us shape policies. You can find out more about the report here.

## Meet some of our local partners

We've collaborated with many organizations dedicated to raising awareness, offering resources, and fighting the proliferation of violence against women.

NO MORE is dedicated to ending domestic violence and sexual assault by increasing awareness, inspiring action, and fueling cultural change for the better.

Find out more

1/7    ‹    ›

## Driving Change: Uber's global effort to help end gender-based violence

Uber is committed to taking a stand against gender-based violence. Through the Driving Change initiative, we've partnered with advocates and experts to help improve safety in our industry and communities. Driving Change provides funding to organizations working to prevent gender-based violence worldwide. Learn more about this initiative and our partners here.



## Explore more safety resources



Learn about driver safety    →

Our safety commitment    →

Uber

Visit Help Center

Do not sell or share my personal information

Google Data Policy

## Company

About us

Our offerings

Newsroom

Investors

Blog

Careers

Uber One

## Products

Ride

Drive

Deliver

Eat

Uber for Business

Uber Freight

Gift cards

Uber Health

## Global citizenship

Safety

Sustainability

## Travel

Reserve

Airports

Cities



English

Washington D.C.

© 2025 Uber Technologies Inc.

Privacy                    Accessibility                    Terms