| | |
|---|---|
| 1 | Laura Vartain Horn (SBN 258485) |
| | **KIRKLAND & ELLIS LLP** |
| 2 | 555 California Street, Suite 2700 |
| | San Francisco, CA 94104 |
| 3 | Telephone: (415) 439-1625 |
| | laura.vartain@kirkland.com |
| 4 | |
| | Allison M. Brown (Admitted *Pro Hac Vice*) |
| 5 | **KIRKLAND & ELLIS LLP** |
| | 2005 Market Street, Suite 1000 |
| 6 | Philadelphia, PA 19103 |
| | Telephone: (215) 268-5000 |
| 7 | alli.brown@kirkland.com |
| 8 | Jessica Davidson (Admitted *Pro Hac Vice*) |
| | **KIRKLAND & ELLIS LLP** |
| 9 | 601 Lexington Avenue |
| | New York, NY 10022 |
| 10 | Telephone: (212) 446-4800 |
| | jessica.davidson@kirkland.com |
| 11 | |
| | Kim Bueno (Admitted *Pro Hac Vice*) |
| 12 | **KIRKLAND & ELLIS LLP** |
| | 401 W. 4th Street, Austin, TX 78701 |
| 13 | Telephone: (512) 355-4390 |
| | kim.bueno@kirkland.com |
| 14 | |
| 15 | *Attorneys for Defendants* |
| | UBER TECHNOLOGIES, INC., RASIER, LLC, |
| 16 | And RASIER-CA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER LLC AND RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO SEAL PERSONALLY IDENTIFIYING INFORMATION** |
| This Document Relates to: | |
| *Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Judge:       Hon. Charles R. Breyer |
| | Courtroom:  6 – 17th Floor |

Pursuant to Northern District of California Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies Inc., Rasier LLC, and Rasier-CA, LLC (collectively, "Uber") respectfully submit this Administrative Motion ("Motion") to Seal Personally Identifying Information ("PII"). For the reasons set forth herein, there are compelling reasons to seal the narrowly-tailored proposed redaction in the following Declaration:

| Document | Description |
|---|---|
| Declaration of Andrew Hasbun | Home address |

### I. LEGAL STANDARD

The Ninth Circuit has held that compelling reasons exist to keep personal information confidential to protect an individual's privacy interest." *Activision Publ'g, Inc. v. EngineOwning UG*, No. CV 2:22-CV-00051-MWF (JCX), 2023 WL 2347134, at *1 (C.D. Cal. Feb. 27, 2023) (finding compelling reasons to seal customers' personal information). "Courts in this Circuit have regularly found that individuals' home addresses are sealable as PII under the "compelling reasons" standard. *Daybreak Game Co., LLC v. Takahashi*, No. 25-CV-01489-BAS-BLM, 2025 WL 3677379, at *3 (S.D. Cal. Dec. 16, 2025) (collecting cases).

### II. ARGUMENT

Uber has established a compelling interest in redacting Mr. Hasbun's home address. Redaction of such personally identifying information is appropriate under the compelling interest standard. *Daybreak Game Co.*, 2025 WL 3677379, at *3.

### III. CONCLUSION

Compelling reasons exist for the Court to seal and redact the Declaration as described above. Uber therefore respectfully requests that the Court order that the redacted and sealed Declaration be maintained on the docket under seal.

1  DATED:  December 29, 2025                    Respectfully submitted,
2
3
                                                */s/ Laura Vartain Horn*
4                                               Laura Vartain Horn (SBN 258485)
                                                **KIRKLAND & ELLIS LLP**
5                                               555 California Street, Suite 2700
                                                San Francisco, CA 94104
6                                               Telephone: (415) 439-1625
7                                               laura.vartain@kirkland.com

8                                               Allison M. Brown (Admitted *Pro Hac Vice*)
                                                **KIRKLAND & ELLIS LLP**
9                                               2005 Market Street, Suite 1000
                                                Philadelphia, PA 19103
10                                              Telephone: (215) 268-5000
11                                              alli.brown@kirkland.com

12                                              Jessica Davidson (Admitted *Pro Hac Vice*)
                                                **KIRKLAND & ELLIS LLP**
13                                              601 Lexington Avenue
                                                New York, NY 10022
14                                              Telephone: (212) 446-4800
15                                              jessica.davidson@kirkland.com

16                                              Kim Bueno (Admitted *Pro Hac Vice*)
                                                **KIRKLAND & ELLIS LLP**
17                                              401 W. 4th Street, Austin, TX 78701
                                                Telephone: (512) 355-4390
18                                              kim.bueno@kirkland.com

19                                              *Attorneys for Defendants*
                                                UBER TECHNOLOGIES, INC.,
20                                              RASIER, LLC, And RASIER-CA, LLC
21
22
23
24
25
26
27
28