Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street,
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br>**[PROPOSED] ORDER**<br>Judge:   Hon. Charles R. Breyer<br>Courtroom: Courtroom 6 – 17th Floor |
| This Document Relates to:<br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | |

1  Having considered Defendants Uber Technologies, Inc., Rasier LLC, and Rasier-CA, LLC
2  (collectively, "Uber")'s Administrative Motion ("Motion") To Seal Personally Identifying
3  Information, the Court hereby **GRANTS** the Motion and ORDERS that the following portions shall
4  be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Declaration of Andrew Hasbun | Personally Identifying Information, specifically home address | Uber Technologies, Inc.; Rasier LLC; Rasier-CA LLC |

**IT IS SO ORDERED.**

Dated:_____

Hon. Charles R. Breyer
United States District Judge

2
[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PERSONALLY
IDENTIFYING INFORMATION
Case No. 3:23-MD-3084-CRB