Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (CRB) **DECLARATION OF ANDREW HASBUN** Judge:   Hon. Charles R. Breyer Courtroom: 6 – 17th Floor |
| This Document Relates to: *Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | |

1. My name is Andrew Hasbun.

2. I have worked at Uber Technologies, Inc. ("Uber") since December 2016. I am a Director of Communications at Uber. I have held this position since February 2020.

3. I currently reside at ███████████████████████████████████████.

4. I moved to California in March 2023.

5. Prior to that time, I lived in Arizona.

6. I continue to own rental properties (including my former home) in Arizona as an investment, which I rent to full-time tenants.

7. I typically make five short visits per year to Arizona. During these visits, which typically range from three to five days, I vacation, meet with friends, and check on the properties, if needed.

8. I do not live or work in Arizona.

9. Plaintiff references a screenshot of my Facebook account, which says: "Lives in Phoenix." That statement is no longer accurate. As that same screenshot shows, I have not had any activity on my Facebook page since 2019, four years before I moved to California.

10. I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 29, 2025

/s/ *Andrew Hasbun*
ANDREW HASBUN