1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER ON DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR REPLY SUPPORTING MOTION FOR SANCTIONS AGAINST BRET STANLEY**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom:  G-15th Floor |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

Having considered Defendants' Administrative Motion to File Under Seal Portions of Their Reply Supporting Motion for Sanctions Against Bret Stanley, dated December 29, 2025, ECF _____ ("Motion to Seal"), the Court hereby ORDERS that the following material remain under seal as stated in Defendants' Motion to Seal:

| Document | Description | Defendants' Request |
|---|---|---|
| **Sanctions Reply** | Confidential, non-public information regarding safety and compliance audit procedures developed and utilized by Uber in its Uber Eats (non-Rides) business. | Seal in part (information regarding safety and compliance audit procedures developed and utilized by Uber in its Uber Eats (non-Rides) business) |

**IT IS SO ORDERED:**

Dated: _____

_____
HON. LISA J. CISNEROS
United States Magistrate Judge