# EXHIBIT E

# EXHIBIT 3

```
 1                    REPORTER'S RECORD
                    VOLUME 1 OF 1 VOLUME(S)
 2              TRIAL COURT CAUSE NO. 2022-CI-11011

 3   IVAN SMITH                    *     IN THE DISTRICT COURT
                                   *
 4   VS.                           *     131ST JUDICIAL DISTRICT
                                   *
 5   CARLA REYES TREVINO, ET AL    *     BEXAR COUNTY, TEXAS

 6      ************************************************

 7         HEARING ON PLAINTIFF'S REQUESTS FOR PRODUCTION

 8      ************************************************

 9         On the 5th day of November, 2025, the following proceedings

10   came on to be heard in the above-entitled and numbered cause

11   before the Honorable Norma Gonzales, Judge Presiding, held in the

12   131st Judicial District Court, San Antonio, Bexar County, Texas:

13         Proceedings reported by Machine Shorthand.

14

15

16

17                    Debra A. Doolittle, CSR
                      Official Court Reporter
18                         100 Dolorosa
                      Bexar County Courthouse
19                   San Antonio, Texas  78205

20

21

22

23

24

25
```

```
 1                        A P P E A R A N C E S
 2   Mr. Brett Stanley                Ms. Angela Angotti
 3   JOHNSON LAW GROUP                BOWMAN AND BROOKE
 4   SBOT NO. 24075116                SBOT NO. 24112893
 5   2925 Richmond Ave Ste 1700       2901 Via Fortuna
 6   Houston, Texas  77098            Austin, Texas  78746
 7   Phone: (713) 626-9336            Phone: (512) 874-3836
 8   ATTORNEY FOR THE PLAINTIFF       ATTORNEY FOR UBER TECHNOLOGIES
 9
10   Mr. Joel Hernandez               Mr. Larry Goldman
11   ATTORNEY AT LAW                  GOLDMAN & PETERSON PLLC
12   SBOT NO. 24106085                SBOT NO. 08093450
13   4028 Delta Drive                 10100 Reunion Pl Ste 800
14   Royse City, Texas  75189         San Antonio, Texas  78216
15   Phone: (210)                     Phone: (210) 340-9801
16   Fax: (210)                       Fax: (210)
17   ATTORNEY FOR JOSHUA ALDANA            --and--
18                                    Mr. Jorge Herrera
19                                    SBOT NO. 24044242
20                                         --and--
21                                     Mr. Eric Ramos
22                                     SBOT NO. 24099306
23                                     ATTORNEYS FOR CARLA TREVINO
24                                     AND RUBEN MALDONADO
25
```

```
 1                    CHRONOLOGICAL INDEX
 2                         VOLUME 1
 3          HEARING ON PLAINTIFF'S REQUESTS FOR PRODUCTION
 4  NOVEMBER 5, 2025                              PAGE        VOL.
 5  Caption ......................................  1 ....... 1
 6  Appearances ..................................  2 ....... 1
 7  Chronological Index ..........................  3 ....... 1
 8  Proceedings ..................................  4 ....... 1
 9  Court Reporter's Certificate ................. 76 ....... 1
10
...
25
```

```
 1  Mr. Stanley.  What I'm telling you is:  I understand what the
 2  Court is saying, but we went through a very detailed meet and
 3  confer where you indicated that many of these are not at issue.
 4  Now you're telling the Court that you want affidavits for the
 5  ones that you said were no longer at issue for this hearing.
 6              THE COURT:  All right.  That sounds like trial --
 7  Hold on.  Y'all confer on that on your time.  I need to finish
 8  this up for today, and then y'all can confer some more.
 9              All right.  So Number 6, 67.  Defense to provide an
10  affidavit within five business days, which is by the end of -- by
11  5:00 Wednesday of next week.
12              What's left?
13              MR. STANLEY:  Number 70, Judge.  We're asking that
14  Uber produce every time between February 10th, 2022 and April
15  6th, 2022, when Joshua's account was flagged for ████████
16  ████████████████████████████████████████████████████████████
17  ████████████████████████████████████████████████████████████
18  ███████████████████████████████████  ███████████████████████
19  ████████████████████████████████████████████████████████████
20  █████████████████.
21              And so for the period from when he signed up, which
22  was February 10th, 2022, up until the date of the crash or the
23  day after the crash or the crash is included.  We're seeking
24  every time the system █████ his account for ████████████████
25              MS. ANGOTTI:  Your Honor, we responded to this and
```

```
 1  said no responsive documents to produce.
 2          MR. STANLEY:  In the conferral, Counsel informed me
 3  that she looked for just the day.  And that's not -- that's not
 4  what I'm asking for.
 5          ██████████████████████████████████████████████████
 6  ██████████████████████████████████████████████████████████████
 7  ██████████████████████████████████████████████████████████████
 8  ████████████████████████████████████████████  ████████████████
 9  ███.
10          MS. ANGOTTI:  And, Your Honor, we've responded.  If
11  there was no ██████████████ designation for Aldana, we said no
12  responsive documents to produce.  We didn't limit it in any way.
13          THE COURT:  All right.  So motion to compel is
14  granted for that time period.  And I understand there are none.
15  All right.  Is that it?
16          MR. STANLEY:  The last one we have or last three
17  are 76 through 78.
18          (Crosstalk).
19          THE COURT:  Wait, wait, wait.  You said there was
20  only two more.
21          MR. STANLEY:  Well, that's because we came to an
22  agreement.  I wanted to put it on the record.
23          General referral.  Ms. Angotti conferred with me
24  concerning RFP 76, 77 and 78.  We discussed these materials will
25  be produced and that they are being worked on now.
```

76

```
 1  STATE OF TEXAS  )

 2  COUNTY OF BEXAR )

 3         I, Debra A. Doolittle, Official Court Reporter in and for

 4  the 131st Judicial District Court, Bexar County, State of Texas,

 5  do hereby certify that the above and foregoing contains a true

 6  and correct transcription of all portions of evidence and other

 7  proceedings requested in writing by counsel for the parties to be

 8  included in this volume of the Reporter's Record, in the

 9  above-styled and numbered cause, all of which occurred in open

10  court or in chambers and were reported by me.

11         I further certify that this Reporter's Record of the

12  proceedings truly and correctly reflects the exhibits, if any,

13  admitted by the respective parties.

14         I further certify that the total cost for the preparation

15  of this Reporter's Record is $_____ and was paid by

16  _____.

17         WITNESS MY OFFICIAL HAND this the 19th day of December,

18  2026.

19
                             /s/ DEBRA A. DOOLITTLE, TEXAS CSR 4952
20                           Expiration Date: 4/30/27
                             Official Court Reporter
21                           131st Judicial District Court
                             Bexar County Courthouse
22                           San Antonio, Texas  78205

23

24

25
```

DEBRA A. DOOLITTLE, CSR - OFFICIAL COURT REPORTER
131ST DISTRICT COURT, SAN ANTONIO, TEXAS