# EXHIBIT F

# EXHIBIT 4

# JUDGE'S NOTES

Case No: 2022-CI-11011          . Court: 57th          .

Style: Ivan Smith vs Uber Technologies Inc, etal

| Date of Notes: | NOTE | DEBRA A DOOLITTLE, CSR<br>131ST DISTRICT COURT<br>DDOOLITTLE131@GMAIL.COM | Judge's Initials: |
|---|---|---|---|
| 11-5-25 | | | ng |

MTC:

RFP #(6) Δ's to provide Affidavits +
In-camera docs no later than 11-12-25 @
5:00 PM

RFP #(12) granted (ordered to
produce; if not in poss/cust/control,
then affidavit supporting)

RFP #(16) Obj Sustained
#(44)

RFP # (19
20
36
37
38
61
63)          Sustaining obj w/o prejudice
to revurge

PROPERTY OF BEXAR COUNTY DISTRICT CLERK'S OFFICE

ATTORNEYS: E. Ramos + J. Herrera P
A. Angotti Δ
B. Stanley P
L. Goldman CO Δ          J Hernandez Δ

DOCUMENT SCANNED AS FILED

001

# JUDGE'S NOTES

Case No: 2022-CI-11011 . Court: 57th

Style: Ivan Smith vs. Uber Techologies .

| Date of Notes: | NOTE | Judge's Initials: |
|---|---|---|
| 11-5.25 | | ng |
| | RFP (23) onboarding material = granted | |
| | (24) background check Process = granted | |
| | (32) <> rating Metrics (star ratings, etc) = granted | |
| | (49) Communication Logs = granted limited to day of incident | |
| | (51) TA+ Summaries - granted | |
| | (65) Telematic Triggers = granted 2 weeks prior to incident | |

*PROPERTY OF BEXAR COUNTY DISTRICT CLERK'S OFFICE*

ATTORNEYS:

002

# JUDGE'S NOTES

Case No: 2022 - CI - 11011 . Court: 57th

Style: Ivan Smith vs Uber Technologies et al

| Date of Notes: | NOTE | Judge's Initials: |
|---|---|---|
| 11-5.25 | (67) Marketing Messages △ affidavit = burdensome w/I 5 Bus. days | ng |
| | (70) Flags: " ▓▓▓▓▓▓▓ " granted | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*PROPERTY OF BEXAR COUNTY DISTRICT CLERK'S OFFICE*

ATTORNEYS:

003