1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL NO. 3084 CRB** <br><br> Honorable Charles R. Breyer |
|---|---|
| This Document Relates to: <br><br> *JANE DOE WHB 3 v. UBER TECHNOLOGIES, INC.,* (Individual Case No. 3:24-cv-05061-CRB) | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND REQUEST FOR SHOW CAUSE ORDER REGARDING ATTORNEYS' FEES [Dkt. #4680]** |

1

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND REQUEST FOR SHOW CAUSE ORDER REGARDING ATTORNEYS' FEES
CASE NO. 3:23-MD-03084-CRB

Having considered Defendants' (1) Motion to Dismiss for Lack of Subject Matter Jurisdiction, and (2) Request for Show Cause Order Regarding Attorneys' Fees, the opposition papers, any declarations filed with the motions and opposition, and applicable law, the Court hereby **DENIES** the Motion.

**IT IS SO ORDERED**.

Dated: _____                    _____
                                          Hon. Charles R. Breyer
                                          United States District Judge

2

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT
MATTER JURISDICTION AND REQUEST FOR SHOW CAUSE ORDER REGARDING ATTORNEYS' FEES
CASE NO. 3:23-MD-03084-CRB