1  [Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
|---|---|

Under Civil Local Rules 7-11 and 79-5(f), Plaintiff moves the Court to consider whether material designated confidential by Uber or third parties associated with Uber should be sealed.

On December 30, 2025, Plaintiff filed her Response in Opposition to Defendants' Motions in Limine which refer to and attach documents that Uber designated "HIGHLY CONFIDENTIAL" and / or "CONFIDENTIAL."

**Material To Be Filed Under Seal**

The material to be filed under seal is portions Plaintiff's Omnibus Motions in Limine and the attached exhibits.

| Document | Description | Designating Party |
|---|---|---|
| Portions of Plaintiff's Response in Opposition to Defendants' Motions in Limine | Portions of briefing referring to documents and testimony designated highly confidential and confidential | Uber |
| Exhibit 2 | UBER_JCCP_MDL_000337623 | Uber |
| Exhibit 3 | UBER_JCCP_MDL_000475307 | Uber |
| Exhibit 4 | UBER_JCCP_MDL_001717430 | Uber |
| Exhibit 5 | UBER_JCCP_MDL_000118664 | Uber |

| Document | Description | Designating Party |
|---|---|---|
| Exhibit 6 | UBER_JCCP_MDL_002010063 | Uber |
| Exhibit 7 | UBER_JCCP_MDL_001319387 | Uber |
| Exhibit 8 | Screenshots of video exhibits 1015 and 1016, Heather Childs Deposition June 5, 2025 | Uber |
| Exhibit 9 | Andrew Hasbun Deposition Transcript, April 10, 2025 | Uber |
| Exhibit 10 | Brooke Anderson Deposition Transcript, May 2, 2025 | Uber |
| Exhibit 11 | Hannah Nilles Deposition Transcript, August 7, 2025 | Uber |
| Exhibit 12 | UBER_JCCP_MDL_000562614 | Uber |
| Exhibit 13 | UBER_JCCP_MDL_001441325 | Uber |
| Exhibit 14 | UBER_JCCP_MDL_003340515 | Uber |
| Exhibit 15 | UBER_JCCP_MDL_000890205 | Uber |
| Exhibit 16 | UBER000205949 | Uber |
| Exhibit 17 | UBER_JCCP_MDL_005031659 | Uber |
| Exhibit 18 | Valerie Shuping Deposition Transcript, April 18, 2025 | Uber |
| Exhibit 19 | UBER_JCCP_MDL_003231342 | Uber |
| Exhibit 20 | UBER_JCCP_MDL_001701663 | Uber |
| Exhibit 21 | UBER_JCCP_MDL_000122017 | Uber |
| Exhibit 22 | Todd Gaddis Deposition Transcript, July 8, 2025 | Uber |
| Exhibit 23 | UBER_JCCP_MDL_000108957 | Uber |
| Exhibit 24 | UBER_JCCP_MDL_003922272 | Uber |
| Exhibit 25 | UBER_JCCP_MDL_000484014 | Uber |
| Exhibit 26 | Dara Khosrowshahi Deposition Transcript, July 1, 2025 | Uber |
| Exhibit 27 | Roger Kaiser Deposition Transcript, April 22, 2025 | Uber |
| Exhibit 28 | UBER_JCCP_MDL_001732337 | Uber |
| Exhibit 29 | UBER_JCCP_MDL_001636209 | Uber |
| Exhibit 30 | UBER_JCCP_MDL_000898569 | Uber |
| Exhibit 31 | Rebecca Payne Deposition Transcript, May 13, 2025 | Uber |
| Exhibit 33 | Travis Kalanick Deposition Transcript, July 3, 2025 | Uber |
| Exhibit 34 | UBER_JCCP_MDL_004753672 | Uber |
| Exhibit 35 | UBER_JCCP_MDL_001711889 | Uber |
| Exhibit 36 | UBER_JCCP_MDL_003441012 | Uber |
| Exhibit 37 | UBER_JCCP_MDL_000564141 | Uber |
| Exhibit 38 | UBER_JCCP_MDL_004216886 | Uber |
| Exhibit 39 | UBER_JCCP_MDL_001563463 | Uber |
| Exhibit 40 | UBER_JCCP_MDL_001739193 | Uber |
| Exhibit 41 | UBER_JCCP_MDL_001100749 | Uber |
| Exhibit 42 | UBER_JCCP_MDL_001072809 | Uber |
| Exhibit 43 | UBER_JCCP_MDL_000031164 | Uber |
| Exhibit 44 | UBER_JCCP_MDL_001773711 | Uber |
| Exhibit 45 | UBER_JCCP_MDL_000084521 | Uber |
| Exhibit 46 | UBER_JCCP_MDL_004752785 | Uber |
| Exhibit 47 | UBER_JCCP_MDL_003040649 | Uber |
| Exhibit 48 | Declaration of Todd Gaddis, August 18, 2025 | Uber |

| Document | Description | Designating Party |
|---|---|---|
| Exhibit 49 | Incident Report Field Convenience Descriptions, March 24, 2025 | Uber |
| Exhibit 50 | Defendants' Responses to Plaintiffs' Interrogatories and Requests for Production, August 18, 2025 | Uber |
| Exhibit 51 | Katherine McDonald Deposition Transcript, October 7, 2024 | Uber |
| Exhibit 52 | Hannah Nilles Deposition Transcript, July 10, 2025 | Uber |
| Exhibit 53 | Sunny Wong Deposition Transcript, October 14, 2025 | Uber |
| Exhibit 54 | UBER-MDL3084-DFS00159600 | Uber |
| Exhibit 55 | UBER-MDL3084-DFS00003713 | Uber |
| Exhibit 56 | Transcript of Audio, UBER-MDL3084-DFS00159677 | Uber |
| Exhibit 57 | UBER-MDL3084-DFS00003692 | Uber |
| Exhibit 58 | Transcript of Audio, UBER-MDL3084-DFS00003741 | Uber |

Under Local Rule 79-5(f)(3), the designating entities bear the responsibility to establish that all of the designated material is sealable.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Steven D. Cohn in Support of this Motion; and

2. A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: December 30, 2025

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

|   |   |
|---|---|
| 1 | By: */s/ Roopal P. Luhana* |
| 2 | Roopal P. Luhana |
| 3 | **CHAFFIN LUHANA LLP** |
|   | 600 Third Avenue, 12th Floor |
| 4 | New York, NY 10016 |
|   | Telephone: (888) 480-1123 |
| 5 | Facsimile: (888) 499-1123 |
|   | luhana@chaffinluhana.com |
| 6 |   |
| 7 | *Co-Lead Counsel for Plaintiffs* |

- 4 -

ADMIN MOT. TO CONSIDER WHETHER
ANOTHER PARTY'S MAT. SHOULD BE SEALED
CASE NO. 23-MD-03084-CRB

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: December 30, 2025          By:   */s/ Roopal P. Luhana*
                                        Roopal P. Luhana