IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF STEVEN D. COHN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
|---|---|

I, Steven D. Cohn, declare:

1. I am a partner of Chaffin Luhana, LLP, an attorney licensed in the State of New York, and duly admitted to practice before this Court *pro hac vice*, representing Plaintiffs in the above caption action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Because the materials at issue were designated by Uber as "CONFIDENTIAL" and /or "HIGHLY CONFIDENTIAL", Plaintiff filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| Portions of Plaintiff's Response in Opposition to Defendants' Motions in Limine | Portions of briefing referring to documents and testimony designated highly confidential and confidential | Uber |
| Exhibit 2 | UBER_JCCP_MDL_000337623 | Uber |
| Exhibit 3 | UBER_JCCP_MDL_000475307 | Uber |
| Exhibit 4 | UBER_JCCP_MDL_001717430 | Uber |
| Exhibit 5 | UBER_JCCP_MDL_000118664 | Uber |
| Exhibit 6 | UBER_JCCP_MDL_002010063 | Uber |
| Exhibit 7 | UBER_JCCP_MDL_001319387 | Uber |

| Document | Description | Designating Party |
|---|---|---|
| Exhibit 8 | Screenshots of video exhibits 1015 and 1016, Heather Childs Deposition June 5, 2025 | Uber |
| Exhibit 9 | Andrew Hasbun Deposition Transcript, April 10, 2025 | Uber |
| Exhibit 10 | Brooke Anderson Deposition Transcript, May 2, 2025 | Uber |
| Exhibit 11 | Hannah Nilles Deposition Transcript, August 7, 2025 | Uber |
| Exhibit 12 | UBER_JCCP_MDL_000562614 | Uber |
| Exhibit 13 | UBER_JCCP_MDL_001441325 | Uber |
| Exhibit 14 | UBER_JCCP_MDL_003340515 | Uber |
| Exhibit 15 | UBER_JCCP_MDL_000890205 | Uber |
| Exhibit 16 | UBER000205949 | Uber |
| Exhibit 17 | UBER_JCCP_MDL_005031659 | Uber |
| Exhibit 18 | Valerie Shuping Deposition Transcript, April 18, 2025 | Uber |
| Exhibit 19 | UBER_JCCP_MDL_003231342 | Uber |
| Exhibit 20 | UBER_JCCP_MDL_001701663 | Uber |
| Exhibit 21 | UBER_JCCP_MDL_000122017 | Uber |
| Exhibit 22 | Todd Gaddis Deposition Transcript, July 8, 2025 | Uber |
| Exhibit 23 | UBER_JCCP_MDL_000108957 | Uber |
| Exhibit 24 | UBER_JCCP_MDL_003922272 | Uber |
| Exhibit 25 | UBER_JCCP_MDL_000484014 | Uber |
| Exhibit 26 | Dara Khosrowshahi Deposition Transcript, July 1, 2025 | Uber |
| Exhibit 27 | Roger Kaiser Deposition Transcript, April 22, 2025 | Uber |
| Exhibit 28 | UBER_JCCP_MDL_001732337 | Uber |
| Exhibit 29 | UBER_JCCP_MDL_001636209 | Uber |
| Exhibit 30 | UBER_JCCP_MDL_000898569 | Uber |
| Exhibit 31 | Rebecca Payne Deposition Transcript, May 13, 2025 | Uber |
| Exhibit 33 | Travis Kalanick Deposition Transcript, July 3, 2025 | Uber |
| Exhibit 34 | UBER_JCCP_MDL_004753672 | Uber |
| Exhibit 35 | UBER_JCCP_MDL_001711889 | Uber |
| Exhibit 36 | UBER_JCCP_MDL_003441012 | Uber |
| Exhibit 37 | UBER_JCCP_MDL_000564141 | Uber |
| Exhibit 38 | UBER_JCCP_MDL_004216886 | Uber |
| Exhibit 39 | UBER_JCCP_MDL_001563463 | Uber |
| Exhibit 40 | UBER_JCCP_MDL_001739193 | Uber |
| Exhibit 41 | UBER_JCCP_MDL_001100749 | Uber |
| Exhibit 42 | UBER_JCCP_MDL_001072809 | Uber |
| Exhibit 43 | UBER_JCCP_MDL_000031164 | Uber |
| Exhibit 44 | UBER_JCCP_MDL_001773711 | Uber |
| Exhibit 45 | UBER_JCCP_MDL_000084521 | Uber |
| Exhibit 46 | UBER_JCCP_MDL_004752785 | Uber |
| Exhibit 47 | UBER_JCCP_MDL_003040649 | Uber |
| Exhibit 48 | Declaration of Todd Gaddis, August 18, 2025 | Uber |
| Exhibit 49 | Incident Report Field Convenience Descriptions, March 24, 2025 | Uber |

| Document | Description | Designating Party |
|---|---|---|
| Exhibit 50 | Defendants' Responses to Plaintiffs' Interrogatories and Requests for Production, August 18, 2025 | Uber |
| Exhibit 51 | Katherine McDonald Deposition Transcript, October 7, 2024 | Uber |
| Exhibit 52 | Hannah Nilles Deposition Transcript, July 10, 2025 | Uber |
| Exhibit 53 | Sunny Wong Deposition Transcript, October 14, 2025 | Uber |
| Exhibit 54 | UBER-MDL3084-DFS00159600 | Uber |
| Exhibit 55 | UBER-MDL3084-DFS00003713 | Uber |
| Exhibit 56 | Transcript of Audio, UBER-MDL3084-DFS00159677 | Uber |
| Exhibit 57 | UBER-MDL3084-DFS00003692 | Uber |
| Exhibit 58 | Transcript of Audio, UBER-MDL3084-DFS00003741 | Uber |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 30, 2025 in Hoboken, New Jersey.

                         */s/ Steven D. Cohn*
                         Steven D. Cohn