1  [Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
|---|---|
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | **CERTIFICATE OF SERVICE** |

I certify that on December 30, 2025 a true and correct copy of the UNSEALED/UNREDACTED version of the following documents:

| Document | Description |
|---|---|
| Portions of Plaintiff's Response in Opposition to Defendants' Motions in Limine | Unredacted Plaintiff's Omnibus Motions in Limine |
| Exhibit 2 | UBER_JCCP_MDL_000337623 |
| Exhibit 3 | UBER_JCCP_MDL_000475307 |
| Exhibit 4 | UBER_JCCP_MDL_001717430 |
| Exhibit 5 | UBER_JCCP_MDL_000118664 |
| Exhibit 6 | UBER_JCCP_MDL_002010063 |
| Exhibit 7 | UBER_JCCP_MDL_001319387 |
| Exhibit 8 | Screenshots of video exhibits 1015 and 1016, Heather Childs Deposition June 5, 2025 |
| Exhibit 9 | Andrew Hasbun Deposition Transcript, April 10, 2025 |
| Exhibit 10 | Brooke Anderson Deposition Transcript, May 2, 2025 |
| Exhibit 11 | Hannah Nilles Deposition Transcript, August 7, 2025 |
| Exhibit 12 | UBER_JCCP_MDL_000562614 |
| Exhibit 13 | UBER_JCCP_MDL_001441325 |
| Exhibit 14 | UBER_JCCP_MDL_003340515 |
| Exhibit 15 | UBER_JCCP_MDL_000890205 |

| Document | Description |
|---|---|
| Exhibit 16 | UBER000205949 |
| Exhibit 17 | UBER_JCCP_MDL_005031659 |
| Exhibit 18 | Valerie Shuping Deposition Transcript, April 18, 2025 |
| Exhibit 19 | UBER_JCCP_MDL_003231342 |
| Exhibit 20 | UBER_JCCP_MDL_001701663 |
| Exhibit 21 | UBER_JCCP_MDL_000122017 |
| Exhibit 22 | Todd Gaddis Deposition Transcript, July 8, 2025 |
| Exhibit 23 | UBER_JCCP_MDL_000108957 |
| Exhibit 24 | UBER_JCCP_MDL_003922272 |
| Exhibit 25 | UBER_JCCP_MDL_000484014 |
| Exhibit 26 | Dara Khosrowshahi Deposition Transcript, July 1, 2025 |
| Exhibit 27 | Roger Kaiser Deposition Transcript, April 22, 2025 |
| Exhibit 28 | UBER_JCCP_MDL_001732337 |
| Exhibit 29 | UBER_JCCP_MDL_001636209 |
| Exhibit 30 | UBER_JCCP_MDL_000898569 |
| Exhibit 31 | Rebecca Payne Deposition Transcript, May 13, 2025 |
| Exhibit 33 | Travis Kalanick Deposition Transcript, July 3, 2025 |
| Exhibit 34 | UBER_JCCP_MDL_004753672 |
| Exhibit 35 | UBER_JCCP_MDL_001711889 |
| Exhibit 36 | UBER_JCCP_MDL_003441012 |
| Exhibit 37 | UBER_JCCP_MDL_000564141 |
| Exhibit 38 | UBER_JCCP_MDL_004216886 |
| Exhibit 39 | UBER_JCCP_MDL_001563463 |
| Exhibit 40 | UBER_JCCP_MDL_001739193 |
| Exhibit 41 | UBER_JCCP_MDL_001100749 |
| Exhibit 42 | UBER_JCCP_MDL_001072809 |
| Exhibit 43 | UBER_JCCP_MDL_000031164 |
| Exhibit 44 | UBER_JCCP_MDL_001773711 |
| Exhibit 45 | UBER_JCCP_MDL_000084521 |
| Exhibit 46 | UBER_JCCP_MDL_004752785 |
| Exhibit 47 | UBER_JCCP_MDL_003040649 |
| Exhibit 48 | Declaration of Todd Gaddis, August 18, 2025 |
| Exhibit 49 | Incident Report Field Convenience Descriptions, March 24, 2025 |
| Exhibit 50 | Defendants' Responses to Plaintiffs' Interrogatories and Requests for Production, August 18, 2025 |
| Exhibit 51 | Katherine McDonald Deposition Transcript, October 7, 2024 |
| Exhibit 52 | Hannah Nilles Deposition Transcript, July 10, 2025 |
| Exhibit 53 | Sunny Wong Deposition Transcript, October 14, 2025 |
| Exhibit 54 | UBER-MDL3084-DFS00159600 |
| Exhibit 55 | UBER-MDL3084-DFS00003713 |
| Exhibit 56 | Transcript of Audio, UBER-MDL3084-DFS00159677 |
| Exhibit 57 | UBER-MDL3084-DFS00003692 |

| Document | Description |
|---|---|
| Exhibit 58 | Transcript of Audio, UBER-MDL3084-DFS00003741 |

were served pursuant to Civil L.R. 5(a) to each person named below:

**Kirkland & Ellis LLP**
Alli Brown
alli.brown@kirkland.com
Chris Cox
christopher.cox@kirkland.com
Jessica Davidson
jessica.davidson@kirkland.com
Jennifer Levy
jlevy@kirkland.com
Rupal Joshi
rupal.joshi@kirkland.com
Laura Vartain
laura.vartain@kirkland.com
Kristen Fournier
kristen.fournier@kirkland.com
Alexandra Caritis
alexandra.caritis@kirkland.com
Libby Marden
libby.marden@kirkland.com
Geoffrey Wyatt
geoffrey.wyatt@kirkland.com
Beth Larsen
beth.larsen@kirkland.com

**O'Melveny and Meyers LLP**
Sabrina Strong
sstrong@omm.com
Jonathan Schneller
jschneller@omm.com
Joshua Revesz
jrevesz@omm.com
Louis Fisher
lfisher@omm.com

**Shook, Hardy & Bacon LLP**
Michael B. Shortnacy
mshortnacy@shb.com
Patrick L. Oot, Jr.
oot@shb.com
Christopher V. Cotton
ccotton@shb.com
Alycia A. Degen

|   |   |
|---|---|
| 1 | adegen@shb.com |
| 2 | Veronica Gromada<br>vgromada@shb.com |

Service Email
UBERMDLSERVICE@LISTSERV.SHB.COM

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 30, 2025.

By: */s /Roopal P. Luhana*
Roopal P. Luhana