1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
|---|---|
| This Document Relates to: *Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708 D. Ariz. No. 25-cv-4276 | **DECLARATION OF STEVEN D. COHN, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE** <br><br> Judge: Honorable Charles R. Breyer |

1   I, Steven D. Cohn, hereby declare as follows:

2   1.   I am a partner of Chaffin Luhana LLP, an attorney licensed in the State of New
3   York and duly admitted to practice before this Court, representing Plaintiffs in the above captioned
4   action.

5   2.   I submit this declaration in support of Plaintiff's Opposition to Defendants'
6   Motions in Limine.

7   3.   Attached hereto as Exhibit 1 is a true and correct copy of the ruling issued by Judge
8   Schulman on August 29, 2025 *In Re Uber Rideshare Cases,* JCCP, Superior Court, Case No. CJC-
9   21-005188.

10  4.   Attached hereto as Exhibit 2 is a true and correct copy of the document produced
11  as bates no. UBER_JCCP_MDL_000337623.

12  5.   Attached hereto as Exhibit 3 is a true and correct copy of the document produced
13  as bates no. UBER_JCCP_MDL_000475307.

14  6.   Attached hereto as Exhibit 4 is a true and correct copy of the document produced
15  as bates no. UBER_JCCP_MDL_001717430.

16  7.   Attached hereto as Exhibit 5 is a true and correct copy of the document produced
17  as bates no. UBER_JCCP_MDL_000118664.

18  8.   Attached hereto as Exhibit 6 is a true and correct copy of the document produced
19  as bates no. UBER_JCCP_MDL_002010063.

20  9.   Attached hereto as Exhibit 7 is a true and correct copy of the document produced
21  as bates no. UBER_JCCP_MDL_001319387.

22  10.  Attached hereto as Exhibit 8 are true and correct screenshots of video exhibits 1015
23  and 1016 to the deposition of Heather Childs, dated June 5, 2025.

24  11.  Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the deposition
25  of Andrew Hasbun, dated April 10, 2025.

26  12.  Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the deposition
27  of Brooke Anderson, dated May 2, 2025.

28  13.  Attached hereto as Exhibit 11 is a true and correct copy of excerpts of the deposition

of Hannah Nilles, dated August 7, 2025.

14. Attached hereto as Exhibit 12 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000562614.

15. Attached hereto as Exhibit 13 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001441325.

16. Attached hereto as Exhibit 14 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_003340515.

17. Attached hereto as Exhibit 15 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000890205.

18. Attached hereto as Exhibit 16 is a true and correct copy of the document produced as UBER000205949.

19. Attached hereto as Exhibit 17 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_005031659.

20. Attached hereto as Exhibit 18 is a true and correct copy of excerpts of the deposition of Valerie Shuping, dated April 18, 2025.

21. Attached hereto as Exhibit 19 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_003231342.

22. Attached hereto as Exhibit 20 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001701663.

23. Attached hereto as Exhibit 21 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000122017.

24. Attached hereto as Exhibit 22 is a compendium of the documents entered as exhibit numbers 4912 and 4913 to the deposition of Todd Gaddis, dated July 8, 2025.

25. Attached hereto as Exhibit 23 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000108957.

26. Attached hereto as Exhibit 24 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_003922272.

27. Attached hereto as Exhibit 25 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000484014.

28. Attached hereto as Exhibit 26 is a true and correct copy of excerpts of the deposition of Dara Khosrowshahi, dated July 1, 2025.

29. Attached hereto as Exhibit 27 is a true and correct copy of excerpts of the deposition of Roger Kaiser, dated April 22, 2025.

30. Attached hereto as Exhibit 28 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001732337.

31. Attached hereto as Exhibit 29 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001636209.

32. Attached hereto as Exhibit 30 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000898569.

33. Attached hereto as Exhibit 31 is a true and correct copy of excerpts of the deposition of Rebecca Payne dated May 13, 2025.

34. Attached hereto as Exhibit 32 is a true and correct copy of excerpts of the deposition of Jaylynn Dean, dated June 27, 2025.

35. Attached hereto as Exhibit 33 is a true and correct copy of excerpts of the deposition of Travis Kalanick, dated July 3, 2025.

36. Attached hereto as Exhibit 34 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_004753672.

37. Attached hereto as Exhibit 35 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001711889.

38. Attached hereto as Exhibit 36 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_003441012.

39. Attached hereto as Exhibit 37 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000564141.

40. Attached hereto as Exhibit 38 is a true and correct copy of the document produced

DECLARATION OF STEVEN D. COHN  IN SUPPORT OF PL'S OPPOSITION TO DES' MOTIONS IN LIMINE

as bates no. UBER_JCCP_MDL_004216886.

41. Attached hereto as Exhibit 39 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001563463.

42. Attached hereto as Exhibit 40 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001739193.

43. Attached hereto as Exhibit 41 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001100749.

44. Attached hereto as Exhibit 42 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001072809.

45. Attached hereto as Exhibit 43 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000031164.

46. Attached hereto as Exhibit 44 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_001773711.

47. Attached hereto as Exhibit 45 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_000084521.

48. Attached hereto as Exhibit 46 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_004752785.

49. Attached hereto as Exhibit 47 is a true and correct copy of the document produced as bates no. UBER_JCCP_MDL_003040649.

50. Attached hereto as Exhibit 48 is a true and correct copy of the Declaration of Todd Gaddis dated August 18, 2025.

51. Attached hereto as Exhibit 49 is a true and correct copy of the document titled "Incident Report Field Convenience Descriptions," produced on March 24, 2025.

52. Attached hereto as Exhibit 50 is a true and correct copy of Defendants' Responses to Plaintiffs' Interrogatories and Requests for Admission dated August 18, 2025.

53. Attached hereto as Exhibit 51 is a true and correct copy of excerpts of the deposition of Katherine McDonald, dated October 7, 2024.

DECLARATION OF STEVEN D. COHN IN SUPPORT OF PL'S OPPOSITION TO DES' MOTIONS IN LIMINE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

      54. Attached hereto as Exhibit 52 is a true and correct copy of excerpts of the deposition of Hannah Nilles, dated July 10, 2025.

      55. Attached hereto as Exhibit 53 is a true and correct copy of excerpts of the deposition of Sunny Wong, dated October 14, 2025.

      56. Attached hereto as Exhibit 54 is a true and correct copy of the document produced as bates no. UBER-MDL3084-DFS00159600.

      57. Attached hereto as Exhibit 55 is a true and correct copy of the document produced as bates no. UBER-MDL3084-DFS00003713.

      58. Attached hereto as Exhibit 56 is a true and correct copy of a recorded transcript of the audio file produced as bates no. UBER-MDL3084-DFS00159677.

      59. Attached hereto as Exhibit 57 is a true and correct copy of the document produced as bates no. UBER-MDL3084-DFS00003692.

      60. Attached hereto as Exhibit 58 is a true and correct copy of a recorded transcript of the audio file produced as bates no. UBER-MDL3084-DFS00003741.

Executed this 30th day of December, 2025 in Hoboken, New Jersey.

                                              /s/ *Steven D. Cohn*
                                              Steven D. Cohn

DECLARATION OF STEVEN D. COHN IN SUPPORT OF PL'S OPPOSITION TO DES' MOTIONS IN LIMINE