# Exhibits 2-31 Filed Under Seal