# EXHIBIT 32

```
                                                      Page 1
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
 5   IN RE: UBER TECHNOLOGIES, INC.,    |
     PASSENGER SEXUAL ASSAULT           |Case No.
 6   LITIGATION,                        |3:23-md-03084-CRB
     _____|
 7                                      |
     This Document Relates to:          |
 8   Jaylynn Dean v. Uber Technologies, |
     Inc., et al., 3:23-cv-06708        |
 9   _____|
10
11
12
13
14
15       VIDEOTAPED DEPOSITION OF JAYLYNN DEAN
16          TAKEN ON BEHALF OF THE DEFENDANTS
17     ON JUNE 27, 2025, BEGINNING AT 9:21 A.M. CST
18                 IN TULSA, OKLAHOMA
19
20
21
22
23
24   VIDEOTAPED BY:  Lauren Kinnebrew
25   REPORTED BY:  D. Luke Epps, CSR, RPR
     Job No. CS7360417
```

```
                                                      Page 186
 1     does that sound correct, November 12th?
 2          A    Yes.
 3          Q    Okay.  Had you ever ordered a ride using
 4     any other ride share app before then?
 5          A    Yes.
 6          Q    And what ride share app was that?
 7          A    Lyft and Waymo.
 8          Q    Waymo?  Do you recall when you first
 9     downloaded the Lyft app?
10          A    Whenever I started training.
11          Q    Okay.  Same question for Waymo.  Is that
12     also when you started training?
13          A    It was a couple days after, I believe.
14          Q    Okay.  So is it correct to say that you
15     hadn't downloaded any ride share apps before moving
16     to Arizona for your training?
17          A    That's true.
18          Q    Okay.  And while you were in training for
19     your flight attendant school, you were staying in a
20     SpringHill Suites hotel; is that right?
21          A    Yes.
22          Q    How many days a week were you in training?
23          A    Six out of seven.
24          Q    Okay.  And what was your -- strike that.
25     How were you getting to and from the training
```

Page 187

| | |
|---|---|
| 1 | facility during that period of time? |
| 2 | A    We had a shuttle. |
| 3 | Q    Shuttle.  Okay.  Were all the trainees |
| 4 | staying at the SpringHill Suites? |
| 5 | A    Yes.  Some of them lived -- some of them |
| 6 | were from the Phoenix area, so they lived there. |
| 7 | Q    Okay.  Do you recall how big your class |
| 8 | was in that October, November 2023 time period? |
| 9 | A    It was pretty large. |
| 10 | Q    Any estimate as to how many? |
| 11 | A    Either 25 to 30. |
| 12 | Q    Okay. |
| 13 | A    It was a pretty big class. |
| 14 | Q    Do you recall how many of that class were |
| 15 | staying at the SpringHill Suites? |
| 16 | A    All of them except two. |
| 17 | Q    Okay.  And those two lived in the Phoenix |
| 18 | area? |
| 19 | A    Yes. |
| 20 | Q    Do you have any estimate of how many total |
| 21 | times you took an Uber before November 15th, 2023? |
| 22 | A    I don't -- I don't remember.  One or two, |
| 23 | if not any.  Like I said, I really took Lyfts more, |
| 24 | Lyfts and Waymos. |
| 25 | Q    Is there any reason that you took Lyfts |

Page 190

1  So it was really quick.  Same thing, the second time
2  was a hockey game in Dallas, and I was with my
3  friend, and it was really quick, but both times were
4  female drivers.
5       Q    And those were when you used the Uber app
6  to call those Ubers?
7       A    Yes.
8       Q    And was there a reason that you used Uber
9  in those instances as opposed to Lyft or Waymo?
10      A    Because there weren't any Lyft drivers
11 in -- weren't any Lyft drivers in Stillwater that I
12 saw, and then Elisa, my friend, she was who I was
13 with at the hockey game, and she just ordered the
14 Uber off my phone because she didn't have the app.
15      Q    When you downloaded -- first downloaded
16 the app in November of 2023, do you recall whether
17 or not you did any research about Uber?
18           MS. ABRAMS:  Object to form.
19           THE WITNESS:  No.  I just -- I heard
20 things about it.  Like I said, I downloaded three
21 ride shape apps.  It was kind of just if I didn't
22 have one, it's like I wanted a backup option, you
23 know, and feel like Uber is a pretty big one, so I
24 just downloaded it.  That's the first one that
25 popped up.

Page 271

1  Q   (BY MS. BLAKE)  When you were in
2  Louisville, did you have a car?
3  A   No.
4  Q   How did you get around if you were going
5  someplace in Louisville?
6  A   Friends or Lyfts.
7  Q   Okay.  Was there any reason that you
8  weren't using Uber?
9  A   Because Lyft had the woman option.
10 Q   I've seen references to Ubers being
11 expensive.  Do you recall that being a reason that
12 you weren't using Uber?
13 A   Yeah.  Just in general, like, ride share,
14 it's expensive.
15 Q   Hand you what I'm going to mark as
16 Exhibit 15.  You know I was going to wait to look at
17 you.  I couldn't remember.  I apologize.  Thank you.
18 I know I've put in a lot of hard exhibits, but this
19 one -- what is this one that we're looking at?  What
20 is this picture or these pictures?
21     (Exhibit 15 marked for identification.)
22     MS. ABRAMS:  Object to form.
23     THE WITNESS:  This is whenever I
24 graduated.
25 Q   (BY MS. BLAKE)  And is this something that