# Exhibits 33-58 Filed Under Seal