# EXHIBIT A

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Uber Rideshare Cases, MDL No. 3084**

**October 24, 2025**

**Rebuttal Expert Report of Lindsay Orchowski, Ph.D.**

## I.       Background and Qualifications

I am a Staff Psychologist in the Adult Outpatient Division at Rhode Island Hospital (Department of Psychiatry and Behavioral Health, Brown University Health) and a Professor (Research Scholar) at the Warren Alpert Medical School of Brown University. I am a licensed clinical psychologist and researcher with a specific focus on advancing the development and evaluation of sexual assault prevention programs, implementation and dissemination of science, and engaging individuals in proactive helping behavior to prevent injury and harm in their community. My research has been funded by the National Institute of Alcohol Abuse and Alcoholism (NIAAA), the Centers for Disease Control and Prevention (CDC), the Department of Defense (DoD), and the Department of Education (ED).

I received my Bachelor of Arts in Psychology and Women's Studies from Dartmouth College in 2003. I completed my Master of Science in Clinical Psychology and Ph.D. in Clinical Psychology at Ohio University's Laboratory for the Study of Prevention of Sexual Assault in 2006 and 2009, respectively. Following my Ph.D., I completed an internship and two fellowships in clinical psychology at Brown University, where I now practice, teach, mentor, and conduct research focused on preventing sexual assault. Additionally, I serve on multiple advisory boards focused on sexual assault prevention. This includes serving as a grant reviewer for the National Institutes of Health, National Institute of Justice, and Centers for Disease Control and Prevention. I was also appointed to the Defense Advisory Committee for the Prevention of Sexual Misconduct, which was established in 2020 to provide independent advice and recommendations on the prevention of sexual assault and other sexual misconduct involving members of the Armed Forces. This Committee also provided independent advice and recommendations on the sexual assault prevention policies, programs, and practices of each Military Department, each Armed Force, each Military Service Academy, and the Coast Guard Academy. I served as Co-Chair of this committee in 2024. My prior work has also focused on campus climate surveys, including membership in the American Association of Universities (AAU) Sexual Assault Campus Climate Survey design team. In 2020, I was recognized as a Doctor of Distinction by the Rhode Island Senate and House of Representatives.

I serve as Associate Editor for *Psychology of Women Quarterly* and *Senior Consulting Editor for Psychology of Violence*. I serve as Co-Editor for *Journal of Child Sexual Abuse: Research, Treatment & Program Innovations for Sexual Victimization Across the Lifespan*. I co-edited *Sexual Assault Risk Reduction and Resistance: Theory, Research, and Practice* (2018) and *Engaging Boys and Men in Sexual Assault Prevention* (2022). Additionally, I serve as a reviewer for more than 75 peer-reviewed scientific journals. I have published extensively on topics addressing sexual violence and related harms, including over 235 publications in peer-reviewed scientific journals, book chapters, and reports. I am a member of the Sexual Experiences Survey revision team, led by seminar sexual assault researcher Dr. Mary Koss. This scale is recognized as the gold standard measurement tool for sexual aggression and sexual victimization assessment among adults.

My scientific research focuses on the context of sexual violence, risk and protective factors for sexual violence, consequences of sexual violence, and prevention and response to sexual

violence. This work includes research focused on victims, perpetrators as well as bystanders to assault. My article, "Preventing sexual aggression among college men: An evaluation of a social norms and bystander intervention program," published in *Violence Against Women* (*Gidycz et al.* (2011) has been cited by other authors over 700 times. Overall, my research has been cited over 7,400 times.

I also teach two graduate-level classes at Rhode Island College as a visiting instructor.  One class is focused on research methodology, and the second class is focused on psychological testing. Specifically, CEP 534 Quantitative Measurement and Test Interpretation focuses on techniques for the effective use of test/assessment results, including statistical and data analysis techniques, psychometric properties of tests, testing in industrial and business settings, as well as issues of test bias and appropriate use of assessments and tests.  My CV, attached as Exhibit A, contains a complete list of my publications and qualifications.

I am compensated at $500 per hour for work on this matter. My compensation is not contingent on my opinions or the outcome of this case. I have not served as a testifying expert within the past four years. I have prepared this report as an independent contractor, and the perspectives presented in this report are my own, and do not represent the official position of my employer.

## II.    Assignment and Methodology

I was retained by counsel for Defendants to review and respond to Dr. Veronique Valliere's opinions regarding the Uber rideshare platform's driver sign-up and screening process, environmental safeguards and risk-reduction measures, and the sufficiency of its sexual-misconduct taxonomy. I was also asked to evaluate whether Dr. Valliere's opinions are supported by sufficient research. As a prevention scientist with extensive research experience in sexual violence prevention and response, I am especially well-qualified for this assignment. I evaluated Dr. Valliere's opinions using the same methods I employ in my academic work—by considering the arguments and sources in light of the empirical research and my knowledge and experience after over 20 years of relevant research and experience relating to sexual violence prevention and response. This methodology aims to objectively present research evidence by citing published sources, prioritizing discussion of research with the highest standards of evidence (i.e., peer-reviewed publications, rigorous syntheses of the research literature, randomized clinical trials, triangulation of studies which point to a robust pattern of findings rather than an artifact of a single study). For example, meta-analyses and other research syntheses are recognized as highest level of evidence-based decision making in behavioral health and science (Burns et al., 2011) and are prioritized in this report to offer the most rigorous scientific evidence on the matter. All of the opinions I offer in this report are held to a reasonable degree of psychological certainty. A list of the materials I considered is attached to my report as Exhibit B.

## III.    Summary of Opinions

- Despite desire to identify individuals at risk for committing sexual assault, research has yet to identify systems that can accurately predict whether an individual without

3

a criminal history of committing sexual offenses will commit sexual assault in the future.

- The risk assessment tools that have been developed to assess proclivity of violence do not apply to the general population, and instead are for use in higher risk samples, such as for post-conviction use or use within psychiatric inpatient settings. These measures also have questionable accuracy. Currently, we lack reliable and validated tools or methods that can reliably predict future sexual offending in undetected populations, and many men with a history of sexual aggression will not re-offend.

- Developing such a tool is extraordinarily difficult for many reasons. Rare events are difficult to predict, and as a result, screening for sexual violence risk in a general population is ethically and scientifically limited, with potential for high false positives. There is also no single factor that can predict risk for violence. Even if a moderately reliable screening mechanism could be built, the tool would likely result in a high base rate of false positive cases, given the low base rate of sexual violence perpetration in the general population, which risks bias in the screening process.

- Well-designed systematic reviews have repeatedly found that for adult men, there is no effective strategy for preventing sexual aggression. Currently available evidence does not establish that sexual harassment trainings are effective in preventing occurrence of workplace or on the job harassment.

- Valliere's report lacks rigorous citation to the scientific research data to support her opinions. She improperly makes causal attributions from mere observations rather than relying on robust scientific data to support her opinions. There is considerable heterogeneity in perpetrators of sexual violence (i.e., perpetration against children, intimate partners, acquaintances, etc.) and without reference to the specific studies, samples, contexts, and settings that these claims are based on, the applicability of Valliere's perspectives to the matter at hand cannot be rigorously evaluated. The context of violence in rideshare environments is unique, and the applicability of research in other settings, with other types of perpetration behavior, is unclear. Grounding prevention in scientific evidence is essential, as it allows the best available evidence to guide decisions, rather than generalized assumptions.

- Valliere's report fails to recognize the role of behavioral definitions in lending precision to the description, study, and reporting of types of sexual violence, which are critical for establishing the scope of violence and generating precise prevention practices to respond to it.

## IV.    Scientific Limitations of Predictive Screening for Sexual Offending

Valliere states that "Uber's research of these risk factors and personality traits is a direct acknowledgement again that something can be done to decrease sexual assault in the high risk-environment." This assertion fails to consider the significant limitations and shortcomings of the research literature regarding the predictive screening for sexual offending (Douglas et al., 2017).

4

A meta-analysis of risk assessment tools for the prediction of violence suggest that these methods achieve only moderate levels of accuracy (Yang et al., 2010). In fact, a second systematic review and meta-analysis of risk assessments for violence in 73 studies of 24,827 total participants found that most measures have low to moderate positive predictive values, and higher negative predictive values, meaning that they are better at identifying individuals who *will not be violent* than those who will be (Fazel et al., 2012). In fact, a significant number of individuals who are judged by assessment tools as having a high likelihood for harm are incorrectly classified and do not go on to offend (see Ogonah et al., 2023). Given that false positives are especially high in ethnic minorities, reliance on risk assessments for the determination of violence proclivity can also result in biased decision making, especially for members of protected classes (Shepard, 2016). Notably, few risk assessment tools have been studied in ethnic minority samples (see Shepherd et al., 2016). Taken together, these syntheses of the literature point to a widespread problem relating to the occurrence of "false positives" when risk assessments are used in an attempt to predict risk of violence, and there is a lack of research evidence to support the use of risk assessment tools as determinants of who is likely to harm (Douglas et al., 2017).

Existing measures for evaluating violence proclivity are predominantly studied and implemented among individuals within criminal justice and inpatient psychiatric settings (see Fazel et al., 2023; Singh et al., 2011). The characteristics of criminal justice system samples and psychiatric inpatient samples vary considerably from the general population. As such, there is insufficient basis for assuming that these risk assessments can be applied in new settings or populations (Siontis et al., 2015; Zhou et al., 2016). This is because screening measures are developed and validated for use in a specific population, setting and context. When these measures are transported to a new setting, it assumes that the population, setting and context is similar, which may not be true.  When a screening measure is used with a different population, setting or context than it was developed for, the performance of that measure (i.e., its sensitivity, specificity, positive predictive value, negative predictive value) changes (see Altman & Bland, 1994; Monaghan et al., 2021; Shapiro, 1999; Trevethan, 2017; 2023).  An assessment may be useful in one setting where the occurrence of a condition is high and then generate a high number of false positives when used in a low prevalence population. This is because different base rates of an occurrence in a population influence the predictive value of a measure. Age-related and context-related differences also influence how an occurrence manifests. Thus, a measure validated to predict violence among individuals within a criminal justice or inpatient psychiatric setting will perform differently in a general adult population, where violence presents differently. In sum, data evaluating the use of risk assessments for these groups is of questionable utility for application for other settings and populations (Douglas et al., 2017).

 Detection of risk for violence in a general population with no history of criminal history or psychiatric diagnosis is especially difficult due to low base rates of violence in the general population (Szmukler, 2001). As a result, tools developed for criminal justice and psychiatry inpatient settings perform worse when used in a general population. This is because when a condition is rare (i.e., low base rate), attempting to screen for it is like looking for a needle in a haystack.  The likelihood of identifying false positives for low base rate occurrences can be compared to the process of using metal detector on the beach. Even if the instrument is relatively good, the beachgoer will detect far more worthless metal objects (i.e., false positives) before they find a coin/valuable (i.e., true positive).  Given that the rate of violence is lower in the general population compared to criminal justice and psychiatric populations, use of assessment tools

developed for use in criminal justice and psychiatric inpatient populations will generate significantly more false positives, which can therefore lead to biased decision making (for discussion of the limitations of violence risk assessment see Large & Nielssen, 2017).

As Zimmerman (2022) notes, "when studying a disorder with a relatively low prevalence, it is near impossible for a screening test to have sufficient positive predictive value to be used to validly compare the individuals who do and do not screen positive." Table 2 shows that when the prevalence of a condition is high (50%), a tool with 90% sensitivity and 90% specificity will correctly identify 90 true positives while also indicating 10 false positives. However, when a condition has 5% prevalence, a tool with the same sensitivity and specificity will correctly identify only 9 true positives while also indicating 19 false positives. Thus, with conditions of low prevalence, tools can generate more false positives than they do true positives, highlighting how the same assessment performs in a fundamentally different manner depending on the commonality of a condition.

Figure 1. (see Zimmerman, 2022)

### Table 2. Hypothetical Tables of Association of a Test With Sensitivity and Specificity of 90% With a Disorder Prevalence Rate of 50% or 5%

**A. Disorder Prevalence = 50%**

| Screening Scale | Gold Standard Diagnosis | | |
|---|---|---|---|
| | Present | Absent | Total |
| Positive | 90 | 10 | 100 |
| Negative | 10 | 90 | 100 |
| Total | 100 | 100 | 200 |

Sensitivity = a/(a + c) = 90/100 = 90.0%.
Specificity = d/(b + d) = 90/100 = 90.0%.
Positive Predictive Value = a/(a + b) = 90/100 = 90.0%.
Negative Predictive Value = d/(c + d) = 90/100 = 90.0%.

**B. Disorder Prevalence = 5%**

| Screening Scale | Gold Standard Diagnosis | | |
|---|---|---|---|
| | Present | Absent | Total |
| Positive | 9 | 19 | 28 |
| Negative | 1 | 171 | 172 |
| Total | 10 | 190 | 200 |

Sensitivity = a/(a + c) = 9/10 = 90.0%.
Specificity = d/(b + d) = 171/190 = 90.0%.
Positive predictive value = a/(a + b) = 9/28 = 32.1%.
Negative predictive value = d/(c + d) = 171/172 = 99.4%.

Given high rates of false positives when attempting to screen for low base rate occurrences, it is not recommended to make high-stakes decisions based on an unvalidated screening process. The results of an assessment process that is yet to be validated should also be interpreted cautiously, with any positive results considered as "flags for further assessment." Thus, although there may be pressure to use an existing tool that has been used in a different setting, doing so

comes with real risks when the new population and setting that the tool is to be used in differ substantially.

Estimating a job applicant's risk (or independent contractor/gig worker in the instance of this litigation) of engaging in future misconduct above and beyond utilization of a background check is also challenging for a variety of reasons. The Defense Advisory Committee on the Prevention of Sexual Misconduct (DAC-PSM), which I co-chaired, considered the question of the feasibility of screening before entry into military service of recruits who may have been the subject or perpetrator of prior incidents of sexual assault and harassment (see meeting notes of the DAC-PSM, November 14, 2024; https://www.dhra.mil/Portals/52/Documents/DAC-PSM/DAC-PSM_Presentation_14_November_2024.pdf). The Military Compatibility Research Group (MCRG) examined whether improvements could be made to the Department of Defense's military accession process and conducted a review of the academic literature to assess conceptual predictors of misconduct, which might be utilized to estimate an applicant's risk of engaging in future misconduct, violence, or other problematic behavior. There were no existing assessments that evaluated 17 of the identified potential signals for misconduct, and recommendations pointed to the need to develop a measure specific to the needs and context of the military (Schneider et al., 2012). No single factor can predict risk for violence in general, or sexual violence more specifically. It is also impossible to predict the risk of "imminent" violence (whether self- or other-directed) with 100% specificity and sensitivity.

The multifaceted risk and protective factors that contribute to risk of sexual violence are also well documented. Dr. Andra Teten Tharp and her colleagues conducted a systematic qualitative review that summarized results of 191 published empirical studies examining risk and protective factors for sexual violence perpetration, published in 2013 in the journal *Trauma, Violence, & Abuse*. Studies in the review examined factors for perpetration by and against adolescents and adults, by male and female perpetrators, and by those who offended against individuals of the same sex or opposite sex. Given that predictors of sexual violence between adults differ from perpetration of sexual violence against children, the factors associated with child sexual abuse perpetration were not included in the review. Factors associated with sexual aggression perpetration were identified across the social ecology, reflecting individual, relational, societal, and community-level factors contributing to sexual violence perpetration risk. In all, 2 societal and community factors, 23 relationship factors, and 42 individual-level factors were identified, for a total of 67 factors identified. Consistent support for associations with sexual violence perpetration were identified for 35 of the 67 factors. These findings suggest that no single factor is indicative of risk for sexual aggression (see also O'Connor et al., 2021). Because no study has examined all 35 of these identified factors in a single population, it is not reasonable to expect that an organization would use these 35 factors (individually or in combination) to develop a system to screen for violence risk. First, the accuracy of a predictive equation also drops when it is utilized in a new sample (see Heyman & Slep, 2001 for an example). As a result, findings documenting risk factors for sexual aggression demonstrated in the studies reviewed by Tharp et al. and O'Connor et al. would warrant replication to explore their relevance to a new population and context. Further, because these correlations between various indicators and violence were identified at the group level, applying risk factors to predict the outcomes of an individual case remains contested (Connors & Large, 2023). The above data also highlight how prevention efforts must be multifaceted, comprehensive, include multiple intervention targets, and be implemented across multiple settings to achieve widespread impact. Given the complex nature of sexual

aggression, it is not surprising that currently for adult men, "there is no effective strategy to prevent perpetration" (see Anderson et al., 2023, p. 499; citing reviews by DeGue et al., 2014; Wright et al., 2018).

It is also important to be skeptical of the stereotype that sexual assault is primarily committed by a single high-rate offender group of men. The stereotype that there is a high-rate offender group of men who engage in sexual aggression is linked to a widely discussed cross-sectional study by Lisak and Miller (2002), which used a sample of 120 self-identified offenders (ages 18-71) who were pooled from four studies conducted over seven years at a single university. The study found that among men who reported perpetrating attempted or completed rape, 63% reported multiple rape acts. Findings contributed to the assumption that most acts of sexual aggression were committed by serial perpetrators. Notably, despite both studies being cross-sectional in nature, the data were widely shared and contributed to the assumption that most men who perpetrate sexual assault do so multiple times. The stereotype of the monolithic serial perpetrator was distributed in educational materials by John Foubert and colleagues and contributed to a distorted societal perception that most perpetrators of sexual aggression were sociopathic men who might be easily detected. This assumption masks the heterogeneity of perpetration behavior. More recent and methodologically rigorous longitudinal research suggests a more complex and heterogeneous pattern of sexual violence perpetration than indicated by Lisak and Miller (2002). Specifically, a report from the National Sexual Violence Resource Center (NSVRC), published in 2015, summarizes Swartout and colleagues' (2015) use of latent class growth modeling to test the serial perpetration hypothesis using two large longitudinal studies (n = 847 and n = 795) of college men. Of men who committed college rape, 75% reported perpetration during one year and 25% reported perpetration for two or more years. A small group of men perpetrated sexual aggression prior to college but did not repeat the behavior (5%). An even smaller portion of men  did not perpetrate prior to college but did so during their college years (2.1%). Most men in the sample had no history of sexual aggression and did not perpetrate over the course of the study. These findings, and work by others, point to considerable variability in the future behavior of men with a prior history of sexual aggression, many of whom are unlikely to engage in a future assault (see Abbey et al., 2012; Lussier & Davies, 2011; McWorter et al., 2009; Swartout et al., 2015; Thompson et al., 2013;2015).

 Swartout et al.'s (2015) study utilized the Sexual Experiences Survey (see Koss et al., 1987; Koss et al., 2007) surveys engagement in sexual aggression using behaviorally-specific items, which allow for indication of sexual aggression even when the respondent does not acknowledge the criminal nature of the behavior (Koss & Oros, 1982). Behaviorally-specific descriptions of sexual violence are important for a clear assessment of sexual violence, given that most men who perpetrate sexual aggression do not label it as a crime and do not come to the attention of the criminal justice system (Anderson et al., 2023).

In summary, despite desire to identify individuals at potential risk for committing sexual harm, assault, or misconduct, research has yet to develop reliable systems that accurately predict who will and who will not engage in harm. Attempts to implement predictive screening for sexual assault for those without a prior criminal history are unreliable and result in significant false positives. Accordingly, there is insufficient scientific basis grounded in research to support Dr. Valliere's opinion that Uber "should have" identified potential offenders, like the U.S. military has

rigorously explored, beyond conducting the background checks that Uber already conducts on every individual looking to sign up to drive on the Uber platform.

## V.    Prevention Standards in Taxi and Rideshare Industries

Valliere opines, without scientific support, that "the acts of sexual offenders are often preventable." Understanding the prevalence of harm in a particular context is a critical starting place for implementing a public health approach to violence prevention. A public health approach is the recommended approach to violence prevention offered by the Centers for Disease Control and Prevention. However, it is difficult to estimate the prevalence of harm in public transit settings (Gekoski et al., 2022), and there is little research with methodological rigor estimating the prevalence of sexual violence on public transport in North American settings (Stringer, 2007). In Australia, survey research by Whitzman et al. (2019) among 517 students found that 79% of female respondents had experienced sexual harassment on public transport, and 52% of male respondents reported victimization. Another Australian study of sexual assault and harassment at a university setting conducted in 2016 had over 30,000 respondents from 39 universities (Australian Human Rights Commission, 2017) also identified "travelling to or from university" as a common location of sexual assault (15%). Developing a sound prevention approach therefore requires accurate data to understand the scope of the problem in specific U.S. public transport settings, as well as identification of risk and protective factors. Without this grounding information, a prevention approach is unlikely to be tailored to the specific context in which specific forms of sexual violence occurs. Tillewin and Cox (2024) highlight the need for research to guide prevention practice specific to rideshare risk.

Sexual assault prevention programs for men are underdeveloped in comparison to other approaches (DeGue et al., 2014) and show limited effects in reducing rates of sexual aggression over long-term follow-up periods (Wright et al., 2020). Most programs are specific to college contexts, and not workplace settings for adult men more broadly. In fact, there is little evidence regarding what programs and policies are effective in creating an organizational climate that reduces sexual harassment (Diez-Canseco et al. 2022). Some workplaces implement sexual harassment trainings, but research suggests that these trainings have limited effectiveness in preventing actual occurrences of harm (e.g., Cronin et al., 2024). Medeiros and Griffith (2019) discuss that there is little evidence that attitude change resulting from harassment training programs is maintained over time. Johnson et al. (2018) note that there is little evidence that harassment training has a positive effect on attitudes and highlight potential negative effects. Roehling and Huang's (2018) qualitative review also documents mixed results of harassment training outcomes. A review by Roehling et al., (2022) found that workplace harassment training may increase knowledge, but the impact of training on reducing rates of harassment following the training is unclear.

Given that the lack of available evidence-based prevention programs that reliably demonstrate an objective reduction in rates of harassment or sexual assault among men, following a public health approach to prevention practice can provide an organization with a context-specific strategy for addressing violence risk. Uber's steps to document, describe, and assess risk factors for risk of violence align with the public health framework for violence prevention. These efforts represent an important step in building the evidence base necessary to inform and then guide prevention decisions tailored to this unique context.

More specifically, the public health approach to prevention of sexual violence is emphasized in technical packages and publications of the Centers for Disease Control and Prevention and provide a systematic four-step approach to prevention of violence. These four steps include: 1) Define and monitor the problem; 2) Identify risk and protective factors; 3) Develop and Test Prevention Strategies; and 4) Ensure widespread adoption. Step 1 focuses on using data to understand the scope, characteristics, and consequences of violence. Data can include surveillance systems, surveys, or police reports, with the goal of garnering a clear picture of what's happening in a particular setting, not just what is assumed to be happening based on data from other environments or organizations. Step 2 focuses on developing a context-specific understanding of why violence occurs and what can be done to prevent it. Core questions include understanding what factors increase risk, and what factors protect against it. The goal of this inquiry is to move beyond anecdotes and stereotypes, to understand specific factors in given settings that contribute to the occurrence of harm. Step 3 focuses on using the data garnered in Step 1 and Step 2 to develop or adapt interventions based on the risk/protective factors identified, and then rigorously evaluate whether these programs and practices work to reduce rates of violence. Step 4 focuses on the dissemination of effective programs and policies at scale including the provision of training and technical assistance to ensure that programs are delivered with fidelity. Uber provides evidence of moving along this public health prevention framework pathway in its data collection and typology efforts.

Of note, whereas some college campuses implement sexual assault prevention approaches for their campus (Step 4), they do so without implementing Steps 1-3 (i.e., defining the problem on *their campus*, identifying *their particular risk factors*, identifying programs that are *ideal for their environment*). Focusing only on addressing prevention activity without defining the problem, understanding its scope and risk factors is not evidence-based practice. This same problem manifests in Valliere's report, given its focus on broad concepts relating to sexual assault, rather than the specific context of the matter at hand.

The CDC's public health approach to sexual violence prevention can be utilized by organizations seeking to develop violence prevention approaches. For instance, the work of the Defense Advisory Committee for the Prevention of Sexual Conduct is an example of how the U.S. military was generating its own data to describe the unique context of sexual violence in each branch of the service and working to identify specific risk and protective factors specific to the military context, so that this information could be utilized to inform prevention practices. In unique contexts, where data and programs from other settings (such as college campuses) cannot be readily generalized or applied to other unique contexts, such as rideshare platforms. Generating context-specific data, in addition to risk and protective factors, provides the foundation for a context-specific public health prevention approach. Based on my experience, and the materials reviewed, the steps taken by Uber are consistent with the CDC's public health approach for developing a sexual violence prevention approach. Uber shows evidence of work to identify risk factors for violence with the goal of preventing harm and enhancing public safety, which are reasonable and recommended steps for an organization to implement.

# VI.    Valliere Makes Assertions and Conclusions that Lack Scientific Foundation and Contextual Relevance

Valliere's report includes broad statements regarding perpetration of sexual violence and its prevention without reference to research supporting their effectiveness in this setting, or without reference to whether they were specific to perpetrators of child vs. adult sexual violence. Whereas clinical observation may be useful for working one-on-one with victims and offenders in treatment settings, clinical opinion is not equivalent to empirical evidence. Expert conclusions in risk assessment should be supported by peer-reviewed data, not anecdotal experience. Other assertions, such as statements that Uber's policies "embolden offenders," are speculative, unsupported by empirical evidence, and propose a causal mechanism that cannot be scientifically tested or verified.

In circumstances where Valliere alludes to theory or research, it is unclear which studies are being referred to, or whether these studies are even relevant to the types of assaults which occur in the context of rideshares. Without this clarification, there is risk that the sample, context, setting, or time in history does not apply to the current context at hand. If theory or research has meaningful differences from the rideshare context (*e.g.*, grooming as described in research of perpetrators of child sexual abuse), it may be irrelevant to the current matter.

An example is Valliere's discussion of the underreporting rates of sexual assault in the population-base literature on sexual assault, which are discussed with relevance to Uber incident data. Reporting dynamics vary by setting, and Uber's anonymous reporting mechanisms, lack of any requirement that the rider report to law enforcement in the first instance, and rider demographics make such extrapolation of population-level sexual assault data ungeneralizable to this context. Such broad generalizations throughout her report, without consistent reference and citation to relevant scientific literature, make it impossible to ascertain whether the information discussed in the report is of relevance to the current context.

Citation of the research is essential for several reasons. It allows others to verify the claims and ensures that an individual is not misrepresenting or overgeneralizing the literature. Citation also ensures that there is context-specific relevant evidence to back up a claim.  Grounding claims in reference to specific research studies is also the bedrock of sound evidence-based practice in medicine, public health, and prevention science and allows others to determine the quality and limits of the claims being stated. Knowing the research that is being referenced to support a claim also allows a reader to evaluate the strength of evidence for a claim. Not all published research is equally strong, and not all studies include samples or settings that are applicable to answer specific questions, for specific groups and settings (Burns et al., 2011). For example, different research methodologies also lend varying levels of evidence for decision making, with systematic reviews and meta-analysis considered the highest quality of evidence for decision making, weighted above case studies or studies of single samples. Linking a statement to well-established research also enhances the trustworthiness and credibility of a claim, showing that a perspective is backed by established research, and is not merely one's own opinions. Without citation of research, Valliere's report raises the question of whether the sources that form the opinions presented can be verified or can sufficiently address the nuances and complexity of this unique matter.

11

## VII.    Valliere's Criticism of Uber's Terminology Misunderstands Accepted Research Standards for Use of Behavioral Descriptions of Sexual Violence

Sexual violence can mean different things to different people (Anderson et al., 2023). As a result, in sexual violence research, terms describing behavior (*e.g.*, "non-consensual sexual penetration") are preferred over legal or emotionally charged terms like "rape" (Koss et al., 2007). Use of these precise operational definitions, which are behaviorally specific, is preferred in sexual assault prevention research, because it promotes consistent description of experiences, aids in accurate data collection, and fosters reduced ambiguity in surveys and reports (Krebs, 2014). This is why researchers use terms such as "non-consensual touching" instead of terms like sexual assault. The use of neutral, descriptive language improves reporting reliability, mitigates stigma, and aids prevention research. Review of Uber's taxonomy, developed with the National Sexual Violence Resource Center, reflects these best practices in sexual violence research and aligns with terminology utilized both by the Centers for Disease Control and Prevention as well as National Institutes of Justice (Sniffen, 2018). Valliere's criticism that Uber's terminology "camouflages" criminality misunderstands the distinction between behavioral classification and legal adjudication. She provides no compelling research to support her opinions on this issue. Such a preference for legally loaded terminology risks conflating moral rhetoric with empirical reporting standards, which are meant to foster precision and specificity within the field. Behavioral definitions and terms focus on what happened, rather than a label placed on the experience, and are consistent with best practice in sexual violence research.

## VIII.    Valliere Overstates Organizational Causation and "Constructed Opportunity"

Valliere's report claims that Uber "constructed" an environment which caused sexual violence to occur. But this claim rests on a logical fallacy—in essence, that whenever misconduct occurs on the Uber platform, it must somehow have been caused by conditions created by Uber. "Storks Deliver Babies (p=.0008)" is a popular reading assignment for undergraduate research methods classes across. In Robert Matthew's article, published KIRKLAND & ELLIS INTERNATIONAL LLP Teaching Statistics in 2000, data from 17 European countries in 1990 is analyzed, demonstrating a statistically significant correlation of 0.62 between the number of storks and the number of births. If students interpret this correlation to infer causation, they might make the erroneous conclusion that storks deliver babies. However, if students look at the data carefully, they see there are multiple confounders in the study design that negate the assumption that storks *contribute* to the number of babies simply because there are more storks in towns where there are more babies Another common example to illustrate this point is that ice cream sales and violent crime rates show positive correlations, but there is no causation.

The causal fallacy is relevant to several of Valliere's claims in which repeatedly infer a causal connection between circumstances in the absence of causal evidence. For example, Valliere describes environmental circumstances to be "constructed by Uber," a claim which is abstraction rather than evidence of causation. Like many other environments, rideshares may allow for proximity between individuals; however, the occurrence of proximity between two people does not "cause" sexual violence to occur. Like bars, elevators, and medical exam rooms, rideshare environments create proximity between two individuals, but none of these environments "cause" or "produce" sexual aggression. Individuals who engage in sexual aggression are responsible for their actions, regardless of whether they are in a bar, riding an elevator, giving a physical exam, or

operating a vehicle. A scientifically guided approach to sexual violence research and prevention practice must be critical of claims suggestive of causal fallacy. Causal claims are valid only generated through a research methodology that is appropriate for generating causal evidence.

I reserve the right to supplement my report as new material becomes available to me.

Lindsay Orchowski, Ph.D.

# EXHIBIT A

Updated: 8/26/25

CURRICULUM VITAE
LINDSAY M. ORCHOWSKI, PH.D.


Address:          Brown University Health, Psychiatry and Behavioral Health
                  Adult Outpatient Division
                  146 West River Street, Suite 1F, Providence, RI  02904

Telephone:        (412) 559-2936
Fax:              (401) 444-7109
Email:            Lindsay_Orchowski@Brown.edu


<u>EDUCATION</u>


Undergraduate    Dartmouth College, 06/2003
                 Bachelor of Arts in Psychology and Women's Studies
                 High Honors in Women's Studies

Graduate         Ohio University, 03/2006
                 Master of Science in Clinical Psychology

                 Ohio University, 06/2009
                 Doctor of Philosophy in Clinical Psychology
                 Graduate Certificate in Women's Studies

                 *Specializations*: Applied Quantitative Psychology Track
                                    Child/Family Therapy Track

<u>POSTGRADUATE TRAINING</u>

Internship       Brown University Clinical Psychology Internship Consortium
                 Internship in Clinical Psychology, 07/2008-06/2009

Fellowship       Brown University, Center for Alcohol and Addiction Studies,
                 NIAAA-funded T32 Fellowship in Substance Use Treatment, 07/2009-06/2011

Fellowship       Brown University Clinical Psychology Postdoctoral Fellowship Consortium
                 Investigator-Initiated Fellowship in HIV, Substance Use & Interpersonal
                  Violence, 07/2011-07/2012


<u>PROFESSIONAL LICENSES AND CERTIFICATION</u>

     State of Rhode Island Licensed Psychologist (PS01271), November 2011-present

Updated: 8/26/25

ACADEMIC APPOINTMENTS

Assistant Professor (Research), Department of Psychiatry and Human Behavior, The Warren Alpert Medical School of Brown University, 2012 – 2018

Associate Professor (Research), Department of Psychiatry and Human Behavior, The Alpert Medical School of Brown University, 7/1/18 – 6/30/2024

Affiliated Training Faculty, Brown University Center for Alcohol and Addiction Studies, 2016 – present

Deputy Title IX Coordinator for the Alpert Medical School of Brown University, 2015-2020, 2023 – present

Professor - Research Scholar, Department of Psychiatry and Human Behavior, The Warren Alpert Medical School of Brown University, 7/1/2024 – present

HOSPITAL APPOINTMENTS

Staff Psychologist, Lifespan / Brown University Health, Psychology and Behavioral Health, Adult Outpatient Division, August 2012 – present

Director of Research Advancement, Lifespan Physicians Group / Brown University Health Department of Psychiatry and Behavioral Health, May 2022 – present

Lifespan Research Conflicts of Interest Committee, July 2022 – present

HONORS AND AWARDS

FACULTY HONORS/AWARDS

2019 Department of Psychiatry and Human Behavior Travel Award for Academic Leadership, Alpert Medical School of Brown University

2019 Rhode Island Hospital, Bruce M. Selya Award for Excellence in Research

2020 Honoree, Doctor of Distinction, Rhode Island Senate and House of Representatives, International Women's Day 2020

2022 Federal Appointment, US Secretary of Defense, Department of Defense's Advisory Committee for the Prevention of Sexual Misconduct (DAC-PSM) (2022-2027)

2022 Consulting Editor of the Year for *Psychology of Violence*

Updated: 8/26/25

SPONSORED LEADESRHIP DEVELOPMENT ACTIVITIES

　　2019 Association of American Medical Colleges (AAMC) Mid- Career Women Faculty Leadership Development Seminar, Sponsored Participant

　　2020 Lifespan Physicians Group, Physician Leadership Development Program, American Association for Physician Leadership (AAPL), Sponsored Participant

　　2021 National Research Mentoring Network, Advance – Clinical Translational Research (CTR) Mentoring Training Program, Invited Participant

EARLY CAREER HONORS/AWARDS (DOCTORAL/POSTDOCTORAL)

　　2007 Graduate Student Award for Outstanding Contribution to Counseling Center Work, American Psychological Association, Division 17/Section on College and University Counseling Centers

　　2007 Undergraduate Research Mentorship Award, Ohio University Department of Psychology,

　　2007 Programmatic Research Presentation Award, Ohio University Department of Psychology

　　2007 Graduate Student Funding Award, Ohio University Department of Psychology

　　2007 Student Mental Health Advocate Award, 5th Annual University of Michigan Depression on College Campuses Conference

　　2008 Outstanding Doctoral Student Leadership Award, Ohio University

　　2009 Annual Prize for Psychology Research on Women and Gender, American Psychological Association Division 35/Association for Women in Psychology

　　2010 Young Investigator Travel Award, Research Society on Alcoholism

　　2010 National Institute on Drug Abuse (NIDA) Travel Award, Society for Prevention Research annual meeting and pre-conference workshop, "Integrating Primary Prevention for Substance Use and Mental health with Prevention of HIV/AIDS and Other Associated Consequences of Risky Sexual Behavior among At-Risk Youth"

　　2011 Senior Postdoctoral Fellow, Brown University Center for Alcohol and Addiction Studies

　　2011 Travel Award, 11th Annual Guze Symposium on Alcoholism

　　2011 The Sharon Chauncey Fellowship Award, Brown University Center for Alcohol and Addiction Studies

　　2009 – 2014 Clinical Research Loan Repayment Program Award Recipient, National Institute of Health (NIAAA Funded)

Updated: 8/26/25

<u>EDITORIAL BOARDS</u>

Psychology of Women Quarterly
       Consulting Editor, 2012 – 2014
       Associate Editor, 2014 – present

Psychology of Violence,
       Consulting Editor, 2018 – 2023
       Senior Consulting Editor, 2024 – present

Violence Against Women
       Editorial Board Member, 2020 – 2023

Journal of Child Sexual Abuse
       Associate Editor, 2023-2024
       Co-Editor, 2024 - present

Ad Hoc Reviewer (for 78 Peer-Review Publication Outlets):
 *Addiction*
 *Addiction Research and Theory*
 *Addictive Behaviors*
 *Aggression and Violent Behavior*
 *Aggressive Behavior*
 *AIDS Care*
 *Alcohol*
 *American Journal of Preventative Medicine*
 *American Journal of Sexuality Education*
 *Analyses of Social Issues and Public Policy*
 *Archives of Sexual Behavior*
 *Canadian Journal of Sociology Research*
 *Child Abuse and Neglect*
 *Clinical Psychology Review*
 *Criminal Justice Review*
 *Criminology, Criminal Justice, Law & Society*
 *Cyberpsychology: Journal of Psychological Research on Cyberspace*
 *Drug and Alcohol Review*
 *Emerging Adulthood*
 *Feminist Criminology*
 *Health Education and Behavior*
 *Health Psychology*
 *International J. of Law, Crime and Justice*
 *International Journal of Qualitative Methods*
 *International Journal of Social Welfare*
 *JAMA Pediatrics*
 *Journal of Adolescent Health*
 *Journal of Affective Disorders*
 *Journal of Aggression, Maltreatment & Trauma*
 *Journal of American College Health*
 *Journal of Child and Family Studies*
 *Journal of Child Sexual Abuse*
 *Journal of Consulting and Clinical Psychology*

Updated: 8/26/25

*Journal of Family Psychology*
*Journal of Family Violence*
*Journal of Health Communication*
*Journal of Interpersonal Violence*
*Journal of Marriage and Family*
*Journal of Osteopathic Medicine*
*Journal of Primary Prevention*
*Journal of Public Health*
*Journal of Qualitative Methods*
*Journal of Sex & Marital Therapy*
*Journal of Sex Research*
*Journal of Sexual Aggression*
*Journal of Studies on Alcohol and Drugs*
*Journal of Trauma & Dissociation*
*Journal of Women's Health*
*Justice Review*
*New England Journal of Medicine*
*New Media and Society*
*Prevention Science*
*Psychiatry Research*
*Psychological Trauma: Theory, Research, Practice, & Policy*
*Psychology and Sexuality*
*Psychology of Addictive Behaviors*
*Psychology of Men and Masculinity*
*Psychology of Violence*
*Psychology of Women Quarterly*
*Quality & Quantity*
*Scandinavian Journal of Caring Sciences*
*Security Journal*
Psychology in the Schools
*Self and Identity*
*Sex Roles*
*Sexual Abuse: A Journal of Research and Treatment*
*Social Science Journal*
*Social Work in Mental Health*
*Substance Use and Misuse*
*The American Journal on Addictions*
*The Clinical Supervisor*
*The Sociological Quarterly*
*Training and Education in Professional Psychology*
*Trauma Violence and Abuse*
*Victims and Offenders*
*Violence and Gender*
*Women's Health Issues*
*Women's Health Reports*

Updated: 8/26/25

STUDY SECTIONS (GRANT REVIEW PANELS)

Grant Reviewer, National Institute on Alcohol Abuse and Alcoholism (NIAAA) Epidemiology, Prevention and Behavior Research Review Committee (AA-2): October 19, 2015

Grant Reviewer, Social Sciences and Humanities Research Council of Canada (SSHRC), January 2015

Grant Reviewer, National Institute on Alcohol Abuse and Alcoholism (NIAAA) ZAA1 DD (02) Research Review Committee: November 16, 2016

Grant Reviewer, SAMHSA National Child Traumatic Stress Category III Program (NCTSI III; SM - 16 -005), March 21, 2016

Grant Reviewer, National Institutes of Justice Violence Against Women (VAW) Elder Standing Review Panel, June 5 - 8 2017

Grant Reviewer, National Institute on Alcohol Abuse and Alcoholism (NIAAA) ZAA1 DD (05) Research Review Committee: July 14, 2017

Grant Reviewer, National Science Foundation Law and Social Sciences Program (LSS), October 2017

Grant Reviewer, National Institute on Alcohol Abuse and Alcoholism (NIAAA), Special Emphasis Panel ZAA1 DD (03): April 2, 2018

Grant Reviewer, National Institute on Alcohol Abuse and Alcoholism (NIAAA), Special Emphasis Panel, 2019/01 ZAA1 AA (02) 1: November 29, 2018

Grant Reviewer, National Institute on Alcohol Abuse and Alcoholism (NIAAA), Loan Repayment Program Review, ZAA1 AA 30 1: June 7, 2019

Grant Reviewer, Social Sciences and Humanities Research Council of Canada (SSHRC) Insight Grant: January 20, 2020

Grant Reviewer, National Institute on Alcohol Abuse and Alcoholism (NIAAA), Loan Repayment Program Review, 2020/08 ZAA1 AA (30) 1: May 6, 2020

Grant Reviewer, Department of Defense, Broad Agency Announcement (BAA), FY2020, June 2020

Grant Reviewer, National Institute of Justice, FY 2020 NIJ-OVW Research and Evaluation on Violence Against Women, Panel 2: June 5, 2020

Grant Reviewer, National Institute on Alcohol Abuse and Alcoholism (NIAAA), Loan Repayment Program Review, 2021/08 ZAA1 AA (30) 1: April 21, 2021.

