# EXHIBIT B

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
 3                       - - -
 4
 5   In Re:                    :   Case No. 3:23-md-
                               :   03084-CRB (LJC)
 6                             :
     UBER TECHNOLOGIES,        :
 7   INC., PASSENGER SEXUAL    :
     ASSAULT LITIGATION        :
 8
 9
                               - - -
10
11             FRIDAY, OCTOBER 24, 2025
12
                               - - -
13
14
15        Remote Zoom Videotape Deposition of
16   VERONIQUE VALLIERE, Psy.D., taken pursuant to
17   Notice, in Allentown, Pennsylvania, commencing
18   at approximately 9:15 a.m., on the above date,
19   before Rose A. Tamburri, RPR, CM, CCR, CRR,
20   USCRA Speed and Accuracy Champion and Notary
21   Public.
22                       - - -
23
24
25        Job No. CS7675941
```

Page 140

1          THE WITNESS:  It -- it depends.
2     BY MR. LOVE:
3          Q.  Now, we've talked about this before,
4     but I just -- I want to make sure that we have
5     a clear answer.
6               Do you believe that there is no
7     environment that is 100 percent free of the
8     risk of sexual assault?
9               MS. LUHANA:  Objection to form.
10    Objection to the hypothetical.
11              THE WITNESS:  In the extreme
12    situation, I do not believe that if an
13    offender is determined to offend, that they
14    will offend.
15              But it is not true that every
16    environment is at risk or can be a high risk.
17    It's never a zero risk, but it's -- there are
18    environments that are much higher risk and
19    there's many things we can do that will deter
20    offenders.
21    BY MR. LOVE:
22         Q.  Just to make sure I understand, I
23    understand that there are higher risks and
24    lower risks, but you said there is never zero
25    risk.