UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**PLAINTIFF'S PROPOSED VERDICT FORM** |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | |

PLAINTIFF'S PROPOSED
VERDICT FORM
CASE NO. 3:23-MD-03084-CRB

# JURY VERDICT FORM

**NEGLIGENCE**

1.     Do you find Uber liable for Negligence?     Yes___    No___

**DESIGN DEFECT**

2.     Do you find Uber liable for Design Defect?     Yes___    No___

**Employer Liability**

3.     Do you find that Uber liable as an Employer?     Yes___    No___

**Apparent Agency**

4.     Do you find Uber liable for Apparent Agency?     Yes___    No___

**COMPARATIVE FAULT**

5. What percentage of fault do you allocate to each of Uber, Hassan Turay, and Jaylynn Dean?

     Uber:     ___%

     Turay:     ___%

     Dean:     ___%

     Total:     **100%**

*Any percentage you assign to Jaylynn Dean will reduce the damages Uber pays. Any percentage you assign to Hassan Turay will reduce the damages Uber pays for Negligence and Design Defect claims only. It will not reduce the damages Uber pays for Employer Liability or Apparent Agency. The Court will apply any appropriate reductions.*

**COMPENSATORY DAMAGES**

6. In what amount, if any, was Plaintiff Jaylynn Dean damaged?

     $_____

**PUNITIVE DAMAGES**

7. What is the total amount of punitive damages, if any, that should be assessed against Uber?

     $_____

                                       _____
                                               **Jury Foreperson**