## <u>DEFENDANTS' PROPOSED VERDICT FORM</u>

We, the jury in the above-entitled action, find the following:

1.  Did Plaintiff and Hassan Turay engage in a consensual sexual encounter?

    Yes _____          No _____

    *If your answer to Question 1 is Yes, then answer no further Questions, skip to Section F, and sign and date the form.*

    *If you answered No, proceed to Section A.*

### SECTION A: CLAIM OF NEGLIGENCE

2.  Did Plaintiff prove that Uber was negligent?

    Yes _____          No _____

    *If your answer to Question 2 is Yes, then answer Question 3.*

    *If you answered No, skip to Section B.*

3.  Did Plaintiff prove that Uber's negligence caused Plaintiff's injury, in that the injury would not have happened but for the negligence?

    Yes _____          No _____

    *If your answer to Question 3 is Yes, then answer Question 4.*

    *If you answered No, skip to Section B.*

4.  Was Hassan Turay's conduct a superseding cause of the injury?

    Yes _____          No _____

    *Proceed to Section B.*

**SECTION B: CLAIM OF DESIGN DEFECT**

5.  Was Uber's platform defective and unreasonably dangerous because of a design defect?

        Yes _____          No _____

        *If your answer to Question 5 is Yes, then answer Question 6.*

        *If you answered No, skip to Section C.*

6.  Did the design defect cause Plaintiff's injury, in that the injury would not have happened but for the defect?

        Yes _____          No _____

        *If your answer to Question 6 is Yes, then answer Question 7.*

        *If you answered No, skip to Section C.*

7.  Was Hassan Turay's conduct a superseding cause of the injury?

        Yes _____          No _____

        *Proceed to Section C.*

**SECTION C: VICARIOUS LIABILITY**

8.  Did Plaintiff prove that Hassan Turay was an employee of Uber, rather than an independent contractor?

        Yes _____           No _____

        *Proceed to Question 9.*

9.  Did Plaintiff prove that Hassan Turay was acting as Uber's apparent agent?

        Yes _____           No _____

        *If your answer to Question 8 or 9 is Yes, then answer Question 10.*

        *If you answered No to both Question 8 and 9, skip to Section D.*

10. Did Plaintiff prove that the sexual encounter was within the scope of work that Hassan Turay was employed or apparently authorized to do?

        Yes _____           No _____

        *If your answer to Question 10 is Yes, then answer Question 11.*

        *If you answered No, skip to Section D.*

11. Did Plaintiff prove that the sexual encounter caused Plaintiff's injury, in that the injury would not have happened but for the sexual encounter?

        Yes _____           No _____

        *Proceed to Section D.*

DEFENDANTS' PROPOSED VERDICT FORM

**SECTION D: DAMAGES**

*If one or more of the following are true, then answer Question 12:*

- *You answered Yes to Question 3 and No to Question 4;*

- *You answered Yes to Question 6 and No to Question 7; or*

- *You answered Yes to Question 11.*

*If none of the above are true, then skip to Section F and sign and date the form.*

12. What are Plaintiff's total damages, if any, that she has proven?

       $_____

       *If you entered an amount other than "0" for Question 12, then proceed to Section E.*

       *If you answered "0" for Question 12, answer no further questions, skip to Section E, and sign and date the form.*

1

2

**SECTION E: CLAIM OF PUNITIVE DAMAGES**

3   13. Do you find that Plaintiff proved by clear and convincing evidence, as to the conduct upon
       which you base your finding of liability, that Uber acted with the intention to cause harm
4      to Plaintiff, that Uber was motivated by spite or ill will toward Plaintiff, or that Uber
       engaged in misconduct that was outrageous, oppressive, or intolerable and Uber knew or
5      intentionally disregarded that its conduct created a substantial risk of harm to others?

6          Yes _____            No _____

7          *If you answered "Yes" to Question 13, then proceed to Question 14.*

8          *Otherwise, answer no further questions, skip to Section F, and sign and date the*
           *form.*

9

   14. What amount of punitive damages, if any, do you award Plaintiff?

10
           $_____

11

12         *Proceed to Section F, and sign and date the form.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

**SECTION F: SIGNATURE**

2

DATED: _____          _____

3                                                    *Juror*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26