Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 3:23-md-03084-CRB (LJC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE STIPULATION AND PROPOSED ORDER OR JOINT LETTER**<br><br>Judge:    Hon. Lisa J. Cisneros<br>Courtroom:  G—15th Floor |

WHEREAS, on December 17, 2025, the Court directed the parties to meet and confer and file either a stipulation and proposed order or a joint letter consistent with Pretrial Order No. 8 no later than December 30, 2025 addressing the effect (or lack thereof) of the Court's Order Resolving Joint Letters Regarding Motions to Strike Expert Reports and Related Sealing Motions on trials beyond the first five bellwethers [Dkt. 4701];

WHEREAS, the parties agree to meet and confer the first week of February 2026;

WHEREAS, the parties agree that extending the deadline to respond to the Court's Order [Dkt. 4701] to February 13, 2026 is necessary as the parties are fully focused on preparing for the Jaylynn Dean trial beginning on January 6, 2026, and said trial may inform the parties' positions on the Court's request;

WHEREAS, the Court has extended other deadlines in the case, but not this one;

WHEREAS, the requested extension will have no bearing on the rest of the case schedule;

NOW AND THEREFORE, the parties respectfully request the Court enter the parties' stipulation extending the deadline to meet and confer and file a stipulation and proposed order or a joint letter pursuant to Dkt. 4701 to February 13, 2026.

**IT IS SO STIPULATED.**

DATED:  December 30, 2025             Respectfully submitted,

By: */s/ Sarah R. London*

SARAH R. LONDON (SBN 267083)
ANDREW R. KAUFMAN (*Pro Hac Vice*)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
         akaufman@girardsharp.com

RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
PEIFFER WOLF CARR KANE CONWAY
 & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
         awolf@peifferwolf.com
         scraig@peifferwolf.com

ROOPAL P. LUHANA *(Pro Hac Vice)*
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12

- 2 -   STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE
CASE NO. 3:23-MD-03084-CRB

|   |   |
|---|---|
| 1 | New York, NY 10016 |
| 2 | Telephone: (888) 480-1123 |
|   | Email: luhana@chaffinluhana.com |

*Co-Lead Counsel for Plaintiffs*

Dated:  December 30, 2025         KIRKLAND & ELLIS LLP

*/s/ Laura Vartain*

Laura Vartain (SBN 258485)
laura.vartain@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Allison M. Brown (*Admitted Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: December 30, 2025

*/s/ Ellyn Hurd*
Ellyn Hurd

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: _____

LISA J. CISNEROS
United States Magistrate Judge