1

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

17
18
19

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.,* No. 3:23-cv-06708 | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA. LLC'S TRIAL EXHIBIT LIST**<br><br>Judge:  Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

20
21
22
23
24
25
26
27
28

1

Defendants Uber Technologies, Inc.; Rasier, LLC; and Rasier-CA, LLC (together, "Uber" or "Defendants") hereby submit the Trial Exhibit List, attached hereto as Exhibit 1, in this matter. Defendants previously served an exhibit list on Plaintiff on December 10, 2025. Defendants reserve the right to amend and/or supplement this Trial Exhibit List based on supplementation pursuant to Rule 26(e) and/or agreements between the parties, Plaintiff's exhibit list, future productions or discovery, and the evidence presented at trial. The fact that an exhibit appears on this list is not to be construed as a waiver by Defendants of any objections they may have as to the admissibility of the exhibit or confidentiality. Defendants reserve all rights.

DATED:  December 30, 2025                    Respectfully submitted,

                                            /s/ Laura Vartain Horn
                                            Laura Vartain Horn (SBN 258485)
                                            **KIRKLAND & ELLIS LLP**
                                            555 California Street, Suite 2700
                                            San Francisco, CA 94104
                                            Telephone: (415) 439-1625
                                            laura.vartain@kirkland.com

                                            Kim Bueno (Admitted *Pro Hac Vice*)
                                            **KIRKLAND & ELLIS LLP**
                                            401 W. 4th Street
                                            Austin, TX 78701
                                            kim.bueno@kirkland.com

                                            Allison M. Brown (Admitted *Pro Hac Vice*)
                                            **KIRKLAND & ELLIS LLP**
                                            2005 Market Street, Suite 1000
                                            Philadelphia, PA 19103
                                            Telephone: (215) 268-5000
                                            alli.brown@kirkland.com

                                            Jessica Davidson (Admitted *Pro Hac Vice*)
                                            **KIRKLAND & ELLIS LLP**
                                            601 Lexington Avenue
                                            New York, NY 10022
                                            Telephone: (212) 446-4800
                                            jessica.davidson@kirkland.com

                                            *Attorneys for Uber*
                                            UBER TECHNOLOGIES, INC.,
                                            RASIER, LLC, And RASIER-CA, LLC

DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA. LLC'S
TRIAL EXHIBIT LIST
Case No. 3:23-md-03084-CRB (LJC)

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on December 30, 2025, I electronically filed the foregoing document with the

3

Clerk of the Court by using the CM/ECF system which will automatically send Notification of the filing

4

to all counsel of record.

5

6
                                                    */s/ Laura Vartain Horn*
                                                    Laura Vartain Horn
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA. LLC'S
TRIAL EXHIBIT LIST
Case No. 3:23-md-03084-CRB (LJC)