*[Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*,<br>N.D. Cal. No. 23-cv-06708<br>CV-25-4276-PHX-CRB | Case No. 3:23-md-03084-CRB<br><br>**PLAINTIFF'S FINAL WITNESS LIST**<br><br>Judge:     Hon. Charles R. Breyer |

Pursuant to Fed. R. Civ. P. 26(a)(3)(A), Plaintiff Jaylynn Dean ("Plaintiff") hereby discloses the following list of witnesses who are expected to be called or may be called by Plaintiff at trial.

1. Expert Witnesses

| Name | May Call/Will Call | Live or Video | Time Estimate | Short Statement of Substance of Witness Testimony |
|---|---|---|---|---|
| Lindsey Cameron<br>*Expert* | May Call | Live | 1 hour | Dr. Cameron is expected to testify about the opinions detailed in her rebuttal report and on matters concerning her knowledge, skill, experience, education, and training. |
| John Chandler<br>*Expert* | May Call | Live | 1.5 hours | Mr. Chandler is expected to testify about the opinions detailed in his expert report(s) and on matters concerning his knowledge, skill, experience, education, and training. |

| Minnette "Meme" Drumwright *Expert* | Will Call | Live | 2 hours | Ms. Drumwright is expected to testify about the opinions detailed in her expert report(s) and on matters concerning her knowledge, skill, experience, education, and training. |
|---|---|---|---|---|
| Jay Feldis *Expert* | May Call | Live | 1 hour | Mr. Feldis is expected to testify about the opinions detailed in his expert report(s) and on matters concerning his knowledge, skill, experience, education, and training. |
| Robert Johnson *Expert* | Will Call | Live | 1 hour | Mr. Johnson is expected to testify about the opinions detailed in his expert report(s) and on matters concerning his knowledge, skill, experience, education, and training. |
| Lacey Keller *Expert* | Will Call | Live | 2 hours | Ms. Keller is expected to testify about the opinions detailed in her expert report(s) and on matters concerning her knowledge, skill, experience, education, and training. |
| Mindy Mechanic *Expert* | Will Call | Live | 1.5 hours | Ms. Mechanic is expected to testify about the opinions detailed in her expert report(s) and on matters concerning her knowledge, skill, experience, education, and training. |
| Cynthia Rando *Expert* | May Call | Live | 1 hour | Ms. Rando is expected to testify about the opinions detailed in her expert report(s) and on matters concerning her knowledge, skill, experience, education, and training. |
| Tom Tremblay *Expert* | Will Call | Live | 2 hours | Mr. Tremblay is expected to testify about the opinions detailed in his expert report(s) and on matters concerning his knowledge, skill, experience, education, and training. |
| Veronique Valliere *Expert* | Will Call | Live | 1.5 hours | Dr. Valliere is expected to testify about the opinions detailed in her expert report(s) and on matters concerning her knowledge, skill, |

| | | | | experience, education, and training. |
|---|---|---|---|---|
| Bruce Weiner<br>*Expert* | May Call | Live | 1.5 hours | Mr. Weiner is expected to testify about the opinions detailed in his expert report(s) and on matters concerning his knowledge, skill, experience, education, and training. |

2. Fact Witnesses

| Name | May Call/Will Call | Live or Video | Time Estimate | Short Statement of Substance of Witness Testimony |
|---|---|---|---|---|
| Michael Akamine<br>*Director of Product Management* | May Call | Video | TBD | Mr. Akamine is expected to testify concerning safety incidents on the Uber platform. |
| Brooke Anderson<br>*Head of Product Communications* | May Call | Video | TBD | Ms. Anderson is expected to testify about her experience as the Director of Communications and former Global Head of Safety Communications, and her knowledge and experience concerning sexual violence on the Uber platform and Uber's response to that sexual violence. |
| Kenyaun "Kenny" Bagby<br>*Hotel Clerk* | May Call | Live | 30 minutes | Mr. Bagby is expected to testify about the events on November 15, 2023. |
| Emilie Boman<br>*Director, Global Public Policy - Safety, Sustainability & Privacy* | May Call | Video | TBD | Ms. Boman is expected to testify concerning sexual violence on the Uber platform and Uber's work with and payments to advocacy groups who made statements supportive of Uber's record concerning sexual violence. |
| Tracy Breeden<br>*Former, Head of Global Women's Safety & Gender-Based Violence* | May Call | Live or Video (Phoenix-based witness) | 1 hour | Ms. Breeden is expected to testify about her experience as the Head of Global Women's Safety and as Senior Manager, Communications and Policy and her knowledge and experience concerning sexual violence on the Uber platform, and Uber's response to that violence. |
| Gregory "Greg" Brown | May Call | Video | TBD | Mr. Brown is expected to testify about Uber's investigation into prior complaints related to Mr. |

