Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC)<br>**[PROPOSED] ORDER**<br>Judge:   Hon. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |
| This Document Relates to:<br><br>ALL CASES | |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Administrative Motion ("Motion") to Seal Exhibits 1 and 2 to the Joint Letter Regarding the Corrected Supplemental Report of John Chandler, Ph.D. and the Updated Expert Report of Lacey R. Keller, the Court hereby **ORDERS** that the following portions of Exhibits 1 and 2 remain under seal, as requested in Uber's Motion:

| Document | Text to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Exhibit 1 (Corrected Supplemental Report of John Chandler, Ph.D.)[1] | Heading VI.H-I<br><br>Paragraphs 6 & n.3, 37-38, 42, 47, 52-53, 56-57, 59, 64, 66-69 & n. 67, 121, 123<br><br>Figure 4, 5, 9, 11<br><br>App'x B at i-iii | Uber Technologies, Inc.; Rasier LLC; Rasier-CA, LLC |
| Exhibit 2 (Updated Expert Report of Lacey R. Keller)[2] | Heading VII.C, IX.B, X.A, X.E, XI.D<br><br>Paragraphs 10.1, 10.2 & n.24, 10.4-10.6, 19.2, 20.1-20.4, 21, 33, 37, 39, 47 & n. 86, 48 & n. 89, 48.1-48.8 & nn. 90-97, 50-57 & n. 109, 59-60, 62, 65, 67, 69, 71, 78, 82, 84, 90, 92, 94, 97, 99, 102.1, 102.3-102.5, 102.7-102.9, 104-106, 108, 109.1, 109.3 & n. 211, 110-113 & n. 221 & 228, 118-121<br><br>Footnotes 72, 84-85, 136, 141, 143, 149, 153-156<br><br>Figures 2, 4, 8-11, 13-15, 17, 19-24, 32<br><br>Tables 1, 3-12<br><br>App'x A: 25.2.1-25.2.4, 25.3, 25.4.1-25.4.4, 29.1, 30.1-30.2, 30.7, 30.9, 31, 34.1-34.4, 36, 41-43, 46, 46.1-46.4, 49, 50.1-50.6 & nn. 68 &70, 51, 53-54, 55.1-55.4, 55.5.1-55.5.3.1.1.1., 56, 58.2 & n. 76<br><br>App'x A, Table 1<br><br>App'x D, Table 1 | Uber Technologies, Inc.; Rasier LLC; Rasier-CA, LLC |

---

[1] The Court also orders that the bellwether names be redacted. Chandler Supplement Headings VII.B-E, VIII.B-E; ¶¶ 7; 90-93 & nn. 80 & 82; 95-108 & nn. 86, 91, 97, 99-100; 124 & nn. 109-112; App'x A at i-iii.

[2] The Court also orders that the bellwether names be redacted. Updated Keller Report ¶¶ 97, 124; Table 12; App'x D, ¶¶ 13, 20, 27, 34; App'x D Table 1 & nn. 57, 73, 78, 85.

| Document | Text to be Sealed | Party Claiming Confidentiality |
|---|---|---|
|  | App'x D, Figures 1, 5-6, 10- 11, 15-16, 20-21, 25<br>App'x F |  |

**IT IS SO ORDERED.**

DATED:_____    By:_____
                                                                     Hon. Lisa J. Cisneros
                                                                     United States Magistrate Judge