Laura Vartain Horn (SBN: 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al., No. 3:23-cv-06708* | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:   Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Under Civil Local Rules 7-11 and 79-5(f), Defendants hereby move the Court to consider whether another party's material should be filed under seal in connection with their Opposition to Plaintiff's Omnibus Motions in Limine. In addition to filing Plaintiff's materials provisionally under seal in connection with this Administrative Motion, Uber is also provisionally filing its own materials under seal, and will address the sealing of those materials in a filing on January 6, 2026, as provided in the Court's December 19, 2025 Stipulation and Order to Permit Provisionally Filing Under Seal. ECF 4739.

**Material To Be Filed Under Seal**

The following materials contain information and documents designated by Plaintiff as confidential.

| Document | Description | Designating Party |
|---|---|---|
| Defendants' Opposition to Plaintiff's Omnibus Motions in Limine | Excerpt concerning the police report involving the incident at p. 1<br><br>Excerpts containing the mental health history of Jaylynn Dean at pp. 2-3<br><br>Excerpts regarding the intimate aspects of Jaylynn Dean's personal life at pp. 3-6<br><br>Excerpts regarding familial disputes and past substance abuse by a third party at pp. 6-8 | Plaintiff |
| Ex. 2 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine | BW-Dean_Jaylynn_000024 | Plaintiff |

| Document | Description | Designating Party |
|---|---|---|
| Ex. 3 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine | June 27, 2025 Deposition of Jaylynn Dean (excerpted) | Plaintiff |
| Ex. 4 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine | November 11, 2025 Deposition of Mindy Mechanic (excerpted) | Plaintiff |
| Ex. 5 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine | June 25, 2025 Deposition of Natasha Ramos (excerpted) | Plaintiff |
| Ex. 6 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine | June 26, 2026 Deposition of Olajuwon Ramos (excerpted) | Plaintiff |
| Ex. 7 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine | Exhibit 3 to the June 25, 2025 Deposition of Natasha Ramos | Plaintiff |
| Ex. 8 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine | November 23, 2025 Deposition of Mindy Mechanic (excerpted) | Plaintiff |

DATED: December 30, 2025

Respectfully submitted,

*/s/ Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER,LLC, And RASIER-CA, LLC