Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>  No. 23-cv-06708 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:          Hon. Charles R. Breyer<br>Courtroom:    6 – 17th Floor |

VARTAIN DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 3:23-MD-03084-CRB

I, Laura Vartain Horn, declare as follows:

1.     I am a partner at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal.

2.     Attached as **Exhibit A** is Uber's Opposition to Plaintiff's Omnibus Motion in Limine, with redactions related to Plaintiff's confidential materials.

3.     Attached as **Exhibit B** is Ex. 2 to Uber's Opposition to Plaintiff's Omnibus Motion in Limine (sealed in full).

4.     Attached as **Exhibit C** is Ex. 3 to Uber's Opposition to Plaintiff's Omnibus Motion in Limine (sealed in full).

5.     Attached as **Exhibit D** is Ex. 4 to Uber's Opposition to Plaintiff's Omnibus Motion in Limine (sealed in full).

6.     Attached as **Exhibit E** is Ex. 5 to Uber's Opposition to Plaintiff's Omnibus Motion in Limine (sealed in full).

7.     Attached as **Exhibit F** is Ex. 6 to Uber's Opposition to Plaintiff's Omnibus Motion in Limine (sealed in full).

8.     Attached as **Exhibit G** is Ex. 7 to Uber's Opposition to Plaintiff's Omnibus Motion in Limine (sealed in full).

9.     Attached as **Exhibit H** is Ex. 8 to Uber's Opposition to Plaintiff's Omnibus Motion in Limine (sealed in full).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 30, 2025

*/s/ Laura Vartain Horn*
Laura Vartain Horn

VARTAIN DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 3:23-MD-03084-CRB