Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al., No. 3:23-cv-06708* | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6 – 17th Floor |

Having considered Defendants' December 30, 2025 Administrative Motion To Consider Whether Another Party's Materials Should be Filed Under Seal, the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Defendants' Opposition to Plaintiff's Omnibus Motions in Limine | Excerpt concerning the police report involving the incident at p. 1<br><br>Excerpts containing the mental health history of Jaylynn Dean at pp. 2-3<br><br>Excerpts regarding the intimate aspects of Jaylynn Dean's personal life at pp. 3-6<br><br>Excerpts regarding familial disputes and past substance abuse by a third party at pp. 6-8 | Plaintiff |
| Ex. 2 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine | All | Plaintiff |
| Ex. 3 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine | All | Plaintiff |
| Ex. 4 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine | All | Plaintiff |
| Ex. 5 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine | All | Plaintiff |
| Ex. 6 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine | All | Plaintiff |
| Ex. 7 to Defendants' Opposition to Plaintiff's | All | Plaintiff |

| Document | Description | Designating Party |
|---|---|---|
| Omnibus Motions in Limine | | |
| Ex. 8 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine | All | Plaintiff |

**IT IS SO ORDERED.**

Dated:_____                    _____
                                                 Hon. Charles R. Breyer
                                                 United States District Judge

3
[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 3:23-MD-3084-CRB