# DECLARATION OF CHRISTOPHER D. COX IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION IN LIMINE NO. 8

# FILED UNDER SEAL