Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX  78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S OPPOSITION TO PLAINTIFF'S OMNIBUS MOTIONS IN LIMINE**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

I, Laura Vartain Horn, declare as follows:

1. I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber") in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Order On Parties' Motions In Limine and Motions to Exclude Expert Opinions, dated August 29, 2025, and filed in Case No. CJC-21-005188.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Tempe Police Department General Offense Report, produced in this case at Bates BW-DEAN_JAYLYNN_000024.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the transcript of the deposition of Jaylynn Dean, taken on June 27, 2025.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the transcript of the deposition of Mindy Mechanic, taken on November 11, 2025.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the transcript of the deposition of Natasha Ramos, taken June 26, 2025.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the transcript of the deposition of Olajuwon Ramos, taken June 26, 2025.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Exhibit 3 from the deposition of Natasha Ramos, taken June 26, 2025.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the transcript of the deposition of Mindy Mechanic, taken on November 23, 2025.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Exhibit 1989 from the deposition of Greg Brown, taken on August 26, 2025.

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the transcript of the deposition of Greg Brown, taken on August 26, 2025.

12. Attached hereto as **Exhibit 11** is a true and correct copy of UBER-MDL3084-BW-00054160.

13. Attached hereto as **Exhibit 12** is a true and correct copy the transcript of the deposition of Greg Brown, taken on July 15, 2025.

14. Attached hereto as **Exhibit 13** is a true and correct copy the transcript of the deposition of Hassan Turay, taken on July 23, 2025.

15. Attached hereto as **Exhibit 14** is a true and correct copy the transcript of the deposition of Sachin Kansal, taken on May 28, 2025.

16. Attached hereto as **Exhibit 15** is a true and correct copy the transcript of the deposition of Henry (Gus) Fuldner, taken on April 29, 2025.

17. Attached hereto as **Exhibit 16** is a true and correct copy the transcript of the deposition of Emilie Boman, taken on October 1, 2025.

18. Attached hereto as **Exhibit 17** is a true and correct copy the transcript of the deposition of Rebecca Payne, taken on April 2, 2025.

19. Attached hereto as **Exhibit 18** is a true and correct copy the transcript of the deposition of Nairi Hourdajian, taken on February 7, 2025.

20. Attached hereto as **Exhibit 19** is a true and correct copy the transcript of the deposition of Mariana Esteves, taken on August 28, 2025.

21. Attached hereto as **Exhibit 20** is a true and correct copy the transcript of the deposition of Hannah Nilles, taken on June 30, 2025.

22. Attached hereto as **Exhibit 21** is a true and correct copy the transcript of the deposition of Dr. Henry (Gus) Fuldner, taken on March 27, 2025.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on December 30, 2025, in San Francisco, California.

                                                    */s/ Laura Vartain Horn*
                                                    *Laura Vartain Horn*