| | |
|---|---|
| 1 | Laura Vartain Horn (SBN 258485) |
|   | **KIRKLAND & ELLIS LLP** |
| 2 | 555 California Street, Suite 2700 |
|   | San Francisco, CA 94104 |
| 3 | Telephone: (415) 439-1625 |
|   | laura.vartain@kirkland.com |
| 4 | |
|   | Allison M. Brown (Admitted *Pro Hac Vice*) |
| 5 | **KIRKLAND & ELLIS LLP** |
|   | 2005 Market Street, Suite 1000 |
| 6 | Philadelphia, PA 19103 |
|   | Telephone: (215) 268-5000 |
| 7 | alli.brown@kirkland.com |
| 8 | Jessica Davidson (Admitted *Pro Hac Vice*) |
|   | **KIRKLAND & ELLIS LLP** |
| 9 | 601 Lexington Avenue |
|   | New York, NY 10022 |
| 10 | Telephone: (212) 446-4800 |
|   | jessica.davidson@kirkland.com |
| 11 | |
|   | Kim Bueno (Admitted *Pro Hac Vice*) |
| 12 | **KIRKLAND & ELLIS LLP** |
|   | 401 W. 4th Street, Austin, TX 78701 |
| 13 | Telephone: (512) 355-4390 |
|   | kim.bueno@kirkland.com |
| 14 | |
|   | *Attorneys for Defendants* |
| 15 | UBER TECHNOLOGIES, INC., RASIER, LLC, |
|   | and RASIER-CA, LLC |
| 16 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF UBER'S STATEMENT IN RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [SUMMARY JUDGMENT OPPOSITION MATERIALS]** |
| This Document Relates to: | |
| *Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | |
| | Judge:      Hon. Charles R. Breyer |
| | Courtroom:  6 – 17th Floor |

I, Laura Vartain Horn, declare as follows:

1. I am an attorney at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" or "Defendants"). I offer this Declaration in the above-captioned matter in support of Uber's Statement in Response to Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed [Summary Judgment Opposition Materials].

2. Plaintiff takes no position as to Uber's proposed redactions.

3. Attached as Exhibit A is a true and correct copy of Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment with Uber's proposed redactions.

4. Attached as Exhibit B is a true and correct copy of Exhibit 5 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment with Uber's proposed redactions.

5. Attached as Exhibit C is a true and correct copy of Exhibit 12 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment with Uber's proposed redactions.

6. Attached as Exhibit D is a true and correct copy of Exhibit 14 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment with Uber's proposed redactions.

7. Attached as Exhibit E is a true and correct copy of Exhibit 17 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment with Uber's proposed redactions.

8. Attached as Exhibit F is a true and correct copy of Exhibit 19 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment with Uber's proposed redactions.

9. Attached as Exhibit G is a true and correct copy of Exhibit 23 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment with Uber's proposed redactions.

10. Attached as Exhibit H is a true and correct copy of Exhibit 24 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment with Uber's proposed redactions.

11. Attached as Exhibit I is a true and correct copy of Exhibit 28 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment with Uber's proposed redactions.

12. Attached as Exhibit J is a true and correct copy of Exhibit 30 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment which is sealed in full.

1  13. Attached as Exhibit K is a true and correct copy of Exhibit 31 to Plaintiff's Opposition to
2  Defendants' Motion for Partial Summary Judgment with Uber's proposed redactions.

3  14. Attached as Exhibit L is a true and correct copy of Exhibit 32 to Plaintiff's Opposition to
4  Defendants' Motion for Partial Summary Judgment with Uber's proposed redactions.

5  15. Attached as Exhibit M is a true and correct copy of Exhibit 33 to Plaintiff's Opposition to
6  Defendants' Motion for Partial Summary Judgment with Uber's proposed redactions.

7  16. Attached as Exhibit N is a true and correct copy of Exhibit 42 to Plaintiff's Opposition to
8  Defendants' Motion for Partial Summary Judgment with Uber's proposed redactions.

9  17. Attached as Exhibit O is a true and correct copy of Exhibit 43 to Plaintiff's Opposition to
10  Defendants' Motion for Partial Summary Judgment with Uber's proposed redactions.

11  18. Attached as Exhibit P is a true and correct copy of Exhibit 44 to Plaintiff's Opposition to
12  Defendants' Motion for Partial Summary Judgment with Uber's proposed redactions.

13  19. Attached as Exhibit Q is a true and correct copy of Exhibit 45 to Plaintiff's Opposition to
14  Defendants' Motion for Partial Summary Judgment with Uber's proposed redactions.

15  20. Attached as Exhibit R is a true and correct copy of Exhibit 52 to Plaintiff's Opposition to
16  Defendants' Motion for Partial Summary Judgment with Uber's proposed redactions.

17  21. Attached as Exhibit S is a true and correct copy of Exhibit 53 to Plaintiff's Opposition to
18  Defendants' Motion for Partial Summary Judgment with Uber's proposed redactions.

19  22. Attached as Exhibit T is a true and correct copy of Exhibit 54 to Plaintiff's Opposition to
20  Defendants' Motion for Partial Summary Judgment with Uber's proposed redactions.

21  23. Attached as Exhibit U is a true and correct copy of Exhibit 55 to Plaintiff's Opposition to
22  Defendants' Motion for Partial Summary Judgment with Uber's proposed redactions.

23  24. Attached as Exhibit V is a true and correct copy of Exhibit 56 to Plaintiff's Opposition to
24  Defendants' Motion for Partial Summary Judgment with Uber's proposed redactions.

25  25. Attached as Exhibit W is a true and correct copy of Exhibit 57 to Plaintiff's Opposition to
26  Defendants' Motion for Partial Summary Judgment with Uber's proposed redactions.

27
28

1     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 30, 2025

                                                */s/ Laura Vartain Horn*
                                                Laura Vartain Horn