Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **[PROPOSED] ORDER** |
| This Document Relates to: | Judge:       Hon. Charles R. Breyer |
| *Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Courtroom:  6 – 17th Floor |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Administrative Motion to Seal Certain Exhibits Attached to Plaintiff's Opposition [summary judgment] (the "Motion"), the Court hereby **ORDERS** that the following portions of the exhibits remain under seal, as requested in Uber's Motion:

| Document | Text to Be Sealed[1] |
|---|---|
| Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (Vartain Decl. Ex. A) (ECF No. 4622) | Opp'n at 4:19-21, 5:14-15, 5:22, 5:24-27, 6:1-3, 6:5-8, 6:12-14, 6:17-22, 6:24-26, 7:16-17, 8:1-2, 8:8, 8:21, 9:18-19, 10:5-6 |
| Ex. 5 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (Vartain Decl. Ex. B) (ECF No. 4625-5) | Ex. 5 at 8, 12, 27, 55, 58, 59, 65, 72, 81 |
| Ex. 12 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (Vartain Decl. Ex. C) (ECF No. 4625-12) | Driver license plate number |
| Ex. 14 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (Vartain Decl. Ex. D) (ECF No. 4625-14) | Ex. 14 at 7-8, 13-20 |
| Ex. 17 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (Vartain Decl. Ex. E) (ECF No. 4625-17)[2] | Ex. 17 at 127:4-9, 127:14-17, 127:19-21, 127:23-128:9, 128:12-15, 128:20-129:3, 129:5-7, 129:13-15, 129:24, 149:12-13, 149:20-21, 149:24, 155:6, 156:5-6, 159:9, 221:9-10, 221:13-14, 221:17-18, 221:21-222:7, 222:12, 222:15-19, 222:21-24 |
| Ex. 19 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment | Bellwether plaintiff name |

---

[1] In each case, Uber is the party claiming confidentiality, except as to one Plaintiff Name, which Uber understands Plaintiff also wishes to seal.

[2] In addition, the Court strikes from the record pp. 135-143 and 225 from Exhibit 17, because those pages are not cited in Plaintiff's opposition brief.

| Document | Text to Be Sealed[1] |
|---|---|
| (Vartain Decl. Ex. F) (ECF No. 4625-19) | |
| Ex. 23 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (Vartain Decl. Ex. G) (ECF No. 4625-23) | Ex. 23 at 4, 7-9, 12, 14-24 |
| Ex. 24 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (Vartain Decl. Ex. H) (ECF No. 4625-24) | Ex. 24 at UBER_JCCP MDL_001741625-626, UBER_JCCP_MDL_001741628-631, UBER_JCCP_MDL_001741633-636, UBER_JCCP_MDL_001741646, UBER_JCCP_MDL_001741648-651, UBER_JCCP _MDL_001741654-663, UBER_JCCP _MDL_001741668-669 |
| Ex. 28 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (Vartain Decl. Ex. I) (ECF No. 4626-1) | Ex. 28 at 426:2-4, 426:12-16, 426:20 |
| Ex. 30 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (Vartain Decl. Ex. J) (ECF No. 4626-3) | All |
| Ex. 31 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (Vartain Decl. Ex. K) (ECF No. 4626-4) | Ex. 31 at 177:2-6, 177:8-13, 177:15-18, 265:3-6, 265:8-13, 265:15-17, 265:22-266:8, 266:12-24, 267:2-269:13, 269:15-270:6, 270:13-15, 270:17-20, 270:24-271:11, 271:17-20 |
| Ex. 32 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (Vartain Decl. Ex. L) (ECF No. 4626-5) | Ex. 32 at 4, 8-9, 14-15, 17, 30 |
| Ex. 33 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (Vartain Decl. Ex. M) (ECF No. 4626-6) | Ex. 33 at 2-3 |

| Document | Text to Be Sealed[1] |
|---|---|
| Ex. 42 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (Vartain Decl. Ex. N) (ECF No. 4626-15) | Ex. 42 at 5, 12-14, 16-17, 23, 26-27 |
| Ex. 43 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (Vartain Decl. Ex. O) (ECF No. 4626-16) | Ex. 43 at UBER_JCCP MDL_003273495 |
| Ex. 44 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (Vartain Decl. Ex. P) (ECF No. 4626-17) | Ex. 44 at UBER- JCCP- MDL- 000108958-961 |
| Ex. 45 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (Vartain Decl. Ex. Q) (ECF No. 4626-18) | Ex. 45 at 3, 6, 7, 13-20, 23, 26-29, 31-37, 39-41, 43-45, 47, 54-63 |
| Ex. 52 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (Vartain Decl. Ex. R) (ECF No. 4626-25) | Ex. 52 at 6, 13, 15-25, 27-28, 33 |
| Ex. 53 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (Vartain Decl. Ex. S) (ECF No. 4626-26) | Ex. 53 at 367:4-10, 367:14, 367:24, 368:18-24, 369:2-3, 369:8-10, 369:19-21, 380:8-11, 381:4-15, 385:7-21, 386:2-14, 386:20-387:7, 387:9-12, 387:14-388:6, 388:9-11, 388:21-389:13, 389:16-23, 390:2-4, 390:7-13, 390:16-19, 390:22-23, 391:4-9, 391:11-13, 391:16-21, 396:12-17, 398:3-12, 398:16-24, 399:4-8, 399:11-13, 399:17-18, 400:2, 400:6-7, 400:16-20, 403:23-25, 404:7-9, 404:12-13, 404:16-18, 404:23-25, 409:4-6, 409:17-19, 410:5-6, 410:8-11, 410:16-17, 410:20-22, 411:7-8, 411:12-17, 411:22-412:5, 412:9-16, 412:23-413:5, 413:7-8, 426:3-4, 426:6, 426:9-12, 426:14-15, 427:2-6, 427:9-10, 430:9-15, 430:17-23, 431:3-5 |
| Ex. 54 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (Vartain Decl. Ex. T) (ECF No. 4626-27) | Ex. 54 at 25:5-6, 25:11-12, 25:15-18, 25:21-26:2, 26:5-15, 103:7-8, 103:10-11, 103:13-15, 104:3, 104:9-19, 104:25 |

| Document | Text to Be Sealed[1] |
|---|---|
| Ex. 55 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (Vartain Decl. Ex. U) (ECF No. 4626-28) | Ex. 55 at 2-5 |
| Ex. 56 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (Vartain Decl. Ex. V) (ECF No. 4626-29) | Ex. 56 at UBER_JCCP MDL_000258366, -.0001-.0005 |
| Ex. 57 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (Vartain Decl. Ex. W) (ECF No. 4626-30) | Ex. 57 at #21757.2-.14 |

**IT IS SO ORDERED.**

DATED:_____   By:_____
　　　　　　　　　　　　　　　　　　Hon. Charles R. Breyer
　　　　　　　　　　　　　　　　　　United States District Court Judge