# EXHIBIT B

# EXHIBIT 5

## EXHIBIT FILED UNDER SEAL



**UBER-MDL3084-000067465-UBER-MDL3084-000067546**

**UBER-MDL3084-000067465**

## Metadata

| | | |
|---|---|---|
| **File Path** | UBER-MDL-009_pt5/UBER-MDL3084-000067465.pdf | SEMANTIC |
| **ILS Prod Date** | 3/8/2024 | SEMANTIC |
| **ILS Prod Vol** | UBER-MDL-009 | SEMANTIC |
| **Redacted** | No | SEMANTIC |

# Uber Trust & Safety Brand Narrative

FINAL March 21, 2017

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# We've reached a fork in the road.

Historically, we've approached trust and safety by striving to reduce incidents. We've focused on solutions that attempt to make rare incidents even more rare. We've isolated trust and safety as a "team," as opposed to recognizing its shared ownership across the business.

**That's no longer enough if we want to be truly customer obsessed.**

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# We must prioritize safety needs and feelings of trust.

Safety is a feeling. An instinct. A brand experience.
Safety drives trust in our brand.

Safety is key to our reputation and our brand
promise. It's a response to millions of subtle, and not
so subtle, micro-moments in the customer
experience.

Every time a driver doesn't activate because she's
concerned, every time a rider doesn't use us
because he feels afraid, every time someone drops
off the platform because of anxiety, we all lose. We
all own safety.

**Perception is reality.**

Consumers expect us to take drunk drivers off the road.
To provide reliable access for the elderly and the disabled. To
work hard to make the world a better place.
To provide a safe experience with empathy.

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Trust and safety sentiment unlocks opportunity for Uber.

By understanding the relationship between
safety and trust,
brand and reputation,
we can help spur growth,
increase engagement,
become the antidote for churn,
and uncover a long-term lever for growth.

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER-MDL3084-000067468
UBER-MDL3084-000067468

Slide 4

_____

2        Suggested headline:

         Safety builds long-term trust/reputation and unlocks short-term opportunities
         Hollis Shoor, 3/22/2017

1        We need to introduce both sides of safety ie unlocking short-term growth and building good will to mitigate
         future crises.

         Jordan has a good slide about how Samsung's brand was untouched despite to phone fireballs, see slide 8

         ██████████████████████████████████████████████████████████

         Hollis Shoor, 3/22/2017

# Unlocking trust and safety sentiments can lead to business growth and long-term good will.

**There is a quantifiable business impact today, tomorrow, and for years to come. Trust and safety is critical to both short term gains and the long term health of the business.**

Delivering on Trust and Safety gives us permission to innovate. Consumers with higher levels of Trust will be more open to new lines of business and more resistant to missteps.

**HOLD PLACE FOR $$ REVENUE DASHBOARDS**

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER-MDL3084-000067470
UBER-MDL3084-000067470





# Safety is a necessary condition for our industry. It's a fundamental expectation in transportation.

"Safety" is a top functional benefit for consumers within transportation: ▮ of current and potential riders agree that **Safety is a leading benefit**, behind only Reliability. [Source: Pg 46]

**It is a barrier to growth:** ▮▮▮▮▮▮▮▮▮▮▮ say
**Uber 'is something I would feel safe using'** [Source]

**And a barrier to driver supply and engagement:** ▮▮ ist safety as the top
barrier to driving for Uber [Source]

and **Half** of existing drivers limit supply hours due to safety.  [Source]

collin/joowon- note new break on lines and please copy new sources

Safety is top (slide 46):

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Barrier to growth slide 31

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Barrier to supply slide 37:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Half limit supply hours (based on US numbers):

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Slide 8

1       Design note: we are going to need to  swap out these stats for various countries on an ad hoc basis.
        Kate Parker, 3/29/2017

1       Does hollis have this info from other countries?
        Amy Snow, 3/29/2017

# Today, we move forward with a new paradigm.
## Enabling customers to access and benefit
## from the Uber platform without risk and downside.

**Trust and Safety Mission Statement**

Protect and enhance personal safety in all of the cities
we serve, to ensure every Uber experience is delivered
with certainty and confidence.

**Trust and Safety Vision Statement**

To be a beloved brand that provides certainty and
confidence to people and communities around the world.

**Uber Equity Brand Pillars**

Choice

Value

Convenience

Safety

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER-MDL3084-000067475
UBER-MDL3084-000067475



# We will hold ourselves accountable to a new standard.

**Impact will be measured against an expanded list of KPIs, including:**

| Perceptions | Vulnerabilities | Product / Initiatives | Experiences / Incidents |
|---|---|---|---|
| Feel safe using it<br>It does enough to ensure drivers are safe<br>Committed to safety<br>Order for a loved one | Alone<br>Late at night<br>After drinking /<br>intoxicated riders<br>Unsafe<br>neighborhood | Driver screening<br>Vehicle safety inspection<br>Insurance coverage<br>24/7 support | Frequency of safety experience happening<br>Satisfaction with resolution<br>Likelihood to ride / drive in future |
| % strongly / agree vs Best in Class | % Selecting QoQ change | % aware / effective vs Best in Class | QoQ change |

**Key Perceptions** (based on those with highest correlation to Trust and Usage metrics)

**Safety Vulnerabilities Reduction** (based on most common and those that represent greatest business opportunity)

**Awareness/Efficacy of key products/Initiatives** (based on those with greatest impact on safety perceptions)

# The Roadmap

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# This global initiative brings our opportunity into focus.

A roadmap for Trust and Safety enables understanding for how each part of our business impacts safety and can align efforts for maximum impact in every city.

**Part 1:** What safety means to consumers

**Part 2:** Defining the safety business framework

**Part 3:** Applying the safety business framework – short term wins and long term plans

**Part 4:** Measuring success over time

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# The roadmap was built via a robust strategic approach.



