# EXHIBIT C

# EXHIBIT 12

**EXHIBIT FILED UNDER SEAL**


