# EXHIBIT D

# EXHIBIT 14

## EXHIBIT FILED UNDER SEAL

**UBER_JCCP_MDL_005389723**



Fred Brown
EXHIBIT
June 17, 2025
1092

## Metadata

| All Custodians | Chang, Frank;Cinelli, Dennis;Fuldner, Gus;Sheridan, Danielle; | SEMANTIC |
|---|---|---|
| All Paths | Chang, Frank: \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_46.zip; Cinelli, Dennis: \JCCP-EDISCO-23800_2022\JCCP-EDISCO-23800_2022_2\JCCP-EDISCO-23800_2022_2_4.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2022_8\JCCP-EDISCO-23800_2022_8_87.zip; Sheridan, Danielle: \JCCP-EDISCO-23800_2022\JCCP-EDISCO-23800_2022_3\JCCP-EDISCO-23800_2022_3_10.zip | SEMANTIC |
| Date Created | 01/25/2018 4:14 am | SEMANTIC |
| Date Modified | 02/09/2022 10:00 pm | SEMANTIC |
| File Path | \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_46.zip | SEMANTIC |
| Other Custodians | Cinelli, Dennis;Fuldner, Gus;Sheridan, Danielle;Chang, Frank; | SEMANTIC |

# Document Produced in Native

CONFIDENTIAL

UBER_JCCP_MDL_005389723

# Changes in the Power of Ratings Over Time

Frank Chang
Todd Gaddis
2018-01-24



# Predictive Power of Ratings



# Predictive Power of Ratings : Full Study

Full Dataset covers *over 2 years* of U.S. trip data with:

- Over **7.6 Billion** trip miles

- Over **1.2 Billion** trips

- Over **1.5 Million** Safety Tickets

- Over **20,000** Accident Claims

- Ratings calculated for each driver at time of trip based on 500 previous trips



**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

# Predictive Power of Ratings

Ratings provide a strong signal for accident propensity



Rating bands are based on the 500 previous rated trips at time of trip

ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT

# Predictive Power of Ratings

Ratings provide a strong signal for safety incidents



Rating bands are based on the 500 previous rated trips at time of trip

ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT

UBER

Safety &
Insurance

# Predictive Power of Ratings

Due to their predictive power, ratings are <u>one of the primary inputs</u> for initiatives to reduce costs and stand for safety.

| Rating-based deactivation | Ticket- and rating-based deactivation | Insurance Cost KPI Metric |
|---|---|---|
| Low-rated drivers receive warnings and are deactivated if their ratings do not improve | Ratings and safety incident history are used to identify and deactivate drivers with a pattern of dangerous driving behavior | Central Operations and Finance use ratings as a factor in computing insurance savings from initiatives |

UBER

Safety & Insurance

**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**



# Changes in the Power of Ratings Over Time



# Changes in the Power of Rating Over Time

Over three years, the predictive power of ratings has decreased.


**Less signal:**
**DECREASE** in rated trips


**More noise:**
**INCREASE** in "junk ratings"



ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT

# Impact on Safety and Insurance

Drivers who should be deactivated remain on the platform longer



Less signal:
DECREASE in rated trips

It takes *two to three times as many trips* to identify bad drivers



More noise:
INCREASE in "junk ratings"

The predictive power of ratings has been *greatly diluted* by 5-star "junk ratings", driver ratings become inflated

ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT



# Change in Ratings (U.S. Only)



**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

# Change in Ratings (U.S. Only)



**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

# Change in Ratings (U.S. Only)



ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT

# Change in Ratings (U.S. Only)



UBER

Safety &
Insurance


