# EXHIBIT E

# EXHIBIT 17

## EXHIBIT FILED UNDER SEAL

Sunny Wong  Highly Confidential
June 25, 2025

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


IN RE: UBER TECHNOLOGIES, INC.)
PASSENGER SEXUAL ASSAULT      )
LITIGATION                    )
_____)
                              )
This Document Relates to:     )No. 3:23-md-03084-CRB
All Cases                     )
_____)


*** HIGHLY CONFIDENTIAL ***

VIDEOTAPED DEPOSITION OF SUNNY WONG

AS 30(b)(6) WITNESS OF UBER

June 25, 2025

9:13 a.m.



555 California Street, Suite 2700

San Francisco, California  94104



Reported by:

Natalie Y. Botelho

CSR No. 9897

 1    A.        Its goal is, again, to reduce the rate of

 2    sexual assault reports on the Uber platform,

 3    correct.

 4    **Q.        Well, this doesn't say "to reduce the rate**

 5    **of sexual assault reports on the Uber platform."**

 6    **This says, "reduce sexual assaults on the Uber**

 7    **platform."  And my question for you is, is it still**

 8    **Uber's goal to reduce sexual assaults on the Uber**

 9    **platform using S-RAD?**

10    A.        It is.

11    **Q.        And the way that S-RAD does that is by**

12    **identifying and preventing driver-rider matches with**

13    **elevated risk, right?**

14    A.        Correct.

15    **Q.        That's what S-RAD aims to do, in a**

16    **nutshell, right?**

17    A.        That's what it aims to do.

18    **Q.        Other than S-RAD, is there anything**

19    **else -- are there any other safety programs that**

20    **Uber uses to try to reduce the risk of sexual**

21    **assault with respect to its dispatch or driver-rider**

22    **matches?**

23    A.        I'm not aware of any.

24    **Q.        S-RAD is a data-driven -- it's -- well,**

25    **first, S-RAD is intended to be a data-driven**

Sunny Wong  Highly Confidential
June 25, 2025

```
 1    Uber uses a machine learning model?

 2    A.        It is.

 3    Q.        And Uber uses that machine learning model

 4    to help identify -- I'm going to call them

 5    rider-driver pairings -- that would reduce the

 6    probability of sexual assault; is that true?

 7    A.        The model helps scores those particular

 8    plans for given trip requests, and then the second

 9    stage of S-RAD is the looking at potentially

10    downranking and reducing the probability of specific

11    plans.

12    Q.        Okay.  In order to score each rider-driver

13    pairing, does S-RAD look at risk signals or

14    predictors?

15    A.        The model leverages, you know, numerous

16    features or inputs to come up with a score for a

17    particular driver-rider supply plan.

18    Q.        Are those inputs or features also known as

19    risk signals or predictors?

20    A.        We refer to them as features.

21    Q.        Okay.  Let's go to -- back to 1240.

22              MR. PREMO-HOPKINS:  And just for the

23    record and for later, because you've got a different

24    number on here, would you mind putting the Bates

25    number on when we start with a document?
```

1              THE WITNESS:  Again, Sunny Jeon's called

2    it "predictors."  We particularly called it more

3    "features."  It's information that's fed into the

4    model to help, again, improve or produce a score for

5    a driver-rider supply plan.

6              BY MS. PETERS:

7    **Q.        Is it your understanding that the**

8    **predictors what Sunny Jeon was calling predictors**

9    **are helpful for trying to predict risk?**

10             MR. PREMO-HOPKINS:  Object to form.

11             THE WITNESS:  Looking at the document, it

12   seems like he has identified potential variables or

13   factors to help feed into the S-RAD model.

14             BY MS. PETERS:

15   **Q.        So that's not my question.  I'm asking**

16   **you, as the person who was designated to speak on**

17   **behalf of Uber about its risk-sensitive matching of**

18   **riders and drivers, as well as risk factors, are the**

19   **predictors that the S-RAD model was leveraging**

20   **factors that are supposed to help it predict**

21   **something?**

22   A.        That's the goal of having the features

23   into the model, to help produce a model score.

