# EXHIBIT F

# EXHIBIT 19

## EXHIBIT FILED UNDER SEAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

***CONFIDENTIAL***

VIDEOTAPED 30(b)(6) DEPOSITION OF
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC
GREG BROWN, Volume II

IN RE: UBER TECHNOLOGIES, INC.,

PASSENGER SEXUAL ASSAULT LITIGATION

MDL No. 3084 CRB

---

DEPONENT:      GREG BROWN, VOLUME II

DATE:          July 16, 2025

TIME:          9:24 a.m.

LOCATION:      NELSON MULLINS

               CHARLESTON, SC

REPORTED BY:   TERI L. KENNELLY, RPR, CRR

1     A.   It was.

2     Q.   And Uber had chose to make it, right?

3     A.   Generally speaking, yes.

4     Q.   Ms. [redacted] did not choose which driver
5  she would ride with, right?

6     A.   To the best of my knowledge, no.

7     Q.   She was not given a menu of different
8  drivers to pick from, right?

9     A.   No.  That's not how the -- excuse me,
10 Uber app works.

11    Q.   Had a double negative, my fault.

12         Did Uber present Ms. [redacted] with a menu
13 of drivers to choose from?

14    A.   Not to my knowledge, no.

15    Q.   Did Uber give her the option to say that
16 she only wanted to be paired with a woman driver?

17    A.   Not to my knowledge, no.

18    Q.   Did it give her the ability to express a
19 preference for a woman driver?

20    A.   Not to my knowledge, no.

21    Q.   Did it -- and you're the person speaking
22 for Uber about the communications between Uber
23 and Ms. [redacted] related to this trip, right?

24    A.   That's my understanding.

25    Q.   So in that role, speaking for Uber,