# EXHIBIT H

# EXHIBIT 24

## EXHIBIT FILED UNDER SEAL

UBER_JCCP_MDL_001741616

## Metadata

| Account | kateparker@uber.com; | SEMANTIC |
|---|---|---|
| All Custodians | Parker, Kate; | SEMANTIC |
| Application | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| Collaborators | rafiq@uber.com | SEMANTIC |
| Date Created | 03/15/2017 8:16 pm | SEMANTIC |
| Filename | Copy of S.A. Strategy_1fBelbXFqa6VPZNK-klYfXhF5LWL38WbJtlZDSTfX2ao.pptx | SEMANTIC |

EXHIBIT

Breeden 283

exhibitsticker.com

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL
PREPARED AT THE DIRECTION OF COUNSEL

# Sexual Misconduct Prevention Plan

UBER_JCCP_MDL_001741616

# Agenda

Landscape of Sexual Assault

Data Overview

Data Deep Dive

Plan of Action

Confidential - Attorney Client Privileged.  Prepared at the direction of Counsel

# Overview

## Background and Meeting Goal

- Insurance claims for sexual misconduct are increasing (timeframe?). You asked us to do two things:
    - Ask 1: Understand the claims and whether they are "real"
    - Ask 2: Do more to prevent sexual assault

- Our approach
    - Pulled together a cross-functional working group (safety, operations, comms, policy, legal, insurance) to ensure business alignment
    - Conducted a data deep dive into the issue
    - Created both short and long-term solutions to address sexual assault

- Today's goal:
    - Give you an update on our action plan and secure your approval for launch



UBER_JCCP_MDL_001741619

# Ground Truth on Claims

Addressing the questions of whether claims are real or not

- False claims
  - Approximately 16% of claims received by Uber are unfounded
- Insurance claim information presented removes those claims
  - Waterfall Diagram
- Data

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# It's a Complex Landscape

#InsideOut. Both reality and perception of sexual misconduct on our platform matter.

Churn, Supply, Demand, Regulatory Landscape, Media Perception, Insurance Rates are impacted by:

Reality: Reported incidents of sexual misconduct on our platform

- Serious incidents. Rare. Clean data.
- Lower-level incidents. More prevalent. Unclean data.
- High likelihood of under-reporting for both high and low level incidents.

AND

Perception: Reputational risks as to whether Uber "cares" about preventing sexual assault

- Increased consumer impact if perpetrator was perceived to 'fall through the cracks' (prior history, negative feedback'or warnings, etc.)
- Death by 1,000 cuts if the company does not respond appropriately or empathetically to customers via incident response
- Brand risk of perceived antipathy on sexual misconduct (e.g., leaked information, program positioning, etc)

UBER_JCCP_MDL_001741621

# Impact Will Be Difficult to Measure

But action is critical.

- High level incidents are very rare.
- Insurance data trails by 6+ months.
- Need to split sexual misconduct into risky behaviors.
- Data for lower-level incidents are not clean.

*Confidential - Attorney Client Privileged. Prepared at the direction of Counsel*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_001741622

# There's No Silver Bullet

Sexual misconduct is a complicated issue.

- Behavior of drivers towards riders.
- Behavior of riders towards drivers.
- Behavior in vehicles such as rider to rider issues.
- Behaviors in context (employee actions and understandings, cultural differences vis a vis sexual behaviors and attitudes).

