# EXHIBIT J
# FILED UNDER SEAL

# EXHIBIT 30
# FILED UNDER SEAL