# EXHIBIT K

# EXHIBIT 31

## EXHIBIT FILED UNDER SEAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

---------------------------------------------------X
IN RE: UBER TECHNOLOGIES, INC.
PASSENGER SEXUAL ASSAULT LITIGATION

        Case no. 3:24-cv-07019-CRB
        Case no. 3:24-cv-07821
        Case no. 3:24-cv-7940
        Case no. 3:23-cv-06708
        Case no. 3:24-cv-04900
---------------------------------------------------X

*** HIGHLY CONFIDENTIAL ***

VIDEOTAPED DEPOSITION

OF

SUNNY WONG

WEDNESDAY, JULY 23, 2025

Reported by:
CANDIDA BORRIELLO
Stenographic Reporter
JOB NO. 6929785-001

```
 1            S. Wong - Highly Confidential
 2   ████████████████████████████████████████
 3   ████████████████████████████████████████
 4   ████████████████████████████████████████
 5   ████████████████████████████████████████
 6        Q.   Got it.  So ████████ means --
 7   strike that.
 8                    ████████████████████████
 9   ████████████████████████████████████████
10   ████████████████████████████████████████
11   ████████████████████████████████████████
12   ████████████████████████████████████████
13   ██████
14        A.   That is correct.
15        Q.   And the same thing for the ████
16   ████████████████████████████████████████
17   ████████████████████████████████████████
18   ██████████████
19        A.   Correct.
20        Q.   Those were things that Uber knew
21   were associated with a heightened risk for
22   sexual assault or sexual misconduct, right?
23        A.   We put that as one of the factors
24   or one of the features into the model.  I
25   know we discussed some correlations last time
```

Case 3:23-md-03084-CRB   Document 4848-16   Filed 12/30/25   Page 5 of 11

```
 1              S. Wong - Highly Confidential
 2         Q.    Yeah, it's a little messy.
 3              ████████████████████████████
 4    ██████████████████████████████████████
 5    ██████████████████████████████████
 6    ████████████████████████████████████
 7    right?
 8         A.    ████████████████████████████
 9    ██████████████████████████████████
10    ██████████████████████████████████████
11    ███████████████████████████████
12    ██████████████████████████████████████
13    █████
14         Q.    And right down at the bottom of
15    this slide it says that ██████████████
16    ██████████████████████████████
17    ██████████, right?
18         A.    That's what it looks like on the
19    deck there.
20         Q.    And that's your understanding,
21    right?
22         A.    ████████████████████████████
23    ██████████████████████████████████████
24    ██████████████████████████████████████
25    ██████████████████████████████
```

```
 1              S. Wong - Highly Confidential
 2     █████████████████████████████████████████
 3        Q.   ████████████████████████████████
 4     ██████████████████████████████
 5     ████████████████████████████████████████
 6     ██████████████████████████
 7        A.   ████████████████████████████████
 8     ██████████████████████████████
 9        Q.   Great.  And that conversion, is
10     that done by a human or is that done by an
11     algorithm?
12        A.   ██████████████████████████████
13     ██████████████████████████████
14     ████████████████████████████████████
15     ██████████████████████████████
16     ████████████████████████████████████████
17     ██████████████████████████████
18     ██████████████████████████████
19     ████████████████████████████████████
20     ████████████████████████
21        Q.   ████████████████████████████████
22     ██████████████████████████████
23     ████████████████████████████████████████
24     ████████████████████████████████
25        A.   Say that again.
```

```
 1           S. Wong - Highly Confidential
 2      Q.   ████████████████████████████████
 3   ████████████████████████████████████████
 4   ████████████████████████████████████████
 5   ████████████████████████████████████████
 6   ████████████████████████████████
 7   ███████
 8      A.   Well, ███████████████████████████
 9   ████████████████████████████████████
10   ████████████████████████████████████████
11   ██████████████████████████████████
12   ████████████████████████████████████████
13   ███████
14           ████████████████████████████
15   ████████████████████████████████████████
16   ████████████████████████████████████████
17   ██████████████████████████████████
18      Q.   ████████████████████████████████
19   ████████████████████████████████████████
20   ████████████████████████████████████████
21   ██████████████████████████
22      A.   ████████████████████████████████
23   ████████████████████████████████████████
24   ████████████████████████████████████████
25   █████████████████
```

```
 1            S. Wong - Highly Confidential
 2      Q.   ███████████████████████████████
 3   ███████████████████████████████████
 4   ███████████████████████████████
 5   ██████
 6      A.   █████████████████████
 7   ████████████████████████
 8   ███████████████████████████████
 9   ███████████████████████████████
10   █████████████████████████████████████
11   ███████████████████████████████
12   ████████████████████
13      Q.   ██████████████████████████
14   █████████████████████████████████████
15   █████
16      A.   ██████████████████████████████
17   ███████████████████████████████
18   █████████████████
19      Q.   ██████████████████████████
20   █████████████████████████
21      A.   ██████████████████████████
22   █████████████████████████
23   ██████████████████████
24   █████████████████████████████████████
25   ██████████████████████████
```

```
 1           S. Wong - Highly Confidential
 2   ████████████████████████████████████████
 3   ██████████████████████████████
 4   ██████████
 5      Q.   ███████████████████████████████
 6   ███████████████████████████████████
 7   ███████████████████████████████████
 8   ███████████████████████████████████
 9   ████████████████████████████
10      A.   ██████████████████████████
11   ███████████████████████████████████
12   ████████████████████████████████
13   ████
14      Q.   Sure.  I'll reword it.
15            ███████████████████████████
16   ██████████████████████████████
17   ██████████████████████████████
18   ████████████████████████████
19   ███████████████████████████████
20   ███████████████████████████████████
21   ███████████████████████████████████
22   ██████████████████████████████
23   ██████████████
24      A.   ███████████████████████████████
25   ████████████████████████████████
```

```
 1              S. Wong - Highly Confidential
 2      ███████████████████████████████████████████
 3      ███████████████████████████████████████████
 4      ████████████████████████████████████
 5      ████████████████████████████████████
 6      ██████████████████████████
 7          Q.   I want to stick with my question,
 8   not --
 9          A.   Yeah, yeah, go for it, please.
10   Maybe you can clarify again.
11          Q.   Yeah.  Is there -- we talked about
12   like for each of these cases and we're
13   getting into the other ones, █████████████
14   ███████████████████████████████████████████
15   █████████████
16          A.   Yes.
17          Q.   ████████████████████████████████
18   ██████████████████████████████████████
19   ██████████████████████████████████████
20   █████████
21          A.   Correct.
22          Q.   And just to make sure I don't have
23   a problem with asking that question:
24   ██████████████████████████████████████
25   ██████████████████████████████████████
```

```
 1              S. Wong - Highly Confidential
 2         A.   ███████
 3         Q.   ████████████████████
 4   ██████████████████████████████████
 5   ████████████
 6         A.   ██████████████████████
 7   ██████████████████████████████████
 8   ██████████████████████████████████
 9   ██████████████████████████████████
10   ██████████████████████████████
11   ████████
12              MS. PETERS:  I'm gonna object as
13        nonresponsive to everything starting
14        with the word "because."
15        Q.   Let me just try to get a clean
16   question and answer.
17             ████████████████████████
18   ██████████████████████████████████
19   ████████████
20        A.   ██████
21        Q.   And that's been true for 2022, 2023
22   and 2024, right?
23        A.   Yes.
24             MS. PETERS:  We can take that
25        down.  And I want to move to the
```