# EXHIBIT N

# EXHIBIT 42

## EXHIBIT FILED UNDER SEAL

UBER_JCCP_MDL_002260229

Kelly Brown
EXHIBIT
June 17, 2025
**1102**

## Metadata

| | | |
|---|---|---|
| **#Author** | cgibbons@uber.com | SEMANTIC |
| **#Date Modified** | 12/28/2023 | SEMANTIC |
| **#DateCreated** | 10/17/2022 | SEMANTIC |
| **#Title** | Incident Response Session \| One-pager creation | SEMANTIC |
| **All Custodians** | Gibbons, Catherine;Uber Technologies, Inc.; | SEMANTIC |
| **Collaborators** | ksengupta@uber.com; lricci@uber.com; chanel.kan@uber.com; uber.com | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **Filename** | Incident Response Session - On_1CGmBCIIeQs8MrSKg7Hay3DHTOXcXYySWCbltiq0BC6s.pptx | SEMANTIC |
| **Other Custodians** | Uber Technologies, Inc.;Gibbons, Catherine; | SEMANTIC |
| **Primary Date** | 10/17/2022 9:17 pm | DOC_TYPE_ALIAS |

**Document Produced in Native**

CONFIDENTIAL



# Incident Response

October 19th

Questions?
@chanel.kan



# Incident Response

DRAFT

Incident Response is focused on 1) making safety support more accessible, empathetic, tailored, and transparent and 2) optimizing agent processes & tooling to provide a best-in-class customer experience

Safety POCs
Alex Madsen

Ops POCs
Mayank Rajput (APAC)
Matthijs van Bloois (EMEA)
Alfonso Gonzales (LatAm)
Matt Baker (US&C)

Rebecca Payne
Jose Sandi
Dave Weber
Akanksha Singh

ProdOps POCs
Juliana Barreto
Natalia Galvez

PCM, Legal
Jen Handley

## Context & Insights

- **Accessible:** ▮ of drivers, riders, & couriers do not find it easy to get in touch with Uber's support agents when a safety incident occurs (*Uber Safety Deep Dive Report, Sept 2022*); Only ▮ of contacts resolved by a Safety agent are submitted through a Safety support channel (e.g. Safety help node, Critical Safety Line, On-trip support/ ADT)
- **Empathetic & Tailored:** Only ▮ of customers reported that Uber's support agents make them feel like Uber cares about resolving their issue (*Uber Safety Deep Dive Report, Sept 2022*)
- **Fair Actioning:** ▮ of customers believe that Uber takes appropriate actions when someone is reported against (*Uber Safety Deep Dive Report, Sept 2022*); In EMEA, between ▮ of Urgent contacts were ultimately de-escalated to Non-Urgent or Non-Safety, unnecessarily impacting users who were initially waitlisted

| Safety Theme | KPIs |
|---|---|
| Inspire Trust | Accessibility: *% of safety incidents created from a Safety support channel* |
| Inspire Trust | Awareness: *% of users who know where to report a Safety issue* |
| Inspire Trust | Customer experience: CSAT (Urgent & Non-Urgent), 1* CSAT (Urgent) |
| Inspire Trust | Safety Sentiment: *% of users who believe Uber cares about resolving their issue* |
| Inspire Trust | Fair Actioning: *Waitlist accuracy; Reactivation time* |
| Inspire Trust | Efficiency: *AHT?* |

| Priority #1 | Priority #2 | Priority #3 |
|---|---|---|
| **Make it easier for customers to report a Safety issue** | **Enable agents to provide an empathetic & tailored customer experience** | **Regain customer confidence that Uber cares about resolving their issue** |
| • Develop a safety reporting channel strategy that encompass both on-trip & post-trip reporting<br>• Build intuitive Help Center<br>• Ensure seamless CX and agent support experience for all in-app reporting channels and safety tools (Ridecheck, SOS) | • Reduce number of touch points during urgent safety support interactions<br>• Equip agents with better tools to handle poor CX cases (e.g. conflicting reports, multiple issues within one contact)<br>• Develop high-level CX principles for handling safety incidents | • Strengthen media (Dashcam, audio recordings) standards & processes<br>• Improve waitlist accuracy<br>• Reduce reactivation time to minimize impact to "good" actors |

| Key Projects | Timeline | Accountable |
|---|---|---|
| Develop safety reporting channel strategy | H1 | CommOps/ Product |
| In-app Help Center architecture proposal | H2 | CommOps |
| Improve media safety standards & support processes | H1/H2 | Os/ CommOps |
| Pilot Principles Based Support in each region | TBD | CommOps |
| Optimize urgent incident reporting process | H1 | CommOps |
| Waitlist accuracy improvements | H1 | CommOps |
| Reactivation time reduction | H1 | CommOps |

