# EXHIBIT O

# EXHIBIT 43

## EXHIBIT FILED UNDER SEAL

# UBER_JCCP_MDL_003273474



## Metadata

| All Custodians | Chang, Frank;Freivogel, Cory;Luu, Jenny;Sheridan, Danielle; | SEMANTIC |
|---|---|---|
| Application | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_003273474 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 09/14/2018 11:31 pm | SEMANTIC |
| Date Modified | 07/29/2024 4:51 pm | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER_JCCP_MDL_003273560 | SEMANTIC |
| File Size | 5517369 | SEMANTIC |
| Filename | Feedback Tags for Gus_1K3Se7D7n4h3TxOeDcb49SvTWOI5EuEKfQJKMle8zPmc.pptx | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_003273474;UBER_JCCP_MDL_003273475;UBER_JCCP_MDL_003273476;UBER_JCCP_MDL_003273477;UBER_JCCP_MDL_003273478;UBER_JCCP_MDL_003273479;UBER_JCCP_MDL_003273480;UBER_JCCP_MDL_003273481;UBER_JCCP_MDL_003273482;UBER_JCCP_MDL_003273483;UBER_JCCP_MDL_003273484;UBER_JCCP_MDL_003273485;UBER_JCCP_MDL_003273486;UBER_JCCP_MDL_003273487;UBER_JCCP_MDL_003273488;UBER_JCCP_MDL_003273489;UBER_JCCP_MDL_003273490;UBER_JCCP_MDL_003273491;UBER_JCCP_MDL_003273492;UBER_JCCP_MDL_003273493;UBER_JCCP_MDL_003273494;UBER_JCCP_MDL_003273495;UBER_JCCP_MDL_003273496;UBER_JCCP_MDL_003273497;UBER_JCCP_MDL_003273498;UBER_JCCP_MDL_003273499;UBER_JCCP_MDL_003273500;UBER_JCCP_MDL_003273501;UBER_JCCP_MDL_003273502;UBER_JCCP_MDL_003273503;UBER_JCCP_MDL_003273504;UBER_JCCP_MDL_003273505;UBER_JCCP_MDL_003273506;UBER_JCCP_MDL_003273507;UBER_JCCP_MDL_003273508;UBER_JCCP_MDL_003273509;UBER_JCCP_MDL_003273510;UBER_JCCP_MDL_003273511;UBER_JCCP_MDL_003273512;UBER_JCCP_MDL_003273513;UBER_JCCP_MDL_003273514;UBER_JCCP_MDL_003273515;UBER_JCCP_MDL_003273516;UBER_JCCP_MDL_003273517;UBER_JCCP_MDL_003273518;UBER_JCCP_MDL_003273519;UBER_JCCP_MDL_003273520;UBER_JCCP_MDL_003273521;UBER_JCCP_MDL_003273522;UBER_JCCP_MDL_003273523;UBER_JCCP_MDL_003273524;UBER_JCCP_MDL_003273525;UBER_JCCP_MDL_003273526;UBER_JCCP_MDL_003273527;UBER_JCCP_MDL_003273528;UBER_JCCP_MDL_003273529;UBER_JCCP_MDL_003273530;UBER_JCCP_MDL_003273531;UBER_JCCP_MDL_003273532;UBER_JCCP_MDL_003273533;UBER_JCCP_MDL_003273534;UBER_JCCP_MDL_003273535;UBER_JCCP_MDL_003273536;UBER_JCCP_MDL_003273537;UBER_JCCP_MDL_003273538;UBER_JCCP_MDL_003273539;UBER_JCCP_MDL_003273540;UBER_JCCP_MDL_003273541;UBER_JCCP_MDL_003273542;UBER_JCCP_MDL_003273543;UBER_JCCP_MDL_003273544;UBER_JCCP_MDL_003273545;UBER_JCCP_MDL_003273546;UBER_JCCP_MDL_003273547;UBER_JCCP_MDL_003273548;UBER_JCCP_MDL_003273549;UBER_JCCP_MDL_003273550;UBER_JCCP_MDL_003273551;UBER_JCCP_MDL_003273552;UBER_JCCP_MDL_003273553;UBER_JCCP_MDL_003273554;UBER_JCCP_MDL_003273555;UBER_JCCP_MDL_003273556;UBER_JCCP_MDL_003273557;UBER_JCCP_MDL_003273558;UBER_JCCP_MDL_003273559;UBER_JCCP_MDL_003273560 | SEMANTIC |
| ILS Document Date | 07/29/2024 | SEMANTIC |
| ILS Prod Date | 3/4/2025 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL111 | SEMANTIC |
| Other Custodians | Freivogel, Cory;Sheridan, Danielle;Chang, Frank;Luu, Jenny; | SEMANTIC |
| Primary Date | 09/14/2018 11:31 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL111; | SEMANTIC |
| Redacted | Yes | SEMANTIC |
| Sort Date | 07/29/2024 4:51 pm | SEMANTIC |

# Analysis of Rider-to-Driver Feedback Tags (US only)

November 2018

Uber

CONFIDENTIAL

# Riders are Asked to Submit Feedback Tags after Giving 1~4 Star Ratings to Drivers

### 5 star: complimentary stickers



### 1~4 star: feedback tags



**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

CONFIDENTIAL

# Proactive Outreach to Riders Who Submit Tags

**Findings**: drivers have ███████████████████████████████████████

███████ This is a very simple rule, and does not use models, gender, etc.

**Proposed Application:** collaborate with US Ops team to proactive outreach riders who submitted ██████████████████████████ /other tags

## Pilot:

● Launched in Las Vegas and LA on Nov 21st as part of SA Prevention Pilot

**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

CONFIDENTIAL                                                                        UBER_JCCP_MDL_003273495