# EXHIBIT Q

# EXHIBIT 45

## EXHIBIT FILED UNDER SEAL

**UBER_JCCP_MDL_000508970**

Sue Brown
EXHIBIT
June 17, 2025
**1104**

## Metadata

| | | |
|---|---|---|
| **#Author** | lisahand@uber.com | SEMANTIC |
| **#Date Modified** | 08/06/2021 | SEMANTIC |
| **#DateCreated** | 04/22/2019 | SEMANTIC |
| **#Title** | (2) FG REPORT Qual-Safety User Research (R & D) | SEMANTIC |
| **All Custodians** | Freivogel, Cory;Kaiser, Roger | SEMANTIC |
| **Collaborators** | kaiser@uber.com; lisa.handalian@meraki.net; lrenery@gmail.com; cory.freivogel@uber.com; lisahand@cisco.com; uber.com | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **Filename** | (2) FG REPORT Qual-Safety User Research (R & _12KaF89MNnARRrxMxlUA8j5OoJrruDOqWcGRiOAKxlG8.pptx | SEMANTIC |
| **Other Custodians** | Freivogel, Cory;Kaiser, Roger | SEMANTIC |
| **Primary Date** | 04/22/2019 12:44 am | DOC_TYPE_ALIAS |



# Quality | Safety UX Research
Joint-Driver/Rider Focus Groups &
Rider Usability Interviews

Granular Feedback Tagging (Driver Quality, Rider Safety)
On-Trip Safety Reporting

LisaHand@Uber.com
April 18 - May 2, 2019

**U/XR** **Uber**

- Confidential - Attorney Client Privileged -

4/9 Story Time
Tip boosting mini-prd dhruv

## This report details

How **riders** evaluate drivers
and feel more secure;

How **drivers** may utilize that feedback;

& How **Uber** may improve both in order
to better serve and protect our users.

**2**

- Confidential - Attorney Client Privileged -



such as not using windshield wipers, not realizing they didn't want to chat, and not having a car seat in their vehicle

We think of it as 'safety' whereas they do as emergency, in the moment, rather than prevention.

Framing it as prevention per se might bridge that gap

# tl;dr

### Research focus

To learn:

★ Drivers' definitions of "quality;" their associations of the current system; and the kinds of feedback that would help them improve

★ Riders' mental models, attitudes, and behaviors around the current feedback options and safety reporting choices.

★ What tags could enable drivers to improve while facilitating the identification of high risk drivers and reduction of safety-related incidents

### Research rationale

Driver "quality" is currently undefined, yet pervasive across overlapping projects within Engagement (e.g., Granular Tagging) and Safety (e.g., On-trip Reporting), among others.

This research examined both sides of the rider-to-driver feedback system to understand how both align with one another and how they might be expanded.

To understand possible actions riders might take when encountering a safety issue, we conducted a cognitive walkthrough and usability-lite interviews on the latest on-trip safety reporting designs.

### Bottom line

Both drivers and riders are in favor of





This research will be a success if Product and Eng are able to balance business needs with the user-centered, qualitative nature these findings.

**3**

- Confidential - Attorney Client Privileged -

Uber

TABLE OF CONTENTS

**01** Key Takeaways

**02** Methods & Participants

**03** Detailed Findings, incl Accordion Usability

**04** Recommendations & Next Steps

**05** Appendix

- Confidential - Attorney Client Privileged -

# 01 Key Takeaways

5



(results).

- Confidential - Attorney Client Privileged -

such as not using windshield wipers, not realizing they didn't want to chat, and not having a car seat in their vehicle

We think of it as 'safety' whereas they do as emergency, in the moment, rather than prevention.

Framing it as prevention per se might bridge that gap



such as not using windshield wipers, not realizing they didn't want to chat, and not having a car seat in their vehicle

We think of it as 'safety' whereas they do as emergency, in the moment, rather than prevention.

