# EXHIBIT R

# EXHIBIT 52

## EXHIBIT FILED UNDER SEAL

# UBER_JCCP_MDL_001562549

## Metadata

| | | |
|---|---|---|
| **#Author** | drivestorage2@uber.com | SEMANTIC |
| **#Date Modified** | 08/23/2017 | SEMANTIC |
| **#DateCreated** | 08/21/2017 | SEMANTIC |
| **#Title** | Analyses Sexual Misconduct Policy | SEMANTIC |
| **All Custodians** | Uber Technologies, Inc.; | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Attachment Names** | ppt | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_001562549 | SEMANTIC |
| **Collaborators** | frank@uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 08/21/2017 10:33 pm | SEMANTIC |
| **Date Modified** | 08/23/2017 7:36 pm | SEMANTIC |
| **DocID** | 1NlE0mY7aFRnX18Ofqef3X0_4u3P7_gyoxuOCsnWpC_A | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_001562549 | SEMANTIC |
| **File Size** | 4900702 | SEMANTIC |
| **Filename** | Analyses Sexual Misconduct Policy_1NlE0mY7aFRnX18Ofqef3X0_4u3P7_gyoxuOCsnWpC_A.pptx | SEMANTIC |
| **GoogleDocumentType** | PRESENTATION | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_001562549 | SEMANTIC |
| **ILS Document Date** | 08/23/2017 | SEMANTIC |
| **ILS Prod Date** | 11/26/2024 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL039 | SEMANTIC |
| **Labels** | Google Drive Environment Scan->ALL OUs v3->ALL 3; Google Drive Environment Scan->OU ownership v3->Service Accounts3 | SEMANTIC |
| **LINKSOURCEBEGBATES** | UBER_JCCP_MDL_000369829; UBER_JCCP_MDL_001574266; UBER_JCCP_MDL_001574356; UBER_JCCP_MDL_001708050 | SEMANTIC |
| **MD5 Hash** | 4ff5358f63baca76b2eed1c7380ffe5e | SEMANTIC |
| **Other Custodians** | Uber Technologies, Inc.; | SEMANTIC |
| **Primary Date** | 08/21/2017 10:33 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL039; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 08/23/2017 7:36 pm | SEMANTIC |
| **SourceHash** | 769f627469d8aeb0132fe46957492b86 | SEMANTIC |
| **Viewers** | frank@uber.com | SEMANTIC |



## Steps in designing the new policy:

Categorization
Intervention
Deactivation Threshold
Evaluation of the new policy

*Attorney Client Privileged*

# Steps in designing the new policy:

Categorization
Intervention
Deactivation Threshold
Evaluation of the new policy

*Attorney Client Privileged*



This category includes a wide variety of behaviors, therefore we proposed to split it up into 4 categories / contact types:

# We proposed the following categories

|  | **Sexual Misconduct (L1/L2)** | **Sexual Assault (L3/L4)** |
|---|---|---|
| **Proposed** | • Non-Explicit Inappropriate Comments<br>   ○ Asking personal questions<br>   ○ commenting on appearance<br>   ○ flirting<br>   ○ asking out / soliciting more contact<br>• Explicit Inappropriate Comments<br>• Staring or Leering<br>• Rider-Rider Consensual Sexual Activity | • Threat of Sexual Assault<br>• Masturbation or Indecent Exposure<br>• Reported Sexual Touching<br>   ○ Physical Touching<br>   ○ Forced Sexual Touching<br>• Reported Sexual Intercourse |
| **Current** | • Inappropriate comment<br>• Inappropriate gesture - no physical contact<br>• Staring or leering | • Masturbation<br>• Indecent Exposure<br>• Non-consensual Touching<br>• Non-consensual Intercourse |

*Attorney Client Privileged*

Based on research, the following behaviors are different in terms of severity

# Steps in designing the new policy:

Categorization

Intervention

Deactivation Threshold

Evaluation of the new policy

*Attorney Client Privileged*

## Intervention could/should have the following goals:

1. <u>deactivating</u> serious offenders
2. <u>deactivating</u> persistent (unintentional and/or opportunistic) offenders
3. **specific <u>deterrence</u>**
4. general <u>deterrence</u>

*Attorney Client Privileged*

1. Deactivate those driver partners that are involved in serious sexual misconduct incidents (*deactivating serious offenders*).
2. Deactivate drivers that are persistently involved in lower level sexual misconduct incidents (*deactivating persistent offenders which could be unintentional and/or opportunistic*).
3. Prevent drivers involved in less serious sexual misconduct incidents from showing this behavior again (this can happen either through education or through the next step: deactivation) (*specific deterrence*).
4. Prevent drivers that have not been involved in sexual misconduct incidents from engaging in such behavior (*general deterrence*).

