# EXHIBIT S

# EXHIBIT 53

## EXHIBIT FILED UNDER SEAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

------------------------------------------------X
IN RE: UBER TECHNOLOGIES, INC.
PASSENGER SEXUAL ASSAULT LITIGATION


                Case no. 3:24-cv-07019-CRB
                Case no. 3:24-cv-07821
                Case no. 3:24-cv-7940
                Case no. 3:23-cv-06708
                Case no. 3:24-cv-04900
------------------------------------------------X


*** HIGHLY CONFIDENTIAL ***


VOLUME II

VIDEOTAPED DEPOSITION

OF

SUNNY WONG

TUESDAY, OCTOBER 14, 2025







Reported by:
CANDIDA BORRIELLO
Stenographic Reporter
JOB NO. 6989788-001

```
1               S. Wong - Highly Confidential
2          Q.   Yes.
3               Is the S-RAD score is specifically
4     a score of the risk of sexual assault or
5     sexual misconduct for that pairing, right?
6               MR. PREMO-HOPKINS:  Object to
7          form.
8          A.   Well, the model itself, S-RAD, is
9     trained up on that data, reports of sexual
10    assault, sexual misconduct.  So the score
11    itself is again an assessment from the model.
12         Q.   It's an assessment or a score of
13    the risk of sexual assault or sexual
14    misconduct, right?
15         A.   Correct.
16         Q.   Did you say "correct"?
17         A.   Yes.
18         Q.   And that risk, the risk of sexual
19    assault or sexual misconduct for a given
20    pairing is a risk that matters to Uber,
21    right?
22              MR. PREMO-HOPKINS:  Object to
23         form.  Scope.
24         A.   What do you mean by -- you're gonna
25    have to expand on what do you mean by
```

```
1              S. Wong - Highly Confidential
2         you're gonna instruct him not to
3         answer, we will go off the record and
4         get the court involved.
5              MR. PREMO-HOPKINS:  Ask your
6         question again.
7    BY MS. PETERS:
8         Q.   Does it matter to Uber whether
9    women are sexually assaulted on trips paired
10   by Uber?
11             MR. PREMO-HOPKINS:  Object to
12        form.  Scope.
13             You can answer to the extent you
14        understand the question.
15        A.   Again, as I mentioned earlier, I
16   mean, we get the S-RAD scores first to
17   understand whether or not we need to flag the
18   trip and potentially intervene using the
19   S-RAD intervention, right, that's part of the
20   S-RAD safety control that we have.
21        Q.   The S-RAD score is a score that's
22   calculated by Uber's -- by a machine-learning
23   program that Uber uses, right?
24        A.   Correct.
25        Q.   That's a program that Uber's data
```

```
 1              S. Wong - Highly Confidential
 2         form.  Vague.
 3         A.    I wouldn't characterize it that
 4    way.  ████████████████████████████████
 5    ████████████████████████████████████████
 6    ████████████████████████████████████
 7    ████████████████████████████████████████
 8    ████████████████████████████████████████
 9    ██████████████████████████████████
10    ███████████████████
11              MS. PETERS:  Let's go, Dianne,
12         please to Tab 56, a demonstrative
13         scale.
14         Q.    The S-RAD scale is ██████████████
15    right?
16              MR. PREMO-HOPKINS:  I'm gonna
17         object on form and foundation with
18         regard to this demonstrative.
19              MS. PETERS:  And you can have,
20         Counsel, a standing objection to this
21         demonstrative to avoid interruption.
22         Q.    I'm gonna ask the question again.
23              Mr. Wong, the S-RAD score scale is
24    from ████████████████████████████████████
25    right?
```

1              S. Wong - Highly Confidential

2         A.    That's correct.

3              MR. PREMO-HOPKINS:  And I'm sorry,

4         Sara, just because I don't know if

5         this one has come through, is it just

6         one page, just the one page that we're

7         looking at?

8              MS. PETERS:  Yes, there's nothing

9         else.

10             THE COURT REPORTER:  This is being

11        marked as an exhibit, correct?

12             MS. PETERS:  It's not yet, we're

13        going to keep developing it and then

14        mark it, the demonstrative.

15             THE COURT REPORTER:  Thank you.

16        Sorry.

17             MS. PETERS:  No, thank you.

18        Q.    ████████████████████████

19    ████████████████████████████████

20    ████████████████████████████████████

21    ████████████████████████████████

22    ████████████████████████████████

23    ████████   right?

