# EXHIBIT T

# EXHIBIT 54

## EXHIBIT FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES,        )

INC., PASSENGER SEXUAL           )    CASE NO. 3:23-MD-03084-CRB

ASSAULT LITIGATION               )


----------------------------------------------


ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF

UBER TECHNOLOGIES, INC., RAISER LLC,

AND RAISER-CA, LLC, by and through

MARIANA ESTEVES


July 15, 2025

1                And on Page 4, you'll see here that we

2    have some definitions.  If we scroll down just a little

3    bit.

4                Okay.  So under Teen Notes, for example,

5    you'll see that it says: ███████████████████████████

6    ███████████████████ - this is the only product

7    difference!

8                Do you see that?

9    A.    Yes.

10   Q.    And in the second-to-last bullet point, it

11   says:  As of today, ███████████████████████████

12   ████████████████████████████████████

13                Do you see that?

14   A.    Yes, I see that.

15   Q.    So it looks like, ████████████████████████

16   ███████████████████████████████████████████

17   ███████████████████████████████████████████

18   ████████████████  Do you see that?

19   A.    No, that's not what it says.

20   Q.    What is your understanding of what this says?

21   A.    ██████████████████████████████████

22   ██████████████████████████████████████████████

23   ███████████████████████

24            ██████████████████████████████████

25   ███████████████████████████████████████



```
 1    Q.   ████████████████████████████████
 2    ████████████████████████████████
 3    A.   Yeah.
 4    Q.   Okay.  Understood.
 5    ████████████████████████████
 6    ████████████████████████████
 7    ████████████
 8    ███████████████████████████
 9    █████████████████████████████
10    ██████████
11    █████████████████████████████████
12    ████████████████████████████
13    █████████████████████████████
14    █████████████████████████████
15    ██████████████████████
16    Q.   Right.
17            Now, I think you have, in your binder that
18    you brought with you, a deposition aid that explains all
19    the different safety features; is that right?
20    A.   Yes.
21    Q.   Okay.
22            MS. GOLDENBERG:  So let's take this
23    document down, and let's put up Tab 10, please.
24            We'll mark this as Exhibit 1581.
25    Q.   (By Ms. Goldenberg)  And this is part of the
```

1    would benefit in precision in any way.  Actually, in

2    this case, recall in any way.  That's what it says.

3    Like, it's data exploration.

4         Q.   And do you know what the results of this

5    exploration were?

6         A.   I don't know the exact results.  I know that we

7    didn't make any changes, and ███████████████████████

8    ███████████████████████████ And from that, I can deduct

9    that it didn't make a difference.

10        Q.   Okay.  So sitting here today, ████████████████

11   ████████████████████████████ even after it was

12   considered, right?

13        A.   ████████████████████████, correct.

14        Q.   ████████████████████████████████████████████████

15   ████████████████████████████

16        A.   As of now, I'm not aware of those plans, but

17   who knows in the future we can do that.  But through

18   data exploration, we understand that this is relevant

19   enough.

20             MS. GOLDENBERG:  Okay.  Let's take this

21   document down.

22        Q.   (By Ms. Goldenberg)  And we discussed a little

23   bit earlier the -- the app flow for RideCheck, where the

24   first step is for the passenger to get a push

25   notification on their phone, right?

```
 1      A.   (Witness nods.)
 2      Q.   And then the next step would be that if, after
 3   ████████████████, the passenger hadn't responded, they
 4   would get a robocall from Uber, correct?
 5      A.   True.
 6      Q.   And if a passenger does not respond to that
 7   robocall, then nothing happens after that, correct?
 8      A.   Correct.
 9      Q.   █████████████████████████████████████████████
10   ██████████████████████████████████████████████████████
11   ██████████
12      A.   We are -- ██████████████████████████████████████
13   ██████████████████████████████████████████████████████
14   █████████████████████████████████████████
15                   For those cases, ████████████████████████
16   ████████████████████████████████████████████
17   ██████████████████████████████████████████████████████████
18   ████████████████████████████████████████████████████
19   █████████████████████████
20      Q.   But sitting here today, as of right now, no
21   matter how risky a ride is or what sort of risk factors
22   Uber has identified for a ride, nothing happens
23   differently if a passenger doesn't answer a robocall,
24   right?
25      A.   ████████████████████████████████████████████████
```

1    proactively reach out to everyone that has ever had a
2    RideCheck trigger because the individual existing
3    heuristics today have very little precision.
4        Q.   All right.  Ms. Esteves, I do want to make sure
5    that we just answer the question that I ask you, which
6    is:  Uber does not investigate midway drop-offs merely
7    because the rider was female, correct?
8        A.   We don't investigate any midway drop-offs if we
9    didn't get a "get help" signal from them, if they're
10   women or men.
11       Q.   Okay.  And Uber also doesn't investigate a
12   midway drop-off simply because it finds out that the
13   ride occurred late at night, right?
14       A.   Can you repeat the question?
15       Q.   Uber also doesn't investigate a midway drop-off
16   if it knows the ride occurred late at night, correct?
17       A.   We don't proactively investigate any midway
18   drop-offs if the rider or driver didn't signal to us
19   that they needed support, regardless of time of day.
20       Q.   And Uber doesn't do any follow-up with a rider
21   later, after getting a midway_dropoff notification, to
22   find out what happened, right?
23       A.   If the rider didn't tell us that he needed
24   support, we don't do any follow-up for any RideCheck
25   because the precision is very low.

1    options available to them.  If they decide that they

2    need to take action, they have all of the options ready

3    to go, just one tap away.

4        Q.   Right.

5             And my question wasn't about the act- --

6    the action that the passenger would take.  My question

7    was about the action that Uber would take.

8             So outside of sending a push notification

9    and potentially making a robocall if it has been longer

10   than three minutes, tell me everything Uber does to

11   investigate a long stop to ensure that a sexual assault

12   or a sexual misconduct did not happen on that ride.

13       A.   So from an investigation perspective, it's

14   not -- we don't investigate proactively any RideCheck

15   trigger that -- for which riders and drivers didn't tell

16   us that they needed support, because the Precision is

17   very low.

18       Q.   Did Uber systematically monitor the rider's

19   location when there was GPS data and where there was an

20   early drop-off?

21       A.   Can you repeat the question, please?

22       Q.   Sure.

23             If Uber receives an early drop-off

24   notification from RideCheck, is there any action that

25   they take to then monitor the rider's GPS location?