# EXHIBIT U

# EXHIBIT 55

**EXHIBIT FILED UNDER SEAL**

**EXHIBIT 2071**
10/14/25 CB

S. Wong Deposition Aid
10/14/2025

| Plaintiff | Incident date, time, location | City ID | SRAD data | Additional information |
|---|---|---|---|---|
| A.R. | 8/10/23, 12:41 – 12:52am (San Francisco, CA) | 1 | UBER-MDL3084-BW-00048905 | Nighttime trigger rate: ■<br>• Calculated based on a 7-day period ending on the day that the trip happened; specific to the city of the trip.<br><br>Average S-RAD score for the nighttime, based on the city, over a 7-day period ending on the day that the trip happened: ■<br><br>Median driver 1-star rate: 0.54%<br>• Calculated based on drivers who took trips in the city within a 7 day period ending on the day that the trip happened<br>• Calculated median instead of average because average is affected by outliers. |
| B.L | 8/12/22, 3:53 – 4:10am (Campbell, CA) | 1 | UBER-MDL3084-BW-00048906 | Trigger rate not available<br><br>Average S-RAD score not available.<br><br>Median driver 1-star rate: 0.68%<br>• Calculated based on drivers who took trips in the city within a 7-day period ending on the day that the trip happened.<br>• Calculated median instead of average because average is affected by outliers. |

| Jaylynn Dean | 11/15/23, 12:33 – 1:08am (Tempe, AZ) | 26 | UBER-MDL3084-BW-00048903 | Nighttime trigger rate: ▮<ul><li>Calculated based on 7-day period ending on the day that the trip happened; specific to the city of the trip.</li></ul>Average S-RAD score for the nighttime, based on the city, over a 7-day period ending on the day that the trip happened: ▮<br><br>Median driver 1-star rate: 0.45%<ul><li>Calculated based on drivers who took trips in the city within a 7 day period ending on the day that the trip happened</li><li>Calculated median instead of average because average is affected by outliers.</li></ul> |
|---|---|---|---|---|
| LCHB 128 ▮ | 6/28/24, 10:23pm – 10:45pm (Tempe to Phoenix, AZ) | 26 | UBER-MDL3084-BW-00048904 | Daytime trigger rate: ▮<ul><li>Calculated based on 7-day period ending on the day that the trip happened; specific to the city of the trip.</li><li>This is daytime trigger rate because night in thresholding or flagging rates is 11:00pm to 5:59 am.</li></ul>Average S-RAD score for the nighttime, based on the city, over a 7-day period ending on the day that the trip happened: ▮<br><br>Median driver 1-star rate: 0.44%<ul><li>Calculated based on drivers who took trips in the city within a 7 day period ending on the day that the trip happened</li><li>Calculated median instead of average because average is affected by outliers.</li></ul> |

| WHB 832 | 3/26/19, 1:25-1:53am (Raleigh, NC) | 233 | No data. | SRAD not active during this trip.<br><br>This trip was between phase 1 (Dec 17 - Dec 24, 2018; Jan 16-Feb 6, 2019) and phase 2 (June 1 - July 26, 2019; UberX Only). |
|---|---|---|---|---|

**Model timeline**

- US regional model:
    - Safety XP cities: Dec 2021 - Apr 2022
    - S-RAD rollout:
        - 20 US cities*: July 2022 - Sep 2023
        - Remaining US cities: July 2022 - Jun 2024
            - San Francisco, CA – Launch date: July 2022.
            - Phoenix, AZ – Launch date: July 2022.
- Global Model 1.0:
    - 20 US cities*: Sep 2023 - Dec 2024
    - Remaining US cities: Jun 2024 - Dec 2024
        - Phoenix, AZ – Launch date: June 2024.
- Global Model 2.0:
    - US cities: Dec 2024 - Present

*Bakersfield, Charleston, Cincinnati, Columbia, Honolulu, Houston, Indianapolis, Inland Empire, Kansas City, Minneapolis - St. Paul, Oklahoma City, Orange County, Palm Springs, Raleigh-Durham, Richmond, Sacramento, San Antonio, Tampa Bay, Tulsa, Worcester

**▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮**:

- September 2023 - rolled out to all active markets (excluding 40 cities in US and BR under Global Model XP)
- Remaining 20 U.S. cities* added by November 2023

*Bakersfield, Charleston, Cincinnati, Columbia, Honolulu, Houston, Indianapolis, Inland Empire, Kansas City, Minneapolis - St. Paul, Oklahoma City, Orange County, Palm Springs, Raleigh-Durham, Richmond, Sacramento, San Antonio, Tampa Bay, Tulsa, Worcester

**Average SRAD scores**

- The average SRAD score was computed considering all the dispatched trips regardless of the status (i.e. includes cancelled trips).
  - Plan level data is only kept for 30 days. So the average score would not have included potential matches that never happened