# EXHIBIT V

# EXHIBIT 56

## EXHIBIT FILED UNDER SEAL

A/C Privileged

Uber

# Point in Time Messaging

US&C Central Operations, Safety and Standards
*03/11/2019*

## 1. PROBLEM DEFINITION

### 1.1 The Problem

Of all the serious IPC incidences reported in the last 6 months, about 90% falls in the "Sexual Assault" category[*1]. This number translates to about 12 incidences per 1 million trip.

A manual audit of 500 serious incidents in the US & Canada[*2] from trips between 3/2017 to 2/2018 shows that

- ████████████████████████████████████████████
  ████████████████████████████████████████████
  █████
- Of the sexual assault reports audited, ████████████
  ████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

This leads us to believe that sexual assault incidents are more prone to happen at night, mostly on weekends and are perhaps crimes of opportunity, particularly when one person is intoxicated. Data science team has done works that show that nearly half of sexual assaults in the US originated within **50m of a bar** (Link).

During our on-going discussions with law enforcement officials, they agree on the opportunistic nature of sexual assault incidences. Law enforcement officials highlighted that sometimes all that is needed is a reminder at the right time to deter certain behavior. In the public health space, there are some examples of how messaging at the right time changes people's habit (Source).

---

[*1] Last 6 months refer to Aug'18 - Jan'19. Source: Safety Dashboard.
[*2] US/Can Opportunity Analysis (May'2018): Link



EXHIBIT
2202
DL 3/26/25

Hence, we ███████████████████████████
███████████████████████████████████
███████████████████████

Note: ███████████████████████████████

## 1.2 Proposed Approach

1. **Identify key zones and hours with higher incidences of sexual assaults and sexual misconducts**
   a. Validate the audit findings and identify specific days of the week and times of the day with higher incidence rates
   b. Investigate if cities, specifically the ones with high incidence rates, have key zones with higher incidence rates (e.g. *query by latitude and longitude and create heat map with voyager & create new geofences*)
   c. Validate if DOW & TOD trends hold true for the identified geos

2. **Identify Cohorts, based on predictive analysis, that are likely to be involved in an opportunistic act**
   a. Analyze users with IPC record of sexual assault, sexual misconduct or stalking to identify common traits such as rating, gender, previous IPC incident.

3. ███████████████████████████████
   ███████████
   • ████████████████████████
   • ████████████████████
   ████████████████████████████████
   ████████████████████████████████
   ████████████████████████████████
   ████████████████████████
   • █████████████
   ████████████████████████████████
   ████████████████████████████████
   ████████████████████████████████



REDACTED - PRIVILEGED

Commented [4]: ███████████████

## 1.3 Goals & Success Metrics



## 2. INITIAL FINDINGS

1. ███

| | Sum of Sexual Assault Incidents | Sum of Trips | Sexual Assault Incidents per 1M trip |
|---|---|---|---|
| ███ | 151 | 7615876 | 19.83 |
| ███ | 183 | 10134516 | 18.06 |
| ███ | 237 | 15953801 | 14.86 |
| ███ | 170 | 11636064 | 14.61 |
| ███ | 109 | 8012808 | 13.60 |
| ███ | 146 | 10740922 | 13.59 |

CONFIDENTIAL



Additional analysis required to identify geo-zones and timeframes within these geo-zones with high incidences of sexual assaults.

## 3. ADDITIONAL INFORMATION

### 3.2 COMMS & CHANNEL

Will include input from the marketing team on which channel might work best for this campaign. Possible options are SMS, push notification and Helix.

Riders and drivers will receive a message when they request a trip in a specific geo-zone and time.

Example of messages from LATAM:

[redacted]

## 4. STAKEHOLDERS

| | Name | Initial For Signoff |
|---|---|---|
| Responsible | Bushra Faiz (Central Ops - Safety) | |
| Accountable | Danielle Sheridan (Head of Safety & Standards) | |
| Consulted | Johnathon Purcell (Trust & Safety) | |
| | Emma Pan (Data Science) | |
| | Sunny Jeon (Data Science) | |
| | Daniel Kolta (Safety, Legal) | |
| | Dirk Reinhardt (Marketing) | |
| Informed | Name (Team) | |
| | Name (Team) | |
| | Name (Team) | |

CONFIDENTIAL

## 5. TIMELINE

| Task | Target date for completion |
|---|---|
| Finalize queries and analysis | 15th March |
| Send first draft RFC to stakeholders | 22nd March |
| Respond to all comments on RFC and finalize RFC | 29th March |
| Roll out first phase of experiment | 15th April |

## 6. LINKS

- Project Plan for El Salvador, Guatemala, and Costa Rica: Link
- RFC for Mexico: Link

e. ███████████████████████████████ assault, sexual misconduct, physical altercation, stalking, verbal altercation, and similar IPC record against them.