Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-MD-03084-CRB |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM MAGISTRATE JUDGE'S ORDER REGARDING REBUTTAL EXPERT TESTIMONY** |
| This Document Relates to: *Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

Having considered Defendants' December 31, 2025 Motion for Relief from Magistrate Judge's Order Regarding Rebuttal Expert Testimony, the Court hereby **GRANTS** the Motion and **ORDERS** that the Magistrate Judge's ruling striking portions of Drs. Kristen Zgoba and Lindsay Orchowski's rebuttal expert reports is reversed.

**IT IS SO ORDERED.**

Dated:_____

Hon. Charles R. Breyer
United States District Judge