ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330

PATRICK L. OOT (Admitted *Pro Hac Vice*)
oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB **DECLARATION OF MICHAEL B. SHORTNACY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5** |
| This Document Relates to: *Jane Doe NLG 2 (S.G.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08707-CRB | Date:   February 13, 2026<br>Time:   10:00 a.m.<br>Courtroom:   6 – 17th Floor |

| | |
|---|---|
| 1 | *Jane Doe NLG 3 (B.G.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08732-CRB |
| 2 | |
| 3 | *Jane Doe NLG 2 (J.H.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08736-CRB |
| 4 | |
| 5 | *Jane Doe NLG (V.S.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08757-CRB |
| 6 | |
| 7 | *Jane Doe NLG 3 (P.L.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08865-CRB |
| 8 | |
| 9 | *Jane Doe NLG (M.S.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09006-CRB |
| 10 | |
| 11 | *Jane Doe NLG (A.B.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09180-CRB |
| 12 | |
| 13 | *Jane Doe NLG (M.O.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09181-CRB |
| 14 | |
| 15 | *Jane Doe NLG (R.R.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09182-CRB |
| 16 | |
| 17 | *Jane Doe NLG (K.G.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09184 |
| 18 | |
| 19 | *Jane Doe NLG (J.R.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09186-CRB |
| 20 | |
| 21 | *Jane Doe NLG (T.J.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09193-CRB |
| 22 | |
| 23 | *Jane Doe NLG (C.P.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09194-CRB |
| 24 | |
| 25 | *Jane Doe NLG (R.M) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09197-CRB |
| 26 | |
| 27 | |
| 28 | |

1 | *Jane Doe NLG (A.G.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09205-CRB
2 |
3 | *Jane Doe NLG (C.B.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09213-CRB
4 |
5 | *Jane Doe NLG (G.Z.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09315-CRB
6 |
7 | *Jane Roe CL 223 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09393-CRB
8 |
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF MICHAEL B. SHORTNACY**

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Los Angeles, California. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Uber's") Motion to Dismiss Cases for Failure to Comply with PTO 5.

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Uber in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the State of California, the Bar of the State of New York, and the Bar of the District of Columbia. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. On December 28, 2023, this Court entered Pretrial Order No. 5 ("PTO 5") in this matter, requiring each Plaintiff to "produce to Defendants a bona fide ride receipt from an Uber trip connected to the alleged incident." ECF No. 175 at 2. PTO 5 required each Plaintiff whose case was a part of the MDL by February 1, 2024, to produce the receipt (or, if a receipt was not readily available, certain ride information) within 14 days of that date—i.e., by February 15, 2024. *Id.* Each Plaintiff who joined the MDL after February 1, 2024 had to produce the ride receipt or ride information within 14 days of joining. *Id.* at 3.

4. Attached to this declaration as Exhibit A is a table identifying eighteen Plaintiffs who, as of December 31, 2025, have failed to produce a ride receipt or ride information as required by PTO 5. Each of these Plaintiffs was sent a written Notice of Delinquency, warning Plaintiffs of their failure to timely produce ride receipts or information and giving them thirty days to respond, on the date specified in Exhibit A. The Plaintiffs' deadlines to comply with PTO 5 are identified in the table at Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

|  |  |
|---|---|
| 1 | |
| 2 | Executed on December 31, 2025 in Los Angeles, California. |
| 3 | |
| 4 | **SHOOK, HARDY & BACON L.L.P.** |
| 5 | /s/ *Michael B. Shortnacy* |
| 6 | MICHAEL B. SHORTNACY (SBN: 277035) |

Executed on December 31, 2025 in Los Angeles, California.

**SHOOK, HARDY & BACON L.L.P.**

 /s/ *Michael B. Shortnacy*

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

2