# Exhibit A

Exhibit A – Uber's Motion to Dismiss for Failure to Comply with PTO 5

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Counsel | Case Number | Receipt or Ride Information Form Due Date | Days Overdue | Date of Delinquency Notice |
|---|---|---|---|---|---|---|
| 4229 | Jane Doe NLG 2 (S.G.) | Nachawati Law Group | 3:25-cv-08707 | 10/10/2025 | 80 | 10/30/2025 |
| 4633 | Jane Doe NLG 3 (B.G.) | Nachawati Law Group | 3:25-cv-08732 | 10/13/2025 | 77 | 10/30/2025 |
| 4634 | Jane Doe NLG 2 (J.H.) | Nachawati Law Group | 3:25-cv-08736 | 10/13/2025 | 77 | 10/30/2025 |
| 4255 | Jane Doe NLG (V.S.) | Nachawati Law Group | 3:25-cv-08757 | 10/14/2025 | 76 | 10/30/2025 |
| 4167 | Jane Doe NLG 3 (P.L.) | Nachawati Law Group | 3:25-cv-08865 | 10/30/2025 | 60 | 11/6/2025 |
| 4371 | Jane Doe NLG (M.S.) | Nachawati Law Group | 3:25-cv-09006 | 11/4/2025 | 55 | 11/6/2025 |
| 4590 | Jane Doe NLG (M.O.) | Nachawati Law Group | 3:25-cv-09181 | 11/8/2025 | 51 | 11/19/2025 |
| 4133 | Jane Doe NLG (R.R.) | Nachawati Law Group | 3:25-cv-09182 | 11/9/2025 | 50 | 11/19/2025 |
| 4592 | Jane Doe NLG (K.G.) | Nachawati Law Group | 3:25-cv-09184 | 11/9/2025 | 50 | 11/19/2025 |
| 4593 | Jane Doe NLG (J.R.) | Nachawati Law Group | 3:25-cv-09186 | 11/9/2025 | 50 | 11/19/2025 |
| 4594 | Jane Doe NLG (T.J.) | Nachawati Law Group | 3:25-cv-09193 | 11/9/2025 | 50 | 11/19/2025 |
| 4372 | Jane Doe NLG (C.P.) | Nachawati Law Group | 3:25-cv-09194 | 11/10/2025 | 49 | 11/19/2025 |
| 4373 | Jane Doe NLG (R.M.) | Nachawati Law Group | 3:25-cv-09197 | 11/10/2025 | 49 | 11/19/2025 |
| 4374 | Jane Doe NLG (A.G.) | Nachawati Law Group | 3:25-cv-09205 | 11/10/2025 | 49 | 11/19/2025 |
| 4601 | Jane Doe NLG (C.B.) | Nachawati Law Group | 3:25-cv-09213 | 11/10/2025 | 49 | 11/19/2025 |
| 4598 | Jane Doe NLG (A.B.) | Nachawati Law Group | 3:25-cv-09180 | 11/12/2025 | 47 | 11/19/2025 |
| 4599 | Jane Doe NLG (G.Z.) | Nachawati Law Group | 3:25-cv-09315 | 11/12/2025 | 47 | 11/19/2025 |
| 4475 | Jane Roe CL 223 | Cutter Law | 3:25-cv-09393 | 11/14/2025 | 45 | 11/19/2025 |