**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5** |
| This Document Relates to:<br><br>*Jane Doe NLG 2 (S.G.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08707-CRB<br><br>*Jane Doe NLG 3 (B.G.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08732-CRB<br><br>*Jane Doe NLG 2 (J.H.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08736-CRB<br><br>*Jane Doe NLG (V.S.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08757-CRB<br><br>*Jane Doe NLG 3 (P.L.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08865-CRB<br><br>*Jane Doe NLG (M.S.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09006-CRB<br><br>*Jane Doe NLG (A.B.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09180-CRB<br><br>*Jane Doe NLG (M.O.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09181-CRB | |

1
2 *Jane Doe NLG (R.R.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09182-CRB
3
4 *Jane Doe NLG (K.G.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09184
5
6 *Jane Doe NLG (J.R.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09186-CRB
7
8 *Jane Doe NLG (T.J.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09193-CRB
9
10 *Jane Doe NLG (C.P.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09194-CRB
11
12 *Jane Doe NLG (R.M) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09197-CRB
13
14 *Jane Doe NLG (A.G.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09205-CRB
15
16 *Jane Doe NLG (C.B.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09213-CRB
17
18 *Jane Doe NLG (G.Z.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09315-CRB
19
20 *Jane Roe CL 223 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09393-CRB
21
22
23
24
25
26
27
28

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS
CASES FOR FAILURE TO COMPLY WITH PTO 5

CASE NO. 3:23-MD-03084-CRB

## [PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 5 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Pretrial Order No. 5 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to PTO No. 5 (ECF No. 175).

2. Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. CHARLES R. BREYER
United States District Court Judge

# EXHIBIT A

| MDLC ID | Case Name | Counsel | Case Number |
|---|---|---|---|
| 4229 | Jane Doe NLG 2 (S.G.) | Nachawati Law Group | 3:25-cv-08707 |
| 4633 | Jane Doe NLG 3 (B.G.) | Nachawati Law Group | 3:25-cv-08732 |
| 4634 | Jane Doe NLG 2 (J.H.) | Nachawati Law Group | 3:25-cv-08736 |
| 4255 | Jane Doe NLG (V.S.) | Nachawati Law Group | 3:25-cv-08757 |
| 4167 | Jane Doe NLG 3 (P.L.) | Nachawati Law Group | 3:25-cv-08865 |
| 4371 | Jane Doe NLG (M.S.) | Nachawati Law Group | 3:25-cv-09006 |
| 4590 | Jane Doe NLG (M.O.) | Nachawati Law Group | 3:25-cv-09181 |
| 4133 | Jane Doe NLG (R.R.) | Nachawati Law Group | 3:25-cv-09182 |
| 4592 | Jane Doe NLG (K.G.) | Nachawati Law Group | 3:25-cv-09184 |
| 4593 | Jane Doe NLG (J.R.) | Nachawati Law Group | 3:25-cv-09186 |
| 4594 | Jane Doe NLG (T.J.) | Nachawati Law Group | 3:25-cv-09193 |
| 4372 | Jane Doe NLG (C.P.) | Nachawati Law Group | 3:25-cv-09194 |
| 4373 | Jane Doe NLG (R.M.) | Nachawati Law Group | 3:25-cv-09197 |
| 4374 | Jane Doe NLG (A.G.) | Nachawati Law Group | 3:25-cv-09205 |
| 4601 | Jane Doe NLG (C.B.) | Nachawati Law Group | 3:25-cv-09213 |
| 4598 | Jane Doe NLG (A.B.) | Nachawati Law Group | 3:25-cv-09180 |
| 4599 | Jane Doe NLG (G.Z.) | Nachawati Law Group | 3:25-cv-09315 |
| 4475 | Jane Roe CL 223 | Cutter Law | 3:25-cv-09393 |