UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jessi Watt v. Uber Technologies, Inc., et al;* 3:25-cv-04704-CRB<br><br>*C.M. v. Uber Technologies, Inc., et al;* 3:24-cv-05182-CRB | MDL No. 3084 CRB<br><br>**[PROPOSED] ORDER GRANTING MOTION TO OPPOSE DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10** |

Having considered the Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 10 and Plaintiffs' Opposition, the Court hereby DENIES the Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 10 as to the above captioned cases.

**IT IS SO ORDERED.**

Dated: _____

                                                                                          _____
                                                                                          HON. CHARLES R. BREYER
                                                                                          United States District Court Judge