Stephen J. Estey (SBN 163093)
R. Michael Bomberger (SBN 169866)
Angela J. Nehmens (SBN 309433)
Marek Pienkos (SBN 292729)
**ESTEY & BOMBERGER, LLP**
2869 India Street
San Diego, CA 92103
Tel: (619) 295-0035
Email: steve@estey-bomberger.com
Email: mike@estey-bomberger.com
Email: angela@estey-bomberger.com
Email: mpienkos@estey-bomberger.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No.: 3:23-MD-03084-CRB |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| This Document Relates to: | |
| *Individual Case Numbers: 3:24-cv-04699; 3:24-cv-05215; 3:24-cv-05221; 3:24-cv-05247; 3:24-cv-05255; 3:24-cv-05266; 3:24-cv-05295; 3:24-cv-05374; 3:24-cv-05388; 3:24-cv-05396; 3:24-cv-05512; 3:24-cv-05520; 3:24-cv-07068; 3:24-cv-07075; 3:25-cv-03456; 3:25-cv-05307* | Judge: Hon. Charles R. Breyer |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii), the following Plaintiffs ("Plaintiffs") and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Defendants"), hereby stipulate to the voluntary dismissal of all claims of Plaintiffs against Defendants with prejudice, with each party to bear its own costs, attorneys' fees, and expenses:

| Case Number | Plaintiff Name or Pseudonym |
|---|---|
| 3:24-cv-04699 | Leisle, Keilsee |
| 3:24-cv-05215 | Jane Doe EB 18 |
| 3:24-cv-05221 | Jane Doe EB 20 |

| Case Number | Plaintiff Name or Pseudonym |
| --- | --- |
| 3:24-cv-05247 | Jane Doe EB 23 |
| 3:24-cv-05255 | Jane Doe EB 25 |
| 3:24-cv-05266 | Jane Doe EB 26 |
| 3:24-cv-05295 | McCormick, Alana |
| 3:24-cv-05374 | Jane Doe EB 37 |
| 3:24-cv-05388 | Jane Doe EB 41 |
| 3:24-cv-05396 | Willoughby, Zina |
| 3:24-cv-05512 | Jane Doe EB 51 |
| 3:24-cv-05520 | Macon, Cambrielle R. |
| 3:24-cv-07068 | Jane Doe EB 56 |
| 3:24-cv-07075 | Jane Doe EB 58 |
| 3:25-cv-03456 | Jane Doe EB 80 |
| 3:25-cv-05307 | Jane Doe EB 91 |

Pursuant to Pretrial Order No. 19, counsel for Plaintiffs and counsel for Defendants certify that the common benefit assessment applicable to each Plaintiff's claim has been withheld and shall be deposited into the MDL 3084 common benefit accounts prior to or at the same time as the disbursement of any settlement proceeds to that Plaintiff or to Plaintiff's counsel.

**IT IS SO STIPULATED.**

///

///

///

///

///

///

///

///

///

///

///

///

///

Dated: December 31, 2025

Respectfully submitted,

By:    */s/ Marek Pienkos*
Stephen J. Estey (SBN 163093)
R. Michael Bomberger (SBN 169866)
Angela J. Nehmens (SBN 309433)
Marek Pienkos (SBN 292729)
**ESTEY & BOMBERGER, LLP**
2869 India Street
San Diego, CA 92103
Tel: (619) 295-0035
Fax: (619) 295-0172
Email: steve@estey-bomberger.com
Email: mike@estey-bomberger.com
Email: angela@estey-bomberger.com

*Attorneys for Plaintiffs*

By:    */s/ Christopher V. Cotton*
CHRISTOPHER V. COTTON
(Admitted *Pro Hac Vice*)
ccotton@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547 _

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**CERTIFICATE OF SERVICE**</u>

  I hereby certify that on December 31, 2025, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

        By:  */s/ Marek Pienkos*

           Marek Pienkos

STIPULATION OF DISMISSAL WITH PREJUDICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No.: 3:23-MD-03084-CRB |
| | Judge: Hon. Charles R. Breyer |

This Document Relates to:

*Individual Case Numbers: 3:24-cv-04699;*
*3:24-cv-05215; 3:24-cv-05221; 3:24-cv-05247;*
*3:24-cv-05255; 3:24-cv-05266; 3:24-cv-05295;*
*3:24-cv-05374; 3:24-cv-05388; 3:24-cv-05396;*
*3:24-cv-05512; 3:24-cv-05520; 3:24-cv-07068;*
*3:24-cv-07075; 3:25-cv-03456; 3:25-cv-05307*

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT THE CLAIMS OF THE FOLLWING PLAINTIFFS ARE DISMISSED WITH PREJUDICE:

| Case Number | Plaintiff Name or Pseudonym |
|---|---|
| 3:24-cv-04699 | Leisle, Keilsee |
| 3:24-cv-05215 | Jane Doe EB 18 |
| 3:24-cv-05221 | Jane Doe EB 20 |
| 3:24-cv-05247 | Jane Doe EB 23 |
| 3:24-cv-05255 | Jane Doe EB 25 |
| 3:24-cv-05266 | Jane Doe EB 26 |
| 3:24-cv-05295 | McCormick, Alana |
| 3:24-cv-05374 | Jane Doe EB 37 |
| 3:24-cv-05388 | Jane Doe EB 41 |
| 3:24-cv-05396 | Willoughby, Zina |
| 3:24-cv-05512 | Jane Doe EB 51 |
| 3:24-cv-05520 | Macon, Cambrielle R. |
| 3:24-cv-07068 | Jane Doe EB 56 |
| 3:24-cv-07075 | Jane Doe EB 58 |
| 3:25-cv-03456 | Jane Doe EB 80 |
| 3:25-cv-05307 | Jane Doe EB 91 |

Dated: _____, 2026

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

1