# L. Vartain Horn Decl.
# Exhibit 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | ) | MD 23-03084 CRB |
| | ) | SAN FRANCISCO, CALIFORNIA |
| | ) | OCTOBER 31, 2025 |
| | ) | PAGES 1 - 19 |

TRANSCRIPT OF ZOOM PROCEEDINGS
BEFORE THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFFS:
CHAFFIN LUHANA LLP
BY: ROOPAL LUHANA
600 THIRD AVENUE, 12TH FLOOR
NEW YORK, NEW YORK 10016

PEIFFER WOLF CARR KANE CONWAY & WISE
BY: RACHEL B. ABRAMS
555 MONTGOMERY STREET, SUITE 820
SAN FRANCISCO, CALIFORNIA 94111

(APPEARANCES CONTINUED ON THE NEXT PAGE.)

OFFICIAL COURT REPORTER:
IRENE L. RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

SO I DON'T KNOW WHAT TO DO WITH IT, BUT IF YOU HAVE A SUGGESTION AND YOU WANT ME TO DO SOMETHING AND CONSIDER IT, JUST FILE IT. OKAY?

MS. VARTAIN: THANK YOU, YOUR HONOR.

THE COURT: I'M NOT AT ALL ASCRIBING ANY OF THIS TO COUNSEL. I MEAN, I HAVE NO INFORMATION ON THAT SUBJECT AT ALL.

MS. LONDON: YOUR HONOR, SINCE COUNSEL HAS BROUGHT IT UP, AND JUST ON THE DUTY OF CANDOR, YOU KNOW, I AM ON THE EXECUTIVE COMMITTEE OF THE CONSUMER ATTORNEYS OF CALIFORNIA, AND I CAN REPRESENT TO THE COURT THAT ON THIS TOPIC, UBER HAS FILED AN INITIATIVE THAT WAS THREATENING TO REMOVE ACCESS TO JUSTICE ON ATTORNEYS' FEES IN CALIFORNIA. THEY FILED A PETITION.

IT'S MY -- I'M HAPPY TO TALK WITH THE COURT ABOUT MY UNDERSTANDING ABOUT THIS. I JUST WANTED TO, UNDER CANDOR, YOU KNOW, EXPRESS THAT, YOU KNOW, I -- IN MY ROLE ON THAT ORGANIZATION, I AM FAMILIAR AND AWARE OF THIS, BUT THIS WAS NOT SOMETHING THAT DIRECTLY CAME FROM OR WAS DIRECTED BY ME OR THE LEADERSHIP IN THIS LITIGATION. WE WERE NOT INVOLVED IN THAT.

THE COURT: ALL RIGHT. ALL RIGHT. YEAH, IF IT'S TO BE DEALT WITH, IF THERE'S SOMETHING THAT YOU THINK I SHOULD DO, ONE SIDE OR THE OTHER, SIMPLY FILE A MOTION, AND I'LL GET AN OPPOSITION AND DEAL WITH IT.

OKAY.

MS. LONDON: THANK YOU.

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

Irene Rodriguez

IRENE RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074

DATED: NOVEMBER 5, 2025