Laura Vartain Horn (SBN: 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,<br><br>This Document Relates to:<br><br>ALL MATTERS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:     Hon. Lisa J. Cisneros<br>Courtroom: G - 15th Floor |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Under Civil Local Rules 7-11 and 79-5(f), Defendants hereby move the Court to consider whether another party's material should be filed under seal in connection with their Joint Letter re Deficient Production of Plaintiffs' Expert Materials.

### Material To Be Filed Under Seal

The following materials contain information and documents designated by Plaintiffs as confidential.

| Document | Description | Designating Party |
|---|---|---|
| Joint Discovery Letter re Deficient Production of Plaintiffs' Expert Materials | Joint Discovery Letter | Plaintiffs |
| Ex. 1 to Joint Discovery Letter re Deficient Production of Plaintiffs' Expert Materials | Notice of the Deposition of Dr. Mindy Mechanic | Plaintiffs |
| Ex. 2 to Joint Discovery Letter re Deficient Production of Plaintiffs' Expert Materials | November 11, 2025 Deposition of Dr. Mindy Mechanic (excerpted). | Plaintiffs |
| Ex. 3 to Joint Discovery Letter re Deficient Production of Plaintiffs' Expert Materials | November 22, 2025 Deposition of Dr. Mindy Mechanic (excerpted) | Plaintiffs |
| Ex. 4 to Joint Discovery Letter re Deficient Production of Plaintiffs' Expert Materials | Expert Report of Dr. Mindy Mechanic re Plaintiff J.D. | Plaintiffs |
| Ex. 5 to Joint Discovery Letter re Deficient Production of Plaintiffs' Expert Materials | November 23, 2025 Deposition of Dr. Mindy Mechanic (excerpted) | Plaintiffs |

DATED: January 2, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER,LLC, And RASIER-CA, LLC

-3-
DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIALS SHOULD BE SEALED
CASE NO. 3:23-MD-03084-CRB (LJC)