Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL MATTERS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:         Hon. Lisa J. Cisneros<br>Courtroom:    G - 15th Floor |

I, Laura Vartain Horn, declare as follows:

1. I am a partner at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal.

2. Attached as **Exhibit A** is the Joint Discovery Letter re Deficient Production of Plaintiffs' Expert Materials, with redactions related to Plaintiff's confidential materials.

3. Attached as **Exhibit B** is Ex. 1 to Joint Discovery Letter re Deficient Production of Plaintiffs' Expert Materials (sealed in full).

4. Attached as **Exhibit C** is Ex. 2 to Joint Discovery Letter re Deficient Production of Plaintiffs' Expert Materials (sealed in full).

5. Attached as **Exhibit D** is Ex. 3 to Joint Discovery Letter re Deficient Production of Plaintiffs' Expert Materials (sealed in full).

6. Attached as **Exhibit E** is Ex. 4 to Joint Discovery Letter re Deficient Production of Plaintiffs' Expert Materials (sealed in full).

7. Attached as **Exhibit F** is Ex. 5 to Joint Discovery Letter re Deficient Production of Plaintiffs' Expert Materials (sealed in full).

Dated: January 2, 2026

*/s/ Laura Vartain Horn*
Laura Vartain Horn