Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL MATTERS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom:  G - 15th Floor |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 3:23-MD-3084-CRB (LJC)

Having considered Defendants' January 2, 2026 Administrative Motion To Consider Whether Another Party's Materials Should be Filed Under Seal, the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Designating Party |
| --- | --- | --- |
| Joint Discovery Letter re Deficient Production of Plaintiffs' Expert Materials | Joint Discovery Letter | Plaintiffs |
| Ex. 1 to Joint Discovery Letter re Deficient Production of Plaintiffs' Expert Materials | Notice of the Deposition of Dr. Mindy Mechanic | Plaintiffs |
| Ex. 2 to Joint Discovery Letter re Deficient Production of Plaintiffs' Expert Materials | November 11, 2025 Deposition of Dr. Mindy Mechanic (excerpted). | Plaintiffs |
| Ex. 3 to Joint Discovery Letter re Deficient Production of Plaintiffs' Expert Materials | November 22, 2025 Deposition of Dr. Mindy Mechanic (excerpted) | Plaintiffs |
| Ex. 4 to Joint Discovery Letter re Deficient Production of Plaintiffs' Expert Materials | Expert Report of Dr. Mindy Mechanic re Plaintiff J.D. | Plaintiffs |
| Ex. 5 to Joint Discovery Letter re Deficient Production of Plaintiffs' Expert Materials | November 23, 2025 Deposition of Dr. Mindy Mechanic (excerpted) | Plaintiffs |

**IT IS SO ORDERED.**

Dated:_____

                                                          Hon. Charles R. Breyer
                                                          United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 3:23-MD-3084-CRB (LJC)