**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (888) 875-2889
sluther@wagstafflawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| *This document relates to:* <br><br> T.S.S. v. UBER TECHNOLIGIES, INC., *et al.*; 3:25-CV-11026-CRB | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on December 29, 2025.

Dated: January 2, 2026

                                                         Respectfully submitted,

                                                        */s/ Sommer D. Luther*
                                                        Sommer D. Luther, CO 35053
                                                        **WAGSTAFF LAW FIRM**
                                                        940 Lincoln Street
                                                        Denver, CO 80203
                                                        Tel: (720) 208-9417
                                                        Fax: (888) 875-2889
                                                        sluther@wagstafflawfirm.com
                                                        Attorney for Plaintiff
                                                        *Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2026, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/ *Sommer D. Luther*

Sommer D. Luther