Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (*Admitted Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF ADMINISTRATIVE MOTION TO STRIKE**<br><br>Judge:    Hon. Charles R. Breyer<br>Courtroom:    6 – 17th Floor |

I, Laura Vartain Horn, declare as follows:

1. I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber") in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. On December 31, after reviewing the Plaintiff's filed Exhibit and Witness list, I wrote to Plaintiff and as relevant to this motion stated: "We have reviewed your exhibit and witness lists, which remain inconsistent with the length of case. We'll file an administrative motion to strike, unless you agree to substantially trim the lists down by Friday at 5:00PT. Let me know if you agree to do so."

3. I followed up by email in the morning (Pacific time) on Friday, January 2 regarding the administrative motion to strike, as well as other matters. Although I received a response from Plaintiff to my Friday morning email, that response did not address the portion of my email regarding the motion to strike. Accordingly, I followed up on Friday afternoon at 1:46 PM PT asking: "Please let me know your position on our motion to strike the exhibit list, which we'll get on file after 5:00pm PT today, consistent with our two prior emails to you on this topic." At 2:25 PM PT, I received a response to other aspects of my email, but not to the request for a position on the motion to strike.

4. Based on previous disagreements on this issue, I do not expect that Plaintiff will file a substantially trimmed list and they have not done so as of the time of filing this motion, which is after 5:00PM.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Dated: January 2, 2026

*/s/ Laura Vartain Horn*
Laura Vartain Horn