# EXHIBIT 1

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **PLAINTIFF'S NOTICE OF VIDEOTAPED DEPOSITION OF HANNAH NILLES** |
| This Document Relates to: | Date:      January 5, 2026 |
| *Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708 D. Ariz. No. 25-cv-4276 | Time:      9:00 a.m. PT Location: Remote via Zoom Video Conference |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE:** that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, before a notary public, or other officer authorized to administer oaths, Plaintiff will take the videotaped deposition of Hannah Nilles on January 5, 2026 beginning at 9:00 a.m. PT via Zoom Video Conferencing, before a certified court reporter and videographer provided by U.S. Legal Support. The deposition will continue for 1 hour, plus a minute-for-minute re-cross following any examination conducted by the defending party or other opposing counsel. The witness shall produce the documents listed in Exhibit A no less than 3 days before the deposition.

The deposition noticed in this matter, scheduled at the dates and times indicated herein, and as shall be or have been continued, advanced, relocated or otherwise rescheduled, will be taken in-person and will be recorded by stenographic means, through instant visual display and by audio or video technology.

The testimony will be taken for all purposes permitted by the Federal Rules of Civil Procedure.

| | |
|---|---|
| DATED: December 30, 2025 | By: /s/ Sarah R. London |
| |     Sarah R. London (SBN 267093) |
| |     **GIRARD SHARP LLP** |
| |     601 California St., Suite 1400 |
| |     San Francisco, CA 94108 |
| |     Telephone: (415) 981-4800 |
| |     slondon@girardsharp.com |
| | |
| | By: /s/ Rachel B. Abrams |
| |     Rachel B. Abrams |
| |     **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP** |
| |     555 Montgomery Street, Suite 820 |
| |     San Francisco, CA 94111 |
| |     Telephone: (415) 426-5641 |
| |     rabrams@peifferwolf.com |
| | |
| | By: /s/ Roopal P. Luhana |
| |     Roopal P. Luhana |
| |     **CHAFFIN LUHANA LLP** |
| |     600 Third Avenue, Fl. 12 |
| |     New York, NY 10016 |
| |     Telephone: (888) 480-1123 |
| |     luhana@chaffinluhana.com |
| | |
| | *Co-Lead Counsel for Plaintiffs* |

**EXHIBIT A: DOCUMENT REQUESTS**

1. All documents that form the basis for the Declaration of Hannah Nilles In Support of Defendants' Motion for Partial Summary Judgment.

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that the undersigned caused a copy of the foregoing to be served via electronic mail on December 30, 2025, to counsel for Defendants Uber Technologies, Inc., Rasier LLC and Rasier-CA, LLC, at the following email addresses:

**Kirkland & Ellis LLP**
Laura Vartain
LauraVartain@kirkland.com

Chris Cox
christopher.cox@kirkland.com

Jessica Davidson
jessica.davidson@kirkland.com

Alli Brown
Alli.Brown@kirkland.com

Cohl Love
cohl.love@kirkland.com

Asher Trangle
Asher.trangle@kirkland.com

Libby Marden
Libby.marden@kirkland.com

Geoffrey Wyatt
Geoffrey.wyatt@kirkland.com

Alexandra Caritis
Alexandra.caritis@kirkland.com

        */s/ Sarah R. London*
Sarah R. London
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

*Co-Lead Counsel for Plaintiffs*