1  LAURA VARTAIN HORN (SBN: 258485)
   Laura.vartain@kirkland.com
2  **KIRKLAND & ELLIS LLP**
   555 California Street, 30th Floor
3  San Francisco, CA 94104
   Telephone: (415) 439-1400
4
5  ALLISON M. BROWN (Pro Hac Vice
   admitted)
6  alli.brown@kirkland.com
   2005 Market Street, Suite 1000
7  Philadelphia, PA 19103
   Telephone: (215) 268-5000
8  JESSICA DAVIDSON (Pro Hac Vice
   admitted)
9  jessica.davidson@kirkland.com
   601 Lexington Avenue New York, NY 10022
10 Telephone: (212) 446-4800
11
   *Attorneys for Defendants*
12 UBER TECHNOLOGIES, INC.,
   RASIER, LLC, and RASIER-CA, LLC
13

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, 3:23-CV-06708 | Case No. 3:23-md-03084-CRB (LJC)<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6-17th Floor |

WHEREAS, on December 30, 2025, Plaintiff filed an Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal [Dkt. 4835], which included exhibits in support of Plaintiff's contemporaneously filed Opposition to Defendants' Motions in Limine [Dkt. 4836].

WHEREAS, the parties agree that an extension until January 13, 2026 of the default January 6, 2026 deadline for Defendants to file a statement in response to Plaintiff's Administrative Motion to Consider Whether Another Party's Materials Should be Sealed [Dkt. 4835] is necessary for Uber to review the exhibits for sealable information and prepare sealing papers.

WHEREAS, the Court has extended other deadlines in the case, but not this one.

WHEREAS, the requested extension will have no bearing of the rest of the case schedule.

THEREFORE, the parties respectfully request the Court enter the parties' stipulation extending Defendants' deadline to file a statement in response to Plaintiff's Administrative Motion to Consider Whether Another Party's Materials Should be Sealed [Dkt. 4835] until January 13, 2026.

**IT IS SO STIPULATED.**

DATED: January 5, 2026               Respectfully submitted,

By: */s/ Laura Vartain*

KIRKLAND & ELLIS LLP
Laura Vartain (SBN 258485)
laura.vartain@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Allison M. Brown (*Admitted Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

Jessica Davidson (*Admitted Pro Hac Vice*)
jessica.davidson@kirkland.com
601 Lexington Avenue New York, NY 10022
Telephone: (212) 446-4800

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

| | | |
|---|---|---|
| 1 | Dated: January 5, 2026 | /s/ Andrew R. Kaufman |
| 2 | | |
| | | ANDREW R. KAUFMAN (*Admitted Pro Hac Vice*) |
| 3 | | SARAH R. LONDON (SBN 267083) |
| | | GIRARD SHARP LLP |
| 4 | | 601 California St., Suite 1400 |
| | | San Francisco, CA 94108 |
| 5 | | Telephone: (415) 981-4800 |
| | | Email: slondon@girardsharp.com |
| 6 | | akaufman@girardsharp.com |
| 7 | | |
| | | RACHEL B. ABRAMS (Cal Bar No. 209316) |
| 8 | | ADAM B. WOLF (Cal Bar No. 215914) |
| | | SARA B. CRAIG (Cal Bar No. 301290) |
| 9 | | PEIFFER WOLF CARR KANE CONWAY |
| | | & WISE, LLP |
| 10 | | 555 Montgomery Street, Suite 820 |
| | | San Francisco, CA 94111 |
| 11 | | Telephone: 415.766.3544 |
| | | Facsimile: 415.840.9435 |
| 12 | | Email: rabrams@peifferwolf.com |
| | | awolf@peifferwolf.com |
| 13 | | scraig@peifferwolf.com |
| 14 | | ROOPAL P. LUHANA (*Admitted Pro Hac Vice*) |
| | | CHAFFIN LUHANA LLP |
| 15 | | 600 Third Avenue, Fl. 12 |
| | | New York, NY 10016 |
| 16 | | Telephone: (888) 480-1123 |
| | | Email: luhana@chaffinluhana.com |
| 17 | | |
| 18 | | |
| | | *Co-Lead Counsel for Plaintiffs* |

- 3 -

STIPULATION TO EXTEND DEADLINE
CASE NO. 3:23-MD-03084-CRB

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: January 5, 2026

*/s/ Laura Vartain*
Laura Vartain

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: January __, 2026

---
Honorable Charles R. Breyer
United States District Judge