UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO PERMIT EVIDENCE UNDER FRE 412** |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>      Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>      Defendants. | No. 25-cv-4276-PHX-CRB<br><br>Judge:  Honorable Charles R. Breyer<br>Ctrm.:   501 |

1     Having considered Plaintiff's January 5, 2026 Administrative Motion to File Under Seal

2 Plaintiff's Opposition to Defendants' Motion to Permit Evidence Under FRE 412, the Court hereby

3 **GRANTS** the Motion and **ORDERS** that Plaintiff's Opposition under Federal Rule of Evidence 412 and

4 all supporting papers shall be sealed.

5 **IT IS SO ORDERED.**

7 Dated: _____

                                        Hon. Charles R. Breyer
                                        United States District Judge