**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer<br><br>[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR (1) POSTPONEMENT OF FIRST BELLWETHER TRIAL AND RELATED RELIEF, AND (2) THIRD-PARTY SUBPOENA REGARDING MISLEADING AD CAMPAIGN |

1  Having considered Defendants' Motion for (1) Postponement of First Bellwether Trial and
2  Related Relief, and (2) Third-Party Subpoena Regarding Misleading Ad Campaign, the opposition
3  papers, the declarations filed with the motion and opposition, the record, and the applicable law, the
4  Court hereby **DENIES** the Motion.

**IT IS SO ORDERED.**

Dated: January 5, 2026



[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR (1) POSTPONEMENT OF FIRST
BELLWETHER TRIAL AND RELATED RELIEF, AND (2) THIRD-PARTY SUBPOENA REGARDING
MISLEADING AD CAMPAIGN
Case No. 23-md-03084-CRB