LAURA VARTAIN HORN (SBN: 258485)
Laura.vartain@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400

ALLISON M. BROWN (Pro Hac Vice admitted)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

JESSICA DAVIDSON (Pro Hac Vice admitted)
jessica.davidson@kirkland.com
601 Lexington Avenue New York, NY 10022
Telephone: (212) 446-4800

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jaylynn Dean v. Uber Technologies, Inc., et al.*, 3:23-CV-06708

Case No. 3:23-md-03084-CRB (LJC)

STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Judge: Hon. Charles R. Breyer
Courtroom: Courtroom 6-17th Floor

WHEREAS, on December 30, 2025, Plaintiff filed an Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal [Dkt. 4835], which included exhibits in support of Plaintiff's contemporaneously filed Opposition to Defendants' Motions in Limine [Dkt. 4836].

WHEREAS, the parties agree that an extension until January 13, 2026 of the default January 6, 2026 deadline for Defendants to file a statement in response to Plaintiff's Administrative Motion to Consider Whether Another Party's Materials Should be Sealed [Dkt. 4835] is necessary for Uber to review the exhibits for sealable information and prepare sealing papers.

WHEREAS, the Court has extended other deadlines in the case, but not this one.

WHEREAS, the requested extension will have no bearing of the rest of the case schedule.

THEREFORE, the parties respectfully request the Court enter the parties' stipulation extending Defendants' deadline to file a statement in response to Plaintiff's Administrative Motion to Consider Whether Another Party's Materials Should be Sealed [Dkt. 4835] until January 13, 2026.

**IT IS SO STIPULATED.**

DATED: January 5, 2026

Respectfully submitted,

By: */s/ Laura Vartain*

KIRKLAND & ELLIS LLP
Laura Vartain (SBN 258485)
laura.vartain@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Allison M. Brown (*Admitted Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

Jessica Davidson (*Admitted Pro Hac Vice*)
jessica.davidson@kirkland.com
601 Lexington Avenue New York, NY 10022
Telephone: (212) 446-4800

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Dated: January 5, 2026

*/s/ Andrew R. Kaufman*

ANDREW R. KAUFMAN (*Admitted Pro Hac Vice*)
SARAH R. LONDON (SBN 267083)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
akaufman@girardsharp.com

RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
PEIFFER WOLF CARR KANE CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
awolf@peifferwolf.com
scraig@peifferwolf.com

ROOPAL P. LUHANA *(Admitted Pro Hac Vice)*
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: January 5, 2026

*/s/ Laura Vartain*
Laura Vartain

**~~[PROPOSED]~~ ORDER**

**IT IS SO ORDERED.**

Dated: January 5, 2026

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA