※AO 435
AZ Form (Rev. 10/2023)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

| | |
|---|---|
| FOR COURT USE ONLY | |
| DUE DATE: | |

| 1. NAME Laura Vartain Horn | 2. PHONE NUMBER 415 439 1625 | 3. DATE 1/5/2026 |
|---|---|---|
| 4. FIRM NAME Kirkland & Ellis LLP | | |
| 5. MAILING ADDRESS 555 California Street | 6. CITY San Francisco | 7. STATE CA / 8. ZIP CODE 94104 |
| 9. CASE NUMBER 2:25-cv-04276 | 10. JUDGE Judge Charles R. Breyer | DATES OF PROCEEDINGS  11. 1/8/2026   12. End of Trial |
| 13. CASE NAME Dean v. Uber Technologies Incorporated et al | LOCATION OF PROCEEDINGS 14. CITY Phoenix   15. STATE Arizona | |

**16. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [x] VOIR DIRE | 1/8/2026 | [x] TESTIMONY (Specify) | Entire trial starting 1/13/2026 |
| [x] OPENING STATEMENT (Plaintiff) | | | |
| [x] OPENING STATEMENT (Defendant) | | | |
| [x] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [x] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [x] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30-Day (Ordinary) | [ ] | [ ] | | [ ] PAPER COPY | |
| 14-Day Transcript | [ ] | [ ] | | | |
| 7-Day (Expedited) | [ ] | [ ] | | [x] PDF (e-mail) | |
| 3-Day Transcript | [ ] | [ ] | | | |
| Next-Day (Daily) | [x] | [ ] | | [ ] ASCII (e-mail) | |
| 2-Hour (Hourly) | [ ] | [ ] | | | |
| Realtime Transcript | [x] | [ ] | | E-MAIL ADDRESS laura.vartain@kirkland.com | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE /s/ Laura Vartain Horn

20. DATE 1/5/2026

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:** COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY