UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE CLAWBACK NOTICE** |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>      Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>      Defendants. | No. 25-cv-4276-PHX-CRB<br><br>Judge: Honorable Charles R. Breyer<br>Ctrm.: 501 |

1 | Having considered Plaintiff's Motion to Strike the Clawback Notice served by Uber on January 2,
2 | 2026, the Court hereby **GRANTS** the motion. Uber's January 2, 2026 notice of clawback is struck and
3 | will have no effect in this MDL or in the Dean case.

**IT IS SO ORDERED.**

Dated: _____

                                         Hon. Charles R. Breyer
                                         United States District Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE CLAWBACK NOTICE
N.D. Cal. No. 3:23-md-03084; D. Ariz. No. 25-cv-4276