Steve Schulte (TX SBN 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, TX 75231
Phone: (214) 890-0711
Direct: (972) 581-9778
schulte@ntrial.com
jraggio@ntrial.com
afurness@ntrial.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>**This Document Relates to:**<br><br>*JANE DOE NLG (JI)*<br><br>*v. Uber Technologies, Inc., et al.*<br><br>**Case No.: 3:26-cv-00059-CRB** | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br><br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on January 5, 2026.

Dated: January 5, 2026

        **NACHAWATI LAW GROUP**

        */s./ Steven S. Schulte*
        Steve Schulte (TX SBN 24051306)
        *Appearance Pro Hac Vice*
        Arati Furness (CA Bar No. 225435)
        5489 Blair Road, Dallas, TX 75231
        Phone: (214) 890-0711
        Direct: (972) 581-9778
        schulte@ntrial.com
        afurness@ntrial.com
        **ATTORNEYS FOR PLAINTIFF**