IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF ROOPAL P. LUHANA, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' SECOND MOTION TO STRIKE PLAINTIFF'S WITNESS AND EXHIBIT LISTS**<br><br>Judge: Honorable Charles R. Breyer |

I, Roopal P. Luhana, hereby declare as follows:

1. I am a partner of Chaffin Luhana LLP, an attorney licensed in the State of New York and duly admitted to practice before this Court, representing Plaintiffs in the above captioned action.

2. I submit this declaration in support of Plaintiff's Opposition to Defendants' Second Motion to Strike Plaintiff's Witness and Exhibit List.

3. Plaintiff significantly reduced her Exhibit List by over 25% from her prior Exhibit List.

4. The majority of the exhibits are Uber documents, deposition exhibits, or materials relied upon by the parties' experts.

5. The examples of "incomprehensible" document descriptions Uber references in its motion are the file names for those Uber documents.

6. Plaintiff's witness list consists of: (1) six experts that will be called live, (2) five experts that may be called live, (3) three fact witnesses that will be called live, (4) two fact witnesses that may be called live, (5) three additional unnamed fact witnesses that may be called live (Custodian of Records, Sponsoring witnesses for Voluminous Material, Rep from FastTrack), (6) two fact witnesses that will be called by video, (7) 24 fact witnesses that may be called via video, (8) five fact witnesses that may be called but may appear live or by video, and (9) three fact witnesses that will be called but may appear live or by video.

Executed this 5th day of January, 2026 in San Francisco, California.

/s/ *Roopal P. Luhana*
Roopal P. Luhana

DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S WITNESS AND EXHIBIT LISTS