IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' SECOND MOTION TO STRIKE PLAINTIFF'S WITNESS AND EXHIBIT LISTS**<br><br>Judge: Honorable Charles R. Breyer |

### [PROPOSED] ORDER

Before the Court is Defendants' Second Motion to Strike Plaintiff's Witness and Exhibit Lists. Having considered the parties' Motion and Opposition, the record in this action, and the applicable law, and for good cause shown, the Court hereby DENIES Defendants' Motion.

**IT IS SO ORDERED.**

Dated:_____

_____
CHARLES R. BREYER
United States District Judge