UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SHORTEN TIME |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | No. 25-cv-4276-PHX-CRB<br><br>Judge:  Honorable Charles R. Breyer<br>Ctrm.:   501 |

1  Having considered Plaintiff's Administrative Motion to Shorten Time, the Court hereby
2  **GRANTS** the motion. Uber is to respond to their Motion on January 6, 2026.
3
4  **IT IS SO ORDERED.**
5
6  Dated: January 5, 2026



1

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE CLAWBACK NOTICE
N.D. Cal. No. 3:23-md-03084; D. Ariz. No. 25-cv-4276