| | |
|---|---|
| 1 | Laura Vartain Horn (SBN 258485) |
| | **KIRKLAND & ELLIS LLP** |
| 2 | 555 California Street, Suite 2700 |
| | San Francisco, CA 94104 |
| 3 | Telephone: (415) 439-1625 |
| | laura.vartain@kirkland.com |
| 4 | |
| | Kim Bueno (Admitted Pro Hac Vice) |
| 5 | **KIRKLAND & ELLIS LLP** |
| | 401 W. 4th St. |
| 6 | Austin, TX 78701 |
| | Telephone: (512) 355-4390 |
| 7 | kim.bueno@kirkland.com |
| 8 | Allison M. Brown (Admitted *Pro Hac Vice*) |
| | **KIRKLAND & ELLIS LLP** |
| 9 | 2005 Market Street, Suite 1000 |
| | Philadelphia, PA 19103 |
| 10 | Telephone: (215) 268-5000 |
| | alli.brown@kirkland.com |
| 11 | |
| | Jessica Davidson (Admitted *Pro Hac Vice*) |
| 12 | **KIRKLAND & ELLIS LLP** |
| | 601 Lexington Avenue |
| 13 | New York, NY 10022 |
| | Telephone: (212) 446-4800 |
| 14 | jessica.davidson@kirkland.com |
| 15 | *Attorneys for Defendants* |
| | UBER TECHNOLOGIES, INC., RASIER, LLC, |
| 16 | and RASIER-CA, LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL** |
| This Document Relates to: | |
| *Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Judge:     Hon. Charles R. Breyer |
| | Courtroom: 6 – 17th Floor |

I, Laura Vartain Horn, declare as follows:

1. I am a partner at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Administrative Motion to Seal Defendants' Unredacted Trial Brief.

2. Attached as **Exhibit A** is Uber's Trial Brief Regarding Pre-Trial Legal Issues with proposed redactions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 5, 2026

                                         */s/ Laura Vartain Horn*
                                         Laura Vartain Horn