Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted Pro Hac Vice)
**KIRKLAND & ELLIS LLP**
401 W. 4th St.
Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL** |
| This Document Relates to: | |
| *Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Judge:         Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |

CERTIFICATE OF SERVICE

Case No. 3:23-md-03084-CRB (LJC)

I, Laura Vartain Horn, am at least 18 years old and not a party to this action.  I am employed in the City and County of San Francisco.  I am a Partner with the law firm Kirkland & Ellis LLP and my business address is 555 California Street, San Francisco, CA 94104.

On the date set forth below, I caused the following sealed documents to be served by providing a true copy on the parties listed in the table below:

1.      **DEFENDANTS' TRIAL BRIEF REGARDING PRE-TRIAL LEGAL ISSUES**

**BY E-MAIL OR ELECTRONIC SUBMISSION:** I caused the above-referenced documents to be sent in electronic PDF format as an attachment to an email addressed to the persons on whom such documents are to be served at the email addresses shown below.

| | |
|---|---|
| Sarah R. London<br>Andrew R. Kaufman<br>**GIRARD SHARP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: slondon@girardsharp.com<br>Email: akaufman@girardsharp.com |
| Rachel B. Abrams<br>**PEIFFER WOLF CARR KANE**<br>**CONWAY & WISE, LLP**<br>555 Montgomery St., Suite 820<br>San Francisco, CA 94111 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: rabrams@peifferwolf.com |
| Roopal P. Luhana<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Floor 12<br>New York, NY 10016 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: luhana@chaffinluhana.com<br>Email: ubermdldiscovery@chaffinluhana.com |

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.  Executed on January 5, 2025, in San Francisco, California.

/s/ Laura Vartain Horn

Laura Vartain Horn

1

CERTIFICATE OF SERVICE