1 | Roopal P. Luhana
**CHAFFIN LUHANA LLP**
2 | 600 Third Avenue, Floor 12
New York, NY 10016
3 | Telephone: (888) 480-1123
luhana@chaffinluhana.com
4 |
5 | Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
6 | San Francisco, CA 94108
Telephone: (415) 981-4800
7 | slondon@girardsharp.com

8 | Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE**
9 | **CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
10 | San Francisco, CA 94111
11 | Telephone: (415) 426-5641
rabrams@peifferwolf.com
12 |
13 | *Co-Lead Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**PLAINTIFF'S FIRST AMENDED TRIAL EXHIBIT LIST**<br><br>Judge:    Hon. Charles R. Breyer |

**PLAINTIFF'S FIRST AMENDED EXHIBIT LIST**

Plaintiff is lodging the attached **Plaintiff's First Amended Exhibit List** in accordance with the parties' agreement.

By serving this Exhibit List, Plaintiff does not waive, and expressly reserves, all rights afforded under the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules, and all orders and procedures established by the Court in this action, including the right to amend, modify, withdraw, or supplement Plaintiff's Exhibit List before and during trial. Plaintiff reserves the right to modify, withdraw, or supplement her Exhibit List before and during trial including, but not limited, to the following non-exclusive set of circumstances: (1) to include documents produced untimely in this litigation for trial by an opposing party; (2) upon receipt of Defendants' exhibit lists and/or deposition designations or counter-designations and amendments to deposition designations or counter-designations; (3) in the event that additional relevant documents or materials are produced in this action, identified in supplemental expert reports, or discovered subsequent to the date of service of the exhibit list; (4) for purposes of adding any medical or scientific literature, other data, regulatory filings or communications issued or published after the date of submission of the exhibit list; (5) as required to cure an evidentiary objection; (6) in response to Plaintiff or Defendants proffering any documents they have not listed on their Exhibit Lists; (7) in response to rulings of the Court on any pretrial motions, including any expert motions, motions for summary judgment, motions in limine, or any other Court decisions that affect the scope of this trial; and (8) as necessary based on the future severance, settlement, and/or dismissal involving any party.

The inclusion of any exhibit on this list does not waive or affect any confidentiality designation under the Protective Order. Plaintiff expressly reserves the right to object to the introduction, use, or admissibility of any document listed on any party's Exhibit List. The inclusion of a particular document on Plaintiff's Exhibit List does not waive any right to object to the introduction, use, or admissibility of that document for any purpose. Plaintiff also reserves the right to use any deposition transcripts and any exhibits to deposition transcripts for any witnesses being called to testify at trial and/or use any deposition exhibits or other documents associated with any

testimony that has been or will be designated or counter-designated by any party. Plaintiff reserves the right to use any and all documents or materials listed by any other party, including Defendants. Certain exhibits that were previously produced during discovery are further identified by bates number, native file name or description, as applicable. Plaintiff further reserves all rights to use documents de-designated and/or redacted, initially withheld for privilege, and subsequently produced by Defendants pursuant to Judge Cisneros' and Judge Jones' Orders including the most recent Orders. Plaintiff expressly reserves the right to use alternative copies of such exhibits where appropriate, including physical, color, redacted, more legible, and/or native documents, or copies with or without deposition exhibit stickers. Plaintiff also reserves the right to use at trial summaries created in accordance with the federal rules and demonstrative exhibits, including without limitation: charts, graphs, photographs, animations, timelines, objects, models, PowerPoint slides, drawings, graphics, and other demonstrative aids. Plaintiff reserves the right to offer enlargements of any exhibits on the list or on any party's exhibit list.

DATED:  January 6, 2026            Respectfully submitted,

By: */s/ Sarah R. London*

SARAH R. LONDON (SBN 267083)
ANDREW R. KAUFMAN (*Pro Hac Vice*)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
          akaufman@girardsharp.com

RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
PEIFFER WOLF CARR KANE CONWAY
 & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
          awolf@peifferwolf.com
          scraig@peifferwolf.com

|   |   |
|---|---|
| 1 |  |
| 2 | ROOPAL P. LUHANA *(Pro Hac Vice)* |
|   | CHAFFIN LUHANA LLP |
| 3 | 600 Third Avenue, Fl. 12 |
|   | New York, NY 10016 |
| 4 | Telephone: (888) 480-1123 |
|   | Email: luhana@chaffinluhana.com |
| 5 |  |
| 6 | *Co-Lead Counsel for Plaintiffs* |

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: January 6, 2026

*/s/ Roopal Luhana*
Roopal Luhana

PLAINTIFF'S FIRST AMENDED EXHIBIT LIST
CASE NO. 3:23-MD-03084-CRB