1  John Eddie Williams, Jr. (pro hac vice)
   Brian Abramson (pro hac vice)
2  Margret Lecocke (pro hac vice)
   Walt Cubberly (SBN 325163)
3  Batami Baskin (pro hac vice)
   Myles Shaw (pro hac vice)
4  Joseph C. Melugin (SBN 279439)
   WILLIAM HART & BOUNDAS, LLP
5  8441 Gulf Freeway, Suite 600
   Houston, Texas 77017-5051
6  Telephone: (713) 230-2200
   Facsimile: (713) 643-6226
7  Email: jwilliams@whlaw.com
   Email: babramson@whlaw.com
8  Email: mlecocke@whlaw.com
   Email: wcubberly@whlaw.com
9  Email: bbaskin@whlaw.com
   Email: mshaw@whlaw.com
10 Email: jmelugin@whlaw.com

11 *Attorneys for Plaintiff*

<br>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL NO. 3084 CRB |
| This Document Relates to:<br><br>*WHB 2158 v. UBER TECHNOLOGIES, INC., et al. – Case No. 3:26-cv-00033-CRB* | NOTICE OF FILING OF NEW ACTION |

**NOTICE OF FILING OF NEW ACTION**

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on January 6, 2026.

| | |
|---|---|
| Dated: January 6, 2026 | Respectfully Submitted, |

                                            **WILLIAMS HART & BOUNDAS, LLP**

                                            By: /s/ Walt Cubberly
                                                       John Eddie Williams, Esq.
                                                       Brian Abramson, Esq.
                                                       Margret Lecocke, Esq.
                                                       Walt Cubberly, Esq.
                                                       Batami Baskin, Esq.
                                                       Myles Shaw, Esq.
                                                       Joseph C. Melugin, Esq.

                                                     ***Attorneys for Plaintiff***

### CERTIFICATE OF SERVICE

     I hereby certify that on January 6, 2026 I electronically transmitted the foregoing Notice of Filing of New Action to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

                                                     By: /s/ Walt Cubberly
                                                           Walt Cubberly