```
1   John Eddie Williams, Jr. (pro hac vice)
    Brian Abramson (pro hac vice)
2   Margret Lecocke (pro hac vice)
    Walt Cubberly (SBN 325163)
3   Batami Baskin (pro hac vice)
    Myles Shaw (pro hac vice)
4   Joseph C. Melugin (SBN 279439)
    WILLIAM HART & BOUNDAS, LLP
5   8441 Gulf Freeway, Suite 600
    Houston, Texas 77017-5051
6   Telephone: (713) 230-2200
    Facsimile: (713) 643-6226
7   Email: jwilliams@whlaw.com
    Email: babramson@whlaw.com
8   Email: mlecocke@whlaw.com
    Email: wcubberly@whlaw.com
9   Email: bbaskin@whlaw.com
    Email: mshaw@whlaw.com
10  Email: jmelugin@whlaw.com
```

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL NO. 3084 CRB** |
| This Document Relates to:<br><br>*WHB 2159 v. UBER TECHNOLOGIES, INC., et al. – Case No. 3:26-cv-00076-CRB* | **NOTICE OF FILING OF NEW ACTION** |

### NOTICE OF FILING OF NEW ACTION

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on January 6, 2026.

Dated: January 6, 2026						Respectfully Submitted,

**WILLIAMS HART & BOUNDAS, LLP**

By: /s/ Walt Cubberly
    John Eddie Williams, Esq.
    Brian Abramson, Esq.
    Margret Lecocke, Esq.
    Walt Cubberly, Esq.
    Batami Baskin, Esq.
    Myles Shaw, Esq.
    Joseph C. Melugin, Esq.

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2026 I electronically transmitted the foregoing Notice of Filing of New Action to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

By: /s/ Walt Cubberly
    Walt Cubberly