UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | No. 25-cv-4276-PHX-CRB<br><br>Judge: Honorable Charles R. Breyer<br>Ctrm.: 501 |

Having considered Defendants' December 30, 2025 Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal and Plaintiff's January 6, 2026 Statement in Support of Defendants' Motion, the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| Defendants' Opposition to Plaintiff's Omnibus Motions in Limine (ECF 4847) | Excerpts containing Plaintiff's mental health history at i, pp. 2-3.<br><br>Excerpts regarding intimate and sensitive aspects of Plaintiff's personal and family life at i, pp. 3-7.<br><br>Excerpts regarding past substance abuse by a third party at pp. 6-7. |
| Exhibit 3 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine (ECF 4847-5) | Excerpts containing intimate and sensitive aspects of Plaintiff's personal and family life at pp. 24, 28-29, 34-37, 54-60, 65, 112-113, 115, 118, 120-123, 128, 133-134, 140-141.<br><br>Excerpts regarding substance abuse by a third party at pp. 51-56, 58, 60, 140-141.<br><br>Excerpts containing Plaintiff's medical and mental health history at pp. 57, 132-134, 140-141.<br><br>Excerpts containing the names of third parties at pp. 112, 115, 118, 120-123, 128, 132-134, 140-141. |
| Exhibit 4 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine (ECF 4847-6) | Excerpts containing Plaintiff's medical and mental health history at pp. 165, 170, 179, 182, 291, 312.<br><br>Excerpts regarding intimate and sensitive aspects of Plaintiff's personal and family life at pp. 166, 170, 179, 183, 299, 304-312.<br><br>Excerpts regarding substance abuse by a third party at pp. 170, 179, 291.<br><br>Excerpts containing the names of third parties at pp. 179, 299, 305-312. |
| Exhibit 5 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine (ECF 4847-7) | Excerpts regarding intimate and sensitive aspects of Plaintiff's personal and family life at pp. 33-36. |

| Document | Description of Material to Be Sealed |
|---|---|
| Exhibit 6 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine (ECF 4847-8) | Excerpt containing the date of birth of a third party at p. 105.<br><br>Excerpts regarding intimate and sensitive aspects of Plaintiff's personal and family life at pp. 105-106. |
| Exhibit 7 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine (ECF 4847-9) | Excerpts containing the personally identifiable information of third parties at pp. 1-8.<br><br>Excerpts regarding intimate and sensitive aspects of Plaintiff's personal and family life at pp. 1-8. |
| Exhibit 8 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine (ECF 4847-10) | Excerpts regarding intimate and sensitive aspects of another bellwether plaintiff's personal and family life at p. 103.<br><br>Excerpts regarding substance abuse by a third party in another bellwether plaintiff's case at p. 103. |

**IT IS SO ORDERED.**

Dated: _____

                                                        Hon. Charles R. Breyer
                                                        United States District Judge