# EXHIBIT A

*In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation,*
Case No. 23-md-03084-CRB

**EXHIBIT A to Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 31**

| MDLC ID | Case Number | PTO 31 Delinquency | Service Date for Notice of Delinquency | Deadline to Cure |
|---|---|---|---|---|
| 1244 | 3:25-cv-07853 | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 11/05/2025 | 12/05/2025 |
| 3549 | 3:25-cv-04672 | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 11/05/2025 | 12/05/2025 |
| 3946 | 3:25-cv-07259 | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 11/05/2025 | 12/05/2025 |
| 3954 | 3:25-cv-07482 | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 11/05/2025 | 12/05/2025 |
| 3955 | 3:25-cv-07484 | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 11/05/2025 | 12/05/2025 |
| 3969 | 3:25-cv-07381 | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 11/05/2025 | 12/05/2025 |
| 3972 | 3:25-cv-07616 | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 11/05/2025 | 12/05/2025 |
| 3978 | 3:25-cv-07376 | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 11/05/2025 | 12/05/2025 |
| 4058 | 3:25-cv-07844 | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 11/05/2025 | 12/05/2025 |
| 4059 | 3:25-cv-07862 | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 11/05/2025 | 12/05/2025 |
| 4066 | 3:25-cv-08086 | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 11/05/2025 | 12/05/2025 |
| 4080 | 3:25-cv-08120 | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 11/05/2025 | 12/05/2025 |
| 4206 | 3:25-cv-08470 | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 11/11/2025 | 12/11/2025 |
| 4215 | 3:25-cv-08665 | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 11/11/2025 | 12/11/2025 |
| 4276 | 3:25-cv-08985 | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 11/24/2025 | 12/24/2025 |