# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31** |

This Document Relates to:

*CL 169 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04672-CRB

*NLG (K.T.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07259-CRB

*LS 635 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07376-CRB

*LS 636 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07381-CRB

*NLG (J.D.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07482-CRB

*NLG (T.P.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07484-CRB

*LS 639 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07616-CRB

*LS 14 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07844-CRB

*C.B. 1244 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07853-CRB

*LS 15 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07862-CRB

*LS 646 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08086-CRB,

*K.A. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08120-CRB,

*CL 212 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08470-CRB,

*Brimlett v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08665-CRB, and

*JLG 180 v. Uber Technologies, Inc., et al.*, No. 3:25-CV-08985.

## [PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 31 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Pretrial Order No. 31 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to Amended PTO No. 31 (ECF No. 3877).

2. Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

**EXHIBIT A**

| MDL ID | Case Number | Plaintiff |
|---|---|---|
| 1244 | 3:25-cv-07853 | C.B. 1244 |
| 3549 | 3:25-cv-04672 | CL 169 |
| 3946 | 3:25-cv-07259 | NLG (K.T.) |
| 3954 | 3:25-cv-07482 | NLG (J.D.) |
| 3955 | 3:25-cv-07484 | NLG (T.P.) |
| 3969 | 3:25-cv-07381 | LS 636 |
| 3972 | 3:25-cv-07616 | LS 639 |
| 3978 | 3:25-cv-07376 | LS 635 |
| 4058 | 3:25-cv-07844 | LS 14 |
| 4059 | 3:25-cv-07862 | LS 15 |
| 4066 | 3:25-cv-08086 | LS 646 |
| 4080 | 3:25-cv-08120 | K.A. |
| 4206 | 3:25-cv-08470 | CL 212 |
| 4215 | 3:25-cv-08665 | Brimlett, Stacey |
| 4276 | 3:25-cv-08985 | JLG 180 |