# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| This Document Relates to: *Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. Case No. 3:23-cv-06708-CRB D. Ariz. Case No. 2:25-cv-04276-CRB | **DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF UBER'S STATEMENT IN RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [PLAINTIFF'S OPENING MOTIONS IN LIMINE]** |
| | Judge: Hon. Charles R. Breyer Courtroom: 6 – 17th Floor |

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN, Plaintiff, v. UBER TECHNOLOGIES, INC., et al., Defendants. | CASE NO. 25-cv-4276-PHX-CRB Judge: Hon. Charles R. Breyer Courtroom: 501 |

1

DECLARATION OF LAURA VARTAIN HORN ISO DEFENDANTS' STATEMENT RE SEALING
Case No. 3:23-MD-03084-CRB

I, Laura Vartain Horn, declare as follows:

1. I am an attorney at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Statement in Response to Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed [Plaintiff's Opening Motions in Limine].

2. Plaintiff takes no position as to Uber's proposed redactions.

3. Attached as Exhibit A is a true and correct copy of Plaintiff's Motions in Limine with Uber's proposed redactions.[1]

4. Attached as Exhibit B is a true and correct copy of Exhibit 7 to Plaintiff's Motions in Limine with Uber's proposed redactions.

5. Attached as Exhibit C is a true and correct copy of Exhibit 8 to Plaintiff's Motions in Limine with Uber's proposed redactions.

6. Attached as Exhibit D is a true and correct copy of Exhibit 9 to Plaintiff's Motions in Limine with Uber's proposed redactions.

7. Attached as Exhibit E is a true and correct copy of Exhibit 29 to Plaintiff's Motions in Limine with Uber's proposed redactions.

8. Attached as Exhibit F is a true and correct copy of Exhibit 30 to Plaintiff's Motions in Limine with Uber's proposed redactions.

9. Attached as Exhibit G is a true and correct copy of Exhibit 31 to Plaintiff's Motions in Limine with Uber's proposed redactions.

10. Attached as Exhibit H is a true and correct copy of Exhibit 32 to Plaintiff's Motions in Limine with Uber's proposed redactions.

11. Attached as Exhibit I is a true and correct copy of Exhibit 38 to Plaintiff's Motions in Limine with Uber's proposed redactions.

---

[1] Pages 3-6 of the Motion include the redactions sought by Plaintiff, reproduced by Uber here.

1 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  January 6, 2026

*/s/ Laura Vartain Horn*
Laura Vartain Horn