UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL** |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. Case No. 3:23-cv-06708-CRB<br>D. Ariz. Case No. 2:25-cv-04276-CRB | Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>            Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>            Defendants. | CASE NO. 25-cv-4276-PHX-CRB<br><br>Judge:         Hon. Charles R. Breyer<br><br>Courtroom:  501 |

1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL
Case No. 3:23-MD-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc. and Rasier, LLC's (collectively, "Uber") Statement in Response to Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Statement"), the Court hereby **ORDERS** that the following portions of the Plaintiff's Motions in Limine filings remain under seal, as requested in Uber's Statement:

| Document | Text to Be Sealed[1] |
|---|---|
| Plaintiff's Motions in Limine (Vartain Decl. Ex. A) (ECF No. 4688-3) | Pgs. ii, 3, 4, 5, 6, 10, 17, 20 |
| Ex. 7 to Plaintiff's Motions in Limine (Vartain Decl. Ex. B) (ECF No. 4688-6) | UBER_JCCP_MDL_003348796-798 |
| Ex. 8 to Plaintiff's Motions in Limine (Vartain Decl. Ex. C) (ECF No. 4688-7) | 229:2-10, 229:12-13, 229:18-22, 230:18-25 |
| Ex. 9 to Plaintiff's Motions in Limine (Vartain Decl. Ex. D) (ECF No. 4688-8) | 6-8 |
| Ex. 29 to Plaintiff's Motions in Limine (Vartain Decl. Ex. E) (ECF No. 4688-22) | UBER_JCCP_MDL_000911254, UBER_JCCP_MDL_000911256-260 |
| Ex. 30 to Plaintiff's Motions in Limine (Vartain Decl. Ex. F) (ECF No. 4688-23) | UBER_JCCP_MDL_000911254, UBER_JCCP_MDL_000911256-260 |
| Ex. 31 to Plaintiff's Motions in Limine (Vartain Decl. Ex. G) (ECF No. 4688-24) | 133:11-14, 134:24, 135:4-5, 135:8-12, 135:14-18, 135:21-22, 136:1-4, 136:9, 136:14, 136:17-22, 137:1-3, 137:6-9, 137:12-13, 137:16-23 |
| Ex. 32 to Plaintiff's Motions in Limine (Vartain Decl. Ex. H) (ECF No. 4688-25) | UBER000231789-792, UBER000231795-802 |
| Ex. 38 to Plaintiff's Motions in Limine (Vartain Decl. Ex. I) (ECF No. 4688-31) | Internal Uber Hyperlinks at UBER_JCCP_MDL_001687316-317 |

---

[1] In each case, except as to the bellwether plaintiff name redacted in Exhibit 9, Uber is the party claiming confidentiality.

1 | **IT IS SO ORDERED.**

2 | DATED:_____        By:_____
3 |                                          Hon. Charles R. Breyer
                                             United States District Court Judge