# EXHIBIT B

| MDL ID | Law Firm |
|---|---|
| 3698 | Pulaski Law Firm |
| 3700 | Pulaski Law Firm |
| 3879 | Reich and Binstock, LLP |
| 4097 | Wagstaff Law Firm |
| 4142 | Reich and Binstock, LLP |
| 4385 | Wagstaff Law Firm |