Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street,
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF CHRISTOPHER V. COTTON**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

I, Christopher V. Cotton, declare as follows:

1. I am an attorney at Shook, Hardy & Bacon L.L.P., counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" or "Defendants"). I offer this Declaration in the above-captioned matter in support of Uber's Motion for (1) Entry of an Order to Show Cause Why 6 Plaintiffs Who Have Submitted Non-Bona-Fide Receipts Should Not Be Dismissed with Prejudice, and (2) Allowing Limited Depositions of 5 Plaintiffs Referenced Herein (the "Fourth Fraudulent Receipts Motion").

2. Attached as Exhibit 1 is a true and correct copy of a bona fide, itemized receipt from Uber's systems for a ride that occurred on November 9, 2023, and totaled $23.38.

3. Attached as Exhibit 2 is a purported receipt submitted by Plaintiff with MDL ID 4097.

4. Attached as Exhibit 3 is a purported receipt submitted by Plaintiff with MDL ID 3962.

5. Attached as Exhibit 4 is a purported receipt submitted by Plaintiff with MDL ID 3286.

6. Attached as Exhibit 5 is a purported receipt submitted by Plaintiff with MDL ID 2785.

7. Attached as Exhibit 6 is a purported receipt submitted by Plaintiff with MDL ID 4142.

8. Attached as Exhibit 7 is a purported receipt submitted by Plaintiff with MDL ID 4358.

9. Attached as Exhibit 8 is a true and correct copy of a bona fide, itemized receipt from Uber's systems for a ride that occurred on January 25, 2024, and totaled $13.74.

10. Attached as Exhibit 9 is a true and correct copy of a bona fide, itemized receipt from Uber's systems for a ride that occurred on February 2, 2024, and totaled $15.50.

11. Attached as Exhibit 10 is a true and correct copy of a bona fide, itemized receipt from Uber's systems for a ride that occurred on August 13, 2024, and totaled $21.97.

12. Attached as Exhibit 11 is a purported receipt submitted by Plaintiff with MDL ID 3700.

13. Attached as Exhibit 12 is a true and correct copy of a bona fide, itemized receipt from Uber's systems for a ride that occurred on August 30, 2024, and totaled $15.81.

14. Attached as Exhibit 13 is a purported receipt submitted by Plaintiff with MDL ID 3879.

15. Attached as Exhibit 14 is a true and correct copy of a bona fide, itemized receipt from Uber's systems for a ride that occurred on August 31, 2024, and totaled $17.75.

16. Attached as Exhibit 15 is a purported receipt submitted by Plaintiff with MDL ID 3698.

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing
2  is true and correct.

4  Dated: January 7, 2026                    Respectfully submitted,

                                             By: */s/ Christopher V. Cotton*

                                             Christopher V. Cotton (admitted *Pro Hac Vice*)
                                             **SHOOK, HARDY & BACON L.L.P.**
                                             2555 Grand Blvd.
                                             Kansas City, MO 64108
                                             Telephone: (816) 474-6550
                                             ccotton@shb.com

                                             *Attorney for Defendants*
                                             UBER TECHNOLOGIES, INC.;
                                             RASIER, LLC; and RASIER-CA, LLC

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatory above concurred in this filing.

Dated: January 7, 2026

*/s/ Laura Vartain Horn*
Lauran Vartain Horn