# C. Cotton Decl. Exhibit 1

# Uber

November 9, 2023

## Here's your receipt for your ride, ▮

We hope you enjoyed your ride this afternoon.

| | |
|---|---:|
| **Total** | **$23.38** |

| | |
|---|---:|
| Trip fare | $14.93 |

| | |
|---|---:|
| Subtotal | $14.93 |
| Time at Stop | $0.36 |
| NV Recovery Surcharge | $0.04 |
| Wait Time | $0.06 |
| Booking Fee | $7.31 |
| Transportation Recovery Tax | $0.68 |

## Payments

**VISA** ▮  $23.38
11/10/23 6:48 AM

[Visit the trip page](#) for more information, including invoices (where available)

---

You rode with ▮

**UberX**   12.64 miles | 35 min

7:52 PM | ▮
8:27 PM | ▮

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.