# C. Cotton Decl. Exhibit 2

# Uber

September 04, 2023

## Here's your receipt for your ride,

We hope you enjoyed your ride this evening.

| | |
|---|---|
| **Total** | **$18.60** |

| | |
|---|---|
| Trip fare | $19.06 |

| | |
|---|---|
| Subtotal | $16.06 |
| Time at Stop | $0.08 |
| NV Recovery Surcharge | $0.05 |
| Booking Fee | $2.41 |

## Payments

VISA  
9/4/23 9:16 PM   $18.60

[Visit the trip page](#) for more information, including invoices (where available)

**You rode with**

**UberX**  14 miles | 21 min

9:32 PM |  
9:53 PM |

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.