# C. Cotton Decl. Exhibit 3

# Uber

September 20, 2023

## Here's your receipt for your ride, ▓▓▓▓

We hope you enjoyed your ride this morning.

| | |
|---|---|
| **Total** | **$27.74** |

| | |
|---|---|
| Trip fare | $16.93 |

| | |
|---|---|
| **Subtotal** | **$16.93** |
| Time at Stop | $0.36 |
| NV Recovery Surcharge | $0.10 |
| Wait Time | $0.16 |
| Booking Fee | $9.31 |
| Transportation Recovery Tax | $0.88 |

## Payments



VISA ▓▓▓▓▓▓▓▓  $27.74
9/20/23 9:58 AM

[Visit the trip page](#) for more information, including invoices (where available)

You rode with ▓▓▓

UberX   10.24 miles | 24 min

■  11:33 AM | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
│
■  11:57 AM | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.