# C. Cotton Decl. Exhibit 4

# Uber

April 24, 2023

## Here's your receipt for your ride, ▮

We hope you enjoyed your ride this evening.

| | |
|---|---|
| Total | **$15.42** |

| | |
|---|---|
| Trip fare | $11.10 |

| | |
|---|---|
| **Subtotal** | **$11.10** |
| Time at Stop | $0.14 |
| NV Recovery Surcharge | $0.09 |
| Wait Time | $0.05 |
| Booking Fee | $3.82 |
| Transportation Recovery Tax | $0.22 |

## Payments


VISA  ▮
04/24/23 9:20 PM                                                   $15.42

Visit the trip page for more information, including invoices (where available)

You rode with ▮

**UberX** 7.4 miles | 14min

9:34 PM ▮
9:50 PM ▮

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.