# C. Cotton Decl. Exhibit 5



# Receipt

| | |
|---|---|
| Subtotal | $12.06 |
| Booking Fee ❓ | $7.19 |
| Wait Time ❓ | $0.43 |
| Jefferson Parish per trip fee | $0.50 |
| State Assessment Fee | $0.16 |

## Payments



$20.34

1/18/24 9:55 AM

Trip ID:



- Download PDF
- Automate business expensing
- Resend email
- Review my fees and fares

# Receipt



January 18, 2024

**Thanks for riding,**

| | |
|---|---|
| **Total** | **$20.34** |

| | |
|---|---|
| Trip fare | $12.06 |
| **Subtotal** | **$12.06** |
| Booking Fee ⓘ | $7.19 |
| Wait Time ⓘ | $0.43 |
| Jefferson Parish per trip fee | $0.50 |
| State Assessment Fee | $0.16 |



