# C. Cotton Decl. Exhibit 6



# Receipt

October 25, 2024

Thanks for riding, ▉▉▉▉▉▉▉▉▉



| Total | $20.34 |
|---|---|

| Trip fare | $12.06 |
|---|---|
| Subtotal | $12.06 |
| Booking Fee ⓘ | $7.19 |
| Wait Time ⓘ | $0.43 |
| Jefferson Parish per trip fee | $0.50 |
| State Assessment Fee | $0.16 |

9:27 

✕  Ride Details

# UberX ride with ▮▮▮▮

Oct 25 9:25PM

$20.34

🗐 Receipt

● ▮▮▮▮  9:34 PM

■ ▮▮▮▮  9:55 PM

No tip added

★ No rating

🔒 **View what your driver sees**
After your ride, driver can't see your pickup or dropoff address details  ›

Help

Find lost item

9:27

# Ride Details

▪ ██████████████████████  9:55 PM

No tip added

No rating

**View what your driver sees**
After your ride, driver can't see your pickup or dropoff address details

# Help

**Find lost item**
We can help you get in touch with your driver

**Report safety issue**
Let us know if you have a safety related issue

**Provide driver feedback**
For issues that aren't safety related

**Get ride help**
Need help for something else? Find it here

**Safety incident reporting line**

# Receipt

| | |
|---|---|
| Subtotal | $12.06 |
| Booking Fee ? | $7.19 |
| Wait Time ? | $0.43 |
| Jefferson Parish per trip fee | $0.50 |
| State Assessment Fee | $0.16 |

## Payments

Pay ▇▇▇▇▇▇▇▇▇▇▇▇   $20.34
10/25/24 9:25 PM

Trip ID: ▇▇▇▇▇▇▇▇▇▇▇▇

- Download PDF
- Automate business expensing
- Resend email
- Review my fees and fares