# C. Cotton Decl. Exhibit 7

# Uber

January 28, 2024

## Here's your receipt for your ride,

We hope you enjoyed your ride this afternoon.

| | |
|---|---|
| **Total** | **$17.21** |

| | |
|---|---|
| Trip fare | $13.49 |

| | |
|---|---|
| Subtotal | $13.49 |
| Booking Fee | $1.93 |
| Access for All Fee | $0.50 |
| TX Driver Benefits | $1.29 |

## Payments

**VISA**  
1/28/24 12:48 PM                                           $17.21

**Visit the trip page** for more information, including invoices (where available)

You rode with

UberXL         6.5 miles | 14 min



1:00 PM

1:14 PM

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.