# C. Cotton Decl. Exhibit 8

# Uber

January 25, 2024

## Here's your receipt for your ride, ▮

We hope you enjoyed your ride this morning.

| | |
|---|---|
| **Total** | **$13.74** |

| | |
|---|---|
| Trip fare | $9.59 |

| | |
|---|---|
| Subtotal | $9.59 |
| Booking Fee | $4.03 |
| Texas Regulatory Recovery Fee | $0.12 |

## Payments


1/25/24 11:24 AM     $13.74

[Visit the trip page](#) for more information, including invoices (where available)

You rode with ▮

Pool   11.03 miles | 16 min



11:08 AM | ▮

11:24 AM | ▮

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.