# C. Cotton Decl. Exhibit 9

# Uber

February 2, 2024

## Here's your receipt for your ride,

We hope you enjoyed your ride this afternoon.

| Total | $15.50 |
|---|---|

| Trip fare | $10.22 |
|---|---|

| Subtotal | $10.22 |
|---|---|
| Booking Fee | $5.15 |
| Texas Regulatory Recovery Fee | $0.13 |

## Payments


2/2/24 4:11 PM  $15.50

Visit the trip page for more information, including invoices (where available)

You rode with

Pool  11.18 miles | 20 min

3:37 PM |
3:58 PM |

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.