# C. Cotton Decl. Exhibit 10



# Uber

Total **$21.97**
August 13, 2024

## Thanks for riding,

We hope you enjoyed your ride this afternoon.

## Total                                  $21.97

Your upfront price has been adjusted due to unanticipated tolls or surcharges on this trip. Please see the receipt breakdown for details.

| | |
|---|---|
| Trip fare | $10.27 |
| **Subtotal** | **$10.27** |
| Booking Fee | $11.04 |
| City of New Orleans per trip fee | $0.50 |
| State Assessment Fee | $0.16 |

**Payments**

Pay   8/13/24 4:18 PM                    $21.97

Trip ID:

**Switch Payment Method**

**Download PDF**

**You rode with**

4.98 ★ Rating        Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

**Rate or tip**

License Plate

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >



UberX   9.84 miles | 24 min

3:54 PM

4:18 PM





Report lost item  >     Contact support  >     My trips  >

# Uber

Forgot password
Privacy
Terms

Uber Technologies
1725 3rd Street,
San Francisco,
California
94158