# C. Cotton Decl. Exhibit 11



# Receipt

| | |
|---|---|
| Subtotal | $10.27 |
| Booking Fee | $11.04 |
| City of New Orleans per trip fee | $0.50 |
| State Assessment Fee | $0.16 |

## Payments

 Pay  ▇▇▇▇▇▇▇▇  $21.97
8/13/24 4:18 PM

Trip ID: ▇▇▇▇▇▇▇

- Download PDF
- Automate business expensing
- Resend email
- Review my fees and fares



# Receipt



August 13, 2024

## Thanks for riding, ▮

Total                    $21.97

> Your upfront price has been adjusted due to unanticipated tolls or surcharges on this trip. Please see the receipt breakdown for details.

Trip fare                $10.27

