# C. Cotton Decl. Exhibit 12




