# C. Cotton Decl. Exhibit 13

✕

# Receipt

August 30, 2024

## Thanks for being an Uber One member,



| Total | $15.81 |

🪙 You earned $0.91 with Uber One

| Trip fare | $11.56 |

| Subtotal | $11.56 |

# Receipt

| | |
|---|---|
| Subtotal | $11.56 |
| Booking Fee ⓘ | $2.99 |
| State Assessment Fee | $0.09 |
| City of New Orleans per trip fee | $0.50 |
| Wait Time ⓘ | $0.67 |

## Payments

 Pay  ▮▮▮▮▮▮▮▮▮▮   $15.81
8/30/24 4:45 PM

Trip ID: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

📷  Switch payment method

☁⬇  Download PDF

💼  Automate business expensing

✉  Resend email

Ride Details

# Comfort ride with ███████

Aug 30 4:27PM
$15.81 – ███████

🔖 Receipt

● ███████                              4:36 PM

■ ███████                              4:45 PM

No tip added                           Add tip

★ No rating                            Rate

🔒 **View what your driver sees**
After your ride, driver can't see your pickup or dropoff address details   >

Help

# Ride Details

|  | 4:45 PM |
|---|---|

No tip added — Add tip

No rating — Rate

🔒 **View what your driver sees**
After your ride, driver can't see your pickup or dropoff address details >

# Help

🔑 **Find lost item**
We can help you get in touch with your driver >

📋 **Report safety issue**
Let us know if you have a safety related issue >

💬 **Provide driver feedback**
For issues that aren't safety related >

📍 **Get ride help**
Need help for something else? Find it here >

🎧 **Safety incident reporting line** >