# C. Cotton Decl. Exhibit 14




