# C. Cotton Decl. Exhibit 15



**Share ride with** 

Aug 31 2:20AM
$17.75 -

Receipt

| | 2:35 AM |
| | 2:45 AM |

 No tip added — Add tip

★ No rating — Rate

🔒 View what your driver sees
After your ride, driver can't see your