ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330

PATRICK OOT (Admitted *Pro Hac Vice*)
oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| _____ | **DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.** |
| This Document Relates to: | |
| ALL ACTIONS | |

### DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.

I Brett D. Harrison, am a Senior Managing Director within FTI Consulting, Inc.'s ("FTI") Technology Segment. I currently lead FTI's Digital Forensics Practice. I have over thirty years of experience assisting clients with Digital Forensic and Electronic Discovery (e-Discovery) related engagements. Since joining FTI, I have led many dozens of engagements involving the investigation of Intellectual Property (IP) theft, forensic data collection and the processing and analysis of data.

Prior to my employment with FTI, I was employed by the Federal Bureau of Investigation (FBI) for fifteen years. For seven of those years (from 1999 until 2006), I worked within the FBI's Computer Analysis Response Team (CART) Unit in Washington, D.C. The FBI's CART Unit is responsible for the forensic acquisition and processing of all computers which are examined by the FBI. During my tenure with the CART Unit, I worked as both an FBI Certified Forensic Examiner of computer evidence and as a Program Manager. As a Computer Forensic Examiner, I conducted acquisitions and forensic examinations of a wide range of computers including laptops, desktops and servers as well as computers which utilized both Windows and UNIX operating systems.

Following my certification as a Forensic Examiner, I also served as a Program Manager within the CART Unit and was responsible for ensuring that the FBI's 400 Forensic Examiners of computer evidence had the necessary knowledge, skills and tools required to perform forensic examinations. As a Program Manager, I focused on leading the development of custom and semi-custom forensic tools to allow the FBI's Forensic Examiners to accurately collect, preserve, and process data from computer systems.

During the course of my career, I have conducted many hundreds of forensic analyses and have authored hundreds of forensic reports. I have testified in court twenty times in both civil and criminal matters. I have provided numerous written declarations and reports, and have been deposed several times. I have worked on both the plaintiff and defendant sides of many engagements and have even served in a "neutral" capacity on numerous occasions.

FTI is a well-respected, independent, global business advisory firm dedicated to helping organizations manage change, mitigate risk, and resolve disputes: financial, legal, operational, political & regulatory, reputational, and transactional. The organization has more than 8,000

consultants and professionals in approximately 27 countries, and every year, FTI helps many thousands of organizations globally transform the way they anticipate and respond to events. The scope of FTI's clients includes, but is not limited to, many of Fortune's Global 100 corporations. I am supported by hundreds of dedicated digital forensics, cybersecurity, incident response, and data and analytics consultants, with cross-functional teams led by those with decades of experience at the highest levels of law enforcement, intelligence, and global private sector institutions

FTI is being compensated for work in this matter at its currently standard hourly rates charged for each person working on the project. FTI's rates range from $225/hour to $895/hour—depending on the practitioner. Generally, simple forensic work is performed by lower bill rate practitioners, and more complex expert reporting and testimony work is performed by more senior practitioners. My current rate is $895/hour.

No part of my or FTI's compensation is dependent on the contents of this Declaration, the substance of any further opinions I may offer, or the ultimate outcome of this matter.

I have been asked to compare and analyze 5 receipts which were produced by Plaintiffs during the course of litigation and which purport to show evidence of Uber ride activity by that Plaintiff. I visually scrutinized the receipts to look for discrepancies.

I reviewed and compared the population of actual receipts produced from Uber as part of the defendant fact sheet ("DFS") process. Appendix A contains the bates numbers of files I reviewed.

During my review, I relied upon other members of the FTI Technology practice working under my direction. Any reference to "I," "my" or "FTI" include my efforts as well as those working under my supervision.

I understand, based on my knowledge, experience and research, that reviewing PDF metadata can provide insight into a PDF file's origin, history, and authenticity. I reviewed file metadata to show what particular software was used to create and produce the Uber PDF receipts.

The 5 receipts I reviewed contained evidence of being changed or edited. My conclusions are based on evidence that includes discrepancies in content and formatting including font types, address locations. punctuation, fees, fee totals, payment types, date and timestamps, ride duration, map image, and rider names.

DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.

