Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street,
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF CHRISTOPHER V. COTTON**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

I, Christopher V. Cotton, declare as follows:

1. I am an attorney at Shook, Hardy & Bacon L.L.P., counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" or "Defendants"). I offer this Declaration in the above-captioned matter in support of Uber's Motion for (1) Entry of an Order to Show Cause Why 6 Plaintiffs Who Have Submitted Non-Bona-Fide Receipts Should Not Be Dismissed with Prejudice, AND (2) Allowing Limited Depositions of 5 Plaintiffs Referenced Herein (the "Fourth Fraudulent Receipts Motion").

2. In an effort to seek Plaintiffs' agreement to the relief sought in the above-referenced motion, counsel for Uber initiated a meet-and-confer process.

3. On December 31, 2025, I sent a letter on behalf of Uber to Plaintiffs' counsel, copying MDL leadership, that requested to promptly meet and confer regarding the aforementioned Plaintiffs' noncompliance with the Receipt Order. A true copy of the letter to Plaintiffs' counsel is attached as Exhibit 16.

4. On January 2, 2026, I had a meet-and-confer via Zoom with the Pulaski Firm, counsel for Plaintiffs with MDL IDs 3698, 3700, and 4243. We discussed both the motion to dismiss for Plaintiffs with MDL IDs 3698 and 3700, and the depositions of all three of their clients. No agreement was reached with counsel regarding the dismissal of these Plaintiffs' cases with prejudice nor their depositions.

5. On January 2, 2026, I had a meet-and-confer via Zoom with the Wagstaff Law Firm, counsel for Plaintiffs with MDL IDs 4097 and 4385. We discussed the motion to dismiss for both of their clients. No agreement was reached with counsel regarding the dismissal of these Plaintiffs' cases with prejudice.

6. On January 6, 2026, I had a meet-and-confer via Zoom with Reich and Binstock, LLC, counsel for Plaintiffs with MDL IDs 3879 and 4142. We discussed both the motion to dismiss for and the depositions of both of their clients. No agreement was reached with counsel regarding the dismissal of these Plaintiffs' cases with prejudice nor their depositions.

7. Although Uber has made every effort to meet and confer on this cross-cutting issue affecting several Plaintiffs, as well as many counsel, it has not been possible to reach agreement. Rather

than attempting to address this issue piecemeal, Uber submits that the relief requested is the most efficient way to proceed for all parties and the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 7, 2026

Respectfully submitted,

By: /s/ Christopher V. Cotton

Christopher V. Cotton (admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatory above concurred in this filing.

Dated: January 7, 2026

*/s/ Laura Vartain Horn*
Lauran Vartain Horn