Roopal P. Luhana
CHAFFIN LUHANA LLP
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London (SBN 267083)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
PEIFFER WOLF CARR KANE CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

[Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL WAVE 1 BELLWETHER CASES | Case No. 3:23-md-03084-CRB (LJC)<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND THE TIME TO FILE LETTER BRIEFS RE: WAVE 1 PLAINTIFFS' SUBPOENAS TO LYFT, INC.**<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rules 6-1(b) and 6-3, Plaintiffs in Wave 1 Bellwether cases other than Jaylynn Dean seek to extend to January 14, 2026, the deadline for said Plaintiffs to file letter briefs with the Court pertaining to the enforcement of subpoenas issued to non-party Lyft, Inc. ("Lyft"). The extension is required to complete conferrals with Lyft in cases not set for imminent trial. There is good cause for this short extension.

**STANDARD OF REVIEW**

A schedule may be modified "for good cause and with the judge's consent." Fed. R. Civ. P.

16(b)(4); *see also* L.R. Civ. 6-1(b) (requiring a court order for "any enlargement or shortening of time that alters an event or deadline already fixed by Court order"). The key determination is whether a deadline "cannot reasonable be met despite the diligence of the party seeking extension." *Martinez v. Costco Wholesale Corp.*, 336 F.R.D. 183, 187 (S.D. Cal. 2020).

## ARGUMENT

The Court previously set January 7, 2026, as the deadline for Wave 1 Plaintiffs' letter briefs. ECF No. 4800. The Court should extend the deadline for Wave 1 Bellwether Plaintiffs other than Jaylynn Dean to submit those briefs to January 14, 2026.

This very short extension will not prejudice Defendants or Lyft and is being sought in good faith and not for purposes of delay. Plaintiffs have been working to comply with the Court's deadline to file letter briefs, and to confer with Lyft on its positions on each Wave 1 bellwether case. Luther Decl. at ¶¶ 3-5. Further, Leadership counsel who had previously been conferring with Lyft are presently preparing for the imminent trial in the Jaylynn Dean case, which is scheduled to commence with jury selection on January 8, 2026, and trial on January 13, 2026. *Id.* at ¶ 3. Plaintiffs requested a conferral call on January 5, 2026, but Lyft's counsel was not available. *Id.* at ¶ 4. A brief conferral call (mostly regarding the subject of this administrative motion) was conducted with Lyft's counsel on January 7, 2026, but the parties agreed to continue their conferral on the substance of Plaintiffs' subpoenas later in the week. *Id.* at ¶¶ 5, 8. Unfortunately, while Lyft's counsel expressed willingness to agree to a short stipulation to extend time, they insisted on including language that Plaintiffs found argumentative and inappropriate for such a stipulation. *Id.* at ¶ 6. This administrative motion followed.

There is good cause to briefly extend the deadline for Plaintiffs to file their letter briefs in response to the Court's order at ECF No. 4800. The requested extension will allow Plaintiffs and Lyft to fully confer and thereby supply the Court with all the information needed to resolve the underlying dispute. Those conferrals are all the more important given recent developments in the litigation, including increasing visibility into Uber's policies surrounding data sharing with Lyft, and the issues likely to emerge at the upcoming trial. Plaintiffs request that Lyft's deadline to file responsive letter brief(s), if any, be extended as well.

Further, because this administrative motion does not concern the Jaylynn Dean case, there is no

threat that a short delay will threaten the trial schedule. Indeed, none of the Wave 1 Bellwether cases at issue in this administrative motion have been assigned a trial date. *See* Luther Decl. at ¶ 7. Accordingly, there is no threat that granting the extension will prejudice the parties, the Court, or Lyft. Instead, the short delay will only serve to ensure that the Court is presented with a complete picture of the dispute when all papers are filed.

## CONCLUSION

For these reasons, Plaintiffs respectfully request that the Court extend the deadline for Plaintiffs other than Jaylynn Dean to submit letter briefs in response to ECF No. 4800 to January 14, 2026, and Lyft's deadline to file responsive letter brief(s), if any, to January 21, 2026.

| | | |
|---|---|---|
| 1 | Dated:  January 7, 2026. | Respectfully submitted, |
| 2 | | /s/ Sommer D. Luther |

Roopal P. Luhana
CHAFFIN LUHANA LLP
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London (SBN 267083)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
PEIFFER WOLF CARR KANE CONWAY &
WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

Sommer D. Luther (pro hac vice)
WAGSTAFF LAW FIRM
940 N. Lincoln Street
Denver, CO 80203
Telephone: (303) 376-6360
sluther@wagstafflawfirm.com

*Member, Plaintiffs' Steering Committee*