Roopal P. Luhana
CHAFFIN LUHANA LLP
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London (SBN 267083)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
PEIFFER WOLF CARR KANE CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL WAVE 1 BELLWETHER CASES | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND THE TIME TO FILE LETTER BRIEFS RE: WAVE 1 PLAINTIFFS' SUBPOENAS TO LYFT, INC.**<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

I, Sommer D. Luther, declare:

1.     I am an attorney at the Wagstaff Law Firm, appointed to the Plaintiffs' Steering Committee in the above-captioned Multi-District Litigation. I am a member of the State Bar of Colorado and admitted to practice in this action *pro hac vice*. I make this declaration based on my personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

1    2.    The Court ordered Plaintiffs in Wave 1 Bellwether Cases other than Jaylynn Dean to submit

2    letter briefs pertaining to their subpoenas to Lyft, Inc., by January 7, 2026. ECF No. 4800.

3    3.    Leadership counsel who previously conferred with Lyft concerning Wave 1 subpoenas is

4    currently engaged in preparation for the imminent trial in the *Dean* case.

5    4.    A member of my firm reached out to Lyft's counsel on January 5, 2026, to request conferral

6    on Lyft's position regarding the non-*Dean* subpoenas. Lyft's counsel informed us he was unavailable to

7    confer until later in the week.

8    5.    I had an initial call with Lyft's counsel, David Riskin, on January 7, 2026. That call largely

9    addressed the subject of this administrative motion. Mr. Riskin and I began to discuss the substance of

10   Lyft's position but require more time to complete our conversation.

11   6.    Lyft agreed in principle to a stipulation extending deadlines as requested in this

12   administrative motion. However, Lyft's consent was contingent on inclusion of language that Plaintiffs felt

13   was argumentative and thus inappropriate to a stipulation.

14   7.    None of the cases to which the administrative motion applies have been set for trial as of

15   today's date. Thus, an extension of the deadline to submit letter briefs as set out in ECF No. 4800 would

16   not affect trial schedule.

17   8.    Plaintiffs and Lyft intend to complete their conferral within the next few days.

18   I declare under penalty of perjury that the foregoing is true and correct.

19   Executed this 7th day of January, 2026, in Denver, Colorado.

/s/ Sommer D. Luther
Sommer D. Luther
*Member, Plaintiffs' Steering Committee*