# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL WAVE 1 BELLWETHER CASES | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER EXTENDING THE TIME TO FILE LETTER BRIEFS RE: WAVE 1 PLAINTIFFS' SUBPOENAS TO LYFT, INC.**<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

Having considered the administrative motion filed by Plaintiffs, the Court orders as follows:

The deadline for Wave 1 Bellwether Plaintiffs other than Jaylyn Dean to file any letter brief with respect to their subpoenas to Lyft is extended to January 14, 2026. The deadline for Lyft to file any responsive letter brief is extended to January 21, 2026. This order alters only deadlines; the remainder of the Court's order at ECF No. 4800 remains unchanged.

**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　　Hon. Lisa J. Cisneros
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge