[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | CASE NO. 3:23-MD-03084-CRB |
| | **JOINT PRE-TRIAL STIPULATION REGARDING JURY SELECTION** |
| This Document Relates to: | Judge:      Hon. Charles R. Breyer |
| *Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 D. Ariz. No. 25-cv-4276 | Courtroom:  6 – 17th Floor |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

**PHOENIX DIVISION**

| | |
|---|---|
| JAYLYNN DEAN, | CASE NO. 25-cv-4276-PHX-CRB |
| Plaintiff, | Judge:      Hon. Charles R. Breyer |
| v. | Courtroom:  501 |
| UBER TECHNOLOGIES, INC., et al., | **JOINT PRE-TRIAL STIPULATION REGARDING JURY SELECTION** |
| Defendants. | |

1  The parties respectfully submit this joint stipulation regarding jurors that the parties agree
2  should be excused. Specifically, the parties agree to excuse the following jurors:

3
4  009

5  020

6  222

7  240
8

9

10  Dated: January 7, 2026                     Respectfully submitted,

11

12                                             */s/ Laura Vartain Horn*
                                               Laura Vartain Horn (SBN 258485)
13                                             **KIRKLAND & ELLIS LLP**
                                               555 California Street, Suite 2700
14                                             San Francisco, CA 94104
                                               Telephone: (415) 439-1625
15                                             laura.vartain@kirkland.com

16                                             Kim Bueno (Admitted *Pro Hac Vice*)
                                               **KIRKLAND & ELLIS LLP**
17                                             401 W. 4th Street
                                               Austin, TX  78701
18                                             kim.bueno@kirkland.com

19
                                               Allison M. Brown (Admitted *Pro Hac Vice*)
20                                             **KIRKLAND & ELLIS LLP**
                                               2005 Market Street, Suite 1000
21                                             Philadelphia, PA 19103
                                               Telephone: (215) 268-5000
22                                             alli.brown@kirkland.com

23
                                               Jessica Davidson (Admitted *Pro Hac Vice*)
24                                             **KIRKLAND & ELLIS LLP**
                                               601 Lexington Avenue
25                                             New York, NY 10022
                                               Telephone: (212) 446-4800
26                                             jessica.davidson@kirkland.com

27
                                               *Attorneys for Defendants*
28
                                        1
             JOINT PRE-TRIAL STIPULATION REGARDING JURY SELECTION

|   |   |
|---|---|
|   | UBER TECHNOLOGIES, INC., RASIER, LLC, And RASIER-CA, LLC |
| Dated: January 7, 2026 |   |
|   | */s/ Sarah R. London* <br> Sarah R. London (SBN 267093) <br> **GIRARD SHARP LLP** <br> 601 California St., Suite 1400 <br> San Francisco, CA 94108 <br> Telephone: (415) 981-4800 <br> slondon@girardsharp.com |
|   | *Roopal P. Luhana* <br> Roopal P. Luhana <br> **CHAFFIN LUHANA LLP** <br> 600 Third Avenue, 12th Floor <br> New York, NY 10016 <br> Telephone: (888) 480-1123 <br> Facsimile: (888) 499-1123 <br> luhana@chaffinluhana.com |
|   | */s/ Rachel B. Abrams* <br> Rachel B. Abrams (SBN 209316) <br> **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP** <br> 555 Montgomery Street, Suite 820 <br> San Francisco, CA 94111 <br> Telephone: (415) 426-5641 <br> Facsimile: (415) 840-9435 <br> rabrams@peifferwolf.com <br><br> *Co-Lead Counsel for Plaintiffs* |

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: January 7, 2026

/s/ Laura Vartain Horn
Laura Vartain Horn

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

Dated: _____

_____
Hon. Charles. R. Breyer
United States District Judge