✎AO 435
AZ Form (Rev. 10/2023)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| 1. NAME Andrew R. Kaufman | 2. PHONE NUMBER 415-287-7142 | 3. DATE 1/7/2026 |
|---|---|---|
| 4. FIRM NAME Girard Sharp LLP | | |
| 5. MAILING ADDRESS 601 California St., Suite 1400 | 6. CITY San Francisco | 7. STATE CA / 8. ZIP CODE 94108 |
| 9. CASE NUMBER 25-cv-4276 | 10. JUDGE Charles R. Breyer | DATES OF PROCEEDINGS 11. 1/8/2026  12. End of Trial |
| 13. CASE NAME Jaylynn Dean v. Uber Techs., Inc. | | LOCATION OF PROCEEDINGS 14. CITY Phoenix  15. STATE Arizona |

16. ORDER FOR
☐ APPEAL          ☐ CRIMINAL              ☐ CRIMINAL JUSTICE ACT    ☐ BANKRUPTCY
☐ NON-APPEAL      ☑ CIVIL                 ☐ IN FORMA PAUPERIS       ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☑ VOIR DIRE | 1/8/2026 | ☑ TESTIMONY (Specify) | Entire trial starting 1/13/2026 |
| ☑ OPENING STATEMENT (Plaintiff) | | | |
| ☑ OPENING STATEMENT (Defendant) | | | |
| ☑ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☑ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☑ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30-Day (Ordinary) | ☐ | ☐ | | ☐ PAPER COPY | |
| 14-Day Transcript | ☐ | ☐ | | | |
| 7-Day (Expedited) | ☐ | ☐ | | ☑ PDF (e-mail) | |
| 3-Day Transcript | ☐ | ☐ | | | |
| Next-Day (Daily) | ☑ | ☐ | | ☑ ASCII (e-mail) | |
| 2-Hour (Hourly) | ☐ | ☐ | | | |
| Realtime Transcript | ☑ | ☐ | | E-MAIL ADDRESS akaufman@girardsharp.com | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE /s/ Andrew R. Kaufman
20. DATE 1/7/2026

| TRANSCRIPT TO BE PREPARED BY | | ESTIMATE TOTAL | |
|---|---|---|---|
| ORDER RECEIVED | DATE / BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | |

DISTRIBUTION:     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY