Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted Pro Hac Vice)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

CHRISTOPHER V. COTTON (Admitted Pro Hac Vice)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*J.H. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05342-CRB | Case No. 3:23-md-03084-CRB<br><br>**NOTICE OF SUPPLEMENTATION TO THE RECORD REGARDING DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH COURT ORDER (ECF 4575)**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD**

Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"), respectfully submit this Notice of Supplementation to the Record Regarding Defendants' Motion to Compel Compliance with Court Order (ECF 4575).

1. On December 29, 2025, Uber filed its Reply in Support of Motion to Compel Compliance with Court Order. ECF 4817. In that Reply, Uber stated that it had "noticed Plaintiff J.H.'s deposition for January 6, 2026,[1] but she appear[ed] poised to not appear." ECF 4871, at 5. Uber went on to state: "If Plaintiff J.H. fails to appear for her January 6 deposition, this Court should also find her to be in contempt of its November 19 order. *Jazwares, LLC,* 2022 WL 1202861, at *2. It should also impose relief sufficient to motivate Plaintiff to comply with the Court's prior order. *Richmark Corp*, 959 F.2d at 1480." *Id.*

2. Plaintiff J.H. did not appear for her properly noticed deposition on January 6, 2026. *See* Exh. A (Transcript of Non-Appearance).

3. Uber respectfully submits this Notice of Supplementation in light of Plaintiff's J.H.'s recent non-appearance and in support of its Motion to Compel Compliance with Court Order. ECF 4575.

DATED: January 8, 2026

Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Christopher V. Cotton*
CHRISTOPHER V. COTTON

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

---

[1] Uber noticed the deposition for January 6, 2026, as an accommodation to Plaintiff's counsel's schedule.