[Submitting Counsel below]

UNITED STATES DISTRICT COURT
OF NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | No. 3:23-md-03084-CRB<br><br>**ADMINISTRATIVE MOTION TO SHORTEN TIME**<br><br>Judge: Honorable Charles R. Breyer<br>Ctrm.: 6-17th Floor |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | No. 25-cv-4276-PHX-CRB<br><br>Judge: Honorable Charles R. Breyer<br>Ctrm.: 501 |

Under Civil Local Rule 7-11, Plaintiff moves to shorten the time for Defendants to respond to their Motion to Strike Uber's January 6 Clawback Notice and to Prohibit Future Clawbacks.

1    The Motion to Strike must be decided promptly so that Plaintiff knows which exhibits she
2    may use at the trial with jury selection beginning today.
3    Given the emergent situation, Plaintiff was unable to meet and confer with Uber regarding
4    the relief sought in this administrative motion.
5    For these reasons, Plaintiff respectfully requests that the Court order Uber to respond to
6    the Motion to Strike Uber's January 6 Clawback Notice on January 9, 2026 and decide the motion
7    without a reply and without a hearing.

Dated: January 8, 2026

Respectfully submitted,
By: */s/ William Smith*

William L. Smith (Cal Bar No. 324235)
**ANAPOL WEISS**
6060 Center Drive, 10th Floor
Los Angeles, CA 90045
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: wsmith@anapolweiss.com

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

- 2 -

ADMIN MOT. TO SHORTEN TIME
CASE NO. 23-MD-03084-CRB

|   |   |
|---|---|
| 1 | |
| 2 | **CHAFFIN LUHANA LLP** |
| 3 | 600 Third Avenue, 12th Floor |
|   | New York, NY 10016 |
| 4 | Telephone: (888) 480-1123 |
|   | Facsimile: (888) 499-1123 |
| 5 | luhana@chaffinluhana.com |
| 6 | *Co-Lead Counsel* |

- 3 -

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: January 8, 2026                          By:     */s/ William Smith*
                                                                William Smith