UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF WILLIAM L. SMITH IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE UBER'S JANUARY 6 CLAWBACK NOTICE AND TO PROHIBIT FUTURE CLAWBACKS**<br><br>Judge: Honorable Charles R. Breyer<br>Courtroom: 6 –17th Floor |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | No. 25-cv-4276-PHX-CRB<br><br>Judge: Honorable Charles R. Breyer<br>Ctrm.: 501 |

DECLARATION OF WILLIAM L. SMITH
N.D. CAL. NO. 3:23-MD-03084; D. ARIZ. NO. 25-CV-4276

I, WILLIAM L SMITH, declare:

1. I am an attorney in the law firm of Anapol Weiss, appointed to the Plaintiffs' Steering Committee in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiff's Motion to Strike Clawback Notice.

3. On the evening of Friday, January 2, 2026, counsel for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC served a notice of clawback pursuant to Pretrial Order No. 14 (ECF 396), purporting to claw back 46 documents that Defendants claim were inadvertently produced. A true and correct copy of the January 2, 2026 Clawback Notice is attached hereto as **Exhibit 1**.

4. Jury selection in this matter is scheduled to begin on January 8, 2026 with opening statements occurring on January 13.

5. Prior to serving the January 2, 2026 Clawback Notice, Defendants had not asserted privilege over the documents at issue. Many of these documents were used as exhibits at depositions, during which Defendants' counsel was present, reviewed the exhibits, and raised no privilege objection or clawback request. In addition, Defendants stipulated that certain of the documents were authentic business records for purposes of trial, and two of the documents appear on Defendants' own trial exhibit list.

6. On January 6, 2026, just two days before jury selection, Defendants served a second notice of clawback pursuant to Pretrial Order No. 14, purporting to claw back an additional eight documents. A true and correct copy of the January 6, 2026 Clawback Notice is attached hereto as **Exhibit 2**.

7. Defendants served the January 6, 2026 Clawback Notice the same day they filed

their opposition to Plaintiff's Motion to Strike the January 2, 2026 Clawback Notice. In that opposition, Defendants characterized Plaintiff's concerns about ongoing clawbacks as "pure speculation" and "abstract concerns." ECF 4928 at 4-5.

8. Two of the documents in the January 6, 2026 Clawback Notice (UBER_JCCP_MDL_005453872 and UBER_JCCP_MDL_003610881) had previously been reviewed for privilege, logged on Defendants' privilege log, and produced with redactions.

9. Document UBER_JCCP_MDL_000908314 was used as an exhibit at the deposition of Valerie Shuping on April 18, 2025. The final transcript was issued on April 28, 2025. Under paragraph 10 of PTO 14, any clawback of that document was required within twenty days of receipt of the final transcript (May 18, 2025). Defendants' January 6, 2026 Clawback Notice is 253 days late.

10. Plaintiff served deposition designations on December 19, 2025 and supplemental designations on January 5, 2026. Multiple documents in the January 6, 2026 Clawback Notice relate to S-RAD, a subject addressed in Plaintiff's deposition designations.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of January, 2026 in LOS ANGELES, CALIFORNIA.

*/s/ William L. Smith*
William L. Smith