
# Exhibit 1



January 2, 2026

Michael B. Shortnacy

2121 Avenue of the Stars
Suite 1400
Los Angeles, California 90067
**t** 424.285.8330
**d** 424.324.3494
**f** 424.204.9093
mshortnacy@shb.com

**BY ELECTRONIC MAIL**

| | |
|---|---|
| William A. Levin<br>Levin Simes LLP<br>1700 Montgomery St., Suite 250<br>San Francisco, CA 94111<br>wlevin@levinsimes.com | Sarah R. London<br>Lieff Cabraser Heimann & Bernstein<br>275 Battery Street, Fl. 29<br>San Francisco, CA 94111<br>Slondon@lchb.com |
| Walt Cubberly<br>Williams Hart Boundas, LLP<br>8441 Gulf Freeway, Suite 600<br>Houston, Texas 77017<br>wcubberly@whlaw.com | Rachel B. Abrams<br>Peiffer Wolf Carr Kane Conway & Wise, LLP<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Rabrams@peifferwolf.com |
| Steve Estey<br>Estey Bomberger<br>2869 India Street<br>San Diego, CA 92103<br>steve@estey-bomberger.com | Roopal P. Luhana, Esq.<br>Chaffin Luhana LLP<br>600 Third Avenue, F. 12<br>New York, NY 10016<br>Luhana@chaffinluhana.com |
| Celine Cutter<br>Cutter Law P.C.<br>1999 Harrison Street, Suite 1400<br>Oakland, CA 94612<br>ccutter@cutterlaw.com | *Co-Lead Counsel for MDL Plaintiffs* |

*Co-Lead Counsel for JCCP Plaintiffs*

Re: <u>In Re: Uber Rideshare Cases</u>, JCCP No. 5188; and <u>In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation, MDL 3084</u>

Dear Counsel:

On behalf of our clients, Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Defendants"), we are clawing back and re-producing via secure file transfer portal documents inadvertently produced. This privilege clawback is made pursuant to the Stipulation and Protective Order issued in the JCCP on March 6, 2025, the MDL Protective Order (ECF 176), PTO 14 (ECF 396), and in accordance with PTO 16 (ECF 866). The Bates number, privilege log number, and production volume of the privileged documents are listed below.



January 2, 2026
Page 2

| Beginning Bates – Ending Bates | JCCP_MDL Priv Log No. | Prod. Volume |
|---|---|---|
| UBER_JCCP_MDL_000257549 – UBER_JCCP_MDL_000257551 | Forthcoming | JCCP_MDL001 |
| UBER_JCCP_MDL_000909003 | Forthcoming | JCCP_MDL017; JCCP_MDL125 |
| UBER_JCCP_MDL_002992877 | Forthcoming | JCCP_MDL095 |
| UBER_JCCP_MDL_004999440 - UBER_JCCP_MDL_004999443 | Forthcoming | JCCP_MDL166 |
| UBER_JCCP_MDL_001090657 - UBER_JCCP_MDL_001090678 | JCCP_MDL_PRIVLOG038388 | JCCP_MDL023 |
| UBER_JCCP_MDL_003726658 - UBER_JCCP_MDL_003726664 | Forthcoming | JCCP_MDL135 |
| UBER_JCCP_MDL_005696274 - UBER_JCCP_MDL_005696276 | Forthcoming | JCCP_MDL235 |
| UBER_JCCP_MDL_005696277 - UBER_JCCP_MDL_005696278 | Forthcoming | JCCP_MDL235 |
| UBER_JCCP_MDL_005696279 - UBER_JCCP_MDL_005696280 | Forthcoming | JCCP_MDL235 |
| UBER_JCCP_MDL_005696281 - UBER_JCCP_MDL_005696282 | Forthcoming | JCCP_MDL235 |
| UBER_JCCP_MDL_005696283 - UBER_JCCP_MDL_005696284 | Forthcoming | JCCP_MDL235 |
| UBER_JCCP_MDL_005696285 | Forthcoming | JCCP_MDL235 |
| UBER_JCCP_MDL_004201586 - UBER_JCCP_MDL_004201590 | Forthcoming | JCCP_MDL155 |
| UBER_JCCP_MDL_002057225 - UBER_JCCP_MDL_002057342 | JCCP_MDL_PRIVLOG061851 | JCCP_MDL057 |
| UBER_JCCP_MDL_004212106 - UBER_JCCP_MDL_004212127 | Forthcoming | JCCP_MDL155 |



January 2, 2026
Page 3

| UBER_JCCP_MDL_002059181 | Forthcoming | JCCP_MDL057 |
|---|---|---|
| UBER_JCCP_MDL_000158091 - UBER_JCCP_MDL_000158092 | Forthcoming | UBER023 |
| UBER_JCCP_MDL_002473662 | Forthcoming | JCCP_MDL069 |
| UBER_JCCP_MDL_002735065 - UBER_JCCP_MDL_002735069 | Forthcoming | JCCP_MDL079 |
| UBER_JCCP_MDL_001102563 | Forthcoming | JCCP_MDL023 |
| UBER_JCCP_MDL_000045899 | Forthcoming | UBER018 |
| UBER_JCCP_MDL_005266819 - UBER_JCCP_MDL_005266821 | Forthcoming | JCCP_MDL197 |
| UBER_JCCP_MDL_000535001 - UBER_JCCP_MDL_000535003 | JCCP_MDL_PRIVLOG007785 | JCCP_MDL008 |
| UBER_JCCP_MDL_002315507 | Forthcoming | JCCP_MDL075 |
| UBER_JCCP_MDL_002315575 - UBER_JCCP_MDL_002315683 | Forthcoming | JCCP_MDL075 |
| UBER_JCCP_MDL_003945059 - UBER_JCCP_MDL_003945067 | Forthcoming | JCCP_MDL112 |
| UBER_JCCP_MDL_000184573 | Forthcoming | UBER025 |
| UBER_JCCP_MDL_003755190 | Forthcoming | JCCP_MDL135 |
| UBER_JCCP_MDL_005031659 | Forthcoming | JCCP_MDL166 |
| UBER_JCCP_MDL_001467288 | Forthcoming | JCCP_MDL039 |
| UBER_JCCP_MDL_005676090 - UBER_JCCP_MDL_005676091 | Forthcoming | JCCP_MDL233 |
| UBER_JCCP_MDL_001699650 | Forthcoming | JCCP_MDL048 |



