1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

10
11
12

IN RE: UBER TECHNOLOGIES, INC.
PASSENGER SEXUAL ASSAULT
LITIGATION

Case No. 23-md-03084-CRB

Honorable Charles R. Breyer

13
14
15

This Document Relates to:

*Jaylynn Dean v. Uber Techs., Inc.*,
N.D. Cal. No. 23-cv-06708
D. Ariz. No. 25-cv-4276

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION TO STRIKE
UBER'S JANUARY 6 CLAWBACK NOTICE
AND TO PROHIBIT FUTURE
CLAWBACKS**

16
17
18
19

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

20
21
22
23
24
25

JAYLYNN DEAN,

          Plaintiff,

     v.

UBER TECHNOLOGIES, INC., et al.,

          Defendants.

No. 25-cv-4276-PHX-CRB

Judge:  Honorable Charles R. Breyer
Ctrm.:   501

26
27
28

Having considered Plaintiff's Motion to Strike Uber's January 6 Clawback Notice, the Court hereby **GRANTS** the motion and **ORDERS** as follows:

Uber's January 6, 2026 notice of clawback is stricken and will have no effect in this MDL or in the Dean case.

Uber is prohibited from clawing back any documents produced before December 1, 2025.

**IT IS SO ORDERED.**

Dated: _____

_____

Hon. Charles R. Breyer

United States District Judge

---

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE CLAWBACK
NOTICE **AND TO PROHIBIT FUTURE CLAWBACKS**
N.D. Cal. No. 3:23-md-03084; D. Ariz. No. 25-cv-4276