UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION _____ This Document Relates to: *Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708 D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB (LJC)<br><br>Honorable Charles R. Breyer<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

Having considered Defendants' December 30, 2025 Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal and Plaintiff's January 6, 2026 Statement in Support of Defendants' Motion, the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| Portions of Defendants' Motion to Permit Evidence Under FRE 412 (ECF 4824) | Intimate and sensitive aspects of Plaintiff's and third parties' personal lives at 1:4, 1:9, 1:10, 1:17, 2:9, 2:10, 2:13-2:14, 2:16, 2:19-2:20, 2:20-24, 2 nn. 1, 3:1-6, 3:7-17, 4:10, 4:14, 5:2, 5:8-9, 5:16, 6:14-15, 7:15, 7:26.<br><br>Plaintiff's medical history at 1:4, 1:9, 1:17, 2:10, 3:18, 3:18-21, 4:10, 4:14, 5:2, 5:10, 5:17, 6:15, 7:15, 7:26.<br><br>The names of third parties at 2:23-24, 2 nn. 1, 3:2, 3:3, 3:5, 3:7-9, 3:11, 3:14, 3:18, 5:9, 6:15-16 |
| Portions of Exhibit 1 to the Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 4824-2) | Intimate and sensitive aspects of Plaintiff's and third parties' personal lives at 28:21-25, 29:1-17, 29:22-23, 29:25, 34:1-2, 34:10-25, 35:1-23, 36:11-16, 36:18-21, 37:1-6, 37:10-13, 37:20-22, 111:20, 112:1-16, 112:17-25, 113:1-25, 115:1-12, 115:15-24, 118:1-19, 121:23-25, 122:1-25, 123:1-5, 123:13-23, 124:2-24, 125:1-11, 125:14-25, 127:1-25, 128:1-17.<br><br>Plaintiff's medical and mental health history at 36:18-25, 133:2-25, 134:1-20.<br><br>The names of third parties at 108:4, 108:10, 111:1, 112:12, 115:1, 115:5, 118:12, 118:18, 118:21, 121:9, 121:14, 121:15, 121:18, 121:21, 122:6, 123:13, 123:14, 124:3, 124:6, 124:11, 124:14-16, 124:21, 125:15, 125:19, 127:1-2, 127:8, 128:19, 133:2, 133:3, 133:21, 134:10. |
| Portions of Exhibit 2 to the Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 4824-3) | Intimate and sensitive aspects of Plaintiff's and third parties' personal lives at 201, 202, 203. |
| Portions of Exhibit 3 to the Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 4824-4) | The personally identifiable information of Plaintiff at 1, 16.<br><br>Substance abuse by Plaintiff and third parties at 16, 17, 18, 19 , 20, 21, 22, 24, 25, 35, 36, 37, 44. |

1

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
Case No. 23-md-03084-CRB

| | |
|---|---|
| | Intimate and sensitive aspects of Plaintiff's and third parties' personal lives 17, 20, 23, 27, 28, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 44, 47, 52, 53.<br><br>The names of third parties at 20, 23, 27, 30, 31, 32, 33, 34, 35, 37, 39, 44, 47, 48, 49, 50, 51, 52, 53, App'x D at 1, 2.<br><br>The name of a bellwether plaintiff proceeding under pseudonym at 52.<br><br>Plaintiff's medical and mental health history at 32, 35, 40, 41, 42, 43, 44, 47, 52, 53, 54, App'x D at 1. |
| Portions of Exhibit 4 to the Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 4824-5) | Intimate and sensitive aspects of Plaintiff's and third parties' personal lives at 298:6-25, 299:1-25, 300:1-9, 300:22-25, 303:1-15, 304:8-21.<br><br>The names of third parties at 298:19, 299:25, 300:7, 300:25. |
| Portions of Defendants' Motion to Permit Evidence Under FRE 412 (ECF 4824) | Intimate and sensitive aspects of Plaintiff's and third parties' personal lives at 1:4, 1:9, 1:10, 1:17, 2:9, 2:10, 2:13-2:14, 2:16, 2:19-2:20, 2:20-24, 2 nn. 1, 3:1-6, 3:7-17, 4:10, 4:14, 5:2, 5:8-9, 5:16, 6:14-15, 7:15, 7:26.<br><br>Plaintiff's medical history at 1:4, 1:9, 1:17, 2:10, 3:18, 3:18-21, 4:10, 4:14, 5:2, 5:10, 5:17, 6:15, 7:15, 7:26.<br><br>The names of third parties at 2:23-24, 2 nn. 1, 3:2, 3:3, 3:5, 3:7-9, 3:11, 3:14, 3:18, 5:9, 6:15-16 |
| Portions of Exhibit 1 to the Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 4824-2) | Intimate and sensitive aspects of Plaintiff's and third parties' personal lives at 28:21-25, 29:1-17, 29:22-23, 29:25, 34:1-2, 34:10-25, 35:1-23, 36:11-16, 36:18-21, 37:1-6, 37:10-13, 37:20-22, 111:20, 112:1-16, 112:17-25, 113:1-25, 115:1-12, 115:15-24, 118:1-19, 121:23-25, 122:1-25, 123:1-5, 123:13-23, 124:2-24, 125:1-11, 125:14-25, 127:1-25, 128:1-17.<br><br>Plaintiff's medical and mental health history at 36:18-25, 133:2-25, 134:1-20.<br><br>The names of third parties at 108:4, 108:10, |

2

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
Case No. 23-md-03084-CRB

| | |
|---|---|
| | 111:1, 112:12, 115:1, 115:5, 118:12, 118:18, 118:21, 121:9, 121:14, 121:15, 121:18, 121:21, 122:6, 123:13, 123:14, 124:3, 124:6, 124:11, 124:14-16, 124:21, 125:15, 125:19, 127:1-2, 127:8, 128:19, 133:2, 133:3, 133:21, 134:10. |

**IT IS SO ORDERED.**

Dated: _____

                                            Hon. Charles R. Breyer
                                            United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
Case No. 23-md-03084-CRB