IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 |
| This Order Relates To:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | **ORDER DENYING UBER'S MOTION FOR RELIEF FROM MAGISTRATE JUDGE CISNEROS'S ORDER REGARDING REBUTTAL EXPERT TESTIMONY**<br><br>Re: Dkt. No. 4853 |

Uber's Motion for Relief from Magistrate Judge Cisneros's Order Regarding Rebuttal Expert Testimony (dkt. 4701) is denied.

**IT IS SO ORDERED.**

Dated: January 8, 2026

CHARLES R. BREYER
United States District Judge