| | |
|---|---|
| 1 | Laura Vartain Horn (SBN 258485) |
| | **KIRKLAND & ELLIS LLP** |
| 2 | 555 California Street, Suite 2700 |
| | San Francisco, CA 94104 |
| 3 | Telephone: (415) 439-1625 |
| | laura.vartain@kirkland.com |
| 4 | |
| | Allison M. Brown (Admitted *Pro Hac Vice*) |
| 5 | **KIRKLAND & ELLIS LLP** |
| | 2005 Market Street, Suite 1000 |
| 6 | Philadelphia, PA 19103 |
| | Telephone: (215) 268-5000 |
| 7 | alli.brown@kirkland.com |
| 8 | Jessica Davidson (Admitted *Pro Hac Vice*) |
| | **KIRKLAND & ELLIS LLP** |
| 9 | 601 Lexington Avenue |
| | New York, NY 10022 |
| 10 | Telephone: (212) 446-4800 |
| | jessica.davidson@kirkland.com |
| 11 | |
| | Kim Bueno (Admitted *Pro Hac Vice*) |
| 12 | **KIRKLAND & ELLIS LLP** |
| | 401 W. 4th Street, Austin, TX  78701 |
| 13 | Telephone: (512) 355-4390 |
| | kim.bueno@kirkland.com |
| 14 | |
| | *Attorneys for Defendants* |
| 15 | UBER TECHNOLOGIES, INC., RASIER, LLC, |
| | And RASIER-CA, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S [PROPOSED] ORDER GRANTING MOTION TO QUASH ADDITIONAL DEPOSITION OF HANNAH NILES** |
| This Document Relates to: | |
| *Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Judge:       Hon. Charles R. Breyer |
| | Courtroom:   6 – 17th Floor |

1    Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's
2    Motion to Quash Additional Deposition of Hannah Nilles and all exhibits, all reply briefing, all pleadings
3    and papers of record and on file in this case, and good cause appearing, Defendants' Motion
4    is **GRANTED**. Accordingly, the notice of an additional deposition to Hannah Nilles is hereby
5    **QUASHED**. Uber is **ORDERED** to produce the documents that formed the basis for Nilles's
6    declaration, to the extent that those documents have not been already produced.

**IT IS SO ORDERED.**

DATED: January 8, 2026        By: _____



Judge Charles R. Breyer