ANDREW A. DAO
(TXBN: 24082895) (Admitted PHV)
**DALY & BLACK, P.C.**
2211 Norfolk St #300
Houston, TX 77098
Telephone: (855) 682-3090
Facsimile: (713) 655-1587
Email: adao@dalyblack.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-3084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:*<br><br>DB I.F.A. *v.* UBER TECHNOLOGIES, INC. et al., 3:26-cv-00194 | Case No. 3:26-cv-00194 |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on January 8, 2026.

Dated: January 9, 2026

Respectfully submitted,

ANDREW A. DAO
(TXBN: 24082895) (Admitted PHV)
**DALY & BLACK, P.C.**
2211 Norfolk St #300
Houston, TX 77098
Telephone: (855) 682-3090
Facsimile: (713) 655-1587
Email: adao@dalyblack.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2026 I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Andrew A. Dao