# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| This Document Relates to:<br><br>*P.L. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-02847-CRB<br><br>*C.M. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05182-CRB<br><br>*Jane Doe NLG (M.M.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02653-CRB<br><br>*Jane Doe 692195 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03421-CRB<br><br>*Jane Doe KGDB 016 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04337-CRB<br><br>*Jane Doe KGDB 018 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04355-CRB<br><br>*Jane Doe 694403 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04585-CRB<br><br>*Watt v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04704-CRB | |

1
2        **[PROPOSED] ORDER**

3         Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Amended
4    PTO 10 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in
5    Exhibit A hereto, have violated Amended Pretrial Order No. 10 and caused prejudice to Uber.
6         The Court therefore hereby ORDERS as follows:
7         1.    The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED
8               WITHOUT PREJUDICE pursuant to Amended PTO No. 10 (ECF No. 4287).
9         2.    Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.
10
11        **IT IS SO ORDERED.**
12
13
14   Dated: _____, 2026          _____
15                                        HON. CHARLES R. BREYER
                                          United States District Court Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10
                                                                      Case No. 3:23-md-03084-CRB

**EXHIBIT A**

| MDL ID | Case Number |
|---|---|
| 1349 | 3:24-cv-02847 |
| 1741 | 3:24-cv-05182 |
| 3290 | 3:25-cv-03421 |
| 3433 | 3:25-cv-04337 |
| 3435 | 3:25-cv-04355 |
| 3475 | 3:25-cv-04585 |
| 3499 | 3:25-cv-04704 |

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB