|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
|---|---|
| This Document Relates to: *Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708 D. Ariz. No. 25-cv-4276 | **DECLARATION OF ANDREW R. KAUFMAN IN SUPPORT OF PLAINTIFF'S TRIAL BRIEF RE: MEDIA-RELATED EVIDENCE**<br><br>Judge: Honorable Charles R. Breyer<br>Ctrm.: 6-17th Floor (zoom) |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| JAYLYNN DEAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | No. 25-cv-4276-PHX-CRB<br><br>Judge: Honorable Charles R. Breyer<br>Ctrm.: 501 |
|---|---|

DECLARATION OF ANDREW R. KAUFMAN
N.D. CAL. NO. 3:23-MD-03084; D. ARIZ. NO. 25-CV-4276

I, Andrew R. Kaufman, declare:

1. I am an attorney in the law firm of Girard Sharp LLP, and counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of Wisconsin and New York, and am admitted to practice *pro hac vice* before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiff's Trial Brief re: Media-Related Evidence

3. Attached hereto as **Exhibit A** is a true and correct copy of Exhibit 2717 to the April 10, 2025 Deposition of Andrew Hasbun.

4. Attached hereto as **Exhibit B** is a true and correct copy of Exhibit 2718 to the April 10, 2025 Deposition of Andrew Hasbun. This document has been filed under seal.

5. Attached hereto as **Exhibit C** is a true and correct copy of Exhibit 2220 to the April 10, 2025 Deposition of Andrew Hasbun. This document has been filed under seal.

6. Attached hereto as **Exhibit D** is a true and correct copy of Exhibit 2716 to the April 10, 2025 Deposition of Andrew Hasbun. This document has been filed under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of January, 2026 in Milwaukee, Wisconsin.

*/s/ Andrew R. Kaufman*
Andrew R. Kaufman