1 | [Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| This Document Relates to: *Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708 D. Ariz. No. 25-cv-4276 | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN, Plaintiff, v. UBER TECHNOLOGIES, INC., et al., Defendants. | No. 25-cv-4276-PHX-CRB Judge: Honorable Charles R. Breyer Ctrm.: 501 |

Under Civil Local Rules 7-11 and 79-5(f), Plaintiff moves the Court to consider whether material designated confidential by Uber should be sealed.

On January 9, 2026 Plaintiff filed Plaintiff's Trial Brief re: Media-Related Evidece, which refers to and attaches documents Uber designated as "CONFIDENTIAL."

**Material To Be Filed Under Seal**

The material to be filed under seal is in a portion of Plaintiff's Opposition and an attached exhibit.

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiff's Trial Brief | Portion of briefing referring testimony designated confidential | Uber |
| Exhibit B | Ex. 2718 to Deposition of Andrew Hasbun | Uber |
| Exhibit C | Ex. 2220 to Deposition of Andrew Hasbun | Uber |
| Exhibit D | Ex. 2716 to Deposition of Andrew Hasbun | Uber |

Under Local Rule 79-5(f)(3), Uber bears the responsibility to establish that all of the designated material is sealable.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

    1. The Declaration of Maya R. Kalonia in Support of this Motion; and

    2. A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: January 9, 2026

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

## FILER'S ATTESTATION

I am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: January 9, 2026    By:   */s/ Andrew R. Kaufman*
                                Andrew R. Kaufman