1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

Case No. 23-md-03084-CRB

9

10

**DECLARATION OF MAYA R. KALONIA
IN SUPPORT OF ADMINISTRATIVE
MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL
SHOULD BE FILED UNDER SEAL**

This Document Relates to:

11

*Jaylynn Dean v. Uber Techs., Inc.*,
N.D. Cal. No. 23-cv-06708
D. Ariz. No. 25-cv-4276

12

13

14

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

15

16

17

JAYLYNN DEAN,

No. 25-cv-4276-PHX-CRB

18

            Plaintiff,

19

Judge:  Honorable Charles R. Breyer
Ctrm.:   501

20

      v.

21

UBER TECHNOLOGIES, INC., et al.,

22

            Defendants.

23

24

      I, Maya R. Kalonia, declare:

25

      1.      I am an attorney in the law firm of Girard Sharp, LLP, and counsel for Plaintiffs in

26

the above-captioned Multi-District Litigation. I am a member of the State Bar of California and

27

am admitted to practice before this Court. I make this declaration based on my own personal

28

knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

Because the materials at issue were designated by Uber as "CONFIDENTIAL," Plaintiff filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiff's Trial Brief | Portion of briefing referring testimony designated confidential | Uber |
| Exhibit B | Ex. 2718 to Deposition of Andrew Hasbun | Uber |
| Exhibit C | Ex. 2220 to Deposition of Andrew Hasbun | Uber |
| Exhibit D | Ex. 2716 to Deposition of Andrew Hasbun | Uber |

2.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 9, 2026 in Phoenix, Arizona.

_/s/ Maya R. Kalonia_
Maya R. Kalonia