[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| | **CERTIFICATE OF SERVICE** |
| This Document Relates to: | |
| *Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708 D. Ariz. No. 25-cv-4276 | |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN, | No. 25-cv-4276-PHX-CRB |
| Plaintiff, | |
| | Judge: Honorable Charles R. Breyer Ctrm.: 501 |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

I certify that, on December 26, 2025 a true and correct copy of the UNSEALED/

UNREDACTED version of the following documents:

- **UNREDACTED Plaintiff's Trial Brief re Media-Related Evidence.**

- **UNSEALED Ex. B to Trial Brief**
- **UNSEALED Ex. C to Trial Brief**
- **UNSEALED Ex. D to Trial Brief**

were served pursuant to Civil L.R. 5(a) to each person named below:

**Kirkland & Ellis LLP**
Alli Brown
alli.brown@kirkland.com
Chris Cox
christopher.cox@kirkland.com
Jessica Davidson
jessica.davidson@kirkland.com
Jennifer Levy
jlevy@kirkland.com
Rupal Joshi
rupal.joshi@kirkland.com
Laura Vartain
laura.vartain@kirkland.com
Kristen Fournier
kristen.fournier@kirkland.com
Alexandra Caritis
alexandra.caritis@kirkland.com
Libby Marden
libby.marden@kirkland.com
Geoffrey Wyatt
geoffrey.wyatt@kirkland.com
Beth Larsen
beth.larsen@kirkland.com

**O'Melveny and Meyers LLP**
Sabrina Strong
sstrong@omm.com
Jonathan Schneller
jschneller@omm.com
Joshua Revesz
jrevesz@omm.com
Louis Fisher
lfisher@omm.com

**Shook, Hardy & Bacon LLP**
Michael B. Shortnacy
mshortnacy@shb.com
Patrick L. Oot, Jr.
oot@shb.com
Christopher V. Cotton
ccotton@shb.com
Alycia A. Degen

1   adegen@shb.com
    Veronica Gromada
2   vgromada@shb.com

3   <u>Service Email</u>
    UBERMDLSERVICE@LISTSERV.SHB.COM
4

5                     *Attorneys for Defendants*
    UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC
6

7      ☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced
    document(s) to be sent in electronic PDF format as an attachment to an
8   email addressed to the person(s) on whom such document(s) is/are to be served at
    the email address(es) shown above, as last given by that person(s) or as obtained
9   from an internet website(s) relating to such person(s), and I did not receive an email
    response upon sending such email indicating that such email was not delivered.
10

11      I declare under penalty of perjury under the laws of the United States of America that the

12 foregoing is true and correct. Executed on January 9, 2026.

13                             By: */s Andrew R. Kaufman*

14                             Andrew R. Kaufman

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                CERTIFICATE OF SERVICE
                                                CASE NO. 23-MD-03084-CRB