UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

| | |
|---|---|
| Plaintiff(s), | Case No. 23-md-03084-CRB |
| vs. | |
| This Document Relates to: Jaylynn Dean v. Uber Techs., Inc., N.D. Cal. No. 23-cv-06708 D. Ariz. No. 25-cv-4276 | NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT |
| Defendant(s). | |

Notice is hereby given that a statement of redaction will be submitted to the court reporter within 21 days from the filing of the transcript with the Clerk of Court. The proceeding occurred on January 6, 2026 and was reported by Ruth Levine Ekhaus, the official court reporter.

Dated: January 9, 2026

Attorney for Plaintiff
Address:
Peiffer Wolf Carr Kane Conway & Wise
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Rabrams@peifferwolf.com