1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5 |
| This Document Relates to:<br><br>*Jane Doe LS 634 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07323-CRB<br><br>*Jane Doe NLG (N.T.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07540-CRB<br><br>*Jane Doe NLG (N.H.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08109-CRB<br><br>~~*Jane Doe NLG 5 (A.H.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08112-CRB~~<br><br>*Jane Doe NLG (N.S.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08186-CRB<br><br>*Jane Doe NLG (D.S.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08258-CRB<br><br>~~*Jane Doe NLG 2 (J.C.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08259-CRB~~<br><br>~~*Jane Doe NLG (M.U.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08264-CRB~~<br><br>*Jane Doe NLG 2 (V.F.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08545-CRB | |

1
2  ~~*Jane Doe NLG (J.O.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08567-CRB~~
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

~~[PROPOSED]~~ ORDER REGARDING DEFENDANTS' MOTION TO DISMISS
CASES FOR FAILURE TO COMPLY WITH PTO 5                    CASE NO. 3:23-MD-03084-CRB

1
2                              **[PROPOSED] ORDER**

3      Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 5
4  (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit
5  A hereto, have violated Pretrial Order No. 5 and caused prejudice to Uber.
6      The Court therefore hereby ORDERS as follows:
7      1.   The claims of the Plaintiffs identified in Exhibit A to this Order as modified are
8           DISMISSED WITHOUT PREJUDICE pursuant to PTO No. 5 (ECF No. 175).
9      2.   Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.
10
11     **IT IS SO ORDERED.**
12
13
14  Dated:      January 9      , 2025



[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS
CASES FOR FAILURE TO COMPLY WITH PTO 5                    CASE NO. 3:23-MD-03084-CRB

**EXHIBIT A**

| OC ID # | MDLC ID[1] | Case Name | Counsel | Case Number |
|---|---|---|---|---|
| 6983 | None | Jane Doe LS 634 | Levin Simes, LLP | 3:25-cv-07323 |
| 7038 | None | Jane Doe NLG (N.T.) | Nachawati Law Group | 3:25-cv-07540 |
| 7133 | None | Jane Doe NLG (N.H.) | Nachawati Law Group | 3:25-cv-08109 |
| ~~7135~~ | ~~None~~ | ~~Jane Doe NLG 5 (A.H.)~~ | ~~Nachawati Law Group~~ | ~~3:25-cv-08112~~ |
| 7157 | None | Jane Doe NLG (N.S.) | Nachawati Law Group | 3:25-cv-08186 |
| 7174 | None | Jane Doe NLG (D.S.) | Nachawati Law Group | 3:25-cv-08258 |
| ~~7175~~ | ~~None~~ | ~~Jane Doe NLG 2 (J.C.)~~ | ~~Nachawati Law Group~~ | ~~3:25-cv-08259~~ |
| ~~7176~~ | ~~None~~ | ~~Jane Doe NLG (M.U.)~~ | ~~Nachawati Law Group~~ | ~~3:25-cv-08264~~ |
| 7197 | None | Jane Doe NLG 2 (V.F.) | Nachawati Law Group | 3:25-cv-08545 |
| ~~7199~~ | ~~None~~ | ~~Jane Doe NLG (J.O.)~~ | ~~Nachawati Law Group~~ | ~~3:25-cv-08567~~ |

---

[1] These Plaintiffs all have failed to register for MDL Centrality. For that reason, they lack MDL ID numbers.