# EXHIBIT A

Exhibit A – Defendants' Motion to Dismiss for Failure to Comply with Amended PTO 10

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDL ID | Case Name (MDL) | Case Number (MDL) | PFS Due | Days Since PFS Due (As of 1/9/2026) | Date of Delinquency Notice | Plaintiff Firm |
|---|---|---|---|---|---|---|
| 3955 | JANE DOE TP | 3:25-cv-07484 | 10/9/2025 | 92 | 10/13/2025 | Nachawati Law Group |
| 3956 | JANE DOE NT | 3:25-cv-07540 | 10/9/2025 | 92 | 10/13/2025 | Nachawati Law Group |
| 3957 | JANE DOE LF | 3:25-cv-07542 | 10/9/2025 | 92 | 10/13/2025 | Nachawati Law Group |
| 3959 | JANE DOE JL | 3:25-cv-07545 | 10/11/2025 | 90 | 10/13/2025 | Nachawati Law Group |
| 3962 | A.E. | 3:25-cv-07668 | 10/10/2025 | 91 | 10/13/2025 | Reich and Binstock, LLP |
| 3972 | Jane Doe LS 639 | 3:25-cv-07616 | 10/9/2025 | 92 | 10/13/2025 | Levin Simes, LLP |
| 3973 | Jane Doe LS 640 | 3:25-cv-07628 | 10/9/2025 | 92 | 10/13/2025 | Levin Simes, LLP |
| 3974 | S.W. | 3:25-cv-07695 | 10/11/2025 | 90 | 10/13/2025 | Reich and Binstock, LLP |
| 3975 | C.F. | 3:25-cv-07698 | 10/11/2025 | 90 | 10/13/2025 | Reich and Binstock, LLP |
| 3976 | A.B. | 3:25-cv-07699 | 10/11/2025 | 90 | 10/13/2025 | Reich and Binstock, LLP |
| 3977 | K.H. | 3:25-cv-07700 | 10/11/2025 | 90 | 10/13/2025 | Reich and Binstock, LLP |
| 3992 | J.K.R. | 3:25-cv-07734 | 10/12/2025 | 89 | 10/13/2025 | Reich and Binstock, LLP |
| 3994 | D.V. | 3:25-cv-07747 | 10/12/2025 | 89 | 10/13/2025 | Reich and Binstock, LLP |
| 3995 | M.W. | 3:25-cv-07753 | 10/12/2025 | 89 | 10/13/2025 | Reich and Binstock, LLP |
| 3887 | Jane Roe CL 6 | 3:25-cv-05892 | 8/14/2025 | 148 | 10/17/2025 | Cutter Law |

Exhibit A – Defendants' Motion to Dismiss for Failure to Comply with Amended PTO 10

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDL ID | Case Name (MDL) | Case Number (MDL) | PFS Due | Days Since PFS Due (As of 1/9/2026) | Date of Delinquency Notice | Plaintiff Firm |
|---|---|---|---|---|---|---|
| 4056 | Jane Doe LS 643 | 3:25-cv-08050 | 10/23/2025 | 78 | 10/31/2025 | Levin Simes |
| 4068 | J.C. | 3:25-cv-08073 | 10/24/2025 | 77 | 10/31/2025 | Wagstaff Law Firm |
| 4103 | Jane Doe NLG (R.K.) | 3:25-cv-07976 | 10/24/2025 | 77 | 10/31/2025 | Nachawati Law Group |
| 4070 | A.R. | 3:25-cv-08075 | 10/24/2025 | 77 | 10/31/2025 | Wagstaff Law Firm |
| 4066 | Jane Doe LS 646 | 3:25-cv-08086 | 10/24/2025 | 77 | 10/31/2025 | Levin Simes |
| 4097 | M.J. | 3:25-cv-08088 | 10/24/2025 | 77 | 10/31/2025 | Wagstaff Law Firm |
| 4104 | Jane Doe NLG (N.H.) | 3:25-cv-08109 | 10/25/2025 | 76 | 10/31/2025 | Nachawati Law Group |
| 4105 | Jane Doe NLG 5 (A.H.) | 3:25-cv-08112 | 10/25/2025 | 76 | 10/31/2025 | Nachawati Law Group |
| 4094 | B.K. | 3:25-cv-08170 | 10/27/2025 | 74 | 10/31/2025 | Simmons Hanly Conroy |
| 4106 | Jane Doe NLG (N.S.) | 3:25-cv-08186 | 10/30/2025 | 71 | 11/5/2025 | Nachawati Law Group |
| 4107 | Jane Doe NLG (A.C.) | 3:25-cv-08187 | 10/30/2025 | 71 | 11/5/2025 | Nachawati Law Group |
| 4196 | S.C. | 3:25-cv-08317 | 10/31/2025 | 70 | 11/5/2025 | Wagstaff Law Firm |
| 4197 | S.B. | 3:25-cv-08326 | 10/31/2025 | 70 | 11/5/2025 | Wagstaff Law Firm |
| 4198 | C.W. | 3:25-cv-08329 | 10/31/2025 | 70 | 11/5/2025 | Wagstaff Law Firm |
| 4199 | SC.S. | 3:25-cv-08331 | 10/31/2025 | 70 | 11/5/2025 | Wagstaff Law Firm |
| 4205 | Jane Roe CL 211 | 3:25-cv-08397 | 11/2/2025 | 68 | 11/5/2025 | Cutter Law |
| 4108 | Jane Doe NLG (D.S.) | 3:25-cv-08258 | 11/2/2025 | 68 | 11/5/2025 | Nachawati Law Group |
| 4109 | Jane Doe NLG 2 (J.C.) | 3:25-cv-08259 | 11/2/2025 | 68 | 11/5/2025 | Nachawati Law Group |
| 4110 | Jane Doe NLG (M.U.) | 3:25-cv-08264 | 11/2/2025 | 68 | 11/5/2025 | Nachawati Law Group |

