1
2                    **UNITED STATES DISTRICT COURT**
3
                     **NORTHERN DISTRICT OF CALIFORNIA**
4
                           **SAN FRANCISCO DIVISION**
5
6
7  IN RE: UBER TECHNOLOGIES, INC.,          Case No. 3:23-md-03084-CRB
   PASSENGER SEXUAL ASSAULT
8  LITIGATION                               **[PROPOSED] ORDER REGARDING
                                            DEFENDANTS' MOTION TO DISMISS CASES
9                                           FOR FAILURE TO COMPLY WITH
                                            AMENDED PTO 10**
10
11 This Document Relates to:

12 *Jane Doe TP v. Uber Technologies, Inc.,
   et al.*, No. 3:25-cv-07484-CRB
13
   *Jane Doe NT v. Uber Technologies, Inc.,
14 et al.*, No. 3:25-cv-07540-CRB

15 *Jane Doe LF v. Uber Technologies, Inc.,
   et al.*, No. 3:25-cv-07542-CRB
16
   *Jane Doe JL v. Uber Technologies, Inc.,
17 et al.*, No. 3:25-cv-07545-CRB

18 *A.E. v. Uber Technologies, Inc., et al.*,
   No. 3:25-cv-07668-CRB
19
   *Jane Doe LS 639 v. Uber Technologies,
20 Inc., et al.*, No. 3:25-cv-07616-CRB

21 *Jane Doe LS 640 v. Uber Technologies,
   Inc., et al.*, No. 3:25-cv-07628-CRB
22
   *S.W. v. Uber Technologies, Inc., et al.*,
23 No. 3:25-cv-07695-CRB

24 *C.F. v. Uber Technologies, Inc., et al.*,
   No. 3:25-cv-07698-CRB
25
   *A.B. v. Uber Technologies, Inc., et al.*,
26 No. 3:25-cv-07699-CRB

27 *K.H. v. Uber Technologies, Inc., et al.*,
   No. 3:25-cv-07700-CRB
28

1
2  *J.K.R. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07734-CRB
3  *D.V. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07747-CRB
4
5  *M.W. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07753-CRB
6  *Jane Roe CL 6 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05892-CRB
7
8  *Jane Doe LS 643 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08050-CRB
9  *J.C. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08073-CRB
10
11 *Jane Doe NLG (R.K.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07976-CRB
12
13 *A.R. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08075-CRB
14 *Jane Doe LS 646 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08086-CRB
15
16 *M.J. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08088-CRB
17 *Jane Doe NLG (N.H.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08109-CRB
18
19 *Jane Doe NLG 5 (A.H.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08112-CRB
20
21 *B.K. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08170-CRB
22
23 *Jane Doe NLG (N.S.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08186-CRB
24
25 *Jane Doe NLG (A.C.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08187-CRB
26
27 *S.C. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08317-CRB
28

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

*S.B. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08326-CRB

*C.W. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08329-CRB

*SC.S. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08331-CRB

*Jane Roe CL 211 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08397-CRB

*Jane Doe NLG (D.S.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08258-CRB

*Jane Doe NLG 2 (J.C.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08259-CRB

*Jane Doe NLG (M.U.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08264-CRB

*D.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08420-CRB

*C.C. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08442-CRB

*R.B. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08449-CRB

*E.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08451-CRB

*Jane Roe CL 212 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08470-CRB

*J.G. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08507-CRB

*D.S. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08519-CRB

*Jane Doe NLG 4 (J.L.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08523-CRB

*Jane Doe NLG 2 (V.F.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08545-CRB

[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

1
2  *Jane Doe NLG (J.O.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08567-CRB
3
4  *P.S. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08574-CRB
5  *Jane Doe NLG 2 (T.B.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08633-CRB
6
7  *Jane Doe NLG 2 (S.G.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08707-CRB
8
9  *Jane Doe NLG 3 (B.G.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08732-CRB
10
11 *Jane Doe NLG 2 (J.H.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08736-CRB
12
13 *Jane Doe NLG (Y.H.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08742-CRB
14
15 *Jane Roe CL 216 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08746-CRB
16
17 *Jane Doe NLG (V.S.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08757-CRB
18
19 *Jane Roe CL 218 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08789-CRB
20 *D.S. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08807-CRB
21
22 *E.W. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08818-CRB
23 *J.J. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08822-CRB
24
25 *K.L.J. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08825-CRB
26 *Jane Doe NLG 3 (P.L.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08865-CRB
27
28

