UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. Case No. 3:23-cv-06708-CRB<br>D. Ariz. Case No. 2:25-cv-04276-CRB | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF UBER'S OPPOSITION TO PLAINTIFF'S MOTION [4946] TO STRIKE UBER's JANUARY 6, 2026 CLAWBACK NOTICE AND TO PROHIBIT FUTURE CLAWBACKS**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>            Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>            Defendants. | CASE NO. 25-cv-4276-PHX-CRB<br><br>Judge:      Hon. Charles R. Breyer<br><br>Courtroom:  501 |

I, Laura Vartain Horn, declare as follows:

1. I am an attorney at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Opposition to Plaintiff's Motion [4946] to Strike Uber's January 6, 2026 Clawback Notice and to Prohibit Future Clawbacks.

2. Attached as Exhibit 1 is a true and correct copy of a letter from Michael B. Shortnacy, dated January 7, 2026.

3. Attached as Exhibit 2 is a true and correct copy of an email from Rachel Goldman, dated August 24, 2025.

4. Attached as Exhibit 3 is a true and correct copy of the Master Privilege Determinations Clawback Category 2, dated July 18, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 9, 2026

/s/ *Laura Vartain Horn*
Laura Vartain Horn