# EXHIBIT 2

| | |
|---|---|
| **From:** | Goldman, Rachel |
| **To:** | Hill, Jennifer (SHB); Geoffrey Spaulding; Cox, Christopher; Jacobs, Andrew; Jones, Barbara; Kokalas, Tom; Connolly, Daniel; Cummings, Dan (SHB); Cole, Brandon J. (SHB); Lean, Amanda M. (SHB); Potter, Erich C. (SHB); Gromada, Veronica G. (SHB); Salcedo, Maria (SHB); Uber-DefensePrivilegeTeam; St. Amand, Amy; Ball, David |
| **Cc:** | Roopal Luhana; Sarah London; Rachel Abrams; Steven Cohn; Tiffany Ellis; Uber MDL Privilege Log Team |
| **Subject:** | RE: Plaintiffs' disputed entries regarding Defendants' August 8, 2025 and August 11, 2025 clawback notices |
| **Date:** | Sunday, August 24, 2025 4:59:27 PM |
| **Attachments:** | image001.jpg<br>image002.png<br>image003.png<br>image004.png<br>image005.png |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

On behalf of Judge Jones, please see below.

Dear Counsel,

Thank you for your submissions. After considering the document at issue, the declaration from Uber's counsel Jennifer Handley, and the parties' positions, defendants may withhold this document as subject to the work product protection.

Barbara Jones

**RACHEL GOLDMAN**
Partner
rachel.goldman@bracewell.com | download v-card
T: +1.212.508.6135 | F: +1.800.404.3970 | M: +1.646.256.4029

**BRACEWELL LLP**
31 W. 52nd Street, Suite 1900 | New York, NY | 10019-6118
bracewell.com | profile | LinkedIn | Twitter

CONFIDENTIALITY STATEMENT
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Hill, Jennifer (SHB) <JSHILL@SHB.COM>
**Sent:** Saturday, August 23, 2025 12:57 PM
**To:** Goldman, Rachel <rachel.goldman@bracewell.com>; Geoffrey Spaulding <spaulding@chaffinluhana.com>; Chris Cox <christopher.cox@kirkland.com>; Jacobs, Andrew <andrew.jacobs@bracewell.com>; Jones, Barbara <barbara.jones@bracewell.com>; Kokalas, Tom

<thomas.kokalas@bracewell.com>; Connolly, Daniel <daniel.connolly@bracewell.com>; Cummings, Dan (SHB) <decummings@shb.com>; Cole, Brandon J. (SHB) <bcole@shb.com>; Lean, Amanda M. (SHB) <alean@shb.com>; Potter, Erich C. (SHB) <epotter@shb.com>; Gromada, Veronica G. (SHB) <vgromada@shb.com>; Salcedo, Maria (SHB) <MSALCEDO@shb.com>; Uber-DefensePrivilegeTeam <Uber-DefensePrivilegeTeam@shb.com>; Amy St. Amand <amy.stamand@kirkland.com>; Ball, David <david.ball@bracewell.com>
**Cc:** Roopal Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Steven Cohn <cohn@chaffinluhana.com>; Tiffany Ellis <tellis@peifferwolf.com>; Uber MDL Privilege Log Team <ubermdlprivilegelog@chaffinluhana.com>
**Subject:** [EXTERNAL] RE: Plaintiffs' disputed entries regarding Defendants' August 8, 2025 and August 11, 2025 clawback notices

Dear Ms. Goldman and Judge Jones,

Please see the attached correspondence, along with a declaration from Jennifer Handley, regarding Plaintiffs' challenge to JCCP_MDL_PRIVLOG110284. This document has been made available on the Special Master's Relativity review space.

If the Special Master's team has any questions, please let us know.

Thank you.

**Jennifer Stonecipher Hill**
*Partner*
Shook, Hardy & Bacon L.L.P.

816-559-2569 | jshill@shb.com

---

**From:** Goldman, Rachel <rachel.goldman@bracewell.com>
**Sent:** Friday, August 22, 2025 4:39 PM
**To:** Geoffrey Spaulding <spaulding@chaffinluhana.com>; Chris Cox <christopher.cox@kirkland.com>; Jacobs, Andrew <andrew.jacobs@bracewell.com>; Jones, Barbara <barbara.jones@bracewell.com>; Kokalas, Tom <thomas.kokalas@bracewell.com>; Connolly, Daniel <daniel.connolly@bracewell.com>; Cummings, Dan (SHB) <decummings@shb.com>; Cole, Brandon J. (SHB) <bcole@shb.com>; Lean, Amanda M. (SHB) <alean@shb.com>; Potter, Erich C. (SHB) <epotter@shb.com>; Gromada, Veronica G. (SHB) <vgromada@shb.com>; Hill, Jennifer (SHB) <JSHILL@SHB.COM>; Salcedo, Maria (SHB) <msalcedo@shb.com>; Uber-DefensePrivilegeTeam <uber-defenseprivilegeteam@shb.com>; Amy St. Amand <amy.stamand@kirkland.com>; Ball, David <david.ball@bracewell.com>
**Cc:** Roopal Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Steven Cohn <cohn@chaffinluhana.com>; Tiffany Ellis <tellis@peifferwolf.com>; Uber MDL Privilege Log Team <ubermdlprivilegelog@chaffinluhana.com>
**Subject:** RE: Plaintiffs' disputed entries regarding Defendants' August 8, 2025 and August 11, 2025 clawback notices

