**MCH Law, PLLC**
**Nicholas W. Mucerino**
100 M Street SE, Suite 644
Washington D.C. 20003
Tel: (202) 991-1559
Fax: (202) 978-2639
Nick@mch.law
Attorney for Plaintiff
*Admitted Pro Hac Vice

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| *This document relates to:*<br><br>K.F. v. UBER TECHNOLOGIES, INC., *et al.*; 3:26-CV-00091-CRB | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on January 6, 2026.

Dated: January 6, 2026

                                         Respectfully submitted,

                                       */s/ Nicholas W. Mucerino*
                                       Nicholas W. Mucerino
                                       **MCH Law, PLLC**
                                       100 M Street SE, Suite 644
                                       Washington D.C. 20003
                                       Tel: (202) 991-1559
                                       Fax: (202) 978-2639
                                       Nick@mch.law
                                       Attorney for Plaintiff
                                       *Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2026, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Nicholas W. Mucerino
Nichlas W. Mucerino