[Submitting counsel below]

UNITED STATES DISTRICT COURT
OF NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | No. 3:23-md-03084-CRB<br><br>**JOINT NOTICE TO COURT REPORTER**<br><br>Judge: Honorable Charles R. Breyer<br>Ctrm.: D. Ariz., 501 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | No. 25-cv-4276-PHX-CRB<br><br>Judge: Honorable Charles R. Breyer<br>Ctrm.:   501 |

The parties respectfully provide the following Joint Notice to Court Reporter:

(a) Proper names of counsel and witnesses:

- Jaylynn Dean
- Allison Cissna
- Andi Pimentel
- Andrew Hasbun
- Brooke Anderson
- Bruce Weiner
- Chad Dobbs
- Christopher Wilson
- Cory Freivogel
- Cynthia Rando
- Dara Khosrowshahi
- Dennis Cinelli
- Detective Oscar Lopez, Tempe Police Department
- Elizabeth Ross
- Emilie Boman
- Eric L. Piza
- Frank Chang
- Gregory "Greg" Brown
- Hannah Nilles
- Hassan Turay
- Heather Childs
- Henry "Gus" Fuldner
- Jason Morris
- Jay Feldis
- Jenny Luu
- Jessica Weaver
- Jill Hazelbaker

| | |
|---|---|
| 1 | - Jodi Page |
| 2 | - John Chandler |
| 3 | - Joseph "Joe" Sullivan |
| 4 | - Joseph Okpaku |
| 5 | - Katherine "Kate" Parker |
| 6 | - Katherine "Katy" McDonald |
| 7 | - Kenyaun "Kenny" Bagby |
| 8 | - Kristen M. Zgoba |
| 9 | - Lacey Keller |
| 10 | - Lindsey Cameron |
| 11 | - Mariana Esteves |
| 12 | - Michael Akamine |
| 13 | - Mindy Mechanic |
| 14 | - Minnette "Meme" Drumwright |
| 15 | - Natasha Ramos |
| 16 | - Olajuwon Ramos |
| 17 | - Rebecca Payne |
| 18 | - Robert Johnson |
| 19 | - Roger Kaiser |
| 20 | - Sachin Kansal |
| 21 | - Sarah Kauffman |
| 22 | - Sunny Wong |
| 23 | - Todd Gaddis |
| 24 | - Tom Tremblay |
| 25 | - Tracy Breeden |
| 26 | - Travis Kalanick |
| 27 | - Veronique Valliere |
| 28 | - Victoria Stodden |
| | - Tara Blake |

- Kim Bueno
- Alexandra Caritis
- Jonathan Schneller
- Laura Vartain Horn

(b) Acronyms.

- Audio Recording (AR)
- Background Checks (BGC)
- Body Worn Cameras (BWC)
- Deactivation (DACT)
- Executive Leadership Team (ELT)
- Incident Response Team (IRT)
- Industry Safety Sharing Program (ISSP)
- Interpersonal Conflict (IPC)
- Law Enforcement (LE)
- Key Performance Indicator (KPI)
- Law Enforcement Response Team (LERT)
- National Sexual Violence Resource Center (NSVRC)
- Objectives and Key Results (OKR)
- Peer to Peer (P2P)
- Rape, Abuse & Incest National Network, Inc. (RAINN)
- Safe Dispatch Model (SDM)
- Safety Investigations Unit (SIU)
- Safety Risk Assessed Dispatch (S-RAD)
- Serious Interpersonal Conflict (SIPC)
- Sexual Assault (SA)
- Sexual Misconduct (SM)
- Tempe Police Department (TPD)
- Transportation Network Company (TNC)
- Universally unique identifier (UUID)

- Union of Soviet Socialist Republics (USSR)
- Women Rider Preference (WRP)
- Women to Women (W2W, WTW)

(c) Geographic locations:

- Phoenix, Arizona
- Tempe, Arizona
- San Francisco, California
- Overland Park, Kansas
- Kansas City, Missouri
- Abilene, Texas
- Port Lavaca, Texas
- Victoria, Texas
- Muskogee, Oklahoma
- Stillwater, Oklahoma

(d) Technical (including medical) terms, names or jargon:

- ADHD (attention deficit hyperactivity disorder)
- BDO
- Bliss
- Checkr
- FastTrack Leasing
- Flack
- Hirease
- JIRA
- Lexapro
- RALIANCE
- RideCheck
- Ucars
- Voyager Global Mobility

(e) Case names and citations:

- N/A

(f) Pronunciation of unusual or difficult words or names:

- Khosrowshahi: *khoz-ro-SHAH-hee*
- Okpaku: *OHK-pah-kyoo*
- Sachin: *SAH-chin*
- Zgoba: *zuh-GO-buh*

(g) Depositions:

