[Submitting counsel below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA. LLC'S SECOND AMENDED TRIAL EXHIBIT LIST** |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.,* No. 3:23-cv-06708 | Judge:        Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>          Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>          Defendants. | CASE NO. 25-cv-4276-PHX-CRB<br><br>Judge:        Hon. Charles R. Breyer<br><br>Courtroom:   501 |

1

DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA. LLC'S
SECOND AMENDED TRIAL EXHIBIT LIST
CASE NO. 3:23-MD-03084-CRB / 25-cv-4276-PHX-CRB

Defendants Uber Technologies, Inc.; Rasier, LLC; and Rasier-CA, LLC (together, "Uber" or "Defendants") hereby submit the Second Amended Trial Exhibit List, attached hereto as Exhibit 1, in this matter. Defendants previously served an exhibit list on Plaintiff on December 10, 2025, and filed an exhibit list on December 30, 2025 and an amended exhibit list on January 5, 2026. Defendants reserve the right to amend and/or supplement this Second Amended Trial Exhibit List based on supplementation pursuant to Rule 26(e) and/or agreements between the parties, Plaintiff's exhibit list, future productions or discovery, and the evidence presented at trial. The fact that an exhibit appears on this list is not to be construed as a waiver by Defendants of any objections they may have as to the admissibility of the exhibit or confidentiality. Defendants reserve all rights.

DATED: January 11, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Uber*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will automatically send Notification of the filing to all counsel of record.

/s/ *Laura Vartain Horn*
Laura Vartain Horn