# EXHIBIT 4

```
 1   right?
 2       A.  No.
 3       Q.  So we'll talk about what led to your
 4   forced resignation, but let's talk about the
 5   Boob-er incident.
 6           Do you remember it?
 7       A.  Which incident?
 8       Q.  The Boob-er incident.
 9       A.  Oh, yes, I remember that.  Yeah.
10       Q.  You were interviewed by a reporter from
11   GQ in early 2014; right?
12       A.  Yes.  Yeah.
13       Q.  GQ is a men's magazine known for
14   publishing articles about sex and men's culture;
15   right?
16       A.  I'm not keeping up on it.
17       Q.  Sure.
18           But generally, that's what it's about,
19   and it tends to be misogynistic?
20           Would you agree with that?
21       A.  I have no idea.  That might be true.  I
22   just don't know.
23       Q.  Okay.  You made a comment to a reporter
24   where you referred to Uber as "Boob-er" because
25   Uber had raised your desirability with women.
```

Travis Kalanick
July 03, 2025

```
 1              Do you remember that?
 2       A.   I don't believe that occurred.
 3       Q.   And you said it helps you get women "on
 4   demand."
 5       A.   I don't believe I said that.
 6       Q.   Do you deny bragging to the GQ reporter
 7   that Uber helped you get women?
 8       A.   Yes, I deny that.
```

