# EXHIBIT 5

```
 1   ████████████████████████████████████
 2   ██████████████████████████████████
 3     ████████████████████████████████████
 4   ██████████████████████████████████████████
 5   ██████████████████████████████████████████
 6       ██████████████████████████
 7   ████████████████████
 8       ████████████████████
 9     ████████████████████████████████████
10   ██████████
11     ██████████████████████████████████████
12   ██████████████████████████████
13     ██████
14     ██████████████████████████████████
15       ██████████████████████████████
16       ████████████████████
```

17   BY MR. WILLIAMS:

18        Q.   Okay.  I want to go -- move on -- let's

19   to Tab 26, Eric Alexander.

20             He was one of your top people; right?

21        A.   I wouldn't put him as one of my top

22   people.

23        Q.   Okay.  Were you -- what did he do for

24   you?

25        A.   He worked for somebody who worked for me.

1       Q.   Okay.
2       A.   He was a business development guy in
3   Asia.
4       Q.   In Asia?
5       A.   Yeah.
6       Q.   And you had -- Uber had expanded to
7   India; right?
8       A.   Yes.
9       Q.   And you got kicked out of Delhi.  Why did
10  you -- Uber get kicked out of Delhi?
11      A.   There was -- there was an incident in
12  2014, like a -- some sort of, like, assault.  Some
13  incident involving a female passenger that became
14  a pretty -- a pretty serious situation, and -- and
15  I -- there was some period of time where we were
16  not operating in Delhi.
17      Q.   An Uber driver raped an Uber passenger in
18  India; correct?
19           THE VIDEOGRAPHER:  You're covering the
20      microphone.
21           THE WITNESS:  I don't know the details,
22      but it's something -- it was a very serious
23      assault.  And I don't know -- I don't know
24      the details exactly.
25  ///

Travis Kalanick
July 03, 2025

```
 1    BY MR. WILLIAMS:
 2         Q.  You got kicked out of the country, and
 3    you don't know the details?
 4              MR. BROWN:  Objection.  Form.
 5              THE WITNESS:  It was 11 years ago, and I
 6         don't remember all of the details.
 7    BY MR. WILLIAMS:
 8         Q.  And --
 9         A.  I was very clear; there was some kind of
10    serious assault that was part of the -- part of
11    this -- part of the issue.
12         Q.  Did Mr. Alexander somehow steal this
13    victim's medical records?
14              MS. BROWN:  Object to form.
15              THE WITNESS:  I believe he had possession
16         of medical records.
17    BY MR. WILLIAMS:
18         Q.  Could you explain how he came into
19    possession of the rape victim's medical records?
20         A.  I am not sure.
21         Q.  Did you find out that he had the rape
22    victim's medical records?
23         A.  Yes.
24         Q.  Did you fire him when you found out he
25    had them?
```

1       A.  No.  We had them taken back.
2       Q.  Did you ask him how he got them?
3       A.  Like, my -- my recollection is that there
4  was a private investigator, or something along
5  these lines, who had access to it.
6       Q.  A private investigator hired by who?
7       A.  I'm not sure.  It was something like
8  that.  It was a long time ago, but it was
9  something like that.
10      Q.  You don't know who hired the private
11 investigator?
12           MR. BROWN:  Object to the form.
13           THE WITNESS:  It was 11 years ago.
14 BY MR. WILLIAMS:
15      Q.  Who would have motive to hire a private
16 investigator to go and get a victim's medical
17 records?  Who would have that motive other than
18 Uber?
19           MR. BROWN:  Form.
20           THE WITNESS:  I understand what you're
21      saying.  I just don't recall specifics.
22           But I do know that he had possession of
23      them, and we did -- we acted as fiercely as
24      we could to get them from him, and to make
25      sure that he no longer was carrying them.

```
 1    BY MR. WILLIAMS:
 2         Q.   It was the wrong thing to do for him to
 3    have her private medical records; you agree?
 4         A.   I think -- I think that's accurate.
 5         Q.   It's despicable, wouldn't you say?
 6              MS. BROWN:  Object to the form.
 7              THE WITNESS:  I think it was most
 8         definitely that.  Not good.
 9    BY MR. WILLIAMS:
10         Q.   And you -- is it ever appropriate to
11    treat a rape victim that way by -- by having an
12    investigator somehow get their private medical
13    records?
14              MS. BROWN:  Objection to the form.
15              THE WITNESS:  I don't remember the
16         details of the situation.  I do remember
17         there was like a large request, like a 20- or
18         $30 million request from the victim, and
19         there was a desire to try to understand the
20         details of the situation.
21    BY MR. WILLIAMS:
22         Q.   Do you believe that that was ethical --
23              MS. BROWN:  Objection to the form of the
24         question.
25    ///
```

```
 1    BY MR. WILLIAMS:
 2        Q.   -- ethical to have an investigator steal
 3    her private medical records?
 4             MS. BROWN:  Objection to form.
 5             THE WITNESS:  Oh, definitely not.  If
 6        that's what happened, definitely not.  I
 7        don't know what the laws are in India but
 8        most definitely not.
 9    BY MR. WILLIAMS:
10        Q.   Does it fit the core values of Uber?
11             MS. BROWN:  Objection.  Form.
12             THE WITNESS:  No.  No.  I would say --
13    BY MR. WILLIAMS:
14        Q.   Did you fire him when you found out?
15        A.   Again, I don't remember the details of
16    how he accessed it and whether that access was
17    legal or not.  I don't know.
18             But I think that's a key -- it would be a
19    key determination.
20        Q.   Yeah.
21             So I assume you launched an investigation
22    to find out if it was legal or not, how he got
23    access; and what did your investigation reveal?
24             MS. BROWN:  Objection.  Form.
25             THE WITNESS:  I don't recall.
```

```
 1    BY MR. WILLIAMS:
 2        Q.   You ignored it?
 3             MS. BROWN:  Object to the form.
 4             MR. BROWN:  Objection.
 5             THE WITNESS:  That's not what I said.
 6    BY MR. WILLIAMS:
 7        Q.   Did you take action on it?
 8        A.   I think I said I don't recall.
 9        Q.   Why would you not take action on
10    something that important?
11             MR. BROWN:  Objection.  Misstates prior
12        testimony.
13             THE WITNESS:  I think I've answered the
14        question.
15    BY MR. WILLIAMS:
16        Q.   Did your own comms person send you the
17    information outlining all of these details of --
18    of what happened?
19        A.   I'm not sure.
20             MR. WILLIAMS:  Let's bring up Tab 21.
21             MR. MELUGIN:  This will be 4808.
22             (Exhibit 4808 was received and marked
23             for identification on received and marked
24             attached hereto.)
25    ///
```