|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
|---|---|
| | Honorable Charles R. Breyer |
| This Document Relates to: | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTIONS TO STRIKE UBER'S JANUARY 2 AND JANUARY 6 CLAWBACK NOTICES AND TO PROHIBIT FUTURE CLAWBACKS |
| *Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708 D. Ariz. No. 25-cv-4276 | |
| | Re: Dkt. Nos. 4888, 4946 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| JAYLYNN DEAN, | No. 25-cv-4276-PHX-CRB |
|---|---|
| Plaintiff, | Judge: Honorable Charles R. Breyer |
| v. | Ctrm.: 501 |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

---

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTIONS TO STRIKE
CLAWBACK NOTICES AND TO PROHIBIT FUTURE CLAWBACKS
N.D. Cal. No. 3:23-md-03084; D. Ariz. No. 25-cv-4276

Having considered Plaintiff's Motions to Strike Uber's January 2 and January 6 Clawback Notices (dkts. 4888, 4946), the Court hereby **GRANTS** the motions and **ORDERS** as follows:

Uber's January 2, 2026 and January 6, 2026 notices of clawback are stricken and will have no effect in this MDL or in the Dean case.

Uber is prohibited from clawing back any documents produced before December 1, 2025, that have been designated as potential exhibits for the Dean trial.

**IT IS SO ORDERED.**

Dated: January 12, 2026

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*United States District Court, Northern District of California*

---

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTIONS TO STRIKE CLAWBACK NOTICES **AND TO PROHIBIT FUTURE CLAWBACKS**
N.D. Cal. No. 3:23-md-03084; D. Ariz. No. 25-cv-4276