**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10 |
| This Document Relates to:<br><br>*A.B. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07699-CRB<br><br>*A.D. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07091-CRB<br><br>*A.E. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07668-CRB<br><br>~~*A.P. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07148-CRB~~<br><br>*C.F. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07698-CRB<br><br>*CLF T.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04281-CRB<br><br>*D.V. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07747-CRB<br><br>*J.K.R. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07734-CRB<br><br>*Jane Doe LS 618 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06160-CRB<br><br>*Jane Doe LS 619 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06243-CRB<br><br>*Jane Doe LS 620 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06249-CRB | |

| | |
|---|---|
| 1 | |
| 2 | *Jane Doe LS 621 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06297-CRB |
| 3 | *Jane Doe LS 622 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06306-CRB |
| 4 | |
| 5 | *Jane Doe LS 625 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06539-CRB |
| 6 | *Jane Doe LS 626 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06541-CRB |
| 7 | |
| 8 | *Jane Doe LS 627 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06547-CRB |
| 9 | *Jane Doe LS 628 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06552-CRB |
| 10 | |
| 11 | *Jane Doe LS 630 v. Uber Technologies Inc., et al.*, No. 3:25-cv-06861 |
| 12 | *Jane Doe LS 633 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07285-CRB |
| 13 | |
| 14 | *Jane Doe LS 634 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07323-CRB |
| 15 | *Jane Doe LS 639 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07616-CRB |
| 16 | |
| 17 | *Jane Doe LS 640 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07628-CRB |
| 18 | ~~*Jane Doe LS 641 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07844-CRB~~ |
| 19 | |
| 20 | *Jane Doe LS 642 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07894-CRB |
| 21 | *Jane Doe NLG (A.D.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07407-CRB |
| 22 | |
| 23 | ~~*Jane Doe NLG (A.H.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07400-CRB~~ |
| 24 | |
| 25 | ~~*Jane Doe NLG (D.L.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07478-CRB~~ |
| 26 | |
| 27 | |
| 28 | |

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

1
2  *Jane Doe NLG (J.D.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07482-CRB
3
4  *Jane Doe NLG (J.L.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07545-CRB
5
6  *Jane Doe NLG (L.F.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07542-CRB
7
8  ~~*Jane Doe NLG (L.R.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07423-CRB~~
9
10 *Jane Doe NLG (N.T.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07540-CRB
11
12 *Jane Doe NLG (R.H.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07403-CRB
13
14 ~~*Jane Doe NLG (S.M.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07543-CRB~~
15
16 *Jane Doe NLG (T.P.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07484-CRB
17
18 *Jane Doe NLG (V.M.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07467-CRB
19
20 ~~*Jane Doe NLG 2 (M.P.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07312-CRB~~
21
22 *Jane Roe CL 192 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06608-CRB
23 ~~*Jane Roe CL 195 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06735-CRB~~
24
25 ~~*Jane Roe CL 198 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06822-CRB~~
26 *Jane Roe CL 201 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06826-CRB
27
28

~~[PROPOSED]~~ ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

*Jane Roe CL 202 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07377-CRB

*~~Jane Roe CL 203 v. Uber Technologies, Inc., et al.,~~* ~~No. 3:25-cv-07379-CRB~~

*Jane Roe CL 204 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07472-CRB

*~~Jane Roe CL 205 v. Uber Technologies, Inc., et al.,~~* ~~No. 3:25-cv-07763-CRB~~

*John Doe LS 15 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07862-CRB

*~~John Roe CL 8 v. Uber Technologies, Inc., et al.,~~* ~~No. 3:25-cv-07768-CRB~~

*K. H. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07700-CRB

*M.T. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07831-CRB

*M.W. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07753-CRB

*R.N. 02 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07097-CRB

*S.S. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07149-CRB

*S.W. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07695-CRB

*T.K. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06734-CRB

# ~~[PROPOSED]~~ ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Amended Pretrial Order No. 10 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to Amended PTO No. 10 (ECF No. 4287).
2. Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: January 12, 2026



## **EXHIBIT A**

| MDL ID | Case Number |
|--------|-------------|
| 3976 | 3:25-cv-07699 |
| 3877 | 3:25-cv-07091 |
| 3692 | 3:25-cv-07668 |
| ~~3908~~ | ~~3:25-cv-07148~~ |
| 3975 | 3:25-cv-07698 |
| 3487 | 3:25-cv-04281 |
| 3994 | 3:25-cv-07747 |
| 3992 | 3:25-cv-07734 |
| 3786 | 3:25-cv-06160 |
| 3791 | 3:25-cv-06243 |
| 3790 | 3:25-cv-06249 |
| 3792 | 3:25-cv-06297 |
| 3793 | 3:25-cv-06306 |
| 3823 | 3:25-cv-06539 |
| 3828 | 3:25-cv-06541 |
| 3824 | 3:25-cv-06547 |
| 3825 | 3:25-cv-06552 |
| 3914 | 3:25-cv-06861 |
| 3920 | 3:25-cv-07285 |
| 3968 | 3:25-cv-07323 |
| 3972 | 3:25-cv-07616 |
| 3973 | 3:25-cv-07628 |
| ~~4058~~ | ~~3:25-cv-07844~~ |
| 4055 | 3:25-cv-07894 |
| 3950 | 3:25-cv-07407 |
| ~~3948~~ | ~~3:25-cv-07400~~ |
| ~~3953~~ | ~~3:25-cv-07478~~ |
| 3954 | 3:25-cv-07482 |
| 3959 | 3:25-cv-07545 |
| 3957 | 3:25-cv-07542 |
| ~~3952~~ | ~~3:25-cv-07423~~ |
| 3956 | 3:25-cv-07540 |
| 3949 | 3:25-cv-07403 |
| ~~3958~~ | ~~3:25-cv-07543~~ |
| 3955 | 3:25-cv-07484 |

| MDL ID | Case Number |
|---|---|
| 3951 | 3:25-cv-07467 |
| ~~3947~~ | ~~3:25-cv-07312~~ |
| 3896 | 3:25-cv-06608 |
| ~~3899~~ | ~~3:25-cv-06735~~ |
| ~~3902~~ | ~~3:25-cv-06822~~ |
| 3905 | 3:25-cv-06826 |
| 4042 | 3:25-cv-07377 |
| ~~4043~~ | ~~3:25-cv-07379~~ |
| 4044 | 3:25-cv-07472 |
| ~~4045~~ | ~~3:25-cv-07763~~ |
| 4059 | 3:25-cv-07862 |
| ~~4046~~ | ~~3:25-cv-07768~~ |
| 3977 | 3:25-cv-07700 |
| 4001 | 3:25-cv-07831 |
| 3995 | 3:25-cv-07753 |
| 3879 | 3:25-cv-07097 |
| 3909 | 3:25-cv-07149 |
| 3974 | 3:25-cv-07695 |
| 3843 | 3:25-cv-06734 |

[~~PROPOSED~~] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB