UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 3 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05061-CRB | Case No. 3:23-md-03084-CRB<br><br>[PROPOSED] ORDER REGARDING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER-LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND REQUEST FOR ORDER TO SHOW CAUSE REGARDING ATTORNEYS' FEES |

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Request for Order to Show Cause Regarding Attorneys' Fees, Plaintiff's counsel is ORDERED TO SHOW CAUSE by January 30, 2026, why they should not be required to pay Defendants' reasonable attorneys' fees and costs incurred to defend against Plaintiff's MDL Complaint and file the Motion to Dismiss for Lack of Subject Matter Jurisdiction.

**IT IS SO ORDERED.**

Dated: January 12, 2026

