1    [Submitting Counsel below]

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    IN RE: UBER TECHNOLOGIES, INC.,              Case No. 23-md-03084-CRB
     PASSENGER SEXUAL ASSAULT
9    LITIGATION

10                                                 **ADMINISTRATIVE MOTION TO
                                                   CONSIDER WHETHER ANOTHER**
     This Document Relates to:                     **PARTY'S MATERIAL SHOULD BE**
11                                                 **FILED UNDER SEAL**
     *Jaylynn Dean v. Uber Techs., Inc.*,
12   N.D. Cal. No. 23-cv-06708
     D. Ariz. No. 25-cv-4276
13

14          Under Civil Local Rules 7-11 and 79-5(f), Plaintiff moves the Court to consider whether

15   material designated confidential by Uber should be sealed.

16          On January 12, 2026 Plaintiff filed a Joint Discovery Letter Brief Regarding Stodden and

17   Zgoba Rebuttal Reports. The letter brief attaches documents Uber designated as

18   "CONFIDENTIAL."

19                          **Material To Be Filed Under Seal**

20          The material to be filed under seal in the following exhibits:

21
     | **Document** | **Description** | **Designating Party** |
22   | --- | --- | --- |
     | Exhibit A | Supplemental Expert Rebuttal Report of Victorian Stodden, Ph.D | Uber |
23   | Exhibit B | Rebuttal Expert Report of Kristen M. Zgoba, Ph.D | Uber |
24

25          Under Local Rule 79-5(f)(3), Uber bears the responsibility to establish that all of the

26   designated material is sealable.

27          This motion complies with Civil Local Rule 7-11 and 79-5, and the following

28   attachments accompany this motion:

1   1.  The Declaration of Maya R. Kalonia in Support of this Motion; and

2   2.  A Proposed Order that lists in tabular format all material sought to be sealed.

3

4 Dated: January 12, 2026       Respectfully submitted,

5              By: */s/ Sarah R. London*

6              Sarah R. London (SBN 267093)

7              **GIRARD SHARP LLP**
               601 California St., Suite 1400

8              San Francisco, CA 94108
               Telephone: (415) 981-4800

9              slondon@girardsharp.com

10             By: */s/ Rachel B. Abrams*
               Rachel B. Abrams (SBN 209316)

11

12             **PEIFFER WOLF CARR KANE**
               **CONWAY & WISE, LLP**

13             555 Montgomery Street, Suite 820
               San Francisco, CA 94111

14             Telephone: (415) 426-5641
               Facsimile: (415) 840-9435

15             rabrams@peifferwolf.com

16             By: */s/ Roopal P. Luhana*
               Roopal P. Luhana

17

18             **CHAFFIN LUHANA LLP**
               600 Third Avenue, 12th Floor

19             New York, NY 10016
               Telephone: (888) 480-1123

20             Facsimile: (888) 499-1123
               luhana@chaffinluhana.com

21

22             *Co-Lead Counsel for Plaintiffs*

23

24

25

26

27

28

ADMIN MOT. TO CONSIDER WHETHER
ANOTHER PARTY'S MAT. SHOULD BE SEALED
CASE NO. 23-MD-03084-CRB

1      **FILER'S ATTESTATION**

2          I am the ECF User whose ID and password are being used to file this document. In

3   compliance with N.D. Cal. Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred

4   in this filing.

5

6   Dated:  January 12, 2026                    By:      */s/ Andrew R. Kaufman*
                                                          Andrew R. Kaufman

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28