IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF MAYA R. KALONIA IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
|---|---|

I, Maya R. Kalonia, declare:

1. I am an attorney in the law firm of Girard Sharp, LLP, and counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

Because the materials at issue were designated by Uber as "CONFIDENTIAL," Plaintiff filed the following under seal:

| **Document** | **Description** | **Designating Party** |
|---|---|---|
| Exhibit A | Supplemental Expert Rebuttal Report of Victorian Stodden, Ph.D | Uber |
| Exhibit B | Rebuttal Expert Report of Kristen M. Zgoba, Ph.D | Uber |

2. I declare under penalty of perjury that the foregoing is true and correct. Executed on January 12, 2026 in Phoenix, Arizona.

                                      */s/ Maya R. Kalonia*
                                       Maya R. Kalonia