1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8   | IN RE: UBER TECHNOLOGIES, INC., | Case No. 23-md-03084-CRB
9   | PASSENGER SEXUAL ASSAULT |
    | LITIGATION |

10  | This Document Relates to: | **[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SESAL**
11  |
12  | *Jaylynn Dean v. Uber Techs., Inc.*, |
    | N.D. Cal. No. 23-cv-06708 |
    | D. Ariz. No. 25-cv-4276 |

13

14      Having considered Plaintiff's January 12, 2026 Administrative Motion to Consider

15  Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN**

16  **PART) / DENIES (IN PART)** the Motion and **ORDERS** that the following materials shall be

17  sealed:

18
19
| **Document** | **Description** | **Designating Party** |
|---|---|---|
20 | Exhibit A | Supplemental Expert Rebuttal Report of Victorian Stodden, Ph.D | Uber |
21 | Exhibit B | Rebuttal Expert Report of Kristen M. Zgoba, Ph.D | Uber |

22

**IT IS SO ORDERED.**

23

24  Dated: _____

25                                    _____
                                      Hon. Lisa J. Cisneros
26                                    United States Magistrate Judge

27

28

[PROPOSED] ORDER RE: ADMIN MOT. TO SEAL
CASE NO. 23:MD-03084-CRB