1    [Submitting Counsel below]

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    IN RE: UBER TECHNOLOGIES, INC.,          Case No. 23-md-03084-CRB
     PASSENGER SEXUAL ASSAULT
9    LITIGATION
                                              **CERTIFICATE OF SERVICE**
10
     This Document Relates to:
11
     *Jaylynn Dean v. Uber Techs., Inc.*,
12   N.D. Cal. No. 23-cv-06708
     D. Ariz. No. 25-cv-4276
13

14

15          I certify that, on January 12, 2026 a true and correct copy of the UNSEALED version of

16   the following documents:

17          • **UNSEALED Ex. A to Joint Letter Brief**
18          • **UNSEALED Ex. B to Joint Letter Brief**

19   were served pursuant to Civil L.R. 5(a) to each person named below:

20   **Kirkland & Ellis LLP**
     Alli Brown
21   alli.brown@kirkland.com
     Chris Cox
22   christopher.cox@kirkland.com
     Jessica Davidson
23   jessica.davidson@kirkland.com
     Jennifer Levy
24   jlevy@kirkland.com
     Rupal Joshi
25   rupal.joshi@kirkland.com
     Laura Vartain
26   laura.vartain@kirkland.com
     Kristen Fournier
27   kristen.fournier@kirkland.com
28

Alexandra Caritis
alexandra.caritis@kirkland.com
Libby Marden
libby.marden@kirkland.com
Geoffrey Wyatt
geoffrey.wyatt@kirkland.com
Beth Larsen
beth.larsen@kirkland.com

**O'Melveny and Meyers LLP**
Sabrina Strong
sstrong@omm.com
Jonathan Schneller
jschneller@omm.com
Joshua Revesz
jrevesz@omm.com
Louis Fisher
lfisher@omm.com

**Shook, Hardy & Bacon LLP**
Michael B. Shortnacy
mshortnacy@shb.com
Patrick L. Oot, Jr.
oot@shb.com
Christopher V. Cotton
ccotton@shb.com
Alycia A. Degen
adegen@shb.com
Veronica Gromada
vgromada@shb.com


Service Email
UBERMDLSERVICE@LISTSERV.SHB.COM

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

1      I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct. Executed on January 12, 2026.

3

4                              By: */s Andrew R. Kaufman*
                                     Andrew R. Kaufman

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
CASE NO. 23-MD-03084-CRB