UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. Case No. 3:23-cv-06708-CRB<br>D. Ariz. Case No. 2:25-cv-04276-CRB | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF UBER'S STATEMENT IN RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [PLAINTIFF'S OPPOSITION TO UBER'S MOTIONS IN LIMINE]**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | CASE NO. 25-cv-4276-PHX-CRB<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  501 |

I, Laura Vartain Horn, declare as follows:

1. I am an attorney at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Statement in Response to Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed [Plaintiff's Opposition to Uber's Motions in Limine].

2. Plaintiff takes no position as to Uber's proposed redactions.

3. Attached as Exhibit A is a true and correct copy of Plaintiff's Opposition to Uber's Motions in Limine with Uber's proposed redactions.

4. Attached as Exhibit B is a true and correct copy of Exhibit 2 to Plaintiff's Opposition to Uber's Motions in Limine with Uber's proposed redactions.

5. Attached as Exhibit C is a true and correct copy of Exhibit 3 to Plaintiff's Opposition to Uber's Motions in Limine with Uber's proposed redactions.

6. Attached as Exhibit D is a true and correct copy of Exhibit 4 to Plaintiff's Opposition to Uber's Motions in Limine with Uber's proposed redactions.

7. Attached as Exhibit E is a true and correct copy of Exhibit 5 to Plaintiff's Opposition to Uber's Motions in Limine with Uber's proposed redactions.

8. Attached as Exhibit F is a true and correct copy of Exhibit 6 to Plaintiff's Opposition to Uber's Motions in Limine with Uber's proposed redactions.

9. Attached as Exhibit G is a true and correct copy of Exhibit 7 to Plaintiff's Opposition to Uber's Motions in Limine with Uber's proposed redactions.

10. Attached as Exhibit H is a true and correct copy of Exhibit 15 to Plaintiff's Opposition to Uber's Motions in Limine with Uber's proposed redactions.

11. Attached as Exhibit I (Parts 1 and 2) is a true and correct copy of Exhibit 17 to Plaintiff's Opposition to Uber's Motions in Limine with Uber's proposed redactions.

12. Attached as Exhibit J is a true and correct copy of Exhibit 19 to Plaintiff's Opposition to Uber's Motions in Limine with Uber's proposed redactions.

13.     Attached as Exhibit K is a true and correct copy of Exhibit 20 to Plaintiff's Opposition to Uber's Motions in Limine with Uber's proposed redactions.

14.     Attached as Exhibit L is a true and correct copy of Exhibit 21 to Plaintiff's Opposition to Uber's Motions in Limine with Uber's proposed redactions.

15.     Attached as Exhibit M is a true and correct copy of Exhibit 22 to Plaintiff's Opposition to Uber's Motions in Limine with Uber's proposed redactions.

16.     Attached as Exhibit N is a true and correct copy of Exhibit 23 to Plaintiff's Opposition to Uber's Motions in Limine with Uber's proposed redactions.

17.     Attached as Exhibit O is a true and correct copy of Exhibit 35 to Plaintiff's Opposition to Uber's Motions in Limine with Uber's proposed redactions.

18.     Attached as Exhibit P (Parts 1 and 2) is a true and correct copy of Exhibit 47 to Plaintiff's Opposition to Uber's Motions in Limine with Uber's proposed redactions.

19.     Attached as Exhibit Q is a true and correct copy of Exhibit 48 to Plaintiff's Opposition to Uber's Motions in Limine with Uber's proposed redactions.

20.     Attached as Exhibit R is a true and correct copy of Exhibit 49 to Plaintiff's Opposition to Uber's Motions in Limine with Uber's proposed redactions.

21.     Attached as Exhibit S is a true and correct copy of Exhibit 50 to Plaintiff's Opposition to Uber's Motions in Limine with Uber's proposed redactions.

22.     Attached as Exhibit T is a true and correct copy of Exhibit 53 to Plaintiff's Opposition to Uber's Motions in Limine with Uber's proposed redactions.

23.     Attached as Exhibit U is a true and correct copy of Exhibit 54 to Plaintiff's Opposition to Uber's Motions in Limine with Uber's proposed redactions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 13, 2026

*/s/ Laura Vartain Horn*<br>Laura Vartain Horn