# **<u>Exhibit C</u>**

# EXHIBIT 3

**EXHIBIT FILED UNDER SEAL**

**UBER_JCCP_MDL_000475307-UBER_JCCP_MDL_000475485**



UBER_JCCP_MDL_000475307



Today's Topics

01 S&I Overview + Q&A
02 Global Safety Operations
03 Privacy & Legal
04 Incident Taxonomy
05 Analytics
06 Data Science
07 Insurance 101

UBER_JCCP_MDL_000475308



Specific to S&I, which is within the broader Core Services Team.
NOTE: welcome to those of you who aren't new to Uber but joined today to learn a bit more about S&I

UBER_JCCP_MDL_000475309



CONFIDENTIAL



UBER_JCCP_MDL_000475311



CONFIDENTIAL

# Welcome to Safety & Insurance

CONFIDENTIAL

UBER_JCCP_MDL_000475313



UBER_JCCP_MDL_000475314

Brand and Policy - Safety Incidents happen and are often in the media; coordinating a public response. Safety Report
CommOps / IRT - How to respond with empathy when something goes wrong? How to deal with interpersonal conflict - PLUG VIRTUAL HQ COE.

Continuing on for the fourth year as a company priority



## Stand for Safety

**Mission**

Make Uber the **safest** and the **most trusted** transportation choice, and **support** our customers with **empathy** and **care** if things go wrong.

UBER_JCCP_MDL_000475316



UBER_JCCP_MDL_000475317



UBER_JCCP_MDL_000475318



UBER_JCCP_MDL_000475319



CONFIDENTIAL

UBER_JCCP_MDL_000475320



UBER_JCCP_MDL_000475321



UBER_JCCP_MDL_000475322



UBER_JCCP_MDL_000475323



UBER_JCCP_MDL_000475324



UBER_JCCP_MDL_000475325



UBER_JCCP_MDL_000475326



**Slide 21**

2        Update.
         Darlene Ordonez, 4/27/2021

1        Yes, please!
         Frank Chang, 4/27/2021

1        date and time TBD
         Darlene Ordonez, 4/28/2021

UBER_JCCP_MDL_000475328

# S&I Team Overviews

CONFIDENTIAL

# S&I Data & Analytics

CONFIDENTIAL



UBER_JCCP_MDL_000475331

# S&I Legal

CONFIDENTIAL



UBER_JCCP_MDL_000475333

# Insurance & Claims

CONFIDENTIAL



UBER_JCCP_MDL_000475335



UBER_JCCP_MDL_000475336



UBER_JCCP_MDL_000475337

# S&I Policy & Comms

CONFIDENTIAL



# S&I Marketing

CONFIDENTIAL



UBER_JCCP_MDL_000475341

# Global Safety Operations

UBER_JCCP_MDL_000475342



UBER_JCCP_MDL_000475343



UBER_JCCP_MDL_000475344



UBER_JCCP_MDL_000475345

**Global Safety Operations was created to unify our safety approach globally and connect HQ and mega-regional efforts**

- Though each mega-region has unique safety issues, there is overlap when it comes to platform access, incident response, and safety standards.
- Global Safety Ops facilitates mega-regional collaborations, sets global safety priorities, and implements global safety projects.



CONFIDENTIAL



UBER_JCCP_MDL_000475347



UBER_JCCP_MDL_000475348



CONFIDENTIAL

# Highlighted projects

CONFIDENTIAL

UBER_JCCP_MDL_000475350



## uSights are in-house psychometric assessments, helpful where we don't have access to quality BGCs

**1. Access Compliance**

——
**Background Checks**
**Documents**
**Photos**

- uSights is aimed at evaluating attitudes and behaviors that Uber has determined have an important impact on the safety of the platform

- Recently, Uber hired ETS (a highly reputable and rigorous testing non-profit) to conduct an independent validation of the uSights tool. With a positive report, Uber has the ability to proactively and/or reactively communicate about the tool across all markets where uSights is live or will be launched.

