# Exhibit D

# EXHIBIT 4

## EXHIBIT FILED UNDER SEAL

**UBER_JCCP_MDL_001717430-UBER_JCCP_MDL_001717430**

## UBER_JCCP_MDL_001717430

## Metadata

| All Custodians | Breeden, Tracey;Freivogel, Cory;Kawada Page, Jodi; | SEMANTIC |
|---|---|---|
| All Paths | Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_1.zip; Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_1.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_1.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_1.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_1.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_1.zip; Freivogel, Cory: \JCCP-EDISCO-23800_2021_JulyToSep\JCCP-EDISCO-23800_2021_JulyToSep_52.zip; Freivogel, Cory: \JCCP-EDISCO-23800_2021_JulyToSep\JCCP-EDISCO-23800_2021_JulyToSep_52.zip; Freivogel, Cory: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_1.zip; Freivogel, Cory: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_1.zip; Freivogel, Cory: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_1.zip; Freivogel, Cory: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_1.zip; Kawada Page, Jodi: \JCCP_DRIVE005\JCCP_Drive005_102.zip; Kawada Page, Jodi: \JCCP_DRIVE005\JCCP_Drive005_102.zip; Kawada Page, Jodi: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_1.zip; Kawada Page, Jodi: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_1.zip; Kawada Page, Jodi: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_1.zip; Kawada Page, Jodi: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_1.zip | SEMANTIC |
| Application | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_001717430 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 10/08/2020 6:37 pm | SEMANTIC |
| End Family | UBER_JCCP_MDL_001717430 | SEMANTIC |
| File Path | \JCCP_DRIVE002_002\JCCP_DRIVE002_002_1.zip | SEMANTIC |
| File Size | 12550985 | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| Other Custodians | Breeden, Tracey;Freivogel, Cory;Kawada Page, Jodi; | SEMANTIC |
| Primary Date | 10/08/2020 6:37 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL056; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 07/14/2021 9:23 pm | SEMANTIC |

# Sexual Assault Survivor Support & Resource Hotline 2020 Program

Uber

**Attorney Client Privilege**

# Context

# 1:18

For each 1 positive safety mention we
received in social media, we encountered
18 negative mentions.
*(Jan - Oct 2018)*



Background // Why This Matters For Uber

We know that women and other vulnerable groups are statistically less safe than men on our platform, and that these incidents are control our brand narrative and increase regulatory scrutiny and claims.

███ women drivers and riders fear sexual assault or harassment when using Uber.

A third of all brand conversation on social in 2019 was safety related (up from 24% in 2016) and women's safety accounts for the majority of the safety conversation.

73% of the safety issues on social in June 2019 alone involved a woman, with sexual assault being a common theme.

U.S., Australia, Mexico BrandBlind Safety Tracker Survey
Uber Safety Brand Narrative, Uber Safety Brand Tracker, Social Conversation Audit,

**A/C Privileged & Confidential Work Product**

# A deepdive on the safety conversation

Safety conversation is not homogenous but women's safety incidents continues to dominate conversation



Channels: Twitter, News, Reddit, Blogs, Forums

# Insurance Costs

A/C PRIVILEGED

US&C insurance costs are rising and represent the bulk of our global insurance liability

| US&C Insurance Costs Relative to Globe |
|---|

of Uber's global insurance premiums are driven by the US&C business. ▮ of that cost comes from US, and ▮ of that cost comes from CAN

Some reasons for this are…
- US & CAN are far more litigious than other countries & the US has private medical care
- High mix of P2P model
- Broad insurance coverage (UIM/UM, vehicle damage)
- Challenging industry trends US-wide (e.g. more expensive car repairs, rising healthcare costs, etc)

| US&C Insurance Cost: $M and % Net Revenue |
|---|

*Note: Includes true-ups*



# Background



# Risks

1) Currently, insurance costs, remain one of the highest costs to the business with sexual assault incidents are one of the most expensive liability risks for Uber.

