# **Exhibit E**

# EXHIBIT 5

## EXHIBIT FILED UNDER SEAL

**UBER_JCCP_MDL_000118664-UBER_JCCP_MDL_000118664.0029**

# Sexual Assault Survivor Support & Resource Hotline Program

Tracey Breeden
Rachel Haas (Lead)
Katie Waitzman, Maureen Frangopoulos (Legal)
Nick Murphy (Ops Support)

Uber

**Attorney Client Privilege**

CONFIDENTIAL

UBER000138766
UBER_JCCP_MDL_000118664

**Attorney Client Privilege**

# TL;DR:

- We've been working on a proposal to partner with RAINN to offer two things to survivors of serious sexual assault incidents:
    - 1) **Support hotline -** A hotline to connect survivors with RAINN specialists who can confidentially give them support
    - 2) **Services fund -** A fund to offer survivors of sexual assault with services like therapy, roundtrip flights for family members, etc.

- We believe this program will fund itself via insurance savings, will build us credibility w/ RAINN, and is also the right thing to do for survivors of serious sexual assault

- Program will cost ▮▮▮▮▮ this year (includes a 5-city pilot for 5 months, then full scale rollout) and up to ▮▮▮▮▮ annually at scale
    - Probably over-estimating but will be impossible to know until 5-month pilot is complete

CONFIDENTIAL

UBER000138766.0001
UBER_JCCP_MDL_000118664.0001

**Attorney Client Privilege**

**01** Problem Statement Overview
**02** Program Details & Phased Approach Options
**03** FAQs
**04** Recommended Timelines

# Problem Statement Overview

CONFIDENTIAL

UBER000138766.0003
UBER_JCCP_MDL_000118664.0003

Attorney Client Privilege

# We Are Partnering With RAINN To Offer Two Services To Uber Sexual Assault Victims

**1**

## Support Hotline

Connect survivors of sexual assault with RAINN specialists who can help provide survivors with confidential support such as crisis counseling, information and options for seeking medical services or reporting to law enforcement, and expert-backed referrals for longer-term support to aid their healing.

**2**

## Services Fund

Create a fund so that users who experience incidents of sexual assault can get Uber-funded services and support in order to access trauma-informed therapy, roundtrip flight for family member, transportation to doctor's appointments and other accommodations to facilitate their healing.

Attorney Client Privilege

# Why This Partnership?

The SA Survivor Support & Resource Hotline Program is a strong step forward to provide the crucial support to users affected by sexual assault.

## It is the right thing to do.

We need to improve the support for users that experience sexual assaults on our platform. Our support agents today are investigative in nature and continually ask for better tools to support reporters; we need to provide an outlet for case management support, i.e., provide a victim-centered and trauma-informed response that may take many months to provide the right support.

## We committed to it.

We publicly announced that we were close to implementing the Hotline with RAINN after recent news. Failure to promptly launch the Hotline could generate additional negative media attention.

## Legal and Insurance.

Currently, insurance costs, remain one of the highest costs to the business and sexual assault incidents are one of the most expensive liability risks for Uber. For matters settled in H1 2019, for example, when there was poor handling from the IRT response process noted during the matter investigation, insurance settlements increased by ▇▇▇ on average.

The release of the Safety Report will increase scrutiny on Uber's response to reports and the potential severity of the risks above, resulting in potential punitive regulation if Uber is not proactive.

## Competitive Differentiation.

Consumers' expectations of companies are increasing and our competitors are responding. Lyft's $1.5M investment in RAINN includes working with their VP of Customer Experience and Trust to develop trainings for Lyft team members (in addition to riders and drivers).

# Program Details & Pilot Options

CONFIDENTIAL

UBER000138766.0006
UBER_JCCP_MDL_000118664.0006

**Attorney Client Privilege**

# TL;DR: Our Recommendation

The SA Survivor Support & Resource Hotline Program will launch in Q1 2020 as a phased approach in five cities for all five incident categories, with targeted full scale rollout in Q3 2020 (see timeline).

