# Exhibit F

# EXHIBIT 6

**EXHIBIT FILED UNDER SEAL**

**UBER_JCCP_MDL_002010063-UBER_JCCP_MDL_002010078**

Message

**From:** andrew.hasbun@uber.com [andrew.hasbun@uber.com]
**Sent:** 12/5/2019 3:52:53 AM
**To:** andrew.hasbun@uber.com; kallman@uber.com; brooke.anderson@uber.com; jodi.page@uber.com; chelseamk@uber.com; whaling@uber.com; carlyd@uber.com; noahe@uber.com; gklinzman@uber.com
**Subject:** AAAAh7PrTxg-krQC8aqIpG0

- **andrew.hasbun@uber.com** 2019-12-05T03:52:53.922Z

Agree

- **kallman@uber.com** 2019-12-05T04:16:07.031Z

What time does everyone land

- **andrew.hasbun@uber.com** 2019-12-05T04:16:19.694Z

30ish minutes

- **andrew.hasbun@uber.com** 2019-12-05T04:16:26.769Z

On descent now

- **brooke.anderson@uber.com** 2019-12-05T04:44:10.445Z

I'm almost done w script

- **brooke.anderson@uber.com** 2019-12-05T04:44:10.936Z

Will send when we land

- **brooke.anderson@uber.com** 2019-12-05T04:44:11.804Z

Awesome

- **kallman@uber.com** 2019-12-05T04:44:24.259Z

ok gimme a ring when you land brooke

- **brooke.anderson@uber.com** 2019-12-05T04:44:35.289Z

Okie dokie

- **andrew.hasbun@uber.com** 2019-12-05T04:55:51.540Z

Classic...

- **andrew.hasbun@uber.com** 2019-12-05T04:55:56.281Z

  ○ [redacted]

- **kallman@uber.com** 2019-12-05T04:57:33.004Z

hi alison!

- **andrew.hasbun@uber.com** 2019-12-05T04:57:48.090Z

She'll get what she wants very soon

- **kallman@uber.com** 2019-12-05T04:57:51.645Z

yes

CONFIDENTIAL
UBER_JCCP_MDL_002010063

- **kallman@uber.com** 2019-12-05T04:57:52.788Z

3:31pm

- **andrew.hasbun@uber.com** 2019-12-05T04:57:55.754Z

Yup

- **kallman@uber.com** 2019-12-05T05:11:24.539Z

kate would like to speak with tony as early as possible since she has to file a draft by 11

- **kallman@uber.com** 2019-12-05T05:11:31.947Z

and then would do a backgrounder with brittany after 12pm

- **jodi.page@uber.com** 2019-12-05T05:11:40.300Z

Does she want to talk to Karen?

- **brooke.anderson@uber.com** 2019-12-05T05:11:50.231Z

Yeah important she talk w Karen

- **jodi.page@uber.com** 2019-12-05T05:12:07.036Z

LMK time so I can shoot her a text

- **jodi.page@uber.com** 2019-12-05T05:12:44.012Z

she has mtgs in the AM but she can move them around for this.

- **kallman@uber.com** 2019-12-05T05:14:57.134Z

let's get tony avail

- **brooke.anderson@uber.com** 2019-12-05T05:15:05.496Z

I'm on it

- **kallman@uber.com** 2019-12-05T05:33:30.486Z

kate is being annoying about speaking with Karen

- **kallman@uber.com** 2019-12-05T05:34:24.710Z

feels like she needs an unaffiliated expert voice

- **kallman@uber.com** 2019-12-05T05:34:28.365Z

let's just focus on tony

- **brooke.anderson@uber.com** 2019-12-05T05:41:23.314Z

Ugh.

- **brooke.anderson@uber.com** 2019-12-05T05:41:27.302Z

She will be the only one who doesn't speak with an advocate

- **brooke.anderson@uber.com** 2019-12-05T05:41:50.448Z

she can get that after the embargo?

- **kallman@uber.com** 2019-12-05T05:41:56.611Z

i think we can get her there

- **kallman@uber.com** 2019-12-05T05:41:59.172Z

but let's start with tony

- **brooke.anderson@uber.com** 2019-12-05T05:42:07.003Z

KK!

- **kallman@uber.com** 2019-12-05T05:42:09.794Z

then get her karen or ebony

- **kallman@uber.com** 2019-12-05T05:42:11.356Z

she is surly

- **brooke.anderson@uber.com** 2019-12-05T05:42:22.708Z

Ok!!! We will get here there!

