# Exhibit G

# EXHIBIT 7

**EXHIBIT FILED UNDER SEAL**

**UBER_JCCP_MDL_001319387-UBER_JCCP_MDL_001319415**

Message

| | |
|---|---|
| **From**: | Justin Suhr [suhr@uber.com] |
| **Sent**: | 3/15/2016 9:00:59 PM |
| **To**: | Luke Marklin [marklin@uber.com]; Bram Hanono [bram@uber.com] |
| **CC**: | Meghan Verena Joyce [meghan@uber.com]; Rachel Holt [rachel@uber.com]; Chris Weber [weber@uber.com]; Bill Gibbons [bill.gibbons@uber.com]; Amanda DeSantis [adesantis@uber.com]; Derek Kliff [derek.kliff@uber.com]; Ross Worden [rworden@uber.com]; Tim Foran [tforan@uber.com]; Colin Tooze [tooze@uber.com]; Nairi Hourdajian [nairi@uber.com]; MJ Williams [mjw@uber.com]; Law Enforcement Outreach [outreach@uber.com]; Investigations [investigations@uber.com]; Aaron Brand [aaron.brand@uber.com] |
| **BCC**: | markj@uber.com |
| **Subject**: | Re: [L4 Safety Incident]: Nashville, TN, U.S. East - Driver Sexual Misconduct - Non-Consensual Intercourse - 6d0e3a97-3dfd-420f-b85f-36324496bf31 |

+ Bram

On Tue, Mar 15, 2016 at 1:57 PM, Luke Marklin <marklin@uber.com> wrote:
I've heard several questions from different people and know there is a lot of information being dispersed through various teams.

I've scheduled a call for 5pm CT for anyone on this distro to join. We'll have seen the news story and hopefully have info from Checkr. The zoom link is: ███████████████

Please hope everyone can make it.



On Tue, Mar 15, 2016 at 3:19 PM, Meghan Verena Joyce <meghan@uber.com> wrote:
+Rachel as an FYI

On Tue, Mar 15, 2016 at 4:16 PM, Luke Marklin <marklin@uber.com> wrote:
Team -

Update here for everyone's awareness. News story is going live at 4pm reporting that the driver was released from prison in 2013.

- Weber - still waiting to here from Checkr about the driver's history and if anything didn't hit their BGC run.
- Bill / Nairi - crafting response on BGC policies, lookback periods, etc.

We will keep everyone posted and may schedule a call depending on media engagement.



CONFIDENTIAL

UBER_JCCP_MDL_001319387

On Tue, Mar 15, 2016 at 1:02 PM, Chris Weber <weber@uber.com> wrote:
 Given this discovery, do we still need to get SSN? Still waiting on word from Checkr about their reporting guidelines in TN.

 On Tuesday, March 15, 2016, Bill Gibbons <bill.gibbons@uber.com> wrote:
  Quick update here:

  Wade was able to get a hold of an administer at the Bledsoe Correctional Complex to get clarity on the 2013 entry on the drivers record that references cocaine. (Wade, thank you again for tracking it down - very helpful)

  They relayed to him that it was it was related to a charge/conviction from the late 90's. It does appear, though, that this entry on his record from the correctional facility was because he was imprisoned there at the time for that crime. and then transferred to another prison, where he was incarcerated in 2014. The incarceration during that time period has not been made public yet.

  Reporters are now turning toward focusing on whether the 7 yr look back is a limitation set in law, or something we adhere to from a policy perspective.

## REDACTED - PRIVILEGED

On Tue, Mar 15, 2016 at 12:26 AM, Bill Gibbons <bill.gibbons@uber.com> wrote:
 Thanks Chris - very much appreciate it


 On Tuesday, March 15, 2016, Chris Weber <weber@uber.com> wrote:
  I've been going back and forth with our POC at Checkr and he has put in a rush order for the partner in both Bledsoe and, per the Tennessean article, Rutherford county. While it's possible we'll get the report back tomorrow, he's indicated it's more likely we'll get results back on Wednesday morning. If we get anything back earlier, I'll of course update this thread.


  Chris Weber
  Supply | Uber
  248.376.7088

  On Mon, Mar 14, 2016 at 7:12 PM, Amanda DeSantis <adesantis@uber.com> wrote:
   Yes, thanks Bill ......

CONFIDENTIAL

UBER_JCCP_MDL_001319388

On Mar 14, 2016, at 10:06 PM, Luke Marklin <marklin@uber.com> wrote:

Thanks Bill. Another clip from <u>Tennessean</u>. This one is much more balanced and does a good job describing our processes.



