# Exhibit H

# EXHIBIT 15

## EXHIBIT FILED UNDER SEAL

**UBER_JCCP_MDL_003340515-UBER_JCCP_MDL_003340523**

Message

**From:**      jodi.page@uber.com [jodi.page@uber.com]
**Sent:**      3/9/2018 2:43:13 AM
**To:**        brooke.anderson@uber.com; jodi.page@uber.com
**Subject:**   ie6QRAAAAAE-MBI-FLAT:2018-03-08T07:43:13.642134

**jodi.page@uber.com** March 9, 2018 at 2:43:13 AM UTC
Law enforcement summit went great!!

**jodi.page@uber.com** March 9, 2018 at 2:43:38 AM UTC
Was a really great event - they were super engaged and appreciative - good q and a.

**jodi.page@uber.com** March 9, 2018 at 2:45:05 AM UTC
I can talk about it on one of or next team calls and share playbook and deck

**brooke.anderson@uber.com** March 9, 2018 at 2:47:40 AM UTC
YAS! How was your preso?

**jodi.page@uber.com** March 9, 2018 at 2:48:38 AM UTC
Was good! I presented twice - once about safety features and products and later about awareness campaigns.
Also talked about what our team does, etc.

**brooke.anderson@uber.com** March 9, 2018 at 2:49:41 AM UTC
YESSS!!

**brooke.anderson@uber.com** March 9, 2018 at 3:08:10 AM UTC
two goals - done!

**brooke.anderson@uber.com** March 9, 2018 at 3:08:13 AM UTC
that's awesome

**brooke.anderson@uber.com** March 9, 2018 at 3:08:17 AM UTC
i need to practice for tuesday

**brooke.anderson@uber.com** March 9, 2018 at 3:08:31 AM UTC
😞

**jodi.page@uber.com** March 9, 2018 at 3:15:46 AM UTC

UBER_JCCP_MDL_003340515

You'll do great! Just take your time and try to enjoy the moment!

**brooke.anderson@uber.com** March 9, 2018 at 3:55:51 AM UTC
HA

**brooke.anderson@uber.com** March 9, 2018 at 3:55:54 AM UTC
enjoy shmoy

**jodi.page@uber.com** March 9, 2018 at 2:06:45 PM UTC
FYI on this one

**jodi.page@uber.com** March 9, 2018 at 2:06:46 PM UTC
http://www.wect.com/story/37682130/uber-driver-accused-of-secretly-videotaping-sexual-encounter-with-passenger
http://www.wect.com/story/37682130/uber-driver-accused-of-secretly-videotaping-sexual-encounter-with-passenger

**jodi.page@uber.com** March 9, 2018 at 2:06:56 PM UTC
I didn't get any press calls yesterday

**jodi.page@uber.com** March 9, 2018 at 2:07:22 PM UTC
But I was looking at safety lens and saw that the reporter sent an inquiry through Bliss and the CSRs responded to it vs. passing it on - ugh

**jodi.page@uber.com** March 9, 2018 at 2:07:27 PM UTC
So I'm putting doc together

**jodi.page@uber.com** March 9, 2018 at 2:07:36 PM UTC
Will keep you posted

**jodi.page@uber.com** March 9, 2018 at 5:07:21 PM UTC
Here's comms doc

**jodi.page@uber.com** March 9, 2018 at 5:07:44 PM UTC

UBER_JCCP_MDL_003340516

Here's draft statement: "What police have detailed is a disturbing and deplorable. The driver does not have access to the app and we will work with law enforcement to help with their investigation."

**jodi.page@uber.com** March 9, 2018 at 5:07:56 PM UTC
Let me know if good to go - we're getting more inquiries now.

**brooke.anderson@uber.com** March 9, 2018 at 5:13:25 PM UTC
good to go

**brooke.anderson@uber.com** March 9, 2018 at 5:13:27 PM UTC
so sad.

**brooke.anderson@uber.com** March 9, 2018 at 5:13:35 PM UTC
not sure if our protoocols were followed?

**brooke.anderson@uber.com** March 9, 2018 at 5:13:41 PM UTC
two previous reports of 'leering'

**jodi.page@uber.com** March 9, 2018 at 5:13:41 PM UTC
Yeah - this guy looks like a creep

**brooke.anderson@uber.com** March 9, 2018 at 5:14:01 PM UTC
inappropriate compalints

**jodi.page@uber.com** March 9, 2018 at 5:14:26 PM UTC
one report of him saying he wanted to take a shower with a rider and one where the rider said he wouldn't let her in the car but was staring at her chest

