# Exhibit I

# Part 1

# EXHIBIT 17

## EXHIBIT FILED UNDER SEAL

**UBER_JCCP_MDL_005031659-UBER_JCCP_MDL_005031659**

# UBER_JCCP_MDL_005031659

## Metadata

| All Custodians | Sheridan, Danielle; | SEMANTIC |
|---|---|---|
| All Paths | Sheridan, Danielle: \JCCP-EDISCO-23800_2022\JCCP-EDISCO-23800_2022_3\JCCP-EDISCO-23800_2022_3_10.zip; Sheridan, Danielle: \JCCP-EDISCO-23800_2022\JCCP-EDISCO-23800_2022_3\JCCP-EDISCO-23800_2022_3_10.zip | SEMANTIC |
| Application | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_005031659 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 12/16/2019 5:50 pm | SEMANTIC |
| End Family | UBER_JCCP_MDL_005031659 | SEMANTIC |
| File Path | \JCCP-EDISCO-23800_2022\JCCP-EDISCO-23800_2022_3\JCCP-EDISCO-23800_2022_3_10.zip | SEMANTIC |
| File Size | 130940046 | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| Other Custodians | Sheridan, Danielle; | SEMANTIC |
| Primary Date | 12/16/2019 5:50 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL166; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 02/01/2022 10:33 pm | SEMANTIC |

# US City Ops

Weekly Leads Meeting

**We are no longer using this google doc, please reference updated doc for 2022 linked <u>here</u>!**

Uber

# December 20th, 2021

# 12/20 Updates (Danielle)

| | |
|---|---|
| **Team & people** | <ul><li>Perf self-reflection doc</li><li>Perf timelines</li><ul><li>Self-Reflections: Tues, Jan 4</li><li>Calibration: Fri, Jan 14</li></ul></ul> |
| **Business Priorities & Cross-functional efforts** | <ul><li>Update on Seattle</li><li>Insurance - David to take on ownership of Project Flo</li><li>Taxi - Paul to transition on Feb 1</li><li>Hiring for Head of CA, Head of South</li></ul> |
| **Admin & other** | <ul><li>N/A</li></ul> |

# Discussion Topics

- Reflections on Operating Review & plan of attack for next one
  - Overall sentiment
    - KvL: Loved the regulatory outlook, and the stats for our big cities, just help feel so much closer to the business….instantly just felt more aware and in tune with what's really going on;
    - But the content was such a helpful primer, that I am starting to think consistently doing in the week before MBR is best.
    - Schedule / Duration
    - Currently, next MBR is likely ~1/24 (1 week prior to Mobility MBR)
  - Content
    - Suggestions
    - More time to prepare finance
    - Deeper sub-regional
  - Distribution
    - Make copies and block out anything that ought to be confidential

- City Ops LT Self-reflection: LINK
  - Due by 1/4

# US City Operations

### Initiatives / actions and goals:

| Priority | Initiatives | POC(s) | Recent Progress | Upcoming Plans |
|---|---|---|---|---|
| **Influence Regulatory Strategy** | IC+ Strategy | Paul (North), Leslie (West), Larissa (South) | • NY AG Inquiry<br>• PA, WI, MA | • NJ Portable Benefits? (Need to follow-up) |
| | Earnings Rules | Paul (North), Leslie (West), Larissa (South) | • [No Chicago Earnings updates]<br>• [No NYC Earnings updates]<br>• Seattle OLS reporting and cancellation payments | • Continue to monitor / engage on policy & regulatory side in Chicago & NYC |
| | Re-visiting Pre-Reqs to Drive (e.g., VIs, City Debt) | Jake | • AZ - Bill drafted | • Iterate VI content based on feedback from Policy stakeholders<br>• Schedule Policy discussions with RegOps/CorEx leads<br>• MD PSC conversations to simplify TNO |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiatives | POC(s) | Recent Progress | Upcoming Plans |
|----------|-------------|--------|-----------------|----------------|
| **Grow Supply** | Conversion & TOF Insights & Actioning | Chad (North), Larissa (South), Leslie (West) | • MA MSMVR sub-process tagging underway to better understand throughput<br>• General MA Funnel Prioritization | • Laker Referral Campaign |
| | Taxis & Fleets | Joe, Chad, Imran | • Progress on PRD<br>• Continuing to go back and forth with CMT on MSA & NYC Addendum<br>• Sent proposal to Chris (SF) for review - expected to hear back this week and plan meeting w/ SFMTA<br>• Building FlyWheel proposal for SF/DC | • Working toward SteerCo next week. Key items include PRD, rider opt-in / opt-out, tech rollout plan<br>• Planning for TaxiX relaunch in DC |
| | Churn & Resurrection Insights & Actioning | Chad (North), Larissa (South), Leslie (West) | | |

# US City Operations

### Initiatives / actions and goals:

| Priority | Initiatives | POC(s) | Recent Progress | Upcoming Plans |
|---|---|---|---|---|
| Improve Customer Experience | User Experience Audits | Chad (North), Larissa (South), Leslie (West) | • Project Laker Summit, including funnel audit<br>• Scoped initial social media & news weekly audits for SPOT (launching next week) | • Setting up ongoing Sherlock standing audits for South w. SPOT, including double review w. QA feedback loops |
| | GLH + Comm Ops Engagement | Chad (North), Larissa (South), Leslie (West) | | • Exploring better North GLH Engagement Model |
| | City-Specific Insights & Actioning | Chad (North), Larissa (South), Leslie (West) | • Phoenix analysis | • NOLA sports sweepstakes next week |
| | Field Ops Execution | Chad (North), Larissa (South), Leslie (West) | • Project Napa | |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiatives | POC(s) | Recent Progress | Upcoming Plans |
|---|---|---|---|---|
| Maximize Marketplace P&L Outcomes | Monthly P&L Review / Monitoring | Chad (North), Larissa (South), Leslie (West) | ● Ongoing updates to 2022 forecasts | |
| | Insurance Operating Costs | Danielle | ● Put together working group to pull together 2022 strategy | ● Presentation during 12/16 MBR |
| | Local Marketplace Insights/Action | Chad (North), Larissa (South), Leslie (West) | ● Chicago oversurge<br>● Indy vs. Milwaukee analysis<br>● Project Laker Summit<br>● Project Hero | ● NYC WAV rates change |
| | City Level CP Insights & Actioning | Chad (North), Larissa (South), Leslie (West) | ● Boston CP analysis delivered<br>● Phoenix analysis | |
| | Growing Premium | Chad (North), Larissa (South), Leslie (West) | | |
| | City-Level Event Planning | Chad (North), Larissa (South), Leslie (West) | ● Cat connecting with Event Ops & Marketplace teams | |

## US City Operations

### Initiatives / actions and goals:

| Priority | Initiatives | POC(s) | Recent Progress | Upcoming Plans |
|---|---|---|---|---|
| **Improve Compliance Controls + Processes** | Compliance Excellence | Leslie, Larissa | • Sending Trade Dress to Uber leads going to Airports on Friday | • Finalizing North Doc Enforcement QA Standards<br>• Insurance, IL DL Clrf, MI VIS, NYC Insurance<br>• Developing project to audit compliance standards |
| | Compliance Efficiency & Automation | Jake, Paul, Leslie, Larissa | • Provided input on ServiceNow wireframe for process documentation<br>• Chicago emblems partially automated (spec. In regards to data cleanup) | • Communicate need for queryable tables based on issues with Chi Insurance<br>• Create configuration transition plans to GSAT<br>• Pushing towards Iris (data reporting tool) in Chicago<br>• Automation QBR next week |
| | Competitive Compliance | Jake, Paul, Leslie, Larissa | • Meeting with 3rd party providers this week<br>• DC Cease & Desist for Empower | • Identify other potential 3P and decide on provider |
| | Compliance to Enable Growth | Jake, Paul, Leslie, Larissa | • Early data in NM and PHX Grace periods are very positive<br>• Coordinating with TireKickers for a DC location<br>• VVI launching in LA<br>• House member sponsoring AZ VI bill<br>• Implementing GP for Hertz Tesla's | • Scoping Drive Anywhere initiative<br>• North >> Access Geo-targeting<br>• Legal to meet with CPUC in early Jan about GP |
| | Best-In-Class Compliance Documentation | Jake, Leslie | • West RegOps GRC module requirements | • Lead Process Review check ins<br>• Moving South Quarterly payment QA to Indirect Tax & building out |

# US City Operations

### Initiatives / actions and goals:

| Priority | Initiatives | POC(s) | Recent Progress | Upcoming Plans |
|---|---|---|---|---|
| **Invest in Territory Ownership + Growth Markets** | Territory Ownership Model | Chad (North), Leslie (West), Larissa (South) | • Building out US territory expansion recommendation — initial opportunity scoping complete & being fine-tuned | • Modifying North TM market ownership, given new hires<br>• Presenting Territory Ownership vision to North CoreEx team this week |
| | Small / Medium Markets | Chad (North), Leslie (West), Larissa (South) | • Completed call campaign in New Orleans to understand SH dropoff<br>• Made ongoing changes to incentive allocation in small markets for South | • College Football National Championship prep (in Indy on 1/10) |
| | College Markets | Chad (North), Larissa (South), Leslie (West) | • Building out college market overview<br>• Carried out football incentives in South over two weekends | • Presenting college strategy in MBR in January |
| | Seasonal Markets | Chad (North), Larissa (South), Leslie (West) | | • Kickoff North summer markets planning in Q1 |
| | Suburbs | Chad (North), Larissa (South), Leslie (West) | • Building out argument for split suburb incentive strategy in Miami | |

# December 14th, 2021

# 12/14 Updates (Danielle)

| | |
|---|---|
| **Team & people** | • Template for self-review<br>• Hiring<br>• OOOs coming up |
| **Business Priorities & Cross-functional efforts** | |
| **Admin & other** | • Reminder: All Hands Recognition Submission<br>• Travel reminder for January's summit (T&E asks to book 21 days prior to travel) |

| Name | David Han |
|---|---|
| Schedule | I'm on dad duty from 7am-9am, and will aim to jump into all things Uber by 9:15-9:30am. I try to schedule ~45min blocks for lunch/childcare where I can relieve our caretaker a bit. Caretaker leaves around 5:30pm usually, so I'll usually have a block in the evening where I have to be on dad duty. In highly urgent situations, I can jump back online for slack/email around 7:30pm. |
| Communication | Strong preference for informal communication (text, phonecall, 5 min zoom mtgs) |
| Transparency | Important and frankly can be difficult for me in work relationships where there isn't a lot of clarity around expectations and priorities |
| Positive and negative triggers | Positive: Important value of mine to connect w/ work colleagues on a personal, human level. Really enjoy spending time with teammates and not talking Uber at all when appropriate :) <br> Additionally: trust, autonomy, judgement-free zones <br> Negative: Top-down management without clarity, micro-management, lack of communication |
| How do you recharge? | Completely unplug and focus on family; exercise |
| Feedback | Conversational and timely. Don't respond too well when feedback doesn't feel grounded in reality and is moreso a matter of the other party's preferences |
| Just for Fun | Love scotch… multi-instrumentalist… |
| Anything else? | Travelled to Miami 1-2x a month when I used to work for the King* |

# Discussion Topics

- [XXX]

# Flow Bulk Recommended Mode

December 14, 2021

Uber



## What is Flow Bulk Recommended Mode?

**Recommended Mode** takes three popular CRM team tools and merges them in a simplified experience. Recommended Mode combines the functionality to:

- Target hyper-specific audiences with filters based on user attributes with Bullseye
- Quickly create messages with brand- and legal-approved content with Bloc
- Schedule and deploy communications at massive scale with Flow Bulk



Recommended Mode combines Bullseye, Bloc, and Flow Bulk in a single standalone tool..

# Recommended Mode reduces deployment down to 30 minutes

## Flow Bulk Recommended Mode helps you communicate with users

Behind the scenes, sending communications is highly complex. Recommended Mode takes complex technical and business logic, and simplifies it:

- Filtered audiences to guard against sending to the wrong people
- Content templates with the latest from branded design and pre-approved content
- Schedule visibility for communications across the company for better



Recommended Match's core features are broken down into **three major processes:**

## Building an Audience 

## Creating Content

## Scheduling Sends 

Define an audience of users using hundreds of filterable attributes.

- Pre-configured starter audiences that start you with a wide, relevant user base
- Easy to use filters to drill down to the specific users you need
- Size estimates to help you sanity check your audience

Create messages with legal-approved content and on-brand design.

- Curated library of templates with nearly complete content
- Integrated content authoring interface within Flow Bulk
- Simplified content editing experience that protects you from mistakes

Drop your content onto the send schedule to deploy it almost immediately.

- Schedule as soon as 15 minutes out (or weeks in advance)
- Visibility into what else is on the schedule already
- Send messages to the same audience at different dates and times



# Supported use cases

**All unlisted cases should be handled by Regional CRM.** If a use case you have been handling is not on this list, it is outside the scope of your responsibilities.

| Recurring Incentives | Supply Positioning | Airports & Venues | Emergency & Weather | Other Special Use Cases |
|---|---|---|---|---|
| Eater Incentives | Courier Incentives | Eater Restaurant Promos | Adverse Weather | Rider First Trip Promos |
| R2E Incentives | Driver Incentives | Rider Airport Promos | App Temporary Offline | Rider Payment Issues |
| BOGO Incentives | Churned Earners Comms | Churned Restaurants | Local Safety Events | Product Launches |
| Co-marketing / Restaurant-funded Offers | Funnel Earners Comms | Pickups & Dropoffs | | Legal Policy Notice |
| Earner DxGy Incentives | Active Earners Comms | Impounds | | |
| Earner Referral | | | | |
| Holiday/Events | | | | |

A more detailed list of use cases can be found here.

# Demo

Sam Kaner

# How users can get access

To use the Flow Bulk Recommended Mode tools, users must enroll and complete the corresponding training.

Please share this link to anyone on your teams who might find Flow Bulk Recommended Mode useful



# US City Operations

## Initiatives / actions and goals:

| Priority | Initiatives | POC(s) | Recent Progress | Upcoming Plans |
|---|---|---|---|---|
| Invest in Territory Ownership + Growth Markets | Territory Ownership Model | Chad (North), Leslie (West), Larissa (South) | • Building out US territory expansion recommendation — initial opportunity scoping complete & being fine-tuned | • Modifying North TM market ownership, given new hires<br>• Presenting Territory Ownership vision to North CoreEx team this week |
| | Small / Medium Markets | Chad (North), Leslie (West), Larissa (South) | • Completed call campaign in New Orleans to understand SH dropoff<br>• Made ongoing changes to incentive allocation in small markets for South | • College Football National Championship prep (in Indy on 1/10) |
| | College Markets | Chad (North), Larissa (South), Leslie (West) | • Building out college market overview<br>• Carried out football incentives in South over two weekends | • Presenting college strategy in MBR in January |
| | Seasonal Markets | Chad (North), Larissa (South), Leslie (West) | | • Kickoff North summer markets planning in Q1 |
| | Suburbs | Chad (North), Larissa (South), Leslie (West) | • Building out argument for split suburb incentive strategy in Miami | |

# US City Operations

### Initiatives / actions and goals:

| Priority | Initiatives | POC(s) | Recent Progress | Upcoming Plans |
|---|---|---|---|---|
| Influence Regulatory Strategy | IC+ Strategy | Paul (North), Leslie (West), Larissa (South) | • NY AG Inquiry | |
| | Earnings Rules | Paul (North), Leslie (West), Larissa (South) | • [No Chicago Earnings updates]<br>• [No NYC Earnings updates]<br>• Seattle OLS reporting and cancellation payments | • Continue to monitor / engage on policy & regulatory side in Chicago & NYC |
| | Re-visiting Pre-Reqs to Drive (e.g., VIs, City Debt) | Jake | • AZ - VI bill drafted looking for sponsor<br>• CA - Jane Lee reviewing content for CPUC discussion<br>• CO - Shared content with Michele Blackwell to discuss w/ lobbyist for IC+ bill<br>• Sending email to Adam Blinick with requests for Policy support | • Iterate VI content based on feedback from Policy stakeholders<br>• Schedule Policy discussions with RegOps/CorEx leads |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiatives | POC(s) | Recent Progress | Upcoming Plans |
|---|---|---|---|---|
| **Grow Supply** | Conversion & TOF Insights & Actioning | Chad (North), Larissa (South), Leslie (West) | • MA MSMVR sub-process tagging underway to better understand throughput<br>• General MA Funnel Prioritization | • Laker Referral Campaign |
| | Taxis & Fleets | Joe, Chad, Imran | • Progress on PRD<br>• Continuing to go back and forth with CMT on MSA & NYC Addendum<br>• Sent proposal to Chris (SF) for review - expected to hear back this week and plan meeting w/ SFMTA<br>• Building FlyWheel proposal for SF/DC | • Working toward SteerCo next week. Key items include PRD, rider opt-in / opt-out, tech rollout plan<br>• Planning for TaxiX relaunch in DC |
| | Churn & Resurrection Insights & Actioning | Chad (North), Larissa (South), Leslie (West) | | |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiatives | POC(s) | Recent Progress | Upcoming Plans |
|---|---|---|---|---|
| Improve Customer Experience | User Experience Audits | Chad (North), Larissa (South), Leslie (West) | • Project Laker Summit, including funnel audit<br>• Scoped initial social media & news weekly audits for SPOT (launching next week) | • Setting up ongoing Sherlock standing audits for South w. SPOT, including double review w. QA feedback loops |
| | GLH + Comm Ops Engagement | Chad (North), Larissa (South), Leslie (West) | | • Exploring better North GLH Engagement Model |
| | City-Specific Insights & Actioning | Chad (North), Larissa (South), Leslie (West) | • Phoenix analysis | |
| | Field Ops Execution | Chad (North), Larissa (South), Leslie (West) | • Project Napa | |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiatives | POC(s) | Recent Progress | Upcoming Plans |
|---|---|---|---|---|
| Maximize Marketplace P&L Outcomes | Monthly P&L Review / Monitoring | Chad (North), Larissa (South), Leslie (West) | • Ongoing updates to 2022 forecasts | |
| | Insurance Operating Costs | Danielle | • Put together working group to pull together 2022 strategy | • Presentation during 12/16 MBR |
| | Local Marketplace Insights/Action | Chad (North), Larissa (South), Leslie (West) | • Chicago oversurge<br>• Indy vs. Milwaukee analysis<br>• Project Laker Summit<br>• Project Hero | • NYC WAV rates change |
| | City Level CP Insights & Actioning | Chad (North), Larissa (South), Leslie (West) | • Boston CP analysis delivered<br>• Phoenix analysis | |
| | Growing Premium | Chad (North), Larissa (South), Leslie (West) | | |
| | City-Level Event Planning | Chad (North), Larissa (South), Leslie (West) | • Cat connecting with Event Ops & Marketplace teams | |

## US City Operations

### Initiatives / actions and goals:

| Priority | Initiatives | POC(s) | Recent Progress | Upcoming Plans |
|---|---|---|---|---|
| **Improve Compliance Controls + Processes** | Compliance Excellence | Leslie, Larissa | • Sending Trade Dress to Uber leads going to Airports on Friday | • Finalizing North Doc Enforcement QA Standards<br>• Insurance, IL DL Clin, MI VIS, NYC Insurance<br>• Developing project to audit compliance standards |
| | Compliance Efficiency & Automation | Jake, Paul, Leslie, Larissa | • Provided input on ServiceNow wireframe for process documentation<br>• Chicago emblems partially automated (spec. In regards to data cleanup) | • Communicate need for queryable tables based on issues with Chi Insurance<br>• Create configuration transition plans to GSAT<br>• Pushing towards Iris (data reporting tool) in Chicago<br>• Automation QBR next week |
| | Competitive Compliance | Jake, Paul, Leslie, Larissa | • Meeting with 3rd party providers this week<br>• DC Cease & Desist for Empower | • Identify other potential 3P and decide on provider |
| | Compliance to Enable Growth | Jake, Paul, Leslie, Larissa | • Early data in NM and PHX Grace periods are very positive<br>• Coordinating with TireKickers for a DC location<br>• VVI launching in LA<br>• House member sponsoring AZ VI bill<br>• Implementing GP for Hertz Tesla's | • Scoping Drive Anywhere initiative<br>• North >> Access Geo-targeting<br>• Legal to meet with CPUC in early Jan about GP |
| | Best-In-Class Compliance Documentation | Jake, Leslie | • West RegOps GRC module requirements | • Lead Process Review check ins<br>• Moving South Quarterly payment QA to Indirect Tax & building out |

# December 6th, 2021

# 12/06 Updates (Danielle)

| | |
|---|---|
| **Team & people** | • Hiring<br>• Plan for Impact Check-Ins + Perf<br>• Manager Survey - 36% participation, goal is 100% |
| **Business Priorities & Cross-functional efforts** | • Seattle<br>• Taxi, insurance, Laker<br>• Monthly business review for City Ops |
| **Admin & other** | • 12/17 - Last day to submit expenses in 2021!<br>• Danielle OOO 12/9, 12/10, 12/13 |

# Discussion Topics

- [Danielle] Compliance checks across teams? What would this look like?

| Priority | Initiatives | POC(s) | Recent Progress | Upcoming Plans |
|---|---|---|---|---|
| Improve Compliance Controls + Processes | Driving Compliance Excellence | Jake, Paul, Leslie, Larissa | • Removed Future dated insurance doc drivers from platform - coordinating w/ Justice for impacted<br>• Seattle FHP permit process analysis<br>• Nevada reporting<br>• Carried out AL audit | • Finalizing North Doc Enforcement QA Standards<br>• Gaps & Cliffs: NJ Placards, Chi Black Flow Insurance, IL DL Cliff, MI VIs, NYC Insurance |
| | Compliance Efficiency & Automation | Jake, Paul, Leslie, Larissa | • Meeting with GSAT on ServiceNow transition on Weds 12/8<br>• US City Ops Reporting / Automation project update on 12/16<br>• Chicago emblems partially automated (spec. In regards to data cleanup) | • Communicate need for queryable tables based on issues with Chi Insurance<br>• Create configuration transition plans to GSAT<br>• Pushing towards Iris (data reporting tool) in Chicago<br>• Automation QBR next week |
| | Competitive Compliance | Jake, Paul, Leslie, Larissa | • Releasing RFP this week for compliance divergence<br>• Potential competitor auto-fetch capability in MA? | • Further pushing on Empower compliance in MD, VA, DC, SC & L compliance in KY |
| | Compliance to Enable Growth | Jake, Paul, Leslie, Larissa | • Email out to Blinick on RegOps/CorEx...will follow up<br>• Sending Bobby doc for MN<br>• Determining higher impact VI opptys<br>• Legal going to CPUC for Grace Periods<br>• Identified opportunity analysis projects to influence supply recovery from West RegOps perspective<br>• Updated MD TNO NFA comms<br>• Identified VA VI gap for rentals & working with vehicles to create comms | • Scoping Drive Anywhere initiative<br>• North >> Access Geo-targeting |
| | Best-In-Class Compliance Documentation | Jake, Leslie | • Meeting this week to transition Process Tracker to ServiceNow<br>• Process Tracker review starting this week<br>• West RegOps GRC module requirements | • Lead Process Review check ins<br>• Moving South Quarterly payment QA to Indirect Tax & building out documentation |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiatives | POC(s) | Recent Progress | Upcoming Plans |
|---|---|---|---|---|
| **Invest in Territory Ownership + Growth Markets** | Territory Ownership Model | Chad (North), Leslie (West), Larissa (South) | • Building out US territory expansion recommendation — initial opportunity scoping complete & being fine-tuned | • (North) Modifying TM market ownership, given new hires<br>• (North) Thinking about "Territory Ownership" mandate |
| | Small / Medium Markets | Chad (North), Leslie (West), Larissa (South) | • Completed call campaign in New Orleans to understand SH dropoff<br>• Made ongoing changes to incentive allocation in small markets for South | |
| | College Markets | Chad (North), Larissa (South), Leslie (West) | • Building out college market overview<br>• Carried out football incentives in South over two weekends | • Presenting college strategy in MBR |
| | Seasonal Markets | Chad (North), Larissa (South), Leslie (West) | | |
| | Suburbs | Chad (North), Larissa (South), Leslie (West) | | |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiatives | POC(s) | Recent Progress | Upcoming Plans |
|---|---|---|---|---|
| Influence Regulatory Strategy | IC+ Strategy | Paul (North), Leslie (West), Larissa (South) | • NY AG Inquiry | |
| | Earnings Rules | Paul (North), Leslie (West), Larissa (South) | • [No Chicago Earnings updates]<br>• [No NYC Earnings updates]<br>• Seattle OLS reporting and cancellation payments | • Continue to monitor / engage on policy & regulatory side in Chicago & NYC |
| | Re-visiting Pre-Reqs to Drive (e.g., VIs, City Debt) | Jake | • AZ - VI bill drafted looking for sponsor<br>• CA - Jane Lee reviewing content for CPUC discussion<br>• CO - Shared content with Michele Blackwell to discuss w/ lobbyist for IC+ bill<br>• Sending email to Adam Blinick with requests for Policy support | • Iterate VI content based on feedback from Policy stakeholders<br>• Schedule Policy discussions with RegOps/CorEx leads |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiatives | POC(s) | Recent Progress | Upcoming Plans |
|---|---|---|---|---|
| Grow Supply | Conversion & TOF Insights & Actioning | Chad (North), Larissa (South), Leslie (West) | • MA MSMVR sub-process tagging underway to better understand throughput<br>• General MA Funnel Prioritization | • Laker Referral Campaign |
| | Taxis & Fleets | Joe, Chad, Imran | • Progress on PRD<br>• Continuing to go back and forth with CMT on MSA & NYC Addendum<br>• Sent proposal to Chris (SF) for review - expected to hear back this week and plan meeting w/ SFMTA<br>• Building FlyWheel proposal for SF/DC | • Working toward SteerCo next week. Key items include PRD, rider opt-in / opt-out, tech rollout plan<br>• Planning for TaxiX relaunch in DC |
| | Churn & Resurrection Insights & Actioning | Chad (North), Larissa (South), Leslie (West) | | |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiatives | POC(s) | Recent Progress | Upcoming Plans |
|---|---|---|---|---|
| Improve Customer Experience | User Experience Audits | Chad (North), Larissa (South), Leslie (West) | • Project Laker Summit, including funnel audit<br>• Scoped initial social media & news weekly audits for SPOT (launching next week) | • Setting up ongoing Sherlock standing audits for South w. SPOT, including double review w. QA feedback loops |
| | GLH + Comm Ops Engagement | Chad (North), Larissa (South), Leslie (West) | | • Exploring better North GLH Engagement Model |
| | City-Specific Insights & Actioning | Chad (North), Larissa (South), Leslie (West) | • Phoenix analysis | |
| | Field Ops Execution | Chad (North), Larissa (South), Leslie (West) | • Project Napa | |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiatives | POC(s) | Recent Progress | Upcoming Plans |
|---|---|---|---|---|
| Maximize Marketplace P&L Outcomes | Monthly P&L Review / Monitoring | Chad (North), Larissa (South), Leslie (West) | • Ongoing updates to 2022 forecasts | |
| | Insurance Operating Costs | Danielle | • Put together working group to pull together 2022 strategy | • Presentation during 12/16 MBR |
| | Local Marketplace Insights/Action | Chad (North), Larissa (South), Leslie (West) | • Chicago oversurge<br>• Indy vs. Milwaukee analysis<br>• Phoenix analysis<br>• Project Laker Summit | • NYC WAV rates change |
| | City Level CP Insights & Actioning | Chad (North), Larissa (South), Leslie (West) | • Boston CP analysis delivered | |
| | Growing Premium | Chad (North), Larissa (South), Leslie (West) | | |
| | City-Level Event Planning | Chad (North), Larissa (South), Leslie (West) | • Cat connecting with Event Ops & Marketplace teams | |

# November 30th, 2021





# HAPPY Thanksgiving





*Drop in photos from your holiday!*

# 11/30 Updates (Danielle)

| | |
|---|---|
| **Team & people** | <ul><li>Welcome, David!</li><li>City Ops Operating Review - 12/17</li><li>Head of CA Interview</li><li>Miami off-site</li></ul> |
| **Business Priorities & Cross-functional efforts** | <ul><li>Omicron variant & business implications</li><li>Project Laker</li><li>Taxi/Fleets</li><li>Insurance</li><li>Scorecard for next year, KPIs, dashboarding</li></ul> |
| **Admin & other** | <ul><li>Danielle OOO 12/9, 12/10, 12/13</li></ul> |

# Discussion Topics

- [**Leslie**] Discuss leads meeting deck updates and frequency / format. Some thoughts include re-formatting to make topics less granular / overlapping, including timing of each goal (i.e. H1 or H2 to manage workload expectations / continue to stay the course on North Star priorities for our teams), providing more robust updates less frequently, or leveraging existing 1:1s and operating reviews for more granular updates that can be pulled from as needed to reduce duplication.

