# <u>Exhibit I</u>

# Part 2

# November 23, 2020

## Updates (Danielle)

- Team Updates
- South & North // SPOT
- 2021 Planning
  - Email coming later today or first thing in the morning
- Danielle OOO 11/25-12/1 (will be around via cell 11/30-12/1...moving)
  - Happy thanksgiving, and hope everyone takes some time!
- Make sure you're updating the Leads OOO Calendar with time off

# Discussion Topics

- [Jack] My team has been thinking about how to build connections w/ RegOps (given we work most closely together). We've been discussing 2 ideas I'd love any reactions to (I'm partial to both):
    - 1. Drop-in on one of your team meetings (or we can just schedule time separately) to spend 15-20 mins giving a formal overview of our team's scope & objectives
    - 2. Informal get-to-know-you type event with RegOps - we could do a virtual happy-hour type event, likely focused around a game that can be played with limited brain power and with a decent number of people
- [Jack] Just a shoutout / recommendation for some of the recent fireside chats:
    - Resilience series recordings
    - Ethics & Compliance week recordings
- [Chad] The Former City Ops Roundtable is on the schedule for December 9. Thanks to everyone for input so far. One last ask - take a look at the draft questions and add any feedback or additional questions ideas that you have.
- [Chad] Based on Pulse Survey feedback, I'm going to put together a document summarizing expectations for the Territory Management part of the CoreEx role. If anyone has done something similar, please share. I'll be seeking feedback from you all as I get this together.
- [Paul] Reminder that Jaime Joel Jiminez will be presenting on the GI Team in our Dec 2 meeting
- [Paul] COVID Regulatory Engagement & Response "Check-list"
- [David] Brown Bag likely 07-Dec or 08-Dec
- [Paul] COVID stimulus latest? (Thinking about supply…)

# South

## This Week's Updates

**Team-wide**

- Hiring
  - 2 RegOps (recruiter phone screen)
  - 1 CoreX

**CoreEx**

- CoreX RegOps responsibilities
- Covid - new weekly policy highlights email going out tonight
- ATL WAV Pilot approval
- P&L review
  - Chris demoed for West /North
- Growth Markets
  - Leadership presentation next week
- Vince handover

**RegOps**

- TNO Revamp
- FL Audit

## Flags/Blockers

**Team-wide**

- Vince is leaving Uber 12/4
- Continue to be resource constrained

**CoreEx**

**RegOps**

## Look Ahead (Next Week + Month)

**Team-wide**

- Mark OOO 11/25-11/27

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# US&C Rides Compliance Strategy & Operations

## This Week's Updates

- Supporting C2D MVP launches
- Min vehicle year reassessment
- COVID doc extension post-mortem

Other things

- FL Audit insurance claims review
- MD TNO process build

## Flags/Blockers

- Simultaneous OOOs over Thanksgiving

## Look Ahead (Next Week + Month)

- JD OOO Mon 11/30
- JD in dep Dec 10-11
- Finalizing KPIs ahead of Dec Operating Review

## H2 KPIs & Priorities

| Headline Objectives |
|---|
| **Compliance excellence** <br> *Fulfill all BAU regulatory and compliance obligations, including timely and accurate delivery of reporting & payments, garnishments, and airport and regulatory audit support. This also includes making quality improvements to existing processes* |
| **Enable the business** <br> *Execute on the critical BAU compliance configuration functions we own to ensure business continuity and enable growth of new products, features and territories, while also minimizing friction for Earners (e.g. document & enforcement configurations). Partner to identify and unlock opportunities for supply growth* |
| **Document and enforcement accuracy** <br> *Drive improvements and innovation around compliance-related systems and tools by working with CommOps & RegOps and supporting compliance product rollouts to improve accuracy* |
| **Operational excellence, efficiency & centralization** <br> *Scale, streamline, automate, centralize and/or outsource compliance processes from our team, US&C RegOps and other US&C Rides Ops teams to realize efficiencies or improve the consistency of our compliance posture* |
| **Eliminate systemic risk** <br> *Proactively manage US&C Rides compliance process governance, compliance controls and compliance monitoring (incl. gaps and opportunities)* |

# West

## This Week's Updates

**CoreEx**

- Prop 22 Implementation
  - Steerco
  - Healthcare
  - Calls for UX
- Seattle pricing
- NV SOE next steps

**RegOps**

- Prop 22 Implementation
  - Deactivations
  - Training
- NV SOE next steps
- CA Annual report

## Flags/Blockers

**CoreEx**

**RegOps**

## Look Ahead
## (Next Week + Month)

**CoreEx**

**RegOps**

## H2 KPIs & Priorities

| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# North

## This Week's Updates

**Core Ex**

- NYS doc cliff incentives
- Impact of COVID restrictions and reduced budgets on marketplace dynamics & CP
- Portfolio of Cities stakeholder progression

**RegOps**

- NYS doc cliff
- Chi Ordinances
  - Head Tax
  - Delivery Fee
  - UA Tax Credit
- Earnings

## Flags/Blockers

**Core Ex**

**RegOps**

## Look Ahead (Next Week + Month)

**Core Ex**

- Chad OOO 11/24 and 11/25. I'll be around so call or text if you need me.

**RegOps**

- PP OOTO 12/2-12/4

## H2 KPIs & Priorities



### Core Priorities for H2

Recovery Insights & Rebuilding for Growth

Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety

# Drop-in Teams & Topics

Are there any teams or topics you'd like to hear more about from a relevant POC that "drops in" on one of our City Ops Leads meetings? [Think of this as similar to the IC+ discussion led by Caleb and Nick, or a new Safety Org overview provided by Jess.] Please drop any suggestions below, and we'll work to get occasional speakers to drop in on this meeting:

- Global Intelligence Team - Jaime Joel Jimenez presenting on 12/2
- Transit

# November 16, 2020

# Updates (Danielle)

- [US City Ops 2021 Planning](#)
- Danielle OOO 11/25-12/1
- Leads event - chocolate tasting class or happy hour. Please add your availability [here](#) (times in EST)
- COVID tracking & recovery
- WAV Regulatory Strategy Jam FYI

# Discussion Topics

- [Jack] Any consistent practices for how we celebrate team birthdays & Uberversaries (e.g. Kudos board or google doc for birthdays, but not Uberversary)
- [Jack] *Very open-ended* - As we get closer to having a vaccine, is there an opportunity to use our platform to deliver vaccinations or help w/ mass distribution (e.g. making readily available to drivers)

# US&C Rides Compliance Strategy & Operations

## This Week's Updates

- L3 starting Dec 7 & L4 Jan 19!
- Additional C2D MVP launches
- Team culture morale plan
- Kicking off grace period & conditional doc rollout

Other things

- FL Audit
- MD TNO revamp completed 11/12 (still some outstanding items)

## Flags/Blockers

- Simultaneous OOOs over Thanksgiving
- Rafael (L4) not starting till Jan 19
- Seattle back in lockdown (Beth and Kelsey impacted)

## Look Ahead (Next Week + Month)

- JD OOO Wed afternoon
- JD in dep Dec 10-11

## H2 KPIs & Priorities

| Headline Objectives |
|---|
| **Compliance excellence** *Fulfill all BAU regulatory and compliance obligations, including timely and accurate delivery of reporting & payments, garnishments, and airport and regulatory audit support. This also includes making quality improvements to existing processes* |
| **Enable the business** *Execute on the critical BAU compliance configuration functions we own to ensure business continuity and enable growth of new products, features and territories, while also minimizing friction for Earners (e.g. document & enforcement configurations). Partner to identify and unlock opportunities for supply growth* |
| **Document and enforcement accuracy** *Drive improvements and innovation around compliance-related systems and tools by working with CommOps & RegOps and supporting compliance product rollouts to improve accuracy* |
| **Operational excellence, efficiency & centralization** *Scale, streamline, automate, centralize and/or outsource compliance processes from our team, US&C RegOps and other US&C Rides Ops teams to realize efficiencies or improve the consistency of our compliance posture* |
| **Eliminate systemic risk** *Proactively manage US&C Rides compliance process governance, compliance controls and compliance monitoring (incl. gaps and opportunities)* |

# West

## This Week's Updates

**CoreEx**

- Prop 22 implementation
- Seattle pricing
- Hiring

**RegOps**

- CA annual report
- SEA earnings report implementation
- Prop 22 implementation

## Flags/Blockers

**CoreEx**

**RegOps**

## Look Ahead (Next Week + Month)

**CoreEx**

- 16 Implementation

**RegOps**

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# North

## This Week's Updates

**Core Ex**

- Chi Earnings Meeting
- City <> Central BB
- Portfolio of Cities: Non-City Ops Buy-in
- COVID Restrictions & Impact on forecasts, operations, etc
- Launch of Premier in NYCS

**RegOps**

- Chi Earnings Next Steps
- Chi Proposed Ordinances
- NY Doc Cliff
- Lyft 1.10 Doc Fraud

## Flags/Blockers

**Core Ex**

**RegOps**

- Hiring Chi-based L3 RegOps
- Fadia >> NE
- Case >> MW
- Rachel >> TriPAD

## Look Ahead (Next Week + Month)

**Core Ex**

- David OOO 11/19
- Chad OOO 11/20

**RegOps**

- Paul OOO 11/19-11/20

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety |

**Slide 464**

**19**          Update
             Chad Dobbs, 11/16/2020

# South

## This Week's Updates

**Team-wide**

- Hiring
  - 2 RegOps (moving to recruiter phone screen)
  - 1 CoreX

**CoreX**

- CoreX RegOps responsibilities
- ATL WAV Pilot next steps
- FTM and P&L review
- Surge sensitivity market mapping exercise
- Vince handover and GM wrap up

**RegOps**

- TNO Revamp
- FL Audit

## Flags/Blockers

**Team-wide**

- Vince is leaving Uber
- Continue to be resource constrained

**CoreX**

- UDA pilot was halted due to anomalies - redeploying on 11/19

**RegOps**

## Look Ahead (Next Week + Month)

**Team-wide**

- Depositions
  - Mark - Dec 9/10, Jan 11/12
  - Vince - Dec 3/4, Dec 17/18, Jan 21/22

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# Drop-in Teams & Topics

Are there any teams or topics you'd like to hear more about from a relevant POC that "drops in" on one of our City Ops Leads meetings? [Think of this as similar to the IC+ discussion led by Caleb and Nick, or a new Safety Org overview provided by Jess.] Please drop any suggestions below, and we'll work to get occasional speakers to drop in on this meeting:

- Global Intelligence Team - Jaime Joel Jimenez presenting on 12/2
- Transit

# November 9, 2020

# Updates (Danielle)

- Prop 22 outcome
- Skip-levels being scheduled starting next week
- City Ops All Hands
  - Going to make ~monthly going forward
  - Next one will be mostly focused on P22 outcome & Slido, as well as a business update
  - POC from any of your teams who wants to help lead these going fwd?

# Discussion Topics

- [Jen] US City Ops Holiday Gift Exchange
- [Jen] Need a new PM for our City Ops All Hands
- [Jack] Prop 22 implementation - saw in Adam's email implementaiton b/w Nov 25 - Dec 1. Is there a project plan for any compliance-related needs? (got a few OOOs coming up)
- [David] Going to coordinate with Camiel this week on potential Marketplace <> City Brown Bag prior to Thanksgiving

# West

## This Week's Updates

**CoreEx**

- Prop 22 implementation
- Portland Pricing

**RegOps**

- Prop 22 implementation
- CPUC report next steps
- Portland & Gresham
- NV surge cap & onboarding
- Long-term strategy for multiple markets

## Flags/Blockers

**CoreEx**

**RegOps**

## Look Ahead (Next Week + Month)

**CoreEx**

- Nov 25 - Dec 1 Implementation!

**RegOps**

- Peter OOO Friday

## H2 KPIs & Priorities

| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# North

## This Week's Updates

**Core Ex**

- NYCS Premium Launch
- NYC WAV
- CP Analysis
- MA Legislative Ping Pong (Fee & Surge)

**RegOps**

- Chi Earnings Study
- Chi Doc Cliff vehicles
- Gegen stickers & arrears
- 1.10 Doc Fraud names

## Flags/Blockers

**Core Ex**

- Likely intentional after the Prop 22 victory, a NJ assessment for employment related back taxes owed by Lyft was leaked (article)
- COVID Measures

**RegOps**

## Look Ahead
## (Next Week + Month)

**Core Ex**

- Chad OOO 11/13
- David OOO 11/19

**RegOps**

- Paul OOO 11/18-11/20

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety |

# South

## This Week's Updates

**Team-wide**

- Hiring - RegOps (L3, L4)

**CoreEx**

- Tropical Storm Eta
- UDA first 7 markets went live today (9 next week)
- CoreX takes on additional RegOps responsibilities starting this week
  - Triage legal/policy issues
  - Process execution and ownership
- Misc:
  - GM deck sent to Ops & S&P leadership for review
  - ATL WAV leadership sync scheduled for next week

**RegOps**

- TNO Revamp
  - Goes live 11/12
- FL Audit

## Flags/Blockers

**Team-wide**

- Overall team under resourced until 2 RegOps backfilled

**CoreEx**

**RegOps**

## Look Ahead (Next Week + Month)

**Team-wide**

- Depositions
  - Mark - Dec 9/10, Jan 11/12
  - Vince - Dec 3/4, Dec 17/18, Jan 21/22

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# US&C Rides Compliance Strategy & Operations

## This Week's Updates

- Hiring
- Supporting C2D initiative
- Oct R&P cycle
- Updates on DAC product rollouts
- Socialized team roadmap and intro deck

Other things

- FL Audit
- MD TNO revamp implementation 11/12

## Flags/Blockers

- First L4 offer decline, (but 2nd offer accepted today!)

## Look Ahead (Next Week + Month)

- Not many weeks left in the year!
- Thinking about ways to reduce SPOF risk (e.g. bulk doc actions)

## H2 KPIs & Priorities

### Headline Objectives

**Compliance excellence**
*Fulfill all BAU regulatory and compliance obligations, including timely and accurate delivery of reporting & payments, garnishments, and airport and regulatory audit support. This also includes making quality improvements to existing processes*

**Enable the business**
*Execute on the critical BAU compliance configuration functions we own to ensure business continuity and enable growth of new products, features and territories, while also minimizing friction for Earners (e.g. document & enforcement configurations). Partner to identify and unlock opportunities for supply growth*

**Document and enforcement accuracy**
*Drive improvements and innovation around compliance-related systems and tools by working with CommOps & RegOps and supporting compliance product rollouts to improve accuracy*

**Operational excellence, efficiency & centralization**
*Scale, streamline, automate, centralize and/or outsource compliance processes from our team, US&C RegOps and other US&C Rides Ops teams to realize efficiencies or improve the consistency of our compliance posture*

**Eliminate systemic risk**
*Proactively manage US&C Rides compliance process governance, compliance controls and compliance monitoring (incl. gaps and opportunities)*

# Drop-in Teams & Topics

Are there any teams or topics you'd like to hear more about from a relevant POC that "drops in" on one of our City Ops Leads meetings? [Think of this as similar to the IC+ discussion led by Caleb and Nick, or a new Safety Org overview provided by Jess.] Please drop any suggestions below, and we'll work to get occasional speakers to drop in on this meeting:

- Global Intelligence Team - Jaime Joel Jimenez presenting on 12/2
- Transit

# November 1, 2020





# Updates (Danielle)

- Skip-Level 1:1s
  - Quarterly
  - Would like to do more regular touch points in certain situations (e.g., high performers, L5s); please fill out this spreadsheet by EOW
- Feedback on Talent Review going into next session?
- Election Day This Week & Prop 22
- OneOps AH switching to Thursday 11/5
- Team Events

# Discussion Topics

- [Chad] How can we continue to make the weekly Project Rebound meeting most effective?
  - [Mark] I met with Andres last Friday to discuss best timing of our input into their processes, and marketplace feedback generally (after being rebuffed a few times) - I have some ideas on this (was going to raise in today's meeting - great timing)
- [Chad] Ex-City Ops Roundtable. Still need some input in the doc. May settle on having four people join. Preference of week of November 16 or November 30?
- [Jack] uber.com regulatory page page scan AI for @RegOps - I'll send something around to RegOps, but tl;dr is that our generic regulatory page has incorrect info and city-specific pages could be missing some info we're required to show (e.g. per permit applications, regs, other representations we've made to regulators), in 58 cities. Hoping to close out by end of Nov
- [Jen] Here's a helpful deck the expense team presented to EAs back in Jan, it's more cut and dry than teamdot is in regards to employee morale.
- [Peter] Newsletter delayed - look for an email kicking off the process today
- [Chad] What's the latest on expense policies related to team events / meals / swag / etc?

# North

## This Week's Updates

**Team-wide**

- Election monitoring & spillover from Prop 22, including Chicago collaboration with City
- Chicago Earnings Study

**Core Ex**

- NYC IR Slides
- P&L Review follow-ups (NYC WAV, impact of increased COVID restrictions)
- Doc Cliffs Monitoring

**RegOps**

- On cliff's edge
- 1.10 audit dry run
- CORI Eng
- Gegen stickers & arrears

## Flags/Blockers

**Core Ex**

**RegOps**

- Personnel and responsibility shifts

## Look Ahead (Next Week + Month)

**Core Ex**

- Chad OOO 11/13

**RegOps**

## H2 KPIs & Priorities



### Core Priorities for H2

Recovery Insights & Rebuilding for Growth

Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety

**Slide 480**

**20**    Update
Chad Dobbs, 11/2/2020

# South (WIP)

## This Week's Updates

**Team-wide**

- Hiring - South RegOps roles posted (L3, L4)

**CoreEx**

- Election Protest Monitoring (plan)
- Growth markets final revisions from Steerco feedback
- Closing out market investigations: RVA, HRVA, CHS
- Revamped team metrics monitoring and investigation process
- UDA delayed due to unrelated outages last Friday **-** new launch date this Wed

**RegOps**

- RegOps responsibilities transfer to Core X team
- FL Audit
- TNO Revamp

## Flags/Blockers

**CoreEx**

- Mark OOO on Wed
- Chris OOO this week (planned vacation)

**RegOps**

- Sang's last day this Friday

## Look Ahead (Next Week + Month)

**Team-wide**

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# Compliance Strategy & Operations (<< notice the rebrand?!)

## This Week's Updates

- Hiring – offer out for L4 role; restarting L3 process
- Supporting C2D (courier to driver) MVP test in 10 cities
- Socializing team rebrand and OKRs
- Kicking off monthly R&P cycle
- Expecting first cut of DAC 2021 product roadmap this week

Other things

- TNO revamp
- FL audit

## Flags/Blockers

- Hiring speed – unfortunately Jordan declined L3 role
- Unexpected P0s each week for docs & enforcement work - thinking longer-term about whether more Ops should have extra tools access

## Look Ahead (Next Week + Month)

- @Jack in deposition Friday / prep on Thursday
- Plan for first Operating Review
- Team culture / morale events

## H2 KPIs & Priorities

### Headline Objectives

**Compliance excellence**
Fulfill all BAU regulatory and compliance obligations, including timely and accurate delivery of reporting & payments, garnishments, and airport and regulatory audit support. This also includes making quality improvements to existing processes

**Enable the business**
Execute on the critical BAU compliance configuration functions we own to ensure business continuity and enable growth of new products, features and territories, while also minimizing friction for Earners (e.g. document & enforcement configurations). Partner to identify and unlock opportunities for supply growth

**Document and enforcement accuracy**
Drive improvements and innovation around compliance-related systems and tools by working with CommOps & RegOps and supporting compliance product rollouts to improve accuracy

**Operational excellence, efficiency & centralization**
Scale, streamline, automate, centralize and/or outsource compliance processes from our team, US&C RegOps and other US&C Rides Ops teams to realize efficiencies or improve the consistency of our compliance posture

**Eliminate systemic risk**
Proactively manage US&C Rides compliance process governance, compliance controls and compliance monitoring (incl. gaps and opportunities)

# West

## This Week's Updates

**CoreEx**

- Prop 22 SteerCo followups
  - AR mitigations
  - Final Pricing
  - Comms
- Seattle pricing
- Nevada surge caps
- Hiring / Interviews continued

**RegOps**

- CPUC annual report deficiency correction
- Nevada regs x2
- Livery reviews x2
- Prop 22 prep
- Ombuds process PDX
- Gresham regs

## Flags/Blockers

**CoreEx**

**RegOps**

- Deposition W/Th

## Look Ahead (Next Week + Month)

**CoreEx**

**RegOps**

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |

# Drop-in Teams & Topics

Are there any teams or topics you'd like to hear more about from a relevant POC that "drops in" on one of our City Ops Leads meetings? [Think of this as similar to the IC+ discussion led by Caleb and Nick, or a new Safety Org overview provided by Jess.] Please drop any suggestions below, and we'll work to get occasional speakers to drop in on this meeting:

- Safety Org Overview (Eric) - 10/26
- Global Intelligence Team
- Transit
-

# October 26th, 2020

# Updates (Danielle)

- CA
- Talent Reviews

# Discussion Topics



- [Chad] For the Ex-City Ops Roundtable, I've bucketed the potential panelists into five groups. The plan is to ask one person from each bucket. Would love your feedback on best options from each group. Add any comments to the doc by EOD today.
- [Chad] There are a few Halloween monitoring slots that we need filled. Please encourage folks on your teams to sign up, thanks! (doc)
- [Jack] Reminder - monthly City Ops newsletter planned send is 11/5. @Peter is scheduled to run. Process here
- [Jack] Onboarding plans for new hires - please share anything you've used recently!

Slide 487

9          @paulp@uber.com
          Paul Picinich, 10/26/2020

# West

## This Week's Updates

CoreEx

- Prop 22 Campaign
- Prop 22 Steerco
- NV Action items
- Interviews
- NUber onboarding

RegOps

- CA Annual Report "Deficiencies"
- Livery audits
- Prop 22 Implementation
- Nevada business

## Flags/Blockers

CoreEx

RegOps

- Maxed out on CA

## Look Ahead (Next Week + Month)

CoreEx

RegOps

## H2 KPIs & Priorities

| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# North

## This Week's Updates

**Core Ex**

- City-level CP
- Halloween Monitoring
- NYC Car Seat
- NYCS Premium deprecation, Premier launch
- NYC IR Slides
- Chicago Earnings
- CHI & BOS cliffs
  - 15% CHI
  - 3.9% BOS

**RegOps**

- Compensation Report in Chi
- Labor campaign consolidation
- Gegen arrears plan launched
- CORI <> Uber eng

## Flags/Blockers

**Core Ex**

- COVID Restrictions

**RegOps**

- DWu internal transfer

## Look Ahead (Next Week + Month)

**Core Ex**

- Chad OOO 11/13

**RegOps**

## H2 KPIs & Priorities



### Core Priorities for H2

Recovery Insights & Rebuilding for Growth

Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety

**Slide 489**

**21**          Update
             Chad Dobbs, 10/26/2020

# South

| This Week's Updates | Flags/Blockers | Look Ahead (Next Week + Month) |
|---|---|---|
| **CoreEx**<br><br>**RegOps** | **CoreEx**<br><br>**RegOps** | **Team-wide**<br>• Vince in Deposition Nov 4/5 |

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# Controls Monitoring

## This Week's Updates

- Hiring - offer out to Jordan Yergler (SPOT) for L3 role; L4 debrief Tuesday
- DAC product planning - continue to engage with product
- Ops plan for grace period & conditional doc rollouts
- Ops plan for itemized processing + rule automation
- Internal team planning - draft Q4 + 2021 roadmap
- Aligning with GSAT on their plans for market assessments in Q4 and 2021

## Flags/Blockers

- ...

## Look Ahead (Next Week + Month)

- Onboarding plans for new hires [please share anything you've used recently'
- Sharing out team OKRs & mission

## H2 KPIs & Priorities

| Headline Objectives |
|---|
| **Compliance excellence**<br>*Fulfill all BAU regulatory and compliance obligations, including timely and accurate delivery of reporting & payments, garnishments, and airport and regulatory audit support. This also includes making quality improvements to existing processes* |
| **Enable the business**<br>*Execute on the critical BAU compliance configuration functions we own to ensure business continuity and enable growth of new products, features and territories, while also minimizing friction for Earners (e.g. document & enforcement configurations). Partner to identify and unlock opportunities for supply growth* |
| **Document and enforcement accuracy**<br>*Drive improvements and innovation around compliance-related systems and tools by working with CommOps & RegOps and supporting compliance product rollouts to improve accuracy* |
| **Operational excellence, efficiency & centralization**<br>*Scale, streamline, automate, centralize and/or outsource compliance processes from our team, US&C RegOps and other US&C Rides Ops teams to realize efficiencies or improve the consistency of our compliance posture* |
| **Eliminate systemic risk**<br>*Proactively manage US&C Rides compliance process governance, compliance controls and compliance monitoring (incl. gaps and opportunities)* |

# Drop-in Teams & Topics

Are there any teams or topics you'd like to hear more about from a relevant POC that "drops in" on one of our City Ops Leads meetings? [Think of this as similar to the IC+ discussion led by Caleb and Nick, or a new Safety Org overview provided by Jess.] Please drop any suggestions below, and we'll work to get occasional speakers to drop in on this meeting:

- Safety Org Overview (Eric) - 10/26
- Global Intelligence Team
- Transit
-

# October 19th, 2020

# Updates (Danielle)

- CA/Prop 22 Update
- Talent Review
- Upcoming Fireside Chat - Questions
- Holiday Gifting

# Talent Review

- **In Scope:**
  - L4 Managers, L5-L6 Managers - ICs
  - Employees not meeting expectations L2+
  - YE20 Pre-Promo nominations L2+
- **Week of October 19:** Complete Talent Review spreadsheet (Danielle to send template to fill out)
- **Monday, October 26 @ 9AM CT:** Danielle to send info to Sarfraz/Christine
- **Week of October 26:** Talent Forum Sessions

Next Steps:

- **By 12PM CT / 10AM PT, Friday, Oct 23:** Send Danielle spreadsheet that fit aforementioned criteria
- **Thurs, Oct 29:** Broader City Ops talent review to be scheduled to review full team. Have spreadsheet filled out before then w/ all L3/L4s

# Discussion Topics

- [David] City <> Central Marketplace brown bag in next few weeks?
- [Jack] POC for Nov 3 elections? Responsibilities:
  - Initial pre-planning on surge caps, comms, curfews, etc
  - Project manage US response leveraging existing resources if situation warrants
- [Chad] Any additional info on a potential Talent Review?
- [Chad] Seeking input for panelists for the Ex-City Ops Roundtable. Current list is heavily skewed toward NYC / the northeast. Please provide any input by EOD Thursday (10/22).
  - Mark: Added a couple of former DC/SE folks just now
- [Mark] FYI - Discovered Black outage in ES/BAL, may be due to Horizon. Working with Dan Shaer + team to resolve

# North

## This Week's Updates

**Team-wide**

- Operating Review

**Core Ex**

- DET Rates
- BOS NPI
- NYC IR Slides
- City-Level CP

**RegOps**

- Frozen rulemaking
- MA Fee upping to $1
- DPU Eng <> Uber Eng
- Doc cliffs
- Labor calls

## Flags/Blockers

**Core Ex**

- GI team is not able to share city-level utilization data, as they're not confident in the sample size

**RegOps**

- Personnel shifts

## Look Ahead (Next Week + Month)

**Core Ex**

**RegOps**

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety |

# South

## This Week's Updates

**CoreEx**

- GM strategy draft complete this week
- FTM - Reviewing preliminary opportunity areas w/Finance
- UDA - launching next week (Prod. delay)
- ATL WAV - proposal complete, securing approvals

**RegOps**

- Caitlin's departure
  - Backfilling L4
  - Reallocating RegOps work across the team
- FL Audit
  - Phase 4 submission this week
  - Chris stepping in for Caitlin
- KY Audit - Closing out
- TNO revamp

## Flags/Blockers

**CoreEx**

- Chris dedicating significant time to FL Audit through next 4-5 weeks

**RegOps**

- Caitlin leaving the team Oct 23

## Look Ahead (Next Week + Month)

**Team-wide**

- Mark in Deposition October 22/23
- Vince in Deposition Nov 4/5

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# Controls Monitoring

## This Week's Updates

- Bottoms-up Driver Access Compliance Product planning
- Hiring - finalize L3 role; 3x L4 onsites this week
- Team planning day 2 on Thursday

## Flags/Blockers

- ...

