# **Exhibit J**

# EXHIBIT 19

## EXHIBIT FILED UNDER SEAL

**UBER_JCCP_MDL_001701663-UBER_JCCP_MDL_001701663**

## UBER_JCCP_MDL_001701663

# Metadata

| | | |
|---|---|---|
| **#DateCreated** | 07/17/2018 | SEMANTIC |
| **All Custodians** | Shuping, Valerie; | SEMANTIC |
| **All Paths** | Shuping, Valerie: \EDISCO-25493_valerie.shuping@uber.com\EDISCO-25493_valerie.shuping@uber.com_4.zip; Shuping, Valerie: \EDISCO-25493_valerie.shuping@uber.com\EDISCO-25493_valerie.shuping@uber.com_4.zip | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Attachment Names** | ppt | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_001701663 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 07/17/2018 6:43 pm | SEMANTIC |
| **Date Modified** | 07/17/2018 6:43 pm | SEMANTIC |
| **DocID** | 1I1VTs0TDnYJY3miESdj5WBOhUM7byFvj8Pr9eN3I5Ys | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_001701663 | SEMANTIC |
| **File Path** | \EDISCO-25493_valerie.shuping@uber.com\EDISCO-25493_valerie.shuping@uber.com_4.zip | SEMANTIC |
| **File Size** | 13299155 | SEMANTIC |
| **Filename** | Copy of DACT Overview for Intern_1I1VTs0TDnYJY3miESdj5WBOhUM7byFvj8Pr9eN3I5Ys.pptx | SEMANTIC |
| **GoogleDocumentType** | PRESENTATION | SEMANTIC |
| **Other Custodians** | Shuping, Valarie; | SEMANTIC |
| **Primary Date** | 07/17/2018 6:43 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL048; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 07/17/2018 6:43 pm | SEMANTIC |
| **SourceHash** | a8fd5a6c237d1143c6cdb57cba301ba5 | SEMANTIC |



UBER

# DACT Overview

Safety & Standard Central Ops
CommOps - Critical Customer Support

A/C Privileged

# Agenda

An overview of what DACT is and how it works



- History of DACT
- Driver IPC deep dive
- Standards in DACT
- DACT process
- Q&A

# History of DACT

# Before DACT, standards were inconsistent and ill defined

Let's take an example of Dangerous Driving

| Original Dangerous Driving Policy | Drawbacks of Original Standard |
|---|---|

3 reports of dangerous driving resulted in deactivation

- Disproportionately impacted longstanding driver partners
- Little to no follow up to drivers who were reported for dangerous driving
- No tool existed for a variable threshold

## Original Standard Implications on Longstanding Driver Partners



**Total Drivers Offboarded**

- 1k - 2k trips
- <1k trips
- >2k trips

21.8%
47.4%
30.8%



**Incident Rate**

# Examples illustrate the limits of the old process

Subjectivity and non-streamlined incident management led to inefficiencies

**Manual counting of lifetime strikes**
Due to the manual review required, strikes were often missed or miscounted. Individual strike thresholds also led to users being able to accrue many different strikes with no intervention.

**Subjective decision making**
Each decision was subjective and could be overturned by any number of individuals (city teams, Greenlight Hubs). There was low adherence to the strike policies in place.



# A brief history of standard management

Increasing complexities clarified a need for a streamlined process



**Until 6/2017**

### Poorly defined policies with inconsistent application

**Tool Limitations**
- No current tools allows agents to enforce a trip look-back period necessary for fair driver policies

**Inefficient Process**
- Agents sent generic responses to partners about the incident allowing no actionable improvements for the partner
- Agents spent time investigating each incident whereas only 2-3% of minor offenses need a deactivation

**Inconsistent Decisions**
- Allowing all agents to enforce all policies and deactivate users leads to poor quality and trainings
- No tracking of deactivation data and a proper policy adjudication process leading to multiple errors and misalignment at GLH/Ops

**Summer 2017**

### Business Standard Strike Team

**Business Standard Revamp**
- Over 100 business standards created or updated with an eye for consistency and fairness

**Process Improvements**
- It became clear that lifetime strike thresholds were unfair to longstanding driver partners, but a tool was needed to process such thresholds

**Communications Improvements**
- Saved replies improved to target more specific and actionable feedback
  - For example, a saved reply will indicate "an illegal traffic maneuver" or "your driving speed" rather than "a rider felt unsafe"

**6/2017**

### DACT created

**DACT Tool**
- Safety & Insurance, CommOps, and Central Ops collaborated to create a streamlined process for pulling in incident reports according to our standards.

