# Exhibit O

# EXHIBIT 35

## EXHIBIT FILED UNDER SEAL

**UBER_JCCP_MDL_001711889-UBER_JCCP_MDL_001711897**

# Safety as a Lever for Growth
@aarti
Deck

## Background
When rolling out safety features and analyzing the Safety Team's impact, we concentrate on the following two metrics:
- safety incident reduction
- safety sentiment improvement

The rest of the business, however, uses topline metrics such as CP, Gross Bookings, and Trips to measure success, holding Supply Hours, Lifetime Value, and Trips per Rider as relevant secondary metrics.

> **Commented [1]:** How MP calculates LTV -

> **Commented [2]:** Would be really interesting if we create a safety feature as a covariate for their BTYD models to see if it gives better accuracy in prediction

The dissonance between the success metrics used by Safety and the rest of the business suggests that we have different goals and incentives. Even at a leadership level, we push messages such as "Safety over Growth," implying that these two must always be in conflict. Safety features can create friction and can hurt conversion, but at the same time they help increase engagement and retention by minimizing the incidence of dangerous life-altering events and improving users' peace of mind.

We have not told the safety story in a way that does it justice. Every product team is working towards the same end goal - to make Uber the platform of choice for both drivers and riders. Given the same objective, we should be able to talk the same language and understand not just the long term value, but also the short term value that safety features bring to the business in terms of acquisition, retention and support (CP, Gross Bookings, Trips, Supply Hours, Lifetime Value, Trips per Rider).

## Analysis

> **Commented [3]:** Love this! sorry for the delay - I am fully supportive of your narrative and being able to say the story of growth leveraging safety work. also adding +rebecca.payne@uber.com as we have talked about this. what are the next steps on this?

|  | Safety Sentiment | Incident Reduction |
|---|---|---|
| Riders | How does a 1% increase in safety sentiment impact your behavior on the app? Engagement? (TPR, LTV, Trips, GBs) <br><br> Riders are unaware of our features - those who are aware have higher engagement. Is this causal? What does this mean in terms of TPR, GBs? | How does submitting a safety related ticket change your engagement with Uber? LTV? Trips? <br><br> How does incident reduction impact growth? If the rider experiences a safety incident, what happens to his/her usage? How much does it change? What is that in GBs? |
| Drivers | How does feeling safer or belief in commitment to safety impact engagement? SH? Trips? TPD? Driving at night? Particularly given that we are under supplied as a business, can we | What happens when a driver faces an IPC? Is he/she unlikely to keep driving? Does he/she limit supply hours? If yes, by how |

> **Commented [4]:** potentially work with Global Intelligence to see if we can quantify "safety as a competitive moat"

| | | |
|---|---|---|
| | unlock growth by increasing safety sentiment? Will drivers get on the road more or be unafraid to continue driving if we offer them more safety features?<br><br>Churn: 40% of LatAm churn can be attributed to safety. What does this mean in terms of acquisition spend? SH? GBs and CP?<br><br>Female driver growth: we are losing female drivers to the competition at night because we don't offer cash opt-out or destination upfront. What does this mean in terms of GBs? CP? How would increasing their safety sentiment change their behavior and impact topline business metrics? | much? What does this mean in terms of LTV, Trips, GBs?<br><br>How does incident reduction impact growth? If we have incidents, what happens to our growth?<br><br>What happens when a driver has an accident? Does he/she churn? What does this mean in terms of acquisition costs and LTV loss?<br><br>How does submitting a safety related ticket change your engagement with Uber? LTV? Trips? |

01/14
- Rider buckets: Luna
- Translate open questions into metrics and prioritize between them (scratch LTV)
- First trip behavior - how does sentiment and IR impact new & existing riders/drivers?

