# Exhibit P

# Part 1

# EXHIBIT 47

## EXHIBIT FILED UNDER SEAL

**UBER_JCCP_MDL_003040649-UBER_JCCP_MDL_003041452**

ACP

# Women Preferences | Product internal

Uber

CONFIDENTIAL

UBER_JCCP_MDL_003040649

# Context

CONFIDENTIAL

UBER_JCCP_MDL_003040650

Project goal

# We aim to create an equitable and safe experience for women and non-binary riders, by giving them the option to match with women or non-binary drivers.



Women/Nonbinary Driver Preference

CONFIDENTIAL

Where are we in the process?

# Project Timeline

## Preliminary research

In Q1 we conducted **6 research studies** in Australia and Brazil , US and Canada that revealed a positive sentiment towards the same gender preference feature. And partnered with market insights to get initial signal on Lyft's similar offering: Women+ Connect.

## CP1

We aligned with leadership on the opportunity during Checkpoint 1 and have started defining product requirements. In preparation for ELT review, we ran an addition 6 separate surveys among Uber and Lyft users to evaluate pervasiveness of use cases and gauge market readiness.

## ELT Alignment

On Jun 20, we reviewed the product proposal with Dara and ELT, and they gave us the green light to launch the pilot for both drivers and riders.

## Design exploration

Design iteration & alignment

UBER_JCCP_MDL_003040652

Where are we in the process?

# Project Timeline

## Onboarding UXR

We conducted 2 rounds of Onboarding UXR during the week of Aug 9 and Aug 22

## CP2

On Sept 6, we reviewed some early design explorations

## CP3 - Rider Booking

On Sept 19 & 23, we reviewed the latest Booking experience and aligned with our cross-functional partners

## CP2 - Rider Onboarding

On Sept 27, based on UXR insights, we iterated our Onboarding design to ensure that riders understand who has access to the product

Uber | Women/Nonbinary Driver Preference

5

CONFIDENTIAL

UBER_JCCP_MDL_003040653

Where are we in the process?

# Project Timeline

**DLT**

On Oct 22, we reviewed the design solutions with cross-functional teams

**CP3 - Onboarding**

On Oct, Design refinements

**Onboarding UXR**

In the coming days, we'll launch another round of UXR to ensure our onboarding experience is intuitive and inclusive.

**Pilot launch (rider experience)**

Apr, 2025

6

CONFIDENTIAL

UBER_JCCP_MDL_003040654

Goals for the Oct 22 DLT Review

1. **Review the latest rider-side product design**

2. **Flag critical issues for the pilot launch**



Uber | Women/Nonbinary Driver Preference

7

CONFIDENTIAL

UBER_JCCP_MDL_003040655

Why are we doing this?

# Safety remains a top concern for women riders, when alone, in unfamiliar areas, or in a compromised state



## User problem

Women and nonbinary riders experience some safety concerns that can be linked encounters with men drivers, particularly at night and when in comprised states (alcohol).



## Business impact

Women riders up almost 50% of Uber riders  By addressing this common source of concern we can increase first trips and repeat trip usage.



## UXR insights

We've conducted 7 rider studies, including interviews to explore the need, usability tests to understand UX, and surveys 70% of woman and nonbinary riders say that this product will increase their opinion of Uber.



## Our opportunity

Allowing women and nonbinary riders a safer option to take an Uber, particularly at night,  will increase Uber's reputation, increase booking, and provide a necessary service for less served communities..

CONFIDENTIAL

Slide 8 Notes

Time constraints safety primary limitations.

- Fewer available hours (day during school & night) due to caretaking responsibilities
- Safety is a key barrier for new drivers and limits willingness to drive at night
- (other attempts to increase competency and comfort like Virtual companions)
- Night time perceived to be more dangerous, risky rides.
- Risk is also why many women couriers don't drive, even though women make up almost ½ of courier deliveries
- Risk in the evening is high because they fear physical abuse particularly from men,
  - Risk not just to themselves but also if they are injured they can't fulfill caretaking responsibilities.

The research program for Women Driver and Rider included 12 studies including interviews to explore the need, usability tests to understand how and when to present and surveys to test for pervasiveness of need and confidence in generalizability.

- Driver Surveys (Uber n=600, Lyft only n=600)
- Women Driver Usability Tests (US / UK/ CA / Anz) n= 24 participants
- NB Driver Usability Tests (US / UK/ CA / Anz) n= 8 participants
- Women Driver US Prototype tests (gender declarations) n = 1

CONFIDENTIAL

UBER_JCCP_MDL_003040657

Terminology

# Gem

The name for the overall suite of products that enable women and non-binary **riders** to request a woman or non-binary **driver**, and vice versa

## UberGem (new product vvid - Hard filter)

A new ride type in the product selector — an UberX ride with a woman or nonbinary driver **only**

## Gem ride preferences (Soft preference)

Women and nonbinary **riders** can toggle on this preference to increase their chances of being matched with women and non-binary drivers **when available**, applies to any ride

## Self-reported gender

A ride can select their gender identity in Account setting

## Inferred gender

Riders' gender identity that is **inferred** by Uber using ML

CONFIDENTIAL

Slide 9 Notes

Why

CONFIDENTIAL

UBER_JCCP_MDL_003040659

Overview

# Three services in one release



UBER_JCCP_MDL_003040660

Slide 10 Notes

Time constraints safety primary limitations.

- Fewer available hours (day during school & night) due to caretaking responsibilities
- Safety is a key barrier for new drivers and limits willingness to drive at night
- (other attempts to increase competency and comfort like Virtual companions)
- Night time perceived to be more dangerous, risky rides.
- Risk is also why many women couriers don't drive, even though women make up almost ½ of courier deliveries
- Risk in the evening is high because they fear physical abuse particularly from men,
  - Risk not just to themselves but also if they are injured they can't fulfill caretaking responsibilities.

The research program for Women Driver and Rider included 12 studies including interviews to explore the need, usability tests to understand how and when to present and surveys to test for pervasiveness of need and confidence in generalizability.

- Driver Surveys (Uber n=600, Lyft only n=600)
- Women Driver Usability Tests (US / UK/ CA / Anz) n= 24 participants
- NB Driver Usability Tests (US / UK/ CA / Anz) n= 8 participants
- Women Driver US Prototype tests (gender declarations) n = 1

CONFIDENTIAL

## Target users











**Real gender**

| | **Alex** | **Blaire** | **Carol** | **Devin** | **Noor** |
|---|---|---|---|---|---|
| Real gender | Woman | Non-binary | Woman | Non-binary | Woman |
| | Verified | Unverified | Verified | Verified | Unverified |
| Inferred gender | Unknown | Woman | Woman | Man | Unknown |

Alex is at a restaurant and feels a little tipsy after having a few drinks

Blaire just walked out from a bar that just closed

Carol is in a neighborhood that she's not familiar with, and feels uncomfortable

Devin is excited to see more women and nonbinary drivers on the platform

Due to religious beliefs, Noor can't ride with a man

CONFIDENTIAL

UBER_JCCP_MDL_003040662

Onboarding design challenges:

01    Eligibility form required (Riders need to be verified and confirm their gender as woman or non-binary)

02    We want to introduce both account-level soft preferences and trip-level hard preferences together to highlight the value of the entire bundle

03    We want to prioritize trip level {UberGem} because that's our differentiator product

04    We believe most will prefer to turn it on all the time. However we have some marketplace concerns if everyone opted in to Soft preferences and there is an impact on wait time.

CONFIDENTIAL

UBER_JCCP_MDL_003040663

Slide 12 Notes

Onboarding design challenges:
- Eligibility form required (Riders need to be verified and confirm their gender as woman or non-binary)
- We want to introduce both Account level soft preference and Trip level hard preference at the same time.
- We want to prioritize Trip level hard preference because that's our differentiator product
- Turn-on soft preference the moment when riders completed and passed the eligibility form will positive Uber has a company who cares for their safety and we believe most of them will prefer to turn it on all the time. However we have some marketplace concerns if everyone opted in to Soft preferences.

UBER_JCCP_MDL_003040664

# Some numbers

CONFIDENTIAL

UBER_JCCP_MDL_003040665

# Rider Product Access

Only verified riders who are women (inferred or self-declared) or non-binary (self-declared) would get access to the product

# Rider Product Access

**Only verified riders who are women (inferred or self-declared) or non-binary (self-declared) would get access to the product**

PS ranking

**1st place**

**3rd place**

<span style="color:purple">**Ranking TBD**</span>





CONFIDENTIAL

16

UBER_JCCP_MDL_003040668

# Gender <> Verification Distribution



* Pilot cities link

CONFIDENTIAL

# Gender <> Verification Distribution



CONFIDENTIAL

UBER_JCCP_MDL_003040670

# Thanks!

CONFIDENTIAL

UBER_JCCP_MDL_003040671

Onboarding design challenges:

01    Eligibility form required (Riders need to be verified and confirm their gender as woman or non-binary)

02    We want to introduce both account-level soft preferences and trip-level hard preferences together to highlight the value of the entire program, but UXR has shown that this tends to confuse people.

03    We want to prioritize Trip level hard preference because that's our differentiator product

04    We believe most of them will prefer to turn it on all the time. However we have some marketplace concerns if everyone opted in to Soft preferences.

CONFIDENTIAL

UBER_JCCP_MDL_003040672

## Slide 20 Notes

Onboarding design challenges:
- Eligibility form required (Riders need to be verified and confirm their gender as woman or non-binary)
- We want to introduce both Account level soft preference and Trip level hard preference at the same time.
- We want to prioritize Trip level hard preference because that's our differentiator product
- Turn-on soft preference the moment when riders completed and passed the eligibility form will positive Uber has a company who cares for their safety and we believe most of them will prefer to turn it on all the time. However we have some marketplace concerns if everyone opted in to Soft preferences.

CONFIDENTIAL

# Thanks!

CONFIDENTIAL

UBER_JCCP_MDL_003040674

## Design timeline for rider-facing pilot



Feedback from last meeting that we will address in this meeting

- Focus on highlighting UberGem in the onboarding flow (combining the previous program and approach)

- We added the UX for the 'UberGem' Product Selector entry point for verified women and nonbinary riders only

- Instead of having the toggle on by default, it will be off and riders have to toggle it on to opt in to the soft preference

CONFIDENTIAL

UBER_JCCP_MDL_003040676

Slide 23 Notes

Onboarding design challenges:
- Eligibility form required (Riders need to be verified and confirm their gender as woman or non-binary)
- We want to introduce both Account level soft preference and Trip level hard preference at the same time.
- We want to prioritize Trip level hard preference because that's our differentiator product
- Turn-on soft preference the moment when riders completed and passed the eligibility form will positive Uber has a company who cares for their safety and we believe most of them will prefer to turn it on all the time. However we have some marketplace concerns if everyone opted in to Soft preferences.

CONFIDENTIAL

Other feedback we've acted on

- ✓ We reworded the language when introducing the soft preference so it no longer promises 'no impact on wait time'

- ✓ We consulted with designers working on the new EV preference, and added a nudge to turn on the soft preference if user tries UberGem, similar to EV pattern

- ✓ On the gender identity eligibility form, we changed the 'none of the above' option to be 'my gender isn't listed' to be more gender-affirming

- ✓ Added blue 'verified' check to reinforce rider ID verification requirement

- ✓ Eligibility form is now one step instead of two

CONFIDENTIAL

UBER_JCCP_MDL_003040678

Slide 24 Notes

Onboarding design challenges:
- Eligibility form required (Riders need to be verified and confirm their gender as woman or non-binary)
- We want to introduce both Account level soft preference and Trip level hard preference at the same time.
- We want to prioritize Trip level hard preference because that's our differentiator product
- Turn-on soft preference the moment when riders completed and passed the eligibility form will positive Uber has a company who cares for their safety and we believe most of them will prefer to turn it on all the time. However we have some marketplace concerns if everyone opted in to Soft preferences.

CONFIDENTIAL

UBER_JCCP_MDL_003040679

Disclaimers: CP2.5

1. **Some content is still being finalized**

2. **Visuals & icon are currently TBD**
   Brand team has our requests

3. **UberGem / Gem is a placeholder name for on-demand until we get final name direction from Marketing**
   Date is TBD
   {UberGem} is short for Uber Gender Match.

CONFIDENTIAL                                    UBER_JCCP_MDL_003040680

Terminology

# Gem

The name for the overall suite of products that enable women and non-binary **riders** to request a woman or non-binary **driver**, and vice versa

# UberGem (new product vvid - Hard filter)

A new ride type in the product selector — an UberX ride with a woman or nonbinary driver **only**

# Gem ride preferences (Soft preference)

Women and nonbinary **riders** can toggle on this preference to increase their chances of being matched with women and non-binary drivers **when available**, applies to any ride

# Self-reported gender

A ride can select their gender identity in Account setting

# Inferred gender

Riders' gender identity that is **inferred** by Uber using ML

CONFIDENTIAL

UBER_JCCP_MDL_003040681

Slide 26 Notes

Why

UBER_JCCP_MDL_003040682

Agenda

## Entry Points

## Product access/onboarding

- **Verified riders**
  - ■ **Women**
  - ■ **Gender neutral**
  - ■ **Men**
- **Unverified riders**
  - ■ **Women**
  - ■ **Gender neutral**
  - ■ **Men**



CONFIDENTIAL

UBER_JCCP_MDL_003040683

Relevant surfaces





**Rider**

- Onboarding: varying user gender
- Gender setting
- WDP Preferences
- Booking: On-demand
- Booking: Reserve
- Dispatch
- Trip experience: cancel
- Comms

**Earner**

- Onboarding
- Gender setting
- Offer card: On-demand
- Opportunity center
- Services access
- Comms/Education

Uber | Women Driver Preferences

28

CONFIDENTIAL

UBER_JCCP_MDL_003040684

# Entry points

# Onboarding flow

CONFIDENTIAL

UBER_JCCP_MDL_003040685

## Main entry points

**FTUX**



**PS**

**Verified women/nb riders only**



**Setting or ID Hub**

CONFIDENTIAL

UBER_JCCP_MDL_003040686

# Onboarding flow

# Verified riders

CONFIDENTIAL

UBER_JCCP_MDL_003040687

☐ ☐**How to read:** — ID Verified



**Name**
Actual gender
Inferred gender

# Inferred gender - Woman; Self-reported - W/NB



**Carol**
Woman
Woman



**Kate**
Non-binary
Woman

CONFIDENTIAL

# Inferred gender - Woman; Self-reported - W/NB



CONFIDENTIAL

UBER_JCCP_MDL_003040689

# FTUX onboarding

CONFIDENTIAL

UBER_JCCP_MDL_003040690

# **Carol's** onboarding (Core flow)

Carol lands on {Gem} FTUX from a marketing email



Since we inferred her gender correctly and it's pre-selected, she just taps Submit



She learns about UberGem rides and the w/nb driver preference



Carol opts in to w/nb driver preference and taps Done



Carol has completed onboarding and can now book UberGem rides



FTUX                    Select gender                                        Access to {Gem}

CONFIDENTIAL

Carol's Onboarding

# 1: Intro to {Gem}

Carol lands on FTUX from comms like email/push notifications

## 2: Select gender

## 3: Gain access



**If Carol closes it, she can always access this info again from Settings**

**Carol learns that this program is designed for people like her**

**Inform Carol she already meets the ID verification requirement**

**She is one step away from accessing the product**

**Carol can choose to let us remind her again**

CONFIDENTIAL

UBER_JCCP_MDL_003040692

Carol's Onboarding

# 1: Intro to {Gem}

Carol lands on FTUX from comms like email/push notifications

## 2: Select gender

## 3: Gain access

☐ ☐ Base compliant



☐ ⌐Making the first icon blue makes people think that's their current position in the process, which distracts them from what they should be focusing on—the second step.



CONFIDENTIAL

Carol's Onboarding

1: Intro to {Gem}

## 2: Select gender

Carol filled out the eligibility form and
feels that Uber is prioritizing her safety

3: Gain access

**Carol's inferred
gender is pre-
selected for her**



CONFIDENTIAL

**Carol**'s Onboarding

## 1: Intro to {Gem}

## 2: Select gender

## 3: Gain access

Carol can now book a {UberGem} ride and she can choose to let Uber always prioritize matching her with women and non-binary drivers first.





