# Exhibit P

# Part 2

# Earner Insights | **Safety Incident Rate, as expected, is much lower for Women-Women matches**

**-60%**

Sexual IR compared to Women Driver Trips with the Filter OFF

**-72%**

Sexual Incident Rate compared to regular Men Driver Trips

Even though data is observational only, we do expect those trips to be in general safer

SA/SM Incident Rates



Updates coming monday EOD

# After a WRP comms campaign, 7.9% of churned women drivers took a higher rides trip within 14D



No comms

We tested WRP comms across different women driver cohorts to understand how different groups respond to this messaging. The churn cohort generated strong impact on Rides Trip Rate.



Uber | 2023 CRM XP Learnings

CONFIDENTIAL

*Note: 90% 2-tail Confidence Intervals & Green: Stat Sig; Source* 361

UBER_JCCP_MDL_003041052

## Slide 361 Notes

Impact of safety messages across cohorts:

- In partnership with Cande, we run a series of baseline **WPR tests** targeting women drivers in eligible markets outside of the US to see whether this message drives a significant impact on rides metrics.
- We found that **only the churned cohort** responded well to this message which is reflected in the 14D Rides Trip Conversion lift. This is a cohort that we don't engage much with and due to their inactivity with the platform, they are less likely to discover new features like WRP in the app by themselves. By learning about the new women-to-women feature, the women drivers who were preoccupied with safety concerns felt empowered to go back to the platform and resume earning with Uber.
  - There was a positive lift in WRP metrics too: 14D Women Rider Preference feature utilization rate:
- In the US, WRP is not live due to regulatory concerns. Given that is our biggest market, however, we still wanted to test **safety features** that would be more relevant to women earners concerned about their safety on the road.
- Research told us that while men and women have similar experiences and barriers to driving - **who they are picking up matters more to women**. That's why we talked about verified rider accounts and preventative features such as registering a dashcam. However, we didn't observe a lift in Rides FTR. We think that AnFT drivers might not be ready to consider using such features given that they have not yet experienced the platform and it might even increase concerns around interacting with passengers.
  - When breaking the results into fresh and stale AnFT users, we find that the fresh cohort drives a directionally negative impact on 14D Rides FTR                      which is in line with our interpretation of results.
  - We haven't scaled this XP due to its flat results but we continue raising awareness around safety features in lifecycle comms because it's good for the user.
- Main takeaway: by communicating about safety features, different cohorts respond differently. More testing is needed to determine when

UBER_JCCP_MDL_003041053

## Slide 361 Notes (Continued)

and how to market safety features for women earners to maximize conversion (and avoid raising any safety concerns around transporting passengers).

CONFIDENTIAL

UBER_JCCP_MDL_003041054

# Research goals and methodology

1. **Hard Filter**

A feature toggle that offers a Guarantee Match with a Woman (Rider or Driver). Can be turned on / off.

2. **Soft Preference (What Lyft offers today)**

A settings that users can turn on to increase the chance of being matched with a Woman (Rider or Driver)

**Methodology**

600 Uber Riders

600 Uber Drivers

1800 Non-uber Riders, Drivers , Couriers

Markets: US only

CONFIDENTIAL

UBER_JCCP_MDL_003041055

# SASM Incident Rate by Gender | When drivers and riders have the same gender, the incident rate tend to be almost 2x lower.



Combined - Rider and Driver reported

Rider reported

**Male drivers tend to have the highest sasm rate** reported against them when the rider is female

Driver reported

**Male riders tend to have the highest sasm rate** reported against them when the driver is female

This analysis is not a causal analysis as it is not controlling for different risk factors that could impact incident rate in all groups; Trips from 2024-01-01 to 2024-05-20

CONFIDENTIAL

UBER_JCCP_MDL_003041056

Every 68 seconds another American is sexually assaulted, and 90% of them are Women.

At Uber, Sexual Incident Rates are ▮▮▮ **higher when reported by women against men** (Riders and Drivers).

**Women are ▮▮▮ of the survivors** of Non-Consensual Sexual Penetration incidents at Uber.

Data Refinement is WIP:

Let's get full 2023 IR and total volumes for :
- Sexual Incidents All severity
- Serious SA/SM
- Critical SA/SM

ETA: Monday

CONFIDENTIAL

Slide 364 Notes

In the World 97% of sexual assault survivors in the world are Women (RAINN).

CONFIDENTIAL

UBER_JCCP_MDL_003041058

# Women's Safety Perception remains a big challenge

Women are always on guard when it comes to interactions with male drivers and assaults on riders and drivers remain a media focus

Time of day, location and driver behavior - even just a wrong turn - can trigger an escalation

Social media trends like leaving "DNA" behind, faking a call, and checking if doors are locked add to rider fear and paranoia

**Woman Leaving 'Hair and Fingerprints' in Every Uber Sparks Safety Debate**





UBER_JCCP_MDL_003041059

## Slide 365 Notes

In the World 97% of sexual assault survivors in the world are Women (RAINN).

CONFIDENTIAL

UBER_JCCP_MDL_003041060

# Legal POV

CONFIDENTIAL

UBER_JCCP_MDL_003041061

# REDACTED - PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003041062

Slide 367 Comments

1

**REDACTED - PRIVILEGED**

*Daniel Kolta,  4/24/2024 07:56 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041063

# REDACTED - PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003041064

# REDACTED - PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003041065

# Scenario discussion

| Scenario 0: Launch Soft Filters for Riders & Drivers | Scenario 1: Launch Hard Filter for Riders & Drivers | Scenario 2: Launch both Hard & Soft Filter for Riders & Drivers |
|---|---|---|
| | | |

Uber |

CONFIDENTIAL

UBER_JCCP_MDL_003041066

# Deck Flow

1. **Story**
   - Why is the product important?
   - What is the current women driver rider sentiment?
   - What is the incident data on women riders/drivers?

2. **What are our users telling us?**
   - Driver UXR insights
   - Rider UXR insights
   - WRP data insights in countries where its live

3. **Competition**
   - What has Lyft done?
   - Impact/Loopholes of Lyft's product - Objective, Subjective
   - Other competitors

4. **What is our proposal?**
   - Product options
   - Our options along with inputs on marketplace viability, time to build, legal/policy/comms inputs + pros and cons
   - Our recommendation and next step proposal

CONFIDENTIAL

UBER_JCCP_MDL_003041067

# Paths forwards for Uber





## 1. Women <u>earners</u>

Empower women earners to drive with their gender preference on the platform

## 2. Women <u>riders</u>

Make it easier for women riders to get matched with women drivers

CONFIDENTIAL

UBER_JCCP_MDL_003041068

Product options

# Options for earners

### Hard filter
Toggle feature on/off

### Soft filter
Select between multiple preferences

# Options for riders

### Hard filter (on demand)
Let riders get a trip immediately

### Hard filter (reserve)
Let riders reserve women drivers 1 hour before

### Soft filter
Select between multiple preferences











CONFIDENTIAL

UBER_JCCP_MDL_003041069

Range of C/R / Women Demand / Supply Ratio

CONFIDENTIAL





**Hard filter**

Toggle one option on or off

**Soft filter**

Select between multiple
preferences

Uber | Presentation name

CONFIDENTIAL

375

UBER_JCCP_MDL_003041071



## Hard filter (on demand)

Let riders get a trip immediately



## Hard filter (reserve)

Let riders reserve women drivers
1 hour before



## Soft filter

Select between multiple
preferences

CONFIDENTIAL

UBER_JCCP_MDL_003041072

# For Earners | **We have a good proven product with Woman Rider Preference, a superior product to Lyft in terms of Safety**



| | Scenario 1: Expand Existing WRP to US | Scenario 2: Inclusion of Soft Preference US / global |
|---|---|---|
| Safety Product | WIP | WIP |
| US Legal Risk | REDACTED - PRIVILEGED | |
| US Policy | | |
| US Comms | | |



**Scenario 1:** Expand Existing WRP



**Scenario 2:** Inclusion of Soft Preference

CONFIDENTIAL

UBER_JCCP_MDL_003041073

# Competition

CONFIDENTIAL

UBER_JCCP_MDL_003041074

# Reception has been positive, and Lyft is anchoring on the benefit for Earners rather than Riders

## Reception

High amount of **media coverage,** including Today Show,, with 33% of online mentions occurring on news & media sites

Main sentiment **was positive**, with some detractors (mainly men) regarding discrimination, and how gender is (not) verified.

Since Women+ national launch in Feb 2024:

Generally positive reaction (79% positive/neutral) in traditional and social media with users posting about their experience
Negative backlash when Lyft partnered with trans/non-binary driver for a social campaign.





FINALLY we can choose women drivers 🚗 🔒 #Lyft #rideshare



**Allons-y**
@Journie_N

The Lyft women connect is my fav! The only time I truly feel safe whenever in using them



## Lyft's Earnings Calls mentions

One of Lyft's highest-rated features, and most drivers who use it tell us they feel safer while driving with Lyft.

- Women and non-binary driver **activations increased by ~ 24%** ; 20K new Women+ Connect drivers just in the last couple of months.

- **24% of new driver applicants are women**, higher than in the past.

- **67% of eligible drivers** (~15% of their total supply) have opted in

## Uber's Women Earners data (US only)

- Women activations increased by ▇ in Q1, and XXk new women drivers joined in Feb and March.

- X% of new driver applicants were women in Q1, up from Y% From Q1/23

CONFIDENTIAL

# Lyft | **Women+ Connect is a both Driver and Rider preference feature to prioritize matching between women and non-binary pairs**

2

## How the product works

- Launched in **September, 2023, live in all US cities.**

- Allows women and non-binary drivers and riders to **prioritize matching** between each other.

- Opt-in feature for existing riders; default on for new riders based on gender. Gender is self-declared at onboarding.

CONFIDENTIAL

UBER_JCCP_MDL_003041076

Slide 380 Notes

**How do I turn it on or off?**
Women and nonbinary passengers are automatically opted-in to Women+ Connect. To change your preferences:

1. Open the menu icon in the top-left corner.
2. Tap 'View profile.'
3. Tap the pencil icon in the top-right corner.
4. Tap 'Gender.'
5. At the bottom of this page, look for a toggle that says 'Women+ Connect'.

You can turn this on or off at any time. When turned on, Women+ Connect will allow you to be matched with more women and nonbinary drivers.

Slide 380 Comments

1        @bajaj@uber.com @mariana.esteves@uber.com
         @natalia.galvez@uber.com

# REDACTED - PRIVILEGED

*Daniel Koita, 4/23/2024 08:06 PM*

CONFIDENTIAL                                                              UBER_JCCP_MDL_003041077

## Slide 380 Comments (Continued)

2       **Noted**
        *Srishti Bajaj,  4/23/2024 08:06 PM*

UBER_JCCP_MDL_003041078

# Lyft | **What has Lyft claimed?**

### Lyft Earnings - Q1, 2024

- Women and non-binary driver activations increased by nearly 24% y-o-y.
- One of Lyft's highest-rated features, and most drivers who use it tell us they feel safer while driving with Lyft.
- 20K new Women+ Connect drivers just in the last couple of months.
- 24% of new driver applicants are women, higher than in the past.

### Lyft Earnings - Q4, 2023

- **67%** of eligible drivers (~15% of their total supply) have opted in
- Drivers using Women+ Connect keep the feature on **99% of** the time
- Women+ Connect is one of Lyft's **highest-rated** driver features
- **7 million** Women+ Connect rides have been completed to-date.
- **Double-digit increases** in women driver sign-ups in pilot markets

CONFIDENTIAL

UBER_JCCP_MDL_003041079

Slide 381 Notes

**How do I turn it on or off?**

Women and nonbinary passengers are automatically opted-in to Women+ Connect. To change your preferences:

1. Open the menu icon in the top-left corner.
2. Tap 'View profile.'
3. Tap the pencil icon in the top-right corner.
4. Tap 'Gender.'
5. At the bottom of this page, look for a toggle that says 'Women+ Connect'.

You can turn this on or off at any time. When turned on, Women+ Connect will allow you to be matched with more women and nonbinary drivers.

CONFIDENTIAL

UBER_JCCP_MDL_003041080

# Lyft | **Women + Connect Reception was generally positive with some backlash over discrimination against men**

## High Media Coverage

The Lyft Women+ Connect announcement generated a high amount of media coverage, with 33% of online mentions occurring on news & media sites.

In comparison, Go Get 2023 was 19% News and the Uber Teen Announcement was 27% News.

## What is our POV

## Positive user reception, with some detractors

█████ riders agree that the feature has the potential to: Make them feel safer using rideshare

█████ riders say that they would use a rideshare app more frequently if the company were to offer this feature.

████of men drivers agree that the feature discriminates against men. ████ of men riders share that sentiment.)

CONFIDENTIAL

UBER_JCCP_MDL_003041081

Slide 382 Notes

**How do I turn it on or off?**

Women and nonbinary passengers are automatically opted-in to Women+ Connect. To change your preferences:

1. Open the menu icon in the top-left corner.
2. Tap 'View profile.'
3. Tap the pencil icon in the top-right corner.
4. Tap 'Gender.'
5. At the bottom of this page, look for a toggle that says 'Women+ Connect'.

You can turn this on or off at any time. When turned on, Women+ Connect will allow you to be matched with more women and nonbinary drivers.

CONFIDENTIAL

UBER_JCCP_MDL_003041082

Lyft | **xx**

**Soft Preference Ambiguity**

The fact that is default on for Women Riders after signup signals that the Preference might not be too enforcing on the Rider side.

**What Lyft Claims**

They pinpoint this feature is responsible for the increase in Women and non-binary, say this is adopted by 67% of women drivers 90% of the time

**User's feedback**

Great positive perception, minor user pushback on discrimination claims and on how gender definition is very loose.

**REDACTED - PRIVILEGED**

CONFIDENTIAL

UBER_JCCP_MDL_003041083

Slide 383 Notes

**How do I turn it on or off?**

Women and nonbinary passengers are automatically opted-in to Women+ Connect. To change your preferences:

1. Open the menu icon in the top-left corner.
2. Tap 'View profile.'
3. Tap the pencil icon in the top-right corner.
4. Tap 'Gender.'
5. At the bottom of this page, look for a toggle that says 'Women+ Connect'.

You can turn this on or off at any time. When turned on, Women+ Connect will allow you to be matched with more women and nonbinary drivers.

CONFIDENTIAL

UBER_JCCP_MDL_003041084

To discuss: add 1 slide on how users feel about soft Preference vs hard filter

CONFIDENTIAL

UBER_JCCP_MDL_003041085

# Competition | **Lyft has innovated and created its own category with Soft Preferences, but other players offer options too**

|  | Uber | Lyft | Didi | Bolt |
|---|---|---|---|---|
| **Rider Hard Filter** |  |  |  | SA, Poland, Romenia |
| **Rider Soft Preference** |  | US |  |  |
| **Driver Hard Filter** | CAN, BR, MX, AUS, SA, MEA |  | Latam Markets, AUS | SA, Poland, Romenia |
| **Driver Soft Preference** |  | US |  |  |
| Add logos of other smaller players | | | | |

**Uber** already has a solution for Drivers available in key markets, that is easily extensible globally. **Didi** has the exact same product as Uber.

**Lyft's** Soft Preferences have strong user sentiment but it's hard to assess how it works and its impact on safety.

**Bolt** is the only player that took a chance in the Hard Filter feature for Riders.

**Smaller Local Competitors** are pivoting to include Child transportation and elderly care (Safr - US, HopskipDrive - US, Lady Driver- BR).

CONFIDENTIAL

Legal
Policy
User Experience - Rider and Driver
Pros and Cons - Hard vs Soft vs Reserve

CONFIDENTIAL

UBER_JCCP_MDL_003041087

# For Riders | **xx**



WIP

CONFIDENTIAL

## Paths Forward for Uber

### Rider Side

WIP

All Riders

- Launch Hard Filter
- Launch Soft Preference
  (Match Lyft)

Teens / Older Adults / Other
Segments:
- Launch Hard Filter

**REDACTED - PRIVILEGED**

### Driver Side

Continue Expanding WRP
Hard Filter
(already live in Can, BR, MX, AUS)

Match Lyft With a Soft
Preference Option

**REDACTED - PRIVILEGED**

CONFIDENTIAL

What we need:

- **Better intro regarding state of Women's safety**
    - Start with an incident Story?
    - Bring Women risk perception to the front.
    - What other hard data we want
        - P0 is 2023 reported by Woman Driver / Rider

- **Updated UXR results:** Report will be ready by Monday
    - What we will have:
        - External users results
        - Internal user results
        - Riders and Drivers
        - Include insights on Lyft
- **Proposal;**
    - Multiple decision factors / pros - cons:
        - Time to build / time to market
        - Positioning against Competition / Comms Impact
        - Marketplace viability
        - Legal & Policy
    - What is the Product POV on path forward:
        - Scenario 1: Launch faster, respond with something better than Lyft
            - Hard Filter for drivers, Hard Filter for Riders (On demand & Reserve Pilot)
                - What are the markets we could launch in
        - Scenario 2: Take longer to build a more complete offering:
            - Hard & Soft for both
            - What are the markets we could pilot in

CONFIDENTIAL

UBER_JCCP_MDL_003041090

https://www.theverge.com/2022/1/1
8/22878214/uber-lyft-women-
drivers-sexual-assault-harassment-
safety

**Tiktop viral video on woman having
to leave her fingerprints in the car in
case she goes vanished - 17 M
views**

**Point on bad reputation on safety**

https://www.tiktok.com/@eviemareee/video/718902
5993045118210

https://www.newsweek.com/woman-hair-fingerprints-
uber-car-safety-debate-tiktok-video-1764635

https://abcnews.go.com/Technolog
y/video/women-rideshare-drivers-
facing-sexual-assault-harassment-
90037537

CONFIDENTIAL

UBER_JCCP_MDL_003041091

## Slide 390 Notes

I've seen these videos trending too: https://www.tiktok.com/@themominyourpocket/video/7048096638233201967?lang=en

Of people pretending to be on a FaceTime call

https://www.dailymail.co.uk/femail/article-8942335/TikTok-users-record-fake-FaceTime-calls-viewers-play-think-theyre-danger.html

CONFIDENTIAL

UBER_JCCP_MDL_003041092

# UXR Insights | **Option to select Women Drivers have been an old request from Women Riders, ▮▮▮▮ say they want it**



### A woman is desired when the concern is related to the Driver

When driver concerns are higher than environmental and situational concerns, riders favor: guarantee match with woman driver.



### Late night social events, late night after work & bars

Opting for a Women Driver would be mostly used in these situations when Women Riders might feel more vulnerable.



### ▮▮▮▮ would wait extra up to ▮▮▮▮ more to get a Women Driver

▮▮▮ said they would wait at least ▮▮▮▮▮▮ for a Women Driver.



CONFIDENTIAL

UBER_JCCP_MDL_003041093

Slide 391 Notes

**Long-waited feature:**
But it has always been a challenge from a supply and Legal perspective.

**Willing to wait & pay:** Women Riders want to use it in specific times of day, are ok with waiting more and paying more

CONFIDENTIAL

Women Rider Preference

**WIP - needs policy review**

# Legal, Policy, Comms Considerations



CONFIDENTIAL

UBER_JCCP_MDL_003041095

What we have done for Women's Safety:

- Safety Tools: recording, Trusted contacts, safety preferences, sharing location, live agent support
- Driver Identity efforts
- Rider Identity efforts

- Has that led to downward trend on reported by women SA/SMs?

- In Markets

CONFIDENTIAL

# User Insights | **Women Rider Preference Trips has lower incident Rates compared to general Women Earner trips**

**Safety incident numbers: % lower incident for WRP on vs Off and compared to male drivers.**

CONFIDENTIAL

UBER_JCCP_MDL_003041097

# How Does Uber Compare with Competition in key markets

## Key Insights

1. Uber already has a solution for Drivers available in key markets, that is easily extensible globally.

2. Lyft Created it's own "category". Soft Preferences have strong user sentiment but it's hard to assess how it works and it's impact on safety.

3. In many markets we see smaller competitors that provide Women Drivers, and that are also pivoting to include Child transportation and elderly care (Safr - US, HopskipDrive - US, Lady Driver- BR).

|  | Uber | Lyft | Didi | Bolt |
|---|---|---|---|---|
| **Rider Hard Filter** |  |  |  | SA, Poland, Romenia |
| **Rider Soft Preference** |  | US |  |  |
| **Driver Hard Filter** | CAN, BR, MX, AUS, SA, MEA |  | Latam Markets, AUS | SA, Poland, Romenia |
| **Driver Soft Preference** |  | US |  |  |

CONFIDENTIAL

UBER_JCCP_MDL_003041098

# Context | **Although Incidents are rare, Women's Safety Perception can be easily impacted by a variety of signals**



| Small discomfort | Medium discomfort | High discomfort | Fear | Panic |
|---|---|---|---|---|
| "A friend ordered an Uber late at night just for her | ...the driver arrived and his car had tinted windows | ...she noticed he looked at her from the mirrors | ...he started driving too fast and she saw the doors were locked | ...she panicked and demanded him to go back to her pick-up address!" |

**This story was scary, but it** **lead into an** incident

Lídia, Salvador, BR, Female

"There might be times where I get a ride to avoid being out in the street to feel safer. But then the driver might look at you differently, they might make some jokes that you don't like. **You might feel uncomfortable. We realize that we're not safe, even when you're getting in an Uber.**"

Current Rider, Brazil

"They'll ask me what perfume I'm wearing and they'll be like, you look really nice tonight, and [that] kind of crosses the line. ... **An Uber ride should be transactional.**"

Current Rider, US

"If we're on a sketchy road or we seem like we're in a weird area, **my gut instinct is like, 'I hope that he's actually taking me where he says he's taking me.'** So then, I'm much more hypersensitive of who my driver is."

