# Exhibit R

# EXHIBIT 49

**EXHIBIT FILED UNDER SEAL**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER – FOR CONFERRAL PURPOSES ONLY

| SAFE Jira Tickets | | |
|---|---|---|
| **SAFE Jira Tickets Field Name** | **SAFE Jira Tickets Field Convenience Description** | **Date Provided** |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | Updated 3/24/2025 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |
|  |  | 8/23/2024 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER – FOR CONFERRAL PURPOSES ONLY

| SAFE Jira Tickets | | |
|---|---|---|
| **SAFE Jira Tickets Field Name** | **SAFE Jira Tickets Field Convenience Description** | **Date Provided** |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER - FOR CONFERRAL PURPOSES ONLY

| SAFE Jira Tickets | | |
| --- | --- | --- |
| **SAFE Jira Tickets Field Name** | **SAFE Jira Tickets Field Convenience Description** | **Date Provided** |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 Updated 3/24/2025 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 Updated 3/24/2025 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 Updated 3/24/2025 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER – FOR CONFERRAL PURPOSES ONLY

| SAFE Jira Tickets | | |
|---|---|---|
| **SAFE Jira Tickets Field Name** | **SAFE Jira Tickets Field Convenience Description** | **Date Provided** |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER – FOR CONFERRAL PURPOSES ONLY

| SAFE Jira Comments | | |
|---|---|---|
| **SAFE Jira Comments FIeld Name** | **SAFE Jira Comments Field Convenience Description** | **Date Provided** |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER - FOR CONFERRAL PURPOSES ONLY

| Bliss Actions | | |
|---|---|---|
| **Bliss Actions Field Name** | **Bliss Actions Field Convenience Description** | **Date Provided** |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | Updated 3/24/2025 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER - FOR CONFERRAL PURPOSES ONLY

| Bliss Actions | | |
|---|---|---|
| **Bliss Actions Field Name** | **Bliss Actions Field Convenience Description** | **Date Provided** |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 3/24/2025 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 3/24/2025 |
| | | 3/24/2025 |

7

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER - FOR CONFERRAL PURPOSES ONLY

| Bliss Actions | | |
|---|---|---|
| Bliss Actions Field Name | Bliss Actions Field Convenience Description | Date Provided |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 3/24/2025 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 3/24/2025 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER - FOR CONFERRAL PURPOSES ONLY

| Bliss Actions | | |
|---|---|---|
| **Bliss Actions Field Name** | **Bliss Actions Field Convenience Description** | **Date Provided** |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 8/23/2024 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER – FOR CONFERRAL PURPOSES ONLY

| Bliss Messages | | |
|---|---|---|
| Bliss Messages Field Name | Bliss Messages Field Convenience Description | Date Provided |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 Updated 3/24/25 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER - FOR CONFERRAL PURPOSES ONLY

| Bliss Messages | | |
|---|---|---|
| Bliss Messages Field Name | Bliss Messages Field Convenience Description | Date Provided |
| | | 8/23/2024 |
| | | 3/24/2025 |
| | | 8/23/2024 |
| | | 3/24/2025 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 3/24/2025 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 3/24/2025 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 3/24/2025 |
| | | 8/23/2024 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER - FOR CONFERRAL PURPOSES ONLY

| Bliss Messages | | |
|---|---|---|
| **Bliss Messages Field Name** | **Bliss Messages Field Convenience Description** | **Date Provided** |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 8/23/2024 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 3/24/2025 |
| | | 8/23/2024 |