# **Exhibit T**

# EXHIBIT 53

## EXHIBIT FILED UNDER SEAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

-----------------------------------------------X
IN RE: UBER TECHNOLOGIES, INC.
PASSENGER SEXUAL ASSAULT LITIGATION


Case no. 3:24-cv-07019-CRB
Case no. 3:24-cv-07821
Case no. 3:24-cv-7940
Case no. 3:23-cv-06708
Case no. 3:24-cv-04900
-----------------------------------------------X


*** HIGHLY CONFIDENTIAL ***


VOLUME II

VIDEOTAPED DEPOSITION

OF

SUNNY WONG

TUESDAY, OCTOBER 14, 2025


Reported by:
CANDIDA BORRIELLO
Stenographic Reporter
JOB NO. 6989788-001

Sunny Wong Volume II Highly Confidential
October 14, 2025

```
 1              S. Wong - Highly Confidential
 2   one-star rate for drivers in the Phoenix area
 3   of .45 percent, right?
 4        A.   It was higher than the median at
 5   that time period.  But I would also say
 6   that's ████████████████████████   ████████
 7   ████████████████████████████████   ████████
 8   ████████   ██████████████████████   ████████
 9   ████████████   ██████████████████████████
10   ██████████████████
11        Q.   I'm going to object to everything
12   after "time period" as nonresponsive and
13   remind you to please answer the question and
14   not go beyond the question.
15             The median driver one-star rate for
16   the seven-day period leading up to this
17   incident in Phoenix was .45 percent, right?
18        A.   That's correct.
19        Q.   And that would mean that half of
20   all drivers had a one-star rate below that
21   level, 45 percent, and half had a rate above
22   that level, right?
23        A.   Yep, that's what the median means.
24        Q.   Another factor that went into
25   Mr. Turay's -- into the S-RAD score for the
```

Sunny Wong Volume II Highly Confidential
October 14, 2025

```
 1              S. Wong - Highly Confidential
 2     matching of Jaylynn with Mr. Turay was the
 3     ████████████████████, right?  And that's line
 4     20.
 5          A.   Yeah, that's one of the features.
 6          Q.   The ██████████ for Mr. Turay was
 7     ████████████, right?
 8          A.   Correct.
 9          Q.   Okay.  That's a high ████████████,
10     right?
11          A.   I don't know if that's high or low,
12     but that's a really small number.  I mean,
13     that's ███████████████████.
14          Q.   That's about ██████████████████████
15     ███████████████████████████████████████████████
16     ██████████████████  ██████?
17          A.   Give me one second, I'm gonna refer
18     to our -- my feature definitions aid, I just
19     want to double-check the definition of that
20     particular feature.
21          Q.   Sure.
22          A.   (Document review.)
23               I wasn't able to find it, but
24     ████████████████████████████████████████████
25     ████████  ████████████████████████  █████████████
```

```
 1              S. Wong - Highly Confidential
 2   ████████████████████████████████  ██████████
 3   ████████████████████████████████████████████
 4   █████████████████████████████████████
 5   ███████████████████████████████████████
 6   █████████████    █████████████████████    ██████
 7   ██████████████████████████
 8        Q.    ██████████████████████████████████
 9   █████████████████████████████████████
10   ██████████████████████████    ██████?
11              MR. PREMO-HOPKINS:  Object to
12        form.
13        A.    ██████    ██████████████████████
14   █████████████████████████    ████████████████
15   ████████████████████████████
16   ██████████████████████
17        Q.    Okay.  So again, I'll object as
18   nonresponsive and direct you please answer
19   just the question and nothing else than the
20   question.
21              So my question is:  ████████████
22   ████████████████████████████████
23   ████████████████████████████████
24   ████  ██████
25              MR. PREMO-HOPKINS:  Object to
```