UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. Case No. 3:23-cv-06708-CRB<br>D. Ariz. Case No. 2:25-cv-04276-CRB | |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>          Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>          Defendants. | CASE NO. 25-cv-4276-PHX-CRB<br><br>Judge:      Hon. Charles R. Breyer<br><br>Courtroom:  501 |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Statement in Response to Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Statement"), the Court hereby **ORDERS** that the following portions of Plaintiff's Opposition to Uber's Motions in Limine filings remain under seal, as requested in Uber's Statement:

| Document | Text to Be Sealed[1] |
|---|---|
| Plaintiff's Opposition to Uber's Motions in Limine (Vartain Decl. Ex. A) (ECF No. 4835-3) | 9:19, 13:14-17, 20:8 |
| Ex. 2 to Plaintiff's Opposition to Uber's Motions in Limine (Vartain Decl. Ex. B) (ECF No. 4835-4) | UBER_JCCP_MDL_000337623.0007, .0009, .0011, .0013, .0020-.0021, .0023, .0025-.0030, .0032-.0034, .0036, .0038-.0039, .0047-.0048, .0050-.0052, .0055-.0058, .0060-.0062<br>Hyperlinks |
| Ex. 3 to Plaintiff's Opposition to Uber's Motions in Limine (Vartain Decl. Ex. C) (ECF No. 4835-5) | UBER_JCCP_MDL_000475322, 475385, 475393, 475396, 475405, 475411, 475413, 475418, 475422, 475425-26, 475429, 475436-37, 475442-43, 475445-47, 475449, 475452, 475467, 475469-73, 475475-76, 475479-80, 475483-85<br>Hyperlinks |
| Ex. 4 to Plaintiff's Opposition to Uber's Motions in Limine (Vartain Decl. Ex. D) (ECF No. 4835-6) | 8, 10, 12, 20, 46[2]<br>Hyperlinks |
| Ex. 5 to Plaintiff's Opposition to Uber's Motions in Limine (Vartain Decl. Ex. E) (ECF No. 4835-7) | UBER_JCCP_MDL_000118664.0001, .0005, .0007-.0009, .0011, .0013, .0023, .0025-.0027.<br>Hyperlinks |

---

[1] In each case, Uber is the party claiming confidentiality.

[2] The page numbering for the redactions to Exhibits 4, 17, 19, 20, and 22 in this proposed order differs slightly from the page numbering used in the Declaration of Greg Brown. This is because those five exhibits do not have any internal page numbers or Bates numbers to reference, and the page numbers of the PDF are used instead. For these exhibits, the PDF page numbers in the Brown declarations are all one digit off from the page numbers in this proposed order because the numbering in the Brown declaration did not take into account the lettered slipsheets that were added in connection with the Statement filing.

| Document | Text to Be Sealed[1] |
|---|---|
| Ex. 6 to Plaintiff's Opposition to Uber's Motions in Limine (Vartain Decl. Ex. F) (ECF No. 4835-8) | Hyperlinks |
| Ex. 7 to Plaintiff's Opposition to Uber's Motions in Limine (Vartain Decl. Ex. G) (ECF No. 4835-9) | Hyperlinks |
| Ex. 15 to Plaintiff's Opposition to Uber's Motions in Limine (Vartain Decl. Ex. H) (ECF No. 4835-17) | Hyperlinks |
| Ex. 17 to Plaintiff's Opposition to Uber's Motions in Limine (Vartain Decl. Ex. I (Part 1)) (ECF No. 4835-19) | 61-62, 74, 76-81, 84-86, 88, 90-91, 94, 100-105, 124-131, 199-204, 206, 223, 225, 237-239, 258, 342, 344, 354, 356, 372-373, 381, 383, 388, 393, 401, 405, 413-414, 421, 423-424, 430, 432-33, 443-45, 451, 453-54, 461-62, 64, 71-73<br>Hyperlinks |
| Ex. 17 to Plaintiff's Opposition to Uber's Motions in Limine (Vartain Decl. Ex. I (Part 2)) (ECF No. 4835-19) | 478, 480-481, 487-488, 490, 495-97, 505, 507, 509, 515-16, 518, 526-27, 529, 535-37, 543-44, 546, 551-53, 555-57, 561-64, 575-77, 582-84, 603-605, 609-10, 612, 616-18, 622-24, 629-31, 635-37, 645-647, 654-56, 662-64, 670-672, 676-77, 679, 683, 711-16, 725-29, 749-754, 756-59, 761-68, 784-789, 792-95, 798-803, 887, 895, 909, 934<br>Hyperlinks |
| Ex. 19 to Plaintiff's Opposition to Uber's Motions in Limine (Vartain Decl. Ex. J) (ECF No. 4835-20) | 11-12, 14-15, 17, 20, 27, 29 |
| Ex. 20 to Plaintiff's Opposition to Uber's Motions in Limine (Vartain Decl. Ex. K) (ECF No. 4835-21) | 10, 15-23, 26 |
| Ex. 21 to Plaintiff's Opposition to Uber's Motions in Limine (Vartain Decl. Ex. L) (ECF No. 4835-22) | Ex. 21 at 4, 7-9, 12, 14, 16-24 |
| Ex. 22 to Plaintiff's Opposition to Uber's Motions in Limine (Vartain Decl. Ex. M) (ECF No. 4835-23) | 3-4 |
| Ex. 23 to Plaintiff's Opposition to Uber's Motions in Limine (Vartain Decl. Ex. N) (ECF No. 4835-24) | UBER_JCCP_MDL_000108958-108961 |

