UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. Case No. 3:23-cv-06708-CRB<br>D. Ariz. Case No. 2:25-cv-04276-CRB | Case No. 3:23-md-03084-CRB (LJC)<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:         Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>         Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>         Defendants. | CASE NO. 25-cv-4276-PHX-CRB<br><br>Judge:         Hon. Charles R. Breyer<br>Courtroom:  501 |

CERTIFICATE OF SERVICE

Case No. 3:23-md-03084-CRB (LJC)

I, Laura Vartain Horn, am at least 18 years old and not a party to this action. I am employed in the City and County of San Francisco. I am a Partner with the law firm Kirkland & Ellis LLP and my business address is 555 California Street, San Francisco, CA 94104.

On the date set forth below, I caused the following sealed documents to be served by providing a true copy on the parties listed in the table below:

1.  **Exhibits A-U to the Laura Vartain Horn Declaration in Support of Uber's Statement in Response to Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should be Sealed [Plaintiff's Opposition to Uber's Motions in Limine]**

**BY E-MAIL OR ELECTRONIC SUBMISSION:** I caused the above-referenced documents to be sent in electronic PDF format as an attachment to an email addressed to the persons on whom such documents are to be served at the email addresses shown below.

| | |
|---|---|
| Sarah R. London<br>Andrew R. Kaufman<br>**GIRARD SHARP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: slondon@girardsharp.com<br>Email: akaufman@girardsharp.com |
| Rachel B. Abrams<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery St., Suite 820<br>San Francisco, CA 94111 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: rabrams@peifferwolf.com |
| Roopal P. Luhana<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Floor 12<br>New York, NY 10016 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: luhana@chaffinluhana.com<br>Email: ubermdldiscovery@chaffinluhana.com |

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on January 13, 2026, in San Francisco, California.

*/s/ Laura Vartain Horn*

Laura Vartain Horn

---

1

CERTIFICATE OF SERVICE

Case No. 3:23-md-03084-CRB (LJC)