1  C. Brooks Cutter (SBN 121407)
   Jennifer S. Domer (SBN 305822)
2  Celine Cutter (SBN 312622)
   **CUTTER LAW P.C.**
3  401 Watt Avenue
   Sacramento, CA 95864
4  Telephone: 916-290-9400
   Facsimile: 916-588-9330
5  Email: bcutter@cutterlaw.com
          jdomer@cutterlaw.com
6         ccutter@cutterlaw.com

7
   *Attorneys for ROE CL Plaintiffs*
8

9
10                    IN THE UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12  | IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB |
13  | | Hon. Charles R. Breyer |
14  | This Document Relates to: | **PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5** |
15  | *Jane Roe CL 223 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09393-CRB | |
16  | | Date: February 13, 2026 |
17  | | Time: 10:00 a.m. |
18  | | Courtroom: 6 – 17th Floor |

19
20
21                                **I.  INTRODUCTION**

22       On December 31, 2025, Defendants filed a Motion to Dismiss cases of Plaintiffs who did

23  not file a bona fide trip receipt or ride form in connection with Pretrial Order ("PTO") 5. (Doc.

24  4854). Counsel acknowledges and understands that under PTO 5, the court created procedures

25  and deadlines to produce a bona fide trip receipt, or in the alternative complete a form that

26  identifies information Defendants can utilize to find the referenced ride, along with an

27  explanation for its unavailability. (Doc. 175, at 2-3).

28

-1-
PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Defendants' Motion argues that Plaintiffs have willfully violated this requirement and thus deserve dismissal. However, during the course of litigation, there are a number of reasons a client may become unavailable and unable to produce documents or information needed. Failure to provide the information by a certain deadline does not mean a Plaintiff has willfully chosen not to participate in their case. Counsel has undergone extensive efforts to find these clients and assist them, predating Defendants' Motion, and was successfully able to obtain the requested information and produce the PTO-5 form, though after the initial deadline. (Domer Decl. at ¶ 3).

## II.  ARGUMENT

Counsel utilized extensive efforts to reach and follow up with Jane Roe CL 223. The required PTO-5 form was then submitted and produced through MDL Centrality on January 14, 2026. Jane Roe CL 223 has therefore produced the missing document noted on Defendant's motion and should be removed from consideration as moot.

## III. CONCLUSION

For the foregoing reasons, Plaintiffs Jane Roe CL 223 should not be dismissed with prejudice.

Dated: January 14, 2026                    CUTTER LAW P.C.

By:  */s/ Jennifer S. Domer*

Jennifer S. Domer (SBN 305822)
C. Brooks Cutter (SBN 121407)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
          jdomer@cutterlaw.com
          ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 14, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: January 14, 2026                     CUTTER LAW P.C.

By: */s/ Jennifer S. Domer*

C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
       jdomer@cutterlaw.com
       ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

-2-
PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS