1  C. Brooks Cutter (SBN 121407)
   Jennifer S. Domer (SBN 305822)
2  Celine Cutter (SBN 312622)
   **CUTTER LAW P.C.**
3  401 Watt Avenue
   Sacramento, CA 95864
4  Telephone: 916-290-9400
   Facsimile: 916-588-9330
5  Email: bcutter@cutterlaw.com
          jdomer@cutterlaw.com
6          ccutter@cutterlaw.com

7
   *Attorneys for ROE CL Plaintiffs*
8

9              **IN THE UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | IN RE: UBER TECHNOLOGIES, INC., | Case No.: 3:23-md-03084-CRB |
   | PASSENGER SEXUAL ASSAULT | |
13 | LITIGATION | Hon. Charles R. Breyer |

14 | This Document Relates to: | **ATTORNEY JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5** |
15 | | |
16 | *Jane Roe CL 223 v. Uber Technologies, Inc., et al., No. 3:25-cv-09393-CRB* | |

17
18 | | Date:  February 13, 2026 |
   | | Time:  10:00 a.m. |
19 | | Courtroom:  6 – 17th Floor |

20 I, Jennifer S. Domer, declare as follows:

21      1.      I am an attorney at Cutter Law P.C. admitted to practice before the courts of the

22 State of California. I am a Partner at Cutter Law, P.C., and am one of the counsels of record for

23 the filed Jane Roe CL 223. I have personal knowledge of the matters set forth herein, and if

24 called to testify, I would testify competently as to the information below.

25      2.      This declaration is made in support of the Opposition to Defendants' Motion to

26 Dismiss.

27      3.      On January 14, 2026, Jane Roe CL 223's Ride Information Form was produced

28 and uploaded to MDL Centrality.

-1-
JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

1    I declare under penalty of perjury that the foregoing is true and correct, and that this

2  declaration was executed on January 14, 2026, in Sacramento, California.

3

4  Dated: January 14, 2026                    CUTTER LAW P.C.

5

6                                    By:    */s/ Jennifer S. Domer*

7                                          Jennifer S. Domer

8                                          *Attorney for Jane Roe CL Plaintiffs*

JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS