Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: afurness@ntrial.com
Email: jraggio@ntrial.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe NLG 2 (S.G.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08707-CRB<br><br>*Jane Doe NLG 3 (B.G.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08732-CRB<br><br>*Jane Doe NLG 2 (J.H.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08736-CRB<br><br>*Jane Doe NLG (V.S.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08757-CRB<br><br>*Jane Doe NLG 3 (P.L.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08865-CRB<br><br>*Jane Doe NLG (M.S.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09006-CRB<br><br>*Jane Doe NLG (A.B.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09180-CRB<br><br>*Jane Doe NLG (M.O.) v. Uber Technologies,* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF ARATI FURNESS IN SUPPORT OF NACHAWATI LAW GROUP PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5**<br><br>Judge: Honorable Charles R. Breyer<br>Date: February 13, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

1

*Inc., et al.*, No. 3:25-cv-09181-CRB

*Jane Doe NLG (R.R.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09182-CRB

*Jane Doe NLG (K.G.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09184-CRB

*Jane Doe NLG (J.R.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09186-CRB

*Jane Doe NLG (T.J.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09193-CRB

*Jane Doe NLG (C.P.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09194-CRB

*Jane Doe NLG (R.M) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09197-CRB

*Jane Doe NLG (A.G.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09205-CRB

*Jane Doe NLG (C.B.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09213-CRB

*Jane Doe NLG (G.Z.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09315-CRB

## **DECLARATION OF ARATI FURNESS**

I, Arati Furness, declare as follows:

1. I am an attorney who is admitted to practice before this Court. I am a partner at the law firm Nachawati Law Group and counsel of record for the Plaintiffs represented by Nachawati Law Group whose claims are the subject of Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 5. ECF 4854. This declaration is made in support of Nachawati Law Group Plaintiffs' Opposition to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss Cases for Failure to Comply with PTO 5. I make this declaration based on my own personal

knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Our office has made significant effort to reach these Plaintiffs including numerous phone calls, emails, texts, letters, and/or address searches.

3. The following Plaintiffs have submitted ride documentation and are therefore in compliance with PTO 5, as follows:

   (a) Plaintiffs Jane Doe NLG 3 (P.L.), Jane Doe NLG (C.P.), and Jane Doe NLG (A.G.)'s ride receipts were submitted and produced on January 5, 2026.

   (b) Plaintiff Jane Doe NLG (T.J.)'s ride receipt was submitted and produced on January 14, 2026.

   (c) Plaintiff Jane Doe NLG (R.R.)'s ride information form was submitted and produced on January 13, 2026.

   (d) Plaintiff Jane Doe NLG 3 (B.G.)'s ride receipt was submitted and produced on January 13, 2026, under plaintiff portal ID 4190 (Case No. 3:25-cv-08732). Plaintiff portal ID 4633 is duplicative and we have requested deactivation.

   (e) Plaintiff Jane Doe NLG (K.G.)'s ride receipt was submitted and produced on January 13, 2026, under plaintiff portal ID 4407 (Case No. 3:25-cv-09184). Plaintiff portal ID 4592 is duplicative and we have requested deactivation.

   (f) Plaintiff Jane Doe NLG (G.Z.)'s ride receipt was submitted and produced on January 14, 2026, under plaintiff portal ID 4144 (Case No. 3:25-cv-09315). Plaintiff portal ID 4599 is duplicative and we have requested deactivation.

4. Counsel would therefore dispute their inclusion on Defendants' list of delinquencies for their Motion, as well as respectfully request for their exclusion on any future entry of dismissal by the Court.

Executed on January 14, 2026, in Dallas, Texas.

**NACHAWATI LAW GROUP**

*/s/ Arati Furness*
Arati Furness (CA Bar No. 225435)