Sunday, January 11, 2026 at 10:42:01 Mountain Standard Time

| | |
|---|---|
| **Subject:** | Re: Uber MDL 3084 - Third Party Subpoena to Lyft |
| **Date:** | Monday, June 30, 2025 at 3:56:20 PM Mountain Daylight Time |
| **From:** | Jamie Powers |
| **To:** | Riskin, David |
| **CC:** | Sam Hoefs |
| **Attachments:** | image001.png, Outlook-A black le.png, 06-30-2025 BW Summary for Lyft.pdf |

Hi David,

Please see the attached chart, which outlines the cases for which we do and do not have ISSP documents. It includes the relevant driver names and DOB to assist with your searches, as well as incident dates. To narrow the scope, we're willing to limit our requests to records dated prior to each incident, as we agree that subsequent reports or deactivations would not be relevant.

We also wanted to clarify that after reviewing the HireRight reports currently in our possession, we believe it is most appropriate to pursue our subpoena to Lyft directly in order to obtain Lyft's deactivation data. HireRight's records only reflect deactivations tied to five categories of sexual assault under the ISSP. In contrast, Lyft retains deactivation data for all categories of sexual assault, including the 16 categories that Uber deliberately chose to exclude from the ISSP's scope. These broader deactivations are highly relevant to Plaintiffs' claims, given that Uber designed the ISSP in a way that ensured it would not receive this additional information from Lyft.

Let us know if you have any questions, or if you'd like to schedule another meet and confer on these issues.

Thanks.


**Jamie Mauhay Powers** (she/her)

*Senior Associate Attorney*

**Clarkson**

---

**From:** Riskin, David <DRiskin@wc.com>

**Sent:** Wednesday, June 18, 2025 10:49 AM
**To:** Jamie Powers <jpowers@clarksonlawfirm.com>
**Cc:** Sam Hoefs <shoefs@nighgoldenberg.com>; Riskin, David <DRiskin@wc.com>
**Subject:** RE: Uber MDL 3084 - Third Party Subpoena to Lyft

Jamie:

We can speak on Wednesday at 11 am PT.

**David Riskin**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5789 | vcard | www.wc.com/driskin

---

**From:** Jamie Powers <jpowers@clarksonlawfirm.com>
**Sent:** Monday, June 16, 2025 12:44 PM
**To:** Riskin, David <DRiskin@wc.com>
**Cc:** Sam Hoefs <shoefs@nighgoldenberg.com>
**Subject:** Re: Uber MDL 3084 - Third Party Subpoena to Lyft

Hi David, no problem at all.

Here are some dates and times for next week:

- Monday 6/23 between 2-5PM PT
- Tuesday 6/24 between 9-11AM PT
- Wednesday 6/25 between 10AM-1PM PT

Thanks much.

-Jamie

**Jamie Mauhay Powers** (she/her)
*Senior Associate Attorney*

**Clarkson**

---

**From:** Riskin, David <DRiskin@wc.com>
**Sent:** Monday, June 16, 2025 8:28 AM
**To:** Jamie Powers <jpowers@clarksonlawfirm.com>
**Cc:** Sam Hoefs <shoefs@nighgoldenberg.com>; Riskin, David <DRiskin@wc.com>

**Subject:** RE: Uber MDL 3084 - Third Party Subpoena to Lyft

Jamie:

Thank you for your email.  Although this week is quite difficult for me, I can chat next week.  Let me know your availability and I will coordinate here.

All best,
David

**David Riskin**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5789 | [vcard](vcard) | [www.wc.com/driskin](www.wc.com/driskin)

---

**From:** Jamie Powers <jpowers@clarksonlawfirm.com>
**Sent:** Thursday, June 12, 2025 4:15 PM
**To:** Riskin, David <DRiskin@wc.com>
**Cc:** Sam Hoefs <shoefs@nighgoldenberg.com>
**Subject:** Uber MDL 3084 - Third Party Subpoena to Lyft

Good afternoon David,

My colleague Sam Hoefs and I are coordinating the third-party subpoenas issued in this matter and would like to schedule a global meet and confer on behalf of the bellwether plaintiffs regarding Lyft's objections and responses.

Would you kindly provide your availability for next week? I am available on the afternoon of June 16 and most of the day on June 17.

Thank you.

**Jamie Mauhay Powers**
(she/her)
Senior Associate Attorney
[jpowers@clarksonlawfirm.com](jpowers@clarksonlawfirm.com)

## Clarkson

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
(213) 788-4050
clarksonlawfirm.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this
 transmission in error, please reply to the sender to advise of the error and delete this

transmission and any attachments.

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.