| Case Number | Plaintiff | Driver | Driver DOB | Date of Incident | ISSP Report Produced? |
|---|---|---|---|---|---|
| 3:24-cv-07019 | LCHB128 | Felix Perez Rodriguez | 8/12/1985 | 6/28/2024 | Yes |
| 3:23-cv-06708 | Jaylynn Dean | Hassan Turay | 1/31/1974 | 11/15/2023 | No |
| 3:24-cv-07940 | B.L. | Edwin Castaneda Orozco | 1/17/1978 | 8/12/2022 | No |
| 3:24-cv-07821 | A. R. 2 | Michael Le / Hung Quang Le | 12/30/1970 | 8/10/2023 | No |
| 3:23-cv-04972 | C.L. | Mohammad Popalzai | 9/29/1959 | 8/23/2023 | No |
| 3:24-cv-05027 | WHB 1898 | Fulgencio Hernandez Gonzalez | 6/18/1970 | 8/5/2022 | No |
| 3:24-cv-01915 | A.G. | Colin Drummond | 1/7/1979 | 4/22/2023 | No |
| 3:24-cv-01827 | T.R. for A.R. [A.R.1] | Felix Urena Almanzar | 12/18/1976 | 3/13/2023 | No |
| 3:24-cv-09217 | T. L. | Raymond McKrow II | 11/18/1977 | 10/29/2023 | Yes |
| 3:24-cv-05028 | WHB 407 | John Osborne | 9/12/1952 | 8/30/2021 | No |
| 3:24-cv-04889 | WHB 318 | Douglas Reitzen | 5/7/1976 | 3/20/2021 | No |
| 3:24-cv-04900 | WHB 832 | Jeffery Richardson | 4/17/1970 | 3/26/2019 | No |
| 3:24-cv-08783 | Jane Doe QLF 001 | Victor Huynh Le | 7/17/1997 | 6/9/2020 | No |
| 3:24-cv-05281 | K.E. | Hector Velis | 12/11/1994 | 4/24/2022 | No |
| 3:24-cv-06669 | Jane Roe CL 68 | Martin Wise | 12/15/1966 |  | No |
| 3:24-cv-04803 | WHB 1486 | Burak Lafci | 8/10/1987 | 10/29/2021 | No |
| 3:24-cv-08937 | Amanda Lazio | Rushabhkumar Chaudrhuri | 11/1/1997 | 12/14/2022 | No |
| 3:24-cv-05230 | WHB 1876 | Jason Henkhaus | 2/11/1978 | 9/27/2019 | No |
| 3:24-cv-07228 | D. J. | Samuel Abegaz | 5/20/1976 | 11/20/2022 | No |
| 3:24-cv-03335 | J.E. | Faris Halata | 6/30/1988 | 12/7/2022 | No |