# EXHIBIT A

**EXHIBIT A**

| **Privilege Log Number** |
|---|
| JCCP_MDL_PRIVLOG006153 |
| JCCP_MDL_PRIVLOG058772 |
| JCCP_MDL_PRIVLOG005511 |
| JCCP_MDL_PRIVLOG007033 |
| JCCP_MDL_PRIVLOG059502 |
| JCCP_MDL_PRIVLOG024087 |
| JCCP_MDL_PRIVLOG009470 |
| JCCP_MDL_PRIVLOG006133 |
| JCCP_MDL_PRIVLOG016154 |
| JCCP_MDL_PRIVLOG016161 |
| JCCP_MDL_PRIVLOG016164 |
| JCCP_MDL_PRIVLOG017899 |
| JCCP_MDL_PRIVLOG017900 |
| JCCP_MDL_PRIVLOG005512 |
| JCCP_MDL_PRIVLOG059680 |
| JCCP_MDL_PRIVLOG059681 |
| JCCP_MDL_PRIVLOG059682 |
| JCCP_MDL_PRIVLOG059683 |
| JCCP_MDL_PRIVLOG059684 |
| JCCP_MDL_PRIVLOG059685 |
| JCCP_MDL_PRIVLOG023201 |
| JCCP_MDL_PRIVLOG043587 |

| | |
|---|---|
| 1 | JCCP_MDL_PRIVLOG007423 |
| 2 | JCCP_MDL_PRIVLOG057200 |
| 3 | JCCP_MDL_PRIVLOG057551 |
| 4 | JCCP_MDL_PRIVLOG057552 |
| 5 | JCCP_MDL_PRIVLOG006612 |
| 6 | JCCP_MDL_PRIVLOG006613 |
| 7 | JCCP_MDL_PRIVLOG006614 |
| 8 | JCCP_MDL_PRIVLOG006832 |
| 9 | JCCP_MDL_PRIVLOG006714 |
| 10 | JCCP_MDL_PRIVLOG007165 |
| 11 | JCCP_MDL_PRIVLOG007166 |
| 12 | JCCP_MDL_PRIVLOG007167 |
| 13 | JCCP_MDL_PRIVLOG007475 |
| 14 | JCCP_MDL_PRIVLOG007476 |
| 15 | JCCP_MDL_PRIVLOG007553 |
| 16 | JCCP_MDL_PRIVLOG007555 |
| 17 | JCCP_MDL_PRIVLOG039302 |
| 18 | JCCP_MDL_PRIVLOG007513 |
| 19 | JCCP_MDL_PRIVLOG007515 |
| 20 | JCCP_MDL_PRIVLOG014929 |