# EXHIBIT B



January 10, 2025

|  |  | Michael B. Shortnacy |
|---|---|---|
|  |  | 2121 Avenue of the Stars |
|  |  | Suite 1400 |
|  |  | Los Angeles, California 90067 |
|  |  | **t** 424.285.8330 |
|  |  | **dd** 424.324.3494 |
|  |  | **f** 424.204.9093 |
|  |  | mshortnacy@shb.com |

**BY ELECTRONIC MAIL**

William A. Levin
Levin Simes LLP
1700 Montgomery St., Suite 250
San Francisco, CA 94111
wlevin@levinsimes.com

Walt Cubberly
Williams Hart Boundas, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
wcubberly@whlaw.com

Steve Estey
Estey Bomberger
2869 India Street
San Diego, CA 92103
steve@estey-bomberger.com

Celine Cutter
Cutter Law P.C.
1999 Harrison Street, Suite 1400
Oakland, CA 94612
ccutter@cutterlaw.com

***Co-Lead Counsel for JCCP Plaintiffs***

Sarah R. London
Lieff Cabraser Heimann & Bernstein
275 Battery Street, Fl. 29
San Francisco, CA 94111
Slondon@lchb.com

Rachel B. Abrams
Peiffer Wolf Carr Kane Conway & Wise, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Rabrams@peifferwolf.com

Roopal P. Luhana, Esq.
Chaffin Luhana LLP
600 Third Avenue, F. 12
New York, NY 10016
Luhana@chaffinluhana.com

***Co-Lead Counsel for MDL Plaintiffs***

Re: <u>In Re: Uber Rideshare Cases, JCCP No. 5188; and *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*, MDL 3084</u>

Dear Counsel:

On behalf of our clients, Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"), we are producing documents for which Defendants no longer assert a claim of privilege or produce now with privilege redactions from Uber's privilege log dated December 3, 2024, pursuant to the Order Regarding First Set of Challenges to Uber's Privilege Claims entered by the Court on November 27, 2024 the Order Regarding Second Set of Challenges to Uber's Privilege Claims entered by the Court on December 21, 2024, and the

SHOOK
HARDY & BACON

January 10, 2025
Page 2

Order Regarding Time to Produce De-Designated Documents entered by the Court on December 16, 2024.

    Defendants do so in the spirit of cooperation, narrowing disputes, conserving judicial resources, and without subject matter waiver. The first production volume contains replacement images and load files for documents previously produced as slipsheets or with privilege redactions. The second production volume contains documents produced in the first instance. Bates labels and corresponding privilege log details are provided in the chart below.

    Please note that documents in this production have been labeled as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" consistent with the JCCP Protective Order entered by the Court on September 14, 2022 and the MDL Protective Order entered by the Court on December 28, 2023. The designated materials shall be handled and stored in accordance with these Orders of the Court.

| JCCP_MDL Priv No. | Bates Range | Vol |
|---|---|---|
| JCCP_MDL_PRIVLOG039356 | UBER_JCCP_MDL_000535015 - UBER_JCCP_MDL_000535015 | 67 |
| JCCP_MDL_PRIVLOG057572 | UBER_JCCP_MDL_001712114 - UBER_JCCP_MDL_001712114 | 67 |
| JCCP_MDL_PRIVLOG026221 | UBER_JCCP_MDL_002266831 - UBER_JCCP_MDL_002266831 | 68 |
| JCCP_MDL_PRIVLOG026377 | UBER_JCCP_MDL_002266832 - UBER_JCCP_MDL_002266834 | 68 |
| JCCP_MDL_PRIVLOG032008 | UBER_JCCP_MDL_002266835 - UBER_JCCP_MDL_002266838 | 68 |
| JCCP_MDL_PRIVLOG026992 | UBER_JCCP_MDL_002266839 - UBER_JCCP_MDL_002266841 | 68 |
| JCCP_MDL_PRIVLOG027325 | UBER_JCCP_MDL_002266842 - UBER_JCCP_MDL_002266860 | 68 |
| JCCP_MDL_PRIVLOG033266 | UBER_JCCP_MDL_002266861 - UBER_JCCP_MDL_002266864 | 68 |
| JCCP_MDL_PRIVLOG033301 | UBER_JCCP_MDL_002266865 - UBER_JCCP_MDL_002266865 | 68 |
| JCCP_MDL_PRIVLOG028244 | UBER_JCCP_MDL_002266866 - UBER_JCCP_MDL_002266867 | 68 |
| JCCP_MDL_PRIVLOG034892 | UBER_JCCP_MDL_002266868 - UBER_JCCP_MDL_002266870 | 68 |
| JCCP_MDL_PRIVLOG034998 | UBER_JCCP_MDL_002266871 - UBER_JCCP_MDL_002266872 | 68 |
| JCCP_MDL_PRIVLOG038185 | UBER_JCCP_MDL_002266873 - UBER_JCCP_MDL_002266880 | 68 |



| JCCP_MDL_PRIVLOG044017 | UBER_JCCP_MDL_002266881 - UBER_JCCP_MDL_002266886 | 68 |
| JCCP_MDL_PRIVLOG044456 | UBER_JCCP_MDL_002266887 - UBER_JCCP_MDL_002266887 | 68 |
| JCCP_MDL_PRIVLOG045031 | UBER_JCCP_MDL_002266888 - UBER_JCCP_MDL_002266888 | 68 |
| JCCP_MDL_PRIVLOG045140 | UBER_JCCP_MDL_002266889 - UBER_JCCP_MDL_002266889 | 68 |
| JCCP_MDL_PRIVLOG048052 | UBER_JCCP_MDL_002266890 - UBER_JCCP_MDL_002266890 | 68 |
| JCCP_MDL_PRIVLOG052575 | UBER_JCCP_MDL_002266891 - UBER_JCCP_MDL_002266891 | 68 |
| JCCP_MDL_PRIVLOG052825 | UBER_JCCP_MDL_002266892 - UBER_JCCP_MDL_002266895 | 68 |
| JCCP_MDL_PRIVLOG056807 | UBER_JCCP_MDL_002266896 - UBER_JCCP_MDL_002266898 | 68 |
| JCCP_MDL_PRIVLOG057556 | UBER_JCCP_MDL_002266899 - UBER_JCCP_MDL_002266917 | 68 |

January 10, 2025
Page 3

Per the agreement of the parties in the JCCP and MDL, Uber is making a single production in both actions, with the Bates prefix of UBER_JCCP_MDL.

You can access these documents at the following FTP link: https://ftp/lhediscovery.com/. The passwords for the zip files on the FTP site will be forwarded by separate email.

Production of these materials is not intended to, and does not, waive any applicable privilege or other legal basis under which information may be protected from disclosure. If it were found that provision of this material constitutes production of otherwise privileged matters, such disclosure would be inadvertent, and is not intended to, and does not, waive any attorney-client privilege, work-product, or other protection that the producing party would otherwise be entitled to assert with respect to the inadvertently produced material and its subject matter.

Uber reserves the right to amend, supplement, correct, or modify the information contained herein and in the associated documents, if and as we obtain additional information.



January 10, 2025
Page 4

Sincerely,

Michael B. Shortnacy
Partner

cc:
    Robert A. Atkins
    Patrick L. Oot
    Bobbie E. Hooper
    Kyle Smith
    Jessica E. Phillips
    Randall S. Luskey
    Jacqueline P. Rubin
    Christine M. Ray

*Counsel for Defendants*
*Uber Technologies, Inc., Rasier LLC, and Rasier-CA LLC*