# EXHIBIT E

| | |
|---|---|
| **From:** | Jones, Barbara |
| **To:** | Tiffany R. Ellis; Goldman, Rachel; Shortnacy, Michael (SHB); Jacobs, Andrew; Geoffrey Spaulding; Chris Cox; Cummings, Dan (SHB); Cole, Brandon J. (SHB); Lean, Amanda M. (SHB); Potter, Erich C. (SHB); Gromada, Veronica G. (SHB); Hill, Jennifer (SHB); Salcedo, Maria (SHB); Uber-DefensePrivilegeTeam; St. Amand, Amy; Roopal Luhana; Sarah London; Rachel Abrams; Steven Cohn; Uber MDL Privilege Log Team |
| **Cc:** | Kokalas, Tom; Connolly, Daniel; Ball, David; Foxwell, Rebecca; Wulfe, Mark; Moriarty, Alexandria |
| **Subject:** | RE: Ruling on Scope of Clawback Orders |
| **Date:** | Tuesday, September 30, 2025 3:37:14 PM |
| **Attachments:** | image001.png<br>image003.png<br>image004.png<br>image005.png<br>image006.png |

**EXTERNAL**

Dear Counsel,

In my September 3, 2025 order, I granted defendants' request to submit briefing on the 46 documents that were de-designated after February 6, 2025 pursuant to the re-review process directed by Judge Cisneros.

By letter dated September 16, 2025, plaintiffs withdrew their challenge to four of these documents (JCCP_MDL_PRIVLOG043850, JCCP_MDL_PRIVLOG043854, JCCP_MDL_PRIVLOG043856, and JCCP_MDL_PRIVLOG043859). Accordingly, only 42 of the 46 documents remain at issue.

After considering the parties' submissions, the relevant authority, the procedural history in this case, and the related court orders, I find that the same principles applied by Judge Cisneros in her April 24, 2025 and July 22, 2025 orders apply to the 42 documents de-designated after February 6, 2025 and Uber may not claw back those documents.

Barbara Jones

**HON. BARBARA JONES (RET.)**
Partner
barbara.jones@bracewell.com | download v-card
T: +1.212.508.6105 | F: +1.800.404.3970 | M: +1.917.273.2292

**BRACEWELL LLP**
31 W. 52nd Street, Suite 1900 | New York, NY | 10019-6118
bracewell.com | profile | LinkedIn | Twitter

CONFIDENTIALITY STATEMENT
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.