# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION  _____ /  This Order Relates To:  *ALL ACTIONS* | Case No. 23-md-03084-CRB (LJC) |

**MASTER PRIVILEGE DETERMINATIONS
JUNE 17 CLAWBACK NOTICE**

October 7, 2025

Master Privilege Determinations
June 17 Clawback Notice
October 7, 2025

| | Control Number | Privilege Assertion | Uber's Privilege Description | Plaintiff's Privilege Log Challenge Rationale | Master's Determination | Reasoning |
|---|---|---|---|---|---|---|
| 1 | JCCP_MDL_PRIVLOG006612 | Attorney-Client | Redacted confidential e-mail thread seeking legal advice from in-house counsel regarding driver background check policies and practices. | Yes-this is a Tranche 1 entry and Uber modified the redactions during the Court ordered re-review, clawback is improper at this point in time. | Not Privileged | Pursuant to Order dated September 30, 2025, this document may not be clawed back. |
| 2 | JCCP_MDL_PRIVLOG006613 | Attorney-Client | Redacted confidential e-mail thread seeking legal advice from in-house counsel regarding driver background check policies and practices. | Yes-this is a Tranche 1 entry and Uber modified the redactions during the Court ordered re-review, clawback is improper at this point in time. | Not Privileged | Pursuant to Order dated September 30, 2025, this document may not be clawed back. |
| 3 | JCCP_MDL_PRIVLOG006614 | Attorney-Client | Redacted confidential e-mail thread seeking legal advice from in-house counsel regarding driver background check policies and practices. | Yes-this is a Tranche 1 entry and Uber modified the redactions during the Court ordered re-review, clawback is improper at this point in time. | Not Privileged | Pursuant to Order dated September 30, 2025, this document may not be clawed back. |
| 4 | JCCP_MDL_PRIVLOG006714 | Attorney-Client | Confidential e-mail thread seeking legal advice from in-house counsel regarding interpretation of proposed legislation. | Yes-this is a Tranche 1 entry and Uber withdrew its privilege claim during the Court ordered re-review, clawback is improper at this point in time. | Not Privileged | Pursuant to Order dated September 30, 2025, this document may not be clawed back. |
| 5 | JCCP_MDL_PRIVLOG006832 | Attorney-Client | Confidential e-mail thread seeking and providing legal advice from in-house counsel regarding interpretation of proposed legislation. | Yes-this is a Tranche 1 entry and Uber withdrew its privilege claim during the Court ordered re-review, clawback is improper at this point in time. | Not Privileged | Pursuant to Order dated September 30, 2025, this document may not be clawed back. |
| 6 | JCCP_MDL_PRIVLOG007165 | Attorney-Client | Redacted confidential e-mail thread seeking legal advice from in-house counsel regarding driver background check policies and practices. | Yes-this is a Tranche 1 entry and Uber modified the redactions during the Court ordered re-review, clawback is improper at this point in time. | Not Privileged | Pursuant to Order dated September 30, 2025, this document may not be clawed back. |
| 7 | JCCP_MDL_PRIVLOG007166 | Attorney-Client | Redacted confidential e-mail thread seeking legal advice from in-house counsel regarding driver background check policies and practices. | Yes-this is a Tranche 1 entry and Uber modified the redactions during the Court ordered re-review, clawback is improper at this point in time. | Not Privileged | Pursuant to Order dated September 30, 2025, this document may not be clawed back. |
| 8 | JCCP_MDL_PRIVLOG007167 | Attorney-Client | Redacted confidential e-mail thread seeking legal advice from in-house counsel regarding driver background check policies and practices. | Yes-this is a Tranche 1 entry and Uber modified the redactions during the Court ordered re-review, clawback is improper at this point in time. | Not Privileged | Pursuant to Order dated September 30, 2025, this document may not be clawed back. |

