UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER ON DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S OBJECTION TO SPECIAL MASTER'S ORDER**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:  6-17th Floor |
|---|---|

    Having considered Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC's Objection to Special Master's Order, dated January 14, 2026, the Court hereby vacates the Special Master's January 9, 2026 Order, Dkt. 4965, and directs the Special Master to decide Uber's clawback privilege claims on the merits.

**IT IS SO ORDERED:**

Dated: _____

                                                                HON. CHARLES R. BREYER
                                                                United States District Judge