1  [Submitting counsel below]

9  **UNITED STATES DISTRICT COURT**
10  **OF NORTHERN DISTRICT OF CALIFORNIA**
    **SAN FRANCISCO DIVISION**

11  | | |
    |---|---|
    | **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | NO. 3:23-MD-03084-CRB |
    | | **PLAINTIFF'S NOTICE OF FILING OF COURT EXHIBITS FOR JANUARY 14, 2026** |
    | THIS DOCUMENT RELATES TO: | |
    | *JAYLYNN DEAN V. UBER TECHS., INC.*, N.D. CAL. NO. 23-CV-06708 D. ARIZ. NO. 25-CV-4276 | JUDGE: HONORABLE CHARLES R. BREYER CTRM.: D. ARIZ., 501 |

18  **UNITED STATES DISTRICT COURT**
    **DISTRICT OF ARIZONA**
19  **PHOENIX DIVISION**

20  | | |
    |---|---|
    | JAYLYNN DEAN, PLAINTIFF, | NO. 25-CV-4276-PHX-CRB |
    | V. | |
    | UBER TECHNOLOGIES, INC., ET AL., DEFENDANTS. | JUDGE: HONORABLE CHARLES R. BREYER CTRM.: 501 |

Plaintiff gives notice of the filing of the following court exhibits for January 14, 2026:

| Court Exhibit | Court Exhibit Description |
|---|---|
| 1A | Designation Run Report for Chad Dobbs as played in Court 01/14/2026 (08-21-2025) |
| 1B | Chad Dobbs Deposition Exhibit Chart |
| 2A | Designation Run Report for Travis Kalanick as played in Court 01/14/2026 (07-03-2025) |
| 2B | Travis Kalanick Deposition Exhibit Chart |
| 3A | Designation Run Report for Jill Hazelbaker as played in Court 01/14/2026 (06-17-2025) |
| 3B | Jill Hazelbaker Deposition Exhibit Chart |

Dated: 1/15/2026                              Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
*slondon@girardsharp.com*

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
*rabrams@peifferwolf.com*

By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
*luhana@chaffinluhana.com*

Co-Lead Counsel

## FILER'S ATTESTATION

I am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: January 14, 2026                    By: /s/  Ellyn H. Hurd