Grant Reviewer, National Institutes of Justice (NIJ) 2021 Violence Against Women R&E Solicitations: July 7, 2021

Updated: 8/26/25

Grant Reviewer: National Institute on Alcohol Abuse and Alcoholism (NIAAA), Loan Repayment Program Review, 2022/08 ZAA1 AA (30) 1: April 24, 2022

Ad Hoc Reviewer, Rhode Island INBRE (Biomedical Research Excellence) Developmental Research Project Program, January 2023

Grant Reviewer, National Institute of Health, Center for Scientific Review (CSR), Social Psychology, Personality, and Interpersonal Processes study section (SPIP), February 28-March 1, 2023

Grant Reviewer: National Institute on Alcohol Abuse and Alcoholism (NIAAA), Loan Repayment Program Review, 2023/08 ZAA1 AA (30) 1, March 21, 2023

Grant Reviewer, Israel Science Foundation (ISF), March/April 2023

Grant Reviewer, Centers for Disease Control and Prevention, CDC Special Emphasis Panel RFA-CE-24-001 Panel A, Grants for Injury Control Research Centers (ICRC), May 16-17, 2023

Grant Reviewer, Office of Justice Programs' (OJP), National Institute of Justice's (NIJ) FY 2023 Research and Evaluation on Violence Against Women program, June 24 – July 5, 2023

Member of the Epidemiology, Prevention and Behavior Research Study Section (AA), National Institute on Alcohol Abuse and Alcoholism Initial Review Group (AA), National Institute on Alcoholism and Alcohol Abuse, (NIAAA), term beginning 07/01/2023 and ending 06/30/2027

Grant Reviewer: National Institute on Alcohol Abuse and Alcoholism (NIAAA), Loan Repayment Program Review, 2024/08 ZAA1 AA (30), March 2024

Grant Reviewer: National Institute on Alcohol Abuse and Alcoholism (NIAAA), Loan Repayment Program Review, 2025/08 ZAA1 AA (30) 1, March 2025


EXTERNAL UNIVERSITY APPOINTMENTS

Adjunct Faculty, Community College of Rhode Island, Department of Psychology, 2009 – present

Affiliated Instructor, Wheaton College Department of Psychology, 2010 – present

Adjunct Faculty, Rhode Island College, Department of Counseling, Leadership and School Psychology, 2011 – present


UNIVERSITY MENTORING ROLES

- Secondary Faculty Advisor, Fall 2016: Independent Study: Unlearning and rethinking masculinity. Brown University. Additional Faculty Sponsors: Dr. Gail Cohee, Marc Peters.

- Faculty Advisor, 2016-2017 Brown University School of Public Health Honors Thesis. Olivia Veira: Systematic review of readiness to change in IPV treatment programs.

Updated: 8/26/25

- Faculty Advisor, 2016-2017: Brown University School of Public Health Honors Thesis. Camille Garnsey: Peer mentorship for survivors of intimate partner violence: A qualitative analysis of program acceptability and feasibility.

- Secondary Advisor/F32 Consultant, 2016-2017: Brown University Clinical Psychology Internship Training Program. Charlene Collibee.

- Masters Thesis Advisor, 2017-2018. Brown University School of Public Health, Masters in Public Health. Mary Righi.

- Masters Thesis Advisor, 2017-2018. Brown University School of Public Health, Masters in Public Health. Nykia Leach.

- Faculty Advisor: Fall 2017. Independent Study, Create for Change. Brown University BioMed Department. (BIOL 1950).

- Faculty Advisor: Spring 2018. Independent Study, Create for Change. Brown University BioMed Department. (BIOL 1950).

- Research Mentor, Brown Clinical Psychology Internship Program, Adult Track (2018-2019; Michelle Haikalis)

- Research Mentor, Brown Clinical Psychology Internship Program, Behavioral Medicine Track (2018-2019; Mohamed Mazheruddin Mulla).

- Postdoctoral Research Mentor, Brown Centers for Alcohol and Addiction Studies, 2019-2022 (Michelle Haikalis, Ph.D.)

- Postdoctoral Research Mentor, Brown University Postdoctoral Fellowship Program, 2019-2020 (Mohamed Mazheruddin Mulla, Ph.D.)

- Postdoctoral Research Mentor, Brown University Postdoctoral Fellowship Program, 2019-2020 (Hailee Dunn, Ph.D.)

- Research Mentor, Brown Clinical Psychology Internship Program, Adult Track, 2019-2020 (Gabriella Lopéz).

- Postdoctoral Research Mentor, Brown Centers for Alcohol and Addiction Studies, 2020-2023 (Gabriella Lopéz, Ph.D.)

- Research Mentor, Brown Clinical Psychology Internship Program, Adult Track, 2019-2020 (Prachi Bhuptani).

- Postdoctoral Research Co-Mentor, Investigator Funded Postdoctoral Research Fellowship, Brown University Clinical Psychology Fellowship Consortium, 2021-2023 (Prachi Bhuptani, Ph.D.)

- Faculty Advisor, Independent Study, Sexual Assault Prevention Research, 2021-2022; Department of Psychology Brown University (Georgia Chan)

Updated: 8/26/25

- Research Mentor, Margarita Cruz-Sanchez, Stephen Turner Fund for Lifestyle or Preventative Medicine for the 1-year project entitled "Advancing the career development of a physician scientist in intimate partner violence screening, prevention and intervention: a mentored research experience", May 2, 2022 - April 28, 2023.

- Faculty Advisor, Honors Thesis, Sexual Assault Prevention Research, 2022-2023; Department of Psychology Brown University (Georgia Chan)

- Research Mentor, Brown Clinical Psychology Internship Program, Adult Track, 2022-2023 (Roselyn Peterson)

- Postdoctoral Research Mentor, Brown Centers for Alcohol and Addiction Studies, 2023-2025 (Roselyn Peterson, Ph.D.)

- Research Mentor, Brown Clinical Psychology Internship Program, Adult Track, 2023-2024 (Alexis Adams-Clark)

- Research Mentor, Brown Clinical Psychology Internship Program, Adult Track, 2024-2025 (Kayla Ford)

- Postdoctoral Research Mentor, Brown Centers for Alcohol and Addiction Studies, 2023-2025 (Molly Malloney, Ph.D.)

- Postdoctoral Fellowship Mentee, Social Sciences and Humanities Research Council of Canada (Valérie Théorêt, Ph.D.), 2024-2025

TRAINING GRANT MENTORING ROLES

Mentorship of K-Awardees:
- Elizabeth Tampke, Ph.D. (K01, CDC)
- Michelle Haikalis, Ph.D. (K08, NIAAA)
- Gabriella Lopéz, Ph.D. (K99//R00, NIAAA)
- Prachi Bhuptani, Ph.D. (K99/R00 NIDA, Patterson Mentored Research Award)

Mentorship of F31 Awardees:
- Reina Kiefer, M.S. (F31, NIAAA)

Training Grant Affiliations
- Center for Alcohol and Addiction Studies T32 Training Program (NIAAA; 5T32AA007459-35; NIDA; 5T32DA016184-18)
- The Childhood Stress, Trauma, & Resilience (STAR) T32 Training Program (NICHD; 5T32HD101392-03)
- Child/Adolescent/Young Adult HIV Research T32 Training Program (NIMH; 5T32MH078788-15)

Updated: 8/26/25

## FACULTY COMMITEES

Member, Sexual Assault Advisory Board, Brown University, 2012 – 2014

Member, Brown University Task Force on Sexual Assault, 2014 – 2015

Member, Search Committee for the Director of Implementation Science, Brown University Department of Psychiatry and Human Behavior, 2016 – 2017

Member, Search Committee for the Office of Institutional Equity and Diversity (OIED) Institutional Equity Officer, Brown University, 2018 – 2019

Co-Chair, Search Committee for the Assistant Dean for Equity and Diversity, Alpert Medical School of Brown University, 2019 – 2020

Member, Committee on the Learning Environment (COLE), Alpert Medical School of Brown University, 2018 – present

Member, Academic Faculty Appointments, Reappoints, and Promotions Committee, 7/1/24 - present

## STATE AND NATIONAL SERVICE ACTIVITIES

Member, American Association of Universities (AAU) Sexual Assault Campus Climate Survey Design Team, 2014 – 2015

Co-Founder, Collaborative for Comprehensive Campus Sexual Violence Prevention (CCCSVP), 2015

Member, The Heartland Project (NIJ) Technical Advisory Group, 2016 – 2019

Member, Rhode Island Cross Campus Collaborative for Sexual Assault Prevention, 2017 – present

Member, Culture of Respect Campus Leadership Team, Brown University, 2021 – 2023

International Society for Traumatic Stress Studies, Program Reviewer, Annual Conference 2021

International Society for Traumatic Stress Studies, Education Production Subcommittee, 2023 – 2024

National Organization for Victim Advocacy's (NOVA) Military Domestic Abuse Advisory Group Member, 2024 – present

Updated: 8/26/25

<u>EARLY CAREER SERVICE EXPERIENCE (DOCTORAL/POSTDOCTORAL)</u>

Member, Ad hoc Committee on Alcohol Policy, Dartmouth College, 2001  – 2002

Member, Graduate Student Representative Committee, Ohio University Department of Psychology, 2003 – 2007

Member, Graduate Student Representative to Committee on Scholarships and Awards, Ohio University Department of Psychology, 2004 – 2005

Co-Chair, Graduate Student Representative Committee, Ohio University Department of Psychology, 2004 – 2006

Graduate Student Representative, Departmental Meetings, Ohio University Department of Psychology, 2005 – 2007

Graduate Student Liaison, Council of University Directors of Clinical Psychology, Ohio University Department of Psychology, 2006 – 2009

Intern Representative, Admissions Committee, Brown University Psychology Internship Consortium, 2008 – 2009

Postdoctoral Representative, Brown University Postdoctoral Advisory Panel, 2009 – 2012

Postdoctoral Chair, Program Committee for the NIAAA T32 Training Directors Conference, Brown University Center for Alcohol and Addiction Studies, 2010 – 2011

<u>PROFESSIONAL SOCIEITES</u>

Association for Behavioral and Cognitive Therapy, 2003-present
American Psychological Association, 2003-present
  *Member, Division 35, Association for Women in Psychology*
International Society for Traumatic Stress Studies, 2009-present
Research Society on Alcoholism, 2009-present


<u>BOOKS</u>

1. **Orchowski**, L.M. & Gidycz, C.A. (2018). *Sexual assault risk reduction: Theory, research and practice*.  Philadelphia: Elsevier.

2. **Orchowski,** L.M. & Berkowitz, A. (2022). *Engaging boys and men in sexual assault prevention: Theory, research, and practice*. San Diego: Elsevier.

3. **Orchowski**, L.M. & DeJong, W. (under contract). *Health behavior and social norms: Theory, research, and strategies for change***.**  Washington DC: American Psychological Association.

4. **Orchowski,** L.M. & Hollander, J. (under contract).  Empowerment Self-Defense: Theory, Practice and Research. San Diego: Elsevier.

Updated: 8/26/25

ORIGINAL PUBLICATIONS

Summary
**239** Total
**172** Peer-Review Publications (149 Empirical, 23 Non-Empirical/Reviews)
**43** Book Chapters
**24** Reports/Non-Peer Review Publications

i10-index: 94
h-index:41

EMPIRICAL PUBLCIATIONS IN PEER-REVIEWED JOURNALS

1.  Gidycz, C. A., Rich, C. L., **Orchowski**, L., King, C., & Miller, A. (2006). The evaluation of a sexual assault self-defense and risk-reduction program for college women: A prospective study. *Psychology of Women Quarterly*, 30(2), 173-186. doi: 10.1111/j.1471-6402.2006.00280.x

2.  Loh, C., **Orchowski**, L. M., Gidycz, C. A., & Elizaga, R. A. (2007). Socialization and sexual aggression in college men: The role of observational influence in detecting risk cues. *Psychology of Men & Masculinity*, 8(3), 129-144. doi: 10.1037/1524-9220.8.3.129

3.  Gidycz, C. A., Warkentin, J. B., & **Orchowski**, L. M. (2007). Predictors of perpetration of verbal, physical, and sexual violence: A prospective analysis of college men. *Psychology of Men & Masculinity*, 8(2), 79-94. doi: 10.1037/1524-9220.8.2.79

4.  Gidycz, C. A., **Orchowski**, L. M., King, C. R., & Rich, C. L. (2008). Sexual victimization and health-risk behaviors: A prospective analysis of college women. *Journal of Interpersonal Violence*, 23(6), 744-763. doi: 10.1177/0886260507313944

5.  **Orchowski**, L. M., Gidycz, C. A., & Raffle, H. (2008). Evaluation of a sexual assault risk reduction and self-defense program: A prospective analysis of a revised protocol. *Psychology of Women Quarterly*, 32(2), 204-218. doi: 10.1111/j.1471-6402.2008.00425.x

6.  **Orchowski**, L. M., Uhlin, B. D., Probst, D. R., Edwards, K. M., & Anderson, T. (2009). An assimilation analysis of clinician-assisted emotional disclosure therapy with survivors of intimate partner sexual assault. *Psychotherapy Research*, 19(3), 293-311. doi: 10.1080/10503300902810600

7.  **Orchowski**, L. M., Meyer, D. H., & Gidycz, C. A. (2009). College women's likelihood to report unwanted sexual experiences to campus agencies: Trends and correlates. *Journal of Aggression, Maltreatment & Trauma,* 18(8), 839-858. doi: 10.1080/10926770903291779

8.  Gidycz, C. A., Warkentin, J. B., **Orchowski**, L. M., & Edwards, K. M. (2011). College men's perceived likelihood to perpetrate sexual aggression. *Journal of Aggression, Maltreatment and Trauma, 20*(3)*,* 260-279.  doi: 10.1080/10926771.2011.562480

9.  **Orchowski**, L. M., Castelino, P., Ng, H. M., Cosio, D., & Heaton, J. A. (2011). The design and implementation of a counselor-in-residence program.  *Journal of College Student Psychotherapy*, *25(3)*, 241–258. doi: 10.1080/87568225.2011.556968

Updated: 8/26/25

10. Gidycz, C. A., **Orchowski**, L. M., & Berkowitz, A. D. (2011). Preventing sexual aggression among college men: An evaluation of a social norms and bystander intervention program. *Violence Against Women*, *17*(6), 720-742. 1-23. doi: 10.1177/1077801211409727

11. **Orchowski**, L. M., & Barnett, N. P. (2012). Alcohol-related sexual consequences during the transition from high school to college. *Addictive Behaviors,* 37(3), 256-263. doi: 10.1016/j.addbeh.2011.10.010. PMID:23438241; PMCID: PMC3966428

12. **Orchowski**, L. M., & Gidycz, C. A. (2012). To whom do college women confide following sexual assault? A prospective study of predictors of sexual assault disclosure and social reactions. *Violence Against Women, 18*(3), 264-288. doi: 10.1177/1077801212442917

13. **Orchowski**, L. M., Creech, S. K., Reddy, M. K., Capezza, N. M., & Ratcliff, T. (2012). College women's perceived risk to experience sexual victimization: A prospective analysis. *Violence and Victims, 27*(2), 194-214. doi: 10.1891/0886-6708.27.2.194

14. **Orchowski,** L. M., Untied, A. S., Gidycz, C. A. (2012). Reducing risk for sexual victimization: An analysis of the perceived socioemotional consequences of self-protective behaviors. *Journal of Interpersonal Violence, 27* (9), 1743-1761. doi: 10.1177/0886260511430391

15. **Orchowski,** L. M., Mastroleo, N. R., & Borsari, B. (2012). Correlates of alcohol-related regretted sex among college students. *Psychology of Addictive Behaviors, 26(4)*, 782-790. doi: 10.1037/a0027840. PMID: 2244876

16. Untied, A. S., **Orchowski**, L. M., Mastroleo, N., & Gidycz, C. A. (2012). College students' social reactions to the victim in a hypothetical sexual assault scenario: The role of victim and perpetrator alcohol use. *Violence and Victims, 27* (6), 957-972. doi: 10.1891/0886-6708.27.6.957. PMID: 23393956

17. Schonbrun, Y. C., **Orchowski**, L. M., & Spillane, N. (2013). Intimate partner violence and use of alcohol and drug treatment services among a national sample. *Addictive Disorders & Their Treatment, 12(2), 58-66.* doi: 10.1097/ADT.0b013e31825791ff

18. **Orchowski**, L. M., Untied, A. S., & Gidycz, C. A. (2013). Social reactions to disclosure of sexual victimization and adjustment among survivors of sexual assault. *Journal of Interpersonal Violence, 28* (10), 2005-2023. doi: 10.1177/0886260512471085

19. Untied, A. S., **Orchowski**, L. M., & Lazar, V. (2013). College men's and women's respective perceptions of risk to perpetrate or experience sexual assault: The role of alcohol use and expectancies. *Violence Against Women, 19(7),* 903-923. doi: 10.1177/1077801213498216. PMCID: PMC4632839

20. **Orchowski,** L. M., Untied, A. S. & Gidycz, C.A. (2013). Factors associated with college women's labeling of sexual victimization. *Violence and Victims*, *28*(6), 940-958. doi: 10.1891/0886-6708.VV-D-12-00049. PMID: 24547673

21. Barnett, N. P., **Orchowski**, L. M., Read, J. P., & Kahler, C. W. (2013). Predictors and consequences of pregaming using day- and week-level measurements. *Psychology of Addictive Behaviors, 27* (4), 921-933. doi: 10.1037/a0031402. PMID:23438241; PMCID: PMC3966428

Updated: 8/26/25

22.  **Orchowski**, L. M., & Gidycz, C. A. (2015). Psychological consequences associated with positive and negative responses to disclosure of sexual assault among college women: A prospective study. *Violence Against Women, 21*(7)*,* 803-823. doi: 10.1177/1077801215584068. PMID: 25926138; PMCID: PMC4632843

23.  Gidycz, C. A., **Orchowski**, L. M., Probst, D. R., Edwards, K. M., Murphy, M., & Tansill, E. (2015). Concurrent administration of sexual assault prevention and risk reduction programming: Outcomes for women. *Violence Against Women*, *21(6)*, 780-800. doi: 10.1177/1077801215576579

24.  **Orchowski**, L. M., Berkowitz, A., Boggis, J., & Oesterle, D. (2016). Bystander intervention among college men: The role of alcohol and correlates of sexual aggression. *Journal of Interpersonal Violence, 31*(17) 2824–2846. doi: 10.1177/0886260515581904

25.  Kelley, E. L., **Orchowski**, L. M., & Gidycz, C. A. (2016). Sexual victimization among college women: Role of sexual assertiveness and resistance variables. *Psychology of Violence, 6*(2), 243-252. doi: 10.1037/a0039407

26.  Creech, S. K., & **Orchowski**, L. M. (2016). Correlates of sexual revictimization among women veterans presenting to primary care. *Traumatology*, *22*(3),165-173. doi: 10.1037/trm0000082

27.  Magill, M., Colby, S. M., **Orchowski**, L., Murphy, J. G., Hoadley, A., Brazil, L. A., & Barnett, N. P. (2017). How does brief motivational intervention change heavy drinking and harm among underage young adult drinkers? *Journal of Consulting and Clinical Psychology, 85* (5), 447-458. doi: 10.1037/ccp0000200

28.  Titelius, E. N., Cook, E. Spas, J., **Orchowski**, L., Kivisto, K., O'Brien, K., … Seymour, K. E. (2018). Emotion dysregulation mediates the relationship between child maltreatment and non-suicidal self-injury. *Journal of Aggression, Maltreatment, and Trauma, 27*(3), 323–331. doi: 10.1080/10926771.2017.1338814 PMID: 30369785

29.  **Orchowski**, L. M., Gobin, R. L., & Zlotnick, C. (2018).  Correlates of condom use among community college women: The role of victimization, substance use, and mental health symptoms.  *American Journal of Sexuality Education, 13(2), 170-189.* doi: 10.1080/15546128.2018.1443302 PMID: 30881260

30.  Bogen, K. W., Bleiweiss, K., & **Orchowski**, L. M. (2019). Sexual violence is #NotOkay: Social reactions to disclosures of sexual victimization on twitter. *Psychology of Violence, 9*(1), 127-137. doi: 10.1037/vio0000192

31.  Bogen, K. W., Millman, C., Huntington, F., & **Orchowski**, L. M. (2018). A qualitative analysis of disclosing sexual victimization by# NotOkay during the 2016 presidential election. *Violence and Gender*, *5*(3), 174-181. doi: 10.1089/vio.2017.0053

32.  Colby, S. M., **Orchowski**, L. M., Magill, M., Murphy, J. G., Brazil, L. A., Apodaca, T., Kahler, C. W., & Barnett, N. (2018). Brief motivational intervention for non-college underage drinkers: Harm reduction findings from a randomized controlled trial. *Alcoholism: Clinical and Experimental Research, 42* (7), 1342-1351. doi: 10.1111/acer.1377

Updated: 8/26/25

33. **Orchowski**, L. M., Barnett, N. P., Berkowitz, A., Borsari, B., Oesterle, D., & Zlotnick, C. (2018). Sexual Assault Prevention for Heavy Drinking College Men: Development and Feasibility of an Integrated Approach. *Violence Against Women*, 24 (11), 1369–1396. doi: 10.1177/1077801218787928

34. Oesterle, D. W., **Orchowski**, L. M., Moreno, O., & Berkowitz, A. (2018). A qualitative analysis of bystander intervention among heavy-drinking college men. *Violence Against Women*, 24(10), 1207-1231. doi: 10.1177/1077801218781931

35. Kuo, C., Mathews, C., LoVette, A., Harrison, A., **Orchowski**, L., Pellowski, J. A., … Brown, L. K. (2019). Perpetration of sexual aggression among adolescents in South Africa. *Journal of Adolescence, 72,* 32-36. doi: 10.1016/j.adolescence.2019.02.002

36. Gomez, J., **Orchowski**, L., Pearlman, D. N., & Zlotnick, C. (2019). Alcohol Use and Intimate Partner Violence Among Community College Women: An Exploration of Protective Factors. Violence and gender, 6(3), 187–195. https://doi.org/10.1089/vio.2018.0023 PMID: 31528653

37. Rostad, W. L., Gittins-Stone, D., Huntington, C., Rizzo, C. J., Pearlman, D., & **Orchowski,** L. (2019). The Association Between Exposure to Violent Pornography and Teen Dating Violence in Grade 10 High School Students. *Archives of Sexual Behavior, 48(*7), 2137–2147. https://doi.org/10.1007/s10508-019-1435-4 PMID: 31309432

38. **Orchowski**, L.M., Yusufov, M., Oesterle, D., Bogen, K.W., & Zlotnick, C. (2019). Intimate Partner Violence and Coerced Unprotected Sex Among Young Women Attending Community College. *Archives of Sexual Behavior, 49* (3), 971-882. doi:10.1007/s10508-019-01537-5

39. **Orchowski**, L. M., Edwards, K. M., Hollander, J. A., Banyard, V. L., Senn, C. Y., & Gidycz, C. A. (2020). Integrating sexual assault resistance, bystander and men's social norms strategies to prevent sexual violence on college campuses: A call to action. *Trauma, Violence and Abuse*. 21 (4), 811-827.  doi: 10.1177/1524838018789153

40. Berry-Caban, C. S., **Orchowski**, L. M., Winstead, T., Metzger, E., Kazemi, D. (2020) Conceptualizations of hooking up among male soldiers: A qualitative analysis. *Military Medicine, 185* (Supplement 1),355-361.  doi:10.1093/milmed/usz230

41. Caban, C., **Orchowski,** L. M., Wimsatt, M., Winstead, T. L., Klaric, J., Prisock, K., & Kazemi, D., (2020). Male soldiers' attitudes toward women: The influence of perceived social norms. *Journal of Family Violence, 35 (4), 339-347.* https://doi.org/10.1007/s10896-019-00096-6

42. Norris, A. L., & **Orchowski,** L. M. (2020). Peer victimization of sexual and gender minority youth: A cross-sectional study of high school students. *Psychology of Violence, 10(2), 201–211. https://doi.org/10.1037/vio0000260*

43. Mulla, M. M., Bogen, K. W., & Orchowski, L. M. (2020). The mediating role of school connectedness in the associations between dating and sexual violence victimization and substance use among high school students. Preventive medicine, 139, 106197. https://doi.org/10.1016/j.ypmed.2020.106197 PMID: 32652131

44. Bogen, K. W., Bleiweiss, K. K., Leach, N. R., & **Orchowski,** L. M. (2021).  #MeToo: Disclosure and response to sexual victimization on Twitter. *Journal of Interpersonal Violence*, 36, 17-18, 8257-8288. https://doi.org/10.1177/0886260519851211

Updated: 8/26/25

45. Garcia, G.M., Bogen, K.W., Rodriguez-Guzman, V.M., Nugent, N., & **Orchowski**, L.M. (2021) #4645Boricuas: Twitter reactions to the estimates of deaths by Hurricane Maria in Puerto Rico. *Journal of Community Psychology, 49* (3), 768-790.  https:// doi.org/10.1002/jcop.22295

46. **Orchowski**, L. M., Gidycz, C. A., & Kraft, K. (2021). Resisting Unwanted Sexual and Social Advances: Perspectives of College Women and Men. *Journal of Interpersonal Violence*, 36(7-8) NP4049–NP4073. doi: 10.1177/0886260518781805

47. Norona, J. C., Borsari, B., Oesterle, D. W., & Orchowski, L. M. (2021). Alcohol Use and Risk Factors for Sexual Aggression: Differences According to Relationship Status. *Journal of Interpersonal Violence, 36(*9-10), NP5125–NP5147. https://doi.org/10.1177/0886260518795169 PMID: 30168352

48. Collibee, C., Rizzo, C., Bleiweiss, K., & **Orchowski,** L. M. (2021). The Influence of Peer Support for Violence and Peer Acceptance of Rape Myths on Multiple Forms of Interpersonal Violence Among Youth. *Journal of Interpersonal Violence, 36*(15-16), 7185–7201. https://doi.org/10.1177/0886260519832925 PMID: 30832526

49. Righi, M. K., Bogen, K. W., Kuo, C., & **Orchowski,** L. M. (2021). A Qualitative Analysis of Beliefs About Sexual Consent Among High School Students. *Journal of Interpersonal Violence, 36*(15-16), NP8290–NP8316. https://doi.org/10.1177/0886260519842855 PMID: 30973037

50. Yusufov, M., & **Orchowski**, L. M. (2021). Readiness to engage in assertive responding, self-protective dating behaviors, and sexual communication: A transtheoretical model-based analysis of college women. Journal of American College Health, 69(8), 959–970. https://doi.org/10.1080/07448481.2020.1719111 PMID: 32027242

51. Creech, S. K., Pulverman, C. S., Shin, M. E., Roe, K. T., Tzilos Wernette, G., Orchowski, L. M., Kahler, C. W., Shea, M. T., Zlotnick, C. (2021). An open trial to test acceptability and feasibility of a computerized intervention for women veterans with sexual trauma histories seeking primary care treatment. *Violence Against Women*, 27(3-4), 597–614. https://doi.org/10.1177/1077801219895102

52. Bogen, K.W. & **Orchowski**, L.M. (2021). A geospatial analysis of disclosure of sexual victimization on Twitter using #MeToo. *Women & Therapy Special Issue: Resistance & Recovery in the #MeToo Era, 44,* 3-4, 374-390. https://doi.org/10.1080/02703149.2021.1961449

53. Rodríguez-Guzmán, V. M., García-Ramírez, G. M., Bogen, K. W., **Orchowski**, L. M., & Nugent, N. R. (2021).  #PuertoRicoSeLevanta: A closer look at the language used on the first-year anniversary of Hurricane Maria. *Journal of Technology in Behavioral Science, 6*(2), 358-364. https://doi.org/10.1007/s41347-020-00167-2

54. Bogen, K. W., Williams, S. L., Reidy, D. E., & **Orchowski**, L. M. (2021). We (want to) believe in the best of men: A qualitative analysis of reactions to #Gillette on Twitter. *Psychology of Men and Masculinities, 22*(1), 101–112. https://doi.org/10.1037/men0000308

55. Reidy, D. E., Huntington, C., Smith, H. W., 4th, Bogen, K. W., Estefan, L. F., & **Orchowski,** L. M. (2021). Community-level risk & protective correlates of violent crimes. Preventive medicine, 142, 106380. https://doi.org/10.1016/j.ypmed.2020.106380

56.  Dunn, H., Pearlman, D., Montgomery, M., & **Orchowski,** L.M. (2022). Predictors of sexual intimate partner violence perpetration among men: A prospective analysis. *Journal of Interpersonal Violence, 37* (13-14), NP11161-NP11179. https://doi.org/10.1177/0886260521989735

57.  Creech, S. K., Pulverman, C. S., Kahler, C. W., **Orchowski,** L. M., Shea, M. T., Wernette, G. T., & Zlotnick, C. (2022). Computerized intervention in primary care for women veterans with Sexual assault histories and psychosocial health risks: A randomized clinical trial. Journal of General Internal Medicine, 37(5), 1097–1107. https://doi.org/10.1007/s11606-021-06851-0 PMID: 34013470

58.  Norris, A. L., López, G., & **Orchowski,** L. M. (2022). Directionality of Dating Violence Among High School Youth: Rates and Correlates by Gender and Sexual Orientation. Journal of interpersonal violence, 37(7-8), NP3954–NP3980. https://doi.org/10.1177/0886260520951308 PMID: 32886010

59.  Bogen, K. W., Haikalis, M., Meza Lopez, R. J., López, G., & **Orchowski,** L. M. (2022). It Happens in #ChurchToo: Twitter Discourse Regarding Sexual Victimization Within Religious Communities. *Journal of Interpersonal Violence, 37*(3-4), 1338–1366. https://doi.org/10.1177/0886260520922365 PMID: 32469670

60.  Mulla, M. M., Haikalis, M., **Orchowski,** L. M., & Berkowitz, A. D. (2022). The Prospective Influence of Perceived Social Norms on Bystander Actions Against Sexual Violence and Relationship Abuse: A Multiple Mediation Model. Journal of interpersonal violence, 37(3-4), NP2313–NP2337. https://doi.org/10.1177/0886260520933035 PMID: 32618213

61.  **Orchowski,** L. M., Oesterle, D. W., Moreno, O., Yusufov, M., Berkowitz, A., Abbey, A., Barnett, N. P., & Borsari, B. (2022). A Qualitative Analysis of Sexual Consent among Heavy-drinking College Men. Journal of Interpersonal Violence, 37(7-8), NP5566–NP5593. https://doi.org/10.1177/0886260520958658 PMID: 32990140

62.  Bogen, K. W., Mulla, M. M. M., & **Orchowski,** L. M. (2022). Gender-equitable Attitudes, Rape Myth Acceptance, and Perceived Peer Acceptance of Violence among High School Students: An Examination of Gender and Athletic Involvement. Journal of interpersonal violence, 37(7-8), NP5009–NP5025. https://doi.org/10.1177/0886260520958649

63.  Bogen, K. W., Mulla, M. M. M., Haikalis, M., & **Orchowski,** L. M. (2022). Sexual Victimization Among Men: A Qualitative Analysis of the Twitter Hashtag #UsToo. Journal of interpersonal violence, 37(9-10), NP7825–NP7849. https://doi.org/10.1177/0886260520967167 PMID: 33146060

64.  Gilmore, A. K., Walsh, K., López, C., Fortson, K., Oesterle, D. W., Salamanca, N. K., **Orchowski**, L. M., & Davis, K. C. (2022). Sexual assault victimization: Latinx identity as a protective factor for sexual minorities. *Journal of Interpersonal Violence, 37 (*13-14), NP12542-NP12563.  https://doi.org/10.1177/0886260521999122

65.  D'Avanzano, C., Bogen, K. W., Kuo, C. C., & **Orchowski,** L. M. (2022). Online dialogue surrounding violence against women in South Africa: A qualitative analysis of #MenAreTrash. *Journal of Sexual Aggression*, 28 (1), 28-44. https://doi.org/10.1080/13552600.2021.1892219