| | | | | |
|---|---|---|---|---|
| *Director, Head of Central Safety* | | | | Turay, and other aspects of Mr. Turay's driving record for Uber. |
| Frank Chang<br>*VP, Applied Science* | May Call | Video | TBD | Mr. Chang is expected to testify about Uber's Safety Reports and safety-related efforts. |
| Heather Childs<br>*Chief Ethics, Compliance & Security Officer* | May Call | Video | TBD | Ms. Childs is expected to testify concerning Uber's Law Enforcement/Public Safety Response Team and other safety-related matters, including matters related to Plaintiff's rape. |
| Dennis Cinelli<br>*Vice President, Head of Mobility, U.S. and Canada* | May Call | Video | TBD | Mr. Cinelli is expected to testify about his role at Uber, including his role in the finance department and as Uber's head of mobility. |
| Allison Cissna<br>*Team Lead, Trust and Safety Investigations* | Will Call | Live | 1.5 hours | Ms. Cissna is expected to testify about her role as an investigator into safety incidents at Uber and Uber's investigation into Hassan Turay's safety incident reports, including Plaintiff's rape on November 15, 2023. |
| Jaylynn Dean<br>*Plaintiff* | Will Call | Live | 1 hour | Ms. Dean is expected to testify about the topics covered during her deposition. |
| Chad Dobbs<br>*Head of US City Operations* | May Call | Video | TBD | Mr. Dobbs is expected to testify concerning Uber's business model, independent contractor issues, growth strategies, corporate history, and knowledge sexual violence on the Uber platform. |
| Mariana Esteves<br>*Group Product Manager – Safety* | May Call | Video | TBD | Ms. Esteves is expected to testify about her experience as Group Product Manager of Safety, Uber's safety-related features, and her knowledge and experience concerning sexual violence on the Uber platform and Uber's response to that sexual violence. |
| Cory Freivogel<br>*Head of US & Canada Platform Safety Operations* | May Call | Video | TBD | Mr. Freivogel is expected to testify about his experience as the US Head of Safety and his knowledge and experience concerning sexual violence on the |

4
PLAINTIFF'S FINAL WITNESS LIST
Case No. 3:23-MD-3084-CRB

| | | | | |
|---|---|---|---|---|
| | | | | Uber platform and Uber's response to that sexual violence. |
| Henry "Gus" Fuldner<br>*Senior Vice President of Safety & Core Services* | Will Call | Live | 2 hours | Mr. Fuldner is expected to testify about his experience as Senior Vice President of Safety & Core Services, his experience as a member of Uber's executive leadership team, and his knowledge and experience concerning sexual violence on the Uber platform and the response of Uber leadership to that violence. |
| Todd Gaddis<br>*Manager II Data Analytics* | May Call | Video | TBD | Mr. Gaddis is expected to testify about Uber's Safety Reports and incident data. |
| EG<br>*Plaintiff's friend* | May Call | Live | 30 minutes | Ms. G is expected to testify about the topics covered during her deposition. |
| Andrew Hasbun<br>*Head of Global Safety Communications* | May Call | Live, pending motion to quash trial subpoena—otherwise video | 1 hour | Mr. Hasbun is expected to testify about his experience as the Global Head of Safety Communications and his knowledge and experience concerning sexual violence on the Uber platform and Uber's response to that sexual violence, including in connection with media. |
| Jill Hazelbaker<br>*Chief Marketing Officer and Senior Vice President, Communications & Public Policy* | May Call | Video | TBD | Ms. Hazelbaker is expected to testify about her role as Uber's Chief Marketing Officer and Senior Vice President, Communications & Public Policy, her experience as a member of Uber's executive leadership team, and her knowledge and experience concerning sexual violence on the Uber platform and Uber's response to that sexual violence, including concerning marketing and media. |
| Roger Kaiser<br>*Former, Head of Safety* | May Call | Video | TBD | Mr. Kaiser is expected to testify about Uber's safety-related operations, receipt of reports concerning sexual violence, and actions in response to criticism of Uber. |

| | | | | |
|---|---|---|---|---|
| Travis Kalanick<br>*Former, Chief Executive Officer* | May Call | Video | TBD | Mr. Kalanick is expected to testify about his experience as a member of Uber's executive leadership team, key events in Uber's corporate history, reputational issues Uber faced and Uber's response, as well as his knowledge and experience concerning sexual violence at Uber, and Uber's response to that sexual violence. |
| Sachin Kansal<br>*Chief Product Officer* | May Call | Video | TBD | Mr. Kansal is expected to testify about his roles at Uber in product leadership, including oversight of safety-related product development, prioritization, and decision-making processes concerning rider and driver safety features. |
| Dara Khosrowshahi<br>*Chief Executive Officer* | May Call | Video | TBD | Mr. Khosrowshahi is expected to testify about his role as Uber's Chief Executive Officer, Uber's response to sexual violence on the Uber platform, and Uber's disclosure of information concerning that sexual violence. |
| Jenny Luu<br>*Director, Safety Access & Identity* | May Call | Video | TBD | Ms. Luu is expected to testify about her role on Uber's safety team, including about Uber's safety features and their purported effectiveness. |
| Katherine "Katy" McDonald<br>*Director of Data Science* | Will Call | Video | TBD | Ms. McDonald is expected to testify about Uber's data science team and Uber's safety data, including Jaylynn Dean's reported sexual assault on November 15, 2023. |
| SM<br>*Percipient witness* | Will Call | Live or by video | 30 minutes | Mr. M is expected to testify about the topics covered during his deposition. |
| Hannah Nilles<br>*Director, Head of Safety – Americas* | May Call | Video | TBD | Ms. Nilles is expected to testify concerning screening and background checks for Uber drivers, Mr. Turay's onboarding and screening process, Uber's understanding and response to risk factors for sexual violence on the Uber platform, Uber's |