**ALIGN**

**Case Studies:**
Success stories in prioritizing Trust and Safety

Relevant logos shown for ALIGN & R section

**DISCOVER**

**Cultural Landscape Analysis:**
Exploration of cultural shifts influencing perceptions of Safety in key global markets

**Expert Interviews:**
Cross-industry insights from brand-blind interviews with trust and safety experts

**EXPLORE**

**Insight Sessions**
56 (2-3 hours each)
Brand blind moderated discussions with hundreds of prospective and current riders and drivers

Chicago, Las Vegas, Charlotte, Delhi, Moscow, Mexico City, Kuala Lumpur, London, Los Angeles

**OBSERVE**

**Ethnographic Ridealongs**
33 (2 hours each)
More than 90 rideshare rides, both Uber and competitive

Chicago, Las Vegas, Charlotte, Delhi, Moscow, Mexico City, Kuala Lumpur

Competitor brand rides:
Lyft, Ola, Menu, Gett, Yandex, Rutaxi, Black Cab, Haso, Addison Lee, Easy Taxi, Cleofy, Grab

**MEASURE**

**Quantitative Survey**
Global survey to inform Trust and Safety Dashboard

Starting in the US in 2017
n = 9,500 riders
n = 6,300 drivers
Other global markets to follow

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER-MDL3084-000067479
UBER-MDL3084-000067479

# This applies to you.

The brand narrative is a global perspective
designed for local implementation.

Concerns for safety are fundamentally the same from
country to country, but there is also local context. This
document relies on a foundation of insights from both
riders and drivers in tentpole markets around the
world, allowing us to capture both global concerns
and local nuance.

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER-MDL3084-000067480
UBER-MDL3084-000067480

## There are three types of safety, and three critical lenses:

Rider. Driver. Uber.

Around the world, safety is viewed as the removal of perceived threats. Our efforts must address three types of threats:

- **Physical** threats to one's body
- **Emotional** threats to one's psychological well-being
- **Cyber** threats to our digital identities and finances

Uber's success depends on mutual trust and respect between all three parties. These three vested parties sit within a larger ecosystem (media, regulatory commissions, business). Any solution or campaign must provide an authentic benefit for all three parties.



Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Consumer types of safety are globally consistent.

## Emotional.

"I can look after myself, but do I put myself in a position where I feel uncomfortable? In other jobs, you have an HR department, but in the middle of the night in a car alone, you don't have that." – Prospective Driver, London

"I feel more comfortable when it is a female rider. I've had drunk guys say weird comments and I just try to pretend like I don't notice." – Driver, Las Vegas

"We aren't safe anywhere. They stare at you so badly at night especially. We don't trust auto drivers or cab drivers" – Rider, Delhi

## Physical.

"I live in the southside, which is a dangerous area. Gangs and armed robberies. It is a 24/7 constant thing - when I am out and about, I'm tapping my pocket to make sure my wallet is there and my head is on a swivel." – Rider, Chicago

"It is very difficult to be safe all the time. There are kidnappings, muggings, traffic and crashes, pickpockets at nightclubs. We do what we can to be as safe as possible" – Rider, Mexico City

"I sometimes commute from university to the malls, and there are so many cases of sexual harassment. I'm not so confident in the safety of Malaysia right now" – Rider, Kuala Lumpur

## Cyber.

"To be honest, I don't trust any of [these brands] with personal information because of the news. The U.S. government got hacked by Russia." – Driver, London

"The rules of the game are changing everyday. We worry about information safety, so I don't usually use a bank card for services. Ensuring safety of my financial data is key." – Prospective Rider, Moscow

"I do worry about information. I got an email from my bank asking if I had made that purchase. The email looked weird. It is hard to distinguish what is real and what is not. What is fraud? I'm always monitoring my accounts." – Prospective Driver,

In some cities and in some parts of the world the concerns are more for physical safety. In other places, the most salient concern is more psychological - feeling comfortable and not intimidated. Still others feel the biggest potential risk is to their identity or personal data. Few are without concern for safety; some feel less personally vulnerable but worry about loved ones. Some cultures are preoccupied with safety measures yet less real threat exists. Other cultures face more daily risk and take greater personal and communal responsibility.

"You don't know this human that is driving you around. You are in someone's personal space. You have to get more comfortable with the model. A taxi is a bit more professional - you are in a car that is only used for driving." – Rider, Charlotte

Once I got in an Uber and he was listening to an innappropriate radio station, and it was bopping really loud and it made me really uncomfortable. - Rider, London

A driver told me he feels too much like a chauffeur and asked me to sit up front. It made me uncomfortable. Maybe you are going home and you are anxious and you don't want to talk to some guy. - Rider, London

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Because as a girl. You walk down the street, you get shouted at, especially in certain areas or in a skirt. If you get murdered, you have the panic button. But if someone intimidates you without being illegal, you can feel very uncomfortable in your space and can't get in trouble for it. It is your word against theirs. You always have to be aware - I can look after myself but do I put myself in a position where I feel uncomfortable. In other jobs, you have an HR department in the middle of the night in a car alone, you don't have that. - Prospective Driver, London

# Feeling safe means "confidence" and "certainty."

**Overcoming the root causes of uncertainty builds both feelings of Safety and Trust.**

Feelings of uncertainty are caused by lack of control, unexpected outcomes, and the unknown.

Around the world, our community told us that they feel safe when they can rely on predictable outcomes.

This is consistent across drivers and riders, and across all three types of safety: physical, emotional and cyber.