24   **Q.        Does that remain true today, that the**

25   **inputs or features that the model uses are intended**

Sunny Wong  Highly Confidential
June 25, 2025

```
 1   to try to help predict something?

 2             MR. PREMO-HOPKINS:  Object to form.

 3             THE WITNESS:  Yes.

 4             BY MS. PETERS:

 5   Q.        Uber also refers to the predictors as risk

 6   signals, right?

 7   A.        We typically refer to them as, again,

 8   features into the model.

 9   Q.        But if you could go back, please, to

10   Exhibit 1239, Page 9.  So -- sorry.  Strike that.

11             So just for the record, Exhibit 1239 is

12   Bates number ending in 2266899.  And Mr. Wong, if

13   you would please turn to Page 9, which is the one

14   ending in .9.  Are you there?

15   A.        I am.

16   Q.        The title of this slide is "Prevention

17   Strategy:  Risk Signals."  Do you see that?

18   A.        I do see it.

19   Q.        The first bullet point says, "Sexual

20   assaults are rare and appear unpredictable, but many

21   have risk signals."  Do you see that?

22   A.        I do see that.

23   Q.        Is that referring to the same thing as the

24   other document was calling predictors?

25   A.        I can't say for sure if they're referring
```

Sunny Wong  Highly Confidential
June 25, 2025

1   see that?

2   A.        I do see that.

3   Q.        The question is, "Can these risk signals

4   be leveraged to better anticipate and prevent sexual

5   assaults?"  Do you see where I'm reading from?

6   A.        I am able to see that.  Yes, I see that

7   Sunny Jeon's posed that question.

8   Q.        And the answer to that question turned out

9   to be "yes," right?

10  A.        Well, this was early work in S-RAD.  And

11  again, this team worked on the development of S-RAD,

12  and it seems like early work in understanding what

13  are possible signals.

14  Q.        The answer to that question turned out to

15  be "yes," right?

16            MR. PREMO-HOPKINS:  Object to form.

17            THE WITNESS:  Well, led into the

18  development of S-RAD.

19            BY MS. PETERS:

20  Q.        Right.  And once S-RAD was developed, the

21  answer to the question here turned out to be "yes,"

22  right?

23            MR. PREMO-HOPKINS:  Same objection.

24            THE WITNESS:  Correct.

25

Sunny Wong  Highly Confidential
June 25, 2025

```
 1            BY MS. PETERS:
 2     Q.        Right.  So I think you're getting into the
 3     explanation.  I'm just asking, you are aware that
 4     ███████████████████████████████████████████
 5     ████████████████████████████████████████████
 6     ████████████████████████████████████████████
 7     ██████
 8     █████████████████████████████████████████████████
 9     ████████████████████████████████████████████
10     Q.        And when you say "plans," you're talking
11     about particular pairings of particular drivers with
12     particular riders, right?
13     A.        Correct.
14     Q.    ████████████████████████████████████
15     ██████████████████████████████████████████████
16     ███████████████████████████████████████████████████
17     ██████████████████████
18            MR. PREMO-HOPKINS:  Object to form.
19            ███████████████████████████████████
20     ████████████████████████████████████████████
21     █████████████████████
22            BY MS. PETERS:
23     Q.    ██████████████████████████
24     A.    ███████████████████████████████
25     Q.    ████████████████████████████
```

Sunny Wong  Highly Confidential
June 25, 2025

1    ███████████████

2    A.    ███████████████████████████

3    ████████████████████████████████

4    ███████████████████████████████

5    ██████████████████████

6    Q.        Right.    ████████████████████

7    █████████████████████████████████

8    ███████████████████████████

9    ██████████████████████████

10   A.        Correct.

11   Q.        And if we go to the page ending in 708 --

12   no.  Just kidding.  Wrong one.  711, please.    ████

13   ██████████████████████████████████

14   ███████████████████████████████

15   ████████

16   A.        I see someone has put that on Slide -- I

17   see that someone has put that on the slides there.

18   I don't know who wrote that.

19   Q.        This -- whoever put this comment in the

20   notes on this slide says,    █████████████████████

21   ████████████████████████████

22   ███████████████████████████████

23   ██████████████████████████████████

24   █████████████████████████████████████

25   ██████████████████████████████████

Sunny Wong  Highly Confidential
June 25, 2025

```
1   ████████████████████████████████████████████

2   ████████████████████████████████████████████

3   ████████████████████████████████████

4   A.        I do see where you're reading from.

5   Q.      ██████████████████████████████████

6   ████████████████████████████████████████

7   ████████████████████

8             MR. PREMO-HOPKINS:  Object to form.

9             THE WITNESS:  I have not been involved

10  with what information to disclose to the public

11  about S-RAD.

12            BY MS. PETERS:

13  Q.        ████████████████████████████

14  ████████████████████████████████████████████

15  ██████████████████

16            MR. PREMO-HOPKINS:  Object to form.

17            THE WITNESS:  I don't have that concern,

18  but again, to clarify, the sexual -- report of

19  sexual assaults and sexual misconduct on the

20  platform are extremely rare.  We're talking about

21  one in over a million trips.  We don't have -- we're

22  not able to identify with reasonable confidence that

23  something potentially might happen on a trip.

24  ████████████████████████████████████

25            MS. PETERS:  And object to everything
```

Sunny Wong  Highly Confidential
June 25, 2025

1    sexual assaults?