*Confidential - Attorney Client Privileged.  Prepared at the direction of Counsel*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY



# Data Review

Analysis overview

- **Exploratory Analysis of All Sexual Misconduct Tickets (Global)**
  - ○ January - August 2016
  - ○ ▓▓▓▓▓

- **Manual Audit/Review of L4 Sexual Misconduct Tickets (Global)**
  - ○ January - Early September 2016
  - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

- **NLP/Manual Audit of Ticket History (US)**
  - ○ ▓▓▓▓▓ with L4 sexual misconduct January-Early September 2016
  - ○ ▓▓▓▓▓▓▓▓▓▓▓

- **Insurance**
  - ○ 18 months of trip data - 530 million trips
  - ○ Limit claims to 3 months old to account for reporting bias
  - ○ ▓▓▓▓▓▓▓▓

*Confidential - Attorney Client Privileged.  Prepared at the direction of Counsel*



Split overview of general characteristics (night time is most vulnerable time, perpetrator skews heavy male); icons for each with findings

Second slide that does a deep dive into more interesting (surprising) findings

 UBER_JCCP_MDL_001741626





A deep dive into more interesting (surprising) findings



ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY



A ticket can have multiple subtypes.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY



A ticket can have multiple subtypes.

UBER_JCCP_MDL_001741631



# Q4 Impact

Near-Term Goals

Objective A: Reduce sexual misconduct issues in [risky behaviors / tickets] by X percent in Y timeframe

KR 1: Prevent bad actors from onboarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

KR 2: Launch revised sexual misconduct offboarding policy

KR 3: Baseline and improve ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮

Objective B: Create a preventative, empathetic and zero tolerance culture for sexual misconduct

KR 1: Educate 100% of drivers (potentially ▮▮▮▮▮▮▮▮▮▮ on sexual misconduct and consent

KR 2: Educate [X]% of consumer base with consumer safety tips (geo-targeted reminders)

KR 3: Train IRT on appropriate sexual assault response, measuring impact via implementation survey (in progress)

KR 4: Close IRT response for high severity S.A. to 30 minutes from 16 hours

UBER_JCCP_MDL_001741633

# Close Onboarding Gaps

Objective A: Reduce sexual misconduct issues in [risky behaviors / tickets] by X percent in Y timeframe

Target Launch: 12/12

- Key Result 1: Prevent bad actors from onboarding █

  █
- Framing:
  - ○ ██████████████████████████████████████████
    - ■ [To confirm: of claims what % are from bad actors that should have been blocked]
    - ■ Identify automation where possible (must be manual review via regulation)
  - ○ Currently zero understanding of whether we have the right screening procedures and access across the U.S., and if there are additional processes that would improve screening efficiency
- Roll-out:
  - ○ Map known gaps across stages of the onboarding funnel with Driver Growth and Compliance
    - ■ Criminal database access (lookback regulations and database pool; varies by state)
  - ○ Engineering and process of in-house adjudication
  - ○ Establishment of QA process for BGC adjudication with improvements to move BER from estimated █████

- Considerations:
  - ○ Criminal database access is dependent on Policy regulation work
  - ○ Engineering scope based on audit and potential impact

UBER_JCCP_MDL_001741634

# Strengthen Deactivation Policies & Process

Objective A: Reduce sexual misconduct issues in [risky behaviors / tickets] by X percent in Y timeframe

Target Launch: 12/14

- Key Result 1: Launch revised sexual misconduct offboarding policy
- Key Result 2: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- Framing:
  - Current deactivation policies are not data or research driven.
  - Current policies do not control for the number of trips.
  - Drivers are allowed to have multiple violations per level (e.g., theoretically can have two L1 and two L2 complaints and not be deactivated under 3 strike rule).
  - Basic Error Rate and QA is not currently tracked.
  - GMs are often relied upon to make final decisions and need more support.
  - IRT agents rely on manual scans of past incident behavior.
- Roll-out:
  - Audit current processes and policies across response and enforcement (in progress)
  - Revise policy (on track)
  - Improve tools (e.g., Safety Lens) with relevant Categorization and Driver History to help Agents make the right decisions
  - Strengthen Arnold feedback inputs from Feedback Channel along with Trip Rating
  - Complete new policy / process training for IRT and all GMs
  - Track policy enforcement and breakdowns to baseline and improve BER through QA and high risk audits
  - Train 100% of U.S. GMs in Sexual Misconduct Offboarding Policy decisions
- Considerations:
  - New process and policies need to undergo Risk / Supply audit alongside Legal review