**Flow of session**

1. [5 mins] Introductions - whos who
2. [5 mins] Scope of Incident Response  - @chanel
3. [20 mins] Context & Insights from CommOps Review - @chanel
4. [1 hour] ALL!
   a. [15 mins] Priority Level Alignment
   b. [ 20 mins] KPI Alignment
   c. [20 mins] Key Projects
5. [5 mins] Wrap and next steps - Karina

# Scope of Incident Response

- Making safety support more **accessible, empathetic, tailored, and transparent** and
- Optimizing processes + tooling to ensure risky actors are taken off the platform quickly and accurately

**Incident Response 101**

*A highly simplified approach of the process*

LE Request — LE Portal

Intakes *emergency and legal process* data requests *from* law enforcement and public health officials

Create/update JIRA for potential deactivation decision

Law Enforcement Response Team

Investigate & make deactivation decision

Triage

Urgent incidents

Investigations

Decisions not to deactivate

SIPS Automated System — Flag potential safety concerns based on behavior patterns

Deactivate users based on patterns of unsafe behavior

DACT Deactivation Team

Incident Identification Team (IIT)

Safety Content Flagger *routes* tickets based on keywords and machine learning

Incident Response

Categorize & respond to low severity incidents

General Support

Customer Reporting Channels

Crash detection

Social media

Phone

In-app (24/7)

# Some Learnings

# Safety Sentiment
*Incident Response*

# Build trust that Uber will be there to make things right if issues occur

## WHY IT MATTERS

Over half of riders and drivers and more than 2 in 5 couriers self-report having experienced safety issues using Uber, but fewer than half know where to go to get support, feel Uber cares, or believe Uber will take appropriate action if incidents are reported.

## HOW TO DO IT

- **Make it easier to find support** – less than half of Riders, Drivers and Couriers believe it's easy to get in contact with Uber support

- **Provide more effective real-time support**, which we could address by leaning into Live Support through ADT in the US and rolling out in other markets

- **Lead with empathy** and more of a human tone when handling support issues; for earners specifically, they're also looking for more benefit of the doubt from Uber, as many feel that Uber often defaults to taking the riders' side

"

"Faced with inappropriate behavior of the driver, I made a complaint in customer service and **received only an automated response**, which **did not make me feel confident that the problem would be solved or that action would be taken** to prevent it repeating in the future." BR Rider

"Multiple times **Uber has not supported me when they have clear dashcam with audio evidence of egregious rider behavior**." US Driver

"Customer **service should be instant and humanized**. Not a system answer." US Courier

While Riders often experience safety issues, few trust that we'll be there for them to make things right, suggesting <u>we have work to do in order to build trust in our processes for managing incidents</u>

Fewer than half of riders know where to go to get support, feel that Uber support agents truly care, or believe Uber will take action

### Rider Perceptions of Uber Safety Support on …
*( % 'Agree' and Strongly agree'  Among All Uber Riders)*

| | | |
|---|---|---|
| **Availability** | Is available to help me during an emergency | |
| | It is easy to get in touch with Uber's support agents when a safety incident occurs | |
| **Empathy** | Uber's support agents make me feel like they care about resolving my issue | |
| **Resolution and Action** | I am satisfied with the actions Uber's support agents take to address my issue | |
| | <u>Uber takes appropriate actions when someone is reported against</u> | |

Q20.. When it comes to safety issues, how much do you agree with the following about 's support?



I was sexually harassed and assaulted by several drivers and Uber simply apologized. I was never made aware if the drivers received disciplinary action, I wasn't refunded. Uber did nothing.

US Rider

Faced with inappropriate behavior of the driver, I made a complaint in customer service and received only an automated response, which did not make me feel confident that the problem would be solved or that action would be taken to prevent it repeating in the future."