Framing it as prevention per se might bridge that gap

# 02 Methods & Participants



**Focus group work**



**Cognitive walkthrough**

8

# Research methods

### Focus group topics (4/18)

All three groups followed a similar progression, according to each user set's perspective and experience (scripts):

★ Session 1 focused on **riders'** own definitions of "good" drivers, negative tags, and low rating criteria. They also shared past safety issues and their feedback behavior.

★ Session 2 also focused on **drivers'** definitions of "good" drivers, their response to negative tags, and ways to improve the feedback system.

★ Session 3 combined drivers and riders. Each group generated and shared their own criteria for driver quality; sought consensus around low ratings; and sorted issues under existing categories and new ones of their own making.

### Cognitive walkthrough (4/18)

The last 45 minutes of focus group 1 were spent conducting a "cog walk" - a scenario-based, screen-by-screen exercise aimed at providing designers with quick targeted UI feedback. Learn more

The designs evaluated were for On-Trip Reporting (findings in Appendix).

### Rider usability interviews (5/2)

Task-based research was conducted with riders who walked through their own "bad Uber trip" scenarios. They were shown two different prototypes presented in a counter-balanced fashion to eliminate the influence of learning effect.

The prototypes strung together designs from both the Granular Tagging and On-trip Reporting projects, allowing participants to proceed and provide feedback naturally.

9

- Confidential - Attorney Client Privileged -



# Participant recruiting criteria

### Focus groups (22 users)

On April 18, **three focus groups** and **one cog walk** were made up of the following user cohorts:

- ★ **5 riders** who had previously rated under 4 stars and had reported a Safety-related issue
- ★ **6 drivers** whose 1-4 star ratings had included a Professionalism* tag
- ★ **6 riders** together with **5 drivers** with the above profiles

\* The Safety Data Science team have <u>reported</u> on this (undefined) tag as being a precursor to safety-related incidents. It is being eliminated.

### 1:1 Interviews (5 users)

On May 2, **interviews** were sourced with **5 riders** who met the same criteria as previously.

All but one participant were women (one of whom being elderly and physically impaired). The fifth was a male in his 20s.

### Upcoming card sort (310 responses)

310 responses were completed out of 15,000 riders in every US city with Uber service. Over 1100 categories were generated from across the respondents across the 45 tags provided them. Analysis complete (<u>results</u>).

The randomized sample did not target riders with any columns indicative of their past rating or tagging behavior.

- Confidential - Attorney Client Privileged -

 Uber

# 03 Detailed Findings



- ★ <u>UX Feedback: Granular Tagging</u>
- ★ <u>Safety-related Reporting</u> (incl. Toolkit)
- ★ <u>Ratings & Driver Descriptions</u>
- ★ <u>Content Considerations</u>

11



# UX Feedback: Granular Tagging



# Views on current tags

The following attitudes validate ███████████████ for both drivers and riders.

**Drivers**

★ All driver participants ████████████
████████████████████

★ As we know, it is █████████████████
████████████ (see right).

**Riders**

★ A few believed that ██████████████
████████████████████
████

★ This causes most riders we spoke with
████████████████████████

13                                    - Confidential - Attorney Client Privileged -

### Areas for improvement

**Vehicle Appearance**
6 reports

A rider suggested that your vehicle could use some surface level cleaning. We tell you this because it might help you increase your rating.

**Professionalism**
3 reports

UXR  Uber

They also ████████████████████████████
████████████████████████.



- Confidential - Attorney Client Privileged -

# Accordion experience



★

★ All agreed

★ One participant mentioned the expectation that

★ One participant

- Confidential - Attorney Client Privileged -

# Reactions to category / tag combos



**Note**: 5 users are too few to base design decisions on. The card sort will be the best indicator of the number and category names and contents.

- Confidential - Attorney Client Privileged -

UXR  Uber

# "Contact" issues



- Confidential - Attorney Client Privileged -

Uber

# Reactions to "Other"



- Confidential - Attorney Client Privileged -



# Helping drivers improve

★ According to a recent <u>Labs study</u>, improvements are more likely to 'take' under these circumstances:

★ Riders mentione

★ They also

19

- Confidential - Attorney Client Privileged -

Uber

# Additional UI observations



- Confidential - Attorney Client Privileged -



**Ratings & Driver Quality Feedback**



22



# Drivers' views on feedback

★ Drivers have long ▮▮▮▮▮▮▮▮▮

★ They referred to ratings ▮▮▮▮▮▮

★ ▮▮▮▮▮▮▮▮

★ This research emphasized the above points,

"Riders shouldn't have the ability to measure performance. That's Uber's job. Riders can provide feedback for improvement, though."