## Based on analyses and criminological knowledge, a policy for sexual misconduct should have:

- non-stigmatizing responses to first/second time alleged 'offenders'
- education lightly based on cognitive behavioral interventions
- <u>crystal clear consequences of future behavior</u>

Taking into account what we know about **labeling, deterrence, and rehabilitation** and applying this to Uber's situation, I would recommend a policy with:
- non-stigmatizing responses to first/second time 'offenders (to avoid labeling and following the *risk* principle of what works in rehabilitation)
- education lightly based on cognitive behavioral interventions (obviously drivers will not participate in extensive cognitive-behavioral 'therapy', but we can still apply the same principles and focus on changing their attitudes (into the attitude that this kind of behavior is inappropriate on the Uber platform).
- crystal clear consequences of future behavior (attaining specific deterrence)

# Moreover, I proposed that we:

- Include outreach to the accused party
- Include whether case is false accusation / inconclusive / conclusive
- Focus on driver partners as victims of SM
- Have a specific IRT team focused on SM
- Have a policy that is clear and unambiguous so it can be consistently implemented by the IRT team

# What features distinguish driver partners with many or serious sexual misconduct ticket from those who don't have sexual misconduct tickets?

*Attorney Client Privileged*

## I collected data on a sample of ███████ driver-partners in the USA and Canada



*Attorney Client Privileged*

This process generated a sample that consists of 22,027 driver partners involved in 25,540 sexual misconduct incidents and 41,875 driver partners involved in 47,764 non-sexual misconduct incidents.

# These data have shortcomings:

- Limited time period:
- Jira since January 2016
- Bliss only since August 2016

- Miscategorizations: reliability and validity of data is unclear

*Attorney Client Privileged*

## The **quantitative** analyses show that:



## I analyzed predictors for:

- **The (highest) level of sexual misconduct for each driver**

- **The number of sexual misconduct tickets for each driver**

*Attorney Client Privileged*

- We also analyzed whether there might be other predictors of the level and number sexual misconduct incidents, looking at ██████████ ███████████████████████████████████ ████████████

## Summarizing, the **quantitative** analyses show that:



*Attorney Client Privileged*

I will go over these analyses in detail now











Moreover, it is important to understand that we cannot draw any conclusions about causality from these results.

















## Summarizing, the <u>**quantitative**</u> analyses show that:



*Attorney Client Privileged*

These results - including more analyses to come in H2 - can be used to flag 'risky' drivers and such drivers might be deactivated after fewer incidents than those considered 'normal' risk.

## Steps in designing the new policy:

Categorization
Intervention
Deactivation Threshold
Evaluation of the new policy

*Attorney Client Privileged*

# We propose new deactivation rules taking into account behaviors across categories

In the past, partners would be deactivated after three incidents in the same category of sexual misconduct. Instead, we propose that behaviors will be counted across categories, where behaviors of different severities have different severity scores.

████████████████████████████████████████████

████████████████████ We propose a lifetime lookback period for sexual misconduct and we propose a severity score for each of the categorized behaviors according to the matrix on the following slide.

*Attorney Client Privileged*

- Inappropriate comments is the largest category of sexual misconduct



## Steps in designing the new policy:

Categorization
Intervention
Deactivation Threshold
Evaluation of the new policy

*Attorney Client Privileged*

# Next steps moving forward regarding the SM policy:

- No testing of the policy based on brand considerations

*Attorney Client Privileged*

# Next steps moving forward regarding the SM policy:

- No testing of the policy based on brand considerations
- More detailed analyses based on
- Ratings by females and
- Cancellations of male riders by male drivers to get female riders
- Analyses based on the more granular categories predicting serious and persistent offenders

*Attorney Client Privileged*

# These analyses might help us identify 'risky' drivers

These risky drivers would be deactivated with fewer incidents than 'normal' drivers:

*Attorney Client Privileged*



# Appendix

# Challenges in Current Sexual Misconduct Policy

- Current categories club incidents of different severity together (eg. Inappropriate comments)

- Current categorization does not help quantify prediction capability of Sexual Assault incidents based on past history of minor sexual misconduct

- Users can have 2 strikes within each subcategory and still be active on the platform

- This proposed policy is not only focused on ***deactivating*** drivers, we also want to ***educate*** drivers so they can change their behavior.

*Attorney Client Privileged*

# Proposed Reporter/Alleged Offender Process

IRT Process Recommendations

| | Reporter Process | Alleged Offender Process | | |
|---|---|---|---|---|
| Incident Type | Method of Contact | Method of Contact | Immediate Waitlist | Deactivation Decision |
| Sexual Misconduct L1/L2 | Call *(except for "Asking Personal Question") | Message *(Call for Explicit Inappropriate Comment) | No | Policy Violation Query leads to investigation |
| Sexual Assault L3/L4 | Call | Call | Yes | Immediate Investigation |

* Recommended changes from the current status quo

*Attorney Client Privileged*