24        A.    ████████████████        That's correct,

25    yeah.

```
 1          S. Wong - Highly Confidential
 2      Q.     ███████████████████████████████
 3   ████████████████████████████████████
 4   correct?
 5      A.    That's correct.
 6            MR. PREMO-HOPKINS:  Objection.
 7      Q.    That is -- strike that.
 8            ████████████████████████████
 9   ████████████████████████████████████████
10   ██████████████████████  right?
11      A.    I'm just referring to my --
12            THE COURT REPORTER:  I'm sorry, I
13      can't hear you.  It's a little
14      muffled.
15      A.    I was mentioning that I'm referring
16   to my deposition aid, just to look at the
17   average score.
18            Go ahead.  Can you repeat that?
19      Q.     ████████████████████████████████
20   ███████████████████████████████████████
21   ████████████████████████████
22      A.    That's correct.  But it doesn't
23   represent 50 percent which is on the chart
24   average and 50 percent is different --
25   50 percent is the median.  So again, you're
```

```
 1           S. Wong - Highly Confidential
 2              MS. PETERS:  We -- on a break,
 3        we'd like to find out what that
 4        trigger rate was, please.
 5              MR. PREMO-HOPKINS:  Okay.  Your
 6        request has been noted.
 7              MS. PETERS:  All right.
 8        Q.   So Ms. Dean's score, ████████
 9   ██████████████████████████████████
10   ████████████████████████████████████
11   ██████   right?
12        A.   It's higher in the daytime in
13   San Francisco, the threshold.
14        Q.   No, I'm talking about something
15   else.  So -- strike that.
16              The score for Jaylynn's trip in
17   November 2015 was higher than the risk score
18   on average for Phoenix at nighttime that
19   month, right?
20        A.   Correct, it was higher than the
21   average, correct.
22        Q.   And it was higher than the cutoff
23   that Uber set to reflect the top risk during
24   San Francisco Bay Area daytime rides in
25   August 2023, right?
```

```
 1          S. Wong - Highly Confidential
 2          MR. PREMO-HOPKINS:  Object to
 3     form.
 4     A.    Right.  ████████████████████████
 5     ██████████████████████████████████
 6     ███████████████████████████████████████
 7     ████████████████████████████████████
 8     ███████████████████████████████████████
 9     ███████████████████████████████████████
10     ████████████████████████████████
11     ██████████████████████████████████
12     ███████████████████████████████████████
13     ███████████████████████████████████
14     █████████████████████████████████████████████
15     ██████████
16     Q.    Move to strike everything after
17     "right" as nonresponsive.
18          And just direct you, Mr. Wong, we
19     have limited time.  Please just answer the
20     question.  I know you have points to make
21     about why those numbers shouldn't be
22     compared, but I'm comparing them, so...?
23          MR. PREMO-HOPKINS:  Ms. Peters, I
24     ask you to comply with the court's
25     order.  You're not allowed to move to
```

1       S. Wong - Highly Confidential

2       screen.

3           If you understand the question,

4       you can answer it, Mr. Wong.

5       A.    Sorry, can you repeat the question?

6       Q.    Yes.

7       ███████████████████████

8       ███████████████████████████

9       ███████████████████████████████

10      ███████████████████████████

11      ████

12      A.    I mean, ████████████████████

13      █████████████████████████

14      ████████████████████████████████

15      ████████████████████████████████

16      ████████████████████████████████

17      ████████████████████████████

18      █████████████████████████

19      █████████████████████████

20      ██████████████████████████████

21      ██████████████████████

22          MS. PETERS:   Object as

23      nonresponsive.

24      Q.    My question is simply, in this

25      dataset that Uber looked at it found that the

1          S. Wong - Highly Confidential

2  █████████████████████████████████

3  ██████████████████████████████████

4  ██████████████████████████████████

5  ███████████████

6      A.  █████████████████████████

7  ███████████████████████████

8  █████████████████████████

9  █████████████████████████

10 ███████████████████████████████

11 ██████████████████████████████

12 ████████████████████████████

13 ████████████████████████████

14 ████████████████

15          MS. PETERS:  Object as

16    nonresponsive.

17      Q.   I'm not asking about safety impact,

18  I'm not asking about actions that Uber could

19  take.  I'm simply asking about this data.