1  Below are the details of my analysis:

2  **3700_127107.pdf**

3      I reviewed the content of the file named "3700_127107.pdf" to determine whether there was

4  an indication that the receipt file content was fabricated, changed or edited. I understand that Plaintiff

5  produced this file during the course of the litigation. I noted that "3700_127107.pdf" appeared to be a

6  modified version of original receipt "3700 - Real Receipt - Email Version.pdf" based on matching the

7  exact dollar-cents amount for Total, dollar-cents for Trip fare, pickup time, pickup address, drop-off

8  time and drop-off address. The alteration appeared to have edited the title from "Thanks for riding,

9  ████████" to "Thanks for riding, ████". I noted that the embedded metadata indicated the file was

10  created by '████████' and produced by "Adobe PDF Library 24.3.212" and not Uber's PDF

11  receipt creator "wkhtmltopdf" and producer "Qt".




3700_127107.pdf    3700 - Real Receipt - Email Version.pdf

**3879_143839.pdf**

    I reviewed the content of the file named "3879_143839.pdf" to determine whether there was

an indication that the receipt file content was fabricated, changed or edited. I understand that Plaintiff

produced this file during the course of the litigation. I noted that "3879_143839.pdf" appeared to be a

modified version of original receipt "3879 - Real Receipt.pdf" based on matching Trip ID, the exact

4

1  dollar-cents amount for Total, dollar-cents for Trip fare, pickup time, pickup address, drop-off time
2  and drop-off address. The alteration appeared to have edited the title from "Thanks for being an Uber
3  One member,          " to "Thanks for being an Uber One member,         ". I noted that the
4  embedded metadata indicated the file created by "Adobe Acrobat 25.1" and produced by "Adobe
5  Acrobat 25.1 Image Conversion Plug-in" and not Uber's PDF receipt creator "wkhtmltopdf" and
6  producer "Qt".



3879_143839.pdf                    3879 – Real Receipt.pdf

**4097_152695.pdf**

        I reviewed the content of the file named "4097_152695.pdf" to determine whether there was
an indication that the receipt file content was fabricated, changed or edited. I understand that Plaintiff

DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.

produced this file during the course of the litigation. I noted that "4097_152695.pdf" appeared to be a modified copy of Uber receipt "4097 – Real Ride Receipt (4243 – ███).pdf". I observed that a trip identifier was embedded with a hyperlink ████████████████████████████████████████ ████████████████ which is the trip identifier for "4097 – Real Ride Receipt (4243 – ███).pdf". I noted that the date displayed in top right contained a partially truncated number "3". I noted that the date was changed from "November 9, 2023" to "September 04, 2023". I observed an inconsistent payment timestamp of "9:16 PM" which occurred before the ride began. I noted that the rider name, address locations, fees, fee totals, payment types, date and timestamps, ride duration, map image, and rider names were all changed.  I noted that the embedded metadata indicated the file was created by "Microsoft® Word 2019", by author "DELL", and produced by "Microsoft® Word 2019" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".



4097_152695.pdf              4097 - Real Ride Receipt (4243 – ███.pdf

This is not the first time I have been asked to review and compare a version of "4097 – Real Ride Receipt (4243 – ███)" for this litigation.  This receipt has been the basis of comparison to two other receipts I was asked to assess.  I submitted a Declaration on July 30, 2025 for Uber's Motion for Entry of (a) An Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed With Prejudice And (2) A Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts. ECF 3604-38.  For that Declaration, I was asked to assess a PTO 5 Receipt for Plaintiff MDL ID 3286, "3286_100947.pdf."  The document identified as the real receipt

DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.

Case No. 3:23-md-03084-CRB

1  for comparison for 3286_100947.pdf is an exact match to "4097 – Real Ride Receipt (4243 – ███)".

2  All the ride information is the same as is the Trip uuID that is available through the active hyperlink

3  on both receipts.



3286_100947.pdf          Real Receipt from █████████ Account – PDF Version.PDF

I also submitted a Declaration in support of Uber's Motion for (1) an Order to Show Cause Why 7

Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed with Prejudice and

(2) Allowing Limited Depositions of Two Plaintiffs Referenced Herein on October 13, 2025.  For that

Declaration, I was asked to assess a PTO 5 Receipt for Plaintiff MDL ID 3962, "3962_147976.pdf".