January 2, 2026
Page 4

| UBER_JCCP_MDL_001534042 - UBER_JCCP_MDL_001534428 | Forthcoming | JCCP_MDL039 |
|---|---|---|
| UBER_JCCP_MDL_001563271 - UBER_JCCP_MDL_001563274 | Forthcoming | JCCP_MDL039 |
| UBER_JCCP_MDL_002286376 - UBER_JCCP_MDL_002286379 | Forthcoming | JCCP_MDL063 |
| UBER_JCCP_MDL_002184840 - UBER_JCCP_MDL_002184844 | Forthcoming | JCCP_MDL057 |
| UBER_JCCP_MDL_005176144 | Forthcoming | JCCP_MDL190 |
| UBER_JCCP_MDL_002655853 | Forthcoming | JCCP_MDL078 |
| UBER_JCCP_MDL_002657950 | Forthcoming | JCCP_MDL078 |
| UBER_JCCP_MDL_003046461 - UBER_JCCP_MDL_003046574 | JCCP_MDL_PRIVLOG073012 | JCCP_MDL101 |
| UBER_JCCP_MDL_002262778 - UBER_JCCP_MDL_002262796 | Forthcoming | JCCP_MDL057 |
| UBER_JCCP_MDL_003077777 - UBER_JCCP_MDL_003077781 | Forthcoming | JCCP_MDL101 |
| UBER_JCCP_MDL_003292945 - UBER_JCCP_MDL_003292951 | Forthcoming | JCCP_MDL111 |
| UBER_JCCP_MDL_003212294 - UBER_JCCP_MDL_003212358 | Forthcoming | JCCP_MDL101 |
| UBER_JCCP_MDL_003212951 | Forthcoming | JCCP_MDL101 |
| UBER_JCCP_MDL_003628483 | Forthcoming | JCCP_MDL132 |

Defendants did not waive their privilege claim by the inadvertent production of this privileged material, and make this privilege clawback pursuant to the Stipulation and Protective Order issued in the JCCP on March 6, 2025, Federal Rule of Civil Procedure 26 (b)(5)(B), the MDL Protective Order (ECF 176), and Stipulated Pretrial Order No. 14: Federal Rule of Evidence 502 (D) and Privilege Materials (ECF 396).

In accordance with Section 11 of the JCCP Stipulation and Amended Protective Order entered on March 6, 2025, Defendants demand that JCCP Plaintiffs

SHOOK
HARDY & BACON

January 2, 2026
Page 5

and their counsel take the following immediate steps as required by the Order: (1) use reasonable efforts to destroy or sequester all copies of the inadvertently produced document and associated metadata in their possession, custody, or control and notify Defendants when they have done so; and (2) take reasonable steps to retrieve and destroy or sequester the inadvertently produced privileged material and associated metadata from other persons, if any, to whom such privileged document and associated metadata has been provided, and notify Defendants when they have done so.

Likewise, pursuant to Section 11 of MDL Protective Order (ECF 176), Federal Rule of Civil Procedure 26 (b)(5)(B), and Stipulated Pretrial Order No. 14: Federal Rule of Evidence 502 (D) and Privilege Materials (ECF 396), Defendants demand that MDL Plaintiffs and their counsel take the following immediate steps: (1) sequester, destroy, or return the inadvertently produced document and associated metadata, and all copies thereof, as well as any analyses, memoranda, or notes or portions thereof which were internally generated and contain or were based upon the privileged materials identified in this letter; (2) not use or disclose the information for any purpose except contesting the assertion of privilege; (3) take reasonable steps to retrieve the information if you disclosed it before being notified; and (4) notify Defendants when they have taken these steps.

We will be re-producing the documents at issue with privilege slipsheets and/or redactions via secure file transfer portal. Per the agreement of the parties in the JCCP and MDL, Defendants are making a single production in both actions, with the Bates prefix of UBER_JCCP_MDL.

Defendants reserve their right to seek further relief concerning this matter as provided in the relevant court orders, rules, or statutes. Defendants also reserve the right to amend, supplement, correct, or modify the information contained herein and in the associated documents, if and as we obtain additional information.

Sincerely,

Michael B. Shortnacy
Partner

*Counsel for Defendants*
*Uber Technologies, Inc., Rasier LLC, and Rasier-CA LLC*



January 2, 2026
Page 6

ATLANTA | BOSTON | CHICAGO | DENVER | HARTFORD | HOUSTON | KANSAS CITY | LOS ANGELES | MIAMI | NEW YORK |
ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | ST. LOUIS | TAMPA | WASHINGTON, D.C.