2

Exhibit A – Defendants' Motion to Dismiss for Failure to Comply with Amended PTO 10

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDL ID | Case Name (MDL) | Case Number (MDL) | PFS Due | Days Since PFS Due (As of 1/9/2026) | Date of Delinquency Notice | Plaintiff Firm |
|---|---|---|---|---|---|---|
| 4139 | D.M. | 3:25-cv-08420 | 11/2/2025 | 68 | 11/5/2025 | Reich and Binstock |
| 4142 | C.C. | 3:25-cv-08442 | 11/3/2025 | 67 | 11/5/2025 | Reich and Binstock |
| 4143 | R.B. | 3:25-cv-08449 | 11/3/2025 | 67 | 11/5/2025 | Reich and Binstock |
| 4152 | E.M. | 3:25-cv-08451 | 11/3/2025 | 67 | 11/5/2025 | Reich and Binstock |
| 4206 | Jane Roe CL 212 | 3:25-cv-08470 | 11/3/2025 | 67 | 11/5/2025 | Cutter Law |
| 4314 | J.G. | 3:25-cv-08507 | 11/6/2025 | 64 | 11/12/2025 | Reich and Binstock |
| 4224 | D.S. | 3:25-cv-08519 | 11/6/2025 | 64 | 11/12/2025 | Reich and Binstock |
| 4244 | Jane Doe NLG 4 (J.L.) | 3:25-cv-08523 | 11/6/2025 | 64 | 11/12/2025 | Nachawati Law Group |
| 4631; 4174 | Jane Doe NLG 2 (V.F.) | 3:25-cv-08545 | 11/6/2025 | 64 | 11/12/2025 | Nachawati Law Group |
| 4313 | Jane Doe NLG (J.O.) | 3:25-cv-08567 | 11/7/2025 | 63 | 11/12/2025 | Nachawati Law Group |
| 4253 | P.S. | 3:25-cv-08574 | 11/7/2025 | 63 | 11/12/2025 | Wagstaff Law Firm |
| 4241 | Jane Doe NLG 2 (T.B.) | 3:25-cv-08633 | 11/9/2025 | 61 | 11/12/2025 | Nachawati Law Group |
| 4229 | Jane Doe NLG 2 (S.G.) | 3:25-cv-08707 | 11/10/2025 | 60 | 11/12/2025 | Nachawati Law Group |
| 4633 | Jane Doe NLG 3 (B.G.) | 3:25-cv-08732 | 11/13/2025 | 57 | 11/13/2025 | Nachawati Law Group |
| 4634 | Jane Doe NLG 2 (J.H.) | 3:25-cv-08736 | 11/13/2025 | 57 | 11/13/2025 | Nachawati Law Group |
| 4242 | Jane Doe NLG (Y.H.) | 3:25-cv-08742 | 11/13/2025 | 57 | 11/13/2025 | Nachawati Law Group |
| 4325 | Jane Roe CL 216 | 3:25-cv-08746 | 11/13/2025 | 57 | 11/13/2025 | Cutter Law |
| 4255 | Jane Doe NLG (V.S.) | 3:25-cv-08757 | 11/14/2025 | 56 | 11/14/2025 | Nachawati Law Group |
| 4327 | Jane Roe CL 218 | 3:25-cv-08789 | 11/14/2025 | 56 | 11/14/2025 | Cutter Law |

3

Exhibit A – Defendants' Motion to Dismiss for Failure to Comply with Amended PTO 10