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

| | |
|---|---|
| 1 | |
| 2 | *Jane Doe NLG (M.S.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09006-CRB |
| 3 | |
| 4 | *Jane Roe CL 219 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09139-CRB |
| 5 | *Jane Doe NLG (M.O.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09181-CRB |
| 6 | |
| 7 | *Jane Doe NLG (R.R.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09182-CRB |
| 8 | |
| 9 | *Jane Doe NLG (K.G.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09184-CRB |
| 10 | |
| 11 | *Jane Doe NLG (J.R.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09186-CRB |
| 12 | |
| 13 | *A.W. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09188-CRB |
| 14 | |
| 15 | *G.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09190-CRB |
| 16 | *K.D. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09191-CRB |
| 17 | |
| 18 | *O.G. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09192-CRB |
| 19 | *Jane Doe NLG (T.J.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09193-CRB |
| 20 | |
| 21 | *Jane Doe NLG (R.M.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09197-CRB |
| 22 | |
| 23 | *Jane Doe NLG (A.G.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09205-CRB |
| 24 | |
| 25 | *Jane Doe NLG (C.B.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09213-CRB |
| 26 | |
| 27 | |
| 28 | |

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

| | |
|---|---|
| 1 | |
| 2 | *Jane Doe NLG (A.B.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09180-CRB |
| 3 | |
| 4 | *Jane Doe NLG (G.Z.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09315-CRB |
| 5 | |
| 6 | *TE.T. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09370-CRB |
| 7 | *I.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09373-CRB |
| 8 | |
| 9 | *P.D.U. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09376-CRB |
| 10 | *ME.S. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09377-CRB |
| 11 | |
| 12 | *L.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09378-CRB |
| 13 | *Jane Roe CL 223 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09393-CRB |
| 14 | |
| 15 | *Jane Roe CL 224 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09394-CRB |
| 16 | *Jane Doe LS 651 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09396-CRB |
| 17 | |
| 18 | *Jane Doe LS 652 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09398-CRB |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

## [PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Amended Pretrial Order No. 10 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to Amended PTO No. 10 (ECF No. 4287).

2. Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

**EXHIBIT A**

| MDL ID | Case Name (MDL) | Case Number (MDL) | PFS Due | Days Since PFS Due (As of 1/9/2026) | Date of Delinquency Notice | Plaintiff Firm |
|---|---|---|---|---|---|---|
| 3955 | JANE DOE TP | 3:25-cv-07484 | 10/9/2025 | 92 | 10/13/2025 | Nachawati Law Group |
| 3956 | JANE DOE NT | 3:25-cv-07540 | 10/9/2025 | 92 | 10/13/2025 | Nachawati Law Group |
| 3957 | JANE DOE LF | 3:25-cv-07542 | 10/9/2025 | 92 | 10/13/2025 | Nachawati Law Group |
| 3959 | JANE DOE JL | 3:25-cv-07545 | 10/11/2025 | 90 | 10/13/2025 | Nachawati Law Group |
| 3962 | A.E. | 3:25-cv-07668 | 10/10/2025 | 91 | 10/13/2025 | Reich and Binstock, LLP |
| 3972 | Jane Doe LS 639 | 3:25-cv-07616 | 10/9/2025 | 92 | 10/13/2025 | Levin Simes, LLP |
| 3973 | Jane Doe LS 640 | 3:25-cv-07628 | 10/9/2025 | 92 | 10/13/2025 | Levin Simes, LLP |
| 3974 | S.W. | 3:25-cv-07695 | 10/11/2025 | 90 | 10/13/2025 | Reich and Binstock, LLP |
| 3975 | C.F. | 3:25-cv-07698 | 10/11/2025 | 90 | 10/13/2025 | Reich and Binstock, LLP |
| 3976 | A.B. | 3:25-cv-07699 | 10/11/2025 | 90 | 10/13/2025 | Reich and Binstock, LLP |
| 3977 | K.H. | 3:25-cv-07700 | 10/11/2025 | 90 | 10/13/2025 | Reich and Binstock, LLP |
| 3992 | J.K.R. | 3:25-cv-07734 | 10/12/2025 | 89 | 10/13/2025 | Reich and Binstock, LLP |
| 3994 | D.V. | 3:25-cv-07747 | 10/12/2025 | 89 | 10/13/2025 | Reich and Binstock, LLP |
| 3995 | M.W. | 3:25-cv-07753 | 10/12/2025 | 89 | 10/13/2025 | Reich and Binstock, LLP |
| 3887 | Jane Roe CL 6 | 3:25-cv-05892 | 8/14/2025 | 148 | 10/17/2025 | Cutter Law |
| 4056 | Jane Doe LS 643 | 3:25-cv-08050 | 10/23/2025 | 78 | 10/31/2025 | Levin Simes |
| 4068 | J.C. | 3:25-cv-08073 | 10/24/2025 | 77 | 10/31/2025 | Wagstaff Law Firm |
| 4103 | Jane Doe NLG (R.K.) | 3:25-cv-07976 | 10/24/2025 | 77 | 10/31/2025 | Nachawati Law Group |
| 4070 | A.R. | 3:25-cv-08075 | 10/24/2025 | 77 | 10/31/2025 | Wagstaff Law Firm |
| 4066 | Jane Doe LS 646 | 3:25-cv-08086 | 10/24/2025 | 77 | 10/31/2025 | Levin Simes |
| 4097 | M.J. | 3:25-cv-08088 | 10/24/2025 | 77 | 10/31/2025 | Wagstaff Law Firm |
| 4104 | Jane Doe NLG (N.H.) | 3:25-cv-08109 | 10/25/2025 | 76 | 10/31/2025 | Nachawati Law Group |
| 4105 | Jane Doe NLG 5 (A.H.) | 3:25-cv-08112 | 10/25/2025 | 76 | 10/31/2025 | Nachawati Law Group |