**EXTERNAL**

Thank you Mr. Spaulding.

Counsel for defendants, please provide your response to Judge Jones by 12 noon PT tomorrow, August 23, 2025, regarding the document for which plaintiffs have requested expedited review. Additionally, please provide the document at issue as soon as possible.


Thank you,
Rachel Goldman

---

**RACHEL GOLDMAN**
Partner
rachel.goldman@bracewell.com | download v-card
T: +1.212.508.6135 | F: +1.800.404.3970 | M: +1.646.256.4029

**BRACEWELL LLP**
31 W. 52nd Street, Suite 1900 | New York, NY | 10019-6118
bracewell.com | profile | LinkedIn | Twitter

CONFIDENTIALITY STATEMENT
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Geoffrey Spaulding <spaulding@chaffinluhana.com>
**Sent:** Friday, August 22, 2025 5:08 PM
**To:** Goldman, Rachel <rachel.goldman@bracewell.com>; Chris Cox <christopher.cox@kirkland.com>; Jacobs, Andrew <andrew.jacobs@bracewell.com>; Jones, Barbara <barbara.jones@bracewell.com>; Kokalas, Tom <thomas.kokalas@bracewell.com>; Connolly, Daniel <daniel.connolly@bracewell.com>; Cummings, Dan (SHB) <decummings@shb.com>; Cole, Brandon J. (SHB) <bcole@shb.com>; Lean, Amanda M. (SHB) <alean@shb.com>; Potter, Erich C. (SHB) <epotter@shb.com>; Gromada, Veronica G. (SHB) <vgromada@shb.com>; Jennifer (SHB) <JSHILL@SHB.COM>; Salcedo, Maria (SHB) <msalcedo@shb.com>; Uber-DefensePrivilegeTeam <uber-defenseprivilegeteam@shb.com>; Amy St. Amand <amy.stamand@kirkland.com>; Ball, David <david.ball@bracewell.com>
**Cc:** Roopal Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Steven Cohn <cohn@chaffinluhana.com>; Tiffany Ellis <tellis@peifferwolf.com>; Uber MDL Privilege Log Team <ubermdlprivilegelog@chaffinluhana.com>
**Subject:** [EXTERNAL] Plaintiffs' disputed entries regarding Defendants' August 8, 2025 and August 11, 2025 clawback notices

Dear Judge Jones,

Attached please find three entries for which Uber has issued clawback notifications that Plaintiffs continue to challenge. The Parties met on August 20, 2025. During that meeting, counsel for Uber indicated they might reconsider their position on two of the entries but needed to confer with their client. To date, Defendants have not provided any update, and accordingly, Plaintiffs maintain their challenges to all three entries.

In addition, Plaintiffs respectfully request expedited review of document UBER_JCCP_MDL_003028890 (JCCP_MDL_PRIVLOG110284) for use in a deposition on Monday.  Plaintiffs assert that this document was clawed back on August 11, 2025 in response to its public description in the August 7, 2025 New York Times article "Uber's Festering Sexual Assault Problem." This document was originally produced to Plaintiffs as early as February 2025. In addition, the document already has redactions on its face for personal identifying information. Altogether, these facts suggest that not only was Uber aware that it had produced this document to Plaintiffs in spite of "at the direction of counsel" language on its face, but that it redacted the document as it saw appropriate.  Given the date of production, this document was also subject to numerous court directives (orders) under Judge Cisneros that Uber re-review all documents.  Whether Uber failed to do so, or simply now regrets its earlier decision not to clawback the document, its belated claims are now waived under the Courts' orders.

**Geoffrey Spaulding | Associate**
**E:** spaulding@chaffinluhana.com
**P:** (412) 643-3537

**Serving clients nationwide with offices in CT, NY, PA, and WV.**
ChaffinLuhana.com



ChaffinLuhana.com
ChaffinLuhanaFoundation.org

**Mailing Address:**
Chaffin Luhana LLP 615 Iron City Drive, Pittsburgh, PA, 15205

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.