- Akamine, Michael – 05/19/2025, 05/20/2025
- Anderson, Brooke – 05/06/2025
- Breeden, Tracey – 03/13/2025, 03/14/2025
- Brown, Greg – 06/17/2025, 07/15/2025, 07/16/2025, 08/25/2025, 08/26/2025
- Chandler, John – 01/11/2026
- Chang, Frank – 05/09/2025
- Childs, Heather – 06/05/2025
- Cinelli, Dennis – 03/28/2025
- Cissna, Allison – 07/02/2025
- Dean, Jaylynn – 06/27/2025
- Dobbs, Chad – 08/21/2025
- Drumwright, Minette – 10/26/2025, 12/31/2025
- Esteves, Mariana – 07/15/2025, 08/28/2025
- Feldis, Jay – 07/01/2025, 10/24/2025
- Freivogel, Cory – 02/06/2025
- Fuldner, Henry or Gus – 03/26/2025, 03/27/2025
- Fuldner, Gus – 04/29/2025
- Gaddis, Todd – 07/11/2025
- Graves, Ryan – 05/13/2025
- Hasbun, Andrew – 04/10/2025, 04/11/2025
- Hazelbaker, Jill – 06/17/2025

| | |
|---|---|
| 1 | • Johnson, Robert – 10/29/2025 |
| 2 | • Kaiser, Roger – 04/22/2025 |
| 3 | • Kansal, Sachin – 05/28/2025 |
| 4 | • Kauffman, Sarah – 12/03/2025 |
| 5 | • Keller, Lacey – 10/27/2025, 01/05/2026 |
| 6 | • Khosrowshahi, Dara – 07/01/2025 |
| 7 | • Lopez, Det. Oscar – 12/30/2025 |
| 8 | • Luu, Jenny – 02/27/2025 |
| 9 | • McDonald, Katherine or Katy – 04/25/2025, 05/07/2025, 01/07/2026 |
| 10 | • McIntyre, Iain – 11/12/2025 |
| 11 | • Mechanic, Mindy – 11/11/2025, 11/22/2025, 11/23/2025 |
| 12 | • Morris, Jason – 11/05/2025 |
| 13 | • Nilles, Hannah – 05/05/2025, 06/30/2025, 07/10/2025, 07/23/2025, 08/07/2025 |
| 14 | • Okpaku, Joseph – 11/05/2025 |
| 15 | • Parker, Kate – 12/03/2024, 02/14/2025 |
| 16 | • Piza, Eric – 10/30/2025 |
| 17 | • Ramos, Natasha – 06/26/2025 |
| 18 | • Ramos, Olajuwon – 06/26/2025 |
| 19 | • Rando, Cynthia – 11/07/2025 |
| 20 | • Ross, Lizzie – 06/11/2025 |
| 21 | • Ross, Elizabeth – 06/12/2025 |
| 22 | • Sheridan, Danielle – 05/15/2025, 05/16/2025 |
| 23 | • Shuping, Valerie – 04/17/2025, 04/18/2025 |
| 24 | • Smith, Dani Fae – 06/25/2025 |
| 25 | • Stodden, Ph.D., Victoria – 10/21/2025 |
| 26 | • Sullivan, Joseph – 06/25/2025 |
| 27 | • Thomas, Vida – 10/27/2025 |
| 28 | • Tremblay, Thomas – 10/30/2025 |
| | • Turay, Hassan – 07/23/2025 |

|   |   |
|---|---|
| 1 | • Valliere, Veronique – 10/24/2025 |
| 2 | • Weaver, Jessica – 07/24/2025 |
| 3 | • Weiner, Bruce – 10/28/2025 |
| 4 | • Wilson, Christopher – 11/12/2025 |
| 5 | • Wong, Sunny – 04/16/2025, 06/25/2025, 10/14/2025, 01/07/2026 |
| 6 | • Zgoba, Kristen – 11/19/2025 |

Both parties are requesting a real-time feed and daily transcript of trial proceedings.

Respectfully submitted this 11th day of January 2026.

Dated: January 11, 2026                                Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 11, 2026 | KIRKLAND & ELLIS LLP |
| 3 | | */s/ Laura Vartain Horn* |
| 4 | | Laura Vartain Horn (SBN: 258485) |
| | | laura.vartain@kirkland.com |
| 5 | | KIRKLAND & ELLIS LLP |
| | | 555 California Street, 30th Floor |
| 6 | | San Francisco, CA 94104 |
| 7 | | Telephone: (415) 439-1625 |
| 8 | | Kim Bueno (*Admitted Pro Hac Vice*) |
| | | KIRKLAND & ELLIS LLP |
| 9 | | kim.bueno@kirkland.com |
| | | 401 W. 4th St. |
| 10 | | Austin, TX 78701 |
| 11 | | Telephone: (512) 355-4390 |
| 12 | | Allison M. Brown (*Admitted Pro Hac Vice*) |
| | | KIRKLAND & ELLIS LLP |
| 13 | | alli.brown@kirkland.com |
| | | 2005 Market Street, Suite 1000 |
| 14 | | Philadelphia, PA 19103 |
| 15 | | Telephone: (215) 268-5000 |
| 16 | | Jessica Davidson (*Admitted Pro Hac Vice*) |
| | | KIRKLAND & ELLIS LLP |
| 17 | | jessica.davidson@kirkland.com |
| | | 601 Lexington Avenue |
| 18 | | New York, NY 10022 |
| 19 | | Telephone: (212) 446-4723 |
| 20 | | *Attorneys for Defendants* |
| | | UBER TECHNOLOGIES, INC., |
| 21 | | RASIER, LLC, and RASIER-CA, LLC |

## CERTIFICATE OF SERVICE

I hereby certify that on the above date, I caused the attached JOINT NOTICE TO COURT REPORTER to be electronically transmitted by email to the court reporter (elva_cruz-lauer@azd.uscourts.gov).

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

## FILER'S ATTESTATION

I am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: January 11, 2026          By:  */s/ Roopal P. Luhana*
Roopal P. Luhana