UBER_JCCP_MDL_000475351



UBER_JCCP_MDL_000475352



UBER_JCCP_MDL_000475353



UBER_JCCP_MDL_000475354



2021 Priorities

UBER_JCCP_MDL_000475355



CONFIDENTIAL

UBER_JCCP_MDL_000475356



UBER_JCCP_MDL_000475357



UBER_JCCP_MDL_000475358



UBER_JCCP_MDL_000475359

**REDACTED - PRIVILEGED**

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

UBER_JCCP_MDL_000475360

**REDACTED - PRIVILEGED**

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

UBER_JCCP_MDL_000475361

**REDACTED - PRIVILEGED**

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

**REDACTED - PRIVILEGED**

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

**REDACTED - PRIVILEGED**

CONFIDENTIAL

**REDACTED - PRIVILEGED**

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

**REDACTED - PRIVILEGED**

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

UBER_JCCP_MDL_000475365

**REDACTED - PRIVILEGED**

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

UBER_JCCP_MDL_000475366

**REDACTED - PRIVILEGED**

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

**REDACTED - PRIVILEGED**

UBER_JCCP_MDL_000475367

**REDACTED - PRIVILEGED**

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

UBER_JCCP_MDL_000475368

**REDACTED - PRIVILEGED**

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

**REDACTED - PRIVILEGED**

CONFIDENTIAL

**REDACTED - PRIVILEGED**

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

UBER_JCCP_MDL_000475370



**REDACTED - PRIVILEGED**

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

**REDACTED - PRIVILEGED**

UBER_JCCP_MDL_000475371

**REDACTED - PRIVILEGED**

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

UBER_JCCP_MDL_000475372



UBER_JCCP_MDL_000475373

Agenda

**01** Incident Analytics Team
**02** Life of a Safety Incident @Uber
**03** Getting Involved

CONFIDENTIAL

UBER_JCCP_MDL_000475374

Incident Analytics Team

UBER_JCCP_MDL_000475375



UBER_JCCP_MDL_000475376

## Our Mission

*"A trusted resource to enrich, monitor, investigate, advise, and report safety incident data to empower partner teams to take smart, targeted actions which reduce safety incidents"*

If you discover any inconsistencies in your safety data, please reach out to us at safety-insurance-incident-analytics@uber.com

UBER_JCCP_MDL_000475377

Life of a Safety Incident
@Uber

UBER_JCCP_MDL_000475378



UBER_JCCP_MDL_000475379



UBER_JCCP_MDL_000475380



CONFIDENTIAL



UBER_JCCP_MDL_000475382



UBER_JCCP_MDL_000475383



UBER_JCCP_MDL_000475384



CONFIDENTIAL



UBER_JCCP_MDL_000475386



UBER_JCCP_MDL_000475387



UBER_JCCP_MDL_000475388



**Getting Involved**

**Taxonomy related code review**
- Please **include BIA team in code review** for taxonomy-related queries with "medium" impact or greater (use judgment, err on side of tasking for review)

**Incident Analytics office hours**
- Bi-weekly IA office hours for answering questions on taxonomy & other safety items
- Zoom link (On Wednesday every two weeks, reach out to BIA team if you need an invite)

**Taxonomy change announcements**
- Taxonomy changes impacting safety data will be emailed to you as they occur

**Review tickets**
- Highly suggest reviewing tickets before analyses to build familiarity w/ specific incident types. Can aid & unlock analyses

**Resources**
- Tools (Get Bliss Access, JIRA)
- Taxonomy (Rides, EATs, Invalid Definition)
- Incident Rate Methodology (Rides, EATs)

UBER_JCCP_MDL_000475389



UBER_JCCP_MDL_000475390



UBER_JCCP_MDL_000475391



CONFIDENTIAL



CONFIDENTIAL

# Example: Safety Incident Reporting

### Safety KPI Dashboard

Dashboard shows Incident Rates for Critical Auto Crash & Critical Interpersonal Conflicts broken out by audited regions and also includes 2020 goals. **Audited Data ONLY.**

**Top KPIs**

1. Critical Motor Fatalities
2. Critical Physical Assault Fatalities
3. Critical Sexual Assault

### Incident Detail

Self-Service Dashboard allows for users to deep dive into incident subcategories, cities, as well as cash /non-cash trips. Includes Audited and Un-Audited data.

**E.g of Metrics**

1. Incident Rate By Geography
2. Incident Rate By Category
3. Incident Rate for Cash vs No Cash Trips

### DACT

Self-Service Dashboard allows for users to deep dive into deactivation rates for riders and drivers.

**E.g of Metrics**

1. Deactivation %
2. Cact Flagging Rate
3. Ticket Count by Region

UBER_JCCP_MDL_000475394



UBER_JCCP_MDL_000475395



CONFIDENTIAL

# Useful Links

- S&I Onboarding Doc :Link
- S&I Secure Hive Onboarding Doc : Link
- Summary Dash : Link
- Hive SynC
- Piper
- Sourcegraph
- Tableau Onboarding : Link
- Beeline : Link
- Slack @jheel to be added to slack channel for different products such as #querybuilder, #tableau-user

CONFIDENTIAL



UBER_JCCP_MDL_000475398



UBER_JCCP_MDL_000475399



UBER_JCCP_MDL_000475400



CONFIDENTIAL



UBER_JCCP_MDL_000475402



UBER_JCCP_MDL_000475403



UBER_JCCP_MDL_000475404



## Safe Dispatch

Motivating question:
- How can we realize the human and economic benefits of cash while simultaneously raising the bar on safety?