2) Sexual assault claimants have a common complaint of how Uber responded to the report and overall, these gaps and risks increase Uber's liability and settlement costs.→ For matters settled in H1 2019, for example, when there was poor handling from the IRT response process noted during the matter investigation, insurance settlements increased by ▮▮▮ on average.

3) Customer support agents have voiced concerns to leadership and have leaked to the media (i.e. WaPo), that they want more tools, information and resources to be more proactive in helping support victims of sexual assault who report to Uber.

4) Survivors who have gone through the claim process have publicly criticized Uber and spoken to national media outlets (i.e. USA Today) resulting in risks to the brand and company image.

5) The release of the Safety Report increased scrutiny on Uber's response to reports and the potential severity of all the risks above, resulting in potential regulation if Uber is not proactive.

Uber employs a third-party claims company to investigate and settle cases of sexual assault by its drivers and has handed off riders' personal information without seeking their permission, or even informing them.

The ride-hailing company says the goal is to "facilitate support for victims." But women interviewed by USA TODAY were caught off guard to hear from a claims adjuster and say they were confused, even unsettled, by the repeated calls and vague messages.

In one case, a woman received a call from Crawford Global Technical Services three days after she reported being raped by a driver in Sacramento, California in August.

"I'm like, 'Who the hell are you? I'm already talking to so many people right now,'" Madison McArthur, 22, recalls thinking. " 'I've already talked to Uber. Why are you calling me?'"

INVESTIGATIONS

## Uber shares personal rider information in sexual assault cases with a claims company without informing alleged victims

Tricia L. Nadolny and Cara Kelly USA TODAY
Published 1:33 p.m. ET Oct. 4, 2019 | Updated 10:56 a.m. ET Oct. 9, 2019

 



Madison McArthur reported being raped by an Uber driver on her way home from a bar in Sacramento, California in August. Three days later, she received a call from Crawford Global Technical Services asking for the same details she already had given to police. "I'm like, 'Who the hell are you? I'm already talking to so many people right now,' " she said.
Max Whittaker For USA TODAY

Uber employs a third-party claims company to investigate and settle cases of sexual assault by its drivers and has handed off riders' personal information without seeking their permission, or even informing them.

The ride-hailing company says the goal is to "facilitate support for victims." But women interviewed by USA TODAY were caught off guard to hear from a claims adjuster and say they were confused, even unsettled, by the repeated calls and vague messages.

# Survivor Resources Hotline Program



## The Team

— Women's Safety Program: Rachel Haas, Tracey Breeden
— S&I Legal: Lauren Shapiro, Laura McAdams, Jen Handley
— US/C Personal Safety Ops: Bushra Faiz, Nick Murphy
— US&C Safety Support: Matt Baker, Greg Brown
— PHX COE: Ruffin Chevaleau, Sarah Schol, Darren Baldwin
— Safety Comms: Jodi Page
— Safety Policy: Brittany Anthony
— Privacy Legal: Dayo Simms
— Privacy Product: Siggi Hindrichs
— Global Safety Support: Catherine Gibbons

+ RAINN consulting team, victim services team, tech team, & comms team
+ Broadspire team

Agenda

**01** Program Details

**02** User Journey

**03** ReferralProcess

**04** Communications

# Program Details



# Piloting Uber's Survivor Resources Hotline in five cities

**RAINN** | Uber

Last year, we announced we were partnering with RAINN to **launch a dedicated Hotline and Support Fund in 2020 for Rides users that report critical incidents of sexual assault** while using our platform.

May 5th we launch in Los Angeles, Chicago, Boston, Atlanta, and San Francisco with plans to expand nationally in H2.





### Survivor -centered Support

- Free, confidential crisis support through a **dedicated Hotline** managed by RAINN staff

### Referrals & Expert Guidance

- Help navigating options related to short- and long-term support

### Support Fund

- Access to Uber-funded resources including trauma-informed counseling, temporary accommodation, transportation assistance, and airfare through a Support Fund



Attorney Client Privilege

# We Are Standing Up Two Services To Uber Sexual Assault Victims

**1**

### Uber Survivor Resources Hotline    - Managed by RAINN

Connect survivors of sexual assault with RAINN specialists who can help provide survivors with confidential support such as crisis counseling, information and options for seeking medical services or reporting to law enforcement, and expert-backed referrals for longer-term support to aid their healing.