| END-STATE | 2020 RECOMMENDATION (*options here*) |
|---|---|
| Roll-out nationally for all users reporting a serious IPC in the categories mentioned below:<br><br>1. Non-Consensual Sexual Penetration<br>2. Non-Consensual Kissing - Sexual Body Part<br>3. Non-Consensual Touching - Sexual Body Part<br>4. Attempted Non-Consensual Sexual Penetration<br>5. Masturbation (criminal) | Roll-out in five cities (LA, BOS, CHI, ATL, SF) for five-months for all users then full scale for five-months:<br><br>• Non-Consensual Sexual Penetration<br>• Non-Consensual Kissing - Sexual Body Part<br>• Non-Consensual Touching - Sexual Body Part<br>• Attempted Non-Consensual Sexual Penetration<br>• Masturbation (criminal) |
| **2021+ Budget: Approximately** ▬ | **2020 Budget: Approximately** ▬ |

**Links**: Program Plan/Roadmap; Full RAINN proposal; RAINN setup guide; Hotline category parameters; Global SA standard

UBER000138766.0007<br>UBER_JCCP_MDL_000118664.0007

Attorney Client Privilege

# Program Offerings

Over the long-run, we envision this program supporting the following issue types and accomodations.

| SA Hotline Category | Services Available | | | | Eligible Services |
|---|---|---|---|---|---|
| | Hotline | Fund for Additional Services | Average Litigation Claims For Reference | Maximum Fund Allowed (per person) | |
| Non-Consensual Sexual Penetration | ✔ | ✔ | ▬ | ▬ | - Trauma-informed therapy<br>- Temporary accommodation<br>- Transportation assistance |
| Attempted Non-Consensual Sexual Penetration | ✔ | ✔ | ▬ | ▬ | - Trauma-informed therapy |
| Non-Consensual Kissing - Sexual Body Part | ✔ | ✔ | ▬ | ▬ | - Trauma-informed therapy |
| Non-Consensual Touching - Sexual Body Part | ✔ | ✔ | ▬ | ▬ | - Trauma-informed therapy |
| Masturbation (criminal) | ✔ | ✔ | ▬ | ▬ | - Trauma-informed therapy |
| All Other Categories | ✖ | ✖ | | N/A | - N/A |

UBER000138766.0008
UBER_JCCP_MDL_000118664.0008

Attorney Client Privilege

# Costs Of Full Scale Rollout Are Largely Volatile

Even at full scale, the cost will largely depend on interest of participants to participate and complete all the sessions. Based on our sensitivity analysis, the cost of the fund alone can range anywhere between ██████████

| | Maximum Budget | Upper Bound | Lower Bound |
|---|---|---|---|
| Count of Incidents | ██████ | ██████ | ██████ |
| **% Eligible for Referral X % Expected to Enter Program** | | | |
| Non-Consensual Sexual Penetration | 100% X 100% | 100% X 100% | 100% X 80% |
| Attempted Non-Consensual Sexual Penetration | 100% X 100% | 100% X 100% | 100% X 50% |
| Non-Consensual Kissing - Sexual Body Part | 100% X 100% | 100% X 100% | 100% X 30% |
| Non-Consensual Touching - Sexual Body Part | 100% X 100% | 100% X 100% | 100% X 30% |
| Masturbation | 100% X 100% | 100% X 100% | 100% X 30% |
| **% of Fund Likely to be Used (i.e. % of sessions completed)** | | | |
| Non-Consensual Sexual Penetration | 100% | 100% | 100% |
| Attempted Non-Consensual Sexual Penetration | 100% | 100% | 80% |
| Non-Consensual Kissing - Sexual Body Part | 100% | 80% | 60% |
| Non-Consensual Touching - Sexual Body Part | 100% | 80% | 60% |
| Masturbation | 100% | 80% | 60% |
| Fund Amount (not incl. fixed costs) | ██████ | ██████ | ██████ |

Link to Calculation

CONFIDENTIAL

UBER000138766.0009
UBER_JCCP_MDL_000118664.0009

Attorney Client Privilege

# So, We Recommend a 5-City Pilot To Better Estimate Costs

- 5 Cities: LA, BOS, CHI, ATL, SF

- 5 Month Pilot: March - July

- Goals: Understand participation rate, usage of funds, build operational infrastructure needed for program