- **kallman@uber.com** 2019-12-05T05:42:37.184Z

i might be better for you to take over brooke

- **kallman@uber.com** 2019-12-05T05:42:42.436Z

she still is very prickly with me

- **brooke.anderson@uber.com** 2019-12-05T05:43:01.596Z

Ok- I should leave her alone tonight though right?

- **kallman@uber.com** 2019-12-05T05:43:04.188Z

yeah

- **kallman@uber.com** 2019-12-05T05:43:10.021Z

sit on the tony call with her

- **kallman@uber.com** 2019-12-05T05:43:11.533Z

then follow up

- **brooke.anderson@uber.com** 2019-12-05T05:43:22.928Z

K- will start fresh in the AM!

- **brooke.anderson@uber.com** 2019-12-05T05:43:41.051Z

I bet she will feel better after she reads it. Hard to say we are hiding the ball

- **kallman@uber.com** 2019-12-05T05:45:30.247Z

i feel like nothing will ever be good enough for her

- **kallman@uber.com** 2019-12-05T05:45:31.188Z

anyway

- **kallman@uber.com** 2019-12-05T05:45:39.231Z

send me that script, i can work on it tonight

- **brooke.anderson@uber.com** 2019-12-05T05:45:52.898Z

K will do - almost home

- **brooke.anderson@uber.com** 2019-12-05T06:36:15.583Z

i spoke with lisa stoner and she asked me to come talk about it at their next all hands; she is super excited about the report and proud. She said she'd post on LinkedIn too

- **jodi.page@uber.com** 2019-12-05T06:36:58.273Z

Great!!

- **kallman@uber.com** 2019-12-05T06:38:56.810Z

Great

- **kallman@uber.com** 2019-12-05T06:39:07.379Z

Wonder if she can also send a note to women at

- **brooke.anderson@uber.com** 2019-12-05T06:39:43.889Z

yes, she's totally game

- **brooke.anderson@uber.com** 2019-12-05T06:39:45.823Z

my phone died

- **brooke.anderson@uber.com** 2019-12-05T06:39:52.103Z

when i was talking w her, she's so nice

- **kallman@uber.com** 2019-12-05T13:41:23.814Z

https://twitter.com/cbsthismorning/status/1202564053496999936

  o    https://twitter.com/cbsthismorning/status/1202564053496999936

- **jodi.page@uber.com** 2019-12-05T13:47:54.008Z

Their use of the word "relentless" is absurd. Interesting that there is zero mention of us. Should make today even more interesting.

- **kallman@uber.com** 2019-12-05T13:48:12.304Z

We should have Tony email Gail

- **jodi.page@uber.com** 2019-12-05T13:48:33.617Z

good idea

- **kallman@uber.com** 2019-12-05T14:57:57.892Z

i changed dara's tweets

- **kallman@uber.com** 2019-12-05T14:58:29.119Z

made it a little tweetstrm

- **brooke.anderson@uber.com** 2019-12-05T14:58:38.965Z

love it

- **kallman@uber.com** 2019-12-05T14:59:26.912Z

i like the "they will all be right" line

- **kallman@uber.com** 2019-12-05T14:59:30.255Z

not just because i wrote it

- **jodi.page@uber.com** 2019-12-05T15:00:01.083Z

I like them

- **jodi.page@uber.com** 2019-12-05T15:00:04.037Z

Saw that this AM

- **kallman@uber.com** 2019-12-05T15:01:18.942Z

can i have edit access to newsroom post doc

- **jodi.page@uber.com** 2019-12-05T15:02:42.714Z

haha yes

- **brooke.anderson@uber.com** 2019-12-05T15:04:21.155Z

jodi i am sorrry i've got to tweak e's satmeent more

- **brooke.anderson@uber.com** 2019-12-05T15:04:27.550Z

it's too close

- **kallman@uber.com** 2019-12-05T15:10:42.862Z

see 2 comments i left in blog doc

- **jodi.page@uber.com** 2019-12-05T15:16:05.801Z

thx!

- **kallman@uber.com** 2019-12-05T15:18:28.616Z

also are those advocate statements final?

- **kallman@uber.com** 2019-12-05T15:18:31.644Z

we should send to kate

- **jodi.page@uber.com** 2019-12-05T15:27:48.920Z

Sorry I'm blanking - Kate?

- **kallman@uber.com** 2019-12-05T15:28:10.283Z

conger

- **jodi.page@uber.com** 2019-12-05T15:28:14.421Z

ahh...