On Mon, Mar 14, 2016 at 9:04 PM, Bill Gibbons <bill.gibbons@uber.com> wrote:
We provided this reporter w a statement and I spoke w him at length on the phone

Not sure why they didn't include word for word statement, but most of the context we provided is in there

On Monday, March 14, 2016, Luke Marklin <marklin@uber.com> wrote:
The first news story ran: <u>CBS</u>. We haven't given them a statement, so media is running with the off the record statement about our 7 year BGC window.

@Nairi / Bill - while we are waiting on Checkr, can you please have a draft statement ready by tomorrow am? We are going to hit most of the 10pm news channels tonight.



On Mon, Mar 14, 2016 at 8:20 PM, Bill Gibbons <bill.gibbons@uber.com> wrote:
Just spoke to the reporter at length, off the record, about the cocaine reference on the documents she has

I made it clear that we are looking into it with our folks, but it is impossible for a lay person to tell from that entry what it is actually indicating.

1.) it looks different than every other entry
2.) may not indicate a conviction
3.) there is a weird line in there "correction action: 4 yrs" and its unclear what that is in reference to as well.
(it could be an entry meant to indicate the end of a probation term, etc)

Reporter admitted that she was having difficulty getting clarity on that as well and acknowledged that it looked different from the other entries. The Tennessee Bureau of Investigations told her "they just produce the records, but can't interpret them for her."

CONFIDENTIAL

I told her we would continue to look into it, but cautioned against reporting anything about that entry as fact this evening. She wasn't definitive about it, but i do not think she will include that in her story tonight

@Chris Weber, thanks for your help on this so far. Would be great to keep after Checkr to get more clarity on our end before Bledsoe County Correctional Complex or TBI weigh in one way or the other on it.

thanks again

On Mon, Mar 14, 2016 at 8:23 PM, Derek Kliff <derek.kliff@uber.com> wrote:
Not including the current pending charges of rape and violation of probation, the criminal history is as follows (not including minor charges such as failure to appear and multiple violation of probation charges):

Driving on Revoked License 2008: Disposition not listed
License, Driving on Suspended License, 2nd Offense 2006:  Disposition: Guilty Plea  (same as what showed on Checkr)
Assault, Domestic Bodily Injury 2006: Nolle pros. (not prosecuted on charge and therefore would not be a failing offense in our bgc adjudication)

**Likely outside lookback of Checkr:**
Violation of Probation: Disposition 2002: Convicted
Capias for Controlled Substance, Possession or Casual Exchange 2001: Disposition: Guilty Plea (not showing on Checkr- likely due to be outside lookback period that Checkr pulls)
Theft of Property over $500 1998: Disposition: Guilty Plea (not showing on Checkr- likely due to be outside lookback period that Checkr pulls)
Assault Bodily Injury 1997: Disposition: Dismissed

I can continue, but in looking at the information, it's my opinion that none of the information above or what would have been subsequent information is missing with respect to the lookback period. For what was recorded in the time frame, this document matches up to the Checkr BGC for this partner, only it looks further into the past.

On Mon, Mar 14, 2016 at 5:19 PM, Amanda DeSantis <adesantis@uber.com> wrote:
+Aaron

On Mar 14, 2016, at 8:15 PM, Chris Weber <weber@uber.com> wrote:

CONFIDENTIAL

Hey Meghan - Amanda DeSantis, Bill Gibbons and I have already spoken and I've initiated the outreach to Checkr to get more details on this. I'll keep everyone updated on what I hear from Checkr as soon as information becomes available.


Chris Weber
Supply | Uber
248.376.7088


On Mon, Mar 14, 2016 at 5:13 PM, Meghan Verena Joyce <meghan@uber.com> wrote:
We reran the check in Nov and these weren't on it right? Weber or Tim can you help us do an urgent inquiry as to why?

Sent from my iPhone

On Mar 14, 2016, at 7:58 PM, Ross Worden <rworden@uber.com> wrote:

Unfortunately, we only have the records I sent over above, which very well could be out of date. I have no idea how often TBI updates their databases for sharing with other state, federal, and local agencies, which is where our aggregators would pick up their data.

Speculation, but it looks like the reporter just FOIA'ed their data directly. I don't know how BGC's interact with this kind of data.