**brooke.anderson@uber.com** March 9, 2018 at 5:14:37 PM UTC
ew

**brooke.anderson@uber.com** March 9, 2018 at 5:14:39 PM UTC
gross

**jodi.page@uber.com** March 9, 2018 at 5:14:41 PM UTC
And several dangerous driving ones that are coupled with him acting rude

CONFIDENTIAL

**jodi.page@uber.com** March 9, 2018 at 5:14:48 PM UTC
yeah and he's been driving for three years


**brooke.anderson@uber.com** March 9, 2018 at 5:14:50 PM UTC
yeah this is the kind of thing that's like


**brooke.anderson@uber.com** March 9, 2018 at 5:15:02 PM UTC
- why do we tolerate repeated instances of bad behavior


**brooke.anderson@uber.com** March 9, 2018 at 5:15:04 PM UTC
it adds up


**brooke.anderson@uber.com** March 9, 2018 at 5:15:16 PM UTC
REDACTED - PRIVILEGED        Binnings REDACTED-PRIVILEGED


**jodi.page@uber.com** March 9, 2018 at 5:16:23 PM UTC
Plus the reported from a TV station inquired through Bliss last night and they responded to her twice - didn't say anything too specific but she then said we confirmed he was still driving. I emailed Buddy to see if she can help fix that - if a reporter goes through Bliss - they should refer them to comms or press@uber.com


**jodi.page@uber.com** March 9, 2018 at 5:16:32 PM UTC
Probably was someone in manila


**brooke.anderson@uber.com** March 9, 2018 at 5:18:57 PM UTC
wait- waht


**brooke.anderson@uber.com** March 9, 2018 at 5:19:08 PM UTC
we confirmed through bliss that this guy was driving still to a reporter!?


**jodi.page@uber.com** March 9, 2018 at 5:20:02 PM UTC
We didn't confirm but we said stuff like we can't disclose because of privacy, etc. so we didn't deny it


**jodi.page@uber.com** March 9, 2018 at 5:20:05 PM UTC
It's just sloppy


**brooke.anderson@uber.com** March 9, 2018 at 5:20:14 PM UTC
WTF

UBER_JCCP_MDL_003340518

**jodi.page@uber.com** March 9, 2018 at 5:20:15 PM UTC
They shouldn't even engage at all


**jodi.page@uber.com** March 9, 2018 at 5:20:19 PM UTC
yup


**brooke.anderson@uber.com** March 9, 2018 at 5:20:22 PM UTC
please put in comms doc


**jodi.page@uber.com** March 9, 2018 at 5:20:33 PM UTC
It's strange the reporter inquired through bliss but still


**brooke.anderson@uber.com** March 9, 2018 at 5:20:36 PM UTC
and please note in our US safety comms report monthly as a pain point


**jodi.page@uber.com** March 9, 2018 at 5:20:37 PM UTC
It's in there


**jodi.page@uber.com** March 9, 2018 at 5:20:51 PM UTC
yep - and I flagged for Buddy so she's working on it


**jodi.page@uber.com** March 9, 2018 at 5:21:06 PM UTC
WAIT so we are burying the lede. SUSAN!!!!!!!!!!


**brooke.anderson@uber.com** March 9, 2018 at 5:21:19 PM UTC
☺☺☺


**brooke.anderson@uber.com** March 9, 2018 at 5:21:22 PM UTC
i wanted to let her tell you


**brooke.anderson@uber.com** March 9, 2018 at 5:21:27 PM UTC
i think we should do offsite in nyc


**brooke.anderson@uber.com** March 9, 2018 at 5:21:37 PM UTC
right?


**jodi.page@uber.com** March 9, 2018 at 5:21:40 PM UTC

UBER_JCCP_MDL_003340519

I'm SO EXCITED FOR HER!

**brooke.anderson@uber.com** March 9, 2018 at 5:21:41 PM UTC
how exciting is this!

**brooke.anderson@uber.com** March 9, 2018 at 5:21:43 PM UTC
i know

**jodi.page@uber.com** March 9, 2018 at 5:21:55 PM UTC
Yes! then we can do a team shower for her

**jodi.page@uber.com** March 9, 2018 at 5:21:59 PM UTC
You know how I love to do the showers - lol

**brooke.anderson@uber.com** March 9, 2018 at 5:25:45 PM UTC
YES

**brooke.anderson@uber.com** March 9, 2018 at 5:25:47 PM UTC
i can't wait

**brooke.anderson@uber.com** March 9, 2018 at 5:25:50 PM UTC
mine was the best ☺

**jodi.page@uber.com** March 9, 2018 at 5:27:57 PM UTC
I'm stressing about making my flight to Sydney. My original flight was delayed which means I would miss my connection in LA so I had to jump through all these hoops this morning to get on another flight.