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiatives | POC(s) | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **Grow Supply** | Conversion & TOF Insights & Actioning | Chad (North), Larissa (South), Leslie (West) | <ul><li>MA MSMVR sub-process tagging underway to better understand throughput</li><li>Access SteerCo this Thursday</li></ul> | <ul><li>Laker Referral Campaign</li></ul> |
| | Taxis & Fleets | Joe, Chad, Imran | | <ul><li>Progress on PRD</li><li>Continuing to go back and forth with CMT on MSA & NYC Addendum</li></ul> |
| | Churn & Resurrection Insights & Actioning | Chad (North), Larissa (South), Leslie (West) | | |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiatives | POC(s) | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| Maximize Marketplace P&L Outcomes | Monthly P&L Review / Monitoring | Chad (North), Larissa (South), Leslie (West) | • Ongoing updates to 2022 forecasts | |
| | Insurance Operating Costs | Danielle | • Put together working group to pull together 2022 strategy | • Presentation during 12/16 MBR |
| | Local Marketplace Insights/Action | Chad (North), Larissa (South), Leslie (West) | • Chicago oversurge<br>• Indy vs. Milwaukee analysis<br>• Phoenix analysis<br>• Project Laker Summit | • NYC WAV rates change |
| | City Level CP Insights & Actioning | Chad (North), Larissa (South), Leslie (West) | • Boston CP analysis delivered | |
| | Growing Premium | Chad (North), Larissa (South), Leslie (West) | | |
| | City-Level Event Planning | Chad (North), Larissa (South), Leslie (West) | • Cat connecting with Event Ops & Marketplace teams | |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiatives | POC(s) | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| Improve Customer Experience | User Experience Audits | Chad (North), Larissa (South), Leslie (West) | ● Project Laker Summit, including funnel audit | |
| | GLH + Comm Ops Engagement | Chad (North), Larissa (South), Leslie (West) | | |
| | City-Specific Insights & Actioning | Chad (North), Larissa (South), Leslie (West) | ● Phoenix analysis | |
| | Field Ops Execution | Chad (North), Larissa (South), Leslie (West) | ● Project Napa | |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiatives | POC(s) | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| Influence Regulatory Strategy | IC+ Strategy | Paul (North), Leslie (West), Larissa (South) | • NY AG Inquiry | |
| | Earnings Rules | Paul (North), Leslie (West), Larissa (South) | • [No Chicago Earnings updates]<br>• [No NYC Earnings updates]<br>• Seattle OLS reporting and cancellation payments | • Continue to monitor / engage on policy & regulatory side in Chicago & NYC |
| | Re-visiting Pre-Reqs to Drive (e.g., VIs, City Debt) | Jake | • AZ - VI bill drafted looking for sponsor<br>• CA - Jane Lee reviewing content for CPUC discussion<br>• CO - Shared content with Michele Blackwell to discuss w/ lobbyist for IC+ bill<br>• Sending email to Adam Blinick with requests for Policy support | • Iterate VI content based on feedback from Policy stakeholders<br>• Schedule Policy discussions with RegOps/CorEx leads |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiatives | POC(s) | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **Invest in Territory Ownership + Growth Markets** | Territory Ownership Model | Chad (North), Leslie (West), Larissa (South) | | • (North) Modifying TM market ownership, given new hires |
| | Small / Medium Markets | Chad (North), Leslie (West), Larissa (South) | | |
| | College Markets | Chad (North), Larissa (South), Leslie (West) | | |
| | Seasonal Markets | Chad (North), Larissa (South), Leslie (West) | | |
| | Suburbs | Chad (North), Larissa (South), Leslie (West) | | |

| Priority | Initiatives | POC(s) | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| Improve Compliance Controls + Processes | Driving Compliance Excellence | Jake, Paul, Leslie, Larissa | • Finalizing North Doc Enforcement QA Standards<br>• North Asana monitoring & receipts<br>• Identified compliance gaps in Insurance doc collection (Chicago & Future dated docs)<br>• FHP permit analysis<br>• Nevada reporting | • Implement remediation plans for Insurance doc challenges |
| | Compliance Efficiency & Automation | Jake, Paul, Leslie, Larissa | • Chi Emblems partially automated<br>• Trade Dress Digital Bifold pilot rolled out in ATL<br>• Product requests in process<br>• Reporting / QA project | • Communicate need for queryable tables based on issues with Chi Insurance |
| | Competitive Compliance | Jake, Paul, Leslie, Larissa | • MA State Auditor Insight: Lyft may be using doc auto-fetch program<br>• RFP v1 completed for Compliance Divergence | • Release RFP for Compliance Divergence |
| | Compliance to Enable Growth | Jake, Paul, Leslie, Larissa | • Identified opportunity analysis projects to influence supply recovery from RegOps perspective | • Scoping Drive Anywhere initiative |
| | Best-In-Class Compliance Documentation | Jake | • Meeting this week to transition Process Tracker to ServiceNow<br>• Process Tracker review starting this week<br>• RegOps GRC module requirements | • Lead Process Review check ins |

# November 22th, 2021

# 11/22 Updates (Danielle)

| Team & people | <ul><li>Hiring - esp Head of CA role</li><li>Taxi & fleets resourcing plan</li><li>Headcount update</li></ul> |
|---|---|
| Business Priorities & Cross-functional efforts | <ul><li>Taxi/fleets</li><li>Laker</li><li>Insurance</li></ul> |
| Admin & other | <ul><li>Happy Thanksgiving!</li><li>OOO Wed - Fri</li></ul> |

# Discussion Topics

- [Chad] YE Perf vs. Quarterly Impact Check-Ins. Any questions? How are you planning on handling, given there is some flexibility?
- [Joe] UberX Share - Any update on how the product has performed in Miami or Rider/Driver feedback?
- [Jake] Just spoke to a VI provider who wants to expand near GLH locations (currently in WA, AZ, CHI, and NV)...any others jump out as major needs (outside of obvious CA, MA, etc.)

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We set the business strategy for our markets.** | Establish **P&L review cadence** for each region to provide detailed overview of P&L performance. Include strategy & initiatives planned for following month based on previous month's performance. | Joe Bollhofer *(Chad to update)* | | |
| **We demonstrate deep market expertise, which we use to drive and/or influence business outcomes across markets.** | **Identify problematic cities** that have historically been neglected from a marketplace and/or CP perspective (e.g., Detroit, Cleveland, Cincinnati), and launch initiatives to address issues. | Varun Kaushal *(Chad to update)* | | |

# US City Operations

### Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| We chase and fix poor customer experiences, and identify new pockets of growth. | Develop **driver growth and experience dashboard** that outlines detailed signup, first trip, driver conversion, supply hour, and driver experience data at the city-level, so that we can clearly identify, escalate, and action upon anomalies. | ~~Larissa Lewis~~ Incorporating into Access Workstream | | |
| | Create **rider experience** dashboard by city to identify user experience gaps that can be identified / escalated to appropriate teams (e.g., issues related to bad routes being taken). | Larissa Lewis, Joe Bollhofer | | |
| | Increase number of **employee driving experiences** within City Ops (driving both on Uber and competitors' platforms). Gather insights that can be actioned against across the company | Chad Dobbs | | |
| | Create a **process/standard** for City Ops to regularly identify and escalate high-priority bugs/defects to relevant stakeholders. | Breeana Crawford *(Andrew to update)* | | |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We shape key regulatory challenges (incl. IC+).** | <u>Develop and execute upon</u> IC+ strategy across relevant states. Create a strategy to explicitly decide what our goals are for IC+ (e.g., minimize cost exposure, minimize competitive risk, and/or create driver experience advantage) | Paul Picinich | • Some slow-down in WI<br>• PA progress<br>• NY AG digging | |
| | <u>Navigate regulatory challenges</u> across all markets, with particular focus on CA, MA, NYC, Chicago, Seattle, Portland. | Paul Picinich, Leslie Boley, Larissa Lewis | • Positive signal of methodology reconsideration for Chi Earnings Study<br>• Positive signal of RMV tracking consideration for DPU Consent Decree | |

# US City Operations

### Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| We achieve compliance excellence. | Operationalize all compliance requirements. Automate where possible. | Leslie Boley, Larissa Lewis | • Automation progress - through MD/VA automation discovered an ongoing VI issue<br>• Process optimization underway in all teams | • Holding automation readout in mid December |
| | Enable growth through compliance efforts by creating a more seamless driver experience | Jake Levy | • Discussion with VI provider on partnership opportunities<br>• CA moving forward w/ VI GP<br>• AZ starting to draft VI bill<br>• VVI CA Decision<br>• VR Autofetch accuracy has been so-so, focus on FL & CO | • CO VI discussion w/ lobbyist<br>• Continue to monitor VR Autofetch MVP<br>• VOC for CA drivers on VI |
| We develop a happy, thriving team, comprised of Uber's future leaders. | Conduct detailed reviews after each culture survey, with thorough action plan to address gaps. | Leslie Boley | | |
| | Launch at least 3 people-oriented events per quarter, related to career development, networking amongst City Ops, or otherwise. | Samson Walla, Paul Picinich | | |

# November 16th, 2021

# US&C City Ops/Finance key planning milestones (next couple of weeks heading into F12)



| | 11/15-11/19 | | 11/23-11/26 | | 11/29-12/3 | 12/6-12/10 | 12/13-12/17 |
|---|---|---|---|---|---|---|---|
| **Financial planning Milestones** | F11 US&C Submission *Nov 15* | PU Model Opened for F12 Changes *Nov 16* | PU Model Closed for F12 Changes *Nov 23* | Finance to review F12 changes *Nov 23* | Nov Financial Close *Dec 3* | | F11 US&C Submission *Dec 15* |
| **Finance Meetings** | Mac Review of US&C 2022 Plan *Nov 18* | Finance/City Ops review of current F11 ( Optional) *Nov 19* | | Finance/City Ops Regional Lead signoff *Nov 24* | US PU F12 Signoff ( Danielle) *Nov 30* | US&C PU F12 Signoff ( Dennis) *Dec 10* | US City Ops Full P&L F12 Review *Dec 16* |
| **US&C City Ops Milestones** | City Ops able to make adjustments *Nov 18* | | City Ops model closed for adjustments *Nov 23* | City Ops Regional Leads review adjustments *Nov 23* | City Ops PU 2022 Targets Finalized *Dec 1* | | City Ops PU cycle begins for F1 *Dec 16* |

**Notes**

- *Main goal for the next month is to ensure that City Ops PU goals are agreed upon between Finance and City Ops*
- *City Ops allowed to redistribute volumes and GB expectations as long as US topline ties out to F11*
- *City Ops to use current S&P Use Case guidance for growth checks ( following slide )*
- *Main focus of changes should be Q2-Q4 2022 with emphasis on H2'22*
- *Current model to reference for changes are located* *here*

# US Use Case recovery rate changes: F10 to F11



| Use Case | 2021 Q3 Actuals | 2022 Q4 F10 | 2022 Q4 F11 | Commentary |
|---|---|---|---|---|
| **Leisure Travel** <br> *~19% of trips today* | | | | Leisure travel will continue to outpace overall recovery on the back of strong domestic airport volume. For F11, we leveraged additional growth opportunities from S&P to help bridge the gap |
| **Business** <br> *~12% of trips today* | | | | No change vs F10 |
| **Workday** <br> *~27% of trips today* | | | | No change vs F10 |
| **Social** <br> *~33% of trips today* | | | | We're expecting our largest growth opportunity in the Social use case, with strong growth expected during Q3 and Q4 '22. With schools back in session and a full year of events and gatherings, we expected to be approaching full recovery by year end. |
| **Errands** <br> *~5% of trips today* | | | | No change vs F10 |
| **Other** <br> *~4% of trips today* | | | | No change vs F10 |
| **US Overall** | | | | |

## US Baseline - F11 vs 2019

# 11/15 Updates (Danielle)

| | |
|---|---|
| **Team & people** | • Andrew has transitioned; Leslie officially leading West CoreEx + RegOps during interim period<br>• Hiring for Head of CA role<br>• Some thoughts:<br> ○ Insights vs. action<br> ○ Re: culture survey: teams not getting right level of urgency on projects cross-functionally<br> ○ Thoughts on "working groups" (e.g., Access working group + SteerCo) - 1) temporary in nature, 2) should not take away from day-to-day work from this team |
| **Business Priorities & Cross-functional efforts** | • FP&A Plans for 2022<br>• 2022 Planning<br>• Taxi<br>• Insurance Costs (going to become a larger priority for City Ops in 2022)<br>• Laker<br>• College Markets / Growth Markets<br>• Executing against 2022 plans next year |
| **Admin & other** | • US City Ops AH on Wednesday - Submit any Slido here |

# Discussion Topics

- [**Leslie**] Daniel Liang has accepted a role with Prod Ops and will be transitioning off the West RegOps team. Recruiting will be a top priority to backfill his critical role for CA regulatory.
- [**Chad**] With a lot of new hires joining our teams, is there a way to plug them into the existing mentorship program?
- [**Chad**] I'm a little confused by the overlap / interplay between year-end Perf and impact check-ins. My initial understanding was that YE Perf would replace the impact check-in, but that doesn't seem to be the case based on a timeline I saw (which shows an Impact Check-In in December, sharing Perf reviews in Jan / Feb, and another Impact Check-In in March). Any clarity? How are folks planning to navigate this?
- [**Danielle**] Customer Connection Week - are folks participating?

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|----------|-----------|-----|-------------------|-----------------|
| **We set the business strategy for our markets.** | Establish **P&L review cadence** for each region to provide detailed overview of P&L performance. Include strategy & initiatives planned for following month based on previous month's performance. | Joe Bollhofer *(Chad to update)* | • Finalizing 2022 forecasts | • Defining monthly forecast review / update process (upcoming) |
| **We demonstrate deep market expertise, which we use to drive and/or influence business outcomes across markets.** | **Identify problematic cities** that have historically been neglected from a marketplace and/or CP perspective (e.g., Detroit, Cleveland, Cincinnati), and launch initiatives to address issues. | Varun Kaushal *(Chad to update)* | • Chicago over surge investigation<br>• Ongoing taxi work | |

# US City Operations

### Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| We chase and fix poor customer experiences, and identify new pockets of growth. | Develop **driver growth and experience dashboard** that outlines detailed signup, first trip, driver conversion, supply hour, and driver experience data at the city-level, so that we can clearly identify, escalate, and action upon anomalies. | ~~Larissa Lewis~~ Incorporating into Access Workstream | | |
| | Create **rider experience** dashboard by city to identify user experience gaps that can be identified / escalated to appropriate teams (e.g., issues related to bad routes being taken). | Larissa Lewis, Joe Bollhofer | | |
| | Increase number of **employee driving experiences** within City Ops (driving both on Uber and competitors' platforms). Gather insights that can be actioned against across the company | Chad Dobbs | • Field Ops interviewing has begun | • Restarting legal scoping of driving while in the Field Ops role |
| | Create a **process/standard** for City Ops to regularly identify and escalate high-priority bugs/defects to relevant stakeholders. | Breeana Crawford *(Andrew to update)* | | |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We shape key regulatory challenges (incl. IC+).** | <u>Develop and execute upon</u> IC+ strategy across relevant states. Create a strategy to explicitly decide what our goals are for IC+ (e.g., minimize cost exposure, minimize competitive risk, and/or create driver experience advantage) | Paul Picinich | | |
| | <u>Navigate regulatory challenges</u> across all markets, with particular focus on CA, MA, NYC, Chicago, Seattle, Portland. | Paul Picinich, Leslie Boley, Larissa Lewis | <ul><li>Completed Seattle cancellation fee bulk payment and implemented OLS reporting timely</li><li>Bellingham ballot measure defeated</li><li>Facilitated meeting with Director, Procurement to discuss recent AP errors across City Ops and request remediation plans</li><li>CPUC fee exemption received</li><li>DOB redaction for BGCs in CA</li></ul> | |

# US City Operations
### Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We achieve compliance excellence.** | <u>Operationalize</u> all compliance requirements. Automate where possible. | Leslie Boley, Larissa Lewis | • Continue to check-in with project team to ensure continued progress against milestones | |
| | <u>Enable growth</u> through compliance efforts by creating a more seamless driver experience | Jake Levy | • VR Autofetch MVP Launching!!!<br>• AZ Gov meeting to discuss VI - content created for <u>AZ</u><br>• Meeting with <u>CA</u> Policy on strategy for VI<br>• Scoping VI reimbursement initiative | • Meeting w/ TireKickers about partnership opportunities<br>• Competitor divergence RFP<br>• Respond to AZ feedback<br>• Kicking of broader VI VOC across target VI reduction markets<br>• Building out docs for MN and CO |
| **We develop a happy, thriving team, comprised of Uber's future leaders.** | <u>Conduct detailed reviews</u> after each culture survey, with thorough action plan to address gaps. | Leslie Boley | • Facilitated US&C Ops Mentorship Program Kick-Off<br>• Completed Pulse listening sessions and established action plans across West | |
| | <u>Launch at least 3 people-oriented events</u> per quarter, related to career development, networking amongst City Ops, or otherwise. | Samson Walla, Paul Picinich | | |

# November 8th, 2021

| Name | Imran Moledina |
|---|---|
| **Schedule** | I generally check my email as soon as I wake up at 7/730am and then settle into my day unless something urgent came up overnight. Aim to be online by 9/930am and prefer meetings 10am onwards. I like to go to try and go to the gym in the mornings before starting work but lately that has unfortunately been pushed to an evening activity - and I generally cook dinner most nights but my phone is usually with me. |
| **Communication** | Slack is the easiest for me for quick responses / one-off asks. I am a zero-inbox person so I will read your emails but I am not the quickest to respond to them unless there's something urgent. On e-mail threads, if you've included me for viz or as an FYI I generally don't respond but I will have read the message. I prefer you to flag my name directly if you need me to provide something (working on getting better at this). Overall however I'm a visual learner - if you need to explain something complex to me or a workflow I find it easiest to do it over Zoom with a visual attachment or written communication involved that I can follow along with. |
| **Transparency** | Transparency is super important to me - I can be a fairly direct person once you get to know me and I like understanding the "Why" of what we're doing and the reasons behind it - it helps me do my job better. This is particularly true about expectations, priorities, etc. |
| **Positive and negative triggers** | **Positive**: Showing gratitude / appreciation and giving proper credit, empathy, being frank / honest, when people trust me to accomplish things <br> **Negative**: Unnecessary fire drills, throwing people under the bus, doing something simply for the sake of doing it w/ no clear reason |
| **How do you recharge?** | Gym a few times a week, playing / watching soccer, been getting into golf recently over the last few months, hanging out with friends <br> PTO: I am pretty off the grid on PTO and try really hard to not respond to any slacks / emails (if it's an emergency you can text me though) |
| **Feedback** | I prefer to receive constant feedback - both positive and reinforcing. My only ask is that for reinforcing feedback to come with examples - it helps me understand the situations where I can improve for next time. In terms of mediums I prefer written feedback so that I can refer back to it but will take it however I can get. I had a manager who once said that Perf should be the easiest conversation every year because there shouldn't be any surprises with what you're hearing and I fully agree with that logic in re: to feedback. |
| **Just for Fun** | I've never had ketchup in my life (the texture / color combo freaks me out for some reason) so if we're ever in a situation where we're sharing fries and you want to eat them all just throw ketchup all over - I won't touch them |
| **Anything else?** | |

## 10/25 Updates (Danielle)

| | |
|---|---|
| **Team & people** | • Recruiting for Head of CA<br>• US&C All Hands follow up + Slido - thoughts? Would encourage everyone to watch if you couldn't attend |
| **Business Priorities & Cross-functional efforts** | • Taxi<br>• 2022 planning<br>• Project Laker |
| **Admin & other** | • Insights Development Session tomorrow! |

# Management Day Agenda

**Day 1:**

- Strategic Context
- AV Deep Dive
- State of Labor
- Better NETR
- EV Deep Dive
- US&C Mobility Ops Compensation

**Day 2:**

- Cultural Values
- US&C All Hands follow up + Slido
- Priorities & Headcount
- Ops DNA
- Closing Remarks

**Objective**

Ground our US&C MLT in the realities of our supply challenge in a changed gig landscape going into 2022, and what that means for our near-term prioritization and our long-term growth vision. We'll do our best to cover both the **forest** and the **trees.**

**Agenda**

I.   **Where we are today** / celebrating wins
II.  **Setting the scene for '22** / understanding how gig labor trends impact our plans
III. **What this means for us** / evaluating our growth path given these risks
IV.  **What this means for competition** / how supply risks impact other rideshare players and open the door for new competition

We have a lot of wins to be proud of from Q3. Our performance over the last two months has been outstanding and is a testament to the critical work being done across the organization.



Looking ahead, we face challenges to growth. We're just beginning to understand our new place in the broader gig labor landscape, and we must outperform to reach our goals.

# Our LRP through 2025 is achievable, but ambitious

2022 GBs plan will increase further in the coming week



Even with our recent gains, we need to accelerate supply growth to a monthly clip of ███████ to hit 2022 goals. Our current trajectory leaves us ██████████ - and that's before accounting for additional GBs we're incorporating in the plan over the coming days



We'll need to do this in a labor market that looks very different. Potential drivers are earning elsewhere, with overall gig work at 1.5x pre-pandemic levels and broader services employment nearing fully recovery

Cut differently, our supply has broadly grown in step with the overall gig category since June 2020. Moving forward, we'll need to outperform category growth

Zooming out, this means that success relies on either (1) gig labor continuing on its growth tear or (2) us gaining significant share in the face of these headwinds

"What Needs to be True to Hit Topline"
Uber's Gig Supply Share v. Gig Supply Recovery

We face three major headwinds to gaining share

These trends are concerning, but we have a path to achieve our growth goals in 2022 and beyond by thinking outside our business as it exists today. Three objectives should guide our decision making and prioritization:

I. **Find more supply /** make bets on new sources of supply: vehicle growth, earner segments, taxi and 3P fleets, etc

II. **Do more with less supply /** improve marketplace efficiency to reduce supply needs

III. **Do more with *no* incremental core supply /** make diversified bets that don't rely on core supply



*We'll focus here*

## II. Do more with less supply

Find ways to achieve better outcomes with the supply we do have

| Earners <> 2022 Ambitions | How to Grow | Competition |

Currently, we produce fewer trips for the same level of balance than we did in 2019. Beyond just improving experiences, marketplace efficiency innovation is also a key tool for hitting our topline objectives

To level set, we likely won't get back to 2019 levels. The fundamental structure of our marketplaces have changed with demand dispersing outside dense city cores

Session Recovery by Core/Non-Core                    Throughput by Core/Non-Core

But the headroom is massive. Even with current levels of undersupply, our supply needs would be ███████ ███████ if our markets functioned the way they did in 2019

Throughput by Year and Geo                    '22 Supply Needs by Throughput Levels

III.    Do more with no incremental core supply

Find ways to expand into new modes and build new products that aren't dependent on the supply we need for our core business

| Earners <> 2022 Ambitions | How to Grow | Competition |

Our growth bets framework already incorporates a number of opportunities that aren't dependent on the supply for our core business and that set us up to go after personal car ownership. If macro trends don't break our way, these will become increasingly critical to achieving 2022-2025 plans

Consumer Mobility TAM 2025



ILLUSTRATIVE - not drawn to scale

In a hypercompetitive gig environment, our primary competitor's strategy is driven by the same challenges and opportunities—and a plethora of small companies are exploring new value propositions for riders and drivers to gain a foothold.

Despite facing these same pressures with much smaller networks, Lyft is achieving similar marketplace outcomes. This speaks to their success aggressively innovating across these dimensions



It also raises the question of how explicitly we want to structure our markets to drive relative advantage against Lyft vs. maximizing the size of the category



Our leading hypothesis is that they've maintained competitive reliability by

Matching this

Beyond Lyft, smaller players are aiming to gain a foothold through unique offerings aimed at more niche driver or customer segments. Expanding beyond our core is crucial in staying ahead of the curve as new players innovate in the Mobility space

| **New Driver Value Props** | <ul><li>Drivers as W-2 employees with hourly wages and benefits</li><li>Co-op model with dividends paid out to drivers</li><li>Opportunity to build clientele base and earn more as riders pay a premium for choosing a previous driver</li></ul> |  |
|---|---|---|
| **Lower Fares** | <ul><li>Lean OCS model with minimal safety, customer support, or marketing investments</li><li>Shared corner-to-corner rides concentrated within highly traversed routes</li></ul> |  |
| **Multiple Roles In the Value Chain** | <ul><li>SaaS products that leverage pre-existing technology and offer them to businesses, schools, and government</li><li>Shuttle and HCV softwares that offer end-to-end transit solutions on pre-existing rides platform</li><li>Full workplace integration; commute, capacity and attendance management, team coordination and more</li></ul> |  |
| **Underserved Customer Segments** | <ul><li>Catering to hard-to-reach customer segments (youth, seniors) via stringent driver requirements and partnerships with schools, senior care facilities, and other organizations</li><li>Personalized offerings that allow riders to choose "favorite" drivers</li></ul> |  |

Earners <> 2022 Ambitions    How to Grow    Competition

# We've got our work cut out for us

Success in our near-term challenging environment, and in our long-term growth ambitions, requires excellent **execution, ingenuity**, and disciplined investment in **bets beyond our core business**.

Over the course of the day, we'll talk about just a few of the critical risks and opportunities in building for success in 2022, 2025, and beyond: broader labor trends in the US; EVs and AVs; and our take rate strategy. Hopefully this session has helped to set the stage for those discussions.

Don't hesitate to reach out to S&P with any questions, or thoughts on how we can collaborate to build from and execute on these insights.

# Discussion Topics

- [Chad] For the next iteration of 2022 Planning, what is the desired output? Is it the same template we've already used (perhaps with more detail) or something else?
- [Joe] Final iteration of 2022 Finance Planning and Projections will be completed this week. Tops down guidance was that we need another ██████████████████████ with a lot of it in Q3 and Q4.
  - S&P built out a Use Case upside assumption model which will be the inputs to the PU models. The upside will be split ██████ between Leisure (Travel) and Social.

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We set the business strategy for our markets.** | Establish **P&L review cadence** for each region to provide detailed overview of P&L performance. Include strategy & initiatives planned for following month based on previous month's performance. | Joe Bollhofer *(Chad to update)* | • X | • X |
| **We demonstrate deep market expertise, which we use to drive and/or influence business outcomes across markets.** | **Identify problematic cities** that have historically been neglected from a marketplace and/or CP perspective (e.g., Detroit, Cleveland, Cincinnati), and launch initiatives to address issues. | Varun Kaushal *(Chad to update)* | • X | • X |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| We chase and fix poor customer experiences, and identify new pockets of growth. | Develop **driver growth and experience dashboard** that outlines detailed signup, first trip, driver conversion, supply hour, and driver experience data at the city-level, so that we can clearly identify, escalate, and action upon anomalies. | ~~Larissa Lewis~~ Incorporating into Access Workstream | • X | • X |
| | Create **rider experience** dashboard by city to identify user experience gaps that can be identified / escalated to appropriate teams (e.g., issues related to bad routes being taken). | Larissa Lewis, Joe Bollhofer | • X | • X |
| | Increase number of **employee driving experiences** within City Ops (driving both on Uber and competitors' platforms). Gather insights that can be actioned against across the company | Chad Dobbs | • X | • X |
| | Create a **process/standard** for City Ops to regularly identify and escalate high-priority bugs/defects to relevant stakeholders. | Breeana Crawford *(Andrew to update)* | • X | • X |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We shape key regulatory challenges (incl. IC+).** | **Develop and execute upon** IC+ strategy across relevant states. Create a strategy to explicitly decide what our goals are for IC+ (e.g., minimize cost exposure, minimize competitive risk, and/or create driver experience advantage) | Paul Picinich | • X | • X |
| | **Navigate regulatory challenges** across all markets, with particular focus on CA, MA, NYC, Chicago, Seattle, Portland. | Paul Picinich, Leslie Boley, Larissa Lewis | • Completed Seattle cancellation fee bulk payment timely<br>• Bellingham ballot measure defeated<br>• Facilitated meeting with Director, Procurement to discuss recent AP errors across City Ops and request remediation plans<br>• CPUC fee exemption received | • Continue working on strategic regulatory initiatives and data requests through completion |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We achieve compliance excellence.** | <u>Operationalize</u> all compliance requirements. Automate where possible. | Leslie Boley, Larissa Lewis | • Continue to check-in with project team to ensure continued progress against milestones | • Continue to check-in with project team to ensure continued progress against milestones |
| | <u>Enable growth</u> through compliance efforts by creating a more seamless driver experience | Jake Levy | • Sending VI Policy content to Policy POCs for review<br>• Competitor Compliance Divergence Project Scoping<br>• XD Project Plan<br>• Uber.com improvements | • Digging into AZ feedback for GOP Gov mtg 11/17<br>• Begin Searching for 3P for Competitor |
| **We develop a happy, thriving team, comprised of Uber's future leaders.** | <u>Conduct detailed reviews</u> after each culture survey, with thorough action plan to address gaps. | Leslie Boley | • Facilitated US&C Ops Mentorship Program Kick-Off<br>• Completed Pulse listening sessions and drafted key themes for review with team | • Working on City Ops Pulse Results summary for next All Hands leveraging key themes identified |
| | <u>Launch at least 3 people-oriented events</u> per quarter, related to career development, networking amongst City Ops, or otherwise. | Samson Walla, Paul Picinich | • X | • X |

# November 1st, 2021













# 10/25 Updates (Danielle)

| | |
|---|---|
| **Team & people** | <ul><li>Welcome, Imran!</li><li>Halloween recaps?!</li><li>Headcount<ul><li>Current needs</li><li>Recent request</li></ul></li><li>Resourcing for West team</li></ul> |
| **Business Priorities & Cross-functional efforts** | <ul><li>Taxi</li><li>2022 Planning</li><li>Project Laker</li></ul> |
| **Admin & other** | <ul><li>City Ops Leads Summit Timing</li><li>FYI board meeting - LA + Laker</li></ul> |



Drop in your pics if you have any?!