## Look Ahead (Next Week + Month)

- New Leader Assimilation - Oct 23 (rescheduled)
- Vision / planning part 2 - Thursday

## H2 KPIs & Priorities - TO BE REFINED

| Headline KPIs (WIP) | |
|---|---|
| Document excellence<br>- Processing accuracy<br>- SLAs | tbd |
| Enforcement excellence<br>- Compliant trip rate<br>- Trait minimization | tbd |
| Manual process ownership<br>- Reporting & payment error rate<br>- Garnishments error rate<br>- Manual hours saved | tbd |
| Compliance excellence<br>- GSAT/NatAudit recs actioned<br>- Process catalogue update % | |
| Core Priorities for H2 | |

# West

## This Week's Updates

CoreEx

- Prop 22 Implementation
- Prop 22 Campaign
- Seattle Implementation
- Onboarding nUber
- Funnel for new markets
- MSP followups

RegOps

## Flags/Blockers

CoreEx

RegOps

## Look Ahead
## (Next Week + Month)

CoreEx

RegOps

- Peter Deposition + OOO week of October 19th

## H2 KPIs & Priorities

| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# Drop-in Teams & Topics

Are there any teams or topics you'd like to hear more about from a relevant POC that "drops in" on one of our City Ops Leads meetings? [Think of this as similar to the IC+ discussion led by Caleb and Nick, or a new Safety Org overview provided by Jess.] Please drop any suggestions below, and we'll work to get occasional speakers to drop in on this meeting:

- Safety Org Overview (Jess & Eric) - 10/26
- Global Intelligence Team
- Transit
-

# October 12th, 2020

Weekend highlights?

# Updates (Danielle)

- Next steps in CA
- LA deep dive
- City-level CP - CA, MA, Phoenix, Vegas
- Upcoming Sarfraz fireside chat
- US City Ops Culture

# Discussion Topics

- [Chad] FYI that I'm trying to get my hands on city-specific U vs. L utilization data, which I think could be quite helpful to understand our relative supply position. Will let you know what I find.
- [David] How are we / central balancing CP vs Trip RR? What is the plan for pulling away the punch bowl?

# West

## This Week's Updates

**CoreEx**

- LA reliability
- Prop 22 Implementation (Pricing and Luigi)
- Seattle Implementation
- Interviews and colin onboarding
- Recovery and reliability

**RegOps**

- CA WAV submissions & advice letters
- CA Livery audit
- Seattle ordinance implementation
- Prop 22 implementation

## Flags/Blockers

**CoreEx**

- Very limited bandwidth this week especially

**RegOps**

- Hallie OOO this week
- Daniel/Ben OOO next week

## Look Ahead (Next Week + Month)

**CoreEx**

- Danielle OOO Oct 16-18

**RegOps**

- Peter OOO Oct 15-16
- Deposition + OOO week of October 19th
- Prop 22 resourcing

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# North

## This Week's Updates

**Team-wide**

- Operating Review prep

**Core Ex**

- NYC Cruising Cap analysis
- NYC WAV incentive change evaluation
- North CP evaluation
- Portfolio of Cities
- DET Considerations
- IL Launch follow-ons

**RegOps**

- NYC litigation
- Gegen
- NYC & CHI Labor calls
- MA & CHI doc cliffs

## Flags/Blockers

**Core Ex**

- We've seen some overcorrection of incentive allocation, with dollars moving from rider to driver, leading to session and trip declines in very well supplied markets (Chicago, NYC)

**RegOps**

- Flux role open!

## Look Ahead (Next Week + Month)

**Core Ex**


**RegOps**


## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety |

# South

## This Week's Updates

**Team-wide**

- N/A

**CoreEx**

- GM strategy revision (next draft complete this week)
- Atlanta WAV cost estimation
- Uber Charter DC + Dallas onboarding
- FTM – Aligning on opportunity areas this week
- UDA final launch preparation (CRM, final product alignment)

**RegOps**

- NC Tax threat - Call with NC Transportation Commission this week
- Florida Audit - need to develop contingency plan given Caitlin's departure
- TNO Revamp

## Flags/Blockers

**CoreEx**

**RegOps**

- Caitlin leaving the team Oct 23 (haven't shared with South yet).

## Look Ahead (Next Week + Month)

**CoreEx**

- Mark in Deposition October 22/23

**RegOps**

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# Controls Monitoring

## This Week's Updates

- Bottoms-up Driver Access Compliance Product planning **- Thurs** deadline for initial prioritization
- Hiring **-** debrief this week for L3 role; L4 interviews to continue
- Reporting + payment cycle
- Finalize Quebec reg changes

FYI

- New CM 1-pager

## Flags/Blockers

- Quick turnaround on DAC product requests
- Unsupported product requests - trying to find owners

## Look Ahead (Next Week + Month)

- OTG Tuesday afternoon
- New Leader Assimilation - Oct 16
- Vision / planning part 1 - Thursday
- Vision / planning part 2 - Next Thursday

## H2 KPIs & Priorities - TO BE REFINED

| Headline KPIs | |
|---|---|
| Document excellence<br>- Processing accuracy<br>- SLAs | tbd |
| Enforcement excellence<br>- Compliant trip rate<br>- Trait minimization | tbd |
| Manual process ownership<br>- Reporting & payment error rate<br>- Garnishments error rate<br>- Manual hours saved | tbd |
| Compliance excellence<br>- GSAT/NatAudit recs actioned<br>- Process catalogue update % | |

| Core Priorities for H2 |
|---|
| |

# Drop-in Teams & Topics

Are there any teams or topics you'd like to hear more about from a relevant POC that "drops in" on one of our City Ops Leads meetings? [Think of this as similar to the IC+ discussion led by Caleb and Nick, or a new Safety Org overview provided by Jess.] Please drop any suggestions below, and we'll work to get occasional speakers to drop in on this meeting:

- Safety Org Overview (Jess & Eric) - 10/26
- Global Intelligence Team
- Transit
-

# October 6th, 2020

## Updates (Danielle)

- Recap feedback from Friday's Team Day

- CP & Pricing Update

- Operational rigor & getting back to basics (e.g., supply hour growth / reliability, price, core experience, safety)

- Flux opportunities

- Talent reviews to be scheduled

# Discussion Topics

- [Chad] Lyft price changes. Are there other markets beyond Detroit that we should investigate a driver rate change?
- [Chad] Pricing & Reliability exercise proved that Needham report methodology was flawed. Any thoughts or questions on the readout?
  - [Mark] Nice work! How does this info filter back to IR?
- [Paul] "Drop-in" Teams & Topics (see final slide this week).
- [Mark] Wanted to flag again for Andres. Does anyone have availability for Halloween monitoring?
- [David] Do we know how we will deploy incremental NETR from our impending rate changes?

# North

## This Week's Updates

**Team-wide**

- Pulse Survey action plan

**Core Ex**

- NY BCF increase impact on Finance projections
- City-level CP deep dive
- NYC Recovery relative to taxi / transit / etc
- IL Tile Expansion
- Portfolio of Cities

**RegOps**

- MA TNC VI
- CHI
- MA Data Sharing

## Flags/Blockers

**Core Ex**

**RegOps**

- DPU requesting CORI Consent Date

## Look Ahead (Next Week + Month)

**Core Ex**

- David OOO Thu and Fri

**RegOps**

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety |

# South

## This Week's Updates

**Team-wide**

- Pulse Survey follow ups
- Hurricane Delta (the 25th named storm of the season)

**CoreEx**

- UDA final launch preparation
- GM strategy revision
- Atlanta WAV regroup w/Policy + Rider
- Uber Charter DC + Dallas onboarding
- FTM

**RegOps**

- NC tax threat
- TNO Revamp
- FL audit
- Georgia data sharing (GDOT)

## Flags/Blockers

**CoreEx**

- Hurricanes require significant bandwidth % with smaller team

**RegOps**

- Djevna had final round interview for Vehicles role

## Look Ahead (Next Week + Month)

**CoreEx**

- Mark in Deposition October 22/23

**RegOps**

## H2 KPIs & Priorities

| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# Controls Monitoring

## This Week's Updates

- Hiring - 3 onsites, 3 HM zooms this week
- Bottoms-up 2021 driver product planning
- October prioritization exercise
- Black/livery work prioritization
- Launching Q4/2021 team planning

FYI

- New CM 1-pager

## Flags/Blockers

- Limited bandwidth will force us to evaluate what's truly business critical >> also exploring 1 or 2 Flux assignments

## Look Ahead (Next Week + Month)

- New Leader Assimilation - Oct 16
- Full Q4/2021 planning exercise

## H2 KPIs & Priorities

tbc

# West

## This Week's Updates

CoreEx

- LA reliability sprint
- Prop 22 Implementation
- Prop 22 Campaign
- Seattle Implementation
- Backfill interviews

RegOps

- CA livery request
- Prop 22 workstreams
- Seattle implementation
- AZ Livery Investigations
- VS launches/tile launch

## Flags/Blockers

CoreEx

RegOps

## Look Ahead (Next Week + Month)

CoreEx

- Danielle OOO Oct 16-19

RegOps

- Peter OOO Oct 15-16
- Deposition + OOO week of October 19th

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# Drop-in Teams & Topics

Are there any teams or topics you'd like to hear more about from a relevant POC that "drops in" on one of our City Ops Leads meetings? [Think of this as similar to the IC+ discussion led by Caleb and Nick, or a new Safety Org overview provided by Jess.] Please drop any suggestions below, and we'll work to get occasional speakers to drop in on this meeting:

- Safety Org Overview (Jess & Eric) - 10/26
- Global Intelligence Team
- Transit

# September 28, 2020

# Updates (Danielle)

- Updates on goals vs. plan (Danielle + Varun)
- Regulatory Focus Areas: Seattle, CA, MA
- Operating reviews
- Headcount FYI
- Sarfraz fireside chat
- Culture survey feedback - US&C - Working with other teams

# US Recovery Goals

Sep 29, 2020



# Trip Recovery Goals



# Demand Goals



# Demand Goals (Sample Calculation)



**Session RR Calculation for North (week of 9/28)**

# Discussion Topics

- [Chad] Has there been any more discussion on a relaunch of Pool? Regardless of the timeline, how should City Ops work with Central Ops on potential product changes (geo changes, not relaunching in certain markets, etc) upon relaunch?
- [Mark] Andres has reached out to ask if City Ops can support Halloween and NYE planning/monitoring. Currently Jane, Erik from Marketplace and Cady from Driver are supporting. Highest priority ask is for someone to coordinate monitoring (L3 or L4); secondary ask is someone to support reporting
- [Mark] Update on conversation with Cady on Demand Comms
- [Jen] Virtual team building ideas for your teams

# West

## This Week's Updates

**CoreEx**

- Prop 22 Implementation
- Prop 22 Campaign
- City Tile Launches
- Seattle Next Steps
- NV SOE
- Forecasting updates

**RegOps**

- Prop 22 Implementation
- CA Accessibility
- CPUC DR Strategy
- PNW Support + Docs
- VS + Tile Launches

## Flags/Blockers

**CoreEx**

**RegOps**

- Onboarding new legal POC for PNW + CA

## Look Ahead (Next Week + Month)

**CoreEx**

- Danielle OOO Oct 16-19

**RegOps**

- Peter OOO Oct 15-16
- Deposition Week of October 19th

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# North

## This Week's Updates

**Team-wide**

- Pulse Survey action plan

**Core Ex**

- City-level CP deep dive
- NYC Cruising Cap Analysis
- US Pricing & Reliability
- Portfolio of Cities
- IL Expansion
- Skokie Litigation

**RegOps**

- FOIA situation in Chi
- MA Audit
- MA TNC VIs

## Flags/Blockers

**Core Ex**

- Pricing & Reliability: initial data suggests that we're at a ETA deficit to Lyft. We're validating that by increasing the sample size and also exploring whether Lyft is artificially deflating ETAs.

**RegOps**

- Greg on health-related leave; Flux / CommOps resourcing

## Look Ahead (Next Week + Month)

**Core Ex**

**RegOps**

## H2 KPIs & Priorities



### Core Priorities for H2

Recovery Insights & Rebuilding for Growth

Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety

# South

## This Week's Updates

Team-wide

- Pulse survey readouts

CoreEx

- GM/Suburbs strategy - discussion draft this week
- Atlanta WAV - draft proposal this week
- FTM - structural analysis (Chris taking first pass, w/Mark leaning in)

RegOps

- FL audit
- NC tax threat
- TNO revamp
- Texas Recovery Fee Launch 10/1

## Flags/Blockers

CoreEx

RegOps

## Look Ahead (Next Week + Month)

CoreEx

RegOps

- Jack D <> Mark transition on Oct 1

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# Controls Monitoring

## This Week's Updates

- Jack officially starting 10/1
- Finalizing most doc work transitions (Livia > Beth)
- Roadmap refresh for next few weeks
- Resource asks to Safety Ops
- Hiring
- 20201 Product Planning - ask to come for bottoms-up planning

## Flags/Blockers

- Team bandwidth
- Plan for longer-term areas of ownership (e.g. insurance claims, T&Cs, trade dress)

## Look Ahead (Next Week + Month)

- Full H2 roadmap refresh (input into 2021 planning)

## H2 KPIs & Priorities

tbc

# September 21, 2020

# New Demand Goal

10 mins - Varun

# Demand Goals



# Demand Goals



# Demand Goals



# How do we Approach RR Targets with Revised Finance Projections?



## Updates (Danielle)

- [Culture Survey Results Review](#)

- L5 IC 1:1s

- Safety/Compliance transition will officially happen late next week

- Niraj and the Rider Ops team pulled together [this interview proposal](#) to assess Excel experience in place of the analytics test to better comply with OFCCP guidelines. Eats and CommOps are aligned with getting rid of the analytics test in the US in favor of the Excel RPS questions as well, but Recruiting wants to make sure that there's consistency across Ops / S&P functions in-region

  - Question: Are we comfortable with using the analytics-related questions (in the proposal above) instead of the Analytics test?

- CA + MA

- Demand growth - NPI, suburban strategy

- 2021 Planning

# Culture Survey Results

## US City Ops

**Uber**

*Attorney Client Privileged & Confidential*
*Prepared At Direction of Counsel*

# Timeline

**Survey Ended**
Aug 31

**Company-wide results &
action plan shared**
Sep 15



**Survey Opened**
Aug 17

**Manager dashboards &
resources released**
Sep 11

**Managers discuss results &
create action plans**
Now

# Team's overall satisfaction and engagement were below both US&C Rides and Global Rides.

## OSat:

| US City Ops | US&C Ops | Global Rides |
|:-----------:|:--------:|:------------:|
| **58%** | 64% | 68% |

## Engagement:

| US City Ops | US&C Ops | Global Rides |
|:-----------:|:--------:|:------------:|
| **51%** | 58% | 63% |

# Team's Well Being and Well Being (Work Sustainability) scores were mixed relative to US&C Ops.

## Well-Being

*How have you been feeling in general?*

| US City Ops | US&C Ops | Global Rides |
|-------------|----------|--------------|
| 32% | 30% | 36% |

## Well-Being (Work Sustainability)

*How are you feeling about your current work arrangements?*

| US City Ops | US&C Ops | Global Rides |
|-------------|----------|--------------|
| 32% | 38% | 33% |

# Strengths Identified

| Area | US City Ops | US&C Ops | Delta |
|---|---|---|---|
| **Performance Management**<br>*Performance issues are dealt with effectively* | 53% | 41% | +12% |
| **Benefits**<br>*The employee benefits I have meet my needs* | 78% | 72% | +6% |
| **Employee Voice**<br>*I give suggestions about how to make our team better, even if others disagree* | 86% | 83% | +3% |
| **Stress**<br>*I believe my workload is reasonable overall* | 59% | 57% | +2% |

# Opportunities

| Area | US City Ops | US&C Ops | Delta |
|------|-------------|----------|-------|
| **Informal Connections**<br>*My team has done a good job keeping up with informal connections* | 47% | 65% | -18% |
| **Trust**<br>*I trust my team (i.e., the group of people who report into the same manager) at Uber* | 71% | 86% | -15% |
| **Pay**<br>*I feel my pay is competitive compared to people doing similar jobs in other companies* | 11% | 24% | -13% |
| **Advocacy**<br>*I would recommend this company to people I know as a great place to work* | 42% | 54% | -12% |

# Observations From Qualitative Feedback

**(+)** Investment in Uber's mission

**(+)** Appreciation for Uber's WFH policy during COVID; appreciation for flexible work arrangements

**(+)** Ability to re-prioritize and focus on the right things post layoffs; resiliency across teams

**(+)** Autonomy

**(-)** Compensation + career pathing

**(-)** While some employees appreciate the WFH + flexible arrangements, there's also some feelings of frustration -- e.g., feelings of working in silos, desire to foster more informal connections with teammates without in-office environment, difficulties in balancing caretaker responsibilities with job responsibilities, etc.

**(-)** Layoffs + feelings of being bandwidth-constrained

**(-)** Need for improved decision making clarity - particularly b/w Central Ops and City Ops

# Discussion

What about the results makes you feel proud?

What about the results surprises you? Why?

Which area(s) that we just reviewed resonate with your individual team? Which don't?

We had previously aligned on tackling Culture Survey results at the team-level. Does this continue to make sense to you all? Why/why not?

# Discussion Topics

- [Jack] (have to leave meeting early) - City Ops newsletter. Targeting 10/1 send. Main next step: finalize project list by EOW (POC this month is @Chad)

# North

## This Week's Updates

**North-wide**

- Pulse Survey readout and action plan

**Core Ex**

- Cruising Cap Analysis
- IDG contract analytical support
- Competitive Price & Reliability Evaluation
- IL Labor

**RegOps**

- Gegen directional decision alignment
- Labor slides <> Finance
- IL Labor driver calls

## Flags/Blockers

**Core Ex**

**RegOps**

- Personnel changes

## Look Ahead (Next Week + Month)

**Core Ex**

**RegOps**

## H2 KPIs & Priorities



### Core Priorities for H2

Recovery Insights & Rebuilding for Growth

Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety

# South

## This Week's Updates

**CoreEx**

- Pulse Survey read out
- South Operating Review
- GM/Suburbs strategy
- ATL WAV proposal
- UberCharter DC/DAL

**RegOps**

- FL audit - beginning transmission of 1st of 4 batches of docs
- RegOps transition items
- Deposition Thursday / prep Tuesday

**Controls Monitoring**

- Finalizing project prioritization
- Aligning on what activities + projects will not transition immediately on 10/1

## Flags/Blockers

**CoreEx**

**RegOps**

## Look Ahead (Next Week + Month)

**CoreEx**

**RegOps**

- Jack D <> Mark transition on Oct 1

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# West

## This Week's Updates

**CoreEx**

- Prop 22
  - SteerCo
  - Campaign
- SEA earnings amendments
- NV Pricing and Comms
- Tile launch prep

**RegOps**

## Flags/Blockers

**CoreEx**

**RegOps**

## Look Ahead
## (Next Week + Month)

**CoreEx**

- Danielle OOO this Thur/Fri

**RegOps**

- Peter OOO Sep 14-25
- Peter Depo Sep 25

## H2 KPIs & Priorities

| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# September 14, 2020

# Controls Monitoring



| This Week's Updates | Flags/Blockers | Look Ahead (Next Week + Month) |
|---|---|---|

## H2 KPIs & Priorities

| Headline KPIs | |
|---|---|
| - | - |
| - | - |
| - | - |

| Core Priorities for H2 |
|---|
| |
| |
| |

# Updates (Danielle)

- Audit
- 2021 Planning
  - Seattle elasticity
  - CA Scenarios - Prop 22 Y vs. N
  - Growth of PUs that are currently lagging
  - NYC vs. Canada
- Pulse Survey Results

# Discussion Topics

- New Controls Monitoring team..
  - Short welcome message Beth Wilion <bethw@uber.com>, Zack Venema <zack.venema@uber.com>, Kelsey Oliver <kelsey.oliver@uber.com>
  - Thinking through a get to know you (e.g. lunch, gamenight, etc.) with each team
  - Open roles: L3 reporting + payments; L4 docs + enforcement
- [Chad] How should we share Pulse Survey results with our teams / across the US and what's the most effective way to action on the results?
- [Chad] The Driver Ops team needs assistance for the weekly Demand Comms. City Ops has previously supported with three people (Alex Coburn, Chris McAuliffe, Megan Tsai), but we're now down to just Megan. Sounds like they need one more person to contribute ~3 hours a week but it requires being on call for part of the day on Weds and Thurs. Should we continue to support and if so, does anyone come to mind?
- [David] Demand goal-setting & table

# South

## This Week's Updates

**CoreEx**

- Covid Recovery
- Hurricane Sally
- UberCharter DC & DAL launches (Sept/early Oct) - Chris PMing onboarding
- Atlanta WAV

**RegOps**

- MS & KY audit follow-ups
- FL audit doc reviews
- AR/MS annual reports + permit applications
- Troubleshooting MD TNO licensing process query errors

**Controls Monitoring (CM)**

- Transitioning docs + enforcement work
- Will plan to break-out CM in coming weeks

## Flags/Blockers

**CoreEx**

- Alex last day tomorrow

**RegOps**

- Sang OTG for 2 weeks, so operating with reduced capacity

## Look Ahead (Next Week + Month)

**CoreEx**

- Mark in depo on 9/18

**RegOps**

- Jack D <> Mark transition on Oct 1

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# West

## This Week's Updates

CoreEx

- West Fires Management
- Prop 22 Implementation
  - Outline decision points
- Prop 22 Campaign
- LV Reliability
- Seattle Earnings
  - City Council meeting

RegOps

## Flags/Blockers

CoreEx

RegOps

## Look Ahead (Next Week + Month)

CoreEx

- Danielle OOO Sept 24-27

RegOps

- Peter OOO Sep 14-25
- Peter Depo Sep 25

## H2 KPIs & Priorities

| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# North

## This Week's Updates

**Team-wide**

- COVID Recovery

**Core Ex**

- Chicago Earnings Sensitivity Est.
- IL Tile Restart
- Portfolio of Cities
- Labor (IL, MA)
- NYC Driver Earnings: Cruising Cap Analysis

**RegOps**

- Docs Compliance & Expiries
- CPUC Assistance
- Data reporting prep
- Gegen off-ramp

## Flags/Blockers

**Core Ex**

- NJ increased toll prices yesterday, which we had been unaware of prior to the change. We're working through updating all of the tolls and whether driver remediation is necessary.
- IL labor conversations have revealed a lack of consensus around IC+ redlines, specifically for benefit funds. We're working to achieve alignment internally.

**RegOps**

- DCH
- CRM

## Look Ahead (Next Week + Month)

**Core Ex**

- Chad OOO (9/16, 9/18)
- David OOO (9/18)

**RegOps**

## H2 KPIs & Priorities



### Core Priorities for H2

Recovery Insights & Rebuilding for Growth

Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety

# September 9th, 2020

AC PRIVILEGED AND CONFIDENTIAL

# CA Prop 22



Uber

# Prop 22 is progress and best model for all

*We believe we can do more for earners. With Prop 22, earners keep their independence and receive new benefits*



## Earning Guarantee

It would guarantee a minimum earnings floor:

- At least 120% of minimum earnings floor for engaged time (en-route/on-trip time only)
- $0.30/mile toward expenses added to the earnings floor.
- Drivers keep 100% of tips (consistent with Uber's current policy)

## Insurance Coverage

It would provide app-based drivers with Occupational Accident Insurance (OCC/ACC) for on-the-job injuries.

## Healthcare Contributions

It would provide a healthcare contribution at 15 engaged hrs/wk; full contribution at 25 hrs/wk:

- Consistent with avg employer contribution to Covered CA plan -- or $367 per month -- for someone who averages 25 hours a week driving
- More generous than what is required of employers under federal law (no benefit until 30 hours worked)

## Public Safety Protections

It would create strong new safety protections for app-based delivery companies, such as recurring background checks of drivers and mandatory safety courses. And for drivers, it would provide protections around discrimination and sexual harassment.

*While protecting the **flexibility** and **independence** Earners value*



# Trust is deeply broken
## Made worse by us threatening to abandon drivers last week



**72% of drivers support** PROP 22

# GTM Overview (deck) and Timeline

*We have 6 weeks before CA voters start mailing their ballots. Emails to earners and consumers are planned every week, with earner stories starting 9/14 and stunts 9/21*



|  |  | 8/24 | 8/31 | Labor Day 9/7 | 9/14 | 9/21 | 9/28 | 10/5 |
|---|---|---|---|---|---|---|---|---|
| **Drivers & Couriers** |  | **Educate on what Prop 22 is** and why we're fighting for it | | | | **Persuade** Show why it's better than Employment | | |
|  | STRATEGY | Empathy **Shared Vision (sent)** | Logic **What is Prop 22 (Earnings)** | Logic **What is Prop 22 (Healthcare)** | Empathy **What drivers want** | Logic **Employment vs Prop 22** | Logic **Employment v Prop 22 (& luigi)** | **TOGETHER, WE CAN** |
|  | KEY MESSAGES | **Shared vision -** explaining what we are fighting for | A **higher standard** for IC work - earnings minimum | A **higher standard** for IC work - healthcare contributions | **Driver stories -** why voting yes on Prop 22 is important for them | Try out the app under an **employment model** | **Luigi & Prop 22 vs employment** | **Change the future of independent work - vote Yes on Prop 22** |
| **Riders & Eaters** |  | **EDUCATE** | | | **PERSUADE** | | | |
|  | STRATEGY | **CLOSE THE LOOP (not sent)** | **VISION** | **VISION** | **EMPATHY** | **LOGIC** | **LOGIC** | **TOGETHER, WE CAN** |
|  | KEY MESSAGES | ~~Communicate what we are fighting for in Prop 22~~ | Communicate our vision for the future of work | MADD & NAACP & San Jose Mayor | Driver stories - flexibility | Luigi/Prop 22 vs employment with driver stories | Luigi/Prop 22 vs employment with driver stories | Change the future of independent work - vote Yes on Prop 22 |

# What is Prop 22?

The consolidated guide – will expand week over week as we deploy new materials



Topics will include:

- Prop 22 overview
- 2 Guaranteed earnings minimum
- 3 Healthcare benefits
- *Other benefits?*
- 4 Driver stories
- 5 Employment model: Scheduling
- 5 Employment model: Onboarding
- 6 Model comparison

# What earners want

Driver stories – why voting yes on Prop 22 is important for earners







# Model comparison

See what an employment model might look like in-app – scheduling



Carousel steps (series of GIFs):

1. Overview of scheduling requirements
2. Plan your shift – view available slots, select slots, see slots fill up, confirm
3. Go online blocker – not your shift
4. Driving – on shift, ends soon
5. Driving – end of shift

# Rider

# Vision – Labor Day

Represent strong Prop 22 supporters who stand with drivers in preserving their flexibility

V1    V2



## Our proposal:

- Home screen jumbotron
- Background color (options): #276EF1
- V1 icon: Prop 22 logo + disclaimer
- V2 icon: ? + disclaimer
- Deeplink: In-app info page or Prop 22 landing site?

## Specs:

- Header: 23
- Pre-header: 24 *(applies to V1 only)*
- Expanded View: 45
- CTA: 15
- Icon: Specs

# What drivers want

Driver stories – why voting yes on Prop 22 is beneficial to earners, starting with flexibility





# Model comparison

Impact of employment model to pricing – higher prices, longer wait times



# Model comparison

Impact of employment model to smaller cities – products not available









# Get Involved in Prop 22!



- **Sign up** for the Campaign and stay informed

- **Register to vote**! Not sure if you are registered? Check our employee voter action center. The last day to register to vote in CA is October 19th.

- **Social Media:** Please be conscientious about what you post on social media. Reporters are closely watching this issue, and all staff should be mindful of that. If helpful, here are a few examples you can use across Twitter, LinkedIn, Facebook, etc.

  - *I plan to vote Yes on Prop. 22, because 72% of rideshare drivers in California support it. #YesOnProp22*

  - *I voted Yes on Prop. 22 today, because 72% of rideshare drivers in California support it. #YesOnProp22*

- **Talking to Family & Friends:** Use info from the teamdot page and Dara's email to educate yourself.