**DACT Agents**
- Specifically trained agents would validate all tickets

**12/2017**

### Driver IPC Launched

**Standard Created**
- Combined Interpersonal Conflict standards to look holistically at reports

**Threshold Personalized**
- Each driver has a personalized ticket threshold depending on lifetime trips

# DACT is a Standard Adjudication Platform

## What does DACT do?

- DACT is a standard adjudication platform within JIRA which handles adjudications for high-volume, low severity safety reports
- DACT ███████████████████████████
- ███████████████████████████████████

## What is a standard?

- Business Standards set the required outcome for any inbound that comes through via support or as a result of an outage
  - Example: At what point should our driver be deactivated for driving dangerously?



# Compliance to deactivation policy impacts incident rate

Dangerous Driving Standard had impact on crash rate in US/CAN



- Initial launch of simple Dangerous Driving Policy has high impact on auto crash rate

- Modeled policy launch in October 2017 kept incident rate stable through seasonally worse winter months

*Content courtesy Safety Data / Frank Chang*



Driver IPC deep dive

# A closer look into Driver Interpersonal Conflict Standard

## An overview

*Definition*

The interpersonal conflict (IPC) standard identifies drivers and riders with multiple reports of incidents involving another user. Users can be flagged by the IPC standard for multiple reports of the same incident type or a combination of different incident types. The following incident types are included in the IPC standard:

- Inappropriate contact after trip
- Physical altercation
- Sexual misconduct
- Theft / robbery
- Verbal altercation
- Discriminatory comments
- Property damage

*Objectives*



**Detect a** ▮▮▮▮▮▮

The IPC standard looks for a ▮▮▮▮▮▮ ▮▮▮▮

**Take trip history into account**

Three reports for a driver with 50 trips is much different than three reports for a driver with 5,000. Therefore, driver IPC calculates a ▮▮▮▮▮▮

**Validate each ticket**

Each ticket receives **at least 2 reviews for validity -** from the responding agent and from a specialized DACT agent. Fraudulent tickets are not counted toward deactivation.

**Act quickly**

Agents have appropriate training to make deactivation decisions, and IPC DACT tickets are **resolved and actioned upon** ▮▮▮▮▮▮

# A closer look into Driver Interpersonal Conflict

## A short history



|  | Until 6/2017 | 6/2017 - 12/2017 | Since 12/2017 |
|---|---|---|---|
|  | **Discrete lifetime thresholds** | **Discrete linear thresholds** | **One dynamic threshold** |
| Standard(s) | • One standard for each issue type<br>• Some issues had a clear threshold, others were left up to discretion<br>• "Recommended" deactivation threshold pending stakeholder input | • One standard for each issue type<br>• Clear deactivation thresholds based on tenure<br>• Agents not required to wait for approval from Ops | • One standard which looks holistically at interpersonal conflict reports<br>• ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>• Specialized team reviews tickets |
| Drawbacks | • Issue type "bingo"<br>• Delayed action due to stakeholder buy in<br>• Not adjusted for tenure<br>• Agents required to manually sort through tickets and relied on inconsistent and often buried profile notes | • Issue type "bingo"<br>• Agents required to manually sort through tickets and relied on inconsistent and often buried profile notes | • Difficult to communicate<br>• Difficult to calculate a ▓▓▓▓ on the spot |

Standards in DACT

Three types of standards can fall within DACT





DACT process

# State of Policy Adjudication: Pre DACT

*Example of Adjudicating to Dangerous Driving in US&CAN ("3 strikes and out")*



## State of Policy Adjudication: Post DACT



# How DACT has Improved the Account Review Process

DACT has improved the accuracy, consistency, and documentation of non-urgent safety deactivations

| Pre-DACT Account Reviews | Post-DACT Account Reviews |
|---|---|
| <ul><li>Decisions made based on summary notes rather than report content</li><li>Deactivation decisions made by a decentralized group of agents and local stakeholders without specialized training</li><li>No consistent documentation of deactivation decisions</li><li>No standardized process to review deactivation decisions for accuracy</li></ul> | <ul><li>Specially trained, dedicated team of agents who **exclusively** handle non-urgent deactivations</li><li>Individualized, manual review of each report contributing to a deactivation threshold</li><li>Consistent documentation of 100% of deactivation decisions in Tools and JIRA</li><li>Standard process to **escalate** confusing cases and **request reviews** of deactivation decisions</li></ul> |



# Safety Support Teams

**Policy Adjudication Team Review**

**Cross Support** — The Cross Support Team responds to safety related concerns that haven't resulted in an incident (e.g. wrong vehicle, cash exchange, etc.)