CONFIDENTIAL

UBER_JCCP_MDL_001711890

**Objective:**
Tie business objectives with safety objectives both for internal and external stakeholder tradeoffs

> Commented [5]: +varunh@uber.com +sunny.wong@uber.com +ponon@uber.com

**Goals:**
(1) Understand the role of perception of features and incidents in trip volume
(2) Create case studies of previous incidents & learnings to inform future playbooks

**Non Goal:**
Safety incidents and their relation to growth
Why?
1) Can measure impact on the individual, but if we talk about impact on wider city, it has to do with perception
2) We don't want to put a price on a life

**Core Deliverables**
- Formula that ties f(safety perception change) ⇒ trips (ideally as $)
- Impact of major incidents on media impressions, trips

**Investigations**
- P0: Is there a correlation between perception and
    - Percentage change in trips
    - Trips per active rider/driver
    - Trips for city as whole
    - Night trips
- How does a negative incident impact trips, normalized by media impressions?
- How does a stable perception impact trips?
- How do feature launches post an incident impact perception & trips? (timing - people react differently to gains and losses)
- P2: Does perception (as a covariate) help better predict customer LTV?

**Case Studies**
- What happens to trips after a major incident occurs + mentions/impressions
    - South Carolina - murdered
    - India - rape 2015
    - End of 2016 - cash launch in Brazil (murders) which led to CPF in 2017
    - Puebla - Mara 99
    - Peru - Taxibeat women beaten, rape victim
    - Brazil - A woman driver (Kátia Valéria Nunes Bastos, 47 years old) was raped and suffocated to death and found inside a car. According to the police, the rider lost control of the vehicle while trying to get rid of the body and was detained while trying to leave the premises. What media still doesn't know is that the rider was also a driver, that got this

> Commented [6]: +parthc@uber.com assigned those to you
> _Assigned to _

<pre>
        ride via a bounce trip, and that he had a recent criminal record for aggression against his
        wife. JIRA-████████████████████████
            ■ Media
</pre>



- **Mexico:** Trip decrease in Puebla was -25% after Mara's case in Q417 as regulators required removal of cash payments in 2018
- **Peru:** L4 incident in August 2018, led to #deleteuber trend, -7.2% active rider and -16.3% rider sign ups MoM

1. **Ponon:** Safety perception survey and tied to trips (change, transparent dispatch)
    a. UUID - drivers have taken two (longitudinal)
    b. Up or down

Action items:
- Create data schema
- Start conversation with Safety Brand to get UUIDs
- Leverage Qualtrics for Cerebro
- Privacy review

2. Case studies (event - media impressions): synthetic control
    a. US and Brazil, city, state, nation, regional case too
    b. How far does the impact go? Epicenter mapping

3. Final link: perception and what is it doing (formula)
    a. Feature to perception to trips

> **Commented [7]:** +ponon@uber.com just tagging you for visibility here
> _Assigned to ponon@uber.com_

7/31

| Owner | Workstream | Status | |
|---|---|---|---|
| Ponon | Safety perception survey and tied to trips (change, transparent dispatch) | <ul><li>Starting next week;</li><li>Profiling drivers<ul><li>Scoring each driver by hours driven</li></ul></li><li>Correlation b/w safety score and engagement</li></ul> Q: Do drivers with higher safety sentiment scores drive longer hours? <ul><li>**Hypothesis**: higher safety sentiment ⇒ more engagement</li><li>Longitudinal studies around this</li><li>Also broken down by the time of day</li></ul> Ponon Wish list of additional data **Blockers** <ul><li>Other projects</li></ul> | Commented [8]: +ponon@uber.com _Assigned to ponon@uber.com_ |
| All of us :) | Case studies (event - media impressions): synthetic control **Goal**: Build a playbook to pattern match future incidents | <ul><li>**Ponon:** To set up a learning session on synthetic control :)</li><li>**Aarti/Parth/Varun** → Finalize the case studies and questions to ask<ul><li>Aarti to set up meeting (maybe include BZ team too?)</li></ul></li></ul> | Commented [9]: +aarti@uber.com _Assigned to aarti@uber.com_ |
| Ponon | Final link: perception and what is it doing (formula) | <ul><li>[Do 1 first]</li><li>Clear documentation of additional data we may need to collect (wish list)</li><li>**Potential Blockers**<ul><li>Need to collect more data; get a clear idea of what data we need</li></ul></li></ul> | |

## Case Studies
LatAm weekly safety issues report

---

**Date**: March 30th, 2019

**Location**: South Carolina, USA

**Incident**: Man pretends to be an Uber driver, picks up a female Uber rider and murders her
SAFE-1542291

**Description**: Samantha Josephson was out near a college bar town and had ordered an Uber to take her back home. A man drove up and pretended to be her driver, and she got in and they drove away. After her friends did not find her the next morning, police led a search for the vehicle and found the driver who they arrested after a foot chase. Hours later, police found the slain body.