**Carol can decide if she would like Uber to apply her preferences to all ride types**

UBER_JCCP_MDL_003040695

Verified women and non-binary riders only

# Product selector onboarding

CONFIDENTIAL

UBER_JCCP_MDL_003040696

# **Carol's** onboarding

Carol is in the process of requesting a ride and sees a new ride type {UberGem}

She is excited to ride with a woman or nonbinary driver, so she taps 'Choose UberGem' and sees the FTUX screen

(inferred gender pre-selected)
Carol confirms her gender

Now she has access to UberGem rides

She returns to PS and UberGem is pre-selected for her

    

| PUDO | FTUX | Select gender | Access to {Gem} |
|------|------|---------------|-----------------|

UBER_JCCP_MDL_003040697

**Women & non-binary riders only**
TBD
## Setting/Account onboarding

CONFIDENTIAL

UBER_JCCP_MDL_003040698

# **Carol's** onboarding (Core 1/2 

# flow)



□TBD

Carol discovers a new Ride preferences in Settings

She taps on it and lands on the Gem FTUX

(inferred gender pre-selected) Carol is interested and fills out the eligibility form

Now she can book UberGem rides and opt in to the w/nb driver preference

She saves her preferences











| PUDO | FTUX | Select gender | Access to {Gem} |

CONFIDENTIAL

UBER_JCCP_MDL_003040699

# **Carol's** onboarding (Core

2/2

☐TBD

# flow)



Carol receives a confirmation toast



She can change her preference anytime



Carol will receive UberGem promos in various channels

Visiting app later down the line



---

**Preference Saved**         Setting                    **UberGem nudge**

CONFIDENTIAL                                                    UBER_JCCP_MDL_003040700

Women & non-binary riders only

# When the rider doesn't turn on Soft Preference during onboarding

CONFIDENTIAL

UBER_JCCP_MDL_003040701

# Carol's onboarding (Ring banner at 1/2 dispatch)

In case she didn't turn on soft preference during onboarding

Carol arrives at the home page



She enters her pick-up / drop-off location



Carol requests an UberGem ride



She confirms her pick-up location



Carol sees reminders about the w/nb driver preference



| Home | Booking a ride | Dispatch |
|---|---|---|

# Carol's onboarding (Ring banner on-trip)

In case she didn't turn on soft preference during onboarding

A success toast lets Carol know she's been matched



Carol taps on the Preference setting Message card



The toggle is off by default, and she turns it on



Carol saves her preference



Carol's preference will be applied to all future trips



Enroute

Ride preference opt-in (On Trip)

CONFIDENTIAL

UBER_JCCP_MDL_003040703



☐ ☐**How to read:**

# Inferred gender - Unknown; Self-reported - Null





UBER_JCCP_MDL_003040704

# Inferred gender - Unknown







CONFIDENTIAL

UBER_JCCP_MDL_003040705

# **Alex's** onboarding (Core flow)

1/2



Woman
Unknown

Alex lands on {Gem} FTUX from a marketing email

Since our gender inference is 'unknown,' nothing is pre-selected

She selects her gender identity and submits the form

We ask her to confirm her gender identity

Alex checks the box and taps 'Confirm'









# **Alex's** onboarding (Core flow)

2/2


Woman
Unknown

Now Alex can book UberGem rides, and set her preference



She decides to opt into the w/nb driver preference



Alex has completed {Gem} onboarding



Riders like Alex will start seeing promos for {UberGem} and (w/nb driver preferences} at various moments when she interacts with the Uber app

Access to {Gem}

CONFIDENTIAL

UBER_JCCP_MDL_003040707

## Alex's Onboarding

1: Intro to {Gem}

2: Select gender

## 3: Confirm gender

Alex needs to confirm her gender

4: Gain access



**This confirmation step is required for anyone who is not inferred as 'woman' or who didn't self-report as w/nb before the product launch**

UBER_JCCP_MDL_003040708

# **Alex's** onboarding



Man
Unknown

Alex lands on (Gem) FTUX from a marketing email



He fills out the eligibility form



They select "Man", "I prefer not to share", or "My gender is not listed"

They tap submit.

They return to home and see a toast

We let him know it's not available for him right now

And he returns to the home screen



FTUX

Select gender

Return to starting point

CONFIDENTIAL

UBER_JCCP_MDL_003040709



☐ ☐ **How to read:**

## Inferred gender - Man; Self-reported - Null



**Devin**
Non-binary

Man



**Jake**
Man

Man

UBER_JCCP_MDL_003040710

# Inferred gender - Man

 ID Verified    Inferred gender





# **Devin's** pre-onboarding

Nonbinary
Inferred: Man

Devin can change their inferred or self-reported gender in Settings

On the Gender ID screen, they select 'non-binary'

We ask Devin o confirm their gender identity

Devin checks the box and taps 'Confirm'






Select gender & Confirm gender

UBER_JCCP_MDL_003040712

# **Devin's** pre-onboarding



Nonbinary
Inferred: Man

Devin will now receive Comms for Gem



A few days later

Devin receives Comms about {Gem}

**Gender saved**

**Receive Comms**

CONFIDENTIAL

UBER_JCCP_MDL_003040713

02

# **Unverified riders**

CONFIDENTIAL



How to read:

**Name**
Actual gender
Inferred gender

ID Unverified

# Inferred gender - Woman; Self-reported - Null



**Blaire**
Non-binary
Woman



**Anna**
Woman
Woman

CONFIDENTIAL

UBER_JCCP_MDL_003040715

# Inferred gender - Woman; Self-reported - Non-binary

ID Unverified    Inferred gender



CONFIDENTIAL

UBER_JCCP_MDL_003040716

# **Blaire's** onboarding (abbreviated)



Nonbinary
Inferred: Woman

Blaire lands on {Gem} FTUX from a marketing email



She continues and enters the Rider ID flow



*(6 steps involved)*
Blaire submits her ID and completes ID verification



She's been verified and continues the flow



FTUX

Rider ID

CONFIDENTIAL

UBER_JCCP_MDL_003040717

# **Blaire's** onboarding (abbreviated)



Nonbinary
Inferred: Woman

(inferred gender pre-selected)
Blaire fills out the eligibility form



She changes her gender to Non-binary



Now Blaire can book UberGem and can set her preference



She decides to opt in to the w/nb driver preference



Blaire has completed {Gem} onboarding



Select gender                                           Access to {Gem}

CONFIDENTIAL

UBER_JCCP_MDL_003040718

# **Blaire's** onboarding (full flow)

1/3



Nonbinary
Inferred: Woman

| | | | | |
|---|---|---|---|---|
| Blaire lands on {Gem} FTUX from a marketing email | Blaire sees the FTUX for Active verification | Rider ID step 1 | Rider ID step 2 | Rider ID step 3 |

    

CONFIDENTIAL                                                                              UBER_JCCP_MDL_003040719

# **Blaire's** onboarding (full flow)

2/3



Nonbinary
Inferred: Woman

(inferred gender pre-selected)
She changes her gender to non-binary

Rider ID step 4

Rider ID step 5

Rider ID step 6

Blaire's been verified and continues the flow









# **Blaire's** onboarding (full fl 3/3 r)

Nonbinary
Inferred: Woman



Blaire submits the form



Now Blaire can book UberGem and can set her preference



She decides to opt in to the w/nb driver preference



Blaire has completed {Gem} onboarding



Select gender

Access to {Gem}

CONFIDENTIAL

UBER_JCCP_MDL_003040721



How to read:

Name
Actual gender
Inferred gender

ID Unverified

# Inferred gender - Unknown



**Noor**
Woman
Unknown



**Noor**
Man
Unknown

CONFIDENTIAL

UBER_JCCP_MDL_003040722

# Inferred gender - Unknown

❓ ID Unverified    Inferred gender



UBER_JCCP_MDL_003040723

# Noor's pre-onboarding (abbreviated)

Woman
Unknown

Noor will receives more
Comms about Rider ID

She continues and enters the
Rider ID flow during a trip

*(6 steps involved)*
Noor submits her ID and
completes ID verification

She's been verified and clicks
'Close' to go back to her ride

A few days later, Noor receives
Comms about {Gem}











| OnTrip | Rider ID | Receive Comms |
|---|---|---|

CONFIDENTIAL

UBER_JCCP_MDL_003040724



☐ ☐**How to read:**

# Inferred gender - Man



CONFIDENTIAL

UBER_JCCP_MDL_003040725

# Inferred gender - Man

 ID Unverified      Inferred gender





UBER_JCCP_MDL_003040726

# **Jake's** gender setting



Jake can view their gender in Gender Identity

He reviews and save his gender identity as Man

His gender identity is saved







# Thanks!

CONFIDENTIAL

UBER_JCCP_MDL_003040728

# **Rider ID** flow



Step 1



Step 2



Step 3



Step 4



Step 5



Rider ID

CONFIDENTIAL

# **Rider ID** flow



Step 6

Step 7

Step 8

Step 9

Step 10











Rider ID

CONFIDENTIAL

UBER_JCCP_MDL_003040730

Carol's Onboarding

# 1: Intro to {UberGem}

Carol lands on FTUX from comms like email/push notifications

## 2: Select gender

## 3: Gain Access

## 4: Review setting





Inform Carol that she has been verified and approved

If Carol closes it, she can always access this from Setting

Carol learns that this program is designed exclusively for people like her

Carol can choose to let us remind her again

CONFIDENTIAL

UBER_JCCP_MDL_003040731

Carol's Onboarding

1: Intro to
{UberGem}

## 2: Select gender

Carol filled out the eligibility form and
feels that Uber is prioritizing her safety

3: Gain Access

4: Review setting



Woman

Carol's inferred
gender is pre-
selected for her



UBER_JCCP_MDL_003040732

**Carol**'s Onboarding

1: Intro to
{UberGem}

2: Select gender

## 3: Gain access

Carol can book {UberGem} now or later

4: Review setting



Woman



This will take Carol to PuDo and start booking

This will take Carol back to where she started and turn on {WNB} preferences for her

CONFIDENTIAL

UBER_JCCP_MDL_003040733

## Carol's Onboarding

1: Intro to
{UberGem}

2: Select gender

3: Gain access

## 4: Review setting

Carol's {WNB} driver preferences is
automatically turned on



Woman



Carol can
edit her
preference
s in
settings
anytime

UBER_JCCP_MDL_003040734

Carol's Onboarding

# 1: Intro to {UberGem}

Carol lands on FTUX from comms like email/push notifications

## 2: Select gender

## 3: Gain Access

## 4: Soft filter Opt-in





If Carol closes it, she can always access this from Setting

Inform Carol that she has been verified and approved

Carol learns that this program is designed exclusively for people like her

Carol can choose to let us remind her again

CONFIDENTIAL

UBER_JCCP_MDL_003040735

**Carol's Onboarding**

1: Intro to
{UberGem}

## 2: Select gender

Carol filled out the eligibility form and
feels that Uber is prioritizing her safety

3: Gain Access

4: Soft filter Opt-in



Woman

Carol's inferred gender is pre-selected for her



## Carol's Onboarding

1: Intro to
{UberGem}

2: Select gender

# 3: Gain access

Carol can book {UberGem} now or later

4: Soft filter Opt-in



Woman



This will take Carol to PuDo and start booking

This will take Carol back to where she started and turn on {WNB} preferences for her

CONFIDENTIAL

UBER_JCCP_MDL_003040737

Carol's Onboarding

1: Intro to
{UberGem}

2: Select gender

3: Gain access

## 4: Soft filter opt-in

Carol's {WNB} driver preferences is
automatically turned on



Woman



CONFIDENTIAL

UBER_JCCP_MDL_003040738

# Carol's onboarding (program approach->)

(3 step flow)

Carol lands on {Gem} FTUX from a marketing email

She fills out the eligibility form

She is now enrolled to {Gem} and can start booking

(FTUX)
She select {UberGem} and learns about it

Carol books her first {UberGem} ride



### Introducing Gem

Join the program and get matched with women & non-binary drivers.

You've been pre-approved! Approved women and non-binary riders gain access to UberGem. How we verify

Review your information

Request {Gem} rides with women & non-binary drivers that meet your needs

**Get started**

Maybe later



← 

## Review your info

To get access to Gem, please answer the following required questions.

1. Do you identify as woman or non-binary?

- ● Yes
- ○ No
- ○ I choose not to share

2. Please select the gender that best represents your gender identity.

- ● Woman
- ○ Non-binary

### Resources

How we use your gender data

**Submit**



## Ride with women and nonbinary drivers

You now have access to three products that are created for women and non-binary riders only.

Opt in to the Gem program
Always prefer women and nonbinary drivers, and get access to new ride types

- Match when available
  No impact on wait time, matching is not guaranteed
- Guarantee a woman or nonbinary driver
  Wait time based on availability
- Reserve in advance
  Book with a woman or nonbinary driver

**Done**



×

* Only on Uber

### Request an UberGem ride

You can now select UberGem trips during booking to get matched with women and non-binary drivers:

- Available in select locations
- Get matched with women drivers within 15 minutes
- If no women drivers are available, book ahead through Reserve

**Request now**

← Plan your ride

Current location
Where to?

★ Saved places

● Home
  999 22nd Ave, San Francisco CA

SFMOMA
151 3rd St, San Francisco CA

Arsicault Bakery
397 Arguello Blvd, San Francisco CA

868 32nd Ave, San Francisco, CA

Q W E R T Y U I O P
A S D F G H J K L
Z X C V B N M ⌫
123    space    return

---

FTUX              Select gender                              Access to {Gem}

CONFIDENTIAL                                                         UBER_JCCP_MDL_003040739

2 onboarding approaches

## Decoupled approach

Riders will be onboarded to Soft Preferences or
{UberGem}, depending on the entry point



SETTING                    RIDE PREFERENCE

☐ ☐**Pros:**

- Similar to UberGreen, more scalable

- Low cognitive load

- Lower impact on Marketplace

☐ ☐**Cons::**

- Low visibility (soft preferences)

- A slightly different path required depending on
the entry point

## Program approach

Riders will get onboarded to both Soft preference and
{UberGem} at the same time



ID HUB                    {GEM} PROGRAM

☐ ☐**Pros:**

- High visibility

- Unified onboarding across all entry points

- Easier to market a suite of benefits

☐ ☐**Cons::**

- High cognitive load for riders

- Less scalable once we launched the new
Portfolio architecture

CONFIDENTIAL

UBER_JCCP_MDL_003040740

CP2 discussion goal

# Review solutions, and align on the rider booking flow.

01 **Feedback on booking experience:**
- **Hard Filter**
- **Reserve**
- **Soft Preference**
- **TripX**



CONFIDENTIAL

UBER_JCCP_MDL_003040741

Why are we doing this?

# Safety remains a top concern for women, and we must do more to prove Uber's true commitment to it.



⚠️

## User problem

Many women doubt Uber's safety commitment ☐ ☐ Nearly every woman has had an uncomfortable or dangerous rideshare experience ☐ ☐

☐ ☐

## Business impact

Women make up 40-50% of Uber's riders, so it's crucial to show our commitment to a safe, inclusive community. **#standforsafety** ☐ ☐ ☐ ☐

☐ ☐

☐ ☐

## UXR insights

We've conducted 12 studies, including interviews to explore the need, usability tests to understand UX, and surveys to assess the prevalence of need and confidence in generalizability ☐ ☐

☐ ☐

## Our opportunity

.....

CONFIDENTIAL

UBER_JCCP_MDL_003040742

Slide 86 Notes

Time constraints safety primary limitations.

- Fewer available hours (day during school & night) due to caretaking responsibilities
- Safety is a key barrier for new drivers and limits willingness to drive at night
- (other attempts to increase competency and comfort like Virtual companions)
- Night time perceived to be more dangerous, risky rides.
- Risk is also why many women couriers don't drive, even though women make up almost ½ of courier deliveries
- Risk in the evening is high because they fear physical abuse particularly from men,
  - Risk not just to themselves but also if they are injured they can't fulfill caretaking responsibilities.

The research program for Women Driver and Rider included 12 studies including interviews to explore the need, usability tests to understand how and when to present and surveys to test for pervasiveness of need and confidence in generalizability.

- Driver Surveys (Uber n=600, Lyft only n=600)
- Women Driver Usability Tests (US / UK/ CA / Anz) n= 24 participants
- NB Driver Usability Tests (US / UK/ CA / Anz) n= 8 participants
- Women Driver US Prototype tests (gender declarations) n = 1

CONFIDENTIAL

Design principles

## 1. Prioritize safety and trust

Build with safety top of mind by gating access to verified riders and using the inference model to identify women riders. Maintain continuous monitoring for when the product might get abused.

## 2. Allow self-identification and user choice

Allow users to self-identify their gender. Clearly communicate how we might use people's gender data and give users choice. Provide control to users when sharing gender data and give them the ability to edit or remove their information as needed.

## 3.  Create equitable onboarding + support

Provide effective and equitable gender verification for both riders and drivers and create specialized support for reporting fraud or discrimination.

## 4. Build with gender inclusion

Use affirming and inclusive language, addressing the diverse needs of marginalized genders especially those that are non-binary or trans. Incorporate educational moments to explain gender-related terminology and safe behaviors.

Uber I Women Driver Preferences

87

UBER_JCCP_MDL_003040744

The core team

## Design

Amy Bickerton  Design
Anoosha Sajjad  Design
John Lunsford  Research
Loren Ruffin  Content
Xindeling Pan  Design

In partnership with rider, earner and equity design | | | |

## Product

**Mariana Esteves**  Product
**Srishti Bajaj**  Product

## Ops

**Alex Madsen** Interpersonal
**Celeste Lazzerini** Safety Ops
**Emily Mitchell**  Rider Ops
**Liza Winship** Earner Ops
**Natalia Galvez**  Product Ops
**Celeste Lazzerini** Product Ops

## Eng

**André Faria**  Eng
**Christian Lacerda** Eng
**Cristian Dean**  Eng
**William Ikedo**  Eng

## DS

**Jianjin Wang**  DS
**Varun Harchekar** DS

## Marketing

**Cande Cazes**  PMM
**Lizzie Ross**  PMM

## Legal

**Daniel Kolta**  Legal

We are here

| Problem definition | Solution definition | Design | Development | XP/Pilot | Launch | Monitor & Insights |

UBER_JCCP_MDL_003040745

Disclaimers: CP2

1. **The content is not final**
   a. **We will have a separate meeting to review content after CP3**

2. **Visuals & icon are currently TBD**
   a. **Brand team is will review our submission requests later in Sept**

3. **{Uber Moon} is a placeholder name for on-demand until we get direction from Marketing**
   a. **Date is TBD**

CONFIDENTIAL

UBER_JCCP_MDL_003040746

Agenda

01 **Background & context**

02 **Rider UX**

    a.  **Booking**
    b.  **Trip experience**
    c.  **Gender settings**

03 **Earner UX**

04 **Next steps**



CONFIDENTIAL

UBER_JCCP_MDL_003040747

01

# Background & context

CONFIDENTIAL

UBER_JCCP_MDL_003040748

Project goal

# Allow women and non-binary riders to define their own experience on the Uber app, by giving them the option to choose women or non-binary drivers whenever needed.

Women Driver Preferences

CONFIDENTIAL

Why are we doing this?

# Safety remains a top concern for women, and we must do more to prove Uber's true commitment to it.



⚠️

## User problem

Many women doubt Uber's safety commitment 🔲 🔲 Nearly every woman has had an uncomfortable or dangerous rideshare experience 🔲 🔲

## Business impact

Women make up 40-50% of Uber's riders, so it's crucial to show our commitment to a safe, inclusive community. **#standforsafety** 🔲 🔲 🔲 🔲

🔲 🔲

## UXR insights

We've conducted 12 studies, including interviews to explore the need, usability tests to understand UX, and surveys to assess the prevalence of need and confidence in generalizability 🔲 🔲

## Our opportunity

. . . . .