Current Rider, US

CONFIDENTIAL

# To sum up, risk perception adds all these factors but still can lead to errors



| Small discomfort | Medium discomfort | High discomfort | Fear | Panic |
|---|---|---|---|---|
| "A friend ordered an Uber late at night just for her | ...the driver arrived and his car had tinted windows | ...she noticed he looked at her from the mirrors | ...he started driving too fast and she saw the doors were locked | ...she panicked and demanded him to go back to her pick-up address!" |

Lídia, Salvador, BR, Female

## This story was scary, but it          lead into an incident

Cognitive research shows that people's risk perception have a gap (they may feel safe in situations that are dangerous, and fear situations that are harmless). This also may vary a lot based on their internal biases and context (other riders probably would not have the same reaction in this situation).  Still, the rider was in panic and demanded to end the ride (which could escalate into a serious IPC). So,                                                                                    ?

Source: The risk perception gap; David Ropeik; Article

CONFIDENTIAL

UBER_JCCP_MDL_003041100

# Context | **Although Incidents are rare, Women's Safety Perception can be easily impacted by a variety of signals**



| Small discomfort | Medium discomfort | High discomfort | Fear | Panic |
|---|---|---|---|---|
| "A friend ordered an Uber late at night just for her | ...the driver arrived and his car had tinted windows | ...she noticed he looked at her from the mirrors | ...he started driving too fast and she saw the doors were locked | ...she panicked and demanded him to go back to her pick-up address!" |

Lídia, Salvador, BR, Female

## This story was scary, but it incident

### lead into an

*"There might be times where I get a ride to avoid being out in the street to feel safer. But then the driver might look at you differently, they might make some jokes that you don't like.* **You might feel uncomfortable. We realize that we're not safe, even when you're getting in an Uber."**

Current Rider, Brazil

*"They'll ask me what perfume I'm wearing and they'll be like, you look really nice tonight, and [that] kind of crosses the line. … An Uber ride should be transactional."*

Current Rider, US

*"If we're on a sketchy road or we seem like we're in a weird area,* **my gut instinct is like, 'I hope that he's actually taking me where he says he's taking me.'** *So then, I'm much more hypersensitive of who my driver is."*

Current Rider, US

CONFIDENTIAL

# UXR Insights | **Option to select Women Drivers have been an old request from Women Riders,** ▮▮▮ **say they want it**



### A woman is desired when the concern is related to the Driver

When driver concerns are higher than environmental and situational concerns, riders favor: guarantee match with woman driver.

 

### Late night social events, late night after work & bars

Opting for a Women Driver would be mostly used in these situations when Women Riders might feel more vulnerable.





### ▮▮▮ would wait extra up to ▮▮▮ more to get a Women Driver



said they would wait at least ▮▮▮ for a Women Driver.

CONFIDENTIAL

Slide 399 Notes

**Long-waited feature:**
But it has always been a challenge from a supply and Legal perspective.

**Willing to wait & pay:** Women Riders want to use it in specific times of day, are ok with waiting more and paying more

CONFIDENTIAL

UBER_JCCP_MDL_003041103

# Lyft | **Women+ Connect is advertised as a Soft Filter Preference to increase the matching between Women and Non-binary pairs.**

### Riders' Version




### Drivers



CONFIDENTIAL

UBER_JCCP_MDL_003041104

Slide 400 Notes

**How do I turn it on or off?**

Women and nonbinary passengers are automatically opted-in to Women+ Connect. To change your preferences:

1.  Open the menu icon in the top-left corner.
2.  Tap 'View profile.'
3.  Tap the pencil icon in the top-right corner.
4.  Tap 'Gender.'
5.  At the bottom of this page, look for a toggle that says 'Women+ Connect'.

You can turn this on or off at any time. When turned on, Women+ Connect will allow you to be matched with more women and nonbinary drivers.

CONFIDENTIAL

UBER_JCCP_MDL_003041105

# Every 68 seconds another American is sexually assaulted, and 90% of them are Women.

At Uber Sexual Incident Rates are ███ higher for women Riders and Drivers.

**Nearly 44% of women in the US have been a victim of sexual violence in their lifetime. (CDC)**

One quarter of undergraduate women say they have been victims of sexual touching or penetration without consent.



CONFIDENTIAL

## Slide 401 Notes

In the World 97% of sexual assault survivors in the world are Women (RAINN).

CONFIDENTIAL

UBER_JCCP_MDL_003041107

# **Non-serious SA/SM** Incident Rate by Reporter Gender

Rider Reporter
Trips from 2023-01-01 to 2023-10-31 (source)

Driver Reporter
Trips from 2023-01-01 to 2023-10-31 (source)





Note: LatAm and US&C have high driver gender coverage (>90%), APAC and EMEA have limited rider gender info

CONFIDENTIAL

UBER_JCCP_MDL_003041108

# UXR Insights | **Although Incidents are rare, Women's Safety Perception can be easily impacted by a variety of signals**

**Women are always on guard when it comes to interactions with male drivers**

*"The **driver might look at you differently, they might make some jokes that you don't like.** You might feel uncomfortable. We realize that we're not safe, even when you're getting in an Uber."*

**Current Rider, Brazil**

*"**They'll ask me what perfume I'm wearing and they'll be like, you look really nice tonight**, and [that] kind of crosses the line. … An Uber ride should be transactional."*

**Current Rider, US**

**A truly scary story,**         **to an incident**



| Small discomfort | Medium discomfort | High discomfort | Fear | Panic |
|---|---|---|---|---|
| "A friend ordered an Uber late at night just for her | …the driver arrived and his car had tinted windows | …she noticed he looked at her from the mirrors | …he started driving too fast and she saw the doors were locked | …she panicked and demanded him to go back to her pick-up address!" |

*Lidia, Salvador, BR, Female*

CONFIDENTIAL

Slide 403 Notes

How Driver looks at you, what they ask you, how they driving, what route they took, what music they're listening to, if they're talking on the phone...

CONFIDENTIAL

UBER_JCCP_MDL_003041110

# Earner Insights | **Safety Incident Rate, as expected, is much lower for Women-Women matches**

## -60%

Sexual IR compared to Women Driver Trips with the Filter OFF

## -72%

Sexual Incident Rate compared to regular Men Driver Trips

Even though data is observational only, we do expect those trips to be in general safer



UBER_JCCP_MDL_003041111

# Pilot cities

**Atlanta** - very highly supplied city
**Miami** - medium supply
**Las Vegas**
**Phoenix**
**Philadelphia**

**Houston**
**Dallas**

Los Angeles<>Orange County

**REDACTED - PRIVILEGED**

405

CONFIDENTIAL

UBER_JCCP_MDL_003041112

# A pilot approach
# is recommended

**Pilot plan (H2)**
**Validate product viability & reposition Uber**
Lorem ipsum dolor sit amet

## User insights

Hard Filter and Soft Preferences are
valuable, each for specific purposes

**Ideal final scenario (2025+)**
**Launch both options for both riders and
drivers**
**Variables & unknowns**
- Effort & time to market
- User adoption
- Supply behavior
- Marketplace impact
- Legal risk
- Reception

406

CONFIDENTIAL

UBER_JCCP_MDL_003041113

# A pilot approach is recommended

**Pilot plan (H2)**
**Validate product viability & reposition Uber**
Lorem ipsum dolor sit amet

## User insights

Hard Filter and Soft Preferences are
valuable, each for specific purposes

**Ideal final scenario (2025+)**
**Launch both options for both riders and drivers**

**Variables & unknowns**
- Effort & time to market
- User adoption
- Supply behavior
- Marketplace impact
- Legal risk
- Reception

UBER_JCCP_MDL_003041114

# May 28th Sync

CONFIDENTIAL

UBER_JCCP_MDL_003041115

Dara preso

CONFIDENTIAL

UBER_JCCP_MDL_003041116

# Pilot cities discussion

source

| ID | City Name | % of US trips | women driver | women driver | demand / supply | sup nig |
|----|-----------|---------------|--------------|--------------|-----------------|---------|
| | **New York City** | 11.8% | 4% | 2% | 14.0 | 21.: |
| | Miami | 5.6% | 14% | 10% | 3.0 | 3.6 |
| | Chicago | 5.6% | 13% | 10% | 3.7 | 4.5 |
| | Los Angeles | 4.5% | 12% | 11% | 3.4 | 3.6 |
| | **Washington D.C.** | 4.4% | 9% | 7% | 5.0 | 6.3 |
| | **Boston** | 4.2% | 9% | 6% | 5.1 | 6.8 |
| | **New Jersey** | 4.0% | 11% | 8% | 4.0 | 5.0 |
| | **San Francisco** | 3.8% | 9% | 7% | 4.5 | 4.9 |
| | **Philadelphia** | 3.0% | 12% | 8% | 4.4 | 5.9 |
| | Dallas | 2.4% | 16% | 13% | 2.5 | 2.8 |
| | Houston | 2.4% | 19% | 16% | 2.3 | 2.5 |
| | Atlanta | 2.1% | 25% | 20% | 1.8 | 2.0 |
| | Las Vegas | 2.0% | 18% | 17% | 2.2 | 2.2 |
| | Orlando | 1.6% | 17% | 13% | 2.4 | 3.0 |
| 2 | **Upstate NY** | 1.6% | 12% | 9% | 4.1 | 4.9 |
| 1 | **NYC Suburbs** | 1.5% | 8% | 6% | 5.7 | 6.8 |
| | Phoenix | 1.4% | 17% | 15% | 2.3 | 2.5 |
| | **San Diego** | 1.4% | 11% | 9% | 3.3 | 4.0 |

CONFIDENTIAL

UBER_JCCP_MDL_003041117

## Slide 410 Comments

1        @jianjin.wang@uber.com
         What is the source of this table?
         _Assigned to jianjin.wang@uber.com_
         *Mariana Esteves, 5/27/2024 08:07 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041118



50%  35%    15%

*Miami, Houston, Dallas, LA, Las Vegas

San Diego, Denver, Chicago, Portland, San Francisco, Upstate NY, Philadelphia, Boston, Seattle, DC

NYC

Marketplace Impact

Supply Demand Ratio (Women Riders / Women Drivers)

CONFIDENTIAL

UBER_JCCP_MDL_003041119

# Uber Earners | In Latam where Women Rider Preference is live, +34% MaD use it; highest usage in ELC women drivers

In Latam, adoption amongst women drivers is over 30%.

Most Women Earners who use this filter in Latam use for 90% of their trips on a monthly basis.

| WRP Adoption | BR | MX | CAN | AUS |
|---|---|---|---|---|
| Ever tried the feature | 60% | 62% | 40% | 12% |
| Used it in a month (Apr/24) | 34% | 35% | 12% | 4% |
| % have it on for 90% of trips (Apr/24) | 55% | 51% | 32% | 30% |

Higher usage of the WRP feature in Earners that are starting their journey with Uber


% of Women Rider Prefered Trips in drivers tenure cohorts (lifetime rides trips)



Tenure

## +7.9%
Increase in Trip Rate for Churned Women Drivers, after WRP Comms*

## -53%
Sexual Incident Rates for WRP Trips compared with regular Trips for the same drivers.**

\* Stat-sig XP Result in Mexico
\*\* BR, MX, CAN, AUS, L12M IR

CONFIDENTIAL

UBER_JCCP_MDL_003041120

# <u>SASM Incident Rate</u> by User Gender

**When drivers and riders have the same gender, the incident rate tend to be almost 2x lower.**
(Some tickets of WW have been reviewed and so far they tend to be GR with men)

Trips from 2023-05-01 to 2024-04-01 - US only

| Driver Gender | Rider Gender | SA/SM IR |
|---------------|--------------|----------|
| women | women | 37.7 |
| men | men | 67.3 |
| women | men | 71.1 |
| men | women | 32.7 |

This analysis is not a causal analysis as it is not controlling for different risk factors that could impact incident rate in all groups

CONFIDENTIAL

UBER_JCCP_MDL_003041121

# <u>SASM Incident Rate</u> by Reporter Gender - US only, all severities

**For both type of reporters, when driver and rider are women, the incident rate tend to be more than 2x lower**

## Rider Reporter

Trips from 2023-05-01 to 2024-04-01 - US only

**Male drivers tend to have the highest sasm rate** reported against them when the rider is female

| Driver Gender | Rider Gender | Sasm IR |
|---|---|---|
| women | women | 21.1 |
| women | men | 13.5 |
| men | women | 54.9 |
| men | men | 19.6 |

## Driver Reporter

Trips from 2023-05-01 to 2024-04-01 - US only

**Male riders tend to have the highest sasm rate** reported against them when the driver is female

| Driver Gender | Rider Gender | Sasm IR |
|---|---|---|
| women | women | 9.3 |
| women | men | 44.1 |
| men | women | 3.9 |
| men | men | 7.8 |

This analysis is not a causal analysis as it is not controlling for different risk factors that could impact incident rate in all groups
18% of the incidents are from Unknown reporters. They have been removed from this analysis

CONFIDENTIAL

UBER_JCCP_MDL_003041122

# <u>SASM Incident Rate Trend</u> by User Gender - US only

**Same gender** tend to have the smallest **IR** and they tend to be more stable

Trips from 2022-01-01 to 2024-05-20 - Us Only



This analysis is not a causal analysis as it is not controlling for different risk factors that could impact incident rate in all groups

CONFIDENTIAL

UBER_JCCP_MDL_003041123

# SASM Incident Rate Trend of WRP

**The SASM rate i slower when WRP is turned on**

Trips from 2023-05-01 to 2024-04-01 - All Countries with WRP



This analysis is not a causal analysis as it is not controlling for different risk factors that could impact incident rate in all groups

CONFIDENTIAL

UBER_JCCP_MDL_003041124

# SASM Incident Rate Analysis WRP

**WRP trips tend to have the smallest IR regardless of the time of the day**

Trips from 2023-05-01 to 2024-04-01 - All Countries with WRP



This analysis is not a causal analysis as it is not controlling for different risk factors that could impact incident rate in all groups

CONFIDENTIAL

UBER_JCCP_MDL_003041125

# SASM Incident Rate Analysis WRP

**However, the same effect is not seen on guest rides trips. Trips with GR tend to have a higher IR on WRP trips.**

(Perpetrators using women account? Reviewed tickets and usually are men )

Trips from 2023-05-01 to 2024-04-01 - All Countries with WRP



This analysis is not a causal analysis as it is not controlling for different risk factors that could impact incident rate in all groups

CONFIDENTIAL

UBER_JCCP_MDL_003041126

# <u>SASM Incident Rate</u> of WRP Drivers

**WRP drivers tend to have higher Incident Rate when they do regular trips**

Trips from 2023-05-01 to 2024-04-01 - All Countries with WRP



This analysis is not a causal analysis as it is not controlling for different risk factors that could impact incident rate in all groups

CONFIDENTIAL

UBER_JCCP_MDL_003041127

# Earner Insights | **Safety Incident Rate, as expected, is much lower for Women-Women matches**

**-60%**

Sexual IR compared to Women Driver Trips with the Filter OFF

**-72%**

Sexual Incident Rate compared to regular Men Driver Trips

Even though data is observational only, we do expect those trips to be in general safer

SA/SM Incident Rates



UBER_JCCP_MDL_003041128



CONFIDENTIAL

# Overall serious IPC rates for same gender pairings are lower, but trips may be made riskier for others*

Shifting the overall trip mix towards same gender pairings could **reduce overall serious IPC rates**.



Overall Serious IPC Rates (L12M - US only)

However, men and women/NB who do not opt into WRP/WDP may have their trips **made riskier**.



Driver Reported Against Rider
Overall Serious IPC Rates (L12M - US only)

*These results do not control for other factors (e.g. location, time of day)

CONFIDENTIAL

Attorney Client Privileged and Confidential
UBER_JCCP_MDL_003041130

## Slide 422 Comments

1    @mariana.esteves@uber.com Analysis on gender pairing serious IPCs to address some of the questions Emilie and others had in the draft deck.

     CC: @shappo@uber.com
     @dkolta@uber.com
     @varunh@uber.com
     *Jonathan Wang, 6/7/2024 06:22 AM*

2    @bajaj
     *Varun Harchekar, 6/6/2024 11:36 PM*

3    cc: @bajaj@uber.com
     *Mariya Shappo, 6/7/2024 06:22 AM*

CONFIDENTIAL

# Incident Rate review

CONFIDENTIAL

UBER_JCCP_MDL_003041132

# May 23rd Sync

Uber | Women Rides Options

424

CONFIDENTIAL

UBER_JCCP_MDL_003041133

# Agenda topics

- Product flows explorations:
  - Women Driver Preference Hard Filter
    - On-demand
    - Reserve

CONFIDENTIAL

UBER_JCCP_MDL_003041134

0 4

# Design concepts

CONFIDENTIAL

UBER_JCCP_MDL_003041135

## Slide 426 Comments

1       Let's add a table with all the scenarios before we go into them
        *Mariana Esteves, 5/22/2024 01:05 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041136

# Product Scenarios for Rider Hard Filter



**Scenario 1**

**Women Driver is within top 5 plans**



**Scenario 2**

**Women Driver is not within top 5 plans and eta is < 30 mins**



**Scenario 3**

**No Woman driver available**



CONFIDENTIAL

UBER_JCCP_MDL_003041137

# Product Scenarios for Rider Hard Filter



CONFIDENTIAL

UBER_JCCP_MDL_003041138

# Rider Hard Filter Product Scenarios



## Slide 429 Comments

1       This should be in relation to the Uber X ETA
        *Mariana Esteves,  5/23/2024 05:24 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041140

# Rider Hard Filter Product Scenarios



## Slide 430 Comments

1       This should be in relation to the Uber X ETA
        *Mariana Esteves,  5/23/2024 05:24 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041142

**Entry point**

## Option 1





**WDP as a config**

## Option 2



**WDP as a separate product**

CONFIDENTIAL

UBER_JCCP_MDL_003041143

## Slide 431 Comments

1    @bajaj@uber.com Check with Lars - how often would we have same pricing for UberW and UberX
     *Srishti Bajaj,  5/23/2024 06:21 PM*

2    @bajaj@uber.com List down pros and cons of both options.

     James - Positioning it as a separate product option - similar to Black
     *Srishti Bajaj,  5/23/2024 08:04 PM*

3    @xindeling@uber.com Lets add the pros an cons here from design / product perspective
     *Mariana Esteves,  5/23/2024 06:45 PM*

4    Added one below, free feel to add more!
     *Xindeling Pan,  5/23/2024 06:04 PM*

CONFIDENTIAL

**Entry point**



CONFIDENTIAL

UBER_JCCP_MDL_003041145

# Scenario 1

Women Driver is within Uber X range (no extra $$)

CONFIDENTIAL

UBER_JCCP_MDL_003041146

# **Happy Path**

## 10% of use cases* when Women drivers are available

\* assuming a 10% success rate when matching women/non-binary riders with women drivers

CONFIDENTIAL

UBER_JCCP_MDL_003041147

Scenario 1a

# Woman driver available within UberX radius, similar ETA and same pricing as UberX

### Product selector
Discover women driver only option

### Product selector
Compare products and select Women driver only option

### Pickup refinement
Confirm pickup spot

### Dispatch
Wait to be matched to a woman driver

### Enroute
A woman driver is on her way to pickup spot

### Arriving
Women driver arrives at the pickup location

     

CONFIDENTIAL

UBER_JCCP_MDL_003041148

# In case the driver cancels the trip during enroute

CONFIDENTIAL

UBER_JCCP_MDL_003041149

Scenario 1b

# Woman driver available within UberX radius, similar ETA and same pricing as UberX - cancels

### Enroute

A woman driver is on her way to pickup spot



### Cancel offer

Ask if rider would be like to pay more or change product



**We're sorry about the wait**

Uber needs to source drivers from farther away due to a shortage of women drivers. Consider tipping an **additional $15** to cover the extra travel and ensure a match.