| Document | Text to Be Sealed[1] |
|---|---|
| Ex. 35 to Plaintiff's Opposition to Uber's Motions in Limine (Vartain Decl. Ex. O) (ECF No. 4835-35) | Hyperlinks |
| Ex. 47 to Plaintiff's Opposition to Uber's Motions in Limine (Vartain Decl. Ex. P (Part 1)) (ECF No. 4835-47) | UBER_JCCP MDL_003040666-667, 3040669-670, 3040787-788, 3040790-792, 3040801, 3040804, 3040815, 3040841-842, 3040865-866, 3040872-873, 3040894, 3040905, 3040913, 3040939, 3040947, 3040949, 3040951, 3040953, 3040955, 3040957-958, 3040961-966, 3040968-970, 3040972, 3040974-975, 30409780-983, 3040985, 3040988, 3040990-991, 3040993, 3040995, 3040998, 3041000, 3041003, 3041007, 3041011, 3041022, 3041025-027, 3041030-031, 3041035, 3041037, 3041040, 3041043, 3041073, 3041075, 3041081, 3041095, 3041139, 3041141, 3041043, 3041049<br>Hyperlinks |
| Ex. 47 to Plaintiff's Opposition to Uber's Motions in Limine (Vartain Decl. Ex. P (Part 2)) (ECF No. 4835-47) | UBER_JCCP MDL_3041052-053, 3041056-057, 3041093, 3041102, 3041106, 3041108, 3041145, 3041188-189, 3041219-224, 3041226-228, 3041230, 3041232, 3041234-235, 3041243-244, 3041246, 3041251-257, 3041259-260, 3041262, 3041264-267, 3041269, 3041273, 3041275, 3041277-280, 3041285-286, 3041295-296, 3041300, 3041303, 3041305, 3041307-3098, 3041312-313, 3041315-318, 3041320, 3041322, 3041331, 3041333-338, 3041340, 3041342, 3041349-354, 3041356, 3041358, 3041360-363, 3041365, 3041367-368, 3041372-377, 3041384, 3041386-387, 3041393-396, 3041399, 3041404, 3041412-413, 3041417, 3041421, 3041423, 3041425-427, 3041429, 3041432, 3041434, 3041437, 3041446<br>Hyperlinks |
| Ex. 48 to Plaintiff's Opposition to Uber's Motions in Limine (Vartain Decl. Ex. Q) (ECF No. 4835-48) | 5-7 |
| Ex. 49 to Plaintiff's Opposition to Uber's Motions in Limine (Vartain Decl. Ex. R) (ECF No. 4835-49) | 1-12 |

| Document | Text to Be Sealed[1] |
|---|---|
| Ex. 50 to Plaintiff's Opposition to Uber's Motions in Limine (Vartain Decl. Ex. S) (ECF No. 4835-50) | 13:12 |
| Ex. 53 to Plaintiff's Opposition to Uber's Motions in Limine (Vartain Decl. Ex. T) (ECF No. 4835-53) | 432:6-10, 433:3, 433:6-7, 433:9, 433:13-16, 433:24-434:10, 434:13-16, 434:21-24. |
| Ex. 54 to Plaintiff's Opposition to Uber's Motions in Limine (Vartain Decl. Ex. U) (ECF No. 4835-54) | Entire screenshot |

**IT IS SO ORDERED.**

DATED:_____   By:_____
                           Hon. Charles R. Breyer
                           United States District Court Judge