**Master Privilege Determinations**
**June 17 Clawback Notice**
**October 7, 2025**

| | Control Number | Privilege Assertion | Uber's Privilege Description | Plaintiff's Privilege Log Challenge Rationale | Master's Determination | Reasoning |
|---|---|---|---|---|---|---|
| 9 | JCCP_MDL_PRIVLOG007475 | Attorney-Client | Redacted confidential e-mail thread seeking and providing legal advice from in-house counsel regarding Uber's policies and practices for responding to allegations of driver sexual assault or sexual misconduct. | Yes-this is a Tranche 1 entry and Uber modified the redactions during the Court ordered re-review, clawback is improper at this point in time. | Not Privileged | Pursuant to Order dated September 30, 2025, this document may not be clawed back. |
| 10 | JCCP_MDL_PRIVLOG007476 | Attorney-Client | Redacted confidential e-mail thread seeking and providing legal advice from in-house counsel regarding Uber's policies and practices for responding to allegations of driver sexual assault or sexual misconduct. | Yes-this is a Tranche 1 entry and Uber modified the redactions during the Court ordered re-review, clawback is improper at this point in time. | Not Privileged | Pursuant to Order dated September 30, 2025, this document may not be clawed back. |
| 11 | JCCP_MDL_PRIVLOG007513 | Attorney-Client | Confidential e-mail thread seeking legal advice from in-house counsel regarding driver background check policies and practices. | Yes-this is a Tranche 1 entry and produced with modified redactions since, clawback is improper at this point in time. | Not Privileged | Pursuant to Order dated September 30, 2025, this document may not be clawed back. |
| 12 | JCCP_MDL_PRIVLOG007515 | Attorney-Client | Redacted confidential e-mail thread seeking legal advice from in-house counsel regarding Uber's policies and practices for responding to allegations of driver sexual assault or sexual misconduct. | Yes-this is a Tranche 1 entry and Uber modified the redactions during the Court ordered re-review, clawback is improper at this point in time. | Not Privileged | Pursuant to Order dated September 30, 2025, this document may not be clawed back. |
| 13 | JCCP_MDL_PRIVLOG007553 | Attorney-Client | Confidential e-mail seeking legal advice from in-house counsel regarding driver background check policies and practices. | Yes-this is a Tranche 1 entry and Uber withdrew its privilege claim during the Court ordered re-review, clawback is improper at this point in time. | Not Privileged | Pursuant to Order dated September 30, 2025, this document may not be clawed back. |
| 14 | JCCP_MDL_PRIVLOG007554 | Attorney-Client | Redacted confidential e-mail thread seeking legal advice from in-house counsel regarding driver background check policies and practices. | Yes-this is a Tranche 1 entry and Uber modified the redactions during the Court ordered re-review, clawback is improper at this point in time. | Not Privileged | Pursuant to Order dated September 3, 2025, this document may not be clawed back. |
| 15 | JCCP_MDL_PRIVLOG007555 | Attorney-Client | Redacted confidential e-mail thread seeking legal advice from in-house counsel regarding driver background check policies and practices. | Yes-this is a Tranche 1 entry and Uber modified the redactions during the Court ordered re-review, clawback is improper at this point in time. | Not Privileged | Pursuant to Order dated September 30, 2025, this document may not be clawed back. |
| 16 | JCCP_MDL_PRIVLOG007556 | Attorney-Client | Redacted confidential e-mail thread seeking and memorializing legal advice from in-house counsel regarding driver background check policies and practices. | Yes-this is a Tranche 1 entry and Uber modified the redactions during the Court ordered re-review, clawback is improper at this point in time. | Not Privileged | Pursuant to Order dated September 3, 2025, this document may not be clawed back. |