Updated: 8/26/25

66. Herbitter, C., Norris, A. L., Nelson, K. M., & Orchowski, L. M. (2022). Understanding Associations Between Exposure to Violent Pornography and Teen Dating Violence Among Female Sexual Minority High School Students. *Journal of Interpersonal Violence, 37*(17-18), NP17023–NP17035. https://doi.org/10.1177/08862605211028314 PMID: 34215165

67. Tarantino, N., Matthews, C., Sun, S., **Orchowski**, L., Harrison, A., Abrahams, N., Berkowitz, A., Akande, M., & Kuo, C. (2021). Unique and shared correlates of sexual violence perpetration and sexual risk behavior among South African adolescent boys. *AIDS Education and Prevention. 33*(5), 424-438. https://doi.org/10.1521/aeap.2021.33.5.424

68. **Orchowski**, L. M., Bogen. K. W., & Bhuptani. P. (2021). Representation of Women in 10 Recognition Awards from the American Psychological Association, 1956-2019. *Professional Psychology: Research and Practice. 52*(6), 610–619. https://doi.org/10.1037/pro0000420

69. Grocott, L. R., Leach, N. R., Brick, L. A., Meza-Lopez, R., & **Orchowski**, L. M. (2022). Institutional Response and Impact of Reporting Sexual Violence: An Examination of Sexual and Gender Minority College Students. Journal of Interpersonal Violence, 37(21-22), NP20653–NP20676. https://doi.org/10.1177/08862605211055078 PMID: 34821167

70. Doan, A. E., Bogen, K. W., Higgins, E., & **Orchowski,** L. M. (2022). A content analysis of twitter backlash to Georgia's abortion ban. *Sexual & Reproductive Healthcare*, *31*, 100689. https://doi.org/10.1016/j.srhc.2021.100689 PMID: 34933171

71. Huntington, C., Pearlman, D., & **Orchowski**, L.M. (2022). The confluence model of sexual aggression: An application with adolescent males. *Journal of Interpersonal Violence, 37* (1-2), 623-643.  doi: 10.1177/0886260520915550

72. Schipani-McLaughlin, A.M., Nielsen, K., Mosley, E.A., Leone, R.M., Oesterle, D.W., **Orchowski,** L.M., Davis, K.C., & Gilmore, A.K. (2022). Alcohol use and alcohol-related consequences based on gender and sexual orientation among college students. *The American Journal on Addictions*, 31, 189-199.  doi:10.1111/ajad.13283

73. Gilmore, A.K., Leone, R.M., Oesterle, D., Davis, K.C., **Orchowski,** L.M., Ramakrishnan, V., & Kaysen, D. (2022). Web-based alcohol and sexual assault prevention program with tailored content based on gender and sexual orientation: Preliminary outcomes and usability of Positive Change (+Change). JMIR Formative Research, 6, e23823. doi: 10.2196/23823

74. Dunn, H. K., & **Orchowski**, L. M. (2022). Gender Equitable Attitudes, Rape Myth Acceptance, and Perceived Peer Approval of Violence as Correlates of High School Boys' Intention to Garner Sexual Consent. Journal of interpersonal violence, 37(21-22), NP19688–NP19705. https://doi.org/10.1177/08862605211042623  PMID: 34503363

75. Hunt, L. K., Goldstein, C. M., Garnsey, C., Bogen, K. W., & **Orchowski**, L. M. (2022). Examining public sentiment surrounding abortion: A qualitative analysis of #YouKnowMe. Women's Reproductive Health, 9 (4), 237-258.  doi: 10.1080/23293691.2021.2016161

76. **Orchowski**, L. M., Oesterle, D. W., & Haikalis, M. (2022). What Stops Unwanted Sexual and Social Advances Made by Heavy Drinking College Men? *Journal of Interpersonal Violence, 37*(23-24), NP22250–NP22272. https://doi.org/10.1177/08862605211072157 PMID: 35363590

77. **Orchowski**, L. M., Berkowitz, A., Oesterle, D., Berry-Cabán, C., Borsari, B., Kahler, C. W., & Kazemi, D. M. (2022). Correlates of Bystander Intervention Attitudes and Intentions Among Young Adult Active Duty Male Soldiers. *Journal of Interpersonal Violence, 37*(23-24), NP23262–NP23280. https://doi.org/10.1177/08862605221080151 PMID: 35331029

78. **Orchowski**, L. M., Grocott, L., Bogen, K. W., Ilegbusi, A., Amstadter, A. B., & Nugent, N. R. (2022). Barriers to Reporting Sexual Violence: A Qualitative Analysis of #WhyIDidntReport. *Violence Against Women, 28*(14), 3530–3553. https://doi.org/10.1177/10778012221092479 PMID: 35946129

79. **Orchowski,** L. M., Kirk, K. T., Schick, M. R., & Spillane, N. S. (2022). Correlates of Bystander Intervention Among Heavy Drinking College Men. *Violence Against Women*, *28*(14), 3588–3607. https://doi.org/10.1177/10778012221099983 PMID: 35946125

80. Metzger, E. C., Bennett, J. N., Berry-Cabán, C. S., Allan, E. J., Guenthner, C., Meerhaeghe, B. M., Borsari, B., Kazemi, D. M., & **Orchowski**, L. M. (2022). Perceptions of Hazing Among Young Male United States Military Service Members: A Qualitative Analysis. *Cogent Psychology*, 9 (1).  https://doi.org/10.1080/23311908.2022.2083864

81. López, G., Bogen, K.W., Meza-Lopez, R.J., Nugent, N.R., **Orchowski,** L.M. (2022). #DomesticViolence During the COVID-19 Global Pandemic: An Analysis of Public Commentary via Twitter. Digital Health, 8. doi:10.1177/20552076221115024

82. Leone, R. M., Oesterle, D., Yepuri, H., Kaysen, D. L., **Orchowski**, L., Davis, K. C., & Gilmore, A. K. (2022). College student alcohol use and confidence to intervene in interpersonal violence: Differences by gender and sexual orientation. *Journal of American College Health, 72*(4), 1289–1295. https://doi.org/10.1080/07448481.2022.2076099 PMID: 35658026

83. **Orchowski**, L.M., Oesterle, D.W., Zong, Z.Y., Bogen, K.W., Elwy, A.R., Berkowitz, A.D., Pearlman, D. (2023). Implementing Sexual Assault Prevention Programs in Middle Schools: A Qualitative Analysis of School Stakeholder Perspectives. Journal of Community Psychology, 51 (3), 1314-1334.https://doi.org/10.1002/jcop.22974

84. Ray, C. M., Norris, A. L., Liu, G. S., Bogen, K. W., Pearlman, D. N., Reidy, D. E., Estefan, L. F., & **Orchowski**, L. M. (2023). Interpersonal Violence Victimization Experiences of Middle School Youth: An Exploration by Gender and Sexual/Romantic Attraction. *Journal of Homosexuality, 70* (12), 2901-2924. https://doi.org/10.1080/00918369.2022.2082907 PMID:35700379

85. Mulla, M. M., Bogen, K. W., Lopez, G., Haikalis, M., Meza Lopez, R. J., & **Orchowski,** L. M. (2023). The Effects of Sexual Violence Victimization on Perceived Peer Norms and Social Barriers to Bystander Intervention Among High School Students. *Journal of Interpersonal Violence.  38*(3-4), 3421-3444. https://doi.org/10.1177/08862605221108081 PMID: 36444906

86. **Orchowski,** L. M., & Bhuptani, P. H. (2023). Predictors of college women's disclosure of sexual assault prior to and during college. *Journal of Community Psychology*, 51 (4), 1653-1668. https://doi.org/10.1002/jcop.22946

87. Bhuptani, PH., & **Orchowski**, L.M. (2023) A cross-sectional examination of sexual victimization and heavy episodic drinking among high school students, *Journal of Family Trauma, Child Custody & Child Development, 20*(3), 332–351. doi: 10.1080/26904586.2022.2154300

Updated: 8/26/25

88.  **Orchowski**, L. M., Zinzow, H., Thompson, M., & Wood, S. (2023). Open pilot trial of an interactive digital application for campus sexual violence prevention. Journal of Community Psychology, 51, 1977–2000. https://doi.org/10.1002/jcop.22985

89.  Trinka, T.D., Oesterle, D.W., Silverman, A.C., Vriniotis, M., **Orchowski**, L.M., Beidas, R.S., Betz, M.E., Hudson, C., Kesner, T., & Ranney, M.L. (2023). Bystander intervention to prevent firearm injury: A qualitative study of 4-H Shooting Sports participants. *Journal of Community Psychology, 51(7), 2652-2666.*  https://doi.org/10.1002.jcop.23069

90.  Hunter, J., Bhuptani, P. H., & **Orchowski**, L. M. (2023). Risk factors for perpetrating sexual aggression among adolescents: Differences by gender and sexual orientation. *Journal of Community Psychology, 51,* 2180–2192. https://doi.org/10.1002/jcop.23020

91.  Oesterle, D. W., **Orchowski**, L. M., & Berkowitz, A. D. (2023). Rape Myth Acceptance and Sexual Aggression Among College Men: Examining Perceived Peer Approval as a Moderating Risk Factor. *Journal of Aggression, Maltreatment & Trauma, 32*(10), 1428–1446. https://doi.org/10.1080/10926771.2023.2177572

92.  **Orchowski**, L. M., Oesterle, D. W., Berry-Cabán, C. S., Borsari, B., Kahler, C. W., Kazemi, D. M., & Berkowitz, A. D. (2023). An Application of the Confluence Model of Sexual Aggression Among Young Adult Male Soldiers. *Journal of Interpersonal Violence, 38*(13-14), 8263–8285. https://doi.org/10.1177/08862605231153895

93.  Bhuptani, P. H., Fleming, C. E., & Orchowski, L. M. (2023). Timing of Sexual Assault Disclosure: A Study of College Women. *Violence Against Women, 29*(12-13), 2372–2392. https://doi.org/10.1177/10778012231189482

94.  **Orchowski**, L.M., Malone, S., Sokolovsky, A.W., Pearlman, D.N., Rizzo, C., Zlotnick, C., Berkowitz, A., Fortson, B.L. (2023). Preventing Sexual Violence among High School Students through Norms Correction and Bystander Intervention: A School-Based Cluster Trial of Your Voice Your View. *Journal of Community Psychology, 51 (7), 2861-2886.* https://doi.org/10.1002/jcop.23047

95.  Bhuptani, P. H., López, G., Peterson, R., & **Orchowski**, L. M. (2023). Online Social Reactions to Disclosure of Sexual Victimization via #MeToo and Symptoms of Post-Traumatic Stress Disorder. *Journal of Interpersonal Violence, 38*(19-20), 10900–10919. https://doi.org/10.1177/08862605231176792

96.  Gilmore, A. K., López, C., Mullican, K. N., Davis, K. C., Leone, R. M., **Orchowski**, L. M., Kaysen, D., & Moreland, A. D. (2023). Sexual assault, posttraumatic stress, alcohol use, and suicidality among diverse college students. *Journal of Interpersonal Violence, 38(19-20), 10588–10610. https://doi.org/10.1177/08862605231174698*

97.  **Orchowski**, L.M., Meerhaeghe, B.M., Lane, AR., Kazemi, D.M., Borsari, B., & Berry-Cabán, C.S. (2023). The Intersection Between Alcohol Use and Sexual Activity Among Young Adult Male U.S. Service Members. *Clinical Practice and Epidemiology in Mental Health*, *19*, e174501792308080. https://doi.org/10.2174/17450179-v19-230809-2023-9

Updated: 8/26/25

98. **Orchowski,** L.M., Paszek, C., Meza Lopez, R., Oesterle, D.W., Pearlman, D., Rizzo, C., Elwy, A.R., Berkowitz, A.D., Malone, S., & Fortson, B. (2023). School partner perspectives on the implementation of the Your Voice Your View sexual assault prevention program for high school students. *Journal of Community Psychology, 51 (7), 2906-2926. https://doi.org/10.1002/jcop.23050*

99. Kilimnik, C., García-Ramírez, G., Salamanca, N., Mazzone, G., Mullican, K., Davis, K., **Orchowski,** L.M., Leone, R., Kaysen, D., & Gilmore, A. (2023). The associations among sexual assault, posttraumatic stress, drinking to cope, and alcohol use based on gender identity and sexual orientation. *Alcohol: Clinical and Experimental Research, 47(11), 2169–2183. https://doi.org/10.1111/acer.15194*

100. López. G., Bhuptani, P. H., & **Orchowski**, L. M. (2023). Gender equitable attitudes as a significant mediator of bystander intentions among sexual minority adolescents. *Journal of Adolescence, 95(7), 1409–1419. https://doi.org/10.1002/jad.12214*

101. **Orchowski,** L.M., Merrill, J.E., Oesterle, D.W., Barnett, N.P., Borsari, B., Zlotnick, C., Haikalis, M., Berkowitz, A. (2023). Integrated Alcohol Use and Sexual Assault Prevention Program for Heavy Drinking College Men: A Randomized Pilot Study. JMIR: Formative Research, 7, e47354. https://doi.org/10.2196/47354

102. Kirwan, M., Leone, R. M., Davis, K. C., **Orchowski,** L. M., & Gilmore, A. K. (2024). Emotion regulation difficulties moderate the relationship between typical drinking and sexual aggression victimization among sexual and gender minority university students. *Violence Against Women, 30* (3-4), 768-790. https://doi.org/10.1177/10778012231155178

103. Pinciotti, C. M., Luehrs, R., Horvath, G., **Orchowski,** L. M., & Badour, C. L. (2024). Disclosure of traumatic details and obsessive-compulsive contamination symptoms in sexual assault survivors. *Psychological Trauma: Theory, Research, Practice and Policy, 16*(3), 522–531. https://doi.org/10.1037/tra0001485

104. Gilmore, A. K., García-Ramírez, G., Fortson, K., Salamanca, N. K., Mullican, K. N., Metzger, I. W., Leone, R. M., Kaysen, D. L., **Orchowski,** L. M., Davis, K. C. (2024). The association between alcohol use and sexual assault victimization among college students differs by gender identity and race. *Addictive Behaviors, 149,* 107892. https://doi.org/10.1016/j.addbeh.2023.107892

105. Barnett, N. P., Haikalis, M., Meisel, M. K., Merrill, J. E., Jones, R. N., Rosen, R. K., Carey, K. B., **Orchowski,** L. M., & Bradley, K. (2024). Measuring exposure to the hazardous drinking of others and perceived opportunity to intervene as a bystander. Journal of Studies on Alcohol and Drugs, 85, 395-403. https://doi.org/10.15288/jsad.23-00042

106. Meisel, M. K., Merrill, J. E., Rosen, R. K., Jones, R. N., Haikalis, M., Carey, K. B., **Orchowski,** L. M., Bradley, K., Doucette. H., & Barnett, N. P. (2024). How do bystanders help in drinking situations: The Bystanders to Alcohol Risk Scale - Strategies. *Journal of Studies on Alcohol and Drugs, 85,* 404-415. https://doi.org/10.15288/jsad.23-00040

107. Bhuptani, P.H., Kenney, S. R., Napper, L.E., & **Orchowski,** L.M. (2024). Pornography Use, Perceived Peer Norms and Attitudes Towards Women: A Study of College Men. *American Journal of Sexuality Education*, *19*(3), 280–301. https://doi.org/10.1080/15546128.2023.2233414

Updated: 8/26/25

108. Kiefer, R., **Orchowski,** L. M., Raudales, A. M., & Weiss, N. H. (2024). Role of alexithymia in the association between childhood abuse and sexual assault risk perception in college women. *Journal of Interpersonal Violence, 39(3-4), 756–784.* https://doi.org/10.1177/08862605231198099

109. **Orchowski,** L.M., Oesterle, D.W., Borsari, B., Berry-Cabán, C., Kazemi, D.M., Kahler, C.W., Berkowitz, A.D. (2024). Qualitative analysis of bystander intervention among young adult male soldiers who engage in at-risk drinking. *Journal of Interpersonal Violence, 39*(5-6), 1104–1131. https://doi.org/10.1177/08862605231203597

110. López. G., Bhuptani, P. H., & **Orchowski,** L. M. (2024). Disclosing sexual victimization online and in-person: An examination of bisexual+ and heterosexual survivors. *Journal of Interpersonal Violence, 39*(9-10), 1976–1998. https://doi.org/10.1177/08862605231213399

111. Bhuptani, P.H., Cruz-Sanchez, M., & **Orchowski,** L.M (2024). A Cross-Sectional Examination of Correlates of Sexual Victimization Disclosure via #MeToo. *European Journal of Psychotraumatology, 15(1), 2291932.* https://doi.org/10.1080/20008066.2023.2291932

112. Rahman, A., & Collibee, C., **Orchowski,** L.M., (2025). Correlates of Disclosing Sexual Victimization to a Resident Assistant: A Study of College Women. *Journal of Forensic Nursing, 21*(1), 38-46. https://doi.org/10.1097/JFN.0000000000000471

113. Bhuptani, P.H., López, G.L., **Orchowski,** L.M. & Zlotnick, C. (2024). Correlates of sexual victimization among community college women. *Violence and Victims, 39(1), 38–52.* https://doi.org/10.1891/VV-2022-0109

114. Miggantz, E. L., Prince, J., Walter, K. H., Jackson, E., Ray, T. N., Hollingsworth, J. C., Zong, Z. Y., Meza-Lopez, R., Gilmore, A. K., **Orchowski,** L. M., & Davis, K. C. (2024). Sexual assault research in the military: is oversampling necessary for representativeness? *Military Medicine, 189*(Suppl 3), 298–305. https://doi.org/10.1093/milmed/usae098

115. Leone, R. M., Haikalis, M., Marcantonio, T. L., García-Ramírez, G., Mullican, K. N., **Orchowski,** L. M., Davis, K. C., Kaysen, D. L., & Gilmore, A. K. (2024). Examining the role of alcohol and cannabis use patterns in bystander opportunity and behavior for sexual and relationship aggression. *Journal of Studies on Alcohol and Drugs, 85*(5), 636–642. https://doi.org/10.15288/jsad.23-00229

116. Berry-Cabán, C.S., Petrillo, C, Allan, E.J., Kerschner, D., Holland, A., Nash, L.N., Roby, A., & **Orchowsk**i, L.M. (2024). Service members attitudes toward reporting hazing incidents. *Military Medicine, 189*(Suppl 3), 800–805. https://doi.org/10.1093/milmed/usae281

117. Huntington, C., DeJong, W., Reidy, D. E., & **Orchowski,** L. M. (2024). Community variables as positive and negative correlates of sexual aggression perpetration among adolescent boys. *Journal of Child Sexual Abuse 33*(3), 320–336. https://doi.org/10.1080/10538712.2024.2340631

118. Anderson, R. E., Peterson, Z. D., Koss, M. P., Abbey, A., **Orchowski, L.,** Thompson, M. P., Kowalski, R., & Littleton, H. L. (2024). Preliminary Evidence of Validity for the Verbally Pressured and Illegal Sexual Exploitation Modules of the Sexual Experiences Survey-Victimization. *The Journal of Sex Research, 61*(6), 922–935. https://doi.org/10.1080/00224499.2024.2362264

Updated: 8/26/25

119. Peterson, R., López, G., Haikalis, M., Bhuptani, P. H., Boyle, H., Strowger, M., Carey, K. B., **Orchowski**, L. M., & Merrill, J. E. (2024). Feeling in control in sexual situations: Day-level associations with alcohol use and alcohol protective behavioral strategies. *Alcohol, Clinical & Experimental Research, 48*(12), 2310–2318. https://doi.org/10.1111/acer.15457

120. Cancilliere MK, Guthrie KM, Donise K, Lin T, **Orchowsk**i L, Spirito A. (2024). Development of an Emergency Department Family Navigator and Text Message Intervention for Caregivers to Reduce Youth Risk of Suicide and Self-injurious Behavior. *Rhode Island Medical Journal, Aug 1;*107(8):28-38. PMID: 39058987.

121. Bhuptani, P.H., López, G., Peterson, R., & **Orchowski**, L.M. (2024). Associations among online social reactions to disclosure of sexual victimization, coping and social isolation. *Journal of Child Sexual Abuse, 33*(2): 146-168. https://doi.org/10.1080/10538712.2024.2314287

122. Bhuptani, P. H., Peterson, R., **Orchowski**, L. M., & Ullman, S.E. (2024). Validation of the Social Reactions-Online Questionnaire among Adults Who Disclosed Online Victimization Via #MeToo. *Journal of Interpersonal Violence,* 8862605241271339. Advance online publication. https://doi.org/10.1177/08862605241271339

123. Gilmore, A. K., Nielsen, K. E., Salamanca, N. K., Oesterle, D. W., Parekh, A., Leone, R. M., Orchowski, L. M., Ramakrishnan, V., Kaysen, D., & Davis, K. C. (2024). Preliminary efficacy of Positive Change (+Change): A randomized controlled trial of an integrated alcohol and sexual assault prevention program tailored by gender and sexual orientation. *Journal of Interpersonal Violence,* Advanced online publication. https://doi.org/10.1177/08862605241275994

124. Bhuptani, P. H., Norris, S., & Orchowski, L. M. (2024). Preliminary Evaluation of the SafeBAE Youth-Developed Sexual Violence Prevention Summit. *Journal of Child Sexual Abuse*, *34*(5–6), 682–696. https://doi.org/10.1080/10538712.2024.2385468

125. Driessen, M., Bhuptani, P.H., Kiefer, R., Peterson, R., Mayer, E., Cruz-Sanchez, M., Weiss, N.H., & **Orchowski**, L.M. (2024). Reactions to and Impact of Survivor Online Disclosures: A Qualitative Analysis. *Journal of Child Sexual Abuse*, 1-19. Advance online publication, doi: 10.1080/10538712.2024.2428287

126. **Orchowski,** L.M., Merrill, J., Peterson, R., Barnett, N., Berkowitz, A., Borsari, B., Oesterle, D., & Zlotnick, C. (2024). Prior Sexual Aggression as a Moderator of an Integrated Alcohol and Sexual Assault Prevention Program for Heavy Drinking College Men: A Brief Report. *Journal of Studies on Alcohol and Drugs, 10.15288/jsad.24-00040.* Advance online publication. *https://doi.org/10.15288/jsad.24-00040*

127. Bhuptani, P.H., Cashin, D., & **Orchowski**, L.M. (2024). The Impact of Violent Pornography on Sexual Coercive Behaviors among College Men: A Prospective Examination. *Journal of Interpersonal Violence.* 8862605241299442. Advance online publication. https://doi.org/10.1177/08862605241299442

128. Katz, B., Oesterle, D., Prince, J. Leone, R., Gilmore, A., **Orchowski**, L.M., Davis, K.C. (2025). Examining Differences in Sexual Violence Perpetration Likelihood by Perceived Intoxication Among Sexual and Gender Minority College Students. *Journal of Aggression, Maltreatment & Trauma*, 1–19. Advance online publication. https://doi.org/10.1080/10926771.2025.2450396

Updated: 8/26/25

129. Orchowski, L. M., Merrill, J. E., Peterson, R., Barnett, N. P., Berkowitz, A., Borsari, B., Oesterle, D. W., & Zlotnick, C. (2025). Prior Sexual Aggression as a Moderator of an Integrated Alcohol and Sexual Assault Prevention Program for Heavy-Drinking College Men: A Brief Report. *Journal of Studies on Alcohol and Drugs, 86*(2), 281–286. https://doi.org/10.15288/jsad.24-00040

130. Kiefer, R., Peterson, R., & **Orchowski**, L. (2025). Correlates of college women's sexual assault resistance self-efficacy. *Violence Against Women, 31*(3-4), 981–999. https://doi.org/10.1177/10778012231222492

131. Napper, L. E., Kenney, S. R., Wolter, L. C., Johnson, N. L., Orchowski, L. M., Bhuptani, P. H., & Barnett, N. P. (2025). Assessing the Feasibility, Acceptability, and Initial Efficacy of a Multiple Behavior Change Intervention Addressing Alcohol Use, Sexual Risk-Taking, and Bystander Intervention. *Journal of Studies on Alcohol and Drugs, 86*(2), 246–260. https://doi.org/10.15288/jsad.24-00009

132. Haikalis, M., Rosen, R. K., Meisel, M. K., **Orchowski**, L. M., Carey, K. B., Merrill, J. E., Bradley, K., & Barnett, N. P. (2025). Bystander assessments for hazardous alcohol use: Qualitative methods for item development informed by bystander theory. *Psychology of Addictive Behaviors*. Advance online publication. https://doi.org/10.1037/adb0001050

133. López, G., Bhuptani, P. H., & Orchowski, L. M. (*2025*). Bisexual+ and gender nonbinary survivors of sexual violence: Comparisons of substance use, PTSD symptoms, and in-person social reactions. *Journal of Child Sexual Abuse,* 1–21. Advance Online Publication. https://doi.org/10.1080/10538712.2025.2459706

134. **Garnsey, C**., Bain, J., Veira, O., & Orchowski, L.M. (in press). Peer mentorship for survivors of intimate partner violence: A qualitative analysis of program acceptability and feasibility. *Violence Against Women.*

135. Akande, M., **Orchowski**, L.M., Harrison, A., Berkowitz, A., Mathews, C., & Kos, C. (in press). Gender Norms and Sexual Violence among South African Adolescents: Discrepancies Between Personal Attitudes and Perceived Peer Norms. *AIDS Care.* https://doi.org/10.1080/09540121.2025.2464627.

136. Tampke, E., Huntington, C., Oesterle, D., Barker, D., **Orchowski,** L.M. (in press).  Bidirectional associations between perpetration of bullying and physical/sexual teen dating violence in middle school youth. *Psychology of Violence.*

137. Kuo, C., Harrison, A., **Orchowski**, L., Sikweyiya, Y., Berkowitz, A., Adrian, H., Gana, N., Rasmeni, A., McClinton, T., Nevhungoni, P., Mathews, C. (In press). Acceptability, feasibility, and preliminary efficacy of Schools Championing Safe South Africa, a social norms intervention to prevent HIV risk behavior and perpetration of intimate partner violence among teenage boys. *AIDS and Behavior.*

138. Adams-Clark, A. A., Ford, K., Driessen, M. C., Bhuptani, P., & **Orchowski,** L. M. (in press). Variations in when survivors disclose nonconsensual sexual experiences: An examination of sexual and gender identity. *Journal of Interpersonal Violence.*

Updated: 8/26/25

139. Peterson, R., Mayer, E. D., Bhuptani, P. H., Kiefer, R., Cruz-Sánchez, M., Kim, E., & **Orchowski,** L. M. (in press). A qualitative analysis of the #MeToo online sphere. *Journal of Community & Applied Social Psychology.*

140. Meisel, M. K., Haikalis, M., Merrill, J. E., Rosen, R. K., Jones, R. N., Perks, S.N., Carey, K. B., **Orchowski,** L. M., Bradley, K., & Barnett, N. P. (in press). Measuring what happens when bystanders help in drinking situations: The bystanders to alcohol risk scales - positive and negative consequences. *Psychology of Addictive Behaviors.*

141. Silverman, A., Cruz-Sanchez, M., Bhuptani, P.H., & **Orchowski**, L.M. (in press).  Exploring peer norms regarding violence, gender, and school connectedness as correlates of homophobic teasing among high school youth. *Journal of Aggression, Maltreatment and Trauma.*

142. Driessen, M., Bhuptani, P., Kiefer, R., Peterson, R., Mayer, E., Cruz-Sanchez, M., & **Orchowski,** L.M.  (in press). ""I want more personalized support": Survivors' descriptions of ideal responses to their disclosure of sexual violence". Violence Against Women.

143. **Bhuptani**, P.H., López, G., Sofen, L., & **Orchowsk**i, L.M. (*in press*). Assessing the Impact of Online Social Reactions to Disclosure of Sexual Victimization via #MeToo on PTSD Symptoms Accounting for In-Person Social Reactions to Disclosure Violence Against Women.

144. Ray, T.N., Miggantz, E.L., Crocker, L.D., Walter, K.H., Prince, J.R., Zong, Z.Y., Mayer, E., Sharma, A., Gilmore, A.K., Davis, K.C., & **Orchowski,** L.M. (in press). Modifiable risk and protective factors of sexual aggression among U.S. Navy service members. *Journal of Interpersonal Violence. https://doi.org/10.1177/08862605251363619*

145. García-Ramírez, G., Ellis, J. R., Salamanca, N. K., Mullican, K. N., Leone, R., **Orchowski,** L. M., Davis, K. C., Kaysen, D., & Gilmore, A. K. (in-press). Alcohol Use, Sexual Assault Severity, and Bystander Opportunities and Behaviors Among College Students. Journal of Interpersonal Violence.

146. Mayer, E. D., Peterson, R., Kim, E., Bhuptani, P. H., Kiefer, R., Cruz-Sánchez, M., & Orchowski, L. (2025). What Survivors of Sexual Violence Want When Disclosing Their Experiences in Person or Online: Qualitative Interview Analysis. J Med Internet Res, 27, e73497. https://doi.org/10.2196/73497

147. Morgan, C. H., Stager, L. M., Brockdorf, A. N., Salamanca, N. K., Amaya, S., Mujica, C. A., Cue Davis, K., Leone, R., **Orchowski,** L. M., Gilmore, A. K., & Lopez, C. (in press). Sleep-related concerns mediate the association between cyber-sexual victimization and psychological distress among diverse university students. *Cyberpsychology, Behavior, and Social Networking.*

148. Delbasso, C.A., Mujica, C., Amaya, S., Salamanca, N., Mullican, K.N., Leone, R., **Orchowski,** L., Davis, K.C., Kaysen, D., Gilmore, A.K., & López, C. (in press). *Heterosexist discrimination distress and alcohol use among immigrant-origin and non-immigrant college students: The moderating effect of anxiety coping motives.* Alcohol: Clinical and Experimental Research.

149. Peterson, R., Keifer, R., Bhuptani, P. H., Parks, K., & **Orchowski**, L. M. (In press). Sexual victimization, psychological distress, and psychological barriers to resistance among college women. *Psychiatry: Interpersonal and Biological Processes.*

Updated: 8/26/25

NON-EMPIRICAL/REVIEW-BASED PEER REVIEW PUBLICATIONS

150. **Orchowski**, L. M., Spickard, B. A., & McNamara, J. R. (2006). Cinema and the valuing of psychotherapy: Implications for clinical practice. *Professional Psychology: Research and Practice*, 37(5), 506-514. doi: 10.1037/0735-7028.37.5.506

151. **Orchowski**, L,M, Evangelista, N. M., & Probst, D. R. (2010).  Enhancing supervisee reflectivity in clinical supervision: A case study illustration. *Psychotherapy: Theory, Research, Practice, Training*, 47(1), 51-67. doi: 10.1037/a0018844

152. **Orchowski**, L,M, & E Johnson, J. (2012). Efficacy of group treatments for alcohol use disorders: A review. *Current Drug Abuse Reviews, 5*(2), 148-157. doi: 10.2174/1874473711205020148

153. **Orchowski**, L. M., Berry-Cabán, C. S., Prisock, K., Borsari, B., & Kazemi, D. M. (2018). Evaluations of sexual assault prevention programs in military settings: A synthesis of the research literature. *Military Medicine, 183*(suppl_1), 421-428. doi: 10.1093/milmed/usx212

154. Bogen, K. W., Leach, N. R., Lopez, R. J. M., & **Orchowski**, L. M. (2019). Supporting students in responding to disclosure of sexual violence: A systematic review of online university resources. *Journal of Sexual Aggression, 25*(1), 31–48. https://doi.org/10.1080/13552600.2018.1509576

155. Righi, M. K., **Orchowski**, L. M., & Kuo, C. (2019). Integrated Intimate Partner Violence and Human Immunodeficiency Virus Interventions in Sub-Saharan Africa: A Systematic Review Targeting or Including Adolescents. *Violence and Gender, 6(*2), 92–104. https://doi.org/10.1089/vio.2018.0027 PMID: 31297395

156. **Orchowski**, L.M. (2019). "Trouble in Paradigm" and the Social Norms Approach to Violence Prevention. *Violence Against Women.* 25 (4), 1672-1681. https://journals.sagepub.com/doi/pdf/10.1177/1077801219872561

157. López, G., **Orchowski**, M. L., Reddy, M. K., Nargiso J., & Johnson. J. E. (2021). A review of research-supported group treatments for drug use disorders. *Substance Abuse Treatment, Prevention, and Policy, 16, 51.* https://doi.org/10.1186/s13011-021-00371-0

158. Bogen, K.W., **Orchowski**, L.M., Ullman, S. (2021). Disclosing sexual assault on social media: Questions for research and practice. *Women & Therapy Special Issue: Resistance & Recovery in the #MeToo Era, 44* (3-4), 358-373.  https://doi.org/10.1080/02703149.2021.1961448

159. Kirk-Provencher, K. T., Spillane, N. S., Schick, M. R., Chalmers, S. J., Hawes, C., & **Orchowski**, L. M. (2023). Sexual and Gender Minority Inclusivity in Bystander Intervention Programs to Prevent Violence on College Campuses: A Critical Review. Trauma, Violence & Abuse, 24(1), 110–124. https://doi.org/10.1177/15248380211021606 PMID: 34109862

160. Ranney, M. L., Stettenbauer, E. G., Delgado, M. K., Yao, K. A., & **Orchowski**, L. M. (2022). Uses of mHealth in Injury Prevention and Control: a Critical Review. Current epidemiology reports, 9(4), 273–281. https://doi.org/10.1007/s40471-022-00312-w PMID: 36404873

161. Edwards, K. M., **Orchowski**, L. M., Espelage, D. L., & Temple, J. R. (2023). What Is Not in the Methods Section: Challenges, Successes, and Lessons Learned From Conducting School-

Updated: 8/26/25

Based Interpersonal Violence Prevention Research. *Journal of Interpersonal Violence, 38*(3–4), 4507–4532. https://doi.org/10.1177/08862605221109881

162. Bhuptani, P.H., Hunter, J, Goodwin, C, Millman, C., & **Orchowski,** L. M. (2022). Characterizing intimate partner violence in the United States during the COVID-19 pandemic: A systematic review. *Trauma, Violence, and Abuse.* Advance online publication. https://doi.org/10.1177/15248380221126187 PMID: 36321779

163. Miggantz, E. L., **Orchowski,** L. M., Beltran, J. L., Walter, K. H., Hollingsworth, J. C., Davis, K. C., Zong, Z. Y., Meza-Lopez, R., Hutchins, A., & Gilmore, A. K. (2023). Alcohol-involved sexual assault in the U.S. military: a scoping review. *European Journal of Psychotraumatology, 14*(2), 2282020. https://doi.org/10.1080/20008066.2023.2282020

164. Blackburn, A.M., Katz, B.W., Oesterle, D.W., & **Orchowski**, L. (2023). Preventing sexual violence against sexual orientation and gender diverse communities: A call to action. *European Journal of Psychotraumatology, 15(1), 2297544. https://doi.org/10.1080/20008066.2023.2297544*

165. Schipani-McLaughlin, A. M., Gilmore, A. K., Salazar, L. F., Potter, S. J., Stapleton, J. G., & **Orchowski,** L. M. (2024). Advancing a Comprehensive Multilevel Approach to Sexual Violence Prevention Using Existing Efficacious Programs. Journal of forensic nursing, 20(1), 20–29. https://doi.org/10.1097/JFN.0000000000000457

166. Bhuptani, P.H., Zhang, Y., Danzey, L., Bali, A., Langdon, K., & **Orchowski,** L.M. (2024). Interpersonal trauma, substance use, and shame: A systematic review. *Drug and Alcohol Dependence, 258, 111253. https://doi.org/10.1016/j.drugalcdep.2024.111253*

167. Koss, M.P., Anderson, R.A., Peterson, Z., Littleton, H., Abbey, A., Kowalski, R.., Thompson, M., Canan, S., White, J.W., McCauley, H., **Orchowski, L.M**., Fedina, L., Lopez, E., Allen, C., & Swartout, K. (2024). The Revised Victimization Version of the Sexual Experiences Survey (SES-V):  Process, Foundations, Evidence, and Items. *Journal of Sex Research, 61*(6), 839–867. https://doi.org/10.1080/00224499.2024.2358407

168. Bhuptani, P.H., Mayer, E., Chan, G., & **Orchowski**, L.M. (2024). Childhood Sexual Abuse, Adolescent/Adult Sexual Violence, and Sexual Functioning among College Women: A Systematic Review. *BMC Global and Public Health, 2(1), 29. https://doi.org/10.1186/s44263-024-00060-7*

169. Anderson, R. E., Peterson, Z. D., Canan, S. N., Abbey, A., McCauley, H., **Orchowski,** L. M., Fedina, L., Littleton, H., & Koss, M. P. (2024). Words Can Hurt: A Taxonomy of Verbally Pressured Sexual Exploitation in the SES-V. The Journal of Sex Research, 61(6), 882–896. https://doi.org/10.1080/00224499.2024.2358414

170. **Orchowski**, L.M. (2024). Advancing sexual assault prevention through implementation science. Psychology of Violence, *14*(6), 491–500. https://doi.org/10.1037/vio0000561

171. Littleton, H., & **Orchowski,** L. M. (2025). Sexual Victimization Across the Lifespan. *Journal of child sexual abuse*, 1–9. Advance online publication. https://doi.org/10.1080/10538712.2025.2548847

Updated: 8/26/25

172.  Berry-Cabán, C. S., Metzger, E., Allan, E., Roby, A., Petrillo, C., Nash, L. N., & Orchowski, L. M. (2025). A review of hazing prevention efforts in the United States Military. Journal of Social Science Studies, 12(2). https://doi.org/https://www.macrothink.org/journal/index.php/jsss

<u>BOOK CHAPTERS</u>

1.  **Orchowski**, L.M., Gidycz, C.A. & Murphy, M.  (2010). Preventing campus based sexual violence. In K. Kaufman (Ed.). *Preventing Sexual Violence: A Practitioners' Sourcebook* (pp. 413-446). Holyoke, MA: NEARI Press.