| | | | | |
|---|---|---|---|---|
| | | | | corporate governance issues concerning safety issues. |
| Jodi Page<br>*Chief of Staff to CLO* | May Call | Video | TBD | Ms. Page is expected to testify about her role at Uber relating to safety and trust operations, including Uber's handling of safety issues, internal processes, and policies relevant to rider safety. |
| Katherine "Kate" Parker<br>*Former, Global Director - Product Marketing, Brand Management & Strategic Initiatives* | May Call | Video | TBD | Ms. Parker is expected to testify about her work at Uber on safety-related initiatives, including Uber's approach to sexual assault prevention, reporting, and transparency, as well as related internal communications and public messaging. |
| Rebecca Payne<br>*Former, Group Product Manager - Safety* | May Call | Video | TBD | Ms. Payne is expected to testify about her experience as Group Product Manager for Safety and about product features Uber considered and/or launched in response to safety and sexual violence issues on the Uber platform. |
| JP<br>*Plaintiff's friend* | May Call | Live or by video | 15 minutes | Ms. P is expected to testify about the topics covered during her deposition. |
| Andi Pimentel<br>*Chief of Staff to Chief Executive Officer* | May Call | Video | TBD | Mr. Pimentel is expected to testify concerning the safety media team, his work at Uber related to safety product development, and other safety-related efforts. |
| Natasha Ramos<br>*Plaintiff's mother* | May Call | Live or by video | 30 minutes | Ms. Ramos is expected to testify about the topics covered during her deposition. |
| Olajuwon Ramos<br>*Plaintiff's father* | May Call | Live or by video | 30 minutes | Mr. Ramos is expected to testify about the topics covered during his deposition. |
| Elizabeth Ross<br>*Head of Product Marketing, Safety & Sustainability* | May Call | Video | TBD | Ms. Ross is expected to testify about Uber's safety-related marketing and communications, including how Uber presents safety features, campaigns, and messaging to riders, and the role of marketing in shaping public |

| | | | | |
|---|---|---|---|---|
| | | | | perceptions of safety on the Uber platform. |
| Joseph "Joe" Sullivan<br>*Former, Chief Security Officer* | May Call | Video | TBD | Mr. Sullivan is expected to testify about his role as Uber's Chief Security Officer, including Uber's safety and security practices, Trust and Safety operations, and efforts to prevent, investigate, and respond to rider safety incidents during his tenure. |
| Hassan Turay<br>*Uber driver* | Will Call | Live or by video | 30 minutes | Mr. Turay is expected to testify about the topics covered during his deposition. |
| Jessica Weaver<br>*SAFE nurse* | Will Call | Live or by video—stipulation requested for option to call by video | TBD | Ms. Weaver is expected to testify about the topics covered during her deposition. |
| Sunny Wong<br>*Senior Manager, Applied Science - Safety* | Will Call | Video | TBD | Mr. Wong is expected to testify about Uber's safety-related data analysis and risk assessment practices, including how Uber uses internal systems and tools to evaluate and address safety risks, including Safety Risk Assessed Dispatch, including in connection with Plaintiff's November 15, 2023 Uber ride. |
| Custodian of Records (Uber, Tempe Police Department, FastTrack and/or other third party as needed) | May Call | Live | TBD | Plaintiff intends to call as needed the Records Custodian of a party and/or third party if necessary to authenticate exhibits and/or lay the foundation to establish admissibility. |
| Sponsoring Witness(es) for Voluminous Materials | May Call | Live | TBD | Testimony as described in Plaintiff's 1006 Disclosures. |
| Representative from FastTrack Leasing/Ucars/Voyager Global Mobility | May Call | Live | TBD | Plaintiff intends to call as needed a Representative from FastTrack Leasing/Ucars/Voyager Global Mobility to discuss Uber's vehicle rental and leasing programs and the provision of |

| | | | | rental vehicles to drivers operating on the Uber platform. |
|---|---|---|---|---|

In serving this witness list, Plaintiff specifically reserves the right to amend, supplement, or otherwise modify these disclosures if new or modified information is provided at any point. Plaintiff also reserves the right to supplement and/or to amend its list with any witnesses identified on Defendant's witness list. Plaintiff further reserves the right to supplement and/or to amend this witness list in response to rulings of the Court on pretrial motions. Plaintiff reserves the right to call any of these witnesses and any of Defendants' witnesses whose testimony is designated as live witnesses in its case in chief. Plaintiff reserves the right to amend and/or supplement its witness list based on testimony and witness disclosures presented by Defendants.

Dated: December 30, 2025

By: /s/ Sarah R. London
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: /s/ Rachel B. Abrams
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: /s/ Roopal P. Luhana
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: December 30, 2025                    By: */s/ Sarah R. London*
                                                Sarah R. London