## Confidence and certainty sound the same in every language.

"Safety is powerful. You can do anything." – Rider, Delhi

"If you have a good structure set up, then you feel confident about them being able to share you information." – Rider, London

"It is not just about your physical safety, but feeling confident about what the driver is doing." – Rider, London

"Trust to me is safe too. They go hand-in-hand. If I trust you...I feel secure and confident. I don't have to worry." – Rider, Charlotte

"Feeling secure and confident means you can relax." - Driver, Moscow

"If you don't have trust ... have confidence in a particular person, then you don't feel safe around them." – Prospective Driver, Kuala Lumpur

"I am more in control when I am safe. Getting from point A to point B, you need trust in yourself and someone else." – Rider, Chicago

"Consistency matters to me. It helps me build trust in a brand because I will get the same thing the majority of the time." – Rider, Chicago

"It gives me confidence that I am associated with other fully vetted drivers." – Driver, London

"If everything is in place and it's reliable, then it is protecting me. All of that makes me feel safe. Having a reliable option makes me feel safe." – Driver, Chicago

"Everything starts with the caliber of drivers. If the driver drives well it makes you feel confident." – Rider, Mexico City

"Even if the situation is risky, you can feel confident ... for instance, even on a roller coaster ride, you know it's been checked." - Rider, Moscow

You look at a car ... the system. And if you are confident, trust is generated. It could be someone recommending something ... that gives you trust and confidence. - Rider, Mexico City

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# The Trust and Safety Framework

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER-MDL3084-000067486
UBER-MDL3084-000067486

# Trust and safety are micro-moments along the rider and driver lifecycle.

Understanding how trust and safety appear along the rider and driver journey allows us to identify need states and critical points of vulnerability in the current experience.

It also highlights the many teams and programs that impact and control feelings of safety and trust in the experience.

Micro-moments appear throughout the lifecycle for consumers, so we define the most pressing needs at various stages, mapping and addressing key points of vulnerability throughout the customer experience. Taken in conjunction with the dimensions, we find opportunity.

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER-MDL3084-000067487
UBER-MDL3084-000067487



Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY







Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# The 9 Dimensions:
### What Are They and How Do I Use Them?

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY



# Safety = Reliability

We'll come through, you can count on us.

Reliability is **stability, dependability, and delivering on promises.** It's an assurance that you're going to get me there. it's going to work, and **you'll never let me down.**

Reliability requires **expertise, predictability, capability, and consistency.** We can build trust through **familiarity, performance,** and building a **long term relationship.**

Emphasis on reliability means we care about the lifetime value of a driver or a rider on our platform and we focus on and foster their long term relationship with the company.

**What It Is:**
Easy to get an Uber, certain to get you there
Network never goes down
Proven track record - billions of successful trips
Riders easily finding drivers every time
'Drivers easily connect with Uber when needed
Drivers paid consistently, and on time
Providing greater accessibility / mobility for those who cannot drive safely

**Guardrails:**
People can be reliable, but don't turn them into machines. Be dependable and consistent, but not at the expense of being humanistic. Focus on getting from A to B, but don't forget about the power of connections and an amazing experience.

'Consistency matters. I expect that with Uber each time I will have a quality vehicle and the driver will know what they are doing.' – Rider

'The app has glitches, or can just stop. It will think I'm not accepting a ride even though I am and this impacts my acceptance rate.' – Driver



Desi
upda

UBER-MDL3084-000067493
UBER-MDL3084-000067493



# Safety = Proactivity

We put in the effort to think through what could go wrong.

Proactivity is about **thinking it through**, offering **assurance**, obsessing over safety and all the details, taking not just the necessary steps, but going above and beyond, just in case. It's **insurance**, **pre-mortems** over post-mortems, and **features**.

Proactivity means placing emphasis on safety, and communicating that **the unexpected can be managed**. Brands that are proactive create trust by reinforcing that they care enough to **go the extra mile** and are considering customers' needs before they arise, preventing issues before they even happen. Proactivity offers peace of mind.

**What It Is:**

Driver and car info to ensure getting in the correct car

Strong insurance programs in 25+ markets (and growing)

ShareMyETA

Real-Time ID

Rider/Driver SOS features

Anonymized phone numbers

Encrypted personal information

Intuitive options for in-app feedback

Insurance for riders and drivers

Drivers ask riders to wear seatbelts

**Guardrails:**

Focus on and prioritize safety even before it's an issue, but don't seed worry. Address concerns and assume that proactive measures have been taken by knowing what to say and when.

"Anyone can put a sticker on their car, but the (driver) photo and information indicates to me an organized system." – Prospective Rider

"I drive for Uber Assist. It came with a training video on YouTube. There are no ==Design: please cross check Amy's updates here== [is about people, so important] to have a human in a video telling you how you can do this properly and improperly." – Driver



# Safety = Protocol

We have the right rules and regulations in place.

Protocol is about having a preferred way of doing things. It means **experienced**, **trained** and **knowledgeable specialists** are solving problems with **clear guidelines**. It's **protection**.

Protocol also means **someone's in the watchtower**. It offers a course of action, assuring riders and drivers that their wellbeing is being considered. Brands that have protocol tell customers that they are in a safe space and their trust is warranted.

Protocol is **taking the lead**, **taking a stand for safety**, exercising the authority our riders and drivers have vested in us in the right ways, while not overstepping our bounds.

**What It Is:**

Extensive background screenings consisting of both criminal and driving records

Consistent service agent training

Policies for drug and alcohol use

Rider and driver blacklisting

Driver ratings standards

Rider and driver codes of conduct

Max times riders can keep drivers waiting

Vehicle requirements

Rider community guidelines

Safety tips

**Guardrails:**

Policies should not overstep jurisdiction - be careful to preserve the magic of the platform. Part of what makes Uber special is the flexibility and individuality the platform affords both riders and drivers.

"I'm a non-confrontational person, so it is easier for me to say that Uber won't let passengers smoke than asking them for my own reasons."
– Driver

"I don't know what the protocols are for anything. They take it day by day. People come in and are belligerent and drunk... what is the protocol for that? You have to email and ask. They have the FAQ section but it almost never answers the questions you have." – Driver



## Safety = Community

We're all in this together.

Community is **caring**, **partnership**, being part of a **collective group** with **shared values**. We've built a very special community that welcomes riders and drivers and **unites them** based on mutual **respect** and **common understanding**.

Community is **authenticity**, honoring the **egalitarianism** in our DNA, having **empathy**, and treating all riders and drivers like **members of the family**.

It is important to recognize that **how we treat drivers** reflects on our values as a company and builds trust among both riders and drivers.