2    A.        I didn't.  I didn't have time to look at

3    that during lunch.

4    Q.        Okay.  Okay.

5    A.        Maybe they were able to pull it.  If we

6    need to take another break later on, we can be -- we

7    can focus on that, yeah.

8    Q.        Sounds good.

9    A.        Yeah.

10   Q.        Sounds good.  Okay.

11             All right.  I want to talk about the words

12   "safety risk assessed dispatch" or "S-RAD" a little

13   bit more.  So the last word in that title for the

14   program is the word "dispatch," right?

15   A.        Correct.

16   Q.        And that's something that Uber does, is it

17   when it receives a ride request, it pairs a

18   particular driver to that ride request, and it

19   dispatches that driver, right?

20   A.        That's correct.

21             MS. PETERS:  Can we go to Document 68,

22   please.  This has been previously marked as

23   Exhibit 546 to the Silver deposition.  For the

24   record, this is a document starting with Bates

25   No. UBER_JCCP_MDL_541461.  And for the record, it's

Sunny Wong  Highly Confidential
June 25, 2025

```
 1   vehicles.  And it says, "Every time a rider requests
 2   a ride, there are multiple potential drivers that
 3   they can be matched with."  Right?
 4   A.        I'm able to see that, yes, it refers to
 5   the driver-rider supply plans we talked about
 6   earlier, yep.
 7   Q.        Right.  So what you've been referring to,
 8   "driver-rider supply plans," you're talking about
 9   the same thing that this slide is talking about,
10   that there are multiple potential matches with
11   potential drivers, right?
12   A.        That's correct.
13   Q.        And next page.  Uber looks for the right
14   or best match for a ride request, right?
15             MR. PREMO-HOPKINS:  Object to form.
16             THE WITNESS:  Yeah, as -- are you
17   referring to what's on the doc, or are you just
18   asking?
19             BY MS. PETERS:
20   Q.        I'm just asking for now.  So when -- Uber
21   looks for the best driver pairing for a given ride
22   request, right?
23   A.        And it's looking for the available drivers
24   that meet the criteria, and then it will find the
25   driver that they feel like it's the best match for
```

 1  that request.

 **2  Q.        Right?**

 3  A.        Right.

 **4  Q.        And when searching for the right match for**
 **5  a given rider, Uber looks at, among other things,**
 **6  safety, right?**

 7  A.        Well, S-RAD -- you know, we talked about
 8  earlier that it scores driver-rider pairings and
 9  then tries to reduce the probability of those
10  pairings from being dispatched at the end of the
11  request.

**12  Q.        Yeah, but I'm not getting into the weeds**
**13  of S-RAD yet.  I'm just saying, one of the things**
**14  that Uber is looking at at the -- when it's making**
**15  the pairing decisions is safety, right?**

16  A.        It's considering S-RAD.

**17  Q.        My question is, is Uber, when it makes**
**18  pairing decisions, taking safety into account?**

19  A.        As far as leveraging S-RAD as that safety
20  component, correct, yes.

**21  Q.        So don't even look at the document.**

22  A.        Okay.

**23  Q.        Just asking -- I'm just asking the simple**
**24  question.  When Uber makes a pairing decision, does**
**25  it take safety into account?**

Sunny Wong  Highly Confidential
June 25, 2025

 1  using that data.  So the goal is to reduce the

 2  probability of reports of sexual assaults reported

 3  on the platform.

 4          BY MS. PETERS:

 5  **Q.      I still don't think you're answering the**

 6  **question.  Let me see if I can try to incorporate**

 7  **your language.  So my question is, is it true that**

 8  **S-RAD scores potential pairings based on the risk of**

 9  **sexual assault or sexual misconduct for each**

10  **pairing?**

11  A.      Yes.

12  **Q.      And it assigns each pairing** ▓▓▓▓▓▓

13  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ **to reflect that risk, right?**

14          MR. PREMO-HOPKINS:  Object to form.

15          THE WITNESS:  That's the range of the

16  scores that come out of S-RAD.