# Establish Sexual Misconduct Education

Objective B: Create a preventative, empathetic and zero tolerance culture for sexual misconduct

Target Launch: 11/16

- Key Result 1: Educate 100% of drivers (potentially ▇▇▇▇▇▇▇▇▇▇) on sexual misconduct and consent
  - Correct misperceptions in normative beliefs about sex and rape. Change harmful attitudes toward sexual misconduct. Increase knowledge of consent policy.
  - Ensure education does no harm and is driven by expertise.
- Framing Data:
  - Our code of conduct serves as our conscience and a representation of Uber's values that we won't stand for sexual misconduct.
  - Currently, there is zero education on our consent policy or targeted information to drivers outside of the web-based deactivation policy.
- Roll-out:
  - Create and deploy target audience (e.g., ▇▇▇▇▇▇▇▇▇▇
  - Develop sexual misconduct prevention training (videos, alloy cards, GLH materials), addressing the critical issues of sexual assault, stalking, sexual harassment created in collaboration with national experts.
  - Baseline and measure overall awareness and understanding of code of conduct in random sample tests.
- Considerations:
  - Research has shown that brief, introductory programs focused on awareness have zero effectiveness at changing attitudes and behaviors. In some areas, they have been shown to do harm if poorly created (brand and impact).

**REDACTED - PRIVILEGED**

# Promote Consumer Safety Tips (Helix)

Objective B: Create a preventative, empathetic and zero tolerance culture for sexual misconduct

Target Launch: Tied to launch of Helix (12/1)

- Key Result: Educate X% of consumer base with consumer safety tips (potentially geo-targeted)
- Framing Data:
  - Consumer safety tips vis a vis sexual misconduct awareness is not currently widespread
- Roll-out:
  - Content (on track)
  - Targeted messaging to rider population to provide safety tips (weekends, nights, etc)
  - Cards in the rider app can be rolled out as soon as Helix is fully launched across the key markets
- Considerations:
  - Helix cards can't be selectively pushed yet to geo-fenced regions so we risk oversaturating the message (cannot push messages by gender or other factors)
  - Most vulnerable customers might not be in a state to read the cards (impact on actual prevention is likely limited)
  - Helix usually has multiple cards stacked against each other - so we need to pair this up with a larger public safety campaign
  - If Helix bumps to 2017, the other option would be a "splash screen" but that is only city by city control for all riders so it must be very general on safety tips. (Likely requires A-team approval since eng on ERA is frozen)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Improve Incident Response

Objective B: Create a preventative, empathetic and zero tolerance culture for sexual misconduct

Target Launch: 12/12

- Key Result 3: Close IRT response for high severity S.A. to 30 minutes
- Key Result 4: Train IRT on appropriate sexual assault response, measuring impact via implementation survey (IRT shared OKR)
- Framing:
  - Currently takes +12 hours for incidents to reach IRT
  - IRT agents currently have **zero** education on how to handle sexual misconduct responses
- Roll-out:
  - Elimination of appeasements for sexaul misconduct
  - JIRA Form optimization (expected launch: 11/4)
  - Arnold integration with IIT (dependent on launch of IIT)
  - Safety Lens enhancements which will increase the accuracy and efficiency of IRT investigations (deprioritized behind Arnold front end and prioritization queues)
  - IRT Training for sexual misconduct and before and after survey on effectiveness
- Considerations:
  - TBD