BR Rider

10

While a majority of Drivers globally experience safety issues, <u>many don't trust Uber to have their back when things go wrong, and believe Uber unfairly tends to side with Riders</u>

As with Riders, fewer than half of Drivers know where to go to get support, feel that Uber support agents truly care, or believe Uber will take action in response to issues

### Driver Perceptions of Uber Safety Support on ...
*( % 'Agree' and Strongly agree'  Among All Uber Drivers)*

| | | |
|---|---|---|
| **Availability** | Is available to help me during an emergency | |
| | It is easy to get in touch with Uber's support agents when a safety incident occurs | |
| **Empathy** | Uber's support agents make me feel like they care about resolving my issue | |
| **Resolution and Action** | I am satisfied with the actions Uber's support agents take to address my issue | |
| | <u>Uber takes appropriate actions when someone is reported against</u> | |

Q20.  When it comes to safety issues, how much do you agree with the following about 's support?



> Uber supports the rider more than the driver so reporting incidents would be a waste of time.

**AU Driver**

> After I lost my trust in Uber and realised they don't care about drivers, I stopped reporting incidents because it is a waste of time.

**UK Driver**

> Multiple times Uber has not supported me when they have clear dashcam with audio evidence of egregious rider behavior.

**US Driver**

11

# While many Couriers experience safety issues, they feel we need to improve the way we support them when things go wrong

Similar to Riders and Drivers, fewer than half of Couriers know where to go to get support, feel that Uber support agents truly care, or believe Uber will take action

| Courier Perceptions of Uber Safety Support on ... | |
|---|---|
| *( % 'Agree' and Strongly agree' Among All Uber Couriers)* | |
| **Availability** | Is available to help me during an emergency |
| | It is easy to get in touch with Uber's support agents when a safety incident occurs |
| **Empathy** | Uber's support agents make me feel like they care about resolving my issue |
| **Resolution and Action** | I am satisfied with the actions Uber's support agents take to address my issue |
| | Uber takes appropriate actions when someone is reported against |

Q20. When it comes to safety issues, how much do you agree with the following about 's support?



Customer service should be instant and humanized. Not a system answer.
TW Courier

"I would feel safer if I knew I was able to reach a human customer service representative quick in case of an emergency."
US Courier

"Uber don't represent us or back us up because we are self contractors. They support the customer. [...] but delivery services take no responsibility and still put rules on couriers that make us unsafe."
US Courier

CSAT

# Global Urgent Safety CSAT is ███████ with █████████ ████████████████ driving ██████████ of the volume.



**Reported Against CSAT makes up ▮▮▮ of contact volume globally and is a large detractor of overall CSAT.**

*CSAT poll volume; We are only able to capture 85% of all CSAT responses in the incident party segments due to data limitations.

# Safety: What can we do to build trust for each incident party?



| Incident Party Segments | How we can improve CSAT |
|---|---|
| **Reporter Ticket** | Users should know **how to report** a safety concern, feel heard, and **trust that we will act quickly and empathetically** |
| **Reported Against Ticket** — Reactivated (waitlisted and reactivated); Warned (no waitlist) | Users should **understand the investigation process** and **how to adapt their behavior** based on our policies |
| **Reported Against Ticket** — Deactivated (including indef waitlists) | Users should have a **clear understanding of our policies and reason for deactivation** |

# Reporter Experience

# In-App Help can be confusing to navigate and assumes customers understand what a "Safety issue" is



**Riders are directed to Discovery Bot after selecting a trip or selecting the *"Help with a trip"* option in the menu**



# In-App Help can be confusing to navigate and assumes customers understand what a "Safety issue" is



Selecting "Report Safety Issue" brings you to a list of safety help articles, but SIRL is the final option in the list that you must scroll down to locate

# In-App Help can be confusing to navigate and assumes customers understand what a "Safety issue" is

Riders can also select the direct link to the SIRL help article, which is an FAQ-style article with a link to initiate a phone call



# The current Reporter experience via inbound phone requires multiple touch points with safety support

**CURRENT PROCESS**

- When a user calls Uber to report an urgent safety incident, they have the potential to speak with 4 different agents before the case is resolved

- This not only results in varying levels of quality support, but it also creates a path for a survivor to share their story multiple times

**OBSERVATIONS**

- In [REDACTED] of Sexual Assault/ Sexual Misconduct contacts, it was observed that all the call attempts from the investigation team were unsuccessful as the reporters were not answering the call



Distribution of contacts based on agents being able to reach the reporter

# Reported Against Experience

22

# On average, we tend to be more cautious with our waitlisting policy, resulting in lower waitlist accuracy and more time off the platform for our good users

| Support Actions | |
|---|---|
| 1.Report | ● Rider reports Driver for running over her foot |
| 2.Statement of Experience | ● Support calls Rider 6 times in 3 days |
| 3.Investigation | ● Driver has been WL for 36h<br>● No confirmation of Rider injury |
| 4.Conclusion | ● Driver receives an education SR and is reactivated |

**Driver Statement after Reactivation**

"I will accept the consequences of any action that I take which harms the reputation of the company that I work with . However if false accusations happening and putting me off work and making me feel distressed then there must be a compensation to that. Otherwise every time someone accuses me of something that I didn't commit then my account gets blocked and I get put off work it will harm me mentally financially which will end really bad for me ."