**M.C.** - Driver
(15K+ trips since 4/2015)

23

- Confidential - Attorney Client Privileged -

# "Good" drivers - according to drivers

Derived from focus group participants, **not** in reference to existing or proposed tags. The card sort included some of these items along with those from other sources (e.g., those of Safety DS).

★ Not picking up or dropping off in bus stops or other restricted areas

★ Skillfully working around difficult conditions (weather, traffic)

★ Providing excellent service (per former chauffeurs or those in hospitality industry)

★ Treating Uber as their business

★ Don't drop off passengers in the middle of a street

★ Customer service-focused

★ Anticipating riders' tastes in selecting music and volume

★ Smooth braking

★ Knowledgeable of local laws, including where - and where not - to park

★ Using turn signals!

★ Local: knowing the city (able to drive without GPS)

★ Don't triple park at airport

★ Not dropping riders off in middle of the street

See Q1 Quality Hub research for related topics



24

- Confidential - Attorney Client Privileged -

Uber

# "Good" drivers - shared perspectives

The following were generated by **both drivers and riders** across the three focus groups.

- ★ Polite demeanor
- ★ Attentiveness to riders' social cues
- ★ Welcoming attitude
- ★ Obeying rules of the road
- ★ Driving smoothly
- ★ Open to rider diversity
- ★ Luggage, car door assistance
- ★ Driving neither too fast nor too slow

- ★ Don't use too many pine trees!
- ★ Professional appearance
- ★ Mounted phone
- ★ Strong English skills
- ★ Well-kept car inside and out
- ★ Mechanically maintained
- ★ App knowledge (GPS, Pin location)
- ★ Doing what riders want (despite Uber policy)
- ★ Good rating



25

- Confidential - Attorney Client Privileged -

 Uber



Note: 



# Why no negative feedback?

"My driver pulled off on the side of the freeway, but I already had an issue weeks before. And I thought Uber would hold me more accountable than the driver [if she reported it]. I didn't want them to shut me down."    (**J.S. -** rider)

27    - Confidential - Attorney Client Privileged -



- Confidential - Attorney Client Privileged -



Drivers substantiated these points accordingly:





**Safety-related Reporting**



- Confidential - Attorney Client Privileged -





Slide 32





- Confidential - Attorney Client Privileged -



- Confidential - Attorney Client Privileged -



- Confidential - Attorney Client Privileged -

Immediacy and Uber-controlled action characterize the
following emergency responses on participants' wishlists:

- ███████████████████████████████

- ███████████████████████████████
  ███████████████████████

- ███████████████████████████████
  ████████████

  ████████████████████████████

  ████████████████████████████



- Confidential - Attorney Client Privileged -



- Confidential - Attorney Client Privileged -



Content Considerations

# Importance of UX Writer

Since no writer had touched the content used in the prototypes, the following that were mentioned previously bear repeating.



Explicit tagging comments are made on the next slide.

y Client Privileged -





# 04 Recommendations & Next Steps

42

# Quality recommendations

**1. Standardize the "meanings" of tags (and ratings), and then educate riders**
Once tags and categories are finalized (post-card sort), both riders and drivers would benefit from educational modules, whether in-app, via Comms, Product Ops, in GLHs, etc.

**2. Base granular feedback tag categories and granular tags on Driver and Rider input**
Rather than relying on an Uber-centric approach to tag and category grouping and labeling, this research suggests that users' definitions of quality may not be in complete alignment with Uber's perspectives. Without organic definitions, drivers will not get specific feedback on how to improve. Recent Quality Hub research also supports this recommendation.

**3. Consider alternate rider-to-driver feedback means**

This may be explored in H2 Quality Vision research.

43

 Uber

# Quality recommendations



**6. Localize content for global markets - both quality and safety**
Terms like "boot" and concepts around safety (e.g., cash) need to be localized for different markets. It is highly likely that quality definitions and practices around performance (ratings) differ culturally.

- Confidential - Attorney Client Privileged -



# Safety recommendations



- Confidential - Attorney Client Privileged -

# Recommended next steps

**1. Card sort** (next slide)

Once results are analyzed, they will provide insight into category and tag labels, as well as how riders compartmentalize the topics, as well as whether they might prefer more categories with fewer tags, or fewer categories with more tags (slide here).

**2. More user testing (iterative)**

As findings are incorporated into Once wording is finalized and UX interview findings are incorporated, the next step is to test a series of higher fidelity prototype with real content.

**3. A/B experiments**

After the Eng handoff (May 15-29), UXR will support experiments to determine the best combination of feedback experiences.

**4. Global research**

This report started with US-based riders and topics only. Issues may be insufficient for countries that accept cash, for example, or requiring different labels such as "boot."

International testing in appropriate regions is in order.

**5. Quality 2.0 (H2) Vision work**

This research may serve as the foundation for a deep-seated re-evaluation of the driver evaluation and feedback system that would entail discovery and innovation research.

- Confidential - Attorney Client Privileged -

 Uber



From **May 1 to May 9,**

- Confidential - Attorney Client Privileged -

# Thank you!

## Quality Team
Lisa Handalian, UXR lead
Anthony Tadina, Design lead
Dhruv Tyagi, PM
Roy West, UX Writing
Jeremy Le, Eng
Isabella Liu, Product Ops

## Safety Team
Chloe Fan, Design
Aakanksha Mirdha, Design
Rebecca Payne, PM
Neil Chopra, PM
Emma Pan, DS
Hadi Khazraee, DS
Roy West, UX Writing

48

Enduro

# 05 APPENDIX

- ★ Compilation of feedback resources
- ★ List of existing tags
- ★ Ratings & tag resources
- ★ On-trip Reporting: Screen-by-screen feedback

49

# Quality & safety feedback resources

★ Research Proposal for this research
★ Tagging folder 2019 work (Drive)
★ Tagging folder 2017 (UXR)
★ Quality Hub UXR report (May 2019)
★ Mini-PRD (Dhruv's)
★ Carbon: Ratings & Feedback Current State
★ Driver Pro-Tip Library
★ Drive folder: Feedback Tag Resources
  (Eng, Product - pre-2019)
★ Card Sort findings

★ Rating Anxiety (UXR, 2017)
★ Driver Survey results around feedback (2016)
★ Compliment survey UXR (2016)
★ On-Trip Reporting PRD (Neil Chopra)
★ Chloe and Aankanksha design deck (On-trip...)
★ Safety Feedback Tag Usage (Emma, Safety)
★ Feedback-tag-based driver deactivation
  (Safety, Helen Z) and Rebecca (PM)'s PRD

★ Hadi's Ticket Audit presentation (Safety)

50                          - Confidential - Attorney Client Privileged -                          UXR  Uber



- Full list , various concerns
- Complicated selection method:
  - Four
  - Product based
  - Random select
- Summary , different…
- We mainly focus on but also explored



On-trip Reporting Cog Walk

# What is a "Cog walk?"

**What.** A cognitive walkthrough ("cog walk") is a formalized way of imagining people's thoughts and actions when they use an interface for the first time.

**Why.** Walkthroughs identify problems that new users will likely have when they first use an interface.

**How.** The facilitator selects one of the tasks that the design is intended to support. Participants are asked to step through the task, action by action, seeing if they can identify any problems with the interface.



53

# "Cog walk" details



54

Uber

# Toolkit icon



55

Uber



Would it be possible for users to rearrange the order? (grabbers?)



Would it be possible for users to rearrange the order? (grabbers?)





# Your trips: Flow 1



60

Uber

# Your trips: Flow 1



61

Uber