20          And so again, ████████████████

21 █████████████████████████████

22 █████████████████████████████

23 ██████████████████████████████

24 █████████████████████

25    ████████  right?

```
 1            S. Wong - Highly Confidential
 2       A.   ███████████████████████████████
 3   ████████████████████████████████████████
 4   ████████████████████████████████████████
 5   ██████████████████████████████████
 6   ██████████████████████████████
 7   █████████████████████
 8       Q.   Is that a "yes" to my question?
 9       A.   ███████████████████████
10   ████████████████████████████████████████
11   ███████████████████████████████████████
12   ██████
13       Q.   Is that a "yes" to my question?
14       A.   █████████████████████████████████
15   █████████████████████████████████████
16   ██████
17       Q.   No.  I'm asking:  ██████████████
18   ████████████████████████████
19   █████████████████████████████████████████
20   ████████████████████████████
21   ████████████████████████████████████
22   ██████████████
23       A.   Again,  ████████████████████████
24   ███████████████████████████████████████
25   ████████████████████████████
```

```
1              S. Wong - Highly Confidential
2    ████████████████████████████████████
3    ██████████████████████████████████████████
4    ████████████████████████████████████████████
5    ██████████████████████████████████████
6    ███████████████████████
7         Q.   Can you answer my question with a
8    yes or no?
9         A.   ████████████████████████
10   ████████████████████████████████████████████
11   ████████████
12        Q.   Right.  But we had another
13   deposition where we established what recall
14   means and what trigger rates mean, and I
15   don't want to redo all of that.  I want to
16   use plain language that is understandable to
17   people who don't work in Uber's data science
18   team.
19            So I'm translating this, and can
20   you please let me know, can you answer yes or
21   no, is it true that ████████████████████
22   ████████████████████████████████████████████
23   ████████████████████████████████████
24   ████████████████████████████████████████████
25   ██████████
```



```
 1          S. Wong - Highly Confidential
 2      A.  ████████████████████████████
 3   ████████████████████████████████
 4   ██████████████████████████████████
 5   ██████████████████████████████
 6   ████████████████████████████████
 7   ████████████
 8      Q.  You're saying ████████████
 9   ████████████████████████████████████
10   ██████████████████████████████████
11   ██████████████████████████████████
12   ████████████████████████████████
13   ████████████████████████ right?
14          MR. PREMO-HOPKINS:  Object to
15   form.
16      A.  First, ████████████████████████
17   ████████████████████████████████████
18   ██████████████████████████████████
19   ██████████████████████████████████
20   ████████████████████████████████
21   ██████████████████████████████████
22   ████████████████████████████████
23   ████████████████
24      Q.  With that caveat, is that a "yes"
25   to my question?
```

```
1            S. Wong - Highly Confidential
2       A.    ███████████████████████████████
3    ███████████████████████████████████████
4    ███████████████████████████████
5       Q.    I'll rephrase it.
6       A.    Okay.
7       Q.    The  ███████  -- strike that.
8          ████████████████████████████████
9    ██████████████████████████████████████████
10   █████████████████████████████████████
11   ██████████████████████████████████████████
12   ██████████████████████████████████████████
13   ███████████████
14            MR. PREMO-HOPKINS:  Object to
15       form.
16       A.    Yeah.  ███████████████████████
17   ███████████████████████████████████████
18   ███████████████████████████████
19   ████████████████████████████████████████
20       Q.    Is that a "yes" to my question?
21            MR. PREMO-HOPKINS:  No, it's not,
22       because  ██████████████████████████
23   ████████████████████  So I want to
24       make sure we're, you know -- it's not
25       a "yes" to your question.
```

1      S. Wong - Highly Confidential

2          MS. PETERS:  Let me ask it again

3      with your word in there.

4      Q.  ███████████████████████████████

5      ████████████████████████████████████

6      ████████████████████████████████████

7      ██████████████████████████████████

8      ████████████████████████████████████

9      ████████████████████

10     A.   Correct, for this dataset.

11     Q.  █████████████████████████████

12     ████████████████████████████████████

13     ████████████████████

14          MR. PREMO-HOPKINS:  Object to

15     form.

16     A.   Again, ██████████████████████

17     ████████████████████████████████████

18     ████████████████████████████████████

19     ████████████████████████████████████

20     ████████████████████████████████████

21     █████████████████████████

22     Q.   Uber already had this analysis by

23     the time it paired Jaylynn with Mr. Turay,

24     right?

25     A.   I mean this is an analysis that



1          S. Wong - Highly Confidential

2          unresponsive.

3          Q.    And direct you please to just

4     answer the question.

5              MR. PREMO-HOPKINS:  Ms. Peters,

6          he's being incredibly responsive to

7          your imprecise question.  So if you

8          want to ask a more precise question,

9          you might be able to get the answer

10         you're looking for, but he's

11         responding directly to your questions.

12         Q.    Mr. Wong, ███████████████████████

13    ███████████████████████████████████

14    ██████████████████████████████████████

15    ████████████████████████████████████

16    ███████████████████████████████████

17    █████████

18              MR. PREMO-HOPKINS:  Object to

19         form.  Scope.

20         A.    I do not know that, that's outside

21    my --

22              (Court Reporter clarification.)

23         A.    -- not something I have readily

24    available.

25         Q.    And then shifting to Phoenix, are

```
 1          S. Wong - Highly Confidential
 2      form.  Scope.
 3      A.   I am not.  I just know that ███
 4   ████████████████████████████████████
 5   ██████████████████████
 6      Q.   Okay.  ███████████████████████
 7   ███████████████████████████████████
 8   █████████████████████████████████
 9   ███████████████████████████████████
10   ██████████████████████████████████
11   ███████████████████████████████████
12   ████████
13          MR. PREMO-HOPKINS:  Object to
14      form.  Scope.
15      A.   I have no way to know that.  Again,
16   all I know is that ███████████████████
17   ███████████████████████████████████
18   ████████████████████
19      Q.   And so on behalf of Uber, ████████
20   ███████████████████████████████████████
21   ███████████████████████████████████████
22   █████████████████████████████████
23   ██████████████████████████████
24   ██████████████
25          MR. PREMO-HOPKINS:  Object.
```

```
 1              S. Wong - Highly Confidential
 2         Scope.
 3         A.   Again, I don't know that because
 4    ████████████████████████████████████████
 5    ████████████████████████
 6         Q.   ██████████████████████
 7    ██████████████████████████████████████████
 8    █████████████  right?
 9         A.   Correct.
10         Q.   And there's or -- I'm sorry, was it
11    ███████████
12         A.   ████████████████████████
13    ███████████████████
14         Q.   That threshold is one that Uber
15    picked, right?
16         A.   That was the one we configured for
17    ██████████████████████████████████████████
18    █████████████
19         Q.   Did you say Uber configured it?
20         A.   That was the threshold we came up
21    with.
22         Q.   And when you say "we," you're
23    talking about Uber, right?
24         A.   Correct.
25         Q.   Uber came up with that threshold of
```

```
 1              S. Wong - Highly Confidential
 2    ████  right?
 3         A.    Correct.
 4         Q.    And there's no regulation or
 5    outside rule that says Uber has to accept
 6    pairings with scores ██████████ when it
 7    makes ████████████ in Phoenix, right?
 8              MR. PREMO-HOPKINS:  Object to
 9         form.  Scope.
10         A.    Not that I know of.
11         Q.    Uber, if it wants to, can set its
12    risk tolerance lower, right?
13              MR. PREMO-HOPKINS:  Same
14         objection.
15         A.    Again, we've aligned on our trigger
16    rate at █████ nationally and, you know, that's
17    the, you know, ████████████████████████
18    ███████████████████████████████████
19    ████████████████████████████████████
20    ██████████████████████████████████
21         Q.    Mr. Wong, we know that Uber can set
22    the trigger rate lower if it wants to because
23    as we just discussed it did set the trigger
24    rate or rather the threshold -- strike that.
25    Start over.
```

1              S. Wong - Highly Confidential

2         A.    Hasn't made its way across yet.

3         Q.    Actually, scroll up from there.

4         A.    Okay.

5         Q.    So on page 2 it turns out --

6         A.    Can you give me a second to look at

7    this?  I don't know if I've seen this

8    recently.

9         Q.    Sure.

10        A.    (Document review.)

11        Q.    You ready?

12        A.    Give me one more minute.  Sorry.

13              (Document review.)

14              Okay.

15        Q.    So looking at page 2 of

16   Exhibit 2202 under the heading Initial

17   Findings and then Item 2, Cities.  This Uber

18   document says:

19              We looked at L12 week's IPC data to

20   identify cities with highest incidences of

21   sexual assaults.

22              And then sub-point A says:

23   ████████████████████████████████████████████

24   ████████████████████████████████████████████

25   ████████████████████████

1          S. Wong - Highly Confidential

2                Do you see that?

3     A.    I see that.

4     Q.    And if we go to the next portion of

5   that same page, those cities, the ones with

6   the highest incidents of sexual assault, are

7   listed and ████████████████████████████████

8   ███████████████████████████████████████████

9   ████████████

10               Do you see that?

11    A.    I'm able to see that.

12    Q.    And again, ███████████████████████████

13   ████████  the way that Uber grouped cities

14   geographically, right?

15    A.    That's true.  From like a city ID

16   perspective, ████████████████████████████████

17   ████████████████████████████████████████

18   ████████████████████████████████████  so I

19   just want to mention that.

20    Q.    All right.

21               MS. PETERS:  Let's go ahead and

22         take that down, please.

23    Q.    Did -- ██████████████████████████████

24   ███████████████████████████████████████████

25   ██████████████████████████████████████████

1          S. Wong - Highly Confidential

2          Q.   All right.  If we go to the next

3     page, please.  This is just a hypothetical.

4     ███████████████████████████████████

5     ████████████████████████████████████████

6     █████████████████████

7               Do you see that?

8          A.   I do see that.

9               MR. PREMO-HOPKINS:  Object to the

10          questioning on the demonstrative.  Can

11          I have a standing objection on this

12          one as well, Sara?

13               MS. PETERS:  Yes.

14          Q.   And then the other S-RAD scores for

15     other potential trips are hypothetical S-RAD

16     scores that we made up.

17     ███████████████████████████████████

18     ████████████████████████████████████████

19     █████████

20               MR. PREMO-HOPKINS:  Object to

21          form.  Scope.

22          A.   Yep, I see some hypothetical scores

23     and mapped to hypothetical yellow cars on

24     this, yes.

25          Q.   Okay.  So the -- this is just to

1          S. Wong - Highly Confidential

2     demonstrate how S-RAD worked in November of

3     2023 in the Phoenix area.  And so if

4     hypothetically this was the situation where

5     there were other trips available, ███████

6     █████████████████████████████████████ than

7     the Jaylynn Dean-Turay pairing.

8               Then if we go to the next page, ████

9     ████████████████████████████████████████

10    ██████████████████████████████████████████

11    ██████████████████████

12              MR. PREMO-HOPKINS:  Object to

13         form.  Scope.

14         A.   Yeah, I mean if it's above the

15    threshold, yes, then it would not be

16    considered.  ████████████████████████████

17    ██████████████████████████

18         Q.   Right.  And in that time in

19    November of 2023 in Phoenix, was Uber just

20    ████████████████████████████████████

21    ████████████████████████████████████

22    ██████████████████

23              THE COURT REPORTER:  I'm sorry.

24         You sounded like you broke up.

25         A.   Sorry.  I was asking for a minute

```
 1            S. Wong - Highly Confidential
 2    just so I can refer back to my dep aid, so I
 3    can get some timelines.
 4            Q.   Yep.
 5            A.   According to my dep aid, as of
 6    November for that particular trip,
 7    November 15, 2023, ████████████████████████
 8    ██████████████████████████
 9            Q.   And so --
10            A.   Yeah.
11            Q.   -- under this hypothetical scenario
12    at that time, ██████████████████████████████
13    ██████████████████████████████████████████
14    ██████████████████████████████████████████
15    ██████████████████████  right?
16            A.   Yes, ██████████████████████████
17    ██████████████████████████████████████  that's
18    correct.
19            Q.   The supply plan again is a
20    potential driver-rider pairing, right?
21            A.   Right.
22            Q.   So then ██████████████████████████
23    ██████████████████████████████████████████
24    ██████████████████████████████████████████
25    ██████████████████████
```

1          S. Wong - Highly Confidential

2                Then if we go to the next page, ███

3    ████████████████████████████████████████

4    ████████████████████████████████████████

5    ███████████████████████████████ right?

6          MR. PREMO-HOPKINS:  Object to

7    form.  Scope.

8          A.   Again, based on -- it -- again,

9    ████████████████████████████████████████

10   ███████████████████████████████

11   ████████████████████████████████████████

12   █████████████████████████████████████████

13   ██████████████████████████████████████

14   ████████████████████████████████████████

15   █████████████████████████████████████████

16   █████████████████████████████

17        Q.   Right.  In other words, Uber is

18   still going to look at things like wait time

19   to help decide who it paired Jaylynn with; is

20   that correct?

21        A.   Yeah, potentially one of the

22   things, exactly.

23        Q.   █████████████████████████████

24   █████████████████████████████████████████

25   █████████████████████████████████████████

```
 1           S. Wong - Highly Confidential
 2    ████████████████████████████████████████
 3    ███████████████████████████████████████
 4    ████████████  right?
 5         A.    ████████████████████████████
 6         Q.    Is that correct?
 7         A.    █████████████████████████████
 8    █████████████
 9         Q.    Was there any other program Uber
10    used other than S-RAD to try to downrank or
11    avoid pairing Jaylynn with Mr. Turay because
12    of the risk of sexual assault or sexual
13    misconduct?
14         A.    Not that I know of.
15         Q.    Are you aware of any other program
16    that Uber uses when it makes a pairing of a
17    rider with a driver other than S-RAD that
18    tries to avoid trips that have a high risk
19    for sexual assault or sexual misconduct?
20         A.    Not specifically outside of
21    pairings.
22         Q.    I didn't understand that.
23               So I'm just talking about pairings
24    specifically.  When Uber paired Jaylynn with
25    Mr. Turay, was it using any other program
```

1          S. Wong - Highly Confidential

2          Q.    Isn't it true Uber did nothing

3     after it determined she was -- ███████████

4     ███████████████████████ it did nothing

5     further to try to choose the safest of the

6     trips ████████████████ for her?

7               MR. PREMO-HOPKINS:  Object to

8          form.

9          A.    There was -- at that point █████████

10    ███████████████████████████████████████

11    ████████████████████████████████████

12    ███████████████████████████

13         Q.    What did Uber do after it

14    determined that Jaylynn's trip was ██████████

15    ████████████    What is it it did further to try

16    to make sure it was picking the safest match

17    possible for her?

18              MR. PREMO-HOPKINS:  Object to

19         form.

20         A.    Again, I don't know what other

21    plans were available at that time period,

22    right, to say whether or not that was -- if

23    there were other scores that were lower.

24         Q.    Right.  But you don't need to know

25    whether there are others available 'cause you

```
1              S. Wong - Highly Confidential
2     know ███████████████████████████████████
3     ██████████████████████████████████████████████
4     ██████████████████████████████████████████████
5     ████████████████████████████████████
6     ███████████████████████████████████████████
7     right?
8          A.    Correct.  And at that point then
9     ████████████████████████████████████████████
10    █████████
11         Q.    Right.
12               MS. PETERS:  We can take that
13         down.
14         Q.    To be clear, Jaylynn did not have
15    any choice to select from available drivers,
16    right?
17               MR. PREMO-HOPKINS:  Object to
18         form.  Scope.
19         A.    That's not part of the Uber trip
20    requests -- process.  We don't get to select
21    individual drivers.
22         Q.    No, I mean Uber does select
23    individual drivers, but the rider, Jaylynn,
24    did not, right?
25         A.    That's correct.
```

```
 1            S. Wong - Highly Confidential
 2       A.   Driver one-star rate total,
 3   correct.
 4       Q.   And Mr. Turay's one-star rate,
 5   meaning how many one-star ratings he received
 6   as a fraction of all ratings he received, was
 7   1.07 percent, right?
 8       A.   Correct.
 9       Q.   ████████████████████████████
10   ████████████████████████████
11   █████████████████████████████████
12   █████████████████████████████████
13   ██████████████████████
14       A.   ████████████████████████████
15   █████████████████████
16       Q.   Directing you back to my question.
17        █████████████████████████████████
18   ██████████████████████████████
19   ███████████████████████████
20   ██████████████████████████████
21   ████████████████████████████████
22   ██████████████████████████████
23   ████████
24            MR. PREMO-HOPKINS:  Object to form
25       the.
```

```
1            S. Wong - Highly Confidential
2      A.    And I was mentioning that it's,
3   again, ████████████████████████████████
4   ████████████████████████████████████████
5   ████████████
6      Q.    Is that a "yes"?
7      A.    Yes.
8      Q.    The one-star rate of 1.07 percent
9   is more than double the median one star rate
10  for drivers in the Phoenix area, right?
11     A.    Based on the previous seven-day
12  calculation that the team did that determined
13  that the median driver one-star rating was
14  .45 percent.  But even for this particular
15  driver, that 1 percent is higher, but I would
16  argue that that's still a very small rate.
17     Q.    But please don't argue because this
18  is our chance to ask questions and just get
19  answers and there will be other times for you
20  to give context and argument.
21           So again, I just want to object as
22  nonresponsive and direct you back to my
23  question.
24           Mr. Turay's one-star rate of
25  1.07 percent was more than double the median
```