The document identified as the real receipt ("3962 – Real Receipt.pdf") for comparison for

"3962_147976.pdf" is a match to "4097 – Real Ride Receipt (4243 – ███)".  The ride information is

the same as is the Trip uuID that is discovered through the active hyperlink on both receipts.

3962_147976.pdf                              3962 – Real Receipt.pdf

Accordingly, my findings indicate that three different Plaintiffs' receipts, MDL ID 4097, 3286 and 3962, are altered versions of the same real ride receipt belonging to Plaintiff MDL ID 4243.

**4142_152915.pdf**

I reviewed the content of the file named "4142_152915.pdf" to determine whether there was an indication that the receipt file content was fabricated, changed or edited. I understand that Plaintiff produced this file during the course of the litigation. I noted that "4142_152915.pdf" appeared to be a modified copy of Uber receipt "4142 – Real Receipt – Email Version.pdf" based on the same Trip ID ███████████████████████████████████████ exact dollar-cents amount for Total, dollar-cents for Trip fare, pickup time, pickup address, drop-off time and drop-off address. I noted that the date was changed from "January 18, 2024" to "October 25, 2024". I noted that the rider name was changed from ███████████ to ████████. I noted that the driver name was changed from ███████████ to ████████. I noted that the embedded metadata indicated the file was created by "Adobe Acrobat 25.1" and produced by "Adobe Acrobat 25.1 Image Conversion Plug-in" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".

DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.

Case No. 3:23-md-03084-CRB



4142_152915.pdf                    4142 - Real Receipt - Mobile Version.pdf

4142_152915.pdf                    4142 - Real Receipt - Email Version.pdf

**4385_164043.pdf**

I reviewed the content of the file named "4385_164043.pdf" to determine whether there was an indication that the receipt file content was fabricated, changed or edited. I understand that Plaintiff produced this file during the course of the litigation. Additionally, I reviewed Uber receipts including "Sample Receipt re Trip in California, CA Driver Benefits, Access for All Fee.pdf", "Sample ████ ████████████████, █████████████████████████████████████, and ████████ ████████████████████. I noted that "4385_164043.pdf" appeared to be a modified copy of an

DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.

Case No. 3:23-md-03084-CRB

Uber receipt. I noted that payment time occurred at "12:48 PM", which is prior to the start of the trip at 1:00 PM and end of the trip at 1:14 PM and is inconsistent with an Uber receipt. I noted an inconsistent space in the pickup address between █████ and █████ in the pickup location. I noted extraneous charges, "TX Driver Benefits" and "Access for All Fee", were contained in the receipt and are inconsistent with Uber rides in the state of Texas in January 2024. I noted that charges containing "Driver Benefits" are typically present on California receipts ("CA Driver Benefits"). I noted that the charge "Texas Regulatory Recovery Fee", which is expected on receipts for Uber rides in the state of Texas, was missing from the ride receipt. I noted that the embedded metadata indicated the file was created by "Adobe Acrobat 24.5" and produced by "Adobe Acrobat 24.5 Image Conversion Plug-in" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".



4385_164043.pdf



Sample Receipt re Trip in California, CA Driver Benefits, Access for All Fee.pdf

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___30/12/2025___.

Brett D. Harrison
Senior Managing Director
FTI Consulting Technology

Brett D. Harrison

DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.

Case No. 3:23-md-03084-CRB

# APPENDIX A

### List of Documents Considered

| | |
|---|---|
| UBER-MDL3084-DFS00001272 | 1318_40 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00001697 | 1011_40_Jane Roe CL 3 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00006581 | 1086_40 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00007746 | 1101_40 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00007750 | 1101_40 ██████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00009723 | 1119_40_Jane Doe LS 348 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00009977 | 1124_40_Jane Doe LS 259 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00009979 | 1124_40_Jane Doe LS 259 ██████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00010299 | 1126_40_Jane Doe LS 260 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00010527 | 1131_40_Jane Doe LS 293 ██████ ████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00010529 | 1131_40_Jane Doe LS 293 ██████ ████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00010780 | 1138_40_Jane Doe LS 149 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00010859 | 1140_40_Jane Doe LS 155 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00011479 | 1153_40_Jane Doe LS 253 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00011608 | 1157_40_Jane Doe LS 112 ██████ - req 6a_1.pdf |

| | |
|---|---|
| UBER-MDL3084-DFS00011924 | 1164_40_Jane Doe LS 388 ██████████ req 6a_1.pdf |
| UBER-MDL3084-DFS00012254 | 1167_40_Jane Doe LS 284 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00012529 | 1172_40_Jane Doe LS 265 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00013036 | 1182_40_Jane Doe LS 317 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00013040 | 1182_40_Jane Doe LS 317 ██████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00013276 | 1185_40_Jane Doe LS 103 ██████████ req 6a_1.pdf |
| UBER-MDL3084-DFS00013309 | 1186_40_Jane Doe LS 25 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00014299 | 1209_40_████████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00014303 | 1209_40_████████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00015016 | 1218_40_███████████- req 6a_1.pdf |
| UBER-MDL3084-DFS00015269 | 1220_40_████████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00015332 | 1221_40_███████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00015334 | 1221_40_███████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00015337 | 1221_40_███████████ - req 6a_3.pdf |
| UBER-MDL3084-DFS00015398 | 1222_40_████████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00015449 | 1223_40_███████████ - req 6a_1.pdf |

| | |
|---|---|
| UBER-MDL3084-DFS00015451 | 1223_40_ █████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00015618 | 1233_40_Jane Doe █████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00015699 | 1234_40_ ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00015701 | 1234_40_ ████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00015878 | 1235_40_ ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00016147 | 1284_40_ ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00016151 | 1284_40_ ████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00016154 | 1284_40_ ████████ - req 6a_3.pdf |
| UBER-MDL3084-DFS00016409 | 1291_40_ ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00016460 | 1292_40_ █████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00016463 | 1292_40_ █████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00016465 | 1292_40_ █████ - req 6a_3.pdf |
| UBER-MDL3084-DFS00020152 | 1370_40_ ████████ - req 6a.pdf |
| UBER-MDL3084-DFS00024304 | 1439_40_ ██████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00024905 | 1464_40_ ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00025489 | 1477_40_ ███████ - req 6a_1.pdf |

| | |
|---|---|
| UBER-MDL3084-DFS00025919 | 1489_40_Jane Doe ███████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00026207 | 1494_40_Jane Doe ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00026828 | 1523_40_███████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00029433 | 1773_40_Jane Roe CL 11 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00029606 | 1777_40_Jane Roe CL 15 ████████████ req 6a_1.pdf |
| UBER-MDL3084-DFS00029684 | 1778_40_Jane Roe CL 16 ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00033000 | 2000_40_Jane Doe EB 12 █████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00033002 | 2000_40_Jane Doe EB 12 █████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00035086 | 2026_40_Jane Doe EB 34 █████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00035088 | 2026_40_Jane Doe EB 34 █████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00036343 | 2037_40_Jane Doe EB 41 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00036345 | 2037_40_Jane Doe EB 41 █████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00038082 | 2140_40_█████████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00038945 | 2211_40_███████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00039696 | 2220_40_Jane Doe ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00040195 | 2244_40_Jane Doe ████████ - req 6a_1.pdf |

| | |
|---|---|
| UBER-MDL3084-DFS00040198 | 2244_40_Jane Doe ████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00040201 | 2244_40_Jane Doe ████████ - req 6a_3.pdf |
| UBER-MDL3084-DFS00040305 | 2245_40_██████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00043056 | 1775_40_Jane Roe CL 13 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00043060 | 1775_40_Jane Roe CL 13 ██████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00046677 | 2102_40_Jane Roe CL 41 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00046679 | 2102_40_Jane Roe CL 41 ████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00048599 | 2587_40_██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00048601 | 2587_40_██████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00049748 | 2595_40_██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00049751 | 2595_40_██████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00050467 | 2607_40_Jane Doe EB 60 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00050470 | 2607_40_Jane Doe EB 60 ████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00052281 | 2621_40_██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00053208 | 1467_40_██ 1467 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00055340 | 2662_40_██████ - req 6a_1.pdf |

| UBER-MDL3084-DFS00057860 | 1369_40 █████████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00057987 | 2118_40_Jane Roe CL 56██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00058077 | 2138_40_████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00060318 | 2597_40_Jane Roe CL 68████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00061332 | 2698_40_██████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00061383 | 2699_40_██████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00061511 | 2700_40_██████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00061685 | 2706_40_█████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00061786 | 2707_40_███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00061854 | 2708_40_Jane Doe EB 62███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00061857 | 2708_40_Jane Doe EB 62███████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00062612 | 2713_40_Jane Roe CL 85███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00064113 | 2731_40_█████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00064937 | 2742_40_Jane Doe QLF 001████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00087277 | 1807_40_WHB 466██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00088205 | 1866_40_WHB 427███████ - req 6a_1.pdf |

| UBER-MDL3084-DFS00088475 | 1870_40_WHB 426 ███████ - req 6a_1.pdf |
|---|---|
| UBER-MDL3084-DFS00089109 | 1876_40_WHB 1469 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00090342 | 1907_40_WHB 1397 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00090345 | 1907_40_WHB 1397 ██████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00090464 | 1908_40_WHB 623 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00090497 | 1910_40_WHB 373 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00091063 | 1931_40_WHB 873 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00091544 | 1943_40_WHB 1048 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00093218 | 2062_40_WHB 305 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00093221 | 2062_40_WHB 305 ████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00093445 | 2069_40_WHB 342 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00093577 | 2076_40_WHB 514 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00093580 | 2076_40_WHB 514 ████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00094485 | 2153_40_WHB 359 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00094579 | 2158_40_WHB 1552 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00094625 | 2159_40_WHB 1660 ██████ req 6a_1.pdf |

| UBER-MDL3084-DFS00094693 | 2161_40_WHB 1260 ██████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00094902 | 2181_40_WHB 1844 ██████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00095070 | 2187_40_WHB 1142 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00095121 | 2191_40_WHB 647 ██████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00095742 | 2075_40_WHB 706 █████████_Req 6a_1 |
| UBER-MDL3084-DFS00095825 | 2130_40_DMA 1 ████████_Req 6a_1 |
| UBER-MDL3084-DFS00095860 | 2203_40_WHB 1927 ████████_Req 6a_1 |
| UBER-MDL3084-DFS00096817 | 2751_40_████████████_Req 6a_1 |
| UBER-MDL3084-DFS00097948 | 2787_40_██████████████_Req 6a_1 |
| UBER-MDL3084-DFS00097951 | 2787_40_██████████████_Req 6a_2 |
| UBER-MDL3084-DFS00099769 | 2807_40_████████████_Req 6a_1 |
| UBER-MDL3084-DFS00099772 | 2807_40_████████████_Req 6a_2 |
| UBER-MDL3084-DFS00100445 | 2080_40_Jane Roe CL 21 ████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00101967 | 2825_40_Jane Doe 691408 ████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00101970 | 2825_40_Jane Doe 691408 ████████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00104212 | 2847_40_Jane Doe NLG ████████_Req 6a_1.pdf |

| | |
|---|---|
| UBER-MDL3084-DFS00104776 | 2853_40_WHB 2062 ██████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00106061 | 2881_40_WHB 2039 ██████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00106064 | 2881_40_WHB 2039 ██████ Req 6a_2.pdf |
| UBER-MDL3084-DFS00106919 | 2865_40_WHB 2074 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00107026 | 2883_40_WHB 2041 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00107172 | 2902_40_WHB 2055 ██████Req 6a_1.pdf |
| UBER-MDL3084-DFS00112496 | 2992_40_Jane Doe LS 556 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00114521 | 2288_40_Jane Doe LS 269 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00115542 | 2297_40_Jane Doe LS 55 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00117196 | 2311_40_Jane Doe LS 139 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00119998 | 2331_40_Jane Doe LS 248 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00120292 | 2335_40_Jane Doe LS 514 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00120295 | 2335_40_Jane Doe LS 514 ██████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00124222 | 2377_40_Jane Doe LS 347 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00124224 | 2377_40_Jane Doe LS 347 ██████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00124227 | 2377_40_Jane Doe LS 347 ██████ Req 6a_3.pdf |

| UBER-MDL3084-DFS00124477 | 2381_40_Jane Doe LS 212 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00124539 | 2383_40_Jane Doe LS 367 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00124949 | 2387_40_Jane Doe LS 399 ██████ ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00128931 | 2423_40_Jane Doe LS 199 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00129162 | 2428_40_Jane Doe LS 319 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00129572 | 2432_40_Jane Doe LS 87 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00130840 | 2449_40_Jane Doe LS 44 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00133090 | 2474_40_Jane Doe LS 184 ██████ ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00133648 | 2478_40_Jane Doe LS 487 ██████ ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00134817 | 2503_40_Jane Doe LS 180 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00136821 | 2529_40_Jane Doe LS 113 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00137493 | 2533_40_Jane Doe LS 403 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00137496 | 2533_40_Jane Doe LS 403 ██████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00137828 | 2538_40_Jane Doe LS 60 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00138613 | 2551_40_Jane Doe LS 479 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00143710 | 3059_40_██████_Req 6a_1.pdf |

| | | |
|---|---|---|
| UBER-MDL3084-DFS00147409 | 3094_40 | ███████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00147652 | 3097_40_ | █████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00150328 | 3114_40_ | ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00150697 | 3119_40_ | █████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00151956 | 3133_40_ | ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00154518 | 2947_40_CLF | ████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00154521 | 2947_40_CLF | ████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00159272 | 3192_40_JLG 116 | █████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00159273 | 3192_40_JLG 116 | █████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00159274 | 3192_40_JLG 116 | ████_Req 6a_3.pdf |
| UBER-MDL3084-DFS00161203 | 3215_40_ | ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00162955 | 3232_40_ | █████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00162958 | 3232_40_ | █████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00163591 | 3219_40_ | ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00163594 | 3219_40_ | ██████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00168983 | 3310_40 | ███████ Req 6a_1.pdf |

| UBER-MDL3084-DFS00171060 | 3327_40 ██████████ Req 6a_1.pdf |
|---|---|
| UBER-MDL3084-DFS00171063 | 3327_40_██████████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00172988 | 3340_40_JLG 128 ████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00173434 | 3343_40_JLG 131 ████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00173651 | 3344_40_JLG 132 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00196110 | 2996_40_██████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00198780 | 3429_40_██████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00208904 | 3514_40_Jane Doe LS 603 ████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00210543 | 3531_40_█████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00210636 | 3532_40_█████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00210788 | 3533_40_█████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00210887 | 3534_40_███████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00210889 | 3534_40_███████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00211871 | 3541_40_█████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00212187 | 1132_40_Jane Doe LS 67 ████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00212865 | 3548_40_Jane Roe CL 168 ██████████ Req 6a_1.pdf |

| UBER-MDL3084-DFS00216625 | 3587_40 ████████████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00217553 | 3593_40 ████████████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00217555 | 3593_40 ████████████ Req 6a_2.pdf |
| UBER-MDL3084-DFS00217699 | 3595_40_████████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00218915 | 3605_40_████████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00218918 | 3605_40_████████████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00218921 | 3605_40_████████████_Req 6a_3.pdf |
| UBER-MDL3084-DFS00219709 | 3610_40_████████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00219712 | 3610_40_████████████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00223054 | 3634_40_████████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00223610 | 3639_40_Jane Doe LS 608 ████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00223753 | 3640_40_Jane Doe LS 609 ████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00223756 | 3640_40_Jane Doe LS 609 ████████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00224142 | 3649_40_Jane Doe KG 008 ██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00224449 | 3654_40_████████_Req 6a_1.pdf |
| MDLC DOC ID 127107 | 3700_127107.pdf |

| N/A | 3700 - Real Receipt - Email Version.pdf |
|---|---|
| MDLC DOC ID 143826 | 3879_143839.pdf |
| N/A | 3879 - Real Receipt.pdf |
| MDLC DOC ID 152695 | 4097_152695.pdf |
| N/A | 4097 - Real Ride Receipt (4243 - █).pdf |
| MDLC DOC ID 100947 | 3286_100947.pdf |
| N/A | Real Receipt from █████ Account – PDF Version.PDF |
| MDLC DOC ID 147976 | 3962_147976.pdf |
| N/A | 3962 – Real Receipt.pdf |
| MDLC DOC ID 152915 | 4142_152915.pdf |
| N/A | 4142 - Real Receipt - Email Version.pdf |
| N/A | 4142 - Real Receipt - Mobile Version.pdf |
| MDLC DOC ID 164043 | 4385_164043.pdf |
| N/A | Sample Receipt re Trip in California, CA Driver Benefits, Access for All Fee.pdf |
| N/A | ████████ |
| N/A | ████████ |
| N/A | ████████ |

# APPENDIX B

**Brett D. Harrison**

**Senior Managing Director**

**FTI Technology**

**555 12th Street, NW, Suite 700**

**Washington, DC 20004**

**+1 202 728 8701**

**brett.harrison@fticonsulting.com**

**Publications**

**2021 –** Co-authored an article related to new methods for analyzing mobile devices to determine whether they have been infected and/or hacked.

**2021 –** Co-authored an article on "Discovery in the Cloud." The article focused on taking a close look at the risks and challenges, specifically with respect to Dropbox.

**2015 –** Co-authored an article on Information Management.com titled "Forensic Files: Lessons from Real Cases" which dealt with collecting data from social media sites and mobile, BYOD devices.

**Testimony, Reporting, Deposition and Declaration**

**11/10/2023 Nashville US District Court; Ecolab Inc. v. Anthony Ridley and Chemtreat, Inc.** Retained by the Special Master and submitted an Expert Report related to activities observed on a number of computers.

**6/29/2023 San Francisco US District Court; Wisk Aero v. Archer Aviation** Submitted a Second Supplemental Expert Rebuttal Report in Support of Archer Aviation

**4/26/2023 San Francisco US District Court; Wisk Aero v. Archer Aviation** Submitted a Declaration in Support of Archer's Opposition to Wisk's Motion for Adverse Inferences

**4/21/2023 Applied Predictive Technologies, Inc. v. Marketdial, Inc. et al.** Provided Deposition testimony related to a number of Intellectual Property Theft related topics outlined in Expert Rebuttal Report dated 2/8/2023.

**4/4/2023 San Francisco US District Court; Wisk Aero v. Archer Aviation** Submitted a Supplemental Expert Rebuttal Report in Support of Archer Aviation

**2/15/2023 San Francisco US District Court; Wisk Aero v. Archer Aviation** Submitted a Sur-Reply Declaration in Support of Archer Opposition to Wisk's Spoliation Motion

**2/8/2023 Applied Predictive Technologies, Inc. v. Marketdial, Inc. et al.** Submitted an Expert Report related to the exfiltration and use of certain electronic Intellectual Property materials.

**2/7/2023 San Francisco US District Court; Wisk Aero v. Archer Aviation** Provided Deposition testimony related to a number of Intellectual Property Theft related topics outlined in Expert Rebuttal Report dated 1/27/2023.

**1/27/2023 San Francisco US District Court; Wisk Aero v. Archer Aviation** Submitted an Expert Rebuttal Report related to multiple topics surrounding potential misappropriation of electronic documents.

**5/2/2022 San Francisco US District Court; Wisk Aero v. Archer Aviation** Submitted a Declaration in support of certain Third Parties in opposition to a Wisk Aero LLC Motion to Compel Forensic Inspections.

**2/11/2022 New York US District Court; George Galgano v. County of Putnam, New York, et al.** Submitted an Affidavit which outlined FTI's process for organizing and threading TXT messages exported off mobile devices.

**7/1/2021 San Francisco US District Court; Wisk Aero v. Archer Aviation** Provided Deposition testimony to support a Declaration which documented the investigation and analysis of Archer's systems to attempt to locate any Wisk Aero Intellectual Property. Testimony covered multiple FTI workstreams to include Digital Forensics and also Brainspace analysis of Archer data.

**6/24/2021 San Francisco US District Court; Wisk Aero v. Archer Aviation** Submitted a Declaration to document FTI's investigation and analysis of Archer's systems to attempt to locate any Wisk Aero Intellectual Property. The Declaration covered multiple FTI workstreams to include Digital Forensics and also Brainspace analysis of Archer data.