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDL ID | Case Name (MDL) | Case Number (MDL) | PFS Due | Days Since PFS Due (As of 1/9/2026) | Date of Delinquency Notice | Plaintiff Firm |
|---|---|---|---|---|---|---|
| 4308 | D.S. | 3:25-cv-08807 | 11/15/2025 | 55 | 11/15/2025 | Wagstaff Law Firm |
| 4310 | E.W. | 3:25-cv-08818 | 11/15/2025 | 55 | 11/15/2025 | Wagstaff Law Firm |
| 4311 | J.J. | 3:25-cv-08822 | 11/15/2025 | 55 | 11/15/2025 | Wagstaff Law Firm |
| 4312 | K.L.J. | 3:25-cv-08825 | 11/15/2025 | 55 | 11/15/2025 | Wagstaff Law Firm |
| 4167 | Jane Doe NLG 3 (P.L.) | 3:25-cv-08865 | 11/16/2025 | 54 | 11/16/2025 | Nachawati Law Group |
| 4371 | Jane Doe NLG (M.S.) | 3:25-cv-09006 | 11/21/2025 | 49 | 11/21/2025 | Nachawati Law Group |
| 4328 | Jane Roe CL 219 | 3:25-cv-09139 | 11/23/2025 | 47 | 11/23/2025 | Cutter Law |
| 4590 | Jane Doe NLG (M.O.) | 3:25-cv-09181 | 11/25/2025 | 45 | 12/2/2025 | Nachawati Law Group |
| 4133 | Jane Doe NLG (R.R.) | 3:25-cv-09182 | 11/26/2025 | 44 | 12/2/2025 | Nachawati Law Group |
| 4592 | Jane Doe NLG (K.G.) | 3:25-cv-09184 | 11/26/2025 | 44 | 12/2/2025 | Nachawati Law Group |
| 4593 | Jane Doe NLG (J.R.) | 3:25-cv-09186 | 11/26/2025 | 44 | 12/2/2025 | Nachawati Law Group |
| 4382 | A.W. | 3:25-cv-09188 | 11/26/2025 | 44 | 12/2/2025 | Wagstaff Law Firm |
| 4385 | G.M. | 3:25-cv-09190 | 11/26/2025 | 44 | 12/2/2025 | Wagstaff Law Firm |
| 4383 | K.D. | 3:25-cv-09191 | 11/26/2025 | 44 | 12/2/2025 | Wagstaff Law Firm |
| 4384 | O.G. | 3:25-cv-09192 | 11/26/2025 | 44 | 12/2/2025 | Wagstaff Law Firm |
| 4594 | Jane Doe NLG (T.J.) | 3:25-cv-09193 | 11/26/2025 | 44 | 12/2/2025 | Nachawati Law Group |
| 4373 | Jane Doe NLG (R.M.) | 3:25-cv-09197 | 11/27/2025 | 43 | 12/2/2025 | Nachawati Law Group |
| 4374 | Jane Doe NLG (A.G.) | 3:25-cv-09205 | 11/27/2025 | 43 | 12/2/2025 | Nachawati Law Group |
| 4153; 4601 | Jane Doe NLG (C.B.) | 3:25-cv-09213 | 11/27/2025 | 43 | 12/2/2025 | Nachawati Law Group |

Exhibit A – Defendants' Motion to Dismiss for Failure to Comply with Amended PTO 10

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDL ID | Case Name (MDL) | Case Number (MDL) | PFS Due | Days Since PFS Due (As of 1/9/2026) | Date of Delinquency Notice | Plaintiff Firm |
|---|---|---|---|---|---|---|
| 4598 | Jane Doe NLG (A.B.) | 3:25-cv-09180 | 11/29/2025 | 41 | 12/2/2025 | Nachawati Law Group |
| 4599 | Jane Doe NLG (G.Z.) | 3:25-cv-09315 | 11/29/2025 | 41 | 12/2/2025 | Nachawati Law Group |
| 4421 | TE.T. | 3:25-cv-09370 | 11/30/2025 | 40 | 12/2/2025 | Wagstaff Law Firm |
| 4423 | I.M. | 3:25-cv-09373 | 11/30/2025 | 40 | 12/2/2025 | Wagstaff Law Firm |
| 4426 | P.D.U. | 3:25-cv-09376 | 11/30/2025 | 40 | 12/2/2025 | Wagstaff Law Firm |
| 4427 | ME.S. | 3:25-cv-09377 | 11/30/2025 | 40 | 12/2/2025 | Wagstaff Law Firm |
| 4431 | L.M. | 3:25-cv-09378 | 11/30/2025 | 40 | 12/2/2025 | Wagstaff Law Firm |
| 4475 | Jane Roe CL 223 | 3:25-cv-09393 | 12/1/2025 | 39 | 12/2/2025 | Cutter Law |
| 4476 | Jane Roe CL 224 | 3:25-cv-09394 | 12/1/2025 | 39 | 12/2/2025 | Cutter Law |
| 4388 | Jane Doe LS 651 | 3:25-cv-09396 | 12/1/2025 | 39 | 12/2/2025 | Levin Simes |
| 4389 | Jane Doe LS 652 | 3:25-cv-09398 | 12/1/2025 | 39 | 12/2/2025 | Levin Simes |