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

| MDL ID | Case Name (MDL) | Case Number (MDL) | PFS Due | Days Since PFS Due (As of 1/9/2026) | Date of Delinquency Notice | Plaintiff Firm |
|---|---|---|---|---|---|---|
| 4094 | B.K. | 3:25-cv-08170 | 10/27/2025 | 74 | 10/31/2025 | Simmons Hanly Conroy |
| 4106 | Jane Doe NLG (N.S.) | 3:25-cv-08186 | 10/30/2025 | 71 | 11/5/2025 | Nachawati Law Group |
| 4107 | Jane Doe NLG (A.C.) | 3:25-cv-08187 | 10/30/2025 | 71 | 11/5/2025 | Nachawati Law Group |
| 4196 | S.C. | 3:25-cv-08317 | 10/31/2025 | 70 | 11/5/2025 | Wagstaff Law Firm |
| 4197 | S.B. | 3:25-cv-08326 | 10/31/2025 | 70 | 11/5/2025 | Wagstaff Law Firm |
| 4198 | C.W. | 3:25-cv-08329 | 10/31/2025 | 70 | 11/5/2025 | Wagstaff Law Firm |
| 4199 | SC.S. | 3:25-cv-08331 | 10/31/2025 | 70 | 11/5/2025 | Wagstaff Law Firm |
| 4205 | Jane Roe CL 211 | 3:25-cv-08397 | 11/2/2025 | 68 | 11/5/2025 | Cutter Law |
| 4108 | Jane Doe NLG (D.S.) | 3:25-cv-08258 | 11/2/2025 | 68 | 11/5/2025 | Nachawati Law Group |
| 4109 | Jane Doe NLG 2 (J.C.) | 3:25-cv-08259 | 11/2/2025 | 68 | 11/5/2025 | Nachawati Law Group |
| 4110 | Jane Doe NLG (M.U.) | 3:25-cv-08264 | 11/2/2025 | 68 | 11/5/2025 | Nachawati Law Group |
| 4139 | D.M. | 3:25-cv-08420 | 11/2/2025 | 68 | 11/5/2025 | Reich and Binstock |
| 4142 | C.C. | 3:25-cv-08442 | 11/3/2025 | 67 | 11/5/2025 | Reich and Binstock |
| 4143 | R.B. | 3:25-cv-08449 | 11/3/2025 | 67 | 11/5/2025 | Reich and Binstock |
| 4152 | E.M. | 3:25-cv-08451 | 11/3/2025 | 67 | 11/5/2025 | Reich and Binstock |
| 4206 | Jane Roe CL 212 | 3:25-cv-08470 | 11/3/2025 | 67 | 11/5/2025 | Cutter Law |
| 4314 | J.G. | 3:25-cv-08507 | 11/6/2025 | 64 | 11/12/2025 | Reich and Binstock |
| 4224 | D.S. | 3:25-cv-08519 | 11/6/2025 | 64 | 11/12/2025 | Reich and Binstock |
| 4244 | Jane Doe NLG 4 (J.L.) | 3:25-cv-08523 | 11/6/2025 | 64 | 11/12/2025 | Nachawati Law Group |
| 4631; 4174 | Jane Doe NLG 2 (V.F.) | 3:25-cv-08545 | 11/6/2025 | 64 | 11/12/2025 | Nachawati Law Group |
| 4313 | Jane Doe NLG (J.O.) | 3:25-cv-08567 | 11/7/2025 | 63 | 11/12/2025 | Nachawati Law Group |
| 4253 | P.S. | 3:25-cv-08574 | 11/7/2025 | 63 | 11/12/2025 | Wagstaff Law Firm |
| 4241 | Jane Doe NLG 2 (T.B.) | 3:25-cv-08633 | 11/9/2025 | 61 | 11/12/2025 | Nachawati Law Group |
| 4229 | Jane Doe NLG 2 (S.G.) | 3:25-cv-08707 | 11/10/2025 | 60 | 11/12/2025 | Nachawati Law Group |

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

| MDL ID | Case Name (MDL) | Case Number (MDL) | PFS Due | Days Since PFS Due (As of 1/9/2026) | Date of Delinquency Notice | Plaintiff Firm |
|---|---|---|---|---|---|---|
| 4633 | Jane Doe NLG 3 (B.G.) | 3:25-cv-08732 | 11/13/2025 | 57 | 11/13/2025 | Nachawati Law Group |
| 4634 | Jane Doe NLG 2 (J.H.) | 3:25-cv-08736 | 11/13/2025 | 57 | 11/13/2025 | Nachawati Law Group |
| 4242 | Jane Doe NLG (Y.H.) | 3:25-cv-08742 | 11/13/2025 | 57 | 11/13/2025 | Nachawati Law Group |
| 4325 | Jane Roe CL 216 | 3:25-cv-08746 | 11/13/2025 | 57 | 11/13/2025 | Cutter Law |
| 4255 | Jane Doe NLG (V.S.) | 3:25-cv-08757 | 11/14/2025 | 56 | 11/14/2025 | Nachawati Law Group |
| 4327 | Jane Roe CL 218 | 3:25-cv-08789 | 11/14/2025 | 56 | 11/14/2025 | Cutter Law |
| 4308 | D.S. | 3:25-cv-08807 | 11/15/2025 | 55 | 11/15/2025 | Wagstaff Law Firm |
| 4310 | E.W. | 3:25-cv-08818 | 11/15/2025 | 55 | 11/15/2025 | Wagstaff Law Firm |
| 4311 | J.J. | 3:25-cv-08822 | 11/15/2025 | 55 | 11/15/2025 | Wagstaff Law Firm |
| 4312 | K.L.J. | 3:25-cv-08825 | 11/15/2025 | 55 | 11/15/2025 | Wagstaff Law Firm |
| 4167 | Jane Doe NLG 3 (P.L.) | 3:25-cv-08865 | 11/16/2025 | 54 | 11/16/2025 | Nachawati Law Group |
| 4371 | Jane Doe NLG (M.S.) | 3:25-cv-09006 | 11/21/2025 | 49 | 11/21/2025 | Nachawati Law Group |
| 4328 | Jane Roe CL 219 | 3:25-cv-09139 | 11/23/2025 | 47 | 11/23/2025 | Cutter Law |
| 4590 | Jane Doe NLG (M.O.) | 3:25-cv-09181 | 11/25/2025 | 45 | 12/2/2025 | Nachawati Law Group |
| 4133 | Jane Doe NLG (R.R.) | 3:25-cv-09182 | 11/26/2025 | 44 | 12/2/2025 | Nachawati Law Group |
| 4592 | Jane Doe NLG (K.G.) | 3:25-cv-09184 | 11/26/2025 | 44 | 12/2/2025 | Nachawati Law Group |
| 4593 | Jane Doe NLG (J.R.) | 3:25-cv-09186 | 11/26/2025 | 44 | 12/2/2025 | Nachawati Law Group |
| 4382 | A.W. | 3:25-cv-09188 | 11/26/2025 | 44 | 12/2/2025 | Wagstaff Law Firm |
| 4385 | G.M. | 3:25-cv-09190 | 11/26/2025 | 44 | 12/2/2025 | Wagstaff Law Firm |
| 4383 | K.D. | 3:25-cv-09191 | 11/26/2025 | 44 | 12/2/2025 | Wagstaff Law Firm |
| 4384 | O.G. | 3:25-cv-09192 | 11/26/2025 | 44 | 12/2/2025 | Wagstaff Law Firm |
| 4594 | Jane Doe NLG (T.J.) | 3:25-cv-09193 | 11/26/2025 | 44 | 12/2/2025 | Nachawati Law Group |
| 4373 | Jane Doe NLG (R.M.) | 3:25-cv-09197 | 11/27/2025 | 43 | 12/2/2025 | Nachawati Law Group |
| 4374 | Jane Doe NLG (A.G.) | 3:25-cv-09205 | 11/27/2025 | 43 | 12/2/2025 | Nachawati Law Group |

| MDL ID | Case Name (MDL) | Case Number (MDL) | PFS Due | Days Since PFS Due (As of 1/9/2026) | Date of Delinquency Notice | Plaintiff Firm |
|---|---|---|---|---|---|---|
| 4153; 4601 | Jane Doe NLG (C.B.) | 3:25-cv-09213 | 11/27/2025 | 43 | 12/2/2025 | Nachawati Law Group |
| 4598 | Jane Doe NLG (A.B.) | 3:25-cv-09180 | 11/29/2025 | 41 | 12/2/2025 | Nachawati Law Group |
| 4599 | Jane Doe NLG (G.Z.) | 3:25-cv-09315 | 11/29/2025 | 41 | 12/2/2025 | Nachawati Law Group |
| 4421 | TE.T. | 3:25-cv-09370 | 11/30/2025 | 40 | 12/2/2025 | Wagstaff Law Firm |
| 4423 | I.M. | 3:25-cv-09373 | 11/30/2025 | 40 | 12/2/2025 | Wagstaff Law Firm |
| 4426 | P.D.U. | 3:25-cv-09376 | 11/30/2025 | 40 | 12/2/2025 | Wagstaff Law Firm |
| 4427 | ME.S. | 3:25-cv-09377 | 11/30/2025 | 40 | 12/2/2025 | Wagstaff Law Firm |
| 4431 | L.M. | 3:25-cv-09378 | 11/30/2025 | 40 | 12/2/2025 | Wagstaff Law Firm |
| 4475 | Jane Roe CL 223 | 3:25-cv-09393 | 12/1/2025 | 39 | 12/2/2025 | Cutter Law |
| 4476 | Jane Roe CL 224 | 3:25-cv-09394 | 12/1/2025 | 39 | 12/2/2025 | Cutter Law |
| 4388 | Jane Doe LS 651 | 3:25-cv-09396 | 12/1/2025 | 39 | 12/2/2025 | Levin Simes |
| 4389 | Jane Doe LS 652 | 3:25-cv-09398 | 12/1/2025 | 39 | 12/2/2025 | Levin Simes |