Safe Dispatch Model (SDM):
- Leverage machine learning to detect and block potentially malicious cash trip requests in real-time
- LatAm ███████████████████████████████
- South Africa ███████████████████████████

Safety Risk Assessed Dispatch (SRAD):
- **Identify** driver-rider matches with elevated risk using machine learning
  - User data (feedback, account info, gender)
  - Request attributes (time, location, product)
- **Down-rank** matches with elevated risk at point of dispatch

CONFIDENTIAL



UBER_JCCP_MDL_000475406





UBER_JCCP_MDL_000475408



UBER_JCCP_MDL_000475409



UBER_JCCP_MDL_000475410



CONFIDENTIAL



UBER_JCCP_MDL_000475412



UBER_JCCP_MDL_000475413



UBER_JCCP_MDL_000475414



CONFIDENTIAL



UBER_JCCP_MDL_000475416



UBER_JCCP_MDL_000475417



# Safe Routing

**What makes a route risky?**

- Difficult maneuvers
- Busy roads
- Driving speed

**Applications**

- Recommend safer routes to drivers
- Ensure insurance pricing reflects safety of routes
- Allow drivers and riders to make decisions based on safety

**3 features** are enough to reveal an ⬛ in per mile collision risk

1. Expected trip distance
2. Expected trip duration
3. US State

UBER_JCCP_MDL_000475418



UBER_JCCP_MDL_000475419

## Crash Detection

Quickly detect potential crashes using ML & **proactively** support with empathy and care

- Fast response
- Fast driver reactivation
- Improve customer satisfaction
- Improve reputation for safety
- Insurance savings

Rider

Driver




UBER_JCCP_MDL_000475420



UBER_JCCP_MDL_000475421



CONFIDENTIAL



UBER_JCCP_MDL_000475423



UBER_JCCP_MDL_000475424



UBER_JCCP_MDL_000475425



CONFIDENTIAL



UBER_JCCP_MDL_000475427



CONFIDENTIAL



**Rider Support Abuse - Model Performance**
- On average,
- Annually, if we use the model results and keep the same trigger rate of the current policy,

UBER_JCCP_MDL_000475429

# Process & Tools

- Data Science Workbench (DSW)
- Beeline (Hive)
- Query Builder
- Phabricator → Jira
- Coding
  - Scala
  - Python
  - R

UBER_JCCP_MDL_000475430

**Questions?**

CONFIDENTIAL



UBER_JCCP_MDL_000475432

Today's Topics

**01** Introduction
**02** Insurance Coverages
**03** Insurance Costs
**04** Risk Retention

CONFIDENTIAL



Introduction

UBER_JCCP_MDL_000475434



UBER_JCCP_MDL_000475435



INTRO | **GLOBAL VIEW OF INSURANCE COSTS**

US, Auto are the main driver of global insurance costs

| 2021 Est. Cost by Region | | |
|---|---|---|
| Region | 2021 Budget | Distribution |

| 2021 Est. Cost By Line of Coverage | | |
|---|---|---|
| Line of Business | 2021 Budget | Distribution |

- US and Canada insurance costs are driven by litigious environment and broad coverages/limits
- Auto and General Liability comprise 98% of all global insurance spend

¹ Others include corporate insurance coverage, such as Cyber, Property, EPL, E&O, Aviation, Employed Lawyers, Crime, Fiduciary, Cargo, Earthquake.

For actuarial review only:

2021 INTL Budget source:

UBER_JCCP_MDL_000475436



CONFIDENTIAL



# Casualty Overview

INTRO | **CASUALTY OVERVIEW**

**Auto**
- Owned / leased autos
- Non-owned autos (platform users)

**General Liability**
- Premises liability
- Product liability
- Physical assault / sexual misconduct
- Non-owned bicycles (couriers)

**Workers Comp / EL**
- Traditional employees
- IC / Classification complaints
- On-the-job injury coverage for delivery partners

**Directors & Officers**
- Personal assets of D&Os
- Company assets

See the 2020-2021 Global Casualty Recap here

UBER_JCCP_MDL_000475439



CONFIDENTIAL



AUTO & GL | **COVERAGE**

### Insurance is foundational to the rideshare / TNC model

Transforming auto insurance from a fixed annual cost to a variable cost that is embedded in the economics of each trip has been the key to unlocking the part time and flexible ridesharing model

Drivers don't need to purchase an expensive taxi policy to take their first ride

Blanket coverage enables consistent coverage and claims experience for all rides and huge reduction in administration and compliance costs

Rideshare insurance was new to insurers and difficult to place but much easier now with many carrier options

UBER_JCCP_MDL_000475441



CONFIDENTIAL





UBER_JCCP_MDL_000475443



UBER_JCCP_MDL_000475444



UBER_JCCP_MDL_000475445



CONFIDENTIAL

UBER_JCCP_MDL_000475446



US P2P mileage breakdown is prospective, based on expected 3/1/2021 renewal state mix (F1 2021 forecast version)

UBER_JCCP_MDL_000475447



UBER_JCCP_MDL_000475448



Mention: Product liability used to be included as well with JUMP

UBER_JCCP_MDL_000475449



UBER_JCCP_MDL_000475450



CONFIDENTIAL



Give an example of quota share reinsurance for CA P2P and example of excess of loss reinsurance

CONFIDENTIAL

END

CONFIDENTIAL

## Why we experiment: The Philosophy

**Data Driven Decisions**



Enable Uber to move fast and distribute decision making by ensuring that every change is measured, monitored, and analyzed.

**Scientific Method**



Experiments must contain a clear hypothesis pointing to specific metrics, to avoid drawing opportunistic conclusions.

**Shared Learning**



Experimenters should be data-informed not necessarily data-driven, and understand the shortcomings of any experimentation platform.

CONFIDENTIAL

## Where we experiment: Challenges



**Mobile**

Multiple apps and platforms create challenges with consistency.

**Marketplaces**

Hundreds of N-Sided Marketplaces agents moving in real-time creating strong Interaction Effects.

**Backends**

Experimenting across thousands of microservices, and thousands of features require performance and robustness.

UBER_JCCP_MDL_000475455



UBER_JCCP_MDL_000475456



CONFIDENTIAL

UBER_JCCP_MDL_000475457

## Experiment Methodology Types

**Randomized Experiments**

- Randomization over treatment and control

- **A/B Testing**
  - A/B testing, multivariate tests e.g. ANOVA
  - Control and treatment groups do not change during the experiment duration
  - A/B experiments are most powerful techniques available

- **Switchback**
  - pseudo A/B where control and treatment are switched over time when there are network effects

**Observational Studies**

- Purely observational with no randomization

- **Difference in Differences (Diff in Diff)**
  - Pre-post analyzes to measure lift
  - Useful to analyze cohorts (e.g. trip completion of commuters)
  - Difficult to control external factors

- **Synthetic Controls**
  - Runs on entire market (e.g. SF)
  - Find similar market to the treatment market as controls i.e. synthesize control markets
  - Less powerful than A/B

- **Surveys**
  - Send out pre and post survey to measure safety sentiment and product awareness

UBER_JCCP_MDL_000475458



UBER_JCCP_MDL_000475459



UBER_JCCP_MDL_000475460



UBER_JCCP_MDL_000475461



UBER_JCCP_MDL_000475462



UBER_JCCP_MDL_000475463



UBER_JCCP_MDL_000475464

## Experiment Design: Metrics

1. **Success Metrics**: Typically the primary metric that will determine whether the new product or policy is successful which will directly impact rollout decisions.
   <u>Example</u>: Rider on Driver Serious Interpersonal Conflict (IPC) rate on updated Safe Dispatch Model (SDM)

2. **Guardrail Metrics**: Metrics and thresholds that indicate when additional monitoring is needed and possibly when the experiment needs to be stopped. Typically marketplace metrics (trip completion rate, cancellation rate, etc.)
   <u>Example</u>: If the cancellation rate of a new product being experimented is greater than 10%, we will roll back the experiment.

UBER_JCCP_MDL_000475465



UBER_JCCP_MDL_000475466



 UBER_JCCP_MDL_000475467



UBER_JCCP_MDL_000475468



CONFIDENTIAL



UBER_JCCP_MDL_000475470



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



UBER_JCCP_MDL_000475478



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



UBER_JCCP_MDL_000475482



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

# UBER_JCCP_MDL_000475307

## Metadata

| #DateCreated | 03/29/2021 | SEMANTIC |
|---|---|---|
| Account | tbreeden@uber.com | SEMANTIC |
| All Custodians | Breeden, Tracey;Chang, Frank;Fuldner, Gus;Kaiser, Roger;Kansal, Sachin;Kawada Page, Jodi;Luu, Jenny;McDonald, Katy;Parker, Kate;Shuping, Valerie;Silver, Nick | SEMANTIC |
| All Paths | Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_0.zip; Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_0.zip; Chang, Frank: \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_23.zip; Chang, Frank: \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_23.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2023_8_1\JCCP-EDISCO-23800_2023_8_1_11.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2023_8_1\JCCP-EDISCO-23800_2023_8_1_11.zip; Kaiser, Roger: \JCCP_DRIVE005\JCCP_Drive005_80.zip; Kaiser, Roger: \JCCP_DRIVE005\JCCP_Drive005_80.zip; Kansal, Sachin: \EDISCO-25937_sachin.kansal@uber.com\EDISCO-25937_sachin.kansal@uber.com2_24.zip; Kansal, Sachin: \EDISCO-25937_sachin.kansal@uber.com\EDISCO-25937_sachin.kansal@uber.com2_24.zip; Kawada Page, Jodi: \JCCP_DRIVE005\JCCP_Drive005_80.zip; Kawada Page, Jodi: \JCCP_DRIVE005\JCCP_Drive005_80.zip; Luu, Jenny: \EDISCO-25695_DR01\EDISCO-25695_DR01_10.zip; Luu, Jenny: \EDISCO-25695_DR01\EDISCO-25695_DR01_10.zip; McDonald, Katy: \JCCP_DRIVE005\JCCP_Drive005_80.zip; McDonald, Katy: \JCCP_DRIVE005\JCCP_Drive005_80.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_13.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_13.zip; Silver, Nick: \EDISCO-24394_Drive\EDISCO-24394_Drive_9.zip; Silver, Nick: \EDISCO-24394_Drive\EDISCO-24394_Drive_9.zip | SEMANTIC |
| Application | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| Attachment Names | ppt | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000475307 | SEMANTIC |
| Collaborators | hao.ding@uber.com; ashutoshk@uber.com; enovak@uber.com; sandy.wu@uber.com; frank@uber.com; nick.silver@uber.com; louis.remus@uber.com; bodapa@uber.com; valerie.shuping@uber.com; nraney@uber.com; todd.gaddis@uber.com; agrade@uber.com; kaiser@uber.com; binnings@uber.com; eboman@uber.com; shanteJh@uber.com; sachin.kansal@uber.com; nilles@uber.com; purcellr@uber.com; azambuja@uber.com; amy.wagner@uber.com; jheel@uber.com; parr@uber.com; ksengupta@uber.com; jodi.page@uber.com; alessandro.arajo@uber.com; bricketts@uber.com; anthony.delarosa@uber.com; kmcdonald@uber.com; hms@uber.com; kwaitzman@uber.com; sunny.wong@uber.com; dreid@uber.com; varunh@uber.com; dkolta@uber.com; meng.xu@uber.com; shivanie.latchman@uber.com; robertkyle@uber.com; drivestorage2@uber.com; ford.lu@uber.com; safety-insurance-eng@uber.com; us-pricing-group@uber.com; actuarial-reserving-group@uber.com; safety-insurance-leadership@uber.com; actuarial-group@uber.com; safety-insurance-ds@uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 03/29/2021 11:05 pm | SEMANTIC |
| Date Modified | 05/16/2023 11:40 pm | SEMANTIC |
| DocID | 19b8QJN6CTS-IbHbjjvL7NO6afGn1NR2oTyBbzdLRdUQ | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER_JCCP_MDL_000475485 | SEMANTIC |
| File Path | \JCCP_DRIVE002_002\JCCP_DRIVE002_002_0.zip | SEMANTIC |
| File Size | 211193734 | SEMANTIC |
| Filename | S&I Onboarding – May 2021_19b8QJN6CTS-IbHbjjvL7NO6afGn1NR2oTyBbzdLRdUQ.pptx | SEMANTIC |
| GoogleDocumentType | PRESENTATION | SEMANTIC |
| LINKSOURCEBEGBATES | UBER_JCCP_MDL_000037286 | SEMANTIC |
| Other Custodians | Breeden, Tracey;Fuldner, Gus;Kaiser, Roger;Kawada Page, Jodi;McDonald, Katy;Parker, Kate;Silver, Nick;Chang, Frank;Kansal, Sachin;Luu, Jenny;Shuping, Valarie | SEMANTIC |
| Primary Date | 03/29/2021 11:05 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL006; | SEMANTIC |
| Redacted | Yes | SEMANTIC |
| Redaction Text | REDACTED – PRIVILEGED | SEMANTIC |
| Sort Date | 05/16/2023 11:40 pm | SEMANTIC |
| SourceHash | 6630f3143e275d231f21e9b42e05467f | SEMANTIC |