**2**

### Uber Support Fund  - Administered by Broadspire

Create a fund so that users who experience incidents of sexual assault can get Uber-funded services and support in order to access trauma-informed therapy, roundtrip flight for family member, transportation to doctor's appointments and other accommodations to facilitate their healing.

Attorney Client Privilege

**1**

# Uber's Survivor Resources Hotline

## Personal

- Free and confidential, but not anonymous
- Operating Hours 9 AM- 7 PM EST, Monday through Friday
- Confidential crisis support from a trained staff member
- Someone to help you talk through what happened
- Access to Uber-funded resources including trauma-informed counseling, temporary accommodation, transportation assistance, and airfare through Support Fund (ranging between ▇▇▇▇▇▇▇ )

## Health

- Individual and group counseling services
- Basic information about medical concerns
- Help finding a local health facility or hospital trained to care for survivors of sexual assault

## Justice

- Information about the laws in your community
- Help reporting to police, if desired
- Help understanding the steps in the process, from reporting through the court process

Attorney Client Privilege

# 2 **Support Fund**

Users referred to the Survivor Resources Hotline, managed by RAINN, will be able to access reimbursement for Uber funded accommodations through a **Support Fund** .

The Uber Support Fund reimbursements will be coordinated and processed through Broadspire, an independent third-party coordinator. Broadspire will verify that expenses meet the Fund parameters and confirm that receipts meet the requirements outlined in the Special Handling Instructions.

# Scope

Attorney Client Privilege

| Category | Primary | Secondary | |
|---|---|---|---|
| Category A | Sexual Assault | Non-consensual Sexual Penetration | Uber's Survivor Resources Hotline |
| Category A | Sexual Assault | Attempted Non-consensual Sexual Penetration | Uber's Survivor Resources Hotline |
| Category A | Sexual Assault | Non-Consensual Touching- Sexual Body Part | Uber's Survivor Resources Hotline |
| Category A | Sexual Assault | Non-Consensual Kissing- Sexual Body Part | Uber's Survivor Resources Hotline |
| Category A | Sexual Misconduct | Explicit Masturbation | Uber's Survivor Resources Hotline |
| Category A | Sexual Assault | Non-Consensual Kissing- Non-Sexual Body Part | National Sexual Assault Hotline (Required |
| Category B | Sexual Assault | Attempted Kissing - Sexual Body Part | National Sexual Assault Hotline (Required |
| Category B | Sexual Assault | Attempted Touching - Sexual Body Part | National Sexual Assault Hotline (Required |
| Category B | Sexual Assault | Non-Consensual Touching- Non-Sexual Body Part | National Sexual Assault Hotline (Optional |
| Category B | Sexual Assault | Attempted Kissing - Non-Sexual Body Part | National Sexual Assault Hotline (Optional |
| Category B | Sexual Assault | Attempted Touching - Non-Sexual Body Part | National Sexual Assault Hotline (Optional |
| Category B | Sexual Assault | Insufficient information | National Sexual Assault Hotline (Optional |
| Category B | Sexual Misconduct | Masturbation / Indecent Exposure (except Explicit Masturbation) | National Sexual Assault Hotline (Optional |
| Category B | Sexual Misconduct | Indecent photography without consent | National Sexual Assault Hotline (Optional |
| Category B | Sexual Misconduct | Soliciting Sexual Act | National Sexual Assault Hotline (Optional |
| Category B | Sexual Misconduct | Verbal Threat of Sexual Assault | National Sexual Assault Hotline (Optional |
| Category B | Sexual Misconduct | Insufficient information | National Sexual Assault Hotline (Optional |

Attorney Client Privilege

# Program Offerings

Over the long-run, we envision this program supporting the following issue types and accomodations.

| SA Hotline Category | Services Available | | Eligible Services |
|---|---|---|---|
| | Hotline | Fund for Additional Services | |
| Non-Consensual Sexual Penetration | ✓ | ✓ | - Trauma-informed therapy<br>- Temporary accommodation<br>- Transportation assistance |
| Attempted Non-Consensual Sexual Penetration | ✓ | ✓ | - Trauma-informed therapy |
| Non-Consensual Kissing - Sexual Body Part | ✓ | ✓ | - Trauma-informed therapy |
| Non-Consensual Touching - Sexual Body Part | ✓ | ✓ | - Trauma-informed therapy |
| Masturbation (criminal) | ✓ | ✓ | - Trauma-informed therapy |
| All Other Categories | ✗ | ✗ | - N/A |

# User Journey





**01** US&C Safety Support

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

*See listing and description of all safety teams here
** LERT organizationally aligned to Legal / Security

Attorney Client Privilege

# Operational Details Of Program

The primary interaction model is between a SA victim (hotline visitor), Uber, RAINN, and a third-party administration (TPA).



*Important Note On Privacy: RAINN will never share any personally identifiable information with Uber. Once the intake has been completed, the third-party claims administrator is the only individual who will receive any intake information. Also, when RAINN provides Uber with Monthly Status Report (MSR), anonymity of victims will be protected. Any usage data specific to visitor background information will only be shared with Uber in the aggregate.

# Call Flow

## Updated script reviewed by RAINN

**TODODAY**

Hi, my name is [Investigator Name] and I am calling from Uber. May I please speak to [First Name]?

I'm following up on the recent feedback you submitted. Do you have a moment to speak with me?

[IF YES] Great. Before we get started, I need to let you know that this call will be recorded for quality and training purposes. Is that okay?

[IF YES] I was hoping we could discuss the details of the incident you reported. Do you mind if I ask you a few questions?



**AFTER LAUNCH**

Hi, my name is [Investigator Name] and I am calling from Uber. May I please speak to [First Name]?

*I am on Uber's Trust & Safety Support team and* ~~I'm following up on the~~ recent ~~feedback you submitted~~ *safety incident you reported* . Do you have a moment to speak with me?

[IF YES] Great. Before we get started, I need to let you know that this call will be recorded for quality ~~and training~~ purposes. Is that okay?

[IF YES]~~I was hoping we could discuss the details of the incident you reported. Do you mind if I ask you a few questions?~~ *The goal of this call is to gather more information about the incident you reported. I know it can be difficult to describe details of your experience, but in order to complete the review process I need to ask you some questions. Is now a good time?*

*Thank you. Please just let me know if you need to stop at any time or take a break.*

# Call Flow

## Investigation Questions



### Introduce RAINN

*But before we end our call, I would like to share some information about the additional resources available to you. Before I continue, do you have any questions for me?*

*We've established a dedicated Uber Resources Hotline which is managed by RAINN—a nonprofit that operates the National Sexual Assault Hotline. If you're interested in accessing this Uber Resources Hotline, you can receive confidential and free support from RAINN's trained support specialists as well as referrals to emergency, direct service, and support resources. Through the Resources Hotline, you can also access additional resources, like trauma-informed therapy, that are covered by Uber.*

*If you are interested in learning more, I can begin the referral process now.*

# Call Flow



## Consent to Share

In order to access the Uber Resources Hotline, users will need to consent to sharing their name.

*In order to make a referral to the Hotline so you can access the additional resources, we will need to share some information to RAINN. Do you consent to us sharing your first name with RAINN?*

*[If Yes]*
*Thanks, would you mind providing me with your first name as it appears on your ID?*

# Call Flow



## Offer to Transfer

If a user is interested in accessing resources at any time during your call, you can offer to transfer them directly to the Uber Hotline.

*I'm going to provide information about RAINN and the Uber Survivor Resources Hotline in the message I send you after this call, but I can also transfer you now. Do you want me to transfer you directly to the Hotline?*

# Referral Process



# RAINN Web Portal

██████████████

## Password -protected login page

Investigators will access RAINN's web portal to submit the user's name and incident category at █████████████████ The password-protected login page requires a shared, rotating, access code.

Access Code: █████████████



# RAINN Web Portal

## Login Window of the Uber ℠-facing UI

User interface for Uber's Trust & Safety Investigations Team service agents, with credentials managed within an administration console by COE CommOps and NA CommOps Critical Support Program Team



# RAINN Web Portal

## Referral page

Investigators will access RAINN's web portal to submit the user's name and incident category.

| Category | Code |
|---|---|
| Non-Consensual Sexual Penetration | 1 |
| Non-Consensual Kissing- Sexual Body Part | 2 |
| Non-Consensual Touching- Sexual Body Part | 3 |
| Attempted Non-Consensual Sexual Penetration | 4 |
| Explicit Masturbation | 5 |



# RAINN Web Portal

## Confirmation page

After submitting the name and category, the RAINN web portal will produce a unique identifier that will be relayed to the user by phone and copied into the follow-up message in Bliss.



# Documentation

## JIRA Field Guidelines

Investigators will document additional details specific to Uber Hotline referrals in the JIRA ticket.

| JIRA Field | Details | |
|---|---|---|
| Rider/Driver Side | Offer | Investigator offers to refer the user |
| | Consent | User's consent to referral is documented |
| | Unique PIN | Unique identifier produced by the RAINN web portal and provided to the user is documented |
| Attachment | Recording | Attach the call recording to the JIRA ticket |
| Comments | Legal POC | Use the Legal Contact Guide to tag in the appropriate POC from insurance litigation |

# Transferring Calls

## PureCloud

If a user accepts our offer to transfer the call, an Investigator can initiate this transfer without putting the caller on hold.

1. Select *Add Participant* from the Call Actions menu
2. On the dial pad that is displayed, enter the phone number for the Uber Resources Hotline, 844.958.2378
3. Once you hear the RAINN IVR, you can disconnect from the call and leave the user on the line (their call continues without recording)



## DialPad

1. Select Transfer via your Dialpad window
2. Enter the Uber Hotline number in the Transfer To search bar
3. Once the number is entered, you'll be given two options (Ask First or Transfer Now)
4. Select Transfer Now
5. Investigators are automatically disconnected



# Communications

# Uber Communication to User

Automated e-mail to user following completion of RAINN hotline interaction

[Copy Doc](Copy Doc)



# RAINN Email to User

Automated e-mail to user following completion of RAINN hotline interaction

[Copy Doc](#)



# Broadspire
# Special Handling
# Instructions

Step by step process and template communications

Copy Doc

# Soooo where are we?



A/C Privileged Work Product

# Uber's Survivor Resources Hotline

In May, we launched the dedicated Survivor Resources Hotline in 5 cities (LA, Chicago, Boston, ATL, and SF) and recently expanded to 7 additional cities (Houston, Washington DC, Las Vegas, Miami, Tampa Bay, New York City, and Philadelphia).

Looking to expand to all US before EOY **BUT** evaluating usage and therefore utilizing results to inform budget & strategy is VERY difficult. Why? Costs of full scale rollout are incredibly volatile —dependent on incident rate, participant usage (which is hard to predict as everyone responds differently to trauma), and the numerous failure points in the end-to-end experience.

Uber

RAINN

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

# Appendix



## Data Types

| | UBER | RAINN | BROADSPIRE |
|---|---|---|---|
| **First Name** | Collected by Agent and input into RAINN tech solution | Cannot access | Can access (upon receipt of confirmation from RAINN) |
| **PIN (Alpha-Numeric Code)** | Generated by Agent (through RAINN tech solution) | Can access (used by RAINN agent to confirm eligibility) | Can access (upon receipt of confirmation from RAINN) |
| **Category Code** | Input by agent into RAINN tech solution (based on JIRA/Bliss Incident- Type) | Can access | Can access (upon receipt of confirmation from RAINN) |
| **Date of referral** | Timestamped upon submission (through RAINN tech solution) | Can access | Can access (upon receipt of confirmation from RAINN) |
| **Preferred method of contact (email and phone number)** | N/A | Collected by RAINN agent & submitted to Broadspire with confirmation | Can access (upon receipt of confirmation from RAINN) |
| **Government issued ID** | N/A | N/A | Collected by Broadspire to validate First Name |



## Data Types

| | UBER | RAINN | BROADSPIRE |
|---|---|---|---|
| First Name | Collected by Agent and input into RAINN tech solution | Cannot access | Can access (upon receipt of confirmation from RAINN) |
| PIN (Alpha-Numeric Code) | Generated by Agent (through RAINN tech solution) | Can access (used by RAINN agent to confirm eligibility) | Can access (upon receipt of confirmation from RAINN) |
| Category Code | Input by agent into RAINN tech solution (based on JIRA/Bliss Incident- Type) | Can access | Can access (upon receipt of confirmation from RAINN) |
| Date of referral | Timestamped upon submission (through RAINN tech solution) | Can access | Can access (upon receipt of confirmation from RAINN) |
| Preferred method of contact (email and phone number) | N/A | Collected by RAINN agent & submitted to Broadspire with confirmation | Can access (upon receipt of confirmation from RAINN) |
| Government issued ID | N/A | N/A | Collected by Broadspire to validate First Name |

| Workstream | Lead | Key Topics |
|---|---|---|
| User Reporting | Matt Baker, Greg Brown | <ul><li>Scripts</li><li>Consent</li><li>Referral process<ul><li>Creation of reimbursement record</li><li>PIN Generation</li></ul></li><li>L&D, Training, etc.</li><li>JIRA <> RAINN Reimbursement Management System</li></ul> |
| TPA Training | Rachel Haas, Laura McAdams | <ul><li>Pre & Post-training surveys</li><li>Content</li><li>Logistics</li></ul> |
| Hotline Set Up | Rachel Haas, Tracey Breeden | <ul><li>SOW / PO</li><li>Fund Parameters</li><li>Standard responses</li><li>Script development, Letter, etc</li><li>Escalation review group</li></ul> |
| Product | Siggi | <ul><li>Data types</li><li>PIA</li><li>RAINN Reimbursement Management System</li></ul> |
| Comms | Jodi Kawanda Page | <ul><li>Messaging</li><li>Alignment with RAINN Comms</li></ul> |
| Safety Standard | Jen Handley, Valerie Shuping, Bushra Faiz | <ul><li>Updating relevant Safety Standards</li></ul> |
| Fund administration | Lauren Shapiro, Bushra Faiz | <ul><li>Special Handling Instructions</li><li>Operationalize fund</li></ul> |
| Measurement/Evaluation | Bushra Faiz, Lauren Shapiro | <ul><li>Budget tracking</li><li>KPI tracking</li></ul> |

| YES | NO |
|---|---|
| ✅ <br> **Uber Survivor Resources Hotline** <br> **Uber Resources Hotline** <br> *"We've partned with RAINN, the largest anti-sexual violence organization in the US to create a dedicated Survivor Resources Hotline managed by RAINN's support specialists"* | 🚫 <br> Uber Survivor Support Hotline <br> Uber Support Hotline <br> RAINN Hotline |
| ✅ <br> **Support Fund** <br> *"Uber has set up a Support Fund…"* <br> *"To access your Support Fund…"* <br> *"The fund is available to you between…"* | 🚫 <br><br> Uber Survivor Resources Fund <br> Uber Survivor Support Fund |
| ✅ <br> **Fund start date** <br> *"Reimbursements can be made between [FUND START DATE] and [FUND END DATE]."* | 🚫 <br> **Loss date** <br> **Referral date** <br> *"You have access the Support Fund for up to a year from your referral date"* |
| ✅ <br> **Reimbursement request** <br> **Support Fund Referral** | 🚫 <br> **Claim** |