**Attorney Client Privilege**

1

# In 2021, if incidents stayed flat, program would cost between ▮▮▮▮▮▮▮. In 2020, the program will cost ▮▮▮▮



| | Phased 2020 Approach (Lower Bound) | Phased 2020 Approach (Upper Bound) | Est. 2021+ Full Program Cost (LOWER BOUND) | Est. 2021+ Full Program Cost (UPPER BOUND) |
|---|---|---|---|---|
| **FIXED COSTS** | | | | |
| Rain Set Up Fee | | | | |
| RAINN TPA Training | | | | |
| **VARIABLE COSTS** | | | | |
| RAINN Hotline Management | | | | |
| Therapy Fund | | | | |
| TPA Claim Administration Fees | | | | |
| **TOTAL PROGRAM COST** | | | | |
| *Total Participants* | | | | |

**Link to calculation**

CONFIDENTIAL

UBER000138766.0011
UBER_JCCP_MDL_000118664.0011

**Slide 12 Comments**

1        @celeste.lazzerini@uber.com
         *Rachel Haas,  2/18/2021 08:35 PM*

CONFIDENTIAL

UBER000138766.0012
UBER_JCCP_MDL_000118664.0012

Attorney Client Privilege

# Approvals Needed

- **2020 Fund Budget:** ▮▮▮▮
  - Includes pilot in 5 cities for 5 months, and then full scale US rollout afterward

- Alignment with making this commitment more generally <u>today</u>, which is close to a one-way door

UBER000138766.0013
UBER_JCCP_MDL_000118664.0013

**Attorney Client Privilege**

# Recommended Timelines



CONFIDENTIAL

UBER000138766.0014
UBER_JCCP_MDL_000118664.0014

Attorney Client Privilege

# Thank you

CONFIDENTIAL

UBER000138766.0015
UBER_JCCP_MDL_000118664.0015

Attorney Client Privilege

# Addendum

CONFIDENTIAL

UBER000138766.0016
UBER_JCCP_MDL_000118664.0016

**Attorney Client Privilege**

# Operational Details Of Program

The primary interaction model is between a SA victim (hotline visitor), Uber, RAINN, and a third-party administration (TPA).



\*Important Note On Privacy: RAINN will never share any personally identifiable information with Uber. Once the intake has been completed, the third-party claims administrator is the only individual who will receive any intake information. Also, when RAINN provides Uber with Monthly Status Report (MSR), anonymity of victims will be protected. Any usage data specific to visitor background information will only be shared with Uber in the aggregate.

CONFIDENTIAL

UBER000138766.0017
UBER_JCCP_MDL_000118664.0017

**Attorney Client Privilege**

# Program Offerings (End State)

Over the long-run, we envision this program supporting the following issue types and accomodations.

| SA Hotline Category | Maximum Amount | Example Accommodations |
|---|---|---|
| Non-Consensual Sexual Penetration | Amount available through fund: $12,000 | Trauma-informed therapy for up to one year following the referral date: cost of once-weekly, one-hour therapy sessions. Includes costs of medication management and a person's co-pay if their therapy fees are covered by insurance.<br><br>Round-trip airfare for the referred user or loved one to help the user get the support and care they need.<br><br>Temporary accommodation for up to 30 days while in temporary accommodation. For example, if caller decides he/she wants to relocate. (Note: Uber will not support expense reimbursement for housing deposits or rent payments.)<br><br>Transportation costs up to $1,200). For example, this will help cover any additional costs to and from counseling appointments or police station. |
| Non-Consensual Kissing - Sexual Body Part | Amount available through fund: $4,000 | Trauma-informed therapy: cost of once-weekly, one-hour therapy sessions for up to 20 sessions (eligible expenses occur within one year following the referral date). Includes costs of medication management and a person's co-pay if their therapy fees are covered by insurance |
| Non-Consensual Touching - Sexual Body Part | Amount available through fund: $4,000 | Trauma-informed therapy: cost of once-weekly, one-hour therapy sessions for up to 20 sessions (eligible expenses occur within one year following the referral date). Includes costs of medication management and a person's co-pay if their therapy fees are covered by insurance |
| Attempted Non-Consensual Sexual Penetration | Amount available through fund: $6,000 | Trauma-informed therapy: cost of once-weekly, one-hour therapy sessions for up to 30 sessions (eligible expenses occur within one year following the referral date). Includes costs of medication management and a person's co-pay if their therapy fees are covered by insurance |
| Masturbation (criminal) | Amount available through fund: | Trauma-informed therapy: cost of once-weekly, one-hour therapy sessions for up to 16 sessions (eligible expenses occur within one year following the referral date). Includes costs of medication management and a person's co-pay if their |

UBER000138766.0018
UBER_JCCP_MDL_000118664.0018

**Attorney Client Privilege**

# How the Program operates (end-state)

The primary interaction model is between a SA victim (hotline visitor), Uber, RAINN, and a third-party administration (TPA).



| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Uber will triage and refer eligible callers to the hotline. | RAINN support specialists further confirm "visitor's" eligibility and appropriateness for the Survivor Resource Hotline. | RAINN support specialists will refer to a list of Uber-approved accommodations / max funds when assisting visitors. | After RAINN support specialists complete the intake process, visitor's information is forwarded to the third-party claims administrator, who will then communicate directly with the visitor regarding reimbursement information.

Visitor has one-year post-incident to use accommodations. | RAINN will never share any personally identifiable information with Uber.

Once the intake has been completed, the third-party claims administrator is the only individual who will receive any intake Information. | RAINN will provide Uber with a Monthly Status Report (MSR) that details the usage of the hotline, while still protecting the anonymity of hotline visitors.

Usage data, including time, date, and length of all interactions, will be shared in full. Any usage data specific to visitor background information will only be shared with Uber in the |

CONFIDENTIAL

UBER000138766.0019
UBER_JCCP_MDL_000118664.0019

**Attorney Client Privilege**

# Questions

Here are a few questions that have come up and answers to them.

1

- Q: What are benchmarks or expected % of people who will take advantage of such services? By category type?

  - A: Insert

- Q: What are the scripts that either Uber support agents or RAINN agents leverage to position the services?

  - A: Insert

- Q: How will RAINN staff this Program?

  - A: The Hotline will be staffed by trained support specialists with the most experience and training – RAINN's National Sexual Assault Hotline (NSAH) management staff. The staff will receive a training that is tailored specifically to the policies and procedures that govern the program.

- Q: Who is facilitating the logistics (e.g., flights, scheduling sessions, etc.)

  - We are not providing logistical support. Survivor will be reimbursed for eligible expenses after they submit appropriate documentation. TPA provider will process reimbursement.

- Q: When will the Hotline be in service?

  - M-F, 9 am - 5 pm ET (excluding federal holidays)

  - Can leave a message outside of these hours, which will be returned during operating hours

CONFIDENTIAL

UBER000138766.0020
UBER_JCCP_MDL_000118664.0020

**Slide 20 Comments**

1    +haas@uber.com
    _Assigned to Rachel Haas_
    *Nick Murphy,  11/27/2019 02:41 PM*

CONFIDENTIAL

UBER000138766.0021
UBER_JCCP_MDL_000118664.0021

# **Deprecated**

Not used

CONFIDENTIAL

UBER000138766.0022
UBER_JCCP_MDL_000118664.0022

# Phased Approach Options

Attorney Client Privilege

However, a fully scaled program of this sort would be quite costly (████████ annualized) and has significant variation. As such, we'd like to start with a phased approach.

| Option | Description | Cities | Categories | | | | | Annualized Fund Amount (not incl. fixed costs) |
|--------|-------------|--------|------------|---|---|---|---|------|
| | | | Non-Consensual Sexual Penetration | Attempted Non-Consensual Sexual Penetration | Non-Consensual Kissing - Sexual Body Part | Non-Consensual Touching - Sexual Body Part | Masturbation (criminal) | |
| A | Full Scale | All | ✔ | ✔ | ✔ | ✔ | ✔ | ██████ |
| B | Select Categories | All | ✔ | ✔ | | | | ██████ |
| C | Select Cities | LA, BOS, CHI, ATL, SF | ✔ | ✔ | ✔ | ✔ | ✔ | ██████ |
| D | Select Cities & Categories | | ✔ | ✔ | | | | ██████ |
| E | Select Services, Cities, Categories | | ✔ | ✔ | | | | ██████ |

**Recommended Starting Point (Option C)**

*Can conduct an analysis and measure participation rate and fund utilization rate prior to scaling to add'l cities and make adjustment to fund amount and eligible accomodations depending on performance of phased approach*        *Option E assumes a 20% reduction in services / accommodations offered*

CONFIDENTIAL

UBER000138766.0023
UBER_JCCP_MDL_000118664.0023

## Slide 22 Notes

Per Danielle, my feeling on this is that we should do the following:
1) Roll this out to 5 cities - LA, BOS, CHI, ATL, SF
2) Measure participation rate % and fund utilization %
3) Use pilot to estimate budget of full launch
4) Get funding secured for full launch based on how the above test goes. Scale.

CONFIDENTIAL

Attorney Client Privilege

# In 2021, if incidents stayed flat, program would cost between ███████████. In 2020 specifically, we need ██████ to get this program off the ground.

| | Annualized Fund | Monthly Amount | Expected Run (Months) | Cost |
|---|---|---|---|---|
| 5 City Launch (Proposed Approach) | | | | |
| Full US Rollout (Lower Bound) | | | | |
| Full US Rollout (Upper Bound) | | | | |
| **2020 FUND AMOUNT (LOWER BOUND)** Based on lower referral & usage rate projection in sensitivity analysis | | | | |
| | | | | |
| **2020 FUND AMOUNT (UPPER BOUND)** Based on higher referral & usage rate projection in sensitivity analysis | | | | |

CONFIDENTIAL

UBER000138766.0025
UBER_JCCP_MDL_000118664.0025

**Attorney Client Privilege**

# Approvals Needed

- **Sign off on proposed phased approach with understanding that we will utilize findings from Phase 1 to make modifications to full rollout**

- **Budget approval for** ▮▮▮▮ **(total fund amount for program under proposed phased approach)**

- **Public commitment and transparency about timeline for full rollout for the launch (per RAINN's request)**

- **More detailed review of the individual fund amount once the overall budget for fund is approved by the business (per RAINN's request)**

UBER000138766.0026
UBER_JCCP_MDL_000118664.0026

**Attorney Client Privilege**

3

# How to start the Program (pilot options)

There are a range of options to consider and respective tradeoffs.

2

| | 1: Full Scale (all cities, categories, services) | 2: Select Categories (all cities, services) | 3: Select Cities (all categories, services) | 4: Select Categories & Cities (all services) | 5: Select Services, Categories & Cities |
|---|---|---|---|---|---|
| **Description** | Roll-out nationally for all users facing a serious IPC in the categories mentioned below. | Roll-out **nationally** for all users facing a serious IPC in the **selected two categories** mentioned below. | Pilot in **Los Angeles, Boston, Chicago, Atlanta and San Francisco** (selected based on counts of incidents, legal recommendation, relation with regulators) for **all five categories.** | Pilot in **Los Angeles, Boston, Chicago, Atlanta and San Francisco** (selected based on counts of incidents, legal recommendation, relation with regulators) for **two categories.** | Pilot in **Los Angeles, Boston, Chicago, Atlanta and San Francisco** (selected based on counts of incidents, legal recommendation, relation with regulators) for **two categories, with selected services / smaller funds** (TBD).) |
| **~Last 12 months # of incidents (US, Rides-only)** | | | | | |
| **Budget (Annual)** *assumptions in sheet* | | | | | |
| **Benefits, Trade-offs, Timeline, and** | Benefits:<br>- Launches across all US in all category A SA incidents and serious masturbation, stronger grounds to withstand heightened scrutiny that will follow the release of safety report, well positioned to meet target goal of 10% reduction in sexual assault claims.<br>Trade-offs:<br>- No test to determine participation | Benefits:<br>- Launches across all US,<br>Trade-offs:<br><br><br>Timeline: | Insert | Insert | Insert |

CONFIDENTIAL

**Slide 25 Notes**

**Slide 25 Comments**

1     My recommendation is to pilot #3 or #4. Focus on 4 cities. I'd suggest a 4-month pilot in these cities where we can test and learn (1) against our assumptions in the model (2) the overall experience, triage model, scalability (3) better data to inform final incident types/budget sign-off.
*Nick Murphy,  11/27/2019 03:37 PM*

2     I agree, and I definitely don't think we should pilot with all categories. We should pick a subset of the most severe categories and scale from there.
*Danielle Sheridan,  11/27/2019 03:37 PM*

3     @nilles@uber.com
*Rachel Haas,  11/18/2020 03:32 PM*

CONFIDENTIAL

**Attorney Client Privilege**

# Pilot Options (trade-offs)

| Option | Description | Trade-offs |
|---|---|---|
| | | |
| A | Full Scale | Insert |
| B | Select Categories | Insert |
| C | Select Cities | Insert |
| D | Select Cities & Categories | Insert |
| E | Select Services, Cities, Categories | Insert |

CONFIDENTIAL

UBER000138766.0029
UBER_JCCP_MDL_000118664.0029

## UBER_JCCP_MDL_000118664

## Metadata

| All Custodians | Baker, Matthew;Breeden, Tracey;Faiz, Bushra;Freivogel, Cory;Fuldner, Gus;Kawada Page, Jodi;Maredia, Sarfraz;Muehrcke, Susan;Sheridan, Danielle | SEMANTIC |
|---|---|---|
| All Paths | Baker, Matthew: \JCCP-EDISCO-23800_2021_AprtoJune\JCCP-EDISCO-23800_2021_AprtoJune_60.zip; Baker, Matthew: \JCCP-EDISCO-23800_2021_AprtoJune\JCCP-EDISCO-23800_2021_AprtoJune_60.zip; Baker, Matthew: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_3.zip; Baker, Matthew: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_1.zip; Baker, Matthew: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_1.zip; Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_1.zip; Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_1.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_2.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_2.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_1.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_1.zip; Faiz, Bushra: \EDISCO-25937_bushra.faiz@uber.com.abbied@uber.com\EDISCO-25937_bushra.faiz@uber.com_abbied@uber.com_80.zip; Faiz, Bushra: \EDISCO-25937_bushra.faiz@uber.com.abbied@uber.com\EDISCO-25937_bushra.faiz@uber.com_abbied@uber.com_80.zip; Freivogel, Cory: \JCCP-EDISCO-23800_2021_AprtoJune\JCCP-EDISCO-23800_2021_AprtoJune_60.zip; Freivogel, Cory: \JCCP-EDISCO-23800_2021_AprtoJune\JCCP-EDISCO-23800_2021_AprtoJune_60.zip; Freivogel, Cory: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_2.zip; Freivogel, Cory: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_2.zip; Freivogel, Cory: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_3.zip; Freivogel, Cory: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_3.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2021_AprtoJune\JCCP-EDISCO-23800_2021_AprtoJune_60.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2021_AprtoJune\JCCP-EDISCO-23800_2021_AprtoJune_60.zip; Kawada Page, Jodi: \JCCP_DRIVE005\JCCP_Drive005_103.zip; Kawada Page, Jodi: \JCCP_DRIVE005\JCCP_Drive005_103.zip; Kawada Page, Jodi: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_3.zip; Kawada Page, Jodi: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_3.zip; Kawada Page, Jodi: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_1.zip; Kawada Page, Jodi: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_1.zip; Maredia, Sarfraz: \Maredia, Sarfraz\EDISCO-25493_sarfraz@uber.com_NEW_23.zip; Maredia, Sarfraz: \Maredia, Sarfraz\EDISCO-25493_sarfraz@uber.com_NEW_23.zip; Muehrcke, Susan: \EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com\EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com_23.zip; Muehrcke, Susan: \EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com\EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com_23.zip; Sheridan, Danielle: \JCCP-EDISCO-23800_2021_AprtoJune\JCCP-EDISCO-23800_2021_AprtoJune_60.zip; Sheridan, Danielle: \JCCP-EDISCO-23800_2021_AprtoJune\JCCP-EDISCO-23800_2021_AprtoJune_60.zip; Sheridan, Danielle: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_3.zip; Sheridan, Danielle: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_3.zip | SEMANTIC |
| Application | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000118664 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 11/26/2019 1:23 pm | SEMANTIC |
| End Family | UBER_JCCP_MDL_000118664 | SEMANTIC |
| File Path | \JCCP-EDISCO-23800_2021_AprtoJune\JCCP-EDISCO-23800_2021_AprtoJune_60.zip | SEMANTIC |
| File Size | 3064663 | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| Other Custodians | Baker, Matthew;Breeden, Tracey;Freivogel, Cory;Fuldner, Gus;Kawada Page, Jodi;Sheridan, Danielle;Maredia, Sarfraz;Muehrcke, Susan;Faiz, Bushra | SEMANTIC |
| Primary Date | 11/26/2019 1:23 pm | DOC_TYPE_ALIAS |
| Production Volume | UBER023;JCCP_MDL055; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 04/21/2021 9:26 pm | SEMANTIC |