- **jodi.page@uber.com** 2019-12-05T15:28:57.852Z

Yes they are final except I'm trying to confirm if the GHSA road safety one can be attributed to their ED vs. general

- **kallman@uber.com** 2019-12-05T15:29:09.887Z

kk

- **kallman@uber.com** 2019-12-05T15:29:10.938Z

no rush

- **kallman@uber.com** 2019-12-05T15:38:16.385Z

can we scrub the comms plan

- **kallman@uber.com** 2019-12-05T15:38:20.967Z

and make sure we delete anything not relevant

- **kallman@uber.com** 2019-12-05T15:38:26.563Z

and update any links for additional docs

- **kallman@uber.com** 2019-12-05T15:38:32.172Z

it's a little sprawling

- **jodi.page@uber.com** 2019-12-05T15:38:48.200Z

ha v. sprawling

- **kallman@uber.com** 2019-12-05T15:40:40.019Z

like we could get rid of advocate TPs

- **jodi.page@uber.com** 2019-12-05T15:43:31.471Z

We can put in sep doc and link

- **kallman@uber.com** 2019-12-05T15:47:05.516Z

https://www.marieclaire.com/politics/a30027839/illegal-rape-kit-billing-hospital-settlements/

- o https://www.marieclaire.com/politics/a30027839/illegal-rape-kit-billing-hospital-settlements/
- **brooke.anderson@uber.com** 2019-12-05T15:51:33.857Z

yes

- **brooke.anderson@uber.com** 2019-12-05T15:51:49.847Z

How is press list status?

- **jodi.page@uber.com** 2019-12-05T15:52:08.039Z

It's whittled

- **jodi.page@uber.com** 2019-12-05T15:52:32.510Z

lexi and becky are going to take a sweep through re: women's pubs in Tier4

- **kallman@uber.com** 2019-12-05T15:53:59.687Z

can we give dara access to safety comms doc pls

- **kallman@uber.com** 2019-12-05T15:54:21.886Z

he just asked

- **jodi.page@uber.com** 2019-12-05T15:54:30.405Z

done

- **jodi.page@uber.com** 2019-12-05T15:54:37.764Z

Should i unlock it?

- **jodi.page@uber.com** 2019-12-05T15:54:43.043Z

I have it locked down

- **kallman@uber.com** 2019-12-05T15:54:49.200Z

yeah unlock it

- **kallman@uber.com** 2019-12-05T15:54:49.808Z

thx

- **kallman@uber.com** 2019-12-05T16:00:21.932Z

can we take out those advocate TPs?

- **brooke.anderson@uber.com** 2019-12-05T16:08:34.760Z

done

- **kallman@uber.com** 2019-12-05T18:49:52.702Z

do we have a template for heads up emails

- **brooke.anderson@uber.com** 2019-12-05T18:50:05.880Z

i'm working on it but someone else could do

- **brooke.anderson@uber.com** 2019-12-05T18:50:12.097Z

i'm on the phone w/ reportters

- **jodi.page@uber.com** 2019-12-05T18:50:20.071Z

I'm working on the Tier 4 blast

- **jodi.page@uber.com** 2019-12-05T18:50:22.365Z

I can do it next

- **jodi.page@uber.com** 2019-12-05T18:51:24.690Z

Andrew is going to do the heads up one

- **kallman@uber.com** 2019-12-05T18:51:29.564Z

ok

- **kallman@uber.com** 2019-12-05T18:51:35.535Z

i was going to pass to steven rubenstein

- **kallman@uber.com** 2019-12-05T18:51:38.620Z

so he can use after 330

- **jodi.page@uber.com** 2019-12-05T18:53:11.034Z

We'll share doc in a bit with drafts

- **brooke.anderson@uber.com** 2019-12-05T18:59:02.574Z

emily's story is great

- **kallman@uber.com** 2019-12-05T18:59:16.098Z

peck?

- **brooke.anderson@uber.com** 2019-12-05T19:00:07.830Z

YES

- **kallman@uber.com** 2019-12-05T19:00:11.937Z

wow

- **brooke.anderson@uber.com** 2019-12-05T19:00:22.634Z

reading whole thing now,

- **kallman@uber.com** 2019-12-05T19:00:33.759Z

wait what

- **kallman@uber.com** 2019-12-05T19:00:38.542Z

she emailed the story to you?

- **andrew.hasbun@uber.com** 2019-12-05T19:01:06.467Z

That's insane.

- **kallman@uber.com** 2019-12-05T19:01:56.365Z

I'm confused

- **brooke.anderson@uber.com** 2019-12-05T19:02:23.797Z

listetning

- **jodi.page@uber.com** 2019-12-05T19:02:23.900Z

to review?

- **brooke.anderson@uber.com** 2019-12-05T19:04:07.153Z

i need kate to talk to Karen

- **kallman@uber.com** 2019-12-05T19:05:06.505Z

Brooke where are you

- **kallman@uber.com** 2019-12-05T19:05:16.007Z

I think we all need to be in the same place for the rest of the afternoon

- **brooke.anderson@uber.com** 2019-12-05T19:06:37.480Z

ok mohter's room

- **brooke.anderson@uber.com** 2019-12-05T19:06:38.498Z

coming now

- **kallman@uber.com** 2019-12-05T19:07:03.473Z

Ok well we shouldn't all convene there :)

- **jodi.page@uber.com** 2019-12-05T19:07:33.083Z

We're upstairs on 5 in a booth

- **jodi.page@uber.com** 2019-12-05T19:07:46.200Z

Andrew, Kayla and I

- **kallman@uber.com** 2019-12-05T19:08:10.328Z

we're taking shanghai til 230

- **kallman@uber.com** 2019-12-05T20:42:23.685Z

Updated room membership.

- **kallman@uber.com** 2019-12-05T20:42:40.996Z

https://www.nytimes.com/2019/12/05/business/lyft-sexual-assault-lawsuit.html?smtyp=cur&smid=tw-nytimes

  o     https://www.nytimes.com/2019/12/05/business/lyft-sexual-assault-lawsuit.html?smtyp=cur&smid=tw-nytimes

- **kallman@uber.com** 2019-12-05T21:30:02.141Z

continuous backgriound checks started July 2018 right?

- **andrew.hasbun@uber.com** 2019-12-05T21:30:15.276Z

Yes

- **andrew.hasbun@uber.com** 2019-12-05T21:30:31.054Z

40k list access since then

- **andrew.hasbun@uber.com** 2019-12-05T21:30:35.620Z

*lost

- **kallman@uber.com** 2019-12-05T21:38:05.660Z

that tech is US only right?

- **kallman@uber.com** 2019-12-05T21:38:11.048Z

continuous

- **andrew.hasbun@uber.com** 2019-12-05T21:38:26.153Z

yes

- **kallman@uber.com** 2019-12-05T21:38:33.102Z

ok

- **chelseamk@uber.com** 2019-12-05T22:25:26.535Z

https://twitter.com/NBCNightlyNews/status/1202715520988057603

  o     https://twitter.com/NBCNightlyNews/status/1202715520988057603

- **brooke.anderson@uber.com** 2019-12-05T22:27:55.862Z

working on newcomer headline

- **brooke.anderson@uber.com** 2019-12-05T22:28:10.203Z

needs tto be 'reporttst of SA" not uber reports 3000 SAs

- **chelseamk@uber.com** 2019-12-05T22:30:01.860Z

Updated room membership.

- **chelseamk@uber.com** 2019-12-05T22:30:13.484Z

we have a choice to make on imagery for the newsroom post

- **chelseamk@uber.com** 2019-12-05T22:30:16.547Z

kayla, take it away

- **whaling@uber.com** 2019-12-05T22:30:34.348Z



- **chelseamk@uber.com** 2019-12-05T22:34:27.172Z

its this or a woman in a car and we are mixed on that option

- **kallman@uber.com** 2019-12-05T22:34:39.251Z

definitely not a woman in a car

- **whaling@uber.com** 2019-12-05T22:34:54.137Z

we agree and options are limited

- **kallman@uber.com** 2019-12-05T22:35:03.359Z

some generic safety illustration?

- **kallman@uber.com** 2019-12-05T22:35:06.104Z

andrew moon probably has

- **whaling@uber.com** 2019-12-05T22:35:58.754Z

getting that now. will send some options

- **carlyd@uber.com** 2019-12-05T22:38:05.344Z

can we get a smaller version of it? Looks really big...

- **carlyd@uber.com** 2019-12-05T22:38:23.996Z

- **chelseamk@uber.com** 2019-12-05T22:41:06.255Z

that's helpful to see. andrew and kayla are working on two other options

- **whaling@uber.com** 2019-12-05T22:51:42.487Z

matt- thoughts on this

- **whaling@uber.com** 2019-12-05T22:51:48.190Z

- **carlyd@uber.com** 2019-12-05T22:56:41.956Z

- **carlyd@uber.com** 2019-12-05T22:58:19.940Z

i like it

- **chelseamk@uber.com** 2019-12-05T22:58:24.931Z

yes we are good!

- **chelseamk@uber.com** 2019-12-05T22:58:28.970Z

thank you

- **kallman@uber.com** 2019-12-05T23:26:45.063Z

needs newsroom post live

- **carlyd@uber.com** 2019-12-05T23:27:08.113Z

i posted in newsroom, but it takes a few mins as we all know

- **chelseamk@uber.com** 2019-12-05T23:29:55.408Z

it works now!

- **chelseamk@uber.com** 2019-12-05T23:29:56.520Z

thank you

- **carlyd@uber.com** 2019-12-05T23:29:57.823Z

it says published in the dashboard FYI

- **whaling@uber.com** 2019-12-05T23:30:04.543Z

it's live

- **chelseamk@uber.com** 2019-12-05T23:35:24.453Z

https://www.nytimes.com/2019/12/05/technology/uber-sexual-assaults-murders-deaths-safety.html

  ○ https://www.nytimes.com/2019/12/05/technology/uber-sexual-assaults-murders-deaths-safety.html

- **chelseamk@uber.com** 2019-12-05T23:36:10.760Z

(putting these in tracker, just sharing so folks see/have)

- **chelseamk@uber.com** 2019-12-05T23:36:11.127Z

https://www.washingtonpost.com/technology/2019/12/05/uber-disclosed-sexual-assaults-us-rides-last-year-its-long-awaited-safety-report/

  ○ https://www.washingtonpost.com/technology/2019/12/05/uber-disclosed-sexual-assaults-us-rides-last-year-its-long-awaited-safety-report/

- **chelseamk@uber.com** 2019-12-05T23:36:23.248Z

https://www.nbcnews.com/news/us-news/uber-reveals-widespread-sexual-assault-problem-including-hundreds-reports-rape-n1096411

  ○ https://www.nbcnews.com/news/us-news/uber-reveals-widespread-sexual-assault-problem-including-hundreds-reports-rape-n1096411

- **kallman@uber.com** 2019-12-05T23:38:30.126Z

can folks plaese get to faiz wapo

- **brooke.anderson@uber.com** 2019-12-05T23:42:20.015Z

yes

- **chelseamk@uber.com** 2019-12-05T23:42:44.309Z

https://www.glamour.com/story/uber-safety-report-sexual-assault

  o   https://www.glamour.com/story/uber-safety-report-sexual-assault

- **chelseamk@uber.com** 2019-12-05T23:43:21.289Z

https://www.npr.org/2019/12/05/785037245/uber-received-nearly-6-000-u-s-sexual-assault-claims-in-past-2-years

  o   https://www.npr.org/2019/12/05/785037245/uber-received-nearly-6-000-u-s-sexual-assault-claims-in-past-2-years

- **chelseamk@uber.com** 2019-12-05T23:54:33.770Z

https://www.bloomberg.com/news/articles/2019-12-05/uber-reports-3-000-sexual-assault-claims-last-year-in-its-review?cmpid=socialflow-twitter-business&utm_campaign=socialflow-organic&utm_medium=social&utm_content=business&utm_source=twitter

  o   https://www.bloomberg.com/news/articles/2019-12-05/uber-reports-3-000-sexual-assault-claims-last-year-in-its-review?cmpid=socialflow-twitter-business&utm_campaign=socialflow-organic&utm_medium=social&utm_content=business&utm_source=twitter

- **brooke.anderson@uber.com** 2019-12-05T23:56:09.764Z

spoke with Faiz

- **brooke.anderson@uber.com** 2019-12-05T23:56:15.588Z

he's adding tony quoets

- **kallman@uber.com** 2019-12-05T23:56:44.717Z

let's get him advocates now

- **kallman@uber.com** 2019-12-06T00:10:05.966Z

who is calling AP

- **jodi.page@uber.com** 2019-12-06T00:10:22.886Z

i've got it

- **chelseamk@uber.com** 2019-12-06T00:14:45.670Z

template [redacted]

- **chelseamk@uber.com** 2019-12-06T00:15:12.863Z

i think it may be a closed doc so whoever owns pls open it up to mk + moi

- **jodi.page@uber.com** 2019-12-06T00:19:11.751Z

I did

- **chelseamk@uber.com** 2019-12-06T00:19:19.294Z

gracias

- **noahe@uber.com** 2019-12-06T00:21:40.814Z

CNBC asking for Dara's email to staff. have we already shared?

- **kallman@uber.com** 2019-12-06T00:21:54.540Z

yeah mike tweeted

- **kallman@uber.com** 2019-12-06T00:21:56.472Z

please send

- **noahe@uber.com** 2019-12-06T00:21:59.537Z

will do

- **kallman@uber.com** 2019-12-06T00:24:00.726Z

https://twitter.com/JessMKnoll/status/1202740934686806016

  o     https://twitter.com/JessMKnoll/status/1202740934686806016

- **brooke.anderson@uber.com** 2019-12-06T00:26:22.788Z

should someone twteet back tto Greg Bensinger

- **brooke.anderson@uber.com** 2019-12-06T00:26:26.527Z

can i just call him and yell at him

- **brooke.anderson@uber.com** 2019-12-06T00:26:28.623Z

i'm ready

- **brooke.anderson@uber.com** 2019-12-06T00:26:31.553Z

it's not right

- **brooke.anderson@uber.com** 2019-12-06T00:26:36.281Z

he should taltk to organizatiotns and advocates

- **chelseamk@uber.com** 2019-12-06T00:28:45.327Z

call him

- **chelseamk@uber.com** 2019-12-06T00:29:03.267Z

let it out

- **kallman@uber.com** 2019-12-06T00:31:40.137Z

can we get tony to tweet back at this once she is done tweeting

- **kallman@uber.com** 2019-12-06T00:31:40.739Z

https://twitter.com/shannoncoulter/status/1202746669382565889

  o     https://twitter.com/shannoncoulter/status/1202746669382565889

- **kallman@uber.com** 2019-12-06T00:32:54.993Z

https://twitter.com/BriannaWu/status/1202746949377679360

  o     https://twitter.com/BriannaWu/status/1202746949377679360

- **carlyd@uber.com** 2019-12-06T00:33:42.195Z

ouch

- **chelseamk@uber.com** 2019-12-06T00:33:55.396Z

WOW

- **chelseamk@uber.com** 2019-12-06T00:34:08.248Z

✋

- **jodi.page@uber.com** 2019-12-06T00:37:14.229Z

https://twitter.com/carmenriosss/status/1202748081474682881?s=20

  o       https://twitter.com/carmenriosss/status/1202748081474682881?s=20

- **jodi.page@uber.com** 2019-12-06T00:37:16.951Z

Ms. Magazine!

- **jodi.page@uber.com** 2019-12-06T00:55:21.643Z

usa today with nice quote from Tony and RAINN statement

- **jodi.page@uber.com** 2019-12-06T00:55:22.522Z

https://www.usatoday.com/story/tech/2019/12/05/uber-safety-report-nearly-6-000-sexual-assaults-2017-and-2018/2624893001/

  o       https://www.usatoday.com/story/tech/2019/12/05/uber-safety-report-nearly-6-000-sexual-assaults-2017-and-2018/2624893001/

- **brooke.anderson@uber.com** 2019-12-06T00:57:51.875Z

ill call her

- **brooke.anderson@uber.com** 2019-12-06T00:57:53.820Z

no scale #

- **andrew.hasbun@uber.com** 2019-12-06T00:58:14.728Z

They included the RAINN quote

- **andrew.hasbun@uber.com** 2019-12-06T01:07:54.494Z

fyi.. USA has the scale numbers. I spoke to her earlier. She will consider updating but was unhappy that other outlets had the story before her 😊😊😊

- **kallman@uber.com** 2019-12-06T01:08:02.675Z

lol

- **andrew.hasbun@uber.com** 2019-12-06T01:08:24.562Z

and that "uber isn't her beat and she doesn't want it to be"

- **kallman@uber.com** 2019-12-06T01:09:43.943Z

so give me the story about the beat i don't want

- **kallman@uber.com** 2019-12-06T01:09:47.240Z

you love to see it

- **jodi.page@uber.com** 2019-12-06T01:10:41.075Z

Matta AP used your DK tweet

- **jodi.page@uber.com** 2019-12-06T01:10:52.811Z

"I suspect many people will be surprised at how rare these incidents are; others will understandably think they're still too common," Uber CEO Dara Khosrowshahi tweeted about the report. "Some people will appreciate how much we've done on safety; others will say we have more work to do. They will all be right."

- **kallman@uber.com** 2019-12-06T01:12:27.177Z



- **carlyd@uber.com** 2019-12-06T01:17:31.021Z

https://www.youtube.com/watch?v=aWX6TjUSa3s

  - https://www.youtube.com/watch?v=aWX6TjUSa3s
  - https://www.youtube.com/watch?v=aWX6TjUSa3s

- **andrew.hasbun@uber.com** 2019-12-06T01:23:29.791Z

https://twitter.com/amy_siskind/status/1202734541586210816?s=21

  - https://twitter.com/amy_siskind/status/1202734541586210816?s=21

- **kallman@uber.com** 2019-12-06T01:24:22.925Z

that one is getting attention

- **kallman@uber.com** 2019-12-06T01:24:29.554Z

not sure what to do

- **andrew.hasbun@uber.com** 2019-12-06T01:24:37.946Z

Respond form UBER comms? Not sure

- **kallman@uber.com** 2019-12-06T01:24:41.913Z

not sure what to say

- **andrew.hasbun@uber.com** 2019-12-06T01:24:42.039Z

Could make it worse

- **brooke.anderson@uber.com** 2019-12-06T01:25:06.276Z

advocatet should tweet

- **noahe@uber.com** 2019-12-06T01:25:11.955Z

agreed with brooke

- **andrew.hasbun@uber.com** 2019-12-06T01:25:14.740Z

Agree

- **kallman@uber.com** 2019-12-06T01:25:16.659Z

agree

- **brooke.anderson@uber.com** 2019-12-06T01:25:23.782Z

Other organizations just aren't telling you about incidents

- **andrew.hasbun@uber.com** 2019-12-06T01:25:33.219Z

Would nnedv? Might be most willing

- **jodi.page@uber.com** 2019-12-06T01:27:56.545Z

I just asked them

- **gklinzman@uber.com** 2019-12-06T01:35:27.893Z

#2 on techmeme

- **gklinzman@uber.com** 2019-12-06T01:35:28.692Z

https://www.techmeme.com/

  - https://www.techmeme.com/

- **kallman@uber.com** 2019-12-06T01:59:00.634Z

sorry can someone ping me the template doc again

- **gklinzman@uber.com** 2019-12-06T01:59:26.967Z

[redacted]

- **kallman@uber.com** 2019-12-06T02:03:10.948Z

https://twitter.com/RAINN/status/1202770118486503424

  - https://twitter.com/RAINN/status/1202770118486503424

- **jodi.page@uber.com** 2019-12-06T02:09:47.984Z

Raliance tweeted back at Amy Siskund

- **jodi.page@uber.com** 2019-12-06T02:09:48.851Z

https://twitter.com/RALIANCEOrg/status/1202771421270814720

  - https://twitter.com/RALIANCEOrg/status/1202771421270814720

- **kallman@uber.com** 2019-12-06T02:10:57.987Z

you love to see it

- **gklinzman@uber.com** 2019-12-06T02:11:22.215Z

yes, yes, yes

- **kallman@uber.com** 2019-12-06T02:11:51.156Z

https://twitter.com/ChristinePolon1/status/1202771846288027648

  - https://twitter.com/ChristinePolon1/status/1202771846288027648

- **kallman@uber.com** 2019-12-06T02:11:55.137Z

we've got a QAnon tweet kids

- **brooke.anderson@uber.com** 2019-12-06T02:12:12.144Z

GOOD JOB JODI

- **gklinzman@uber.com** 2019-12-06T02:12:53.700Z

#madeit

- **gklinzman@uber.com** 2019-12-06T02:13:04.022Z

(re: QAnon)

- **brooke.anderson@uber.com** 2019-12-06T02:15:48.899Z

good job jodi w CNET

- **jodi.page@uber.com** 2019-12-06T02:16:06.287Z

all the tidbits 😁

- **brooke.anderson@uber.com** 2019-12-06T02:17:36.261Z

all of em

- **kallman@uber.com** 2019-12-06T02:23:40.644Z

where is turkos

- **brooke.anderson@uber.com** 2019-12-06T02:25:52.783Z

we didn't reach out did we? respond tot her email?
- **andrew.hasbun@uber.com** 2019-12-06T02:26:28.666Z

I sent her a note and she didn't respond yet.
- **andrew.hasbun@uber.com** 2019-12-06T02:26:46.538Z

nor has she tweeted.
- **brooke.anderson@uber.com** 2019-12-06T02:34:02.272Z

Guys- we gottta get to NBC tonight
- **brooke.anderson@uber.com** 2019-12-06T02:34:46.042Z

other reporters are doubting their work seeing their headline
- **chelseamk@uber.com** 2019-12-06T02:36:56.741Z

andrew's going to call them
- **gklinzman@uber.com** 2019-12-06T02:44:15.895Z

Flagging - this is president of NARAL
- **gklinzman@uber.com** 2019-12-06T02:44:16.585Z

https://twitter.com/ilyseh/status/1202775714501660672
  - https://twitter.com/ilyseh/status/1202775714501660672
- **andrew.hasbun@uber.com** 2019-12-06T02:44:31.499Z

8pm with cbs
- **kallman@uber.com** 2019-12-06T02:56:37.387Z

do we have contacts at NARAL
- **kallman@uber.com** 2019-12-06T02:56:44.073Z

tony does
- **chelseamk@uber.com** 2019-12-06T02:56:53.793Z

I'm sure federal team does
- **chelseamk@uber.com** 2019-12-06T02:56:58.602Z

Give me 2

# UBER_JCCP_MDL_002010063

## Metadata

| | | |
|---|---|---|
| Account | andrew.hasbun@uber.com; | SEMANTIC |
| All Custodians | Hasbun, Andrew;Uber Technologies, Inc.; | SEMANTIC |
| Application | RFC822 Email Message | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_002010063 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Conversation Type | Room | SEMANTIC |
| Date Created | 12/05/2019 3:52 am | SEMANTIC |
| Date Modified | 12/05/2019 3:52 am | SEMANTIC |
| Date Sent | 12/05/2019 3:52 am | SEMANTIC |
| DocID | ACD7onoKC8fN1D5GOHt2uOQTXWxxIJacxGA/VHoGmxd7GtcPdTwQmd5IQFnrH4xhjPjNQ2hwfKxwegVNpkOwDOpyT35e42VIS8pJkS9+sh8HdPTvG9HnoTZakD6eMXpQ0Cxuz9q45SdewaiZECIsvMToD9fo5+61Q168qANbvo28IkxrdKgDBTWZ6yaCDc970iSqAc3cA3CsgnOitYcWiljcdxCSH1Vt57xj53PrYnEpk9wGTVaAh+INETPskNYoSIE7arWKdQMfvgI0C3aeLWVdsvbfVXyJt2+9vZobGwsAOxwyWlU/oRTcBVUBfacN0IFVRL0Tk6q3oB+pHhTyg7CM7WYjR3p+Jx0OyvQ9JN0+1pSY8j1BpbDb4OxvxJzCDuUZsO/Vj4KiaiwO0uKN07X5W7eLDnA0J1fK7IMTP6gnWcbuvYcvoxCIuie1xQ/19QNGQgkA1Z8Q+QfVNSLeyhsBwA/2Alkb+nUsv/R12IT85+18DKJjEf70TObLpDoPtG7ucNbvQpouqImGuJ7FZP8XPxAINQgISw== | SEMANTIC |
| Document Type | Email | SEMANTIC |
| End Family | UBER_JCCP_MDL_002010078 | SEMANTIC |
| File Size | 58447 | SEMANTIC |
| From | andrew.hasbun@uber.com | SEMANTIC |
| LINKBEGBATES | UBER_JCCP_MDL_000007214 | SEMANTIC |
| LINKGOOGLEDRIVE DOCUMENTIDS | 1qMo1dMY0vrF_RwA2eJ_MbuHkhIenBm_sEYIwbAWzsy4 | SEMANTIC |
| Message Id | <AAAAh7PrTxg-krQC8aqIpG0> | SEMANTIC |
| Non-Contemporaneous | Y | SEMANTIC |
| Other Custodians | Uber Technologies, Inc.;Hasbun, Andrew; | SEMANTIC |
| Participants | andrew.hasbun@uber.com,kallman@uber.com,brooke.anderson@uber.com,jodi.page@uber.com,chelseamk@uber.com,whaling@uber.com,carlyd@uber.com,noahe@uber.com,gklinzman@uber.com | SEMANTIC |
| Primary Date | 12/05/2019 3:52 am | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL057; | SEMANTIC |
| Redacted | No | SEMANTIC |
| ROOMID | AAAAh7PrTxg | SEMANTIC |
| RoomName | Safety Report Comms | SEMANTIC |
| Sort Date | 12/05/2019 3:52 am | SEMANTIC |
| Subject | AAAAh7PrTxg-krQC8aqIpG0 | SEMANTIC |
| To | andrew.hasbun@uber.com; kallman@uber.com; brooke.anderson@uber.com; jodi.page@uber.com; chelseamk@uber.com; whaling@uber.com; carlyd@uber.com; noahe@uber.com; gklinzman@uber.com | SEMANTIC |