On Mon, Mar 14, 2016 at 4:51 PM, Meghan Verena Joyce <meghan@uber.com> wrote:
Quick ping here - thoughts Derek or Ross?

On Mon, Mar 14, 2016 at 6:39 PM, Bill Gibbons <bill.gibbons@uber.com> wrote:
A reporter shared the attached with me, which seems to indicate that there have been multiple violations of probation and a drug charge as recently as 2013

Is this something that our own bgc should have found, and he should have been disqualified for?

Please let me know if im reading this wrong, or this is a different explanation
---

TRACKING NUMBER 040250100932
EARLIEST EVENT DATE 2013-11-14

CORRECTIONS (CYCLE 003)
CORRECTIONS AGENCY TN004025C BLEDSOE CO CORRECTIONAL COMPLE SUBJECT'S NAME EMMETT NELSON LYONS
CORRECTION ACTION 4 YRS CORRECTION

UBER_JCCP_MDL_001319391

COMMENT SCHEDULE II DRUGS;COCAINE SENTENCE TYPE UNKNOWN

---

On Mon, Mar 14, 2016 at 3:41 PM, Derek Kliff <derek.kliff@uber.com> wrote:
 The look-back period for cities is "generally" 7 years with Checkr's bgcs, but there are state laws that vary in terms of how far back someone's criminal history can/must be pulled. Nashville must be more than that as the charge from 2006 is present which indicates at least a 10 year lookback. I can reach out to Checkr and see if they can tell me how far back Nashville checks go specifically if needed. Please let me know if you'd like me to do so. Unfortunately I'm not familiar with the TBI database. Can you clarify?

 On Mon, Mar 14, 2016 at 12:32 PM, Luke Marklin <marklin@uber.com> wrote:
  Thanks Derek.

  Does the history you pulled look only at our 7 year period, or can you find no charges at all on his history? Do we have access to the TBI database?
  

  On Mon, Mar 14, 2016 at 2:25 PM, Derek Kliff <derek.kliff@uber.com> wrote:
   I can confirm the driving on a suspended license charge from 2006 as it's present on his bgc. The revoked license is only a charge and was dismissed. Nothing listed relating to assault or drug charges.

   On Mon, Mar 14, 2016 at 11:25 AM, Mat Henley <mat@uber.com> wrote:
    +Ross to look into criminal background.

    Bill Gibbons wrote:

    Here's what another incoming press inquiry is saying:

    "According to the Tennessee Bureau of Investigation, Lyons has a criminal history which includes driving on a suspended and revoked license, assault and drug charges."

    Can we verify this, either from the DA or grand jury hearing as Meghan suggests?


    On Mon, Mar 14, 2016 at 1:44 PM, Meghan Verena Joyce <meghan@uber.com> wrote:
     A/C PRIV

CONFIDENTIAL

Do we have any insight/confirmation from the DA or grand jury hearing about a criminal history? I know he passed our BGC but would be good to know if there was anything before that.

On Mon, Mar 14, 2016 at 1:40 PM, Colin Tooze <tooze@uber.com> wrote:
 +Bill and Nairi, here's what we were just discussing


 On Mon, Mar 14, 2016 at 1:22 PM, Luke Marklin <marklin@uber.com> wrote:
  Thanks Derek.

  Apologies, here's the news story: http://fox17.com/news/local/mid-state-uber-driver-charged-with-aggravated-rape-of-customer



 On Mon, Mar 14, 2016 at 12:21 PM, Derek Kliff <derek.kliff@uber.com> wrote:
  BGC from Nov. 2, 2015 passed. There were some MVR-related offenses, but no criminal charges on the check. Integration issue preventing tools from displaying updated overall status.

  On Mon, Mar 14, 2016 at 10:19 AM, Justin Suhr <suhr@uber.com> wrote:
   + Bram

  On Mon, Mar 14, 2016 at 10:14 AM, Luke Marklin <marklin@uber.com> wrote:
   Attorney / Client Privilege

   **@All:** The partner has been arrested for aggravated rape and this news story ran. As a reminder, here is the incident report.

   **@Bill G**: We need a statement to send to FOX17. Here's a draft: *The alleged actions of this driver are deplorable and fail to meet our expectations at every level. Once we became aware of the claims, we immediately removed this driver from the platform. We were fully compliant with the police investigation and will do anything we can to continue our assistance.*

   We also can post this blog if we feel needed. I wouldn't unless the story is picked up by more outlets. Let me know your thoughts.

   **@CommOps**: The BGC rerun result isn't on the incident report. Can someone please provide the results of the rerun?

   **@Justin**  REDACTED - PRIVILEGED

On Wed, Nov 11, 2015 at 11:30 AM, Lisa O'Connor <loconnor@uber.com> wrote:
@ALL.

I have received a subpoena related to this incident, and will turn it around now.

Thanks,
Lisa

On Fri, Nov 6, 2015 at 12:53 PM, Farnoush Saffarpour <farnoush@uber.com> wrote:
Thank you, Roger. We will monitor LERT and will update once we receive the LP.


--
Farnoush Saffarpour | Uber | Law Enforcement Legal Manager - LERT/Investigations
Mobile: 415-572-8899


On Fri, Nov 6, 2015 at 6:42 AM, Roger Kaiser <roger@uber.com> wrote:
Jennifer,
Wanted to slide this in as it closes:
I received a voicemail and email from the detective this morning.
I'll be following up with him shortly for more detail.
@LERT - expect a subpoena on this one to corroborate his investigation.
-Rog

roger kaiser | global outreach | 571.424.0264



On Fri, Nov 6, 2015 at 6:36 AM -0800, "Jennifer Bain" <jbain92@uber.com> wrote:

@All- Thank you for the quick reply, Luke. I will be closing the thread on my end.
Should any further comms come my way I will update accordingly. Thank you, everyone.

On Fri, Nov 6, 2015 at 7:33 AM, Luke Marklin <marklin@uber.com> wrote:
Thanks Jennifer.

CONFIDENTIAL

We've permanently deactivated the driver. Given the guests account of what happened, I don't think there is any further need to reach out to them.

The LERT process is ongoing and we are complying.

We've had no media inbounds. We have a blog post and statement ready if something is escalated, but shouldn't do anything proactively to draw attention to it.

**Net net** - let's continue to monitor media and work through the LERT process. Please let me know any other thoughts.



On Fri, Nov 6, 2015 at 8:16 AM, Jennifer Bain <jbain92@uber.com> wrote:
**@All-** Bumping the thread for recommendations/resolution. Neither the rider nor the partner has reached out with further comms.

On Thu, Nov 5, 2015 at 9:25 AM, Farnoush <farnoush@uber.com> wrote:
Thank you, Jennifer. I will contact the detective today.

On Nov 5, 2015, at 8:23 AM, Jennifer Bain <jbain92@uber.com> wrote:

**@Farnoush-** We have received an inbound request from LE.

Detective Tommy Roberts
Murfreesboro Police Department
Criminal Investigations Division (SVU)
1734 S. Rutherford Blvd.
Murfreesboro TN, 37130
(615) 893-2717 Office
(615) 849-2607 Fax
troberts@murfreesborotn.gov

**@All-** Neither the rider nor the driver has written in any further. Please let me know if there is anything else I can assist with.

On Wed, Nov 4, 2015 at 7:13 AM, Nyasha Brown <nene@uber.com> wrote:
+Jennifer Bain PHX IRT CSR - Will be taking over the thread

UBER_JCCP_MDL_001319395

On Tue, Nov 3, 2015 at 4:01 PM, 'Shaina Van Kilsdonk' via US Safety Response <US-Safety-Response@uber.com> wrote:
Hi Team,

I have proceeded with my above recommendation to respond to the partner's pushback, telling him that we appreciate his being so forthcoming in recounting the events of the trip; however, due to what occurred, we can no longer continue our partnership with him.

Thank you,

Shaina

On Tue, Nov 3, 2015 at 12:43 PM, Lisa O'Connor <loconnor@uber.com> wrote:
@ALL.

LERT has just rec'd an inbound request from Detective Tommy Roberts. I will call him immediately, and expedite his request due to the nature of the case.
Will update when any changes.
Thanks
Lisa

On Tue, Nov 3, 2015 at 1:36 PM, Luke Marklin <marklin@uber.com> wrote:
Thanks Tyler for your handling.



On Tue, Nov 3, 2015 at 1:25 PM, Tyler Brewer <tyler.brewer@uber.com> wrote:
All,

The partner came into the PSC again today.

- I took him aside and told him I or the rest of the Nashville team will not be able to help in this situation.
- I relayed that I'm familiar with the situation and that I know it's a tough situation.
- I told him the only people that could help in this situation is the team that he's been in contact with.



On Tue, Nov 3, 2015 at 12:45 PM, Matt McKenna <mckenna@uber.com> wrote:
Got it. We'll incorporate Maureen's suggestions and circulate a new statement to Rachel et al.

CONFIDENTIAL

On Nov 3, 2015, at 9:17 AM, Luke Marklin <marklin@uber.com> wrote:

Thanks Matt.

We're not sending this proactively. However, I'd like to be ready if we receive any inbounds, particularly if they plan to run a story. History has shown in Nashville that once a LE is filed, we usually receive a media inbound that day. It may be different in Murfreesboro versus Nashville.



On Tue, Nov 3, 2015 at 11:13 AM, Matt McKenna <mckenna@uber.com> wrote:
1. I think Rachel will want to see it before it ships.

2. I still don't understand he rush to get this out when we have no incoming. Can someone explain?

On Nov 3, 2015, at 09:01, Luke Marklin <marklin@uber.com> wrote:

Thanks Shaina. Can you please update this <u>doc</u> with your conversation with the partner and the LE inquiry?

@**Kayla/Matt**, is the following statement we discussed, good to go?
*The alleged actions of this driver are deplorable and fail to meet our expectations at every level. Once we became aware of the allegations, we immediately removed this driver from the platform. If true: We have provided information to police and will do anything we can to assist in their investigation.*



On Tue, Nov 3, 2015 at 9:33 AM, Shaina Van Kilsdonk <svanki@ext.uber.com> wrote:
Hi Team,

@**LERT**, @**Outreach** - We've had LE comms regarding this incident.  Ticket where LE reached out is linked here: █████████████████████████

Thank you,

CONFIDENTIAL



Shaina

On Mon, Nov 2, 2015 at 5:49 PM, Shaina Van Kilsdonk <svanki@ext.uber.com> wrote:
Hi Team,

I have proceeded with the above recommendation to deactivate the partner.

Thank you,

Shaina

On Mon, Nov 2, 2015 at 5:30 PM, Shaina Van Kilsdonk <svanki@ext.uber.com> wrote:
Hi Team,

I have a quick update: the partner requested another phone call, where he stated that at the end of the trip the guest told him that he would remember her, and that she was getting married.  As this does not pertain to the exact incidents of indiscretion, I will proceed with deactivation and continue to monitor for further comms from the team.

Thank you,

Shaina

On Mon, Nov 2, 2015 at 3:37 PM, Shaina Van Kilsdonk <svanki@ext.uber.com> wrote:
Hi Team,

**@Luke Marklin** - Yes, the partner confirmed both that he requested marijuana while transporting the guest, and that the guest performed oral sex on him while the trip was still in progress.

I will proceed with the recommendation to deactivate the partner and will monitor for further feedback from the team.

Thank you,

Shaina

On Mon, Nov 2, 2015 at 3:24 PM, Luke Marklin <marklin@uber.com> wrote:
Thanks Shaina - to confirm:
- The driver confirmed that he requested marijuana, an illegal substance in TN, while on trip?

CONFIDENTIAL

• The driver confirmed that the guest (rider) did in fact perform oral sex on him, not just insinuate the act, while she was intoxicated and on trip?

If so, let's go ahead and deactivate his account.

**@Matt/Kayla** - do you have a recommendation for the rider account?



On Mon, Nov 2, 2015 at 4:11 PM, Shaina Van Kilsdonk <svanki@ext.uber.com> wrote:
Hi Team,

I spoke with the partner just now.  He reported the following:

• Rider was talking about having pills on her and using marijuana

• Partner asked her to share the marijuana, rider said she had it back at her house

• Rider then began alluding to her sexual relationship with her boyfriend, asked the partner if he wanted to perform sexual acts with her; partner denied

• Regarding the three minutes in the parking lot, partner said that rider was trying to climb into his seat and was grabbing at his pants

• Partner then reported that rider proceeded to perform oral sex on him

• The ride continued to the destination from there without any further detours; after rider exited the vehicle, she reportedly said that the partner would remember her

Those are the main points that were reported in my conversation with the partner.  I will follow up my phone call to the partner with an email and monitor for further comms.

Thank you,

Shaina

On Mon, Nov 2, 2015 at 2:07 PM, John Marston <jmarston@uber.com> wrote:
Hi Alicia -

We will defer some of the appropriate questions to the COE but we believe those to be the relevant points we are looking for answers on.

CONFIDENTIAL

On Mon, Nov 2, 2015 at 2:59 PM, Alicia Anolick <aliciaa@uber.com> wrote:
@Luke - is it okay for Shaina to ask these questions specifically and give the driver the date, area, and time of the ride? She is preparing to make the outcall now.

**Alicia Anolick**
Community Operations Manager, Uber
Aliciaa@uber.com | @Aliciam



FREE Email Signature - By WiseStamp **Click Here!**

On Mon, Nov 2, 2015 at 1:54 PM, Luke Marklin <marklin@uber.com> wrote:
Thanks Charlie.

It looks like the last critical piece is the driver feedback, specifically an explanation about his detour onto the side streets and his three minute stop in the parking lot.


On Mon, Nov 2, 2015 at 1:21 PM, Charlie Carroll <chuck@uber.com> wrote:
@All here is an editable copy. I apologize for the inconvenience.

On Mon, Nov 2, 2015 at 12:05 PM, Charlie Carroll <chuck@uber.com> wrote:
@ All the Safety report for this issue is housed here. Please use it for all update.

Thank you.

On Mon, Nov 2, 2015 at 10:37 AM, Preston Hitzler <preston@uber.com> wrote:
+*Shaina VanKilsdonk, PHX IRT CSR (was accidentally removed) — will run point for any IRT needs*

On Mon, Nov 2, 2015 at 10:18 AM, Meghan Verena Joyce <meghan@uber.com> wrote:
Thank you Charlie.

@McKenna, that sounds right. Good we have the blog post if we need it (thanks @Marklin!) but let's hold until McKenna/Kayla indicate it's needed here.

CONFIDENTIAL

UBER_JCCP_MDL_001319400

Thanks all.

On Mon, Nov 2, 2015 at 11:36 AM, Charlie Carroll <chuck@uber.com> wrote:
@Bhav - We are working on this report now. We should have it out shortly.

On Mon, Nov 2, 2015 at 9:32 AM, Bhav Bhasin <bhav@uber.com> wrote:
IRT I do not see a Safety Report and A-team escalation email, can we get that going ASAP?
Thanks

On Monday, November 2, 2015, Matt McKenna <mckenna@uber.com> wrote:
Kayla and I will work on a statement if it comes to that though I'm not sure we want to
preempt anything at this point as we have zero media or LE incoming on this.

On Nov 2, 2015, at 07:56, Luke Marklin <marklin@uber.com> wrote:

Bringing this back up to folks inboxes...

**@Jonathan** - any luck with GPS data?
**@Matt/Kayla** - will follow-up offline on strategy, but let's get a preemptive statement and
plan together.

We have this Blog queued up and ready. The event happened on a college campus, MTSU,
and we will start engaging our allies there to proactively seek a positive message.

Thanks.



On Sun, Nov 1, 2015 at 9:13 PM, Jonathan Alvira <jga@uber.com> wrote:
Hello All,
GPS data has not rendered yet. Will update as soon as data is available.
On Sun, Nov 1, 2015 at 8:11 PM, MJ Williams <mjw@uber.com> wrote:I spoke with the
rider.Rider phone comms:- The rider was at the Account Holder's home drinking- Trip was
requested to get her home- Driver helped rider into vehicle; commented how drunk rider
was- Rider mentioned trip should take 5 minutes; AH was tracking the trip- Driver took an
alternate route- Phone call was made to AH, told AH she was raped- Does not remember trip
or phone call- After 17 minute trip, rider was dropped off at apartment complex curb-
Rider's neighbor found her; Injury was a bloody knee- AH's boyfriend then left the in-app

CONFIDENTIAL



feedback- AH then picked up the rider- No mention of hospital, rape kit, or LEThe rider made an account after the allegation was made. The phone number given by the AH matches a rider account that is 6 hours old, and was banned for fraud. The rider confirmed this when I asked for an email address to follow up with, and provided her name and email address.Rider account: ███████████████████████████████████████████████

███████████████████████Recommendation: At this point, are there any objections to reaching out to the driver?On Sun, Nov 1, 2015 at 7:11 PM, Jonathan Alvira <jga@uber.com> wrote:Hello All, Pulling GPS data, will work on Safety Report after trip analysis results. On Sun, Nov 1, 2015 at 7:07 PM, Matt McKenna <mckenna@uber.com> wrote:Kayla and I will watch this one. On Nov 1, 2015, at 17:59, Luke Marklin <marklin@uber.com> wrote:Thanks Meghan - 100% agree that the facts don't seem to add up.We've had significant media overreaction in Nashville before so I'd like to start preparing a statement just in case. We'll start prepping a blog post similar to here and I'll have Taylor/Jason preemptively create a statement. We'll wait until we investigate further or have any media inbounds before acting.@ComOps / Safety - please let us know what you can find.·On Sun, Nov 1, 2015 at 7:53 PM, Meghan Verena Joyce <meghan@uber.com> wrote:Looks like this route is scheduled to take 9min w/out traffic, and took 17min total according to this trip record. The partner then accepted a trip 19sec after this one ended and completed it. Can we pull data about where the rider's cell phone was for the duration of this 17min trip, and if there were any serious delays along the way?(Also worth noting the driver is a 4.85 driver after 800 trips.)On Sun, Nov 1, 2015 at 8:38 PM, MJ Williams <mjw@uber.com> wrote:Hi all,We have received a report of an alleged L4 Sexual Misconduct - Non-Consensual Intercourse in Nashville, TN, U.S. East. As of now, the report indicates that: The driver raped his passenger. Account Holder Phone Comms: - Trip requested for friend - Driver flirted with rider during trip - Driver took a detour - Driver shoved her out of vehicle - Driver raped female passenger - Account holder picked up rider from location - Rider had defensive wounds; taken to hospital - Rape kit was administered - No mention of LE- Permission to speak with rider was requested; AH stated she would ask first Original outreach via phone was unsuccessful; wrong phone number was listed on account. Initial investigation noted account holder has only 1 trip, and the driver immediately took another trip after this one.  Driver Comms: - Email outreach Rider Account Status: Active Partner Account Status: Waitlisted Current Status of the Investigation and Requests/Callouts: Guest rider and driver phone comms needed @Safety - Please run trip analysis, and BGC is needed. Safety report also needed.@Farnoush - Due to the severity of the allegation, please monitor for incoming LERT --------------------------------
---------------------------------------------------------------------- Please see below for additional details about this incident: Date of Incident: 2015-10-31 Trip Link: ████████████████████████████████████████████████████████████████Partner

Link: ███████████████████████████████████████████

██████ Partner Zendesk Link: ██████████████████████

Partner Trip Count: 803 Partner Rating: 4.85 Rider Link:

███████████████████████████████████████████████ Rider

Zendesk Link: ██████████                    -----------------------------

------------------------ Reporting Agent: mjw@uber.com -- Meghan Verena JoyceGeneral Manager, Uber East Coastmj@uber.com -- Luke MarklinGeneral Manager, Uber Nashvillemarklin@uber.com

--
Luke MarklinGeneral Manager, Uber Nashvillemarklin@uber.com

--
Meghan Verena Joyce
General Manager, Uber East Coast
mj@uber.com

--
Luke Marklin
General Manager, Uber Nashville
marklin@uber.com

CONFIDENTIAL

UBER_JCCP_MDL_001319403

--

Thank you,

Alicia Anolick

--

J Marston
Uber Nashville
jaybo@uber.com

--
Luke Marklin
General Manager, Uber Nashville
marklin@uber.com

--
Luke Marklin
General Manager, Uber Nashville
marklin@uber.com

CONFIDENTIAL

--
Luke Marklin
General Manager, Uber Nashville
marklin@uber.com



--

**Tyler Brewer**

Operations Coordinator
Nashville, Tennessee
e: tyler.brewer@uber.com
p: (615)738-6765

--
Luke Marklin
General Manager, Uber Nashville
marklin@uber.com

--
Luke Marklin
General Manager, Uber Nashville
marklin@uber.com

CONFIDENTIAL



**UBER**

Luke Marklin
General Manager, Nashville
314.221.5312  |  marklin@uber.com



CONFIDENTIAL

Derek Kliff
Community Operations Manager
Derek.kliff@uber.com | uber.com

--

UBER

CONFIDENTIAL



Luke Marklin
General Manager, Nashville
314.221.5312 | marklin@uber.com

--

Colin Tooze
Public Affairs
571.762.6644 | tooze@uber.com | uber.com

--
Meghan Verena Joyce

CONFIDENTIAL

General Manager, Uber East Coast
mj@uber.com


--
Bill Gibbons
Communications
Uber Technologies, Inc.



--

UBER_JCCP_MDL_001319409

Derek Kliff
Community Operations Manager
Derek.kliff@uber.com  |  uber.com

--



Luke Marklin
General Manager, Nashville
314.221.5312  |  marklin@uber.com

--

CONFIDENTIAL

Derek Kliff
Community Operations Manager
Derek.kliff@uber.com | uber.com

--
Bill Gibbons
Communications
Uber Technologies, Inc.

--
Meghan Verena Joyce
General Manager, Uber East Coast
mj@uber.com

CONFIDENTIAL

--

Derek Kliff
Community Operations Manager
Derek.kliff@uber.com  |  uber.com

--
Bill Gibbons
Communications
Uber Technologies, Inc.

CONFIDENTIAL

--



Luke Marklin
General Manager, Nashville
314.221.5312 | marklin@uber.com

--
Bill Gibbons
Communications
Uber Technologies, Inc.

--



Luke Marklin
General Manager, Nashville
314.221.5312 | marklin@uber.com

CONFIDENTIAL

--
Bill Gibbons
Communications
Uber Technologies, Inc.

--
Bill Gibbons
Communications
Uber Technologies, Inc.

--
Chris Weber
Supply | Uber
248.376.7088

--



Luke Marklin
General Manager, Nashville
314.221.5312 | marklin@uber.com

--

CONFIDENTIAL

Meghan Verena Joyce
General Manager, Uber East Coast
mj@uber.com

--



Luke Marklin
General Manager, Nashville
314.221.5312 | marklin@uber.com

CONFIDENTIAL

## UBER_JCCP_MDL_001319387

## Metadata

| | | |
|---|---|---|
| **Account** | markj@uber.com; | SEMANTIC |
| **All Custodians** | Jones, Mark; | SEMANTIC |
| **All Paths** | Jones, Mark: \Gmail_EDISCO-25477_GM01\EDISCO-25477_GM01-8.zip\EDISCO-25477_GM01--markj@uber.com-qNtwtR.mbox; Jones, Mark: \Gmail_EDISCO-25477_GM01\EDISCO-25477_GM01-8.zip\EDISCO-25477_GM01--markj@uber.com-qNtwtR.mbox | SEMANTIC |
| **Application** | RFC822 Email Message | SEMANTIC |
| **Bcc** | markj@uber.com | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_001319387 | SEMANTIC |
| **Cc** | Meghan Verena Joyce <meghan@uber.com>, Rachel Holt <rachel@uber.com>, Chris Weber <weber@uber.com>, Bill Gibbons <bill.gibbons@uber.com>, Amanda DeSantis <adesantis@uber.com>, Derek Kliff <derek.kliff@uber.com>, Ross Worden <rworden@uber.com>, Tim Foran <tforan@uber.com>, Colin Tooze <tooze@uber.com>, Nairi Hourdajian <nairi@uber.com>, MJ Williams <mjw@uber.com>, Law Enforcement Outreach <outreach@uber.com>, Investigations <Investigations@uber.com>, Aaron Brand <aaron.brand@uber.com> | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 03/15/2016 9:00 pm | SEMANTIC |
| **Date Modified** | 03/15/2016 9:00 pm | SEMANTIC |
| **Date Received** | 03/15/2016 9:01 pm | SEMANTIC |
| **Date Sent** | 03/15/2016 9:00 pm | SEMANTIC |
| **Document Type** | Email | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_001319415 | SEMANTIC |
| **File Path** | \Gmail_EDISCO-25477_GM01\EDISCO-25477_GM01-8.zip\EDISCO-25477_GM01--markj@uber.com-qNtwtR.mbox | SEMANTIC |
| **File Size** | 171537 | SEMANTIC |
| **From** | Justin Suhr <suhr@uber.com> | SEMANTIC |
| **GmailMessageId** | 1528903185925214842 | SEMANTIC |
| **MD5 Hash** | ca2716c2ab36a1e5d80a375d748b39a6 | SEMANTIC |
| **Message Id** | <CAJe30evuEVofsCL06gQSt-tEaPiNk-qjJ6TPOpusgdNWZcoaDw@mail.gmail.com> | SEMANTIC |
| **Other Custodians** | Jones, Mark; | SEMANTIC |
| **Primary Date** | 03/15/2016 9:01 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL037; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |
| **Redaction Text** | REDACTED - PRIVILEGED; | SEMANTIC |
| **Sort Date** | 03/15/2016 9:00 pm | SEMANTIC |
| **Subject** | Re: [L4 Safety Incident]: Nashville, TN, U.S. East – Driver Sexual Misconduct - Non-Consensual Intercourse - 6d0e3a97-3dfd-420f-b85f-36324496bf31 | SEMANTIC |
| **To** | Luke Marklin <marklin@uber.com>, Bram Hanono <bram@uber.com> | SEMANTIC |