**brooke.anderson@uber.com** March 9, 2018 at 5:58:49 PM UTC
oh no

**brooke.anderson@uber.com** March 9, 2018 at 5:58:56 PM UTC
you're leaving tomorrow right?!

**brooke.anderson@uber.com** March 9, 2018 at 5:59:01 PM UTC
is michael excited

UBER_JCCP_MDL_003340520

**jodi.page@uber.com** March 9, 2018 at 6:09:43 PM UTC
leaving today


**jodi.page@uber.com** March 9, 2018 at 6:09:51 PM UTC
flight is at 5:30


**jodi.page@uber.com** March 9, 2018 at 6:10:16 PM UTC
Yes - we're still in disbelief that we are going somewhere without kids. It's been FIVE years!


**brooke.anderson@uber.com** March 9, 2018 at 6:11:14 PM UTC
I AM SO PROUD


**brooke.anderson@uber.com** March 9, 2018 at 6:11:18 PM UTC
i hope you enjoy it


**brooke.anderson@uber.com** March 9, 2018 at 6:11:21 PM UTC
be like a kid in a candy story


**jodi.page@uber.com** March 9, 2018 at 6:11:48 PM UTC
Will be good and I'm super excited to meet the ANZ team - they are really excited to download on stuff.


**jodi.page@uber.com** March 9, 2018 at 6:11:57 PM UTC
Thanks for giving me the opp!


**brooke.anderson@uber.com** March 9, 2018 at 6:13:38 PM UTC
candy store


**jodi.page@uber.com** March 9, 2018 at 6:13:45 PM UTC
ha!


**brooke.anderson@uber.com** March 9, 2018 at 6:13:57 PM UTC
Keep in mind- the three top things that any regional team can work on now while we fix the basics are:


**brooke.anderson@uber.com** March 9, 2018 at 6:14:00 PM UTC
1- driving hour limits (susan)


**brooke.anderson@uber.com** March 9, 2018 at 6:14:05 PM UTC

UBER_JCCP_MDL_003340521

2- driving change (tracey)

**brooke.anderson@uber.com** March 9, 2018 at 6:14:11 PM UTC
3- check your ride (you)

**jodi.page@uber.com** March 9, 2018 at 6:14:22 PM UTC
yup

**brooke.anderson@uber.com** March 9, 2018 at 6:14:31 PM UTC
if we keep bringing that message everywhere we will re-direct folks attention in a positive/productive way

**jodi.page@uber.com** March 9, 2018 at 6:14:39 PM UTC
I don't even think they are doing safety tips around the holiday and stuff yet.

**brooke.anderson@uber.com** March 9, 2018 at 6:15:51 PM UTC
how's your deck?

**jodi.page@uber.com** March 9, 2018 at 6:16:08 PM UTC
Need to work on it a ton on the plane

**brooke.anderson@uber.com** March 9, 2018 at 6:16:11 PM UTC
any ideas on what could be on a slide to represnt "consumer"

**brooke.anderson@uber.com** March 9, 2018 at 6:16:20 PM UTC
right nowi have this:

**brooke.anderson@uber.com** March 9, 2018 at 6:16:40 PM UTC

**jodi.page@uber.com** March 9, 2018 at 6:17:59 PM UTC
Do you want to show people?

**jodi.page@uber.com** March 9, 2018 at 6:18:02 PM UTC

**jodi.page@uber.com** March 9, 2018 at 6:18:20 PM UTC
The letters one does have diversity which is good

**jodi.page@uber.com** March 9, 2018 at 6:21:47 PM UTC
Another
one

**brooke.anderson@uber.com** March 9, 2018 at 7:13:33 PM UTC
ok it's handled

**brooke.anderson@uber.com** March 9, 2018 at 7:13:36 PM UTC
the designer did something nice

**jodi.page@uber.com** March 9, 2018 at 8:14:11 PM UTC
Cool

UBER_JCCP_MDL_003340523

## UBER_JCCP_MDL_003340515

# Metadata

| | | |
|---|---|---|
| **Account** | brooke.anderson@uber.com; | SEMANTIC |
| **All Custodians** | Anderson, Brooke;Kawada Page, Jodi;Uber Technologies, Inc.; | SEMANTIC |
| **Application** | RFC822 Email Message | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_003340515 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Conversation Type** | 1:1 Direct Message | SEMANTIC |
| **Date Created** | 03/09/2018 2:43 am | SEMANTIC |
| **Date Modified** | 03/09/2018 2:43 am | SEMANTIC |
| **Date Sent** | 03/09/2018 2:43 am | SEMANTIC |
| **DocID** | ACD7onqsQWZJu2kA5GxnCowqU3y64UMMMppRRjYY8p6BBNe1foo9q/FUB3cbWc dI47VFL4w/Qu7Fylti2Exwiagpt/NivhyaJzWUaafv4Aw3RGD885gIKn1ZiEr18311tBKPq F5LTDm67/+k5SvHuDBDV2RblxJAHSLoKu0uicEaO82J9vIXIUqJoVWoQ13gs7Az/TS a/FZDODzLbIJCo032beqIqgt9+WimVF43kjEj/ewIhyDjuc4TV6n6uyCriVa2T3aYFyuyC +K/29XOZV41L8A6n8LTZQGQV19jhTXo/ZC/qxJeHVSrQZTpOAF2723EYP2nKgcaHt 2dijzLrjSvJW2VIBfbdpYqYoX3zZA0bEpoHfXfolSmwaz9+rN7tzvoLLqfDwxYJCFhwelf1 E1AP7RRI+LjIBVaFExPFYGuGD175F53bjov473o4TLE8Aa23BIOMA2A5BsMPhVd1s peLHhbUkWaBjanXgKiEFQWUU08ppPVOKM9g1gL6LRzdcG7bcByRIlhu9NA2V5XiH mRp1/SBIGMhRd0/FUBhOcEaJACaEsiqrHgmV/rlqBcSMhk/IO7KzEhBKv6nKoH/vQb mG5LlxpomNVeCZwvuzwYDvAt/rPjcE78YYCqCF6PzZ+IFiygsclCem9/77kHuS+yPcP JCwN9d5y4tSGoSHljnmAMFr+1GQL91BUjB9ogxMOLJh8B73FS+bzB04fTLmryqCM KWjfAINY75NcubVhfKzo1xWD6ixwzn8tzmDWGsCfNBWYADkOzHyxJkEYKzWSyfezl Ye1ymV9rI7oQfswYTtWGhl/Zp2UorxhgsALwPS0jPYBUIBIMtgmTKzcDeUyy5Ytanac QCpVwamad75tFNXeg5inYFHo= | SEMANTIC |
| **Document Type** | Email | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_003340523 | SEMANTIC |
| **File Size** | 69681 | SEMANTIC |
| **From** | jodi.page@uber.com | SEMANTIC |
| **LINKBEGBATES** | UBER_JCCP_MDL_000510713 | SEMANTIC |
| **LINKGOOGLEDRIVE DOCUMENTIDS** | 1cV1I3zLafuuovCM9wXxbaiRf4UTjgvl-Y7EtUN2KuQw | SEMANTIC |
| **MD5 Hash** | 43bc8dd0ee315bbb48e9112e1a8d08d2 | SEMANTIC |
| **Message Id** | <ie6QRAAAAAE-MBI-FLAT:2018-03-08T07:43:13.642134> | SEMANTIC |
| **Non-Contemporaneous** | N | SEMANTIC |
| **Other Custodians** | Uber Technologies, Inc.;Kawada Page, Jodi;Anderson, Brooke; | SEMANTIC |
| **Participants** | brooke.anderson@uber.com,jodi.page@uber.com | SEMANTIC |
| **Primary Date** | 03/09/2018 2:43 am | DOC_TYP E_ALIAS |
| **Production Volume** | JCCP_MDL126; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |
| **Redaction Text** | REDACTED - PRIVILEGED; | SEMANTIC |
| **ROOMID** | ie6QRAAAAAE | SEMANTIC |
| **RoomName** | brooke.anderson@uber.com,jodi.page@uber.com | SEMANTIC |
| **Sort Date** | 03/09/2018 2:43 am | SEMANTIC |
| **Subject** | ie6QRAAAAAE-MBI-FLAT:2018-03-08T07:43:13.642134 | SEMANTIC |
| **To** | brooke.anderson@uber.com; jodi.page@uber.com | SEMANTIC |