# Discussion Topics

- [Jake] - Putting in 'Personal KPIs' for my team...response to increased City Ops work stress results from Pulse Survey (e.g., mine are exercise 4x/week and cook dinner 4x/week)
- [Larissa] Consolidated Opera Strategy
- [Larissa] EDI & Surge Updates - talked w. Andres about making a few changes (product tracker, weekly edi email, published surge sensitivity tool, productivity considerations)
- [Name]
- [Name]

# US City Operations

### Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We set the business strategy for our markets.** | Establish **P&L review cadence** for each region to provide detailed overview of P&L performance. Include strategy & initiatives planned for following month based on previous month's performance. | Joe Bollhofer *(Chad to update)* | • Reconciling use case forecasts with bottoms up and new tops down guidance | • Continued iteration based on tops down feedback |
| **We demonstrate deep market expertise, which we use to drive and/or influence business outcomes across markets.** | **Identify problematic cities** that have historically been neglected from a marketplace and/or CP perspective (e.g., Detroit, Cleveland, Cincinnati), and launch initiatives to address issues. | Varun Kaushal *(Chad to update)* | • Taxi: NYC LOI finalized, progress on cost structure / service fee, restructured effort | • Taxi: finalize service fee convo, draft NYC MSA |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We chase and fix poor customer experiences, and identify new pockets of growth.** | Develop **driver growth and experience dashboard** that outlines detailed signup, first trip, driver conversion, supply hour, and driver experience data at the city-level, so that we can clearly identify, escalate, and action upon anomalies. | ~~Larissa Lewis~~ Incorporating into Access Workstream | <ul><li>Xx</li><li>xx</li></ul> | <ul><li>Xx</li><li>xx</li></ul> |
| | Create **rider experience** dashboard by city to identify user experience gaps that can be identified / escalated to appropriate teams (e.g., issues related to bad routes being taken). | Larissa Lewis, Joe Bollhofer | <ul><li>Xx</li><li>xx</li></ul> | <ul><li>Xx</li><li>xx</li></ul> |
| | Increase number of **employee driving experiences** within City Ops (driving both on Uber and competitors' platforms). Gather insights that can be actioned against across the company | Chad Dobbs | <ul><li>Connected with CommOps leaders about potential Field Ops candidates</li></ul> | <ul><li>Continued refinement of Field Ops search</li></ul> |
| | Create a **process/standard** for City Ops to regularly identify and escalate high-priority bugs/defects to relevant stakeholders. | Breeana Crawford *(Andrew to update)* | <ul><li>Xx</li><li>xx</li></ul> | <ul><li>Xx</li><li>xx</li></ul> |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We shape key regulatory challenges (incl. IC+).** | <u>Develop and execute upon</u> IC+ strategy across relevant states. Create a strategy to explicitly decide what our goals are for IC+ (e.g., minimize cost exposure, minimize competitive risk, and/or create driver experience advantage) | Paul Picinich | • [May be slightly outdated] Ongoing work in MA, WI, PA<br>• Unfavorable NJ portable benefits bill resurface | • Ongoing work in MA, WI, PA |
| | <u>Navigate regulatory challenges</u> across all markets, with particular focus on CA, MA, NYC, Chicago, Seattle, Portland. | Paul Picinich, Leslie Boley, Larissa Lewis | • Finalizing Seattle reporting and cancellation fee operationalization<br>• Reviewing Bellingham operational readiness plans<br>• Meeting with Director, Procurement to discuss recent AP errors | • Continue working on strategic regulatory initiatives and data requests through completion |

# US City Operations

### Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We achieve compliance excellence.** | **Operationalize** all compliance requirements. Automate where possible. | Leslie Boley, Larissa Lewis | • Facilitated group check-in meeting on 9/28 | • Continue to check-in with project team to ensure continued progress against milestones |
| | **Enable growth** through compliance efforts by creating a more seamless driver experience | Jake Levy | • Gathering data (SPOT, safety) for Policy VI initiative<br>• Launching a review of of XD requirements to identify additional opportunities for driver XC<br>• In budgeting phase of competitor audit review<br>• Monitor product 2022 roadmap | • Develop content for Policy and align w/ AZ reps<br>• Draft RFP for competitor review<br>• Roll out VR Autofetch MVP |
| **We develop a happy, thriving team, comprised of Uber's future leaders.** | **Conduct detailed reviews** after each culture survey, with thorough action plan to address gaps. | Leslie Boley | • US&C Ops Mentorship Program Kick-Off meeting scheduled for 11/5 with 50 participants<br>• Presented update at Mobility Ops All Hands<br>• Reviewing Pulse results for City Ops in partnership with HR | • Working on City Ops Pulse Results summary for next All Hands. |
| | **Launch at least 3 people-oriented events** per quarter, related to career development, networking | Samson Walla, Paul | • North alternating in-person / virtual events | • North alternating in-person / virtual events |

# October 25th, 2021

# 10/25 Updates (Danielle)

| | |
|---|---|
| **Team & people** | <ul><li>Thanks for your engagement in Talent Review</li><li>Reviewing Pulse Survey results in next City Ops All Hands; please review results with your teams in the meantime. Suggest actions to be led on a team-by-team basis</li><li>Professional Development Syncs<ul><li>Two-sided feedback</li><li>How you're feeling overall at Uber, on City Ops</li><li>Broader career goals</li></ul></li></ul> |
| **Business Priorities & Cross-functional efforts** | <ul><li>2022 Planning<ul><li>Headcount - Early this week</li><li>Meeting to review plans - 11/3</li></ul></li><li>Taxi Expo Summary</li></ul> |
| **Admin & other** | <ul><li>Working on date for next Leadership Day; thanks for filling out survey</li></ul> |

# Discussion Topics

- [**Leslie**] Resources for West CoreEx team on an interim basis
- [**Larissa]** Reminder on Product tracker
- [**Larissa]** Opera deprecation considerations (Nov '22)
- [**Name]**

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We set the business strategy for our markets.** | Establish **P&L review cadence** for each region to provide detailed overview of P&L performance. Include strategy & initiatives planned for following month based on previous month's performance. | Joe Bollhofer *(Chad to update)* | ● 2022 Forecasts: breaking out by use case | ● Future: define monthly P&L review and forecasting process |
| **We demonstrate deep market expertise, which we use to drive and/or influence business outcomes across markets.** | **Identify problematic cities** that have historically been neglected from a marketplace and/or CP perspective (e.g., Detroit, Cleveland, Cincinnati), and launch initiatives to address issues. | Varun Kaushal *(Chad to update)* | ● Started to draft framework of outstanding taxi questions which will enable better alignment across Ops, Tech, Legal, Policy, etc<br>● Fix LA<br>● PHX CP/ETA deep dive | ● Build out framework<br>● FInalize NYC CMT LOI<br>● Determine |

# US City Operations

### Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We chase and fix poor customer experiences, and identify new pockets of growth.** | Develop **driver growth and experience dashboard** that outlines detailed signup, first trip, driver conversion, supply hour, and driver experience data at the city-level, so that we can clearly identify, escalate, and action upon anomalies. | ~~Larissa Lewis~~ Incorporating into Access Workstream | | |
| | Create **rider experience** dashboard by city to identify user experience gaps that can be identified / escalated to appropriate teams (e.g., issues related to bad routes being taken). | Larissa Lewis, Joe Bollhofer | | |
| | Increase number of **employee driving experiences** within City Ops (driving both on Uber and competitors' platforms). Gather insights that can be actioned against across the company | Chad Dobbs | | • Evaluate current candidate pool to determine the right background to target<br>• Define interview process |
| | Create a **process/standard** for City Ops to regularly identify and escalate high-priority bugs/defects to relevant stakeholders. | Breeana Crawford *(Andrew to update)* | | |

# US City Operations

### Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| We shape key regulatory challenges (incl. IC+). | **Develop and execute upon** IC+ strategy across relevant states. Create a strategy to explicitly decide what our goals are for IC+ (e.g., minimize cost exposure, minimize competitive risk, and/or create driver experience advantage) | Paul Picinich | | |
| | **Navigate regulatory challenges** across all markets, with particular focus on CA, MA, NYC, Chicago, Seattle, Portland. | Paul Picinich, Leslie Boley, Larissa Lewis | ●Finalizing Seattle reporting and cancellation fee operationalization ●Reviewing Bellingham operational readiness plans ●Meeting with Director, Procurement to discuss recent AP errors | ●Continue working on strategic regulatory initiatives and data requests through completion |

# US City Operations
## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We achieve compliance excellence.** | <u>**Operationalize**</u> all compliance requirements. Automate where possible**.** | Leslie Boley, Larissa Lewis | ●Participated in GRC implementation conversations for RegOps / Compliance activities<br>●Identified automation projects for each region<br>●Group check-in meeting scheduled for 9/28 | ●Continue to check-in with project team to ensure continued progress against milestones |
| | <u>**Enable growth**</u> through compliance efforts by creating a more seamless driver experience | Jake Levy | ●Focused on data/content collection for VI Policy work<br>●Product presentation to leadership this Thursday<br>●Develop project plan for competitor review | ●Build out content for VI Policy work<br>●Address follow up on product planning<br>●Kickoff competitor review (?) |
| **We develop a happy, thriving team, comprised of Uber's future leaders.** | <u>**Conduct detailed reviews**</u> after each culture survey, with thorough action plan to address gaps**.** | Leslie Boley | ●Reviewing Pulse results for City Ops<br>●Sent Mentorship pairings comms to people leaders | ●Kick-off meeting scheduled for 11/5 with 50 participants |
| | <u>**Launch at least 3 people-oriented events**</u> per quarter, related to career development, networking amongst City Ops, or otherwise. | Samson Walla, Paul Picinich | | |

# October 11th, 2021

# 10/11 Updates (Danielle)

| Team & people | <ul><li>Holiday OOO - <u>add to calendar</u></li><li>Special Projects - Decision by mid-week</li><li>Talent Review Upcoming</li><li>Insights Discovery - Reminder to take assessment by 10/27</li></ul> |
|---|---|
| Business Priorities & Cross-functional efforts | <ul><li>2022 planning<ul><li>Questions?</li><li>Some items to focus on:<ul><li>Supply Growth - e.g., signup analysis, conversion analysis, ops initiatives to grow supply</li><li>Fleets + Taxis</li><li>Opportunities for Growth - e.g., college markets, suburbs, seasonal markets. How can we better group these markets, assess opportunities, and execute?</li><li>Premium + Comfort Adoption</li><li>OCS reduction</li></ul></li></ul></li><li>Project arrow update & where we'll need this group's help</li><li>Taxi Expo Fri-Sat</li></ul> |
| Admin & other | <ul><li>Danielle OOO - 10/18 (PTO), 10/19 (traveling OTG)</li><li>No Meeting Day - 10/18 (moving leads to Wednesday)</li><li>Working Styles Exercise - fill out ahead of the Leads Summit on 10/13</li></ul> |

# WIP agenda for Virtual Leadership Day 10/13

*Please provide feedback & ping Steph/Danielle directly with ideas*

| Agenda Item | Owner | Duration (WIP) |
|---|---|---|
| Welcome & Today's Goals | Danielle | 30 Minutes |
| Intros & Working Style Discussion | Steph | 1 Hour |
| Lunch | | 30 Minutes |
| Arrow & Purple Box Discussion | Camiel | 30 Minutes |
| Financial Context | Kevin & Anthony | 45 Minutes |
| Supply Context | Taylor, Caitlin, Murphy | 60 Minutes |
| Policy & Legal Environment | Randy & Adam | 45 Minutes |
| Break | | 15 Minutes |
| Engaging Policy Proactively | Jake Levy | 30 Minutes |
| Break | | 30 Minutes |
| Virtual Happy Hour | Steph | 60 Minutes |

# Paid Marketing Overview

- Paid Marketing is one of the primary channels for new rider & driver acquisition.
    - Unlike referrals and organic, we can significantly throttle TOF volume through paid marketing based on evolving market constraints
    - Paid marketing is more effective when adjusted based on larger trends (not WoW)

- Driver Performance Marketing Channels Include:
    - Social
    - Display
    - Google Sponsored Promotion
    - Search-Brand
    - Search-NonBrand
    - Craigslist
    - JobBoards
    - Radio
        - *Sub-channel definitions in subsequent slides*

# Driver-Side Paid Marketing Efficiency



# Overview of Lifetime Value (LTV)

- *What is an "LTV?"*
  - LTV, or Lifetime Value, refers to how much a <u>driver</u> or a <u>rider</u> is worth to us
  - In other words, LTV is defined as the amount of future profits that a given user will contribute over a specified period of time on our platform
  - We must understand the potential value of a given user (i.e. a rider or driver) so we are able to best target our spend in a way that we are not spending more than what our users are worth

- *How is LTV calculated?*





# How does LTV relate to Paid Marketing?

- When thinking about Paid Marketing spend, we should never be spending more than what a driver / rider is worth to us (i.e. LTV)

- If we choose to spend aggressively on the driver side because we are feeling supply-constrained, we must cut back on the rider side, so that our blended LTV value is roughly 1.0x (and vice versa)

- Based on Growth guidelines, here is how we should be thinking about spend:



- As you can see, if you choose to double down on either rider or driver spend, we recommend that you pull back on the other side of the marketplace, so that your blended LTV is roughly 1.0x, and you are controlling spend

- **Paid Marketing signups take approximately 4-6 weeks to convert to first trips**; therefore, many city teams have pre-emptively requested for ▮▮▮▮▮▮▮▮▮▮▮▮▮ spend to prepare for a busy fall

# Search & Social

So, Google and Facebook?

- **Search**
  - Branded Search:
    - Running search ads on "Uber" inclusive queries
    - Keyword examples: "Uber", "drive with Uber", "Uber classifieds"
    - Very high intent audience, low cost per sign up.
    - ████████████
  - Non-branded Search:
    - Running search ads on partner related queries
    - Keyword examples: Driver jobs, part time jobs, taxi driver jobs, delivery jobs
    - Lower intent audience, higher cost per sign up.
    - ████████████

- **Social**
  - Primarily Facebook desktop and mobile ads
  - Lower intent audience, but sophisticated targeting options
  - ████████████ (estimate another ████ of attributed sign ups came through organically)



# Display & Email Advertising

- **Google Display Network**
  - Banner ads primarily run through vendors
  - _____ (improving as spend decreases)
  - Produces significant spillover sign ups through organic
    - Similar to Facebook



Apply To Drive With Uber - Make Up To $21/hr In Fares.
uber.com/Sign-Up-Now
Work When You Want With Uber.

- **Email Display (GSP)**
  - This is primarily inventory on Gmail and Yahoo!
  - This channel is typically bought nationally, which somewhat complicates geographic blackouts.
  - _____



# Job Boards & Craigslist

- **Job Boards:**
  - Driver posts on job sites such as Indeed, Simply Hired, SnagAJob, etc.
  - Sign ups are cheap but typically have a low rate to first trip.
  - Campaigns are usually city specific, making city-level spend more adjustable.
  - Media buys on job boards are also more cumbersome compared to Facebook or Adwords.
    - This complicates and limits robust experimentation.
  - ▮▮▮▮▮▮▮▮▮▮▮

---

- **Craigslist:**
  - Growth only manages Craigslist in markets with paid job posts.
    - This is namely larger metropolitans
    - City teams must handle CL posting in non-paid markets
      - Posting organically requires a ~5 minutes per day, for each market.
      - Regional SPOCs can point you to CL posting guidelines
  - ▮▮▮▮▮▮ - higher intent channel. Typically runs even in somewhat demand constrained markets, due to strong CPFT performance.



# Radio

- Radio sign ups are tracked through a combination of attribution methods:
  - 1) Sign ups through the unique URL (we only reference "driverwithuber.com" in radio spots)
  - 2) Drop down menu on landing pages (user selects "radio")
  - 3) Estimated organic attribution (attribution modeling tested through isolated experiments)
- ▇▇▇▇▇▇▇▇▇▇▇ (depending on the attribution model). ▇▇ would be a conservative estimate.
  - Sign ups twice as likely to convert to FT as less efficient online channels.



Click on icons to listen

Testimonial          Creative Testing          Jim Rome

U B E R

## Television

- The first DRTV buy took place in Baltimore, Chicago and LA, starting 8/17
  - This was focused on efficiency forecasting, rather than immediate ROI
- The initial results indicate the CPSU is on par or slightly better than radio.
  - It's still too early to determine productivity, but currently estimating ▮▮▮▮▮▮
- Efficiency significantly improves with scale (buying nationally)
- Attribution method is comprobable to radio



U B E R

# Some key questions

- What does my absolute signup volume look like across my cities? What does that look like across various channels (e.g., Paid, Referral, Organic) and sub-channels (e.g., Job Boards, Craigslist)?
- Is my signup volume sufficient relative to other peer cities? Relative to historical trends?
- What does my conversion look like in my market?
  - How does that break down by sub-channel? Note: Mixshift can often mask conversion dips
  - What does that look like vs. pre-COVID levels?
  - How do my conversion rates compare to peer cities?

Sample actions:
- **Signups:**
  - Change referral amounts
  - Launch one-off referral campaigns (e.g., win a car?)
  - Talk to Paid Marketing about increased investments
- **Conversion:**
  - Call drivers to understand root causes of breakdowns
  - Go through funnel as a driver; identify issues
  - Manually audit documents
  - SPOT audits

# Discussion Topics

- **[Leslie] US&C Ops Mentorship Program:** Looking for 11 additional Mentors for Participating Mentors who would also like to be Mentees. Please sign-up as people leaders or identify additional Mentors within your teams and include within the linked document by end of day Tuesday, 10/12.
- **[Leslie]** Hallie Dominick will be transferring to the Access team on 10/16. Dana Schwartz will be joining the West RegOps team on 10/16 and leading PNW.
- **[Justice]** As part of the earnings standard in Seattle we had to increase rates significantly at beginning of 2021 - this is putting a lot of pressure on recovery and makes it difficult to differentiate ourselves competitively; have we ever taken a portfolio approach with something like this (i.e., spreading out rate increases across many markets)?
- **[Justice]** Hero program in LA and involvement of third-party agency SLS to effectively run the Hero program on our behalf (due to employment legal reasons)
- **[Justice]** Halloween monitoring POC to stand up structure and processes as outlined by Aly Gigger in her email
    - Standing up a monitoring plan with Panorama templates and guidance, organizing monitor volunteers for Halloween night, and generating an escalation contingency plan including Eng, CommOps, Security and leadership
- **[Jake]** Engaging with Docs & Enforcement product POCs (Pearl Juang & Sasank Daggubati) - are there any internal tooling challenges your teams are facing that we should surface as P0 or P1?

1. We set the business strategy for our markets.

2. We demonstrate deep market expertise, which we use to drive and/or influence business outcomes across markets.

3. We chase and fix poor customer experiences, and identify new pockets of growth.

4. We shape key regulatory challenges (incl. IC+).

5. We achieve compliance excellence.

6. We develop a happy, thriving team, comprised of Uber's future leaders.

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We set the business strategy for our markets.** | Establish **P&L review cadence** for each region to provide detailed overview of P&L performance. Include strategy & initiatives planned for following month based on previous month's performance. | Joe Bollhofer *(Chad to update)* | • 2022 Planning ongoing | |
| **We demonstrate deep market expertise, which we use to drive and/or influence business outcomes across markets.** | **Identify problematic cities** that have historically been neglected from a marketplace and/or CP perspective (e.g., Detroit, Cleveland, Cincinnati), and launch initiatives to address issues. | Varun Kaushal *(Chad to update)* | • Cat presented on underperforming markets at last week's City Ops <> Marketplace meeting<br>• Taxi... | |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We chase and fix poor customer experiences, and identify new pockets of growth.** | Develop **driver growth and experience dashboard** that outlines detailed signup, first trip, driver conversion, supply hour, and driver experience data at the city-level, so that we can clearly identify, escalate, and action upon anomalies. | ~~Larissa Lewis~~ Incorporating into Access Workstream | | |
| | Create **rider experience** dashboard by city to identify user experience gaps that can be identified / escalated to appropriate teams (e.g., issues related to bad routes being taken). | Larissa Lewis, Joe Bollhofer | N/A | |
| | Increase number of **employee driving experiences** within City Ops (driving both on Uber and competitors' platforms). Gather insights that can be actioned against across the company | Chad Dobbs | • Field Ops role posted | • Continue work to figure out how to allow Field Ops role to drive for purposes of product testing |
| | Create a **process/standard** for City Ops to regularly identify and escalate high-priority bugs/defects to relevant stakeholders. | Breeana Crawford *(Andrew to update)* | | |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We shape key regulatory challenges (incl. IC+).** | **Develop and execute upon** IC+ strategy across relevant states. Create a strategy to explicitly decide what our goals are for IC+ (e.g., minimize cost exposure, minimize competitive risk, and/or create driver experience advantage) | Paul Picinich | • MA AG Lawsuit / Ballot / IC+<br>• WI ongoing<br>• PA ongoing | |
| | **Navigate regulatory challenges** across all markets, with particular focus on CA, MA, NYC, Chicago, Seattle, Portland. | Paul Picinich, Leslie Boley, Larissa Lewis | • Creating Seattle reporting and cancellation fee requirements operationalization plans with CoreEx<br>• Finalized Bellingham opposition campaign contributions and creating operationalization plans with CoreEx for hazard pay and cease operations scenarios<br>• Influenced Nevada to process a permanent amendment to surge cap regulation<br>• MA TNC VI audit response and #s submitted<br>• Pricing regulations threat unless/until surge and prices decrease (esp. In Chicago)<br>• MA funnel + active driver digging<br>• TLC Earnings Report | • Continue working on strategic regulatory initiatives and data requests through completion<br>• NYC TLC Base Consolidation goes lives – many fragmented bases in our system turn into one single dispatching and affiliation entity<br>• Continued NYC WAV de-levering after hitting Sept. targets<br>• Chicago Internal 1.10 Audit Review<br>• Philadelphia Gegen rates<br>• MA FL/NV/CA DL holders reengagement |

# US City Operations
### Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We achieve compliance excellence.** | **Operationalize** all compliance requirements. Automate where possible. | Leslie Boley, Larissa Lewis | ●Completed refresh of process catalog and identified opportunities for increased QA / oversight to incorporate into payments processes<br>●Participating in conversations around potential GRC implementation for RegOps / Compliance activities<br>●Kicked off process automation reviews w. each region & starting work | ●Continue to check-in with project team to ensure continued progress against milestones |
| | **Enable growth** through compliance efforts by creating a more seamless driver experience | Jake Levy | ●Kicked off product planning with Driver Ops and CommOps teams<br>●Receiving policy responses on VI change feasibility (positive responses in CA and MN)<br>●Implementing VI Grace Periods in AZ and NM | ●Presenting out initial product priorities<br>●Scheduling discussions with relevant Policy POCs for initial markets where VI changes are feasible |
| **We develop a happy, thriving team, comprised of Uber's future leaders.** | **Conduct detailed reviews** after each culture survey, with thorough action plan to address gaps. | Leslie Boley | ●Distributed Listening Tour guidelines / templates to US City Ops leadership team after Pulse Survey results are published<br>●Completed Mentor / Mentee pairings based on survey results<br>●Sent additional comms to US&C Ops people leaders to inform Mentorship program survey results with 34+ participants and identify additional Mentors for individuals who are serving as Mentors and who also want to be Mentees | ●Once 10 additional Mentors are identified within the people leadership team: 1) communicate pairings to people leaders and team members and 2) schedule kick-off meeting. |
| | **Launch at least 3 people-oriented events** per quarter, related to career development, networking amongst City Ops, or otherwise. | Samson Walla, Paul Picinich | ●South <> Compliance Happy Hour held on 10/5<br>●North rotating events calendar (in-person v. virtual) | |

# October 4th, 2021

# 10/4 Updates (Danielle)

| Team & people | <ul><li>Access Workstream - Varun to provide an update on how things are going & this group to provide feedback</li><li>Talent Review - any questions?</li><li>Hiring - thanks for all of your help</li><li>Larissa & Tab helping scope deposition / other legal headcount needs for 2022</li></ul> |
|---|---|
| **Business Priorities & Cross-functional efforts** | <ul><li>**Business:** City-level access, Project Laker, P&L review, Taxi working group, insurance costs, Project Arrow expansion, VI growth initiatives, small city strategy (Napa), Safety Report</li><li>**Regulatory:** MA, CA, Chi earnings, Bellingham, NYC WAV (good news!)</li><li>**People:** Welcome Joe! Hiring, upcoming leadership summits</li></ul> |
| **Admin & other** | <ul><li>Steph is OOO this week, add in Jen on all scheduling requests. Steph will be back 10/11</li><li>Working Styles Exercise - fill out ahead of the Leads Summit on 10/13</li></ul> |

# WIP agenda for Virtual Leadership Day 10/13

*Please provide feedback & ping Steph/Danielle directly with ideas*

| Agenda Item | Owner | Duration (WIP) |
|---|---|---|
| Welcome & Today's Goals | Danielle | 30 Minutes |
| Intros & Working Style Discussion | Steph (?) | 1 Hour |
| ~~Insights Assessment~~ **(to confirm)** | ~~HR Team (likely Christine)~~ | ~~2 Hours~~ |
| Lunch | | |
| Supply Landscape Assessment **(to confirm)** | S&P | 1 Hour |
| Financial Context | Kevin & Anthony | 45 Minutes |
| Policy & Landsacpe Overview | Randy & Adam Blinick | 45 Minutes |
| Engaging Policy Proactively | Jake Levy | 30 Minutes |
| Virtual Happy Hour | | |

# Discussion Topics

- [Leslie] Review US City Ops Pulse Listening Tour guidelines / template
- [Danielle] confirming we're all digging into city-level CP? Especially where we're below redlines

1. We set the business strategy for our markets.

2. We demonstrate deep market expertise, which we use to drive and/or influence business outcomes across markets.

3. We chase and fix poor customer experiences, and identify new pockets of growth.

4. We shape key regulatory challenges (incl. IC+).

5. We achieve compliance excellence.

6. We develop a happy, thriving team, comprised of Uber's future leaders.

# US City Operations

### Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We set the business strategy for our markets.** | Establish **P&L review cadence** for each region to provide detailed overview of P&L performance. Include strategy & initiatives planned for following month based on previous month's performance. | Joe Bollhofer *(Chad to update)* | | |
| **We demonstrate deep market expertise, which we use to drive and/or influence business outcomes across markets.** | **Identify problematic cities** that have historically been neglected from a marketplace and/or CP perspective (e.g., Detroit, Cleveland, Cincinnati), and launch initiatives to address issues. | Varun Kaushal *(Chad to update)* | | |

# US City Operations

### Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We chase and fix poor customer experiences, and identify new pockets of growth.** | Develop **driver growth and experience dashboard** that outlines detailed signup, first trip, driver conversion, supply hour, and driver experience data at the city-level, so that we can clearly identify, escalate, and action upon anomalies. | ~~Larissa Lewis~~ Incorporating into Access Workstream | | |
| | Create **rider experience** dashboard by city to identify user experience gaps that can be identified / escalated to appropriate teams (e.g., issues related to bad routes being taken). | Larissa Lewis, Joe Bollhofer | N/A | |
| | Increase number of **employee driving experiences** within City Ops (driving both on Uber and competitors' platforms). Gather insights that can be actioned against across the company | Chad Dobbs | | |
| | Create a **process/standard** for City Ops to regularly identify and escalate high-priority bugs/defects to relevant stakeholders. | Breeana Crawford *(Andrew to update)* | | |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We shape key regulatory challenges (incl. IC+).** | <u>**Develop and execute upon**</u> IC+ strategy across relevant states. Create a strategy to explicitly decide what our goals are for IC+ (e.g., minimize cost exposure, minimize competitive risk, and/or create driver experience advantage) | Paul Picinich | | |
| | <u>**Navigate regulatory challenges**</u> across all markets, with particular focus on CA, MA, NYC, Chicago, Seattle, Portland. | Paul Picinich, Leslie Boley, Larissa Lewis | ●Implemented remaining Seattle minimum compensation rules and reporting requirements<br>●Drafted playbook for Seattle deactivations process within Community Ops<br>●Facilitated successful proactive regulatory meeting with CPUC on 9/30 as part of newly implemented quarterly series<br>●Scoped proactive audit & actioning strategy for L compliance across markets<br>●Reduced TNO burden for back-to-back audits w. blanket extension | ●Continue working on strategic regulatory initiatives and data requests through completion |

# US City Operations
### Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We achieve compliance excellence.** | <u>Operationalize</u> all compliance requirements. Automate where possible. | Leslie Boley, Larissa Lewis | ●Reviewed process catalog refresh results<br>●Jon is meeting with each regional representative to review process catalog refresh results and reporting automation candidates | ●Continue to check-in with project team to ensure continued progress against milestones<br>●Meeting with Global Compliance on 10/11 to discuss ServiceNow integration |
| | <u>Enable growth</u> through compliance efforts by creating a more seamless driver experience | Jake Levy | ● Implementing VI GP in AZ & NM<br>● Autofetch (VR & Insurance) vendor review conducted<br>● Policy looking into VI removal/reduction in their markets | ● Following up with Policy on VI<br>● Working through product issues on Arkansas VI GP<br>● Legal kicking off early stages of a broad review of competitor onboarding funnel |
| **We develop a happy, thriving team, comprised of Uber's future leaders.** | <u>Conduct detailed reviews</u> after each culture survey, with thorough action plan to address gaps. | Leslie Boley | ●Completed Listening Tour guidelines / templates for roll-out after Pulse Survey results are published<br>●Distributed comms to people leaders and team members to kick-off US&C Ops Mentorship Program<br>●Completed US&C Ops Mentorship Program kick-off deck and pairings comms | ●Complete Mentor / Mentee pairings based on survey results<br>●Communicate pairings to people leaders and team members<br>●Schedule kick-off meeting |
| | <u>Launch at least 3 people-oriented events</u> per quarter, related to career development, networking amongst City Ops, or otherwise. | Samson Walla, Paul Picinich | | ● South <> Compliance HH on 10/5 |

# Sept 27, 2021

# 9/27 Updates (Danielle)

| Team & people | <ul><li>Welcome, Steph!!<ul><li>Steph & Jen Transition Plan</li></ul></li><li>Congrats, Chad!!</li><li>Talent Review for mid-October</li><li>Special Projects - roles should be hired in next 2 weeks</li><li>[discussion] How's hiring going? Where are we making progress? What challenges remain? Do we have internal dates set for the Recruiting team?</li><li>Molly transition to Amsterdam; Randy Haimovici to take on new Associate General Counsel role in US&C</li></ul> |
|---|---|
| Business Priorities & Cross-functional efforts | <ul><li>**Regulatory:** MA, CA, Chicago earnings, Portland earnings, NYC WAV, Bellingham WA</li><li>**Business Topics:** Supply Growth, Insurance, Taxi, Access Workstream, VI Growth Initiatives, Safety Report</li><li>Update on deposition conversation and next steps - who can lead this on our side?</li></ul> |
| Admin & other | <ul><li>Steph OOO 10/4-10/8</li></ul> |

# WIP agenda for Virtual Leadership Day 10/13

*Please provide feedback & ping Steph/Danielle directly with ideas*

| Agenda Item | Owner | Duration (WIP) |
|---|---|---|
| Welcome & Today's Goals | Danielle | 30 Minutes |
| Intros & Working Style Discussion | Steph (?) | 1 Hour |
| Insights Assessment (to confirm) | HR Team (likely Christine) | 2 Hours |
| Lunch | | |
| Supply Landscape Assessment (to confirm) | S&P | 1 Hour |
| Financial Context | Kevin & Anthony | 45 Minutes |
| Policy & Landsacpe Overview | Randy & Adam Blinick | 45 Minutes |
| Engaging Policy Proactively | Jake Levy | 30 Minutes |
| Virtual Happy Hour | | |

# Discussion Topics

- [Chad] Reminder that I'm OTG from this Thursday until Monday, October 10th. Plan [here](). If you need something from me this week, please let me know ASAP.
- [Chad] Head of Midwest & New England CoreEx role is now open. Will need some assistance with the interview panel. Let me know if you have any recommendations for candidates.
- [Danielle] Depositions
- [Danielle] How's financial planning going? Any thoughts/feedback?

1. We set the business strategy for our markets.

2. We demonstrate deep market expertise, which we use to drive and/or influence business outcomes across markets.

3. We chase and fix poor customer experiences, and identify new pockets of growth.

4. We shape key regulatory challenges (incl. IC+).

5. We achieve compliance excellence.

6. We develop a happy, thriving team, comprised of Uber's future leaders.

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|----------|-----------|-----|-------------------|-----------------|
| **We set the business strategy for our markets.** | Establish **P&L review cadence** for each region to provide detailed overview of P&L performance. Include strategy & initiatives planned for following month based on previous month's performance. | Joe Bollhofer *(Chad to update)* | • 2022 Planning forecast models shared<br>• Our teams iterating on 2022 plans | • 2022 Planning regional meetings happening this week<br>• 2022 Planning City Ops Leadership meeting on Weds |
| **We demonstrate deep market expertise, which we use to drive and/or influence business outcomes across markets.** | **Identify problematic cities** that have historically been neglected from a marketplace and/or CP perspective (e.g., Detroit, Cleveland, Cincinnati), and launch initiatives to address issues. | Varun Kaushal *(Chad to update)* | • Action items coming out of Chicago deep dive (incentives changes)<br>• Ongoing Taxi work | • Taxi regulatory review<br>• Taxi tech review<br>• Taxi business model discussion / decision |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We chase and fix poor customer experiences, and identify new pockets of growth.** | Develop **driver growth and experience dashboard** that outlines detailed signup, first trip, driver conversion, supply hour, and driver experience data at the city-level, so that we can clearly identify, escalate, and action upon anomalies. | ~~Larissa Lewis~~ Incorporating into Access Workstream | | |
| | Create **rider experience** dashboard by city to identify user experience gaps that can be identified / escalated to appropriate teams (e.g., issues related to bad routes being taken). | Larissa Lewis, Joe Bollhofer | | |
| | Increase number of **employee driving experiences** within City Ops (driving both on Uber and competitors' platforms). Gather insights that can be actioned against across the company | Chad Dobbs | • Field Ops role convos continue | • Molly re-raising Field Ops role to Tony W, given feedback from Tax team |
| | Create a **process/standard** for City Ops to regularly identify and escalate high-priority bugs/defects to relevant stakeholders. | Breeana Crawford *(Andrew to update)* | • Finalizing tracker | • Will distribute within coming days |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| We shape key regulatory challenges (incl. IC+). | **Develop and execute upon** IC+ strategy across relevant states. Create a strategy to explicitly decide what our goals are for IC+ (e.g., minimize cost exposure, minimize competitive risk, and/or create driver experience advantage) | Paul Picinich | ●MA AG Lawsuit / Ballot / IC+<br>●WI ongoing<br>●PA ongoing | |
| | **Navigate regulatory challenges** across all markets, with particular focus on CA, MA, NYC, Chicago, Seattle, Portland. | Paul Picinich, Leslie Boley, Larissa Lewis | ●Finalizing implementation of remaining Seattle minimum compensation rules and reporting requirements by 10/1<br>●Determined $5 cancellation fee approach with CoreEx<br>●Finalized Portland summary to be delivered to PBOT<br>●Drafting procedural related information for Seattle deactivations process within Community Ops<br>●Created deck content for proactive regulatory meeting series with CPUC on 9/30<br>●Influenced Nevada to process a permanent amendment to surge cap regulation | ●Continue working on strategic regulatory initiatives and data requests through completion |

# US City Operations
## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We achieve compliance excellence.** | <u>Operationalize</u> all compliance requirements. Automate where possible. | Leslie Boley, Larissa Lewis | ●Teams completing process catalog refresh and process reviews<br>●Jon built an initial 'Automation Starter Pack' | ●Check-in with project team for each milestone and associated target date |
| | <u>Enable growth</u> through compliance efforts by creating a more seamless driver experience | Jake Levy | ● VI GP recs in AZ and NM sent for approval<br>● Safety DS discussion w/ Andy Parr<br>● Developed additional content for target markets for Policy<br>● VR Autofetch work in process | ● Develop recs for CA, CO, and PA GP<br>● Meet with Adam from Policy on VI reduction opportunities<br>● Schedule broader policy discussion on VI<br>● Getting looped in CA VVI workstream |
| **We develop a happy, thriving team, comprised of Uber's future leaders.** | <u>Conduct detailed reviews</u> after each culture survey, with thorough action plan to address gaps. | Leslie Boley | ●Drafted Listening Tour guidelines / templates in advance of Pulse Survey completion<br>●Sent US&C Ops Mentorship Program comms, survey and overview to executive leadership and HR | ●Continue building Mentorship Program kick-off meeting deck<br>●Send US&C Ops Mentorship Comms once HR provides distribution lists |
| | <u>Launch at least 3 people-oriented events</u> per quarter, related to career development, networking amongst City Ops, or otherwise. | Samson Walla, Paul Picinich | ●North rotating events calendar of in-person and virtual events | |

# Sept 20, 2021

# 9/20 Updates (Danielle)

| Team & people | <ul><li>Intro Becky Frye, HR Specialist</li><li>Importance of holding a high bar</li><li>Update on Boomerang staffing</li><li>Hiring</li></ul> |
|---|---|
| **Business Priorities & Cross-functional efforts** | <ul><li>Insurance</li><li>Taxis</li><li>Access Workstream, supporting Boomerang, recent VI work</li><li>Safety Report</li><li>Regs: MA, Chicago, Bellingham WA, NYC WAV, CA Prop 22</li></ul> |
| **Admin & other** | <ul><li>Jen OOO 9/22-9/26 (Catherine Boccellari to cover)</li><li>Steph Starts next Monday 9/27!</li></ul> |

# Discussion Topics



- [Chad] Joe B is leading a Taxi SteerCo which includes leadership from Ops, Policy, Product, and Legal. Primary focus for now is on NYC and Boston, though other markets may be added to the mix. Last week's (the first week) deck here.
- [Chad] FYI that I'll be OTG starting next Thursday, September 30 for my wedding / honeymoon. I'll be back in office on Monday, October 11. I'm putting a OTG Plan together, but the short answer is that Paul will be handling Head of North duties.
- [Jake] Connected with James Woodworth on GRC about ServiceNow and potential process opportunities. What have been the issues we've run into in the past as it relates to GRC that we should be on the lookout for?
- [Larissa] Phishing scheme — does anyone have clarity on the product leadership perspective on this? Seems like it might need more support
- [Jake]: Good resources on granular driver location/demo data within cities?

**Slide 155**

1

Don't think it's 1:1 but this is a PRD I received late last week on fraud signals
Jake Levy, 9/20/2021

1. We set the business strategy for our markets.

2. We demonstrate deep market expertise, which we use to drive and/or influence business outcomes across markets.

3. We chase and fix poor customer experiences, and identify new pockets of growth.

4. We shape key regulatory challenges (incl. IC+).

5. We achieve compliance excellence.

6. We develop a happy, thriving team, comprised of Uber's future leaders.

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|----------|-----------|-----|--------------------|-----------------| 
| **We set the business strategy for our markets.** | Establish **P&L review cadence** for each region to provide detailed overview of P&L performance. Include strategy & initiatives planned for following month based on previous month's performance. | Joe Bollhofer *(Chad to update)* | ● 2022 Planning training held with CoreEx team members | ● Our teams can start editing 2022 Plans |
| **We demonstrate deep market expertise, which we use to drive and/or influence business outcomes across markets.** | **Identify problematic cities** that have historically been neglected from a marketplace and/or CP perspective (e.g., Detroit, Cleveland, Cincinnati), and launch initiatives to address issues. | Varun Kaushal *(Chad to update)* | ● Presented Chicago deep dive at Marketplace <> City Ops bi-weekly meeting | ● Follow ups from Chicago deep dives |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We chase and fix poor customer experiences, and identify new pockets of growth.** | Develop **driver growth and experience dashboard** that outlines detailed signup, first trip, driver conversion, supply hour, and driver experience data at the city-level, so that we can clearly identify, escalate, and action upon anomalies. | ~~Larissa Lewis~~ Incorporating into Access Workstream | | |
| | Create **rider experience** dashboard by city to identify user experience gaps that can be identified / escalated to appropriate teams (e.g., issues related to bad routes being taken). | Larissa Lewis, Joe Bollhofer | Deprioritized | |
| | Increase number of **employee driving experiences** within City Ops (driving both on Uber and competitors' platforms). Gather insights that can be actioned against across the company | Chad Dobbs | • Finalized Field Ops JD, though without the driving requirement | • Working through Legal / Tax issues with driving requirement |
| | Create a **process/standard** for City Ops to regularly identify and escalate high-priority bugs/defects to relevant stakeholders. | Breeana Crawford *(Andrew to update)* | • Iterating on original tracker and adding in issues based on forum research | • Will distribute final version to leads next Monday for distribution to your teams |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We shape key regulatory challenges (incl. IC+).** | **Develop and execute upon** IC+ strategy across relevant states. Create a strategy to explicitly decide what our goals are for IC+ (e.g., minimize cost exposure, minimize competitive risk, and/or create driver experience advantage) | Paul Picinich | •MA AG Lawsuit / Ballot / IC+<br>•WI ongoing<br>•PA ongoing | •Awaiting MA AG MSJ |
| | **Navigate regulatory challenges** across all markets, with particular focus on CA, MA, NYC, Chicago, Seattle, Portland. | Paul Picinich, Leslie Boley, Larissa Lewis | •CHI Earnings Study Prep<br>•MA TNC VI data share & fine mitigation<br>•NYC WAV<br>•NYC Base Consolidation<br>•Bellingham, WA Ballot Measure presentation to Dennis on 9/20<br>•CA Annual Report submission on 9/20<br>•Finalizing implementation of remaining Seattle minimum compensation rules requirements by 10/1 and $5 cancellation fee analysis with CoreEx<br>•Discuss potential Portland earnings study<br>•Drafting procedural related information for Seattle deactivations process within Community Ops | •Continue working on strategic regulatory initiatives through completion |

# US City Operations
## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We achieve compliance excellence.** | **Operationalize** all compliance requirements. Automate where possible. | Leslie Boley, Larissa Lewis | ●Facilitated Reporting project kick-off meeting with project representatives and sent out deck with timeline<br>●Process catalog refresh by 9/24<br>●Jon building out automation plan for other teams | ●Check-in with project team for each milestone and associated target date<br>●[JL]: Spoke to James Woodworth about possible GRC integration w/ ServiceNow - legal team is starting to upload regs this week |
| | **Enable growth** through compliance efforts by creating a more seamless driver experience | Jake Levy | ● Getting VI GP implemented in NM & AZ<br>● Decisions on GP in CA, CO, & PA by end of month<br>● Met with Adam Blinick to discuss reduction/removal of VI through policy team | ● Working to refine document (identify P0/P1 markets, work with DS on safety data, and leverage driver location/demo data in target markets) |
| **We develop a happy, thriving team, comprised of Uber's future leaders.** | **Conduct detailed reviews** after each culture survey, with thorough action plan to address gaps. | Leslie Boley | ●Drafting Listening Tour guidelines / templates in advance of next Pulse survey in September<br>●Send US&C Ops Mentorship Program comms, survey and overview to ICs and leadership team | ●Build Mentorship Program kick-off meeting deck<br>●Complete Mentorship Program pairings |
| | **Launch at least 3 people-oriented events** per quarter, related to career development, networking amongst City Ops, or otherwise. | Samson Walla, Paul Picinich | ●North monthly events<br>●Mentorship Program (Leslie) | |

# Sept 13, 2021

# 9/13 Updates (Danielle)

| Team & people | <ul><li>EA update</li><li>Conversion staffing update</li></ul> |
|---|---|
| **Business Priorities & Cross-functional efforts** | <ul><li>Supply growth<ul><li>Let's spend time in 1:1s on your efforts here - including TOF, conversion, resurrections, etc.</li></ul></li><li>MA</li><li>Bellingham WA</li><li>NYC WAV</li><li>CA P22 Constitutional Challenge</li><li>Chicago earnings</li><li>Insurance Costs</li></ul> |
| **Admin & other** | <ul><li>Jen OOO 9/22-9/26 (Catherine Boccellari to cover)</li></ul> |

# Discussion Topics

- [Danielle] Conversion staffing
- [Chad] Pool Chance. What's the latest?
- [Paul] Safety Ops // Screenings
- [Paul & Chad] North H2 Projects & Initiatives
- [Leslie] West RegOps H2 Project Roadmap

1. We set the business strategy for our markets.

2. We demonstrate deep market expertise, which we use to drive and/or influence business outcomes across markets.

3. We chase and fix poor customer experiences, and identify new pockets of growth.

4. We shape key regulatory challenges (incl. IC+).

5. We achieve compliance excellence.

6. We develop a happy, thriving team, comprised of Uber's future leaders.

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|----------|-----------|-----|-------------------|-----------------|
| **We set the business strategy for our markets.** | Establish **P&L review cadence** for each region to provide detailed overview of P&L performance. Include strategy & initiatives planned for following month based on previous month's performance. | Joe Bollhofer *(Chad to update)* | • PUs finalized - are you good with the South, Larissa? | • US Ops Planning Model Training happening this Friday. Make sure the correct attendees from your team are on the invite. |
| **We demonstrate deep market expertise, which we use to drive and/or influence business outcomes across markets.** | **Identify problematic cities** that have historically been neglected from a marketplace and/or CP perspective (e.g., Detroit, Cleveland, Cincinnati), and launch initiatives to address issues. | Varun Kaushal *(Chad to update)* | • New bi-weekly City Ops <> Marketplace forum stood up <br> • New in-funnel LxHys launching today | • Two presentations in the bi-weekly City Ops <> Marketplace meeting on Thursday: 1) Chicago, 2) Detroit & Cleveland |

# US City Operations

### Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We chase and fix poor customer experiences, and identify new pockets of growth.** | Develop **driver growth and experience dashboard** that outlines detailed signup, first trip, driver conversion, supply hour, and driver experience data at the city-level, so that we can clearly identify, escalate, and action upon anomalies. | Larissa Lewis | • Built out initial funnel metrics in Python pull | • Expand upon funnel metrics & improve query speeds/restrict data to reduce limit blockers |
| | Create **rider experience** dashboard by city to identify user experience gaps that can be identified / escalated to appropriate teams (e.g., issues related to bad routes being taken). | Larissa Lewis, Joe Bollhofer | • Not kicked off — is Joe actively resourced against this? | |
| | Increase number of **employee driving experiences** within City Ops (driving both on Uber and competitors' platforms). Gather insights that can be actioned against across the company | Chad Dobbs | • First round of Legal review on Field Ops role | • Customer obsession week this week<br>• Getting North Field Ops role posted |
| | Create a **process/standard** for City Ops to regularly identify and escalate high-priority bugs/defects to relevant stakeholders. | Breeana Crawford *(Andrew to update)* | • Built bug/issue tracker; beginning pilot in West this week | • Iterate on initial tracker, then distribute more broadly across City Ops |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|----------|-----------|-----|--------------------|-----------------|
| We shape key regulatory challenges (incl. IC+). | **Develop and execute upon** IC+ strategy across relevant states. Create a strategy to explicitly decide what our goals are for IC+ (e.g., minimize cost exposure, minimize competitive risk, and/or create driver experience advantage) | Paul Picinich | •MA AG Lawsuit / Ballot / IC+<br>•WI very good Assembly hearings<br>•PA no updates<br>•Bellingham as staging ground?<br>•P22 litigation ongoing | •May see MA AG MSJ |
| | **Navigate regulatory challenges** across all markets, with particular focus on CA, MA, NYC, Chicago, Seattle, Portland. | Paul Picinich, Leslie Boley, Larissa Lewis | •Earnings Study Prep<br>•MA TNC VI data share & fine mitigation<br>•NYC WAV<br>•Finalizing implementation of remaining Seattle minimum compensation rules requirements<br>•Created deck for Bellingham, WA ballot measure presentation<br>•Analyzing benefits for potential Portland earnings study<br>•Drafted initial Seattle deactivations proposal within Community Ops<br>•Conducted final quality assurance checks for CA annual report and submit to regulators | •Earnings Study BACP meeting<br>•TNC VI Data Submission<br>•Finalizing implementation of remaining Seattle minimum compensation rules requirements<br>•Align on recommendations with ELT and Policy to initiate execution of opposition strategy for Bellingham<br>•Schedule meeting to discuss potential Portland earnings study<br>•Drafting procedural related information for Seattle deactivations process within Community Ops |

# US City Operations

## Initiatives / actions and goals:

| Priority | Initiative | POC | Progress This Week | Plans Next Week |
|---|---|---|---|---|
| **We achieve compliance excellence.** | <u>Operationalize</u> all compliance requirements. Automate where possible. | Leslie Boley, Larissa Lewis | ●Reporting / automation project kick-off meeting scheduled with regional project representatives<br>●Created deck content and project plan with timeline | ●Check-in with project team for each milestone and associated target date |
| | <u>Enable growth</u> through compliance efforts by creating a more seamless driver experience | Jake Levy | ●Meeting scheduled for Friday with Adam B. to leverage policy for VI removal workstream<br>●Document 90% completed, will finish early this week<br>●Product is finalizing TransUnion contract to autofetch VR in CA<br>●Uber.com review in progress (Dan McGrew is POC) | ●Identify High Priority P0 Cities for VI removal<br>●Work with Policy to develop comms plan<br>●Continue Uber.com requirement review |
| **We develop a happy, thriving team, comprised of Uber's future leaders.** | <u>Conduct detailed reviews</u> after each culture survey, with thorough action plan to address gaps. | Leslie Boley | ●Met with HR to review and received previous Pulse survey structure<br>●Created targeted comms, survey, and overview to solicit Mentorship Program engagement within US&C Ops. | ●Drafting Listening Tour guidelines / templates in advance of next Pulse survey likely in Sept / October<br>●Send Mentorship Program comms, survey and overview to ICs and leadership team |
| | <u>Launch at least 3 people-oriented events</u> per quarter, related to career development, networking amongst City Ops, or otherwise. | Samson Walla, Paul Picinich | | |

# Sept 7, 2021

# 8/10 Updates (Danielle)

| Team & people | <ul><li>How'd org convos go?<ul><li>Comms Plan, Email, Vision for Tomorrow</li></ul></li><li>Recruiting</li><li>Template for today's meeting</li><li>**2022 Growth Bet Submissions due 9/10 -** Please populate this brief 2-slide template by EOD Friday, 9/10 with anything you or your team is thinking about and send to S&P - Can range from potential pilots to full scale product launches. Our final list of growth bets is due on 9/17 so this provides us time to prioritize and go deeper into the financials as needed prior to that point.<ul><li>Focus on bigger growth bets</li></ul></li><li>EA Updates</li></ul> |
|---|---|
| **Business Priorities & Cross-functional efforts** | <ul><li>MA meeting today</li></ul> |
| **Admin & other** | <ul><li>N/A</li></ul> |

# Discussion Topics

- [Chad] Emergency response and SOEs. How are we determining when to cap surge and when to suspend service?
  - Also, FYI that comms suppression is an often underutilized tool in these instances. Surface any requests to Michael Lomio and James Belsey
- [Jake] Project Leaf decision matrix - GSAT suggested they rolled this out, has this been communicated?

# Aug 30, 2021

# 8/10 Updates (Danielle)

| | |
|---|---|
| **Team & people** | • Virtual leadership team summit **-** please fill out this [Doodle poll](#) with the dates that work for you.<br>• Promo communications by Wed per Christine<br>• Waiting on org green light... |
| **Business Priorities & Cross-functional efforts** | • Afghan refugee initiative<br>• Insurance costs<br>• US&C Driver Growth -> with focus on LA to start<br>• MA<br>• Prop 22 |
| **Admin & other** | • N/A |

# Discussion Topics

- [Chad] Finance currently proposing using 10 planning units for 2022 forecasting. Thoughts?
  - NYC, LA, SF, CHI, NJ, MIA, BOS, DC, RofCA and RofUS
- [Chad] NYC BGC Issue
- [Leslie] Team roadmaps for H2
- [Leslie] Reporting / automation project and representatives from each region
- [Justice] Data sharing framework w/ local governments (non-regulatory)

# Weekly Incentive Allocation Meeting

(please add anything you want Danielle to flag in the Tuesday mtg)

# Aug 23, 2021

# 8/10 Updates (Danielle)

| Team & people | • No update yet on org announcement timing<br>• Perf conversations should be kicking off this week |
|---|---|
| Business Priorities &<br>Cross-functional<br>efforts | • Prop 22 unconstitutional ruling<br>• NYC WAV<br>• Insurance costs<br>• Other regulatory: MA, Chicago |
| Admin & other | • N/A |

# Discussion Topics

- (Leslie) Prop 22 unconstitutional ruling comms
- (Leslie) Bellingham, WA ballot measure
- (Larissa) Event Ops form changes — I worked with Katie to see how we can better prioritize government and sensitive requests — open to recommendations
    - Adding requester type as a field (allow us to reduce friction for gov't)
    - Adding urgent indicators for non-event-specific options
    - Creating an open form and reducing jargon
    - Creating a prioritized list for key stakeholders

# Weekly Incentive Allocation Meeting

(please add anything you want Danielle to flag in the Tuesday mtg)

# Aug 16, 2021

Source: Bring the Donuts, Ken Norton
Published: June 2021

August 9, 2021
www.factoftheday1.com

## Successful CEO product engagement

Successful CEO product engagement should look like a U: lots of engagement at the beginning and end, and negligible involvement in the middle.

Engagement at the start of product development allows CEOs (or leaders) to co-create with their teams and hear pitches from varied voices. CEOs should then make themselves scarce while the product is being built.

Finally, there should be re-engagement at the end to ensure the product aligns with the vision and to guide a successful launch.



# 8/10 Updates (Danielle)

| | |
|---|---|
| **Team & people** | • Welcome, Andrew!<br>• LxHy: attention to detail, decent sql/analytics, and 50% bandwidth for 9-12 weeks<br>• <u>City Ops org structure - vision and structure</u><br>    ○ Comms plan (once Mac approves):<br>        ■ Leads to communicate to teams<br>        ■ Danielle to send an email<br>        ■ Fast follow w/ City Ops all hands & optional office hours |
| **Business Priorities & Cross-functional efforts** | • CA pricing proposal & supply-building activities<br>• MA<br>• NYC/Chicago |
| **Admin & other** | • Ellie daycare this week |

# Discussion Topics

- [Leslie] Review US&C Ops Mentorship Program for initial feedback before presenting to HR
  - Next Steps:
    - Finalize high-level overview deck and survey for the purposes of soliciting / gauging interest in the program. Finalize the cadence of the program.
    - Send out comms with overview deck and survey to solicit / gauge interest in the program to US&C Ops distribution lists. Send additional comms to ask leadership teams to review with their direct reports at their respective team meetings.
    - Partner with Learning and Development to build a detailed kick-off meeting deck, templates and guidelines to ensure tactical details and best practices are provided.
    - Determine if an existing Uber or LinkedIn Learning training class can be leveraged as a prerequisite for all participants to take prior to kick-off meeting.
    - Review survey results and pair Mentors and Mentees based on interests outlined.
    - Send kick-off meeting comms and meeting invitations to Mentors and Mentees and facilitate kick-off meeting.
    - Schedule check-in meeting halfway through the program to monitor progress.
    - Schedule meeting at the close of the program to gauge success stories, lessons learned and best practices to further improve the program. Encourage participants that they can continue to maintain their mentorship, select additional mentors, and / or refresh their mentor during the next cycle of the program.
    - Continue to iterate based on feedback provided and repeat steps for the next cycle of the program.
- [Paul] Some inbound q's regarding career dev & life event budgets, what's the latest there? (Can we create a program to drop something like credits on birthdays and/or uberversaries into employee accounts – Samson)?
- [Jake] Positive feedback from RegOps on PA VI grace periods, Chicago was a no go. Meeting with the West team this week
- [Jake] Washington DC is providing at-home vaccinations...is there an opportunity with other cities/states to partner with cities to provide something similar?
- [Chad] Forecasting POC and process

# Discussion Topics

# Weekly Incentive Allocation Meeting

(please add anything you want Danielle to flag in the Tuesday mtg)

# Aug 10, 2021

# 8/10 Updates (Danielle)

| Team & people | <ul><li>Global earners team</li><li>Promo next steps</li><li>In office plan</li><li>Danielle parental leave plan</li></ul> |
|---|---|
| Business Priorities & Cross-functional efforts | <ul><li>MA regs</li><li>CA/Chicago/NYC</li><li>H2 Plans?</li></ul> |
| Admin & other | <ul><li>Jen OOO Aug 7-14 (Sarah Patel covering for Danielle)</li></ul> |

# Discussion Topics

- (Chad) Uber x TLC meeting re: Take Rates - [deck](#)
- (Jake) VI Grace Period - PA (non-Philly) and CO/CA/CHI
- (Paul) VI driver education at large
- (Paul) CRM prefabricated templates?
- (Danielle) Andrew is go to person for West Core-ex starting next week
- (Larissa) How do people feel about overall product rollout alerts and approval requests? I'm thinking of pushing for a tracker (ideally filled out by others, if not, then by us)

# Weekly Incentive Allocation Meeting

(please add anything you want Danielle to flag in the Tuesday mtg)

# Aug 3, 2021

## 8/3 Updates (Danielle)

| Team & people | • Org Planning Update<br>• Perf |
|---|---|
| Business Priorities & Cross-functional efforts | • Management Day Recap<br>• Insurance Costs<br>• Forecasting next steps |
| Admin & other | • Next Uber "No Meetings" day August 9<br>• Jen OOO Aug 7-14 (Sarah Patel covering for Danielle) |

# Agenda ([deck](#) with content)

| | | | | |
|---|---|---|---|---|
| Welcome | Dennis | 7:00am PT | 10:00am ET | 15m |
| US&C Financial Context | Kevin Nolan | 7:15am PT | 10:15am ET | 45m |
| US&C Strategic Context and Vision | S&P | 8:00am PT | 11:00am ET | 1h |
| Break | All | 9:00am PT | 12:00pm ET | 1h |
| Operationalizing H2 OKRs | S&P | 10:00am PT | 1:00pm ET | 30m |
| Regulatory context and public policy | Danielle Sheridan Adam Blinick | 10:30am PT | 1:30pm ET | 45m |
| Growth playbook | Niraj | 11:15am PT | 2:15pm ET | 45m |
| Break | All | 12:00pm PT | 3:00pm ET | 30m |
| User engagement and membership | Taylor + Niraj | 12:30pm PT | 3:30pm ET | 45m |
| Fix the foundation | Carrol + Jess | 1:15pm PT | 4:15pm ET | 1h 15m |
| Break + walk to team dinner | All | 2:30pm PT | 5:30pm ET | 1h |
| Optional team dinner at San Lorenzo | All | 3:30pm PT | 6:30pm ET | 2hr |

# Finance Highlights



# P&L Refresher

<u>% GBs</u>

| | |
|---|---|
| **Gross Bookings** | Booking fee<br>Fares (driver fare): base, time & distance, including driver surge, cancellation fees, wait time fees<br>Taxes & fees - collected |
| **Service Margin** | Gross Bookings less surged time and distance paid to driver and taxes & fees - disbursed |
| **Incentives** | EDI: driver-side incentives<br>ERI: ride-side incentives<br>UFP: upfront pricings |
| **NETR** | Service Margin - Incentives + Total Other Revenue |
| **Variable Costs** | Variable costs = Ride insurance + Money + Support + Money + Tech & Other |
| **Fixed Costs** | Headcount + Marketing + Other OPEX + HQ Costs |
| **OCS** | Variable Costs + Fixed Costs |
| **SEBITDA** | Variable Contribution - Fixed Costs<br>Measures overall financial performance for mobility segment |

# H1 "started the bus" on supply recovery, and H2 marks a meaningful step toward returning as the profit engine for Uber

US&C SEBITDA (M's)



# Road to recovery has been consistently inconsistent; GBs currently sit at roughly 70% pre-Covid levels which we assume will exit 2021 at 90%

Q4/Jan second wave was followed by session recovery due to easing US restrictions, vaccine, spring break, etc.

Surge and longer trips have driven a sizable gap on GB recovery, compared to trips that remain in █████

Recovery rates vary widely across top markets, █████ between NY and SF - key to full recovery & plan is less recovered markets closing the gap

# While our NETR rates have returned to pre-covid levels, key trends have impacted the way we've solved for them

**Inflows**

**Outflows**

**Take rate**

**Ride Ins.**

Rider billings
███ vs. 2019 levels
high surge but also longer trips

Driver surge T+D & EDI
EDI ███████
Driver earnings / hr ███
vs. pre-covid levels
public assistance, safety, more gig worker demand

NETR% similar v2019, elevated $/trip kept abs $ on pace
Booking fee remained flat on a per trip basis,
Ride insurance costs have trended higher with mileage and increasing rates from P2% & severity

# Delivering our part toward a push to profitability remains top of mind as we progress through Q3

- Pace and timing of Q3 volumes have remained uncertain; we are beginning to see some softness in the pace seen vs. what we need for Aug/Sep

- OCS has applied added pressure in Q3 that we've had to manage, increasing costs through insurance & payment card fees

- Team has done a great job thus keeping NETR on track, improving to ▬▬▬▬, carefully balancing CP & reliability & offsetting OCS pressure

- Currently we view SEBITDA on track to Q3 target, as we monitoring & assess any risk on lower volumes in the coming weeks

## As we look ahead beyond Q3, the conversation will quickly return to how much we can grow in a margin accretive way



- Current pacing puts Q1'22 in focus for full recovery, a business that was trending ███ ███ YoY pre-Covid

- Organic deceleration lands us closer to the ███████ YoY range by 2023/24

- Growth bets will need to deliver up to ███ by 2024 to bridge the gap to ████ growth target, and require near term investment

- Q4'21 margin target is █████ GBs, with operating leverage we could stretch to █████ by 2024

- Challenge becomes seeding bets now for future growth while improving our margin profile, which sits between ████████ of goal

Knowing we won't solve this all next year, how much progress do we think is achievable?

# Strategic Context



Prior to Q2, our CP had more or less tracked with recovery as Uber-loyal riders returned to the platform.  But the returns are diminishing.

National, Resurrected Rider, and New Rider Billings CP



# Growth Highlights



Most of that money goes to acquiring and using personal vehicles - there are more vehicles (1.9) than earners (1.3) in a typical household



...but Uber and Lyft are a relatively small percentage of that spend (7% in 2017)

Spending on air passenger travel accounted for $95.4 billion, **nearly two-thirds (63.9 percent) of the $149.4 billion spent on for hire transportation.**

Expenditures on intercity for-hire transportation (between cities) and local for-hire transportation (within the same city) **accounted for $149.4 billion (12.2 percent) of total transportation expenditures in 2017.**



Local for-hire transportation services accounted for $30.8 billion (20.6 percent); this category includes intracity mass transit ($20.1 billion), and **local for-hire taxicabs and ride-hailing services, such as Uber and** Lyft **($10.7 billion).**

**Expenditures for other ground transportation services, such as sightseeing buses, accounted for $17.3 billion (11.6 percent).** Finally, intercity bus, train, and ship fares accounted for $5.9 billion (3.9 percent) of the total.

# Competing for Customers' Wallets

## What would a growth strategy look like if we started with our customers?



*"I'm going from my home to the concert hall. I'll take an Uber!"*

### Thought Exercise

What are the potential scenarios in which this situation doesn't come to be?

It's illuminating to unpack the series of customer needs and decision points that have to break our way for Uber to makes sense as a choice



*"I'm going from my home to the concert hall. I'll take an Uber!"*

## Uber's Unstated Assumptions

She's decided that ridehailing is her best option to get there

She's alone or in a small group

She has decided what activity she wants to partake in that evening

She has secured whatever she needs (reservation, booking, etc.) to pursue that activity

She's managed to get herself to the city in which this activity is taking place

Any other tasks or errands that may have prevented her from enjoying that activity are complete

Imagining scenarios in which someone doesn't end up transacting with Uber during their journey can help us identify where we have opportunities to grow

...she preferred to drive herself so as to avoid the risk of standing alone on the street waiting for an Uber?

...she was traveling with a 10-person group?

...the concert was in a neighboring city to hers and she needed help getting to and from?

Can we offer more mobility options that meet more customer needs?

...she didn't know anything about the city and was visiting as a tourist?

...she wasn't familiar with the language of the local concert hall website and struggled to navigate it?

Can we directly enable or facilitate the experiences that happen "beyond point B"?

...she wasn't going to make the concert because she'd agreed to pick up her little sister's prom dress

Can we make handling other life logistics as easy as calling an Uber?

Where We Are Going

In the next five years, Uber Mobility will evolve from a functional, ubiquitous transport utility into a diversified services and lifestyle brand

Where We Are Going

# More ways to go
# More things to do
# More things done

We prioritize these verticals by evaluating the market opportunity, the unmet customer need, and our likelihood of successfully executing



Coming soon...

What's Ahead

# Uber Charter





Pilot: Q3 2021

Scale: Q4 2021*

What's Ahead

# Rentals with Valet

 

Pilot: H1 2021

Scale: H2 2022

What's Ahead

# Uber Park





Pilot: Q2 2021

Scale: Q3/Q4 2021

What's Ahead

# Travel Platform





Pilot: Q4 2021

Scale: H1 2022

## What's Ahead

# Uber Explore





Pilot: Q3 2021

Scale: Q4 2021

## Certain adjacencies are nearer term than others, but achieving single or low double digit penetration in them can add up



# OKRs



**Consolidated Hero OKR Scorecard** | "One pane of glass" of Initiatives across all of H2 Initiatives in H2 and their Hero OKRs

# Regulatory





# US & Canada H2 2021 Policy & Comms Outlook

Uber

# 2020 Recap

- **COVID Response:** Significant debate during COVID about whether ridesharing and delivery should be considered an essential service -- and also what benefits and protections app-based workers should be entitled. Made the case that ridesharing should be an essential service, which allowed us to continue to operate across all US markets. Also advocated for regulatory relief (e.g., extending document expiration dates, relief on audits) so drivers could stay on the road.
- **Regulatory Pressure:** Once COVID-related pressure subsided, we faced newfound regulatory pressure primarily focused on benefits and protections - e.g., commission caps, sick leave, hazard pay, earning standards (Chicago, Seattle).
- **Luigi/Prop 22:** Proactively rolled out Luigi in California (e.g., DSTOP, offer card) in order to substantiate legal argument that drivers are independent contractors. This effort was ultimately unsuccessful; our Luigi efforts did not strengthen our case in California. That said, we won Prop 22!
- **IC+:** Made significant strides on our IC+ strategy across the country. Prop 22 continues to be successful, and conversations are ongoing in MA, PA, WI, NY.
- **Social Impact:** Goodwill built through 10M free rides program, as well as White House partnership.

223

# ISSUES

# H1 2021 Outlook

| EARNERS | DELIVERY | CITIES | SAFETY |
|---|---|---|---|
| IC+ | Commission Caps | Fees & Taxes | Covid Response |
| Earnings Standards | Broader Regs | Caps | Women's Safety |
| Benefits | Alcohol Delivery | Data-Sharing | Road Safety |
| Representation | New Verticals | | |

225

# H2 2021 Outlook



| EARNERS | DELIVERY | CITIES | SAFETY |
|---|---|---|---|
| IC+ | Commission Caps | Fees & Taxes | Covid Response |
| Earnings Standards | Broader Regs | Caps | Women's Safety |
| Benefits | Alcohol Delivery | Data-Sharing | Road Safety |
| Representation | New Verticals | EVs | |

# EARNERS

| | Goals |
|---|---|
| **IC+** | - **Pass** IC+ bills in PA and WI<br>- **Launch** MA and (potentially) WA 2022 ballot initiatives<br>- **Avoid** bad labor bill in IL/score compromise<br>- **Prepare** for 2022 legislative pushes in NY, NJ, WA and BC<br>- **Make progress** in ON |
| **Earnings Standard** | - **Avoid** worst possible earnings standards in:<br>    ○ Mobility: Chicago, BC, Portland<br>    ○ Delivery: NYC, Seattle<br>- **Prepare** for SPOT/jobs board pilot |

**Action Items/Projects**
- Develop strong driver/third party engagement strategies for key markets
- Update Earnings Standard playbook
- Continue to work with Ops and industry on ballot initiatives and IC+ legislation language/terms
- Work with Marketing on IC+ creative telling story of "unparalleled flexibility"
- Prepare for SPOT/jobs board pilot

# DELIVERY

|  | Goals |
|---|---|
| **Commission Caps** | • **Pass** workable legislation in SF and NYC<br>• **Avoid** permanent commission caps in all other markets |
| **Broader Regs** | • **Prepare** for potential 2022 push for model legislation |

**Action Items/Projects**
- Continue to develop arguments against commission caps, including amplifying fact restaurants are feeling more optimistic
- Develop strong merchant/third party engagement strategies for key markets
- Develop model legislation

# CITIES

|  | Goals |
|---|---|
| Fees & Taxes | • Prepare for NYC congestion tax exercise<br>• **Avoid** airports raising fees<br>• Prepare for future battles around congestion |
| Data | • Prepare for continued push for real-time data sharing/MDS |
| EVs | • Promote developments that move us toward our 2030 targets |

**Action Items/Projects**
- Continue to refine congestion/tax playbook
- Work closely with BD/Ops/Legal on airport issues
- Proactively make a point to tell Uber Green, EV, Transit, and Micromobility stories

# SAFETY

|  | Goals |
|---|---|
| **COVID Response** | • **Promote** partnership with White House and local governments |
| **Women's Safety** | • **Prepare** for the release of the second Safety Report |
| **Road Safety** | • **Promote** JAMA study and A-B/MADD partnership (late September)<br>• **Prepare** for road safety issues as economy recovers |

**Action Items/Projects**
- Work with Central Policy on robust stakeholder engagement strategy for the Safety Report
- Work with Regulatory marketing to develop campaigns-in-a-box/collateral for our free rides to the polls and DUI-reduction initiatives

# RISK MAP

# Market Risks - Top 10 Markets



# Market Risks - Next 20 Markets



# Market Risks - Next 20 Markets



# Discussion Topics

- (Larissa) How much time is everyone currently dedicating to legal approvals (affidavits, depositions, attestations, permitting)
- (Larissa) Have any of you had issues with Event Ops not following up or partners referencing bad interactions?
- (Chad) Project Rebound. Smaller group on the invite... any context?
- (Chad) Driver loyalty incentive issue. Need to ID high risk markets by EOD.
- (Samson) Chi CorEx hiring & remote roles
- (Samson) Uber x TLC meeting re: Take Rates - deck
- (Leslie) Seattle gap analysis to be conducted based on minimum compensation rules finalized.
- (Leslie) US&C Ops Mentorship Program proposal and sharing with this group for initial feedback.

# Weekly Incentive Allocation Meeting

(please add anything you want Danielle to flag in the Tuesday mtg)

# July 26, 2021

# 7/26 Updates (Danielle)

| | |
|---|---|
| **Team & people** | ● Perf: Promo nomination window ends Friday (7/30)<br>● US&C Management Day (7/28)<br>● City Ops Leadership Day (date TBD)<br>● P&L / Operating Review Cadence |
| **Business Priorities & Cross-functional efforts** | ● MA<br>● CA supply - including prop 22 safety training<br>● Driver growth<br>● IC+ |
| **Admin & other** | ● Next Uber "No Meetings" day August 9<br>● Danielle OOO Mon Aug 2<br>● Jen OOO Aug 7-14 (Sarah Patel covering for Danielle) |

# Discussion Topics

- Project Leaf update (Leslie)
- Return to office date exceptions? (Danielle)
- POC for 'non-core pricing' (Danielle Sheridan)
- Project Leaf rapid change recommendations (Larissa)

# Weekly Incentive Allocation Meeting

(please add anything you want Danielle to flag in the Tuesday mtg)

Three-Track Solution

## Onboarding User Documents Review

Anticipated Completion Date: Q1 2022

**Objective:**
**Create a centralized resource documenting the risks intended to be mitigated through each onboarding document requirement.**

**Impact:**
**Identify instances of compliance gaps that represent risks.**

**Identify excessive requirements that negatively impact supply and document processing.**

## Requirements Change Management Policy

Anticipated Completion Date: Q2 2021

**Objective:**
**Create a policy that ensures decisions to change onboarding requirements undergo the appropriate amount of due diligence.**

**Impact:**
**Ensure risk-based decisions are made in a well informed manner that foster cross functional trust.**

**Ensure all teams are held to the same standard and treated equitably.**

## Requirements Governance & Access

Anticipated Completion Date: Q3 2021

**Objective:**
**Create a framework for operationalizing approved change requests and ensure downstream readiness during rollout.**

**Impact:**
**Ensure process to monitor and manage change request lifecycle.**

**Ensure operational readiness to rollout the change at processing pillar**

*Attorney-Client Privileged and Confidential*

Different proposals can have different net impact on the business critical processes. We can group proposals into three levels based on their estimated impact so that appropriate stakeholders can advise on the risks and mitigation strategies.

## L3

**If the change impacts a requirement that is used in earner screening or identity verification.**

Examples: Profile Photo, Driver's License, National ID Document, Criminal Record Doc or a License that implies a criminal check record, etc.

## L2

**If the change impacts vehicle information.**

Examples: Vehicle Registration, Inspection, Photo, Insurance

## L1

**If the change impacts other business, legal, or compliance requirements not included in levels 2 and 3.**

Examples: Business license, tax document, bank statement, vehicle rental agreement, training certificate, etc.

# RAPIDs can be more sensitive to risk gradients and allow delegation

## Delegation Requirements

- Delegator remains *accountable* for decisions but they can *delegate responsibilities* to their team members up to the allowed limits
- Delegation must be documented
- Delegatee must notify the delegator about the decisions made for their awareness

| Change Types | Designated Ds today | | | Recommended Ds in the delegation system (limits on downward delegation) | | |
|---|---|---|---|---|---|---|
| | L1 | L2 | L3 | L1 | L2 | L3 |
| A - Stop or delay the collection | D: GM | D: RGM | D: RGM | D: GM (0) | D: RGM (0) | D: RGM (0) |
| B - Change the medium of collection | D: GM | D: RGM | D: RGM | D: GM (0) | D: RGM (-1) | D: RGM (0) |
| C - Stop or delay a requirement validation process | D: GM | D: RGM | D: RGM | D: GM (-1) | D: GM (0) | D: GM (0) |
| D - Modify or Remove metafields | D: GM | D: RGM | D: RGM | D: GM (-2) | D: GM (-2) | D: GM (-2) |
| | Current risk perception | | | A more accurate risk perception | | |

- Keeping central ops as an A across all tiers could ensure inter-ops alignment

**Risk gradient (estimation)**

Low   Medium   High

Attorney-Client Privileged and Confidential

# Recommendation - reduce the level of responsibility by 1 for each change that is localized and not impacting the full US

## Reasoning

- The initial setup risks becoming a rubber stamp as the people approving are not necessarily knowledgeable about the issue at hand
- A higher decision level requires additional work by local teams to prepare a 1 pager and explain the nuances of the situation
- The US already has significant checks in place and likely doesn't benefit from the same regimented structure that might benefit other teams

| Change Types | Designated Ds today | | | Recommended Ds in the delegation system (limits on downward delegation) | | |
|---|---|---|---|---|---|---|
| | L1 | L2 | L3 | L1 | L2 | L3 |
| A - Stop or delay the collection | D: GM | D: RGM | D: RGM | D: GM (-1) | D: RGM (-1) | D: RGM (-1) |
| B - Change the medium of collection | D: GM | D: RGM | D: RGM | D: GM (-1) | D: RGM (-2) | D: RGM (-1) |
| C - Stop or delay a requirement validation process | D: GM | D: RGM | D: RGM | D: GM (-1) | D: GM (-1) | D: GM (-1) |
| D - Modify or Remove metafields | D: GM | D: RGM | D: RGM | D: GM (-2) | D: GM (-2) | D: GM (-2) |
| | Current risk perception | | | A more accurate risk perception | | |

- Keeping central ops as an A across all tiers could ensure inter-ops alignment

**Risk gradient (estimation)**

| Low | Medium | High |
|---|---|---|

Attorney-Client Privileged and Confidential

# July 19, 2021

# 7/19 Updates (Danielle)

| | |
|---|---|
| **Team & people** | <ul><li>Headcount and people update</li><li>Feedback on AMA Session</li><li>Perf - any questions?</li></ul> |
| **Business Priorities & Cross-functional efforts** | <ul><li>MA</li><li>IC+</li><li>Driver growth</li><li>CA supply</li></ul> |
| **Admin & other** | <ul><li>Next Uber "No Meetings" day August 9</li></ul> |

# Discussion Topics

- (Chad) If you haven't spent time with Jake, make it happen.

- (Jen) I need a POC for each region to help update the team specific content for our new US&C Mobility Ops onboarding template.

- (Leslie) Project Leaf updates from US&C meeting this morning

- (Danielle) Interim Head of West Core-ex

- (Larissa) Curious if anyone knows how the advertisement conversations have progressed? I'm not sure how much tose would help us towards profitability, but Lyft now does have an ADT partnership (copy to next week)

# July 13, 2021

# 7/13 Updates (Danielle)

| | |
|---|---|
| **Team & people** | <ul><li>Welcome, Jake!</li><li>Dennis AMA 7/15<ul><li>Please fill in questions and encourage your teams to do the same!</li></ul></li><li>Organizing for success<ul><li>% of Time Ask</li></ul></li><li>Perf timelines<ul><li>Any questions?</li></ul></li><li>DSipf Parental Leave Backfill</li><li>Thank You - Transitions</li></ul> |
| **Business Priorities & Cross-functional efforts** | <ul><li>MA</li><li>Driver Growth & Hyperlocal Initiatives</li></ul> |
| **Admin & other** | <ul><li>Next Uber "No Meetings" day August 9</li></ul> |

# Discussion Topics

- (Leslie) West Reg Ops team strategy session scheduled for 7/19
- (Leslie) Mentorship Program for City Ops
- (Chad) Jake's onboarding... provide business context, what's important to you and your teams, what you need from Jake and his team, and how your teams should work together
- (Chad) Update on MA IC+ situation
  - IC+ legislation introduced earlier this year, but low likelihood of success
  - Submitting language for November 2022 ballot this week
  - AG Healey lawsuit progressing, which could force our hand prior to November 2022
- [Larissa] DSWB access - Product is thinking of removing for Ops (we'd have to go through local systems, which is inefficient, or GCP, which could be expensive
- (Danielle) FYI on CO Med Certs

# July 6, 2021

# 7/6 Updates (Danielle)

| | |
|---|---|
| **Team & people** | <ul><li>Update on Chad/Danielle transition plan</li><li>Mid-Year Perf:<ul><li>July 19-31 Promo Nominations; Sept 1 Promos Finalized/Communicated</li></ul></li><li>Jake Levy starts next week</li><li>Dennis AMA 7/15<ul><li>Please fill in questions and encourage your teams to do the same!</li></ul></li></ul> |
| **Business Priorities & Cross-functional efforts** | <ul><li>H2 Planning</li><li>What's on my mind: active drivers, MA labor, California supply recovery/CP, regulatory Landscape (e.g., IC+, Chicago/NYC challenges), business recovery as world re-opens</li></ul> |
| **Admin & other** | <ul><li>Uber "No Meetings" days: July 12, August 9</li></ul> |

# 7/6 Updates (Danielle)



# Discussion Topics

- **West Reg Ops Update:**
  - 11 data requests in California over the last several weeks, with 3 completed and the rest in progress, including the annual report.  Received an additional data request over the weekend and working with Policy to adjust timeline where we can.
  - Audit request for Honolulu.  Responded back to regulator with request for a virtual meeting vs. on-site so that we can narrow scope of engagement.
  - Nevada regulator is preparing final report from previous audit.  We still have an opportunity to remediate missing or corrected documents that were in place during the audit period.
  - Centralizing recurring and ad-hoc audit activities and estimating time commitments for team planning purposes.  Prepping for team strategy session.

- Are our City Ops priorities aspirational enough? It feels like there's a sense of ownership that could be missing, which ultimately will make the retain goals difficult... especially on the CorEx side

- [Larissa] How should we be thinking through premium doc enforcement & cliffs?

# June 28, 2021

# Hello! (Updates from Danielle)

   

- Very excited to be back and working with all of you!
- Things I learned on my parental leave:
  - Taking care of babies is FUN but a LOT of work!
  - How to change diapers quickly & effectively
  - Importance of a schedule
  - How to sleep train (although we're still working on that…)
- What to expect over next few weeks:
  - For all of my directs: I'll be joining your 1:1s with Chad either this week or next week (depending on PTO schedules). We'll then resume our normal 1:1 cadence.
  - Chad and I will be tag teaming cross-functional meetings for the next two weeks before officially transitioning.

# 6/28 Updates (Chad)

| | |
|---|---|
| **Team & people** | • Welcome back Danielle & Jen!<br>   ◦ Transition<br>• Welcome Leslie!<br>• Compliance team<br>   ◦ Jake Levy signed, starts July 12<br>   ◦ Support needed: interview panel, Boomerang work, City Ops All Hands<br>• Quarterly impact check-ins… what questions remain?<br>   ◦ MY Promo timeline (next slide) |
| **Business Priorities & Cross-functional efforts** | • Mobility Leadership Team H2 Planning (following slides)<br>• Funnel analysis<br>• Project Arrow |
| **Admin & other** | • Chad OOO July 2-7, July 26 -30<br>• Uber "No Meetings" days: July 12, August 9 |

# MY Promo timeline

- Ongoing: Timely Feedback
- July 19-30: Manager Reviews for Promos
- Aug 3-6: Pre-Calibration for Promo Review
- Aug 9-20: Promo Reviews
- Aug 30: Final ELT Approval
- Sept 1-4: Employee Promo Notifications
- Sept 5: Promos live in Workday

# Mac has launched a refresh of our Global Mobility Priorities for H2 2021



| Become profit engine for company | Lead the industry | | Delightful Journeys | Expand the Category | |
|---|---|---|---|---|---|
| Operating Costs (Incl. defect reduction, P&L line item review) | Price Leadership | Safety | Reliability | Business Riders / U4B | Airports |
| Automation and Outsourcing (incl. global product rollouts) | Incentive Efficiency | Reg Response & Model Evolution | Defect Reduction | Grow User Engagement (Multi Product Use, Rev/User) | |
| Profitability (NETR, SEBITDA) | Membership | Earners 2021 | Rider Activation, Conversion & Early Lifecycle | Vehicles | |
| | | | Driver Activation, Conversion & Early Lifecycle | Sustainability | |

**Discussion structure**
- Work we are broadly aligned will continue (Green)
- Work we are aligned should be escalated to a priority (Purple)
- Work that should be rescoped (yellow)
  - Competitive Pricing Innovation → Price Leadership
  - Discovery → Grow User Engagement
- Work that can be de-escalated / combined (Red)
- Anything not currently on the page that should be?

| Continue | Deprioritize/ Combine |
|---|---|
| New | Rescope |

# Each of these priorities has associated OKRs

WIP

| | | Hero OKR | | Other contributing OKRs | | |
|---|---|---|---|---|---|---|
| **Become profit engine for company** | Operating Costs | Operating costs % of GBs | Variable costs % of GBs | | | |
| | Profitability | SEBITDA | NETR | | | |
| **Lead the industry** | Price Leadership | CP | NPI | PDI | New user CP | |
| | Membership | 28d retention | GB Opt-In | Free Trial --> Paid Conversion | | |
| | Safety | % users believe Uber is committed to safety | Incident rate | % riders believe Uber is committed to safety | % drivers believe Uber is committed to safety | |
| | Reg Response & Model Evolution | Very important, but not measurable with OKR | Very important, but not measurable with OKR | Number of new regs that affect driver earnings | Effect of new regs on driver earnings | |
| | Earners 2021 | 28d retention | ELC retention (% to 25 trips in 28d) | HVR 28d retention | % drivers engaged with loyalty program | |
| **Delightful journeys** | Reliability | C/S | R/S | C/R | % sessions surged | P90 ETA |
| | Defect Reduction | Share of trips with at least 1 of the following defects | Price Defects (% Trips >= 1.1 and 1.5 EPM) | ETA Defects (% Trips >= 8 Minute ETA) | Unfullfileds | Support Ticket Rates |
| | Rider Activation, Conversion and ELC | New Rider conversion to 5 trips in 90 days | Signup to First Trip Conversion | New Rider conversion to HFR In 90 Days | | |
| | Driver Activation, Conversion and ELC | Driver signup to first trip rate | Driver signup to activation rate | Median number of days from signup to activation | Driver activation to first trip rate | |
| **Expand the category** | Business Riders / U4B | U4B managed GBs | | | | |
| | Grow User Engagement | % Riders w/ Growth Products Engagement | % Growth Product riders Repeat Engagement | TPR | | |
| | Vehicles | Vehicles supply hour coverage | Vehicles on platform | Engagement of vehicles drivers | Retention of vehicles drivers | |
| | Sustainability | Green % of GBs | | | | |
| | Airports | Airport GBs | Airport R/S | Airport C/R | % of airport trips surged | |

# As a US&C Mobility Org, we have some broad themes we are prioritizing in H2 2021, related to Mac's priorities

## 1 Fix the foundation

- Establish a minimum acceptable customer experience and then deliver to meet that bar for our customers
- Seek out poor customer experiences and hold teams accountable to fix them
- Excellent and efficient operations

## 2 Customer activation and early lifecycle

- The process for onboarding onto Uber should be fast, seamless, and intuitive
- We should engage with new customers so that they learn about what Uber can offer them and are incentivized to use it more
- First trips should be a magical experience, with limited challenges or confusion

## 3 Make Uber worthwhile for high value customers

- Reward users for their engagement in an outsized way
- Make it worthwhile to consolidate more of your money or time on Uber
- Ensure aligned incentives-- when drivers and riders make our marketplace better, they're rewarded

## 4 Expand our category

- Invest in long term growth bets to expand our category and use case
- Explore customer choice to allow for customers with different needs
- Create efficiencies by exploring products that don't rely on on-demand, creating stackable earnings opportunities

## 5 Drive profitability

- Continue being the profit engine for the company
- Execute on NETR improvements and OCS projects
- Identify and address structural financial asymmetries between Uber and our competitors

## 6 Develop our team

- Simplify and streamline our hiring process
- Ensure that new hires are getting the training and support they need
- Ensure job satisfaction, development opportunities, and prevent attrition
- Cross-functional alignment with our partner teams

# US City Operations

**Overall mission statement for H2 2021:**

**Key output metrics**

- 1
- 2

- 2 columns if needed

**Priorities and input metrics:**

| Priority | Input metrics |
|---|---|
| | • |
| | • |
| | • |
| | • |

# US City Operations

Initiatives / actions and goals:

| Initiative / action | Input metric goal | POC |
|---|---|---|
|  | • |  |
|  | • |  |
|  | • |  |
|  | • |  |
|  |  |  |

## These were our priorities heading into 2021. What should stay the same? Change?



# Discussion Topics

# June 21, 2021

# 6/21 Updates (Chad)

| | |
|---|---|
| **Team & people** | • Compliance team updates<br>• Danielle back next week<br>• CST in motion / Gigs |
| **Business Priorities & Cross-functional efforts** | • [US&C MBR](#)<br>• Last weekend marketplace degradation |
| **Admin & other** | • City Ops All Hands<br>    ○ Business performance<br>• Aisha's last week with the team :(. Jen will be back with you all on Monday. :) |

Discussion Topics

# June 14, 2021

# 6/14 Updates (Chad)

| | |
|---|---|
| **Team & people** | <ul><li>Leads team<ul><li>Compliance offer: Jake Levy</li><li>Leslie starts next week</li><li>Danielle back 2 week from today</li></ul></li><li>Quarterly Impact Check-ins (new Perf process)<ul><li>Hoping to have guest speaker on this at City Ops All Hands</li><li>Log questions here</li></ul></li><li>CST in Motion / Gigs</li></ul> |
| **Business Priorities & Cross-functional efforts** | <ul><li>Taxi</li><li>Boomerang market prioritization / customization</li><li>US&C MBR next week</li></ul> |
| **Admin & other** | <ul><li>City Ops All Hands (June 24): Graceful downgrades, new Perf process, business context (who wants to cover?)</li><li>Company holiday: Juneteenth (Friday, June 18)</li></ul> |

# Risk & Compliance Overview

There are four separate support lines of business that specialize in mitigating risk and maintaining Uber's compliance in all US&C markets.



# Project Lifecycle | SPOT approach to formalizing and executing requests



If project is accepted, R&C begins the statement of work, project scoping and planning

Ad Hoc Projects should be with R&C temporarily and should be transitioned within the agreed upon timeline

## Initiation

**1**

Determine the needs for initiating a project

Deliverables:
- Completed JIRA Intake Form

**Owned by:** Requestor

## Intake

2

Define intake requirements for implementation

Deliverables:
- Business Case/RFC
- RAPID Chart
- Intake Requirements

**Owned by:** Requestor, supported by PS
**SLA:** 72 hours - request received to intake meeting scheduled

## Execution

3

Activate teams for planning and implementation

Deliverables:
- Kick-off meeting
- Statement of Work
- Terms and Conditions
- Project Plan
- Defined KPIs

**Owned by:** PS
**SLA:** 72 hours - intake meeting completed to creating documentation

## Launch

4

All project milestones are completed & monitoring begins

Deliverables:
- All project plan tasks complete

**Owned by:** PS
**SLA:** 72 hours Documentation creation to project launch

## Transition

5

Transition full program responsibility to designated owner.

Deliverables:
- KPI Results
- Post-Mortem analysis & Survey
- Close-out project

**Owned by:** PS

# Risk & Compliance | Current Org Chart

| Sr. Program Leader, Risk and Compliance<br>Beth Addabbo | | | | | | | |
|---|---|---|---|---|---|---|---|
| Project Management | | Program/Analytics Support | | | Project Implementation | | |
| Sr Program Manager<br>Kyrsten Jones | | | | | Community Operations Manager<br>Sarah Hamilton | | |
| Compliance | R&C | Analytics | Identity | Growth | Screenings Implementation | Screenings and Identity QA | Risk/Compliance |
| Manager<br>Alex Bisco | Assoc. Prgm Manager<br>Deqa Abshir | Manager<br>Noel Carneiro | Assoc. Prgm Manager<br>Colin Daniels | Assoc. Prgm Manager<br>TBA | Manager<br>Michael Angell | Manager<br>Richard Row | Manager<br>Zach Waddell |

# **Roles Deep Dive |** How the team works in concert to achieve great outputs

| Specialists | Critical executioners across ~200 workflows. Highly specialized and trained in their area of focus. Executes per communicated KPI and quality expectations. Key partner in identify trends, mining insights, flaggings process breakdowns or errors, and recommending process improvements. |

| Team Leads | Provides support to Specialists by communicating priorities, goals, and expectations. Performs constructive coaching based on KPIs, quality, and feedback from stakeholders. Primary point of contact for scheduling or HR concerns. First point of contact for project escalations. Partners closely with Projects Specialists to understand and relay project expectations. |

| Project Specialists | Primary point of contact for Stakeholders. Intakes, documents, and communicates projects needs and requirements to manager and execution partners. Develops comprehensive training and is the escalation point for questions from Team Leads. |

| L Team | Responsible for removing roadblocks to success for their team. Provides constructive coaching against role expectations. Assists with communication gaps in the event of misalignment. Escalations point for Stakeholders. Advocate for team and ensure success is recognized and celebrated. |

# Questions

# Discussion Topics

- [Larissa] Do we have any principles around what we share externally? So far we are biasing against sharing any numbers with requestors (mostly the press) and instead craft a broad narrative. Djevna mentioned that there was a toolkit at one point

# June 7, 2021

# 6/7 Updates (Chad)

| Team & people | <ul><li>City Ops Operating cadence</li><li>Talent Review: feedback</li><li>Customer Obsession Week: feedback?</li></ul> |
|---|---|
| Business Priorities & Cross-functional efforts | <ul><li>City Ops P&L Review this Friday: deep dives?</li><li>Livery booking fee</li></ul> |
| Admin & other | <ul><li>Upcoming<ul><li>US&C Mobility Ops Talent Review: June 8</li><li>US&C Quarterly All-Hands (Rides, Marketing, B/D & PC): June 11</li><li>SPOT: June 14</li></ul></li><li>Company holiday: Juneteenth (Friday, June 18)</li></ul> |

# US&C Mobility People & Team Workstreams

We've identified four broad themes to categorize our people challenges, each with 1-2 exec sponsors

| Hiring processes and principles | Leadership development and talent management | Recognition, culture, and stress | Pain points and inefficiencies |
|---|---|---|---|
| Ashwin | Camiel | Annie | Niraj & Chad |
| • Streamlined hiring processes<br>• Diversity in hiring<br>• Internal transfer process | • Training for new hires<br>• Career path and opportunities for advancement<br>• Manager readiness | • Stress and unsustainable workloads<br>• Variety of experience and career satisfaction | • Frustrating inefficient processes and internal tools<br>• Strained relationships with other teams |

# Discussion Topics

- [Danielle] - Staffing for regulatory challenges
- [Larissa] - Thoughts on the vehicle scores issue with Graceful Downgrades?

# June 1, 2021

# 6/1 Updates (Chad)

| | |
|---|---|
| **Team & people** | <ul><li>4 weeks left<ul><li>Leadership team (Danielle Sheridan return, Chad return to North, Danielle Sipf leave, Leslie onboarding, Samson leave, hiring Head of Compliance)</li><li>Continued hiring & onboarding</li><li>Delivering on team & people initiatives</li><li>Key regulatory challenges (IC+, surge, supply cliffs, earnings)</li><li>Supply + marketplace challenges</li></ul></li><li>Talent Review tomorrow</li><li>City Ops intro with new hires: cut off?</li></ul> |
| **Business Priorities & Cross-functional efforts** | <ul><li>Customer Obsession Week</li><li>US&C MBR<ul><li>Interest in public transit data</li></ul></li><li>DOT</li><li>Taxi: our teams to complete by EOD next Monday</li></ul> |
| **Admin & other** | <ul><li>Upcoming at this meeting<ul><li>Uber Health: June 7</li><li>SPOT: June 14</li></ul></li><li>Company holiday: Juneteenth (Friday, June 18)</li></ul> |

# Discussion Topics

- [Paul] US City Ops Newsletter finishing touches
- [Paul & Samson] GLH virtualization (?)
- [Samson] Reserve Negative Fares [doc]
  - 1.2K trips last week in Chi, public posts, middle of a regs fight
  - Unstructured city ops alerting
  - 2nd time this issue has happened in 2 months
  - Why is this live if drivers can have negative earnings on a trip? Is this customer obsessed?
  - Standardized monitoring for this sort of thing?
- [Larissa] Any examples on where < 3 day marketing turnaround would be needed?

# May 24, 2021

# 5/24 Updates (Chad)

| Team & people | <ul><li>Timely Feedback: Simplified form is live</li><li>Talent Review</li><li>Ongoing "being the best team" convo<ul><li>US&C Mobility People & Team Workstreams</li></ul></li></ul> |
|---|---|
| **Business Priorities & Cross-functional efforts** | <ul><li>Customer Obsession Week</li></ul> |
| **Admin & other** | <ul><li>City Ops All Hands this Thursday</li><li>Upcoming at this meeting<ul><li>Uber Health: June 8</li><li>SPOT?</li><li>Others?</li></ul></li></ul> |

# Discussion Topics

- [Larissa] How are your teams feeling at a high level about the change to charging for events?
- [Samson] North nUbers
- [Larissa] Quick cohorts update

# Priority #1: Spend more time on work that is engaging, developmentally motivated, and high impact

| Theme | Tactic | Next step |
|---|---|---|
| Make space | Offload work to SPOT & other internal teams | SPOT to present at future Leads meeting |
| Make space | Ruthless prioritization | Define City Ops scope |
| Make space | Process improvement & automation | Charu & Jon presenting at City Ops All Hands |
| Hire, onboard & develop top talent | Speed of hiring | Proactive sourcing & hiring |
| Hire, onboard & develop top talent | Onboarding cohorts | Send out |
| Hire, onboard & develop top talent | Leadership intros (Chad intro to City Ops, Intro to CoreEx, Intro to RegOps, etc) | Schedule Chad meeting. Others? |
| Hire, onboard & develop top talent | Mentoring program for new hires | ? |
| Hire, onboard & develop top talent | Ridesversity | In progress |

| Priority | Theme & tactics |
|---|---|
| Spend more time on work that is engaging, developmentally motivated, and high impact | **Make space**<br>  ○ Offload work to SPOT & other internal teams<br>  ○ Ruthless prioritization<br>  ○ Process improvement & automation<br>**Hire & develop top talent**<br>  ○ Speed of hiring<br>  ○ Leadership intros (Chad intro to City Ops, Intro to CoreEx, Intro to RegOps, etc)<br>  ○ Mentoring program<br>  ○ Ridesversity<br>**Work more effectively as a team**<br>  ○ Work better cross-functionally<br>  ○ Deepen connection with Central through Boomerang, Driver, Compliance meetings<br>  ○ Better decision making |
| Advocate for professional development and career pathing | **Exposure to leadership and highlight career paths**<br>  ○ Skip levels<br>  ○ City Ops Leadership roundtable (How'd you get to your current role?)<br>**Embrace development opportunities within City Ops and beyond**<br>  ○ Boomerang, resource sharing, flux roles & interim opportunities<br>**Informal people management opportunities**<br>  ○ Mentorship & coaching<br>  ○ Dotted line relationships with SPOT<br>**Structure team for success**<br>  ○ Strategic stratification and leveling within teams<br>  ○ Talent reviews & succession planning |
| Promote collaboration, camaraderie, and inclusivity | **Foster relationships across teams**<br>  ○ Codenames tournament & other virtual events<br>  ○ Working across teams (mentorship, resource sharing)<br>**Formal training programs**<br>  ○ Sponsorship |

## US&C Mobility People & Team Workstreams

# Next, we need to take action in order to solve these problems by identifying next steps and assigning an exec sponsor

| Theme | Next steps | Exec sponsor(s) |
|---|---|---|
| Hiring processes and principles | Convert L3/4 job reqs to pipeline reqs that stay open across multiple teams | |
| | Investigate our interview processes and find efficiencies | |
| | Identify programs to invest in for a more diverse talent pool (MVP, CST in motion) | |
| Leadership development and talent management | Develop Mobility-versity for new hires | Camiel |
| | Launch career path workshops with examples from alums | |
| | Explore talent management programs … internship, rotation, succession plans | |
| Recognition, culture, and stress | Identify ways that we can improve career satisfaction and people's ability to make an impact | Annie |
| Pain points and inefficiencies | Identify the most damaging inefficient processes and make a plan to fix | Chad |
| | Establish a plan to improve decision making and planning across cross-functional teams | Niraj |

# May 17, 2021

# 5/17 Updates (Chad)

| Team & people | • Being the best team (culture convo continued today)<br>• WFH exceptions<br>• Timely Feedback: Norms + simplified form<br>• Splitting Product asks across teams (South, North, West) evenly |
|---|---|
| Business Priorities & Cross-functional efforts | • White House vaccine effort<br>• Graceful downgrades:<br>• Mobility Leadership Day |
| Admin & other | • US&C Mobility Ops All Hands - 5/19<br>• City Ops All Hands (next Thursday, 5/27): deep dive topics?<br>• Upcoming presentation at this meeting (6/1): Uber Health |

# Product Flow - Entry Points & Discovery



Home Page | Covid Hub | Free Rides - Home Page

Note: For all UX / Copy in the next few slides some minor changes are still in the works.

(Images, Copy, etc)

All are being reviewed by Legal, Product, etc

# Vaccine Finder  UX







# Vaccine Finder Product: Promo Unlocks / OPT-IN

- Our Product Experience attempts to add enough friction to clearly ensure that customers are using this as good actors

- Promotions are only applied when users take active steps in our UX.

- We also have messaging to flag to riders they are responsible for this to be used only for a vaccine ride:





# Discussion Topics

- [Larissa] What are people's thoughts around getting some sort of express marketing process? Min 3 days post approved copy just isn't reasonable to me and has caused issues.

| Priority | Theme & tactics |
|---|---|
| Spend more time on work that is engaging, developmentally motivated, and high impact | **Make space**<br>○ Offload work to SPOT & other internal teams<br>○ Ruthless prioritization<br>○ Process improvement & automation<br>**Hire & develop top talent**<br>○ Speed of hiring<br>○ Leadership intros (Chad intro to City Ops, Intro to CoreEx, Intro to RegOps, etc)<br>○ Mentoring program<br>○ Ridesversity<br>**Work more effectively as a team**<br>○ Work better cross-functionally<br>○ Deepen connection with Central through Boomerang, Driver, Compliance meetings<br>○ Better decision making |
| Advocate for professional development and career pathing | **Exposure to leadership and highlight career paths**<br>○ Skip levels<br>○ City Ops Leadership roundtable (How'd you get to your current role?)<br>**Embrace development opportunities within City Ops and beyond**<br>○ Boomerang, resource sharing, flux roles & interim opportunities<br>**Informal people management opportunities**<br>○ Mentorship & coaching<br>○ Dotted line relationships with SPOT<br>**Structure team for success**<br>○ Strategic stratification and leveling within teams<br>○ Talent reviews & succession planning |
| Promote collaboration, camaraderie, and inclusivity | **Foster relationships across teams**<br>○ Codenames tournament & other virtual events<br>○ Working across teams (mentorship, resource sharing)<br>**Formal training programs**<br>○ Sponsorship |

## Priority #1: Spend more time on work that is engaging, developmentally motivated, and high impact

| Theme | Tactic | Owner | Status |
|---|---|---|---|
| **Make space** | Offload work to SPOT & other internal teams | Sub-teams. Opportunity to do this more centralized? | Ongoing |
| **Make space** | Ruthless prioritization | Sub-teams, but how can Chad be helpful? | Ongoing |
| **Make space** | Process improvement & automation | Sub-teams. Opportunity to do this more centrally? | Ongoing |
| **Hire, onboard & develop top talent** | Speed of hiring | More to do here? | Ongoing |
| **Hire, onboard & develop top talent** | Onboarding cohorts | Larissa | In progress |
| **Hire, onboard & develop top talent** | Leadership intros (Chad intro to City Ops, Intro to CoreEx, Intro to RegOps, etc) | Chad & Leads group (if we want to do more than the Chad intro) | Need to schedule |
| **Hire, onboard & develop top talent** | Mentoring program for new hires | Do we want to do this? | |
| **Hire, onboard & develop top talent** | Ridesversity | Jen | In progress |

# May 10, 2021

# 5/10 Updates (Chad)

| | |
|---|---|
| **Team & people** | <ul><li>Happy Uberversary, Paul! Happy Mother's Day to Danielle and Aisha!</li><li>Farewell to David</li><li>Operating Reviews: inviting local Policy & Legal teams</li><li>Being the best team (culture convo continued today)</li></ul> |
| **Business Priorities** | <ul><li>Mobility Ops Leadership Day</li><li>White House vaccine effort</li><li>Boomerang: Need regional POCs for Weekly Funnel sync</li><li>Global Tech Deployment: add Heads of Territory to all JIRAs?</li></ul> |
| **Admin & other** | <ul><li>P&L Review</li><li>Chad OOO Thursday 5/13 - Friday 5/14</li><li>US&C Mobility Ops All Hands - 5/19</li><li>US City Ops All Hands - 5/27</li></ul> |

# Discussion Topics

- [Paul] Internal Tools <u>Degradation</u>… anyone familiar with what teams are behind this (or better yet, what the roadmap looks like)? We've gotten consistently negative feedback from the team on tools challenges, with a couple examples jotted in the linked doc
- [Larissa] Creating a data request form for external parties - happy to add any other use-cases

| Priority | Theme & tactics |
|---|---|
| Spend more time on work that is engaging, developmentally motivated, and high impact | • **Make space**<br>  ○ Offload work to SPOT & other internal teams<br>  ○ Ruthless prioritization<br>  ○ Process improvement & automation<br>• **Hire & develop top talent**<br>  ○ Speed of hiring<br>  ○ Leadership intros (Chad intro to City Ops, Intro to CoreEx, Intro to RegOps, etc)<br>  ○ Mentoring program<br>  ○ Ridesversity<br>• **Work more effectively as a team**<br>  ○ Work better cross-functionally<br>  ○ Deepen connection with Central through Boomerang, Driver, Compliance meetings<br>  ○ Better decision making |
| Advocate for professional development and career pathing | • **Exposure to leadership and highlight career paths**<br>  ○ Skip levels<br>  ○ City Ops Leadership roundtable (How'd you get to your current role?)<br>• **Embrace development opportunities within City Ops and beyond**<br>  ○ Boomerang, resource sharing, flux roles & interim opportunities<br>• **Informal people management opportunities**<br>  ○ Mentorship & coaching<br>  ○ Dotted line relationships with SPOT<br>• **Structure team for success**<br>  ○ Strategic stratification and leveling within teams<br>  ○ Talent reviews & succession planning |
| Promote collaboration, camaraderie, and inclusivity | • **Foster relationships across teams**<br>  ○ Codenames tournament & other virtual events<br>  ○ Working across teams (mentorship, resource sharing)<br>• **Formal training programs**<br>  ○ Sponsorship |

## Priority #1: Spend more time on work that is engaging, developmentally motivated, and high impact

| Theme | Tactic | Owner | Status |
|---|---|---|---|
| Make space | Offload work to SPOT & other internal teams | Sub-teams. Opportunity to do this more centralized? | Ongoing |
| Make space | Ruthless prioritization | Sub-teams, but how can Chad be helpful? | Ongoing |
| Make space | Process improvement & automation | Sub-teams. Opportunity to do this more centrally? | Ongoing |
| Hire, onboard & develop top talent | Speed of hiring | More to do here? | Ongoing |
| Hire, onboard & develop top talent | Onboarding cohorts | Larissa? | |
| Hire, onboard & develop top talent | Leadership intros (Chad intro to City Ops, Intro to CoreEx, Intro to RegOps, etc) | Chad & Leads group (if we want to do more than the Chad intro) | Need to schedule |
| Hire, onboard & develop top talent | Mentoring program for new hires | Do we want to do this? | |
| Hire, onboard & develop top talent | Ridesversity | Jen | In progress |

# May 3, 2021

# 5/3 Updates (Chad)

| | |
|---|---|
| **Team & people** | • Happy Uberversary, Samson!<br>• Zack Venema<br>• Mid-year Perf & Timely feedback<br>• Team culture convo (continue next week) |
| **Business Priorities** | • Tailoring Boomerang tactics to address city-specific needs<br>  ○ Driver Ops will use Undersupplied Cities list to determine markets in need of more aggressive / tailored Boomerang Tactics<br>  ○ Need regional POCs for Weekly Funnel sync with Driver Ops, Compliance Ops, and CommOps<br>    ■ Review Access Tracker and flag city-specific issues<br>    ■ Assist with triaging or deep diving into city specific access issues<br>  ○ Boomerang Tracker & bi-weekly Driver Ops meeting<br>  ○ City-level goals?<br>• Graceful downgrades<br>• Transparency Report |
| **Admin & other** | • Upcoming Chad schedule<br>  ○ OOO Thursday 5/13 - Friday 5/14<br>• [Aisha] - OOO ½ day on 5/5 Alicia Comer for coverage |

# FYI

- Boomerang staffing changes
  - Andrew Justice → Liza Jones for overall program management
  - Liza Jones → Shrayank Gupta for Winback pillar
  - Shrayank Gupta → Hallie Dominick for Project Koala (under Acquire)
  - Katie Pietras → Sam Laforet for Retain pillar
  - KVL → Brandon Young for Boomerang metrics and dashboarding
  - Julie Cimaglio → Imran Moledina for Crossover pillar (TBC)
  - Dan Mason → TBD on Vehicles pillar

# Discussion Topics

- [Samson] Boomerang, city level goals → How will they be operationalized, a few issues Joe B identified
- [Samson] Best practices on documenting market, product knowledge
- [Samson] Pool ReLaunch plan / workstream
- [Paul] Sonya's Onboarding Reflections: +Meeting Stakeholders, +Vertabelo, +Knowing Personal Focus // -Market context via decks only, -Acronyms
- [Larissa] Communication on data changes - are we getting enough up front info?
    - BGC table changes, graceful downgrades, DSW access changes, compliance traiting changes

# April 26, 2021

# 4/26 Updates (Chad)

| | |
|---|---|
| **Team & people** | <ul><li>David announcement</li><li>Happy Uberversary, Larissa!</li><li>Team morale budgets</li><li>Team culture / attrition convo (to continue next week)</li></ul> |
| **Business Priorities** | <ul><li>US&C MBR</li><li>CA Luigi</li><li>Driver marketing campaign</li></ul> |
| **Admin & other** | <ul><li>Upcoming Chad schedule<ul><li>OOO Thursday afternoon and all day Friday (4/29 - 4/30)</li><li>OOO Thursday 5/13 - Friday 5/14</li></ul></li><li>Driver Ops Operating Review</li></ul> |

# Discussion Topics

- [Larissa] Setting expectations with U4B/Health/Transit/BD (esp. regarding metrics sharing)
- [Danielle] WAV Resourcing
- [Samson] Earnings campaign - need for consistent messaging and one SSOT
  - New marketing campaign looking to advertise $34/hr in NYC, last week Dara and press quoted $38/hr
  - Earnings estimator tool
  - Verify the query, found problem in previous number not splitting rides v eats
- [David] May City Ops Newsletter - project spotlights by EOD this Thursday

# April 19, 2021

# 4/19 Updates (Chad)

| Team & people | • Team culture / attrition convo (continued)<br>• WFH Policy |
|---|---|
| Business Priorities | • Boomerang: City-level monitoring<br>• Sami's Law |
| Admin & other | • City Ops All Hands to Thursday, April 22<br>• Operating Reviews<br>• Upcoming Chad schedule<br>   ○ OOO Friday 4/30<br>   ○ OOO Thursday 5/13 - Friday 5/14 |

# Discussion Topics



**Slide 312**

1          @us-rides-cityops-leads@uber.com
           Chad Dobbs, 4/19/2021

# My priorities & key themes for our team

## People

Hire, develop, and retain top talent

## Team

Embrace ownership & accountability; Operate with excellence

## Business

Rebuild a better, stronger, winning business

# Who is City Ops?

2

- We are the owners of our markets

- We see the whole playing field. We are responsible for the business, compliance, regulatory, marketplace, and customer outcomes in our markets.

- We shape strategy through our market expertise.

**Slide 314**

---

2          Reads like we're taking a back seat

           "direct" or "lead"
           Chad Dobbs, 4/19/2021

# What is our people and career development philosophy?

- City Ops is an excellent entry point to a career at Uber, given the broad exposure to different functional areas and the generalist skills that are developed

- That being said, City Ops is not an explicit talent importer or exporter. City Ops is a place where someone can grow their career at multiple levels and stages.

- For our teams to be most successful, it is imperative that we retain talent with deep local expertise.

- While retention is a goal, a primary goal of the team is to expose our team members to professional developments opportunities, which may inherently come with internal attrition risk

- City Ops allows people to develop GM-type skills, given our market ownership and our mandate to "see the whole playing field"

**Slide 315**

4        How can we better speak to the value of this?

            Sarfraz book recommendation?
            Chad Dobbs, 4/19/2021

6        Celebrating good attrition
            Chad Dobbs, 4/19/2021

3        does this resonate?
            Chad Dobbs, 4/19/2021

5        coalition building, stakeholder management
            Chad Dobbs, 4/19/2021

| People | Team |
|---|---|
| Hire, develop, and retain top talent | Embrace ownership & accountability; Operate with excellence |

## My people & team priorities

10

1. Spend more time on work that is engaging, developmentally motivated, and high impact

2. Advocate for professional development and career pathing

3. Promote collaboration, camaraderie, and inclusivity

**Slide 316**

| | |
|---|---|
| **8** | How do we get out of the "catch all" role? |
| | Chad Dobbs, 4/19/2021 |
| **9** | Communicate City Ops role to other teams. Agree upon needed City Ops involvement |
| | Chad Dobbs, 4/19/2021 |
| **7** | How do we handle work that gets pushed on us? |
| | Chad Dobbs, 4/19/2021 |
| **10** | How do we utilize our collective voice? |
| | Chad Dobbs, 4/19/2021 |

| 11 iority | Theme & tactics |
|---|---|
| Spend more time on work that is engaging, developmentally motivated, and high impact | • **Make space (largely sub-team driven, but is there an opportunity**<br>  ○ Offload work to SPOT & other internal teams<br>  ○ Ruthless prioritization<br>  ○ Process improvement & automation<br>• **Hire & develop top talent**<br>  ○ Speed of hiring<br>  ○ Leadership intros (Chad intro to City Ops, Intro to CoreEx, Intro to RegOps, etc)<br>  ○ Mentoring program for new hires<br>  ○ Ridesversity<br>• **Work more effectively as a team**<br>  ○ Work better cross-functionally<br>  ○ Deepen connection with Central through Boomerang, Driver, Compliance meetings<br>  ○ Better decision making |
| Advocate for professional development and career pathing | • **Exposure to leadership and highlight career paths**<br>  ○ Skip levels<br>  ○ City Ops Leadership roundtable (How'd you get to your current role?)<br>• **Embrace development opportunities within City Ops and beyond**<br>  ○ Boomerang, resource sharing, flux roles & interim opportunities<br>• **Informal people management opportunities**<br>  ○ Mentorship & coaching<br>  ○ Dotted line relationships with SPOT<br>• **Structure team for success**<br>  ○ Strategic stratification and leveling within teams<br>  ○ Talent reviews & succession planning |
| Promote collaboration, camaraderie, and inclusivity | • **Foster relationships across teams**<br>  ○ Codenames tournament & other virtual events<br>  ○ Working across teams (mentorship, resource sharing)<br>• **Formal training programs**<br>  ○ Sponsorship |

**Slide 317**

11          Stakeholder exposure and relationships
            Chad Dobbs, 4/19/2021

| Priority | Theme & tactics |
|---|---|
| Spend more time on work that is engaging, developmentally motivated, and high impact | • **Make space** largely sub-team driven, but is there an opportunity to tackle as a US-wide team?<br>   ○ Offload work to SPOT & other internal teams<br>   ○ Ruthless prioritization<br>   ○ Process improvement & automation<br>• **Hire & develop top talent**<br>   ○ Speed of hiring I feel good about this<br>   ○ Leadership intros (Chad intro to City Ops, Intro to CoreEx, Intro to RegOps, etc) Chad to do City Ops intro, are other sessions of interest?<br>   ○ Mentoring program for new hires Is this of interest?<br>   ○ Ridesversity Jen is rebooting this<br>• **Work more effectively as a team** Meaty topic that deserves more discussion<br>   ○ Work better cross-functionally<br>   ○ Deepen connection with Central through Boomerang, Driver, Compliance meetings<br>   ○ Better decision making |
| Advocate for professional development and career pathing | • **Exposure to leadership and highlight career paths**<br>   ○ Skip levels Already doing<br>   ○ City Ops Leadership roundtable (How'd you get to your current role?)<br>• **Embrace development opportunities within City Ops and beyond** More to do?<br>   ○ Boomerang, resource sharing, flux roles & interim opportunities<br>• **Informal people management opportunities** To discuss<br>   ○ Mentorship & coaching<br>   ○ Dotted line relationships with SPOT<br>• **Structure team for success**<br>   ○ Strategic stratification and leveling within teams<br>   ○ Talent reviews & succession planning Chad to coordinate with Christine |
| Promote collaboration, camaraderie, and inclusivity | • **Foster relationships across teams** What else?<br>   ○ Codenames tournament & other virtual events<br>   ○ Working across teams (mentorship, resource sharing)<br>• **Formal programs & training** What else?<br>   ○ Sponsorship |

# April 12, 2021

# 4/12 Updates (Chad)

| | |
|---|---|
| **Team & people** | <ul><li>Team culture / attrition convo (continued)</li><li>Jen supporting Dennis while Ali is on leave; Aisha stepping in</li><li>Jack transition & backfill process</li><li>Upward feedback</li></ul> |
| **Business Priorities** | <ul><li>CA Luigi rollbacks</li><li>Boomerang<ul><li>Resourcing needs continue</li></ul></li></ul> |
| **Admin & other** | <ul><li>City Ops Newsletter</li><li>City Ops All Hands to Thursday, April 22<ul><li>Team highlights?</li></ul></li><li>Depositions: Central Ops buy-in</li></ul> |

# Discussion Topics

- [Larissa & Paul] Raising Lyft qualms to authorities - internally exploring a mindset shift
- [Samson] Vaccines / reliability (ex. Columbus, Nebraska) - map link
- [Larissa] Understanding where partner teams have local knowledge — is this useful for others?
  - City Ops, Central Ops, GLHs, Eats Ops
- [Larissa] Where have other teams had the most successes reducing scope given resourcing constraints?
  - E.g. moving work to GS, SPOT

## What are the common reasons for attrition?

- Unclear professional development opportunities

- Inability to have impact due to matrixed org challenges

- Too much "vegetable" work
  - **Speed of hiring**

- Uncertainty about the vision / future of City Ops

- Career pathing (seeking people management opportunities, more structured career ladder, etc)

- **Uber-wide issues** ~~Factors outside of our control~~:
  Compensation, location, etc
  - **Consistency in upleveling, different pay bands, opportunities outside of City Ops, promotion speed**

- **Decision making**

- **What is City Ops culture?**

## Discussion questions for the group

- Are these the right reasons? What's missing or misstated?

- Which reason(s) should we prioritize?

- What can we do about it?

- What can we tackle at a US level vs. team level?

- Should our goal be to reduce internal, external, or all attrition?
  - **Maximize satisfaction while in seat**
  - **Maximize retention of top performers**

# April 5, 2021

# 4/5 Updates (Chad)

| | |
|---|---|
| **Team & people** | • Jack backfill process<br>• Upward feedback |
| **Business Priorities** | • Context from Mobility Global MBR:<br>  ○ Supply, supply, supply<br>  ○ Q2 investment in supply & recovery, Q3 will be key to path to year-end profitability<br>  ○ EBITDA pressure in UK, cutting brand / IC+ / delivery marketing spend<br>  ○ Pool relaunch in Australia<br>  ○ CP challenges<br>• Driver Earnings Comms / PR plan |
| **Cross-functional** | • City Ops P&L Review this Friday - Ops updates? |
| **Admin & other** | • Deposition workload<br>• Postponed next City Ops All Hands to Thursday, April 22 |

# Discussion Topics

- [Larissa] FYI for other teams **-** Event Ops will be running ePUDOs starting in ~2 weeks. This has been a big burden for my team at least. We are going to be plugging in on the transition process to make sure all components are included, but the goal will be to have minimal City Ops involvement for basic ePUDOs. Let me know if you want to be involved in that process as well.
- [Samson] Internal tooling - Summary, unreliable, Panorama, insufficient
- [Samson] Another flag for City Ops x Product/Central interaction model - Aura XP (WAV in NYC)

## What are the common reasons for attrition?

- Unclear professional development opportunities

- Inability to have impact due to matrixed org challenges

- Too much "vegetable" work

- Uncertainty about the vision / future of City Ops

- Career pathing (seeking people management opportunities, more structured career ladder, etc)

- Factors outside of our control: Compensation, location, etc

## Discussion questions for the group

- Are these the right reasons? What's missing or misstated?

- Which reason(s) should we prioritize?

- What can we do about it?

- What can we tackle at a US level vs. team level?

- Should our goal be to reduce internal, external, or all attrition?

# Headcount Goals

- North Culture Exercise (slides)
- Retention thought-starters [from Paul, not substantiated]
  - Articulating Vision >> *Cultivate broad exposure and generalist growth by leading across various stakeholder teams to position our markets - and the gig economy at large - for success.*
  - Articulating Role w/in Career >> Launchpad for your career, see the full playing field
  - Leadership >> SPOT, Pathfinder, International connections
- What is Uber culture [from Samson, question raised in our culture review]
- Retention - what can we do to standardize expectations for promotion? How do we ensure people are feeling sufficiently recognized and given the right opportunities across the org [Larissa - came up for discussion in a PD]

# March 29, 2021

# Updates (Chad)

| | |
|---|---|
| **Team & people** | <ul><li>Codenames tournament this week</li><li>Next City Ops All Hands: April 15<ul><li>Dennis attending</li></ul></li><li>Dennis team intros observations & takeaways<ul><li>What are we solving for? Customer experience?</li><li>Structural investments vs. incentives</li><li>Cross-functional challenges</li><li>Retention challenges</li></ul></li></ul> |
| **Business Priorities** | <ul><li>US&C MBR<ul><li>Boomerang was the hot topic; "one time supply reboot"; working through Legal blockers; Boomerang tactics as the status quo</li></ul></li><li>CA Offer Card + Luigi Rollbacks</li></ul> |

# Discussion Topics

- [David] Recovery Levels in the US COVID dash
- [Jack] Document deep dives & RegOps help
  - 1. Answering specific CommOps questions on how to handle certain documents (e.g. is this temporary NYC Permit a valid registration document?)
  - 2. (still exploring) Review small sample of rejected documents by doc type at a regular cadence to confirm the doc type is being handled properly
- [Paul] Operating Review info share (reps here)
- [Paul] North funnel exercise
  - AnFTs
  - WAR - vehicles
  - ToF

# West

## This Week's Updates

**Team-Wide**
- Interviews
- Recovery / Supply
- Operating Review

**CoreEx**
- CA Rollback and timegating decision
- CO IC+ Coalition

**RegOps**
- NV Surge Bill
- New CPUC Data Request

## Flags/Blockers

**CoreEx**

**RegOps**

## Look Ahead (Next Week + Month)

**CoreEx**
- Danielle OOO April 16, 28

**RegOps**

## H2 KPIs & Priorities

| Headline KPIs | |
|---|---|
| - C/S | |
| - Sessions not surged | |
| - Recovery ratio | |

| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# North

## This Week's Updates

**Team-wide**

- Hiring Ongoing
  - CoreEx offer accept
  - RegOps offer out
- NY / WI Labor

**Core Ex**

- MWNE market & project re-prio
- Rebound adjustments
- Re-igniting MA

**RegOps**

- Chi Earnings
- MA Audit / Data Cuts

## Flags/Blockers

**Core Ex**

**RegOps**

## Look Ahead (Next Week + Month)

**Core Ex**

- Ramping up interview process for MWNE CoreEx
- WAV product changes, June prep

**RegOps**

## H2 KPIs & Priorities



### Core Priorities for H2

Recovery Insights & Rebuilding for Growth

Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety

# US&C Rides Compliance Strategy & Operations

## This Week's Updates

- Onboarding our new hire Patrick to docs
- SMS-opt-out issue (blocking ~2% of signups)
- C2D launches & bug fixing
- Vehicle inspection regulatory review

## Flags/Blockers

## Look Ahead (Next Week + Month)

- JD OOO Friday afternoo

## H2 KPIs & Priorities

### Headline Objectives

**Compliance excellence**
*Fulfill all BAU regulatory and compliance obligations, including timely and accurate delivery of reporting & payments, garnishments, and airport and regulatory audit support. This also includes making quality improvements to existing processes*

**Enable the business**
*Execute on the critical BAU compliance configuration functions we own to ensure business continuity and enable growth of new products, features and territories, while also minimizing friction for Earners (e.g. document & enforcement configurations). Partner to identify and unlock opportunities for supply growth*

**Document and enforcement accuracy**
*Drive improvements and innovation around compliance-related systems and tools by working with CommOps & RegOps and supporting compliance product rollouts to improve accuracy*

**Operational excellence, efficiency & centralization**
*Scale, streamline, automate, centralize and/or outsource compliance processes from our team, US&C RegOps and other US&C Rides Ops teams to realize efficiencies or improve the consistency of our compliance posture*

**Eliminate systemic risk**
*Proactively manage US&C Rides compliance process governance, compliance controls and compliance monitoring (incl. gaps and opportunities)*

# South

## This Week's Updates

**Team-wide**

- Interviewing for 2 roles

**CoreEx**

- Scoping DC taxi
  - Deprecated in ORL
- DMV experience deep dive
  - Already uncovered some issues through Black review

**RegOps**

- Sending Texas drip comms & soft blockers for VR Issue
- Automating day-to-day TNO process

## Flags/Blockers

**Team-wide**

**CoreEx**

**RegOps**

- Had an issue with 200 trips in SC not being paid out due to a tax issue since June - changing over surge there to be taxable (minimal GB & 0 take rate impact)
  - May be facing a similar situation in LA, but no other states
  - Will scope with Money Product to see if we can build a payout backstop for these globally

## Look Ahead (Next Week + Month)

**Team-wide**

- Finalizing team projects prioritization
- Planning deep-dive on a few cities for incentives to understand those processes - will include other regions

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# March 22, 2021

# Transit

Waiching Wong

# Updates (Chad)

| | |
|---|---|
| **Team & people** | <ul><li>Codenames tournament -  23 people signed up, <u>suggested bracket</u> - thoughts?</li><li>Team goal (headcount)<ul><li>Hiring: are you getting what you need from Recruiting?</li><li>Retention<ul><li>Recognition</li><li>Finding space for high impact, stretch opportunities (Prioritization, stopping certain work, offloading work to SPOT or elsewhere, communicating what matters)</li></ul></li></ul></li></ul> |
| **Business Priorities** | <ul><li>Boomerang<ul><li>Speed / integration with Boomerang</li><li>Nailing the basics & revisiting old processes / decisions</li></ul></li></ul> |
| **Cross-functional** | <ul><li>Sami's Law (Nashville, Phoenix, Salt Lake City, Kansas City)</li><li>Pool</li></ul> |
| **Resourcing needs & dev opps** | <ul><li>Drivers for IC+ campaigns</li><li>Driver guarantee execution</li></ul> |

# Discussion Topics



- [Larissa] Would an EDI review of a few markets be useful for other regions?
- [Samson] Culture / Attrition / Design your workplace exercise in North
- [David] Quick Hits: all good on template slides? Wonkily extending Rebound by 15min

**Slide 338**

1     @dshapir@uber.com @paulp@uber.com FYI I tagged in but we can all cover
      Samson Walla, 3/22/2021

# March 15, 2021

# Updates (Chad)

| | |
|---|---|
| **Team & people** | • Leadership changes (Sarfraz, V, Colby)<br>• Goals / All Hands feedback?<br>• Feedback from Comp convos with your teams<br>• Codenames tourney - sign up |
| **Business Priorities** | • Boomerang staffing: Julie Cimaglio taking on Crossover, looking for someone for Acquire<br>• P&L Review takeaways<br>  ○ Dennis: "Are we spending enough on X?"<br>  ○ Tons of interest in forecasting |
| **Cross-functional** | • Monthly City Ops P&L Reviews<br>  ○ More focus on Ops updates: what are 3-4 most relevant updates for Friday's meeting? (template)<br>  ○ Starting in April, moving to the beginning of the month |
| **Admin & other** | • Next week @ this meeting: Waiching Wong from Transit |

# Discussion Topics

- [David] Weekly incentive asks & process
- [David] Dennis team intro template
- [Samson] Operationalizing Active Driver goal, region by region / market by market

# West

## This Week's Updates

**Team-Wide**
- Interviews
- Supply Efforts

**CoreEx**
- CA Rollback and Offer Card
- CA Airports
- Seattle Marketplace Analysis

**RegOps**
- CA WAV next steps
- NTA Audit
- PSST penalties and next steps
- Tech solve for SEA min earnings

## Flags/Blockers

**CoreEx**
- A little more constrained with Andrew on Boomerang

**RegOps**

## Look Ahead
## (Next Week + Month)

**CoreEx**

**RegOps**

## H2 KPIs & Priorities

| Headline KPIs | |
|---|---|
| - C/S | |
| - Sessions not surged | |
| - Recovery ratio | |

| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# North

## This Week's Updates

**Team-wide**

- Interviews across North
  - L3 offer out in TRIPAD
- Supply Efforts
  - North TNC
  - NYC
- Dennis session prep

**Core Ex**

- Chicago Earnings
- MWNE Team Prio exercise
- NY Policy Priority exercise
- NY WAV program

**RegOps**

- Paul OOO

## Flags/Blockers

**Core Ex**

- Emily W last day 16-Mar

**RegOps**

## Look Ahead (Next Week + Month)

**Core Ex**

- Labor
- Gegen
- Supply

**RegOps**

## H2 KPIs & Priorities



### Core Priorities for H2

Recovery Insights & Rebuilding for Growth

Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety

# US&C Rides Compliance Strategy & Operations

## This Week's Updates

- Supply growth & retention
- Systems for monitoring & actioning on driver access issues
- "Access optimization" project w/ GSAT & Legal
- Doc expiry SH tracking - @Beth working with Cam/Varun/Robert

If anyone is curious I documented my experience trying to resurrect a driver account here - Signup process insights. There's a handful of things I'm looking into. Tl;dr is some parts are magical but some parts are sloppy

## Flags/Blockers

## Look Ahead (Next Week + Month)

- 3/22: New hire Patrick starts. Initially focus will be tag-teaming **documents** work with Beth

## H2 KPIs & Priorities

### Headline Objectives

**Compliance excellence**
Fulfill all BAU regulatory and compliance obligations, including timely and accurate delivery of reporting & payments, garnishments, and airport and regulatory audit support. This also includes making quality improvements to existing processes

**Enable the business**
Execute on the critical BAU compliance configuration functions we own to ensure business continuity and enable growth of new products, features and territories, while also minimizing friction for Earners (e.g. document & enforcement configurations). Partner to identify and unlock opportunities for supply growth

**Document and enforcement accuracy**
Drive improvements and innovation around compliance-related systems and tools by working with CommOps & RegOps and supporting compliance product rollouts to improve accuracy

**Operational excellence, efficiency & centralization**
Scale, streamline, automate, centralize and/or outsource compliance processes from our team, US&C RegOps and other US&C Rides Ops teams to realize efficiencies or improve the consistency of our compliance posture

**Eliminate systemic risk**
Proactively manage US&C Rides compliance process governance, compliance controls and compliance monitoring (incl. gaps and opportunities)

# South

## This Week's Updates

**Team-wide**

- Team day tomorrow for vision setting
- Hiring 2 more L3s - one RegOps, one CoreEx

**CoreEx**

- Colin from West helping on partner team resources & ATL deep dive
- Varun from North helping on metrics dash buildout w. Charu (new hire)

**RegOps**

- Using Python for TNO process improvements
- Increasing MD checks to daily due to fringe issues flagged by Dara

## Flags/Blockers

**Team-wide**

**CoreEx**

**RegOps**

- MD hasn't agreed to processing time asks on TNO - we'll have to see how this is going to impact drivers if we move to full compliance

## Look Ahead (Next Week + Month)

**Team-wide**

- Texas doc cliffs on April 14th
- Working on TNO process improvements

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# March 8, 2021

# Forecasting Update

Varun, Cameron, Robert & Andres

# 3/8 Updates (Chad)

| | |
|---|---|
| **Team & people** | <ul><li>Dennis stepping in<ul><li>How are you / your teams feeling?</li><li>Any people / team / culture points I should raise with him?</li><li>Business items that we immediately need to get him read into</li></ul></li><li>Skip levels</li><li>Team goals (next slides)</li></ul> |
| **Business Priorities** | <ul><li>Supply Growth<ul><li>Andrew Justice PMing Boomerang</li><li>Prioritizing hypergrowth ideas</li></ul></li></ul> |
| **Cross-functional** | <ul><li>City Ops February P&L Review (3/19): more focus on Ops updates</li></ul> |
| **Admin & other** | <ul><li>COVID Recovery Levels: are we still using?</li><li>City Ops All Hands this Thursday</li><li>CRM meeting on Tues</li></ul> |

# Team Goals

Chad

# My priorities & key themes for our team

| People | Team | Business |
|---|---|---|
| Hire, develop, and retain top talent | Embrace ownership & accountability; Operate with excellence | Rebuild a better, stronger, winning business |

# Measuring Success

| | People | Team | Business |
|---|---|---|---|
| **Key Themes** | Hire, develop, and retain top talent | 12 Embrace ownership & accountability; Operate with excellence | Rebuild a better, stronger, winning business |
| **Goal** | 14 90% of total headcount | | 715K Active Drivers |
| **Why** | Getting fully staffed will set the team, our teammates, and the business up for success. | | Drivers are the key to business recovery. We must rebuild our business one driver at a time. |
| **How** | • Attract & hire top talent with a focus on diversity<br>• Lean into professional development<br>• Improve & delegate decision making<br>• Align the team around clear goals<br>• Improve cross-functional collaboration | | • Make it easier, safer, and more desirable for drivers to return to Uber, specifically Rides<br>• Inform strategy by uncovering local trends<br>• Keep active drivers engaged and reduce churn risks<br>• Find opportunities for regulatory & compliance relief<br>• Work collaboratively through Project Boomerang |

**Slide 351**

**13**    yes, though let me know if there are specific items that resonated with you or you think would resonate with the broader team.
Chad Dobbs, 3/9/2021

**2**    I think what is covered in the How leads into it (i.e. retention is also a byproduct of this goal which we will also addressed by dev, delegation, etc.). Same for the drivers piece.
David Shapir, 3/9/2021

**2**    +1 to making sure retention is mentioned. I think it should be important that the way we will do this is by making sure people are satisfied on the team (while still hiring fast where needed)
Larissa Lewis, 3/11/2021

**1**    I see this as being really big for City Ops. We need to make sure we are structured in a way where people don't just feel like we are doing the grunt work or starting things off, but then passing it on to Central to actually own. I think there's a way to get that balance right and to ensure that we have that ownership within the team and within projects while fostering a strong sense of collaboration
Larissa Lewis, 3/11/2021

**12**    absolutely. completely agree with this sentiment. there's also a component of owning the market / result, but not executing the thing (whether it's incentive allocation, dispatch setting changes, sending comms to earners, etc) that the team struggles with.
Chad Dobbs, 3/11/2021

**1**    @chad@uber.com - slide looks great and I like the new "How" section. Are you going to voice over some of the things we chatted through in the previous "other measures and metrics section" as well?
David Shapir, 3/11/2021

**14**    thanks for the thoughts. i'll certainly hit on this goal as a combination of hiring + retention
Chad Dobbs, 3/11/2021

# Monthly Scorecard

| People | Team | Business |
|---|---|---|
| Hire, develop, and retain top talent | Embrace ownership & accountability; Operate with excellence | Rebuild a better, stronger, winning business |

| 90% of total headcount | 715K Active Drivers |
|---|---|
| 1/1/21: 78%<br><br>Current: 82%<br><br>H1 Goal: 90% | January: 374K<br><br>July Goal: 715K |

| = On track | = At risk | = Off track |
|---|---|---|

# Discussion Topics

- [Paul] Transit Cameo by Waiching Wong
- [Paul] Deactivations Clearing House (DCH)
- [Jen] Codenames Tournament - interest level?
- [Jack] FYI: Post-mortem on doc outage 2/24 . Main AI is additional process around large document & enforcement changes
- [Samson] What's the most efficient way to onboard Dennis and provide context on our markets?
- [Samson] Pulse on team morale? Heard frustration around comp, and value of city ops work (i.e. a few people work on important things, the rest don't get to)
- [Paul] One Earner Slides (h/t Jack)
- [Larissa] Legacy fees & processes — anyone else have many of these that should be revisited?
- [David] People movement on MWNE team

# March 1, 2021

# 3/1 Updates (Chad)

| | |
|---|---|
| **Team & people** | <ul><li>Development convos: monthly, kicking these off this week & next</li><li>Skip level convos</li><li>Comp statements available tomorrow</li><li>City Ops All Hands next week: focus on Supply</li></ul> |
| **Business Priorities** | <ul><li>US&C MBR<ul><li>Supply growth, response to Lyft moves (grandfathered service fee, rate increases), CP</li></ul></li><li>Supply growth discussion</li></ul> |
| **Admin & other** | <ul><li>Sami's Law</li><li>Next week @ this meeting: Forecasting update from Varun & Cameron</li></ul> |

# City Ops Supply Growth Efforts

| Team | In progress / completed initiatives | Upcoming initiatives | Upcoming Risks |
|------|-------------------------------------|----------------------|----------------|
| Compliance Strategy & Ops | <ul><li>C2D</li><li>Covid doc extension process (BAU)</li><li>Covid doc extension process (fixes)</li><li>Doc expiration management</li><li>Insurance doc upload improvements</li><li>VS doc-less scoping</li></ul> | <ul><li>Image quality standard reassessment (w/ CommOps)</li><li>Upstream DL <> BGC data issues</li><li>[also interested in initiatives related to 'unsticking' drivers in funnel]</li></ul> | <ul><li>Min vehicle year roll-off 3/1</li></ul> |
| West | <ul><li>CA Rollback</li><li>Doc Extensions and monitoring</li><li>Demand Comms</li><li>West COVID Regulatory Relief</li></ul> | <ul><li>Non-Core Incentives/resurrection</li><li>Unclaimed Tiles Launches (OR, MN)</li></ul> | <ul><li>CA Rollback</li></ul> |
| South | <ul><li>Doc cliff efforts (TX, MD, DC)</li><li>Winter storm market review & incentive adjustments</li><li>Surge cap increases</li><li>Demand Comms</li><li>Real ID MD lobbying efforts</li></ul> | <ul><li>Expanding WAV rentals to ATL</li><li>Policy reaching out to DC employment boards (very soft touch) on encouraging people to go to gig work</li></ul> | <ul><li>Vision test legislation in KY</li><li>Doc cliffs</li><li>NFA enforcement for TNO</li></ul> |
| North | <ul><li>MA MSMVR efficiency</li><li>Chi City Debt & Doc Extension Relief</li><li>ToF widening in NYC</li><li>Doc Extension Monitoring</li><li>NYC Insurance Renewals (& Extensions)</li><li>DET Rate Change</li></ul> | <ul><li>Breakdown of where in funnel & WL rocverable drivers are most "stuck"</li><li>CORI Task Force to relieve CORI process hold-ups for drivers</li></ul> | <ul><li>City Debt</li><li>Various expiry cliffs</li></ul> |

# Discussion Topics

- [Danielle] Immediate Plans for CP? Any other context

# Team Goals

North Team

**Slide 358**

1          @samson@uber.com @dshapir@uber.com

Per our discussion, pasted last week's exact NAH KPI slides here. Shapir taking first slide, Samson taking second slide, Paul taking third slide. I'll do a 1-2 line voice-over at the top encouraging dialogue.

Paul Picinich, 3/1/2021

# North Recovery Summary

Winter weather, especially during the first half of the week resulted in extreme marketplace imbalances causing a significant drop in conversion and RR. However, CP continues to remain strong.



# North Recovery Summary



| Supply Hours Needed | Commentary |
|---|---|
| | **WoW Trends** |
| | • Supply Hours— ▮ |
| | • Active Driver Ratio— ▮ |
| | ○ Largest gains in NYC, sharpest decline in Boston |
| | **Initiatives in Flight** |
| | 1. NYC: |
| |     a. Expanding onboarding appointments to 100/wk |
| |     b. Scoping resources to stand up a comms resurrection campaign, and potentially relaxing TOF restrictions |
| | 2. Project Boomerang |

**Active Driver Ratio***

*Active Driver Ratio = (# drivers trip-active L28 days) / (# drivers trip-active L1.5 years)

## Data Error Efficiency*



- Moving to weekly metric
- Continued work w/ central team to reduce errors at source (Beth W / Jack D)

## RegOps Process Hours**



+ Increase in manual hours due to chi data, Feb MA data cut & NYC data reporting (IRIS),
- Expect continued volatility

## Key Rulemaking Influence

- Chicago Earnings: influencing survey via Mayor's Office, spinning up independent study, and possibly leveraging Uber's earnings survey
- NY Labor: spitballing on rate changes and unemployment-insurance-qualifying deactivations

* Total hours spent by Ops + BPO correcting errors in data shared externally // **% of per-person time spent executing manually processes by RegOps

# Comm Ops <> City Ops

Sean Killeen

# February 22, 2021

# Updates (Chad)

| Team | <ul><li>Welcome Larissa & Samson!</li><li>Promos</li><li>Onboarding support & mentorship</li><li>US goal setting</li></ul> |
|---|---|
| Business Priorities | <ul><li>Supply growth</li></ul> |
| Cross-functional | <ul><li>Colby weekly email</li><li>CommOps<ul><li>Sean joining this call next week at 2:30pm ET</li><li>Sub-team POCs?</li></ul></li></ul> |
| Admin & other | <ul><li>This meeting</li><li>Thank you for support on rate changes</li></ul> |

# Discussion Topics

- [Paul] City Ops Leads <> Pillar Operating Reviews
- [Larissa] Earner vaccine access plans
- [Samson] Best way to surface Vaccine opportunities (i.e. JFK / Earners Access)
- [Danielle] Has anyone heard about FLUX opportunities recently?
- [Danielle] Please populate City Ops newsletter with project and POC by Thursday EOD. Send is next Thursday 3/4.
- [Larissa] Does anyone have team members that are strong in Python?
- [Samson] Advice / playbook for remote onboardings

LARNER
VACCINE
COMMS

## Email Carousel in Inbox
### Awareness



**Helping you access the vaccine**

[STATE] recently announced that essential workers like you may be eligible to get the COVID-19 vaccine*

Find out how

## Local Guides
### Tailored eligibility information

Driver Announcements

# Find your state COVID-19 vaccine and eligibility information

### State-specific information

Additional states and state-specific information will be updated as we get more visibility into vaccination timelines.

Illinois                                                    +

New York                                                   ×

- Who is eligible in my state?
  - Rideshare and food delivery workers may now be eligible under Phase Ib, as are TLC licensees and residents over 65 years old. Your state has begun this vaccination phase, but local governments will be deciding if rideshare and food delivery workers are included in Phase Ib at a county level.

- Please tap **here** for information on New York's vaccination plan and daily COVID-19 vaccine tracker.

- How to sign up for the vaccine
  - Search for your city or county **here** and tap on the linked website.

## In-App Eligibility Card
### Stress-free appointments



### Your vaccine eligibility card

As an essential worker, you may qualify for the COVID-19 vaccine.

**You can use this card to show your status as a driver or delivery person.***

**Name**
Rebecca Payne

**Vaccination group**
Transportation essential worker

**Account type**
Driver account with Uber

For more information, please see Uber's local vaccine guide here.

Thank you for helping to keep your community

# West

## This Week's Updates

**Team-Wide**
- Interviews

**CoreEx**
- CA Rollback Comms and Focus Groups
- CA Rollback Product
- Supply Growth and Marketplace
  - CA, LV, PHX, DEN, MN

**RegOps**
- CO Transportation Fee
- Doc Extensions
- Portland Omnsbud
- CPUC Data Request
- NV Insurance Bill

## Flags/Blockers

**CoreEx**

**RegOps**

## Look Ahead (Next Week + Month)

**CoreEx**

**RegOps**

## H2 KPIs & Priorities

| Headline KPIs | |
|---|---|
| - C/S | |
| - Sessions not surged | |
| - Recovery ratio | |

| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# North

## This Week's Updates

**Team-wide**

- Supply Efforts
  - MA MSMVR
  - Retention
- NY Labor
  - U/I
  - Pricing
- Hiring Ongoing

**Core Ex**

- DET Rate Change
- WAV: ATC, MW
- NYC ToF

**RegOps**

- Chi Earnings Rule

## Flags/Blockers

**Core Ex**

**RegOps**

- Deactivation Clearing House launch in March

## Look Ahead (Next Week + Month)

**Core Ex**

- Extended offer to Olivia 2/22 (L3 NYC-based Tripad CorEx)

**RegOps**

- New hire Nick starting March 8! (L3 Chi-based RegOps)

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety |

# US&C Rides Compliance Strategy & Operations

## This Week's Updates

- Operating Review Prep for Wednesday
- Hiring - first final round last week
- C2D
- Doc extension process fixes
- Insurance doc rejection AIs (incl. in-app updates)

## Flags/Blockers

## Look Ahead (Next Week + Month)

- Jack OOO this week (I'm moving!)
  - Essential meetings only Feb 22-24
  - Fully OTG Feb 25-26
  - Please Slack/text me with anything urgent

## H2 KPIs & Priorities

| Headline Objectives |
|---|
| **Compliance excellence**<br>*Fulfill all BAU regulatory and compliance obligations, including timely and accurate delivery of reporting & payments, garnishments, and airport and regulatory audit support. This also includes making quality improvements to existing processes* |
| **Enable the business**<br>*Execute on the critical BAU compliance configuration functions we own to ensure business continuity and enable growth of new products, features and territories, while also minimizing friction for Earners (e.g. document & enforcement configurations). Partner to identify and unlock opportunities for supply growth* |
| **Document and enforcement accuracy**<br>*Drive improvements and innovation around compliance-related systems and tools by working with CommOps & RegOps and supporting compliance product rollouts to improve accuracy* |
| **Operational excellence, efficiency & centralization**<br>*Scale, streamline, automate, centralize and/or outsource compliance processes from our team, US&C RegOps and other US&C Rides Ops teams to realize efficiencies or improve the consistency of our compliance posture* |
| **Eliminate systemic risk**<br>*Proactively manage US&C Rides compliance process governance, compliance controls and compliance monitoring (incl. gaps and opportunities)* |

# South

## This Week's Updates

**Team-wide**

- Jon (RegOps) started today
- Winter storms heavily impacted metrics
  - Postponed launching price increases in states with price gouging laws
  - Major markets back to ~80% reliability this week
- Creating reqs for 2 new hires

**CoreEx**

- Exploring promo/relief efforts with social impact for extreme weather locations

**RegOps**

- Sending out first TNO audit for Maryland

## Flags/Blockers

**Team-wide**

**CoreEx**

**RegOps**

- Finalizing a mentor for Jon on RegOps from another team (ideally strong data background)

## Look Ahead (Next Week + Month)

**Team-wide**

- Charu (CoreEx) starts March 8th
- Creating a South vision plan

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# February 18, 2021

# Updates (Danielle/Chad)

- Official handoff tomorrow
- Supply growth

# Discussion Topics

- [Chad] South: resourcing & onboarding support.
- [Chad] Depositions. Working with Legal to get forecasts for deposition needs, which will help us make the case for more support needed (from Central Ops, more dedicated Corp Reps, etc)
- [Chad] uMonitor Alerts. I'm coordinating with Andres to ensure 1) everyone is getting those and has access to uMonitor and 2) there's a defined process for how to handle.
- [Chad] Lyft changes
    - Rate changes
    - Grandfathered Service Fees: List of confirmed cities where Lyft has made the change. Lyft comms. Caitlin Chicu's team is strategizing on our path forward.
- [Chad] CommOps
    - Reflections on City Ops <> CommOps working relationship?
    - Sean's team has developed a US Support Dash which provides local context on support issues. Who from our team should be involved? Regional POCs?
- [Jack] Anyone have experience with team members doing exec MBAs that require a small amount of class time during the week? One candidate in our interview process is starting an exec MBA at UVA which apparently requires classes one Friday each month
- [David] Surge Cap adjustments and recording in COVID dash
- [David] Recovery levels in the context of the forecasting work

# West

## This Week's Updates

**Team-Wide**
- Hiring

**CoreEx**
- CA Next Steps
  - Comms, Comm Ops, product
- CA marketplace
- PHX, LV, MN marketplace
- Seattle surcharge bands

**RegOps**
- Portland Omsbud
- CPUC request (due EOM)
- Doc Extensions
- Session in CO, NV (A few bills we are watching)

## Flags/Blockers

**CoreEx**

**RegOps**

## Look Ahead (Next Week + Month)

**CoreEx**

**RegOps**

## H2 KPIs & Priorities



| Headline KPIs | |
|---|---|
| - C/S | |
| - Sessions not surged | |
| - Recovery ratio | |

| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# North

## This Week's Updates

**Team-wide**

- Hiring
- Transition

**Core Ex**

- NYC Supply
- PoC Projects
- CHI Rider Rates
- DET Rate Change

**RegOps**

- Earnings
  - Survey
  - Ind. Study
- Gegen AIs
- NYC Insurance Renewals
- NY Labor Data, U/I

## Flags/Blockers

**Core Ex**

- Employment Legislation proposed in Connecticut

**RegOps**

- Hiring will be ongoing to backfill Greg

## Look Ahead (Next Week + Month)

**Core Ex**

**RegOps**

- New hire Nick starting March 8! (L3 Chi-based RegOps)

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety |

# US&C Rides Compliance Strategy & Operations

## This Week's Updates

- Hiring
- KPI review
- Operating Review prep
- C2D expansion
  - Requirements
  - Manual processes
  - Understanding any compliance risks
- Investigation of doc anomalies:
  - Pending docs
  - Spike in doc rejections for "expired" week of 2/8
- Insurance doc rejection AIs (incl. in-app updates)
- First official week of trade dress ownership

## Flags/Blockers

## Look Ahead (Next Week + Month)

- Jack OOO week of Feb 22
  - Fully OTG Feb 25-26
  - Essential meetings only Feb 23-25

## H2 KPIs & Priorities

| Headline Objectives |
|---|
| **Compliance excellence**<br>*Fulfill all BAU regulatory and compliance obligations, including timely and accurate delivery of reporting & payments, garnishments, and airport and regulatory audit support. This also includes making quality improvements to existing processes* |
| **Enable the business**<br>*Execute on the critical BAU compliance configuration functions we own to ensure business continuity and enable growth of new products, features and territories, while also minimizing friction for Earners (e.g. document & enforcement configurations). Partner to identify and unlock opportunities for supply growth* |
| **Document and enforcement accuracy**<br>*Drive improvements and innovation around compliance-related systems and tools by working with CommOps & RegOps and supporting compliance product rollouts to improve accuracy* |
| **Operational excellence, efficiency & centralization**<br>*Scale, streamline, automate, centralize and/or outsource compliance processes from our team, US&C RegOps and other US&C Rides Ops teams to realize efficiencies or improve the consistency of our compliance posture* |
| **Eliminate systemic risk**<br>*Proactively manage US&C Rides compliance process governance, compliance controls and compliance monitoring (incl. gaps and opportunities)* |

# February 8, 2021

# Updates (Danielle)

- Chad: will be transitioning certain topics this week and next week. Full transition week of 2/22
- Comp planning

# Discussion Topics

- [David] Portfolio of Cities: regional breakouts, mid-qtr reminders, project resourcing (C/S sm mkts)
- [Paul] Evaluating candidates for analytics? What's worked for you?
- [Paul] Central Ops Operating Reviews follow-up… more to come later this week
- [Jack] ID-ing drivers stories for marketing campaigns

# North

## This Week's Updates

**Team-wide**

- Hiring
- Operating Review
- Comp & Perf
- Backfill / transition planning

**Core Ex**

- COVID Recovery Forecasting
- Boston NPI
- CHI WAV Contract
- DET Pricing

**RegOps**

- Chi Earnings

## Flags/Blockers

**Core Ex**

- Samson Walla taking TRIPAD CoreEx L5M role. Thanks to Danielle Sipf for helping with the interview process.

**RegOps**

- Greg leaving
- Hiring (now x2)

## Look Ahead (Next Week + Month)

**Core Ex**

**RegOps**

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety |

**Slide 380**

**15**        Update
            Chad Dobbs, 2/8/2021

# US&C Rides Compliance Strategy & Operations

## This Week's Updates

- Hiring
- C2D
- Jan reporting & payments
- Finalize trade dress transition
- Prepping for team KPI review next week
- Comp

## Flags/Blockers

## Look Ahead (Next Week + Month)

## H2 KPIs & Priorities

| Headline Objectives |
|---|
| **Compliance excellence** <br> *Fulfill all BAU regulatory and compliance obligations, including timely and accurate delivery of reporting & payments, garnishments, and airport and regulatory audit support. This also includes making quality improvements to existing processes* |
| **Enable the business** <br> *Execute on the critical BAU compliance configuration functions we own to ensure business continuity and enable growth of new products, features and territories, while also minimizing friction for Earners (e.g. document & enforcement configurations). Partner to identify and unlock opportunities for supply growth* |
| **Document and enforcement accuracy** <br> *Drive improvements and innovation around compliance-related systems and tools by working with CommOps & RegOps and supporting compliance product rollouts to improve accuracy* |
| **Operational excellence, efficiency & centralization** <br> *Scale, streamline, automate, centralize and/or outsource compliance processes from our team, US&C RegOps and other US&C Rides Ops teams to realize efficiencies or improve the consistency of our compliance posture* |
| **Eliminate systemic risk** <br> *Proactively manage US&C Rides compliance process governance, compliance controls and compliance monitoring (incl. gaps and opportunities)* |

# West

## This Week's Updates

**Team-Wide**

- Interviews
- Comp planning

**CoreEx**

- Help on ELT Deck (earnings guarantee portion)
- PHX next steps
- SF CP
- Healthcare Verification
- Seattle and CA earnings dashboards

**RegOps**

- PSST and postmates
- Portland Earnings Survey
- LA Hazard Pay
- CO Transportation Fee
- WA ILH
- CPUC Data Request
- NV Data Bill

## Flags/Blockers

**CoreEx**

**RegOps**

## Look Ahead (Next Week + Month)

**CoreEx**

**RegOps**

## H2 KPIs & Priorities

| Headline KPIs | |
|---|---|
| - C/S | |
| - Sessions not surged | |
| - Recovery ratio | |

| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# February 1, 2021

## Updates (Danielle)

- Head of South Update
- Perf
- Comp Planning (timeline on next slide)
- Interim City Ops transition plan

# YE20 Perf Comp Planning Timeline

**February 4-5**
Manager comp training; **Feb 7-9** Manager comp planning

**February 16-18**
ELT final sign off on Comp; Legal review
**February 19-22**

**February 23-25**
Review with Dara and Nikki;
**February 26** Dara/Nikki sign off

**March 15**
Payouts made; Feedback release **March 16**

**February 10-15**
ELT +1 comp modifications

.

**March 1**
Promotions effective; Comp statements available to managers **March 2**

385

# Discussion Topics

- Annaliese Rosenthal is presenting on Eats next week 2/8
- [Jack] Presidents day 2/15 - company holiday yes?
- [Jack] FYI on Newsletter - POCs have been tagged into doc to add descriptions by EOD Wed; Jack to send on Thursday
- [Paul] Looping in POCs/Delegates to Pillar Operating Reviews?
- [Danielle] - Luigi slides from Operating Review

# North

## This Week's Updates

**Team-wide**

- Hiring (CoreEx L3, RegOps L3, CoreEx L5M)
- Perf
- Transition
- NY Labor

**Core Ex**

- NYC Transit
- Portfolio of cities & P&L follow-ups
- Boston CP & NPI

**RegOps**

- Chi Earnings
- Chi Relief
- MA data specs

## Flags/Blockers

Core Ex

RegOps

## Look Ahead (Next Week + Month)

Core Ex

RegOps

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety |

**Slide 387**

16          Update
            Chad Dobbs, 2/1/2021

# US&C Rides Compliance Strategy & Operations

## This Week's Updates

- Hiring
- Jan reporting & payments
- C2D expansion (+starting RegOps review of non-standard doc requirements)
- Strategy docs
- Doc extension process fixes (manual review, SPOT outsourcing, expiration comms)
- Continuing trade dress handover
- Process catalogue wrap-up (thank you everyone!)

## Flags/Blockers

## Look Ahead (Next Week + Month)

## H2 KPIs & Priorities

### Headline Objectives

**Compliance excellence**
*Fulfill all BAU regulatory and compliance obligations, including timely and accurate delivery of reporting & payments, garnishments, and airport and regulatory audit support. This also includes making quality improvements to existing processes*

**Enable the business**
*Execute on the critical BAU compliance configuration functions we own to ensure business continuity and enable growth of new products, features and territories, while also minimizing friction for Earners (e.g. document & enforcement configurations). Partner to identify and unlock opportunities for supply growth*

**Document and enforcement accuracy**
*Drive improvements and innovation around compliance-related systems and tools by working with CommOps & RegOps and supporting compliance product rollouts to improve accuracy*

**Operational excellence, efficiency & centralization**
*Scale, streamline, automate, centralize and/or outsource compliance processes from our team, US&C RegOps and other US&C Rides Ops teams to realize efficiencies or improve the consistency of our compliance posture*

**Eliminate systemic risk**
*Proactively manage US&C Rides compliance process governance, compliance controls and compliance monitoring (incl. gaps and opportunities)*

# West

## This Week's Updates

**Team-Wide**

- Hiring

**CoreEx**

- CA marketplace next steps
- Monitoring Seattle pricing changes
- SF CP Deck
- CA marketplace review with marketplace team
- Marketplace vs. Booking fee discussion/deck
- PHX analysis

**RegOps**

- New CPUC data request
- CA planning session
- PNW planning Session
- PSST next steps
- Seattle rulemaking
- Doc extensions

## Flags/Blockers

**CoreEx**

**RegOps**

## Look Ahead (Next Week + Month)

**CoreEx**

**RegOps**

## H2 KPIs & Priorities

| Headline KPIs | |
|---|---|
| - C/S | |
| - Sessions not surged | |
| - Recovery ratio | |

| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# South

| This Week's Updates | Flags/Blockers | Look Ahead (Next Week + Month) | H2 KPIs & Priorities |
|---|---|---|---|

**This Week's Updates**

Team-wide

CoreEx

RegOps

**Flags/Blockers**

Team-wide

CoreEx

RegOps

**Look Ahead (Next Week + Month)**

Team-wide



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# Drop-in Teams & Topics

2 Are there any teams or topics you'd like to hear more about from a relevant POC that "drops in" on one of our City Ops Leads meetings? [Think of this as similar to the IC+ discussion led by Caleb and Nick, or a new Safety Org overview provided by Jess.] Please drop any suggestions below, and we'll work to get occasional speakers to drop in on this meeting:

- Transit
- US Eats post re-org

**Slide 391**

| | |
|---|---|
| **1** | @paulp@uber.com new idea here! cc @danielle.sipf@uber.com. Potentially we could bring back Peter to speak with us, or Liese Rosenthal (she used to be a city ops GM so probably has a sense of what we'd be interested in understanding). Or we go straight to the top with Stephane<br>Jack Dwyer, 1/5/2021 |
| **2** | Acknowledged! Going to confirm with Danielle and Jen that we can work this in, and will pursue Eats prior to Transit as I think there's a little more relevance / interest there. Thanks for the idea!<br>Paul Picinich, 1/5/2021 |

# January 25, 2021

## Updates (Danielle)

- Update on backfill process
- Head of South
- RGM / Dara discussion
- Driver growth

# Discussion Topics

- [Jack] Reminder: **Process catalogue updates due Friday Jan 29th -** @RegOps, please ensure your teams are on track
- [Jack] Newsletter - next send Thursday Feb 4th
  - Updated process doc (+ template)
  - **EOD Thursday**: @Leads to populate Feb project list (content guidance)
  - **EOD Tuesday (next week):** Project owners to finalize spotlight descriptions (note: this will live in the word doc not the sheet)

# US&C Rides Compliance Strategy & Operations

## This Week's Updates

- Re-hiring for L4 role
- Doc extension process fixes (manual review, SPOT outsourcing, expiration comms)
- Process catalogue updates due Friday Jan 29th
- Continuing with trade dress handover
- Team event Tuesday PM

## Flags/Blockers

## Look Ahead (Next Week + Month)

- Team event Tuesday
- Jack in depo Jan 29th

## H2 KPIs & Priorities

| Headline Objectives |
| --- |
| **Compliance excellence**<br>*Fulfil all BAU regulatory and compliance obligations, including timely and accurate delivery of reporting & payments, garnishments, and airport and regulatory audit support. This also includes making quality improvements to existing processes* |
| **Enable the business**<br>*Execute on the critical BAU compliance configuration functions we own to ensure business continuity and enable growth of new products, features and territories, while also minimizing friction for Earners (e.g. document & enforcement configurations). Partner to identify and unlock opportunities for supply growth* |
| **Document and enforcement accuracy**<br>*Drive improvements and innovation around compliance-related systems and tools by working with CommOps & RegOps and supporting compliance product rollouts to improve accuracy* |
| **Operational excellence, efficiency & centralization**<br>*Scale, streamline, automate, centralize and/or outsource compliance processes from our team, US&C RegOps and other US&C Rides Ops teams to realize efficiencies or improve the consistency of our compliance posture* |
| **Eliminate systemic risk**<br>*Proactively manage US&C Rides compliance process governance, compliance controls and compliance monitoring (incl. gaps and opportunities)* |

# West

## This Week's Updates

**Team-Wide**
- Perf Readouts
- Hiring
- West Operating review

**CoreEx**
- CA pricing and marketplaces changes
- Healthcare document implementation
- Next Seattle pricing changes - next week
- PNW planning session

**RegOps**
- PSST fixes continue
- TCP report due
- CO transportation fee

## Flags/Blockers

**CoreEx**

**RegOps**
- Not getting as many internal folks for Head of Regulatory Strategy as we had hoped - let me know if you have thoughts on a good fit

## Look Ahead (Next Week + Month)

**CoreEx**

**RegOps**

## H2 KPIs & Priorities

| Headline KPIs | |
|---|---|
| - C/S | |
| - Sessions not surged | |
| - Recovery ratio | |

| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# North

## This Week's Updates

**Team-wide**

- Perf
- Hiring

**Core Ex**

- NYC OOT
- NYC WAV
- CP
- Detroit marketplace
- IC+
- IDG Deal

**RegOps**

- Chi Earnings
- Rosa <> Danielle
- A few metrics...

## Flags/Blockers

**Core Ex**

**RegOps**

## Look Ahead (Next Week + Month)

**Core Ex**

- David OOO 15-Jan to 29-Jan

**RegOps**

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety |

# South

## This Week's Updates

Team-wide

CoreEx

RegOps

## Flags/Blockers

Team-wide

CoreEx

RegOps

## Look Ahead
## (Next Week + Month)

Team-wide

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# Drop-in Teams & Topics

3 Are there any teams or topics you'd like to hear more about from a relevant POC that "drops in" on one of our City Ops Leads meetings? [Think of this as similar to the IC+ discussion led by Caleb and Nick, or a new Safety Org overview provided by Jess.] Please drop any suggestions below, and we'll work to get occasional speakers to drop in on this meeting:

- Transit
- US Eats post re-org

**Slide 399**

2       @paulp@uber.com new idea here! cc @danielle.sipf@uber.com. Potentially we could bring back Peter to speak with us, or Liese Rosenthal (she used to be a city ops GM so probably has a sense of what we'd be interested in understanding). Or we go straight to the top with Stephane
       Jack Dwyer, 1/5/2021

3       Acknowledged! Going to confirm with Danielle and Jen that we can work this in, and will pursue Eats prior to Transit as I think there's a little more relevance / interest there. Thanks for the idea!
       Paul Picinich, 1/5/2021

# January 19, 2021

# Updates (Danielle)

- Perf this week
- Head of South
- Inauguration

# Discussion Topics

- [Chad] FYI I am working with Andy Jeninga, Caleb Weaver, Miriam Chaum, Libby Mishkin, and Nick Zabriskie as part of an IC+ working group. Last week, Andy and I worked with Sarfraz, Danielle, and Akhil to provide approval to commence negotiations in Wisconsin with a 4% benefit contribution and a $750 / quarter earnings threshold.
- [Jack] Newsletter
    - Takeaways from small sample of feedback:
        - Keep focus on spotlights (there's value from sharing breadth of work)
        - Frame around new 2021 priorities
        - Delete Marketplace section
        - More discipline around length & conciseness (i.e. shorter and punchier)
        - Improve readability (e.g. better formatting, maybe some images)
        - Tighten up creation>review>send process
    - Next steps: @Jack to lead Feb 4th send. Next week: kick-off ask to source projects
- [Jack] Is "Senior Strategic Operations Manager - Compliance" in line with role naming principles that we aligned on?

# US&C Rides Compliance Strategy & Operations

## This Week's Updates

- Re-hiring for L4 role
- Perf convos
- Doc extension process fixes & move to SPOT
- Starting trade dress handover from Driver (new owner: Isabel Steffens)
- Completed uber.com regulatory page audit last week

## Flags/Blockers

- Rafael reneged on offer and no longer joining Uber

## Look Ahead (Next Week + Month)

- Jack in depo Jan 29th

## H2 KPIs & Priorities

| Headline Objectives |
|---|
| **Compliance excellence**<br>Fulfill all BAU regulatory and compliance obligations, including timely and accurate delivery of reporting & payments, garnishments, and airport and regulatory audit support. This also includes making quality improvements to existing processes |
| **Enable the business**<br>Execute on the critical BAU compliance configuration functions we own to ensure business continuity and enable growth of new products, features and territories, while also minimizing friction for Earners (e.g. document & enforcement configurations). Partner to identify and unlock opportunities for supply growth |
| **Document and enforcement accuracy**<br>Drive improvements and innovation around compliance-related systems and tools by working with CommOps & RegOps and supporting compliance product rollouts to improve accuracy |
| **Operational excellence, efficiency & centralization**<br>Scale, streamline, automate, centralize and/or outsource compliance processes from our team, US&C RegOps and other US&C Rides Ops teams to realize efficiencies or improve the consistency of our compliance posture |
| **Eliminate systemic risk**<br>Proactively manage US&C Rides compliance process governance, compliance controls and compliance monitoring (incl. gaps and opportunities) |

# North

## This Week's Updates

**Team-wide**

- Hiring
- Perf Calibration
- North Goals

**Core Ex**

- NYC IR work
- NYC WAV service fee product change
- Detroit rate change next steps
- P&L Review
- CP

**RegOps**

- MA Transpo Bill vetoed
- Chicago Earnings driver survey

## Flags/Blockers

**Core Ex**

- A NYC City Council congestion study was published last week that includes a $0.11 / minute fee for passenger-less time below 96th Street in Manhattan (article)

**RegOps**

## Look Ahead (Next Week + Month)

**Core Ex**

- David OOO 15-Jan to 29-Jan

**RegOps**

## H2 KPIs & Priorities



### Core Priorities for H2

Recovery Insights & Rebuilding for Growth

Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety

**Slide 404**

**17**     Update
Chad Dobbs, 1/19/2021

# West

## This Week's Updates

**Team-Wide**

- Perf Readouts
- Hiring

**CoreEx**

- CA pricing and marketplaces changes
- SteerCo
- Healthcare document implementation
- Inauguration monitoring

**RegOps**

- Annual Report confidentiality
- Data requests
- Home for Berkeley tax
- CO transportation fee
- PSST audit

## Flags/Blockers

**CoreEx**

**RegOps**

## Look Ahead (Next Week + Month)

**CoreEx**

**RegOps**

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# South

| This Week's Updates | Flags/Blockers | Look Ahead (Next Week + Month) | H2 KPIs & Priorities |
|---|---|---|---|

**This Week's Updates**

Team-wide

CoreEx

RegOps

**Flags/Blockers**

Team-wide

CoreEx

RegOps

**Look Ahead (Next Week + Month)**

Team-wide

**H2 KPIs & Priorities**



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# Drop-in Teams & Topics

4 Are there any teams or topics you'd like to hear more about from a relevant POC that "drops in" on one of our City Ops Leads meetings? [Think of this as similar to the IC+ discussion led by Caleb and Nick, or a new Safety Org overview provided by Jess.] Please drop any suggestions below, and we'll work to get occasional speakers to drop in on this meeting:

- Transit
- US Eats post re-org

**Slide 407**

3          @paulp@uber.com new idea here! cc @danielle.sipf@uber.com. Potentially we could bring back Peter to speak with us, or Liese Rosenthal (she used to be a city ops GM so probably has a sense of what we'd be interested in understanding). Or we go straight to the top with Stephane
Jack Dwyer, 1/5/2021

4          Acknowledged! Going to confirm with Danielle and Jen that we can work this in, and will pursue Eats prior to Transit as I think there's a little more relevance / interest there. Thanks for the idea!
Paul Picinich, 1/5/2021

# January 11, 2021

# Updates (Danielle)

- Interviewing / hiring
  - Interim Head of US City Ops
  - Head of South
  - Head of West Regulatory Strategy / Ops
- Perf
- Other top of mind topics:
  - DC + Inauguration
  - Prop 22 implementation
  - IC+

# Discussion Topics

- [Chad] NYE exposed some inconsistencies in how we're handling surge caps throughout the country. I believe this protocol is still relevant and should be used, but want to make sure folks are aligned and assess whether changes need to be made. Thoughts?
- [Jack] City Ops newsletter - proposing we restart (monthly) on Feb 4th. Thoughts/ideas/feedback?
  - Proposed changes:
    - Keep **lookback** & **lookahead**
    - Reframe around the **8 US City Ops 2021 Priorities** (P&L Op leverage, compliance excellence, IC+, etc)
    - Have at least 1 spotlight for each priority (can be lookahead OR look-back)
    - Max 16 total spotlights
  - **I** can quickly re-work the templates to reflect this
  - **If** we continue with the previous rotation then Danielle Sipf is on-point. Timeline:
    - Week of Jan 25th: kick-off ask to source projects
    - Friday Jan 29th: draft project list
    - Tuesday Feb 2nd: finalize content for review
    - Thursday Feb 4th: send
- [Paul] Liese Rosenthal (West Eats GM) will be our next cameo in this meeting, looking to schedule in early Feb (thanks Jack for the Eats suggestion, and Jen for coordination help!)

# West

## This Week's Updates

**Team-Wide**

- Hiring
- 2021 Planning

**CoreEx**

- CA Marketplace
- Seattle Monitoring/pricing
- COVID recovery - marketplace flags
- Prop 22 Follow ups

**RegOps**

- CPUC data requests
- PSST/OLS Next Steps
  - Eng/CommOps
- CO Transportation fee

## Flags/Blockers

CoreEx

RegOps

## Look Ahead (Next Week + Month)

CoreEx

RegOps

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# US&C Rides Compliance Strategy & Operations

## This Week's Updates

- Manager Perf
- Wrapping up Q4/Dec reporting & payments cycle
- Rafael's onboarding plan
- Program strategy docs for key subject verticals (e.g. centralization, documents, enforcement, monitoring, etc.)
- C2D expansion on hold pending product support

## Flags/Blockers

- ...

## Look Ahead (Next Week + Month)

- Rafael starts Jan 19th
- Jack in depo Jan 29th

## H2 KPIs & Priorities

| Headline Objectives |
|---|
| **Compliance excellence** |
| *Fulfill all BAU regulatory and compliance obligations, including timely and accurate delivery of reporting & payments, garnishments, and airport and regulatory audit support. This also includes making quality improvements to existing processes* |
| **Enable the business** |
| *Execute on the critical BAU compliance configuration functions we own to ensure business continuity and enable growth of new products, features and territories, while also minimizing friction for Earners (e.g. document & enforcement configurations). Partner to identify and unlock opportunities for supply growth* |
| **Document and enforcement accuracy** |
| *Drive improvements and innovation around compliance-related systems and tools by working with CommOps & RegOps and supporting compliance product rollouts to improve accuracy* |
| **Operational excellence, efficiency & centralization** |
| *Scale, streamline, automate, centralize and/or outsource compliance processes from our team, US&C RegOps and other US&C Rides Ops teams to realize efficiencies or improve the consistency of our compliance posture* |
| **Eliminate systemic risk** |
| *Proactively manage US&C Rides compliance process governance, compliance controls and compliance monitoring (incl. gaps and opportunities)* |

# North

## This Week's Updates

**Team-wide**

- North goals
- Hiring
- Perf / Calibrations

**Core Ex**

- IC+
- NYC CP
- NYC WAV fare product fix testing

**RegOps**

- MA Transpo Bill
  - Fees
  - Data
  - Surge Fix
- Chi Earnings
  - Crowe
  - Survey
- NYS Lens + Audit

## Flags/Blockers

**Core Ex**

**RegOps**

## Look Ahead (Next Week + Month)

**Core Ex**

- Chad deposition 1/12
- David OOO 15-Jan to 29-Jan

**RegOps**

- PP OOTO 1/14-15
- PP Dep 1/21

## H2 KPIs & Priorities



### Core Priorities for H2

Recovery Insights & Rebuilding for Growth

Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety

# South

| This Week's Updates | Flags/Blockers | Look Ahead (Next Week + Month) |
|---|---|---|
| Team-wide | Team-wide | Team-wide |
| CoreEx | CoreEx | |
| RegOps | RegOps | |

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# Drop-in Teams & Topics

5 Are there any teams or topics you'd like to hear more about from a relevant POC that "drops in" on one of our City Ops Leads meetings? [Think of this as similar to the IC+ discussion led by Caleb and Nick, or a new Safety Org overview provided by Jess.] Please drop any suggestions below, and we'll work to get occasional speakers to drop in on this meeting:

- Transit
- US Eats post re-org

**Slide 415**

---

4   @paulp@uber.com new idea here! cc @danielle.sipf@uber.com. Potentially we could bring back Peter to speak with us, or Liese Rosenthal (she used to be a city ops GM so probably has a sense of what we'd be interested in understanding). Or we go straight to the top with Stephane

   Jack Dwyer, 1/5/2021

5   Acknowledged! Going to confirm with Danielle and Jen that we can work this in, and will pursue Eats prior to Transit as I think there's a little more relevance / interest there. Thanks for the idea!

   Paul Picinich, 1/5/2021

# January 5, 2021

Happy Uberversary, David!



# Updates (Danielle)

- City Ops AH 1/11 - 2021 Planning
- Kicked off interim backfill process
- Head of South hiring process
- Perf (next slide)

# YE20 Perf Process Timeline



# YE20 Perf Next Steps for Managers

- Incomplete Peer Feedback can be done via Timely Feedback tool **after Jan 11**
- US&C Rides Ops People Manager Sync on **Thursday January 7**
- Finalize Manager Feedback by **Friday January 8**
  - Designate promotion nominees: 14-18% of total population
    - Take into consideration 5 up-levels in 2020
- Begin launching manager feedback **Monday January 11- March 14**
- Conduct pre-calibration sessions (particularly for larger teams with multiple managers)
  - Align across teams on performance and promo noms
  - Review peer performance indicators and promo noms, provide input
- Comp planning **February 7-9**

# Discussion Topics

- [Chad] Perf. What are all the steps from here?
  - 1/7: Ops People Manager Sync on Leveling & Perf Principles
  - 1/8: Manager feedback due. Anyone know if that's a hard or soft deadline?
  - 1/20: City Ops calibration
- [Chad] The North team has started putting some thought into revamped 2021 goals that will replace / refresh the current C/S, Sessions Surged, and Trips Recovery Ratio goals. Any thoughts on how we should evolve these goals?

# US&C Rides Compliance Strategy & Operations

## This Week's Updates

- Catch-up!
- Min vehicle year roll-off: 1/1 monitoring and comms & approvals for 3/1
- Perf
- Early Q1 team priority & project planning
- Doc expiration program
- Regular reporting & payment cycle

## Flags/Blockers

- ...

## Look Ahead (Next Week + Month)

- Rafael starts Jan 19th

## H2 KPIs & Priorities

| Headline Objectives |
|---|
| **Compliance excellence** <br> *Fulfill all BAU regulatory and compliance obligations, including timely and accurate delivery of reporting & payments, garnishments, and airport and regulatory audit support. This also includes making quality improvements to existing processes* |
| **Enable the business** <br> *Execute on the critical BAU compliance configuration functions we own to ensure business continuity and enable growth of new products, features and territories, while also minimizing friction for Earners (e.g. document & enforcement configurations). Partner to identify and unlock opportunities for supply growth* |
| **Document and enforcement accuracy** <br> *Drive improvements and innovation around compliance-related systems and tools by working with CommOps & RegOps and supporting compliance product rollouts to improve accuracy* |
| **Operational excellence, efficiency & centralization** <br> *Scale, streamline, automate, centralize and/or outsource compliance processes from our team, US&C RegOps and other US&C Rides Ops teams to realize efficiencies or improve the consistency of our compliance posture* |
| **Eliminate systemic risk** <br> *Proactively manage US&C Rides compliance process governance, compliance controls and compliance monitoring (incl. gaps and opportunities)* |

# North

## This Week's Updates

**Team-wide**

- North 2021 Goals
- Perf
- Interviewing

**Core Ex**

- NYC WAV
- NYC CP
- IDG deal
- PoC Launch
- CHI WAV

**RegOps**

- Chi Earnings
- Chi City Debt
- Chi Data Sharing
- MA Bill
- DPU inbound
- Chi FOIA affidavits

## Flags/Blockers

**Core Ex**

- NYC-based L3 CoreEx role has been posted. Reach out to Chad if you know anyone who'd be a good candidate.

**RegOps**

- Chi-based L3 RegOps recruiting

## Look Ahead (Next Week + Month)

**Core Ex**

- Chad deposition 1/12, prep 1/8
- David OOO 15-Jan to 29-Jan

**RegOps**

- Working w/ West on some reg relief ideas

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety |

# West

## This Week's Updates

**Team-Wide**

- West 2021 Goals
- Perf
- Interviewing

**CoreEx**

- Prop 22 Earnings guarantee
- LV CP
- CA next steps

**RegOps**

- CPUC Annual Report
- WAV submission
- Denver tax

## Flags/Blockers

**CoreEx**

- New joiner started today!

**RegOps**

- Let me know if anyone has any good L4 candidates

## Look Ahead
## (Next Week + Month)

**CoreEx**

**RegOps**

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# South

## This Week's Updates

Team-wide

CoreEx

RegOps

## Flags/Blockers

Team-wide

CoreEx

RegOps

## Look Ahead
## (Next Week + Month)

Team-wide

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# Drop-in Teams & Topics

6 Are there any teams or topics you'd like to hear more about from a relevant POC that "drops in" on one of our City Ops Leads meetings? [Think of this as similar to the IC+ discussion led by Caleb and Nick, or a new Safety Org overview provided by Jess.] Please drop any suggestions below, and we'll work to get occasional speakers to drop in on this meeting:

- Transit
- US Eats post re-org

**Slide 426**

5      @paulp@uber.com new idea here! cc @danielle.sipf@uber.com. Potentially we could bring back Peter to speak with us, or Liese Rosenthal (she used to be a city ops GM so probably has a sense of what we'd be interested in understanding). Or we go straight to the top with Stephane

Jack Dwyer, 1/5/2021

6      Acknowledged! Going to confirm with Danielle and Jen that we can work this in, and will pursue Eats prior to Transit as I think there's a little more relevance / interest there. Thanks for the idea!

Paul Picinich, 1/5/2021

# December 14, 2020

# Updates (Danielle)

- 2021 Planning Meeting Moved (sorry for last min scheduling change)
- Holidays & Vacation Planning
- Head of South Backfill
- Perf
- Prop 22 Implementation
- Meeting Overload

# Discussion Topics

- [Chad] Add Ops updates to the P&L Review deck ahead of the 4pm ET meeting. ([deck](deck))
- [Chad] Driver incentives during curfews & stay-at-home orders. Our current default policy (adjustable by city) is to exclude time-gated EDI during hours with strict / enforceable curfews or stay-at-home orders. Is that the right one, both for NYE and in general?
- [Chad] Should we start thinking about grouping our teams into the Perf buckets (Bottom, Demonstrated inconsistent impact, -Middle-, Set the standard of excellence, Top )outlined in the email that Danielle shared?

# West

## This Week's Updates

**Team-Wide**

- Prop 22 Implementation + monitoring
- Seattle Fare Share Implementation
- 2021 Planning
- P&L Review

**CoreEx**

- CO IC+
- Tile launch planning
- COVID recovery/lockdowns

**RegOps**

- PSST Issues
- NV SOE
- Berkeley tax implementation

## Flags/Blockers

**CoreEx**

**RegOps**

## Look Ahead (Next Week + Month)

**CoreEx**

- Danielle OOO next week

**RegOps**

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
|  |

# US&C Rides Compliance Strategy & Operations

## This Week's Updates

- Operating Review Wed
- Doc extension improvements
- Updates from DAC: Product team

Other things

- FL Audit - waiting on final result from auditor
- MD TNO

Team roadshow deck from last week

## Flags/Blockers

- Planning for holiday OOOs (incl. some doc cliffs on 1/1)

## Look Ahead (Next Week + Month)

- ...

## H2 KPIs & Priorities

| Headline Objectives |
|---|
| **Compliance excellence** <br> *Fulfill all BAU regulatory and compliance obligations, including timely and accurate delivery of reporting & payments, garnishments, and airport and regulatory audit support. This also includes making quality improvements to existing processes* |
| **Enable the business** <br> *Execute on the critical BAU compliance configuration functions we own to ensure business continuity and enable growth of new products, features and territories, while also minimizing friction for Earners (e.g. document & enforcement configurations). Partner to identify and unlock opportunities for supply growth* |
| **Document and enforcement accuracy** <br> *Drive improvements and innovation around compliance-related systems and tools by working with CommOps & RegOps and supporting compliance product rollouts to improve accuracy* |
| **Operational excellence, efficiency & centralization** <br> *Scale, streamline, automate, centralize and/or outsource compliance processes from our team, US&C RegOps and other US&C Rides Ops teams to realize efficiencies or improve the consistency of our compliance posture* |
| **Eliminate systemic risk** <br> *Proactively manage US&C Rides compliance process governance, compliance controls and compliance monitoring (incl. gaps and opportunities)* |

# South

## This Week's Updates

Team-wide

CoreEx

RegOps

## Flags/Blockers

Team-wide

CoreEx

RegOps

## Look Ahead
## (Next Week + Month)

Team-wide

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# North

## This Week's Updates

**Team-wide**

- P&L Review
- 2021 Planning

**Core Ex**

- Dakota transition
- Espresso PRD review
- IC+ Redlines
- NYC WAV XFN ask
- Portfolio of Cities

**RegOps**

- 1.10 Notification + Audit
- Various CORI work
- NJ Doc Cliff
- Gegen

## Flags/Blockers

**Core Ex**

- Dakota's last day this Friday 12/18

**RegOps**

- Alicia <> Andrew+Katy maternity leave coverage

## Look Ahead (Next Week + Month)

**Core Ex**

- Chad OOO Dec 23 -25

**RegOps**

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety |

**Slide 433**

**18**     Update
Chad Dobbs, 12/14/2020

# Drop-in Teams & Topics

7 Are there any teams or topics you'd like to hear more about from a relevant POC that "drops in" on one of our City Ops Leads meetings? [Think of this as similar to the IC+ discussion led by Caleb and Nick, or a new Safety Org overview provided by Jess.] Please drop any suggestions below, and we'll work to get occasional speakers to drop in on this meeting:

- Transit
- US Eats post re-org

**Slide 434**

---

6      @paulp@uber.com new idea here! cc @danielle.sipf@uber.com. Potentially we could bring back Peter to speak with us, or Liese Rosenthal (she used to be a city ops GM so probably has a sense of what we'd be interested in understanding). Or we go straight to the top with Stephane

Jack Dwyer, 1/5/2021

7      Acknowledged! Going to confirm with Danielle and Jen that we can work this in, and will pursue Eats prior to Transit as I think there's a little more relevance / interest there. Thanks for the idea!

Paul Picinich, 1/5/2021

# December 7, 2020

## Updates (Danielle)

- Priorities:
  - South team - hiring + business continuity
  - P22 Implementation
- Happy Hour
- Perf
- 2021 Planning
- Holidays
  - NYE Monitoring
  - Time Off

# Discussion Topics

- [Chad] What expectations should we be communicating to our team about "No Meeting Week" from Dec 23 - Jan 1?
- [Paul] Regulatory Relief

# North

## This Week's Updates

**Team-wide**

- Operating review
- 2021 Planning

**Core Ex**

- NYC WAV incentive changes + 2021 roadmapping
- NYC school COVID testing delivery
- WAV Negotiation
- PoC

**RegOps**

- Playing some catchup... fresher content to come next week!

## Flags/Blockers

**Core Ex**

- Dakota is leaving Uber; his last day is 12/18. Starting backfill process immediately for an L3.
- Samson taking over Election Monitoring work from Vince, though workload expected to be small.

**RegOps**

## Look Ahead (Next Week + Month)

**Core Ex**

- Chad OOO Dec 23 -25

**RegOps**

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety |

# West

## This Week's Updates

**CoreEx**

- Prop 22
- Seattle Implementation
- NV SOE
- COVID, lockdown next steps
- Prop 22 Monitoring
- Hiring

**RegOps**

- Prop 22
- Seattle Implementation
- PSST investigation
- Berkeley Tax Implementation
- Hiring for Head of backfill

## Flags/Blockers

**CoreEx**

**RegOps**

## Look Ahead (Next Week + Month)

**CoreEx**

**RegOps**

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# US&C Rides Compliance Strategy & Operations

## This Week's Updates

- Isabel starts today on reporting & payments!
- Min vehicle year reassessment
- Doc extension improvements
- Team KPI review
- Team roadshows w/ US + C RegOps
- 2021 planning

Other things

- FL Audit 99% complete, waiting on any final questions + verdict from auditor
- MD TNO process builds

## Flags/Blockers

- Doc extension improvements top of mind (s/o @Ben Dennis for surfacing a bunch of things)

## Look Ahead (Next Week + Month)

- Doc cliffs on 1/1

## H2 KPIs & Priorities

### Headline Objectives

**Compliance excellence**
*Fulfill all BAU regulatory and compliance obligations, including timely and accurate delivery of reporting & payments, garnishments, and airport and regulatory audit support. This also includes making quality improvements to existing processes*

**Enable the business**
*Execute on the critical BAU compliance configuration functions we own to ensure business continuity and enable growth of new products, features and territories, while also minimizing friction for Earners (e.g. document & enforcement configurations). Partner to identify and unlock opportunities for supply growth*

**Document and enforcement accuracy**
*Drive improvements and innovation around compliance-related systems and tools by working with CommOps & RegOps and supporting compliance product rollouts to improve accuracy*

**Operational excellence, efficiency & centralization**
*Scale, streamline, automate, centralize and/or outsource compliance processes from our team, US&C RegOps and other US&C Rides Ops teams to realize efficiencies or improve the consistency of our compliance posture*

**Eliminate systemic risk**
*Proactively manage US&C Rides compliance process governance, compliance controls and compliance monitoring (incl. gaps and opportunities)*

# South

| This Week's Updates | Flags/Blockers | Look Ahead (Next Week + Month) |
|---|---|---|
| Team-wide | Team-wide | Team-wide |
| CoreEx | CoreEx | |
| RegOps | RegOps | |

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# Drop-in Teams & Topics

8 Are there any teams or topics you'd like to hear more about from a relevant POC that "drops in" on one of our City Ops Leads meetings? [Think of this as similar to the IC+ discussion led by Caleb and Nick, or a new Safety Org overview provided by Jess.] Please drop any suggestions below, and we'll work to get occasional speakers to drop in on this meeting:

- Transit
- US Eats post re-org

**Slide 442**

7    @paulp@uber.com new idea here! cc @danielle.sipf@uber.com. Potentially we could bring back Peter to speak with us, or Liese Rosenthal (she used to be a city ops GM so probably has a sense of what we'd be interested in understanding). Or we go straight to the top with Stephane
Jack Dwyer, 1/5/2021

8    Acknowledged! Going to confirm with Danielle and Jen that we can work this in, and will pursue Eats prior to Transit as I think there's a little more relevance / interest there. Thanks for the idea!
Paul Picinich, 1/5/2021

# December 2, 2020

# Updates (Danielle)

- Happy 6 Year, Danielle!
- Priorities:
  - South transition / Mark transition
  - P22 Implementation
- Holiday Gifts - will arrive by 12/14 week
- 2021 Planning - questions?
  - Friday, Dec 11

# Discussion Topics

- [Jack] **-** Newsletter: Ordinarily we'd send first week of December, but given the last one went out late and Thanksgiving I'd propose we regroup early Jan

- [Jack] FYI - if anyone is curious Caitlyn Chamblee, Nick Murphy and others are working on plans for how we handle vaccines - e.g. policy pressure to classify TNCs as essential so drivers can get vaccinated in round 1, free rides to/from clinics, "vaccine" vehicle view, etc etc
- [Chad] Former City Ops Roundtable. Final panel roster set (Karina Sengupta, Holley Beasley, Adam Schwartz). Draft questions written; feedback encouraged if you have it. Worthwhile to do a Slido as well?
- [Chad] 2021 Planning
  - For our planning templates, are we meant to connect each of our priorities to the City Ops priorities (IC+, Regulatory Response, P&L Operating Leverage) or to the higher level priorities?
  - Template and timing for one-pagers?
- [Mark] Ops interview panel for South L3/L4 roles. In short, we only have two people who are able to perform final round interviews, and are therefore short 2 people of a full panel (hoping for some help from the broader team)

# US&C Rides Compliance Strategy & Operations

## This Week's Updates

- Min vehicle year reassessment
- Ongoing C2D MVP support
- Halifax CA launch & Canada operating model
- Doc post-mortems
- Prop 22 Doc changes
- Internal KPI review ahead of Dec Operating Review

South RegOps coverage

- FL Audit insurance claims review - finalizing this week
- Ongoing MD TNO process issues and fixes

## Flags/Blockers

- Fire-drills just before / during / since Thanksgiving + OOOs - trying to root-cause and prevent

## Look Ahead (Next Week + Month)

- Zack OOO this week
- Isabel starting Monday
- Team event with North RegOps next week
- Team roadshows w/ US & Canada RegOps next week
- JD OOO Dec 23-Jan 4

## H2 KPIs & Priorities

| Headline Objectives |
| --- |

**Compliance excellence**
*Fulfill all BAU regulatory and compliance obligations, including timely and accurate delivery of reporting & payments, garnishments, and airport and regulatory audit support. This also includes making quality improvements to existing processes*

**Enable the business**
*Execute on the critical BAU compliance configuration functions we own to ensure business continuity and enable growth of new products, features and territories, while also minimizing friction for Earners (e.g. document & enforcement configurations). Partner to identify and unlock opportunities for supply growth*

**Document and enforcement accuracy**
*Drive improvements and innovation around compliance-related systems and tools by working with CommOps & RegOps and supporting compliance product rollouts to improve accuracy*

**Operational excellence, efficiency & centralization**
*Scale, streamline, automate, centralize and/or outsource compliance processes from our team, US&C RegOps and other US&C Rides Ops teams to realize efficiencies or improve the consistency of our compliance posture*

**Eliminate systemic risk**
*Proactively manage US&C Rides compliance process governance, compliance controls and compliance monitoring (incl. gaps and opportunities)*

# West

## This Week's Updates

**CoreEx**

- Prop 22 (2 week countdown!)
- Seattle Implementation
- NV SOE
- Spend strategy in markets / COVID
- Prop 22 Monitoring
- Hiring

**RegOps**

- Prop 22
- Seattle Implementation
- PSST investigation
- NV permits
- Berkeley Tax Implementation
- Hiring for Head of backfill

## Flags/Blockers

**CoreEx**

**RegOps**

## Look Ahead (Next Week + Month)

**CoreEx**

**RegOps**

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |

# North

## This Week's Updates

**Core Ex**

- 2021 Planning
- NYC WAV roadmapping
- NYS doc cliff
- CP work

**RegOps** (Paul OOO)

- MA fees
- Chicago earnings stack rank
- Chicago FOIA
- DPU open items

## Flags/Blockers

**Core Ex**

**RegOps**

## Look Ahead (Next Week + Month)

**Core Ex**

**RegOps**

- PP OOTO 12/2-12/4

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety |

# South

## This Week's Updates

**Team-wide**

- Hiring
- 2 RegOps (1 final round, others in screening)
- 1 CoreX

**CoreEx**

- CoreX RegOps responsibilities
- Covid
  - Weekly process
  - Weekly email
- CP Analysis
- Growth Markets
  - AI's and follow ups

**RegOps**

- TNO Revamp
- FL Audit

## Flags/Blockers

**Team-wide**

- Team bandwidth constrained
- Mark's last day Dec 4
- Vince's last day Dec 4

**CoreEx**

**RegOps**

## Look Ahead (Next Week + Month)

**Team-wide**

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# Drop-in Teams & Topics

Are there any teams or topics you'd like to hear more about from a relevant POC that "drops in" on one of our City Ops Leads meetings? [Think of this as similar to the IC+ discussion led by Caleb and Nick, or a new Safety Org overview provided by Jess.] Please drop any suggestions below, and we'll work to get occasional speakers to drop in on this meeting:

- Global Intelligence Team - Jaime Joel Jimenez presenting on 12/2
- Transit