- **Signature**: "Yes on Prop 22" logo in email signature.

- **Zoom Backgrounds:** Create a custom zoom background using the YES on Prop. 22 logo.

*Teamdot*

## Updates (Danielle)

- Last week's Safety + Compliance Announcements
    - Please let me know if there's any feedback + questions from your teams
- 2021 Planning Kickoff
    - Finance Planning
    - S&P-led Planning

# Discussion Topics

# North

## This Week's Updates

**Team-wide**

- COVID Recovery
- Operating Review
- 2021 Finance Planning

**Core Ex**

- NYC Earnings Rule alignment
- Philadelphia Paid Sick Leave
- Chicago Rules Projections

**RegOps**

- Labor roundup
- NJ Doc Cliff
- MA/CHI data reporting specs

## Flags/Blockers

**Core Ex**

- Investigating NYC Comfort declines - removal from ERI promos (happened US-wide) is leading hypothesis
- IL Expansion
- Thinking through MA labor paths for potential ELT presentation in late September

**RegOps**

- Specialist void

## Look Ahead (Next Week + Month)

**Core Ex**

- Chad OOO (9/11, 9/16, 9/18)
- David OOO (9/18)

**RegOps**

- PP OOTO 9/10, 9/11 (personal)

## H2 KPIs & Priorities



### Core Priorities for H2

Recovery Insights & Rebuilding for Growth

Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety

# South

## This Week's Updates

**CoreEx**

- Mark OTG this week
- 2021 Finance Planning (Jack covering)

**RegOps**

- MS & KY audit follow-ups
- Tax & fee check-in Thursday
- Troubleshooting MD TNO licensing process query errors

**Controls Monitoring (CM)**

- Starting to ramp up
- Hiring for 2 roles – reporting + payments, docs + enforcement lead
- Will plan to break-out CM like we do North/West/South in coming weeks

## Flags/Blockers

**CoreEx**

**RegOps**

## Look Ahead (Next Week + Month)

**CoreEx**

- Mark OTG 7-11 September
- Mark Deposition
  - 17-18 September
  - 22-23 October

**RegOps**

- Jack OTG Wed AM
- ~~Jack deposition Sep 17-18~~ 🙌 settled!

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# West

## This Week's Updates

CoreEx

- Prop 22
  - Comms and Product
  - Implementation
- Seattle Min Earnings
  - Driver / rider comms
- Recovery
  - LV / PHX reliability
- Tile Expansion
  - AZ/NM
  - Other analysis

RegOps

- Seattle min earnings
- CPUC Data Requests
- Annual Report
- PNW Next Steps
  - Livery
  - City Knowledge
- Tile launches

## Flags/Blockers

CoreEx

RegOps

- Thanks for your assistance & resourcing Paul!

## Look Ahead (Next Week + Month)

CoreEx

- Danielle OOO Sept 24-27

RegOps

- Peter OOO Sep 14-25
- Peter Depo Sep 25

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# August 31st, 2020

# Updates (Danielle)

- Jen OOO 9/4-9/8 - Alicia Comer covering
- Main focus areas: CA, MA AG complaint, continued focus on recovery & our portfolio strategy
- Safety & compliance

# Discussion Topics

- US City Ops newsletter send this Thursday - thanks for all the content so far! Some more nudges over next 48 hours. We're a little weak on Cost / Pricing lookbacks - please let me know if any ideas.
- [Mark] @Danielle, have you been involved in discussions to revise US PU's? We've been asked for some input and understand there is meeting with Sarfraz this week
- [Peter] Timely Feedback Tool - how are you thinking about it?

# West

## This Week's Updates

CoreEx

- Prop22 Campaign (product and comms)
- Prop22 Implementation Plan
- Seattle Commission Cap Talking Points
- Seattle Final Ordinance
- LV SOE Next Steps

RegOps

- CPUC Data Requests & Annual Report
- Seattle Earnings Ordinance
- Nebraska report
- CA GSAT items
- Livery in AZ & SEA

## Flags/Blockers

CoreEx

RegOps

- Resources needed for CPUC Data Request

## Look Ahead (Next Week + Month)

CoreEx

- Danielle OOO Sept 24-27

RegOps

- Unclaimed tiles
- Peter OOO Sep 14-25
- Peter Depo Sep 25

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# North

## This Week's Updates

**Team-wide**
- COVID Recovery
- Operating Review

**Core Ex**
- NYC CP
- NYC Comfort pricing
- IL Tile Expansion officially live 09-Sep

**RegOps**
- MA Data Sharing shaping

## Flags/Blockers

**Core Ex**

**RegOps**
- Deactivation Clearing House
- NYC BGCs >> Central Tracking

## Look Ahead (Next Week + Month)

**Core Ex**
- Chad OOO (9/3 afternoon, 9/4, 9/11, 9/16, 9/18)

**RegOps**
- PP OOTO 9/1 (dep), 9/10, 9/11 (personal)
- Chicago Earnings
- MA Fees
- NJ / CHI / OH doc cliffs
- Gegen

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety |

**Slide 582**

22          Update
            Chad Dobbs, 8/31/2020

# South

## This Week's Updates

**CoreEx**

- Covid Recovery (Vince covering this week for Angela)
- Finance PU revisions
- FTM US-opportunity scoping
- Rider fees framework (per trips vs. %)

**RegOps**

- Tax & fee check-in
- (ongoing) working towards MD TNO implementation
- Team bandwidth

## Flags/Blockers

**CoreEx**

- Alex accepted a role on the grocery team beginning 9/16 (**Sharing w/South tomorrow**)

**RegOps**

## Look Ahead (Next Week + Month)

**CoreEx**

- Mark OTG 7-11 September
- Mark Deposition
  - 17-18 September
  - 22-23 October

**RegOps**

- Sang working remotely from Korea for 2 weeks + then OTG
- Jack deposition Sep 17-18

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# August 24th, 2020

# Updates (Danielle)

- Pulse Survey Reminder - currently at 66% on City Ops
  - Aug 31 deadline
- Update on CA
- IC+ Discussion - Caleb and Nick

# Discussion Topics

- [Peter] Outbound calling campaign through driver growth/Caitlyn Chamblee's team.  How should we think about coordinating with her team?  Feedback to her team?
- [Peter] PPE Strategy going forward

# North

## This Week's Updates

**Team-wide**

- COVID Recovery

**Core Ex**

- NYC CP
- NYC Driver Earnings Rule
- Understanding marketplace impact of Laminor experiment

**RegOps**

- MA Data Sharing shaping

## Flags/Blockers

**Core Ex**

- Lyft is pushing for a bad labor deal in NYS in an attempt to set a precedent for CA. We're aiming to disrupt that.
- NYC Comfort launch was delayed until today (Mon 8/24)

**RegOps**

- Deactivation Clearing House
- NYC BGCs >> Central Tracking

## Look Ahead (Next Week + Month)

**Core Ex**

- Experimenting in BOS and CHI

**RegOps**

- Chicago Earnings
- MA Fees
- NJ / CHI / OH doc cliffs
- Gegen

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety |

# South

## This Week's Updates

**CoreEx**

- COVID Recovery
- FTM US-opportunity scoping
- Atlanta WAV
- Growth Markets strategy refresh
- Rider fees framework (per trips vs. %)

**RegOps**

- Hurricanes
- Restarting MD TNO revamp conversation with PSC
- Tax & fee FTM read-out

## Flags/Blockers

**CoreEx**

- Alex accepted a role on the grocery team beginning 9/16 (**have not shared with South yet**)

**RegOps**

## Look Ahead
## (Next Week + Month)

**CoreEx**

- Mark OTG 7-11 September
- Mark Deposition 17-18 September

**RegOps**

- Sang working remotely from Korea for 2 weeks + then OTG
- Jack deposition Sep 10-11

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# West

## This Week's Updates

CoreEx

- Prop 22
- Seattle Earnings Ordinance
- Wildfires
- CA Next Steps

RegOps

- Seattle earnings ordinance & surrounding
- livery docs in AZ/SEA
- DR-39 465
- CA Annual Report
- Nebraska report
- City Test requirements in PDX

## Flags/Blockers

CoreEx

RegOps

- Ongoing interviews for legal positions

## Look Ahead (Next Week + Month)

CoreEx

- Danielle OOO this Friday

RegOps

- Peter OOO Sep 14-18
- Peter Depo Sep 25

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# August 17th, 2020

# Updates (Danielle)

- CA Update & implications
- Other areas on my mind:
  - Portfolio view of cities
  - Long-term political pressures & strategy
- Mintel access
  - Mark - nominated employees
  - Other leads - any update?

# Discussion Topics

- [Paul] Any intel from the Seattle Mayor's Office <> NYC TLC Commissioner conversation?
- [Chad] FYI we learned the Second First Trip comms have not had a significant impact on rider sessions or conversion. Therefore, we've been a little more aggressive about deploying these, even in markets that have reliability challenges.
- [Chad] We have our 2nd US-wide P&L review tomorrow. Anything we want to change up? Anything that we want to share beyond a few bullets per region?
-

# South

## This Week's Updates

**CoreEx**

- Covid Recovery
  - New leveling system now in place
- Atlanta WAV
- Growth Markets strategy refresh
- Rider fees framework (per trips vs. %)
- UberHealth convo with ChenMed (& Andy Jeninga)

**RegOps**

- SC audit ongoing
- Waiting on NC tech alternatives approval
- TX WAV settlement
- DMV compliance 'spring cleaning' project
- Finishing pro dev debriefs

## Flags/Blockers

**CoreEx**

**RegOps**

## Look Ahead (Next Week + Month)

**CoreEx**

- Mark OTG 7-11 September
- Mark Deposition 17-18 September

**RegOps**

- Jack deposition Sep 10-11

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# West

## This Week's Updates

CoreEx

- CA Next Steps
- Seattle Earnings

RegOps

- Livery & P2P in CA
- Seattle Earnings
- DR-39 & Annual Report
- AZ livery compliance
- Doc extensions

## Flags/Blockers

CoreEx

RegOps

## Look Ahead (Next Week + Month)

CoreEx

- Danielle OOO Thur, Fri

RegOps

- Peter OOO Sep 14-18
- Peter Depo Sep 25

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# North

## This Week's Updates

**Team-wide**

- COVID Recovery

**Core Ex**

- NYC Comfort launch (8/20)
- NYC Driver Earnings Rule Final Proposal
- Boston Recovery

**RegOps**

- NJ Doc Cliff pushed back to September 30
- NYC BGC Re-runs
- Gegen challenges

## Flags/Blockers

**Core Ex**

- FYI - not launching Luigi in MA in the near term.
- IL Expansion delay

**RegOps**

## Look Ahead (Next Week + Month)

**Core Ex**

**RegOps**

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety |

**Slide 595**

23          Need to update
            Chad Dobbs, 8/17/2020

# August 10th, 2020

# Updates (Danielle)

- Weekend highlights?
- Major Updates:
    - CA Hearing and implications for MA
    - Seattle
- D&I hiring
- IC+ Strategy

# Discussion Topics

- [Jack] I'm collecting common questions about our CRM tools (focused on Ring and Carbon) to help with how we handle future crises, protests, etc. (e.g. "how can we mimic geo-targeting with Ring, when that capability doesn't exist?"). Please drop in anything [here](#)
- [Mark] As depositions are likely to ramp up this fall, we should discuss preparing our teams to take on depositions. E.g. I've asked Legal to get Vince ramped up

# North

## This Week's Updates

**Team-wide**

- COVID Recovery
- MA Luigi

**Core Ex**

- NYC Driver Earnings Rule
- NYC Comfort Launch (scheduled for 8/20)
- Philly Paid Sick Leave
- IL Tile Expansion

**RegOps**

- Paul OOO this week, but the hot topics include Chicago rules, MA Luigi, and Philly Gegen

## Flags/Blockers

**Core Ex**

- Chicago Rules
  - Earnings

**RegOps**

## Look Ahead (Next Week + Month)

**Core Ex**

- Third-way (PA & WI)

**RegOps**

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety |

# South

## This Week's Updates

**CoreEx**

- Covid Recovery Level changes
- Upfront Driver Assignment (working w/Rider & product to prioritize experiment on X)
- UberHealth expectation setting on market reliability & brainstorming solutions
- Work w/Premium team on Mears contract

**RegOps**

- NC tech alternatives positive signs
- WAV strategy (esp. GA & TX)
- Hurricane protocol updates
- DC AG surge pricing inquiry

## Flags/Blockers

**CoreEx**

- Jack B departed team last week

**RegOps**

## Look Ahead
## (Next Week + Month)

**CoreEx**

- Mark OTG 7-11 September

**RegOps**

- Stephanie Smith on Policy is leaving Uber Friday - big shoes to fill for DMV, SC, NC + FL (role is being advertised)

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# West

## This Week's Updates

CoreEx

- CA PI next steps
  - Product
  - Analysis
- Seattle utilization

  - Campaign
  - Product prep
- Ballot initiative campaign

RegOps

- CA Livery Data Request
- CA Annual Report
- Seattle min earnings
- PDX Hearing
- Outbound Calling

## Flags/Blockers

CoreEx

RegOps

- Legal resourcing

## Look Ahead
## (Next Week + Month)

CoreEx

- Danielle OOO August 20, 21, 28

RegOps

- Peter OOO Sep 14-18

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# August 3rd, 2020

# Updates (Danielle)

- Thanks for covering while I was out!
- Major updates:
    - Seattle & P+R
    - MA
    - AB5
- Jen OOO 8/8 to 8/15 - Reese Boge covering for Danielle
- OFCCP Compliance in US Hiring Processes

# Discussion Topics

- [Jack] Newsletter timeline
  - Add any final projects **-** @Leads ASAP (we're lite on the "looking ahead")
  - Review Project list - @DanielleSheridan - Monday (8/3)
  - Project Content completed - Leads + POCs - by Tuesday midday (8/4)
  - Final review - @Danielle - by Wednesday midday (8/5)
  - Final edits and send **-** Lead (prob @Jack) **-** Thursday EOD 8/6
- [Chad] Supply hour impact of Eid over the weekend
- [Chad] Some folks on my team have expressed interest in the Seattle Earnings opportunity on the Flux Marketplace. Any further details on that, Danielle Sipf?
- [Paul] Seattle Earnings regulation as relates to NYC

# South

## This Week's Updates

**CoreEx**

- Covid Recovery - Weekly process
- Covid level revamp finalization
- UDA business case review w/Rider & ProdOps
- UberHealth reliability
- Nashville transit (and SR pricing alignment w/Tim)

**RegOps**

- Surprise KY audit (48hr turnaround)
- NC tech alternatives strategizing
- Close out AL audit
- GA tax implementation (hopefully)

## Flags/Blockers

**CoreEx**

- Jack B last day on team August 5

**RegOps**

## Look Ahead (Next Week + Month)

**CoreEx**

**RegOps**

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# West

## This Week's Updates

CoreEx

- Seattle Min Earnings Standard Response
- CA Product Analysis and mitigation

RegOps

- CPUC COVID-19 Plan
- Outbound calling
- Seattle Min Earnings
- PNW Odds & Ends
  - Citations
  - Reporting
  - Ombuds

## Flags/Blockers

CoreEx

RegOps

## Look Ahead (Next Week + Month)

CoreEx

RegOps

- Peter OOO Sep 14th-18th

## H2 KPIs & Priorities

| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# North

## This Week's Updates

**Team-wide**

- Operating Review
- COVID Recovery
- MY Feedback
- MA Luigi + Beyond Luigi

**Core Ex**

- NYC Driver Earnings Rule
- WAV incentive optimization (NYC & CHI)
- MA Legisl. Session

**RegOps**

- Chi Rules
- Gegen Planning

## Flags/Blockers

**Core Ex**

**RegOps**

## Look Ahead (Next Week + Month)

**Core Ex**

**RegOps**

## H2 KPIs & Priorities



### Core Priorities for H2

Recovery Insights & Rebuilding for Growth

Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety

# July 27th, 2020

# Discussion Topics

- [Mark] Question for West folks: I saw that the Prop 22 Ballot Label is unfavorable, for my own edification just curious if we have any recourse here
- [David] Varun to run through updated estimates for YE US Goals

# July 20th, 2020

# Updates (Danielle)

- Operating reviews
  - Add cross-functional partners as relevant
  - Email Sarfraz's LT
- July #OneOps All Hands Agenda
- Mid-year perf light - any questions / concerns?
- OOO next week

# Discussion Topics

- [Chad] How do we want to structure Ops updates for the new P&L review?
- [David] Is there a complete comms plan around MY Feedback? Also, is it correct to assume we can also have our own session with our respective manager?
- [Paul] CRM Resourcing Pilot
- [Chad] Do we have any further clarity on Colby's team's goals moving forward?
  - Danielle - talked to Colby, who said that his goals are in his latest operating review here. Their goals should be considered December goals

# US&C City Ops H2 Priorities

| Ops Team | H2 Northstar Headline (absolute P0 / business plan summary) |
|---|---|
| **US City Ops**<br>[Recovery Plan Link] | Surface & action upon city-level insights that unlock growth & COVID Recovery and reduce costs; partner with cities and regulators to get to the best possible regulatory & compliance outcomes. |
| **West** | Develop insights that unlock recovery and growth across West cities. Double down on California and Washington regulatory strategy and response. |
| **South** | Develop insights that unlock recovery, growth, and cost savings across South cities; scale efforts where appropriate across US (e.g., cash). Protect favorable regulatory environment and ward off downside risks. |
| **North** | Develop insights that unlock recovery, growth, and cost savings across North cities. Focus on regulatory strategy & response efforts in NYC, Chicago, and Boston. |

# Deprioritized Priorities / Themes

| Ops Team | Deprioritized / Changes to 2020 Plan | Quick rationale for deprioritization |
|---|---|---|
| US City Ops | • Proactive City Relationships<br>• Looking "Under The Hood" -- identifying & fixing hyperlocal customer experience issues | • **Proactive City Relationships:** Developing proactive city relationships is critical to Uber's long-term success. That said, doing this well requires significant resourcing, which we don't have right now. We'll be doubling down on our reactive regulatory efforts and will instead be relying on Policy to invest proactively in city relationships<br>• **Looking Under The Hood / Hyperlocal Issues:** Our efforts here will be re-directed to focusing on recovery insights that will unlock growth & marketplace improvements in our cities. We recognize that identifying hyperlocal customer experience issues is a core capability of City Ops and hope to resume these activities once we've more fully recovered from COVID<br>• **Uber POOL & its equivalents:** Given COVID environment, we've paused POOL & its equivalents. |
| West | • Major venues analysis<br>• Uber Military<br>• Shared Rides | • **Venue Analysis -** While this is still important our main resources are dedicated to regulatory and recovery work. With limited supply, less focused on demand and pickups<br>• **Uber Military-** Have discussed with rider ops and this better suits their roadmap. They will resume once they have more bandwidth<br>• **Shared rides:** With shared rides paused indefinitely, we've moved these initiatives down the priority list. |
| South | • Tightening compliance requirements above existing standards<br>• Non-critical manual processes<br>• Shared rides related work (e.g. Direct Line in Miami, service area changes in South markets) | • **Tightening compliance requirements above existing standards:** Due to expected supply impact we've deprioritized projects that would have over-enforced various regulatory requirements but resulted in other benefits (e.g. stricter MVR requirements, DC/MD/VA regs simplification)<br>• **Non-critical manual processes:** We've deprioritized several manual processes that aren't critical to our compliance (e.g. SC/NC placard comms, doc sweeps)<br>• **Shared rides:** Given shared rides has been paused, we've deprioritized these initiatives. We will reconsider when/if the decision is made to relaunch |
| North | • Audits & Data Reporting<br>• Shared rides related work (NYC trip mix, Direct Line in Chicago, etc) | • **Audits & Data Reporting:** Still critical where it already existed, but new, more aggressive/invasive change on this front has been slowed by months if not a full year<br>• **Shared rides:** With shared rides paused indefinitely, we've moved these initiatives down the priority list. |

# West

## This Week's Updates

CoreEx

- CA
  - Product Analysis and mitigations
  - CP
  - Ballot Initiative
- Seattle
  - Min Earnings Campaign
  - Rider/driver engagement
- Recovery

RegOps

- PSST Implementation
- Seattle Market
  - Min Earnings
  - DRC
- CA
  - Annual Rpt
  - COVID plan
- NTA Process Revamp
- PNW Odds & Ends

## Flags/Blockers

CoreEx

RegOps

- Tab OOO through August 2nd

## Look Ahead (Next Week + Month)

CoreEx

- Danielle OTG on Thursday, OOO next Mon/Tues (July 27/28)

RegOps

- Peter OOO Friday

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# North

## This Week's Updates

**Core Ex**

- COVID Recovery
- CHI WAV incentive adjs
- Massachusetts
  - AG lawsuit
  - Surge
  - Senate Transportation Bond Bill
- NYC
  - Driver Earnings
  - Gating survey responses
  - Surge + CP

**RegOps**

- Supply Calls
- Driver+AG animated issues around support

## Flags/Blockers

**Core Ex**

**RegOps**

## Look Ahead (Next Week + Month)

**Core Ex**

- Continued work on MA AG lawsuit, NYC driver earnings, and COVID recovery

**RegOps**

- MA Senate Transportation Bond Bill [data sharing]

## H2 KPIs & Priorities



### Core Priorities for H2

Recovery Insights & Rebuilding for Growth

Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety

# South

## This Week's Updates

**CoreEx**

- Covid Recovery
  - Weekly process
  - Recovery framework
- Nashville Transit pricing proposal (w/advice from Tim's team)
- Growth Markets (UDA + Data eng)
- Team H2 strategy exercise

**RegOps**

- AL audit Tuesday w/ regulator
- Tax & fee check-in Wed
- AL/SC fee remediations
- Hurricane planning
- Planning for OOO (week of 7/27)

## Flags/Blockers

**CoreEx**

- Flag: Vince spending ~30% time on AB5

**RegOps**

## Look Ahead (Next Week + Month)

**CoreEx**

**RegOps**

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# July 13th, 2020

# Updates (Danielle)

- Regulatory: CA, Seattle
- Mid-year perf "light" -> email coming soon
- Guest speakers
- Vehicle partition distribution
- FYI personal:
  - Driving to Cleveland Wed morning. Will be taking first couple meetings of the day from cell phone
  - OOO week of 7/27
- Update on backfill/attrition process (next slide)

# US&C Rides Ops: Attrition / Backfill Process



**1**
a. Employee gives notice; Manager notifies HRBP and CoS via email
b. RGM + CoS share attrition updates with Rides Leadership Team; RGM decides whether to 1:1 backfill, reallocate headcount to another area of the business, or hold

**2**
a. CoS shares backfill guidance / decision with Manager, relevant TA, and HRBP
b. If RGM chooses to use headcount, HR obtains written Legal approval (cc CoS + TA; **TBD SLA**)
c. CoS gives Manager email approval to post to Scout (after HR receives Legal approval)

**3**
a. Hiring Manager submits Scout Intake Form / Req
b. Finance approves (or declines) req based on HC budget (**TBD SLA)**

**4**
a. Once Finance approves within Scout, req is routed to TA; TA Manager then allocates req to appropriate recruiter
b. Recruiter schedules Intake Meeting with HM, posts req

# Discussion Topics

- [Jack] Pushing first newsletter send to 8/6 (Chris McAuliffe will be leading). Cadence will be monthly. Process overview
- [Jack] reminder - Crisis POCs - please give me 1 or 2 POCs for your subregion (more info)
- [Jack] Pulse survey initiative - RAPID refresh doc I put together with input from some of y'all. I'll share out with all of city ops Wednesday if no strong objections
- [Mark] Are we formally tracking attrition risk? I've learned one person on my team is applying for an Eats role. I'd bring up in 1v1 with Danielle of course, but wondering if we are tracking elsewhere
- [Paul] Doc Expiry "Playbook"

# US&C City Ops H2 Priorities

| Ops Team | H2 Northstar Headline (absolute P0 / business plan summary) |
|---|---|
| **US City Ops**<br>[Recovery Plan Link] | Surface & action upon city-level insights that unlock growth & COVID Recoveryand reduce costs; partner with cities and regulators to get to the best possible regulatory & compliance outcomes. |
| **West** | Develop insights that unlock recovery and growth across West cities. Double down on California and Washington regulatory strategy and response. |
| **South** | Develop insights that unlock recovery, growth, and cost savings across South cities; scale efforts where appropriate across US (e.g., cash). Protect favorable regulatory environment and ward off downside risks. |
| **North** | Develop insights that unlock recovery, growth, and cost savings across North cities. Focus on regulatory strategy & response efforts in NYC, Chicago, and Boston. |

# Deprioritized Priorities / Themes

| Ops Team | Deprioritized / Changes to 2020 Plan | Quick rationale for deprioritization |
|---|---|---|
| US City Ops | <ul><li>Proactive City Relationships</li><li>Looking "Under The Hood" -- identifying & fixing hyperlocal customer experience issues</li></ul> | <ul><li>**Proactive City Relationships:** Developing proactive city relationships is critical to Uber's long-term success. That said, doing this well requires significant resourcing, which we don't have right now. We'll be doubling down on our reactive regulatory efforts and will instead be relying on Policy to invest proactively in city relationships</li><li>**Looking Under The Hood / Hyperlocal Issues:** Our efforts here will be re-directed to focusing on recovery insights that will unlock growth & marketplace improvements in our cities. We recognize that identifying hyperlocal customer experience issues is a core capability of City Ops and hope to resume these activities once we've more fully recovered from COVID</li><li>**Uber POOL & its equivalents:** Given COVID environment, we've paused POOL & its equivalents.</li></ul> |
| West | <ul><li>Major venues analysis</li><li>Uber Military</li><li>Shared Rides</li></ul> | <ul><li>**Venue Analysis -** While this is still important our main resources are dedicated to regulatory and recovery work. With limited supply, less focused on demand and pick**ups**</li><li>**Uber Military-** Have discussed with rider ops and this better suits their roadmap. They will resume once they have more bandwidth</li><li>**Shared rides:** With shared rides paused indefinitely, we've moved these initiatives down the priority list.</li></ul> |
| South | <ul><li>Tightening compliance requirements above existing standards</li><li>Non-critical manual processes</li><li>Shared rides related work (e.g. Direct Line in Miami, service area changes in South markets)</li></ul> | <ul><li>**Tightening compliance requirements above existing standards:** Due to expected supply impact we've deprioritized projects that would have over-enforced various regulatory requirements but resulted in other benefits (e.g. stricter MVR requirements, DC/MD/VA regs simplification)</li><li>**Non-critical manual processes:** We've deprioritized several manual processes that aren't critical to our compliance (e.g. SC/NC placard comms, doc sweeps)</li><li>**Shared rides:** Given shared rides has been paused, we've deprioritized these initiatives. We will reconsider when/if the decision is made to relaunch</li></ul> |
| North | <ul><li>Audits & Data Reporting</li><li>Shared rides related work (NYC trip mix, Direct Line in Chicago, etc)</li></ul> | <ul><li>**Audits & Data Reporting:** Still critical where it already existed, but new, more aggressive/invasive change on this front has been slowed by months if not a full year</li><li>**Shared rides:** With shared rides paused indefinitely, we've moved these initiatives down the priority list.</li></ul> |

# North

## This Week's Updates

**Core Ex**

- COVID Recovery
- Laminor test / surge caps
- NYC EDI
- Product launch employment concerns (Hourly, Connect)
- NYC driver earnings rule
- MA: Globe, EDI
- CO Asks Adj.

**RegOps**

- Doc cliffs
- Calls
- Data reporting

## Flags/Blockers

**Core Ex**

- FYI our bid to be a broker for NYC Transit's paratransit program is likely to be rejected because of our refusal to comply with a separate drug & alcohol test requirement

**RegOps**

- US Partitions pilot

## Look Ahead (Next Week + Month)

**Core Ex**

**RegOps**

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety |

# South

## This Week's Updates

**CoreEx**

- Covid Recovery
  - Framework for surge cap adjustments moving backwards in recovery
  - Rider comms/incentive triggers for T50/non-T50
- XL dispatch exception removal - expansion to 9 markets
- Disney operational issues / Union Station public hearing
- Hurricane response protocols

**RegOps**

- AL audit prep ahead of next Tuesday
- DFHV inbound re surge pricing
- Quarterly payments & reports (+ some minor remediations from past quarters)
- Compliance / Churn Reduction working group

## Flags/Blockers

**CoreEx**

**RegOps**

- Premium team planning to implement new doc requirements in DC, NOLA and DAL - it sounds like timeline is flexible, so we may push this out a few weeks

## Look Ahead (Next Week + Month)

**CoreEx**

**RegOps**

- Jack OTG July 25 - Aug 2

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# West

## This Week's Updates

CoreEx

- CA Product
  - Mitigations
  - Spend
  - Analysis
- Seattle Fare Share
- CA Green launch plan
- Recovery
  - PHX mitigation
  - LV SOE

RegOps

- Seattle PSST experience launch & monitoring
- Seattle earnings study
- Seattle deactivations
- Doc Extensions
- Quarterly Reports
- California matters
  - Worker's comp
  - WAV Track 3
  - CARB
  - Annual Report

## Flags/Blockers

CoreEx

RegOps

- Tabatha OOO through August 2nd

## Look Ahead (Next Week + Month)

CoreEx

RegOps

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
|  |

# July 6th, 2020

# Updates (Danielle)

- California
- Seattle earnings
- Reliability & surge - esp in NYC
- <u>Talent Mobility Marketplace Pilot</u>
- <u>Mid-Year Perf Light Proposal</u> (still WIP)
- City Categorization
  - Importance of keeping categories up to date, owning which cities we're incluidng in various initiatives
  - Policy signals = main indicator
- Goals

# Discussion Topics

- [David] Central Ops asks and Demand Comms w/ maps
- [Mark] FYI, moving two markets backwards from B2B to HSD, including Jacksonville and Tampa, due to bar closures (and rider comms seem inappropriate given spike in cases)
- [Jack] FYI - aiming to restart newsletter with a send next week, which will mean project selection later this week/early next week
- [Jen] need input for team wins & personal celebrations (not Uberversarys or birthdays) for the next all hands
- [Danielle] West resourcing for CA and SEA
- [Jack] City Ops All Hands - rather than the priorities here should we be using these:



- ...

# US&C City Ops H2 Priorities

| Ops Team | H2 Northstar Headline (absolute P0 / business plan summary) |
|---|---|
| **US City Ops**<br>[Recovery Plan Link] | Surface & action upon city-level insights that unlock growth & COVID Recoveryand reduce costs; partner with cities and regulators to get to the best possible regulatory & compliance outcomes. |
| **West** | Develop insights that unlock recovery and growth across West cities. Double down on California and Washington regulatory strategy and response. |
| **South** | Develop insights that unlock recovery, growth, and cost savings across South cities; scale efforts where appropriate across US (e.g., cash). Protect favorable regulatory environment and ward off downside risks. |
| **North** | Develop insights that unlock recovery, growth, and cost savings across North cities. Focus on regulatory strategy & response efforts in NYC, Chicago, and Boston. |

# Deprioritized Priorities / Themes

| Ops Team | Deprioritized / Changes to 2020 Plan | Quick rationale for deprioritization |
|---|---|---|
| US City Ops | • Proactive City Relationships<br>• Looking "Under The Hood" -- identifying & fixing hyperlocal customer experience issues | • **Proactive City Relationships:** Developing proactive city relationships is critical to Uber's long-term success. That said, doing this well requires significant resourcing, which we don't have right now. We'll be doubling down on our reactive regulatory efforts and will instead be relying on Policy to invest proactively in city relationships<br>• **Looking Under The Hood / Hyperlocal Issues:** Our efforts here will be re-directed to focusing on recovery insights that will unlock growth & marketplace improvements in our cities. We recognize that identifying hyperlocal customer experience issues is a core capability of City Ops and hope to resume these activities once we've more fully recovered from COVID<br>• **Uber POOL & its equivalents:** Given COVID environment, we've paused POOL & its equivalents. |
| West | • Major venues analysis<br>• Uber Military<br>• Shared Rides | • **Venue Analysis -** While this is still important our main resources are dedicated to regulatory and recovery work. With limited supply, less focused on demand and pick**ups**<br>• **Uber Military-** Have discussed with rider ops and this better suits their roadmap. They will resume once they have more bandwidth<br>• **Shared rides:** With shared rides paused indefinitely, we've moved these initiatives down the priority list. |
| South | • Tightening compliance requirements above existing standards<br>• Non-critical manual processes<br>• Shared rides related work (e.g. Direct Line in Miami, service area changes in South markets) | • **Tightening compliance requirements above existing standards:** Due to expected supply impact we've deprioritized projects that would have over-enforced various regulatory requirements but resulted in other benefits (e.g. stricter MVR requirements, DC/MD/VA regs simplification)<br>• **Non-critical manual processes:** We've deprioritized several manual processes that aren't critical to our compliance (e.g. SC/NC placard comms, doc sweeps)<br>• **Shared rides:** Given shared rides has been paused, we've deprioritized these initiatives. We will reconsider when/if the decision is made to relaunch |
| North | • Audits & Data Reporting<br>• Shared rides related work (NYC trip mix, Direct Line in Chicago, etc) | • **Audits & Data Reporting:** Still critical where it already existed, but new, more aggressive/invasive change on this front has been slowed by months if not a full year<br>• **Shared rides:** With shared rides paused indefinitely, we've moved these initiatives down the priority list. |

# South

## This Week's Updates

**CoreEx**

- Covid Recovery
- Evaluating Nashville transit partnership
- Testing removal of XL dispatch exceptions
- Restarting GoTV (voter registration, mail-in ballots, rides)
- Growth markets: VC analysis (to inform investment strategy)

**RegOps**

- Upcoming doc cliffs
- Quarterly payments & reports
- Compliance / Churn Reduction - part of Recovery work
- Jack deposition - Friday 7/10

## Flags/Blockers

**CoreEx**

**RegOps**

## Look Ahead (Next Week + Month)

**CoreEx**

**RegOps**

- Jack OTG July 25 - Aug 2
- Restarting newsletter

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# West

## This Week's Updates

**CoreEx**

- CA DrivePass / DSTOP
  - Support
  - Driver XP
  - Monitoring + Analysis
- Recovery
  - LV SOE
  - PHX, DEN, LV mitigations
- Seattle pricing and earnings standard

**RegOps**

- PSST Implementation
- SEA Minimum Earnings
- CA Annual Report
- Quarterly Reports, PNW Odds & Ends

## Flags/Blockers

**CoreEx**

- Resourcing

**RegOps**

- Peter OTG Friday
- Tab OOO through August 2nd

## Look Ahead (Next Week + Month)

**CoreEx**

**RegOps**

- Unclaimed tiles

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# North

## This Week's Updates

**Core Ex**

- COVID Recovery
- Gating driver survey
- NYC Surge & CP
- AAR
- Boston Globe Article
- CO Asks

**RegOps**

- Chi Emblems
- Chi Tax
- Doc Cliffs
- Chi Data Sharing

## Flags/Blockers

**Core Ex**

**RegOps**

- Doc Cliff 2-week limit
- Supply Calls

## Look Ahead (Next Week + Month)

**Core Ex**

- Driver Earnings Rule reevaluation
- NYC Comfort launch

**RegOps**

- MA CORI

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety |

# June 29th, 2020

## Updates (Danielle)

- Goal-setting
- City categorization updates & flatten the curve messaging
- [NY times opinion piece](#); [Lyft raising prices back up (video)](#)
- FTM -> e.g., Baltimore airport audit
- OOO Thurs-Fri



**MBR**

# US&C City Ops H2 Priorities

| Ops Team | H2 Northstar Headline (absolute P0 / business plan summary) |
|---|---|
| **US City Ops**<br>[Recovery Plan Link] | Surface & action upon city-level insights that unlock growth & COVID Recovery and reduce costs; partner with cities and regulators to get to the best possible regulatory & compliance outcomes. |
| **West** | Develop insights that unlock recovery and growth across West cities. Double down on California and Washington regulatory strategy and response. |
| **South** | Develop insights that unlock recovery, growth, and cost savings across South cities; scale efforts where appropriate across US (e.g., cash). Protect favorable regulatory environment and ward off downside risks. |
| **North** | Develop insights that unlock recovery, growth, and cost savings across North cities. Focus on regulatory strategy & response efforts in NYC, Chicago, and Boston. |

# Deprioritized Priorities / Themes

| Ops Team | Deprioritized / Changes to 2020 Plan | Quick rationale for deprioritization |
|---|---|---|
| **US City Ops** | • Proactive City Relationships<br>• Looking "Under The Hood" -- identifying & fixing hyperlocal customer experience issues | • **Proactive City Relationships:** Developing proactive city relationships is critical to Uber's long-term success. That said, doing this well requires significant resourcing, which we don't have right now. We'll be doubling down on our reactive regulatory efforts and will instead be relying on Policy to invest proactively in city relationships<br>• **Looking Under The Hood / Hyperlocal Issues:** Our efforts here will be re-directed to focusing on recovery insights that will unlock growth & marketplace improvements in our cities. We recognize that identifying hyperlocal customer experience issues is a core capability of City Ops and hope to resume these activities once we've more fully recovered from COVID<br>• **Uber POOL & its equivalents:** Given COVID environment, we've paused POOL & its equivalents. |
| **West** | • Major venues analysis<br>• Uber Military<br>• Shared Rides | • **Venue Analysis -** While this is still important our main resources are dedicated to regulatory and recovery work. With limited supply, less focused on demand and pick**ups**<br>• **Uber Military-** Have discussed with rider ops and this better suits their roadmap. They will resume once they have more bandwidth<br>• **Shared rides:** With shared rides paused indefinitely, we've moved these initiatives down the priority list. |
| **South** | • Tightening compliance requirements above existing standards<br>• Non-critical manual processes<br>• Shared rides related work (e.g. Direct Line in Miami, service area changes in South markets) | • **Tightening compliance requirements above existing standards:** Due to expected supply impact we've deprioritized projects that would have over-enforced various regulatory requirements but resulted in other benefits (e.g. stricter MVR requirements, DC/MD/VA regs simplification)<br>• **Non-critical manual processes:** We've deprioritized several manual processes that aren't critical to our compliance (e.g. SC/NC placard comms, doc sweeps)<br>• **Shared rides:** Given shared rides has been paused, we've deprioritized these initiatives. We will reconsider when/if the decision is made to relaunch |
| **North** | • Audits & Data Reporting<br>• Shared rides related work (NYC trip mix, Direct Line in Chicago, etc) | • **Audits & Data Reporting:** Still critical where it already existed, but new, more aggressive/invasive change on this front has been slowed by months if not a full year<br>• **Shared rides:** With shared rides paused indefinitely, we've moved these initiatives down the priority list. |

# West

## This Week's Updates

CoreEx

- CA Product
  - DSTOP analysis and mapping
  - DrivePass launch prep
- CA Ballot Initiative
- Recovery
  - Analysis (LV, PHX, MSP)
  - LV SOE
  - Deep dive next steps
- Seattle earnings study and pricing

RegOps

- CA GSAT findings
- Seattle sick time implementation
- Seattle earnings study
- CA Annual Report
- CARB
- WAV submission

## Flags/Blockers

CoreEx

- Demand Comms

RegOps

- Legal team resources

## Look Ahead (Next Week + Month)

CoreEx

- CA Product launches
- Seattle earnings

RegOps

- Seattle PSST, earnings implementation

## H2 KPIs & Priorities



| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| CA and Seattle Strategy and Response Plan |
| |

# North

## This Week's Updates

**Core Ex**

- COVID Recovery
  - Demand maps and agg Central asks
  - MA Surge
  - NYC CP and reliability issues
- NYC AAR next steps
- NYC Pool

**RegOps**

- Chicago Emblems
- Doc expiry cliffs
- NYC Supply

## Flags/Blockers

**Core Ex**

**RegOps**

## Look Ahead (Next Week + Month)

**Core Ex**

- Driver Earnings Rule reevaluation
- Gating Product review
- NYC Comfort launch

**RegOps**

- Relief scorecard
- Taxes & fees
- Congestion
- Citations

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety |

# South

## This Week's Updates

CoreEx

- Covid Recovery
  - Demand Maps
  - Dispatch exception deep dive
- Finalize H2 prioritization
- OR/Finance review

RegOps

- Compliance / Churn Reduction - part of Recovery work
- GA per trip bill
- SC & AL audits

## Flags/Blockers

CoreEx


RegOps

## Look Ahead (Next Week + Month)

CoreEx


RegOps

- Regulators and legislators coming back online
- Jack OTG July 25 - Aug 2

## H2 KPIs & Priorities



| Core Priorities for H2 |
| --- |
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

# Discussion Topics

- [Paul] CRM Listening Session Updates, optimistic on:
  - Pooled resources
  - Holdbacks for more "unplanned" teams/regions
  - Automation points, now is the time
- [David] Central Ops asks and Demand Comms w/ maps
- [Chad] How are you approaching the Earnings Estimator launch? (Jack: +1 … I don't think we'll have any earnings-related policy/legal flags for South, but not sure how to think about impact on supply hours / PUA, etc.)
- [Mark] FYI, moving two markets backwards from B2B to HSD, including Jacksonville and Tampa, due to bar closures (and rider comms seem inappropriate given spike in cases)

# June 22nd, 2020

## Updates (Danielle)

- Goal-Setting - will present full US goals next week, marketplace goals

    - How to think about finance vs. stretch goals

- Recovery - thanks for continuing to lead here. Thoughts on communication

- Sami's Law - update and state pre-emption

- Some things on my mind FYI: city relationships (does P1 = deprioritized?), policy experts / "papers" / national POC alignment

- Deprecation of Vertica for interactive analytics

# [Week of 6/15] Top-line Summary







# North

## This Week's Updates

**Core Ex**

- COVID Recovery
  - Surge Cap adj
  - MA recovery and surge
  - Kitchen Sink
  - Deep Dive next steps
- NYC Comfort
- NYC CP

**Regulatory**

- Chicago Tax
- NYC Partitions
- NYC Supply efforts big and small

## Flags/Blockers

**Core Ex**

- Demand comms

**Regulatory**

- Continuous Check in Cook County

## Look Ahead (Next Week + Month)

**Core Ex**

- Surge
- Driver Min. Earnings Rule alternatives

**Regulatory**

- Many doc extensions end 6/30; separate (national) campaign to remind drivers w/ expiring docs

## H2 KPIs & Priorities



**Core Priorities for H2**

Recovery Insights & Rebuilding for Growth

Regulatory Strategy & Response Plan, with particular focus on NYC utilization rule, driver accessibility, taxes, labor/earnings, and safety

**Slide 649**

1    Instructions:
     - For H2 KPIs and Priorities, please fill out your KPIs / priorities that you've aligned on as a team (i.e. your goals for recovery ratio, % sessions not surged etc)
     - We're going to use our leadership meeting to decide what time period of metrics we want to report on , but would suggest weekly if possible; if no doable, please just put in the period of time that you  think is most relevant
     - Please paste in your core priorities for H2, which shouldn't change. Can be found here:

     - Each week, fill out this week's updates / blockers / look ahead
     Danielle Sheridan, 6/18/2020

# South

## 9 | This Week's Updates

**CoreEx**

- Mark OOO this week

**RegOps**

- GA per trip bill
- Louisiana rule-making
- WAV presentation to TX Committee
- Doc 'loserboard' (review of docs with very low approval rates)

## Flags/Blockers

**CoreEx**

- ...

**RegOps**

- ...

## Look Ahead (Next Week + Month)

**CoreEx**

- ...

**RegOps**

- Q2 reports/payments - aligned with Indirect Tax and GSAT on roles & responsibilities
- Automation of some manual processes (Flow)

## H2 KPIs & Priorities



| Headline KPIs | |
|---|---|
| - XX ... (pull from northstar slides) | Metrics + Color for |
| - XX ... (pull *Under construction* Color for slides) | |
| - XX ... (pull from northstar slides) | Metrics + Color for Status |

| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| #FindTheMoney |
| Defensive regulatory strategy |

**Slide 650**

---

8        Djevna on my team has just started on it - she's currently working on some impact sizing. I'm not sure how much SH impact we can actually tie to doc rejections, since 1) some of them are legitimate rejections, 2) for the non-legitimate ones, they might eventually get the doc approved anyway.

One thing she's identified so far is that a large number of docs rejected are because they are scanned, which is apparently an internal decision we made because they are more likely to be fraudulent (even in some jurisdictions like FL where DAs do an additional external verification check on DLs)
Jack Dwyer, 6/22/2020

1        +jack.dwyer@uber.com very interesting.  This is something you're building?
_Reassigned to jack.dwyer@uber.com_
Peter Sauerwein, 6/22/2020

9        I'll share an update once we have something worth sharing!
Jack Dwyer, 6/22/2020

# West

## This Week's Updates

CoreEx
- Seattle (PSST, Cornell Report)
- Recovery
  - Analysis
  - Mitigations
  - Funnel checkup
- CA (Product, Ballot initiative)

RegOps
- CA Confidentiality & WAV offset app.
- CPUC Report
- Data Request
- PNW Docs overhaul/audit
- Seattle (PSST, earnings standard)
- CA Ballot Initiative

## Flags/Blockers

RegOps
- Peter OOO Friday

## Look Ahead (Next Week + Month)

RegOps
- Doc Expiration "Cliffs"
- NTA report next steps

## H2 KPIs & Priorities




| Core Priorities for H2 |
|---|
| Recovery Insights & Rebuilding for Growth |
| |
| |

# Discussion Topics

- [Peter] City Ops Access for ePUDOS
- [Jack] FYI - July CRM requests all confirmed, except for 3 North projects (my guess is they were excluded because they were re-sends or very low-lift?)
- [Jack] Anyone have regs that explicitly <u>requires</u> that TNCs and local jurisdiction work in concert to coordinate with large events? Louisiana proposing something like that in our rules, which on the service is problematic / open to abuse
- [Paul] CRM Listening Session Updates, optimistic on:
    - Pooled resources
    - Holdbacks for more "unplanned" teams/regions
    - Automation points, now is the time
- [David] Central Ops asks and Demand Comms w/ maps
- [Chad] City Ops POCs for Driver Growth Spurt

# Rider Operating Review

# June 15th, 2020

# Updates (Danielle)

- Goal-setting and new reporting template -- will begin next week. Thank you
- Marketplace deep dives
- Incentive meeting this week
- Staffing Updates
- CA
- Backfills

# Discussion Topics

- [Chad] Goal setting: Any questions about how we structured these and came up with the targets in the North?
- [Chad] Re-launching rider spend. How are teams approaching this?
- [Chad] Deep dive next steps. How much resourcing are people able to provide?
- [Paul] CRM Update  // [Jack] Reminder: submit CRM requests ASAP

# West Updates

**Priorities For This Week:**

**Core Experience (Danielle)**

- PSST implementation and pricing
- DSTOP analysis and subs
- Recovery analysis and mitigations
  - PHX
  - MN
  - SAC
  - LV

**Reg Ops (Peter)**

- CPUC
  - CARB
  - Annual Report
  - July 1 worker's comp
  - June 26 Track 3 comments
- PSST implementation
- Seattle cleanups
- Recurring process updates

**Flags / Challenges:**

**FYI:**

# South Updates

**Priorities For This Week:**

**Core Experience (Mark)**

- Q3 prioritization
- Covid Recovery
  - Deep Dives (Charleston)
  - Recovery goals
  - Rider spend in MIA, GVL
- Prep for Hurricane season
- Misc: Cash, Long Distance (led by Rider), Growth Markets data flows

**RegOps (Jack)**

- GA tax - per trip bill being considered today June 15th
- Process catalogue - Finalize updates
- US-wide 'significant event' SOP (to cover protests)
- Misc: AL/SC audits; Decision on DC tax remediation; July CRM requests

**Flags / Challenges:**

**FYI:**

- Mark OOO - June 22-26 (except for critical meetings/processes)

# North Updates

**Priorities For This Week:**

**Core Experience (Chad, David)**

- COVID Recovery
  - Deep dives
  - Re-launching rider spend
  - MA recovery and surge
  - IL Surge Cap
- NYC Comfort
- NYC WAV

**RegOps (Paul)**

**Flags / Challenges:**

**FYI:**

- Chad OOO Weds afternoon (will work until around noon) through Fri

# June 8th, 2020

Highlight from the weekend? OR Interesting fact about you that none of us would know. Your choice!

# Updates (Danielle)

- Listening sessions - thank you to you all & your teams for attending
- WP article - NYT sniff test, level of transparency across the org
- Protest updates
- Email: "discounted rides to Black-owned small businesses, who have been hit hard by COVID-19, to help in their recovery."
- Resourcing across teams
- Vince departure
- FYI: OOO Friday 6/12

# Operating Reviews & Newsletter - Some thoughts / principles

- Meetings should serve as a means to an end; they shouldn't be the end point themselves
- In practice, this means that anything we do administratively (e.g., Operating Review, Newsletter) should be to foster helpful collaboration & discusison. We should not be doing things just to do them. This also means that we should be spending very little time preparing for these sorts of things, unless that's work that you would've had your team do anyway
- It's about substance, not formatting
- **Where I've Landed:**
  - Keep Operating Reviews as is, with the above principles in mind; kick off starting in July (already on calendar)
  - Resume newsletter same week as Operating Review, with same cadence in mind
  - Finance reviews: shorten to 30 min. While I expect CoreEx leads to know ins & outs of P&L, meetings themselves can be more Finance driven (e.g., a place for you to ask questions, etc)

# Bi-Weekly RLT Format Adjustments

The next 6 months matter more than ever. We're revising the RLT meeting structure to better inform, facilitate focused discussion, and drive accountability (and visibility across RLT) with new reporting on recovery performance.

## Bi-weekly RLT Meeting (60 min) - Structure

- [exists] 20 min Sarfraz Announcements
- [exists] 5 min Charlotte top-line reporting
- [*new*] 30-35 min RLT Ops Leads review progress on priorities and metrics that matter ("stoplight" reporting template to be followed)
    - On monthly basis, ahead/after MBR, review full OKR scorecard with RLT

# RLT Pre-work Required Ahead of the New Reporting

# US&C Central Ops H2 Priorities

| Ops Team | H2 Northstar Headline (absolute P0 / business plan summary) | Core Priorities | Headline KPIs |
|---|---|---|---|
| **US&C Rider**<br>[Recovery Plan Link] | Serve Riders' "At Home" and COVID-altered needs by optimizing existing services and introducing new ones with immediate relevance | - Core Product Experience<br>- New Ride Services<br>- Enterprise Transport Programs<br>- Empower Consumer Driving | Active Riders<br>% HVR<br>Rider First Trips |
| **US&C Airports**<br>[Recovery Plan Link] | Win back the conversation with airports - strengthen relationships to provide differentiated experiences | - Airports Strategy<br>- U4B/Business Traveler | % GB from Airports |
| **US&C Driver**<br>[Recovery Plan Link] | Drive sustainable growth by securing a future for flexible work and improving satisfaction and retention | - Invest in Earners<br>- Evolve our Work Model | Active Drivers<br>Supply Hours |
| **US&C Marketplace**<br>[Recovery Plan Link] | Develop and execute unified pricing and incentives strategy to drive sustainable growth | - Pricing Strategy | C/S<br>% Surged |
| **US&C Compliance**<br>[Recovery Plan Link] | Ensure full compliance by eliminating systematic risks, driving optimization and transforming experience | - Compliance Excellence | |
| **US&C Safety & Standards**<br>[Recovery Plan Link] | Reduce incidents and meaningfully improve safety perception, while delivering segmented standards to customers | - Stand for Safety<br>- Segmentation | Safety Perception |
| **US&C Vehicles**<br>[Recovery Plan Link] | Expand the Vehicles offering across cities and product types | - Go wide - launch new cities<br>- Add new offerings - Comfort, Hybrid<br>- Invest in EVs | SH Growth on VS |

# City Ops H2 Priorities

| Ops Team | H2 Northstar Headline (absolute P0 / business plan summary) | Core Priorities | Headline KPIs for H2 |
|---|---|---|---|
| **US City Ops**<br>[Recovery Plan Link] | Surface city-level insights that unlock growth, reduce cost, and optimize the customer experience | - Small/Mid-Sized City Growth<br>- Regulatory Response | Recovery Ratio (Overall, T5, T10, T20, non-T20) |
| **West** | -- | - | -- |
| **South** | -- | - | -- |
| **North** | -- | - | -- |
| **Canada City Ops**<br>[Recovery Plan Link] | Strengthen foundations, while bending our growth curve via rider engagement, expansion/launch, and BC/Quebec double-down | - Canada Growth | Recovery Ratio<br>C/S<br>Supply Hours<br>% HVR |

# Template for New RLT Reporting

# RLT Standup Updates (1/2)

| Ops Team | Core Priorities | Headline KPIs | | This Week's Updates | Look Ahead (Next Week + Month) |
|---|---|---|---|---|---|
| **US City Ops** [Recovery Plan Link] | - Recovery ... (pull from slides 4-5 above for US summary box) | Recovery Ratio | *Metrics + Color for Status* | - Milestones, blockers, not a laundry list of "everything" | - Milestones, blockers, not a laundry list of "everything" |
| **Canada Ops** [Recovery Plan] | - XX... (pull from slides 4-5 above for US summary box) | Recovery Ratio Active Riders? % HVR? Supply Hours C/S | *Metrics + Color for Status* | - | - |
| **Compliance** [Recovery Plan] | - XX... (pull from slides 4-5 above for US summary box) | ? | *Metrics + Color for Status* | - | - |
| **Safety & Standards** [Recovery Plan] | - XX... (pull from slides 4-5 above for US summary box) | Safety Perception R&A Spend | *Metrics + Color for Status* | - | - |
| **Vehicles** [Recovery Plan] | - XX... (pull from slides 4-5 above for US summary box) | % SH on VS | *Metrics + Color for Status* | - | - |

# RLT Standup Updates (2/2)

| Ops Team | Core Priorities | Headline KPIs | | This Week's Updates | Next Month / Look Ahead |
|---|---|---|---|---|---|
| **Airports** [Recovery Plan Link] | - XX... (pull from slides 4-5 above for US summary box) | % GB from Airports | *Metrics + Color for Status* | - | - |
| **Rider** [Recovery Plan] | - XX... (pull from slides 4-5 above for US summary box) | Active Riders Rider First Trips % HVR | *Metrics + Color for Status* | - | - |
| **Driver** [Recovery Plan] | - XX... (pull from slides 4-5 above for US summary box) | Active Drivers Supply Hours | *Metrics + Color for Status* | - | - |
| **Marketplace** [Recovery Plan] | - XX... (pull from slides 4-5 above for US summary box) | C/S % Surged | *Metrics + Color for Status* | - | - |

# Action Items

- Danielle + 1 CoreEx lead to partner together on a structure for this / framework. Thoughts?
- We'll come back to this group tomorrow with next steps; goal is to finalize goals & templates for reporting by early next week

# Discussion Topics

- [Paul] CRM challenges for North RegOps (collecting pain points)
  - @Group - Who has been helpful navigating these sorts of issues in the past?
  - @Danielle and others - Any understanding of whether this design will persist? (vs. my preference of dedicated regional POCs, even if those POCs split time)

# North Updates

**Priorities For This Week:**

**Core Experience (Chad, David)**

- COVID Recovery
  - Deep Dives (Detroit, Philly)
  - Boston
  - North Recovery Goals
- NYC Comfort Launch Decision
- NYC AAR bid due June 15

**RegOps (Paul)**

- NYC Threats (n.b. new commissioner)
  - Partitions
  - Congestion / further vehicle constrictions
  - Real-time data sharing
- Tax angling in Chicago
- NYC Insurance Extension
- New interim DPU commissioner

**Flags / Challenges:**

- Boston BGC Cohorts
- Philly coverage

**FYI:**

- Chad OOO June 17 - 19 (Weds - Fri)

# West Updates

**Priorities For This Week:**

**Core Experience (Danielle)**

- COVID Recovery
  - Deep dives
  - Weekly monitoring
- CA product launches
- Seattle PSST

**Reg Ops (Peter)**

- CPUC annual report
- Seattle PSST
- NTA annual audit
- California workstreams (WAV, CARB)

**Flags / Challenges:**

- Resourcing

**FYI:**

# South Updates

**Priorities For This Week:**

**Core Experience (Mark)**

- Covid Recovery
  - Deep Dives (Atlanta, Charlotte)
  - Back to Business Criteria
  - EDI process
- Prep for Hurricane season
  - Internal alignment on playbook
- Cash
  - Rider ID workstream
  - Alignment deck

**RegOps (Jack)**

- Finalizing H1/Q3 re-prioritization exercise (carry over from last week)
- DC tax overpayment
- Hurricane season prep

**Flags / Challenges:**

**FYI:**

- Mark OTG - June 22-26 (except for critical meetings/processes)

# June 1st, 2020

# Updates (Danielle)

- This weekend's events
- Team morale
- Driver incentive strategy this week
- Latest on CA
- Reliability

# Finance update

*From MBR*



# Modest but encouraging signs on GB improvement, which has continued for six consecutive weeks

US&C Weekly Gross Bookings (MMs)



- Recovery led by ATL, TX, FL and NY; depressed volumes continue in SF, LV, SEA, DC

- Weekday commute continues to drive impact whereas weekend / fun / travel remain depressed at varying degrees

T5

**Notable cities in recovery**

*Pre-COVID levels is week of 2/24/2020*    679

# Maxing take rate (NETR) during lockdown has generated cash to offset our cost base...but likely unsustainable over medium-term

US&C Weekly NETR (MMs)

NETR of █████████ **vs. pre COVID levels**:

- ○ Incentives down ████
- ○ Lower T&F
- ○ Reduced surge
- ○ Subs revenue $
- ○ No Shared Rides
- ○ Booking fee now higher % of fare

Incentives have been managed to largely non-discretionary spend only, with EDI in slow ramp to address widespread C/R degradation

Though not sustainable in the long term, near term NETR expansion has reduced burn and offset fixed costs

*Weekly NETR includes estimate for Other Revenue and T&F - Disbursed.

# We've returned to profitability through modest GB recovery and ongoing cost mitigations

We fell short of breakeven in April as many of these efforts were in flight, however overall performance was in line with expectations

# Q2 trending favorably compared to latest forecast (F5), but still far from where we need to be looking ahead to H2

# H2 recovery remains uncertain, however mitigation efforts should allow us necessary capital to defend CP and deliver against contribution targets



- While we believe there is upside to our F5 GBs (Prelim F6 reflects as much), pace of recovery and the incentives needed to maintain adequate leadership in the category remains uncertain.

- There is conviction that US&C Rides remains the profit engine to power Uber toward profitability.

- Subject to CP redline, we will solve for contribution expectations first; a similar framework to our original 2020 plan:
  - If growth recovers faster and/or requires fewer incentives to maintain redlines, we will bank CM $
  - If competition intensifies and we need to address CP losses, we will respond and escalate spend asks if contribution target is at risk

# In the coming weeks, Finance and Ops will work closely to develop a revised financial plan (F6) for the balance of 2020

**Our plan will need to reflect:**

- Connect our recovery strategy and investment objectives to our financial outlook
- Offset depressed volume with higher profit margin → solve for contribution abs$
- Size risks & opportunities of potential competitive scenarios should we need to pivot in either direction
- Align on the set of assumptions that need to be true to maintain CP redlines
- Address safety & PPE emerging and evolving → self fund & unlock margin rather than sacrificing price leadership



# Discussion Topics

- [Jack] City Ops newsletter - I still see value in this**.** Thoughts on restarting in a few weeks?
- [Jack] Tax & fee update / input requested
  - [Strategic framework](#)
  - [Strategic plans for highest priority markets](#) - North, West, South
  - [Tax and Fee Playbook](#)

# West Updates

**Priorities For This Week:**

**Core Experience (Danielle)**

- Protest monitoring and response
- COVID response
- Seattle PSST and Hazard Pay
- CA action items

**Reg Ops (Peter)**

- [NV] NTA audit round 2
- Seattle PSST (sick pay) operationalization
- CPUC annual report kickoff
- Protest response

**Flags / Challenges:**

- CPUC annual report added new data request - resource intensive

**FYI:**

- Peter OOO Weds AM & Thurs (depo)
- Updated priorities and territory POCs deck

# South Updates

**Priorities For This Week:**

**Core Experience (Mark)**

- Protest response / continuing Covid reponse
- Cash launch
- Wrapping up Nat'l Social Impact
- Q3 priority refresh

**RegOps (Jack)**

- Finalizing H1 re-prioritization exercise
- BAU with processes transitioned post-layoffs
- Taxes & fees strategy

**Flags / Challenges:**

- General team concerns about bandwidth (RegOps)

**FYI:**

- DC tax 'underpayment' actually an 'overpayment' due to deep-dive on reporting methodology **-** Robin Horton extremely helpful
- Updated territory POCs here

# North Updates

**Priorities For This Week:**

**Core Experience (Chad, David)**

- COVID Recovery & Marketplace interventions
  - MA BGCs, Surge Cap, RSP
- Curfews, surge caps, etc
- NYC Access-a-ride bid
- Gating Product changes

**RegOps (Paul)**

- Itemized regulatory relief angles across North
- Insurance (re-)extensions in NYC
- Central Compliance: BGC cost savings w/ NYS as a testing ground
- PA reauthorization
- Partitions

**Flags / Challenges:**

- BGCs & Surge Cap in MA

**FYI:**

- Chad OOO for a few days in mid-to-late June. Still figuring out the details.

# May 26th, 2020

# Today's Agenda

- One highlight from the weekend?
- Updates (Danielle)
- Discussion Topics (Team)

# Business Performance

## Still significantly down on GB YoY growth, but we seem to have hit the bottom

## Consistently positive Daily WoW growth





Trip recovery is starting, but not yet at meaningful scale in most of our largest markets



# Italian consumers expect to change their travel behavior after COVID-19 has subsided



**Intent to use the following travel and mobility options compared to before COVID-19[1]**
% of respondents

Legend: Never use (today) · Will stop using · Use less · About the same · Use more

**Public transport**

| | Will stop using | Use less | About the same | Use more |
|---|---|---|---|---|
| Train | 16% | 37% | 25% | 2% |
| Plane | 16% | 37% | 22% | 2% |
| Bus (public transportation) | 19% | 37% | 21% | 2% |
| Boat/ferry | 13% | 25% | 19% | 1% |
| Taxi/Cab | 12% | 22% | 15% | 1% |
| Metro/subway | 17% | 29% | 14% | 1% |

**Individual transport**

| | Never use (today) | Will stop using | About the same | Use more |
|---|---|---|---|---|
| Walking | 9% | 1% | 47% | 41% |
| Own car/truck | 13% | | 55% | 17% |
| Own bicycle | 9% | | 37% | 21% |
| Bike sharing | 7% | 7% | 10% | 3% |
| Car sharing/rental | 8% | 12% | 9% | 2% |
| (E-) scooter sharing | 7% | 8% | 7% | 2% |

# Danielle Topics

- Last week's org moves + importance of prioritization across teams

- AB5 updates

- External spend + T&E

  - If you don't have a business critical need *now* (i.e., it's approved and launching ~2 mos), it's not in scope

  - If something doesn't change today's risk profile, it is not critical/required spend

  - We'll have proactive conversations later for future items/needs (e.g. compliance third-party contracts)

- Starting next week - going to include team updates below. Feel free to add most pertinent info to those slides (we'll usually get to those slides, but not always)

- Operating Reviews and P+L Reviews

## Discussion Topics

- [Chad] Project Rebound Meeting process this week

# May 13th, 2020

**<u>Meeting Note Taker</u>** 

Chad Dobbs         Zach Smith
Paul Picinich      Danielle Sipf
Mark Marge         Peter Sauerwein
Jack Dwyer         **Jenn Sinha**
David Shapir

# Discussion Topics

- [Chad] Market Insights for Project Rebound (Thursday meeting with Marketplace)
  - Select cities by 3pm today (email Albert Ng, Varun Kaushal, Chad)
  - Add qualitative feedback / additional context / competitive updates / recommendations (instructions to come)
  - Add analysis existing or upcoming analysis that your team is doing / discussion topics / questions
- [Danielle] Importance of recovery tracking - time of day analyses, geo specific analyses, user cohorting, etc.
- [Jack] Proposed CRM process
  - If no objections, Andy Schaefer on my team will forward Ha's email and share proposed process with all city ops  later today
- [Chad & Paul] PUA and proactive phone calls
- [Jenn] Compliance Recovery Plan [Jack: might be helpful - compliance operating review, slide 13]
- [Mark] Friday Finance meeting

# Action Items

| Date Started | Project / Action Item | Owner/PM | Deadline | Status | Notes/Steps |
|---|---|---|---|---|---|
| 5/8 | Follows up from Pulse Survey Mtg | Peter | 5/15 | In Progress | |
| 5/11 | Follow up on changes with CommOps and Jump | Danielle | 6/15 | Completed | Followed up w/ additional detail on org structure |
| 5/11 | Follow up on metrics and questions about MPH meeting | Chad | 5/13 | In Progress | |
| 5/13 | PUA and proactive phone calls | Paul | 5/15 | In Progress | |
| 5/13 | Decision on Friday meeting | Mark | 5/14 | In Progress | |
| 5/13 | Get City Ops added to CP/GI newsletter | Danielle | 5/14 | In Progress | |
| | | | | | |
| | | | | | |
| | | | | | |

# May 11th, 2020

**<u>Meeting Note Taker</u>** 

| | |
|---|---|
| Chad Dobbs | Zach Smith |
| Paul Picinich | Danielle Sipf |
| Mark Marge | Peter Sauerwein |
| Jack Dwyer | **Jenn Sinha** |
| David Shapir | |

# Welcome to the team, David!



# Global SteerCo Updates

**People:**
- **COVID Impact on Headcount and Global Footprint.** Announced the elimination of approximately 3,700 roles across CommOps and Recruiting due to the impact of COVID, including the closure of 40% of Greenlight locations globally.

**Platform:**
- **PPE.** Exported 12 million masks from China, with an additional 25 million secured for future shipment. Previewed face covering policy that will apply to both riders and drivers and scheduled formal global announcement for May 13. Received ELT support to move forward toward making sanitizing wipes a core pillar of our safety proposition.
- **Financial Assistance.** Current run rate translates into June 30 cumulative payout significantly below original projection, with claims rates lower than epidemiological models had projected and little uptick from expanding eligibility to cover pre-existing conditions. Uncertainty remains, including impact of claims automation and CA-specific policy.

**Communities:**
- **10 Million MWM Pledge.** Completed 2.9 million riders/meals/deliveries of overall pledge, with 1.8 million redeemed. Launched site showcasing community response initiatives across each region globally.
- **Supporting Frontline Healthcare.** Announced a wave of free trip donations to healthcare workers across LatAm, including in Brazil, Argentina, and Mexico. Partnered with an influential hospital workers union to donate 5,000 free rides to doctors and nurses in New York. Launched Uber Medics in Kenya and Poland, and released a video with Indian group Sanam to celebrate Uber Medic drivers.
- **Government Partnerships.** Closed contract with City of Philadelphia to provide food delivery and working to finalize contracts to backfill reduced transit service and transport essential workers in several additional U.S. cities, including New York and Detroit. Secured government incentives for Eats deliveries in cities across Japan, including Tokyo, Nagoya, and Fukuoka. Coordinated with center and state governments in India to relaunch Rides in 27 cities previously under lockdown.

# Discussion Topics

- [Danielle] Last week's changes
  - Tips for managing change - link
- [Danielle & Paul] Latest on social impact, U4B, guardrails
- [Chad] COVID Recovery Tracking
  - Weekly City Ops <> Marketplace meeting
  - Midpoint rule
  - Recovery ratio
  - Competitive tracking
- [Jack] Proposed CRM process

# Action Items

| Date Started | Project / Action Item | Owner/PM | Deadline | Status | Notes/Steps |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# Action Items

| Date Started | Project / Action Item | Owner/PM | Deadline | Status | Notes/Steps |
|---|---|---|---|---|---|
| 5/8 | Follows up from Pulse Survey Mtg | Peter | 5/15 | In Progress | |
| 5/11 | Follow up on changes with CommOps and Jump | Danielle | 6/15 | In Progress | |
| 5/11 | Follow up on metrics and questions about MPH meeting | Chad | 5/13 | In Progress | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# May 6th, 2020

**<u>Meeting Note Taker</u>** 

Chad Dobbs          Zach Smith

Paul Picinich          Danielle Sipf

Mark Marge          **Peter Sauerwein**

Jack Dwyer          Jennifer Sinha

Tabatha Chow

# Danielle updates

- Today's news
- Recovery planning meeting update (decks below are wip)
  - [Pricing and Incentives](#)
  - [Set a new standard for safety](#)
  - [Generate demand with new use cases and products](#)
  - [Engage and Enable Earners](#)
- One clear AI for recovery: week to week monitoring

**Slide 711**

1  +us-rides-cityops-leads@uber.com add in any additional discussion topics you have for today's meeting.
  _Assigned to uscan-mobility-uscityops-lt_
  Jen Caffrey, 5/6/2020

# Discussion Topics

- [Paul] U4B <> Social Impact
- [Paul] CommOps/GLH reliance
- [Peter] Pulse Survey Meeting tomorrow & owners
- [Chad] Update SteerCo tracker by 4pm ET on Thursday (let me know if that's an issue), to allow Samarth to start sending his daily update email
  - Reference the process doc for more details

# May 4th, 2020

**<u>Meeting Note Taker</u>** 

Chad Dobbs            Zach Smith
Paul Picinich          Danielle Sipf
Mark Marge           **Peter Sauerwein**
Jack Dwyer            Jennifer Sinha
                          Tabatha Chow

# COVID Recovery: Process for Updating Market Phases

## Chad

[link](link)

# Recovery Strategy: North

# Recovery Roadmap | NYC (Samson, Albert, Rachel, Case)

| Lock Down | Heavy Social Distancing | Back to Business | New Normal |
|---|---|---|---|

**Regulatory**

**City Relationships**

**Competitive**

**Marketplace**



# Recovery Roadmap | New Jersey (Joe, Dakota, Julie)



## Recovery Roadmap | Philadelphia (DHan, Megan, Greg, DWu)



# Recovery Roadmap | Chicago (Varun, Cameron, Julie, Fadia, Rachel)



## Recovery Roadmap | Boston (Jeff, Varun, DWu, Bennett)



# Recovery Roadmap | Rest of North (Emily, Dakota, DWu)



# Recovery Strategy: South

# Recovery Roadmap | South (General)



# Recovery Roadmap | Washington D.C.



# Recovery Roadmap | **Miami**



# Recovery Roadmap | Rest of South



| | Lock Down | Heavy Social Distancing | Back to Business | New Normal |
|---|---|---|---|---|
| General Performance Expectation | | | | |
| Marketplace/ Competitive | | | | |
| Regulatory | | | | |
| City Relationships | | | | |

# Recovery Strategy: West

# Recovery Roadmap | [California]



## Recovery Roadmap | [Los Angeles]



# Recovery Roadmap | [San Francisco]



# Recovery Roadmap | [San Diego]



# Recovery Roadmap | [RoCA]



| | Lock Down | Heavy Social Distancing | Back to Business | New Normal |
|---|---|---|---|---|
| **Regulatory** | | | | |
| **City Relationships** | | | | |
| **Competitive and Marketplace** | | | | |

# Recovery Roadmap | Las Vegas



# Recovery Roadmap | Seattle



# Recovery Roadmap | Rest of West



# Discussion Topics

- [Peter] Q1 Pulse Survey Followups
- [Jack] Proposed new mask comms process - in light of face covering policy
- [Jenn] Updates from Driver Ops team (e.g. Project Amplify, Telemedicine, Gov Assistance)
- [Peter] UberPOOL recommendations from Central Team
- [Paul] U4B <> Social Impact
- [Jenn] Newsletter cadence

# Q1 Culture Survey Next Steps

**April 22nd**

**City Ops Results
Shared with Teams.
Feedback & Ideas.**

**April 30th**

**Leadership Team
Actions on Feedback
& Suggestions**

**May 8th**

**Changes & Actions
from Survey
Communicated**

# Survey Questions I'd like to this team to focus on

**Good work is rewarded and recognized at Uber**

**The communication I receive makes me feel connected to what's going on at Uber**

**The key processes I use at Uber are simple**

# Other Survey Items to be Addressed on May 7

1.  Speed to action on the survey

1.  Celebrate differences

Pulse Survey
Follow-up #1

## Survey Question: Good work is rewarded and recognized at Uber

City Ops Leadership Sponsor: John/Jane Doe

Planned Actions / Next Steps:

- Source ideas & align on best way recognize city ops members & identify channel and frequency

- Commit to 5:1 ratio of positive and negative feedback as individual managers

- Leverage the Talent Mobility Marketplace as a reward for top work

Pulse Survey
Follow-up #2

## Survey Question: The communication I receive makes me feel connected to what's going on at Uber

City Ops Leadership Sponsor: John/Jane Doe

Planned Actions / Next Steps:

- Appoint 1 person from each subregion as central team "liason" to attend operating reviews, etc for each central team.  This person serves as center of excellence / knowledge for the team.

- Look at ways to foster communication between teams

- Review newsletters available for subscriptions from central teams & allow subscriptions
  - Highlight the biweekly city ops newsletter

Pulse Survey
Follow-up #3

## Survey Question: The Key Processes I Use at Uber are Simple

City Ops Leadership Sponsor: John/Jane Doe

Planned Actions / Next Steps:

- Review tools access for city ops & see if it makes sense to expand (e.g. Flow, Airport Control)

- Working with central teams who currently wield control of these tools - how does this work?  Surge?  Cascade?  ePUDOs?

- Other new tools we can leverage to make our jobs easier?

# Action Items

| Date Started | Project / Action Item | Owner/PM | Deadline | Status | Notes/Steps |
|---|---|---|---|---|---|
| 4/29 | **Mandatory PPE** | Jack | | In Progress | @Jack to reach out to Bushra to let them know that we are good to go forward with states with mandatory facemask requirements. For states that do not have these requirements, we will get feedback from stakeholders and make an informed decision later this week. |
| 4/29 | **Under the Hood** | Zach/Danielle Sipf | | In Progress | @Zach to message Danielle Sipf about Under the Hood work |
| 4/29 | **City Ops newsletter** | Zach | | In Progress | @Zach to go forward with piloting the US-wide city ops letter |
| 4/29 | **Recovery Matrix** | Everyone | 5/4 | In Progress | a) For Monday recovery matrix expectations - Only need to present things that have changed b) Danielle to send national recovery matrix deck |

# April 29th, 2020

## Meeting Note Taker 

| | |
|---|---|
| Chad Dobbs | Zach Smith |
| Paul Picinich | **Danielle Sipf** |
| Mark Marge | Peter Sauerwein |
| Jack Dwyer | Jennifer Sinha |
| | Tabatha Chow |

Pulse Survey
Follow-up #4

## Survey Question: Teams Across Uber Work Effectively with Each Other

City Ops Leadership Sponsor: John/Jane Doe

Planned Actions / Next Steps:

- Incorporate RAPID framework into PRDs

- Have local legal act as "legal QB" and solicit feedback from relevant central teams

- Feedback on decisions handed down from above - where do we go from here?

# Discussion Topics

- [Jack] Just got looped into discussion re adopting mandatory face-covering policy on Rides for all of the US&C
  - Includes Rider and Earner Pre-Trip Checklist
  - Driver-side MVP live, but messaging updated due to legal concerns; SteerCo approved launch of rider-side request blocking MVP
  - Trying to collaborate on what this means for comms plan (hopefully this will simplify)
- [Zach] Under the Hood - my team expressed interest in identifying a suite of things we can be doing to generate these insights. I'm happy to set them loose and then report back, but wanted to see if anyone else's team was thinking similarly and wanted to check in to see if we ought to collaborate or just run with it. (Mark's team has similar interest and may have made some progress already)
- [Zach] Full cities Newsletter template/process ready to pilot - what timeline works best for this group?
  - 5 steps on bi-weekly cycle:
    - Identify Key Project wins by priority (look back) & Focus Projects by priority (look forward)
    - Provide 2-3 sentence update on each
    - Rotating lead compiles and edits into template (feel free to use your team to help)
    - Danielle gives final review
    - Lead sends

# April 27th, 2020

<u>**Meeting Note Taker**</u> 

Chad Dobbs        Zach Smith
Paul Picinich     **Danielle Sipf**
Mark Marge        Peter Sauerwein
Jack Dwyer        Jennifer Sinha
                  Tabatha Chow

# Recovery Strategys

# Recovery Strategy: North

**Slide 749**

2          +paulp@uber.com +chad@uber.com
           _Assigned to paulp@uber.com_
           Jen Caffrey, 4/20/2020

# Recovery Roadmap | NYC (Samson, Albert, Rachel, Case)



# Recovery Roadmap | **New Jersey** (Joe, Dakota, Julie)



# Recovery Roadmap | Philadelphia (DHan, Megan, Greg, DWu)



## Recovery Roadmap | Chicago (Varun, Cameron, Julie, Fadia, Rachel)



# Recovery Roadmap | Boston (Jeff, Varun, DWu, Bennett)



# Recovery Roadmap | Rest of North (Emily, Dakota, DWu)



# Recovery Strategy: South

**Slide 756**

3          +markm@uber.com +jack.dwyer@uber.com +zach@uber.com
           _Assigned to markm@uber.com_
           Jen Caffrey, 4/20/2020

# Recovery Roadmap | South (General)



# Recovery Roadmap | Washington D.C.



# Recovery Roadmap | Miami



# Recovery Roadmap | **Rest of South**



# Recovery Strategy: West

**Slide 761**

4          +mccaleb@uber.com +peter.sauerwein@uber.com +danielle.sipf@uber.com
           _Assigned to mccaleb@uber.com_
           Jen Caffrey, 4/20/2020

# Recovery Roadmap | [California]



| Lock Down | Heavy Social Distancing | Back to Business | New Normal |
|---|---|---|---|

**Business Objective**

**Regulatory**

**City Relationships**

**Competitive**

# Recovery Roadmap | [Los Angeles]



# Recovery Roadmap | [San Francisco]



# Recovery Roadmap | Las Vegas



# Recovery Roadmap | Seattle



# Recovery Roadmap | Rest of West



# Discussion Topics

- [Danielle] Talking points re: mid-year perf
- [Jack] CRM process for non-COVID sends. Has anyone been deeply involved in the prioritization process? I think there might be value in having a single L3/L4 city ops POC coordinate all our asks, ensure we're under our point allocation, and flag to Danielle when we need to make any trade-offs
- [Jenn] Update on City Cohorting within Recovery @Chad
- [Jack] Rider and Earner Pre-Trip Checklist
  - Driver-side MVP live, but messaging getting updated due to legal concerns
  - SteerCo approved launch of rider-side request blocking MVP
  - Trying to collaborate on what this means for comms plan (hopefully this will simplify)
- [Zach] Under the Hood - my team seems pretty interested here and expressed interest in identifying a suite of things we can be doing to generate these insights. I'm happy to set them loose and then report back, but wanted to see if anyone else's team was thinking similarly and wanted to check in to see if we ought to collaborate or just run with it.
- [Zach] Full cities Newsletter template/process ready to pilot - what timeline works best for this group?
  - 5 steps on bi-weekly cycle:
    - Identify Key Project wins by priority (look back) & Focus Projects by priority (look forward)
    - Provide 2-3 sentence update on each
    - Rotating lead compiles and edits into template (feel free to use your team to help)
    - Danielle gives final review
    - Lead sends
- [Jen] Add in your lunch orders for Wednesday's lunch/brunch :)

# April 22nd, 2020

**<u>Meeting Note Taker</u>** 

Chad Dobbs          
Paul Picinich          Danielle Sipf
Mark Marge           Peter Sauerwein
Jack Dwyer            Jennifer Sinha
                     Tabatha Chow



# Discussion Topics



# April 20th, 2020

**Meeting Note Taker** 

Chad Dobbs          Zach Smith
Paul Picinich        Danielle Sipf
Mark Marge          Peter Sauerwein
Jack Dwyer          Jennifer Sinha
                    Tabatha Chow

# Welcome back, Danielle!



# Global SteerCo Updates

**People:**
- **Pulse Survey.** Completed pulse survey on employee wellbeing during extended work from home period, with a focus on caregivers. Presented recommendations to ELT.
- **Travel Cancellations.** Updated travel guidelines to cancel all non-essential travel through the end of June.

**Platform:**
- **WHO and CDC Endorsements.** Secured WHO and CDC endorsements of our driver, rider, courier, eater, and restaurant safety messaging.
- **PPE and Safety Product.** Shipped masks to the first cohort of drivers in the US, with additional orders arriving across the rest of the world throughout the coming weeks. Facing continued challenges with supply chain and distribution logistics, as well as fast-evolving regulatory requirements. Approved earner safety checklist and mask verification product proposals.
- **Financial Assistance Policy Update.** Rolled out updated policy to markets beyond the US, broadening eligibility criteria to cover pre-existing conditions and instituting individual payments caps localized by city.
- **Wave 3 of Earner Support.** Approved proposals for laminated in-car safety and tipping placards, dedicated cleaning stations, multi-channel earner engagement, and reduced remittance fees partnership.
- **Telemedicine.** Finalized launch of telemedicine for earners in the US and Brazil. Exploring additional rollouts globally while monitoring impact on financial assistance policy.

**Communities:**
- **Supporting Frontline Healthcare.** Partnered with Salesforce to deliver PPE via Freight to California healthcare workers and with a consortium of pharma companies to transport recovered COVID-19 patients to plasma donation locations. Supported delivery of testing kits to senior living centers in Catalonia. Finalized global playbook for provision of free or discounted rides to healthcare workers.
- **Social Impact.** Continued steady drumbeat of social impact efforts across US & Canada.

# Discussion Topics

- [Danielle Sheridan] Questions on City Recovery work (i.e. Market-By-Market Assessments)
- [Danielle Sheridan] Decision re: Wednesday's meeting -> Leave, but if there's not a lot to discuss, we'll cancel or try to shorten the meeting
- [Danielle Sheridan] FYI Thurs-Fri OOO this week
- [Jack] "Volunteer to Support Drivers and Delivery People" email from Eric Schroeder to distribute PPE at DC GL - only went to a small number of DC-based CommOps people and us, was the invite meant to go to everyone? (DC date 4/22-4/24)
  - [Chad] How soon is this happening? And do we expect that to start happening elsewhere?
- [Paul + Peter] UberMedic - pilot city & next steps
- [Paul] Social Impact divvying up in North
- [Social Impact Question] The social impact tracker has many "free meals" requests in them.  T or F: All of these are budgeted for already, so all should be declined

# Action Items

| Date Started | Project / Action Item | Owner/PM | Deadline | Status | Notes/Steps |
|---|---|---|---|---|---|
| 3/30 | Share out analysis of local Pool deprecation impact on rider base | Peter | 4/13 | In Progress | |
| 4/13 | Review Medic vehicle view playbook and confirm no blockers with Molly, and follow-up with Peter on implementation | Danielle | ASAP | In Progress | Medic playbook |
| 4/20 | PPE distribution...who should get this? | Danielle | ASAP | In Progress | |
| 4/20 | UberMedic find pilot city - CA (Sacramento)? Denver | Paul | ASAP | In Progress | Leaning towards Denver, need to confirm alignment |

**Slide 776**

**10**     +peter.sauerwein@uber.com just a friendly reminder on this one, if it's not already complete
Jack Dwyer, 4/13/2020

# April 15th, 2020

**Meeting Note Taker** 

| | |
|---|---|
| Chad Dobbs | Zach Smith |
| Paul Picinich | Danielle Sipf |
| Mark Marge | Peter Sauerwein |
| **Jack Dwyer** | Jennifer Sinha |
| | Tabatha Chow |

# Discussion Topics

- [Jen] Please add your name next to at least two Central Ops Operating Reviews here. We will have one POC from each region attending and relaying info to their teams. EOD Thursday 4/16
- [Chad] Has anyone heard about the potential for Pandemic Unemployment Assistance (PUA) to disincentivize drivers from driving? From what I've gathered, earnings from Uber, or other sources, will reduce PUA payments, so a driver may not have any economic incentive to drive.
- [Danielle]
  - Social Impact - Recovery
  - Recovery workstreams more generally
  - Feedback from City Ops meeting - please keep coming along!
  - This meeting?
- [Jack] FYI - Angela has started re-designing the mask comms process to allow for faster execution / more pre-approvals, given it sounds like we should expect more orders like LA and Miami (I believe she has chatted with Flo)

# April 13th, 2020

**<u>Meeting Note Taker</u>** 

Chad Dobbs          Zach Smith
Paul Picinich       Danielle Sipf
Mark Marge          Peter Sauerwein
**Jack Dwyer**      Jennifer Sinha
                    Tabatha Chow

# Global SteerCo Updates

**People:**
- **Employee Pulse Survey and Caregivers.** Completed employee pulse survey to understand how we can better support employees in our current WFH environment and ahead of a future transition toward regular operations. Using results as the basis for reviewing current policies, especially as they affect employees with caregiver responsibilities.

**Platform:**
- **Financial Assistance Policy.** Finalized update to global COVID financial assistance policy, including broadening eligibility criteria to cover pre-existing conditions and instituting individual payments caps localized by city at the 50th percentile of the earnings distribution. Updated policy for payment in the event a driver passes away from COVID.
- **Work Hub.** Launched Work Hub in the US to connect earners with additional work opportunities across our platform (i.e. Rides, Eats, Freight, and Works) or outside of Uber (e.g. Amazon, Domino's, and Shipt). Global expansion underway.
- **Government Assistance Portal.** Finalized launch of a government assistance portal to ensure earners have all the information necessary to successfully navigate and apply for COVID-related financial relief and unemployment benefits. Rolling out in EMEA and US&C first before expanding globally.
- **PPE Procurement.** Announced the start of distribution of tens of millions of ear-loop face masks to active drivers and couriers globally, with first shipments to drivers in New York City. Made public our donation of all N95 masks to local hospital systems. Launched small pilots of in-car partitions in markets where we face strong government pressure or regulatory requirements to do so
- **Delivery.** Accelerated delivery rollout with new grocery and convenience store partnerships on Eats, starting with major supermarket chain Carrefour in France and convenience chain Galp in Spain, as well as other pharmacy and essentials partnerships across LatAm and Sri Lanka.

**Communities:**
- **Government Partnerships.** Launched partnerships to support public transit authorities in Miami and Hamburg by providing trips during hours of limited or no transit service. Pursuing additional partnerships globally as governments reduce or suspend transit service due to falling ridership, reduced funding, and/or employee absenteeism.

# Discussion Topics

- [Jack] Comms toolkit for mask-related orders. Looks like in-app interstitial messages feature heavily. Has this been properly vetted, in terms of impact on conversion?
  - "Strongly recommended" or "recommended" vs mandatory mask guidelines
- [Danielle]
  - City Ops All Hands - Slido Questions
  - Recovery Workstreams
    - Market by market plans once we start seeing recovery
    - Taxes/fees
    - Recovery "framework"
    - City relationships (new)
- [Chad] FYI that there's a global COVID recovery framework that is being reviewed by the global steerco today. This will provide direction on how we should categorize our markets as they're recovering from COVID, as well as guidance on actions to take at various stages of recovery. In addition to this, I'm working with my team to create a COVID recovery dashboard, which will cover internal business metrics and external factors. This dashboard can be scaled across the US, if people see value.
- [Peter] Global Strategy & Approval for PPE - action required?  Nick Murphy is our US POC?

# Action Items

| Date Started | Project / Action Item | Owner/PM | Deadline | Status | Notes/Steps |
|---|---|---|---|---|---|
| 3/30 | Share out analysis of local Pool deprecation impact on rider base | Peter | 4/13 | In Progress | |
| 3/30 | Connect team with Tim re:Item Delivery once ready | Danielle | 3/31 | Marking as complete | Share any thoughts, questions, concerns |
| 3/30 | Close out SF promo code decision with Danielle | Jenn | 3/30 | Done | |
| 3/30 | Share info on Seattle promo codes to Danielle | Peter | 3/31 | Done | Deciding how to rectify open-ended expectation on promo codes with the regulator |
| 3/30 | Let Danielle know of any expected attrition, along with critical roles that needed to be filled | Team | 4/3 | Marking as complete | This will help us rebalance headcount for a critical role like MW/NE Core Ex head |
| 4/6 | Ensure consistent guidance on T&E for work from home setup | Danielle | ASAP | Done (but more to come) | From Susan Anderson's email: *Nikki announced that employees will soon be able to use their Wellness Reimbursement for ergonomic office supplies. We're still updating the list of eligible items, but we will honor purchases made on or after March 4 for a limited time. Please stay tuned for next steps and do not submit any claims yet.* |
| 4/13 | Review Medic vehicle view playbook and confirm no blockers with Molly, and follow-up with Peter on implementation | Danielle | ASAP | In Progress | Medic playbook |
| 4/13 | Review city ops all hands materials before this afternoon Deck Slido questions | All | 4/14 | Done | |

**Slide 782**

---

**11**          +peter.sauerwein@uber.com just a friendly reminder on this one, if it's not already complete
              Jack Dwyer, 4/13/2020

# April 8th, 2020

**<u>Meeting Note Taker</u>** 

| | |
|---|---|
| Chad Dobbs | Zach Smith |
| Paul Picinich | Danielle Sipf |
| **Mark Marge** | Peter Sauerwein |
| Jack Dwyer | Jennifer Sinha |
| | Tabatha Chow |

# Discussion Topics

- [Peter] Driver communications: The COVID hub was launched with a "tooltip" screen takeover.  Recent email & blog post for work card launch.  A "government" card addition planned for today, 4/8, with region-specific updates as they become clear.
- [Peter] Pulse Survey followup - propose completing team share-outs by April 22nd
- [Peter] Leadership Transition w/Danielle Sipf
- [Danielle]
  - Samarth update related to newsletter
  - Uber Medic FYI
  - TBD on way to surface communications to us, P&C, etc.
  - Hiring
  - Social Impact feedback?

# April 6th, 2020

**<u>Meeting Note Taker</u>** 

| | |
|---|---|
| Chad Dobbs | Zach Smith |
| Paul Picinich | Danielle Sipf |
| **Mark Marge** | Peter Sauerwein |
| Jack Dwyer | Jennifer Sinha |
| | Tabatha Chow |

# How are you feeling?



^ For Jack

Some of my personal favorite videos from the weekend (for other musical geeks out there…):
- Dear Evan Hansen Virtual Performance
- John Krasinski / Hamilton Surprise
- Le Mis Family Performance



**Hanna Brooks Olsen** ✓
@mshannabrooks

The real winner of this pandemic are the nation's dogs, who are experiencing unprecedented levels of People Being Home.

**Slide 786**

12          It took me the longest time to remember this person's name, but finally got there: Jordan
            Jack Dwyer, 4/8/2020

# Global SteerCo Updates

**People:**
- **Employee Pulse Survey.** Ran employee pulse survey to understand how we can better support employees, especially those with caregiver responsibilities, in our current WFH environment.
- **Staff Reallocation.** Launched company-wide initiative to identify teams underutilized due to COVID and to reallocate headcount to urgent response tasks in the immediate term and to growing lines of business over the short/medium term (e.g. Eats and Freight).
- **Return to Work Task Force.** Established a global task force to plan for returning staff to the workplace and transitioning back toward regular operations.

**Platform:**
- **Surgical Masks.** Ordered an initial 15.5 million surgical masks to arrive over the next two weeks in the US, APAC, and EMEA. Approved an order for an additional 50 million masks, with vendor vetting in progress.
- **Local Restaurant and Courier Relief.** Launched in-app contributions to local restaurants in the US, matched by a $5 million donation to the National Restaurant Association relief fund for restaurant workers and couriers. Expanding in-app contribution feature globally.
- **"Move What Matters" PSA Campaign.** Launched a US nationwide campaign with the message "Don't move, so we can move what matters" and pushed across multiple channels, including New York Times print ad, social media, and digital (e.g. YouTube).

**Communities:**
- **Social Impact Umbrella Commitment.** Announced donation of 10 million free rides, Eats deliveries, and meals to healthcare workers, seniors, and people in need globally. Established process for allocating commitment across regions and business lines.

# Discussion Topics

- [Peter] Pulse Survey results. Coordinate on response on org level, team level, and next steps. Suggested next steps
- [Danielle/Jen] City Ops All-Hands next week 4/14 - need leads input on team wins by priority and personal celebrations on teams (non birthday/Uberversary)
- [Danielle] Upcoming Talent Review, Performance Management, Hiring
- [Peter] CARES act communications to drivers and/or driver "portal" - timeline?
  - [Chad] Do we have clarity on whether / how we'll adjust communications to drivers based on distinct processes in each state?
  - [Jenn] On the Driver Comms side -- is anything planned around face coverings?
- [Jenn] Talent Reviews
- [Peter] U4B incentive (removed for the US) & ring message (should now be the same across US)
- [Peter] Promo redemption rates highlight & next steps (10m rides training /others)  Other trackers we should be using?
  - [Chad] The promos that I have visibility into have been used a less than expected. Are we adequately adjusting our assumptions about redemption and spend to ensure that we're not unnecessarily turning down opportunities to offer discounted rides? ([Peter] +1 on this Chad - shared understanding on total spend & redemption rate)

# Action Items

| Date Started | Project / Action Item | Owner/PM | Deadline | Status | Notes/Steps |
|---|---|---|---|---|---|
| 3/30 | Share out analysis of local Pool deprecation impact on rider base | Peter | 4/13 | In Progress | |
| 3/30 | Connect team with Tim re:Item Delivery once ready | Danielle | 3/31 | Marking as complete | Share any thoughts, questions, concerns |
| 3/30 | Close out SF promo code decision with Danielle | Jenn | 3/30 | Done | |
| 3/30 | Share info on Seattle promo codes to Danielle | Peter | 3/31 | Marking as complete | Deciding how to rectify open-ended expectation on promo codes with the regulator |
| 3/30 | Let Danielle know of any expected attrition, along with critical roles that needed to be filled | Team | 4/3 | Marking as complete | This will help us rebalance headcount for a critical role like MW/NE Core Ex head |

**Slide 789**

---

**1** Can we include the open items from 3/24?
Jennifer McCaleb Sinha, 4/6/2020

**13** +peter.sauerwein@uber.com just a friendly reminder on this one, if it's not already complete
Jack Dwyer, 4/13/2020

# April 1st, 2020

**<u>Meeting Note Taker</u>** 

Chad Dobbs          Zach Smith
**Paul Picinich**          Danielle Sipf
Mark Marge          Peter Sauerwein
Jack Dwyer          Jennifer Sinha
          Tabatha Chow

# Global SteerCo Updates

**People:**

- **Work From Home Extension.** Decided to keep WFH policy in place until further notice. Future changes will vary depending on local conditions but sufficient notice will always be provided ahead of changes.
- **Office Closures.** Decided to close offices/facilities where current WFH policy has reduced occupancy to extremely low levels. Regional SteerCos will decide which locations and how to communicate based on local circumstances.

**Platform:**

- **Onboarding and Documentation.** Decided to keep the platform open to new drivers and couriers but to closely monitor and revisit as necessary. Established a global policy for how to deal with BGC and documentation expiration for existing drivers and couriers.
- **Sanitation Supplies.** Paused all local procurement beyond initial public commitment, pending global sourcing options. Granted exceptions where PPE required by regulators or necessary to attract sufficient supply.
- **Earner Financial Assistance.** Authorized a UK-specific exception to the global policy, providing any earner with a government sick note up to 14 days financial assistance that is now pegged to statutory sick pay. Finalizing options for global policy beyond current April 6 cut-off date.

**Communities:**

- **10M Rides/Meals Donation.** Committed to donate 10M free rides & meals globally.
- **Government Partnerships.** Sent letter from Dara to President Trump advocating for drivers and couriers to get all the protections and benefits available in the current U.S. stimulus package. Update: Confirmed that drivers/couriers included.
- **Employee Donations.** Enabled employees to donate up to 100% of their April Uber Credits in the US, UK, Canada, Ireland, Germany, India, and Australia to a select group of nonprofits.

# Discussion Topics

- [Danielle] Update on recovery efforts
- [Zach] - any topics for marketplace/finance/HoTs meeting beyond covid-19?
- [Peter] - Include all regions on weekly regional emails in the interim (before consolidated?) feedback from team is they'd like more visibility into other regions' activities
- [Peter] - Continued Pulse Survey discussion
- [Jack] - updated steerco tracker - make sense?

# March 30, 2020

**<u>Meeting Note Taker</u>** 

| | |
|---|---|
| Chad Dobbs | Zach Smith |
| **Paul Picinich** | Danielle Sipf |
| Mark Marge | Peter Sauerwein |
| Jack Dwyer | Jennifer Sinha |
| | Tabatha Chow |

# Action Items 3/24

| Date Started | Project / Action Item | Owner/PM | Deadline | Status | Notes/Steps |
|---|---|---|---|---|---|
| 2/18 | Fill out depo/trial tracker from Legal | All Leads | TBD | In Progress | Danielle has reviewed v0 of tracker, expect soon |
| 2/24 | Regional newsletter decision & first draft | Danielle | TBD | ON HOLD | On hold indefinitely given COVID-19 priorities |
| 2/24 | Unlaunched Tiles | Chad/Peter | 3/6 | In Progress | POCs appointed & updates soon |
| 2/24 | Tiny Market Driver Growth | Zach | 3/6 | In Progress | Needs project name; Raised to Driver, they are exploring feasibility of mktg resources |
| 3/2 | Start a spreadsheet on central ops operating reviews | Jen | TBD | In Progress | Appoint one POC from each subregion |
| 3/9 | Can GSC provide local support for COVID-19? | Danielle | 3/9 | In Progress | Danielle to raise in Regional SteerCo |
| 3/9 | Follow up on surge caps with outages | Mark | 3/9 | In Progress | Discuss with Colby SOP in the future |
| 3/9 | GLH Closures to be discussed at Regional SteerCo | Danielle | 3/9 | In Progress | Danielle to discuss (esp SEA) |
| 3/9 | Update on T&D estimation errors in NYC and potential monitoring | Chad | TBD | In Progress | |
| 3/24 | Connect with Colby on necessity of driver sentiment monitoring | Zach | 3/27 | In Progress | |
| 3/24 | Follow up on CRM resourcing needs | Danielle | 3/27 | In Progress | |
| 3/24 | Submit new Social Impact initiatives through new inbound form | All | Ongoing | In Progress | Danielle to share form with group |
| 3/24 | Reach out to Jenny Avallon about ring messaging inconsistency | Peter | 3/27 | In Progress | 3/30 - Meeting 4:30pm today |
| 3/24 | Connect with Ronnie about U4B incentives | Danielle | 3/27 | Completed | |
| 3/24 | Connect with Samarth to confirm how market status updates get communicated to and actioned by other teams | Danielle | 3/27 | Completed | |

**Slide 794**

---

2        Is this now on hold given CV19?
         Jennifer McCaleb Sinha, 3/24/2020

3        This would be great to have going into Q2!
         Jennifer McCaleb Sinha, 3/24/2020

4        Thanks Zach!
         Jennifer McCaleb Sinha, 3/24/2020

# **Newsletter Rotation Schedule**

Next
up →

| Week | Lead | Region | Team | Notes |
|------|------|--------|------|-------|
| 3/23 | Zach | South | CoreEx | |
| 3/30 | Jenn | West | CoreEx | |
| 4/6 | Paul | North | RegOps | |
| 4/13 | Jack | South | RegOps | |
| 4/20 | Chad | North | CoreEx | |
| 4/27 | Peter | West | RegOps | |
| 5/4 | Mark | South | CoreEx | |

# Danielle Updates

| FYIs | Priorities | Upcoming |
|---|---|---|
| | | • N/A |

# Discussion Topics

- [Jack] FYI - Angela making updates to the SteerCo tracker to capture what Sean needs, will be complete by EOD
- [Jenn] How will we be sharing out information with drivers regarding the Federal support as it is deployed within states? (Peter: +1 on this, Lyft example here.  I've also heard product may be involved somehow?)
- [Peter] Sharing out safety messaging campaign for riders, earners, etc.  Meeting on the ring messaging and effect on sessions this PM.  Any questions from team I can ask during the call?
- [Peter] Effect of POOL deprecation on rider base analysis - anyone else looked into this?  Jenn, part of rider segmentation?
- [Danielle] SteerCo Takeaways / Next Steps
- [Danielle] Promo Code Extensions
- [Danielle] Hiring Freeze

# South Updates

**Priorities For This Week:**

**Core Experience (Zach, Mark)**

- COVID-19 Monitoring, Reporting & Social Impact
- Insights deck
- Prep for Operating Review
- Growth Markets strategy
- Cash/Enterprise/Support Refresh

**RegOps (Jack)**

- COVID-19
- GA tax bill - unfortunately not successful, implementing sales tax 4/1
- TX tax settlement win
- Taxes & fees strike team

**Flags / Challenges:**

**FYI:**

# North Updates

**Priorities For This Week:**

**North-wide**

- COVID Monitoring & Response
- Social Impact

**RegOps**

**CoreEx**

- NYC optimal trip mix
- Access-a-ride program
- NYC Vehicle Strategy
- Average fare miss analysis

**Flags / Challenges:**

**FYI:**

# West Updates

**Priorities For This Week:**

**California (Jenn)**

- COVID-19 Monitoring, Reporting & Social Impact Initiatives (Governor's Meeting)
- AB5 and Nov Ballot Initiative
- Uber Military
- Jan Product Mitigations & Overview

**RoW (Peter)**

- COVID monitoring, reporting and social
- Venue analysis
- Growth initiatives
- Shared Rides, Signups, Support Costs

**Reg Ops (Tab)**

- Regulator calls this week
- CA CPUC mtg on Thurs
- CO PUC filing
- VI investigations
- Wrap up Tacoma Contract

**Flags / Challenges:**

**FYI:**

- Peter OOO April 27th-May 1st

# March 26, 2020

**<u>Meeting Note Taker</u>** 

Chad Dobbs     Zach Smith
Paul Picinich     Danielle Sipf
Mark Marge     Peter Sauerwein
Jack Dwyer     Jennifer Sinha
         Tabatha Chow

# 5 Discussion Topics

- [Peter] Working with Eats on cross-dispatch opt-in & other ways to flex supply - coordinating at director level?
- [Peter] Driver earnings have been popping up on message boards & with a few regulators. Leadership take? Funnel?
  - Here's the deck Samarth forwarded, and will be available at t.uber.com/DUET
- [Zach] Newsletter - Danielle and I discussed last week that this was mostly up to us based on willingness to engage in a new format vs. current level of effort. South current process is very lightweight (new newsletter likely to be slightly more work for us) so wanted to get feedback from West/North
  - [Chad] On a similar note, can we clarify the guidance on data that we should / should not be sharing in similar newsletters and align on how we should proceed?
- [Jack] Monitoring small cities: How are other teams actioning on shelter-in-place/non-essential biz closures coming from non-top 50 cities (where the rest of the state is >2x)
- [Chad] FYI that we have moved NYC and NYC Suburbs to extreme risk, given the high volume of cases (over 30k between the two), but have kept surge caps at 2.0x.
  - [Zach] Sounds like we've done this based primarily on volume, which seems reasonable. Do we feel good about our Extreme criteria otherwise? Or do we need to revisit?
- [Danielle] follow ups CRM and social impact
- [Peter] City-specific CRM or blog posts, comms

**Slide 802**

5          +us-rides-cityops-leads@uber.com, add in any discussion topics here for tomorrow's mtg.
           Jen Caffrey, 3/25/2020

# March 24, 2020

**Meeting Note Taker** 

Chad Dobbs            Zach Smith
Paul Picinich         Danielle Sipf
Mark Marge            Peter Sauerwein
Jack Dwyer            Jennifer Sinha
                      Tabatha Chow

# Action Items 3/16

| Date Started | Project / Action Item | Owner/PM | Deadline | Status | Notes/Steps |
|---|---|---|---|---|---|
| 2/18 | Fill out depo/trial tracker from Legal | All Leads | TBD | In Progress | Danielle has reviewed v0 of tracker, expect soon |
| 2/24 | Regional newsletter decision & first draft | Danielle | 3/6 | In Progress | In progress - lives with Danielle |
| 2/24 | Unlaunched Tiles | Chad/Peter | 3/6 | In Progress | POCs appointed & updates soon |
| 2/24 | Tiny Market Driver Growth | Zach | 3/6 | In Progress | Needs project name; Raised to Driver, they are exploring feasibility of mktg resources |
| ~~3/2~~ | ~~Team Offsite Breakout Ideas~~ | ~~All Leads~~ | ~~3/2~~ | Removed | ~~Input ideas for team breakout sessions~~ |
| 3/2 | Start a spreadsheet on central ops operating reviews | Jen | TBD | In Progress | Appoint one POC from each subregion |
| 3/9 | Can GSC provide local support for COVID-19? | Danielle | 3/9 | In Progress | Danielle to raise in Regional SteerCo |
| 3/9 | Follow up on surge caps with outages | Mark | 3/9 | In Progress | Discuss with Colby SOP in the future |
| 3/9 | Sync with Zach re: Incentive allocation approach | Chad | 3/10 | Done | Chad to cover for Zach while OOO today |
| 3/9 | GLH Closures to be discussed at Regional SteerCo | Danielle | 3/9 | In Progress | Danielle to discuss (esp SEA) |
| 3/9 | Update on T&D estimation errors in NYC and potential monitoring | Chad | TBD | In Progress | |
| 3/9 | Operating Review Template | Chad | 3/25 | In Progress | Create initial template and circulate with group |

# Newsletter Rotation Schedule

Next
up

| Week | Lead | Region | Team | Notes |
|------|------|--------|------|-------|
| 3/23 | Zach | South | CoreEx | |
| 3/30 | Jenn | West | CoreEx | |
| 4/6 | Paul | North | RegOps | |
| 4/13 | Jack | South | RegOps | |
| 4/20 | Chad | North | CoreEx | |
| 4/27 | Peter | West | RegOps | |
| 5/4 | Mark | South | CoreEx | |

# Danielle Updates

| FYIs | Priorities | Upcoming |
|---|---|---|
| | | • N/A |

**Slide 806**

2           skip this for now
                Danielle Sheridan, 3/24/2020

# Discussion Topics

- [Danielle] CRM
- [Danielle] Social impact next steps
- [Peter] Ring message "flatten the curve","ride when essential" or nothing based on rider city ID.  Consistent message?
- [Peter] U4B incentives.  Standard "R5G5" incentive nationally for U4B customers.  Not advertised like conventional ERI.
- [Peter] Regulator/city official outreach & alignment on talking points
  - Sounds like this one has been largely solved.  There's a 1-pager and approved email for outreach.
- [Peter] Working with Eats on cross-dispatch opt-in & other ways to flex supply - coordinating at director level?
- [Peter] Driver earnings have been popping up on message boards & with a few regulators.  Leadership take?  Funnel?
  - Here's the deck Samarth forwarded, and will be available at t.uber.com/DUET
- [Jenn] COVID Business Impact Reporting Cadence (+1 from Peter)
- [Jack] After adjusting markets to Medium/High Risk, what are the other actions we need to be taking? (e.g. giving an FYI to Airports, U4B, etc., listed in the City Action Matrix) (Peter - adding in geo-specific comms as an example)
- [Jack] Monitoring small cities: How are other teams actioning on shelter-in-place orders coming from non-top 50 cities (where the rest of the state is >2x)
- [Jenn] City data requests
- [Zach] Newsletter - Danielle and I discussed last week that this was mostly up to us based on willingness to engage in a new format vs. current level of effort. South current process is very lightweight (new newsletter likely to be slightly more work for us) so wanted to get feedback from West/North
- [Zach] Driver Sentiment Monitoring...still value add? (my feel is not)

# West Updates

## Priorities For This Week:

**California (Jenn)**

- COVID-19 Monitoring, Reporting & Social Impact
- AB5 and Nov Ballot Initiative
- Uber Military
- Product Rollouts, Monitoring & Mitigations
- Premium Analysis
- D2C Opt-in and other Eats Priorities

**RoW (Peter)**

- COVID-19 Monitoring & Reporting
- Social Impact & "UberMEDIC"
- Regulator / Official Outreach
- Growth Initiatives
- WAV Investigations

**Reg Ops (Tab)**

- BGC Regulator Outreach
- Doc Decisions - VIs, FHPs, Med certs
- Port Townsend MOU
- WAV Track 2

## Flags / Challenges:

## FYI:

# South Updates

**Priorities For This Week:**

**Core Experience (Zach, Mark)**

- COVID-19
- Insights deck
- Several folks helping EATS w/ menus and activations
- Cash/Enterprise/Support Refresh

**RegOps (Jack)**

- COVID-19
- GA tax bill - final effort to get an exemption via Gov or DOR
- Taxes & fees strike team

**Flags / Challenges:**

**FYI:**

# North Updates

**Priorities For This Week:**

**North-wide**

- Operating Review (Weds)
- COVID monitoring & response
  - Social Impact work

**RegOps**

- Philly XD
- Chi Tax

**CoreEx**

- NYC optimal trip mix
- NYC Comfort
- IL Tile Expansion
- Chicago UFP issue
- UberX targeted Chicago promo

**Flags / Challenges:**

**FYI:**

- We turned off the gating product in NYC last week, as we wanted to provide relief to drivers during this difficult time. Additionally, we worked with the TLC to get them to not include the current time period in their utilization calculation.

# March 16, 2020

**<u>Meeting Note Taker</u>** 

| | |
|---|---|
| Chad Dobbs | Zach Smith |
| Paul Picinich | Danielle Sipf |
| Mark Marge | Peter Sauerwein |
| Jack Dwyer | Jennifer Sinha |
| | **Tabatha Chow** |

# Action Items 3/9

| Date Started | Project / Action Item | Owner/PM | Deadline | Status | Notes/Steps |
|---|---|---|---|---|---|
| 2/18 | Fill out depo/trial tracker from Legal | All Leads | TBD | In Progress | Danielle has reviewed v0 of tracker, expect soon |
| 2/24 | Regional newsletter decision & first draft | Danielle | 3/6 | In Progress | In progress - lives with Danielle |
| 2/24 | Unlaunched Tiles | Chad/Peter | 3/6 | In Progress | POCs appointed & updates soon |
| 2/24 | Tiny Market Driver Growth | Zach | 3/6 | In Progress | Needs project name; Raised to Driver, they are exploring feasibility of mktg resources |
| 3/2 | Team Offsite Breakout Ideas | All Leads | 3/2 | Removed | Input ideas for team breakout sessions |
| 3/2 | Start a spreadsheet on central ops operating reviews | Jen | TBD | In Progress | Appoint one POC from each subregion |
| 3/9 | Can GSC provide local support for COVID-19? | Danielle | 3/9 | In Progress | Danielle to raise in Regional SteerCo |
| 3/9 | Follow up on surge caps with outages | Mark | 3/9 | In Progress | Discuss with Colby SOP in the future |
| 3/9 | Sync with Zach re: Incentive allocation approach | Chad | 3/10 | Done | Chad to cover for Zach while OOO today |
| 3/9 | GLH Closures to be discussed at Regional SteerCo | Danielle | 3/9 | In Progress | Danielle to discuss (esp SEA) |
| 3/9 | Update on T&D estimation errors in NYC and potential monitoring | Chad | TBD | In Progress | |
| 3/9 | Operating Review Template | Chad | 3/25 | In Progress | Create initial template and circulate with group |

# Newsletter Rotation Schedule

Next up →

| Week | Lead | Region | Team | Notes |
|------|------|--------|------|-------|
| 3/23 | Zach | South | CoreEx | |
| 3/30 | Jenn | West | CoreEx | |
| 4/6 | Paul | North | RegOps | |
| 4/13 | Jack | South | RegOps | |
| 4/20 | Chad | North | CoreEx | |
| 4/27 | Peter | West | RegOps | |
| 5/4 | Mark | South | CoreEx | |

# Danielle Updates

**FYIs**

- Some of my principles re: COVID-19 & expectations re: productivity
- How are you all feeling?
- Social impact
- Reducing marketing & incentives to respond to GB loss
- Surge cap
- Pulse Survey

**Priorities**

- COVID-19
- Tax & fee workstream
- P&L reviews this week
- Next Steps: Growth/Contribution

**Upcoming**

- N/A

# Discussion Topics

- [Jen] US&C Rides Ops Listservs
  - us-rides-cityops-leads@ (this group),  us-rides-cityops@ (North, South, West, and NOT Canada), canada-rides-ops@ (all of Canada Ops), us-rides-cityops-north@ (North), us-rides-cityops-south@ (South), us-rides-cityops-west@ (West)
- [Chad] Sounds like Eats is doing a number of things to support restaurants during this challenging time. What can we do on the Rides side? [Jack: +1 - either on the driver side or for healthcare/emergency workers?]
  - [Zach] I've been thinking about this too, but am struggling with it feeling like anything we "do" is also likely increasing risk for at least the drivers who are doing the physical transportation of people or goods (but people in particular), and in conjunction, facilitating spread generally, and I'm less convinced that that is an actual good.
  - [Peter] I think we lean into the Eats / no contact options here and emphasize what we can do for affected drivers, being responsive to request from public health authorities, etc. "Not shipping the org structure" seems relevant here.
- [Chad] Sounds like we're leaning into profitability, given growth targets will not be attainable. Are we keeping the same contribution goals, even though we know we'll miss substantially on top line? Do we see the increased profitability focus as being incentives-driven or should we orient our teams more toward this goal?
- [Paul] downstream consequences of COVID closures, changes, etc. on our internal standards/dates/etc.

# West Updates

**Priorities For This Week:**

**California (Jenn)**

- COVID-19 Monitoring & Reporting
- Nov Ballot Initiative
- Uber Military
- Product Rollouts, Monitoring & Mitigations

**RoW (Peter)**

- COVID-19 Monitoring & Reporting
- Finance Review
- GLH closure responses & FTs
- Growth initiative (tiles, MM, Military)

**Reg Ops (Tab)**

- WAV Offset Application
- CA Strategy Session
- Data sharing w/ cities around COVID-19
- GL service alternatives
  - KC FHP + endorsement, VIs; NV TNC stickers

**Flags / Challenges:**

**FYI:**

- Tab TBD OOO 3/18-3/19

# South Updates

**Priorities For This Week:**

**Core Experience (Zach, Mark)**
- COVID-19
- Finance Review
- Insights Deck
- Cash / Miami Direct Line / Growth Markets

**RegOps (Jack)**
- GA state session suspended
- Taxes & fees strike team
- MD vehicle recall rule-making
- DFHV data sharing rule-making
- NC Tech Alternatives contingency planning

**Flags / Challenges:**

**FYI:**

# North Updates

**24** orities For This Week:

**North-wide**

- North Monthly Finance Review (Tuesday)
- Operating Review (next week)
- COVID monitoring & response

**RegOps**

- Reg
  - Chi Audit
  - City Debt
  - Closures
- Leg work-streams
  - Sami's Law
  - MA Fees

**CoreEx**

- Chicago marketplace
- Gating + COVID
- WAV supply
- Health + Access-a-ride

**Flags / Challenges:**

- In Chicago, we've identified an issue with how fees are showing up in UFPs in situations where fees differ by product. This appears to also have been an issue at Boston's Logan Airport, but does not appear to have been an issue for the NYC Congestion Fee. I'll let you know as we figure this out further.

**FYI:**

- Chad moving today. Will be offline periodically. Text with anything urgent (913.486.0737).

**Slide 818**

24    +paulp@uber.com I switched this up to be regops / corex, rather than MW & NE and TRIPAD, to make it easier for us to divide an conquer speaking to the slide

Chad Dobbs, 3/16/2020

# March 9, 2020

**<u>Meeting Note Taker</u>** 

| | |
|---|---|
| Chad Dobbs | Zach Smith |
| Paul Picinich | Danielle Sipf |
| Mark Marge | Peter Sauerwein |
| Jack Dwyer | **Jennifer Sinha** |
| | Tabatha Chow |

# Action Items 3/2

| Date Started | Project / Action Item | Owner/PM | Deadline | Status | Notes/Steps |
|---|---|---|---|---|---|
| 2/18 | Fill out depo/trial tracker from Legal | All Leads | TBD | In Progress | Danielle has reviewed v0 of tracker, expect soon |
| 2/24 | Regional newsletter decision & first draft | Danielle | 3/6 | In Progress | In progress - lives with Danielle |
| 2/24 | Operating Review Cadence & Kickoff | Danielle/Jen | 3/10 | Complete | First one scheduled for 3/25 2p ET/11a PT, every 2 weeks (rotating presenters) |
| 2/24 | Incentives/Finance/Leadership meeting | Zach | 2/28 | Complete | First scheduled for 3/10 @3p ET/12p PT |
| 2/24 | Unlaunched Tiles | Chad/Peter | 3/6 | In Progress | POCs appointed & updates soon |
| 2/24 | Tiny Market Driver Growth | Zach | 3/6 | In Progress | Needs project name |
| 3/2 | Team Offsite Breakout Ideas | All Leads | 3/2 | In Progress | Input ideas for team breakout sessions |
| 3/2 | Follow up with Vince on coronavirus travel/talking points | Jack | 3/6 | Complete | Work from home policy, etc. |
| 3/2 | Follow up with Vince on talking points on stock comp | Paul | 3/4 | Complete | Nothing additional to add on Danielle's points |
| 3/2 | Start a spreadsheet on central ops operating reviews | Jen | TBD | In Progress | Appoint one POC from each subregion |

# Danielle Updates

**FYIs**

- COVID-19
  - WFH Guidance
  - Thanks for leadership/ ownership on this topic
  - Distribution of driver sanitization kits

**Priorities**

- Finishing up 2020 Insights deck
- Operating Review next steps
- Team Newsletter & Team Meeting

**Upcoming**

- Fri 3/13 - OOO
- Going to hold off on traveling to other offices until April 1 (or until further notice)

# cont'd

We got some inbound from employees in SF and NYC (particularly with public comments from SF Mayor on Friday + NY Gov and NYC Mayor over the weekend) asking for additional clarity on whether offices are/should stay open. Our global steerco guidance (as shared in Mac's company-wide email on Friday) has not changed. We aren't closing any US offices but employees who have the ability to work from home are more than welcome to do so. Additional context from the steerco below:

- Unless there is a public health organization or government-driven mandate that offices be closed or a certain area be under quarantine, our current plan is to stick with the policy Mac outlined in his email to the company on Friday re: office status ("Further updates on coronavirus response"); to be clear, we want to make sure all employees in job functions that can be done remotely know that they are absolutely free to WFH and that they don't need specific manager approval to do so; for those who are not in a position to do their work remotely, they should raise any issues directly to their managers (we are working through potential options for those employees as well but it may vary based on the job function)
- We'd also like to reiterate to office leaders such as yourselves and all senior leaders that they should ensure that nobody on their teams feels any pressure to still come into the office; when in doubt, please make it very clear to your teams that they don't need to come in. We should trust our teams to get their work done remotely independent of any broad mandate.
- If there are unique situations in a given city or office that require a different approach (e.g., closing the office entirely), we will proactively communicate that to the affected employee group. For NYC in particular, if you feel that becomes necessary in the days/weeks ahead, feel free to flag it for me directly and I'll quickly escalate. The global steerco (which includes senior representatives from all of your orgs) will also be regularly reassessing status of our various offices as well as our guidance to employees.

# Discussion Topics

- [Jack] Coronavirus info gathering - have we/should we ask the GSC to be scanning for specific corona things aside from SOEs (office closures, conference/event cancellations, health warnings)
- [Jack] FYI: Debriefing w/ GSC later this week re the 1.5x surge caps that applied during the app outage last week
- [Jack] FYI: Crisis POC role we discussed last week - will send something around shortly, didn't want to muddle w/ coronavirus stuff last weke
- [Chad]: City Ops / Finance / Marketplace meeting tomorrow. What's our strategy to get alignment from Marketplace?
- [Peter]: GLH closure in Seattle today - others?  How should we work with that org?
- [Chad]: Template for Operating Reviews?

# North Updates

**Priorities For This Week:**

**North-wide**

- Coronavirus monitoring & response
- Market softness working group (Chicago, Philly, Boston)

**Midwest & New England**

- IL Tile Expansion
- Chicago fee marketplace impact
- MA fee progress
- Funnel & fraud strategy with DPU

**TRIPAD**

- TLC Commissioner meeting Tuesday
- NYC CP investigation

**Flags / Challenges:**

- We're making some progress on finding candidates for the Head of Midwest & New England role, but if you know anyone who could be a good leader in this role, let Chad know

**FYI:**

- Chad OOO Friday, March 20 (moving)
- Paul OOTO Friday, March 13
- No material updates since last week on Sami's Law (on-target now two-weeks before implementation) or Rule 1.10 (awaiting more details from city on audit)

# West Updates

## Priorities For This Week:

**California (Jenn)**

- Product Rollouts, Monitoring & Mitigations
- Coronavirus Monitoring & Reporting
- Nov Ballot Initiative
- Uber Military

**RoW (Peter)**

- Seattle policy initiatives
- Portland TNC Committee Mtg followups
- NM, AZ, MN tile expansion
- MN Registration Transition
- Growth initiatives (Military, MicroMarkets)

**Reg Ops (Tab)**

- Port Townsend
- CPUC data requests
- DDC fee live this week - monitoring
- Knowledge Test legal review

## Flags / Challenges:

## FYI:

# South Updates

**Priorities For This Week:**

**Core Experience (Zach, Mark)**

- Ongoing coronavirus monitoring
- Insights Deck and Newsletter Format
- Growth initiatives: Enterprise (go/no-go this week), Cash (due diligence)
- Finalizing decision/recommendation to abandon Long Distance project
- Launching Monroe County, IL (STL suburb)

**RegOps (Jack)**

- GA tax legislation / settlement - House vote likely this week
- MD vehicle recall rule-making
- Tax & fee strike team
- Check-in on Q1 roadmap

**Flags / Challenges:**

**FYI:**

- Jack
  - Toronto this week
  - OOO: Tues Mar 17 - Mon Mar 23

# March 2, 2020

**<u>Meeting Note Taker</u>** 

| | |
|---|---|
| Chad Dobbs | Zach Smith |
| Paul Picinich | Danielle Sipf |
| Mark Marge | **Peter Sauerwein** |
| Jack Dwyer | Jennifer Sinha |
| | Tabatha Chow |

# Action Items 2/24

| Date Started | Project / Action Item | Owner/PM | Deadline | Status | Notes/Steps |
|---|---|---|---|---|---|
| 2/18 | Fill out depo/trial tracker from Legal | All Leads | TBD | In Progress | Waiting for tracker<br>Danielle/Tom pushing for additional HC |
| 2/18 | Review outage & pricing playbooks from Colby | All Leads | TBD | Complete | > price change process (process link)<br>> outage remediation process (process link) |
| 2/24 | Regional newsletter decision | Danielle | 2 weeks into new cadence | In Progress | See how first couple newsletters go |
| 2/24 | Operating Review Cadence & Kickoff | Danielle/Jen | 3/10 | In Progress | Start date, Template, Schedule |
| 2/24 | Low Performer Management Training | All Leads | 2/28 | Complete | Everyone do it |
| 2/24 | Incentives/Finance/Leadership meeting | Zach | 2/28 | In Progress | Zach to make tracker<br>All leads to fill<br>Jen to schedule meeting |
| 2/24 | Unlaunched Tiles | Chad/Peter | 3/6 (?) | In Progress | Continue to provide info/context on unlaunched tiles<br>Push to launch those that are practical |
| 2/24 | Tiny Market Driver Growth | Zach | 3/6 | In Progress | Identify lowest performing tiny markets<br>Raise issue to Carrol/Central Driver |

# Danielle Updates

**FYIs**

- Off-Site - Team Breakouts (due by EOD)

- Some thoughts on coronavirus latest

**Priorities**

- Perf / Comp Next Steps

- How we operate day-to-day, what I'd like to see when we're below plan

- Finishing up 2020 Insights deck

- Operating Review next steps

- First newsletter to go out ideally this Fri

**Upcoming**

- LA Mon 3/2-Wed 3/4

- Off-site 3/11 - 3/13

- SF Wed 3/18-Thurs 3/19

# Discussion Topics



- [Danielle] Operating Reviews for central ops?
- [Jack] US Crisis POC - I'd like to 're-anoint' myself as the "US Crisis POC" with the objective of being the authoritative Ops voice with key stakeholders (security, GSC, LERT) and driving some more consistency across the US in terms of crisis mgmt (note: I won't be the decision-maker for every single major crisis). Stay tuned for more info
- [Jack] Related - I've started working with Todd (+Safety, GSC, Eats) on surge/service suspension triggers for a US coronavirus outbreak. Can I get a POC from each subregion to loop in?
  - [Chad] How are teams thinking about engaging with regulators / local officials in regards to the coronavirus?
- [Zach] UberPets Decision
- [Zach] Marketplace/Finance/Cities Leadership meeting and escalation items
  - Timing of initial meeting? Can we get to it this week or before the Summit?
- [Jenn] Team OOO plans for the summit and expectations

**Slide 830**

**2**     +1 on Flo, she's been working on this a lot.  Mishu Baldwa for RoW
Peter Sauerwein, 3/2/2020

**6**     Flo for CA, she is already working with GSC on this for current SoE in CA
Jennifer McCaleb Sinha, 3/2/2020

**14**    thanks, great! I dropped this comment in before all the activity late last week & over the weekend
Jack Dwyer, 3/2/2020

**5**     Any addl decks that can be shared from prior ones?  Same for MBR if there are relevant sections?
Jennifer McCaleb Sinha, 3/2/2020

# South Updates

**Priorities For This Week:**

**Core Experience (Zach, Mark)**

- US Comfort expansion (penetration vs. % business travelers)
- Growth Markets - Finalizing segmentation V0, vetting by City Ops North, South Core teams (RoW complete, CA excluded)
- Enterprise scoping
- Long Distance Route-based path forward
- Drafting v1 City Ops Newsletter

**RegOps (Jack)**

- GA tax legislation / settlement
- MD TNO revamp implementation
- Regulator calls this week - MO (deactivation reporting), MD (vehicle recalls)
- Taxes & fees strike team

**Flags / Challenges:**

**FYI:**

- Jack in Toronto this week
  - Unfortunately did not make it to DC last Friday due to snow

# North Updates

**Priorities For This Week:**

**Midwest & New England**

- Vision setting & 2020 Planning session with CoreEx team today
- Prepping for January Finance Review (meeting on Tuesday)
- Comments on Chi Bill Amendments submitted tomorrow
- IL Tile expansion
- Market softness (Chicago, Boston, Philly) working group
- Mass funnel

**TRIPAD**

- NYC Tier 0 changes
- NY Health & Transit partnerships
- Understanding NYC CP and growth volatility
- Sami's law implementation

**Flags / Challenges:**

- If you know of anyone who would be interested in the Head of MW / NE role, let Chad know

**FYI:**

- Chad in Chicago Mon & Tues
- Chad WFH Friday afternoon, will not be available in the AM
- Process catalog improvements

# West Updates

**Priorities For This Week:**

**California (Jenn)**

- Product Rollouts, Monitoring & Mitigations
- Nov Ballot Initiative
- Uber Military
- Danielle's visit to LA
- Santa Monica Governance Committee

**RoW (Peter)**

- WA ballot initiative & mitigation
- Unclaimed tiles work-through
- YoY softness in DEN & LV
- Micromarkets / UberMilitary

**Reg Ops (Tab)**

- Seattle + Tacoma Defensive Driving Course
- CPUC second round comments
  - Confidentiality decision
  - WAV Fund
- Close out NTA Audit
- Close out SF Tax

**Flags / Challenges:**

**FYI:**

- Peter OOO Tuesday 3/3 and Friday 3/6

# February 24, 2020

**Meeting Note Taker** 

| | |
|---|---|
| Jen Caffrey | Zach Smith |
| Chad Dobbs | Danielle Sipf |
| Paul Picinich | Peter Sauerwein |
| Mark Marge | Jennifer Sinha |
| Jack Dwyer | Tabatha Chow |

# Action Items

| Date Started | Project / Action Item | Owner/PM | Deadline | Status | Notes/Steps |
|---|---|---|---|---|---|
| 2/18 | Figure out best naming convention for dev plans | All Leads | 2/25 | Complete | Marking complete |
| 2/18 | Ping Adam B about Rider Rating report to understand what we're trying to achieve and the messaging | Danielle | ASAP | Complete | |
| 2/18 | Offer a POC to Danielle for a Policy & Legal ask to size impact of finger printing | All Leads | ASAP | Complete | Sang Chung on Jack's RegOps team |
| 2/18 | Fill out depo/trial tracker from Legal | All Leads | TBD | In Progress | Waiting for tracker |
| 2/18 | Review outage & pricing playbooks from Colby | All Leads | TBD | In Progress | > price change process (process link)<br>> outage remediation process (process link) |

# Danielle Updates

### FYIs

- Pulse survey - please encourage your teams to complete. Goal is 100%. Currently at 69%

- Comp to be released March 2

### Priorities

- Perf & compensation

- Standing up Operating Cadence

- US&C MBR

- Sami's Law, NYC, CHI, Luigi, Vegas BvA

### Upcoming

- Change in plans to CA - likely going to LA next week, and finding a time to get to SF shortly, too

- Jen OOO 2/26-2/28 Molly Feller to cover

# Discussion Topics

- [Danielle] Operating Cadence next steps (per my email)
- [Jack] *Managing Low Performance - Manager Training* this week - any more context on this or what to expect?
- [Jenn] AB5 Overview - will be provided by EOW from Ryan Townsend to Mark & Zach (*thanks! -ZS*)
- [Jenn] Incentive Meeting suggestion (*assuming this is re: my email, if not...separate discussion topic! -ZS*)

# West Updates

**Priorities For This Week:**

**California (Jenn)**

- Product Rollouts, Monitoring & Mitigations
- Nov Ballot Initiative
- Uber Military

**RoW (Peter)**

- RoW inactive tiles & discussions
- Seattle Fare Share plan & business impact
- P&L Review follow-ups
- Goal-Setting & Development Plans

**Reg Ops (Tab)**

- H1 2020 NV Audit - due 2/28
- SF City Tax Wrap Up
- Tacoma Negotiations
- Inactive Tile Review

**Flags / Challenges:**

- RoW: High lift for reviewing & launching unclaimed tiles - 70+ small cities with individual regs to review

**FYI:**

- Peter in prep ½ day Wednesday 2/26, all day depo Thursday 2/27

# South Updates

**Priorities For This Week:**

**Core Experience (Zach, Mark)**

- Micro Markets - measuring Feb XP results, preparing for March launches
- Market visits - processing results from DC/BAL, working on US/C framework
- Go/no go on a few net-new growth initiatives (eg Espanol, Assist, Enterprise)
- 2020 insights deck
- Evaluating Mardi Gras performance (early indicators are ~10% YoY growth, consistent marketplace reliability)

**RegOps (Jack)**

- GA tax legislation / settlement
- MD TNO revamp implementation
- Taxes & fees strike team

**Flags / Challenges:**

- Florida insurance reform unfortunately will not happen this year :-(
- Expecting a rulemaking from DC regulator on data-sharing modelled on CHI/NYC

**FYI:**

- Jack WF Toronto 2/24-2/27
  - Visiting DC office Fri 2/28
- ...

# North Updates

**Priorities For This Week:**

**Midwest & New England**

- IL Tile expansion
- Chicago fee / marketplace analysis & next steps
- MA funnel regulator convos

**TRIPAD**

- NYC Slides for MBR
- NYC Comfort discussions
- NYC Pool strategy - lean in or lean out?

**Flags / Challenges:**

- Connecticut Commission Cap Bill is back, which would cap per trip commission at 25%. This was proposed last year but we successfully avoided it.

**FYI:**

- Chad in Chicago next Monday & Tuesday

# February 18, 2020

**<u>Meeting Note Taker</u>** 

Jen Caffrey          Zach Smith
Chad Dobbs          Danielle Sipf
Paul Picinich        Peter Sauerwein
Mark Marge          Jennifer Sinha
**Jack Dwyer**        Tabatha Chow

# Action Items

| Date Started | Project / Action Item | Owner/PM | Deadline | Status | Notes/Steps |
|---|---|---|---|---|---|
| 2/3 | Package US City Ops vision in a few slides, distilled from subregional Ops roadmaps | Danielle | 2/21 | In Progress | This shouldn't change anything about current Ops roadmaps. Note that Zach/Mark are taking the lead on this. If anyone else wants to be included, please ping Danielle! |
| 2/3 | Provide feedback on the US dashboard here | All Leads | 2/14 | In Progress | |
| 2/3 | Share tracking towards ███████ targets once finalized | Danielle | 2/14 | In Progress | More details to come on how each subregion rolls up to these numbers, once finalized |
| 2/3 | Share California Chronicles readout with broader Ops audience | Jenn (Ryan will send) | 2/12 | Complete | Especially relevant for NYC's labor battles |
| 2/10 | Continue to root cause Q1 trips/GB softening | All Leads | ASAP | In Progress | Separate workstream for CA |
| 2/10 | Choose an UberHealth POC from your team | All Leads | TBD | In Progress | Andrew to send email with submission form |
| 2/10 | Flag to Danielle any interest in Taxes and Fees strike team | All Leads | 2/18 | In Progress | |
| 2/10 | Look for new time for Monday Marketplace Health meeting | Peter | 2/18 | Complete | |

# Danielle Updates

**FYIs**

- Offsite travel email - all team members should have booked by now
- Call2Ride Launch

**Priorities**

- NYC
- Midwest & New England Head of CoreEx Recruiting (Danielle + Chad)
- Trip/GB softening next steps
- #People: Perf/Comp/Offsite
- AI's from US City Ops Leadership Off-Site

**Upcoming**

- SF & LA: Feb 24 - 28
- Jen OOO 2/26-2/28 Molly Feller to cover

# Discussion Topics

- [Vince] Discuss development plans
- [Jenn] Rider Ratings Report (2/20)
- [Jenn & Danielle] P&L Reviews (format, prep, attendees)
- [Danielle] fingerprinting
- [Danielle] Development 1v1s
- [Danielle] Depos
  - Current situation
  - Asks from you
- [Danielle] Outages, pricing changes
- [Paul] Feedback vs. Comp perf conversations, collecting feedback

# South Updates

**Priorities For This Week:**

**Core Experience (Zach, Mark)**

- Micro Markets - Finalizing launch dates for EOM XPs
- DC/BAL market visits taking place this week, including driver roundtables
- New Hire Onboarding
- US Dash Work & 2020 Insights Deck
- Long Distance - Building pricing strategies for top long distance FL routes
- Growth initiative follow ups
  - Call2Ride, Car Seat, Net New (e.g. Enterprise, Espanol)

**RegOps (Jack)**

- GA tax legislation / settlement
- MD TNO revamp implementation
- MS audit questions responses
- Settling into Toronto

**Flags / Challenges:**

**FYI:**

- Jack WF Toronto week of 2/17
  - Visiting DC office Fri 2/28
- ...

# North Updates

**Priorities For This Week:**

**Midwest & New England**

- Boston, Chicago softness
- MA fraud / funnel
- Chi data sharing

**TRIPAD**

- Re-tiering / gating changes
- NYC Insurance
- TLC relationship

**Flags / Challenges:**

- Gating decisions at the finish-line
- Regulatory wait-listing events as a supply lever

**FYI:**

- Chad OOO this week
- Paul in trial next week

# West Updates

**Priorities For This Week:**

**California (Jenn)**

- Product Rollouts, Monitoring & Mitigations
- Nov Ballot Initiative
- Uber Military
- Expedition Onboarding
- Perf Discussions

**RoW (Peter)**

- Support Cost Analysis
- Micro-Markets
- Fare Share Plan & Driver Engagement
- New Hire Onboarding 2x
- Experiments, Beacons, VS rollouts

**Reg Ops (Tab)**

- NTA Citation Hearing - 2/18
- NTA H1 2020 Audit - due in 2 weeks
- CA Confidentiality Analysis
- CPUC Data Requests

**Flags / Challenges:**

**FYI:**

- Tab at NTA Hearing - 2/18
- Peter OOO Feb 20/21

# February 10, 2020

## Meeting Note Taker 

| | |
|---|---|
| Jen Caffrey | Zach Smith |
| Chad Dobbs | Danielle Sipf |
| Paul Picinich | Peter Sauerwein |
| **Mark Marge** | Jennifer Sinha |
| Jack Dwyer | Tabatha Chow |

# Happy Birthday, Peter!





## Friday 2/14

# Action Items

| Date Started | Project / Action Item | Owner/PM | Deadline | Status | Notes/Steps |
|---|---|---|---|---|---|
| 2/3 | Package US City Ops vision in a few slides, distilled from subregional Ops roadmaps | Danielle | 2/21 | In Progress | This shouldn't change anything about current Ops roadmaps. Note that Zach/Mark are taking the lead on this. If anyone else wants to be included, please ping Danielle! |
| 2/3 | Send Jenn one-pager on US dashboard | Danielle | 2/7 | Completed | US dashboard will likely take more permanent resourcing by those involved today; discussions with Jenn and Chad to follow |
| 2/3 | Provide feedback on the US dashboard here | All Leads | 2/14 | In Progress | |
| 2/3 | Share tracking towards ▮▮▮▮▮ targets once finalized | Danielle | 2/14 | In Progress | More details to come on how each subregion rolls up to these numbers, once finalized |
| 2/3 | Track down recording of US&C All-hands recording and share with group | Jen | 2/5 | Completed | Charlotte sent to those who missed the all-hands, cannot widely distribute per Sarfraz's request. |
| 2/3 | Share California Chronicles readout with broader Ops audience | Jenn (Ryan will send) | 2/12 | In Progress | Especially relevant for NYC's labor battles |

# Danielle Updates

**FYIs**

- Offsite travel email - please ensure teams are booking ASAP

- Ops-created PRD: Chronicles, now live in CA

- Sami's Law

- Call2Ride Launch

- Lyft earnings tmrw

**Priorities**

- Midwest & New England Head of CoreEx Recruiting (Danielle + Chad)

- Trip/GB softening next steps

- #People: Perf/Comp/Offsite

- AI's from US City Ops Leadership Off-Site

**Upcoming**

- DC: Feb 13-14

- SF & LA (tentative): Feb 24 - 28

- Perf Discussions - next two weeks

# Discussion Topics

- [Jenn] Dashboard feedback (LINK)
- [Jenn] UberHealth PoC (LINK TBC)
- [Jenn] CA STA ("Expedition")
- [Jenn] CA Competitive Intel (additional routes requested by GI Product team)
- [Jenn] Travel guidelines for OneOps summit
- [Danielle] US City Ops Operating Cadence feedback (LINK)
- [Danielle] FYI - working w/ Mark & Zach on 2020 unified roadmap deck. Please reach out if you'd like to get involved
- [Danielle] Looking for 1 member of the leadership team to lead our "Taxes & Fees" strike team
  - Update: Jack Dwyer expressed interest. If anyone else is interested, please let me know, and we'll include you! -- Tab interested as well
- [Peter] US&C Insights meeting - move time?

# West Updates

**Priorities For This Week:**

15

**California (Jenn)**

- Product Rollouts, Monitoring & Mitigations
- Nov Ballot Initiative
- Uber Military
- MBR Prep
- Women's Events

**RoW (Peter)**

- [SEA] Fare Share plan / Seattle
- [People] Perf discussions
- [All] MBR prep
- [MN] Min vehicle year follow-ups
- [All] YoY softness support

**Reg Ops (Tab)**

- L3 onboarding - Ben Dennis
- NTA Citation Hearing Prep - 2/18
- PNW Knowledge Tests Deep Dive
- MBR Prep

**Flags / Challenges:**

**FYI:**

- Peter OOO Feb 20/21
- Tab at NTA Hearing - 2/18

**Slide 853**

15    +tabatha@uber.com curious to hear what we learn from the deep-dive and potential takeaways for Kentucky driver training
Jack Dwyer, 2/10/2020

# South Updates

**Priorities For This Week:**

**Core Experience (Zach, Mark)**

- Call2Ride pilot launch in Miami this week; FL statewide launch prep
- Bolt-on conversations with Tim
- Micro Markets OKR/KPI work continues
- DC/BAL market visits kick off next week
- New Hire Onboarding
- Finalizing Mardi Gras Prep
- US Dash Work
- Long Distance - Narrowing focus to specific routes

**RegOps (Jack)**

- GA tax legislation / settlement
- MD TNO revamp implementation (early/mid March)
- MS audit questions responses

**Flags / Challenges:**

- **N/A**

**FYI:**

- Two new L3 hires, Lauren and Johnnie starting today on Gulf Coast!
- Jack's remote work plan:
  - Mostly OOO: Feb 10 - 12
  - Toronto: From Feb 13
- Zach OOO Friday 2/14-2/18 Tuesday

# North Updates

**Priorities For This Week:**

**Midwest & New England**

- Impact of Chicago fees + implementation next steps
- Understanding and actioning on YoY softness (Chicago, Boston, Philly)

**TRIPAD**

- NYC CP investigation
- NY Case Study for Ratings Agencies
- Gating optimization

**Flags / Challenges:**

**FYI:**

- Offer out to L4 candidate for Chicago-based CoreEx team
- Chicago CoreEx Manager role / Interview process

# February 3, 2020

**Meeting Note Taker** 

16 en Caffrey                Zach Smith
Chad Dobbs                 Danielle Sipf
Koosie Boggs               Peter Sauerwein
**Paul Picinich**          Jennifer Sinha
Jack Dwyer                 Tabatha Chow
Mark Marge

**Slide 856**

16    +markm@uber.com Can we swap note-taker duties (I'll be OOO next Monday)? i.e.
Mark - 2/10
Jack - 2/17
Jack Dwyer, 2/3/2020

# Action Items

| Date Started | Project / Action Item | Owner/PM | Deadline | Status | Notes/Steps |
|---|---|---|---|---|---|
| 1/13 | City Ops MBRs | All | Make decision at LA Summit | In Progress | Continue with current process and cadence until we discuss operating cadence at the LA Summit. We will not add a City Ops MBR for the time being. |
| | | | | | |
| | | | | | |
| | | | | | |

# HAPPY BIRTHDAY, JEN!!!!



# Danielle Updates

**Priorities For This Week:**

- Luigi, NYC TLC (new rates, gating tweaks), readout from Chicago tax implications
- Koosie departure
- Perf / comp planning
- City Ops Leadership Summit Next Steps, incl. roadmap finalization & operating cadence

**FYI:**

- GM Summit Readout
- Ops Operating Cadence
  - Bi-weekly meetings
  - MBRs
- Sending a recap shortly w/ next steps from City Ops Leadership Summit. My next steps:
  - Finalize US dashboard
  - Crystalize US City Ops strategy into a few slides
    - Will have a view of how every PU ladders up to our broader goals
  - Finalize US City Ops operating cadence & kick that off (including adjusted MBRs)
    - Resource request

**Upcoming:**

- **Travel:**
  - NYC: Feb 3-5
  - DC: Feb 13-14

# GM Summit: Agenda

<u>Thursday, Jan 16th</u>
Morning: Summit Kick-off and Welcome
Early afternoon (2-4pm): Leadership Roundtables with Dara & Nelson and Thomas & Mike (Marketing)
Afternoon (4pm-7pm): R&P Program Sessions
Evening: Summit Dinner, alongside Q&A w/ Richard Waters (Financial Times)


<u>Friday, Jan 17th</u>
Morning: Conversations with Dennis (Finance), Sundeep, Daniel and Peter (Product) and Q&A with Nikesh Arora (President of SoftBank 2014 - 2016, current CEO at Palo Alto Networks)
Afternoon (1pm-5pm): R&P Program Sessions

# GM Summit: Agenda



# Discussion Topics

- [Danielle] 1 thing you took away from the Leadership Off-Site
- [Zach] How do our teams ladder to the ▮▮▮▮▮▮ targets? What are the AIs we can take to get a clear sense of that?
- [Zach] Confirming...we're still sticking to our usual "weekly email" regional cadence until the dash is more finalized?
- [Peter] 37 days until ops summit starts.  Who will be attending?  How can we prepare?

# North Updates

**Priorities For This Week:**

**Midwest & New England**

- Fraud Meeting Feb 14
- Chicago Data Sharing Letter
- MSMVR + TNC VIs continued cleanup

**TRIPAD**

- Sami's Law
- TLC data reporting "validation"
- Rate change updates
- Gating optimization

**Flags / Challenges:**

**FYI:**

- Fadia's first day today! (Chicago-based RegOps)
- Minimum Vehicle Year Post-mortem under review today
- Chad OOO week of Feb 17

# West Updates for February 3rd

**Priorities For This Week:**

**California (Jenn)**

- Product Rollouts, Monitoring & Mitigations
- Nov Ballot Initiative & Chronicles
- Uber Military
- CA Audits

**RoW (Peter)**

- [SEA] Fare Share Plan
- [HNL] FTs & geo-based demand analysis
- [PNW] Avis (VS) launch in PDX + SEA
- [Multiple] Text 911 launch notifications
- [SEA] Cross-dispatch decisions
- [UT] New tax bill repealed (for now)
- [MN] Vehicle registration backfills

**Reg Ops (Tab)**

- Payments, Audits, and Permit Renewal Cal
- PNW Optional Doc Audit
- CA Driver Knowledge Audit
- Ben Dennis onboarding prep

**Flags / Challenges:**

- Diving into the "rare event" protocol for support agents when writing in about surge (ex: Seattle)

**FYI:**

- Jenn OOO / traveling Friday (2/7) but reachable by email / phone
- Benjamin Dennis starts on West Reg Ops team on Monday 2/10!

# South Updates for February 3rd

**Priorities For This Week:**

**Core Experience (Zach, Mark)**

- Finalize December MBR
- Super Bowl report & post-mortem
  - Seems to have gone fine - in line with if not better than expectations, but with expected logistical shortfalls
- Mardi Gras Prep
- Market Visit Prep
- Revisit and prioritize 2020 Growth Bets
- Micro Markets OKR/KPI's

**RegOps (Jack)**

- GA tax legislation / settlement
  - Pushing receipt updates
- MD PSC touch-base
  - Expecting to align on timeline for implementation (finally) of new licensing process
- Taxes & fees updates
  - Baltimore city fee
  - MD statewide tax
  - Policy defeated a 6% tax in VA

**Flags / Challenges:**

**FYI:**

- Jack's remote work plan:
  - Ottawa: Feb 3 - 7
  - OTG: Feb 10 - 12
  - Toronto: From Feb 13
- *Mark OOO Feb 3, 4*
- Zach Dep prep Feb 4, All day depo Feb 5
- Two Gulf L3 nUbers start Monday 2/10
- Zach OOO Friday 2/14-Tuesday 2/18

# No Meeting 1/27

Leads offsite on 1/30

# Action Items

| Date Started | Project / Action Item | Owner/PM | Deadline | Status | Notes/Steps |
|---|---|---|---|---|---|
| 1/21 | City Ops MBRs | All | Make decision at LA Summit | In Progress | • Need to flush out operating cadence at the LA Summit<br>• Need to determine best way to escalate information from the MBR to Sarfraz (given he will not be attending) |
| 1/21 | Determine Ops Summit Announcement | Tom M | ASAP | In Progress | • Hold on sharing with broader team<br>• Tom understanding "surprise" around announcement, likely National Harbor |
| 1/21 | Leadership Summit in LA | All | 1/29 | In Progress | • Jen/Danielle to circulate completed agenda and homework<br>• City Ops leads to tackle pre-work<br>• Open question on how to involve LA team more (and other local teams when in their markets) |
| 1/21 | Minimum vehicle year issue | Paul P | ASAP | In Progress | • Establish checks and understand role of City Ops in future process |
| 1/21 | CRM - understanding prioritization/process | Danielle | ASAP | In Progress | • Please escalate concerns through Danielle |

# January 21, 2020

**Meeting Note Taker** 

Jen Caffrey          Zach Smith
Chad Dobbs          Danielle Sipf
**Koosie Boggs**          Peter Sauerwein
Paul Picinich          Jennifer Sinha
Jack Dwyer          Tabatha Chow
Mark Marge



# HAPPY BIRTHDAY, JACK!



**Slide 869**

17          thank you!!
            Jack Dwyer, 1/21/2020

# Action Items

| Date Started | Project / Action Item | Owner/PM | Deadline | Status | Notes/Steps |
|---|---|---|---|---|---|
| 1/13 | City Ops MBRs | All | Make decision at LA Summit | In Progress | Continue with current process and cadence until we discuss operating cadence at the LA Summit. We will not add a City Ops MBR for the time being. |
| 1/13 | Determine Ops Summit Date - Week of March 9th | Jen C | ASAP | Completed | Please do not share with teams. We're coordinating a full announcement. |
| 1/13 | Promotions process | Danielle | ASAP | Completed | Forward follow up from Vince on process for submitting promotions / if we need to do something beyond filling out Avature form |
| 1/13 | Submit feedback on the Leads Offsite Agenda | All | EOD 1/15 | | |

# Danielle Updates

**Priorities For This Week:**

- Reviewing your roadmaps - thank you for sending!
- Perf/promo calibrations
- NYC, California
- Preparing for next week's leads summit
- Minimum vehicle year post-mortem. **AI: Can someone on our team take the lead on this? (link w/ more info)**

**FYI:**

- Preparing for next week's leads summit
- Performance calibrations

**Upcoming:**

- **Travel:**
  - LA: Jan 27-31
  - NYC: Feb 3-5
  - DC: Feb 6-7

# Discussion Topics

- [Danielle] MBR
- [Danielle] Review City Ops Leadership off-site agenda
- [Jenn/Chad/Mark] Feb CRM Process
- [Jenn] YoY Trends
- [Jenn] Competitive Intel
- [Peter] VS Launches & Strategy

# North Updates

**Priorities For This Week:**

**Midwest & New England**
- Chi Rule 1.10 Negotiation Meeting tomorrow
- Chi Data Reporting Meeting Thursday
- Chi Tax Receipt Monitoring
- MA Fraud Meeting in ~2 weeks (pending DPU scheduling)

**TRIPAD**
- 2/1 TLC Mandated Rate Change
  - TLC outreach / litigation plan
  - Implementation strategy
  - Understanding Lyft's utilization
  - Gating optimization
- Luigi (MA, NYS, NJ)
  - NY Budget released today
- Sami's Law (QR Codes + Placards) comms sent ahead of 3/20 effective date

**Flags / Challenges:**
- Detroit rate change
  - Not aligned on go forward plan yet
- MA DPU Fraud meeting pushed due to regulator scheduling/fraud expert availability
- Need additional Midwest deposition coverage

**FYI:**
- Chad testifying in an arbitration all day Thursday. Prep all Wednesday afternoon.
- Sharing Manager Survey reflections with team in early February
- Handful of conference rooms being taken offline in NYC as landlord reclaims space; Chad + Paul trying to understand impact / contingency plan, room situation here already a bit dire

# South Updates

**Priorities For This Week:**

**Core Experience (Zach, Mark)**

- Micromarkets - Planning February interventions + P0 segmentation
- Call2Ride - Miami test launch in early Feb, statewide by mid-Feb
- Super Bowl Prep - Working with eOps/Public Affairs
- Gulf Hiring - 2 offers out, working on closing
- Mardi Gras prep
- Ongoing Long Distance

**RegOps (Jack)**

- Ongoing state sessions
- GA tax settlement
  - Marketplace facilitator (8.9% tax) passed last week
  - Expecting to push out rider-facing comms early week off 1/27
- City of Baltimore 25c pickup fee refund wave 3

**Flags / Challenges:**

**FYI:**

- Zach OOO this Friday 1/24
- Jack's remote work plan:
  - Ottawa: Feb 3 - 7
  - OTG: Feb 10 - 12
  - Toronto: From Feb 13
- Mark OOO Feb 3, 4

# West Updates

**Priorities For This Week:**

**California (Jenn)**

- CA Product Monitoring and Rollouts
- Nov Ballot Initiative
- Uber Military
- Perf

**RoW (Peter)**

- Seattle Update
- EV Product in Vegas
- Tax implementation in Utah
- VS (Avis) launches in Seattle, Portland

**Reg Ops (Tab)**

- CA PUCTRA Report and Payment
- Tacoma Contract Negotiations
- NTA citation hearing prep
  - Date TBD, but we expect to receive the citations the NTA is recommending this week

**Flags / Challenges:**

**FYI:**

- Tab in Depo today
- Peter in Depo Tues/Weds next week

# January 13, 2020

**Meeting Note Taker** 

Jen Caffrey            Zach Smith
Chad Dobbs             Danielle Sipf
Koosie Boggs           Peter Sauerwein
Paul Picinich          Jennifer Sinha
Jack Dwyer             Tabatha Chow
Mark Marge

# Action Items

| Date Started | Project / Action Item | Owner/PM | Deadline | Status | Notes/Steps |
|---|---|---|---|---|---|
| 1/13 | City Ops MBRs | All | Make decision at LA Summit | | Continue with current process and cadence until we discuss operating cadence at the LA Summit. We will not add a City Ops MBR for the time being. |
| 1/13 | Determine Ops Summit Date | Jen C | ASAP | | Figure out when we can communicate the date to our teams |
| 1/13 | Promotions process | Danielle | ASAP | | Forward follow up from Vince on process for submitting promotions / if we need to do something beyond filling out Avature form |
| 1/13 | Submit feedback on the Leads Offsite Agenda | All | EOD 1/15 | | |

**Slide 877**

6        Sometime during the week of March 9th
         Jen Caffrey, 1/14/2020

# Danielle Updates

**Priorities For This Week:**
- Perf
- Planning for upcoming leadership off-site; thank you all for confirming that you can make it & booking travel
- Regulatory:
  - NYC rates
  - Seattle data
  - Staying plugged in on CA
- Prep for next MBR (1/27)
- Business performance dashboard

**FYI:**
- Productive trips to DC and NYC - thank you!
- Headed to SF this week for Global GM Summit. Will share any relevant takeaways / insights with this group
- Agenda for upcoming leadership off-site coming shortly
- Leads meeting week of 1/27
- Closing the loop on MBRs
- Vince will be in these meetings going forward

**Upcoming:**
- **Travel:**
  - SF: Jan 15-17
  - LA: Jan 27-31
- Offices Closed 1/20 for MLK Day

# Discussion Topics

- [Jenn] Is there a potential date for the OneOps summit?  Wanted to ensure as many team members are not OOO as possible
- [Jenn] Promotions: are there docs required for promotion nominations beyond the internal tool?
- [Jenn] Do we need leadership representation at the Quarterly Event Ops <> City Ops Sync?
- [Chad] How do we speak with one voice on topics that have significant local nuance but have implications across the entire US? For instance, Koosie and I have a convo with Legal / Product / Policy about Luigi in NYS, NJ, and MA tomorrow
- [Chad] We've had difficulty getting appropriate Eng escalation and resolution on driver issues (drivers stuck on trips, payment not received, etc). Anyone having similar issues?
- [Jenn] Reliability of Klaxon Alerts
- [Danielle/Jen] Leads Offsite Agenda - please submit any feedback by EOD Wed 1/15

# North Updates

**Priorities For This Week:**

**Midwest & New England**

- 1.10 Definition+ Negotiation 1/22
- Chi Tax Implementation
- Data Reporting meeting 1/23
- Chicago Payment(s)
- Chicago City Debt comms out
- MA Fraud-Funnel meeting week of 1/27
- DPU CORI updates

**TRIPAD**

- 2/1 TLC Mandated Rate Change
  - TLC outreach / litigation plan
  - Gating optimization
  - Implementation strategy
- NYS Department of Health & NYC Access-a-ride
- Sami's law

**Flags / Challenges:**

- Detroit rate change
  - Meeting this week given scheduling issues last week
- NJ Placard CRM challenges
  - Notified of last-minute config issue now delaying send
  - CRM leadership acknowledged the miss and will be kept in loop on future asks for earlier issue IDing

**FYI:**

- NJ will not vote on new worker classification laws in current lame duck session. The bill will be evaluated in the next session, which starts immediately, but this will kick the can a little further down the road.

# South Updates

**Priorities For This Week:**

**Core Experience (Zach, Mark)**

- Micromarkets - vetting and prioritizing Beanstalk initiatives
- Working with Premium team to map out H1 collaboration (cont'd)
- Long Distance launch delay & resolution
- Alex working on Biz Performance Dash

**RegOps (Jack)**

- **State sessions** - GA, SC, NC, MD, WV, VA, MS, KY, TN all begin this week or last week (watching various TNC tax proposals)
- **NC illuminated trade dress alternative** - meeting with key political stakeholders 1/16
- **BAL rider appeasements** - next wave of $1.6M overcollection being remediated via UberCash this week

**Flags / Challenges:**

**FYI:**

- Jack's remote work plan:
  - Ottawa: Feb 3 - 7
  - OTG: Feb 10 - 12
  - Toronto: From Feb 13
  - (for context: Jack is working remote from Toronto for the foreseeable future due to visa issues)
- Mark OOO Feb 3, 4

# West Updates for January 13th

## Priorities For This Week:

**California (Jenn)**

- Product Rollouts, Monitoring & Audits
- VI Subsidy Deprecation
- Nov Ballot Initiative
- Long Distance Pilot Launch
- Uber Military
- Better Market Street
- Perf

**RoW (Peter)**

- VI Subsidy Deprecation
- Seattle long term strategy
- Hawai'i Policy and Tax
- Perf

**Reg Ops (Tab)**

- [WA] Tacoma Contract Negotiations
- [CA] Data requests & payments
- [West] Payment and Reporting Geo Audit
- Perf

## Flags / Challenges:

- [CA] Team is underwater and may request support on items that do not require an NDA
- [CA] SF down YoY 17% last week - currently under review
- [CA] Riders were unable to request rides for 45-60m last Thursday due to product changes

## FYI:

- Peter OTG Jan 13th
- Jenn - OOO (Medical) Jan 17th
- Tab - Depo Jan 20-21

# January 6, 2020

**<u>Meeting Note Taker</u>** 

| | |
|---|---|
| **Jen Caffrey** | Zach Smith |
| Chad Dobbs | Danielle Sipf |
| Koosie Boggs | Peter Sauerwein |
| Paul Picinich | Jennifer McCaleb |
| Jack Dwyer | Tabatha Chow |
| Mark Marge | |

# Action Items

| Date Started | Project / Action Item | Owner/PM | Deadline | Status | Notes/Steps |
|---|---|---|---|---|---|
| | | | | | |

# Danielle Updates

**Priorities For This Week:**

- Getting up to speed
- Reflecting on NYE performance (headline: beat forecast, up ██████████ ███████████)
- High-priority regulatory topics:
  - New rates in NYC
  - CA lawsuit
- Defining operating cadence (e.g. weekly lead meetings, MBRs)
- Office visits

**FYI:**

- Travel this week: DC/NYC
- Management Day FYI
- City Ops Leads Off-Site (LA):
  - Dinner: 1/29
  - Off-Site: 1/30
- Please add me to any relevant meetings, documents, dashboards. Don't be shy!
  - Can shadow meetings or attend deep dive meetings, too - where useful
- Trying to manage depositions appropriately across our team

**Upcoming:**

- Travel:
  - Next week: SF
  - Week of 1/27: LA
- Global GM Summit in SF next week
- Clarifying roles/responsibilities of Core Experience where appropriate
  - Will involve Core Experience leads, but if you have a particular passion about being more involved here, please let me know!

# YE Perf Timeline
[Teamdot]



**Dec. 16 – 20**
Employee and manager overview sessions

**Jan. 6 – 8**
Employees review automatically generated list of feedback providers and select additional providers

**Jan. 21 – Jan. 31**
Calibration session

**Feb. 5 – Feb. 28**
Compensation planning

**Mid-March**
Bonus payout vary by country

**Jan. 6**
Feedback opens

**Jan. 6 – 17**
Input stakeholder, self-assessment, and manager assessment

**Feb. 5 –March 2**
Feedback released and feedback conversations

**March 5**
Promotion decisions and comp outcomes available

# Discussion Topics

- [Danielle] Proposed format for City Ops Leads mtg
- [Danielle] Does a US-wide core experience dashboard exist?
- [Danielle] Can you send me any org charts that you have / mapping of territories?
  - South
  - North
  - West
- [Danielle] Monthly Business Reviews (North, South, and West)
  - Let's keep these for now
  - Likely going to also add a "US City Ops MBR" (or something to that effect) - more to come. And, if you have thoughts here, let me know
- [Danielle] Some initial thoughts on team meetings (more to come, and open to feedback…)
  - Keep regional team meetings (e.g. South, West) on calendar if we believe they add value (my take is they do, but let's discuss…)
  - Add US City Ops all hands to calendar on a semi-regular cadence (e.g. monthly?)
- [Jen] US City Ops Leadership OOO/Travel Calendar
- [Jen] City Ops Listservs (updated)
- [Jenn] NYE Monitoring - Recap & Feedback
- [Paul] Deps & CRM
- [Zach] Cross-region project collaboration
- [Jenn] Perf Best Practices
- [Jenn] Audits across Central & City Ops

# North Updates

## 5 Priorities For This Week:

### 70 Midwest & New England

- Chicago Fee Configuration
- Chicago Rule 1.10
- IL tile expansion

### TRIPAD

- NYC rate change 2/1 & associated strategic initiatives
- NJ Labor: lame duck session ends 1/14
- NYS Labor: Governor's State of the State speech on 1/8
  - Release tax info?
- Sami's Law
- Follow-ups from Driver Product visit
- Lyft Express Drive likely shut down in NYC

## 3 Flags / Challenges:

- Detroit Rate Change
- New TLC-mandated rates expected any day
- 1.10 - Safety Report Follow-up and fines

## FYI:

- The NYC TLC Policy Director who led data collection and reporting efforts in a reasonably collaborative way with Uber, has left the TLC; we will be working on forging a new relationship with his replacement

**Slide 888**

10    Threefold, sorry bullet is ambiguous:

(1) Julie leading an effort alongside Tony to ensure we're properly redefining our own incident categories against Rule 1.10 "public threat to safety" language (zero tolerance, reckless driving, etc.). Finalizing Wednesday.

(2) Rachel is leading an effort with Safety Team (Todd Gaddis) to ensure we're properly ingesting all relevant deactivations and revising review proces accordingly, kicking off next week, probably wrapping in next three weeks. [This is the fix we've committed to the City.]

(3) Tony and Molly leading settlement meeting with the city, don't have any more right now than us targeting a middle ground between max fine an nothing at all, which would land at ~$250K. But that thinking is as of prior to holidays, I'll know more coming out of MW/NE synch tomorrow and ca follow up then.
Paul Picinich, 1/7/2020

6    +paulp@uber.com is this related to the deactivation / safety report thing? If so, what's the latest on that?
Danielle Sheridan, 1/7/2020

7    All sounds great, thanks!
Danielle Sheridan, 1/7/2020

4    This is the old document                                                                                                                    we
put together last year prior to us trying to get Preemption.  Now that we're beyond the fees, and Preemption is still unlikely Emily is revisiting.
Koosie Boggs, 1/7/2020

1    We should have a confirmed date later this week- but hopefully within the next two weeks!
Koosie Boggs, 1/7/2020

1    I'd actually be interested to hear more on what led to this getting done. We've been discussing several rate-related things with Marketplace over the course of H2 and the most common response was "we're working on a more holistic pricing strategy for 2020 and will have more info for you soon." I'm hoping that strategy now exists and this is the tip of the spear, but curious what y'all know here.
Zach Smith, 1/7/2020

3    Is what Alex from my team brought up about Monroe county part of this? Sounds like it is, just want to confirm.
Zach Smith, 1/7/2020

5    What cities? +koosie.boggs@uber.com
Danielle Sheridan, 1/7/2020

5    Yes it is! (Emily Wertanen on my team is the POC)
Koosie Boggs, 1/7/2020

2    Welp I may have spoke too soon and will forward you the most recent email from Colby.
Koosie Boggs, 1/7/2020

**Slide 888 (Continued)**

2    Thanks. Looks like a similar message to what we were getting in H2, and in your case a situation where we're still below Lyft. If that's not a relatively obvious move then anything more complex of proactive seems likely to be at least several months off. Rooting for you to pull this one off though!
Zach Smith, 1/8/2020

4    Mind forwarding to me for visibility Koosie?
Danielle Sheridan, 1/8/2020

3    When do we expect this to go into effect? Excited about this change btw..
Danielle Sheridan, 1/8/2020

3    Done!
Koosie Boggs, 1/8/2020

# South Updates

### Priorities For This Week:

**20re Experience (Zach, Mark)**

- Q1 project kick off
- Micro markets workstream kick off this week.
- Long distance launching this week
- Working with Premium team to map out H1 collaboration

**RegOps (Jack)**

- GA tax settlement and state session campaign (session starts 1/14)
- NC illuminated trade dress alternative (meeting 1/16)
- Wk 1 of new South compliance dashboard anomaly monitoring

### Flags / Challenges:

- Upcoming Nomad application dates
  - Have 1 Gulf L4 expressing interest already
- Continuing to interview for 2 open HC

### FYI:

- Mark OOO
  - Jan 6 - Jury Duty
  - Jan 9 - Deposition prep (in-office but calendar blocked),
  - Jan 10 - Deposition
- Start of Jack's remote work in Toronto still TBD (est. late Jan / early Feb)

**Slide 889**

| | |
|---|---|
| **8** | +jack.dwyer@uber.com definitely interested in seeing how this one goes. Let me know if anything useful comes out of it & if you think it's worth expanding.<br>Danielle Sheridan, 1/7/2020 |
| **1** | We actually aren't that far in the process yet. This week Brendan and Vince are working through the handover of Beanstalk projects from Kari (on Marketplace) but it hasn't happened yet. However, I can walk you through the process and next steps if that works for you. Let me know what you think.<br>Mark Marge, 1/7/2020 |
| **10** | Oh got it, no problem. That works, and then we can chat through experiment proposals once ready.<br>Danielle Sheridan, 1/7/2020 |
| **9** | +markm@uber.com During your 1:1, can we review the experiments that we plan on launching next week?<br>Danielle Sheridan, 1/7/2020 |
| **2** | That sounds good! I'll also share a 1v1 doc in the morning with topics for discussion.<br>Mark Marge, 1/7/2020 |

# West Updates for January 6th

## Priorities For This Week:

**California (Jenn)**

- [CA] CA Rollouts & Monitoring
- [CA] CPUC & Safety Report
- [CA] Nov Ballot
- Long Distance Pilot
- [SF] Better Market Street

**RoW (Peter)**

- [SEA] "Fare Share" & Data Sharing
- [LV] Regulatory Fee Offset

**Reg Ops (Tab)**

- [WA] Tacoma Contract Negotiation
- [PNW] Defensive Driving Course Deep-Dive

## Flags / Challenges:

- Continuing to Interview for Reg Ops team position in SF and City Ops in LA

## FYI:

- Jenn OOO Jan 10th
- Peter OTG Jan 13th
- Tab Depo

**Slide 890**

1

Hallie is just getting started on this one, but it was prompted because of a larger effort to reduce or altogether eliminate optional driver docs in the region (they run rampant in PNW). Right now this Course is an optional doc in a few PNW cities and after some initial digging, it's clear this process hasn't been reviewed in several years, so we're starting out by digging into a few things -

1) Is there room to bring this course in house and host the video/course ourselves? Right now we have a third-party provider who charges per driver sign-up. If we bring it in house, are there other cities that could benefit?;
2) If we can't bring it in house, do the regulations allow us room to change which course we use (currently it's 4 hours, but there is a 2 hour version the site also offers);
3) Can we find a way to combine this with the city knowledge test or otherwise consolidate the two (we use ClassMarker for the city knowledge test and are digging into the costs associated there);
4) If we do keep this third party provider, I want to renegotiate our rate - right now it's $8.75/driver.
5) Right now this is listed as an optional driver doc, but doesn't need to be a doc at all since we have the ability to bulk download drivers who have completed the course and already have a flow campaign in place to WL accounts of those who haven't.

Happy to talk through this more tomorrow at our Reg Ops mtg.
Tabatha Chow, 1/9/2020

19

Thank you for the context! Yes let's discuss, there may be one or two things we can collaborate on
Jack Dwyer, 1/9/2020

18

+tabatha@uber.com Curious what this one is and whether there is anything we can learn related to our KY driver training requirement in South
Jack Dwyer, 1/9/2020

2

Sounds good!
Tabatha Chow, 1/9/2020