**IRT: Accidents & IRT: Incidents** — These non-urgent issues involve general behavioral concerns without physical contact, minor injury, and vehicle damage.

**Investigator Decision**

**IRT: Urgent** — Urgent concerns involve assault, kidnapping, weapon related incidents, serious injury, and sometimes fatalities.

# Policy Adjudication Overview

JIRA tickets are created when a user meet or exceed our safety thresholds.

Users receive notifications when safety related reports are made.

After a user has crossed our safety threshold for number of reports, their accounts will be adjudicated.



Safety threshold

Users with safety reports

# Updated Saved Replies with Actionable Feedback



**Old**



**New**

# Defining and executing on deactivation policies

*Complying to deactivation policies.*

| TERM | POLICY | SIPS | POLICY ADJUDICATION |
|------|--------|------|---------------------|
| Definition | Threshold at what point a user needs to be adjudicated | Safety Incident Policy System - an engineering system that translates a policy into a JIRA ticket | Process by which a policy is executed |
| Owner | **Safety Ops** *With input from data science, RGMs* | **Safety Engineering** *With help from Global Safety Process team* | **CommOps** *Region executes, Global scales + standardizes* |

# DACT by the numbers

As of May 2018

# Non-DACT safety deactivations

DACT is not the only process for Safety-related deactivations

**Special Investigations Unit**
The SIU teams sits in the COE and fully investigates L3/L4 reports and other escalations

**Standards not moved to DACT**
Some standards are manually adjudicated and/or are in the process of moving to DACT

**Quality (Ratings)**
Drivers can get deactivated if their rating falls below a city-specific threshold. This is run by an automatic process

**Examples:**
- Sexual Assault
- Physical Altercation
- Inappropriate Contact After Trip

**Examples:**
- Inappropriate Comments
- Rider Possession of Illegal Substances

# DACT is a tool for safety report adjudication

It streamlines the review and deactivation process

- DACT is a policy adjudication platform
- DACT is project within JIRA, which is an issue and project tracking software
- DACT creates a ticket whenever a user breaches one of the standards we have given it
- DACT handles adjudications for high-volume, low severity safety reports
- Specially DACT-trained agents review each ticket for validity against our standards and either deactivate the user, leave the user active, or escalate the ticket

**Example:**

We have told DACT that we have a 3 strike cash exchange standard. DACT queries constantly for drivers who have at least 3 tickets with a "Cash Exchange" contact type. When a driver meets that threshold (i.e. when he gets his third report), a DACT report will be populated with the driver's information and links to each ticket. Then, a DACT-trained agent will review those three tickets against our cash exchange standard. If they are all valid, the agent will deactivate the driver with a message.



# DACT arose from a broken and inconsistent process

Tool and process limitations were leading to inefficiencies

**Poorly defined policies with inconsistent application**
*3 strike policy for dangerous driving was unfair to longstanding driver partners*
*Regularly ignored or overturned by city teams and GLHs*

## Tool Limitations

- Agents had to do a job that computers are better at

- No current tools allows agents to enforce a trip look-back period necessary for fair driver policies

## Inefficient Process

- Agents sent generic responses to partners about the incident allowing no actionable improvements for the partner

- Agents spent time investigating each incident whereas only 2-3% of minor offenses need a deactivation

## Inconsistent Decisions

- Allowing all agents to enforce all policies and deactivate users leads to poor quality and trainings

- No tracking of deactivation data and a proper policy adjudication process leading to multiple errors and misalignment at GLH/Ops

# Business standards are a relatively new concept at Uber

## What is a Business Standard?

- *Business Standards* set the required outcome for any inbound that comes through via support or as a result of an outage
  - Example: At what point should our driver be deactivated for driving dangerously?

- *Support Logic* delivers on the Business Standard set forth by the business via an underlying process
  - Example: Steps CSR must take to verify Dangerous Driving Standard

## Scale of Business Standards

| ~100 | business standards across US/CAN |
| --- | --- |
| ~2000 | unique contact types that map to those business standards |
| ~5000 | saved replies associated with our business standards |

## History of Business Standards

| 2014 - 2016 | Jan 2017 | May 2017 | Today |
| --- | --- | --- | --- |
| No formalized definition of business standards. Comm Ops Support Logic acted as proxy for business standards, though not formally defined | Spun up 6-person strike team to focus on defining business standards & tackling highest priority standards needing refinement (e.g. absolute three-strike safety standards) | Recruited a 26-person strike team, including several teams on legal, to re-write all business standards across the US/CAN in coordination with Chapter 2 Driver FORWARD launch | Full-time Business Standards team at Uber; standard owners across relevant Ops teams |