The incident led to a big media backlash, and while Uber wasn't directly blamed for what happened, it led to a big discussion of ride sharing companies' responsibilities. This included massive grassroot push for QR codes (with over 250k+ signatures) and did eventually lead to QR codes passing in NJ house/senate unanimously and being signed by the governor. In South Carolina, legislation passed requiring additional trade dress and illuminated signs. Legislation is still ongoing in other parts of the country.

**Media impact: Large**. This case went viral and led to policy pushes across multiple states

https://www.nytimes.com/2019/04/04/us/fake-uber-driver-assaults.html

https://www.nbcnews.com/news/us-news/slain-south-carolina-college-student-may-have-mistaken-suspect-s-n989251

https://www.cnn.com/2019/03/30/us/south-carolina-missing-college-student/index.html

https://www.nytimes.com/2019/03/30/us/samantha-josephson-usc.html

---

**Date**: January 8th, 2019

**Location**: Rio de Janeiro, Brazil

**Incident**: Male rider rapes and kills female driver
SAFE-1363577

**Description**: A female driver (Kátia Valéria Nunes Bastos, 47 years old) was raped and suffocated to death - she was found inside a car. According to the police, the rider lost control of the vehicle while trying to get rid of the body and was detained while trying to leave the premises. What the media doesn't know is that the rider was also a driver on our platform, that got this ride via a bounce trip, and that he had a recent criminal record for aggression against his wife.

**Media impact:** Large.

https://g1.globo.com/rj/rio-de-janeiro/noticia/2019/01/08/motorista-e-estuprada-e-assassinada-em-rodovia-na-baixada-fluminense-rj.ghtml

https://globoplay.globo.com/v/7284131/programa/

https://jornalexpressoce.com/2019/01/09/suspeito-de-matar-motorista-de-uber-diz-que-tinha-relacao-consensual/

https://www.noticiasaominuto.com.br/justica/808207/suspeito-de-matar-motorista-de-uber-diz-que-tinha-relacao-consensual

https://extra.globo.com/casos-de-policia/todo-dia-um-caso-ate-quando-diz-irma-da-motorista-de-uber-morta-na-baixada-23357937.html

---

**Date:** August 19th, 2018

**Location:** Lima, Peru

**Incident:** Male driver rapes female rider
SAFE-1102218

**Description:** Rider (Maria Claudia Pecho, 23), requests an Uber home from a party. While on trip, she loses consciousness. When she wakes up, she sees the driver on top of her. They both have their pants down. She is in shock so she doesn't say anything, and the driver rapes her. Following this incident, the rider contacts Uber to get the driver's information so that she can file a police report. She also goes to the media and posts a Facebook video where she talks about what happened to her.

**Media impact: Large.** This case went viral.

Rider's FB video about the incident: https://www.facebook.com/watch/?v=1341995539271043

https://elcomercio.pe/lima/policiales/uber-joven-denuncia-haber-sido-violada-taxi-aplicacion-noticia-548729

https://larepublica.pe/sociedad/1301518-joven-denuncio-haber-sido-violada-taxista-uber/

---

**Date:** September 8th, 2017

**Location:** Puebla, Mexico

**Incident:** Male driver rapes and kills female rider (on Cabify)

**Description**: Rider (Mara Castilla, 19) requests a Cabify to go home after a night of partying. She was taken to a hotel, where she was sexually assaulted and strangled, according to investigators. After that, the driver passed by her apartment – ending the paid portion of the ride there and sending a receipt to her email – but security cameras did not show Castilla exiting the car or entering the building. Her body was abandoned in a ditch some 90 kilometres south-east of Mexico City.

**Media impact: Large.** This case went viral and led to Puebla banning Cabify from operating there.

https://www.theguardian.com/world/2017/sep/18/mexico-woman-murder-student-ride-hailing-service-cabify

https://www.elsoldepuebla.com.mx/policiaca/mara-castilla-un-ano-sin-justicia.-feminicidio-de-mara-castilla.-mara-un-crimen-sin-justicia-.-a-un-ano-de-la-muerte-de-mara-castilla-1978647.html

https://www.youtube.com/watch?v=4cNlBekFOQE

https://www.youtube.com/watch?v=qJWWBPAbDNE

https://cnnespanol.cnn.com/2017/09/18/cinco-claves-del-feminicidio-de-mara-castilla-el-crimen-que-sacude-a-mexico/

https://www.excelsior.com.mx/nacional/vinculan-a-proceso-a-chofer-de-cabify-por-feminicidio-de-mara-fernanda-en-puebla/1265963

---

**Date**: December 5th, 2014

**Location**: New Delhi, India

**Incident**: Male driver rapes female rider

**Description**: A female rider was raped by a male driver who had a history of sexual assault charges, which cast a light on Uber's background check process. The incident prompted widespread protests demanding tougher laws, better policing and a shift in cultural attitudes. The driver was sentenced to life in prison.

**Media impact: Large.** This case went viral and led to New Delhi banning Uber from operating there.

https://www.theguardian.com/technology/2017/jun/15/uber-india-woman-rape-lawsuit

https://www.telegraph.co.uk/news/worldnews/asia/india/11278162/Uber-taxi-driver-rapes-woman-in-India.html

UBER_JCCP_MDL_001711897

https://www.business-humanrights.org/en/india-rape-in-uber-cab-raises-questions-about-companys-recruitment-practices-uber-apologises

https://qz.com/india/307746/a-woman-alleges-rape-by-her-uber-driver-in-new-delhi/

https://time.com/3629740/uber-driver-india-rape/

CONFIDENTIAL

# UBER_JCCP_MDL_001711889

## Metadata

| | | |
|---|---|---|
| **#DateCreated** | 11/27/2018 | SEMANTIC |
| **Account** | frank@uber.com; | SEMANTIC |
| **All Custodians** | Chang, Frank;Kansal, Sachin; | SEMANTIC |
| **All Paths** | Chang, Frank: \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_73.zip; Chang, Frank: \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_73.zip; Kansal, Sachin: \EDISCO-25937_sachin.kansal@uber.com\EDISCO-25937_sachin.kansal@uber.com2_57.zip; Kansal, Sachin: \EDISCO-25937_sachin.kansal@uber.com\EDISCO-25937_sachin.kansal@uber.com2_57.zip | SEMANTIC |
| **Application** | Microsoft 2007 Word Document | SEMANTIC |
| **Attachment Names** | word | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_001711889 | SEMANTIC |
| **Collaborators** | cpappas@uber.com; varunh@uber.com; frank@uber.com; sachin.kansal@uber.com; ponon@uber.com; savoldi@uber.com; pmuh@uber.com; sunny.wong@uber.com; rebecca.payne@uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 11/27/2018 10:53 pm | SEMANTIC |
| **Date Modified** | 02/20/2020 4:27 pm | SEMANTIC |
| **DocID** | 1k15s5ocHazOUERfYooxaeaWSNUls23N1uNvwoXbS8RI | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_001711897 | SEMANTIC |
| **File Path** | \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_73.zip | SEMANTIC |
| **File Size** | 392400 | SEMANTIC |
| **Filename** | Safety as a Lever for Growth_1k15s5ocHazOUERfYooxaeaWSNUls23N1uNvwoXbS8RI.docx | SEMANTIC |
| **GoogleDocumentType** | DOCUMENT | SEMANTIC |
| **Other Custodians** | Chang, Frank;Kansal, Sachin; | SEMANTIC |
| **Primary Date** | 11/27/2018 10:53 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL048; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 02/20/2020 4:27 pm | SEMANTIC |
| **SourceHash** | 87e399c51299f7fa27ddbea7a102396e | SEMANTIC |