CONFIDENTIAL

UBER_JCCP_MDL_003040750

Slide 93 Notes

Time constraints safety primary limitations.

- Fewer available hours (day during school & night) due to caretaking responsibilities
- Safety is a key barrier for new drivers and limits willingness to drive at night
- (other attempts to increase competency and comfort like Virtual companions)
- Night time perceived to be more dangerous, risky rides.
- Risk is also why many women couriers don't drive, even though women make up almost ½ of courier deliveries
- Risk in the evening is high because they fear physical abuse particularly from men,
    - Risk not just to themselves but also if they are injured they can't fulfill caretaking responsibilities.

The research program for Women Driver and Rider included 12 studies including interviews to explore the need, usability tests to understand how and when to present and surveys to test for pervasiveness of need and confidence in generalizability.

- Driver Surveys (Uber n=600, Lyft only n=600)
- Women Driver Usability Tests (US / UK/  CA / Anz) n= 24 participants
- NB Driver Usability Tests (US / UK/  CA / Anz) n= 8 participants
- Women Driver US Prototype tests (gender declarations) n = 1

CONFIDENTIAL

Design principles

## 1. Prioritize safety and trust

Build with safety top of mind by gating access to verified riders and using the inference model to identify women riders. Maintain continuous monitoring for when the product might get abused.

## 2. Allow self-identification and user choice

Allow users to self-identify their gender. Clearly communicate how we might use people's gender data and give users choice. Provide control to users when sharing gender data and give them the ability to edit or remove their information as needed.

## 3.  Create equitable onboarding + support

Provide effective and equitable gender verification for both riders and drivers and create specialized support for reporting fraud or discrimination.

## 4. Build with gender inclusion

Use affirming and inclusive language, addressing the diverse needs of marginalized genders especially those that are non-binary or trans. Incorporate educational moments to explain gender-related terminology and safe behaviors.

CONFIDENTIAL                                                                    UBER_JCCP_MDL_003040752

Lyft's experience | Rider-facing feature

# Women + Connect is default on for new Woman and NB Riders



| Signup Flow | Menu | Profile | Women + Connect | Booking Flow |
|---|---|---|---|---|

Gender gets collected at account creation flow as a **mandatory step for new users**

Feature is not actively prompted for new users (no pop-up screen or notifications); it does not live under Safety, but under account settings

**Default ON** for Women and NB Riders. Gender can be changed anytime

No change, no mention to Women or higher ETAs

95

UBER_JCCP_MDL_003040753

Relevant surfaces



**Rider**

Onboarding: varying user gender

Gender setting

WDP Preferences

Booking: On-demand     Booking: Reserve

Dispatch

Trip experience: cancel

Comms

**Earner**

Onboarding

Gender setting

Offer card: On-demand     Opportunity center

Services access

Comms/Education

CONFIDENTIAL                                                        UBER_JCCP_MDL_003040754

Relevant surfaces



Today's focus



**Rider**

Onboarding: varying user gender

Gender setting

WDP Preferences

Booking: On-demand      Booking: Reserve

Dispatch

Trip experience: cancel

Comms

**Earner**

Onboarding

Gender setting

Offer card: On-demand      Opportunity center

Services access

Comms/Education

Uber | Women Driver Preferences

97

UBER_JCCP_MDL_003040755

Rider surfaces (Zoom In)



Onboarding — Focus today

**Settings** — Focus, work in progress

**Product selector** — Focus today

**Dispatch** — Focus, work in progress

On-trip — Not in scope today

Overview

# Three services in one release



UBER_JCCP_MDL_003040757

Slide 99 Notes

Time constraints safety primary limitations.

- Fewer available hours (day during school & night) due to caretaking responsibilities
- Safety is a key barrier for new drivers and limits willingness to drive at night
- (other attempts to increase competency and comfort like Virtual companions)
- Night time perceived to be more dangerous, risky rides.
- Risk is also why many women couriers don't drive, even though women make up almost ½ of courier deliveries
- Risk in the evening is high because they fear physical abuse particularly from men,
  - Risk not just to themselves but also if they are injured they can't fulfill caretaking responsibilities.

The research program for Women Driver and Rider included 12 studies including interviews to explore the need, usability tests to understand how and when to present and surveys to test for pervasiveness of need and confidence in generalizability.

- Driver Surveys (Uber n=600, Lyft only n=600)
- Women Driver Usability Tests (US / UK/ CA / Anz) n= 24 participants
- NB Driver Usability Tests (US / UK/ CA / Anz) n= 8 participants
- Women Driver US Prototype tests (gender declarations) n = 1

CONFIDENTIAL

# Soft Preference

CONFIDENTIAL

UBER_JCCP_MDL_003040759

# Soft preference

Rider experience

## Settings - Turn on WDP for selected trips | Booking flow













New entry in settings

Toggle on/off WDP

Same UX as today

Same UX as today

Dispatch screen

Success messaging. Up-ranking women drivers in regular supply plans

CONFIDENTIAL

UBER_JCCP_MDL_003040760

# Soft preference

Earner experience

| Primary offer | Trip radar |
|---|---|



Showcase WDP in ranking as a tag. *We're still deciding on the use of the Spotlight tag.



Showcase the WDP tag for trip radar offers

UBER_JCCP_MDL_003040761

# {UberGem}

CONFIDENTIAL

UBER_JCCP_MDL_003040762

# {UberGem} - Happy Path

Rider experience

| FTUX | Booking | Dispatch | Pick-up |
|---|---|---|---|



**Up-ranking Uber Moon first time**

**Uprank Uber Moon in the product selector**

**In some cases we may suggest it first**

**Notify that we're searching for women drivers**

**Uber by Women + added P2 earnings tags**

CONFIDENTIAL

UBER_JCCP_MDL_003040763

# Uber Moon

## Fallback scenario 1



Confirm extra wait time

## Fallback scenario 2



Confirm extra wait and extra fee

## Cancel after fallback



If rider gets canceled after fallback, we can provide offer

CONFIDENTIAL

UBER_JCCP_MDL_003040764

Fallback experience

# Option 1: Extra wait time

If women drivers are far away, we can ask riders if they'd like to switch to a driver of another gender

## Option 2: Extra wait *and* fee

## Backup: Cancel trip



Ask rider if they'd like to switch with new ETA

Option to stick with preference

CONFIDENTIAL

UBER_JCCP_MDL_003040765

Fallback experience

## Option 1: Extra wait time

## Option 2: Extra wait *and* fee

Nudge rider to pay more since the supply
for women drivers has dropped
considerably

## Backup: Cancel trip



Let riders know we're
looking for drivers from
much further away due
to supply

New price + time

Rider can choose to
accept in a certain
amount of time

CONFIDENTIAL

UBER_JCCP_MDL_003040766

Fallback experience

Option 1: Extra wait time

Option 2: Extra wait *and* fee

## Backup: Cancel trip

If rider gets canceled after fallback, we can provide them the option to cancel a trip or match with another rider

Inform what happened



UBER_JCCP_MDL_003040767

# Uber Moon

Earner experience

| Primary offers | Navigate to Pick up | Pick-up |
|---|---|---|



{Uber Moon} tag



Extra earning for long ETA



Alternate between rider name + WDP tag



Alternate between rider name + WDP tag



WDP tag

CONFIDENTIAL

UBER_JCCP_MDL_003040768

# Reserve

CONFIDENTIAL

UBER_JCCP_MDL_003040769

Reserve

# On-demand

CONFIDENTIAL

UBER_JCCP_MDL_003040770

# Uber Moon Reserve (on-demand)

Rider experience

## Booking



Entry through typical on-demand booking experience



PUDO



Option 1:
Uber Moon shows Reserve info in secondary copy



Option 2:
Different section for on-demand reserve trips



FTUX
Iinfo on Uber Moon Reserve and how it works



Choose a time with info on how long it takes to Reserve women drivers

CONFIDENTIAL

UBER_JCCP_MDL_003040771

# Uber Moon Reserve (on-demand) - cntd

## Booking

## Confirmation details



Pickup refinement



Backup preference




Confirmation screen




Confirmation details (top)



Confirmation details (bottom)
New entry for backup plan



Backup plan modal

CONFIDENTIAL

UBER_JCCP_MDL_003040772

# Uber Moon Reserve (on-demand) - cntd

## If rider books much further away

If a rider books much further away there may be a fare change. In that case we would need to prompt them with a confirmation screen that showcases the new fare



Confirmation screen



PUDO



Option 1:
Uber Moon shows Reserve info in secondary copy

CONFIDENTIAL

UBER_JCCP_MDL_003040773

Reserve

# Traditional Reserve

CONFIDENTIAL

UBER_JCCP_MDL_003040774

# Uber Moon Reserve

## Booking








| | | | | | |
|---|---|---|---|---|---|
| Reserve Nava tile entry | PUDO | Product selector | Choose time | Pickup refinement | Backup preference |

CONFIDENTIAL

UBER_JCCP_MDL_003040775

Reserve

# Backup preference

CONFIDENTIAL                                        UBER_JCCP_MDL_003040776

# Driver backup preference

| WDP Rematch | Uber Black rematch |
|---|---|



Backup plan for women drivers



Backup plan for non-premium rematch with ride preferences

UBER_JCCP_MDL_003040777

Reserve

# Cancellations

CONFIDENTIAL

UBER_JCCP_MDL_003040778

# 1 hour before

## Dispatch - <u>High</u> fulfillment - Match with <u>anyone</u>





Match with anyone

Inform riders they'll still get matched

## Dispatch - <u>High</u> fulfillment - Match with <u>only women</u>





Match with only women

Let them know we're finding another Moon driver

UBER_JCCP_MDL_003040779

# 1 hour before

## Dispatch - Low fulfillment - Match with anyone

## Dispatch - Low fulfillment - Match with only women

Same as previous slide





Match with only women

Let them know they should consider making other arrangements

CONFIDENTIAL

UBER_JCCP_MDL_003040780

# On-demand

## Dispatch - High fulfillment - Match with anyone





Match with anyone

Messaging to say they're getting matched still

## Dispatch - High fulfillment - Match with only women





Match with only women

Let them know we're finding another Moon driver

CONFIDENTIAL

UBER_JCCP_MDL_003040781

# On-demand

**Dispatch - Low fulfillment - Match with anyone**

**Dispatch - Low fulfillment - Match with only women**

Same as previous slide







Match with only women

Let them know they should consider making other arrangements

Pair together with push

Product access/onboarding

# Settings

CONFIDENTIAL

UBER_JCCP_MDL_003040783

Key entry points





Uber | Women Driver Preference

CONFIDENTIAL

UBER_JCCP_MDL_003040784

Key entry points



CONFIDENTIAL

UBER_JCCP_MDL_003040785

02

# Product access

UBER_JCCP_MDL_003040786

# Rider Product Access

**Only verified riders who are women or non-binary would get access to the product.**



CONFIDENTIAL

UBER_JCCP_MDL_003040787

# Rider Product Access

**Only verified riders who are women (inferred or self-declared) or non-binary (self-declared) would get access to the product**



CONFIDENTIAL

UBER_JCCP_MDL_003040788

# Matching Flow

CONFIDENTIAL

UBER_JCCP_MDL_003040789

# Soft Preference Matching | Rider side of the product



CONFIDENTIAL

UBER_JCCP_MDL_003040790

# Hard Filter Matching | Rider side of the product

CONFIDENTIAL

UBER_JCCP_MDL_003040791

# Hard Filter Matching | Rider side of the product

CONFIDENTIAL

UBER_JCCP_MDL_003040792

# Uber

CONFIDENTIAL

UBER_JCCP_MDL_003040793

# What's next on the earner side

1.  **Reserve experience in Opportunity center**

2.  **Connect with the PM leading Preferences and Access/Gigs to figure out the business logic on whether {Uber Gem}, as a new VVID, should be a filter like Teens or a new service like Uber Pet**

3.  **Earner onboarding**

CONFIDENTIAL                                                                 UBER_JCCP_MDL_003040794

# Sept 6th CP2 Review

136

CONFIDENTIAL

UBER_JCCP_MDL_003040795

CP2 discussion goal

# Review solutions, and align on the <u>rider onboarding</u> for verified and unverified women rider

01    **Feedback on granting product access & onboarding flow**



CONFIDENTIAL

UBER_JCCP_MDL_003040796

The core team

## Design

Amy Bickerton  Design

Anoosha Sajjad  Design

John Lunsford  Research

Loren Ruffin  Content

Xindeling Pan  Design

In partnership with rider, earner and equity design | | | |

## Product

**Mariana Esteves**  Product

**Srishti Bajaj**  Product

## Ops

**Alex Madsen** Interpersonal

**Celeste Lazzerini** Safety Ops

**Emily Mitchell**  Rider Ops

**Liza Winship** Earner Ops

**Natalia Galvez**  Product Ops

**Celeste Lazzerini** Product Ops

## Eng

**André Faria**  Eng

**Christian Lacerda** Eng

**Cristian Dean**  Eng

**William Ikedo**  Eng

## DS

**Jianjin Wang**  DS

**Varun Harchekar** DS

## Marketing

**Cande Cazes**  PMM

**Lizzie Ross**  PMM

## Legal

**Daniel Kolta**  Legal

We are here

| Problem definition | Solution definition | Design | Development | XP/Pilot | Launch | Monitor & Insights |

UBER_JCCP_MDL_003040797

Disclaimers: CP2

1. **The content is not final**
   a. **We will have a separate meeting to review content after CP3**

2. **Visuals & icon are currently TBD**
   a. **Brand team is will review our submission requests later in Sept**

3. **{Uber Gem} is a placeholder name for on-demand until we get direction from Marketing**
   a. **Date is TBD**

UBER_JCCP_MDL_003040798

Agenda

01  **Product access**

    a.  **Use cases breakdown**

02  **Rider UX**

    a.  **Product access/onboarding**
- **Verified women riders**
- **Unverified women riders**



CONFIDENTIAL

UBER_JCCP_MDL_003040799

02

# Product access | Use cases breakdown

CONFIDENTIAL

UBER_JCCP_MDL_003040800

# Rider Product Access

**Only verified riders who are women (inferred or self-declared) or non-binary (self-declared) would get access to the product**

CONFIDENTIAL

02

# **Design**

UBER_JCCP_MDL_003040802

Product access/onboarding

# Verified women & non-binary riders

CONFIDENTIAL

UBER_JCCP_MDL_003040803

# Verified Women&NB | Send comms for onboarding, allow to confirm gender, give product access



CONFIDENTIAL

UBER_JCCP_MDL_003040804

**Onboarding usability tests**

Scenario: A verified woman/non-binary rider opens the Uber app after getting **a marketing email**



## Option 1: Standard FTUX →

Introducing Soft preference, On-demand, Reserve as individual product



## Option 2: Standard FTUX shorter →

Introducing Soft preference, and On-demand & Reserve as a bundle

## Option 3: Intent based FTUX→

Introducing Soft preference first, and On-demand & Reserve when we
have high-confidence knowing riders have booking intent

CONFIDENTIAL

UBER_JCCP_MDL_003040805

Dynamic FTUX landing page

## 1: Women + Verified  1/2

Verified women + non-binary riders are
shown the feature offerings in the FTUX

## 2: Unknown + Verified

## 3: Men

Call out all 3 offerings



FTUX pop-up is
prompted to women
& non-binary riders

CONFIDENTIAL

UBER_JCCP_MDL_003040806

# Option 1 - **Long Version**

Prototype

## Onboarding experience



Rider home



Introduce product (FTUX)



Share your gender



Share your gender cntd



Learn more about how we verify

CONFIDENTIAL

UBER_JCCP_MDL_003040807

# Option 1 - **Long Version**

Prototype

## Onboarding experience



### Connect with women & non-binary drivers

You can set a preference to automatically connect with women and non-binary drivers for all your rides when available.

If no drivers are nearby, we'll match you with the closest driver of any gender.

**Opt in and continue**

Maybe later

Introduce soft pref



### Ride with women & non-binary drivers only

Get exclusive gender matching with women and non-binary drivers for every single ride when you select UberGem at booking.

📍 Available in select locations

⏱ Get matched with women drivers within 15 minutes

**Continue**

Introduce on-demand



### Reserve an UberGem 30+ min in advance

Reserve rides with women and non-binary drivers to ensure you'll be connected with a driver.

🕐 Drivers need to be reserved at least 30 min ahead of time.

➖ Cancel at no charge up to 60 minutes in advance.

**Try UberGem**

Finish onboarding

Introduce reserve



Completion toast

CONFIDENTIAL

UBER_JCCP_MDL_003040808

# Option 2 - **Shorter Version**

Prototype

## Onboarding experience



Rider home



Introduce product (FTUX)



Share your gender (simple)



Share your gender cntd



Learn more about how we verify

UBER_JCCP_MDL_003040809

# Option 2 - **Shorter Version**

Prototype

## Onboarding experience



### Connect with women & non-binary drivers

You can set a preference to automatically connect with women and non-binary drivers for all your rides when available.

If no drivers are nearby, we'll match you with the closest driver of any gender.

Opt in and continue

Maybe later

Rider home



### Ride with women & non-binary drivers

You can now select (UberMoon) trips during booking to get matched with women drivers

📍 Available in select locations

⏱ Get matched with women drivers within 15 minutes

🕐 If no woman drivers are available, book ahead through Reserve

Try Uber Gem

Done

Introduce product (FTUX)



Share your gender

CONFIDENTIAL

UBER_JCCP_MDL_003040810

# Option 3 - Intent Based Settings Version

Prototype

## Onboarding experience (1/2)



Rider home



Introduce product (FTUX)



Share your gender (simple)



Soft pref settings



Toast screen that can take them back to settings

CONFIDENTIAL

UBER_JCCP_MDL_003040811

# Option 3 - Intent Based Settings Version

Prototype

## High booking intent





Introduce both on-demand +
reserve **immediately** after
filling out the forms

CTA's can take them directly
to booking screen

## Low booking intent





Introduce both on-demand
and reserve options the **next
time** they open the app or
express booking intent

Use other comm channels
like Emails, Push, Rings to
promote {UberGem}

CONFIDENTIAL

UBER_JCCP_MDL_003040812

# Usability Test | Results

Long onboarding test
Women n=12, Nonbinary n=6

Short onboarding test
Women n=12, Nonbinary n=6

Gender notes:
NB participants (11/12) more interested in gender
identification compared with women (12/24).
Only women were concerned with
misrepresentation.



- Overall very good reception of the product idea.
- Onboarding length did not impact expect use (Long v short)
- Short onboarding (no reserve) had more confusion around on-demand.

Top hits:
1) Option flexibility needed (video)
2) Improved sense of safety
3) Reserve for NB very popular (6/6)
4) Uber knowing gender is expected.

Top concerns:
1) Availability of drivers
2) Reliability of wait time
3) Identification of women and NB

Top confusions:
1) 31/36 thought soft pref would increase match time
2) 20/36 thought hard filter was also a preference
3) 13/24 women thought everyone was eligible

CONFIDENTIAL

UBER_JCCP_MDL_003040813

Product access/onboarding

# Unverified women & non-binary riders

CONFIDENTIAL

UBER_JCCP_MDL_003040814

# Unverified Women&NB | Send comms for onboarding, allow to confirm gender, prompt for DocScan for rider verification, give product access



CONFIDENTIAL

UBER_JCCP_MDL_003040815

Dynamic FTUX landing page

## 1: Women + Unverified 2/2

Unverified women + non-binary riders see
the FTUX with info on how to gain access.

## 2: Unknown + Verified

## 3: Men



Information that you
would need to
validate your ID

CONFIDENTIAL

UBER_JCCP_MDL_003040816

# Unverified women riders

## Onboarding experience



Rider home



Introduce product (FTUX)



Share your gender



Verify your ID with updated content



Choose ID

CONFIDENTIAL

# Unverified women riders

## Onboarding experience



Take photo



Info how to capture



Take photo



Review



Chose back of ID

CONFIDENTIAL

# Unverified women riders

## Onboarding experience











| Rider takes photo of back of ID | Back of ID review | Uploading | Uploading | Uploading |

CONFIDENTIAL

UBER_JCCP_MDL_003040819

**Unverified riders**

| Optional step | Required step |

**Scenario**: A unverified woman/non-binary rider opens the Uber app after getting **a marketing email**

## Option 1: Short FTUX →

See a high level overview of the individual features



## Option 2: Long FTUX →

Push a user to go through each individual feature



## Option 3: Settings FTUX→

Link directly to settings for user to modify



161

UBER_JCCP_MDL_003040820

# Unverified women riders - Success - Option 1



Onboarding experience

Success screen with high level info on features. Optional click in to feature detail

Optional Self pref info and opt-in

Optional On demand info

Optional Rserve info

After clicking "Finish" button

CONFIDENTIAL

UBER_JCCP_MDL_003040821

# Unverified women riders - Success - Option 2

## Onboarding experience











Success screen with high level info on features. Optional click in to feature detail

Optional
Soft pref info and opt-in

Optional
On demand info

Optional
Rserve info

After clicking "Finish" button

CONFIDENTIAL

UBER_JCCP_MDL_003040822

# Unverified women riders - Success - Option 3



Success screen with high level info on features. Optional click in to feature detail

Optional Soft pref settings

Optional On demand info

Optional Reserve WDP FTUX screen

After clicking "Finish" button

CONFIDENTIAL

UBER_JCCP_MDL_003040823

# Design placeholder

# Options being explored, highlight the ones we like better, talk about uxr

Uber I Women Driver Preference

165

CONFIDENTIAL

UBER_JCCP_MDL_003040824

Slide 165 Notes

Significant impact vs Population impact

CONFIDENTIAL

UBER_JCCP_MDL_003040825

Product access/onboarding

# Verified gender unknown

CONFIDENTIAL

UBER_JCCP_MDL_003040826

High level flow pre-onboarding



CONFIDENTIAL

# Design placeholder

CONFIDENTIAL

UBER_JCCP_MDL_003040828

Slide 168 Notes

Significant impact vs Population impact

CONFIDENTIAL

UBER_JCCP_MDL_003040829

Product access/onboarding

# Unverified women & non-binary riders

CONFIDENTIAL

UBER_JCCP_MDL_003040830

# Design placeholder

CONFIDENTIAL

Slide 170 Notes

Significant impact vs Population impact

CONFIDENTIAL

UBER_JCCP_MDL_003040832

# Design placeholder

CONFIDENTIAL                                                                              UBER_JCCP_MDL_003040833

Slide 171 Notes

Significant impact vs Population impact

CONFIDENTIAL

UBER_JCCP_MDL_003040834

Product access/onboarding

# Men & Unverified unknown gender riders

CONFIDENTIAL

UBER_JCCP_MDL_003040835

# Losing Product Access User flow (women to men)

# Comms WIP

CONFIDENTIAL

UBER_JCCP_MDL_003040836

## Key entry points











**In-app FTUX**

**Ride Preference Settings**

**Account info**

**Email**

**Product selector**

CONFIDENTIAL

UBER_JCCP_MDL_003040837

# Uber Moon Reserve

Earner experience

| Primary offers | Navigate to Pick up | Pick-up |
|---|---|---|

CONFIDENTIAL

UBER_JCCP_MDL_003040838

# Uber

CONFIDENTIAL

UBER_JCCP_MDL_003040839

# Gender Inference Model

CONFIDENTIAL

UBER_JCCP_MDL_003040840

# Gender Inference Framework | How it works today



CONFIDENTIAL

UBER_JCCP_MDL_003040841

# Gender Inference Framework | Proposal



CONFIDENTIAL

UBER_JCCP_MDL_003040842

# Thanks!

CONFIDENTIAL

UBER_JCCP_MDL_003040843





CONFIDENTIAL

UBER_JCCP_MDL_003040844

# Onboarding for Non-verified Riders with Women inferred names | Email

CONFIDENTIAL

UBER_JCCP_MDL_003040845

# Onboarding for Verified Riders with Unisex inferred names | Email

CONFIDENTIAL

UBER_JCCP_MDL_003040846

# Onboarding for Non-verified Riders with Unisex inferred names | Email

CONFIDENTIAL

UBER_JCCP_MDL_003040847

# Other Entry points

CONFIDENTIAL

UBER_JCCP_MDL_003040848

# Onboarding Entry Points | Launch month

CONFIDENTIAL

# **Reserve |** Rider Experience - Backup Flow

CONFIDENTIAL

UBER_JCCP_MDL_003040850

**Reserve |** Driver Experience

Matching - xx                                          Matching - xx

xx                                          xx

188

CONFIDENTIAL                                          UBER_JCCP_MDL_003040851

# Agenda

- Onboarding

- Entry Points

- Products to improve driver earnings when filter is turned on

- Cancellation Flow

- Gender Settings

- Changes to WRP from how it works today

CONFIDENTIAL                                                         UBER_JCCP_MDL_003040852

# Disclaimer

- Content is TBD
- Marketing working on landing a product name
    - Timeline for product name - xx
    - Finalize content - xx
    - Timeline for iconography and illustrations - xx

190

CONFIDENTIAL

UBER_JCCP_MDL_003040853



Slide 191 Notes

Significant impact vs Population impact

CONFIDENTIAL

UBER_JCCP_MDL_003040855

3 features in one suite of options

# {Uber Moon}
## Guaranteed* matched with women & non-binary drivers
### On-demand + Reserve





# Soft preference
## Preferred matching setting
### All trip types



CONFIDENTIAL

UBER_JCCP_MDL_003040856

Slide 192 Notes

Time constraints safety primary limitations.

- Fewer available hours (day during school & night) due to caretaking responsibilities
- Safety is a key barrier for new drivers and limits willingness to drive at night
- (other attempts to increase competency and comfort like Virtual companions)
- Night time perceived to be more dangerous, risky rides.
- Risk is also why many women couriers don't drive, even though women make up almost ½ of courier deliveries
- Risk in the evening is high because they fear physical abuse particularly from men,
    - Risk not just to themselves but also if they are injured they can't fulfill caretaking responsibilities.

The research program for Women Driver and Rider included 12 studies including interviews to explore the need, usability tests to understand how and when to present and surveys to test for pervasiveness of need and confidence in generalizability.

- Driver Surveys (Uber n=600, Lyft only n=600)
- Women Driver Usability Tests (US / UK/ CA / Anz) n= 24 participants
- NB Driver Usability Tests (US / UK/ CA / Anz) n= 8 participants
- Women Driver US Prototype tests (gender declarations) n = 1

CONFIDENTIAL

UBER_JCCP_MDL_003040857

Use cases

# Blaire she/they

**Blaire just walked out late at night from a bar that just closed**



↗ Power rider

🛡 Feels unsafe in their environment

⚠ Cautious about travelling alone at night with a man

👤 Presentation of gender identity:

"I want a woman driver, especially at night, but I don't want to wait too long"

CONFIDENTIAL

UBER_JCCP_MDL_003040858

Use cases

# Eman <small>she/her</small>

**Eman would only use rideshare if her driver was a woman**



Not an uber user

🛡 TBD

🅰 Only wants a women driver

👤 Presentation of gender identity:

"Because of my religion, no men in the car while driving"

CONFIDENTIAL

UBER_JCCP_MDL_003040859

Use cases

# Carol she/her

**Carol is in a an environment that makes her feel afraid**

↘ Infrequent rider

🛡 Feels unsafe in her environment

🅐 Comfortable riding with a driver of any gender

👤 Presentation of gender identity:

"I just want the fastest ride out of there"



CONFIDENTIAL

UBER_JCCP_MDL_003040860

# User flow (high-level)



CONFIDENTIAL

UBER_JCCP_MDL_003040861

Slide 196 Notes

Significant impact vs Population impact

CONFIDENTIAL

UBER_JCCP_MDL_003040862

Use cases

# Anna she/her

**Anna feels tipsy after 3 drinks at a restaurant. She wants to get matched to a woman driver and feels safe to wait here.**

↘ Infrequent rider

🛡 Feels safe in her environment

⚠ Cautious about travelling alone at night with a man

👤 Presentation of gender identity:



"I would absolutely feel 100% safer with a female driver. Especially coming home from a bar where I have consumed alcohol."

CONFIDENTIAL

UBER_JCCP_MDL_003040863

Use cases

# **Daisy**they/them

**Daisy is excited to see more women drivers on the platform**

→    Occasional user

🛡    Feels safe in their environment

⚠    Comfortable riding with a driver of any gender

👤    Presentation of gender identity:



"I think making it fun and empowering rather than
babying....Making sure that the release of something like
this isn't like 'it's a dangerous world, protect yourself' like
everybody's a predator except for female drivers. Instead,
make it more a celebration of empowerment and making

CONFIDENTIAL "

UBER_JCCP_MDL_003040864

# Who will have access

## Near term

Only **verified riders** who identified their gender as **woman** or **non-binary**

## Long-term

Only **verified** or █████████ █████ who identified their gender as **woman** or **non-binary**



Riders can be either █████████ ████████ **verified:**

UBER_JCCP_MDL_003040865

Slide 199 Notes



UBER_JCCP_MDL_003040866

# User flow



Uber | Wor

UBER_JCCP_MDL_003040867

## Slide 200 Notes

Significant impact vs Population impact

CONFIDENTIAL

UBER_JCCP_MDL_003040868

# User flow (high-level)



**FTUX**

Introduce the suite of
products



**Eligibility form**

Confirm gender
identity



**Soft preference Opt-in**

Opt-in to Soft
preference

Uber I Women Driver Preference

201

CONFIDENTIAL

UBER_JCCP_MDL_003040869

Slide 201 Notes

Significant impact vs Population impact

CONFIDENTIAL

UBER_JCCP_MDL_003040870

# Rider Product Access

CONFIDENTIAL

UBER_JCCP_MDL_003040871

Rider product access

# Leverage the Rider ID workstream for product access for women & non-binary riders



UBER_JCCP_MDL_003040872

# Rider Product Access

**Only verified riders who are women or non-binary would get access to the product.**

CONFIDENTIAL

UBER_JCCP_MDL_003040873

# Rider Onboarding

CONFIDENTIAL

UBER_JCCP_MDL_003040874

# Matching Flow

CONFIDENTIAL

UBER_JCCP_MDL_003040875

# Who will receive comms to opt-in



CONFIDENTIAL

Slide 207 Notes

Significant impact vs Population impact

CONFIDENTIAL

UBER_JCCP_MDL_003040877

Dynamic FTUX landing page

# 1: **Women** **Verified**

Verified women & non-binary riders are
shown the feature offerings in the FTUX

## 2: Unverified + Women

## 3: Verified + No gender

## 4: Unverified + No gender

## 5: Men



Call out all 3 offerings

FTUX pop-up is prompted to women & non-binary riders

CONFIDENTIAL

UBER_JCCP_MDL_003040878

Dynamic FTUX landing page

1: Verified + Women Verified

## 2: **Unverified +**
**Women** Unverified women & non-binary riders are
told about the feature + how to get access

3: Verified + No gender

4: Unverified + No
gender

5: Men



Quick and easy

Incentivize rider by
giving a brief summary
of the feature they
could unlock

Riders are shown all
the steps involved to
get access

CONFIDENTIAL

UBER_JCCP_MDL_003040879

Dynamic FTUX landing page

1: Verified + Women

2: Unverified + Women

### 3: **Verified** + **Unknown gender**

Same as above

4: Unverified + No gender

5: Men

Quick and easy



Incentivize rider by giving a brief summary of the feature they could unlock

Riders are shown all the steps involved to get access

CONFIDENTIAL

UBER_JCCP_MDL_003040880

Dynamic FTUX landing page

1: Verified + Women

2: Unverified + Women

3: Verified + No gender

## 4: Unverified + Unknown gender

Would apply mainly to unisex names.
Encourage these riders to get verified and
call out the benefits of verification.

5: Men

Short mention of Uber Moon

Focus primarily on the benefits of verification



CONFIDENTIAL

UBER_JCCP_MDL_003040881

Dynamic FTUX landing page

1: Verified + Women

2: Unverified + Women

3: Verified + No gender

4: Unverified + No gender

## 5: Men

No product access or in-app promos for this feature



CONFIDENTIAL

UBER_JCCP_MDL_003040882

# Soft Preference | Rider Experience

## Similar experience

- No changes during the booking experience.

- At pick-up the rider will be notified that there is a woman driver



**Same UX as today**

No impact on booking experience



**Pick-up**

Success toast when match with preference

CONFIDENTIAL

UBER_JCCP_MDL_003040883

# Soft Preference | Rider Experience

## Settings

- Within settings rider can change their
  preference to get matched with woman driver






**New entrypoint**

New entrypoint within ride
preferences

**Settings details**

Toggle for rider to turn
feature on or off

CONFIDENTIAL

UBER_JCCP_MDL_003040884

# Soft Preference | Earner Experience

## Incoming trips

- Highlight rider with WDP preference in incoming trip



**Primary offers**

Showcase WDP in ranking as a tag



**Trip radar**

Showcase the WDP tag for trip radar offers

CONFIDENTIAL

UBER_JCCP_MDL_003040885

CP2 discussion goal

# Review solution concept, and align on the Rider onboarding and booking flow

Feedback on **product access & onboarding flows** – the logic, information, flow & navigation – *not* finals visuals or content

Feedback on **booking (Hard Filter, Reserve & Soft Preference) & TripX** – the flow, design & content

Following this discussion we will have CP3s for more refined design & content



CONFIDENTIAL

UBER_JCCP_MDL_003040886



CONFIDENTIAL

UBER_JCCP_MDL_003040887

Why are we doing this?

# Safety remains a top concern for women, and we must do more to prove Uber's true commitment to it.



## User problem

Many women doubt Uber's safety commitment ☐ ☐ Nearly every woman has had an uncomfortable or dangerous rideshare experience ☐ ☐

## Business impact

Women make up 40-50% of Uber's riders, so it's crucial to show our commitment to a safe, inclusive community. #standforsafety ☐ ☐ ☐ ☐

☐ ☐

## UXR insights

We've conducted 12 studies, including interviews to explore the need, usability tests to understand UX, and surveys to assess the prevalence of need and confidence in generalizability ☐ ☐

## Our opportunity

.....

CONFIDENTIAL

UBER_JCCP_MDL_003040888

Slide 218 Notes

Time constraints safety primary limitations.

- Fewer available hours (day during school & night) due to caretaking responsibilities
- Safety is a key barrier for new drivers and limits willingness to drive at night
- (other attempts to increase competency and comfort like Virtual companions)
- Night time perceived to be more dangerous, risky rides.
- Risk is also why many women couriers don't drive, even though women make up almost ½ of courier deliveries
- Risk in the evening is high because they fear physical abuse particularly from men,
  - Risk not just to themselves but also if they are injured they can't fulfill caretaking responsibilities.

The research program for Women Driver and Rider included 12 studies including interviews to explore the need, usability tests to understand how and when to present and surveys to test for pervasiveness of need and confidence in generalizability.

- Driver Surveys (Uber n=600, Lyft only n=600)
- Women Driver Usability Tests (US / UK/ CA / Anz) n= 24 participants
- NB Driver Usability Tests (US / UK/ CA / Anz) n= 8 participants
- Women Driver US Prototype tests (gender declarations) n = 1

CONFIDENTIAL

UBER_JCCP_MDL_003040889

Design principles

## 1. Prioritize safety and trust

Build with safety top of mind by gating access to verified riders and using the inference model to identify women riders. Maintain continuous monitoring for when the product might get abused.

## 2. Allow self-identification and user choice

Allow users to self-identify their gender. Clearly communicate how we might use people's gender data and give users choice. Provide control to users when sharing gender data and give them the ability to edit or remove their information as needed.

## 3.  Create equitable onboarding + support

Provide effective and equitable gender verification for both riders and drivers and create specialized support for reporting fraud or discrimination.

## 4. Build with gender inclusion

Use affirming and inclusive language, addressing the diverse needs of marginalized genders especially those that are non-binary or trans. Incorporate educational moments to explain gender-related terminology and safe behaviors.

CONFIDENTIAL

UBER_JCCP_MDL_003040890

Dynamic FTUX landing page

1: Women + Unverified

## 2: Unknown + **Verified** 1/2

Riders of unknown gender see a FTUX that focuses more on the steps to come.

3: Men

Info on how to gain access



UBER_JCCP_MDL_003040891

Dynamic FTUX landing page

**1: Women + Unverified**

## 2: Unknown + **Unverified** 2/2

Unverified riders of unknown gender are
encouraged to get verified instead

**3: Men**



Focus primarily on the
benefits of verification

Short mention of
Uber Moon but not
the focus of the modal

CONFIDENTIAL

# Dynamic FTUX landing page

## 1: Women + Verified

## 2: Unknown + Verified

## 3: Men

We will not promote women preferences in-app for those we determine are men. We will leverage DocuScan later on for men who change their gender to woman or non-binary



Same UX as today

UBER_JCCP_MDL_003040893

# Rider Product Access

**Only verified riders who are women or non-binary would get access to the product.**

CONFIDENTIAL

UBER_JCCP_MDL_003040894

# Product access/onboarding

CONFIDENTIAL

UBER_JCCP_MDL_003040895

Key use cases



## Alex
She/her

Verified

Unknown

Alex is at a restaurant and feels a little tipsy after 3 drinks



## Blaire
She/they

Unverified

Woman

Blaire just walked out from a bar that just closed.



## Carol
She/her

Verified

Woman

Carol is at a neighborhood that she feel threatened.



## Daisy
They/them

Unverified

Non-binary

Daisy is excited to see more women drivers on the platform



## Noor
She/her

Unverified

Unknown

Due to religious beliefs, Noor would only use rideshare if her driver was a woman

Uber | Women Driver Preference

225

CONFIDENTIAL

Agenda

01  **Background & context**

02  **Rider UX**

    a.  **Product access/onboarding**
    b.  **Booking**
    c.  **Trip experience**
    d.  **Gender settings**

03  **Earner UX**

04  **Next steps**



CONFIDENTIAL

UBER_JCCP_MDL_003040897

01

# Background & context

CONFIDENTIAL

UBER_JCCP_MDL_003040898

Project goal

# Allow women and non-binary riders to define their own experience on the Uber app, by giving them the option to choose women or non-binary drivers whenever needed.

Women Driver Preferences

CONFIDENTIAL

Overview

# Three services in one release



CONFIDENTIAL

UBER_JCCP_MDL_003040900

Slide 229 Notes

Time constraints safety primary limitations.

- Fewer available hours (day during school & night) due to caretaking responsibilities
- Safety is a key barrier for new drivers and limits willingness to drive at night
-  (other attempts to increase competency and comfort like Virtual companions)
- Night time perceived to be more dangerous, risky rides.
- Risk is also why many women couriers don't drive, even though women make up almost ½ of courier deliveries
- Risk in the evening is high because they fear physical abuse particularly from men,
    - Risk not just to themselves but also if they are injured they can't fulfill caretaking responsibilities.

The research program for Women Driver and Rider included 12 studies including interviews to explore the need, usability tests to understand how and when to present and surveys to test for pervasiveness of need and confidence in generalizability.

- Driver Surveys (Uber n=600, Lyft only n=600)
- Women Driver Usability Tests (US / UK/  CA / Anz) n= 24 participants
- NB Driver Usability Tests (US / UK/  CA / Anz) n= 8 participants
- Women Driver US Prototype tests (gender declarations) n = 1

CONFIDENTIAL

UBER_JCCP_MDL_003040901

Relevant surfaces

Rider

Earner

## Onboarding

## Settings

## Booking/offers

Varying use of access dependent on gender and Rider ID verification

Gender setting available to all users

WDP Preferences, booking on-demand, booking reserve, dispatch

Given to all women & non-binary drivers

Gender setting available to all users

Offer card on-demand, opportunity center

Uber |

CONFIDENTIAL

230

UBER_JCCP_MDL_003040902

Rider surfaces (Zoom In)



| Onboarding | Settings | Product selector | Dispatch | On-trip |
|---|---|---|---|---|
| Focus today | Focus, work in progress | Focus today | Focus, work in progress | Not in scope today |

231

UBER_JCCP_MDL_003040903

Safety design + product team



**Xindeling Pan**
Designer



**Anoosha Sajjad**
Designer



**Loren Ruffin**
Content Designer



**John Lunsford**
UX Researcher



**Srishti Bajaj**
Product Manager



**Mariana Esteves**
Product Manager



**Amy Bickerton**
Design Manager

UBER_JCCP_MDL_003040904

# Soft Preference increases general ambient safety



## Soft filter addresses a safety concern

When situational safety is a concern & riders can't wait additional time, the possibility (not promise) of a woman match **raises perception platform safety.**

Encourages more rides by allowing women rider to feel like they are **supporting women earners.**

Soft filter match expectation ▮▮▮▮▮▮▮▮▮▮▮▮ when paired with hard filter.

## Lyft and Uber research reveals soft filter as needed enhancement to existing matching and hard filter as an unmet need.

Offering hard without soft filter doesn't differentiate Uber enough. We'd be seen as different, not better.

If Lyft answers with their own hard filter it will be perceived as a more complete option. $_{233}$

UBER_JCCP_MDL_003040905

# Jul 5th Sync

Uber | Women Rides Options

CONFIDENTIAL

UBER_JCCP_MDL_003040906

# Driver design crit - Feedback

CONFIDENTIAL

UBER_JCCP_MDL_003040907

# Equity design crit - Feedback

CONFIDENTIAL

UBER_JCCP_MDL_003040908

# Engg Timelines

CONFIDENTIAL

UBER_JCCP_MDL_003040909

# XP Plan Proposal - Pros and Cons

?

| | Sep 15 | Nov 15 | Jan 7 |
|------|--------|--------|-------|
| Prod | | | |
| PCM | | | |
| DS | △ △ △ | ◇ ◇ ◇ | △ △ △ |

CONFIDENTIAL

UBER_JCCP_MDL_003040910

# Pilot Plan (Draft)

- **Group A - Hard filter for drivers only**
  - **Goal:** Measure marketplace impact of driver hard filter only
  - Cities: 2-3 cities + Comparable cities for synthetic control

- **Group B - Hard for drivers; Hard+ Soft+Reserve for riders**
  - **Goal:** Have a *bang* from comms perspective as well as measure overall marketplace impact of all products together
  - Cities: some cities with high women driver supply + Comparable cities for synthetic control

- **Group C - Hard filter for riders only +Reserve**
  - **Goal:** Measure marketplace impact of rider hard filter only
  - Cities: 2-3 cities + Comparable cities for synthetic control

- **Group D - Soft filter for riders only +Reserve**
  - **Goal:** Measure marketplace impact of rider soft filter only
  - Cities: 2-3 cities + Comparable cities for synthetic control

- **Soft + Reserve - Hard to come (coming soon)**
  - We have high confidence that Reserve wi work, no proof that soft is working/not-wo
  - Soft + Reserve will be feasible across US true for Hard

Uber |

CONFIDENTIAL

239
Attorney Client Privileged and Confidential
UBER_JCCP_MDL_003040911

Slide 239 Notes

CONFIDENTIAL

UBER_JCCP_MDL_003040912

A/C Privileged & Confidential

# Rider Hard filter marketplace simulations

Assuming ▇▇▇▇▇▇▇▇, Hard Filter On-Demand would:

▶ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▶ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇



**Rider Hard Filter On demand** marketplace **simulation\***, for ▇ Women Trips adoption

\* 8pm-9pm ; 12am-1am / Fridays and Saturday Nights
**The simulation results *should be trusted only for directional signals*.** The magnitude of changes may differ. An experiment should be conducted to measure actual impact.

Slide 240 Notes

UBER_JCCP_MDL_003040914

# June 13th Sync

CONFIDENTIAL

UBER_JCCP_MDL_003040915

Dara Preso Draft link

CONFIDENTIAL

UBER_JCCP_MDL_003040916

# Enhanced soft filter Option 1 | Don't book until I decide







Option 1              Option 2

CONFIDENTIAL

UBER_JCCP_MDL_003040917

# Set it and forget it in Settings

      

CONFIDENTIAL

UBER_JCCP_MDL_003040918

CONFIDENTIAL

UBER_JCCP_MDL_003040919

# Pool with Women Driver - Men riders would be eligible







CONFIDENTIAL

UBER_JCCP_MDL_003040920

Use cases



## Anna

"I can wait for 15 min as long as I get matched to a woman driver"

Anna is at a restaurant and feel a little tipsy after 3 drinks



## Blaire

"I want a woman driver, but I don't feel safe to wait long"

Blaire just walked out from a bar that just closed.



## Carol

"Please get me got of here ASAP"

Carol is at a neighborhood that she feel threatened.



## Daisy

"I like to support women drivers!"

Daisy is excited to see more women drivers on the platform

CONFIDENTIAL

UBER_JCCP_MDL_003040921

# Enhanced soft filter Option 2 | Book while we look







CONFIDENTIAL

UBER_JCCP_MDL_003040922

# Enhanced soft filter Option 2 | Book while we look







CONFIDENTIAL

UBER_JCCP_MDL_003040923

# Reserve Option 1 | Go soon

  

CONFIDENTIAL

UBER_JCCP_MDL_003040924

## Slide 250 Comments

1    Hey @sachin.kansal@uber.com, since we didn't get to this slide I just want to provide further context. "Go soon" is a feature the Rider UX team is working on similar to what we've been calling "on-demand Reserve." It'll allow riders to book a ride in advance but a little bit sooner than a typical Reserve ride that is 45mins-days+ ahead of time. Their team is exploring adding the "Now" pill into the product selector and even into each product. Here I've shifted it into our feature and directed users to select a time in the near future. This would give us more time on the backend to find them a match.
Food for thought! I think this is a better fit for us than traditional Reserve, but we'll need to talk to their team about timelines as they're still early in their work!
*Loren Ruffin, 6/13/2024 11:16 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003040925

# Reserve Option 2 | Allowing to book up to 30-45 min in advance.

A





CONFIDENTIAL

UBER_JCCP_MDL_003040926

# Hybrid | Both Hard and Soft together

**A**



CONFIDENTIAL

UBER_JCCP_MDL_003040927

# On-Demand Hard filter

**Select Women Driver**



**Success Match by up-ranking Women Drivers in regular Supply Plans**





If drivers are outside of the supply plans or they don't accept a trip, give option to wait more, or wait & pay more





**Option 1**
Confirm extra wait time

**Option 2**
Confirm extra Fee

CONFIDENTIAL

UBER_JCCP_MDL_003040928

# June 12th Sync

Uber | Women Rides Options

254

CONFIDENTIAL

UBER_JCCP_MDL_003040929

# Enhanced soft filter Option 1 | Don't book until I decide

CONFIDENTIAL

UBER_JCCP_MDL_003040930

# Enhanced soft filter Option 1 | Don't book until I decide



**Woman Driver Preference**



**Compare product**
When there is a woman-driver nearby



**Fall back - Option 1**
2 minutes after waiting



**Fall back - Option 2**
1 minutes after waiting



**Enroute**
Woman driver is on her way

CONFIDENTIAL

UBER_JCCP_MDL_003040931

# Option 1: Hard and Soft filter together

**Allow earners to decide how frequent they want to be matched to women**

**Option 1:** Hard vs soft vs no filter

**Option 2:** Let drivers chose the level of filtering they want



CONFIDENTIAL

UBER_JCCP_MDL_003040932

## Slide 257 Comments

1   **Remove**
    *Anoosha Sajjad, 6/13/2024 12:08 AM*

UBER_JCCP_MDL_003040933

# …contd

Inform drivers that their match was due to their Soft/Hard preferences, reinforcing their positive view of the product



CONFIDENTIAL

UBER_JCCP_MDL_003040934

# Option 2: Trip Radar prioritization of women matches

Showcase Uber's commitment to Safety by offering soft preferences to all women drivers by default



Auto opt-in

CONFIDENTIAL

# Option 2: Trip Radar prioritization of women matches

Zero effort for easy adoption



Highlight the effort on the Uber side

CONFIDENTIAL

UBER_JCCP_MDL_003040936

# ELT Preso old slides

261

CONFIDENTIAL

UBER_JCCP_MDL_003040937

# Graveyard

CONFIDENTIAL

UBER_JCCP_MDL_003040938

# Marketplace Impact of Reserve - Hard Filter will have est. reliability



\* Demand estimation is based on below assumptions:
1. ▇ of current reserve women riders opt-in WDP-Reserve
2. ▇ of on demand rides requested by women shift to use WDP-Reserve
3. Women riders who have never used Uber use WDP-Reserve as their first Uber platform trip after launch

\*\* Reliability estimation is based on the demand/supply ratio and reliability relationship for the spectrum of reserve products

Uber | Source

263

CONFIDENTIAL

scenarios

## 1. Increase chances of matching with a Woman Driver

| Group 1 | Group 2 | Group 3 |
| --- | --- | --- |

Preference setting that can be **always on**. Uprank Women supply plans in existing matching logic.



## 2. Reserve a Women Driver Trip for Later

| Group 1 | Group 2 | Group 3 |
| --- | --- | --- |

Reserve option **can be always available**, allowing to book up to 30 min in advance. Same Reserve Pricing.



## 3. Find a Woman Driver now

| Group 1 | Group 2? |
| --- | --- |

Only **available when supply is favorable**. Confirm extra wait time and possible additional Fee.



CONFIDENTIAL

CONFIDENTIAL

UBER_JCCP_MDL_003040941

CONFIDENTIAL

UBER_JCCP_MDL_003040942

CONFIDENTIAL

UBER_JCCP_MDL_003040943

CONFIDENTIAL

UBER_JCCP_MDL_003040944

CONFIDENTIAL

UBER_JCCP_MDL_003040945

CONFIDENTIAL

UBER_JCCP_MDL_003040946

# Marketplace Impact of Soft Preference and Hard Filter - On Demand

**Assuming** ▮ **WDP adoption, Soft preference would:**    **Assuming** ▮ **WDP adoption, Hard filter - On Demand would:**



\* The simulation results *should be trusted only for directional signals*. The magnitude of changes may differ. An experiment should be conducted to measure actual impact.

Attorney Client Privileged and Confidential
UBER_JCCP_MDL_003040947

Slide 271 Notes

Source:

CONFIDENTIAL

# Pilot Approach | Start with cities that optimize for Legal / Policy / Comms considerations and with good women demand / supply ratios

**Pilot Cities:** Choose within Group 1

Atlanta, Las Vegas, Houston, Phoenix, Dallas, Miami.

## Questions to be answered

- What is the real **marketplace viability and impact** (C/R, ETA, Driver AR and Rider CR, VC margins)?

- Test the product approach and Safety sentiment impact.

- Test reception regarding gender inclusivity policies.

- Test the waters on Policy and Legal risk.

**Soft Preference** marketplace **simulation\***, for ▮ Women Trips



272
Attorney Client Privileged and Confidential
UBER_JCCP_MDL_003040949

Slide 272 Notes

Source

UBER_JCCP_MDL_003040950

# For Riders, uneven Women supply distribution makes it difficult to build a single solution that scales

## Demand / Supply ratio

Varies by city and time of day and is highly correlated with our ability to fulfill trips (C/R)

### US Cities by Women Demand/Supply Ratio



Uber |

CONFIDENTIAL

Demand / Supply Ratio considering ⬛ Women Rider Trips migrate to using Filters, concentrated at night time trips.

| US Cities | % Trips by Women Drivers | Women Demand / Supply Ratio at night < 1.5 |
|---|---|---|
| Atlanta | | |
| Houston | | |
| Phoenix | | |
| Dallas | | |
| Las Vegas | | |
| Miami | | |
| San Francisco | | |
| Philadelphia | | |
| Boston | | |
| NYC | | |

273

Attorney Client Privileged and Confidential

Slide 273 Notes

Source:

UBER_JCCP_MDL_003040952

# Pilot Approach | Start with cities that optimize for Legal / Policy / Comms considerations and with good women demand / supply ratios

## Questions to be answered



Uber    REDACTED - PRIVILEGED CLAWBACK

CONFIDENTIAL

## Pilot Plan

- **Pilot Cities**
  Choose within Group 1: Atlanta, Las Vegas, Houston, Phoenix, Dallas, Miami.

- **Timeline**
  Q1, 2025

- **UX**
  For drivers - Test Hard filter in 2 cities.
  For riders - Test On-demand Hard filter and Reserve Hard filter in 2 cities and Soft Preference and Reserve Hard filter in 2 cities.

- 

REDACTED - PRIVILEGED CLAWBACK    Attorney Client Privileged and Confidential

UBER_JCCP_MDL_003040953

Slide 274 Notes

Source:

CONFIDENTIAL

# Marketplace Impact of Soft Preference and Hard Filter - On Demand

**Assuming ▓▓ WDP adoption, both Soft preference and Hard Filter On-Demand would:**

- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

\* The simulation results *should be trusted only for directional signals*. The magnitude of changes may differ. An experiment should be conducted to measure actual impact.

Attorney Client Privileged and Confidential

Slide 275 Notes

Source:

CONFIDENTIAL

UBER_JCCP_MDL_003040956

CONFIDENTIAL

# For Riders, uneven Women supply distribution makes it difficult to build a single solution that scales

## Demand / Supply ratio

Varies by city and time of day and is highly correlated with our ability to fulfill trips (C/R)



Demand / Supply Ratio considering 5% Women Rider Trips migrate to using Filters, concentrated at night time trips.



| US Cities | % of Uber Trips | % trips by women Drivers | Women Demand / Supply Ratio at night < 1.5 |
|---|---|---|---|
| Atlanta | | | |
| Houston | | | |
| Phoenix | | | |
| Dallas | | | |
| Las Vegas | | | |
| Miami | | | |
| San Francisco | | | |
| Philadelphia | | | |
| Boston | | | |
| NYC | | | |

Attorney Client Privileged and Confidential

UBER_JCCP_MDL_003040958

Slide 277 Notes

Source

CONFIDENTIAL

UBER_JCCP_MDL_003040959

# There are multiple ways to approach the problem

## Riders

### A Soft Preference

Will try to match women with other women when "possible"; if not, match with any driver. No wait time or price trade-off. Can be always on.

### A Hard Filter On-demand

Available for Women Riders to choose a Ride with a Women Driver just in time. ETA and Price could vary due to supply.

### A Hard Filter through Reserve

Women Riders can book a trip with a Woman driver in advance; longer ETA and additional fees apply.

## Earners

### A Soft Preference

Will try to match women with other women when "possible"; if not, match with any rider. No wait time trade-off. Can be always on.

### A Hard Filter On-demand (WRP Product)

Women Drivers can choose to only receive requests from Women Riders. Lower volume of trips dispatched.

CONFIDENTIAL

UBER_JCCP_MDL_003040960

User Research Insights - Women Riders
US

# Soft Preference would be always "on"; expectation of increased matching is ▇ trips

## A Soft Preference would be used as regular setup, but expectation of matching is high ▇

Most Women Riders said they would expect an increased match with Women Drivers of higher than ▇ of their total trips (our current avg is ▇

## Expectation is that wait time won't be higher

They would rely on the preference to match "when possible" but would not want to wait more.

Women also see this option as a way to "support women earners".

## Overall, getting matched with women drivers makes women riders feel more comfortable

Supporting more women drivers on the platform.

Ideally, Women Riders want both options, given they support different types of concerns

Methodology: 50 Riders US - Survey / Audio responses

279

CONFIDENTIAL

UBER_JCCP_MDL_003040961

User Research Insights - Women Riders
US
# Hard filter would be used mostly at night and women riders are willing to wait extra minutes

### Late nights, dark evenings & unknown areas

Late Night ▇
Dark Evenings ▇
Unknown areas ▇
Weekend Trips ▇
Airport ▇

**Most riders** ▇ **are willing to wait extra minutes for a Woman Driver Match**



**Fewer riders** ▇ **are willing to pay more for a guaranteed Woman Driver, with lower price elasticity**



Uber | User Research Insights Methodology: 1720 Uber Riders survey / 1780 Uber Drivers survey, 116 interviews and usability tests

280

CONFIDENTIAL

UBER_JCCP_MDL_003040962

User Research Insights - Women Drivers

US

# For **Soft Filter**, ▮▮▮ drivers expect a very high women rider match rate of at least ▮▮▮ trips

## Drivers had very high expectations to prove success of the soft filter

▮▮ women drivers expect a match rate of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



And ▮▮▮ women drivers expect a match rate of ▮▮▮ trips.

## Only ▮▮ drivers would have it on all the time

UXR indicates that ▮▮ of drivers don't think of it as a set and forget tool, they would like to turn it on and off.

CONFIDENTIAL

UBER_JCCP_MDL_003040963

User Research Insights - Women Drivers
US

# Hard filter is valuable for vulnerable situations; both options can drive frequency.

### Drivers want a guarantee woman match for vulnerable situations

Women drivers would like to have the women-only option in times of increased vulnerability, such as late night ▮▮▮ early morning trips ▮▮▮ or unknown areas ▮▮▮

### Soft preference would be used more frequently, however perceived of lower Safety Value

Soft filter's infrequent or unpredictable nature is less valuable than hard filter + wait time.

### Both options have the potential to increase driving frequency

▮▮▮ drivers mentioned that Hard filter would change how frequently you drive with Uber

▮▮▮ drivers mentioned that Soft filter would change how frequently you drive with Uber

CONFIDENTIAL

UBER_JCCP_MDL_003040964

User Research Insights - Women Drivers

US

# Drivers are willing to wait more for a guaranteed match and value the clear expectation of Hard Filter

**█████ drivers would wait at least an extra █████ to get a woman rider**



█████ would wait extra █████ more to get a woman rider

**Drivers felt that a hard filter provided more flexible use without the ambiguity of the soft filter**

█████ drivers would turn the feature on when needed; only █████ would have it on all the time.

CONFIDENTIAL

UBER_JCCP_MDL_003040965

# Research and data explorations signal <u>hard filters</u> as the best option for our users and Uber

(guaranteed match)

→ Rider use case: Night out, concern over driver

→ Driver use cases: Late night or trips to unknown locations

→ Rider-facing filter: Longer ETAs leading to lower reliability (Reserve would be a mitigator).

→ Driver-facing filter: Higher AR, but no impact marketplace due to low % of women drivers.

→ **REDACTED - PRIVILEGED CLAWBACK**

→ User value proposition: They do not address the core safety needs (concerns with driver/rider), seen as improved matching preference.

→ Marketplace impact: Soft filters would have greater marketplace implications due to an expected higher adoption.

→ Feasibility: We would not be able to fulfill user expectations of frequency of matches on the rider side (they expect to be matched at least ▨▨▨ trips with a women driver)

Uber | Women Rider/Driver Preference US Launch discussion

284

CONFIDENTIAL

UBER_JCCP_MDL_003040966

# Uber Riders | A Women Driver Option's value extends beyonds regular Rides, to new segments



## Uber Teens: Parents want this option for their teenage daughters

Parents are willing to wait and pay more as girls are treated with higher sensitivity when it comes to access to ride hailing services

## Younger Kids, Families, Special Assistance & Caregivers

Value extends to men Riders that would like to have the option to request for their family members – wife, sister, grandma, family member with specific needs.

CONFIDENTIAL

UBER_JCCP_MDL_003040967

User Research Insights Summary | Women Rider  US

# Riders prefer a guarantee match when driver behavior is the concern, especially for late night / bar trips

When concerned about **Driver interaction**, riders favor Hard Filter and are **ok with additional wait times (up to** █████████ of women riders would use it for late night/weekend trips - which is ████ of all trips.

When **situational safety** concerns are higher, Riders want **fast matching**.

**Soft filter** is seen as an improvement on current matching ; **Hard filter** is a new product to be weighed against other offerings.

Soft Filter **matching expectations are high:** ████ trips, and Riders would like to leave it **always on**.

Reserve use case has the lowest adoption.



286

Uber | User Research Insights

CONFIDENTIAL

# Uber Earners | Safety #1 barrier for prospective Women Earners in the US; ▮ drivers said option would make them drive more



**Drivers want a guarantee woman match for vulnerable situations**

Late night ( ▮ ), early morning ▮ ) and unknown areas ▮ ).



**Having an option would incentivize Earners to drive more because they can manage the risk**

▮ mentioned that having this options would increase how much they would drive for Uber



**Women Drivers are aware and willing to wait more to get matched with Women Rider**

▮ of Women Drivers said they'd be willing to wait longer, on top of the regular waiting time for a match



CONFIDENTIAL

UBER_JCCP_MDL_003040969

User Research Insights Summary | Women Drivers
US

# Drivers prefer a guarantee match for vulnerable situations but a Soft preference would be used more often.

Drivers felt that a hard filter provided **more flexible use** without the ambiguity of the soft filter.

When **in vulnerable situations**, drivers want a guarantee match; **Soft filter** is seen as a lever for increased ambient safety.

Soft Filter **matching expectations are very high:** ▮ ▮trips, and drivers would **not leave it always on**.

Both options have the potential to **increase driving frequency.**



Uber | User Research Insights

288

CONFIDENTIAL

UBER_JCCP_MDL_003040970

# Uber Users | Positive reception could be higher compared to Lyft users. Soft has higher preference and would be used more often.

**Positive reception is higher amongst Uber Earners compared to Lyft**



**Soft vs Hard Filter Use Cases (qualitative)**

**Riders:**

Want a guarantee women match when the **concern is about the Driver;**

Soft preference is seen as an improved matching for Uber, **and would be always on.**

**Drivers**

Want a guarantee woman match for **vulnerable situations;**

Soft Filter **might be used as "hard filter"** because of the ambiguity of how it works & concerns about earnings

**Soft vs Hard Filter preference (quantitative)**



Methodology: 1720 Uber Riders survey / 1780 Uber Drivers survey, 116 interviews and usability tests

CONFIDENTIAL

UBER_JCCP_MDL_003040971

# Uber Riders | Rider's willingness to wait is greater than appetite to pay more for a woman driver. Requesting for friends/family is desired.

**Most riders** ▮ **are willing to wait extra minutes for a Woman Driver Match**

**Fewer riders** ▮ **are willing to pay more for a guaranteed Woman Driver, with lower price elasticity**

When this feature would be used?

**Late Night** ▮
**Dark Evenings** ▮
**Unknown areas** ▮
Weekend Trips ▮
Airport ▮



▮ of Riders said they would use it to request a Woman Driver for **someone else** (Guest Rider)

Methodology: 1720 Uber Riders survey / 1780 Uber Drivers survey, 116 interviews and usability tests

CONFIDENTIAL

UBER_JCCP_MDL_003040972

Slide 290 Notes

**Long-waited feature:**
But it has always been a challenge from a supply and Legal perspective.

**Willing to wait & pay:** Women Riders want to use it in specific times of day, are ok with waiting more and paying more

CONFIDENTIAL

# Safety continues to be a key issue on women's minds, and we still have work to do to showcase that Uber is truly committed to women's safety

Nearly **every woman** had an **uncomfortable or dangerous situation** that she had experienced using rideshare or delivery.

## Drivers

For prospective Women Drivers (US), 4 out of 5 top concerns are related to riders, in particular being sexually/physically harassed

| Q. When driving with ridesharing services, how concerned are you/ would you be  about the following? | Women | Delta vs men 95% conf |
|---|---|---|
| Riders not being thoroughly verified | ▪ | |
| Being sexually assaulted | ▪ | ▪ |
| The rider making me feel unsafe | ▪ | ▪ |
| Being physically assaulted or threatened | ▪ | ▪ |
| Being sexually harassed | ▪ | ▪ |
| Experiencing a theft or robbery | ▪ | |

*"I started doing more deliveries. The promotions horrible [compared to driving]. There are  financial incentives to drive at ▪ ▪ ▪  woman, you feel less safe."*

**Woman Driver, US**

CONFIDENTIAL

## Riders

Women Riders are more likely than men to be concerned about driver's behavior, in particular being sexually/physically harassed

| Q. When taking a trip with Uber, how concerned are you about the following? | Women n=7104 | Delta vs men 95% conf |
|---|---|---|
| Discomfort from behavior of the driver | ▪ | ▪ |
| Lack of support from ride sharing platforms | ▪ | |
| Drivers driving dangerously | ▪ | |
| Being sexually harassed | ▪ | ▪ |
| Insufficiently screened or dangerous drivers | ▪ | ▪ |
| Being physically assaulted | ▪ | ▪ |
| Getting into a car accident | ▪ | |
| Being verbally harassed | | |

*"If we're on a sketchy road or we seem like ▪ ▪ ▪  my gut instinct is like, 'I hope that he's actually taking me where he says he's taking me.' So then, I'm much more hypersensitive of who my driver is."*

**Current Rider, US**

UBER_JCCP_MDL_003040974



| "Uber is commitment to safety" Q1 '21 -> Q1 '24 | Rider | Driver |
|---|---|---|
| Women | | |
| Men | | |

CONFIDENTIAL

UBER_JCCP_MDL_003040975

Slide 292 Notes

Changes still to be made
- Himer to animate as P2

CONFIDENTIAL

UBER_JCCP_MDL_003040976

There are few women safety-specific tools that we developed over the years, however, they are more likely to engage with safety features than men





**S-RAD, SDM**





**RideCheck**




**Live Agent, Share Trip, 911**



**Record My Ride, Audio Recording**



**Safety Prefs**

CONFIDENTIAL

UBER_JCCP_MDL_003040977

## Slide 293 Notes

From Q3 global safety deep dive: Safety measures that keep bad actors off the platform (screening and deactivation), monitor trips in real time (Share My Trip, RideCheck, Follow My Ride/Delivery) or enhance privacy (phone number anonymization, Leave at Door) remain our most impactful features.

PIN verification
Audio recording
RideCheck
Share My Trip
Follow My Ride
Safety Prefs

CONFIDENTIAL

# Uber Earners | In LatAm where WRP is live, +34% highest usage in ELC women drivers

In LatAm, adoption amongst women drivers is over 30%.

Most Women Earners who use this filter in Latam use for 90% of their trips in a monthly basis.

| WRP Adoption | BR | MX | CAN | AUS |
|---|---|---|---|---|
| Ever tried the feature | 68% | 69% | 42% | 14% |
| Used it in a month (Apr/24) | 34% | 35% | 12% | 4% |
| % have it on for 90% of trips (Apr/24) | 55% | 51% | 32% | 30% |

Higher usage of the WRP feature in Earners that are starting their journey with Uber

% of Brazil Women Rider Prefered Trips in drivers tenure cohorts



<15 trips    15-250    250 - 1k    1k+

Tenure

Needs update
Add sentiment fee
Quant results in te
engagement, safe
growth

**+7.9%**

Increase in Trip Rate for Churned Women Drivers, after WRP Comms*

\* Stat-sig XP Result in Mexico
\*\* BR, MX, CAN, AUS, L12M IR

CONFIDENTIAL

UBER_JCCP_MDL_003040979

Safety is on par or even more important
than earnings potential for women drivers



⚠ indicates higher vs. men
driver

# Safety is a key priority for women drivers – on par or even more important than earnings potential

**Importance of factors to women drivers when deciding whether to drive with ridesharing services**

*Showing % women drivers who consider each factor "very important"*



| | |
|---|---|
| Safety | |
| Earnings Potential | |

Q1 1b How important are the following factors in making your decision to drive with ridesharing services?

CONFIDENTIAL

UBER_JCCP_MDL_003040981

"

I've had bad dreams about being one of the people in the news that gets murdered [in an Uber] or disappears and gets sexually assaulted. **That is my biggest fear.**
Prospective Women Driver, US

When there's a stranger in your car **you can never feel completely safe**
Prospective Woman Driver, US

I started **doing more deliveries**. The **promotions horrible [compared to driving]**. There are **financial incentives to drive at night, but as a woman, you feel less safe**.
Woman Driver, US

# Although womens' safety concerns are widespread, women are significantly <u>more concerned than men about inappropriate rider behavior</u>

## Prospective Women Drivers (US)

**2 out of 5 top concerns are related to sexual harassment & assault**, and all leading concerns are related to concerns about riders



| Issue |
|---|
| Riders not being thoroughly verified |
| Being sexually assaulted |
| The rider making me feel unsafe |
| Being physically assaulted or threatened |
| Being sexually harassed |
| Experiencing a theft or robbery |
| Lack of support from ridesharing service |
| Being verbally harassed |
| Having to drive intoxicated riders |
| Dangerous driving by others on the road |
| Getting into a car accident |
| Experiencing terrorism or external threats |
| Being discriminated against |

## Current Women Drivers (US)

**The top concerns among current women drivers is insufficient rider verification**, followed by **road safety**, perceived **lack of support** from Uber and fears of **interpersonal issues like theft and assault**

| Issue |
|---|
| Riders not being thoroughly verified |
| Dangerous driving by others on the road |
| Lack of support from the ridesharing service |
| Experiencing a theft or robbery |
| Being physically assaulted or threatened |
| The rider making me feel unsafe |
| Having to drive intoxicated riders |
| Being sexually assaulted |
| Being sexually harassed |
| Being verbally harassed |
| Getting into a car accident |
| Being discriminated against |
| Experiencing terrorism or external threats |

When driving with ridesharing services, how concerned are you/ would you be about the following? Green highlight and ▲ Indicates Sig. higher vs. Male Prospective Drivers

CONFIDENTIAL

UBER_JCCP_MDL_003040982

# This is consistent with past research where women prospective drivers mentioned safety concerns as the #1 barrier for driving

**Reasons for Not Driving from prospective drivers**

Q: What are your main reasons for not currently driving with ride-sharing services? (Among "Very" or "Somewhat" Interested to Drive)





**What aspect of safety concerns you the most?**

Women Safety US&C 2019 Study



Source: Women Safety US&C '19 study

Uber | Best Platform for Women Earners

CONFIDENTIAL

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

UBER_JCCP_MDL_003040983

Context

# Women Riders safety concerns

CONFIDENTIAL

# Women riders are more likely than men to be concerned about driver's behavior, in particular being sexually or physically harassed



| Q21. When taking a trip with Uber, how concerned are you about the following? Women n=7104 | Women | Delta vs men 95% confidence |
|---|---|---|
| **Discomfort from behavior of the driver** | | |
| Lack of support from ride sharing platforms | | |
| Drivers driving dangerously | | |
| **Being sexually harassed** | | |
| Insufficiently screened or dangerous drivers | | |
| **Being physically assaulted** | | |
| Getting into a car accident | | |
| **Being verbally harassed** | | |
| Experiencing a theft or robbery | | |
| Contracting a disease | | |

CONFIDENTIAL

*"There might be times where I get a ride to avoid being out in the street to feel safer. But then the driver might look at you differently, they might make some jokes that you don't like.* **You might feel uncomfortable. We realize that we're not safe, even when you're getting in an Uber.**"

**Current Rider, Brazil**

*"They'll ask me what perfume I'm wearing and they'll be like, you look really nice tonight, and* **[that] kind of crosses the line. ... An Uber ride should be transactional.**"

**Current Rider, US**

*"If we're on a sketchy road or we seem like we're in a weird area,* **my gut instinct is like, 'I hope that he's actually taking me where he says he's taking me.'** *So then, I'm much more hypersensitive of who my driver is."*

**Current Rider, US**

UBER_JCCP_MDL_003040985

# Both Drivers and Riders express feeling relief when matched with a woman.

## Drivers

Women Drivers ultimately feel safer with women passengers, as they perceive them as less of a threat.

This is especially true at night when they feel their safety is most at risk. Drivers see male passengers who are intoxicated and coming home from a night out as the most likely to be belligerent or lewd. Picking up a woman feels like they've avoid this risk for the duration of the trip.

## Riders

Women Riders' experiences mirror those of women Drivers when it comes to being matched with a woman. They feel more comfortable and safer with the expectation that a woman Driver is less likely to try to flirt with them or be otherwise inappropriate.

**Enable Autonomy and Reinforce a Sense of Control**  ①

*"Women only if you could. [Would you would you want something where you could filter out and only accept requests from women riders?] Yes... use that option maybe at night till 2-3 in the morning."*

Current Driver, US

*"If it was late at night, I felt a little scared, I live at home alone, I'm going home alone... it would make me feel safer to have a woman take me home, I would like that option."*
*"I feel safer when I pick up women passengers, I feel safer in my car."*

*"If I wanted to go to a club, and I were wearing something I would feel more uncomfortable while being alone in a car with a man rather than a woman..."*

Current Rider, Brazil
Current Driver, Brazil

UBER_JCCP_MDL_003040986

# Women feel a women-only feature would need to guarantee a women match

A woman pairing preference would less attractive

## Drivers

A woman only rider feature is the top feature Drivers asked for, but they are concerned about how the app would guarantee a woman rider, given that the person who orders the Uber isn't always the person who rides.

Most women Drivers don't mind driving men passengers, but would like to have the option in times of increased vulnerability, such as at night.

For this reason, Drivers prefer a feature that can guarantee a woman passenger with the flexibility to turn on or off as desired.

## Riders

Riders, similarly, want a hypothetical women-only setting to guarantee they'll be matched with a woman (rather than a setting a preference that may or may not be catered to).

Women Riders are willing to wait a little longer for a woman Driver and expect to be told what the additional wait time is, but most are not willing to pay more. In fact, Riders see a higher price tag as a "pink tax" that goes against a proclaimed commitment to women's safety.

*"I seriously would be interested in a just women platform. [Women only filter?] Yes. Well, you know, my best tippers are men. So maybe [I would filter only] at night time."*
Current Driver, US

*"So I'm anticipating that you've filtered out that it's going to be nothing but women, but then Susan gets in a car with two other passengers that are men.... Your whole purpose for filtering is so Susan doesn't catch the ride for Jeff..."*

*"Being able to choose if you want a woman or male driver, [...] and if you want a woman, it might be 30 minutes longer wait. Then, you would be able to decide."*

Current Rider, US

*"I think from an Uber standpoint, they should not [charge additional for women drivers]. It should be the same rate as male drivers. Because if they care about women's*

UBER_JCCP_MDL_003040987

# Most women drivers in the US agree that <u>WRP would help alleviate their safety concerns associated with inappropriate rider behavior</u>



| % of US current & prospective women drivers who agree WRP would... | Current Women Drivers | Prospective Women Drivers |
|---|---|---|
| Lessen concerns about sexual assault | | |
| Make me **feel like I have more control** over my trips | | |
| Make me **more likely to recommend driving with Uber** to women in my life | | |
| **Differentiate** Uber from other providers when it comes to women's safety | | |
| Make me **feel more confident driving** with Uber | | |
| Make me **drive with Uber more often / more likely to drive with Uber** | | |



It would **make me feel better especially when it comes to sexual harassment**
Prospective Woman Driver, US

I love this idea! There are times I haven't felt safe in certain areas and **would've preferred only female riders**.
Woman Driver, US

I **would feel so much safer**, I would do more rides I **would be able to drive all night**"
Woman Driver, US

**I'd have more control** about of who gets in my car
Woman Driver, US

CONFIDENTIAL

UBER_JCCP_MDL_003040988

Slide 303 Notes

**We asked women for their thoughts on a Women Rider Preference tool:**

"Uber could consider offering a Women Rider Preference feature that would allow women and non-binary drivers to have the option to only receive requests from women riders. This could be a feature that drivers could turn off or on at any time."

CONFIDENTIAL

# Lyft | Reception has been positive, with some raising concerns with gender discrimination or trans inclusion

## Lyft Q1 2024 Earnings Call
- 24% of new driver applicants are women *(Uber ■■■)*
- Women and non-binary driver **activations increased by ~ 24%** *(Uber XX%)*
- **20K new Women drivers** *(Uber ■■■*
- One of Lyft's highest-rated features, and most drivers who use it tell us they feel safer while driving with Lyft

## High amount of media coverage
Including Today Show,, with 33% of online mentions occurring on news & media sites

## Positive sentiment, with some reservations
Women expressed enthusiasm, though some raised concerns with the lack of gender verification controls. Other detractors viewed it as discriminatory or paternalistic.

## Backlash over trans/non-binary driver campaign
Negative backlash when Lyft partnered with trans/non-binary driver for a social campaign



*Nytimes*
**New Lyft Feature Allows Women to Match Rides With Other Women**
The company said it hoped to improve safety and encourage more female drivers.

*Forbes*
**Lyft Expands Feature That Pairs Women And Non-Binary Riders And Drivers**

*Women's Social Media reaction was positive*



**DatSlaps**
@iLuvWaa

FINALLY we can choose women drivers 🚗💨 #Lyft #Rideshare

**Allons-y**
@Journie.H

The Lyft women connect is my fav! The only time i truly feel safe whenever in using them

*Backlash over trans-woman partnership*



UBER_JCCP_MDL_003040990

# Lyft Users | ███ Lyft Drivers and Riders would drive / ride with Uber with a similar feature. Hard filter is still an unmet need.

## There is potential to unlock Women Earner & Rider Growth

Over ███ of Lyft Riders and Drivers said they would start using Uber if a Women preference was available

## Unmet user need lies in offering both soft filters and hard filters

Riders have slight higher preference for hard filters while Drivers for soft filter.

Drivers are sensitive to Earnings and Riders are less sensitive to pricing.





Methodology: 600 Women Lyft Drivers survey respondents / 600 Lyft Women Riders. All declared to _not use_ Uber.

CONFIDENTIAL

# Product solution considerations

## Research Insights

### Lyft's solution is not efficient

Good reception, but there's still unmet Rider/Driver needs to get a Guaranteed Woman match.

### Riders are willing to wait

There's willingness to wait on the Rider side, that opens up possibilities to exploring Hard Filters. Usage would be concentrated at evening/late night.

## Uber's positioning

### Solve for women's concerns

We want to build a solution that solves for user needs, and provide solid foundation for women empowerment efforts.

### Careful on pricing

Avoid "pink tax" perception, for increased $$ for women's safety

## Reliability Challenges

### ETA / Price trade-offs

Women driver supply is generally lower. To guarantee a match, there are ETA and price trade-offs.

### Need for adaptable product

Based on demand/supply ratio, we need a product solution that adapts to different scenarios.

CONFIDENTIAL

UBER_JCCP_MDL_003040992

# Diverse women supply landscape and expected adoption requires a adaptable approach

**Simulation Exercise**
C/R based on women demand / supply ratio and 5% WDP adoption



### Demand / Supply ratio

Varies by city and time of day and is highly correlated with our ability to fulfill trips

### Filter Opt-in / Rider usage

We expect filter usage to be concentrated in night time and adoption to be less than ███.

### Proposed Pilot Cities

Atlanta, Miami, Houston, Dallas, LA, Las Vegas

CONFIDENTIAL

UBER_JCCP_MDL_003040993

Refined Design / Copy by Monday

## 1. Enhanced Soft Preference
If Women supply is favorable, we can show the preference option, with no increase price and option to wait more

## 2. Reserve a Women Driver for Later
If supply is low, we give an option to book a woman driver for later (30 min).

Preference toggle

Success Match by up-ranking Women Drivers in regular Supply Plans

If drivers are outside of the supply plans, give option to wait more

Show the option to book for later in the on demand flow








CONFIDENTIAL

UBER_JCCP_MDL_003040994

# Uber Riders | **Option to select Women Drivers have been an old request from Women Riders, ▉▉▉ say they want it**



### A guarantee women match is favoured when the concern is about the Driver

When there are concerns related to interactions with the driver, riders prefer a guaranteed match with a woman driver.



### Late night social events, late night after work & bars

Opting for a Women Driver would be mostly used in these situations when Women Riders might feel more vulnerable.



### ▉▉▉ would wait extra up to ▉▉▉▉▉ more to get a Women Driver

▉▉▉ said they would wait at least ▉▉▉▉▉ for a Women Driver.

CONFIDENTIAL

Slide 309 Notes

**Long-waited feature:**
But it has always been a challenge from a supply and Legal perspective.

**Willing to wait & pay:** Women Riders want to use it in specific times of day, are ok with waiting more and paying more

CONFIDENTIAL

# For Earners, we recommend launching the existing Hard Filter option

For Drivers, launch Women Rider Preference



Why?
- Serves for the need
- Lower marketplace impact vs soft filter due to lower adoption
- Speed to market; Already built
- Better than Lyft

CONFIDENTIAL

UBER_JCCP_MDL_003040997

# Pilot Approach | Start with cities with positive Legal / Policy / Comms perspective and good Women Demand / Supply Ratios

Initial list of proposed pilot cities



| US Cities | % of Uber Trips | % trips by women Drivers | | Legal | Policy | Comms |
|---|---|---|---|---|---|---|
| Atlanta | | | | | ☑ | ☑ |
| Las Vegas | | | | | ☑ | ☑ |
| Houston | | | | | ☑ | ☑ Slightly riskier given political climate |
| Phoenix | | | | | ☑ | ☑ |
| Dallas | | | | ACTD: 1990 EVENT AMBER | ☑ | ☑ Slightly riskier given political climate |
| Miami | | | | | ☑ | ☑ |
| LA <>Orange County | | | | | ☑ | ☑ |
| Philadelphia | | | | | ☑ | ☑ |

## Pilot Goals

- Help validate marketplace viability and impact (C/R, ETA, Driver AR and Rider CR)

- Test the product approach and Safety sentiment impact

- Test reception regarding gender inclusivity policies

- Test the waters on Policy and Legal risk

311

Attorney Client Privileged and Confidential

UBER_JCCP_MDL_003040998

Slide 311 Notes

Source:

CONFIDENTIAL

UBER_JCCP_MDL_003040999

**Women are** ▮ of the victims of Non-Consensual Sexual Penetration at Uber



CONFIDENTIAL

UBER_JCCP_MDL_003041000

# Lyft | On Earnings calls, Lyft is anchoring on the benefit for Earners rather than Riders

**Q1 2024 Earning Call**

- Women and non-binary driver **activations increased by ~ 24%** ;

- **24% of new driver applicants are women**, higher than in the past;

- **20K new Women+ Connect drivers** just in the last couple of months.;

- One of Lyft's highest-rated features, and most drivers who use it tell us they feel safer while driving with Lyft.

**Q4 2023 Earning Call**

- **67% of eligible drivers** (~15% of their total supply) have opted in;

- Drivers using it **keep the feature on 99% of the time.**

### Uber's US Women Earner data

Uber's Women Drivers' sign ups increased by **26% in Q4** but **only 7% in Q1 (YOY)**

**~43%** of Uber Driver sign-ups were Women in April/24

Sign-up to Activations increased **46% in Q4** but only **1% in Q1.**

### Uber's Canada WRP data

**24%** of women and non-binary drivers have used WRP at least once.

Of drivers who used WRP this week, **54%** of drivers had it turned on more than 90% of the time.

CONFIDENTIAL

UBER_JCCP_MDL_003041001

# Despite significant efforts, women's safety sentiment remains a big challenge

*Woman Leaving "Hair and Fingerprints" in every Uber trend sparks Safety Debate*

*Users on Tik Tok have created fake phone calls to help women in sketchy Ubers*





And we don't have to look far…

*"I won't do employee driving as a woman, I would if I could only drive women"*
Uber Employee, Ops

*"I want to choose a woman driver for my teenage daughter"*
Parent, during Sachin's PTA convention in California.

*"My sister just told me she is now using Lyft because of the new Women Preference"*
Niti Bashambu, Product Director

CONFIDENTIAL

# Pilot feature options



Slide 315 Notes

## REDACTED - PRIVILEGED CLAWBACK

CONFIDENTIAL

UBER_JCCP_MDL_003041004

Context

# We'd like to **review the opportunity** and **overall direction** of the WDP work

### Preliminary UXR

In Q1, we launched in Australia and Brazil. They've shown us a positive sentiment towards the Same Gender Preference feature. Also we've audited Lyft's similar offering: Women+ Connect.

### Discover & explore

In-depth User Research, design explorations,  assess legal risk, data simulations.



### Today
Review project direction

Uber | Women Preferences

CONFIDENTIAL

UBER_JCCP_MDL_003041005

# Principles?

**Hard Filter - Women want a guarantee match**
1
Women riders and drivers prefer a guarantee match in **specific** situations like late-night weekend or dark early morning trips.

**Soft Filter is also valuable**
2
Overall, women riders and drivers are safer when matched with women and soft filter would be used more often.

**Reliability - There are tradeoffs to be made**
3
Women driver supply is generally lower. To guarantee a match, there are **price<>eta** tradeoffs.
Based on demand/supply ratio, we would need different product versions to ensure high fulfillment.

**No Pink Tax**
4
We want the product to be affordable for all women and minimize charging more as much as possible. For increased reliability, we let riders know that the additional

**We have the opportunity to offer a better product than Lyft's**
4
Having both the filters unlocks a vulnerable user base and makes our existing users feel more comfortable during vulnerable times

Uber |

317

CONFIDENTIAL

# Diverse women supply landscape and expected adoption requires a adaptable approach

Expected C/R based on women demand / supply ratio



**Demand / Supply ratio**

Varies by city and time of day and is highly correlated with our ability to fulfill trips

**Filter Opt-in / Rider usage**

We expect filter usage to be concentrated in night time. The adoption of the product will be key in

**Proposed Pilot Cities**

Atlanta, Miami, Houston, Dallas, LA, Las Vegas

UBER_JCCP_MDL_003041007

# A pilot approach is recommended

**User Insights**
Hard Filter and Soft
Preferences are
valuable, each for
specific purposes.

**Pilot Plan**
Validate product
viability & reposition
Uber

**Ideal Final Scenario**
Launch both options for
Riders & Drivers

Variables & Unknowns
- Effort & Time to Market
- User Adoption
- Supply behavior
- Marketplace impact
- Legal risk
- Reception

319

CONFIDENTIAL

UBER_JCCP_MDL_003041008

# Demand: We recommend to have a suite of filters depending on demand:supply ratio in a given moment



Low Demand/Supply ratio

Medium Demand/Supply ratio

High Demand/Supply ratio

Designs will be updated EOD with wireframes, refined for Monday

**Hard filter**

**Price:** Same as UberX
**Wait time:** Similar to UberX

**Hard filter + wait time**

**Price:** Same as UberX
**Wait time:** Higher than UberX

**Mini-Reserve / Book a women driver for later**

**Price:** Low-premium Reserve pricing
**Wait time:** More than 30 mins wait

CONFIDENTIAL

UBER_JCCP_MDL_003041009

# A pilot approach is recommended

**Ideal final scenario (2025+)**
**Launch both options for both riders and drivers**

**Variables & unknowns**
- Effort & time to market
- User adoption
- Supply behavior
- Marketplace impact
- Legal risk
- Reception

## User insights

Hard Filter and Soft Preferences are valuable, each for specific purposes

**Pilot plan (H2)**
**Validate product viability & reposition Uber**

Help understand and explore all variables

Uber I

CONFIDENTIAL

321

UBER_JCCP_MDL_003041010

# One solution will not fit all; diverse supply landscape and expected usage require a segmente

## Key considerations

**Supply:Demand ratio**

Varies by geo and time of day and is highly correlated with our ability to fulfill trips

**Filter Opt-in**

We expect filter usage to be concentrated in night time

Expected completio
women demand to s



CONFIDENTIAL

UBER_JCCP_MDL_003041011

# Demand: We recommend to have a suite of filters depending on demand:supply ratio in a given moment/geo

Srishti

| Low ratio | Medium ratio | High ratio |
|---|---|---|







Hard filter

Hard filter + wait time

Enhanced Soft filter    or Mini-Reserve

CONFIDENTIAL

UBER_JCCP_MDL_003041012

Legal | **REDACTED - PRIVILEGED CLAWBACK**

# REDACTED - PRIVILEGED CLAWBACK

CONFIDENTIAL

Attorney Client Privileged and Confidential
UBER_JCCP_MDL_003041013

Slide 324 Comments

1

**REDACTED - PRIVILEGED**

*Daniel Kolta, 4/24/2024 07:56 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041014

Legal |

# REDACTED - PRIVILEGED

# REDACTED - PRIVILEGED

Attorney Client Privileged and Confidential
UBER_JCCP_MDL_003041015

CONFIDENTIAL

# Lyft Users | Awareness & usage is higher for Lyft Riders. Majority of Riders say they have been matched with a women 1 out of 3 trips

**Women + Connect Awareness (Lyft Users )**
Usage appear higher among Riders, and much lower on Earners



**Lyft's User Perception**
Positive Perception is also higher amongst Riders



**Women matching frequency**
In recent surveys 18 (3%) of 605 Lyft drivers, and 83 (13.7%) of 608 Lyft riders reported being matched through Women+ Connect.



Methodology: 600 Women Lyft Drivers & 600 Lyft Women Riders survey responses. All declared they do *not use* Uber (Including dual app).

CONFIDENTIAL

UBER_JCCP_MDL_003041016

# Lyft | Reception has been positive, with some detractors on gender discrimination and trans-phobic episode

## Lyft Earnings call
They mentioned positive gains but comparing stats to Uber internal data our metrics look better

## High amount of media coverage
Including Today Show,, with 33% of online mentions occurring on news & media sites

## Positive sentiment, with some reservations
Women expressed enthusiasm, though some raised concerns with the lack of gender verification controls. Other detractors viewed it as discriminatory or paternalistic.

## Backlash over trans/non-binary driver campaign
Negative backlash when Lyft partnered with trans/non-binary driver for a social campaign.



*Nytimes*
**New Lyft Feature Allows Women to Match Rides With Other Women**

The company said it hoped to improve safety and encourage more female drivers.

*Forbes*
**Lyft Expands Feature That Pairs Women And Non-Binary Riders And Drivers**

*Women's Social Media reaction was positive*

**DatSlaps** 😜
@iLuvWaa

FINALLY we can choose women drivers 🙌 😩 #Lyft #rideshare

**Allons-y** 🌈
@Journie_H

The Lyft women connect is my fav! The only time i truly feel safe whenever in using them

*Backlash over trans-woman partnership*



UBER_JCCP_MDL_003041017

# Lyft | Women + Connect is default on for new Woman and NB Riders

## Rider-facing feature

### Signup Flow



Gender gets collected at account creation flow as a **mandatory step for new users**

### Menu

### Profile



Feature is not actively prompted for new users (no pop-up screen or notifications); it does not live under Safety, but under account settings

### Women + Connect



**Default ON** for Women and NB Riders. Gender can be changed anytime

### Booking Flow



No change, no mention to Women or higher ETAs

CONFIDENTIAL

UBER_JCCP_MDL_003041018

# Lyft | On the Driver Side, preference needs to be manually turned on, and will keep on until toggled off

## Driver-facing feature

 

## Gender Settings & Access Control

- *"Access to Women+ Connect is based on the gender noted in the app.*
- *For drivers we import the gender marker from your driver's license on file.*
- *Both riders and drivers have the option to update their gender to reflect their gender identity."*

## Cancel Without Penalty

- *If you believe your rider doesn't match their profile when you arrive, you may be able to cancel the ride without a penalty.*

CONFIDENTIAL

UBER_JCCP_MDL_003041019



CONFIDENTIAL

UBER_JCCP_MDL_003041020

Scenario 2a

# Woman driver available, higher price than UberX

**Product selector**
Discover women driver only option

**Product selector**
Compare products and select Women driver only option

**Pickup refinement**
Confirm pickup spot

**Dispatch**
Wait to be matched to a woman driver

**Enroute**
A woman driver is on her way to pickup spot

**Arriving**
Women driver arrives at the pickup location











**FTUX**

CONFIDENTIAL

UBER_JCCP_MDL_003041021

# Option 2 | Pilot Hard Filter for Drivers, with Reserve only for Riders

For Drivers, launch Women Rider Preference



For Riders, Reserve only option





Estimated Reserve Reliability & Price for Women / Women Requests



Uber |

CONFIDENTIAL

332

UBER_JCCP_MDL_003041022

# Option 3 | Launch Soft Preference for Riders and Hard Filter for Drivers

For Riders, launch Soft Preference + Reserve



## Preference for women and non-binary drivers

We'll try out best to match you with women and non-binary drivers in your area.

Turn on Women Driver Preference

Your gender identity

Women driver preference

Ride types

## Reserve a women driver

Help support women drivers. We'll do our best to match you with a woman driver. If no women drivers are available, select how would you like to proceed.

Select replacement preference:

Match with any driver

Only match with women drivers

Apply

### How Soft Filter could work for Riders

- **Prioritize a woman driver** if any one of the possible dispatch plans is a woman driver.
- **Down ranks all non-women matches** without making them unavailable.
- If no women driver is available, **no downranking will happen**.
- **Risk: High adoption** for Women Riders having this on 100% of the time

| City | % Women Drivers | Women Demand/ Supply | ETA impact for WDP trips | ETA impact for the network | C2R impact for WDP trips | C2R impact for the network |
|------|-----------------|----------------------|--------------------------|----------------------------|--------------------------|----------------------------|
| Atlanta | | | | | | |
| Houston | | | | | | |
| Dallas | | | | | | |
| Las Vegas | | | | | | |

Updates delayed

Uber |

CONFIDENTIAL

333

UBER_JCCP_MDL_003041023

# Option 4 | Launch On Demand Flow + Reserve for Riders

**On demand Flow for Riders**
Immediate dispatch with same price as UberX if a
Woman Match is possible

 

**Reserve Flow for Riders**

If ETAs are higher than 30 min then the Reserve Flow
is triggered

 

Option 1: Product
selector toggle

Option 2: New product

Trip config

Select backup option    334

UBER_JCCP_MDL_003041024

# Option 4 | On Demand marketplace

Simulated Marketplace impact for On Demand option



CONFIDENTIAL

UBER_JCCP_MDL_003041025

# Hard filtering Simulations

Add methodology for this simulation



Uber |

CONFIDENTIAL

UBER_JCCP_MDL_003041026

# Discussion: Gender validation and Product access policies for Riders

## Product access

- **Who:** Product will be available to both women and non-binary riders.
- **How:** We will run gender inference model to identify women riders for Riders with Passive ID verified (name matching)
- **For riders with:**
  - Incorrectly inferred gender or
  - Who identify with a different gender

  can get access by signing a gender self declaration form.

Uber I

CONFIDENTIAL

## Gender Inference Model - details



Probability <5% - men

337

UBER_JCCP_MDL_003041027



CONFIDENTIAL

# Pilot cities

|  | Legal | Policy | Comms |
|---|---|---|---|
| Atlanta | | | ✓ |
| Miami | | | ✓ |
| Las Vegas | | | ✓ |
| Phoenix | REDACTED - PRIVILEGED | | ✓ |
| Philadelphia | | | ✓ |
| Houston | | | ✓ Slightly riskier given political climate |
| Dallas | | | ✓ Slightly riskier given political climate |
| LA <>Orange County | | | ✓ |

Uber |

339

UBER_JCCP_MDL_003041029

# Pilot feature options



| | Option 0 Lyft | Option 1 | Option 2 | Option 3 |
|---|---|---|---|---|
| | REDACTED - PRIVILEGED | | Product Recommendations | |
| **Drivers** | Soft Filters for Drivers | Hard filters for Drivers | Hard filters for Drivers | Hard filters for Drivers |
| **Riders** | Soft Filters for Riders | Soft Filters for Riders | Reserve only for Riders | Reserve + On demand for Riders |
| Safety Impact for Riders & Drivers | | | | |
| Comms Impact | | | | |
| Time to Market for Pilot | | | | |
| Marketplace Impact | | | | |
| Legal Risk | REDACTED - PRIVILEGED | | | |

Uber

CONFIDENTIAL

40

UBER_JCCP_MDL_003041030

# Pilot options



CONFIDENTIAL

UBER_JCCP_MDL_003041031

# Option 1: Launch Soft Preference for Riders and Hard Filter for Drivers

For Drivers, launch
Women Rider



## Overall matching process

- Matching is done in discrete batches.
- For each batch, a graph is created with all **potential matches.**
- Cost is assigned to each match using an objective function (OF).
- The graph is solved to minimize total cost and actual matches for dispatch are shortlisted.
- The matches are then offered to drivers using either Primary matching (1:1) method or the Trip radar method.

## Soft Filter

- The way soft filter works today is that it would match a woman driver to a woman rider if any one of the possible plans is a woman driver.
- Soft filter down ranks all non-women matches without making them unavailable.

342

Uber |

CONFIDENTIAL

UBER_JCCP_MDL_003041032

# Option 1: Simulated Marketplace impact

## Eligible Cities for 1st Pilot & Simulated Marketplace impact

| City | % Women Drivers | Women Demand/ Supply | Soft filter impact | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 5% adoption | | | | 30% adoption | | | |
| | | | ETA impact for WDP trips | ETA impact for the network | C2R impact for WDP trips | C2R impact for the network | ETA impact for WDP trips | ETA impact for the network | C2R impact for WDP trips | C2R impact for the network |
| Atlanta | | | | | | | | | | |
| Houston | | | | | | | | | | |
| Dallas | | | | | | | | | | |
| Las | Updates delayed - ETA Wed EOD | | | | | | | | | |
| Miami | | | | | | | | | | |
| Phoenix | | | | | | | | | | 343 |

Uber |

CONFIDENTIAL

UBER_JCCP_MDL_003041033

# Option 2: Pilot Hard Filter for Drivers, with Reserve only for Riders

For Riders, Reserve only option



For Drivers, launch Women Rider Preference



Uber |

CONFIDENTIAL

344

UBER_JCCP_MDL_003041034

# Option 2: Reserve reliability & pricing



Updates coming Wed EOD

source    345

CONFIDENTIAL

UBER_JCCP_MDL_003041035

# Option 3: Pilot Hard Filter product for Riders + Drivers

## On demand Flow for Riders
Immediate dispatch with same price as UberX if a Driver is available

 

## Reserve Flow for Riders

If ETAs are higher than 30 min then the Reserve Flow is triggered

 

Option 1: Product selector toggle

Option 2: New product

Trip config

Select backup option      346

CONFIDENTIAL

UBER_JCCP_MDL_003041036

# Option 3: Pilot Hard Filter product for Riders and Drivers

**Eligible Cities for 1st Pilot & Simulated Marketplace impact**



Updates delayed - ETA Wed EOD

347

UBER_JCCP_MDL_003041037

# Option 3: Pilot Hard Filter product for Riders and Drivers

## Eligible Cities for 1st Pilot & Simulated Marketplace impact

| City | % Women Drivers | Women Demand/ Supply | Hard filter impact | | | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|
| | | | 5% adoption | | | | 30% adoption | | | |
| | | | ETA impact for WDP trips | ETA impact for the network | C2R impact for WDP trips | C2R impact for the network | ETA impact for WDP trips | ETA impact for the network | C2R impact for WDP trips | C2R impact for the network |
| Atlanta | | | | | | | | | | |
| Houston | | | | | | | | | | |
| Dallas | | | | | | | | | | |
| Las Vegas | | | | | | | | | | |
| Miami | | | | | | | | | | |
| Ube | | | | | | | | | | 348 |
| Pho | | | | | | | | | | |

Updates delayed - ETA Wed EOD

CONFIDENTIAL

UBER_JCCP_MDL_003041038

# Lyft's Q1,2024 Earnings - Transcript

- Following our nationwide rollout of Women+ Connect in the first quarter, women and nonbinary driver activations increased by nearly 24% year over year. This has continued to be one of Lyft's highest-graded features and most drivers do tell us -- who use it tell us they feel safer when driving, which is super important, one of our key objectives. As a result of all of these moves, Lyft had more drivers use our platform in Q1 than we've had in about four years, and driver hours have returned to 2019 levels. And I can tell you, in addition, that over these past few weeks, driver hours have reached new all-time highs.

- So, these will be familiar because I've talked about them before, but Women+ Connect is incredibly important to us, incredibly important to us. We have -- one of the stories I heard recently was a woman saying, "I can now finally take a nap in the Lyft." A nap in a Lyft, something that men have enjoyed for years and women haven't so much. And we can see what that does both on the rider side but also at the driver side, something like 24% of our new -- I think we've got about 20,000 new Women+ Connect drivers just in the last couple of months. And it's some of 24%, maybe even 26% of a meaningful percentage of our new applicants to be drivers are women higher than we've seen in the past.

CONFIDENTIAL

# Uber Riders | **Option to select Women Drivers have been an old request from Women Riders, �_ say they want it**



### A guarantee women match is favoured when the concern is about the Driver

When there are concerns related to interactions with the driver, riders prefer a guaranteed match with a woman driver.



### Late night social events, late night after work & bars

Opting for a Women Driver would be mostly used in these situations when Women Riders might feel more vulnerable.



### ▮ would wait extra up to ▮ more to get a Women Driver

▮ said they would wait at least ▮ for a Women Driver.

CONFIDENTIAL

UBER_JCCP_MDL_003041040

Slide 350 Notes

**Long-waited feature:**
But it has always been a challenge from a supply and Legal perspective.

**Willing to wait & pay:** Women Riders want to use it in specific times of day, are ok with waiting more and paying more

CONFIDENTIAL

UBER_JCCP_MDL_003041041

# Uber Riders | A Women Driver Option's value extends beyonds regular Rides, to new segments



## Uber Teens: Parents want this option for their teenage daughters

Parents are willing to wait and pay more as girls are treated with higher sensitivity when it comes to access to ride hailing services

## Younger Kids, Families, Special Assistance & Caregivers

Value extends to men Riders that would like to have the option to request for their family members – wife, sister, grandma, family member with specific needs.

CONFIDENTIAL

UBER_JCCP_MDL_003041042

# Uber Earners | Safety #1 barrier for prospective Women Earners in the US; ▮▮▮ drivers said option would make them drive more



**Drivers want a guarantee woman match for vulnerable situations**

Late night (▮▮▮), early morning ▮▮▮) and unknown areas ▮▮▮).



**Having an option would incentivize Earners to drive more because they can manage the risk**

▮▮▮ mentioned that having this options would increase how much they would drive for Uber



**Women Drivers are aware and willing to wait more to get matched with Women Rider**

▮▮▮ of Women Drivers said they'd be willing to wait longer, on top of the regular waiting time for a match



CONFIDENTIAL

# Research goals and methodology

## Questions to be answered

**What users want & when**
Understand different use cases and adoption for Hard vs Soft
Preference

**Willingness to wait & pay**
Are Women willing to wait more or pay more for a Women match?

**Potential for usage increase**
How this would make them use Uber more / drive more vs
competitors?

**Potential for rider / earner growth**
Would this attract new customers and new women drivers?

**Feedback from men**
How do men feel about an option like this?

**Gender inclusivity**
Non-binary and gender inclusivity measures feedback, how to
determine and verify gender

**Methodology**

600 Uber Riders

600 Uber Drivers

1800 Non-uber Riders, Drivers , Couriers

Markets: US only

CONFIDENTIAL

UBER_JCCP_MDL_003041044

# Option 3: Pilot Hard Filter product for Riders and Drivers

## Eligible Cities for 1st Pilot & Simulated Marketplace impact

| City | % Women Drivers | Women Demand/Supply | Hard filter impact | | | | Soft filter impact | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 5% adoption | | 30% adoption | | 5% adoption | | 30% adoption | |
| | | | ETA impact for WDP trips | ETA impact for the network | ETA impact for WDP trips | ETA impact for the network | ETA impact for WDP trips | ETA impact for the network | ETA impact for WDP trips | ETA impact for the network |
| Atlanta | | | | | | | | | | |
| Houston | | | | | | | | | | |
| Dallas | | | | | | | | | | |
| Las Vegas | | | | | | | | | | |
| Miami | | | | | | | | | | |
| Ube Los | | | | | | | | | | 354 |

**Updates coming monday EOD**

CONFIDENTIAL

UBER_JCCP_MDL_003041045

# Scenarios discussion

Ideal solution should optimize for

## High Safety & Comms Impact

We want to have a stronger product in the US Market that addresses core Women concerns - Riders & Drivers.

## Fast Time to market

We'd like to respond fast, as we're late to the game in the US market

## Good Marketplace reliability

In the US only 20% of active drivers are women. What kind of product could work at scale?

**REDACTED - PRIVILEGED**

CONFIDENTIAL                                                          UBER_JCCP_MDL_003041046

# Reception has been positive in the media, and Lyft is anchoring on the benefit for Earners rather than Riders

## Earnings Calls mentions

One of Lyft's highest-rated features, and most drivers who use it tell us they feel safer while driving with Lyft.

- Women and non-binary driver **activations increased by ~ 24%** ; 20K new Women+ Connect drivers just in the last couple of months.

- **24% of new driver applicants are women**, higher than in the past.

- **67% of eligible drivers** (~15% of their total supply) have opted in

- Drivers using it **keep the feature on 99% of the time**



Allons-y
@Joumia_H

The Lyft women connect is my fav! The only time I truly feel safe whenever in using them



DatSlaps
@iLuvVisa

FINALLY we can choose women drivers 🚗 💜 #Lyft #rideshare

## Reception

High amount of **media coverage**, including Today Show,, with 33% of online mentions occurring on news & media sites

Main sentiment **was positive**, with some detractors (mainly men) regarding discrimination, and how gender is (not) verified.

Initial launch media reach and social volume was **higher than Teen Accounts** launch and just behind Go/Get 2023

Since Women+ national launch in Feb 2024:

- Generally positive reaction (79% positive/neutral) in traditional and social media with users posting about their experience
- Negative backlash when Lyft partnered with trans/non-binary driver for a social campaign



UBER_JCCP_MDL_003041047

# Despite significant efforts, Women's Safety Sentiment remains a big challenge

 





**Woman Leaving 'Hair and Fingerprints' in Every Uber Sparks Safety Debate**

Teens On TikTok Have Created Fake Phone Calls To Help Women In Sketchy Ubers

CONFIDENTIAL

UBER_JCCP_MDL_003041048

# And we don't have to look far

*"I won't do employee driving as a woman, I would if I could only drive women"*
Uber Employee, Ops

*"We want to choose a woman driver for our teenage daughter"*
Parent, during Sachin's PTA convention in California.

*"My sister just told me she is now using Lyft because of the new Women Preference"*
Niti Bashambu, Product Director

**of Women** Riders and Drivers said they want a feature that allows them to select or prefer a woman match

agree that the feature has the potential to make them **feel safer using rideshare** and
Signal that a company is **committed to safety**

Research Details & Source

CONFIDENTIAL

UBER_JCCP_MDL_003041049

# Earner Insights | **In Latam where Women Rider Preference is live, 35% MaD use it; highest usage in ELC women drivers**

In Latam, adoption amongst women drivers is over 30%.

Most Women Earners who use this filter in Latam use for 90% of their trips in a monthly basis.

| WRP Adoption | BR | MX | CAN | AUS |
|---|---|---|---|---|
| Ever tried the feature | 60% | 62% | 40% | 12% |
| Used it in a month (Apr/24) | 34% | 35% | 12% | 4% |
| % have it on for 90% of trips (Apr/24) | 55% | 51% | 32% | 30% |

Higher usage of the WRP feature in Earners that are starting their journey with Uber

% of Brazil Women Rider Prefered Trips in drivers tenure cohorts



Tenure

Women Earners who use the filter have stayed longer in the Platform

% of Drivers sliced by tenure on the platform



— Men  — Women Never used WRP  — Women Used WRP

CONFIDENTIAL

UBER_JCCP_MDL_003041050