ETA: 15-30 minutes

New price: $25.00 $40.00

Yes, I support it

No, match any driver (same cost)

### Dispatch

Wait to be matched to a woman driver



# Scenario 2

Women Driver is further away than Uber X

CONFIDENTIAL

UBER_JCCP_MDL_003041151

# But most of the time, riders will need to pay a bit more to get matched

CONFIDENTIAL

UBER_JCCP_MDL_003041152

# **Extra Fee Happy Path**

## 80% of use cases* when Women drivers are available

\* assuming that increasing the price and search radius will boost the match rate of women/non-binary riders with women drivers to 90%

CONFIDENTIAL

UBER_JCCP_MDL_003041153

Slide 440 Notes

Assuming

CONFIDENTIAL

UBER_JCCP_MDL_003041154

Scenario 2a

# Woman driver available beyond UberX radius, longer ETA and higher price than UberX

| **Product selector** | **Product selector** | **Pickup refinement** | **Dispatch** | **Enroute** | **Arriving** |
|---|---|---|---|---|---|
| Discover women driver only option | Compare products and select Women driver only option | Confirm pickup spot | Wait to be matched to a woman driver | A woman driver is on her way to pickup spot | Women driver arrives at the pickup location |











**FTUX**

CONFIDENTIAL

UBER_JCCP_MDL_003041155

## Slide 441 Comments

1        After 5 mins of spinner time, show the option to match with any driver at UberX price @xindeling@uber.com
         *Srishti Bajaj,  5/23/2024 06:44 PM*

                                                                    UBER_JCCP_MDL_003041156

# In case the wait during dispatch is long and the chance of matching is very low

CONFIDENTIAL

UBER_JCCP_MDL_003041157

Scenario 2b

# Woman driver available beyond UberX radius, extremely long dispatch

## Dispatch

Wait to be matched to a woman driver for 5min



## Switch product offer

Women rider can switch to regular UberX if they prefer



## Dispatch

Wait to be matched to a any driver



## Enroute

A male driver comes to pickup the rider



UBER_JCCP_MDL_003041158

# And drivers may still cancel the trip during enroute

CONFIDENTIAL

UBER_JCCP_MDL_003041159

Scenario 2c

# Women driver cancels the trip during enroute

### Dispatch
Wait to be matched to a woman driver for 5min

### Switch product offer
Women rider can switch to regular UberX if they prefer

### Dispatch
Wait to be matched to a any driver







CONFIDENTIAL

UBER_JCCP_MDL_003041160

# Scenario 3

No Woman Driver available

CONFIDENTIAL

UBER_JCCP_MDL_003041161

# On-Demand - Reserve flow *

## **8% of use cases if Women drivers are available

\* We may opt for a reserve flow as a fallback to on-demand. Currently pending ELT decision
\*\* Assuming that increasing the price and search radius will boost the match rate of women/non-binary riders with women drivers to 90%

CONFIDENTIAL                                                                                                                UBER_JCCP_MDL_003041162

Scenario 3
# Woman driver available beyond UberX radius, extremely long dispatch

## Product selector
Toggle switch on for women driver only

## FTUX
Educate about feature

## Pickup refinement
Select pickup from dropper

## Confirmation
Confirmation with women driver highlighted









2

UBER_JCCP_MDL_003041163

## Slide 448 Comments

1    Reserve for fee
     *Srishti Bajaj,  5/23/2024 07:57 PM*

2    Does it imply it costs more to get a women driver?
     *Anoosha Sajjad,  5/23/2024 07:57 PM*

UBER_JCCP_MDL_003041164

Scenario 3

# Woman driver available beyond UberX radius, extremely long dispatch

## Backup selection
Select pickup from dropper

## Pickup refinement
Select pickup from dropper

## Confirmation
Confirmation with women driver highlighted









We could have "Backup selection" co-exist with FTUX/Education view, but will riders feel comfortable selecting without seeing price & eta?

CONFIDENTIAL

UBER_JCCP_MDL_003041165

# 1. Happy path

Rider can book a trip with a woman driver comfortably

CONFIDENTIAL

UBER_JCCP_MDL_003041166

Scenario 1

# Reserve flow with women driver preference

### Home

Entrypoint through the existing Reserve Nava tile

### FTUX

Educate how the reserve feature works

### Location editor

Select pick-up and drop-off location for trip

### Date/Time Picker

Select date and time

### Product selector

Toggle switch on for women driver only

### Replacement pref

Upon selecting a woman driver, choose a backup











CONFIDENTIAL

UBER_JCCP_MDL_003041167

Scenario 1

# Reserve flow with women driver preference

| **Pickup refinement** | **Confirmation** | **Upcoming trip** | **Booking - T-60** | **Dispatch** | **Driver is enroute** |
|---|---|---|---|---|---|
| Select pickup from dropper | Confirmation with women driver highlighted | Entrypoint through the activity tab | Trip details page will populate with more info | 45 minutes remaining, show driver information | T-25 or when driver is enroute |

     

UBER_JCCP_MDL_003041168

Scenario 1

# Reserve flow with women driver preference

**Driver has arrived**
Call out women driver
in card

**Ride is in progress**
Consolidated card





CONFIDENTIAL

UBER_JCCP_MDL_003041169

# 2. Not so happy path

If driver cancels but rider is fine with getting a driver of a different gender

CONFIDENTIAL

UBER_JCCP_MDL_003041170

Scenario 2
# Driver cancels but rider is okay with getting a driver of a different gender

### Replacement pref
Rider selects match with
any driver



### Dispatch (late driver)
If women driver is late
modify messaging



### Match with any driver
Let rider know Uber is
getting alternative



CONFIDENTIAL

UBER_JCCP_MDL_003041171

# 3. Sad path

If driver cancels and rider still wants a women driver

CONFIDENTIAL

UBER_JCCP_MDL_003041172

Scenario 3a
# Driver cancels and rider still wants a woman driver

### Upcoming trip
Rider selects women drivers only



### High probability
Uber may be able to get another women driver



### Driver is enroute
T-25 or when driver is enroute



UBER_JCCP_MDL_003041173

Scenario 3b

# Driver cancels and rider still wants a women driver

## Upcoming trip
Rider selects women drivers only



## Low probability
Suggest rider take regular UberX ride at same cost



## If rider still declines
Help set expectations that match chances are low



CONFIDENTIAL

UBER_JCCP_MDL_003041174

# Reserve Flow

CONFIDENTIAL

UBER_JCCP_MDL_003041175

# 1. Happy path

Rider can book a trip in advance with a woman driver comfortably

CONFIDENTIAL

UBER_JCCP_MDL_003041176

Scenario 1

# Reserve flow with women driver preference

### Home

Entrypoint through the existing Reserve Nava tile

### FTUX

Educate how the reserve feature works

### Location editor

Select pick-up and drop-off location for trip

### Date/Time Picker

Select date and time

### Product selector

Toggle switch on for women driver only

### Replacement pref

Upon selecting a woman driver, choose a backup







CONFIDENTIAL

UBER_JCCP_MDL_003041177

Scenario 1

# Reserve flow with women driver preference

**Pickup refinement**
Select pickup from dropper

**Confirmation**
Confirmation with women driver highlighted

**Upcoming trip**
Entrypoint through the activity tab

**Booking - T-60**
Trip details page will populate with more info

**Dispatch**
45 minutes remaining, show driver information

**Driver is enroute**
T-25 or when driver is enroute








UBER_JCCP_MDL_003041178

Scenario 1

# Reserve flow with women driver preference

**Driver has arrived**
Call out women driver
in card

**Ride is in progress**
Consolidated card





CONFIDENTIAL

# 2. Not so happy path

If driver cancels but rider is fine with getting a driver of a different gender

CONFIDENTIAL

UBER_JCCP_MDL_003041180

Scenario 2

# Driver cancels but rider is okay with getting a driver of a different gender

### Replacement pref
Rider selects match with any driver



### Dispatch (late driver)
If women driver is late modify messaging



### Match with any driver
Let rider know Uber is getting alternative



CONFIDENTIAL

UBER_JCCP_MDL_003041181

# 3. Sad path

If driver cancels and rider still wants a women driver

CONFIDENTIAL

UBER_JCCP_MDL_003041182

Scenario 3a
# Driver cancels and rider still wants a woman driver

## Upcoming trip
Rider selects women drivers only



## High probability
Uber may be able to get another women driver



## Driver is enroute
T-25 or when driver is enroute



CONFIDENTIAL

UBER_JCCP_MDL_003041183

Scenario 3b

# Driver cancels and rider still wants a women driver

## Upcoming trip
Rider selects women drivers only



## Low probability
Suggest rider take regular UberX ride at same cost



## If rider still declines
Help set expectations that match chances are low



CONFIDENTIAL

UBER_JCCP_MDL_003041184

# Long-term vision

## Trip configuration
Select your ride prefs



## Soft vs hard toggle
Allow rider to select
between both options



CONFIDENTIAL

# Uber

CONFIDENTIAL

UBER_JCCP_MDL_003041186

# Lars

- Funnel into Reserve flow if the Rider wants higher reliability
- Free P2 time - Uber absorbs it ?
  - No possible - not sustainable
- Performance
  - W-W Match rate
  - ETA
  - $$
  - Opt-in rate
- Cost vs Reliability
  - Scenario 1 -
    - What's the preference rate?
    - Good cost, Good reliability

  - Scenario 2 -

CONFIDENTIAL

# Calculations



CONFIDENTIAL

UBER_JCCP_MDL_003041188

# Rider Hard Filter Product Scenarios



CONFIDENTIAL

UBER_JCCP_MDL_003041189

## Slide 473 Comments

1      This should be in relation to the Uber X ETA
*Mariana Esteves, 5/23/2024 05:24 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041190

# **Happy Path**

## 10% of use cases* when Women drivers are available

\* assuming a 10% success rate when matching women/non-binary riders with women drivers

CONFIDENTIAL

UBER_JCCP_MDL_003041191

Use cases



## Anna

"I can wait for 15 min as long as I get matched to a woman driver"

Anna is at a restaurant and feel a little tipsy after 3 drinks



## Blaire

"I want a woman driver, but I don't feel safe to wait long"

Blaire just walked out from a bar that just closed.



## Carol

"Please get me got of here ASAP"

Carol is at a neighborhood that she feel threatened.



## Daisy

"I like to support women drivers!"

Daisy is excited to see more women drivers on the platform

CONFIDENTIAL

UBER_JCCP_MDL_003041192



CONFIDENTIAL

## Slide 476 Notes

Significant impact vs Population impact

CONFIDENTIAL

UBER_JCCP_MDL_003041194

Scenario 1a

# Woman driver available within X radius and accepts the offer, same pricing as UberX

## Product selector
Discover women driver only option



## Product selector
Compare products and select Women driver only option



## Pickup refinement
Confirm pickup spot



## Dispatch
Wait to be matched to a woman driver



## Enroute
A woman d
way to pick



CONFIDENTIAL

UBER_JCCP_MDL_003041195

# **Happy Path**

## 10% of use cases* when Women drivers are available

* assuming a 10% success rate when matching women/non-binary riders with women drivers

CONFIDENTIAL                                                                      UBER_JCCP_MDL_003041196

Scenario 1a

# Woman driver available nearby and accepts the offer, same pricing/distance as UberX

## Product selector
Discover women driver only option



## Product selector
Compare products and select Women driver only option



## Pickup refinement
Confirm pickup spot



## Dispatch
Wait to be matched to a woman driver



## Enroute
A woman driver is on her way to pickup spot



CONFIDENTIAL

UBER_JCCP_MDL_003041197

## Slide 479 Comments

1   @bajaj@uber.com I have a confusion with this option because it should not have additional ETA, correct? or this additional ETA needs to fall into the "nearby" definition that does not increase cost. This example shows additional 7min, which does not seem like within the rule to maintain same pricing
    _Assigned to bajaj@uber.com_
    *Mariana Esteves, 5/22/2024 01:00 PM*

2   @bajaj@uber.com
    @erica.ellis@uber.com

    REDACTED - PRIVILEGED

    *Daniel Kolta, 5/22/2024 05:52 PM*

3   **REDACTED - PRIVILEGED**

    *Erica Ellis, 5/22/2024 05:17 PM*

4   # REDACTED - PRIVILEGED

    *Daniel Kolta, 5/22/2024 05:52 PM*

5   **REDACTED - PRIVILEGED**

    *Daniel Kolta, 5/21/2024 10:01 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041198

## Slide 479 Comments (Continued)

6      We need to make it clear what "nearby means" --> confirm with Matching team what logic can be applied here that would maintain the same price

*Mariana Esteves, 5/22/2024 12:58 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041199

# But, if no women drivers accept the offer after 2min of dispatch

CONFIDENTIAL

UBER_JCCP_MDL_003041200

# **Extra Fee Happy Path**

## 80% of use cases* when Women drivers are available

\* assuming that increasing the price and search radius will boost the match rate of women/non-binary riders with women drivers to 90%

CONFIDENTIAL

UBER_JCCP_MDL_003041201

**Slide 481 Notes**

Assuming

**Slide 481 Comments**

1       Does this mean women drivers are available at a higher ETA then the regular Uber X -- which means additional Fee is required to make up for the time
        *Mariana Esteves, 5/22/2024 01:02 PM*

2       @bajaj@uber.com
        @natalia.galvez@uber.com

# REDACTED - PRIVILEGED

        *Daniel Kolta, 5/22/2024 01:01 PM*

3       REDACTED - PRIVILEGED
        *Mariana Esteves, 5/22/2024 01:01 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041202

**2** Scenario 2a: Single Offer Card

# Women driver accepts the offer when riders agrees to pay more and wait longer

## Dispatch
Riders wait up to 2 min



## Offer card
Agree to more to increase the chance of matching



## Dispatch
Wait to be matched to a woman driver



## Enroute
A woman driver is on her way to pickup spot



CONFIDENTIAL

UBER_JCCP_MDL_003041203

## Slide 482 Comments

1    @xindeling@uber.com We should add a screen when the driver accepts the trip - specifically showing eta.
*Srishti Bajaj, 5/21/2024 06:21 PM*

2    @bajaj@uber.com, **REDACTED - PRIVILEGED**
*Daniel Kolta, 5/21/2024 09:57 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041204

Scenario 2b: 2-Stage Offer Cards

# Women driver accepts the offer when riders agree to pay more and wait longer

**Offer card**

Agree to more to increase the chance of matching

**Product selector**

Compare products and select Women driver only option



**Dispatch**

Wait to be matched to a woman driver



**Enroute**

A woman driver is on her way to pickup spot



**Arriving**

A woman dr



UBER_JCCP_MDL_003041205

Scenario 2b: 2-Stage Offer Cards

# Women driver accepts the offer when riders agree to pay more and wait longer

## Offer card
Agree to more to increase the chance of matching



## Dispatch
Wait to be matched to a woman driver



## Enroute
A woman driver is on her way to pickup spot



## Arriving
A woman dr



UBER_JCCP_MDL_003041206

Scenario 2c: 2-Stage Offer Cards

# Women driver accepts the offer when riders agree to pay more and wait longer

**Dispatch**
Riders wait up to 2 min

**Offer card**
Decline the offer

**Dispatch**
Continue waiting for 3 min more

**Offer card No.2**
Agree to more to increase the chance of matching

**Dispatch**
Wait to be woman dri











CONFIDENTIAL

UBER_JCCP_MDL_003041207

## Slide 485 Comments

1       Does this give the option to switch back to any driver?
        *Mariana Esteves,  5/22/2024 01:03 PM*

# Still, there might be a chance that we can't find any women drivers

CONFIDENTIAL

UBER_JCCP_MDL_003041209

# **Extra Fee Unhappy Path**

## 10% of use cases* when Women drivers are available

\* assuming that increasing the price and search radius will boost the match rate of women/non-binary riders with women drivers to 90%

CONFIDENTIAL

UBER_JCCP_MDL_003041210

Slide 487 Notes

Assuming

CONFIDENTIAL

UBER_JCCP_MDL_003041211

Scenario 3

# No women driver accepts the offer when riders agree to pay more and wait longer

## Offer card

Agree to more to increase the chance of matching



## Dispatch

Wait to be matched to a woman driver



## Switch product offer

Wait to be matched to a woman driver



## Enroute

A male driver is on his way to pickup spot



UBER_JCCP_MDL_003041212

## Slide 488 Comments

1       @xindeling@uber.com What is the fallback for UberPet/Black?
        *Srishti Bajaj,  5/22/2024 04:44 PM*

CONFIDENTIAL

# And drivers may cancel the trip during enroute

CONFIDENTIAL

UBER_JCCP_MDL_003041214

Scenario 3

# Women driver cancels the trip during enroute

## Offer card
Agree to more to increase the chance of matching



## Dispatch
Wait to be matched to a woman driver



## Enroute
A woman driver is on her way to pickup spot



## Cancel offer
We honor the original price or give riders a discount



UBER_JCCP_MDL_003041215

# May 16th Sync

Uber | Women Rides Options

491

CONFIDENTIAL

UBER_JCCP_MDL_003041216

# Topics

- Dara Preso Structure Topics (<u>different draft deck</u>)

- Women Earners / WRP Data update

CONFIDENTIAL

UBER_JCCP_MDL_003041217

## Drivers Men vs Driver Female vs Total (remove Couriers) - US only

- ○ Signups -> Activations -> First Trips
- ○ Monthly active Women driver share
- ○ Raw numbers and rates (%)
- ○ Jan 2022 to Mar 2024
- ○ YOY trends

Source

CONFIDENTIAL

UBER_JCCP_MDL_003041218

# With the exception of Q1 2024, driver onboarding has had strong YoY growth for both men and women



CONFIDENTIAL

UBER_JCCP_MDL_003041219

## Slide 494 Notes

Lyft: Women and non-binary driver activations increased by nearly ▆ year-over-year.

# Women Drivers have more dropoff than men drivers throughout the funnel



CONFIDENTIAL

UBER_JCCP_MDL_003041221

# Quarterly women driver signup share has hovered around ▮▮▮▮ for ~2 years.



CONFIDENTIAL

While signups are ▮▮▮▮ for Women drivers, the split skews to men as we go further down the funnel.



CONFIDENTIAL

**LatAm women driver trips is with WRP ON.**

**women drivers in LatAm use WRP more than ▮▮▮▮ of their trips**



UBER_JCCP_MDL_003041224

Slide 498 Comments

1        @jianjin.wang@uber.com
         _Assigned to jianjin.wang@uber.com_
         *Srishti Bajaj, 5/23/2024 05:51 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041225

Women Driver Signup to Activation  & Activation to FT
Men Driver Signup to Activation & Activation to FT



CONFIDENTIAL

Uber's YoY increase for women driver activations (14d) is higher than LYFT's, but their methodology of calculating activations may be different.



source

CONFIDENTIAL

UBER_JCCP_MDL_003041227

- ○ All active drivers in Brazil in **Jan - April 2024;** and then decide how we want to show the data
- ○ Have driver and trip level separated
    - ■ % Women Weekly trips WRP on
    - ■ % of women active drivers atleast once
    - ■ % of trips the had it turned on

    - ■ 71% of them had it turned on 90% of the time
        - ● Histogram usage - What % of drivers use what % of the time

1

**For driver who ever use WRP,**
**% of drivers using more than 90% of their**
**trip**

UBER_JCCP_MDL_003041228

## Slide 501 Comments

1   Also let's get this Montlhy data
    *Mariana Esteves,  5/14/2024 09:39 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041229

# WRP usage trends | In countries where WRP is launched, █████ of women driver trips daily are with WRP turned on.



CONFIDENTIAL

UBER_JCCP_MDL_003041230

# Lyft gets rider gender at onboarding, and default turns on Women+ for women riders | Raises questions on how effective it is

## Account creation flow



## Feature lives in Profile Settings



CONFIDENTIAL

UBER_JCCP_MDL_003041231

# WRP usage trends | Of the drivers that use WRP, at least **half** of them have it on more than **90%** of their trips.



| 2<br>3 | Brazil | Mexico | Canada | Australia |
|---|---|---|---|---|
| % Women drivers who have tried WRP at least once since launch | | | | |
| % Women Monthly trips WRP on | | | | |
| For driver who ever use WRP, % of drivers using more than 90% of their trip | | | | |

CONFIDENTIAL

UBER_JCCP_MDL_003041232

## Slide 504 Comments

1   **Let's get % of MAD for this / Montlhy**
    *Mariana Esteves,  5/14/2024 12:15 AM*

2   **@jianjin.wang@uber.com**
    *Srishti Bajaj,  5/14/2024 12:15 AM*

3   **Also let's get this Montlhy data**
    *Mariana Esteves,  5/14/2024 09:39 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041233

# Women drivers tend to use WRP more during ELC



Source

CONFIDENTIAL

UBER_JCCP_MDL_003041234

Retention for women drivers who tried WRP within the 1st month of their first trip is ▮▮▮▮▮ higher than women who did not.



Source
Cohort: Drivers who signed up during May'23 to Jul'23 and have taken FT
Women drivers who used WRP: women drivers who used WRP at least once in the 1st month of FT (BR: 6221 drivers, MX: 1496 drivers)
Women drivers never used WRP: women drivers who never used WRP their lifetime (BR: 9082 drivers, MX: 1706 drivers)

CONFIDENTIAL

UBER_JCCP_MDL_003041235

# May 23rd Sync

Uber | Women Rides Options

507

CONFIDENTIAL

UBER_JCCP_MDL_003041236

# Reserve Flow

CONFIDENTIAL

UBER_JCCP_MDL_003041237

## Slide 508 Comments

1    @anoosha@uber.com
     *Srishti Bajaj, 5/21/2024 09:36 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041238

# May 14th Sync

Uber | Women Rides Options

509

UBER_JCCP_MDL_003041239

# Topics

- Dara Preso Structure Topics (<u>We will create a different draft deck</u>)

- Lyft Insights / Earning Calls and Rider Experience

- WRP data insights

- Plan for additional UXR Driver / Rider

CONFIDENTIAL

**ELT Preso Agenda (60')**

- **(P0) Start with user need**
  - Quantitative UXR on WRP/WDP
- **Competitive analysis**
  - US  - Lyft (include auto opt in, soft filter)
  - Do we want to talk about other local players outside of the US?
- **(P1 pre-read) Internal data**
  - Double-click on WRP ELC & Churn
  - Double-click on WDP
  - Women safety? (e.g. average # of cases/$$, IR by gender, IR by WRP on/off as anecdotal?)
- **(P0) Our recommendation**
  - Spectrum of options (show how tradeoffs change along the spectrum)
    - Starting point - copy lyft
    - End point - complete different approach w hard filter
  - Which option would ensure more women matches?
- **(P0) Risks/Benefit analysis**
  - Legal
  - Policy/comms risks & mitigators (3 slides)
  - Marketing
- **(P0) Outline what a pilot could look like**
  - Goal: Validate UXR (Adoption/Opt in)
  - Geos
  - MVP
  - If it works, how do we scale? What is our plan to scale nationwide?

CONFIDENTIAL

# Lyft's Q1,2024 Earnings call info

## **Women+ Connect**

Following the nationwide rollout of Women+ Connect in Q1:

- Women and non-binary driver activations increased by nearly **24%** year-over-year.

- This has continued to be one of Lyft's highest-rated features, and most drivers who use it tell us they feel safer while driving with Lyft.

- **20K** new Women+ Connect drivers just in the last couple of months.

- **24%-26%** of new driver applicants are women, higher than what it was in the past.




CONFIDENTIAL

UBER_JCCP_MDL_003041242

# After a WRP comms campaign, 7.9% of churned women drivers took a higher rides trip within 14D



No comms

We tested WRP comms across different women driver cohorts to understand how different groups respond to this messaging. The churn cohort generated strong impact on Rides Trip Rate.



Uber | 2023 CRM XP Learnings

CONFIDENTIAL

*Note: 90% 2-tail Confidence Intervals & Green: Stat Sig; Source* 513

UBER_JCCP_MDL_003041243

Slide 513 Notes

Impact of safety messages across cohorts:

- In partnership with Cande, we run a series of baseline **WPR tests** targeting women drivers in eligible markets outside of the US to see whether this message drives a significant impact on rides metrics.
- We found that **only the churned cohort** responded well to this message which is reflected in the 14D Rides Trip Conversion lift. This is a cohort that we don't engage much with and due to their inactivity with the platform, they are less likely to discover new features like WRP in the app by themselves. By learning about the new women-to-women feature, the women drivers who were preoccupied with safety concerns felt empowered to go back to the platform and resume earning with Uber.
  - There was a positive lift in WRP metrics too: 14D Women Rider Preference feature utilization rate:

- In the US, WRP is not live due to regulatory concerns. Given that is our biggest market, however, we still wanted to test **safety features** that would be more relevant to women earners concerned about their safety on the road.
- Research told us that while men and women have similar experiences and barriers to driving - **who they are picking up matters more to women**. That's why we talked about verified rider accounts and preventative features such as registering a dashcam. However, we didn't observe a lift in Rides FTR. We think that AnFT drivers might not be ready to consider using such features given that they have not yet experienced the platform and it might even increase concerns around interacting with passengers.
  - When breaking the results into fresh and stale AnFT users, we find that the fresh cohort drives a directionally negative impact on 14D Rides                which is in line with our interpretation of results.
  - We haven't scaled this XP due to its flat results but we continue raising awareness around safety features in lifecycle comms because it's good for the user.
- Main takeaway: by communicating about safety features, different cohorts respond differently. More testing is needed to determine when

UBER_JCCP_MDL_003041244

## Slide 513 Notes (Continued)

and how to market safety features for women earners to maximize conversion (and avoid raising any safety concerns around transporting passengers).

CONFIDENTIAL

UBER_JCCP_MDL_003041245

# Although we cannot attribute a decrease in Safety incidents to WRP, IR is lower in WRP trip



**Safety Incidents reported on trips with WRP on vs off**

Source| Please note this analysis is based solely on observational data and doesn't control for all potential factors that could influence safety514 incidents.

CONFIDENTIAL

UBER_JCCP_MDL_003041246

## Slide 514 Comments

1   Filter by reported against
    *Srishti Bajaj,  5/14/2024 06:58 PM*

2   @jianjin.wang@uber.com
    *Srishti Bajaj,  5/14/2024 06:58 PM*

3   @jianjin.wang@uber.com is this SIPC only?
    Or all IPCs?
    _Reassigned to jianjin.wang@uber.com_
    *Mariana Esteves,  4/9/2024 10:39 PM*

4   the chart is showing all IPC and SASM IPC
    *Jianjin Wang,  4/9/2024 10:39 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041247

# END


CONFIDENTIAL

UBER_JCCP_MDL_003041248

# WRP Data findings

**How Women Drivers are using it**
- % WD using it
- How much they use it / how often they use
- WD Behavior: How much ELC Drivers use it more?

**Impact on Perception**
- Wave 1? Revise methodology to check if we can use it?
- Or UXR Data for this - link

**Impact on Safety Incident**
- Difference in Safety IPC reported against Rider, for Women Drivers with WRP on vs Off
- Is there a general positive impact for IPCS from Women Riders reported against drivers?

**Driver Growth impact**
- Does WRP help ELC women drivers become more tenured drivers? – Churn drivers / maybe the ops analysis?

CONFIDENTIAL

# Lyft's Q1,2024 Earnings - Transcript

- Following our nationwide rollout of Women+ Connect in the first quarter, women and nonbinary driver activations increased by nearly 24% year over year. This has continued to be one of Lyft's highest-graded features and most drivers do tell us -- who use it tell us they feel safer when driving, which is super important, one of our key objectives. As a result of all of these moves, Lyft had more drivers use our platform in Q1 than we've had in about four years, and driver hours have returned to 2019 levels. And I can tell you, in addition, that over these past few weeks, driver hours have reached new all-time highs.

- So, these will be familiar because I've talked about them before, but Women+ Connect is incredibly important to us, incredibly important to us. We have -- one of the stories I heard recently was a woman saying, "I can now finally take a nap in the Lyft." A nap in a Lyft, something that men have enjoyed for years and women haven't so much. And we can see what that does both on the rider side but also at the driver side, something like 24% of our new -- I think we've got about 20,000 new Women+ Connect drivers just in the last couple of months. And it's some of 24%, maybe even 26% of a meaningful percentage of our new applicants to be drivers are women higher than we've seen in the past.

CONFIDENTIAL

UBER_JCCP_MDL_003041250

# US Woman Driver Signups have increased YoY in 2023 over 2022



CONFIDENTIAL

UBER_JCCP_MDL_003041251

# US Men Driver Signups have increased YoY in 2023 over 2022



CONFIDENTIAL

UBER_JCCP_MDL_003041252

# US Woman Driver Activations have increased YoY in 2023 over 2022



CONFIDENTIAL

UBER_JCCP_MDL_003041253

# US Men Driver Activations have increased YoY in 2023 over 2022



CONFIDENTIAL

UBER_JCCP_MDL_003041254

# Lyft's Q1,2024 Earnings

## **Women+ Connect**

Following our nationwide rollout of Women+ Connect in Q1:

- Women and non–binary driver activations increased by nearly 24% year–over–year.

- This has continued to be one of Lyft's highest–rated features, and most drivers who use it tell us they feel safer while driving with Lyft.




**Year-over-year increase for women driver in the US for Uber is** ▆ **(Feb'23 to Feb '24) and** ▆ **(Dec '22 to Dec '23) -**
source

CONFIDENTIAL

UBER_JCCP_MDL_003041255

# Women drivers safety concerns are real as they are more likely to report safety incidents than any other user in our platform



Data: reported incidents per mill. trips; Jan-Aug '23
Driver gender: documented gender
Rider gender: inferred gender

A/C Privileged & Confidential

CONFIDENTIAL

UBER_JCCP_MDL_003041256

Women Rider Preference

# LatAm women drivers use WRP for ▮▮ of trips, CAN and Aus drivers use WRP for ▮▮ of trips

## # of Rides Dispatch Offers



## Observations

- BR & MX women drivers use WRP for ▮▮ of trips

- Aus & CAN women drivers use WRP for ▮▮ ▮▮ of trips

Source
Data: 7/4/2023 to 3/10/2024
Please note this analysis is based solely on observational data and doesn't control for all potential factors that could influence marketplace metrics.

524

CONFIDENTIAL

UBER_JCCP_MDL_003041257

# XP Cities |  **US and non-US**

source

CONFIDENTIAL

UBER_JCCP_MDL_003041258

# We estimate high Reserve reliability in 89 cities.



526

CONFIDENTIAL

UBER_JCCP_MDL_003041259

A/C Privileged & Confidential

Driver Filter

# Hard filter

[1] In 2019 we launched a driver filter (hard filter) called "Women Rider Preference" (WRP). This filter is only visible to women drivers.

When women drivers turn on this filter, they only receive trips from women riders.

### Implications
→ █████ drivers in Brazil use this product on a weekly basis
→ Drivers make █████ when having this filter on
→ We have seen higher AR from women drivers using WRP

This product is currently live in 90% of LatAm countries (including all star markets), 30% of APAC countries (including all star markets) and a handful of markets in US&C (Canada and Puerto Rico) and EMEA (none of EMEA launched markets is a star market).

Uber | Women Rider/Driver Preference US Launch discussion

CONFIDENTIAL





527

UBER_JCCP_MDL_003041260

## Slide 527 Comments

1       we should remove this to avoid misinterpretation that WRP would help improve overall AR and CR
        *Jianjin Wang, 5/10/2024 06:11 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041261

1
2 Women Rider Preference

## Global Performance (WIP)

### Highlights

1. **headline**
   text

2. **headline**
   text

3. **headline**
   text

### Lowlights

4. **headline**
   text

5. **headline**
   text

6. **headline**
   text

CONFIDENTIAL

## Slide 528 Comments

1      @natalia.galvez@uber.com Is this a useful data?
_Assigned to natalia.galvez@uber.com_
*Mariana Esteves,  4/24/2024 07:00 PM*

2      @natalia.galvez@uber.com the data is updated, similar to the next slide, I need to dig deeper to see why Q1 dropped
*Jianjin Wang,  4/5/2024 06:12 AM*

CONFIDENTIAL

UBER_JCCP_MDL_003041263

By Q1, WRP is live in xx countries, accounted for ███ of global trips coverage and ███ of global GB coverage.



% Female Trips WDW On TOD
Summary

- afternoon
- late_night
- morning
- night

## In the WRP live markets

Active women drivers used WRP at least once

GB by women drivers are from WRP trips

Trips by women drivers are from WRP trips

CONFIDENTIAL

## Women drivers who tried WRP are using it more frequently



UBER_JCCP_MDL_003041265

## Women drivers who tried WRP are using it more frequently



CONFIDENTIAL

UBER_JCCP_MDL_003041266

# ELC women drivers tend to use WPR more than tenured women drivers



Source

CONFIDENTIAL

## Slide 532 Comments

1      add different visuals to better represent the data.
*Varun Harchekar, 5/13/2024 11:21 PM*

2      @varunh@uber.com does this look better?
*Jianjin Wang, 5/13/2024 10:35 PM*

3      As there is no clear trend between the first 3 buckets, should we combine them? ELC vs Tenured?
*Srishti Bajaj, 5/13/2024 11:21 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041268

# Previous WRP Impact Analysis

2

1. **BR WRP XP Wave 1 (readout)**
   - 2019-11-06 to 2019-12-18, synthetic control
   - No stat sig impact on % of active drivers that are women and safety incidents
   - Women driver 14D SUF ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   - **Safety sentiment (Uber is Committed to Safety) increased**
     - Women: ▮▮▮ increase from pre to post survey
     - Men: ▮▮▮ increase from pre to post survey
   - Negative marketplace impact:
     - Rider **XTA** (Time from rider requesting a trip to trip start) ▮▮▮▮▮▮▮▮
     - Trip cancellation rate (driven by rider cancellations) ▮▮▮▮▮▮▮▮

2. **BR WRP XP Wave 2 (readout)**
   - 2020-02-06 to 2020-03-16 (before Covid), synthetic control
   - No stat sig impact on marketplace metrics
   - No stat sig impact on % of active drivers that are women

3. **WRP impact on women driver engagement (analysis)**
   - The research analyzed LatAm trips during 2018 to 2022, using diff-in-diff method.
   - **Results on incidents rates are inconclusive.** Can not detect safety benefits of WRP given the limited sample size.
   - **WRP leads to** ▮▮▮▮▮▮▮ **increase in the share of female drivers.**
   - Little evidence of an increase in the share of supply hours by women or changes in the timing of work hours within a week.
   - WRP launch in many cities coincided with Covid, and Covid-related lockdowns can affect men and women differently, which can bias the results.
   - The results have limited applicability in other markets; careful experimentation at market level is advised

4. **WRP impact on women driver earnings (analysis)**
   - The research analyzed LatAm trips during 2018 to 2022, using diff-in-diff method.
   - In LatAm, after WRP became available, utilization and earnings of all women fell by ▮▮▮▮▮ The impact on women who use this product is close to ▮▮▮▮
   - WRP users receive offers less frequently even if we compare them with non-WRP drivers in a similar location.

CONFIDENTIAL                                                                    UBER_JCCP_MDL_003041269

## Slide 533 Comments

1    @jianjin.wang@uber.com Check who was compared to whom
     *Srishti Bajaj,  5/13/2024 06:46 PM*

2    Did they actually use hte feature
     *Srishti Bajaj,  5/13/2024 06:46 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041270

# WRP Data findings

**How Women Drivers are using it**
- % WD using it
- How much they use it / how often they use
- WD Behavior: How much ELC Drivers use it more?

**Impact on Perception**
- Wave 1? Revise methodology to check if we can use it?
- Or UXR Data for this - link

**Impact on Safety Incident**
- Difference in Safety IPC reported against Rider, for Women Drivers with WRP on vs Off
- Is there a general positive impact for IPCS from Women Riders reported against drivers?

**Driver Growth impact**
- Does WRP help ELC women drivers become more tenured drivers?

CONFIDENTIAL

UBER_JCCP_MDL_003041271

WRP on vs off vs All Trips
Split by Reported against (rider or driver)
Rider gender

Compare with:
General Women Rider IPC Rate reported against Driver
General Women Driver IPC Rate reported against Rider



CONFIDENTIAL

UBER_JCCP_MDL_003041272

# Summarizing WRP impact

**Benefits**
- Usage of WRP is strong, and has been increasing over time
  - **Especially in LatAm, ~30% of women drivers use WRP every week, and over 70% of those women drivers turn on WRP for over 90% of their trips.**
  - ELC women drivers tend to use WPR more than tenured women drivers
- (Wave 1) WRP improves **women driver safety sentiment**
- Share of women drivers (Correlation analysis)

**Downsides**
- (Wave 1) Potential negative impact on rider XTA and driver cancellation rate
- Negative impact on women driver earnings and supply hour utilization

**Caveats**
- Impact on safety incidents is hard to measure given that safety incidents are rare events
- WRP usage varies across markets, and can be impacted significantly by comms strategy. The Canada WRP toolkit campaign shows significant impact on WRP usage.
- We should perform experiments (synthetic control) if launch in the US to gauge the impact. US has the highest women driver share (███████, thus the impact of WRP could be very different from other markets.

UBER_JCCP_MDL_003041273

## Slide 536 Comments

1    We probably can't use this data
     *Mariana Esteves, 5/13/2024 07:21 PM*

2    Add monthly view, cut it through ELC vs tenured users
     *Mariana Esteves, 5/13/2024 07:16 PM*

3    Can we get other data source than the Wave 1 data?
     *Mariana Esteves, 5/13/2024 07:20 PM*

CONFIDENTIAL

# WRP Insights | ████████ of active WD use it, for ████████ of their trips. Driver AR is better in most markets

**Driver Acceptance Rate (AR)**
AR = accepted dispatches / total dispatch offers

**Driver cancellation over acceptance rate (CR)**
CR = driver cancelled dispatches / accepted



Source
Data: 6 months (7/4/2023 to 3/10/2024)
Please note this analysis is based solely on observational data and doesn't control for all potential factors that could influence marketplace metrics.

537

CONFIDENTIAL

UBER_JCCP_MDL_003041275

## Slide 537 Comments

1     Just to confirm if the finding from Australia is related to Wrong gender situation or something else?

     @jianjin.wang@uber.com
*Mariana Esteves, 4/25/2024 12:05 AM*

2     The higher WRP trips CR in Australia was mainly driven by cancels "to pick up", with 36% cancels due to "pickup_not_worth_it". This happened mainly during noon to 9PM.
*Srishti Bajaj, 4/24/2024 11:21 PM*

3     Should we remove this? Maybe add there the adoption table instead of this one
*Mariana Esteves, 4/24/2024 11:25 PM*

4     Agreed. Cancellations is not higher/lower, so we can skip it
*Srishti Bajaj, 4/25/2024 12:05 AM*

CONFIDENTIAL

UBER_JCCP_MDL_003041276

Women Rider Preference

# LatAm women drivers use WRP for ▮▮ of trips, CAN and Aus drivers use WRP for ▮▮ of trips

## # of Rides Dispatch Offers



## Observations

- BR & MX women drivers use WRP for ▮▮ of trips

- Aus & CAN women drivers use WRP for ▮▮ ▮▮ of trips

Source
Data: 7/4/2023 to 3/10/2024
Please note this analysis is based solely on observational data and doesn't control for all potential factors that could influence marketplace metrics.

538

CONFIDENTIAL

UBER_JCCP_MDL_003041277

# WRP performance | ███████ of active WD use it, for ████████ of their trips. Driver AR is better in most markets

**Driver Acceptance Rate (AR)**

AR = accepted dispatches / total dispatch offers



## Observations

- BR, MX & Aus: WRP trips AR higher than non-WRP trips, this is consistent over time

- CAN: there's no big difference between WRP on and off for women driver offers (lower volumes).

Source
Data: 7/4/2023 to 3/10/2024
Please note this analysis is based solely on observational data and doesn't control for all potential factors that could influence marketplace metrics.

539

CONFIDENTIAL

UBER_JCCP_MDL_003041278

Women Rider Preference

# Cancellation Over Acceptance Rate is no difference for women drivers when having WRP filter on or off

**Driver cancelation over acceptance rate (CR)**

CR = driver cancelled dispatches / accepted dispatches



**Observations**

- No difference between WRP On and Off expect in Australia

- The higher WRP trips CR in Australia was mainly driven by cancels "to pick up", with ▮ cancels due to "pickup_not_worth_it". This happened mainly during noon to 9PM.

Source
Data: 7/4/2023 to 3/10/2024
Please note this analysis is based solely on observational data and doesn't control for all potential factors that could influence marketplace metrics.

540

CONFIDENTIAL

UBER_JCCP_MDL_003041279

Women Rider Preference

# Completion over Offer is higher for women driver trips when having WRP filter on

## Driver Completion Rate (C/R)
C/R = completed trips / total offers



## Observations

- BR & MX & Aus: Women driver offers with WRP on show higher C/R than WRP off, mainly driven by higher AR

- CAN: No big difference in C/R between WRP and non-WRP trips

Source
Data: 7/4/2023 to 3/10/2024
Please note this analysis is based solely on observational data and doesn't control for all potential factors that could influence marketplace metrics.

541

CONFIDENTIAL

UBER_JCCP_MDL_003041280

# Churn Recovery: user

CONFIDENTIAL

UBER_JCCP_MDL_003041281

Rider Side: on by default when you sign up and declare Women / Non Binary Gender

CONFIDENTIAL

UBER_JCCP_MDL_003041282

# Lyft's Q4,2023 Earnings

## Women+ Connect Expands

This highly-requested feature prioritizes matching women and nonbinary drivers and riders. The response since the initial launch in September 2023 has been outstanding:

- 67% of eligible drivers have opted in to Women+ Connect.

- Drivers using Women+ Connect keep the feature on 99% of the time.

- Women+ Connect is one of our highest-rated driver features.

- Nearly 7 million Women+ Connect rides have been completed to-date.

Starting today, Women+ Connect is available in all Lyft markets across the U.S.





CONFIDENTIAL

UBER_JCCP_MDL_003041283

**Executive Summary**

→ What happened since October '23?    **REDACTED - PRIVILEGED**
    **REDACTED - PRIVILEGED**

→ Benefits for Uber: Launching Women Preferences is a long term play (safety→ women driver growth). In the near horizon these products build towards our women safety narrative (closing a big gap vs competition so we continue to lead on safety across all fronts), longer term these address the primary barrier from prospective women drivers (sexual assault/harassement) .

→ Benefits for our users: Giving the option to women to choose to ride with other women could positively implicat SA/SM IR in US (women are more likely than men to report a SA/SM incident, whereas men are more likely to be the reported against party).

→ Next steps: We recommend moving forward with a pilot for hard filters (starting with markets where we have higher density of women drivers)    **REDACTED - PRIVILEGED**    they...
   ◆ Are strongly preferred by women riders/drivers
   ◆ Will have lower impact to the broader marketplace
   ◆ Offer greatest differentiation against competition

Uber | Women Rider/Driver Preference US Launch discussion

545
A/C Privileged & Confidential

CONFIDENTIAL

UBER_JCCP_MDL_003041284

# Research and data explorations signal <u>hard filters</u> as the best option for our users and Uber

(guaranteed match)

→ Rider use case: Night out

→ Driver use cases: Late night or trips to unknown locations

→ Rider-facing filter: Longer ETAs leading to worse reliability (Reserve would be a mitigator).

→ Driver-facing filter: Higher AR, but no impact marketplace due to low % of women drivers.

## REDACTED - PRIVILEGED

→ User value proposition: They do not address the core safety needs (concerns with driver/rider).

→ Feasibility: We would not be able to fulfill user expectations of frequency of matches.
   ◆ Riders expect to be matched at least ▮▮▮▮ trips with a women driver ▮ vs baseline).
   ◆ Drivers expect to be matched at least ▮▮▮▮ trip with a women rider

→ Marketplace impact: Soft filters would have greater marketplace implications due to an expected higher adoption.

A/C Privileged & Confidential

# WRP and WDP hard filters will have the biggest reputational impact, and be less damaging to the marketplace due to lower opt-in, but come at a higher legal risk

| | Rider facing | | Rider/Driver facing | Driver facing |
|---|---|---|---|---|
| ■ Positive impact<br>■ Neutral impact<br>■ Negative impact | **Hard Filter on Demand** | **Hard Filter (Reserve)** | **Soft Filter** | **Hard Filter**<br>*Currently live in other regions* |
| **Marketplace** | | | | |
| **Legal** | | | | |
| **Comms + Marketing** | | | | |
| **Policy** | | | | |

UBER_JCCP_MDL_003041286

# Consolidated
# Legal and Policy analysis

CONFIDENTIAL

# REDACTED - PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003041288

## Slide 549 Comments

1        Note: these 3 slides are intended to assess WDP/WRP together. Feel free to move them wherever they fit best.
*Daniel Kolta, 4/24/2024 07:56 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041289

# REDACTED - PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003041290

# REDACTED - PRIVILEGED

Uber | Attorney Client Privileged and Confidential

CONFIDENTIAL

UBER_JCCP_MDL_003041291

Slide 551 Notes

## REDACTED - PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003041292

# Policy remains <u>neutral on US launch</u>. If proceeding, we recommend <u>launching a pilot</u> in progressive cities and states, <u>post Presidential election.</u>

**Most significant risks:**

1. **Inclusive design will likely incite culture wars**
   - Intentionally designed to be **non-binary and trans inclusive**, the product may be used as **a flashpoint in certain states** (e.g. Florida)
   - Launching in **conservative states,** may lead to **reactions from policy actors** (e.g. letters, media engagement, regulatory friction)

2. **The US election has implications for launch and rollout**
   - Given potential for Uber's to be brought into culture wars, **launching post US Presidential election is recommended**
   - The election of a **Trump administration may present further risk**, especially if  product is rolled out nationally

**Other challenges:**
- Path to **national expansion remains challenging**
- **Policy actors** may **question Uber's** general **safety**
- **Soft-filters** may lead to **questions** about whether **the product is actually effective**

**Opportunities:**
- Piloting in **progressive states is a safer option**
- **Lyft laid track** with **advocates, including civil rights organizations**
  - The **Human Rights Campaign endorsed Lyft's product**
- Although safety advocates in the US have not pressured Uber for this product, we are **confident we can land a pilot where promoters outweigh detractors**

CONFIDENTIAL

UBER_JCCP_MDL_003041293

Slide 552 Notes

Policy remains neutral on US Launch.  We are  prepared to support the business decision on WRP/WDP, but have recommendations on type of launch, timing, and locations. This slide outlines how and why we came to this position:

**Most significant risk is non-binary trans** inclusive nature of the product, note we do not recommend the product be adjusted in anyway to compensate for this.

Other challenges  are more manageable but include:

- **REDACTED - PRIVILEGED**
- Whether the product would lead to questions of Uber's overall safety from KOFs, regulators and policy actors. KOFs, regulators, policy actors may raise questions around whether a product like this is needed because **Uber is not safe** for women and non-binary folks. Especially given media coverage of Uber and sexual assault, safety reports, lawsuits etc.
- Whether soft filters would raise questions about the usefulness or effectiveness of the product

**Opportunities:**
- Piloting in **progressive states safer option**
- **Lyft laid track** with **advocates**
    - The **Human Rights Campaign endorsed Lyft's product.**

# Proposed next Steps by Product

## For Earners



### Launch Driver-facing Hard Filter (WRP) in the US: Early H2/24

- Option earners value most for Safety + Better product compared to Lyft;
- Proven approved product by Women Earners in other markets;
- Aligned with Women Earner Workstream;
- Low complexity / can launch fast;
- Expected lower impact in marketplace.

## For Riders



### Pilot: Rider-facing Hard Filter in High Supply US Cities in Q4/24

- Option riders value most for Safety + Better product compared to Lyft;
- Pilot Goal: Validate public perception, demand/supply levels and general marketplace impact;
- Launch Pilot with On-Demand UberX + UberX Reserve Options;
- City Criteria: Demand/Supply ratio
- 79 cities are candidate, with 12% of trips *(Las Vegas, Houston, Phoenix, Atlanta + small cities)*

CONFIDENTIAL

UBER_JCCP_MDL_003041295

# Proposed next Steps

Launch WRP Pilot in the US - Early H2
- Relative lower risk
- Low complexity / can launch fast
- Lower impact in marketplace
- Proven approved product by Women Earners in other markets
- Aligned with Women Earner Workstream

WDP Pilot in high supply cities for H2
- Criteria: Demand/Supply ratio
- 79 cities (Las Vegas, Houston, Phoenix, Atlanta + small cities)
- 12% of US trips

UBER_JCCP_MDL_003041296

Women Rides Options

# Considerations for hard filters

As adoption goes up, if we don't grow women supply at a similar rate marketplace metrics will degrade→ Pricing levers needed to balance

As adoption goes up, impact on earnings will be greater as we will have more drivers competing for the same trips





Uber | Women Rides Options

555

CONFIDENTIAL

UBER_JCCP_MDL_003041297

# Women Rider Preference

# April 25th Sync

Uber | Women Rides Options

556

CONFIDENTIAL

UBER_JCCP_MDL_003041298

# Women-to-Women Ride options

There are 2 main components that determine the types of options explored



What we will explore

→ User Research Insights

→ Data Insights

→ Consolidated Legal Analysis

→ Policy & Comms POV

→ Product Recommendations

CONFIDENTIAL

UBER_JCCP_MDL_003041299

# Executive Summary

Why this is important:

- Leading on Safety: Top request from Women Earners and Riders to help alleviate Safety concerns over Rider/Driver behaviour. Competitor in many markets (Lyft, Bolt) have already launched a product to solve for this concern.
- Positive impact on Women Supply: Safety is a key priority for Women Drivers , on par with Earnings. Drivers say they would drive more if they had the option to turn on/off in stressful situations.

For Women Riders → Hard filter recommended (including Reserve)

- Women riders prefer a guarantee match and would be willing to wait at least
  - Use case: Late night / bar trips (if no immediate safety need to leave current location)
  - Trade-offs: Imbalance of women rider to driver ratio would lead to longer ETAs. Poland pilot and 45-30 min Reserve Simulations demonstrate that this would be a feasible option.
- For Soft Filter riders expect in this case to be matched at least          trips with women driver
  - Use case: Riders would likely leave it always on (perception is that ETAs and pricing would be like UberX)
  - Trade-offs: Could have greater marketplace implications due to higher adoption.

For Women Drivers → Hard filter recommended

- Drivers prefer a guarantee match for vulnerable situations like night trips or trips in unknown areas.
  - Trade-offs: No negative impact to marketplace due to low % of active women drivers. Current WRP data demonstrates good Driver adoption and positive impact on Acceptance Rates.
  - A Soft Filter would be better than not having any filter, however, value prop is not clear for drivers.

Women Rides Options

1

# Women-to-Women Ride options

## For Riders



## For Earners



## What we will explore

Hard Filter vs Soft Preference

User Research Insights &
Product Recommendations

Legal, Policy, Comms POV

Data Insights

Consolidated Legal Analysis

CONFIDENTIAL

UBER_JCCP_MDL_003041301

## Slide 559 Comments

1       @jlunsford@uber.com
        Hey john, if you could take a last pass at this content before the Sachin meeting tomorrow, that would be great, tks!
        _Assigned to jlunsford@uber.com_
        *Mariana Esteves, 4/25/2024 01:24 AM*

CONFIDENTIAL

UBER_JCCP_MDL_003041302

# Executive Summary

## Women Driver Preference

- Riders prefer a guarantee match when driver is a concern, especially for late night / bar trips. If guaranteed a woman driver, riders are willing to wait at least █████████████.
- Soft Filter matching expectations are high: ████ trips, and Riders would like to leave it always on, generating greater marketplace implications.
- A Pilot in Poland and 45-30 min Reserve Simulations demonstrate that Hard Filters are feasible. We recommend building a hard filter for women riders considering integration with Reserve matching.

## Women Rider Preference

- Drivers prefer a guarantee match for vulnerable situations like night trips or trips in unknown areas. A hard filter would alleviate safety concerns for these situations. A Soft filter would be used more for an overall increased ambient safety, but too ambiguous for concrete concerns.
- WRP data demonstrate good Driver adoption and positive impact on Acceptance Rates.
- We recommend launching a hard filter for women drivers.

CONFIDENTIAL

# Women Riders
# Soft Preference vs Hard Filter

- UXR Insights & Product Recommendation
- Legal, Policy, Comms
- Data: Poland example + Reserve Simulations

CONFIDENTIAL                                                    UBER_JCCP_MDL_003041304

User Research Insights Summary | Women Rider  US

# Riders prefer a guarantee match when driver behavior is the concern, especially for late night / bar trips

When concerned about **Driver interaction**, riders favor Hard Filter and are **ok with additional wait times (up to** ▮▮▮▮ (x% of women riders would use it for late night/weekend trips - which is ▮▮▮ of all trips)

When **situational safety** concerns are higher, Riders want **fast matching**.

**Soft filter** is seen as an improvement on current matching ; **Hard filter** is a new product to be weighed against other offerings.

Soft Filter **matching expectations are high:** ▮▮▮▮ trips, and Riders would like to leave it **always on**.

Reserve use case has the lowest adoption.



562

 Uber |

CONFIDENTIAL

UBER_JCCP_MDL_003041305

User Research Insights - Women Riders
US

# Women Riders prefer Hard Filter when concerned about Driver

### A woman Driver is desired when the concern is related to the Driver

When driver concerns are higher than situation concerns, riders favor: Hard filter for driver assurance, is ok with longer wait times.

Reserve is possible but increased cost can be an issue.

### When the safety concern is situational or environmental, fast matching is preferred

For when Uber is the safest option, Women prefer to leave as soon as possible and prefer:

Soft Preference for fast booking, lower wait time than hard filter, and no Reserve.

### Hard Filter is seen as a new product, while Soft Preference is perceived as an improvement in matching

Hard filter a new product to be weighed against other offerings.

Reserve had smallest support due to both additional wait time and additional cost.

Men caretakers of female family members preferred hard filter.

Methodology: 50 Riders US - Survey / Audio responses

CONFIDENTIAL

UBER_JCCP_MDL_003041306

User Research Insights - Women Riders
US

# Hard filter would be used mostly at night and users are willing to wait

## Late night social events, late night after work & bars

Opting for a Women Driver would be mostly used in these situations when Women Riders might feel more vulnerable.

Early morning flights ranked lowest among situations.

## would wait extra up to more to get a Women Driver

said they would wait at least for a Women Driver.

said they would not wait any extra time.

## Reserve is not common and additional cost impact on adoption

Only plan ahead rideshare use. But could think of a situation for reserving a women driver.

Users see Reserve and Hard filter as very similar given the additional wait time.

Methodology: 50 Riders US - Survey / Audio responses

CONFIDENTIAL

UBER_JCCP_MDL_003041307

User Research Insights - Women Riders

US

# Soft Preference would be always "on"; expectation of increased matching is ▮▮▮▮ trips

## 🔺 Soft Preference would be used as regular setup, but expectation of matching is high ▮▮▮▮

Most Women Drivers said they would expect an increased match with Women Drivers of higher than ▮▮ of their total trips (our current avg is ▮▮).

## Expectation is that wait time won't be higher

They would rely on the preference to match "when possible" but would not want to wait more.

Women also see this option as a way to "support women earners".

## Overall, getting matched with women drivers makes women riders feel more comfortable

Supporting more women drivers on the platform.

Ideally, Women Riders want both options, given they support different types of concerns

Methodology: 50 Riders US - Survey / Audio responses

CONFIDENTIAL

UBER_JCCP_MDL_003041308

## Slide 565 Comments

1     the key point that came from user input is that for improving matching the expectation of making good on that promise is high ███ ,
but as a feel good measure we can expect that expectation is much lower
*John Lunsford,  4/25/2024 06:23 PM*

UBER_JCCP_MDL_003041309

User Research Insights

3

# Gender Inclusivity & Discrimination concerns (both Riders & Drivers)

## Tension on how inclusive this feature should be

Ideal solution to avoid cancellations would include clear options to choose from:

1. Both Women and trans/nonbinary (default);
2. Only women Riders/Driver;
3. Only trans and NB riders/drivers

4
## Users want Uber to verify gender of other party

Both Riders/Drivers want the other to be verified, not just self-declared. But think self declaration is enough for them personally.

Most agree that self declare only would be the most equitable.

## Expected concern over Men Drivers' reaction

They will see it as being 'denied' extra earning opportunity.

Drivers want proof that the above isn't happening.

## Slide 566 Notes

Self identification + ID  checks + liveness..

## Slide 566 Comments

1       @jlunsford@uber.com to review this and see what else should we add as an insight
       _Reassigned to jlunsford@uber.com_
       *Mariana Esteves,  4/25/2024 06:12 PM*

2       _Marked as done_
       @mariana.esteves@uber.com Took a pass,  feel free to consolidate if you think it's too wordy.
       *John Lunsford,  4/25/2024 06:10 PM*

3       _Re-opened_
       *John Lunsford,  4/25/2024 06:12 PM*

4       @mariana.esteves@uber.com added this , feel free to edit.
       *John Lunsford,  4/25/2024 06:24 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041311

Women Driver Preference

WIP - needs policy review

# Legal, Policy, Comms Considerations



| | WDP Hard Filter on Demand | WDP Hard Filter with Reserve fee | WDP Soft Preference |
|---|---|---|---|
| Legal Risk | REDACTED - PRIVILEGED | | |
| Policy | | | |
| Comms | | | |

Uber | WDP Product

567

CONFIDENTIAL

UBER_JCCP_MDL_003041312

# Uber by Women in Poland: positive reception & expected supply challenges

**Cities live:** Warsaw and Krakow

**Women Earner Supply available:** ▮ of Active Drivers

**Rider experience:** A separate product priced on par with UberX , visible to Riders of both genders

**Driver experience:**Verification of gender transcribed from ID documents, opt-out is possible in the Preferences Hub.

- A Driver can cancel at pickup if the Rider is not a woman without harming her CR ("*not safe to pick up*")
- UbW-specific incentives compensate for longer ETAs

**Adoption**
▮ of Warsaw trips;
▮ of Women Driver Trips
▮ of Women Drivers did at least 1 trip

**Policy / Comms**

Positive/neutral mentions in 80 top media outlets. Event with Anabel for kickoff broadcasted in one of the biggest TV stations

Highly appreciated by Govt and the police. Recently  mentioned in the parliamentary session on safety in taxi business as a best practice



568

CONFIDENTIAL

UBER_JCCP_MDL_003041313

## Slide 568 Comments

1    @natalia.galvez@uber.com just want to confirm this is Driver Cancellations, not Rider -- it was not super clear on the Poland deck
_Assigned to natalia.galvez@uber.com_
*Mariana Esteves, 4/25/2024 01:18 AM*

CONFIDENTIAL

UBER_JCCP_MDL_003041314

# Hard filter (Reserve): With ▮▮▮▮▮ advance, Reserve JIT will be the only matching lever, reliability is expected to be ▮▮▮▮

## Simulated Demand
- Current reserve demand from women riders ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮
- ▮▮▮ incremental Reserve trips from women riders shifting from on-demand products and new women riders.
- ▮▮▮ incremental Reserve trips from new Uber riders
- Take a ▮▮▮ haircut due to constraints to ▮▮▮▮▮▮ lead time.

## Simulated Supply
- If we constraint lead time to ▮▮▮▮▮, the only matching lever will be Reserve JIT.
- Reserve JIT drivers are ▮▮▮ of mobility drivers. We have ▮▮▮ mobility women drivers which means Est. supply: ▮▮▮

## Reliability on the basis of Demand/Supply Ratio
- Based on jit reliability and jit demand/supply ratio relationship, we should see ▮▮▮ reliability for the low opt-in rate scenario.

### Demand / Supply Ratio Scenarios for Reserve



569

CONFIDENTIAL

# Hard filter (US Simulation): Assuming ▮ adoption (no pricing change) pickup ETA for WDP trips would directionally increase by ▮ ▮ at weekend nights, with small impact to non-WDP trips

## Simulation data - WDP Hardfilter (on Demand) vs UberX



Source; Simulation Tool; Data used in the simulation: UberX trips and supply data during 8-9PM and 0-1AM of 6 days (Fridays and Saturdays during 3/15/2024 to 3/30/2024)

## Callouts

- **Simulated Demand**
  The simulation assumes ▮ of women rider requested WDP trips, which accounts for ▮ of total trip requests.

- **We expect Rider Cancellations to be lower than simulated**
  Riders are willing to wait more for a guarantee match (up to ▮

- **Directional only**
  The simulation results should be trusted only for directional signals. The magnitude of changes may differ. An **experiment** should be conducted to measure actual impact.

- **Non-WDP requests not impacted**
  Simulations show no negative impact on Non-WDP trips

CONFIDENTIAL

# Hard filter (US Simulation): Assuming ▮▮ adoption (no pricing change) pickup ETA for WDP trips would increase by ▮▮ min at night

## Simulation data - WDP Hardfilter (on Demand) vs UberX



## Caveats

- **Simulated Demand**
  The simulation assumes ▮▮ of women rider requested WDP trips, which accounts for ▮▮ of total trip requests.

- **We expect Rider Cancellations to be lower than simulated**
  Riders are willing to wait more for a guarantee match (up to + ▮▮

- **Directional only**
  The simulation results should be trusted only for directional signals. The magnitude of changes may differ. An **experiment** should be conducted to measure actual impact.

- **Non-WDP requests not impacted**
  Simulations show no negative impact on Non-WDP trips

Source; Simulation Tool; Data used in the simulation: UberX trips and supply data during 8-9PM and 0-1AM of 6 days (Fridays and Saturdays during 3/15/2024 to 3/30/2024)

571

CONFIDENTIAL

UBER_JCCP_MDL_003041317

# Hard Filter, On Demand (WDP requests simulated impact):



Note: The simulation results should be trusted only for **directional** signals. The magnitude of changes may differ.
Source
Simulation Tool
Data used in the simulation: UberX trips and supply data during 8-9PM and 0-1AM of 6 days (Fridays and Saturdays during 3/15/2024 to 3/30/2024)

572

UBER_JCCP_MDL_003041318

Slide 572 Comments

1        @bajaj@uber.com @mariana.esteves@uber.com
         @natalia.galvez@uber.com

# REDACTED - PRIVILEGED

*Daniel Kolta, 4/23/2024 05:25 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041319

# Hard Filter, On Demand (Overall simulated impact):



Note: The simulation results should be trusted only for **directional** signals. The magnitude of changes may differ.
Source
Simulation Tool
Data used in the simulation: UberX trips and supply data during 8-9PM and 0-1AM of 6 days (Fridays and Saturdays during 3/15/2024 to 3/30/2024)

573

CONFIDENTIAL                                                                                    UBER_JCCP_MDL_003041320

Slide 573 Comments

1 @bajaj@uber.com @mariana.esteves@uber.com
@natalia.galvez@uber.com

# REDACTED - PRIVILEGED

*Daniel Kolta, 4/23/2024 05:25 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041321

## Summary | **Hard filter addresses more concrete Safety challenges and is expected to have a constrained impact on marketplace.**



| | WDP Hard Filter | WDP Soft Preference |
|---|---|---|
| | *A new option Riders can choose to be matched with a Women Driver* | *A Preference Riders turn on/off to increase the chance of matching with a Woman Driver (match* ▮▮▮ |
| **User Insights** | | |
| Impact on Safety concern | ▮▮▮▮▮ | ▮ ▮▮▮▮▮▮▮ |
| Use cases | ▮▮ | ▮▮ |
| Willingness to wait | ▮▮▮▮ | ▮▮▮▮ |
| Willingness to pay | ▮▮▮▮▮▮ | ▮▮ |
| Expected match | ▮▮▮▮ | ▮▮▮▮▮▮ |
| | ▮▮▮ | |
| Adoption estimation | ▮▮▮▮▮ | ▮▮▮▮▮▮ |
| Impact on Marketplace | ▮▮▮▮▮ | ▮▮▮▮ |
| **Product Recommendation** | | |

CONFIDENTIAL    UBER_JCCP_MDL_003041322

# Entry point explorations

## Option 1

## Option 2

**WDP as a config**



**WDP as a separate product**



*\* Early Design Explorations. Design and Copy WIP*

CONFIDENTIAL

UBER_JCCP_MDL_003041323

# Happy path | **Woman driver available <u>within UberX radius</u> and accepts the offer, same pricing as UberX**

   

**Dispatch**                          **Enroute**

*\* Early Design Explorations. Design and Copy WIP*

Uber | UX

576

CONFIDENTIAL

UBER_JCCP_MDL_003041324

# Longer ETA + New Price | **Woman driver available <u>beyond UberX</u> radius, offer additional fee option; a woman driver accepts the trip.**



**Entry point**



**New Price Option + new ETA**



**Dispatch**
Inform rider about 15-45 mins wait



**Happy path**
A woman driver accepts the offer

*\* Early Design Explorations. Design and Copy WIP*

Uber | UX

CONFIDENTIAL

UBER_JCCP_MDL_003041325

# Fallback to Reserve | **If no supply , for a higher chance of match**

     

*\* Early Design Explorations. Design and Copy WIP*

Uber |

CONFIDENTIAL

UBER_JCCP_MDL_003041326

|  | Women Drivers available | Extra pay? | Max ETA for Rider |
|---|---|---|---|
| Scenario 1 | Woman Driver within regular UberX radius | No extra pay | 15 |
| Scenario 2 | Woman Driver from Uber X+ Z miles radius<br><br>Z - maximum distance the driver is willing to drive with extra pay | Need Extra pay | 15-45 |
| Scenario 3 | No woman driver available |  | >45 |
|  |  |  |  |

CONFIDENTIAL

# Scenario 2.1 : Woman driver available <u>beyond UberX</u> radius, offer additional fee option; a woman driver accepts the trip.





**Option 1 Single**
Show a single additional price option



**Option 2: Multiple**
Show multiple additional price options



**Dispatch**
Inform rider about 15-45 mins wait



**Happy path**
A woman driver accepts the offer

Uber | UX

CONFIDENTIAL

*Early Design Explorations. Design and Copy WIP* 580

UBER_JCCP_MDL_003041328

# Scenario 2.2 : Woman driver available <u>beyond additional 10 minutes</u> radius, offer additional fee option; No woman driver accepts the trip.





**Option 1 Single**
Show a single
additional price option



**Option 2: Multiple**
Show multiple additional
price options



**Dispatch**
Inform rider about 15-
45 mins wait



**Unhappy path**
No woman driver accepts the
offer. Check if the rider wants to
be matched with the nearest
driver.

Uber | UX

CONFIDENTIAL

*Early Design Explorations. Design and Copy WIP  581

UBER_JCCP_MDL_003041329

## Slide 581 Comments

1   @xindeling@uber.com @anoosha@uber.com We don't want to add a discount here. Can we add a screen to ask if they want to be matched to the nearest driver instead?
    _Reassigned to anoosha@uber.com_
    *Srishti Bajaj, 4/30/2024 07:31 PM*

2   Updated
    *Anoosha Sajjad, 4/30/2024 07:31 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041330

# Rider Pilot: High supply cities with demand to supply ratio 

**High Supply US Cities Candidates:**

- **Criteria**: Demand/Supply ratio
- 79 cities (Las Vegas, Houston, Phoenix, Atlanta + small cities)
- 12% of US trips
- Uber X only

**Mid-High Supply US Cities Candidates:**

- **Criteria**: Demand/Supply ratio
- 168 cities (Miami, San Diego, Denver, Dallas, Orlando + small/mid cities)
- 49% of US trips
- Uber X only

CONFIDENTIAL                                                              UBER_JCCP_MDL_003041331

# Women Earners
## Hard Filter vs Soft Preference

- UXR Insights & Product Recommendation
- Legal, Policy, Comms
- Data: Poland example + Reserve Simulations

CONFIDENTIAL

UBER_JCCP_MDL_003041332

User Research Insights Summary | Women Drivers
US

# Drivers prefer a guarantee match for vulnerable situations but a Soft preference would be used more often.

Drivers felt that a hard filter provided **more flexible use** without the ambiguity of the soft filter.

When **in vulnerable situations**, drivers want a guarantee match; **Soft filter** is seen as a lever for increased ambient safety.

Soft Filter **matching expectations are very high:** ▮ ▮ trips, and drivers would **not leave it always on**.

General positive feedback for all options.



Uber | User Research Insights

584

CONFIDENTIAL

UBER_JCCP_MDL_003041333

User Research Insights - Women Drivers
US

# Hard Filter is valuable for vulnerable situations; both options can drive frequency.

### Drivers want a guarantee woman match for vulnerable situations

Women drivers would like to have the women-only option in times of increased vulnerability, such as late night ███ early morning trips ███, or unknown areas ███.

### Soft preference would be used more frequently, however perceived of lower Safety Value

Soft filter's infrequent or unpredictable nature is less valuable than hard filter + wait time.

### Both options have the potential to increase driving frequency

███ drivers mentioned that Hard filter would change how frequently you drive with Uber

███ drivers mentioned that Soft filter would change how frequently you drive with Uber

Uber | User Research Insights

CONFIDENTIAL

User Research Insights - Women Drivers
US
# Drivers are willing to wait more for a guaranteed match and value the clear expectation of Hard Filter

**drivers would wait at least an extra ▮ to get a woman rider**



▮ would wait extra ▮ more to get a woman rider

**Drivers felt that a hard filter provided more flexible use without the ambiguity of the soft filter**

▮drivers would turn the feature on when needed; only ▮ would have it on all the time.

**Drivers want user gender in the offer card**

Full transparency when a Women request is coming through and an easy way to tell that Hard Filter is enabled.

CONFIDENTIAL

UBER_JCCP_MDL_003041335

User Research Insights - Women Drivers

US

# For Soft Filter, ███ drivers expect a very high women rider match rate of at least ███ trips

## Drivers had very high expectations to prove success of the soft filter

███ women drivers expect a match rate of ███ trips (our current avg is ~ ███ trips)

And ███ women drivers expect a match rate of ███ trips.

## Only ███ drivers would have it on all the time

UXR indicates that ███ of drivers don't think of it as a set and forget tool, they would like to turn it on and off.

CONFIDENTIAL

UBER_JCCP_MDL_003041336

Women Rider Preference

**WIP - needs policy review**

# Legal, Policy, Comms Considerations



| | WRP Hard Filter | WRP Soft Preference |
|---|---|---|
| Legal Risk | **REDACTED - PRIVILEGED** | |
| Policy | | |
| Comms | | |

588

CONFIDENTIAL

UBER_JCCP_MDL_003041337

3

# WRP Insights | **Adoption is high in Latam** ▮▮▮▮ **of Women accepted dispatches); Driver AR is better in most markets**

**# of Driver Accepted Dispatches**

**Driver Acceptance Rate (AR)**
AR = accepted dispatches / total dispatch offers



Source
Data: 6 months (7/4/2023 to 3/10/2024)
Please note this analysis is based solely on observational data and doesn't control for all potential factors that could influence marketplace metrics.

589

CONFIDENTIAL

UBER_JCCP_MDL_003041338

## Slide 589 Comments

1    Added this option with adoption and AR

    @bajaj@uber.com
    _Reassigned to bajaj@uber.com_
    *Mariana Esteves, 4/25/2024 12:04 AM*

2    updated it to # of driver accepts. it takes time to run # of trips. this should give us the same story as trips
    *Jianjin Wang, 4/24/2024 11:41 PM*

3    @jianjin.wang@uber.com Let's get trips by tomorrow
    _Reassigned to jianjin.wang@uber.com_
    *Srishti Bajaj, 4/25/2024 12:04 AM*

CONFIDENTIAL

UBER_JCCP_MDL_003041339

# WRP Insights | **WRP Hard filter is valuable, specially for early lifecycle Earners**

of women drivers consider WRP an important safety feature; N = 622

Early lifecycle women drivers most likely to consider WRP as important ; N = 622





source590

CONFIDENTIAL

UBER_JCCP_MDL_003041340

## Slide 590 Comments

1    @jianjin.wang@uber.com Do we have data supporting this use case?
     *Srishti Bajaj,  4/25/2024 12:26 AM*

2    Let's add it as a skip slide
     *Srishti Bajaj,  4/25/2024 12:26 AM*

CONFIDENTIAL

UBER_JCCP_MDL_003041341

## Summary | **Hard filter addresses Driver's safety concerns better and has lower marketplace impact**



CONFIDENTIAL

UBER_JCCP_MDL_003041342

# Consolidated
# Legal analysis

CONFIDENTIAL

UBER_JCCP_MDL_003041343

# REDACTED - PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003041344

## Slide 593 Comments

1        Note: these 3 slides are intended to assess WDP/WRP together. Feel free to move them wherever they fit best.
         *Daniel Kolta,  4/24/2024 07:56 PM*

CONFIDENTIAL

# REDACTED - PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003041346

# REDACTED - PRIVILEGED

Uber | Attorney Client Privileged and Confidential

595

CONFIDENTIAL

Slide 595 Notes

**REDACTED - PRIVILEGED**

UBER_JCCP_MDL_003041348

# Rider expectations for WDP options

| | WDP Hard Filter | WDP Soft Preference |
|---|---|---|
| | A new option Riders can choose to be matched with a Women Driver | A Matching preference they would turn on/off to increase the chance of being matched with a Woman Driver (Expected match 1 in 3 trips) |
| Impact on Safety concern | ███████████ | ███████████████ |
| Use cases | █████ | █████ |
| Willingness to wait | █████████ | ███████████ |
| Willingness to pay | █████████████████ ███████ | ██████ |
| Expected match | █████████ | █████████████ |
| Adoption estimation | ████████████ | █████████████ █ |
| General Impact on Marketplace | ███████████ | ███████████████ |

CONFIDENTIAL

# Having a woman-filter would change how frequently drivers drive;
## If they had to choose, they would use a Soft filter more often



When comparing the two options ▮ drivers mentioned that they would likely use more Soft filter more, and ▮ said they would use the hard filter more

▮ drivers mentioned that **Hard filter** would change how frequently you drive with Uber

▮drivers mentioned that **Soft filter** would change how frequently you drive with Uber

CONFIDENTIAL

User Research Insights - Women Riders
US
# Rider expectations for WDP options



CONFIDENTIAL                                                              UBER_JCCP_MDL_003041351

# Product considerations: Hard filter addresses safety concerns better and has constrained marketplace impact



CONFIDENTIAL

UBER_JCCP_MDL_003041352



Recommendation is ____

Positive impact
Neutral impact
Negative impact

WIP

2 ser Research Insights Summary
(50 Riders US - Survey / Audio responses)

# A Hard Filter option is preferred to address concrete Safety Concerns; would be used at night and Riders are ok to wait longer

When concern is **Driver behavior**, riders favor Hard Filter and are **ok with additional wait times**

When **situational safety** concerns are higher, Riders want **fast matching**.

**Soft filter** is seen as an improvement on current matching ; **Hard filter** is a new product to be weighed against other offerings.

Soft Filter **matching expectations are high:** trips, and Riders would like to leave it **always on.**

Reserve use case has the **lowest preference** - similar to Hard Filter but with additional cost.

Uber | User Research Insights



601

CONFIDENTIAL

UBER_JCCP_MDL_003041354

## Slide 601 Comments

1       @jlunsford@uber.com
        Trying to summarize the insights here, let me know what you think, is anything major missing?
        _Reassigned to jlunsford@uber.com_
        *Mariana Esteves,  4/25/2024 06:11 PM*

2       Summary is good.
        *John Lunsford,  4/25/2024 06:11 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041355

# Most women drivers in the US agree that WRP would help alleviate their safety concerns associated with inappropriate rider behavior

| % of US current & prospective women drivers who agree WRP would... | Current Women Drivers | Prospective Women Drivers |
|---|---|---|
| Lessen concerns about sexual assault | ▮ | ▮ |



It would **make me feel better especially when it comes to sexual harassment**

Prospective Woman Driver, US

I love this idea! There are times I haven't felt safe in certain areas and **would've preferred only female riders**.

Woman Driver, US

I **would feel so much safer**, I would do more rides I **would be able to drive all night**"

Woman Driver, US

**I'd have more control** about of who gets in my car

Woman Driver, US

CONFIDENTIAL

UBER_JCCP_MDL_003041356

## Slide 602 Notes

**We asked women for their thoughts on a Women Rider Preference tool:**

"Uber could consider offering a Women Rider Preference feature that would allow women and non-binary drivers to have the option to only receive requests from women riders. This could be a feature that drivers could turn off or on at any time."

## Slide 602 Comments

1     Previous UXR in the US confirms xyz
*Srishti Bajaj,  4/24/2024 07:40 PM*

2     Hard filter is for specific concern like sexual assault - vulnerable situation
*Srishti Bajaj,  4/24/2024 07:40 PM*

CONFIDENTIAL

**2** **Most women drivers in the US agree that WRP would help alleviate their safety concerns associated with inappropriate rider behavior**



It would **make me feel better especially when it comes to sexual harassment**
Prospective Woman Driver, US



| % of US current & prospective women drivers who agree WRP would... | Current Women Drivers | Prospective Women Drivers |
|---|---|---|
| Lessen concerns about sexual assault | | |
| Make me **feel like I have more control** over my trips | | |
| Make me **more likely to recommend driving with Uber** to women in my life | | |
| **Differentiate** Uber from other providers when it comes to women's safety | | |
| Make me **feel more confident driving** with Uber | | |
| Make me **drive with Uber more often / more likely to drive with Uber** | | |

I love this idea! There are times I haven't felt safe in certain areas and **would've preferred only female riders**.
Woman Driver, US

I **would feel so much safer**, I would do more rides I **would be able to drive all night**"
Woman Driver, US

**I'd have more control** about of who gets in my car
Woman Driver, US

UBER_JCCP_MDL_003041358

Slide 603 Notes

**We asked women for their thoughts on a Women Rider Preference tool:**

"Uber could consider offering a Women Rider Preference feature that would allow women and non-binary drivers to have the option to only receive requests from women riders. This could be a feature that drivers could turn off or on at any time."

Slide 603 Comments

1       Previous UXR in the US confirms xyz
        *Srishti Bajaj,  4/24/2024 07:40 PM*

2       Hard filter is for specific concern like sexual assault - vulnerable situation
        *Srishti Bajaj,  4/24/2024 07:40 PM*

CONFIDENTIAL                                                                                    UBER_JCCP_MDL_003041359

# Hard filter was voted as the most useful feature, closely followed by Soft filter and Reserve.



CONFIDENTIAL

# WDP - Hard  Filter | Rider UXR insights





**Most common use cases for the hard filter includes *late night and bar trips*.**

Some other use cases are:

- Early morning flights
- Trips for younger daughters riding alone.
- Trips in new area or new city
- To and from medical appointments



riders are willing to wait at least ▮▮▮▮ to get a woman driver.

- ▮▮ would wait at least ▮▮▮▮ or more
- ▮▮ would wait at least ▮▮▮▮ or more

Uber | Women Earners

605

CONFIDENTIAL

UBER_JCCP_MDL_003041361

# WDP - Soft Filter | Rider UXR insights





 **riders would like to use the soft filter.**

Primary reasons for using soft filter:

- Getting matched with women riders makes women riders feel more comfortable
- Supporting more women drivers on the platform.

**The expectation for the frequency of woman driver match with WDP enabled varies significantly.**

- ⬛⬛⬛⬛⬛⬛ trips by women drivers
- ⬛⬛⬛⬛⬛⬛ trips by women drivers
- ⬛⬛⬛⬛⬛⬛ trips by women drivers

Uber | Women Earners

606

CONFIDENTIAL

UBER_JCCP_MDL_003041362

OLD

# Hard Filter, On Demand (WDP requests simulated impact):

Without changing costs, at a minimum, trip completion rate will drop by ▮▮ and reques to pickup ETA increase by ▮▮▮▮▮ during night time.



Note: The simulation results should be trusted only for **directional** signals. The magnitude of changes may differ.

Source

Simulation Tool

Data used in the simulation: UberX trips and supply data during 8-9PM and 0-1AM of 6 days (Fridays and Saturdays during 3/15/2024 to 3/30/2024)

607

CONFIDENTIAL

UBER_JCCP_MDL_003041363

Slide 607 Comments

1       @bajaj@uber.com @mariana.esteves@uber.com
        @natalia.galvez@uber.com

ACP - For our analysis    **REDACTED - PRIVILEGED**

# REDACTED - PRIVILEGED

*Daniel Kolta, 4/23/2024 05:25 PM*

CONFIDENTIAL                                                                    UBER_JCCP_MDL_003041364

OLD

## Hard Filter, On Demand (Overall simulated impact):

Due to expected low adoption of WDP (███ of all trip requests), the overall … during night time.



Note: The simulation results should be trusted only for **directional** signals. The magnitude of changes may differ.

Source

Simulation Tool

Data used in the simulation: UberX trips and supply data during 8-9PM and 0-1AM of 6 days (Fridays and Saturdays during 3/15/2024 to 3/30/2024)

608

CONFIDENTIAL

UBER_JCCP_MDL_003041365

Slide 608 Comments

1       @bajaj@uber.com @mariana.esteves@uber.com
        @natalia.galvez@uber.com

ACP - For our analysis **REDACTED - PRIVILEGED**

**REDACTED - PRIVILEGED**

*Daniel Kolta, 4/23/2024 05:25 PM*

UBER_JCCP_MDL_003041366

# WDP - Reserve | Rider UXR insights



**▮ riders would use Reserve trips if they can get a woman driver.**

- ▮ would use Reserve as long as it's not too expensive.
- ▮ would use Reserve, even if it costs more.
- ▮ wouldn't use Reserve because of the additional cost.



**▮ of riders are willing to pay more to get a woman driver for Reserve trips.**

Additional cost that would be acceptable:

- The same as the normal reserve option (▮)
- Flat cost of ▮ per trip ▮
- An additional ▮ of the trip cost ▮
- I would never use this if it cost more. ▮

Uber | Women Earners

CONFIDENTIAL

UBER_JCCP_MDL_003041367

# Product insights

- A hard filter will raise the bar on safety for women.
- It will allow women riders to get a woman driver when they need them the most - night trips, bar trips, and early morning flights.

- For a soft preference to have a meaningful perceivable impact, we will have to match atleast trips.
- This would imply increasing women-women match by       rom the current baseline of
- From a marketplace standpoint, given the current women driver supply, accomplishing a high woman-woman match rate for a Soft filter is close to impossible.
- A Lyft-version of soft filter would probably positively impact perception of the Uber brand, without making a significant dent in the women safety space

- Given that most women riders don't plan their trip in advance, Reserve as a mental-model is not the most ideal for this product.
- It can co-exist with the hard filter, but it cannot be the only product offering.

610

CONFIDENTIAL

UBER_JCCP_MDL_003041368

# WDP Hard Filter: supply/demand analysis

- Poland Pilot analysis
- US simulations: On Demand and Reserve

CONFIDENTIAL

UBER_JCCP_MDL_003041369

# Real-life example: Poland

CONFIDENTIAL

Sourc e     612

UBER_JCCP_MDL_003041370

# US Simulations: On Demand and Reserve

Methodology, disclaimers, etc

Cities evaluated

Exec summary on findings

Recommendation on running XPs to get real data

CONFIDENTIAL

UBER_JCCP_MDL_003041371

# Reserve TLDR

## Reserve Overview

- UberX has the highest reserve women driver share.

- of UberX reserve requests are requested by women, reliability is

- of UberX women rider requests are currently being fulfilled by women drivers with      reliability.

## WDP - Reserve

- Assuming      Reserve women riders opt-into the WDP-Reserve product, the demand to supply ratio will be

- For the spectrum of reserve products, we have      reliability when the demand/supply is

## 30-45 mins lead time

- If we constraint lead time to 30-45 mins, the only matching lever will be Reserve JIT (just-in-time).

- Based on JIT reliability and JIT demand/supply ratio relationship, we should see      reliability for Reserve women rider opt-in.

CONFIDENTIAL

UBER_JCCP_MDL_003041372

Women Drive Preference - Reserve

# Current State - Reserve

**Women Reserve Requests & Women drivers by product.**



## Insights

- ▮▮▮ reserve UDA (Upfront Driver Assignment) drivers are women.

- UberX has the highest reserve women driver share, making it a good candidate to launch WDP pilot.

- ▮▮▮ of UberX reserve requests are requested by women, reliability is ▮▮▮

- ▮▮▮of UberX women rider requests are already fulfilled by women drivers with ▮▮▮ reliability.

- Use case of women reserve rider follows the same trend as overall reserve: airport drop offs and noncore origin pickup.

615

CONFIDENTIAL

Women Drive Preference - Reserve

# Estimated reliability for WDP-Reserve is 

## Reliability estimation using Demand/Supply ratio



Each dot is a city-product combination.
CONFIDENTIAL

## Assumptions

### Demand
WDP-Reserve demand from 3 sources primarily:
1. Current reserve women riders (　　　　　　　　　　　　　　).
2. ▇ incremental Reserve trips from women riders shifting from on-demand products and new women riders.
3. ▇ incremental Reserve trips from new Uber riders

### Supply
- ▇ (Upper bound) of all mobility active drivers have received at least one Reserve offer.
- ▇ (Lower bound) of all mobility active drivers completed at least one Reserve UDA offer.

### Reliability on the basis of Demand/Supply Ratio
- For the spectrum of reserve products, the highest demand/supply ratio for which **we have** ▇ **reliability is** ▇
- This ratio indicated that we will have high reliability if Reserve opt-in is low - which is a very realistic expectation.

Source

UBER_JCCP_MDL_003041374

Women Drive Preference - Reserve

# Constraining lead time to 30-45 mins will have decent reliability

## Reliability estimation using Demand/Supply ratio



## Insights

**Demand**
- ▮ of all Reserve trips are requested from 30-45 mins and ▮ of all Reserve trips are requested from 30-120 mins.

**Supply**
- If we constraint lead time to 30m-45m, the only matching lever will be Reserve JIT.
- Reserve JIT drivers are ▮ of mobility drivers. We have ▮ mobility women drivers which means Est. supply: ▮

**Reliability on the basis of Demand/Supply Ratio**
- Based on jit reliability and jit demand/supply ratio relationship, we should see ▮ reliability for the low opt-in rate scenario.

Source

7

CONFIDENTIAL

Women Drive Preference - Reserve

# Pilot cities



Source

CONFIDENTIAL

UBER_JCCP_MDL_003041376

# User Research Insights summary

## WDP - Hard Filter

- Guarantee of matching is crucial when driver - rider safety is a greater concern.
- Most common use cases for the hard filter includes late night trips, bar trips, and early morning flights.
- In such scenarios, ▮▮▮▮ riders are willing to wait at least ▮▮▮▮▮ to get a woman driver.

## WDP - Soft Preference

- For many users, the soft filter is something they'd have on all the time.
- Primary use case for using Soft-Pref:
  - Preferred when situational safety is a greater concern.
  - Overall, getting matched with women drivers makes women riders feel more comfortable
  - Supporting more women drivers on the platform.
- With WDP enabled, ▮▮▮ riders expect to be matched with a woman driver atleast ▮▮▮▮.

## WDP - Reserve

- Reserve had smallest support because most users don't plan ahead.
- Reserve wait time and hard filter wait time felt the same for users and reserve costs more.
- In the US, ▮▮▮ riders would use Reserve trips if they can get a woman driver.

Uber | Presentation name

619

CONFIDENTIAL

UBER_JCCP_MDL_003041377

## Slide 619 Comments

1   Added this context @bajaj@uber.com
*John Lunsford, 4/23/2024 10:45 PM*

2   I don't think riders mentioned that the soft filter helped them with situational safety. It was a general safety perception of the feature that the riders liked.

   In my mind, soft preference doesn't move the needle on safety because you can't count on it. It might help with brand perception, but doesn't do much for any kind of safety concern - be it situational or driver specific.

   Am I missing something?
*Srishti Bajaj, 4/23/2024 08:11 PM*

3   the soft filter groups can be subdivided into 2 cohorts :

   One group are those that either: 1) more concerned about their environment than the are the driver being an issue, 2) they are equally concerned about the environment and the driver and the ability to get out of there fast is something within their control, so prefer that to waiting or 3) their need to be in a hurry outweighs their safety concerns.

   Second cohort is the one not substantially concerned about their safety: this groups would prefer to use the soft filter for the better chance to have a woman driver - but aren't so invested that they want to wait longer.

   Both groups see it as an improvement on the current matching, and both groups see it as women supporting women (so do the pro-hard filter folks)

   and you're correct that there's a general sentiment that the presence of the soft filter increases the feeling of ambient safety across

CONFIDENTIAL

UBER_JCCP_MDL_003041378

## Slide 619 Comments (Continued)

3        both groups.
         *John Lunsford,  4/23/2024 10:45 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041379

# Rider gender verification for product access

1 For each of these options, women drivers will know that it's a Uber by Woman trip and they would have the option to cancel a trip if a woman/non-binary rider doesn't show up.

|  | Name inference | Self Declaration | Document verification | Open to all |
|---|---|---|---|---|
| **How would it work?** |  |  |  |  |
| **What are the cons?** (Who are we excluding?) |  |  |  |  |
| **UXR Insights?** |  |  |  |  |

Slide 620 Comments

1           @bajaj@uber.com
            @mariana.esteves@uber.com
            @natalia.galvez@uber.com

# REDACTED - PRIVILEGED

*Daniel Kolta, 4/23/2024 05:28 PM*

UBER_JCCP_MDL_003041381

# May 8th, 2024

CONFIDENTIAL

UBER_JCCP_MDL_003041382

# Data Analysis

CONFIDENTIAL

UBER_JCCP_MDL_003041383





CONFIDENTIAL

623

UBER_JCCP_MDL_003041384

Women Drive Preference - Reserve

# WDP data

Source    624

CONFIDENTIAL                                    UBER_JCCP_MDL_003041385

Women Drive Preference - Reserve

# Current State - Reserve

- ▮ reserve UDA (Upfront Driver Assignment) drivers are women.
- **UberX** has the highest reserve women driver share, making it a good candidate to launch WDP pilot.

- ▮ of UberX reserve requests are requested by women, reliability is ▮
- ▮ of UberX women rider requests are already fulfilled by women drivers with ▮ reliability
- Use case of women reserve rider follows the same trend as overall reserve: airport drop offs and noncore origin pickup.



625

Source

CONFIDENTIAL

UBER_JCCP_MDL_003041386

# Hard filter (US Simulation): Assuming ▮ adoption (no pricing change) pickup ETA for WDP trips would directionally increase by ▮ ▮ at weekend nights, with small impact to non-WDP trips

**Simulation data - WDP Hardfilter (on Demand) vs UberX**

**Callouts**



Source; Simulation Tool; Data used in the simulation: UberX trips and supply data during 8-9PM and 0-1AM of 6 days (Fridays and Saturdays during 3/15/2024 to 3/30/2024)

- **Simulated Demand**
  The simulation assumes ▮ ▮ women rider requested WDP trips, which accounts for ▮ of total trip requests.

- **We expect Rider Cancellations to be lower than simulated**
  Riders are willing to wait more for a guarantee match (up to + ▮ ).

- **Directional only**
  The simulation results should be trusted only for directional signals. The magnitude of changes may differ. An **experiment** should be conducted to measure actual impact.

- **Non-WDP requests not impacted**
  Simulations show no negative impact on Non-WDP trips

CONFIDENTIAL

A/C Privileged & Confiden  1

# Context

In 2019 we launched a driver filter (hard filter) called "Women Rider Preference" (WRP) only visible for women drivers. When women drivers turn on this filter, they only receive trips from women riders. This product is currently live in 90% of LatAm countries (including all star markets), 30% of APAC countries (including all star markets) and a handful of markets in US&C (Canada and Puerto Rico) and EMEA (none of EMEA launched markets are star markets).

➔    REDACTED - PRIVILEGED

In September 2023 Lyft launched a similar product in the US called "Women+ Connect", consisting of:

➔    Driver facing filter (soft filter) that allows women drivers to express their preference to be matched with women riders. However, they will continue to receive trips from men riders while this filter is on as it is only a soft filter.

➔    Rider facing filter (soft filter) that allows women riders to express their preference to be matched with women drivers. However, they will continue to receive trips from men drivers while this filter is on as it is only a soft filter.

As a result of Lyft's launch    REDACTED - PRIVILEGED

## REDACTED - PRIVILEGED

# Constraints

➔    Rider filters - There's no off the shelf methodology that can be used to simulate or extrapolate as gender is not available in the existing simulation tools. Moreover, these decisions cannot be extracted empirically without knowing how much riders and drivers tradeoff ETA/ATR and other job properties vs Women Preference.

➔    Driver filters - It dangerous to extrapolate WRP LatAm and Canada's results to the US as these are significantly different marketplaces (e.g. Brazil/Canada => Seattle etc).

# Approach

To inform this decision, we are combining UXR and current performance of products that have similar supply limitations instead of relying on complex simulations that will most likely be inaccurate.

## Slide 627 Comments

1      add exec summary with narrative toward we need to pilot
       *Natalia Galvez, 4/1/2024 09:11 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041389

| Action Items | Status | ETA | Owner |
|---|---|---|---|
| Rider UXR | Readout w SK | | |
| Earner UXR Data | Survey to be sent out | Friday 12th | John Lunsford |
| Lyft Additional UXR Data | Share with Tamsyn<br><br>But we should check with the Marketing team on using the same route to gather<br><br>Consolidate Reddit Channel / Social media feedback | Friday 19th | Srishti |
| Hard Filter Analysis Review (Rider) | WIP | **TBD** | Jianjin |
| WRP | Deep dive on why Cancel Rates are high and what is the meaning of C/R for this? Time of day, cancel reason, gender mismatch | General analysis done Working on cancellation deep-dive ETA Friday 12th | Jianjin |
| Reserve Analysis Review | Meeting next Thursday | General analysis done Working on double-click for T-45 and T-60 ETA **TBD** | Srishti |
| Design Explorations for Hard Filter | Meeting tomorrow<br>1.  On demand flow<br>2.  Reserve | First pass on flows **TBD** | Ling / Anoosha |
| Legal Analysis on Risk | Lets meet with Daniel on Thursday EOD | ETA EOW | |
| Poland Deepdive | What is Rider and Driver Perception? | completed | |

CONFIDENTIAL

UBER_JCCP_MDL_003041390

# Problem we're trying to solve

CONFIDENTIAL

UBER_JCCP_MDL_003041391

Context

# Women Earners safety concerns

CONFIDENTIAL

UBER_JCCP_MDL_003041392

# Safety is a key priority for women drivers – on par or even more important than earnings potential

Importance of factors to women drivers when deciding whether to drive with ridesharing services

**"**

I've had bad dreams about being one of the people in the news that gets murdered [in an Uber] or disappears and gets sexually assaulted. **That is my biggest fear.**
Prospective Women Driver, US

When there's a stranger in your car **you can never feel completely safe**
Prospective Woman Driver, US

I started **doing more deliveries**. The **promotions horrible [compared to driving]**. There are **financial incentives to drive at night, but as a woman, you feel less safe**.
Woman Driver, US

CONFIDENTIAL

UBER_JCCP_MDL_003041393

# Although womens' safety concerns are widespread, women are significantly <u>more concerned than men about inappropriate rider behavior</u>

## Prospective Women Drivers (US)

**2 out of 5 top concerns are related to sexual harassment & assault**, and all leading concerns are related to concerns about riders



| Issue |
|-------|
| Riders not being thoroughly verified |
| Being sexually assaulted |
| The rider making me feel unsafe |
| Being physically assaulted or threatened |
| Being sexually harassed |
| Experiencing a theft or robbery |
| Lack of support from ridesharing service |
| Being verbally harassed |
| Having to drive intoxicated riders |
| Dangerous driving by others on the road |
| Getting into a car accident |
| Experiencing terrorism or external threats |
| Being discriminated against |

## Current Women Drivers (US)

**The top concerns among current women drivers is insufficient rider verification**, followed by **road safety**, perceived **lack of support** from Uber and fears of **interpersonal issues like theft and assault**

| Issue |
|-------|
| Riders not being thoroughly verified |
| Dangerous driving by others on the road |
| Lack of support from the ridesharing service |
| Experiencing a theft or robbery |
| Being physically assaulted or threatened |
| The rider making me feel unsafe |
| Having to drive intoxicated riders |
| Being sexually assaulted |
| Being sexually harassed |
| Being verbally harassed |
| Getting into a car accident |
| Being discriminated against |
| Experiencing terrorism or external threats |

When driving with ridesharing services, how concerned are you/ would you be about the following? Green highlight and ▲ Indicates Sig. higher vs. Male Prospective Drivers

CONFIDENTIAL

UBER_JCCP_MDL_003041394

# This is consistent with past research where women prospective drivers mentioned safety concerns as the #1 barrier for driving

**Reasons for Not Driving from prospective drivers**
Q: What are your main reasons for not currently driving with ride-sharing services?
(Among "Very" or "Somewhat" Interested to Drive)



**What aspect of safety concerns you the most?**
Women Safety US&C 2019 Study



Source: Women Safety US&C '19 study

**Uber** | Best Platform for Women Earners

CONFIDENTIAL

633
ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

UBER_JCCP_MDL_003041395

Slide 633 Notes

- Men are overrepresented in the relevant sectors of the traditional economy - we aren't amplifying the structural, economic, cultural, etc. barriers that women face in working in the transportation sector.
- Compared to men, women drivers are more likely to be parents; more likely to be part-time driver, and provide fewer supply hours
   ○ On average, women drivers produce ▇ of supply hours that men do
   ○ ▇ of women are full-time drivers while ▇ of men are ▇ difference)
- For women drivers, discomfort with strangers is the main barrier to start driving
   ○ The anxiety over who is getting in their car is fueled by physical safety concerns.
   ○ Current safety features (e.g. Emergency button) are well-known and appreciated, but don't address the core fear of the unknown.
   ○ Women are less likely to take their first trips after signing up and completing background checks.
- The gap is even higher ▇) in developing markets
- Violence against women and girls remains a global issue; Around one third of women worldwide have experienced physical and/or sexual violence by an intimate partner; and 18% have experienced such violence in the past 12 months. In the most extreme cases, violence against women is lethal: globally, an estimated 137 women are killed by their intimate partner or a family member every day.
- The majority of pandemic-related job losses have been experienced by women, according to a 2021 report from the National Women's Law Center. Since February 2020, the report notes, women in the United States have lost more than 5.4 million net jobs. Globally, women's employment dropped by 4.2% between 2019 and 2020, compared with 3% for men, a 2021 policy brief from the International Labour Organization found.

   ● 2:08

- "The pandemic had a near-immediate effect on women's employment. One in four women are considering leaving the workforce or downshifting their careers versus one in five men. While all women have been impacted, three major groups have experienced some

CONFIDENTIAL

UBER_JCCP_MDL_003041396

Slide 633 Notes (Continued)

of the largest challenges: working mothers, women in senior management positions, and Black women. This disparity came across as particularly stark with parents of kids under ten: the rate at which women in this group were considering leaving was ten percentage points higher than for men." (source)

UBER_JCCP_MDL_003041397

Context

# Women Riders safety concerns

CONFIDENTIAL

UBER_JCCP_MDL_003041398

# Women riders are more likely than men to be concerned about driver's behavior, in particular being sexually or physically harassed



| Q21. When taking a trip with Uber, how concerned are you about the following? Women n=7104 | Women | Delta vs men 95% confidence |
|---|---|---|
| **Discomfort from behavior of the driver** | | |
| Lack of support from ride sharing platforms | | |
| Drivers driving dangerously | | |
| **Being sexually harassed** | | |
| Insufficiently screened or dangerous drivers | | |
| **Being physically assaulted** | | |
| Getting into a car accident | | |
| **Being verbally harassed** | | |
| Experiencing a theft or robbery | | |
| Contracting a disease | | |

CONFIDENTIAL

*"There might be times where I get a ride to avoid being out in the street to feel safer. But then the driver might look at you differently, they might make some jokes that you don't like. **You might feel uncomfortable. We realize that we're not safe, even when you're getting in an Uber.**"*

Current Rider, Brazil

*"They'll ask me what perfume I'm wearing and they'll be like, you look really nice tonight, and [that] kind of crosses the line. ... **An Uber ride should be transactional.**"*

Current Rider, US

*"If we're on a sketchy road or we seem like we're in a weird area, **my gut instinct is like, 'I hope that he's actually taking me where he says he's taking me.'** So then, I'm much more hypersensitive of who my driver is."*

Current Rider, US

UBER_JCCP_MDL_003041399

Context

# What women Riders & Drivers want

Uber | Women Earners

636

CONFIDENTIAL

UBER_JCCP_MDL_003041400

# Nearly all Riders and Drivers we spoke with strongly desire a women-only feature.

In all of our discussions with women Riders and Drivers, women organically expressed interest in having the option to filter for women Drivers or Riders, even if it means a slightly longer wait time.



**I want a woman.** It would depend as there are times I wouldn't care as much, **but sure, if the setting was on all the time then why not? Then I only get women drivers.** I would use [Uber] more for sure.

Current Rider, US

CONFIDENTIAL

UBER_JCCP_MDL_003041401

# Both Drivers and Riders express feeling relief when matched with a woman.

## Drivers

Women Drivers ultimately feel safer with women passengers, as they perceive them as less of a threat.

This is especially true at night when they feel their safety is most at risk. Drivers see male passengers who are intoxicated and coming home from a night out as the most likely to be belligerent or lewd. Picking up a woman feels like they've avoid this risk for the duration of the trip.

## Riders

Women Riders' experiences mirror those of women Drivers when it comes to being matched with a woman. They feel more comfortable and safer with the expectation that a woman Driver is less likely to try to flirt with them or be otherwise inappropriate.

*"Women only if you could. [Would you would you want something where you could filter out and only accept requests from women riders?] Yes... use that option maybe at night till 2-3 in the morning."*

Current Driver, US

*"If it was late at night, I felt a little scared, I live at home alone, I'm going home alone... it would make me feel safer to have a woman take me home, I would like that option."*
*"I feel safer when I pick up women passengers, I feel safer in my car."*
Current Rider, US

*"If I wanted to go to a club, and I were wearing something I would feel more uncomfortable while being alone in a car with a man rather than a woman..."*

Current Rider, Brazil
Current Driver, Brazil

CONFIDENTIAL

UBER_JCCP_MDL_003041402

# Women feel a women-only feature would need to guarantee a women match

A woman pairing preference would less attractive

## Drivers

A woman only rider feature is the top feature Drivers asked for, but they are concerned about how the app would guarantee a woman rider, given that the person who orders the Uber isn't always the person who rides.

Most women Drivers don't mind driving men passengers, but would like to have the option in times of increased vulnerability, such as at night.

For this reason, Drivers prefer a feature that can guarantee a woman passenger with the flexibility to turn on or off as desired.

## Riders

Riders, similarly, want a hypothetical women-only setting to guarantee they'll be matched with a woman (rather than a setting a preference that may or may not be catered to).

Women Riders are willing to wait a little longer for a woman Driver and expect to be told what the additional wait time is, but most are not willing to pay more. In fact, Riders see a higher price tag as a "pink tax" that goes against a proclaimed commitment to women's safety.

*"I seriously would be interested in a just women platform. [Women only filter?] Yes. Well, you know, my best tippers are men. So maybe [I would filter only] at night time."*
Current Driver, US

*"So I'm anticipating that you've filtered out that it's going to be nothing but women, but then Susan gets in a car with two other passengers that are men... Your whole*
Being able to choose if you want a woman or
purpose for filtering is so Susan doesn't catch
male driver, [...] and if you want a woman, it
the ride for Jeff...
*might be 30 minutes longer wait. Then, you*
Current Driver, US
*would be able to decide."*

Current Rider, US

*"I think from an Uber standpoint, they should not [charge additional for women drivers]. It should be the same rate as male drivers. Because if they care about women's*

UBER_JCCP_MDL_003041403

# Most women drivers in the US agree that <u>WRP</u> would help alleviate their safety concerns associated with inappropriate rider behavior



| % of US current & prospective women drivers who agree WRP would... | Current Women Drivers | Prospective Women Drivers |
|---|---|---|
| Lessen concerns about sexual assault | | |
| Make me **feel like I have more control** over my trips | | |
| Make me **more likely to recommend driving with Uber** to women in my life | | |
| **Differentiate** Uber from other providers when it comes to women's safety | | |
| Make me **feel more confident driving** with Uber | | |
| Make me **drive with Uber more often / more likely to drive with Uber** | | |



It would **make me feel better especially when it comes to sexual harassment**

Prospective Woman Driver, US

I love this idea! There are times I haven't felt safe in certain areas and **would've preferred only female riders**.

Woman Driver, US

I **would feel so much safer**, I would do more rides I **would be able to drive all night**"

Woman Driver, US

**I'd have more control** about of who gets in my car

Woman Driver, US

CONFIDENTIAL

UBER_JCCP_MDL_003041404

Slide 640 Notes

**We asked women for their thoughts on a Women Rider Preference tool:**

"Uber could consider offering a Women Rider Preference feature that would allow women and non-binary drivers to have the option to only receive requests from women riders. This could be a feature that drivers could turn off or on at any time."

CONFIDENTIAL

UBER_JCCP_MDL_003041405

Context

# What competitors have done and user reactions

CONFIDENTIAL

UBER_JCCP_MDL_003041406

# Lyft Women+ Connect

## 2 DR on how the product works

- Launched in September, 2023
- Rider and driver facing feature that allows women and non-binary drivers and riders to prioritize matching between each other.
- If no women or non-binary drivers are available nearby, riders are matched with men.
- It's an opt-in feature.

### Extracts from Lyft Q4 earnings report

- Available across all Lyft markets in US
- **67%** of eligible drivers (~15% of their total supply) have opted in
- Drivers using Women+ Connect keep the feature on **99% all** of the time
- Women+ Connect is one of Lyft's **highest-rated** driver features
- **7 million** Women+ Connect rides have been completed to-date

  Women Rider/Driver Preference US Launch

- Double-digit increases in driver referrals in pilot markets

Uber |

CONFIDENTIAL




UBER_JCCP_MDL_003041407

## Slide 642 Comments

1    @bajaj@uber.com @mariana.esteves@uber.com
     @natalia.galvez@uber.com

# REDACTED - PRIVILEGED

*Daniel Kolta, 4/23/2024 08:06 PM*

2    Noted
     *Srishti Bajaj, 4/23/2024 08:06 PM*

UBER_JCCP_MDL_003041408

# On Lyft, riders access the product by updating their gender identity in app…



**New Gender entrypoint in the Personal Info Page**

**Gender is not pre-populated, and the product is not shown unless a woman or nonbinary gender is selected**

**Rider can easily change gender info and enable Women + Connect**

**Self-declaration checkbox, no verification required**

**"Automatically" enables the feature**

**Next dispatch had male driver**

CONFIDENTIAL

UBER_JCCP_MDL_003041409

…. and the same seems to be true for drivers (also noted on Lyft's blog).











**New Gender entrypoint in the Personal Info Page**

**Gender pre-populated, from driver's license, and the product is not shown**

**Driver can update or remove their gender information**

**App prompts a driver's license scan, but driver can circumvent by clicking "I don't have an ID that matches my gender"**

**Driver is asked to self-attest but seems to face no further friction.** Note: didn't update gender, we were relying on an employee's production account and didn't want to risk deactivation

**Gender update seems to have been processed**

CONFIDENTIAL

UBER_JCCP_MDL_003041410

# We conducted a survey among Lyft riders & drivers in the US to gain insight into their perceptions of Women+ Connect

## Objective

The primary goals of the survey were to:

- Understand the feature's potential impact on **safety sentiment, brand perceptions** and **usage**
- Evaluate whether the feature is perceived as **discriminatory against men**
- Understand **trade-offs** women are willing to make in order to guarantee a match with another woman (i.e. higher price, longer wait time, fewer earnings)
- Assess **awareness of** and **experience with** Lyft's Women + Connect feature

## Participants

- Women Lyft Riders (n=400); Men Lyft Riders (n=403)
- Women Lyft Drivers (n=170); Men Lyft Drivers (n=280)

CONFIDENTIAL

UBER_JCCP_MDL_003041411

Summary of survey findings

# Feature has potential to improve safety sentiment and usage among women, and many are willing to make sacrifices to guarantee a match



agree that the feature has the potential to:

- Make them **feel safer using rideshare**
- Address their **top safety concerns**
- Signal that a company is **committed to safety**



say that they would **use a rideshare app *more* frequently** if the company were to offer this feature.

say they would use it the same amount.



of women riders would be willing to **wait            or more** for a ride with a woman driver.

of women drivers would **sacrifice more than     of their earnings** for a trip with a woman rider.

646

CONFIDENTIAL

UBER_JCCP_MDL_003041412

Summary of survey findings

# Feature has potential to enhance brand trust and even usage among men but discrimination concerns may pose a risk



agree that offering this feature **shows that the rideshare company is committed to safety.**

*"Because it demonstrates that the company is both aware of and doing something about a safety issue."*

(Rider)

of men drivers say that they would **use a rideshare app *more* frequently** if the company offered this feature, citing that it would signal the company **cares about their users' wellbeing.**

- of men riders say they would use the app more frequently
- of men riders and drivers say they would use the app *less* frequently



of men drivers agree that the feature **discriminates against men**. (**29%** of men riders share that sentiment.)

*"Being a **black man who has suffered a lot from racism** and violence, this just reminds me that **I am the least important demographic at this company.** Who is trying to understand and protect me?"*

(Rider)

*"This would **punish me just for being a man** even though I am a 5.0 rated driver."*

(Driver)                                   647

# Options being explored

CONFIDENTIAL

UBER_JCCP_MDL_003041414

# We are exploring 5 filters based on the 1) user need and 2) ability to fulfill trips



CONFIDENTIAL

# What other constraints are important:



**REDACTED - PRIVILEGED**

2) Risk of longer-term marketplace degradation

3) Longer-term benefit for Women Earner Program

Uber | Women Rider/Driver Preference US Launch
discussion

650

CONFIDENTIAL

UBER_JCCP_MDL_003041416

# We are exploring 5 filters based on the 1) user need and 2) ability to fulfill trips



| Options | User considerations | User need | Marketplace considerations |
|---|---|---|---|
| Rider hard filter reserve | | | |
| Rider hard filter on-demand | | | |
| Rider soft filter | | | |
| Driver hard filter | Women earnings will be im[...] rate than in BR (currently 1[...] filter on) as there will be more drivers [...] vs [...] competing for the same trips. While some women are ok making this tradeoff, we expect that this would push womendrivers to be more cautious of when to use this filter. | This is the option that addresses head on women driver safety concerns. | This product has higher AR and lower CR. However, ETAs will be longer. As there's a low % of women drivers and it has impact to earnings, we expect the negative impact to overall marketplace to be low. |
| Driver soft filter | No impact to earnings | While this option does not address as directly women driver concerns as a hard filter, | We expect marketplace benefit of this product to be lower than a hard filter. |
| | eference US Launch | | |

Uber

651

UBER_JCCP_MDL_003041417

Driver filters



## Hard filter

Women Rider Preference

# Product performance

CONFIDENTIAL

## Slide 653 Comments

1       @sunny.wong@uber.com @jianjin.wang@uber.com
        *Natalia Galvez, 4/2/2024 03:03 PM*

UBER_JCCP_MDL_003041420

1

Women Rider Preference

# Regional Performance (WIP)



| Metric | Region | Q1-23 | Q2-23 | Q3-23 | Q4-23 | Q1-24 | QoQ | YoY |
|--------|--------|-------|-------|-------|-------|-------|-----|-----|
| Gross Bookings | US & Canada | | | | | | | |
| | EMEA | | | | | | | |
| | LATAM | | | | | | | |
| | APAC | | | | | | | |
| | Global | | | | | | | |
| Trips | US & Canada | | | | | | | |
| | EMEA | | | | | | | |
| | LATAM | | | | | | | |
| | APAC | | | | | | | |
| | Global | | | | | | | |
| Monthly Active | US & Canada | | | | | | | |

CONFIDENTIAL

## Highlights

1. **headline**
   text

2. **headline**
   text

## Lowlights

3. **Usage remains limited in markets where we've launched recently (CA & AU)**
   a. Minimal communication efforts
   b. We have only done owned channel campaigns in LatAm and minimal comms in CA & AU. We never marketed this product to prospective women drivers.
   c. Safety risk environment

4. **Earnings with WRP on are ▮▮▮▮**
   (earning per online hours are equal), despite that X% of drivers still choose it

UBER_JCCP_MDL_003041421

## Slide 654 Comments

1 @natalia.galvez@uber.com the data is updated! there's consistent drop in Q1'24, but it's consistent with the WRP dashboard. I'll need to take a deeper look at it tomorrow

*Jianjin Wang, 4/5/2024 06:12 AM*

CONFIDENTIAL

UBER_JCCP_MDL_003041422

Women Rider Preference

# WRP Comms XP results

We tested **Women Rider Preference (WRP)** across different women driver cohorts to understand how different groups respond to this messaging. The churn cohort generated strong impact on Rides Trip Rate.



No comms



**AnFT**
No impact on 14D Rides
FTR

One-off XP:  Series of WRP feature
comms on **Prechurn** 36K

**Prechurn**
No impact on 14D Rides Trip
Rate

One-off XP:  Series of WRP feature comms
on **Churn** 10K

**Churn**
Increase in 14D Rides Trip Rate

One-off XP:  Series of WRP feature
comms on Day0, 3, 5/ 37K

CONFIDENTIAL

UBER_JCCP_MDL_003041423

Women Rider Preference

# Marketplace impact

CONFIDENTIAL

UBER_JCCP_MDL_003041424

# Women driver utilization per online hour is lower when having this filter on

**Women utilization**
Effect of WRP availability on utilization of women vs men in LatAm



Source

**Observations**

- Women Rider Preference product decreases utilization and earnings per *online* hour.

- In LatAm, after the product became available, utilization and earnings of all women fell by about ███ The impact on women who use this product is close to █████

CONFIDENTIAL

Women Rider Preference

# Since WRP launch there was a  ppt increase in the share of women drivers

**The impact of WRP on the share of women drivers**



Source

**Observations**

- ▮ increase in number of women drivers (▮ share of women vs total driver base)

- These results are not precise, but we can rule out increases larger than ▮ increase).

- In a city with ▮▮▮ ) we're adding no more than ▮ new drivers as a result of WRP

658

CONFIDENTIAL

Women Rider Preference

# Impact on the share of supply hours is directionally similar, but smaller in magnitude

**The impact of WRP on the share of women SHs**
Data from LatAm



659

CONFIDENTIAL

UBER_JCCP_MDL_003041427



## Soft filter

A/C Privileged & Confidential
All copy and design are for mock purposes only

Driver Filter

# Soft filter

If women drivers select this option we'd prioritize getting them trips requested by women riders when possible

we would aim for increasing by ▮▮ the number of times that women are matched with each other (from currently ▮▮ of the times to ▮▮ of the times) so that we can meaningfully show that this product is indeed prioritizing women-women matching.

**Implications**

→ A soft filter would not have as high of a negative impact to earnings as a hard filter

→ However, this product does not address directly women driver's safety need (unclear if 50% increase will be meaningfully perceived)

→ Having more women drivers using this filter could lead to an increase in spinner times as offers from riders would first be offered just to women driver pool



Uber | Women Rider/Driver Preference US Launch discussion

661

CONFIDENTIAL

A/C Privileged & Confidential
All copy and design are for mock purposes only

Driver Filter

# Soft filter

Text



CONFIDENTIAL

UBER_JCCP_MDL_003041430



**Hard filter On-demand**



A/C Privileged & Confidential
All copy and design are for mock purposes only

Rider Filter

# Hard filter on-demand

This option would allow riders to request rides with women drivers.

There's currently a vehicle view in Poland's (see next slide) that offers a similar alternative. Low penetration of women drivers in poland ▇ leads to high spinner times by Women vehicle view currently has a ▇ C/R mostly due to high Rider cancellations specially during spinner time due to long ETAs and low Driver AR. Although we have a higher % of women drivers in the US, the MP team expects C/S for this product in the US to be around ▇ due to ETAs increasing by ▇ (rough estimate, no simulation).

**Implications**

→  A



## Slide 664 Comments

1       swap for uberx vehicle view
        *Natalia Galvez,  4/1/2024 09:29 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041433

Women Driver Preference

# Warsaw learnings

- Launched on Oct 17, 2023 in Warsaw, Poland. **Available to all riders.**

- **Rider:** Low usage▇▇▇ of all Warsaw trips ▇ trips completed)
  - Most popular use-case: **Friday and Saturday nights**

- **Driver:** ▇ of the total trips driven by active women drivers in Warsaw

- **Marketplace:** Low reliability ▇▇ C/R) due to low supply

- **Safety:** No safety tickets. 3 feedback tickets related to product misuse→ ~▇▇ of trips ordered by men (based on gender inference model)



Source

Uber | Women Rider/Driver Preference US Launch discussion

**Usage**



**Reliability**

CONFIDENTIAL

UBER_JCCP_MDL_003041434

## Slide 665 Comments

1    @eleanor.li@uber.com what's the definition of cancellation here?
     *Jianjin Wang,  4/18/2024 04:33 PM*

2    Hi @jianjin.wang@uber.com  these are the metrics from Panorama, definition below:

     Rider CR: rider_cancellations_over_requests_ratio-459
     Driver CR: driver_cancellations_over_accepted_rides_ratio-459
     *Eleanor Li,  4/18/2024 04:05 PM*

3    thank you! how about C/R? is it # of completed trips / # of trip requests?
     *Jianjin Wang,  4/18/2024 04:28 PM*

4    I just updated it to C/Rs because it is mobility_completed_trips_per_requesting_session-459
     *Eleanor Li,  4/18/2024 04:33 PM*

CONFIDENTIAL

# Request for Poland (real-life example)

- Total Women Rider / Women Driver Ratio (Avg) and for late night hours ( 8pm-9pm; 0am-1am - Fridays and Saturdays)

- How does Women supply % during Late night hours ( 8pm-9pm; 0am-1am - Fridays and Saturdays)
  - Without and with incentive?

- How does the general mktplace metrics perform for night hours ( 8pm-9pm; 0am-1am - Fridays and Saturdays)

- Let's confirm what cancel rate formula the poland team is using.

CONFIDENTIAL

UBER_JCCP_MDL_003041436

Women Driver Preference

# Comparable Product Verticals MP Performance

**Usage (US; Q1 '24)**

**WD Supply and Organic W2W Volume**





**Reliability (US; Q1 '24)**

*Inferred by assuming that the W2W Trip % to WDP Request % ratio from Poland will also apply to the US.*

\* Caveat:

1. Different safety environment;
2. Different MP environment (WD supply is more sufficient in the US than in PL.)

Source

\* Includes job board offers and UDA scheduled rides

Uber | Women Rider/Driver Preference US Launch discussion

1

CONFIDENTIAL

667

UBER_JCCP_MDL_003041437

## Slide 667 Notes

Teens SH is not session-based, a teen-eligible driver is either opted-in or out. The dispatchable P1 time for teen is the P1 time for eligible and opted-in teen drivers.

## Slide 667 Comments

1          Align with the view on slide 40
           *Eleanor Li,  4/4/2024 03:00 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041438





### Hard filter
### Reserve



A/C Privileged & Confiden   2
All copy and design are for mock purposes only

Rider Filter

# Hard filter
# Reserve

This option would have a wait time of ~30 min but we'd remove the option to book days in advance to keep UX as close to "on-demand" as possible.

This is the option that we have higher confidence on as it would 1) considerably increase the ability to fulfill the trips, and 2) allow us to price the product at a higher price point than uberX as the benchmark for pricing here would be Reserve which already has a premium price (as we will need to compensate drivers for longer dispatches it will be important to be able to offset these costs to riders while avoiding being perceived as applying a "pink tax"). MP's team is aligned with this recommendation.



Tues
Srishti

## Slide 669 Comments

1        **add a vehicle view**
        *Natalia Galvez, 4/1/2024 09:33 PM*

2        **@bajaj@uber.com**
        *Natalia Galvez, 4/1/2024 09:33 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041441



Friday
Srishti

Uber |

CONFIDENTIAL

UBER_JCCP_MDL_003041442







## Soft-filter

A/C Privileged & Confidential
All copy and design are for mock purposes only

Rider Filter

# Soft filter

If women drivers select this option we'd prioritize getting them trips requested by women riders when possible
we would aim for increasing by 50% the number of times that women are matched with each other (currently 13% of the times) so that we can meaningfully show that this product is indeed prioritizing women-women matching.

## Implications

→ A soft filter would not have as high of a negative impact to earnings as a hard filter

→ However, this product does not address directly women driver's safety need

→ Having more women riders using this filter could lead to an increase in spinner times as offers from riders would first be offered just to women driver pool.



Ride your way with
**Women Driver Preference**

Women and non-binary riders can now get matched with other women drivers

**How it works**

Verify your gender within the app
You can always go back and update this information in the future

Turn the feature on
Uber will try to find the right match for your future trips

Set it and forget it
If there are no other women drivers in your area, you will be matched with other drivers

**Get started**

Maybe later

Uber | Women Rider/Driver Preference US Launch discussion

672

CONFIDENTIAL

UBER_JCCP_MDL_003041444

A/C Privileged & Confidential
All copy and design are for mock purposes only

# Soft filter

Text



Mari to align w Sunny

CONFIDENTIAL

UBER_JCCP_MDL_003041445

3

# Rider Pilot: High supply cities, set clear ETA expectations integrate with Reserve

**High Supply US Cities Candidates:**

### Fallback to Reserve Flow if no supply for a higher chance of match

   

* Early Design Explorations. Design and Copy WIP

- 79 cities (LV, Houston, Phoenix, Atlanta + small cities)
- 12% of trips
- Criteria: supply/demand ratio below ▉
- Uber X only

**High Supply US Cities Candidates:**

- 168 cities
- CLV, Houston, Phoenix, Atlanta + small cities)
- 12% of trips
- Criteria: supply/demand ratio below ▉            674
- Uber X only

Uber |

CONFIDENTIAL

UBER_JCCP_MDL_003041446

## Slide 674 Comments

1.      @bajaj@uber.com
        @natalia.galvez@uber.com
        @varunh@uber.com
        @jianjin.wang@uber.com
        @xindeling@uber.com
        @anoosha@uber.com
        Added this slide here with general recommendations and design explorations let me know what you think
        1 total reaction
        Anoosha Sajjad reacted with ☐ ☐ at 2024-04-30 10:36 AM
        _Reassigned to bajaj@uber.com_
        *Mariana Esteves, 4/30/2024 06:13 PM*

2.      Added some more screens to help complete the flow
        *Anoosha Sajjad, 4/30/2024 05:37 PM*

3.      Depending on how we want to tell the story, I added some slides here to showcase the flow
        *Xindeling Pan, 4/30/2024 06:13 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041447

# Scenario 1: Woman driver available <u>within UberX radius</u>

**Product selector**
Discover women driver only option



**Product selector**
Compare products and select Women driver only option



**Pickup refinement**
Confirm pickup spot



**Dispatch**
Wait to be matched to a woman driver



**Enroute**
A woman way to pic



CONFIDENTIAL

UBER_JCCP_MDL_003041448

# Scenario 2: Woman driver available <u>beyond UberX</u> radius (1/2)

**Rides home**
Tap "Where to" or
Select a shortcut



**Product selector**
Discover women driver
supply is low



**Product selector**
Decide if they're ok with long
wait and extra cost



**Pickup refinement**
Confirm pickup spot



UBER_JCCP_MDL_003041449

## Slide 676 Comments

1      If we only show one option in the flow, it might be easier to follow.  @bajaj@uber.com @mariana.esteves@uber.com
       *Xindeling Pan,  4/30/2024 06:27 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003041450

# Scenario 2: Woman driver available <u>beyond UberX</u> radius (2/2)

### Dispatch
Wait to be matched to a woman driver



### Enroute
A woman driver is on her way to pickup spot



### Enroute
A driver is on his way to pickup spot



CONFIDENTIAL

UBER_JCCP_MDL_003041451

# Different ways to inform users about the additional cost







**Option 1**
Show a single additional
price option

**Option 2**
Show multiple additional
price options

**Option 3**
Show a single additional price
option and wait time

CONFIDENTIAL

UBER_JCCP_MDL_003041452

# UBER_JCCP_MDL_003040649

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Akamine, Mike;Hasbun, Andrew;Kansal, Sachin; | SEMANTIC |
| **All Paths** | Akamine, Mike: \REFRESH_Drive_Set1\REFRESH_Drive_Set1_7.zip; Akamine, Mike: \REFRESH_Drive_Set1\REFRESH_Drive_Set1_7.zip; Hasbun, Andrew: \REFRESH_Drive_Set11\REFRESH_Drive_Set11_3.zip; Hasbun, Andrew: \REFRESH_Drive_Set11\REFRESH_Drive_Set11_3.zip; Kansal, Sachin: \REFRESH_Drive_Set12\REFRESH_Drive_Set12_13.zip; Kansal, Sachin: \REFRESH_Drive_Set12\REFRESH_Drive_Set12_13.zip | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_003040649 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 04/01/2024 4:17 pm | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_003041452 | SEMANTIC |
| **File Path** | \REFRESH_Drive_Set1\REFRESH_Drive_Set1_7.zip | SEMANTIC |
| **File Size** | 136668134 | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **Other Custodians** | Akamine, Mike;Hasbun, Andrew;Kansal, Sachin; | SEMANTIC |
| **Primary Date** | 04/01/2024 4:17 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL101;JCCP_MDL205;JCCP_MDL273; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |
| **Sort Date** | 10/18/2024 9:41 pm | SEMANTIC |