**Master Privilege Determinations**
**June 17 Clawback Notice**
**October 7, 2025**

| | Control Number | Privilege Assertion | Uber's Privilege Description | Plaintiff's Privilege Log Challenge Rationale | Master's Determination | Reasoning |
|---|---|---|---|---|---|---|
| 17 | JCCP_MDL_PRIVLOG032674 | Attorney-Client | Redacted confidential e-mail thread seeking legal advice from in-house counsel regarding media inquiry concerning sexual assault or sexual misconduct by driver. | Yes-this is a Tranche 2 entry and Uber modified the redactions during the Court ordered re-review, clawback is improper at this point in time. | Not Privileged | Pursuant to Order dated September 3, 2025, this document may not be clawed back. |
| 18 | JCCP_MDL_PRIVLOG039302 | Attorney-Client | Redacted confidential e-mail thread seeking and providing legal advice from in-house counsel regarding Uber's policies and practices for responding to allegations of driver sexual assault or sexual misconduct. | Yes-this is a Tranche 2 entry and Uber modified the redactions during the Court ordered re-review, clawback is improper at this point in time. | Not Privileged | Pursuant to Order dated September 30, 2025, this document may not be clawed back. |
| 19 | JCCP_MDL_PRIVLOG110078 | Attorney-Client | Confidential e-mail thread seeking and providing legal advice from in-house counsel regarding initiatives or campaigns to promote rider safety. | Yes-non-attorneys Fuldner and Hazelbaker are discussing a bill that was potentially to be passed regarding mass claims, no legal advice or means was discussed-simply how the bill would impact Uber's business. West only states the bill would be hard to stop because the White House needs a win- he does not provide legal advice. Document should be produced with lesser redactions - none to Fuldner's email and only last sentence in Hazelbaker's email, Please note Uber did not even clawback the Hazelbaker's email in UBER_JCCP_MDL_005439877 | Not Privileged | Pursuant to Order dated September 30, 2025, a substantially identical document (JCCP_MDL_PRIVLOG006714) may not be clawed back. The same content may not be clawed back here. Additionally, the first redaction, which is distinct from the content in JCCP_MDL_PRIVLOG006714, does not seek or convey legal advice. Uber is ordered to produce the document with the noted redactions removed. |
| 20 | JCCP_MDL_PRIVLOG110079 | Attorney-Client | Confidential e-mail thread seeking legal advice from in-house counsel regarding initiatives or campaigns to promote rider safety. | Yes-non-attorneys Fuldner and Hazelbaker are discussing a bill that was potentially to be passed regarding mass claims, no legal advice or means was discussed-simply how the bill would impact Uber's business. | Not Privileged | Pursuant to Order dated September 30, 2025, a substantially identical document (JCCP_MDL_PRIVLOG006714) may not be clawed back. The same content may not be clawed back here. |
| 21 | JCCP_MDL_PRIVLOG110080 | Attorney-Client | Confidential e-mail thread seeking legal advice from in-house counsel regarding initiatives or campaigns to promote rider safety. | Yes-non-attorneys Fuldner and Hazelbaker are discussing a bill that was potentially to be passed regarding mass claims, no legal advice or means was discussed-simply how the bill would impact Uber's business. | Not Privileged | Pursuant to Order dated September 30, 2025, a substantially identical document (JCCP_MDL_PRIVLOG006714) may not be clawed back. The same content may not be clawed back here. |

**Master Privilege Determinations**
**June 17 Clawback Notice**
**October 7, 2025**

|  | Control Number | Privilege Assertion | Uber's Privilege Description | Plaintiff's Privilege Log Challenge Rationale | Master's Determination | Reasoning |
|---|---|---|---|---|---|---|
| 22 | JCCP_MDL_PRIVLOG110081 | Attorney-Client | Confidential e-mail thread seeking legal advice from in-house counsel regarding reports of driver sexual assault or sexual misconduct. | Yes-Holt's 4.29.2017 1:18 email redaction is improper. Uber's CEO Kalanick is asking a question and she provides a detailed response to his question, neither are attorneys. The main purpose of her email is not to seek legal advice but to provide a response to the CEO. Redaction of Fuldner's email is also improper, Fuldner is providing a response to the non-attorney. he simply states Binnings is leading a process on the legal side and is available to provide advice if needed- this is neither providing legal advice nor seeking legal advice. | Not Privileged | The redacted portions do not seek or convey legal advice. Uber has not met its burden to establish this document is privileged. |
| 23 | JCCP_MDL_PRIVLOG110099 | Attorney-Client | Confidential e-mail thread provided for purposes of seeking legal advice from in-house counsel regarding driver deactivation policies and practices. | Yes-a non-attorney is providing her own opinion, then asks other non-attorneys thoughts. She then tags an attorney at the end of her email to ask for legal advice- she is simply tacking that line on the end in an email meant to discuss Uber's business process and how to improve Uber's brand. | Produce with Uber's Proposed Redactions | The redacted portions seek legal advice. Uber's redactions are appropriate. |
| 24 | JCCP_MDL_PRIVLOG110107 | Attorney-Client | Confidential e-mail thread seeking legal advice from in-house counsel regarding in-app features to advance rider safety. | Yes-no legal advice is being sought in the email, it is a non-attorney providing an update and his priorities, and notes alignment is needed for external support-this email has a dominant business purpose and does not seek legal advice | Produce with New Redactions | This communication reflects both legal and business advice. Uber is ordered to produce with the legal advice redacted. |