2.  Gidycz, C.A., **Orchowski**, L.M. & Edwards, K. (2011). Standards of primary prevention of sexual assault. In M. Koss & J. White (Eds) *Violence against Women and Children, Volume 2, Navigating Solutions* (pp. 159-179). American Psychological Association.

3.  **Orchowski**, L.M., Zimak, E., Robison, T., Reeder, J., Rhoades, R., Gidycz, C.A., & Berkowitz, A. (2011). Campus-based sexual assault prevention: Perspectives and recommendations from program facilitators. In P. Pasque and S.E. Nicholson (Eds). *Empowering Women in Higher Education and Student Affairs: Theory, Research Narratives and Practice from Feminist Perspectives* (pp. 287-305). Virginia: Stylus Publishing

4.  Untied, A.S., & **Orchowski**, L.M. (2013). Interventions to reduce college women's risk for sexual assault. In K.V. Bletzer (Ed). *Assaults: Intervention, Prevention Strategies and Societal Implications.* New York: Nova Publishers.

5.  **Orchowski**, L.M. (2014). Acute stress disorder. In F.F.  Ferri (Ed).  *Ferri's Clinical Advisor*, 2015 edition (pp. 60-61). Philadelphia: Elsevier.

6.  **Orchowski**, L.M. (2015). Acute stress disorder. In F.F.  Ferri (Ed).  *Ferri's Clinical Advisor*, 2016 edition (pp. 77-78). Philadelphia: Elsevier.

7.  **Orchowski**, L.M. & Oesterle, D. (2015). Dissociative disorders. In F.F.  Ferri (Ed).  *Ferri's Clinical Advisor*, 2016 edition (pp. 432-433). Philadelphia: Elsevier.

8.  Dcar, S.H., & **Orchowski,** L.M. (2016). Considering graduate school in psychology? Recommendations for navigating the application process. In M.J. Sleigh, S. Iles, & B. Cannon (Eds). An Eye on Graduate School: Guidance Through a Successful Application. PSI CHI, Chattanooga, TN.

9.  **Orchowski**, L.M., Andoscia, G.F. (2016). Acute stress disorder. In F.F.  Ferri (Ed).  *Ferri's Clinical Advisor, 2017 edition*. (pp. 41.e3-41.e5, 41.e3b). Philadelphia: Elsevier.

10. **Orchowski**, L.M. & Oesterle, D. (2016).  Dissociative disorders. In F.F.  Ferri (Ed).  *Ferri's Clinical Advisor, 2017 edition.*  (pp. 368.e3 – 386.e5, 386.e3b) Philadelphia: Elsevier.

11. **Orchowski**, L.M., Andoscia, G.F. (2017). Acute stress disorder. In F.F.  Ferri (Ed).  *Ferri's Clinical Advisor, 2018 edition*. (p. 50).  Philadelphia: Elsevier.

12. **Orchowski**, L.M. & Oesterle, D. (2017).  Dissociative disorders. In F.F.  Ferri (Ed).  *Ferri's Clinical Advisor, 2018 edition (p.* 401). Philadelphia: Elsevier.

Updated: 8/26/25

13. Gilmore, A.K., Granato, H.F., Simpson, T., Pinsky, H.T., **Orchowski**, L.M., & Resnick, H. (2018). After the assault: Effective treatments for survivors. In L.M. Orchowski and C. Gidycz (Eds). *Sexual assault risk reduction: Theory, research and practice*. Philadelphia: Elsevier.

14. Untied, A.S., Bogen, K., & **Orchowski**, L.M. (2018). Reducing risk for the "second assault": Engaging the community to enhance social reactions to disclosure of sexual victimization In L.M. Orchowski and C. Gidycz (Eds). *Sexual assault risk reduction: Theory, research and practice*. Philadelphia: Elsevier.

15. **Orchowsk**i, L.M., Oesterle, D., Yusufov, M., & Garcia, G. (2018). A framework for evaluating sexual assault risk reduction programs.  In L.M. Orchowski and C. Gidycz (Eds). *Sexual assault risk reduction: Theory, research and practice*. Philadelphia: Elsevier.

16. **Orchowski**, L.M., & Andoscia, G.F. (2018). Acute stress disorder (pp. 49-50.e1). In F.F.  Ferri (Ed). *Ferri's Clinical Advisor, 2019 edition*.  Philadelphia: Elsevier.

17. **Orchowski**, L.M. & Oesterle, D. (2018). Dissociative disorders (pp 400-401.e1). In F.F.  Ferri (Ed). *Ferri's Clinical Advisor, 2019 edition*. Philadelphia: Elsevier.

18. Bogen, K.W., Demers, J.M., Goldstein, C.M., Hogan, F., **Orchowski**, L.M., & Shields, M.C. (2018).  Reflections on the campaign, election and presidency of Donald J. Trump from Survivors of sexual violence. Invited Chapter for L. Findley & M. Johnson (Eds). *Trumpism: The Politics of Gender in a Post-Propitious America*. (pp. 149-168).  United Kingdom: Cambridge Scholars Press.

19. Bogen, K.W., & **Orchowski**, L.M. (2018).  The candidacy, election, and presidency of Donald J. Trump: Betrayal trauma and sexual violence survivorship. Invited Chapter for L. Findley & M. Johnson (Eds) *Trumpism: The Politics of Gender in a Post-Propitious America*.  (pp. 120-139). United Kingdom: Cambridge Scholars Press.

20. **Orchowski**, L.M., & Leach, N.K. (2019). Acute stress disorder. In F.F.  Ferri (Ed).  *Ferri's Clinical Advisor, 2020 edition*. Philadelphia: Elsevier.

21. **Orchowski**, L.M. & Grocott, L. (2019).  Dissociative disorders. In F.F.  Ferri (Ed).  *Ferri's Clinical Advisor, 2020 edition*. Philadelphia: Elsevier.

22. Leach, N.K., & **Orchowski**, L.M. (2020). Treating the adult sexual assault victim: Evidence based assessment and treatment. In W. O'Donohue and P. Schewe (Eds). Handbook of Sexual Assault and Sexual Assault Prevention. Springer.

23. **Orchowski**, L.M., & Leach, N.K. (2020). Acute stress disorder. In F.F.  Ferri (Ed).  *Ferri's Clinical Advisor, 2021 edition*. Philadelphia: Elsevier.

24. **Orchowski**, L.M. & Grocott, L. (2020).  Dissociative disorders. In F.F.  Ferri (Ed).  *Ferri's Clinical Advisor, 2021 edition*. Philadelphia: Elsevier.

25. **Orchowski**, L.M., Bogen, K.W., & Berkowitz, A. (2021). False reporting of sexual victimization: Prevalence, definitions, and public perceptions. In R. Geffner, J. W. White, L. K. Hamberger, A. Rosenbaum, V. Vaughan-Eden, & V. I. Vieth (Eds). Handbook of interpersonal violence and abuse

Updated: 8/26/25

across the lifespan: A project of the National Partnership to End Interpersonal Violence Across the Lifespan (NPEIV). New York: Springer Nature.

26. **Orchowski,** L.M. & Bhuptani, P. (2021).  Dissociative disorders. In F.F.  Ferri (Ed).  *Ferri's Clinical Advisor, 2022.* Philadelphia: Elsevier.

27. **Orchowski,** L.M. & Lopez, G. (2021).  Acute Stress Disorder. In F.F.  Ferri (Ed).  *Ferri's Clinical Advisor, 2022.* Philadelphia: Elsevier.

28. Berkowitz, A., Bogen, K.W., Meza-Lopez, R., Mula, M. & **Orchowski,** L.M. (2022). A review of the social norms approach as a strategy to prevention violence perpetrated by men and boys (pp. 149-182). In. L. M. Orchowski & A. Berkowitz (Eds). Engaging Boys and Men in Sexual Assault Prevention: Theory, Research and Practice. Philadelphia, Elsevier.

29. Huntington, C., Berkowitz, A., & **Orchowski**, L.M. (2022). False accusations of sexual assault: Prevalence, misperceptions, and implications for prevention work with men and boys (pp. 379-400). In. L. M. Orchowski & A. Berkowitz (Eds). Engaging Boys and Men in Sexual Assault Prevention: Theory, Research and Practice. Philadelphia, Elsevier.

30. **Orchowski**, L.M. & Berkowitz, A. (2022).  The Integrated Model of Sexual Aggression: A Synthesis of 30 Years of Research and Practice (pp.311-340).  In. L. M. Orchowski & A. Berkowitz (Eds). Engaging Boys and Men in Sexual Assault Prevention: Theory, Research and Practice. Philadelphia, Elsevier.

31. Smith-Darden, J.P., McCauley, H.L., Kynn, J., **Orchowski**, L.M.& Reidy, D.  (2022). Social Marketing Approaches to Raising Awareness about Men's Violence Against Women: Theory, Research and Practice (pp. 237-264). In. L. M. Orchowski & A. Berkowitz (Eds). Engaging Boys and Men in Sexual Assault Prevention: Theory, Research and Practice. Philadelphia, Elsevier.

32. **Orchowski,** L.M. & Bhuptani, P. (2022).  Dissociative disorders (pp.528e.2-528.e3). In F.F.  Ferri (Ed*).  Ferri's Clinical Advisor, 2023 edition*. Philadelphia: Elsevier.

33. **Orchowski,** L.M. & Lopez, G. (2023).  Acute Stress Disorder (pp.91.e2-91.e3). In F.F.  Ferri (Ed). *Ferri's Clinical Advisor, 2023 edition*. Philadelphia: Elsevier.

34. **Orchowski**, L.M. (2023). Integrated Alcohol and Sexual Assault Prevention for Military Service Members: Conceptual Rationale and Program Models.  In D. DiLillo and S. Gervais (Eds). Alcohol and Sexual Violence, Proceedings of the 68th Annual Nebraska Symposium on Motivation. Springer.

35. **Orchowski**, L.M. & Bhuptani, P. (2023). Dissociative Disorders. In F.F. Ferri (Ed). *Ferri's Clinical Advisor, 2024 edition*.. Philadelphia: Elsevier.

36. **Orchowski**, L.M. & López, G. (2023). Acute Stress Disorder. In F.F. Ferri (Ed). Ferri's Clinical Advisor, 2024 edition. Philadelphia: Elsevier.

37. **Orchowski**, L.M. & Bhuptani, P. (2024). Dissociative Disorders. In F.F. Ferri (Ed). *Ferri's Clinical Advisor, 2025 edition*.. Philadelphia: Elsevier.

38. **Orchowski**, L.M. & López, G. (2024). Acute Stress Disorder. In F.F. Ferri (Ed). *Ferri's Clinical Advisor, 2025* edition. Philadelphia: Elsevier.

Updated: 8/26/25

39. Oesterle, D., Langford, L., & **Orchowski,** L.M. (in press). Leveraging social norms to address sexual violence, bullying and other forms of aggression. In L.M. Orchowski, & W. DeJong (Eds). Health Behavior and Social Norms: Theory, Research, and Strategies for Change. Washington DC, American Psychological Association.

40. Berkowitz, A., & **Orchowski,** L.M. (in press). A Guide to Designing Effective Social Norms Interventions for Sexual Violence Prevention**.** In L.M. Orchowski, & W. DeJong (Eds). Health Behavior and Social Norms: Theory, Research, and Strategies for Change. Washington DC, American Psychological Association.

41. **Orchowski,** L.M., Malone, S., Pearlman, D., Berkowitz, A., DeJong, W., Bogen, K., Oesterle, D., Mulla, M. (in press).  Rationale and Methodological Approach to Implementation of a Social Norms Marketing Campaign to Prevent Interpersonal Violence Among Middle School Youth. **I**n L.M. Orchowski, & W. DeJong (Eds). Health Behavior and Social Norms: Theory, Research, and Strategies for Change. Washington DC, American Psychological Association.

42. Peterson, R., Gatto, A., **Orchowski,** L.M. (in press). Enhancing the Reach of Empowerment Self-Defense: Common Barriers and Facilitators to Scale Up In L. Orchowski &J. Hollander (Eds). Empowerment Self-Defense: Theory Research and Practice, Philadelphia: Elsevier.

43. **Orchowski**, L.M. & Malloney, M. (in press). Individual-level prevention programs for alcohol-related violence. In R. Leone & D. Parrot (Eds). Alcohol-Facilitated Violence: Etiology and Prevention. Washington DC, American Psychological Association.


## OTHER PUBLICATIONS (PEER-REVIEWED NOTED WITH*)

1. **Orchowski,** L. M. (2006, January). Collaborative initiatives in college student mental health: The Ohio University counselor-in-residence program. *The Ohio Psychologist Update,* p. 3.

2. **Orchowski,** L. M. (2007, January). The OPAGS mentoring program: Bridging the gap for a new generation of psychologists.  *The Ohio Psychologist Update*, p. 2.

3. **Orchowski,** L. M., & Golden, C. M. (2007). Placing a gendered-lens on clinical supervision: Recommendations for creating a gender-sensitive supervisory environment. *Ohio Psychologist Review, December,* 18-20.  *Peer Reviewed*

4. **Orchowski,** L. M., & Lawrence, H. (2008). Get in the game: Considerations for psychotherapy with female athletes.  *Ohio Psychologist Review, March,* 18-21. *Peer Reviewed*

5. Segula, J., & **Orchowski,** L. M. (2008).  Maximizing the experiences of undergraduate research assistants. *Ohio Psychologist Review, December,* 11-12. *Peer Reviewed*

6. Saling, A., Segula, J., **Orchowski,** L. M., Ng, M., & Castelino, P. (2008, April). Students Overcoming Stigma at Ohio University: Engaging undergraduates in mental health advocacy.  *The Ohio Psychologist Update,* p. 2.

Updated: 8/26/25

7.  Judson, S. & **Orchowski**, L.M. (2010). Applying for graduate programs in psychology: Recommendations for the next generation of psychologists. *Eye on PSI CHI, 14 (2),* 30-33.

8.  Ziegler, D. & **Orchowski**, L.M. (2010). Psychology major! What can you do with that? Career paths for undergraduate psychology majors. *Eye on PSI CHI, 14 (3),* 26-29.

9.  **Orchowski**, L.M. (2010). Raising our voices: Continuing to break the silence surrounding sexual assault. *Sex Roles*, 63, 448-450.

10.  **Orchowski**, L.M. (2010). Back to basics: Re-embedding battered women's resistance tactics within on-going patterns of power, control, oppression and patriarchy. *Psychology of Women Quarterly*, *34*, 268-269.

11. **Orchowski**, L.M., Berkowitz, A., Barnett, N., Borsari, B., Oesterle, D., Wood, M., & Zlotnick, C. (2013). Integrating alcohol use Intervention and sexual assault prevention programs among college men. *The Addictions Newsletter*; Division 50 (Society of Addiction Psychology) of the American Psychological Association, Fall/Winter, 23-25.

12. **Orchowski,** L.M., Oesterle, D.W., & Gidycz, C.A., (2015, May). How do responses to sexual assault disclosure influence survivors? *The Sexual Assault Report*. Kingston, NJ: Civic Research Institute.

13. **Orchowski**, L.M. & Berkowitz, A. (2015, November). Invited Commentary: Minority of Serial Rapes Committed by Serial Rapists. *The Journal of Pediatrics, 167* (5), 1170.

14. Oesterle, D., **Orchowski**, L.M., Borsari, B., Berkowitz, A., Barnett, N. (2017, July/August). Motivational Interviewing: Engaging college men in sexual assault prevention. *The Sexual Assault Report.*  Kingston, NJ: Civic Research Institute.

15. Kirk, K., Spillane, N., & **Orchowski**, L.M. (2018, July/August). A review of bystander interventions for preventing sexual assault and suggestions for application with sexual minority populations. The Sexual Assault Report.  Kingston, NJ: Civic Research Institute.

16. Bogen, K.W. & **Orchowski**, L.M. (2019, September/October). The utilization of social media to protest sexual violence. The Sexual Assault Report. Kingston, NJ: Civic Research Institute.

17. Bogen, K.W. & **Orchowski**, L.M. (2020). The utilization of social media to protest sexual violence. Family & Intimate Partner Violence Quarterly. Kingston, NJ: Civic Research Institute. [Invited republication]

18. Sulley, C., Rabideau, D., **Orchowski,** L., Jimenez,A.,  Dragoon,S.,  Susswein, M., Dube, S., Wood, L.,  & Busch-Armendariz, N.B. (2021). *The Bystander Evaluation (BeValued) Toolkit: A Resource to Support Program Growth and Impact.*  Austin, TX: Institute on Domestic Violence &

Updated: 8/26/25

Sexual Assault, The University of Texas at Austin. Available at:
https://sites.utexas.edu/idvsa/files/2021/09/UT-System-BI-Toolkit-8.17.21.pdf

19. Huntington, C., Rhoades, G., & **Orchowski**, L. (2022, March/April). Couple therapy with sexual assault survivors. *Sexual Assault Report.* Kingston, NJ: Civic Research Institute.

20. **Orchowski**, L.M. (2022, May 2). Sexual assault awareness month: A call for engaging boys and men in prevention. Elsevier SciTechC Connect Blog. https://scitechconnect.elsevier.com/sexual-assault-awareness-month-a-call-for-engaging-boys-and-men-in-prevention/

21. Huntington, C., Rhoades, G., **Orchowski**, L.M. (2022). Couple therapy with sexual assault survivors.. Family & Intimate Partner Violence Quarterly, 14 (3).  Kingston, NJ: Civic Research Institute. [Invited republication]

22. **Orchowski**, L.M., Goodwin, C.T., Hunter, J.I., Zong, Z.Y. (2023).  The Role of Empowerment Self-Defense in Sexual Assault Prevention. *Sexual Assault Report, 25* (5), 81-96.   Kingston, NJ: Civic Research Institute.

23. Oesterle, D.W., Chen, W., Snell, N., **Orchowski,** L.M. (2024, February). Girls Fight Back! You are worth fighting for. *Sexual Assault Report*. Kingston, NJ: Civic Research Institute.

24. Oesterle, D.W., Chen, W., Snell, N., **Orchowski**, L.M. (2024, May). Empowerment-based programs for preventing interpersonal violence: Evidence in support of Girls Fight Back!  Republished in*: Family & Intimate Partner Violence Quarterly*. Kingston, NJ: Civic Research Institute.


MANUSCRIPTS UNDER REVIEW

1. **Orchowski**, L.M., D'Avanzato, C., & Millman, C. (under review). Alcohol and sexual aggression among college men: What distinguishes men who perpetrate from men who don't. Manuscript submitted.

2. Norris, A. L., Bhuptani, P., & **Orchowski,** L. M. (under review). Self-Regulation is Associated with Substance Use among Sexual Minority Youth.  Manuscript submitted.

3. Bogen, K.W., & **Orchowski**, L.M. (under review). Public perceptions of an alleged perpetrator of sexual harassment before and after organizational action: A social media analysis.  Manuscript submitted.

4. Haikalis, M., Mulla, M. M., Lopez, G. & **Orchowski**, L.M. (under review). *Heavy Episodic Drinking and Bystander Behavior among High School Students: An Exploration of Competing Pathways*. Manuscript to be revised and resubmitted.

5. Bhuptani, P.H., Cruz-Sanchez, M., Chan, G., Millman, C., **Orchowski,** L.M. (under review). Telehealth Interventions for Intimate Partner Violence: A Systematic Review. Manuscript submitted.

Updated: 8/26/25

6. Schick, M.R., Spillane, N.R., Borsari, B., Barnett, N.P., & **Orchowski**, L.M. (under review). Sex-related Alcohol Expectancies and Condom Use Among Heavy Drinking College Men. Revised and resubmitted.

7. Knapp, K., Mayer, E., Bhuptani, P., & **Orchowski**, L.M. (under review). Correlates of attitudes towards psychological care among first year college women in the United States. Manuscript submitted.

8. Berry-Cabán, C. S., Allen, E., **Orchowski,** L. M., Nash, L. N., Roby, A., Holland, A., Reynolds, A., & Metzger, E. (under review). Hazing prevention in the United States military; a systematic review. Manuscript submitted.

9. Haikalis, M., Meisel, M. K., Doucette, H., Birch, K., **Orchowski**, L. M., & Barnett, N. P. (under review). Bystander intervention for alcohol-related risk among college students: differences in experiences and attitudes by gender and drinking group membership. Manuscript submitted.

10. **Orchowski,** L.M., Oesterle, D.W., Borsari, B., Berry-Cabán, C.S., Kazemi, D.M., Berkowitz, A.D. (under review). Conceptualizations of sexual consent among young adult male service members who engage in at-risk drinking. Manuscript submitted.

11. Bhuptani, P.H., **Orchowski**, L.M., Forkus, S.R., Newberger, N.G., & Weiss, N.H. (under review). The Impact of Physical and Sexual Violence on Opioid Consequences among Trauma-exposed Individuals Recruited from the Community who Use Opioids. Manuscript submitted.

12. López, G., Bhuptani, P. H., & **Orchowski,** L. M. (under review). Bisexual+ and gender nonbinary survivors of sexual violence: Comparisons of substance use, PTSD symptoms, and in-person social reactions. Manuscript submitted.

13. Cruz-Sanchez, M., Bhuptani, P.H., and **Orchowski,** L.M. (under review). Training Medical Students to Respond to Intimate Partner Violence: Pilot Study. Manuscript submitted.

14. García-Ramírez, G., Ellis, J. R., Salamanca, N. K., Mullican, K. N., Leone, R., **Orchowsk**i, L. M., Davis, K. C., Kaysen, D., & Gilmore, A. K. (under review). Sexual assault severity, alcohol use, and bystander opportunities and behaviors among college students. Manuscript submitted.

15. Peterson, R., Mayer, E. D., Bhuptani, P. H., Kiefer, R., Cruz-Sánchez, M., Kim, E., & **Orchowski,** L. M. A qualitative analysis of the perceived impacts of #MeToo's online sphere. Manuscript submitted.

16. Ma, Q., Bhuptani, P. H., Kim, E., **Orchowski**, L. M. (manuscript under review). Correlates of cyber sexual victimization among a sample of sexual violence survivors. Manuscript submitted.

17. Bogen, K.W., Adams-Clark, A., Bhuptani, P.H., & Orchowski, L.M [Under Review]. The Role of Posttraumatic Stress, Sexual Functioning, Excitation, and Inhibition in Predicting Substance Use Prior to Sex Among Survivors of Sexual Violence. Manuscript submitted.

18. López, G., Singh, S., Gerlein, S., Pielech, M., Boyle, H.K., **Orchowski,** L.M., Jackson, K.M. & Merrill J.E. (under review). Heavy drinking antecedents among bisexual+ and heterosexual women with sexual assault histories: A qualitative inquiry. Manuscript submitted.

Updated: 8/26/25

19. Adams-Clark, A. A., Ford, K., Driessen, M. C., Bhuptani, P., H. & **Orchowski**, L. M. (under review). Variations in when survivors disclose nonconsensual sexual experiences: An examination of sexual and gender identity.

20. Kuo, C., Wasswa, J., **Orchowski**, L., Harrison, A., Liu, T., Sikweyiya, Y., Berkowitz, A., Adrian, H., Rasmeni, A., Mathews, C. (under review) Rationale and design of a randomized controlled trial testing the efficacy of Safe South Africa, an intervention to prevent HIV risk behavior and sexual violence among adolescent boys. Manuscript submitted.

PROFESSIONAL PRESENTATIONS

Summary
**412** Total
**340** Professional Presentations (Posters, Presentations)
**57** Invited Talks
**15** Seminar Presentations

1. Gidycz, C. A., Lobo, T. R., Rich, C. L., Loh, C., Miller, A., Nigoff, A., & **Orchowski**, L. M. (2004, May). *Evaluation of a sexual assault risk reduction program.* Paper presented at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

2. Gidycz, C. A., Warkentin, J. B., **Orchowski,** L. M., & Dicken, E. (2004, November). *Men's alcohol use and perceptions of risk for committing sexual assault: A prospective analysis.* Poster presented at the meeting of the Association for Advancement of Behavior Therapy, New Orleans, LA.

3. **Orchowski,** L. M., Gidycz, C. A., Raffle, H., Wurdack, M., & Turchik, J. (2005, November). *Behavioral correlates and predictors of self-protective behavior for sexual victimization.* Poster presented at the annual meeting of the Association of Behavioral and Cognitive Therapy, Washington DC.

4. Gidycz, C. A., Warkentin, J. B., & **Orchowski**, L. M. (2005, November*). Factors related to men's perceptions of being victimized in interpersonal relationships: A prospective analysis.* Poster presented at the annual meeting of the Association of Behavioral and Cognitive Therapy, Washington DC.

5. Gidycz, C. A., Warkentin, J. B., **Orchowski,** L. M., Bartlett, J., Glew, T., & Paxton, J. (2005, May). *Predictors of dating violence in men: A prospective analysis.* Paper presented at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

6. Auble, L., Goldberg, A., Raffle, H., **Orchowski,** L.M, Dempsey, L., Heistand, L., Kinor, S., Proegler, E., Reese, E., & Wayman, J. (2005, April). *Collaborating with undergraduates: Research initiatives for the future.* Paper presented at the annual Ohio University Department of Education Research Conference, Athens, OH.

7. **Orchowski,** L. M., Gidycz, C. A., Raffle, H., & Wurdack, M. (2005, April). *The Ohio University sexual assault risk reduction program: Updating program protocol to address psychological*

Updated: 8/26/25

*barriers to resistance.* Poster presented at the annual Ohio University Department of Education Research Conference, Athens, OH.

8. Raffle, H., **Orchowski,** L.M, Heistand, E., Auble, L., Goldberg, A., Kinor, S., Proegler, E., & Reese, E. (2005, April). *Vaccine preventable disease peer education program: Preliminary findings from the evaluation process.* Poster presented at the annual Ohio University Department of Education Research Conference, Athens, OH.

9. **Orchowski,** L. M. (2005, October). *The Ohio University counselor in residence program: A collaborative initiative in psychological care.* Poster presented at the annual meeting of the Ohio Psychological Association, Columbus, OH.

10. **Orchowski,** L. M., Gidycz, C. A., & Raffle, H. (2006, May). *Evaluating a modified sexual assault risk reduction program for women.* Paper presented at the Annual Conference of the Midwestern Psychological Association, Chicago, IL.

11. **Orchowski,** L. M., Gidycz, C. A., Raffle, H., Turchik, J., & Probst, D. (2006, May). *Cognitive appraisals of self-protective behavior for sexual victimization.* Poster presented at the Annual Conference of the Midwestern Psychological Association, Chicago, IL.

12. Chau, M., Gidycz, C.A., Turchik, J., Probst, D., **Orchowski,** L. M., & Duprey, M. (2006, May). *Narratives of unwanted sexual experience: Situational, perpetrator and victim characteristics.* Poster presented at the Annual Conference of the Midwestern Psychological Association, Chicago, IL.

13. Edwards, K. M., VanWynsberghe, A., Gidycz, C. A., & **Orchowski,** L. M. (2006, May). *Prediction of women's utilization of active resistance strategies: A prospective analysis.* Poster presented at the Annual Conference of the Midwestern Psychological Association, Chicago, IL.

14. **Orchowski,** L. M., Gallagher, T. E., & Gidycz, C. A. (2006, May). *Measuring knowledge of sexual assault among college women: The Ohio University sexual assault risk reduction program knowledge measure.* Poster presented at the Ohio University Annual Student Research and Creative Activity Fair, Athens, OH.

15. **Orchowski,** L. M., Watson, B. W., & Gidycz, C. A. (2006, May). *The Ohio University sexual assault risk reduction program: An evaluation of the self-defense workshop.* Poster presented at the Ohio University Annual Student Research and Creative Activity Fair, Athens, OH.

16. **Orchowski,** L. M., Meyer, D. H., & Gidycz, C. A. (2006, May). *The Ohio University "1-in-4" men's sexual assault prevention program: A preliminary evaluation of program effectiveness.* Poster presented at the Ohio University Annual Student Research and Creative Activity Fair, Athens, OH.

17. Duprey, M., **Orchowski,** L. M., & Gidycz, C. A. (2006, May). *Adjustment following sexual assault: Hypotheses regarding the role of self-efficacy, alcohol use, and maladaptive beliefs.* Poster presented at the Ohio University Annual Student Research and Creative Activity Fair, Athens, OH.

18. **Orchowski,** L. M., Anderson, T., Probst, D., Edwards, K., Luthra, R., Fende, J., & Uhlin, B. (2006, October). *How rape myths influence assimilation processes during clinician-assisted*

Updated: 8/26/25

*emotional disclosure of an intimate partner sexual assault.* Paper presented at the annual meeting of the North American Society for Psychotherapy Research, Burr Oak, OH.

19. Uhlin, B., Anderson, T., Edwards, K., Probst, D., & **Orchowski,** L. M. (2006, October). *The assimilation model and internalized voices of abusive others: Exploring implications for survivors of intimate partner sexual assault.* Paper presented at the annual meeting of the North American Society for Psychotherapy Research, Burr Oak, OH.

20. Gallagher, T., **Orchowski,** L. M., & Gidycz, C. A. (2006, October). S*elf-protective dating behaviors among college women: An application of the transtheoretical model of change*. Poster presented at the annual meeting of the Ohio Psychological Association, Columbus, OH.

21. Rogers, J., **Orchowski,** L. M., & Gidycz, C. A. (2006, October). *Risk perception and sexual assault among college women.* Poster presented at the annual meeting of the Ohio Psychological Association, Columbus, OH.

22. Meyer, D., **Orchowski,** L. M., & Gidycz, C. A. (2006, October). *Recognizing and reporting unwanted sexual experiences among college women: Trends and correlates.* Poster presented at the annual meeting of the Ohio Psychological Association, Columbus, OH.

23. Chalk, H. M., & **Orchowski**, L. M**.** (2006, October). *An insider's guide to applying to graduate school.*  Workshop presented at the Annual Conference of the Ohio Psychological Association, Columbus, OH.

24. Heaton, J. A., **Orchowski,** L. M., Cosio, D., Castelino, P., & Peircy, J. (2006, October). *The Ohio University counselor-in-residence program: A report of program utilization—Year one.*  Poster presented at the annual meeting of the Association for University and College Counseling Center Directors, Vail, CO.

25. **Orchowski,** L. M., Duprey, M., Gidycz, C. A., & Raffle, H. (2006, November). *Self-efficacy as a predictor of attributions of blame following a sexual assault: A prospective study of college women.* Poster presented at the annual meeting of the Association of Behavioral and Cognitive Therapy, Chicago, IL.

26. Gidycz, C. A., **Orchowski,** L. M., Turchik, J. A., Probst, D. R. & Edwards, K. M. (2006, November). *Assault characteristics associated with college women's labels of unwanted sexual experiences.* Poster presented at the annual meeting of the Association of Behavioral and Cognitive Therapy, Chicago, IL.

27. Gidycz, C. A., Edwards, K. M., Probst, D. R., Turchik, J. A., & **Orchowski,** L. M. (2006, November). *Women's coping responses to a sexual assault: A prospective analysis*. Poster presented at the annual meeting of the Association of Behavioral and Cognitive Therapy, Chicago, IL.

28. **Orchowski,** L. M., Cosio, D.C., Kinne, M., Anderson, D., & Henke, B. (2007, April). *Initiatives in psychological care: Developing, implementing and evaluating counselor-in-residence programs.* Paper presented at the joint meeting of the American College Student Personnel Association and National Association of Student Personnel Administrators, Orlando, FL.

29. **Orchowski,** L. M., Anderson, T., Uhlin, B., Probst, D., & Edwards, K. (2007, April). *Constructing the experience of sexual victimization: Integration of an ecological and social constructivist*

Updated: 8/26/25

*model.* Paper presented at the annual meeting of the Ohio Society for Psychotherapy Research, Oxford, OH.

30.  Uhlin, B., **Orchowski,** L. M., Probst, D., Edwards, K., & Anderson, T. (2007, April). *Must all have voices? A case study discussion of the dynamics of abusive voices in the dialogical self.* Paper presented at the annual meeting of the Ohio Society for Psychotherapy Research, Oxford, OH.

31.  **Orchowski,** L. M., Cosio, D., Castelino, D., & Heaton, J. A. (2007, May). *Development and implementation of the Ohio University counselor-in-residence program.* Poster presented at the Ohio University Annual Student Research and Creative Activity Fair, Athens, OH.

32.  Duprey, M., Dollar, J., Vandegrift, K., **Orchowski,** L. M., & Gidycz, C. A. (2007, May). *The Ohio University sexual assault risk reduction program: An evaluation of cognitive processing of program material.* Poster presented at the Ohio University Annual Student Research and Creative Activity Fair, Athens, OH.

33.  Saling, A., **Orchowski,** L. M., & Gidycz, C. A., (2007, May). *Correlates and predictors of childhood and adolescent sexual victimization and revictimization.* Poster presented at the Ohio University Annual Student Research and Creative Activity Fair, Athens, OH.

34.  Rogers, J., Segula, J., **Orchowski,** L. M., & Gidycz, C. A. (2007, May). *Undergraduate, graduate student and faculty research collaboration: Benefits, barriers and recommendations.* Poster presented at the Ohio University Annual Student Research and Creative Activity Fair, Athens, OH.

35.  Martin, P. R., & **Orchowski,** L. M. (2007, June). *Empirical trends in cultic entrance and exit: Implications for clinical practice with cult victims and victims of coercive influence.* Paper presented at the International Cultic Studies Association International Conference, Brussels, Belgium.

36.  Martin, P., & **Orchowski,** L. M. (2007, August). *Childhood sexual, physical and verbal victimization within coercive groups.* Poster presented at the Annual Conference of the American Psychological Association, San Francisco, CA.

37.  Gidycz, C. A., **Orchowski,** L. M., & Turchik, J. A. (2007, August). *Labeling of unwanted sexual experiences and revictimization: A prospective analysis.* Poster presented at the Annual Conference of the American Psychological Association, San Francisco, CA.

38.  **Orchowski,** L. M., Cosio, D., Castelino, P., & Heaton, J. A. (2007, August). *A new trend in college student psychological care: Counselor-in-residence programs.* Poster presented at the Annual Conference of the American Psychological Association, San Francisco, CA.

39.  Saling, A. **Orchowski,** L. M., & Gidycz, C. A. (2007, October). *The role of alcohol consumption in college students' conceptualization and response to sexual assault: Review of the literature and directions for future research*. Poster presented at the annual meeting of the Ohio Psychological Association, Columbus, OH.

40.  Segula, J., Saling, A., Judson, S., Nebbia, J., Skrobot, S., **Orchowski,** L. M., & Ng, M. (2007, October). *Students Overcoming Stigma (SOS): The Ohio University mental health peer advocate program.* Poster presented at the annual meeting of the Ohio Psychological Association, Columbus, OH.

Updated: 8/26/25

41.  Beck, A., Kendziorski, S., **Orchowski,** L. M., & Gidycz, C. A. (2007, October). *Correlates of college men's sexual experiences*. Poster presented at the annual meeting of the Ohio Psychological Association, Columbus, OH.

42.  Skrobot, S., Dollar, J., **Orchowski,** L. M., & Gidycz, C. A. (2007, October).  *College women's risk for sexual victimization: An analysis of alcohol and drug use.*  Poster presented at the annual meeting of the Ohio Psychological Association, Columbus, OH.

43.  Bosold, H., Cooke, E., Greer, S., **Orchowski,** L. M, & Gidycz, C. A. (2007, October). *An analysis of the National College Health Risk Behavior Survey and women's risk for sexual victimization.* Poster presented at the annual meeting of the Ohio Psychological Association, Columbus, OH.

44.  **Orchowski,** L. M., Chalk, H. & Golden, K. (2007, October). *Applying to graduate school: An interactive workshop for undergraduates.* Workshop presented at the Annual Conference of the Ohio Psychological Association, Columbus, OH.

45.  Martin, P., **Orchowski,** L. M., Uhlin, B., & Gullekson, N. (2007, October). *Aftereffects of membership in cults and coercive groups: Empirical evidence and implications for clinical practice.* Workshop presented at the Annual Conference of the Ohio Psychological Association, Columbus, OH.

46.  **Orchowski,** L. M., Castelino, P., & Ng, M. (2007, October). *Developing, implementing and evaluating counselor-in-residence programs.* Workshop presented at the Annual Conference of the Ohio Psychological Association, Columbus, OH.

47.  Castelino, P., **Orchowski,** L. M., Cosio, D., & Hathaway, S. L. (2007, March).  *Innovative ways of reaching out to university students in residence halls*.  Poster presented at the Annual Great Lakes Regional Conference in Counseling Psychology, Bloomington, IN.

48.  **Orchowski,** L. M., Turchik, J. A., Desai, A., Gidycz, C. A., & Loh, C. (2007, November). *College men's labeling and attributions of blame in scenarios of unwanted sexual experiences*. Poster presented at the Annual Conference of the Association for Cognitive and Behavioral Therapy, Philadelphia, PA.

49.  Martin, P., **Orchowski,** L. M., & Uhlin, B. (2007, November). *Psychological correlates of childhood sexual, physical and verbal victimization among former members of coercive groups.* Poster presented at the Annual Conference of the Association for Cognitive and Behavioral Therapy, Philadelphia, PA.

50.  **Orchowski,** L. M., Castelino, P., Ng, M. & Cosio, D. (2007, November). *The Ohio University counselor-in-residence program: An innovative approach to psychological care.* Paper presented at the National Association of Student Personnel Administrators Region IV East Regional Conference, Indianapolis, IN.

51.  Duprey, M., **Orchowski,** L.M., & Gidycz, C.A. (2008, May). *Adjustment following a sexual assault: The mediating role of self-blame.* Paper presented at the annual conference of the Midwestern Psychological Association, Chicago, IL.

52.  **Orchowski,** L.M., Gidycz, C.A., Duprey, M., Saling, A., &  Segula, J. (2008, May). *Researchers and program facilitators' reactions to the development and facilitation of sexual assault risk*

Updated: 8/26/25

*reduction and prevention programs: Transformative experiences and lessons learned*. Paper presented at the annual conference of the Midwestern Psychological Association, Chicago, IL.

53.    Segula, J., **Orchowski,** L. M., Gidycz, C.A., & Loh, C. (2008, May). *The role of social norms in predicting sexual aggression in college men: A prospective study*. Poster presented at the annual conference of the Midwestern Psychological Association, Chicago, IL.

54.    Saling, A., Gidycz, C. A., & **Orchowski,** L. M., (2008, May).  *College students' reactions to unwanted sexual experiences: The role of victim and perpetrator alcohol use*. Poster presented at the annual conference of the Midwestern Psychological Association, Chicago, IL.

55.    Gorey, E., Kendziorski, S., **Orchowski,** L.M., & Gidycz, C.A. (2008, May). *The Ohio University Sexual Assault Risk Reduction Program: An evaluation of the process of program facilitation.* Poster presented at the Ohio University Annual Student Research and Creative Activity Fair, Athens, OH.

56.    Beck, A., Nebbia, J., **Orchowski,** L.M., & Gidycz, C.A. (2008, May). *The Ohio University Men's sexual assault prevention program: An evaluation of the process of program facilitation.* Poster presented at the Ohio University Annual Student Research and Creative Activity Fair, Athens, OH.

57.    Greer, S., Bosold, H., **Orchowski,** L.M., & Gidycz, C.A. (2008, May). *The community programming initiative: A reliability analysis of program facilitation.* Poster presented at the Ohio University Annual Student Research and Creative Activity Fair, Athens, OH.

58.    Segula, J., Judson, S., Skrobot, S., & Tyson, C., **Orchowski,** L.M., & Ng, M. (2008, May). *Barriers to psychological care among undergraduate students: The role of undergraduate mental health advocacy.* Poster presented at the Ohio University Annual Student Research and Creative Activity Fair, Athens, OH.

59.    Saling, A., Nebbia, J., Dodson, D., Butts, S., Majewski, M., **Orchowski,** L.M, Ng, Mei, & Castelino, P. (2008, May). *Students Overcoming Stigma: Year-1 program evaluation and future goals.*  Poster presented at the Ohio University Annual Student Research and Creative Activity Fair, Athens, OH.

60.    Vandegrift, K., Hedgbeth, K., Saling, A., Segula, J., Duprey, M., Gidycz, C.A., &  **Orchowski,** L.M**.** (2008, May). *Behind the scenes: Facilitating the Ohio University Sexual Assault Risk Reduction Program*. Poster presented at the Ohio University Annual Student Research and Creative Activity Fair, Athens, OH.

61.    Zimak, E., Robison, T., Reeder, J., Rhoades, R., Jacobs, T., Gidycz, C.A., & **Orchowski,** L.M. (2008, May). *Behind the scenes: Facilitating men's sexual assault prevention programming.* Poster presented at the Ohio University Annual Student Research and Creative Activity Fair, Athens, OH.

62.    **Orchowski,** L.M., & Ng, M.  (2008, May). *The Ohio University Counselor-in-Residence program: Year—3 program evaluation.*  Poster presented at the Ohio University Annual Student Research and Creative Activity Fair, Athens, OH.

Updated: 8/26/25

63. Martin, P., Gulekson, N., Uhlin, B., & **Orchowski**, L.M. (2008, June). *An empirical examination of psychological symptomatology among different coercive group types.* Paper presented at the International Cultic Studies Association International Conference, Philadelphia, PA.

64. **Orchowski**, L.M., Gidycz, C.A., Probst, D.R., Mondillo, K. (2008, August). *Women's perceptions of risk to experience sexual victimization: Implications for risk reduction programming*. Paper presented at the annual conference of the American Psychological Association, Boston, MA.

65. **Orchowski***, L.M., Judson, S., & Saling, A. (2008, October). *Graduate school in psychology: Navigating the application process*. Workshop presented at the Annual Conference of the Ohio Psychological Association, Columbus, OH.

66. Lewis, M., Segula, J., Ng, M., Castelino, P., **Orchowski**, L. M.., & Ashton, K. (2008, October). *Social Justice in the Community: Ethics of Outreach and Advocacy.* Workshop presented at the Annual Conference of the Ohio Psychological Association, Columbus, OH.

67. Saling, A.C., Gidycz, C.A., **Orchowski**, L.M., (2008, November). *Aftereffects of sexual victimization as a function of victim and perpetrator alcohol use.* Poster presented at the annual conference of the Association for Behavioral and Cognitive Therapies, Orlando, FL.

68. Gidycz, C.A., **Orchowski**, L.M., Probst, D., & Loh, C. (2008, November). *The role of family violence and gender role beliefs in the co-occurrence of verbal, physical and sexual aggression in college men*. Poster presented at the annual conference of the Association for Behavioral and Cognitive Therapies, Orlando, FL.

69. **Orchowski**, L.M. & Gidycz, C.A. (2008, November). *Attitudes towards psychological care among college women: The role of prior sexual victimization.*  Poster presented at the annual conference of the Association for Behavioral and Cognitive Therapies, Orlando, FL.

70. **Orchowski**, L.M. & Gidycz, C.A. (2008, November). *Changes in college women's dating behaviors over time: An application of the transtheoretical model of change.* Poster presented at the annual conference of the Association for Behavioral and Cognitive Therapies, Orlando, FL.

71. **Orchowski**, L.M., Ng, M., & Castelino, P. (2008, November). *The Ohio University counselor-in-residence Program; A 3-Year analysis of program efficacy.* Poster presented at the annual conference of the Association for Behavioral and Cognitive Therapies, Orlando, FL.

72. **Orchowski**, L.M. (2009, March). *Preventing secondary victimization of sexual assault survivors: An application of the ecological model.* Poster presented at the annual conference of the Association for Women in Psychology, Newport, RI.

73. **Orchowski**, L.M. & Gidycz C.A. (2009, March). *Campus based sexual assault prevention and risk reduction: Reviewing 30 years of research and practice.* Paper presented at the annual conference of the Association for Women in Psychology, Newport, RI.

74. Demireva, P., Zimak, E., Ng, H.M., Castelino, P., & **Orchowski**, L.M. (2009, June). Reaching out for prevention: Psychoeducational programming with college students. Paper presented at the National Outreach Conference for Counseling Centers, Ann Arbor, MI.

75. Martin, P., **Orchowski**, L.M., & Uhlin, B. (2009, July). *Childhood verbal, physical, sexual victimization, symptomatology and family environments within coercive groups and resultant*

Updated: 8/26/25

*treatment outcomes.* Paper presented at the annual international conference of the International Cultic Studies Association, Geneva, Switzerland.

76. **Orchowski**, L.M. & Gidycz, C.A. (2009, August). *Preventing sexual assault on college campuses: Past, present and future directions*. Paper presented at the annual conference of the American Psychological Association, Toronto, Canada.

77. Judson, S., & Saling, A. **Orchowski**, L.M., (2009, October). *Applying to graduate school in psychology*. Workshop presented at the Annual Conference of the Ohio Psychological Association, Columbus, OH.

78. Saling, A., **Orchowski**, L.M. & Gidycz, C.A. (2009, November). *Social reactions to sexual assault scenarios: The role of problem drinking.* Paper presented at the annual conference of The International Society for Traumatic Stress Studies, Atlanta, GA.

79. **Orchowski**, L.M. & Gidycz, C.A. (2009, November). *Psychosocial correlates of comorbid alcohol and drug use among adolescent sexual assault victims.* Paper presented at the annual conference of The International Society for Traumatic Stress Studies, Atlanta, GA.

80. **Orchowski**, L.M. & Gidycz, C.A. (2009, November). *PTSD and alcohol use problems following adolescent sexual assault: The role of sexual assault disclosure and contextual factors.* Poster presented at the annual conference of the Association for Behavioral and Cognitive Therapies, New York, NY.

81. **Orchowski**, L.M. & Gidycz, C.A. (2009, November). *Psychosocial correlates of positive and negative social reactions to disclosure of adolescent sexual victimization.* Poster presented at the annual conference of the Association for Behavioral and Cognitive Therapies, New York, NY

82. **Orchowski**, L.M. & Gidycz, C.A. (2009, November). *A prospective analysis of the psychosocial correlates of positive and negative responses to sexual assault disclosure among college women*. Poster presented at the annual conference of the Association for Behavioral and Cognitive Therapies, New York, NY

83. **Orchowski**, L.M. & Gidycz, C.A. (2009, November). *Predictors of delayed sexual assault disclosure among college women: A prospective study.* Poster presented at the annual conference of the Association for Behavioral and Cognitive Therapies, New York, NY.

84. **Orchowski**, L.M. & Gidycz, C.A. (2010, February). *Disclosure of sexual assault among college women: Responses from family and friends*. Paper presented at the National Summit on Interpersonal Violence and Abuse across the Lifespan: Forging a Shared Agenda, Dallas, TX.

85. **Orchowski,** L.M. & Gidycz, C.A. (2010, February). *Risk and utility of disclosure among women with a history of victimization*. Poster presented at the National Summit on Interpersonal Violence and Abuse across the Lifespan: Forging a Shared Agenda, Dallas, TX.

86. **Orchowski**, L.M., Saling Untied, A. & Gidycz, C.A. (2010, June). *The role of alcohol use and expectancies in risk for alcohol-related sexual assault: A cluster analysis*. Poster presented at the World Congress for Behavioral and Cognitive Therapies, Boston, MA.

Updated: 8/26/25

87. **Orchowski**, L.M. & Barnett, N.P. (2010, June). *Alcohol related sexual consequences among college students: A longitudinal investigation.* Poster presented at the annual conference of the Research Society on Alcoholism, San Antonio, TX.

88. Gidycz, C.A., **Orchowski**, L.M., Probst, D., Edwards, K., Murphy, M., Tansill, E., & Berkowitz, A. (2010, July). *Preventing sexual assault among college students:  An outcome evaluation.* Paper presented at the International Family Violence and Child Victimization Research Conference, Portsmouth, NH.

89. **Orchowski**, L.M. & Gidycz, C.A. (2010, August). *Sexual assault disclsoure, social reactions and adjustment: A prospective study of college women.*  Paper presented at the annual conference of the American Psychological Association, San Diego, CA.

90. **Orchowski**, L.M., Untied, A.S., & Gidycz, C.A. (2010, August). *Alcohol expectancies and risk for perpetration of sexual aggression.*  Poster presented at the annual conference of the American Psychological Association, San Diego, CA.

91. **Orchowski**, L.M., Untied, A.S., & Lazar, V. (2011, February). *Alcohol use and perceived risk for sexual victimization among college students.* Poster presented at the annual conference of the Guze Symposium on Alcoholism, St. Louis, MO.

92. Schonbrun, Y.C., Spillane, N.S., & **Orchowsk**i, L.M. (2011, June). *Intimate partner violence and alcohol treatment utilization*. Poster presented at the annual conference of the Research Society on Alcoholism, Atlanta, GA.

93. **Orchowski**, L.M., Mastroleo, N.R., Borsari, B., & Peterson, C. (2011, June). *Alcohol related sexual consequences among students in brief alcohol intervention*. Poster presented the annual conference of the Research Society on Alcoholism, Atlanta, GA.

94. Kelley, E.L., Tansill, E., **Orchowski**, L.M. & Gidycz, C.A. (2011, August). *Predictors of male perpetration of sexual aggression: Identifying potential target factors for programming efforts*. Poster presented at the annual conference of the American Psychological Association, Washington, DC.

95. Corno, C., Barnett, N., **Orchowski**, L.M., & Colby, S. (October, 2011). *Differences in alcohol use variables by educational status among non-college young adults.* Poster presented at the annual Conference on Emerging Adulthood, Providence, RI.

96. Kelley, E.L., Murphy, M., Gidycz, C.A., & **Orchowski**, L.M. (2011, November*). An examination of risk factors for sexual victimization and revictimization among college women*. Poster presented at the annual conference of The International Society for Traumatic Stress Studies, Baltimore, MD.

97. Colby, S.M., Magill, M., Murphy, J.G., **Orchowski**, L., Apodaca, T., & Barnett, N.P. (2012, June). *Brief motivational interventions for non-college young adult heavy drinkers: Evaluating candidate mechanisms of change in a randomized clinical trial.* Paper presented at the annual meeting of the Research Society on Alcoholism, San Francisco, CA.

98. Colby, S.M., Magill, M., Murphy, J.G., **Orchowski**, L., Apodaca, T., & Barnett, N.P. (2012, November). *Mediators of brief motivational intervention effects on heavy drinking in non-college*

Updated: 8/26/25

*young adults.* Paper presented at the annual conference of the Association for Behavioral and Cognitive Therapies, National Harbor, MD.

99. **Orchowski**, L.M., & Paquin, G. (2013, June). *Hazardous drinking and college women's responses to unwanted sexual advances.* Poster presented at the annual conference of the Research Society on Alcoholism, Orlando, FL.

100. **Orchowski**, L.M., & Zlotnick, C. (2013, June). *Substance use and interpersonal violence among community college women.* Poster presented at the annual conference of the Research Society on Alcoholism, Orlando, FL.

101. **Orchowski**, L.M., Boggis, J., Hoadley, A., & Oesterle, D. (2013, October). *Correlates of bystander behavior among a sample of college men.* Poster presented at the annual conference of the Northeastern Psychological Association, Bridgeport, CT.

102. **Orchowski**, Orchowski, L.M., Boggis, J., Hoadley, A., & Oesterle, D. (2014, March). *The role of alcohol in the sexual experiences of heavy drinking and non-heavy drinking college men.* Poster presented at the annual conference of the Eastern Psychological Association, Boston, MA. '

103. **Orchowski**, L.M., Boggis, J., & Zlotnick, C.A. (2014, March). *Marijuana use and risk for sexual victimization among community college women.* Poster presented at the annual Mind Brain Research Day of Brown University, Providence, RI.

104. **Orchowski,** L.M., Hoadley, A., & Zlotnick, C.A. (2014, March). *Verbal, physical and sexual victimization as correlates of coping and mental health among community college women.* Poster presented at the annual Mind Brain Research Day of Brown University, Providence, RI.

105. **Orchowski**, L.M., Barnett, N.B., Borsari, B., Wood, M., Zlotnick, C. & Oesterle, D. (2014, July). *Development of an integrated sexual assault and alcohol intervention for high risk college men.* Paper presented at the International Family Violence and Child Victimization Research Conference, Portsmouth, NH.

106. **Orchowski,** L.M., Traill, H., Oesterle, D. & Zlotnick, C. (2014, September). *Young women's use and receipt of condom use resistance tactics.* Poster presented at the annual Conference of the New England Psychological Association, Lewiston ME.

107. **Orchowski**, L.M., Frazier, S., Robicheau, M. & Zlotnick, C. (2014, October). *Measurement of sexual victimization: Event-level and person-level assessment of assault characteristics.* Poster presented at the annual conference of the New England Psychological Association, Lewiston, ME.

108. **Orchowski**, L., Andoscia, G., Oesterle, D., Burrows, G., Jacobs, S., & Zhao, S. (2015, March). *Integrated alcohol and sexual assault prevention for college men: post-session ratings from an open trial.* Poster presented at the 2nd Annual Mind-Brain Research Day at Brown University, Providence, RI.

109. **Orchowski**, L.M., Barnett, N.B., Borsari, B., Wood, M., Zlotnick, C., & Oesterle, D. (2015, June). *Integrated alcohol and sexual assault prevention for heavy drinking college men: Short term*

Updated: 8/26/25

*findings from a randomized pilot trial*. Paper presented at the Annual Meeting of the Research Society on Alcoholism, San Antonio, TX.

110. **Orchowski**, L.M., Barnett, N.B., Borsari, B., Wood, M., Zlotnick, C., & Oesterle, D. (2015, June). *Open trial findings of UR-SAFE: An integrated sexual assault and alcohol intervention for high risk college men*. Paper presented at the Annual Meeting of the American Psychological Association, Toronto, Canada.

111. **Orchowski**, L.M., Malone, S., Berkowiz, A., & Pearlman, D. (2015, September). *Applying social norms theory to the prevention of gender-based violence in middle schools: Theory, Research and Practice.* Paper presented at the National Sexual Assault Conference, Los Angeles, CA.

112. Pearlman, D., Malone, S., **Orchowski**, L., Jackson, T., Benson, G., & Perez, B. (2015, September). *Your Voice Your View: A promising program to prevent sexual violence among adolescents.* Paper presented at the Annual Centers for Disease Control and Prevention Rape Prevention and Education (RPE) Grantee Meeting, Los Angeles, CA.

113. **Orchowski**, L.M., Gobin, R., & Zlotnick, C. (2015, November). *The intersection between victimization, substance use, mental health and HIV risk among young women*. Poster presented at the Annual Meeting of the International Society for Traumatic Stress Studies, New Orleans, LA.

114. **Orchowski**, L.M., Oesterle, D., Andoscia, G., Yusufov, M., Sarapas, C., & Krahe, P. (2016, March). *Variations in social norms regarding sexual violence among high school youth.* Poster presented at the annual conference of the Eastern Psychological Association, New York, NY.

115. Andoscia, G., Oesterle, D., Yusufov, M., Sarapas, C., & **Orchowski**, L.M. (2016, March). *The role of alcohol in sex among undergraduate college men: A mixed-methods approach*. Poster presented at the annual conference of the Eastern Psychological Association, New York, NY.

116. Oesterle, D., Andoscia, G., & Orchowski, L. (2016 March). *Preliminary evaluation of a social norms marketing campaign.* Poster presented at the annual conference of the Eastern Psychological Association, New York, NY.

117. Sarapas, C., Yusufov, M., Oesterle, D., Andoscia, G., & **Orchowski**, L.M. (2016, March). *An application of the stage of change model to college women's dating behaviors.* Poster presented at the annual conference of the Eastern Psychological Association, New York, NY.

118. Yusufov, M., Sarapas, C., Oesterle, D., Andoscia, G., & **Orchowski**, L. (2016, March). *Self-efficacy and the stages of change for risky dating behaviors*. Poster presented at the annual conference of the Eastern Psychological Association. New York, NY.

119. Oesterle, D., Ludew, K., Strock, A., & **Orchowski**, L.M. (March, 2016). *Evaluation of an integrated alcohol and sexual assault intervention: Exit interviews from a randomized control trial.* Poster presented at the annual Mind Brain Research Day at Brown University, Providence RI.

120. Sarapas, C., Yusufov, M., **Orchowski**, L.M. (2016, March). *Neighborhood characteristics as a predictor of actual and perceived norms among high school students*. Poster presented at the Brown University Mind Brain Research Day. Providence, RI.

Updated: 8/26/25

121. Yusufov, M., Oesterle, D., Andoscia, G., **Orchowski**, L.M. (March, 2016). *Evaluation of program fidelity for wave one of a pilot randomized controlled trial of the Your Voice Your View sexual violence prevention program for high school youth*. Poster presented at the annual Mind Brain Research Day at Brown University, Providence, RI.

122. Andoscia, G., Krahe, P., Teeters, K., Yusufov, M., & **Orchowski**, L.M. (March, 2016). *Program Fidelity in an open trial of Your Voice Your View:  Facilitator ratings and external rater observations*. Poster presented at the annual Mind Brain Research Day at Brown University, Providence, RI.

123. **Orchowski**, L.M., Barnett, N., Borsari, B., Zlotnick, C., Oesterle, D., Merrill, J., & Wood, M. (2016, June). *Randomized pilot trial of an integrated alcohol and sexual assault prevention program for heavy drinking college men: Six month findings*. Paper presented at the Annual Conference of the Research Society on Alcoholism, New Orleans, LA.

124. **Orchowski**, L.M., Senn, C., & Gidycz, C.A. (2016, August). *Reducing violence against women: The design and evaluation of resistance and risk reduction programs*. Conversation Hour presented at the Annual Conference of the American Psychological Association, Denver, CO.

125. **Orchowski**, L.M., Malone, S., Pearlman, D., Rizzo, C., Zlotnick, C., Oesterle, D., Andoscia, G., Lokey, C., Latzman, N., & Spies, E. (2016, August). *Preventing sexual assault among high school teens: A pilot evaluation of Your Voice Your View*. Paper presented at the Annual Conference of the American Psychological Association, Denver, CO.

126. Berry-Cabán, C.S, **Orchowski**, L.M.; Prisock, K. (2016, August). *Dating and sexual assault in the military: Translating a social norms study.* Poster presented at the Military Health System Research Symposium, Kissimmee, FL.

127. **Orchowski**, L.M., Pearlman, D., & Malone, S. (2016, September). *Research-practitioner collaboration in the implementation of sexual assault prevention programming*. Paper presented at the National Sexual Assault Conference, Washington, DC.

128. Kuo, C., Mathews, C., Harrison, A., **Orchowski**, L., Pellowski, J., Atujuna, M., Stein, D., Brown, L. (2016, October). *Perpetration of sexual aggression among young adolescents in South Africa*. Poster/Abstract presented at the Annual Meeting and Expo of the American Public Health Association, Denver, CO.

129. Yusufov, M.  & **Orchowski**, L.M. (2016, October) *Preliminary validation of decisional balance measures for protective dating behaviors in college women.* Poster presented to the 50th annual meeting of the Association for Behavioral and Cognitive Therapies. New York, NY.

130. **Orchowski**, L.M., Moreno, O., Yusufov, M., Oesterle, D., Andoscia, G., & Sarapas, C. (2016, October). *The role of alcohol in sexual Communication: A qualitative analysis of heavy drinking college men.* Poster presented at the 50th annual meeting of the Association for Behavioral and Cognitive Therapies. New York, NY.

131. Huntington, F.C., **Orchowski**, L.M., Oesterle, D., & Millman, C. (2016, October). *Influence of rape supportive attitudes and peer affiliations on alcohol use and sexual aggression association.* Poster presented at the Annual Meeting of the New England Psychological Association, Worcester, MA.

Updated: 8/26/25

132. Oesterle, D., **Orchowski**, L., Moreno, O. (2016, October). *Perceptions of bystander intervention in sexual assault prevention: A qualitative investigation of heavy drinking college men*. Poster presented at the annual conference of the New England Psychological Association, Worcester, MA.

133. Millman, C., Huntington, F.C., Oesterle, D., Gould, S., **Orchowski**, L.M. (2016, October). *Variation in heavy episodic drinking, sexual aggression and rape supportive attitudes among college men*. Poster presented at the Annual Meeting of the New England Psychological Association, Worcester, MA.

134. Nestor, K., Teeters, K., Oesterle, D., Bogen, K., & **Orchowski**, L.M. (2016, October). *Dating violence victimization and mental health consequences among community college women.* Poster presented at the annual meeting of the New England Psychological Association, Worcester, MA.

135. Krahe, P.M., Oesterle, D., & **Orchowski**, L. (2016, October). *Do high school students accurately perceive peer norms? An examination of gender and grade effects*. Poster presented at the annual conference of the New England Psychological Association, Worcester, MA.

136. Huntington, F., Merrill, J., Oesterle, D., & **Orchowski**, L.M. (2017, March). *Hypergender ideology, rape myths, and sexual aggression among heavy drinking college men.* Poster presented at the annual conference of the Eastern Psychological Association, Boston, MA.

137. Bogen, K., Huntington, F., Millman, C., & **Orchowski**, L.M. (2017, March). *Sexual violence is #NotOkay: Twitter as a platform for victim disclosure.* Paper presented at the annual conference of the Eastern Psychological Association, Boston, MA.

138. Krahe, P., Millman, C., Eng., A., Pearlman, D., & **Orchowski**, L.M. (2017, March). *Do high school teachers accurately perceive student school wide norms?* Paper presented at the annual conference of the Eastern Psychological Association, Boston, MA.

139. Oesterle, D., Bogen, K., Garcia, G., Huntington, C., Krahe, P., Millman, C., & **Orchowski**, L. (2017, March). *Misperceptions of sexual violence in the classroom: Exploring the role of technology to target descriptive and injunctive social norms*. Poster presented at the Annual Mind-Brain Research Day at Brown University, Providence, RI.

140. Bogen, K. W., Oesterle, D. W., Krahe, P, & **Orchowski**, L.M. (2017, March). *Reproductive coercion and sexual consent among high school youth.* Poster presented at the Annual Mind Brain Research Day at Brown University, Providence, RI.

141. Berry-Caban, C., **Orchowski**, L.M., Kazemi, D., & Prisock, K. (2017, May). *Perceptions of peer norms regarding sex and alcohol among male soldiers.* Poster presented at the annual Womack Army Medical Center Research Symposium, Ft. Bragg, NC.

142. Oesterle, D., Krahe, P., & **Orchowski**, L.M. (2017, May). *Therapist style predicting change in an integrated sexual assault and alcohol intervention*. Poster presented at the annual conference of the Association for Psychological Science, Boston, MA.

143. Huntington, F.C., Pearlman, D.N., Oesterle, D., & **Orchowski**, L.M. (2017, May). *Association of violent pornography use and hypergender Ideology with bullying behaviors in adolescent males*.

Updated: 8/26/25

Poster presented at the annual conference of the Association for Psychological Science, Boston, MA.

144. Bogen, K.W., Eng, A., Brown, Z., & **Orchowski**, L.M. (2017, May). *Supporting students in responding to disclosure of sexual assault: A systematic review of online resources.* Poster presented at the annual conference of the Association for Psychological Science, Boston, MA.

145. **Orchowski**, L.M., Barnett, N., Borsari, B., Zlotnick, C., Oesterle, D., Merrill, J., & Wood, M. (2017, June). *Proximal effects of an integrated alcohol and sexual assault prevention program for heavy drinking college men.* Paper presented at the annual conference of the Research Society on Alcoholism, Denver CO.

146. Oesterle, D., Moreno, O., & **Orchowski**, L.M. (2017, June). *A qualitative analysis of bystander intervention among heavy drinking college men.* Paper presented at the annual conference of the Research Society on Alcoholism, Denver CO.

147. Berry-Cabán, C. S., Orchowski, L., & Prisock, K. (2017, August). *Dating and sexual assault: Results from a social norms survey.* Poster presented at the Military Health System Research Symposium, Orlando, FL.

148. **Orchowski,** L.M., Berry-Caban, C.S., Kazemi, D., Borsari, B., Kahler, C., & Prisock, K. (2017, August). *Development of a sexual assault and alcohol intervention for men in the military.* Paper presented at the annual conference of the American Psychological Association, Washington, DC.

149. **Orchowski,** L.M., Malone, S., Pearlman, D., Rizzo, C., Zlotnick, C., & Huntington, F., Krahe, P., Millman, C. & Oesterle, D. (2017, August). *Preliminary outcomes of a high school sexual assault prevention program.* Paper presented at the annual conference of the American Psychological Association, Washington, DC.

150. **Orchowski**, L.M., Malone, S., Pearlman, D., Bogen, K., Krahe, P., Oesterle, D. (2017, August). *Assessing social norms to prevent sexual and dating violence in middle schools.* Paper presented at the annual conference of the American Psychological Association, Washington, DC.

151. Kazemi, D., **Orchowski**, L., Berry-Caban, C., Prisock, K., & Borsari, B. (2017, November). *Sexual assault prevention in the military: A systematic review.* Paper presented at the annual meeting of the American Public Health Association, Atlanta, GA.

152. Bogen, K.W., Krahe, P., Oesterle, D., & **Orchowski**, L.M. (November, 2017). *Body Counts and hit & runs: Hook up vocabulary, dating culture, and violence experiences among Rhode Island adolescents.* Paper presented at the annual meeting of the American Public Health Association. Atlanta, GA.

153. **Orchowski**, L.M., Pearlman, D., Bogen, K.W., Oesterle, D.W., Krahe, P., & Malone, S. (2017, November). *Preventing dating and sexual violence among youth: The role of middle school teachers as proactive bystanders.* Paper presented at the annual conference of the Association for Behavioral and Cognitive Therapies, San Diego, CA.

Updated: 8/26/25

154. Huntington, C.F., & **Orchowski**, L.M. (2017, November). *Pornography and perpetration of interpersonal violence among high school youth.* Poster presented at the annual conference of the Association for Behavioral and Cognitive Therapies, San Diego, CA.

155. **Orchowski**, L.M., Bleiweiss, K., & Oesterle, D. (2017, November). *Perceived peer approval and sexual violence perpetration among high school boys.* Poster presented at the annual conference of the International Society for Traumatic Stress Studies, Chicago, IL.

156. Rostad, W.L., Grittins-Stone, D., Huntington, C., Rizzo, C.J., Pearlman, D., & **Orchowski**, L.M. (2018, May). *Exposure to violent pornography and teen dating violence among high school students.* Paper presented at the annual conference of the Society for Prevention Research, Washington, D.C.

157. Norona, J. C., Borsari, B., Oesterle, D. W., & **Orchowski**, L. (2018, July). Alcohol use and risk factors for sexual assault: Differences according to relationship status. Poster to be presented at the International Association for Relationships Research Conference, Fort Collins, CO.

158. Pulverman, C. S., Creech, S. K., Shin, M. E., Roe, K. T., Tzilos Wernette, G., **Orchowski**, L. M., Kahler, C. W., Shea, M. T. & Zlotnick, C. Testing the feasibility of using technology to improve health care for women veterans with a history of sexual trauma. Paper presented at the annual meeting of the International Academy of Sex Research (IASR), Madrid, Spain.

159. Pulverman, C.S., Creech, S.K., Tzilos Wernette, G., **Orchowski**, L. M., Kahler, C. W., Shea, M. T. & Zlotnick, C. Addressing the impact of sexual trauma on women veterans: Feasibility and acceptability of a computerized intervention for primary care. Paper to be presented at the annual meeting of the International Society for Traumatic Stress Studies, Washington DC.

160. Ballou, A., Bogen, K.W., Bleiweiss, K. K., & **Orchowski**, L. M. (2018, March). Assessing believability and kick back within a social norms campaign to reduce violence in Rhode Island middle schools. Poster presented at the Annual Mind-Brain Research Day at Brown University, Providence, RI.

161. Bleiweiss, K. K., Bogen, K. W., Cooney, L., Lavoie, H., Wozniak, A., & **Orchowski**, L. M. (March, 2018). Gender differences in the manifestation of cyberbullying perpetration among high school students: Survey findings across Rhode Island high schools. Poster presented at the Annual Mind-Brain Research Day at Brown University, Providence, RI.

162. Rogers, A.C., Kirk, K.T., Spillane, N.S., & **Orchowski**, L.M. (April, 2018). The relationships between heavy drinking, regretted sex, and strategies to limit drinking among college men. Poster presented at the Annual Hunter College Psychology Convention, New York, New York.

163. Chalmers, S.J., Kirk, K.T., Spillane, N.S., & **Orchowski**, L.M. (April, 2018). The effect of alcohol consumption on ratings of consent, perpetrator responsibility, and women's responsibility in sexual assault. Poster presented at the Annual Hunter College Psychology Convention, New York, New York.

164. Berry-Caban, C., Wismatt, A., Winstead, T., Orchowski, L., Kazemi, D., & Prisock, K. (May, 2018). Perceptions of impersonal sexual activity among male soldiers. Poster presented at the annual Womack Army Medical Center Research Symposium, Ft. Bragg, NC.

Updated: 8/26/25

165. Kirk, K.T., Schick, M.R., Orchowski, L.M., & Spillane, N.S. Predicting bystander intervention: Characteristics of heavy drinking college males. Poster presented at the 2018 Annual Scientific Meeting of the Research Society on Alcoholism, San Diego, California.

166. **Orchowski**, L.M., Malone, S., Pearlman, D., Bogen, K.W., & Bleiweiss, K. (July, 2018). Engaging middle school teachers in a social norms campaign to prevent youth violence: An examination of community readiness. Paper presented at the International Family Violence and Child Victimization Research Conference, Portsmouth, NH.

167. Bogen, K.W., Leach, N.R., Meza Lopez, R., & **Orchowski**, L.M. (July, 2018). Supporting students in responding to disclosure of sexual violence: A systematic review of online university resources. Paper presented at the International Family Violence and Child Victimization Research Conference, Portsmouth, NH.

168. Gilmore, A. K., **Orchowski**, L. M., Davis, K. C., & Hahn, C. K. (July, 2018). Alcohol and sexual assault prevention for college students: An mHealth solution. Paper presented at the biennial meeting of the International Society for Research on Aggression. Paris, France.

169. Winstead, T. L., Metzger, E., Berry-Cabán, C. S., Orchowski, L. M., Kazemi, D. (2018, August) Male soldiers' impersonal sexual behaviors: correlates of perceived social norms.   Poster presented at the Military Health System Research Symposium, Kissimmee, Florida.

170. Bogen, K.W., Bleiweiss, K., & **Orchowski**, L.M. (November, 2018). Assessing social reactions to disclosures of sexual victimization on Twitter: Examination of #NotOkay. Paper presented at the annual conference of the Association for Cognitive and Behavioral Therapies. Washington, DC.

171. **Orchowski**, L.M., Malone, S., Pearlman, D., Rizzo, C., & Zlotnick, C. (2018, November). Evaluating a social norms and bystander intervention program for high school students: Year 2 study outcomes. Paper presented at the annual conference for the Association of Cognitive and Behavioral Therapies, Washington DC.

172. **Orchowski**, L.M., Yusufov, M., Oesterle, D., Bogen, K.W., & Zlotnick, C.  Intimate Partner Violence and Experiences of Condom Use Resistance among Community College Women. Paper presented at the annual conference for the Association of Cognitive and Behavioral Therapies, Washington DC.

173. Norris, A.L., & **Orchowski**, L.M. (2018, November). Examining the intersections between self-regulation, bullying, homophobic teasing, harassment and victimization among sexual minority adolescents. Poster presented at the annual conference of the annual conference of the Association of Cognitive and Behavioral Therapies, Washington DC.

174. **Orchowski**, L.M. & Bleiweiss, K. (2018, November). Self-regulatory behavior and interpersonal violence among high school youth. Paper presented at the annual conference of the Society for the Scientific Study of Sexuality, Montreal, Quebec, Canada.

175. Grocott, L., Leach, N., Longo, G., Meza-Lopez, R., **Orchowski**, M.L. (2019, March). Victimization, counseling services, bystander intervention, and Title IX: Perspectives of sexual minority students. Poster presented at the annual conference of the Association for Women in Psychology. Newport, RI.

Updated: 8/26/25

176. Bogen, K.W., Hunt, L.K., Mackin, M., Mulla, M.M.M., & **Orchowski,** L.M. (2019, March). Substance use, deviance, violence, and measures of connectedness among Rhode Island middle school students. Poster presented at the Annual Mind-Brain Research Day at Brown University, Providence, RI.

177. Gamache, J., Malkia Biniungo, V., Bogen, K.W., Mulla, M.M.M. & **Orchowski,** L.M. (2019, March). Gender equitable attitudes & rape myth acceptance among Rhode Island high school athletes. Poster presented at the Annual Mind-Brain Research Day at Brown University, Providence, RI.

178. Malkia Biniungo, V., Gamache, J., Bogen, K.W., Mulla, M.M.M., Toma, E., & **Orchowsk**i, L.M. (2019, March). Experiences of violence, abuse recognition, and perception of peer norms among Rhode Island middle school students. Poster presented at the Annual Mind-Brain Research Day at Brown University, Providence, RI.

179. Oesterle, D.W., Leone, R.M., **Orchowski,** L.M., Davis, K.C., Gilmore, A.K. (2019, April). Usability testing of an integrated alcohol and sexual assault prevention program across different risk groups. Poster presented at the annual meeting of the Collaborative Perspectives on Addiction, Providence, RI.

180. Rostad, W.L., **Orchowski,** L.M., Mulla, M. M. (2019, May). Social norms and bystander intentions: Testing the theory of normative social behavior in the context of sexual violence Prevention. Paper presented at the annual meeting of the Society for Prevention Research. San Francisco, CA.

181. Bogen, K.W., Meza Lopez, R.J., & **Orchowski,** L.M. (2019, May). It happens in #ChurchToo: Twitter users discuss sexual victimization within religious communities. Poster presented at the Annual Social Media and Health Conference at UConn, Storrs, CT.

182. Winstead, T., Metzger, E., Berry-Caban, C.S., **Orchowski,** L.M., Meerhaeghe, B., & Roby. A.P. (2019, May).  The Effect of Binge Drinking on Social Norms in a US Military Population. Paper to be presented at presented at XIII Annual Womack Army Medical Center Research Symposium, Fort Bragg, NC.

183. Bennett JN, Meerhaeghe B, Metzger E, Berry-Caban, C.S., **Orchowski,** L., Guenther, C., Windstead, T. (2019, May). Hazing in the Military: A Qualitative Analysis. Poster presented at XIII Annual Womack Army Medical Center Research Symposium, Fort Bragg, NC.

184. **Orchowski,** L.M., Borsari, B., Berry-Caban, C., & Kazemi, D. (2019, June). Alcohol use and bystander intervention among male soldiers. Paper presented at the annual conference of the Research Society on Alcoholism, Minneapolis, MN.

185. Norris, A. L., & **Orchowski,** L. M. (2019, August). Indirect effects of victimization and self-regulation on substance use behavior: A longitudinal study of sexual minority and heterosexual youth. Paper presented at the Annual Meeting of the American Psychological Association, Chicago IL.

186. Metzger E, Winstead T, Berry-Caban CS, Kazemi D, Meerhaeghe B, Roby AP, **Orchowski,** L. (2019, August) Binge drinking before sex and attitudes towards sexual violence in a US military population.  Poster presented at the annual Military Health System Research Symposium; Kissimmee, FL.

Updated: 8/26/25

187. Rodríguez-Guzmán, V.M., Bogen, K.W., Garcia Ramirez, G.M., **Orchowski**, L.M., Nugent, N.R. (2019, October). *#PuertoRicoSeLevanta: Social media engagement at the anniversary of Hurricane María in Puerto Rico.* Poster presented at the Annual Convention of National Latinx Psychological Association, Miami, FL.

188. **Orchowski,** L., M., Amstadter, A., Bogen, K.W., Grocott, l., Ilegbusi, A., & Nugent, N. (2019, November). #WhyIDidntReport: A Linguistic Inquiry Word Count Analysis of Barriers to Reporting Sexual Violence. Paper to be presented at the annual conference of the Association for Behavioral and Cognitive Therapies, Atlanta, GA.

189. Shin, M. E., Bennett, M. R., Roe, K. T., D'Aoust, N. M., Tzilos Wernette, G., **Orchowski**, L. M., Kahler, C. W., Shea, M. T., Pulverman, C. S., Creech, S. K., & Zlotnick, C. (2019, November). *Associations between MST, hazardous drinking, IPV, and PTSD in a sample of women veterans presenting to VA primary care.* Poster presented at the annual meeting of the Association for Behavioral and Cognitive Therapies (ABCT), Atlanta, GA.

190. Oesterle, D.W., Leone, R.M., **Orchowski**, L.M., Davis, K.C., Gilmore, A.K. (2019, November). Bystander intervention and alcohol use among college students based on gender and sexuality. Poster presented at the Sexual and Gender Minority Special Interest Group Exposition of the annual conference of the Association for Behavioral and Cognitive Therapies, Atlanta, GA.

191. Rodríguez-Guzmán, V.M., Bogen, K.W., Garcia Ramirez, G.M., **Orchowski**, L.M., Nugent, N.R. (2019, November). *#PRSeLevanta: One year after Hurricane Maria in Puerto Rico.* Poster presented at the 35th Annual Convention of International Society for Traumatic Stress Studies, Boston, MA.

192. Garcia Ramirez, G.M., Bogen, K.W., Rodríguez-Guzmán, V.M., Nugent, N.R., **Orchowski,** L.M., (2019, November). *#4645Boricuas: Twitter reactions to the estimates of deaths by Hurricane Maria in Puerto Rico.* Poster presented at the 35th Annual Convention of International Society for Traumatic Stress Studies, Boston, MA.

193. Bogen, K.W. Mulla, M.M., & **Orchowski,** L.M. (2019, November). *Risk behaviors and relationship violence as predictors of school connectedness among Rhode Island middle school students*. Poster presented the Annual Meeting of the International Society for Traumatic Stress Studies, Boston, MA.

194. **Orchowski**, L.M., Wood, S., Casey, C., & Crispel, A. (2019, November). *Development of Keeping it Real:  A digital application for sexual assault prevention among high school youth.* Paper presented at the annual conference of the International Society for Traumatic Stress Studies, Boston MA.

195. Zinzow, H., **Orchowski**, L.M., Thompson, M., Wood, S., Crispel, A. (2019, November). *Make A Change: Pilot trial of an interactive digital app for campus sexual violence prevention.* Paper presented at the annual conference of the International Society for Traumatic Stress Studies, Boston MA.

196. D'Aoust N. M., Roe, K. T., Pulverman, C. S., Shin, M. E., Bennett, M. R., Tzilos Wernette, G., **Orchowski**, L. M., Kahler, C. W., Shea, M. T., Zlotnick, C., & Creech, S. K. (2019, November). *Improved family functioning is associated with posttraumatic stress disorder symptom reduction among women veterans treated with a brief computerized*

Updated: 8/26/25

*intervention.* Poster presented at the annual meeting of the International Society for Traumatic Stress Studies (ISTSS), Boston, MA.

197.  Shin, M. E., Bennett, M. R., Roe, K. T., D'Aoust, N. M., Tzilos Wernette, G., **Orchowski**, L. M., Kahler, C. W., Shea, M. T., Pulverman, C. S., Zlotnick, C. & Creech, S. K. (2019, November). *Associations between military sexual trauma, current IPV, and PTSD in a sample of women veterans presenting to VA primary care.* In C. T. Mahoney (Chair), Psychosocial and mental health sequelae of intimate partner violence: Implications for clinical care & prevention efforts. Symposium to be conducted at the annual meeting of the International Society for Traumatic Stress Studies (ISTSS), Boston, MA.

198.  López, G., Norris, A. L., & **Orchowski**, L. M. (November 2019). *Directionality of Dating Violence among Sexual Minority High School Girls.* Poster presented at the annual International Society for Traumatic Stress Studies (ISTSS). Boston, MA.

199.  Mulla, M. M., Bogen, K. W., López, G., Haikalis, M., Meza Lopez, R. J., & Orchowski, L. M. (November 2019). *The Effects of Sexual Violence Victimization on Perceptions of Peer Rape-Myth Acceptance and Social Barriers to Bystander Intervention.* Poster presented at the annual International Society for Traumatic Stress Studies (ISTSS). Boston, MA.

200.  Roe, K. T., D'Aoust N. M., Pulverman, C. S., Shin, M. E., Bennett, M. R., Tzilos Wernette, G., **Orchowski,** L. M., Kahler, C. W., Shea, M. T., Zlotnick, C., & Creech, S. K. (2019, November). *Increased family functioning associated with PTSD symptom reduction in women veterans after a brief computerized intervention.* Poster presented at the annual meeting of the Texas Psychological Association (TPA), San Antonio, TX.

201.  Bogen, K.W., Mulla, M.M., & **Orchowski**, L.M. (2019, November). The impact of gender and athletic involvement on gender-equitable attitudes and rape myth acceptance among Rhode Island high school students. Paper presented at the annual meeting of the American Public Health Association Annual Meeting & Expo. Philadelphia, PA.

202.  Akande, M., Kuo, C., **Orchowski**, L.M., Berkowitz, A., Harrison, A., Abrahams, N., & Matthews, C.  (2019, November). *Leveraging positive social norms for preventing sexual violence among South African adolescents.* Paper presented at the annual meeting of the American Public Health Association Annual Meeting & Expo. Philadelphia, PA.

203.  Herbitter, C., Norris, A. L., Nelson, K. M., **Orchowski**, L. M. (2020, March). Understanding associations between exposure to violent pornography and female sexual minority teen dating violence. Poster presentation at the 2020 National Association for Women in Psychology Conference, Austin, TX.

204.  Bogen, K.W., Mulla, M.M., & **Orchowski**, L.M. (2020, March). *The impact of sexual victimization on middle schooler's perceptions of peer attitudes and barriers to bystander intervention.* Paper to be presented at the Annual Convention of the Association for Women in Psychology, Austin, TX.

205.  Bogen, K.W., Haikalis, M., Meza Lopez, R.J., Lopez, G., Mulla, M.M., & **Orchowski**, L.M. (2020, March). It happens in #ChurchToo: Twitter users discuss sexual violence and institutional betrayal within religious communities. Paper presented at the Annual Convention of the Association for Women in Psychology, Austin, TX.

Updated: 8/26/25

206. DeCesare, C., Bogen, K.W., Meza-Lopez, R.J., & **Orchowski**, L.M. (2020, March). Assessing believability and kick back across two years of a social norms campaign to reduce interpersonal violence in Rhode Island middle schools. Poster prepared for presentation at the Annual Mind-Brain Research Day at Brown University. Providence, RI [Conference Cancelled]

207. Bogen, K.W., Hunt, L., Deeney, C., & **Orchowski**, L.M. (2020, March). Who, what, and why: Characterizing perpetration of interpersonal violence via #NotOkay and #MeToo on Twitter. Poster prepared for presentation at the Annual Mind-Brain Research Day at Brown University. Providence, RI. [Conference Cancelled]

208. Bogen, K.W., Kanakry, M., Houglet, R., & **Orchowski**, L.M. (2020, March). Assessing misconduct policies across Rhode Island middle schools participating in an interpersonal violence prevention initiative.  Poster prepared for presentation at the Annual Mind-Brain Research Day at Brown University. Providence, RI. [Conference Cancelled]

209. Scarfo, V., Bogen, K.W., **Orchowski**, L.M. (2020, March). #YouKnowMe: A preliminary content analysis of abortion-related discourse on Twitter. Poster prepared for presentation at the Annual Mind-Brain Research Day at Brown University. Providence, RI [Conference Cancelled]

210. Bogen, K.W., Mulla, M.M., & **Orchowski**, L.M. (2020. March). Effects of gender and athletic involvement on gender equitable attitudes and sexual abuse perpetration among high school students. Poster prepared for presentation at the Annual Mind-Brain Research Day at Brown University. Providence, RI. [Conference Cancelled]

211. Rodríguez-Guzmán, V.M., García Ramírez, G.M., Bogen, K.W., **Orchowski**, L.M., Nugent, N.R. (2020, March). *#PuertoRicoSeLevanta: Social media disclosures at the anniversary of Hurricane Maria in Puerto Rico.* Poster prepared for presentation at the 23rd Annual Mind. Brain Research Day, Providence, R.I [Conference Cancelled]

212. Leone, R.M., Oesterle, D.W., **Orchowski**, L., Davis, K.C., & Gilmore, A.K. (May 2020). Alcohol and Sexual Assault Prevention (ASAP) for College Students: Preliminary Results from an Open Pilot Study. Poster prepared for presentation at the Society for Prevention Research 28th annual meeting, Washington, DC

213. Pearlman, DN, Huntington, FC, **Orchowski**, LM. (2020, May).  The confluence model of sexual aggression: An application with adolescent males. Paper presented at the annual meeting of the Society for Prevention Research. Washington DC [virtual meeting]

214. Bogen, K.W., Scarfo, V., Hankes, R., & **Orchowski**, L.M. (2020, May). #YouKnowMe: A preliminary content analysis of disclosure of abortion experiences on Twitter. Video presentation for the Annual Social Media and Health Conference at UConn, Storrs, CT.

215. Bogen, K.W., Hunt, L., Deeney, C., & **Orchowski,** L.M. (2020, May). Accountability and identity: Characterizing perpetration of interpersonal violence via #NotOkay and #MeToo on Twitter. Video presentation for the Annual Social Media and Health Conference at UConn, Storrs, CT.

216. Treager, T. A., Lane, A., Berry-Cabán, C. S., & **Orchowski,** L. (2020, May). *Opioid use & sexual assault: a systematic review.* Paper presented at the Womack Army Medical Center XIV Annual Research Symposium, Fort Bragg, NC. [Presented Virtually]

Updated: 8/26/25

217. Akande, M., **Orchowski**, L., Harrison, A., Berkowitz, A., Kuo, C., Mathews, C. (2020, June). Prevention of HIV Risk and Intimate Partner Violence among Adolescents in South Africa. Poster to be presented at the International Women's and Children's Health and Gender Group Conference. Hollywood, FL.

218. Norris, A. L., & **Orchowski**, L. M. (2020, June). *Beliefs about relational violence, risk detection, and intentions to intervene against sexual violence: Associations by sexual orientation and alcohol use*. Abstract presented in the proceedings of the 43rd Annual Meeting of the Research Society on Alcoholism. (Alcoholism: Clinical and Experimental Research, 44, S1).

219. Tarantino, N., Matthews, C., Sun, S., **Orchowski**, L., Harrison, A., Abrahams, N., Berkowitz, A., Akande, M., & Kuo, C. (2020, July). Unique and shared correlates of intimate partner violence perpetration and sexual risk behavior among South African adolescent boys. Abstract accepted for oral presentation at the 23rd International AIDS Conference. Virtual edition.

220. Bogen, K.W. & **Orchowski**, L.M. (2020, August). #MeToo: Discussion of sexual victimization on Twitter. Paper presented at the annual conference of the American Psychological Association Annual Convention, Washington, D.C. [Virtual presentation]

221. Salamanca, N. K., Walsh, K., Lopez, C., Fortson, K., Oesterle, D.W., **Orchowski**, L.M., Davis, K.C., & Gilmore, A. K. (2020, October). *Latinx Identity Protective Against Sexual Assault Victimization for Sexual Minorities*. Presented at the 2020 Southeastern Ecological and Community Psychology Conference.

222. Akande, M., Kuo, C., **Orchowski**, L., Berkowitz, A., Harrison, A., Abrahams, N., Mathews, C. (2020, October). Differing gender norms around sexual behavior expectations and violence among South African adolescents. Paper presented at the annual conference of the American Public Health Association, San Francisco, CA.

223. Leone, R.M., Oesterle, D.W., **Orchowski**, L., Davis, K.C., & Gilmore, A.K. (November 2020). Differences in Sexual Assault Revictimization among Sexual and Gender Minority College Students. Poster presented at the International Society for Traumatic Stress Studies 26th annual meeting, Atlanta, GA.

224. Oesterle, D.W., Leone, R.M., **Orchowski**, L.M., Davis, K.C., Gilmore, A.K. (2020, November). *Social norms regarding alcohol use and sexual assault among a random sample of college students*. Poster presented at the annual conference of the International Society for Traumatic Stress Studies, Atlanta, GA.[Virtual conference]

225. Gilmore, A. K., Leone, R., Oesterle, D., **Orchowsk**i, L., Davis, K. C., & Kaysen, D. (November, 2020). *Reaching sexual and gender minority college students through Alcohol and Sexual Assault Prevention (ASAP): Findings from an open pilot trial*. Paper presented at the 36th annual meeting of the International Society for Traumatic Stress Studies (virtual conference).

226. Leone, R.M., Oesterle, D.W., **Orchowski,** L., Davis, K.C., & Gilmore, A.K. (July 2021). Development and Usability of an Alcohol and Sexual Assault Prevention (ASAP) Program For College Students. Paper presented at the 24th World Meeting of the International Society for Research on Aggression, Ottawa, Canada.

227. Bogen, K.W., Hunt, L., Garnsey, C., Goldstein, C.M., & **Orchowski,** L.M. (2021, March). Characterizing abortion discourse on Twitter following the passage of antichoice state

Updated: 8/26/25

legislation. Paper presented at the Annual Convention of the Association for Women in Psychology. Virtual Conference.

228. Oesterle, D.W., Leone, R.M., **Orchowski, L.M.,** Davis, K.C., Gilmore, A.K. (2020, November). *Social norms regarding alcohol use and sexual assault among a random sample of college students.* Paper presented at the annual conference of the International Society for Traumatic Stress Studies, Atlanta, GA.

229. Leone, R.M., Oesterle, D.W., **Orchowski, L.,** Davis, K.C., & Gilmore, A.K. (November 2020). *Differences in sexual assault revictimization among sexual and gender minority college students.* Poster presented at the International Society for Traumatic Stress Studies 36th Annual Meeting (virtual conference).

230. Schipani-McLaughlin, A.M., Nielsen, K., Mosley, E.A. Leone, R.M., Oesterle, D.W., **Orchowski**, L.M., Davis, K.C., & Gilmore, A.K. (2021, June). *College students' alcohol use and alcohol-related consequences: differences based on gender and sexual identity.* Poster presented at the 44th Annual Research Society on Alcoholism Scientific Meeting Research Society on Alcoholism, San Antonio, TX.

231. **Orchowski**, L.M., Oesterle, D.W., Berry-Cabán, C., Berkowitz, A., Borsari, B., Kahler, C., Kazemi, D.M. (2021, September). Hostile masculinity and impersonal sex predict sexual aggression among male soldiers. Paper to be presented at the Department of the Air Force & the United States Air Force Academy's 2021 National Discussion on Sexual Assault and Sexual Harassment.

232. Trinka TD, Vriniotis M, **Orchowski** LM, Nugent NR, Beidas RS, Betz ME, Bucher A, Kesner T, Hudson C, Ranney ML. (2021, October). *Firearm injury bystander interventions by 4-H Shooting Sports leaders: A qualitative study."* Poster presentation at the FACTS Symposium on Firearm Injury Prevention Research, Virtual Conference Due to COVID-19.

233. Oesterle, D.W., Leone, R.M., **Orchowski**, L.M., Davis, K.C., Gilmore, A.K. (2021, November). *Examining emotion dysregulation and alcohol-related consequences among women with a history of sexual assault.* Paper submitted to the annual conference of the Association for Behavioral and Cognitive Therapies, New Orleans, LA.

234. O'Hair, C.M., Kolp, H., **Orchowski,** L., Gidycz, C., & Shorey, R.C., (2021, November). *Bystander Intervention Behavior in a Sample of High-Risk College Men.* Poster presented at the 55th Annual Convention of the Association for Behavioral and Cognitive Therapies, New Orleans, LA.

235. Katz, B. W., Oesterle, D. W., Leone, R. M., Davis, K. C., **Orchowski,** L. M., & Gilmore, A. K. (2021, November). Sexual assault perpetration likelihood among sexual and gender minority college students: The roles of daily heterosexist experiences, incapacitated rape victimization, and sex-related social norms. In D. W. Oesterle & A. M. Blackburn (Chairs), Applying Minority Stress Theory to community-based approaches to prevent and respond to sexual violence among SGM communities [Symposium]. Association for Behavioral and Cognitive Therapies 55th Annual Convention, New Orleans, LA, United States.

236. Huntington, C., DeJong, W., & **Orchowski**, L. M. (2021, June). Environmental risk and protective factors for sexual aggression perpetration among adolescent boys. Paper presented

Updated: 8/26/25

at the annual meeting of the Society for Prevention Research, Virtual Conference Due to COVID-19.

237. Bhuptani, P.H., **Orchowski**, L.M., & Norris, A. (2022, January). Binge Drinking among Adolescents: The Role of School-Connectedness, Sexual Minority Status, and Sexual Assault. Poster presented at the 2022 National Multicultural Conference and Summit.

238. Gilmore, A. K., Salamanca, N., Leone, R. M., Oesterle, D. W., Parekh, A., **Orchowski**, L., Ramakrishnan, V., Kaysen, D., & Davis, K. C. (2022, March*). A pilot randomized controlled trial of +Change: An integrated alcohol and sexual assault prevention program tailored by gender and sexual orientation.* Presentation for the 19th Annual Hawai'I International Summit on Preventing, Assessing, & Treating Trauma Across the Lifespan.

239. **Orchowski**, L.M. Walter, K.H., Davis, K.C., Hollingsworth, J.C., Zong, Z., Meza-Lopez, MR., Beltran. J.L., Salamanca, N.K., Miggantz, E.L., & Gilmore, A. K. (2022, March). *Personalized web-based sexual assault prevention for sailors.* Presentation for the 19th Annual Hawai'I International Summit on Preventing, Assessing, & Treating Trauma Across the Lifespan.

240. Miggantz, E.L., **Orchowski**, L., Beltran, J., Walter, K.H., Hollingsworth, J., Cue Davis, K., Zong, Z., Meza-Lopez, R., Hutchins, A., & Gilmore, A. (2022, April). Percentage of Alcohol-Related Sexual Assaults Among U.S. Active Duty and Reserve Service Members and Veterans: A Scoping Review. Poster presented at the Navy Medicine Readiness and Training Command (NMRTC) 2022 Academic Research Competition (ARC), San Diego, CA.

241. Oesterle, D.W., Zong, Z.Y., Bogen, K.W., **Orchowski,** L.M. (2022, May). *Stakeholder perceptions of factors predicting successful implementation of a sexual assault prevention program in middle schools*. Poster presented at the Colorado Pragmatic Research in Health Conference, Aurora, CO.

242. Paszek, C., Meza-Lopez, R., **Orchowski,** L.M. (2022, May). *Applying the CFIR model to a sexual assault prevention program for high school students*. Poster presented at the Colorado Pragmatic Research in Health Conference, Aurora, CO.

243. Chan, G. Y., Cruz-Sánchez, M., Bhuptani, P. H., Millman, C., **Orchowski,** L. M. (2022, May). Telehealth and Intimate Partner Violence: A Systematic Review of Telehealth Interventions. Poster presented at the Telehealth and Remote Care in a Post-Pandemic World Conference, University of Connecticut.

244. Huntington, C., Rhoades, G., & **Orchowski**, L. (2022, June). Couple therapy with sexual assault survivors: understanding training and treatment approaches through clinicians' self-report and stories. Workshop submitted to the annual meeting of the American Association for Sexuality Educators, Counselors, and Therapists.

245. Leone, R., Salamanca, N., Sohail, T., Oesterle, D., Kaysen, D., **Orchowski,** L., Davis, K. & Gilmore, A. (2022, June). Is alcohol use frequency associated with sexual assault victimization and bystander attitudes? Differences by gender and sexual identity. Paper presented at the 45th Annual Meeting of the Research Society on Alcoholism, Orlando, FL.

246. Haikalis, M., Doucette, H., **Orchowski**, L.M., Carey, K. Rosen, R. Meisel, M., Birch, K., Barnett, N.P. (2022, June). Developing a Social Helping Training to Reduce Hazardous Drinking Among College Students. In N.P. Barnett (chair) *Measurement and Intervention Development for Peer-*

Updated: 8/26/25

*Based Bystander Intervention.* Paper presented at the 45th Annual Scientific Meeting of the Research Society on Alcoholism, Orlando, FL.

247. Meisel, M.K., Merrill, J.E., Rosen, R.K., Haikalis, M., Birch, K., Doucette, H., **Orchowski,** L.M., Carey, K.B., and Barnett, N.P. (2022, June). Development and Initial Validation of a Battery of Measures for Alcohol-Related Bystander Intervention. In N.P. Barnett (chair) *Measurement and Intervention Development for Peer-Based Bystander Intervention*. Paper presented at the 45th Annual Scientific Meeting of the Research Society on Alcoholism, Orlando, FL.

248. Napper, L.E., Kenney, S.R., Johnson, N.L., Wolter, L.C., **Orchowski,** L.M. (2022, June). A qualitative study of college students' strategies for preventing sexual assault in drinking contexts. Poster presented at the 45th Annual Scientific Meeting of the Research Society on Alcoholism, Orlando, FL.

249. Leone, R.M., Oesterle, D.W., **Orchowski,** L., Davis, K.C., & Gilmore, A.K. (July 2022). *Development and usability of an alcohol and sexual assault prevention program for college students.* Paper presentation at the 24th World Meeting of the International Society for Research on Aggression, Ottawa, Canada.

250. Edwards, K. M., Espelage, D., **Orchowski,** L. M., & Temple, J., (2022, August). *Overcoming Challenges to Conducting School- and Community-based Youth Violence Prevention Research.* Paper presented at the annual conference of the American Psychiatric Association Annual Meeting, New Orleans, LA, United States.

251. Miggantz, E.L., **Orchowski,** L., Beltran, J., Walter, K. H., Hollingsworth, J., Cue Davis, K., Zong, Z., Meza-Lopez, R., Hutchins, A., & Gilmore, A. (2022, August). A scoping review of alcohol-related sexual assaults among veterans and U.S. active duty service members. Poster presentation at the Institute on Violence Abuse and Trauma (IVAT) 27th San Diego International Summit, San Diego, CA.

252. Koss, M.P., White, J., Peterson, Z.D., **Orchowsk**i, L.M., Lopez, E. (2022, August). Revisioning and measuring sexual exploitation: Sexual Experiences Survey 2022 Revision. Presentation at the Institute on Violence Abuse and Trauma (IVAT) 27th San Diego International Summit, San Diego, CA.

253. Oesterle, D.W., **Orchowski,** L.M., DeCesare, C.D., Berry-Cabán, C., Borsari, B., Kahler, C.W., Kazemi, D.M., Berkowitz, A.D. (2022, September). How do heavy drinking soldiers conceptualize sexual consent? Examining the intersection between consent & sexual assault within the military. Paper presented at the 2022 Military Health Research Symposium, Kissimmee, FL.

254. Berry-Cabán CS, Allen E, **Orchowski** LM, Nash L, Roby A, Holland A, Reynolds A, Metzger E. Hazing Prevention in the United States Military: A Systematic Review. (2022, September). Paper presented at the 2022 Military Health System Research Symposium; Kissimmee, FL.

255. Kiefer, R., **Orchowski,** L., Raudales, A. M., Forkus, S. R., & Weiss, N. H. (2022, November). Role of alexithymia in the relationship between childhood abuse and sexual assault risk perception. Poster presented at the 38th annual convention for the International Society of Traumatic Stress Studies (ISTSS), Atlanta, GA.

Updated: 8/26/25

256. Oesterle, D.W., **Orchowski**, L.M. (2022, November). *Trait anger and sexual assault: Hostile attitudes towards women and peer approval of rape as intervening mechanisms.* Poster at the annual conference of the Association for Behavioral and Cognitive Therapies, New York, NY.

257. Garnsey, C., **Orchowski**, L.M., Veira, O., Bain, J. (2022, November). A Peer Mentorship Intervention for Survivors of Intimate Partner Violence: A Qualitative Analysis of Program Feasibility and Acceptability. Poster presented at the International Society for Traumatic Stress Studies Annual Meeting. Atlanta, GA.

258. Goodwin, C., Hunter, J.I., Bhuptani, P., Millman, C., & **Orchowski,** L.M. (2022, November). *Intimate Partner Violence During the COVID-19 Pandemic: A Systematic Review.* Poster presented at the annual meeting of the International Society for Traumatic Stress Studies, Atlanta, GA

259. Hunter, J.I., Bhuptani, P., & Orchowski, L.M. (2022, November). *Risk Factors for Perpetration of Sexual Violence Among Adolescents: Gender and Sexual Orientation Differences.* Poster presented at the annual meeting of the International Society for Traumatic Stress Studies, Atlanta, GA.

260. Koss, M.P., Littleton, H., Canan, S., **Orchowski**, L.M., Allen C.T. (2022, November). *State of the Art Assessment of Sexual Violence Victimization: Lessons Learned and Recommendations from the SES 2022 Revision Collaboration.* Paper presented at the annual meeting of the International Society for Traumatic Stress Studies, Atlanta, GA.

261. Rahman, A., Collibee, C., **Orchowski**, L. (2022, November). *College Women's Likelihood to Disclose Sexual Victimization to a Residential Advisor*. Poster presented at the 38th Annual Meeting of the International Society for Traumatic Stress Studies, Atlanta, GA.

262. Peterson, Z.D., Anderson, R.E., Abbey, A., Canan, S, Fedina, L, McCauley, H.L., & **Orchowski,** L.M. (2022, November). Rethinking consent and coercion on the Sexual Experiences Survey. Paper presented at the annual conference of the Scientific Study for the Study of Sexuality, Vancouver, BC.

263. Silverman, A., Oesterle, D.W., Zong, Z., **Orchowski**, L.M., & Berkowitz, A. (2022, November). Discrepancy between self and perceived peer norms regarding sexual aggression: An examination of college men. Paper presented at the American Public Health Association Annual Meeting and Expo, Boston, MA.

264. Silverman, A., Vriniotis, M., Beidas, R., Nugent N., Kesner T., **Orchowski** L.M., Ranney M. (2022, November). The Development of a Bystander Intervention Training to Reduce Risk of Youth Firearm Injury. Paper presented at the American Public Health Association Annual Meeting and Expo, Boston, MA.

265. Oesterle, D.W., **Orchowski,** L.M., Berkowitz, A.D. (2022, November)*. Examining rape myth acceptance and perceived peer approval as predictors of sexual aggression among college men.* Poster presented at the Forensic & Externalizing Behavior Special Interest Group Meeting at the annual conference of the Association for Behavioral and Cognitive Therapies, New York, NY.

266. Silverman, A.C., Bhuptani, P. H., **Orchowski**, L.M., (2022, November) Expanding Ecological Models of Homophobic Bullying: Implicating Social Norms and Gender Specific Analyses. Poster

Updated: 8/26/25

presented at the Association for Behavioral and Cognitive Therapies Forensic Issues and Externalizing Behaviors SIG, New York City, NY.

267. Prince, J. R., Ross, B., Peddle, A., Salamanca, N. K., Leone, R. M., Davis, K. C., **Orchowski, L. M.**, & Gilmore, A. K. (2022, November). *The Moderating Effect of Emotion Regulation on the Association between Sexual Assault Severity and Sexual Satisfaction among College Students*. Poster presented at the International Society for Traumatic Stress Studies (ISTSS) 38th Annual Meeting, November 2022.

268. Kilimnik, C.D., García Ramírez, G.M., Salamanca, N.K., Mullican, N., Davis, K.C., **Orchowski**, L., Leone, R., Kaysen, D., & Gilmore A. (2022, November). Sex/gender identity moderates the role of posttraumatic stress symptoms in the relationship between sexual assault experiences and coping motives for drinking. Poster presented at the annual conference of the International Society for Traumatic Stress Studies (ISTSS). Atlanta, Georgia, U.S.A.

269. Knapp, K.T., Mayer, E.D., Bhuptani, P.H., & **Orchowski**, L.M. (2023, March). Correlates of Attitudes towards Psychological Care among College Women. Poster at the annual conference of the Eastern Psychological Association, Boston MA.

270. Mayer, E., Knapp, K., Bhuptani, P.H., **Orchowski,** L.M. (2023, March). *Likelihood to Disclose Victimization to a Counselor: A Study of College Women*. Poster at the annual conference of the Eastern Psychological Association, Boston, MA.

271. Cashin, D., Bhuptani, P.H., **Orchowski,** L.M. (2023, March). Prospective Examination of Violent Pornography and Sexually Coercive Behavior in College Men. Poster at the annual conference of the Eastern Psychological Association, Boston, MA.

272. Heideman, K.S., Knapp, K.T., Bhuptani, P.H., **Orchowski**, L.M. (2023, March). *Association between Sexual Victimization and Self-Esteem: Mediators of Coping, Blame, and Depression.* Poster at the annual conference of the Eastern Psychological Association, Boston, MA, United States.

273. Bali, A., Bhuptani, P. H., & **Orchowski**, L. M. (2023, March). *Satisfaction with #MeToo Mediates the Association Between Online Social Reactions and PTSD*. Poster at the annual conference of the Eastern Psychological Association, Boston, MA.

274. Hollingsworth, J.C., Walter, K.H., Miggantz, E.L., Cue Davis, K., **Orchowski**, L., Meza-Lopez, R., Zong, Z., Prince, J., Jackson, E., & Gilmore, A. (2023, April). Sexual assault research in the military: Is oversampling necessary for representativeness? Podium presentation at the Navy Medicine Readiness and Training Command (NMRTC) 2023 Academic Research Competition (ARC), San Diego, CA.

275. Mazzone, GM; Prince, J.; Mullican, KN; Davis, KC; **Orchowski,** L; Leone, R; Kaysen, D; Salamanca, NK; Gilmore, AK (2023, June). Posttraumatic Stress Symptoms and Alcohol Use Among Sexual Minority Young Adults: The Moderating Role of Vicarious Heterosexism. Abstract presented to the annual conference of the Research Society on Alcoholism, Washington, USA.

276. Mazzone, G.M., Prince, J., Mullican, K.N. Davis, K.C., **Orchowski,** L., Leone, R.M., Kaysen, D., Salamanca, NK., Schare, M.L., Gilmore, A.K. (2023, June). *Posttraumatic Stress Symptoms and*

Updated: 8/26/25

*Alcohol Use Among Sexual Minority Young Adults: The Moderating Role of Vicarious Heterosexism.* Poster presented at the Research Society on Alcohol, Bellevue, WA.

277. Berry-Cabán, C.S., Allen. E., Kirshner, D., Roby, A., Holland, A., Reynolds, A., Nash, L.N., & **Orchowski,** L.M. (2023, July).  Hazing in the Military: Attitudes, Beliefs, and Behaviors among Service Members." Presentation to the *Military Health System Research Symposium*. Kissimmee, FL.

278. Bhuptani, P.H., Cruz-Sanchez, M., **Orchowski**, L.M., (2023, August) Correlates of Disclosing Sexual Victimization via #MeToo: A Cross-Sectional Examination. Poster presented at the IVAT Summit on Violence, Abuse and Trauma Across the Lifespan: Promoting Resilience Amidst Global Challenges, San Diego, Ca.

279. Bhuptani, P.H., Cruz-Sanchez, M., **Orchowski**, L.M., (2023, August) IPV Knowledge, Attitudes, and Practices of Medical Students. Poster presented at the Institute on Violence, Abuse and Trauma Summit on Violence, Abuse and Trauma Across the Lifespan: Promoting Resilience Amidst Global Challenges; May 20, 2014; San Diego, Ca.

280. Salamanca, N. K., Mullican, K. N., Davis, K. C., Leone, R. M., **Orchowski,** L. M., Kaysen, D., & Gilmore, A. K. (2023, October). *Factors associated with alcohol use among Latinx college students.* Poster presented at the annual meeting of the National Latinx Psychological Association, Chicago, IL.

281. Sofen, L., Bhuptani, P., & **Orchowski**, L. (2023, October). *Correlates of bystander intervention to address student sexual harassment among high school teachers.* Poster presented at the annual meeting of the Lifespan Research Day, Providence, RI.

282. Danzey, L., Bali, A., Zhang, Y., Bhuptani, P., Langdon, K., & **Orchowski**, L. (2023, October). *Interpersonal trauma, shame, and substance use: A systematic review.* Poster presented at the annual meeting of the Lifespan Research Day, Providence, RI.

283. G. García-Ramírez, K. E. Jackson, N. K. Salamanca, N. Eldridge, N. Mullican, **L. Orchowski,** K. C. Davis, D. Kaysen, R. Leone, & A.K. Gilmore. (2023, November). *The association between sexual assault severity, alcohol use, and post-traumatic stress symptoms on bystander opportunity and behavior among college students.* Poster presented at the annual meeting of the International Society for Traumatic Stress Studies. Los Angeles, CA, United States.

284. Bhuptani, P.H., López, G., & **Orchowski,** L. M. (2023, November). Sexual victimization outcomes and disclosure reactions among heterosexual, lesbian/gay, and bisexual+ survivors. In S.R. Salin (Chair), *Sequelae of sexual violence and stigma among bisexual+ adults*. Symposium presented at the 39th Annual Meeting of the International Society for Traumatic Stress Studies; Los Angeles, CA.

285. Kiefer, R., Peterson, R., & **Orchowski, L.M**. (2023, November). Correlates of college women's sexual assault resistance self-efficacy. Poster presented at the 39th annual convention for the International Society for Traumatic Stress Studies (ISTSS), Los Angeles, CA.

286. García-Ramírez, G., Mullican, K. N., Leone, R., **Orchowski,** L., Kaysen, D., Davis, K.C., & Gilmore, A. (2023, November). *Associations between alcohol related norms, alcohol use, and bystander behaviors: Differences by sexual assault victimization.* Poster presented at the annual meeting of the American Public Health Association, Atlanta, GA.

Updated: 8/26/25

287. Vriniotis, M., **Orchowski**, L., Beidas, R., Betz, M., Hudson, C., Nugent, N., Kesner, T., Zhang, W., & Ranney, M.L. (2023, November). *Guardians 4 Health*: Feasibility of recruitment for a 4-H Shooting Sports firearm injury prevention training. Poster presented at the annual meeting of the American Public Health Association, Atlanta, GA.

288. Peterson, R**., Orchowski**, L. M., Merrill, J. E., Barnett, N. P., Berkowitz, A., Borsari, B., Oesterle, D., & Zlotnick, C. (2024, March). History of sexual aggression predicts response to an integrated alcohol and sexual assault prevention program for heavy drinking college men. [Poster presentation]. 2nd annual Office of University Postdoctoral Affairs (OUPA) Postdoctoral Research Symposium, Providence, RI.

289. Peterson, R., **Orchowski, L**. M., Merrill, J. E., Barnett, N. P., Berkowitz, A., Borsari, B., Oesterle, D., & Zlotnick, C. (2024, March). History of sexual aggression predicts response to an integrated alcohol and sexual assault prevention program for heavy drinking college men. [Poster presentation]. 2nd annual Office of University Postdoctoral Affairs (OUPA) Postdoctoral Research Symposium, Providence, RI.

290. Sharma, A., Bhuptani, P. H., **Orchowski**, L. M (2024, March) Correlates of Resilience in Adult Survivors of Sexual Violence [Poster]. Eastern Psychological Association Meeting 2024, Philadelphia, PA, United States.

291. Adams-Clark, A. A., & **Orchowski**, L. (2024, March). *Campus sexual assault survivors' experiences with institutional betrayal: Interview study protocol* [Poster session]. 28th Annual Mind Brain Research Day, Warren Alpert Medical School of Brown University, Department of Psychiatry & Human Behavior, Providence, RI, United States.

292. Peterson, R., **Orchowski,** L. M., Merrill, J. E., Barnett, N. P., Berkowitz, A., Borsari, B., Oesterle, D., & Zlotnick, C. (2024, March). History of sexual aggression predicts response to an integrated alcohol and sexual assault prevention program for heavy drinking college men. [Poster presentation]. 2nd annual Office of University Postdoctoral Affairs (OUPA) Postdoctoral Research Symposium, Providence, RI.

293. Mazzone, G.M., Chipman, T., Kaysen, D. L., Mullican, N., Davis, K. C., Leone, R.M, **Orchowski**, L. M., Luk, J.W., Schare, M.L., & Gilmore, A.K. (2024, March). *PTSD-related hyperarousal predicts current urge to harm self and suicide intent among college students with a history of suicidal thoughts and behaviors.* Poster presented at the annual meeting of American Association of Suicidology, Las Vegas, NV.

294. Peterson, R., López, G., Haikalis, M., Bhuptani, P. H., **Orchowski**, L. M., & Merrill, J. E. (2024, April). Feeling in control in sexual situations: Associations with alcohol use and alcohol protective behaviors. [Poster presentation]. 12th annual convention for Collaborative Perspectives on Addiction (CPA), Denver, CO.

295. Metzger, E., Wiebe, D., Bretzin, A., Roby, A., Allan, E., **Orchowski,** L., & Berry-Caban, C. (2024, April). Presentation and Consequences of Hazing in U.S. Service Members – A Cross-Sectional Survey. Poster presentation with flash science at the annual Society for Advancement of Violence and Injury Research Conference, Chapel Hill, NC.

296. Metzger, E., Wiebe, D., Bretzin, A., Roby, A., Allan, E., & **Orchowski,** L., & Berry-Caban, C. (2024, April). *Presentation and Consequences of Hazing in U.S. Service Members – A Cross-*

Updated: 8/26/25

*Sectional Survey.* Poster presentation at the 3rd Annual Injury Prevention Research Symposium, Ann Arbor, MI.

297. Peterson, R., López, G., Haikalis, M., Bhuptani, P. H., **Orchowski,** L. M., & Merrill, J. E. (2024, April). Feeling in control in sexual situations: Associations with alcohol and alcohol protective behaviors. [Poster presentation]. Poster to be presented at the 12th annual convention for Collaborative Perspectives on Addiction (CPA), Denver, CO.

298. López. G., Boyle, H. K., Bhuptani, P. H., Peterson, R., Haikalis, M., **Orchowski** L. M., Carey, K. B., & Merrill, J. E. (2024, May). Event-level Drinking Motives as Predictors of Alcohol-Related Consequences among Young Adults: Differences Based on Sexual Victimization History. Paper submitted for presentation at the Kettil Bruun Society (KBS). Perth, Australia.

299. Petrillo, C., Berry-Cabán, C. S., Allan, E., Kerschner, D., Roby, A., Nash, L. N., & Orchowski, L. M. (2024, May). The culture of hazing in the military VIII Annual Research Symposium, Fort Liberty, NC. Podium Presentation

300. **Orchowski**, L.M., Bhuptani, P.H., Zlotnick, C., Johnson, J., Peterson, R., Mayer, E., & Sharma, A. (2024, June). An Integrated Intervention to Address Alcohol Use, Sexual Functioning and Sexual Victimization among College Women. Paper presentation at the 2024 Violence Prevention Research Conference. Portsmouth, NH.

301. García-Ramírez, G., Ellis, J. R., Salamanca, N. K., Eldridge, N., Mullican, N., **Orchowski** L., Davis, K. C., Kaysen, D., Leone, R., & Gilmore, A.K. (2024, June). *The association between sexual assault severity, alcohol use, and post-traumatic stress symptoms on bystander opportunity and behavior among college students.* Poster to be presented at the 2024 Research Society on Alcoholism Annual Scientific Meeting, Minneapolis MN.

302. **Orchowski,** L. M., Peterson, R., Merrill, J. E., Barnett, N. P., Berkowitz, A., Borsari, B., Oesterle, D., & Zlotnick, C. (2024, June). Moderators of a sexual assault prevention program for heavy drinking college men: A brief report. [Symposium]. Paper presented at the 47th annual convention for the Research Society on Alcohol (RSA), Minneapolis, MN.

303. Peterson, R., Bhuptani, P. H., **Orchowski**, L. M., & Ullman, S. E. (2024, July). Validation of the online social reactions questionnaire among adults who disclosed online victimization via #MeToo: A confirmatory factor analysis. [Poster presentation]. The New Hampshire Violence Prevention Research Conference, Portsmouth, NH.

304. **Orchowski**, L.M., Berkowitz, A., Berry-Caban, C., Borsari, B., Kahler, C.W., Kazemi, D.M., Oesterle, D.W., & Roby, A.P. (2024, July). Integrated alcohol and sexual assault prevention program for US male soldiers who engage in at-risk drinking: Piloting of in-person and online administration. Paper presented at the International Society for Research on Aggression conference, Munich Germany.

305. Sharma, A., Bhuptani, P. H., **Orchowski**, L. M (2024, July) Impact of Social Reactions to Sexual Violence Disclosure on Coping, Resilience, and Isolation Across Sexual Orientations. Poster presentation at the 2024 Violence Prevention Research Conference 2024, Portsmouth, NH.

306. Peterson, R., Bhuptani, P. H., **Orchowski**, L. M., & Ullman, S. E. (2024, July). Validation of the online social reactions questionnaire among adults who disclosed online victimization via

Updated: 8/26/25

#MeToo: A confirmatory factor analysis. [Poster presentation]. The New Hampshire Violence Prevention Research Conference, Portsmouth, NH.

307. Peterson, R., Bhuptani, P. H., **Orchowski**, L. M., & Ullman, S. E. (2024, July). Validation of the online social reactions questionnaire among adults who disclosed online victimization via #MeToo: A confirmatory factor analysis. [Poster presentation]. The New Hampshire Violence Prevention Research Conference, Portsmouth, NH.

308. Gilmore, A. K., Ray, T. N., Miggantz, E. L., Prince, J. R., Zong. Z. Y., Davis, K. C., **Orchowski**, L. M., & Walter, K. H. (2024, August). The association between alcohol use and sexual assault victimization across demographics among Sailors. Poster presented at the Military Health System Research Symposium. Orlando, FL

309. Metzger, E., Wiebe, D., Bretzin, A., Roby, A., Allan, E., & **Orchowski**, L., & Berry-Caban, C. (2024, August). *Hazing Experiences and Outcomes in Service Members at a U.S. Military Installation.* Poster at the annual Military Health System Research Symposium, Kissimmee, FL

310. Mullican, K. N., Ellis, J., Salamanca, N. K., Leone, R.M, **Orchowski**, L. M., Davis, K. C., Kaysen, D. L., & Gilmore, A. K. (2024, August). Association between cyber sexual victimization and alcohol use among college students. Poster presented at the annual meeting of the Institute on Violence, Abuse, and Trauma, Honolulu, HI.

311. Peterson, R., **Orchowski**, L. M., Merrill, J. E., Toth, E., Cora, J., & Dvorak, R. (2024, August). A qualitative follow-up to the development of the Sexual and Negative Dating Inventory (SANDI). [Poster presentation]. American Psychological Association (APA), Seattle, WA.

312. Peterson, R., **Orchowski,** L. M., Bhuptani, P. H., Kiefer, R., & Parks, K. A. (2024, September). Barriers to resisting from sexual assault: Mental health symptoms as mediators. [Poster presentation]. 40th annual International Society for Traumatic Stress Outcomes (ISTSS), Boston, MA.

313. Prince, J. R., Ray, T.N., Miggantz, E.L., Zong, Z. Y., Davis, K.C., **Orchowski**, L. M., Walter, K. H., Gilmore, A. K. (2024, September). The Mediating Role of Military Sexual Violence on Sexual Assault History and Alcohol Outcomes among Sailors. Poster presentation at ISTSS Symposium 2024, Boston MA.

314. Sharma, A., Bali, A., Tampke, E. C., Adams-Clark, A. A., Bhuptani, P. H., **Orchowski,** L. M. (2024, September). Threats, Jokes, Dismissals: Describing #MeToo Backlash [Poster Abstract]. International Society for Traumatic Stress Studies 40th Annual Meeting 2024, Boston, MA.

315. Sofen, L., Bhuptani, P., López, G., & **Orchowski,** L. (2024, September). *Sexual victimization disclosure via #MeToo and online social reactions: associations with post-traumatic stress disorder symptoms.* Poster presented at the annual meeting of the The International Society for Traumatic Stress Studies, Boston, MA.

316. Naughton, L.W., Bhuptani, P. H., Dyer, R. L., & **Orchowski**, L. M. (2024, September). Predictors of PTSD and depression after sexual victimization among adolescents: Victim-blame and self-blame. Poster presented at the ISTSS 40th Annual Meeting. Boston, MA.

317. Metzger, E., Wiebe, D., Bretzin, A., Roby, A., Allan, E., & **Orchowski**, L., & Berry-Caban, C. (2024, October). A Thorough Look at the Presentation and Effects of Hazing in U.S. Service

Updated: 8/26/25

Members. Oral presentation for the annual American Public Health Association, Minneapolis, MN.

318. Vriniotis, M., Tong, G., Beidas, RS., Betz, E., Clarke, A., Haikalis, M., Hoover, C., Hudson, C., Nugent, N., Kesner, T., **Orchowski**, LM., Zhang, W., Ranney, M. (2024, October). Guardians 4 Health: Feasibility of youth recruitment for a 4-H Shooting Sports firearm injury prevention training. Paper presented at the 2024 American Public Health Association Annual Meeting, Minneapolis, MN.

319. Delbasso, C.A., Mujica, C., Amaya, S., Salamanca, N., Mullican, K.N., Leone, R., **Orchowski,** L., Davis, K.C., Kaysen, D., Gilmore, A.K., & López, C. *Heterosexist discrimination distress and alcohol use among immigrant-origin and non-immigrant college students: The moderating effect of anxiety coping motives* (2024, October). [Poster presentation]. National Latinx Psychological Association, San Juan, Puerto Rico, United States.

320. López, G., **Orchowski**, L. M., Jackson, K. M., & Merrill, J. E. (2024, October). Qualitative examination of coping motives, microaggressions, and psychological distress among bisexual+ women survivors. Paper presented at the Lisbon Addictions Conference. Lisbon, Portugal.

321. Tampke, E., Houck, C., **Orchowski**, L., Rizzo, C., & Barker, D. (2024, November). *Protocol Development for a Trauma-Informed Interpersonal Violence Prevention Program: Project SPARE.* Poster to be presented at Lifespan's 31st Annual Research Day.

322. Sharma, A., Bali, A. Naughton, L., Bhuptani, P. H., Langdon, K., **Orchowski**, L. M., & Weiss, N.M. (2024, November). When Does The Shame Go Away? Understanding Shame in Context of Opioid Use Disorder and Sexual Victimization. Poster submitted to 31st Annual Lifespan Research Day 2024, Providence, RI.

323. Kim, E., Peterson, R., Mayer, E., Bhuptani, P. H., Kiefer, R., Cruz-Sánchez, M., & **Orchowski**, L. M. (2024, November). #MeToo's online sphere: A qualitative analysis of perceived impacts Poster presented at the 31st annual Lifespan Research Day, Providence, RI.

324. Naughton, L. W., Bhuptani, P. H., Adams-Clark, A. A., Dyer, R. L., & **Orchowski,** L. M. (2024, November). *Distress following sexual victimization and sexual compliance in a college sample.* Poster presented at the 31st Annual Lifespan Research Day 2024, Providence, RI.

325. Mayer, E. D., Purcell, A., Naughton, L., Sharma, A., Merrill, J., López, G., & **Orchowski**, L. M. (2024, November). *Exploring the role of alcohol in sexual encounters: Insights from bisexual+ college women*. Poster presented at the 31st Annual Lifespan Research Day 2024, Providence, RI.

326. Vriniotis, M., Tong, G., Haikalis, M., Hudson, C., Nugent, N., Kesner, T., **Orchowski**, L.M., Betz, M. E., Clarke, A., Zhang, W., Webster, A., Purcell, A., Ranney, M.  (2024, December). Acceptability and Preliminary Evaluation of the Guardians 4 Health Firearm Injury Prevention Curriculum for 4-H Shooting Sports. Presentation at the 2024 National Research Conference for the Prevention of Firearm-Related Harms. Seattle, WA.

327. Kim, E., Tampke, E., Ma, Q., Bhuptani, P., & **Orchowski**, L. M. (2025, January). *Timing Matters: The Impact of Disclosure Timing on Social Reactions to Sexual Violence Survivors.* Paper presented at the 2025 Klingenstein Third Generation Foundation National Medical Student Conference, Boston, MA.

Updated: 8/26/25

328. Naughton, L. W., López, G., Purcell, A., Mayer, E., Sharma, A., Merrill, J. E., & **Orchowski,** L. M. (2025, March). *Reasons for sexual victimization in bisexual+ women: Insights from bisexual+ college students.* Poster presented at the 96th Eastern Psychological Association Annual Meeting. New York, NY.

329. Sharma, A., Mayer, E.D., Srinagesh, A., Ho, D., Adams-Clark, A. A., Bhuptani, P. H., **Orchowski,** L. M., Weiss, N.M. (2025, March). Exploring Patient Perspectives on Effective Treatment Strategies for Opioid Use Disorder: A Qualitative Analysis. [Poster Presentation]. Poster presented at the 96th Eastern Psychological Association Conference, New York City, NY, United States

330. Purcell, A., Peterson, R., López, G., Mayer, E., Sharma, A., Merrill, J., Bhuptani, P., Zlotnick, C., & Johnson, J., **Orchowski,** L. M. (2025, March). Post-Traumatic Growth in Bisexual & Heterosexual Survivors: The Role of Social Support. Poster presented at the 96th Annual Eastern Psychological Association Meeting, New York, NY.

331. Mayer, E. D., **Orchowski,** L. M., DeFour, D., Hollander, J., Sarnquist, C., Senn, C., Stone, M., & Thompson, M., (2025, March). *A cross-sectional study of self-protection strategies among US adults* [Poster Presentation]. Poster presented at the 96th Eastern Psychological Association Conference, New York City, NY.

332. Lee, J., Bhuptani, P., Peterson, R., Zlotnick, C., Johnson, J. **Orchowski,** L.M. (2025, March). The Role of Resiliency Variables in the Association Between Sexual Victimization and Mental Health: Flourishing Matters. Poster presented at the Brown University Mind Brain Research Day. Providence, RI.

333. Naughton, L. W., Purcell, A., Mayer, E., Sharma, A., López, G., Merrill, J. E., Barnett, N. P., & **Orchowski,** L. M. (2025, April). *Investigating alcohol use prior to dating and sexual encounters: Perspectives of bisexual+ college students.* Poster presented at the Collaborative Perspectives on Addiction Annual Meeting 2025. Providence, RI.
* Runner Up: Diverse and Inclusive Perspectives Award

334. Zonfrillo, M.R., Goodwin, C.T., **Orchowski,** LM. (2025, April).  Creating a novel data warehouse for injury-related research. Paper submitted to the annual conference of the Pediatric Academic Society.

335. Zonfrillo, M.R., Goodwin, C.T., & **Orchowski,** L.M. (2025, April). Creating a novel data warehouse for injury-related research. Paper submitted to the annual meeting of the Society for Advancement of Violence and Injury Research.

336. Metzger, E., Wiebe, D., Roby, A., Oesterle D., Bosari B., Kahler C.W., Kazemi D., Berry-Caban, C., & **Orchowski**, L. (2025, April). *Drinking Before Sex and Attitudes Associated with Violence Towards Women in Young, Male Service Members.* Paper to be preserved at the Society for Advancement of Violence and Injury Research Conference, New York, NY.

337. Tampke, E. C., Maloney, M., & **Orchowski**, L. M. (2025, April). *Evaluating Sipping Alcohol as a Predictor of Bullying and Teen Dating Violence in 6th Grade Youth*. Poster presented at the 13th Annual Collaborative Perspectives on Addiction Conference of the Society of Addiction Psychology, Providence, RI

Updated: 8/26/25

338. Foley, E., Adams-Clark, A.A., Bhuptani, P.H, & **Orchowski,** L.M (2025, April). Binge drinking and cannabis use as coping strategies for PTSD symptoms among survivors of childhood sexual abuse. Poster presented at the 13th Annual Collaborative Perspectives on Addiction Annual Meeting, Providence, RI, United States.

339. López, G., King, R., Jamil, A., **Orchowski,** L. M., & Merrill, J. E. (2025, 2025). A qualitative examination of the impact of sexual assault on alcohol use among bisexual+ and heterosexual survivors. Paper to be presented at the Kettil Bruun Society (KBS). Glasgow, Scotland.

340. Read, J.P., Livingston, J.A., Wiseblatt, A., Kerr, E., Bichon, J., Walter, K.H., Orchowski, L.M. (2025, August). Leveraging the Power of Military Peers to Reduce Risky Drinking and Sexual Violence in Sailors. Paper submitted to the 2025 Military Health Research Symposium, Orlando FL.

341. Metzger, E., Wiebe, D., Roby, A., Oesterle, D., Borsari, B., Kahler, C.W., Kazemi D., Berry-Cabán, C. & Orchowski, L. (2025, August). Examining Drinking Before Sex and Views of Women Associated with Sexual Violence in Male Service Members. Poster for the Military Health System Research Symposium (MHSRS), Kissimmee, FL.

342. Metzger, E., Wiebe, D., Roby, A., Oesterle, D., Borsari, B., Kahler, C.W., Kazemi, D., Berry-Cabán C. & Orchowski, L. (2025, November).  Alcohol Use Before Sex, High-Risk Sexual Activity, and Beliefs Surrounding Sexual Consent Among Male Service Members. Poster for the American Public Health Association (APHA), Washington, DC.

343. Morgan, C. H., Stager, L., Salamanca, N. K., Mujica, C., Amaya, S., Davis, K. C., Leone, R. M., Orchowski, L. M., Brockdorf, A. N., Gilmore, A. K., & López, C. (2025, June 4-6). *Sleep-related concerns mediate the association between cyber-sexual victimization and psychological distress among diverse college students* [Conference Session]. Accepted to the Society for the Study of Emerging Adulthood (SSEA) Conference, Charleston, SC.

344. Ray, T.N., Esquivel A.P., LeardMann, C.A., Orchowski, L.M. & Stander, V.A. (2025, September). Sexual assault among US military spouses: Findings from the Millennium Cohort Family Study. Poster accepted for presentation at the International Society for Traumatic Stress Studies 2025 Annual Meeting, Baltimore, Maryland.

345. Crocker, L.D., Ray, T.N., Rizzo, A. J., Miggantz, E.L., Prince, J.R., Zong, Z.Y., Sharma, A., Mayer, E.D., Davis, K.C., Gilmore, A.K., Orchowski, L.M., & Walter, K.H. (August 2025). *Alcohol use and reduced bystander intervention: The mediating roles of comfort with sexism and bystander efficacy among Navy Service Members.* Poster accepted for presentation at the 2025 Military Health System Research Symposium (MHSRS).

346. Haikalis, M., Betz, M. E., Beidas, R., Cancilliere, M. K., Ferrara, C., Hudson, C., Leaño, J., Newman, D. R., Nugent, N., Orchowski, L. M., Purcell, A., Kesner, T., Nelson, A. K., Tong, G., Vriniotis, M., & Ranney, M. (2025, November). *4-H youth and instructor perceptions of the content and design elements of a bystander intervention for firearm injury prevention* [Conference presentation]. 2025 National Research Conference for the Prevention of Firearm-Related Harms, Tempe, AZ, United States.

347. Vriniotis, M., Nelson, A. K., Betz, M. E., Cancilliere, M. K., Ferrara, C.F., Haikalis, M., Hudson, C., Kesner, T., Leaño, J., Newman, D. R., Nugent, N., Orchowski, L. M., Purcell, A., Tong, G., & Ranney, M.L. (2025, November). *Applying a trust typology model to partnering with the firearm*

Updated: 8/26/25

*owning community on a youth intervention* [Oral presentation]. National Research Conference for the Prevention of Firearm-Related Harms. Tempe, AZ, United States.

348. Nelson, A. K., Vriniotis, M., Tong, G., Beidas, R., Betz, M. E., Haikalis, M., Hudson, C., Purcell, A., Nugent, N., Kesner, T., Orchowski, L. M., & Ranney, M. L. (2025, November). *Outcomes of a national randomized controlled trial of the "Guardians 4 Health" bystander intervention curriculum for 4-H Shooting Sports-involved youth* [Oral presentation]. National Research Conference for the Prevention of Firearm-Related Harms. Tempe, AZ, United States.


## INVITED PRESENTATIONS

1. **Orchowski,** L. M. (2007, July). *The public image of psychology and psychotherapy over the past 100 years.* Invited presentation to the meeting of Psychologists Retired of Ohio, Columbus, OH.

2. **Orchowski**, L.M. (2008, April). *The second rape: How rape myth ideology perpetuates campus violence and harms survivors.* Invited presentation for University Health Services, Take Back the Night Week, Ohio University, Athens, OH.

3. **Orchowski**, L.M. (2010, November). *The role of alcohol in campus based sexual assault.* Invited presentation for the Brown University Committee on Alcohol Use, Providence, RI

4. **Orchowski**, L.M. (2011, October). *Evidence-based sexual assault prevention on college campuses.* Invited presentation for the Annual Meeting of the IVY Association of Health Directors, Providence, RI.

5. **Orchowski**, L.M. (2012, September). *Interventions addressing alcohol use and sexual assault among college students.* Invited presentation for the NIAAA Symposium entitled: Toward Effective Interventions for Alcohol-Related Sexual, Physical, and Intimate Partner Violence: Where We Are, What is Needed, How to Get There, Bethesda, MD.

6. **Orchowski**, L.M. (2013, June). *Alcohol use, sexual communication and consent among college students.* Invited presentation for the Annual IVY Plus Sexual Assault Meeting, Providence, RI.

7. **Orchowski**, L.M. (2013, October). *Sexual communication, alcohol use and consent.* Invited presentation for the Brown University Sexual Assault Advisory Board, Providence, RI.

8. **Orchowski**, L.M. (2014, January). *Alcohol and sexual aggression among college men.* Invited presentation for the Center for Alcohol and Addiction Studies, Brown University, Providence RI.

9. **Orchowski**, L.M. (2014, November). *Perpetrator characteristics and prevention.* Invited presentation for the Brown University Sexual Assault Task Force, Providence, RI.

10. **Orchowski**, L.M. (2014, November). *Preventing sexual aggression among high school boys.* Invited presentation for the Centers of Disease Control and Prevention, Atlanta, GA.

11. **Orchowski,** L.M. (2014, November). *The research of rape culture.* Invited presentation for Brown University, Brown University, Providence RI.

Updated: 8/26/25

12. **Orchowski**, L.M. (2015, May). *Preventing campus sexual assault.* Invited presentation for the Community Health Policy Group, Rhode Island Department of Health, Providence RI.

13. **Orchowski**, L.M. (2015, November). *Community-level primary prevention of dating and sexual violence in middle schools.* Invited presentation for the Centers of Disease Control and Prevention, Atlanta, GA.

14. **Orchowski**, L.M. (2015, November). *Frameworks for understanding behaviors, social norms and making social change*. Invited presentation for "It's Never Okay": 2015 Summit on Sexual Violence and Harassment, Toronto, Canada.

15. **Orchowski,** L.M. (2016, January). *"But none of my friends would ask for consent" Applying social Norms Theory in Sexual Assault Prevention*. Invited presentation for the Brown University Center for Alcohol and Addiction Studies, Providence, RI.

16. Edwards, K., Espelage, D., Ullman, S., Kenner, E., **Orchowski,** L.M. (2016, March). *Finding, writing, and managing grants: A structured discussion for graduate students and early career psychologists*. Invited roundtable discussion for the annual conference of the Association for Women in Psychology, Pittsburgh, PA.

17. **Orchowski,** L.M., Malone, S., Pearlman, D., Rizzo, C., Zlotnick, C., Oesterle, D., & Andoscia, G. (2016, March). *Social norms marketing as a strategy for preventing sexual violence across the lifespan*. Invited presentation for the Featured Feminist Science Symposia Series at the Annual Conference of the Association for Women in Psychology, Pittsburgh, PA.

18. **Orchowski**, L.M. (2016, April). *The slow violence of gendered inequalities in the U.S.: The outer layer of the social ecology*. Invited presentation for Princeton University Conference Gendered Violence: Old Problems and New Challenges, Princeton, NJ.

19. **Orchowski**, L.M., Barnett, N., Borsari, B., Zlotnick, C., Oesterle, D., Merrill, J., & Wood, M.  (2016, June). *But none of my friends would ask for consent" How qualitative data informed the development of an integrated alcohol and sexual assault prevention program for college men*. Invited presentation for the 2nd Occasional Meeting of the NIAAA Working Group on Intervention Development for Alcohol-Related Sexual and Intimate Partner Violence, New Orleans, LA.

20. **Orchowski**, L.M. (2016, September). *Development and piloting of an integrated alcohol and sexual assault prevention program for heavy drinking college men*. Invited presentation at the University of Connecticut, Department of Psychological Sciences, Storrs, CT.

21. **Orchowski**, L.M. (2016, October). *Sexual assault prevention in the military*. Invited presentation for the Congressionally Directed Medical Research Programs, Violence Prevention In-Progress Review, Fort Detrick, MD.

22. **Orchowski,** L.M. (2016, November). *Military sexual trauma and sexual revictimization among women in the military*. Invited presentation at the Joining Forces for Military and Veteran Health and Wellness Symposium: University of North Carolina Charlotte (UNCC), Charlotte, NC.

23. **Orchowski**, L.M. (2016, October, December & 2017, January). *How do we know that it works? Evaluating sexual violence prevention on college campuses*. Workshop series presented to the Rhode Island Cross-Campus Collaborative for Sexual Violence Prevention, Providence RI.

Updated: 8/26/25

24. **Orchowski**, L.M. (2017, February). *Supporting healthy relationships among Soldiers*. Invited panelist for the Joining Forces for Veteran Health and Reintegration Conference: University of North Carolina Charlotte (UNCC), Charlotte, NC.

25. **Orchowski**, L.M. (2017, March). *Advancing the science and practice of sexual assault prevention for the military*. Invited presentation for the XVIII Airborne Corps and Fort Bragg Senior Leader SAAPM, Fort Bragg, NC.

26. **Orchowski,** L.M., Oesterle, D., Bogen, K. & Pearlman, D. (2017, March). *Preventing dating and sexual violence in middle school through social norms marketing*.  Invited paper presentation for the Featured Feminist Science Symposia Series at Annual Conference of the Association for Women in Psychology, Milwaukee, WI.

27. **Orchowski**, L.M., Bogen, K., Oesterle, D., & Pearlman, D. (2017, March).   *Victim blame and proactive bystander intervention among high school students*. Invited paper presentation for the Featured Feminist Science Symposia Series at Annual Conference of the Association for Women in Psychology, Milwaukee, WI.

28. **Orchowski**, L.M. (2017, April). *Sexual assault on college campuses: A public health approach to prevention*.  Invited presentation for Sexual Assault Awareness Month at Brigham Young University, Provo, UT.

29. **Orchowski**, L.M., & Hernon, B. (2018, January). *Understanding incapacitation: Combining scientific research and the law*. Invited presentation for National Sexual Violence Law Conference: Victim Rights Law Center, Charleston SC.

30. **Orchowski**, L.M. (2018, January). *Evaluating school-based violence prevention programs*. Invited presentation for the Yale Division of Community Research, Department of Psychiatry, Yale University. New Haven, CT.

31. **Orchowski**, L.M. (2018, February). *Practical guidelines for program evaluation*. Workshop presented for the Pathways to Diversity and Inclusion (DIAP) Professional Development Day, Brown University, Providence RI.

32. **Orchowski,** L.M. (2018, March & September). *A refresher on program evaluation: Part one/Part two*. Workshop series presented to the Rhode Island Cross-Campus Collaborative for Sexual Violence Prevention, Providence RI.

33. **Orchowski**, L.M. (2018, April). Sexual consent among heavy drinking college men. Invited talk for "Beyond Consent: A Practical Symposium for Researchers, Advocates, & Educators", The New School, New York, NY.

34. **Orchowski,** L.M. (2018, October). *Social norms approaches to sexual assault prevention.* Distinguished speaker series, George State University Department of Psychology.

35. **Orchowski**, L.M. (2018, October). *Sexual Harassment and Assault: The Social Context of Trauma and Ethical Considerations for Treatment.* Continuing Education Presentation at Georgia State University. Atlanta, GA.

36. **Orchowski**, L.M., Amstadter, A., Bogen, K.W., Grocott, L., Ilegbusi, A., & Nugent, N. (2019, March). #WhyIDidntReport: Reflections on Barriers to Reporting Sexual Violence. Invited paper

Updated: 8/26/25

presentation for the Featured Feminist Science Symposia Series at the Annual Convention of the Association for Women in Psychology, Newport, RI.

37. Bogen, K.W., Mulla, M.M.M., Hiakalis, M. & **Orchowski**, L.M. (2019, March). Men say #UsToo: Characteristics of disclosure and response to men's sexual victimization on Twitter. Invited paper presentation for the Featured Feminist Science Symposia Series at the Annual Convention of the Association for Women in Psychology, Newport, RI.

38. **Orchowski**, L.M. (2019, June). What works in sexual assault prevention: An overview of science and practice. Invited presentation for Providence College Culture of Respect Committee, Providence, RI.

39. **Orchowski**, L.M. (2019, June). "Take the keys": Bystander intervention and intoxicated riving. Invited keynote presentation for the Ripple Effect Town Hall "The Road to Zero", for the Rhode Island Department of Transportation.

40. Thompson, M., **Orchowski**, L.M. & DeFour, D. (2019, August). Follow the evidence:  What research has to say about empowerment self-defense. Invited workshop for the National Sexual Assault Conference, Philadelphia, PA.

41. Busch-Armendariz, N., Sulley, C., & **Orchowski**, L.M. (2020, January). Bystander intervention research. Invited presentation for the University of Texas at Austin, Institute on Domestic Violence & Sexual Assault.

42. **Orchowski**, L.M. (2020, January). Evaluations of Sexual Assault Prevention Programs in Military Settings. Invited presentation as a part of the Department of Defense Sexual Assault Prevention and Response Office (SAPRO) webinar, entitled "What Works in Sexual Assault Prevention?". Co-presented with Dr. Katie Ports (DoD SAPRO) and Dr. Katie Jones (CDC).

43. **Orchowski**, L.M. (2020, September). Advancing a Public Health Framework for Sexual Assault Prevention. Grand Rounds presented for the Department of Psychiatry and Human Behavior, Alpert Medical School of Brown University.

44. **Orchowski** L.M. (2020, December). The Science and Practice of Sexual Assault Prevention for Youth and Young Adults. Emma Pendleton Bradley Hospital Speaker Series, Division of Social Work and Counseling.

45. **Orchowski**, L.M. (2021, January). What works in Sexual Assault Prevention? Invited Webinar for the 82nd Combat Aviation Brigade Pegasus Priority Program, Ft. Bragg, North Carolina.

46. **Orchowski**, L.M. (2021, March).  An Application of Program Evaluation Standards: Sexual Assault Prevention for Men in The Military. Invited presentation as a part of the Department of Defense Sexual Assault Prevention and Response Office (SAPRO) webinar, entitled "Conducting Outcome Evaluations of Sexual Assault Prevention Programs", co-presented with Dr. Beverly Fortson (SAPRO), Dr. Allison Dymnicki (American Institutes for Research), and Dr. Danile Perkins (Clearinghouse for Military Family Readiness).

47. **Orchowski**, L.M. (2021, April). Alcohol Use and Sexual Assault in the U.S. Military: Considerations for Prevention. Invited talk for the Nebraska Symposium on Motivation, Lincoln, NL.

Updated: 8/26/25

48. **Orchowski**, L.M. (2021, August).  Integrating Alcohol Use Intervention and Sexual Assault Prevention for Military Service Members: An Overview of Three Approaches. Invited presentation for the annual conference of the Military health Systems Research Symposium (MHSRS), Kissimmee, FL. [Conference cancelled due to COVID-19]

49. **Orchowski**, L.M. (2021, October). The Science and Practice of Sexual Assault Prevention. The 2021 Annual Lifespan Research Day, Providence, RI.

50. **Orchowski**, L.M. (2021, December). Fostering Safety in relationships. Presentation for the CircleAround Panel (BlueJeans company), Virtual panel.

51. Berkowitz, A.D., **Orchowski,** L.M., Oesterle, D.W. (2022, March). Using Technology to Engage Boys and Men in the Prevention of Sexual Assault. Invited webinar presentation for Get Inclusive, Virtual Panel. https://www.getinclusive.com/post/using-technology-to-engage-boys-and-men-in-the-prevention-of-sexual-assault

52. **Orchowski**, L.M., & Berkowitz, A.D. (2022, June). Preventing the Perpetration of Sexual Assault on College Campuses: Insights from Research and Practice. Invited keynote presentation for the annual conference of the Massachusetts Society for a World Free of Sexual Harm, Virtual Event.

53. **Orchowski**, L.M. (2022, August). Closing the research to practice gap in sexual assault prevention. Invited talk, Department of Psychology, Ohio University.

54. **Orchowski**, L.M. & Edwards, K.M. (2022, September). What Doesn't Go in the Methods Section: Lessons Learned from Engaging Schools in Violence Prevention Research. Invited Presentation, Special Lecture Series on Implementation and Dissemination Science, Rhode Island Hospital Injury Control Center for Biomedical Research Excellence (COBRE), Research to Practice and Policy Core, Providence, RI, Virtual event.

55. **Orchowski**, L. M., Zlotnick, C., & Johnson, J., Parks, K. A., Mayer, E.D., Bhuptani, P. H., Kiefer, R., (2023, June).  *Reducing Alcohol Use and Sexual Dysfunction in Survivors of Sexual Trauma,* invited presentation at the NIAAA-supported Research Society on Alcoholism Satellite Meeting, entitled: "4th Occasional Meeting of the NIAAA Working Group on Intervention Development for Alcohol-Related Sexual and Intimate Partner Violence", Bellevue, Washington

56. **Orchowski**, L. M., Merrill, J, López, G., Barnett, N., Parks, K.A., & Mayer, E.D, (2023, June*) Integrated Alcohol Use and Sexual Assault Prevention for Bisexual Women,* invited presentation at the NIAAA-supported Research Society on Alcoholism Satellite Meeting, entitled: "4th Occasional Meeting of the NIAAA Working Group on Intervention Development for Alcohol-Related Sexual and Intimate Partner Violence", Bellevue, Washington.

57. **Orchowski,** L. & Scaglione, N. M. (2024, April). *Benefits of collaborating to enrich prevention implementation and evaluation.* In Department of Defense SPARX Training for the Integrated Primary Prevention Workforce, Collaborations for Implementation and Evaluation of Prevention Activities: Examples and Recommendations from the Field, Virtual Webinar.


TRAINING PROGRAM PRESENTATIONS

Updated: 8/26/25

1. Chatav, Y. (Lead Presenter) & **Orchowski**, L.M. (2009, October). *Loan Repayment Programs*. Seminar presented for the Brown Psychology Training Consortium, Postdoctoral Seminar Series, Providence, RI.

2. Seifer, R. (Lead Presenter), Cioe, P., & **Orchowski**, L.M. (2017, March). *Placebos and Control Groups in Trial Research*. T32 Research Ethics Seminar, Brown University Psychology Postdoctoral Fellowship Training Consortium, Providence, RI.

3. Seifer, R. (Lead Presenter), & **Orchowski**, L.M., Cameron, A., & Saletin, J. (2018, September). Non-Federal/Non-NIH Funding. T32 Core Seminar Series, Brown University Psychology Postdoctoral Fellowship Training Consortium, Providence, RI.

4. Seifer, R. (Lead Presenter), Cioe, P., & **Orchowski**, L.M. (2019, March). *Placebos and Control Groups in Trial Research*. T32 Research Ethics Seminar, Brown University Psychology Postdoctoral Fellowship Training Consortium, Providence, RI.

5. Seifer, R. (Lead Presenter), & Orchowski, L.M., & Saletin, J. (2019, September). Non-Federal/Non-NIH Funding. T32 Core Seminar Series, Brown University Psychology Postdoctoral Fellowship Training Consortium, Providence, RI.

6. **Orchowski**, L.M. (Lead Presenter) & Saletin, J. (2020, September). Non-Federal/Non-NIH Funding. T32 Core Seminar Series, Brown University Psychology Postdoctoral Fellowship Training Consortium, Providence, RI.

7. **Orchowski,** L.M. (2020, September). Intimate Partner Violence – An Overview and Discussion Relating to COVID-19. Seminar presented to PGY4 Residents, Alpert Medical School of Brown University, Providence RI.

8. **Orchowski**, L.M. (Lead Presenter) & Olson, K. (2021, March). Placebos and Control Groups in Trial Research. T32 Research Ethics Seminar, Brown University Psychology Postdoctoral Fellowship Training Consortium, Providence, RI.

9. **Orchowski**, IPV Seminar for medical students (2021, July). Intimate Partner Violence – An Overview and Discussion Relating to COVID-19. Seminar presented to PGY4 Residents, Alpert Medical School of Brown University.

10. **Orchowski**, L.M. (Lead Presenter) & Saletin, J. (2021, September). Non-Federal/Non-NIH Funding. T32 Core Seminar Series, Brown University Psychology Postdoctoral Fellowship Training Consortium, Providence, RI.

11. **Orchowski,** L.M. (2022, July). Intimate Partner Violence – An Overview and Discussion Relating to COVID-19. Seminar presented to PGY4 Residents, Alpert Medical School of Brown University, Providence, RI.

12. **Orchowski**, L.M. (Lead Presenter) & Saletin, J. (2022, September). Non-Federal/Non-NIH Funding. T32 Core Seminar Series, Brown University Psychology Postdoctoral Fellowship Training Consortium, Providence, RI.

13. **Orchowski**, L.M. (Lead Presenter) & Olson, K. (2023, March). Placebos and Control Groups in Trial Research. T32 Research Ethics Seminar, Brown University Psychology Postdoctoral Fellowship Training Consortium, Providence, RI.

Updated: 8/26/25

14. **Orchowski**, L.M. (Lead Presenter) & Saletin, J. (2023, September). Non-Federal/Non-NIH Funding. T32 Core Seminar Series, Brown University Psychology Postdoctoral Fellowship Training Consortium, Providence, RI.

15. **Orchowski**, L.M. (Lead Presenter) & Saletin, J. (2024, September). Non-Federal/Non-NIH Funding. T32 Core Seminar Series, Brown University Psychology Postdoctoral Fellowship Training Consortium, Providence, RI.


<u>GRANTS</u>

<u>COMPLETED GRANTS</u>

1. Gidycz, C.A., **Orchowski**, L. M [Project Coordinator]. CDC: Preventing Sexual Assault on College Campuses. Total Costs:  $383,865; 9/1/06-8/30/09; 1 R49 CE0009239; CDC.

2. **Orchowski**, L.M. [Principal Investigator], Zlotnick, C., Barnett, N.P., Borsari, B., Wood, M. Integrated alcohol and sexual assault Intervention for college men. Total Costs: $668,992; 1 R34 AA020852; 9/20/12-8/31/15; NIAAA.

3. Wood, S., **Orchowski**, L. (Consultant), Casey C., Crispel, A. Advancing technology to prevent school violence; Total Costs: $150,000; 5/1/17-10/31/17; Department of Education.

4. Wood, S., **Orchowski**, L (Co-I) Heftje, K., Thompson, M., Zinzow, H., Crispel, A. Interactive digital intervention to prevent violence among young adults; Total Costs: $225,000. Grant 12312343; 9/1/17-8/31/18; NICHD SBIR.

5. **Orchowski,** L.M. [Principal Investigator], Pearlman, D., Malone, S., Rizzo, C., Zlotnick, C. Preventing sexual aggression among high school boys.  Total Costs: $1,762,912; U01CE002531; 9/1/14-8/31/2018; CDC.

6. Zlotnick, C., **Orchowski**, L.M., [Co-I and Project Coordinator], Kahler, C., Shea, M.T., Tzilos, G. Addressing the health risks of VA women with sexual trauma. Total Costs: $1,022,633; PT130611; 1/1/16 – 112/31/18; CDMRP, Department of Defense.

7. Kuo, K. [MPI], Matthews, C. [MPI], **Orchowski**, L.M. (Co-I), Harrington, A. (Co-I), Integrated prevention of HIV risk with prevention of IPV perpetration among adolescents in South Africa. R34 MH113484; 9/1/17 – 7/31/20; NIMH.

8. **Orchowsk**i, L.M. [Principal Investigator], Pearlman, D., Malone. S. Community-level primary prevention of dating and sexual violence in middle schools. U01CE002651; Total Costs: $1,599,791; 9/30/15-8/31/2019; NCE: 9/1/2019-10/1/2020; CDC.

9. Gilmore, A. K. **Orchowski**, L.M. (Co-I), Davis, K. C., Rheingold, A. A., Kilpatrick, D. G., Ramakrishnan, V., Kaysen, D., Lewis, M. A., Alcohol and violence prevention for college students. 1R34AA025691-01A1. Total Costs: $710,367; 3/15/2018 – 3/14/21; NIAAA.

10. Cu-Uvin, S. (PI), Orang'o, O. (PI), Kiprop, C. (Co-Project Director), **Orchowski**, L.M. (Co-Project Director). Moi University/Brown University Collaboration to Advance Institutional

Updated: 8/26/25

Capacity to Address Sexual Misconduct and Harassment. 3D43TW011317 (administrative supplement).   Total Costs, 75,000. 9/31/20-9/30/21.

11. Barnett, N., **Orchowski**, L.M. (Co-I), Meisel, M., Carey, K., Rosen, R. Social network-based bystander intervention for hazardous drinking. Total Costs: $1,520,813; 1 R01AA025456-01A1; 4/20/2019-3/31/2022; NIAAA.

12. Barnett, N., Carey, K., **Orchowski**, L.M. (Co-I), Merrill, J., Meisel, M. Bystander intervention for alcohol-related risk behavior: Instrument development & validation. Total Costs: $473,430; 1 R21 AA026750-01; 5/1/2019-4/30/2021 (NCE 4/30/22). NIAAA.

13. Kenney, S. R., Napper, L. E., **Orchowski**, L. M. (Co-I), Johnson, N., Barnett, N. P. A Multi-component alcohol and sex risk intervention for college students. Total Costs: $713,157; R34 AA026032-01; 8/01/18-7/31/21 (NCE: 7/31/22); NIAAA.

14. Carvallo, M. **Orchowski**, L. (Evaluator). Hot spot community overdose engagement (CODE) grant. Rhode Island Department of Health.  Total Costs: $110,094. 1/1/2020-8/31/20221. (Role: Program Evaluator).

15. **Orchowski**, L.M. [Co-Principal Investigator], Borsari, B., Kazemi, D., Caban, C. Sexual assault prevention for men in the military. Total Costs: $2,682,948; PT140100; 10/1/15-9/30/19; NCE 10/1/19-9/30/2020; NCE 10/1/20-9/30/21; NCE 10/1/21- 9/30/2022. CDMRP, Department of Defense.

16. Berry-Caban, C., Metzger, E., Allan, E., **Orchowski**, L (Co-I).  Preventing sexual victimization towards male victims through targeting hazing behavior. Total Costs: $865,947; Department of Defense; 10/1/20 – 9/30/24 (NCE); W81XWH-19-PHTBIRP-PSAAD-IIFRA.

17. Carvallo, M., **Orchowski**, L. (Evaluator).  West Elmwood Housing Development Corporation Health Equity Zone. Rhode Island Department of Health. Total Costs: $150,000. 9/1/2019-8/31/2023. (Role: Program Evaluator)

18. Kuo, C., Matthews, C. **Orchowski,** L. (Co-I), Berkowitz, A. Schools Championing Safe South Africa: An Intervention Engaging Teachers and Students in Adolescent Prevention of HIV Risk and Intimate Partner Violence. R34 MH124469. Total Costs: $636,705; NIMH; 06/2021-03/2024.

19. Voltz, V., Hoopis, L., **Orchowski**, L.M. (Consultant/Evaluator).  OVW Fiscal Year 2020 Grants to Prevent and Respond to Domestic Violence, Dating Violence, Sexual Assault, and Stalking Against Children and Youth Program. Total Costs; $500,000. 10/1/2021-09/30/2024.

20. Stone, M., **Orchowski,** L.M. (Co-I). Sexual Assault Resistance for Teens and Young Adults with Intellectual Disabilities. Triangle, Inc and The Deborah Noonan Memorial Research Fund at The Medical Foundation at HRiA. 9/1/2020-8/31/2022 (8/31/2023 NCE), Total Funds: $65,789.

21. Taft, C., Creech, S., Langdon, K., Orchowski, L.M. (Co-I). A Randomized Controlled Trial to Evaluate a Trauma-Informed Partner Violence Intervention Program, BPS-2023C1-31039. (PI: Taft). PCORI. 10/1/2024- (Terminated Subcontract 7/1/25).  Total Award Amount: $2,866,208.

Updated: 8/26/25

22. **Orchowski,** L.M. (PI) Lopez, G., Merrill, J., Barnett, N.  Integrated alcohol and sexual assault prevention for bisexual women. NIAAA. Total costs: $742,436. 04/01/2022- (Terminated 03/12/2025).  1R34AA030035-01.

CURRENT GRANTS

1. **Orchowski**, L. (PI), Gilmore, A., Cue Davis, K., & Walter, K. Personalized web-based sexual assault prevention for service members. Total Costs: $974,728; Department of Defense; 10/1/20 – 9/30/23 (NCE through 9/30/25); W81XWH-19-PHTBIRP-PSAAD-IIFRA.

2. Ranney, M (PI), Beidas, R. (Co-I), **Orchowski,** L. (Co-I), Kesner, (Co-I), Nugent, N. (Co-I). Reframing Firearm Injury Prevention Through Bystander Interventions for Youth Shooting Sports Participants. Research Grants to Prevent Firearm-Related Violence and Injuries (R01) RFA-CE-20-006. Total Costs, $2,000K; 9/30/2020-9/29/2023 (NCE through 9/29/25).

3. Reidy, D., **Orchowski**, L. (Co-I), McCauley, H., & Smith-Darden, J. McMahon-Howard, Scherer, H., Fang, Z., & Smith, D.  Effectiveness Evaluation of 'Step Up Step In' (SUSI): A Campaign to Promote Social Norms against Sexual Violence. 1 U01CE003215; Total Costs, 1.125M, RFA CE-20-001; 9/15/2020 -9/14/2023 (NCE through 9/29/25).

4. Gilmore, A., Reidy, D., Mason, K., Leone, R., Davis, K.C., **Orchowski**, L.M., Kaysen, D. Personalized integrated alcohol and sexual assault prevention among college students. NIAAA, $2,491K. 1 R01 AA028813-01A1.  10/1/2021- 9/30/2026.

5. **Orchowski,** L.M., (PI), Zlotnick, C., Johnson, J., Reducing alcohol use and sexual dysfunction in survivors of sexual trauma. Total Costs: $450,000. NIAAA; 5/1/2022-4/30/2025.

6. Read, J., Livingston, J., Walter, K., **Orchowski**, L., (Co-I), Mastroleo, N. Harnessing the Power of Military Peers to Reduce Sexual Violence and Risky Drinking in Navy Sailors. RFA: W81XWH-21-S-TBIPH1. 10/1/2022-9/30/2027; $450K; 10/1/2023-9/30/2027. Submitted December 16, 2021. Funded 9/30/22-9/29/2025.

7. **Orchowski,** L.M. (Director). Rhode Island Hospital Injury Control Center of Biomedical Research Excellence (COBRE): Research to Practice and Policy Core. NIGMS $12,054,146 (total award amount); P20 GM139664 (PI: Mello). 7/1/22 – 1/31/27.

8. DiLillo, D., Gervais, S., **Orchowski,** L.M. (Co-I), DiLillo, V., RCT of a combined MI intervention to address bystander behaviors in the context of alcohol use. NIAAA. 5 R01 AA029450-01A1. Subcontract costs: $175,761. 9/1/22-5/31/26.

9. Temple, J., Reidy, D., **Orchowski**, L. (Co-I). Longitudinal mixed-methods study of Firearms among Ethnically Diverse Adolescents and Young Adults.  CDC. GRANT13804435. 09/2023 – 09/2026. $1,948,683 UTMB Total Costs.

10. Kuo, C., Matthews, C. **Orchowski**, L.M., (Co-I), Berkowitz, A., Sikweyiya, Y., Harrison, A., Lui, T.   Testing the efficacy of Safe South Africa; An intervention to prevent HIV risk and interpersonal violence among adolescent boys. $2,469K. NIMH. 1 R01 MH129161-01.

Updated: 8/26/25

11. **Orchowski**, L.M. (Co-Principal Investigator), Ee., J. (Co-Principal Investigator), Bhuptani, P.H. (Co-Investigator), Creech, S. (Co-Investigator), Zlotnick, C. (Co-Investigator), Granadillos, K. (Co-Investigator), & Tanzer, R. (Co-Investigator). TP230407. Computerized Screening and Brief Intervention for Interpersonal Violence among Active-Duty Service Members. CDMRP/Department of Defense. Total Costs: $647,943. 9/30/24-9/29/27.

12. Perkins, J, **Orchowski**, L.M. (Co-I), Shepard, B., Kakuhikirie, B., Nyakato, V., Ashaba, S., Siedner, M. & Tasi, A.  Perceived Norms About Alcohol Use and HIV/STI Prevention among Adolescents and Young Adults in Rural Uganda. NIAAA. 1R01AA031936. 9/19/24-8/31/2029. Year 1 costs $640,010.

13. **Orchowski,** L.M. (Co-PI), Hardy, E. (Co-PI), Bhuptani, P.H., Zlotnick, C., Cancilliere, M.K., & Karb, R. R34. Digital intervention delivered via street medicine to increase HIV and substance use care among survivors of sexual trafficking National Institute of Drug Abuse. Total funds: $450,000. 7/15/2025 -03/31/2026.


<u>SUBMITTED:</u>

1. **Orchowski,** L.M. (PI), Zlotnick, C., Creech, S., Bhuptani, P., Langdon, K. R61/R33. Addressing violence in the context of opioid use disorder care. NIDA. Total funds: $3,364,429. 12/1/24 – 11/30/29.

2. Cancilliere, M.K., **Orchowski,** L.M. (Co- Investigator), Spirito, A., Otu, M., Tarantino, N., & Baird, J. R34. Youth with Suicide and Self-Injurious Behaviors Discharge from an Emergency Department Admission: Supporting Caregivers. Total funds: $450,000. 04/01/2025 -03/31/2026.

3. Bhuptani, P., Lee, S. **Orchowski,** L. M. (Co-I), Hardy, E. R21. Stress reactivity, post-traumatic stress symptoms, and alcohol use in survivors of recent sexual victimization.  Total Funds: 250,000. 6/1/2025 -5/30/2027.

4. Potter, S., Stapleton, J., Gilmore, A., **Orchowski**, L., (Co-I), Salazar, L. R15. A Pilot Study of Integrated E-Health Strategies for Preventing Campus Violence and Alcohol Misuse. NIAAA; $375,000.  9/1/25-8/31/28.


<u>MEDIA ENGAGEMENT</u>

Podcast, Elsevier. November (2022). https://sdgresources.relx.com/podcasts/podcast-international-day-elimination-violence-against-women-2022


<u>UNIVERSITY TEACHING ROLES</u>

<u>Summary</u>
**99+** Total*
**19** Precollege courses
**18** Graduate level courses
**62** Undergraduate courses
　*Some semesters include multiple sections of the same course, total unique sections of courses taught >100

Updated: 8/26/25

PRECOLLEGE COURSES (Summer@Brown)

| | |
|---|---|
| Psychology and the Media | 2010, 2012, 2013, 2015; 2017; 2018; 2019; 2021 |
| Psychology of Gender | 2011; 2012; 2013, 2014, 2015; 2016 |
| Media and Mental Health | 2021; 2022;2023; 2024; 2025 |

GRADUATE COURSES

Rhode Island College

| | |
|---|---|
| Family Counseling | Spring 2011; Spring 2012, Fall 2012; Spring 2013; Fall 2013 |
| Quantitative Measurement and Test Interpretation | Fall 2014; Fall 2015; Fall 2016; Fall 2017, Fall 2019, Fall 2021; Fall 2022; Fall 2023; Fall 2024; Fall 2025 |
| Research Methods Applied Counseling | Spring 2022; Spring 2023; Spring 2024; Spring 2025 |

UNDERGRADUATE COURSES

Ohio University

| | |
|---|---|
| Statistics for the Behavioral Sciences | Fall 2005; Spring 2006; Spring 2007 |
| Psychology of Gender | Fall 2007 |

Community College of Rhode Island

| | |
|---|---|
| Abnormal Psychology | Fall 2009; Fall 2010; Fall 2011; Fall 2016; Spring 2017, Fall 2018; Spring 2021 |
| General Psychology | Spring 2010; Spring 2011; Fall 2011; Spring 2011; Fall 2012; Fall 2013; Fall 2014; Fall 2015; Fall 2017; Spring 2019, Fall 2019; Spring 2020; Fall 2022; Spring 2023; Summer 2023; Fall 2023; Fall 2024; Spring 2025; Fall 2025 |
| Psychology of Personal Adjustment | Spring 2019, Fall 2020; Summer 2021, Fall 2021; Spring 2022; Fall 2022; Spring 2023; Summer 2023; Fall 2023; Fall 2024 |
| Developmental Psychology | Summer 2022; Summer 2024; Fall 2024; Spring 2025; Fall 2025 |

Wheaton College

| | |
|---|---|
| Abnormal Psychology | Fall 2013, Fall 2014; Fall 2015 |
| Child Psychopathology | Spring 2015; Spring 2018 |
| Psychology of Women | Fall 2010, Spring 2012, Spring 2013, Spring 2015, Spring 2016, Spring 2017; Spring 2018, Spring 2019; Spring 2020, Spring 2021; Spring 2022; Spring 2023; Spring 2024; Spring 2025 |

Updated: 8/26/25

| | |
|---|---|
| Psychology and the Media | Fall 2018 |
| Introductory Psychology | Fall 2025 |
| Research Methods | Fall 2025 |

<u>PROFESSIONAL REFERENCES</u>

Nancy Barnett, Ph.D.
Professor
Brown University
Nancy_Barnett@brown.edu

Caron Zlotnick, Ph.D.
Professor
The Warren Alpert Medical School of Brown University
Caron_Zlotnick@brown.edu

Kalina Brabeck, Ph.D.
Professor
Rhode Island College
kbrabeck@ric.edu

Sharyn Potter, Ph.D.
Professor
University of New Hampshire
Sharyn.Potter@unh.edu

L.M. Orchowski

# EXHIBIT B

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**REBUTTAL EXPERT REPORT OF Lindsay Orchowski, PH.D.**
**List of Materials Cited and Considered**

| EXPERT REPORTS |
|---|
| Expert Report of Dr. Veronique Valliere, dated September 26, 2025 |

| PUBLICATIONS |
|---|
| Abbey, A., Wegner, R., Pierce, J., & Jacques-Tiura, A.J. (2012). Patterns of sexual aggression in a community sample of young men: Risk factors associated with persistence, desistance, and initiation over a one year interval. Psychology of Violence, 2, 1-15. doi:10.1037/a0026346 |
| Alaggia, R. & Wang, S. (2020). "I never told anyone until the #metoo movement": What can we learn from sexual abuse and sexual assault disclosures made through social media? Child Abuse & Neglect 103 (2020) 104312 |
| Allen, W. (2007) The Reporting and Underreporting of Rape. Southern Economic Journal, Vol. 73, No. 3, 623-641 |
| Altman, D. G., & Bland, J. M. (1994). Diagnostic tests 2: Predictive values. BMJ (Clinical Research Ed.), 309(6947), 102. https://doi.org/10.1136/bmj.309.6947.102 |
| Anderson, R. E., Doctor, H. N., & Piggott, D. M. (2023). Measuring sexual violence perpetration acknowledgment: Testing the effects of label and response format. Aggressive Behavior, 49(5), 499–508. https://doi.org/10.1002/ab.22086 |
| Australian Human Rights Commission. (2017). Change the course: National report on sexual assault and sexual harassment at Australian universities. https://www.humanrights.gov.au/sites/default/files/document/publication/AHRC_2017_ChangeTheCourse_UniversityReport.pdf |
| Bachman, R. (1993). Predicting the Reporting of Rape Victimizations. Have Rape Reforms Made a Difference? Vol. 20 No. 3 September 1993 254-270. SAGE Publications |
| Bachman, R. (1998). The Factors Related to Rape Reporting Behavior and Arrest. New Evidence from the National Crime Victimization Survey. Criminal Justice and Behavior, Vol. 25, No. 1, 8-29 |
| Burns, P. B., Rohrich, R. J., & Chung, K. C. (2011). The levels of evidence and their role in evidence-based medicine. Plastic and Reconstructive Surgery, 128(1), 305–310. |
| Chen, Y. & Ullman, S. (2010). Women's Reporting of Sexual and Physical Assaults to Police in the National Violence Against Women Survey. SAGE Publications, 16(3), 262-279 |
| Cohn, A. M., Zinzow, H. M., Resnick, H. S., & Kilpatrick, D. G. (2013). Correlates of reasons for not reporting rape to police: Results from a national sample of women. Journal of Interpersonal Violence, 28(3), 455–473 |

1

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| PUBLICATIONS |
| --- |
| Connors, M. H., & Large, M. M. (2023). Calibrating violence risk assessments for uncertainty. General Psychiatry, 36(2), e100921. https://doi.org/10.1136/gpsych-2022-100921 |
| Cronin, M. R., Zavaleta, E. S., Beltran, R. S., Esparza, M., Payne, A. R., Termini, V., Thompson, J., & Jones, M. S. (2024). Testing the effectiveness of interactive training on sexual harassment and assault in field science. Scientific Reports, 14(1), 523. https://doi.org/10.1038/s41598-023-49203-0 |
| DeGue, S., Valle, L. A., Holt, M. K., Massetti, G. M., Matjasko, J. L., & Tharp, A. T. (2014). A systematic review of primary prevention strategies for sexual violence perpetration. Aggression and Violent Behavior, 19(4), 346–362. https://doi.org/10.1016/j.avb.2014.05.004 |
| Diez-Canseco, F., Toyama, M., Hidalgo-Padilla, L., & Bird, V. J. (2022). Systematic Review of Policies and Interventions to Prevent Sexual Harassment in the Workplace in Order to Prevent Depression. International journal of environmental research and public health, 19(20), 13278. https://doi.org/10.3390/ijerph192013278 |
| Fazel, S., Singh, J. P., Doll, H., & Grann, M. (2012). Use of risk assessment instruments to predict violence and antisocial behaviour in 73 samples involving 24 827 people: Systematic review and meta-analysis. BMJ (Clinical Research Ed.), 345, e4692. |
| Fazel, S., Toynbee, M., Ryland, H., Vazquez-Montes, M., Al-Taiar, H., Wolf, A., Aziz, O., Khosla, V., Gulati, G., & Fanshawe, T. (2023). Modifiable risk factors for inpatient violence in psychiatric hospital: Prospective study and prediction model. Psychological Medicine, 53(2), 590–596. |
| Felson, R., Messner, S., Hoskin, A. & Deane, G. (2002). Reasons for Reporting and Not Reporting Domestic Violence to the Police. Criminology, Vol. 40 No. 3, 617-648 |
| Gekoski, A., Gray, J., Adler, J., & Horvath, M. A. H. (2017). The prevalence and nature of sexual harassment and assault against women and girls on public transport: An international review. Journal of Criminological Research, Policy and Practice, 3(1), 3–16. |
| Heyman, R. E., & Smith Slep, A. M. (2001). The hazards of predicting divorce without crossvalidation. Journal of Marriage and the Family, 63(2), 473–479. |
| Ison, J., Forsdike, K., Henry, N., Hooker, L., & Taft, A. (2023). "You're just constantly on alert": Women and gender-diverse people's experiences of sexual violence on public transport. Journal of Interpersonal Violence, 38(21-22), 11617–11641. https://doi.org/10.1177/08862605231186123 |
| Johnson, P. A., Widnall, S. E., & Benya, F. (2018). Sexual harassment of women: Climate, culture, and consequences in academic sciences, engineering, and medicine. A consensus study report of the National Academic of Sciences, Engineering, and Medicine. National Academies Press. |
| Koss, M. P., & Oros, C. J. (1982). Sexual Experiences Survey: A research instrument investigating sexual aggression and victimization. Journal of Consulting and Clinical Psychology, 50(3), 455–457. |
| Koss, M. P., Abbey, A., Campbell, R., Cook, S., Norris, J., Testa, M., Ullman, S., West, C., & White, J. (2007). Revising the SES: A collaborative process to improve assessment of sexual aggression and victimization. Psychology of Women Quarterly, 31(4), 357–370. |
| Koss, M. P., Gidycz, C. A., & Wisniewski, N. (1987). The scope of rape: Incidence and prevalence of sexual aggression and victimization in a national sample of higher education students. Journal of Consulting and Clinical Psychology, 55(2), 162–170. |
| Krebs C. (2014). Measuring Sexual Victimization: On What Fronts is the Jury Still Out and Do We Need it to Come In?. Trauma, violence & abuse, 15(3), 170–180. https://doi.org/10.1177/1524838014521028 |
| Large, M., & Nielssen, O. (2017). The limitations and future of violence risk assessment. World Psychiatry: Official Journal of the World Psychiatric Association (WPA), 16(1), 25–26. |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| PUBLICATIONS |
| --- |
| Lisak, D., & Miller, P. M. (2002). Repeat rape and multiple offending among undetected rapists. Violence and Victims, 17(1), 73–84. |
| Lussier, P., & Davies, G. (2011). A person-oriented perspective on sexual offenders, offending trajectories, and risk of recidivism: A new challenge for policymakers, risk assessors, and actuarial prediction? Psychology Public Policy and Law, 17(4), 530-561. doi:10.1037/a0024388 |
| Matthews, R. (2000). Storks Deliver Babies (p= 0.008). Teaching Statistics, 22(2), 36-38. |
| McWhorter, S. K., Stander, V. A., Merrill, L. L., Thomsen, C. J., & Milner, J. S. (2009). Reports of rape reperpetration by newly enlisted male navy personnel. Violence and Victims, 24(2), 204–218. |
| Medeiros, K., & Griffith, J. (2019). Us too: How I-O psychologists can extend the conversation on sexual harassment and sexual assault through workplace training. Industrial and Organizational Psychology, 12, 1–19. https://doi.org/10.1017/iop.2018 |
| Monaghan, T. F., Rahman, S. N., Agudelo, C. W., Wein, A. J., Lazar, J. M., Everaert, K., & Dmochowski, R. R. (2021). Foundational statistical principles in medical research: Sensitivity, specificity, positive predictive value, and negative predictive value. Medicina, 57(5), 503. https://doi.org/10.3390/medicina57050503 |
| Mossman, D. (1994). Assessing predictions of violence: Being accurate about accuracy. Journal of Consulting and Clinical Psychology, 62(4), 783–792. https://doi.org/10.1037/0022-006X.62.4.783 |
| National Research Council. 2014. *Estimating the Incidence of Rape and Sexual Assault*. Washington, DC: The National Academies Press. https://doi.org/10.17226/18605 |
| O'Connor, J., McMahon, S., Cusano, J., Seabrook, R., & Gracey, L. (2021). Predictors of campus sexual violence perpetration: A systematic review of research, sampling, and study design. Aggression and Violent Behavior, 58, Article 101607. |
| Ogonah, M. G. T., Seyedsalehi, A., Whiting, D., & Fazel, S. (2023). Violence risk assessment instruments in forensic psychiatric populations: A systematic review and meta-analysis. The Lancet. Psychiatry, 10(10), 780–789. |
| Roehling, M. V., & Huang, J. (2018). Sexual harassment training effectiveness: An interdisciplinary review and call for research. Journal of Organizational Behavior, 39, 134–150. https://doi.org/10.1002/job.2257 |
| Roehling, M. V., Wu, D., Choi, M. G., & Dulebohn, J. H. (2022). The effects of sexual harassment training on proximal and transfer training outcomes: A meta-analytic investigation. Personnel Psychology, 75(1), 3–31. |
| Schneider, K. G., Cooper, A. D., Neville, A. A., & Dickerhoof, R. M. (2022). Compatibility assessment and prediction of misconduct: A review of the academic literature. https://apps.dtic.mil/sti/trecms/pdf/AD1183536.pdf |
| Shapiro, D. E. (1999). The interpretation of diagnostic tests. Statistical Methods in Medical Research, 8(2), 113–134. https://doi.org/10.1177/096228029900800203 |
| Shepherd, S. M. (2016). Violence risk instruments may be culturally unsafe for use with Indigenous patients. Australasian Psychiatry: Bulletin of Royal Australian and New Zealand College of Psychiatrists, 24(6), 565–567. |
| Shepherd, S. M., & Lewis-Fernandez, R. (2016). Forensic risk assessment and cultural diversity: Contemporary challenges and future directions. Psychology, Public Policy, and Law, 22(4), 427. |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| PUBLICATIONS |
| --- |
| Singh, J. P., Serper, M., Reinharth, J., & Fazel, S. (2011). Structured assessment of violence risk in schizophrenia and other psychiatric disorders: A systematic review of the validity, reliability, and item content of 10 available instruments. Schizophrenia Bulletin, 37(5), 899–912. https://doi.org/10.1093/schbul/sbr093 |
| Siontis, G. C., Tzoulaki, I., Castaldi, P. J., & Ioannidis, J. P. (2015). External validation of new risk prediction models is infrequent and reveals worse prognostic discrimination. Journal of Clinical Epidemiology, 68(1), 25–34. |
| Sniffen, C., Durnan, J., & Zweig, J. (2018). Helping industries to classify reports of sexual harassment, sexual misconduct, and sexual assault. RALIANCE. |
| Stringer, S. M. (2007). Hidden in plain sight: Sexual harassment and assault in the New York City subway system. Office of the Manhattan Borough President. |
| Swartout, K. M., Swartout, A. G., Brennan, C. L., & White, J. W. (2015). Trajectories of male sexual aggression from adolescence through college: A latent class growth analysis. Aggressive Behavior, 41(5), 467–477. https://doi.org/10.1002/ab.21584 |
| Szmukler, G. (2001). Violence risk prediction in practice. The British Journal of Psychiatry: The Journal of Mental Science, 178(1), 84–85. https://doi.org/10.1192/bjp.178.1.84 |
| Tharp, A. T., DeGue, S., Valle, L. A., Brookmeyer, K. A., Massetti, G. M., & Matjasko, J. L. (2013). A systematic qualitative review of risk and protective factors for sexual violence perpetration. Trauma, Violence & Abuse, 14(2), 133–167. |
| Thompson, M., Sitterle, D., Clay, G. & Kingree, J. (2007) Reasons for Not Reporting Victimizations to the Police: Do They Vary for Physical and Sexual Incidents? Journal of American College Health, 55:5, 277-282, DOI: 10.3200/JACH.55.5.277-282 |
| Thompson, M., Swartout, K.M., & Koss, M.P. (2013). Trajectories and predictors of sexually aggressive behaviors during emerging adulthood. Psychology of Violence, 3(3), 247-259. |
| Thompson, M.P., Kingree, J., Zinzow, H., & Swartout, K.M. (2015). Time-varying risk factors and sexual aggression perpetration among male college students. Journal of Adolescent Health, 57(6), 637-642. |
| Tillewein, H., & Cox, D. (2024). Investigating the implications of sexual assaults with ride-sharing: A call for research. Journal of Interpersonal Violence. |
| Tjaden, P. & Thoennes, N. (2000). Full Report of the Prevalence, Incidence, and Consequences of Violence Against Women. Findings from the National Violence Against Women Survey. National Institute of Justice. |
| Trevethan, R. (2017). Sensitivity, specificity, and predictive values: Foundations, pliabilities, and pitfalls in research and practice. Frontiers in Public Health, 5, 307. |
| Trevethan, R. (2019). Screening, sensitivity, specificity, and so forth: A second, somewhat skeptical, sequel. Modern Health Science, 2, 1. https://doi.org/10.30560/mhs.v2n1p60 |
| Whitzman, C., Marathe, R., & Thompson, J. (2019). Tertiary students' public transport safety in Melbourne, Australia. Transport, Health and Urban Design Researching Hub, Faculty of Architecture, Building and Planning, University of Melbourne. |
| Worthen, M. G., & Schleifer, C. (2024). # MeToo and sexual violence reporting in the National Crime Victimization Survey. Journal of interpersonal violence, 39 (21-22), 4215-4259 |
| Wright, L. A., Zounlome, N. O. O., & Whiston, S. C. (2020). The effectiveness of male targeted sexual assault prevention programs: A meta-analysis. Trauma, Violence & Abuse, 21(5), 859–869. https://doi.org/10.1177/1524838018801330 |

4

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| PUBLICATIONS |
| --- |
| Yang, M., Wong, S. C., & Coid, J. (2010). The efficacy of violence prediction: A meta-analytic comparison of nine risk assessment tools. Psychological Bulletin, 136(5), 740–767. |
| Zhou, J., Witt, K., Xiang, Y., Zhu, X., Wang, X., & Fazel, S. (2016). Violence risk assessment in psychiatric patients in China: A systematic review. The Australian and New Zealand Journal of Psychiatry, 50(1), 33–45. |
| Zimmerman M. (2022). Positive predictive value: a clinician's guide to avoid misinterpreting the results of screening tests. J Clin Psychiatry, 83(5):22com14513. |

| MISCELLANEOUS DOCUMENTS |
| --- |
| Centers for Disease Control and Prevention "About The Public Health Approach to Violence Prevention", https://www.cdc.gov/violence-prevention/about/about-the-public-health-approach-to-violence-prevention.html |
| Defense Advisory Committee for the Prevention of Sexual Misconduct |
| DAC-PSM November 24, 2024 Presentation, https://www.dhra.mil/Portals/52/Documents/DAC-PSM/DAC-PSM_Presentation_14_November_2024.pdf |