**What It Is:**

Riders and Drivers both have the opportunity to provide ratings feedback

Uber respects drivers and invests in them

Drivers establish rapport with riders

Egalitarian solutions

Rider-to-driver programs

**Guardrails:**

Healthy community is the balance between respecting and fostering individuality and enforcing structure. Don't overstep - gathering extraneous information and trying to create a social network is an overreach. Also, don't assume altruism in the ecosystem. Keep important protocols in place.

"Uber as a brand [has] brought people from all walks of life. They have taken people from any place: any ethnicity, any color; black, white, whatever you are, working together for the same goal. That's a basis for a community." – Driver

"I just want more communication with Uber. Show me that you care about me, the rider, and our safety." – Rider 



# Safety = Accountability

## If something goes wrong, we'll fix it.

Accountability is **follow-through**, excellent **customer service**, and taking every opportunity to **exceed expectations**.

Accountability means r**esolving issues quickly**, **making it right**, and giving both riders and drivers the **benefit of the doubt**. Accountability is what allows brands to maintain their **strength through missteps** without diminishing trust.

Accountability builds confidence and breeds loyalty.

**What It Is:**

Customer service response is quick, accurate, and meaningful

Incident Response Team investigations and decisions are thorough and fast

Refunding trips following poor experiences

Taking ownership and offering forward-looking solutions in response to adverse events

**Guardrails:**

Accountability is never leaving the rider or driver hanging...resolving all issues fully. Don't ever seek 'easy fixes' to big problems. It is about not admitting fault or accepting culpability, rather, stepping up and providing assurance that the issue will be rectified — or that we'll try our damn hardest.

"Uber always takes the customer's side...even if they are wrong. [With drivers] they will block you, suspend you, without even asking you...we get charged for a no-show, but customers get refunds and credits right away." – Driver

"They always just refund the money but I don't think they resolve the issue...they should give you background information on what happened and how they are going to prevent it next time." – Rider

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY



# Safety = Transparency

### We're not hiding anything.

Transparency is **openness of practices** that communicates **honesty** and **integrity**. It's about being **clear** and **straightforward** – no double-speak or behind-the-scenes collusion.

Transparency means being **upfront**, telling both riders and drivers what to expect. It's showing a peek behind the curtain to **showcase what makes the brand special**.

Transparency builds confidence and creates brand engagement.

**What It Is:**

GPS tracking of every ride

Straightforward display of fares

ShareMyTrip

Drivers asking riders for preferred route

Giving riders the option to avoid toll roads

Surge notification and option to wait

Alerting cash riders about cancellation fees and giving drivers strategies for collection

Showing drivers the name of the destination, not just the address

**Guardrails:**

The spirit of transparency means making riders and drivers aware of all data collected and how that data benefits them. When tech is used to mutually benefit safety, transparency of communication up-levels perceptions of safety. This does not mean showing everything all the time - only at critical moments. Also, never divulge private data – protect it fiercely.

"The way Uber is set up is incredibly transparent. Being able to see the driver, they can see you, you can see scores."
– Rider

"The biggest expense is getting insured, and that was the last thing I came to [in the flow] I just really wanted to know how much it was going to cost. They are trying to be careful in not discouraging you to not drive." – Driver



# Safety = Omnipresence
We're always here for you.

Omnipresence is **ubiquity**, a trusted and safe option that is **there whenever needed**, 24 hours a day, 7 days a week, 365 days a year. The platform is **always on**, so rides are always available – freedom just a click away. In a world of "Google safety," where the notion of a big friendly giant watching out for you means **you're not by yourself.**

Omnipresence also means **power in numbers**, like when an Uber driver gets a flat tire and six others are there within five minutes, or the sheer number of trips successfully completed every day across the globe.

Omnipresence provides comfort.

**What It Is:**
Rides available 24/7, 365 days a year
500+ locations under the same brand
Intuitive user interface
Live help
Wide global network
No holes in coverage
Drivers always available
Payment options matched to market

**Guardrails:**
To deliver on omnipresence, we must deliver a consistent experience – a familiar piece of home in every corner of the world. It's being trusted, familiar and available everywhere, all the time and using tech for benevolent benefit, not personal gain. Always friendly, never creepy.

"Uber is always there 24 hours a day. You can always get where you need to everywhere in the world."
– Rider

"We need someone we can contact if we feel unsafe. And the sense that there is a live human being who can be at your service. We should know that there is someone watching and it isn't going into some vast vague smoke." – Rider

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER-MDL3084-000067499
UBER-MDL3084-000067499



# Safety = Innovation

We're one step ahead.

Innovation is needs-based thinking. **knowing riders' and drivers' needs** before even they do, and staying **ahead of the curve**. We show this through research and development of products and services that stay on the **cutting edge**, **setting the pace** for competitors both in and out of our category.

Being innovative means leading the way, **leaning in to new technologies** to imbue safety in new ways.

Investing here tells consumers that you care about their future.

**What It Is:**

Ridesharing industry creator and leader
Telematics
Uber Movement
Self-driving cars

**Guardrails:**

Emphasis on innovation tells riders and drivers that we aren't complacent, we will continue to work and strive to serve them even better in years to come. But innovations must have a consumer-facing benefit - changing things for novelty's sake or to generate revenue is seen as self-serving.

"They were the first to do this, but ever since Lyft, they haven't bumped up their game. Lyft is beating Uber right now I think."
– Rider

"Are they innovative to make life better? Or are they innovative to make more money?" I feel like for Uber, its about the money."
– Driver

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER-MDL3084-000067500
UBER-MDL3084-000067500



# Safety = Evolution

We'll stay relevant.

Evolution means **continual improvement**, a vow to stay relevant as the competition **evolves** by deeply listening to customers. This is a promise to keep the brand and offering competitive **now and in years to come**.

Evolution means **adapting to changes** in the marketplace and trends in our cities. **addressing new safety concerns** that arise. and tapping into new technologies to continually offer the best and most elegant solutions.

Evolution is making good on the promise of a long term relationship.

**What It Is:**

Ability to schedule rides

Rider or driver able to contact the other regarding pick-up through anonymized numbers

Language options to fully utilize service when traveling / in multi-lingual regions

Expanded rating system

Partnerships with insurance companies. car manufacturers or dealers. detailing services

**Guardrails:**

Evolution is about staying relevant and changing over time to react to shifts in the landscape or culture, but not evolving into a brand that is fundamentally different than your DNA — never alienating our core. Also be sure to evolve thoughtfully. execution matters.

"They found something different to go with the times and understand customers. that is why they are getting into food and God knows what else in the next five years."
– Rider

"They are all over the place. They should get really good at doing one thing at a time. Become really reliable for what you intended to be. and then move onto the next step."
– Driver

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# The 9 Dimensions fuel Trust and Safety.

All of the dimensions of trust and safety are important to our consumers, and they serve as guiding strategy principles for all teams.

Dimensions create a narrative framework that guides the experiences we provide, and the needs we address, and the way we communicate to consistently grow perceptions of Trust, Safety, and Brand Love.

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY



# Applying the Framework

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER-MDL3084-000067504
UBER-MDL3084-000067504

# Taking the first step across the business

In our review of the consumer dimensions across the lifecycle, the following are the greatest near-term opportunities

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER-MDL3084-000067505
UBER-MDL3084-000067505

Slide 38

2    I'm starting to think that if the template is flexible we can start this and flex them in and out. For example, I have a
     bunch of marketing ones. For other teams we might build out comms, or product ones, etc. If that is possible, tha
     would be really amazing.
     Kate Parker. 3/22/2017

3    [DESIGN ELEMENT GO/PLAY BUTTON]
     Kate Parker. 3/22/2017

# Sharpening communication — getting our global story right.

**Objective:** *Communicate that we care about safety.*

It is critically important that we communicate to consumers that safety is a priority. In some cases, that message can be overt and include specific reasons to believe. In other cases, the message is best delivered in less explicit terms so as not to plant seeds of doubt or introduce concern for risks that are not top-of-mind.

**Explicit Safety Communications** (What riders and drivers most want to know):

**Riders**

- Background checks consisting of a criminal background and motor vehicle record review to vet drivers. More specificity matters: no prior DUIs, no prior felonies, etc
- GPS tracking of every ride
- Key information is provided prior to pick-up including driver's picture, contact info, car make and model, and license plate
- Vehicle quality standards verified through inspections, confirming seatbelts, airbags, and model cars
- Rating system for both riders and drivers helps ensure mutual respect and accountability
- Rides are available 24/7, 365 days a year across the globe

**Drivers**

- Easy access and contact information to reach the company in case of an emergency
- Insurance policies that cover you in the event of accident
- Get paid directly to your bank account every week
- Help systems available for drivers if something happens
- Ability to share your location while on trip (currently in product development)
- Straightforward breakdown of fares and incentives

**Implicit Safety Communications** — Messages that communicate higher order values and brand promise of safety; "Confidence," "certainty," "control," "care," "follow-through," "expertise," "peace of mind," "comfort"

This is where we can put the top reasons to believe - as discussed, they wouldn't be prioritized but we'll define what ideas are important and put them in consumer friendly language - kind of like talking points.

39

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Slide 39

4    +susan.monahan@keltonglobal.com what does this one mean: Help systems available for drivers if something
     happens
     Kate Parker, 4/14/2017

1    that one was about tapping the community for immediate help. e.g., if a driver breaks down or has an accident, a
     call goes out to nearby drivers on app but not on ride to assist
     Susan Monahan Board, 4/14/2017

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Sharpening creative — getting our global visual language right.

**Objective:** *Ensure visual language communicates safety.*

- Safety is about real people in the real world. Where possible from budget prospective, communicate safety narratives through photography versus icons. Keep a humanistic approach.

- Showing that we're serious about safety means obsessing about the visual details. Riders should <u>always</u> have seat belts on any local, regional or mega-regional advertising. Children should <u>never</u> be without a carseat in a vehicle.

- UX should strive to reduce uncertainty, no matter how small. Certainty contributes to feelings of safety. For example, many first timers don't recognize that we provide the license plate number in the app, and are anxious trying to identify the car. A small one-time overlay both educates riders and increases certainty.

- The dimensions of safety all have different visual identities. Understanding the consumer differences is key to reaffirm the message. See slide <mark>X</mark> for full library.

**NO (X MARK)**



EXAMPLE OF MISMATCH PHOTO TO NOTION

**YES (CHECK)**



EXAMPLE OF MATCHED PHOTO TO NOTION

Not prescriptive; it's a metaphorical thought starter

## Revamping our web presence

**Objective:** *Give consumers answers faster with better language.*

**Why:** Weak language and architecture doesn't convey safety effectively or prominently enough — particularly for our perspectives. There is opportunity to be clear, empathetic and intuitive.

**What:** *Embark on a full website and SEO strategy overhaul keeping safety in mind.*

In the absence of a centralized, person-to-person information channel, consumers turn to Google or ask others for information — if our answers aren't helpful, intuitive and proactive folks turn to other sources which fuels misinformation.

Riders and drivers alike struggle to find the answers to safety-related concerns, and feel that Uber isn't an active partner in educating them, compared to competitor ridesharing companies.

**Who:** *Safety Marketing + Global Web Teams*



**VISUAL LEGEND:**
Dimensions called out: Transparency, Proactivity, Protocol
Life cycle stage that corresponds: Awareness -->Consideration
Need: Education on what to expect when riding or driving

additional image bank needs to be added: use cropped in
dimension mood imagery that corresponds

41

# Infusing a human touch in our Greenlight Hubs

**Objective**: *Show drivers that we care about safety via increased human connections in our Greenlight Hubs.*

**Why**: GHLs can be a go-to-source for drivers on safety (it is the only place they can reliably talk to a real person). but we're underperforming by not prioritizing and recognizing their needs.

**What**:
Develop GHL safety education programs to better train agents on addressing top safety concerns specific to each city. E.g.:
- How insurance works
- What to do in an accident
- Assurance that we will deal with difficult riders and other issues

Create and infuse safety messaging into GHL spaces through physical collateral and interactive content (on-demand videos, explore-at-your-own-pace information) and training.

Prioritize information pertaining to safety in a humanistic experience that is designed to establish trust. The goal is to communicate: "We're here, we prioritize your safety; there's a physical place you can come for answers"



Design note: This photo is super stock not diverse but ideally we show warm expertise. help. etc

**Who**: *GHL and Safety Program Teams*

**Dimensions**: Community. Proactivity
Point in Journey: Activation -> Conversion
Needs: Education on what to expect when riding or driving;

42

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER-MDL3084-000067511
UBER-MDL3084-000067511

# Go consumer-friendly with our safety story

**Objective:** Give consumers the safety answers and tips they need to feel secure.

**Why:** Core areas of our safety narrative are perceived as effective when explained, but suffer from very low awareness.

**Context:** Complex issues are a natural opportunity to lean into great marketing with clear, shareable content on top safety areas:

- Show and tell how the system works to keep riders safe on every ride, every day.
- Show riders and drivers that our community guidelines create rules and protocol for our system.
- Inject levity, fun, disarming style to underscore brand benefits while providing certainty.
- Focus on the key moments of vulnerability, including insurance, and infographics of background checks.

**Who:** *Safety Marketing + Regional Marketing*

**Dimensions:**
Transparency, Community, Protocol
Journey Phase: Consideration → Conversion
**Needs Met:** Education on what to expect when riding or driving





43

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

## Put smart information at our customer's fingertips when they need it most.

**Objective:** *Empower drivers and riders with in-app education to make rides safer and, in turn, engender more trust with drivers.*

**Why:** Our app can be a powerful tool for providing the right information at the right time — providing extra certainty to a new user, serving up a confidence tidbit for a power driver who is expanding their usage at night, or pulling up an insurance card for a driver when they've been in an accident.

**Context:**
Building and supporting the right content within the app experience, including:
- Safety tips charted through the ride experience
- How-to's on engaging with riders
- Managing challenging riders; what to do if rider gets sick, is intoxicated, etc.
- List of places for Vehicle Maintenance
- Answers about insurance

**Who:** *Safety Product / Marketing + Product Marketing*

**Dimensions:** Competence: Protocol, Proactivity
Point in Journey: Activation -> Conversion
Needs:

---

additional image bank needs to be added: use cropped in dimension mood imagery that corresponds

"People who drive for Uber are unhappy driving for Uber. … **When you have frustrated employees, I get nervous.** I don't like it when companies don't treat their employees well. I don't want to buy their products or give them my money. And I hear Lyft treats their employees better." – Rider, Los Angeles

44

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

## Build an internal culture of Safety

**Objective:** Establish an internal culture of safety that supports and champions our consumers needs and concerns.

**Why:** Trust and safety are micro-moments throughout the user journey, and various business functions can help.

**Context:**
Internal engagement on trust & safety is critical to reinforcing a culture that prioritizes and innovatives for our consumers.

A few first-step initiatives have included company-wide emails to help prioritize safety but more is needed to ensure that this pillar of our brand is recognized and highlighted.

To uplevel our support of safety we will:
- Build and promote engaging internal content and materials
- Launch the company's first annual leadership Award to celebrate the people and teams that are working to improve the Uber experience.

**Who:** *Safety Marketing & Executive Leadership*

**Dimensions:** Community, Proactivity
Point in Journey: Activation -> Conversion
Needs: Knowing the company prioritizes safety.

45

## Double down on global SOS solutions so no rider or driver ever feels alone in an Uber [DRAFT FOR KATE]

**Objective:** Give riders *and* drivers consistent and locally appropriate emergency response from Uber

**Why:** One of riders' and drivers' biggest concerns is feeling alone and powerless if something goes wrong on trip. Driver SOS is also one of region's biggest asks.

**Context:**
- Provide discrete method for riders and drivers to alert Uber and receive help in emergency situations
- Protocol once button is used *must be* tailored to market
- Markets with reliable services would alert Uber and police/emergency services with location and car info
- Markets with unreliable services would connect to Uber and dispatch necessary help (private security, other Uber's, etc.)



**Dimensions:**
Protocol: Omnipresence, Innovation
Journey Phase: Conversion → Repeat Use
**Needs Met:** Emergency response services

46

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Slide 46

2    +kateparker@uber.com This image is actually a reference to the old Mayday flow but I thought it did a good job
     of presenting how it could work. You can see new flows of Mayday here (let me know if you want another image)

     Johnathon Purcell, 3/24/2017

1    +hollis@uber.com for your feedback
     Johnathon Purcell, 3/24/2017



Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

## Based on research, there are additional action items for bringing the dimensions to life.

The dimensions come to life in different ways for different business units. The Trust and Safety framework provides guiding principles that can both inspire and align internal teams on plans to impact perceptions of safety for end users.



Slide 49

2          +johnathon@uber.com - i think you have the latest version that you're editing here? let me know if that's all set,
           or living elsewhere.
           Susan Monahan Board. 3/22/2017

5          +susan.monahan@keltonglobal.com Could you please add a link in here to whatever is lastest source? Need this
           for internal.
           Kate Parker. 3/22/2017

3          Yup. I'm working on final content here taking your feedback Kate:

           I'll have it this evening
           Johnathon Purcell, 3/22/2017

# Opportunities are everywhere.

You now have the tools to monitor perceptions of trust and safety among customers. We know what's working, and where to focus to improve the experience and impact these perceptions. And you can develop more ideas on how to activate those.

**You** can take action and move this forward.
[insert microsite URL] is your destination for these assets:

Templates to use
Trust and Safety Perceptions Dashboard
Definitions of Safety and the Dimensions
Research analyses
Actions/playbooks by others
This Brand Narrative
FAQs

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Brainstorm solutions to improve feelings of safety in areas where you have expertise and can optimize.

**STEP 1:** Hone in on the moments of vulnerability you can address with levers to impact customers' experiences in your purview.

**STEP 2:** Internalize the customer need at that stage as the key to solve for.

**STEP 3:** Review the dimensions of safety and guardrails to work within.

**STEP 4:** Consider the ways various teams or business units can solve for these needs and bring these ideas to life.

**STEP 5:** Remember that moving the needle on perception and consumer behavior requires patience and repeated consistency applied again and again.

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

## This roadmap is the result of a careful process, that originated with our customers.

But it is also a work in progress.

We started with insights, and by lifting those insights to the theoretical level, we are able to interpret them and extract practical implications. From that we create strategic frameworks that can live on and stretch across the business, or serve as a springboard for tactical executions.



Consumer

Theoretical

Practical

Strategic

Tactical

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Slide 52

7       +susan.monahan@keltonglobal.com
        Kate Parker, 3/21/2017

6       Let's make this design be a round-robin of strategy.
        Kate Parker, 3/22/2017

2       design should indicate that this is truly circular
        Amy Snow, 3/22/2017

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# And we're not finished yet

There are several initiatives currently underway to bring this home.

- US Social Listening Launch: 3/31
  - Tracking T&S sentiment through social media channels will give us a daily pulse on consumer perception
- Int'l social listening launch - 4/7
  - ANZ, Brazil, UK, India, Indonesia
- Brand Narrative Microsite Go Live: - 4/7
  - This will include templates and playbooks for teams, physical planning assets, dashboards, and research analysis
- Prospect Rider and Driver U.S. Quantitative Analysis Complete - 4/14
  - Estimation of business opportunity (4/5) and Impact of safety on business metrics (4/7)
  - Estimation of Safety's contribution to Trust (4/14)
- Current & Churned Rider and Driver U.S. Quantitative Analysis Complete - 4/21
  - Estimating business opportunity (4/17)
- Launch International Quantitative Markets: (5/17)
  - Online survey among riders and drivers

# We're standing at the fork.
# Where we go next is up to you. <mark>Design: please cross check Amy's text updates here</mark>

We can limit ourselves to objective safety.
Or we can also embrace the power of perceived safety.

We can just focus on short term risk,
Or we can also lead by standing for safety as one of our four core equity pillars:
(Safety, Value, Choice, Convenience).

We can incrementally work on our safety record,
Or we can also make sure riders and drivers *feel* safe and secure at every step of their
journey.

By understanding the relationship between perceived safety, trust, and brand, we can help
spur growth, increase engagement, and become the antidote for churn.

**Join us.**

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY



APPENDIX

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

[Everyone has a role to play]

| A-team Leadership | - Greenlight safety brand narrative as part of brand equity pillars, and provide executive support to show that Uber is a company that prioritizes safety (participating in a safety leadership award, unlocking 24/7 customer service support). |
| Trust & Safety | - Launch global strategies, templates and dashboards for moving the needle on safety perception (consumer safety campaigns, perception analytics) |
| Regional / Functional Teams | - Partner on integration of key first-step initiative executions to leverage domain area expertise (website upgrades, product features, data analysis) |
| Local Teams | - Lead on the ground efforts for effectiveness and help launch and iterate improvements (quality assurance programs, greenlight hub execution) |

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Slide 56

8    Added this slide for the appendix.
    Kate Parker, 3/18/2017

# Supplemental Reading on Brand Love

https://www.ama.org/publications/MarketingNews/
Pages/the-neuroscience-of-brand-trust.aspx

TRUST IS LINKED WITH SAFETY AND CONTRIBUTES TO
BRAND LOVE FOR THE SAME BIOLOGICAL REASONS AS
INTERPERSONAL LOVE

LINK HERE

BRAND LOVE HAS SEVERAL CORE ELEMENTS,
RESEARCHERS SAY

LINK HERE

THE BENEFIT OF BRAND LOVE IS LOYALTY, POSITIVE
WORD-OF-MOUTH, AND RESISTANCE

LINK HERE

BRAND LOVE HAVE EIGHT KEY PHASES

Possibly four
thumbnails with
headlines under?

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER-MDL3084-000067530
UBER-MDL3084-000067530



Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER-MDL3084-000067531
UBER-MDL3084-000067531

# We will hold ourselves accountable to a new standard.

## Impact will be measured against an expanded list of KPIs, including:

**Key Perceptions** (based on those with highest correlation to Trust and Usage metrics)

**Safety Vulnerabilities Reduction** (based on most common and those that represent greatest business opportunity)

**Awareness/Efficacy of key products/Initiatives** (based on those with greatest impact on safety perceptions)

**Word Of Mouth (WOM)**

**Safety Experiences/Incidents**

Dashboard Visual to come

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER-MDL3084-000067532
UBER-MDL3084-000067532



# Safety is the gateway to our industry. It's a fundamental expectation in transportation.

'Safety' is a top functional benefit for consumers within transportation: of current and potential riders agree that **Safety is a leading benefit**, behind only Reliability.

**Trust & Safety is a barrier to rider growth:**

of prospects 'don't know if Uber adequately background checks drivers'

are 'uncertain I will be safe'

**Alt version: Less than half (48%) say 'it is something I would feel safe using'**

don't trust Uber drivers'

**And a barrier to driver supply and engagement:**

ust safety as the top barrier to driving for Uber

of existing drivers limit supply hours due to safety;

agree 'I choose which neighborhoods to stay away from 'the dangerous ones'

ay "You don't know what will happen at night'

Safety benefit: US Department of Transportation; Rider Growth Barrier & Driver Barrier GDS Q4 2016 Reasons for Not Riding with Uber (Uber Brand Tracking)

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# We've reached a fork in the road.

24 hours a day, 7 days a week, across the globe, millions of riders and drivers are connected to people, places, and experiences with Uber. Our reach is expansive, but we can be bigger, we can be better, and we can be more loved.

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER-MDL3084-000067534
UBER-MDL3084-000067534

# We are under-delivering on customer expectations for safety.

Consumers expect us to take drunk drivers off the road. To provide reliable access for the elderly and the disabled. To work hard to make the world a better place. To provide a safe experience with empathy.

But historically, we've approached safety by striving to reduce incidents. We've focus solely on solutions that make already rare incidents even more rare.

**That's not enough to be customer obsessed.**

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER-MDL3084-000067535
UBER-MDL3084-000067535

# Customer obsession means prioritizing safety needs and feelings.

**In addition to making rare incidents even more rare, we must make every driver and every rider feel safer on every trip.**

Safety is a feeling. An instinct. A brand experience. Safety drives trust in our brand. It is key to our reputation and our brand promise. It's a response to millions of subtle, and not so subtle, micro-moments in the customer experience.

Every time a driver doesn't activate because she's concerned, every time a rider doesn't use us because he feels afraid, every time someone drops off the platform because of anxiety, we all lose.

**Perception is reality.**

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER-MDL3084-000067536
UBER-MDL3084-000067536

# Trust and safety have the potential to create competitive advantage.

Explicit efforts to protect riders and drivers demonstrate a level of care and connection that ultimately builds trust, invites trial and sustains loyalty.

**Riders and drivers who trust us will <u>stick</u> with us.**

Leading brands master brand love by building certainty.

*"You almost want to have a problem with Amazon because they go above and beyond to make it better."*

*"Citibank really stood behind me in the recession. They were there for me. I know they will be there for me during good and bad times."*

*"Apple is expensive but worth every penny. They are always coming out with new and better things that will adapt to our society. They are dealing with the same fears and realities that we are, so as we develop as humans, they are developing the technology."*

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER-MDL3084-000067537
UBER-MDL3084-000067537

Slide 64

4          to appendix
           Johnathon Purcell, 3/18/2017

1          let's cut this from this deck
           Katherine Parker, 3/18/2017

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER-MDL3084-000067538
UBER-MDL3084-000067538

# Trust and Safety give us permission to innovate.

As we challenge ourselves to set the pace, to continually lead into the future with self-driving cars, data sharing and more, we ask our community to join us as we venture into unknown territory.

## Riders and drivers who trust us will stretch with us.

"Google is always thinking of things you might want. They anticipate. They tell us things we didn't even know we wanted. It unlocks your imagination. It makes us be more creative and gives us things that will benefit our lives."

"Uber...is an innovative new company. They are going above and beyond. It is the right thing to do if you are going to be serving the public."

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Slide 65

5       to appendix
        Johnathon Purcell, 3/18/2017

2       let's cut this from the deck
        Katherine Parker, 3/18/2017

# Sharpening communication - get our story straight.
## What riders and drivers most need to know, in descending order.

### Riders

We conduct extensive background checks consisting of criminal background and motor vehicle record to vet drivers

GPS tracking of every ride

Key information is provided prior to pick-up including driver's picture, contact info, car make and model, and license plate

We maintain vehicle quality standards through inspections, confirming seatbelts, airbags, and newer model cars

Rating system for both riders and drivers helps ensure mutual respect. Rides are available 24/7, 365 days a year across the globe

Rides available 24/7, 365 days a year across the globe

### Drivers

Easy access and contact information for the company

$1M liability policy covers you in the event of accident

Get paid directly to your bank account every week

Helps drivers out if something happens.

Ability to share your location while on trip

Straightforward breakdown of fares and incentives

**Communications should be explicit in that we care about safety and focus on it, but implicit in the details we share about what we do and how.**

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER-MDL3084-000067541
UBER-MDL3084-000067541



ref latest narrative language here:

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER-MDL3084-000067542
UBER-MDL3084-000067542

# Getting our visual language right.
# Communicating confidence, certainty.

Mood board style imagery to support the key words. Kate to send symbols or discuss what other graphic language to include?

Empathy
Care
Check mark symbols - this person has been vetted
Community
Respect
Egalitarianism
Equality
Freedom
Empowerment
We've got your back
Partnership
Consistency
Expertise
Stability
Delivering on promises
Just in case

Obsessing over safety
Insurance
Assurance
Managing the unexpected
Shared values
Understanding
Authenticity
Follow-through
Exceeding expectations
Integrity
Honesty
Clear and straightforward
24/7, 365
Adapting
Elegant solutions

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER-MDL3084-000067543
UBER-MDL3084-000067543



## From consumers' perspective, we have room for improvement on some trust and safety dimensions more than others...

**Strength:** Product improvements such as language options, anonymized driver/rider contact numbers (though some think regulations drove these safety enhancements)
**Weakness:** Not seen as having listened to consumers to evolve the core experience for the better (e.g., smoother pick-ups, easier safety confirmation of right car / right driver, etc.)

**Strength:** Given credit for being a category leader / industry creator, new programs like self-driving cars
**Weakness:** Seen as spreading itself too thin without perfection and true market disruption (e.g., Eats, Helix, etc.)

**Strength:** Uber service is offered 24/7 globally
**Weakness:** Lack of 24/7 responsiveness creates doubt the company is truly there for them

**Strength:** Trip details are a benefit (license plate number, driver photo, etc.)
**Weakness:** Lack of information about protocols, commitment to safety and product features

**Strength:** A ride can be called easily through app anytime
**Weakness:** Quality of service (driver, driving, car, rider) is inconsistent

**Strength:** GPS tracking and trip details create a feeling of safety, elegant UX indicates thoughtful experience
**Weakness:** Concern about prevalence and effectiveness of pre-training, proactive preparedness for incidents

**Strength:** Background check process (when explained in detail) provide assurances
**Weakness:** Users don't understand the requirements for behavior or consequences for misbehaving

**Strength:** Amazing network of riders and drivers
**Weakness:** Both riders and drivers want a better relationship with the company

**Strength:** Uber provides quick refunds in response to low-level issues
**Weakness:** Uber isn't perceived as addressing issues to prevent recurrence or behavior escalation

Reliability
Proactivity
Protocol
Community
Accountability
Transparency
Omnipresence
Innovation
Evolution

Map indicates placement of Uber according to rider and driver participants in qualitative research

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER-MDL3084-000067544
UBER-MDL3084-000067544



Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY



Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER-MDL3084-000067546
UBER-MDL3084-000067546