17          BY MS. PETERS:

18  **Q.      Is that a "yes"?**

19  A.      Correct.

20  **Q.** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

21  ▓▓▓▓▓▓▓

22  A.      Correct.

23  **Q.      And then within that, when Uber has a trip**

24  **trigger rate of** ▓▓▓▓ **that means it's potentially,**

25  **in the aggregate, actioning the -- within that score**

Sunny Wong  Highly Confidential
June 25, 2025

 1   A.        How do you mean -- define "rare"?

 **2   Q.        Does it know the frequency?**

 3   A.        Again, we -- I'm not aware of anything

 4   that's been done previously.  And my team hasn't

 5   worked on specifically analyzing, say, the control

 6   side of the ▮▮▮▮▮▮  Again, theoretically, it could,

 7   but again, I mentioned earlier I'd probably have a

 8   lot of concerns with whether or not we have enough

 9   data to the draw any conclusions from doing such

10   analysis.

**11   Q.        To your knowledge, that analysis has not**

**12   been done; true?**

13   A.        I'm not aware of it.  It's possible that

14   someone has conducted it.  I'm not aware of any.

**15   Q.        When you've referred to "rare," because**

**16   you've brought that up, what did you mean by "rare"?**

17   A.        Well, when I think about the report rates

18   of sexual assaults on the platform, again, one in

19   over a million trips, again, that's just my view.

20   That seems like a very rare event.  But again, that

21   doesn't deter us from continuing to invest in safety

22   and trying to make those rare events even rarer.

**23   Q.        And what -- when Uber's deciding where to**

**24   set the trip trigger rate, what risk level is**

**25   acceptable to Uber?**

Sunny Wong  Highly Confidential
June 25, 2025

```
 1              MR. PREMO-HOPKINS:  Object to form.

 2              THE WITNESS:  We don't think about it in

 3     that context, right.  So we establish -- you know,

 4     through the development life cycle of S-RAD, they

 5     came up with a target ▮▮▮▮ or trigger rate of

 6     ▮▮▮▮▮ and sometimes it's higher, sometimes lower.

 7     We talked about how there's a pretty big difference

 8     between day and night trigger rates.  But again, we

 9     continue to reevaluate whether there are

10     opportunities to update the trigger rate as well.

11              BY MS. PETERS:

12     Q.        Right, but in terms of actual rates of

13     sexual assault, what -- what rate of sexual assault

14     is acceptable to Uber?

15              MR. PREMO-HOPKINS:  Object to form.

16              THE WITNESS:  There's nothing like that

17     that's been established, right.

18              BY MS. PETERS:

19     Q.        If the risk for the -- for sexual assault

20     for a given plan or pairing of particular rider with

21     a particular driver is ten times average, is that

22     acceptable to Uber?

23              MR. PREMO-HOPKINS:  Object to form, beyond

24     the scope of the notice.

25              THE WITNESS:  Again, we haven't discussed
```

Sunny Wong  Highly Confidential
June 25, 2025

```
 1   Q.         Okay.  And so in deciding where to put the
 2   trigger rate, did Uber make a decision about what
 3   level of risk for sexual assault was acceptable to
 4   Uber?
 5   A.         Not that I know -- sorry.
 6              MR. PREMO-HOPKINS:  Object to form.
 7              THE WITNESS:  Yeah, not that I know of.
 8              BY MS. PETERS:
 9   Q.         And do you know whether for the ████████
10   of trips, whether the risk is, you know, five times
11   the average, ten times average, 100 times average,
12   1,000 times average?  Do you have any idea?
13              MR. PREMO-HOPKINS:  Or the same.  Could be
14   the same, right?
15              THE WITNESS:  I don't know.
16              MS. PETERS:  Please, no coaching.
17              THE WITNESS:  I do not know.  I don't have
18   that data in front of me.
19              BY MS. PETERS:
20   Q.         I want to talk about Uber's knowledge.  So
21   one of the topics you've been designated on is
22   Uber's knowledge from 2012 to the present that
23   certain risk factors are associated with an elevated
24   risk or rate of sexual assault and/or sexual
25   misconduct.  We talked about these at a really high
```

Sunny Wong  Highly Confidential
June 25, 2025

1    **speak on behalf of Uber about the Uber's knowledge**

2    **that risk factors are associated with an elevated**

3    **rate or risk of sexual assault and/or sexual**

4    **misconduct, do you agree that late-night rides are**

5    **associated with an elevated rate or risk of sexual**

6    **assault and/or sexual misconduct?**

7    A.       From analysis that Sunny and others have

8    done from a -- again, they've conducted correlation

9    analysis that show higher rates.  Again, we're not

10   talking about causality or anything like that, but

11   these are early analysis that they've been able to

12   draw some findings of different factors.

13   **Q.       And so is that a "yes," that as the person**

14   **designated to speak on Uber's behalf about its**

15   **knowledge that certain risk factors are associated**

16   **with an elevated rate or risk of sexual assault**

17   **and/or sexual misconduct, late-night trips are, yes,**

18   **associated with an elevated risk?**

19   A.       They've -- their findings is that there's

20   higher rate of reports of sexual assaults when they

21   looked at daytime versus nighttime.

22   **Q.       Higher for nighttime, right?**

23   A.       Correct, yeah.  But whether it's 5X or

24   whatever level, I -- you know, it depends on the

25   circumstances, the time period and other factors.

1           MS. PETERS:  Could we put that slide back

2    up, please, Dianne?  Sorry about that.

3           BY MS. PETERS:

**4    Q.      All right.  So this is that same Sunny**

**5    Jeon PowerPoint, and he says, "High-risk trips**

**6    originate from a bar area."  Do you know what he**

**7    meant by that, "from a" -- by "a bar area"?**

8    A.      Can you give me a second?  Let me see if

9    it's referenced in there somewhere.

10          (Pause.)

11          THE WITNESS:  Yeah, it's not in the deck.

12   It might have been in the other write-up that we --

13   that he produced before.  I do see that on the

14   slide, though.

15          BY MS. PETERS:

**16   Q.      So at least in 2018 -- we don't know**

**17   exactly what a bar area is, but at that point, based**

**18   on whatever study Uber had done, it was aware that**

**19   high-risk trips tend to originate from a bar area,**

**20   right?**

21   A.      Yeah, without pulling the details of his

22   analysis, that seems to be what Sunny Jeon found to

23   be one of the insights.

**24   Q.      Right.  And he worked for Uber at the**

**25   time, right?**

Sunny Wong   Highly Confidential
June 25, 2025

```
 1              MR. PREMO-HOPKINS:  Just let's go off the
 2    record for one second.
 3              THE VIDEOGRAPHER:  Going off the record at
 4    2:49 p.m.
 5              (Discussion off the record from 2:49 p.m.
 6              to 2:50 p.m.)
 7              THE VIDEOGRAPHER:  Now we're back on the
 8    record at 2:50 p.m.
 9              BY MS. PETERS:
10    Q.        Do you agree that Uber should do whatever
11    it can to not make driver trip pairings that carry
12    an increased risk of sexual assault?
13    A.        Yes.
14    Q.        Let's go back to risk factors and
15    knowledge, which was what we were talking about
16    earlier.  Uber knows that reports of sexual assault
17    occur more commonly for trips on holidays, right?
18              MR. PREMO-HOPKINS:  Object to form.
19              THE WITNESS:  Is there a specific document
20    you're referring to?
21              BY MS. PETERS:
22    Q.        Actually, strike that.  I forgot I wanted
23    to ask you a follow-up question on the surge --
24    surge point that we were on.  Do you still have that
25    page open, the 2.5 times more likely report of
```

Sunny Wong   Highly Confidential
June 25, 2025

1   Q.        You said you see that in the document?

2   A.        Yes.

3   Q.        Do you have any updated data on that?

4   A.        Not that I'm aware of.

5   Q.        And then going to Exhibit 1240.  That's

6   the Sunny Jeon July 2018 S-RAD Model Overview,

7   page 10.  Do you see this Table 2 titled "Predictors

8   of Sexual Assaults"?

9   A.        Yep, I see ███████████████████████

10  ████████████████████████████████

11  Q.        Right.  We've talked about a number of

12  these, but I wanted to look at something under the

13  ████████████████████████████████      Third

14  row from the bottom is ██████████████   Do you see

15  that?

16  A.        I do see that.

17  Q.        And it says, ███████████████████████

18  ████████████████████████████   Do you see

19  where I'm reading from?

20  A.        I'm able to see that.

21  Q.        ████████████████████

22  A.        ████████████████████████████

23  ████████████████████████████████████

24  █████████████████

25  Q.        ████████████████████████████

Sunny Wong  Highly Confidential
June 25, 2025

 1  ███████████████████████████████

 2  A.    ███████████████████████████████

 3  ███████████████████████████████████

 4  ██████████████

 5  Q.    ███████████████████████████████

 6  ██████████████████████████████████

 7  ██████████████

 8  A.        Could you give me a moment to read the doc

 9  real quick?

10  Q.    Sure.

11  A.        I want to see what references they have on

12  the ███████████████

13          (Pause.)

14          THE WITNESS:  I had a chance to go through

15  it. █████████████████████████

16  ████████████████████████████████████████

17  █████████████████████████████████

18  █████████████████████████████████████

19  ████████████████

20          BY MS. PETERS:

21  Q.    ███████████████████████████████

22  ████████████████████████████████████████

23  █████████████████████████████

24  A.    ███████████████

25  Q.    Is that something that's in the S-RAD