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Longer-Term Efforts

Q1 and beyond

| Timing | Objective | Intervention |
|---|---|---|
| Q1 | Ensure a better warning system for risky behavior | - Update ratings system to provide more information on nuanced sensitivities (by gender, risky behavior, etc)<br>- Continue to refine Arnold to improve ability to ID high risk drivers based on ticket history |
| Q1 | Reduce risky pairing | Launch Intelligent Dispatch Model (building in Q4 but deployed in Q1) |
| Q1 | Better alerting to ecosystem | Trip Delay detection (in partnership with Family Product team) |
| Q2 | Grow ecosystem of women drivers | Share My Trip Driver Feature (not yet in development) |
| Q2 2017 | Real-time intervention | Audio monitoring in cars (aggression, slurred speech, etc)<br>Improved offboarding via veracity |
| Q1 | Affirm our commitment to the cause | Join movements and participate more meaningfully as a brand in partnership and campaign efforts to combat sexual misconduct |

# Dependencies

## For Approval

- Product Ask (headcount)
- IRT Engineers (headcount)
- Expert resources

UBER_JCCP_MDL_001741640

# Conclusion

Next Steps and Expected Outcomes

- Q1 Impact:
    - Reduce sexual misconduct issues in [risky behaviors / tickets] by X percent in Y timeframe

    - Create a preventative, empathetic and zero tolerance culture for sexual misconduct
        - Brand tracker improvements
        - Social media sentiment tracking
        - Positive articles

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY                    UBER_JCCP_MDL_001741641

# APPENDIX

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL

# STRIKE TEAM STRATEGIC PLAN

**A. Establishment of U.S. Task force (Complete)**
- Safety Leadership, Policy, Legal, Comms, Data Science, Ops Leadership, Product / Eng
- Kick-off working session: October 12

**B. Compile data & research to inform problem areas, evidence-backed solutions**
- Initial analysis (complete)
- Deeper-data dives to include L3 and additional data-streams

**C. Conduct a strategic review of existing external resources and promising best practice**
- Ensure Uber leverages the vast body of work available on reduction of sexual assaults

**D. Evaluate and engage experts with subject-matter insights to inform strategy**
- Alan Berkowitz, Antonia Abbey, Denice Labertew, David Lisak, Dr. Gail Stern

**E. Develop a coordinated response**
- Identify target audience for interventions based on sound strategy (universal [entire population], selective [heightened risk survivor / perp] or indicated [actual survivor / perp])
- Create robust and actionable plan for solutions and best practices

UBER_JCCP_MDL_001741643

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL

## Strike Team

| Name | Title |
|------|-------|
| Joe Sullivan | Chief Security Officer |
| Kate Parker | Planning & Operations, Safety Brand |
| Heather Rothenberg | Research, Standards and Risk |
| Nirveek De | Product |
| M Waleed Kadous | Technology (Sensing & Perception) |
| Dorothy Chou | Safety Policy |
| Betsy Masiello | Policy |
| Candace Kelly | Safety Legal |
| Curtis Scott | Regulatory / Insurance Legal |
| Rachel Holt | U.S. Ops |
| Brooke Anderson (and Tracey Breedeen) | Safety Comms |
| [TBD] | Data Science / Statistician |

After global, this slide should be
U.S. specific on rape (1-5 women), sexual assault
stats (%), Ideally black cityscape with uber car.

For Uber specifically, we should have placeholders
for meta stats on payouts, claims, ticket increases,
etc







Exploratory Analysis

Confidential - Attorney Client Privileged. Prepared at the direction of Counsel

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY



Exploratory Analysis

Confidential - Attorney Client Privileged. Prepared at the direction of Counsel



Time of Trip

Insurance Analysis

Confidential - Attorney Client Privileged.  Prepared at the direction of Counsel

UBER_JCCP_MDL_001741650



## Alcohol Involvement

████████████████████████████████████ were visibly
disoriented at pickup or dropoff.

Manual Audit

*Confidential - Attorney Client Privileged.  Prepared at the direction of Counsel*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY



# Driver Age and Gender

The age distribution for drivers associated with L4 sexual misconduct tickets skews young.  SML claim rates were overwhelmingly higher for males.

Confidential - Attorney Client Privileged.  Prepared at the direction of Counsel

                    UBER_JCCP_MDL_001741653





UBER_JCCP_MDL_001741655





## Location

SML claim rates are highest ███████████████████████
████████████████████

Insurance Analysis

*Confidential - Attorney Client Privileged.  Prepared at the direction of Counsel*





Insurance Analysis

# Geography: Population Density

Population density calculated by zip code
Low: < 3,000 people / sq mi
Med: 3,000 - 13,000 people / sq mi
High: 13,000+ people / sq mi

Confidential - Attorney Client Privileged. Prepared at the direction of Counsel

Pick-up low population density areas

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY



## Driver Indicators

Drivers involved in SM may be associated with ███████████████
████████

Confidential - Attorney Client Privileged. Prepared at the direction of Counsel

UBER_JCCP_MDL_001741660



Driver Characteristic: Average Rating

Insurance Analysis

Confidential - Attorney Client Privileged.  Prepared at the direction of Counsel

UBER_JCCP_MDL_001741661

Manual Audit

- It appears that drivers associated with L4 sexual misconduct tickets had a ██████████ ████████████████████████████ though additional analysis is required.

- Approximately ███████████████████████████████████████████████ ███████████████████████████████████████████. The nature and distribution of these tickets requires further assessment.

Confidential - Attorney Client Privileged.  Prepared at the direction of Counsel



## Guiding Intervention Principles
TBD

Empathetic, positive and contextualized

Focused on a variety of prevention layers from business practices to education to product

Directed to change the environment in which violence occurs

Ongoing and timed to have maximum impact on behavior development

Fit within socio-cultural/local context

Scientific and consistently evaluated.

Specifically tailored to our goals and our audience.

Developed by trained staff with specialized knowledge in sexual misconduct prevention.

Confidential - Attorney Client Privileged.   Prepared at the direction of Counsel

Sources

Anonymous. "Sexual Violence Prevention Fact Sheet." ATSA, http://www.atsa.com/sexual-violence-prevention-fact-sheet. Accessed 17 October 2016.

Berkowitz, Alan. "Fostering Healthy Norms to Prevent Violence and Abuse: The Social Norms Approach". www.alanberkowitz.com, May 2010. http://www.alanberkowitz.com/articles/Preventing%20Sexual%20Violence%20Chapter%20-%20Revision.pdf. Accessed 17 October 2016.

Center for Disease Control. "Preventing Intimate Partner & Sexual Violence". www.cdc.org, http://www.cdc.gov/violenceprevention/pdf/IPV-SV_Program_Activities_Guide-a.pdf. Accessed 17 October 2016

Cohen, Larry, and Susan Swift. "The Spectrum of Prevention: Developing a Comprehensive Approach to Injury Prevention". Injury Prevention. Vol 5, 1999, 203-207.

Morrison, Shannon, et al. "An Evidence-Based Review of Sexual Assault Preventive Intervention Programs". September 2004.

Nation, Maury, et al. "What Works in Prevention." American Psychologist, Vol. 58, No 6/7, 2003, 449-456.

U.S. Department of Justice, Office of Justice Programs. "The Comprehensive Approach to Sex Offender Management". 2008.

Watch list and prioritization of further incidents at regional level
Under-reporting of creepy driver - research
Female reporting of ratings
Fake uber driver SML effect- Right rider in the right car.

UBER_JCCP_MDL_001741664

# LIFECYCLE OF THE APPROACH

Show solutions in context of the trip life cycle (A. Screening weeds out the bad actors first B. safety interventions keep users safe C. we work to ensure justice is brought to perpetrator and quick support for survivor)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# GUIDING PRINCIPLES

**Target all levels of the Spectrum of Prevention.** The most comprehensive interventions recognize the complex layers of cultural, relationship and societal norms on behaviors and have means to address these layers by:

1. Strengthening Individual Knowledge and Skills
2. Promoting Community Education
3. Educating Providers
4. Fostering Coalitions and Networks
5. Changing Organizational Practices
6. Influencing Policy and Legislation

*Confidential - Attorney Client Privileged.  Prepared at the direction of Counsel*

Sources

Anonymous. "Sexual Violence Prevention Fact Sheet." ATSA, http://www.atsa.com/sexual-violence-prevention-fact-sheet. Accessed 17 October 2016.

Berkowitz, Alan. "Fostering Healthy Norms to Prevent Violence and Abuse: The Social Norms Approach". www.alanberkowitz.com, May 2010. http://www.alanberkowitz.com/articles/Preventing%20Sexual%20Violence%20Chapter%20-%20Revision.pdf. Accessed 17 October 2016.

Center for Disease Control. "Preventing Intimate Partner & Sexual Violence". www.cdc.org, http://www.cdc.gov/violenceprevention/pdf/IPV-SV_Program_Activities_Guide-a.pdf. Accessed 17 October 2016

Cohen, Larry, and Susan Swift. "The Spectrum of Prevention: Developing a Comprehensive Approach to Injury Prevention". Injury Prevention. Vol 5, 1999, 203-207.

Morrison, Shannon, et al. "An Evidence-Based Review of Sexual Assault Preventive Intervention Programs". September 2004.

Nation, Maury, et al. "What Works in Prevention." American Psychologist, Vol. 58, No 6/7, 2003, 449-456.

U.S. Department of Justice, Office of Justice Programs. "The Comprehensive Approach to Sex Offender Management". 2008.

Watch list and prioritization of further incidents at regional level
Under-reporting of creepy driver - research
Female reporting of ratings
Fake uber driver SML effect- Right rider in the right car.

# CORE PREVENTION PRINCIPLES

- Empathetic, varied teaching methods and comprehensive.
- Change the environment in which violence and exploitation occur.
  - Focusing on individual behavior is important, but creating interventions for an environment / community can foster more comprehensive change.
- Foster strong positive relationships between groups.
- Ongoing and timed to have maximum impact on development of beliefs.
- Fit within socio-cultural/local context.
- Scientific and consistently evaluated.
- Specifically tailored to their goal and audience.
- Developed by trained staff with specialized knowledge.

Confidential - Attorney Client Privileged.  Prepared at the direction of Counsel

Sources

Anonymous. "Sexual Violence Prevention Fact Sheet." ATSA, http://www.atsa.com/sexual-violence-prevention-fact-sheet. Accessed 17 October 2016.

Berkowitz, Alan. "Fostering Healthy Norms to Prevent Violence and Abuse: The Social Norms Approach". www.alanberkowitz.com, May 2010. http://www.alanberkowitz.com/articles/Preventing%20Sexual%20Violence%20Chapter%20-%20Revision.pdf. Accessed 17 October 2016.

Center for Disease Control. "Preventing Intimate Partner & Sexual Violence". www.cdc.org, http://www.cdc.gov/violenceprevention/pdf/IPV-SV_Program_Activities_Guide-a.pdf. Accessed 17 October 2016

Cohen, Larry, and Susan Swift. "The Spectrum of Prevention: Developing a Comprehensive Approach to Injury Prevention". Injury Prevention. Vol 5, 1999, 203-207.

Morrison, Shannon, et al. "An Evidence-Based Review of Sexual Assault Preventive Intervention Programs". September 2004.

Nation, Maury, et al. "What Works in Prevention." American Psychologist, Vol. 58, No 6/7, 2003, 449-456.

U.S. Department of Justice, Office of Justice Programs. "The Comprehensive Approach to Sex Offender Management". 2008.

Watch list and prioritization of further incidents at regional level
Under-reporting of creepy driver - research
Female reporting of ratings
Fake uber driver SML effect- Right rider in the right car.

UBER_JCCP_MDL_001741667



A deep dive into more interesting (surprising) findings

UBER_JCCP_MDL_001741668



A deep dive into more interesting (surprising) findings