● Platform was secure and potential risks were avoided

● Driver had his account suspended for 36h

Source: SAFE-3045814

**Based on the user's initial report, and taking into account the Safety categorization policies, support needs to decide on being cautious and WL or de-escalate**



The accuracy not being 100% means support applied the waitlist based on information available in the first report to avoid any potential safety risks

Data: EMEA March Aug, 2022 (Source) | *WL-Waitlist | **Safety Categorization is based on the Safety Global Taxonomy Guidelines

# While the majority of reactivations occur within ███████████, the long tail has a significant impact on users leading to a poor customer experience

Data: EMEA reactivated contacts after a waitlisting action Jan–May, 2022 ([Source](Source))
June onwards was excluded due to the CAI CoE backlog and data impact

# Priority Area alignment

# Proposed Priority Areas

*What would you change here? What's missing and what should we add?*

**Project ideas(?)**
- **Dashcam** Ensure folks upload + use dashcam. How do we ultimately synthesize / use this given standard? Can we close the loop?
- **Optimize the full customer journey to improve CX** Need to better understand the full customer journey (including channel before tickets are created)? Where do people get lost in the app/drop off (including before they get to agents)?
- **Transparency** Providing more visibility into our processes and progress through an investigation
- **Conflicting Reports** Lack ability to track data for parties & outbound comms

**Metrics** Align safety and product metrics to support prioritization (*% of users who got help through app channel* )

**Consider modifying Priority Area name/scope** to Incident Response Customer Experience

**Crash Experiences** (out of scope?)

## Priority #1

**Make it easier for customers to report a Safety issue**

- Understand ideal channel mix (phone, messaging, chat) for customers reporting a safety issue
- Build intuitive Help Center - locate safety nodes where users expect them to be, rather than what we assume is best
- Ensure end to end experience from other inapp channels (Ridecheck, SOS)

## Priority #2

**Enable agents to provide an empathetic & tailored customer experience**

- Shift away from step-by-step SOPs to high-level principles for handling safety incidents
- Refresh Trauma-Informed approach training for safety agents
- Reduce number of touch points during urgent safety support interactions

## Priority #3

**Optimize agent-led processes for actioning risky actors (or RAPs)**

- Improve waitlist accuracy
- Reduce reactivation time to minimize impact to "good" actors

# KPI alignment

**Proposed top line KPIs**
*What would you change here? What's missing and what should we add?*

| Safety Theme | KPIs |
|---|---|
| Inspire Trust | Accessibility: *% of safety incidents created from a Safety support channel (joint metric, including in-app help) Missing something about awareness* |
| Inspire Trust | Customer experience: *CSAT (Urgent & Non-Urgent), 1\* CSAT (Urgent) Support sentiment (uber cares about my issue and is going to do something about it when I tell them)* |
| Inspire Trust | Fair Actioning: *Waitlist accuracy (% Contacts that at the moment of the classification were classified as Urgent and were closed as Urgent)* |
| Inspire Trust | Fair Actioning: *Reactivation time* |

**Jose**: Efficiency? Agent as the end customer
**Chanel:** How to show we optimize agent tooling (agent-facing survey for baseline)

# P0 Projects Alignment

**Some long list projects from CommOps**

*Let's add more projects below, and align on crossfunctional must-dos*

| Key Projects | Timeline |
|---|---|
| Review safety channel strategy (channel mix) | H1 |
| In-app Help Center architecture proposal | H2 |
| Create governance for Help Center management | Q1 |
| Pilot Principles Based Support in each region | TBD |
| Refresh & rollout Trauma Informed Approach training | H1/H2 |
| Optimize urgent incident reporting process | H1 |
| Waitlist accuracy improvements | H1 |
| Reactivation time reduction | H1 |

| Add more ideas here! | Timeline |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |