# COURT EXHIBIT 1A

Designation Run Report for Chad Dobbs
as played in Court 01/14/2026 (08-21-2025)

# DOBBS, CHAD - v06P_As-Played in Court 01/14/2026

## Designation List Report

|  **Dobbs, Chad** | **2025-08-21** |
|---|---|
| **Dobbs, Chad** | **2025-08-21** |

| PLF Affirmative | 00:31:30 |
|---|---|
| DEF Counter | 00:07:12 |
| **TOTAL RUN TIME** | **00:38:43** |

**ID: DC_v6P**

**DC_v6P - DOBBS, CHAD - v06P_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 6:15 - 6:17 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:06 | **DC_v6P.1** |

| | | |
|---|---|---|
| 6:15 | Q. | Could you please state your full |
| 6:16 | | name for the record? |
| 6:17 | A. | Yes.  My name is Chad Andrew Dobbs. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 9:21 - 10:08 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:23 | **DC_v6P.2** |

| | | |
|---|---|---|
| 9:21 | Q. | Mr. Dobbs, you are  (edited) |
| 9:22 | | the head of US City Operations for Uber; is |
| 9:23 | | that correct? |
| 9:24 | A. | That's correct. |
| 9:25 | Q. | And how long have you held that |
| 10:01 | | C. Dobbs - Highly Confidential |
| 10:02 | | position? |
| 10:03 | A. | Probably about three years. |
| 10:04 | Q. | Okay.  So since sometime in 2022? |
| 10:05 | A. | That's right. |
| 10:06 | Q. | But you worked at Uber since 2013; |
| 10:07 | | is that right? |
| 10:08 | A. | Correct. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 50:20 - 50:23 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:07 | **DC_v6P.3** |

| | | |
|---|---|---|
| 50:20 | | When you first started at the |
| 50:21 | | company, it was still run by Travis Kalanick; |
| 50:22 | | is that correct? |
| 50:23 | A. | That's right. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 51:15 - 51:17 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:12 | **DC_v6P.4** |

| | | |
|---|---|---|
| 51:15 | Q. | let's look at Exhibit --  (edited) |
| 51:16 | | what's gonna be Exhibit 1894 to your |
| 51:17 | | deposition, and this is AW133. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 52:03 - 52:07 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:20 | **DC_v6P.5** |

| | | |
|---|---|---|
| 52:03 | Q. | And if we scroll down to the second |
| 52:04 | | page of this document, you can see that this |
| 52:05 | | is an email that was sent by Travis Kalanick |
| 52:06 | | on February 12, 2016, correct? |
| 52:07 | A. | I do see that. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 52:21 - 53:03 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:14 | **DC_v6P.6** |

| | | |
|---|---|---|
| 52:21 | | Mr. Kalanick sent this email to the listserv |
| 52:22 | | Uber Team, right? |
| 52:23 | A. | He did. |
| 52:24 | Q. | And who was included in that |
| 52:25 | | listserv? |

**DC_v6P - DOBBS, CHAD - v06P_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 53:01 | C. Dobbs - Highly Confidential | | |
| | 53:02 | A. Generally this would've been all | | |
| | 53:03 | Uber employees. | | |
| 54:04 - 54:13 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:20 | **DC_v6P.7** |
| | 54:04 | So what Mr. Kalanick says to -- in | | |
| | 54:05 | this email to the full Uber team is: | | |
| | 54:06 | Hey all. | | |
| | 54:07 | As we've all been engaged in | | |
| | 54:08 | bottoms-up planning for 2016, I've ended up | | |
| | 54:09 | spending serious time prioritizing what's | | |
| | 54:10 | going to matter most to Uber from a high | | |
| | 54:11 | level. | | |
| | 54:12 | Do you see that? | | |
| | 54:13 | A. I do. | | |
| 55:21 - 56:13 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:33 | **DC_v6P.8** |
| | 55:21 | Q. And Objective 1 is:  Butts (edited) | | |
| | 55:22 | in seats. | | |
| | 55:23 | Do you see that? | | |
| | 55:24 | A. Yes. | | |
| | 55:25 | Q. Mr. Kalanick, the cofounder of Uber | | |
| | 56:01 | C. Dobbs - Highly Confidential | | |
| | 56:02 | and the CEO at the time, says: | | |
| | 56:03 | At Uber, everything starts with | | |
| | 56:04 | getting more people in Uber connected cars. | | |
| | 56:05 | Do you see that? | | |
| | 56:06 | A. I do. | | |
| | 56:07 | Q. We do this by getting the word out | | |
| | 56:08 | to new riders, partnering with companies in | | |
| | 56:09 | cities around the world, opening new cities, | | |
| | 56:10 | lowering prices and dozens of other | | |
| | 56:11 | activities. | | |
| | 56:12 | Do you see that? | | |
| | 56:13 | A. I do. | | |
| 56:14 - 58:22 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:02:28 | **DC_v6P.9** |
| | 56:14 | Q. And Mr. Kalanick goes on to explain | | |
| | 56:15 | how this concept of butts in seats is | | |
| | 56:16 | critical to growth in Uber, right? | | |
| | 56:17 | A. I don't know if he uses that exact | | |
| | 56:18 | language, but he talks about the importance | | |
| | 56:19 | of butts in seats. | | |

**DC_v6P - DOBBS, CHAD - v06P_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

56:20    Q.  Okay.  In fact, he says:

56:21         That means drivers having more

56:22         butts in their open seats for more minutes of

56:23         the day.

56:24         Right?

56:25    A.  He did say that.

57:01         C. Dobbs - Highly Confidential

57:02    Q.  And what we mean by that is not

57:03         just having more drivers driving for Uber,

57:04         but having those drivers drive more, right?

57:05    A.  No.  That's not what this means.

57:06    Q.  Okay.  Tell me what Uber says this

57:07         means.

57:08    A.  So that -- the sentence says that

57:09         means the drivers having more butts in their

57:10         open seats for more minutes of the day.

57:11    Q.  Okay.

57:12    A.  That's saying, you know, if I have

57:13         a Toyota Camry, there are more open seats

57:14         other than me driving in the front of the

57:15         car.  This is saying having more of those

57:16         seats occupied with people.

57:17    Q.  I see.  Okay.  Good.  That's a very

57:18         helpful qualification.

57:19         The idea though is drivers

57:20         providing more rides to more people

57:21         throughout the day, right?

57:22    A.  Yeah.  I don't think that's quite

57:23         the right interpretation.

57:24    Q.  What does Uber say is the right

57:25         interpretation?

58:01         C. Dobbs - Highly Confidential

58:02    A.  I think it's what we just spoke

58:03         about, that this is about having more people

58:04         in the available seats in the various

58:05         vehicles that are operating on the Uber

58:06         platform.  It's about efficiency of the open

58:07         seats that are available in these cars.

58:08    Q.  Uber wants to fill those seats,

58:09         right?

58:10    A.  That's what this objective is

**DC_v6P - DOBBS, CHAD - v06P_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 58:11 | about. | | |
| | 58:12 | Q. Okay. And to achieve that | | |
| | 58:13 | objective, Mr. Kalanick talks about | | |
| | 58:14 | initiatives on price cuts, Uber Pool, dynamic | | |
| | 58:15 | pricing and supply positioning. | | |
| | 58:16 | Do you see that? | | |
| | 58:17 | A. I do. | | |
| | 58:18 | Q. And he says that: | | |
| | 58:19 | Those things will help to utilize | | |
| | 58:20 | every available seat in our ecosystem. | | |
| | 58:21 | Right? | | |
| | 58:22 | A. He does. | | |

| 58:23 - 58:24 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:08 | **DC_v6P.10** |
| | 58:23 | Q. He goes on. Let's skip down (edited) | | |
| | 58:24 | to Objective 3 now. (edited) | | |

| 59:06 - 59:16 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:17 | **DC_v6P.11** |
| | 59:06 | Q. And Objective 3 is the Uber Labor | | |
| | 59:07 | Department. | | |
| | 59:08 | Do you see that? | | |
| | 59:09 | A. I do. | | |
| | 59:10 | Q. He says: | | |
| | 59:11 | In 2016, we will build the Uber | | |
| | 59:12 | Labor Department - among the biggest job | | |
| | 59:13 | creation opportunities the world has ever | | |
| | 59:14 | seen. | | |
| | 59:15 | Do you see that? | | |
| | 59:16 | A. I do. | | |

| 59:23 - 60:02 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:08 | **DC_v6P.12** |
| | 59:23 | This means close to 2 million | | |
| | 59:24 | first-time drivers in the US alone. | | |
| | 59:25 | Right? | | |
| | 60:01 | C. Dobbs - Highly Confidential | | |
| | 60:02 | A. That's what it says. | | |

| 61:06 - 61:17 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:25 | **DC_v6P.13** |
| | 61:06 | Q. Let's skip down to (edited) | | |
| | 61:07 | Objective 5. Do you see in Objective 5, | | |
| | 61:08 | Mr. Kalanick talks about Math for Marketing. | | |
| | 61:09 | Do you see that? | | |
| | 61:10 | A. I do. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 61:11   Q.   And he says: | | |
| | 61:12     Did you know that Uber will be | | |
| | 61:13     spending over $3 billion in market | | |
| | 61:14     (advertising, promotions, incentives and | | |
| | 61:15     referring) this year? | | |
| | 61:16     Do you see that? | | |
| | 61:17   A.   I do. | | |
| 61:20 - 62:17 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:57 | **DC_v6P.14** |
| | 61:20     This advertising, the promotions, | | |
| | 61:21     the incentives and the referrals, one of the | | |
| | 61:22     things Uber was doing through those marketing | | |
| | 61:23     efforts was working to get more people | | |
| | 61:24     driving for Uber Rides, correct? | | |
| | 61:25   A.   Like any business that's involved | | |
| | 62:01     C. Dobbs - Highly Confidential | | |
| | 62:02     in advertising or promotions or incentives, | | |
| | 62:03     we were using these things as marketing tools | | |
| | 62:04     to connect with potential and existing | | |
| | 62:05     customers, both riders and drivers. | | |
| | 62:06   Q.   And he goes on to say: | | |
| | 62:07     Yeah, that's a really big number. | | |
| | 62:08     Do you see that? | | |
| | 62:09   A.   I do. | | |
| | 62:10   Q.   And Uber agrees that $3 billion in | | |
| | 62:11     marketing, that is a really big number, | | |
| | 62:12     right? | | |
| | 62:13   A.   I think it all depends on kinda who | | |
| | 62:14     you ask or what you're comparing it to, but | | |
| | 62:15     $3 billion is generally a lot of money. | | |
| | 62:16   Q.   Uber can agree that $3 billion is a | | |
| | 62:17     lot of money, right? | | |
| 62:20 - 63:03 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:18 | **DC_v6P.15** |
| | 62:20   A.   Again, I think it depends on the | | |
| | 62:21     time and who you're asking and what you're | | |
| | 62:22     comparing it against. | | |
| | 62:23   Q.   In some regards, $3 billion isn't | | |
| | 62:24     that much money to Uber? | | |
| | 62:25   A.   I think generally it would be seen | | |
| | 63:01     C. Dobbs - Highly Confidential | | |
| | 63:02     as a decent amount of money, but I think it's | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 63:03  all a matter of comparison. | | |
| 63:08 - 64:05 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:39 | **DC_v6P.16** |
| | 63:08  Q.  And what he says is: | | |
| | 63:09      It means we need to make sure we're | | |
| | 63:10      getting the most for our money. | | |
| | 63:11      Right? | | |
| | 63:12  A.  Yes. | | |
| | 63:13  Q.  He says: | | |
| | 63:14      In 2016, we will up our math game | | |
| | 63:15      to drive optimal growth. | | |
| | 63:16      Right? | | |
| | 63:17  A.  Yes. | | |
| | 63:18  Q.  And one of the things that he's | | |
| | 63:19      saying Uber's gonna do make that happen is | | |
| | 63:20      to use algorithms. | | |
| | 63:21      Do you see that? | | |
| | 63:22  A.  He does reference algorithms. | | |
| | 63:23  Q.  And he says: | | |
| | 63:24      This means powerful marketing tools | | |
| | 63:25      so our people function like fighter pilots | | |
| | 64:01      C. Dobbs - Highly Confidential | | |
| | 64:02      when they're in the cities helping to grow | | |
| | 64:03      Uber. | | |
| | 64:04      Do you see that? | | |
| | 64:05  A.  I do. | | |
| 65:04 - 65:11 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:18 | **DC_v6P.17** |
| | 65:04      This means bringing more machine | | |
| | 65:05      intelligence to our performance marketing | | |
| | 65:06      spend, using sophisticated algorithms to | | |
| | 65:07      deploy incentives and promotions, and getting | | |
| | 65:08      far smarter about the rider/driver balance | | |
| | 65:09      that will maximize city growth. | | |
| | 65:10      Do you see that? | | |
| | 65:11  A.  I do. | | |
| 66:05 - 66:06 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:05 | **DC_v6P.18** |
| | 66:05  Q.  At Uber, growth comes above (edited) | | |
| | 66:06      everything else, fair? | | |
| 66:08 - 66:13 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:12 | **DC_v6P.19** |
| | 66:08  A.  I don't think that's a fair | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 66:09 | | statement. | | |
| | 66:10 | Q. | Okay. | | |
| | 66:11 | | MS. WALSH:  Well, let's look at | | |
| | 66:12 | | AW218, which we're gonna mark as | | |
| | 66:13 | | Exhibit 1895 to your deposition. (edited) | | |
| 69:18 - 70:14 | **Dobbs, Chad 2025-08-21 - PIP MP4** | | | 00:00:41 | **DC_v6P.20** |
| | 69:18 | | you see here what (edited) | | |
| | 69:19 | | Uber says in this internal document is: | | |
| | 69:20 | | For years, growth, a greater than | | |
| | 69:21 | | sign, everything else. | | |
| | 69:22 | | Do you see that? | | |
| | 69:23 | A. | I do. | | |
| | 69:24 | Q. | So it says: | | |
| | 69:25 | | Growth -- for years, growth is | | |
| | 70:01 | | C. Dobbs - Highly Confidential | | |
| | 70:02 | | greater than everything else for Uber. | | |
| | 70:03 | | Do you see that? | | |
| | 70:04 | A. | I see that. | | |
| | 70:05 | Q. | It says: | | |
| | 70:06 | | Rider demand was rampant. | | |
| | 70:07 | | Capital was cheap. | | |
| | 70:08 | | Supply was our constraint. | | |
| | 70:09 | | Do you see that? | | |
| | 70:10 | A. | I do. | | |
| | 70:11 | Q. | And supply, we're talking about | | |
| | 70:12 | | drivers providing rides, right? | | |
| | 70:13 | A. | Supply refers to drivers and the | | |
| | 70:14 | | hours they're spending on the platform. | | |
| 70:17 - 71:18 | **Dobbs, Chad 2025-08-21 - PIP MP4** | | | 00:01:06 | **DC_v6P.21** |
| | 70:17 | | Uber wants to increase its supply | | |
| | 70:18 | | so he can meet -- strike that. | | |
| | 70:19 | | Uber wants to increase the supply | | |
| | 70:20 | | of drivers so that Uber can meet this rampant | | |
| | 70:21 | | rider demand, right? | | |
| | 70:22 | A. | Generally, as I've talked about, we | | |
| | 70:23 | | want to provide balance in the marketplace so | | |
| | 70:24 | | that using Uber is a good experience for both | | |
| | 70:25 | | riders and drivers.  What we, you know, saw, | | |
| | 71:01 | | C. Dobbs - Highly Confidential | | |
| | 71:02 | | you know, throughout Uber's history and | | |

**DC_v6P - DOBBS, CHAD - v06P_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 71:03 | certainly for our early history, is this | | |
| | 71:04 | suggests rider demand grew really, really | | |
| | 71:05 | fast. | | |
| | 71:06 | Riders used Uber, they had really | | |
| | 71:07 | good experiences, they told their friends, | | |
| | 71:08 | they used it more, their friends used it, | | |
| | 71:09 | they told their friends.  Demand grew a lot. | | |
| | 71:10 | And in order to keep up with that demand, one | | |
| | 71:11 | of our priorities was to grow supply to again | | |
| | 71:12 | bring balance to the marketplace. | | |
| | 71:13 Q. | In order to meet that demand, Uber | | |
| | 71:14 | wanted to acquire more drivers, right? | | |
| | 71:15 A. | Getting new drivers to use the | | |
| | 71:16 | platform, to try the platform was part of, | | |
| | 71:17 | you know, what I suggested, bringing balance | | |
| | 71:18 | to the marketplace. | | |

| 72:06 - 72:09 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:06 | **DC_v6P.22** |
| | 72:06 | We met demand through aggressive | | |
| | 72:07 | spending on driver acquisition. | | |
| | 72:08 | Do you see that? | | |
| | 72:09 A. | I do. | | |

| 72:12 - 72:15 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:06 | **DC_v6P.23** |
| | 72:12 | And existing driver incentives to | | |
| | 72:13 | maximize hours. | | |
| | 72:14 | Do you see that? | | |
| | 72:15 A. | I do. | | |

| 74:22 - 76:20 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:02:11 | **DC_v6P.24** |
| | 74:22 Q. | You also thought this was a moment | | |
| | 74:23 | in time where you should figure out who all | | |
| | 74:24 | these -- who all these folks are who are | | |
| | 74:25 | driving for Uber, right? | | |
| | 75:01 | C. Dobbs - Highly Confidential | | |
| | 75:02 A. | I don't know what you mean by that. | | |
| | 75:03 Q. | Well, let's flip to PDF 38, please. | | |
| | 75:04 | We can see that at this time in | | |
| | 75:05 | 2017 Uber had over 3 million active drivers, | | |
| | 75:06 | right? | | |
| | 75:07 A. | Yes, that looks right. | | |
| | 75:08 Q. | And 91 million signed-up prospects | | |
| | 75:09 | across the globe, right? | | |

**DC_v6P - DOBBS, CHAD - v06P_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

75:10    A.   I see that.

75:11    Q.   And if you look at the graph on the

75:12      side, it's Monthly Active Drivers Globally.

75:13      Do you see that?

75:14    A.   I do.

75:15    Q.   And you see how those numbers are

75:16      just -- you're achieving that growth in these

75:17      active drivers globally, right?

75:18    A.   They're -- most months it looks

75:19      like there was growth in the number of active

75:20      drivers.

75:21    Q.   Yeah.  That -- that line is going

75:22      up, correct?

75:23    A.   Most months it looks like the line

75:24      goes up.

75:25    Q.   Okay.  But the question that was

76:01      C. Dobbs - Highly Confidential

76:02      being asked in this deck, if we look at the

76:03      next slide, if we look at -- there are notes

76:04      to this deck, right?

76:05      MS. WALSH:  If we can zoom out,

76:06      please, Diane.

76:07    Q.   You see where it says:

76:08      A key question is who are these

76:09      folks?

76:10    A.   I do see that.

76:11    Q.   Okay.  So that was the question

76:12      that was being asked in this slide, right?

76:13    A.   I don't know that that was the

76:14      question necessarily being asked in this

76:15      slide.  This is a -- like speaker notes on

76:16      slide number, I don't know, 50 on -- or

76:17      something on this slide deck.  You know, that

76:18      may have been a consideration when talking

76:19      about this slide, but I don't know that it

76:20      was the main talking point.

| 76:21 - 77:06 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:24 | **DC_v6P.25** |

76:21    Q.   It was a consideration to (edited)

76:22      try to figure out who are these folks driving

76:23      for Uber, right?

**DC_v6P - DOBBS, CHAD - v06P_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 76:24   A.   I think generally what this is | | |
| | 76:25        saying is if we want to improve driver | | |
| | 77:01        C. Dobbs - Highly Confidential | | |
| | 77:02        satisfaction on the platform, we should | | |
| | 77:03        probably have a better idea of, you know, who | | |
| | 77:04        drivers are and what they're looking for and | | |
| | 77:05        so we can kind of, you know, address the | | |
| | 77:06        needs and feedback they have. | | |
| 77:10 - 78:12 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:01:07 | **DC_v6P.26** |
| | 77:10        It was also important to understand | | |
| | 77:11        who these people are because that can affect | | |
| | 77:12        the experience riders are having on the | | |
| | 77:13        platform, right? | | |
| | 77:14   A.   I don't -- I don't think those two | | |
| | 77:15        things are quite connected the way you're | | |
| | 77:16        suggesting.  I think this is -- you know, | | |
| | 77:17        this is talking about who the folks are in | | |
| | 77:18        terms of, like, what they care about, what | | |
| | 77:19        they -- like, what they want from the Uber | | |
| | 77:20        platform. | | |
| | 77:21        You know, I think any business, | | |
| | 77:22        when I think about their customers, they want | | |
| | 77:23        to know why are our customers using our | | |
| | 77:24        particular product or service.  And so this | | |
| | 77:25        is suggesting we should kind of understand | | |
| | 78:01        C. Dobbs - Highly Confidential | | |
| | 78:02        drivers more from that perspective. | | |
| | 78:03        I think it sounded like where you | | |
| | 78:04        were going is, like, kinda like more deeply | | |
| | 78:05        understanding demographics or background | | |
| | 78:06        information in a way to determine, you know, | | |
| | 78:07        if they're going to be better or worse | | |
| | 78:08        drivers on the platform.  Certainly we do | | |
| | 78:09        want to have good drivers on the platform, | | |
| | 78:10        but I don't know that this specific question | | |
| | 78:11        on this slide was written to think about that | | |
| | 78:12        angle of kind of who drivers are. | | |
| 80:02 - 80:13 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:32 | **DC_v6P.27** |
| | 80:02   Q.   And Uber knew at this time that | | |
| | 80:03        riders were already reporting that they were | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 80:04   having negative experiences on their Uber | | |
| | 80:05   Rides, right? | | |
| | 80:06   A.  Uber was aware of negative | | |
| | 80:07   experiences. | | |
| | 80:08   Q.  Okay.  Let's flip down to PDF 83, | | |
| | 80:09   please, the portion of this deck that | | |
| | 80:10   addresses rider experience. | | |
| | 80:11   Do you see that? | | |
| | 80:12   A.  Give me a minute to get down to | | |
| | 80:13   Slide 83.  (edited) | | |
| 80:14 - 81:04 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:36 | **DC_v6P.28** |
| | 80:14   Q.  And what you see on the next  (edited) | | |
| | 80:15   slide is a testimonial from a rider saying: | | |
| | 80:16   In the past 2.5 years, I have seen | | |
| | 80:17   the driver quality totally deteriorate. | | |
| | 80:18   Do you see that? | | |
| | 80:19   A.  I have. | | |
| | 80:20   Q.  I believe there should be an actual | | |
| | 80:21   driving test for some of these drivers since | | |
| | 80:22   they don't seem to have any common sense. | | |
| | 80:23   Do you see that? | | |
| | 80:24   A.  I do. | | |
| | 80:25   Q.  In some cases, it's embarrassing | | |
| | 81:01   C. Dobbs - Highly Confidential | | |
| | 81:02   for me to be associated with Uber. | | |
| | 81:03   Do you see that? | | |
| | 81:04   A.  I do. | | |
| 83:06 - 83:08 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:06 | **DC_v6P.29** |
| | 83:06   MS. WALSH:  Let's take a look at | | |
| | 83:07   what is going to be Exhibit 1896 to | | |
| | 83:08   your deposition.  (edited) | | |
| 84:03 - 84:11 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:15 | **DC_v6P.30** |
| | 84:03   Q.  And this presentation is from | | |
| | 84:04   November 2018. | | |
| | 84:05   Do you see that? | | |
| | 84:06   A.  I do. | | |
| | 84:07   Q.  In reference to US S&P, what does | | |
| | 84:08   that mean? | | |
| | 84:09   A.  That's a team on the US and Canada | | |
| | 84:10   operations team that's called strategy and | | |

**DC_v6P - DOBBS, CHAD - v06P_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 84:11    planning. | | |
| 99:05 - 99:09 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:11 | **DC_v6P.31** |

99:05   Q.   What the next slide says is:

99:06        In general, we've not been able to

99:07        grow supply to keep up with demand.

99:08        Correct?

99:09   A.   That's right.

| 100:04 - 101:18 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:01:44 | **DC_v6P.32** |

100:04   Q.   And so one way that Uber (edited)

100:05        tries to make sure that supply, drivers, are

100:06        keeping up with demand, riders, is by signing

100:07        up new drivers, right?

100:08   A.   That is part of growing supply.

100:09   Q.   Is by trying to encourage existing

100:10        drivers to provide more rides, right?

100:11   A.   That's also a part of growing

100:12        supply.

100:13   Q.   And another thing Uber wants to do

100:14        is try and prevent something called churn,

100:15        right?

100:16   A.   That's also a part of growing

100:17        supply.  And I think connecting us back to I

100:18        think the document we looked at just before

100:19        this where we're talking about driver

100:20        satisfaction, you know, we want drivers to

100:21        have a good experience on the platform so

100:22        that, you know, we can attract more drivers

100:23        to use the platform and so the drivers who

100:24        have tried the platform continue to use it.

100:25        So those things are very -- very much tied

101:01        C. Dobbs - Highly Confidential

101:02        together.

101:03   Q.   And for the benefit of the jury,

101:04        this concept of churn, C-H-U-R-N, what does

101:05        that mean?  What is churn and why is it bad?

101:06   A.   Yeah.  Churn refers to, for either

101:07        riders or drivers, you know, existing

101:08        customers stopping using your product or

101:09        service.

101:10        So it's a, you know, business

**DC_v6P - DOBBS, CHAD - v06P_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 101:11 concept that exists across any businesses. | | |
| | 101:12 But if, you know, I stopped going to | | |
| | 101:13 McDonald's for five years, they'd say you're | | |
| | 101:14 a churned customer of McDonald's. And if a | | |
| | 101:15 driver stops driving for a period of time on | | |
| | 101:16 Uber, we might say that driver has churned. | | |
| | 101:17 Same thing with a rider who has stopped using | | |
| | 101:18 the platform. | | |

| 101:19 - 102:03 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:27 | **DC_v6P.33** |
| | 101:19 Q. And you all want to try to (edited) | | |
| | 101:20 prevent churn, correct? | | |
| | 101:21 A. I think generally, yes. But there | | |
| | 101:22 are some users, riders and drivers that we | | |
| | 101:23 might be less inclined to be concerned about. | | |
| | 101:24 Ultimately, we want to grow kind of the good | | |
| | 101:25 drivers and good riders who are on the | | |
| | 102:01 C. Dobbs - Highly Confidential | | |
| | 102:02 platform and generally reduce churn. But I | | |
| | 102:03 don't think that's the case in all instances. | | |

| 103:08 - 103:24 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:42 | **DC_v6P.34** |
| | 103:08 Q. Churn makes growth more (edited) | | |
| | 103:09 challenging. Churn is also expensive for | | |
| | 103:10 Uber's business, right? | | |
| | 103:11 A. Churn -- you know, as a result of | | |
| | 103:12 churn, you have to -- to make up for the | | |
| | 103:13 number of drivers you're losing and so you, | | |
| | 103:14 you know, probably need to attract more new | | |
| | 103:15 drivers. As we've seen in previous | | |
| | 103:16 documents, you know, that requires marketing | | |
| | 103:17 and incentives and ultimately dollars to do | | |
| | 103:18 so. | | |
| | 103:19 Q. Right. And getting a driver on to | | |
| | 103:20 the platform costs Uber money, right? | | |
| | 103:21 A. Yep. They're -- oftentimes there's | | |
| | 103:22 money associated with that given the things I | | |
| | 103:23 just mentioned, like marketing and | | |
| | 103:24 incentives. | | |

| 104:09 - 104:11 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:04 | **DC_v6P.35** |
| | 104:09 MS. WALSH: Well, let's look at | | |
| | 104:10 AW134, which is gonna be Exhibit 1897 | | |

**DC_v6P - DOBBS, CHAD - v06P_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 104:11    to your deposition.  (edited) | | |
| 104:17 - 105:22 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:01:11 | **DC_v6P.36** |
| | 104:17  A.  Okay.  I have it open. | | |
| | 104:18  Q.  Okay.  And this is a PowerPoint | | |
| | 104:19       from July 17, 2018, right? | | |
| | 104:20  A.  That's right. | | |
| | 104:21  Q.  And it's about Driver Loyalty | | |
| | 104:22       Insights & Strategy, right? | | |
| | 104:23  A.  It is. | | |
| | 104:24  Q.  And just focusing on this concept | | |
| | 104:25       of churn, if we could turn to PDF 9, please. | | |
| | 105:01       C. Dobbs - Highly Confidential | | |
| | 105:02       What this is explaining is that | | |
| | 105:03       there's a problem.  You see Problem at the | | |
| | 105:04       top? | | |
| | 105:05  A.  I do. | | |
| | 105:06  Q.  And it says: | | |
| | 105:07       For Uber:  Driver churn, insurance, | | |
| | 105:08       support costs, and incentives, are expensive | | |
| | 105:09       to the business. | | |
| | 105:10       Do you see that? | | |
| | 105:11  A.  I do. | | |
| | 105:12  Q.  Okay.  And if we -- and you agree | | |
| | 105:13       with that, right?  Driver churn, that's | | |
| | 105:14       expensive to Uber's business, correct? | | |
| | 105:15  A.  There are costs associated with | | |
| | 105:16       each of these things listed on the page. | | |
| | 105:17  Q.  Okay.  If we look below Key | | |
| | 105:18       Insights, do you see where it says: | | |
| | 105:19       [US only] At $368 acquisition cost | | |
| | 105:20       per driver. | | |
| | 105:21       Do you see that? | | |
| | 105:22  A.  I do. | | |
| 106:06 - 106:11 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:07 | **DC_v6P.37** |
| | 106:06  Q.  It says: | | |
| | 106:07       Only 6 in every 20 new drivers will | | |
| | 106:08       be active at the end of their first year of | | |
| | 106:09       driving. | | |
| | 106:10       Right? | | |
| | 106:11  A.  Yep. | | |

**DC_v6P - DOBBS, CHAD - v06P_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 107:23 - 108:11 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:31 | **DC_v6P.38** |

107:23  Q.  Well, the insight that's  (edited)
107:24        being discussed here is that of the ones who
107:25        stick around, only 1 of 20 retained is a high
108:01        C. Dobbs - Highly Confidential
108:02        quality driver.
108:03        Do you see that?
108:04  A.  I do.  I think what we don't know
108:05        is exactly how the author was defining "high
108:06        quality driver" in this instance.
108:07  Q.  Okay.  Well, regardless of how
108:08        "high quality" is defined, 1 out of 20,
108:09        that's a pretty low percentage.
108:10        Would you agree?
108:11  A.  It's 5 percent.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 127:06 - 127:14 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:22 | **DC_v6P.39** |

127:06  Q.  And you're familiar with  (edited)
127:07        this concept of lifetime value?
127:08  A.  Yes, I am.
127:09  Q.  Okay.  And what it says is:
127:10        What is an LTV?
127:11        LTV, or lifetime value, refers to
127:12        how much a driver or a rider is worth to us.
127:13        Do you see that?
127:14  A.  I do.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 128:07 - 128:12 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:21 | **DC_v6P.40** |

128:07  Q.  So Uber is looking at -- wants to
128:08        see how much drivers are worth versus how
128:09        much riders are worth to help decide how it
128:10        should be spending its money, right?
128:11  A.  Yeah.  This is one way for us to,
128:12        you know, help make business decisions.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 131:12 - 132:05 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:45 | **DC_v6P.41** |

131:12  Q.  But on average, when a rider
131:13        decides to stop using Uber, that costs you
131:14        all less money than if a driver decides to
131:15        stop using Uber, right?
131:16  A.  I think it, you know, depends on
131:17        the circumstance and, as we talked about
131:18        extensively on one of the previous slides,

**DC_v6P - DOBBS, CHAD - v06P_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 131:19 | this is -- it's not a -- it's not a cost to | | |
| | 131:20 | Uber in terms of we're not writing a check | | |
| | 131:21 | because someone stopped using the platform. | | |
| | 131:22 | Like, yes, we would love riders and | | |
| | 131:23 | drivers to continue to use the platform | | |
| | 131:24 | because, as a business, unsurprisingly, our | | |
| | 131:25 | business is to grow the use of our platform. | | |
| | 132:01 | C. Dobbs - Highly Confidential | | |
| | 132:02 | And so we do what we can to make the platform | | |
| | 132:03 | better for both riders and drivers to | | |
| | 132:04 | encourage new users and existing users to | | |
| | 132:05 | continue to use that. | | |
| 133:22 - 134:03 | **Dobbs, Chad 2025-08-21 - PIP MP4** | | 00:00:25 | **DC_v6P.42** |
| | 133:22 Q. Okay. So at this time, in this | | |
| | 133:23 City Ops PowerPoint, the information that was | | |
| | 133:24 included was that the average lifetime value | | |
| | 133:25 of a driver was about 25 times that of what | | |
| | 134:01 C. Dobbs - Highly Confidential | | |
| | 134:02 it was for a rider, right? | | |
| | 134:03 A. That's right. | | |
| 135:18 - 135:22 | **Dobbs, Chad 2025-08-21 - PIP MP4** | | 00:00:18 | **DC_v6P.43** |
| | 135:18 Q. Well, Uber would agree, right, that | | |
| | 135:19 it's the drivers though that are the oxygen | | |
| | 135:20 that power Uber services, right? | | |
| | 135:21 A. I don't know that that's, you know, | | |
| | 135:22 a commonly held way that we would put it. | | |
| 139:13 - 139:19 | **Dobbs, Chad 2025-08-21 - PIP MP4** | | 00:00:17 | **DC_v6P.44** |
| | 139:13 Q. And what's said in this -- (edited) | | |
| | 139:14 in this slide that was produced from the | | |
| | 139:15 CEO's files is that: | | |
| | 139:16 Monthly active drivers provide | | |
| | 139:17 oxygen that powers Uber's services. | | |
| | 139:18 Do you see that? | | |
| | 139:19 A. It does say that, yes. | | |
| 166:14 - 166:25 | **Dobbs, Chad 2025-08-21 - PIP MP4** | | 00:00:22 | **DC_v6P.45** |
| | 166:14 I was asking about the early days of (edited) | | |
| | 166:15 Uber and what Mr. Madeira [sic] says is: | | |
| | 166:16 In the early days of Uber, supply, | | |
| | 166:17 that is getting enough drivers on the road | | |

**DC_v6P - DOBBS, CHAD - v06P_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

166:18    and during the right times and places, was
166:19    always the bottleneck to growth.
166:20    Do you see that?
166:21   A.   I do.
166:22   Q.   And he goes on to say:
166:23    And that has largely remained true.
166:24    Right?
166:25   A.   He says that.

| 167:02 - 167:23 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:56 | **DC_v6P.46** |

167:02   Q.   Okay. So whatever Uber's
167:03    testifying to today in this litigation, in
167:04    this internal email what Uber was saying and
167:05    recognizing is that in the early days, supply
167:06    was always the bottleneck to growth, and as
167:07    of the date of this email, 2022, that has
167:08    largely remained true.
167:09    Do you see that?
167:10   A.   I see that. What I'm clarifying is
167:11    that this is an email written by one
167:12    individual who is kind of calling to action a
167:13    large group of people to say we really need
167:14    to focus on supply at this moment in time.
167:15    There are some levels of nuance and details
167:16    that aren't included in this communication
167:17    that, you know, are certainly true; that,
167:18    yes, supply has been a bottleneck to growth.
167:19    I'm not disputing that. I don't
167:20    think anyone at Uber would dispute that. But
167:21    saying that it's always a bottleneck to
167:22    growth I think is a bit of hyperbole.
167:23   Q.   Okay.

| 168:07 - 168:16 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:27 | **DC_v6P.47** |

168:07    What he says down at the bottom is:
168:08    We've got to do the work and
168:09    pull -- the bottom of this paragraph. What
168:10    he says down at the bottom of this paragraph:
168:11    We've got to do the work and pull
168:12    every level available to us. Growth,
168:13    profitability, and CP, or category position,
168:14    are all on the line.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 168:15    Do you see that? | | |
| | 168:16   A.   I do. | | |
| 168:20 - 169:07 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:27 | **DC_v6P.48** |
| | 168:20     - at the bottom we  (edited) | | |
| | 168:21     see Mr. Jain forwards it to a number of | | |
| | 168:22     people, including yourself, right? | | |
| | 168:23   A.   Right. | | |
| | 168:24   Q.   And he agrees. He says: | | |
| | 168:25     +1 on being emphatic that US driver | | |
| | 169:01     C. Dobbs - Highly Confidential | | |
| | 169:02     growth is the highest priority. | | |
| | 169:03     Right? | | |
| | 169:04   A.   That's what he wrote. | | |
| | 169:05   Q.   And we know that you were copied on | | |
| | 169:06     this, right? | | |
| | 169:07   A.   I was. | | |
| 203:13 - 203:18 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:18 | **DC_v6P.49** |
| | 203:13   Q.   And Project Boomerang was a very | | |
| | 203:14     important initiative to address issues and | | |
| | 203:15     driver supply that Uber was experiencing in | | |
| | 203:16     the wake of the COVID pandemic, right? | | |
| | 203:17   A.   Project Boomerang was an important | | |
| | 203:18     project. | | |
| 245:10 - 245:12 | **Dobbs, Chad 2025-08-21** | 00:00:10 | **DC_v6P.50** |
| | 245:10   Q.   Mr. Dobbs, Project Boomerang ended | | |
| | 245:11     up being a successful initiative for Uber, | | |
| | 245:12     correct? | | |
| 245:15 - 245:19 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:16 | **DC_v6P.51** |
| | 245:15   A.   I think that depends on who you | | |
| | 245:16     ask. There were some successes. There were | | |
| | 245:17     some failures. Yeah. I don't know if there | | |
| | 245:18     was an overall, you know, stamp of success or | | |
| | 245:19     approval on the initiative. | | |
| 246:02 - 246:03 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:04 | **DC_v6P.52** |
| | 246:02   Q.   Okay. Well, let's see what | | |
| | 246:03     Mr. Khosrowshahi had to say about this. | | |
| 249:11 - 249:19 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:18 | **DC_v6P.53** |
| | 249:11   Q.   And what he says is: | | |
| | 249:12     Team Boomerang. Nelson and I just | | |

**DC_v6P - DOBBS, CHAD - v06P_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 249:13    got off our earnings call. | | |
| | 249:14    Do you see that? | | |
| | 249:15  A.  Yes. | | |
| | 249:16  Q.  And Nelson is a reference to the | | |
| | 249:17    chief financial officer of Uber at this time, | | |
| | 249:18    right? | | |
| | 249:19  A.  That's right. | | |
| 250:08 - 250:15 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:20 | **DC_v6P.54** |
| | 250:08  Q.  And who participates in an earnings | | |
| | 250:09    call, to your understanding?  Who's listening | | |
| | 250:10    when Mr. Khosrowshahi and Mr. Chai are | | |
| | 250:11    talking? | | |
| | 250:12  A.  The primary audience is, you know, | | |
| | 250:13    big investors or financial institutions.  I'm | | |
| | 250:14    fairly confident that anyone can listen in if | | |
| | 250:15    they wanted. | | |
| 250:20 - 251:09 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:25 | **DC_v6P.55** |
| | 250:20    Your area is the area that | | |
| | 250:21    investors care about passionately. | | |
| | 250:22    Do you see that? | | |
| | 250:23  A.  I do. | | |
| | 250:24  Q.  My guess is about 50 percent of the | | |
| | 250:25    questions were about supply. | | |
| | 251:01    C. Dobbs - Highly Confidential | | |
| | 251:02    Do you see that? | | |
| | 251:03  A.  I do. | | |
| | 251:04  Q.  He says: | | |
| | 251:05    The good news is our driver | | |
| | 251:06    acquisition numbers look much, much better | | |
| | 251:07    than the numbers Lyft shared. | | |
| | 251:08    Right? | | |
| | 251:09  A.  I do see that. | | |
| 251:19 - 251:23 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:13 | **DC_v6P.56** |
| | 251:19  Q.  Okay.  And he says below: | | |
| | 251:20    We've come a long way, but the | | |
| | 251:21    stakes are higher than they have ever been. | | |
| | 251:22    Do you see that? | | |
| | 251:23  A.  I do. | | |
| 281:14 - 281:16 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:14 | **DC_v6P.57** |

<span style="color:blue">PLF Affirmative</span>    <span style="color:red">DEF Counter</span>

**DC_v6P - DOBBS, CHAD - v06P_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 281:14 Q.  Well, Uber uses its rating -- its | | DC_v6P.57 |
| | 281:15      star rating system as one way to create the | | |
| | 281:16      perception that Uber is safe, right? | | |
| 281:18 - 281:22 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:11 | DC_v6P.58 |
| | 281:18 A.  No.  I don't think that's right. | | |
| | 281:19 Q.  Okay. | | |
| | 281:20      MS. WALSH:  Let's take a look at | | |
| | 281:21      what's gonna be Exhibit 1912 to your | | |
| | 281:22      deposition, which is AW21. | | |
| 282:14 - 282:17 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:09 | DC_v6P.59 |
| | 282:14 Q.  This was a document that was | | |
| | 282:15      created in January 2017. | | |
| | 282:16      Do you see that? | | |
| | 282:17 A.  I do. | | |
| 283:15 - 283:19 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:09 | DC_v6P.60 |
| | 283:15 Q.  And what it says here:  (edited) | | |
| | 283:16      At the end of every trip both | | |
| | 283:17      drivers and riders rate their experience. | | |
| | 283:18      Right? | | |
| | 283:19 A.  That's right. | | |
| 284:08 - 284:14 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:16 | DC_v6P.61 |
| | 284:08 Q.  And what it says in the next  (edited) | | |
| | 284:09      column is: | | |
| | 284:10      Ratings pull the vast majority of | | |
| | 284:11      weight today in ensuring safety perceptions | | |
| | 284:12      among riders - hugely valuable. | | |
| | 284:13      Do you see that? | | |
| | 284:14 A.  I do. | | |
| 286:03 - 286:07 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:16 | DC_v6P.62 |
| | 286:03 Q.  And what we have here is a  (edited) | | |
| | 286:04      presentation entitled Uber 2018 H2 Brand | | |
| | 286:05      Trust Campaign Safety Module. | | |
| | 286:06      Do you see that? | | |
| | 286:07 A.  I do. | | |
| 286:17 - 287:24 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:01:23 | DC_v6P.63 |
| | 286:17      The objective of this safety | | |
| | 286:18      creative brief is to reinstall trust in Uber | | |
| | 286:19      by proving Uber is committed to safety? | | |
| | 286:20      Do you see that? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 286:21  A.  I do. | | |
| | 286:22  Q.  And underneath it talks about -- | | |
| | 286:23      has a section called Opportunity, and what it | | |
| | 286:24      says is: | | |
| | 286:25      Gen pop has a negative perception | | |
| | 287:01      C. Dobbs - Highly Confidential | | |
| | 287:02      of Uber being safe due to incidents that have | | |
| | 287:03      occurred with drivers in the past. | | |
| | 287:04      Do you see that? | | |
| | 287:05  A.  I do see that. | | |
| | 287:06  Q.  And "gen pop" refers to the general | | |
| | 287:07      population, right? | | |
| | 287:08  A.  It does. | | |
| | 287:09  Q.  And then it says: | | |
| | 287:10      Opportunity. | | |
| | 287:11      Have riders and gen pop perceive | | |
| | 287:12      Uber as a safe service by highlighting the | | |
| | 287:13      experienced and professional drivers? | | |
| | 287:14      Do you see that? | | |
| | 287:15  A.  I do. | | |
| | 287:16  Q.  And under Proof Points, it says: | | |
| | 287:17      Vetting and driver profile (name, | | |
| | 287:18      picture, experience ratings, experience, | | |
| | 287:19      license plate, car). | | |
| | 287:20      Do you see that? | | |
| | 287:21  A.  I do. | | |
| | 287:22  Q.  So the idea here is ratings are one | | |
| | 287:23      thing that can be pointed to as indicating | | |
| | 287:24      the safety of an Uber ride, right? | | |
| **288:01 - 288:06** | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:16 | **DC_v6P.64** |
| | 288:01      C. Dobbs - Highly Confidential | | |
| | 288:02  A.  I think this is saying all these | | |
| | 288:03      factors, picture, experience, ratings, | | |
| | 288:04      license plate, car, all of those are useful | | |
| | 288:05      pieces of information for a rider or a | | |
| | 288:06      prospective rider. | | |
| **290:05 - 290:17** | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:38 | **DC_v6P.65** |
| | 290:05  Q.  Well, let's flip forward to  (edited) | | |
| | 290:06      PDF 19.  Okay?  And what it says here is: | | |
| | 290:07      Let's make this and the other | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 290:08    amazing things that live in the driver | | |
| | 290:09    profile the new cultural symbols of quality | | |
| | 290:10    and safety. | | |
| | 290:11    Do you see that? | | |
| | 290:12  A.  I do. | | |
| | 290:13  Q.  And you understand "this" to be | | |
| | 290:14    referring to the rating of the driver and the | | |
| | 290:15    amount of time the driver has been driving? | | |
| | 290:16  A.  Amongst some of the other things we | | |
| | 290:17    spoke about earlier. | | |
| 302:23 - 305:17 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:02:46 | **DC_v6P.66** |
| | 302:23  Q.  Okay.  The next slide says: | | |
| | 302:24    Framework for Making Safety-Related | | |
| | 302:25    Decisions. | | |
| | 303:01    C. Dobbs - Highly Confidential | | |
| | 303:02    Do you see that? | | |
| | 303:03  A.  I do. | | |
| | 303:04  Q.  And it says: | | |
| | 303:05    When making safety related | | |
| | 303:06    decisions, we compare annualized insurance | | |
| | 303:07    savings to expected supply replacement costs | | |
| | 303:08    across a variety of driver cohorts based on | | |
| | 303:09    their risk level. | | |
| | 303:10    Do you see that? | | |
| | 303:11  A.  I do. | | |
| | 303:12  Q.  And it says: | | |
| | 303:13    We make decisions that are then a | | |
| | 303:14    net benefit to Uber, right? | | |
| | 303:15  A.  It does. | | |
| | 303:16  Q.  And if you look below in green, it | | |
| | 303:17    says: | | |
| | 303:18    Annualized Insurance Savings. | | |
| | 303:19    Right? | | |
| | 303:20  A.  Yes. | | |
| | 303:21  Q.  And annualized insurance, there may | | |
| | 303:22    be savings in insurance because the -- those | | |
| | 303:23    who provide Uber's insurance perceive what | | |
| | 303:24    Uber's doing as increasing safety, right? | | |
| | 303:25  A.  I'm not sure if the perception -- | | |
| | 304:01    C. Dobbs - Highly Confidential | | |

**DC_v6P - DOBBS, CHAD - v06P_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

304:02    how important the perception is.  I think it
304:03    would be more so that the reflection of what
304:04    actually happens on the platform and, you
304:05    know, the number of accidents.
304:06  Q.  Okay.  So, but annualized insurance
304:07    savings is -- reflects insurance will be
304:08    saved because an action may actually make the
304:09    platform safer, right?
304:10  A.  Right.  There could be fewer
304:11    accidents on the platform as a result.
304:12  Q.  Or other issues on the platform,
304:13    right?
304:14  A.  Potentially.
304:15  Q.  Okay.  So you look at Annualized
304:16    Insurance Savings and -- and that's in green.
304:17    And then red is Annualized Expected Supply
304:18    Replacement Costs, right?
304:19  A.  Yes.
304:20  Q.  And that means:
304:21    Determining the approximate
304:22    incentive cost for replacing miles that would
304:23    be lost under various circumstances.
304:24    Right?
304:25  A.  Yes.  That's what that says.
305:01    C. Dobbs - Highly Confidential
305:02  Q.  Okay.  So when you start with the
305:03    insurance savings, you subtract the annual
305:04    expected supply replacement costs and you see
305:05    if the result of that is a net cost or a net
305:06    benefit to Uber, right?
305:07  A.  That's the framework that's
305:08    outlined on this slide.
305:09  Q.  Okay.  And what it says is:
305:10    Moved forward with choices that
305:11    were only a net benefit to Uber.
305:12    Right?
305:13  A.  Right.
305:14  Q.  Okay.  So the framework for making
305:15    safety-related decisions, one of the tenets
305:16    of that is move forward with a choice only if
305:17    it's a net benefit to Uber, right?

**DC_v6P - DOBBS, CHAD - v06P_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 305:19 - 305:22 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:15 | **DC_v6P.67** |

305:19  A.  So, the framework that was laid out
305:20       here in 2018, you know, that's one of the
305:21       considerations that would go into making
305:22       decisions on this front.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 325:02 - 325:11 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:16 | **DC_v6P.68** |

325:02  Q.  Okay.  And it was created in
325:03       October 2021.
325:04       Do you see that?
325:05  A.  Yes.
325:06  Q.  Okay.  And if you flip forward to
325:07       page 2 of the PDF, it says:
325:08       Uber Women's Safety &
325:09       Sustainability.
325:10       Right?
325:11  A.  It does.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 326:10 - 326:20 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:26 | **DC_v6P.69** |

326:10       If you go to the second to last
326:11       bullet on this same slide, it says:
326:12       Short-term.
326:13       Uber has a clear objective of
326:14       building empathy and trust with women riders
326:15       by taking ownership, quote, promising further
326:16       action and providing more robust safety
326:17       features and driver enforcement on the
326:18       platform.
326:19       Do you see that?
326:20  A.  I do.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 326:23 - 327:07 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:34 | **DC_v6P.70** |

326:23       What Uber is saying here is that
326:24       growing ridership among women is being
326:25       impacted by women's perceptions regarding
327:01       C. Dobbs - Highly Confidential
327:02       Uber's safety, right?
327:03  A.  I believe some studies or surveys
327:04       were done that concluded that some women were
327:05       either not using ridesharing platforms or
327:06       using them less frequently due to either
327:07       perceptions or realities around safety.

**DC_v6P - DOBBS, CHAD - v06P_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 328:07 - 329:10 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:01:17 | **DC_v6P.71** |

| | | |
|---|---|---|
| 328:07 | Q. | And so what the PowerPoint (edited) |
| 328:08 | | is dealing with here is just looking at how |
| 328:09 | | Uber is going to be messaging and using |
| 328:10 | | branding with respect to certain consumers, |
| 328:11 | | right? |
| 328:12 | A. | It appears so. |
| 328:13 | Q. | Okay. And focusing on riders, it |
| 328:14 | | identifies different target personas, |
| 328:15 | | potential target personas for its brand |
| 328:16 | | messaging. |
| 328:17 | | Do you see that? |
| 328:18 | A. | Yes, I do. |
| 328:19 | Q. | Okay. And it divides riders into |
| 328:20 | | women who are unemployed and women who are |
| 328:21 | | employed, right? |
| 328:22 | A. | It does. |
| 328:23 | Q. | And under Unemployed, it has |
| 328:24 | | students, correct? |
| 328:25 | A. | Yes. |
| 329:01 | | C. Dobbs - Highly Confidential |
| 329:02 | Q. | And then Housewives/Old Women. |
| 329:03 | | Do you see that? |
| 329:04 | A. | I do. |
| 329:05 | Q. | Do you -- do you happen to know |
| 329:06 | | what Uber considers to be old when it comes |
| 329:07 | | to women? Who are the old women? |
| 329:08 | A. | Fair question. |
| 329:09 | | I don't know. Not sure if there |
| 329:10 | | was a specific definition there. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 431:22 - 432:02 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:00:12 | **DC_v6P.72** |

| | | |
|---|---|---|
| 431:22 | Q. | Mr. Dobbs, I think you said (edited) |
| 431:23 | | in answer to your counsel's question, you |
| 431:24 | | talked about what brought you to Uber and |
| 431:25 | | what has motivated you to stick around for so |
| 432:01 | | C. Dobbs - Highly Confidential |
| 432:02 | | long, right? |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 432:04 - 434:14 | **Dobbs, Chad 2025-08-21 - PIP MP4** | 00:02:22 | **DC_v6P.73** |

| | | |
|---|---|---|
| 432:04 | A. | I did. |
| 432:05 | Q. | And I noticed that you didn't |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

432:06    mention the compensation that you received
432:07    from Uber, did you?
432:08 A.  I did not explicitly go on about
432:09    compensation.
432:10 Q.  What's your 2025 salary?
432:11 A.  About $250,000.
432:12 Q.  Okay.  And what was your salary in
432:13    2024?
432:14 A.  A little bit less than that.
432:15 Q.  And what bonus did you receive?
432:16 A.  Around $60,000.
432:17 Q.  And what stock options did you
432:18    receive?
432:19 A.  I don't know the exact value, but
432:20    something probably around 300- or $400,000.
432:21 Q.  Okay.  And are all the stock
432:22    options vested?
432:23 A.  I guess what I'm referring to as
432:24    the stock options, it would've vested in the
432:25    year you asked about.
433:01    C. Dobbs - Highly Confidential
433:02 Q.  Okay.  So for stock options, do you
433:03    have -- you have stock options that are
433:04    vested, right?
433:05 A.  I do.
433:06 Q.  And what is the value of your
433:07    options in Uber stock that have vested,
433:08    total?
433:09 A.  Total over all time?
433:10 Q.  Yes.
433:11 A.  I've sold a number of those shares,
433:12    so it's a little bit difficult to calculate
433:13    because those have been sold at different
433:14    values, but, you know, probably somewhere
433:15    between 3 and $5 million.
433:16 Q.  Okay.  So 3 and $5 million in stock
433:17    options that have vested, some or all of
433:18    which you've sold for cash, right?
433:19 A.  Some of which I've sold for cash.
433:20 Q.  Okay.  You also have stock
433:21    options -- options in Uber stock that have

**DC_v6P - DOBBS, CHAD - v06P_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 433:22     not vested, right? | | |
| | 433:23   A.   Technically they're not options | | |
| | 433:24     anymore, but it's equity that has not yet | | |
| | 433:25     vested. | | |
| | 434:01     C. Dobbs - Highly Confidential | | |
| | 434:02   Q.   And what's the value of that? | | |
| | 434:03   A.   It depends on the future stock | | |
| | 434:04     price what the exact value will be. | | |
| | 434:05   Q.   What is the value estimated today? | | |
| | 434:06   A.   I think the value estimated today | | |
| | 434:07     of the future vesting equity is probably a | | |
| | 434:08     little over a million dollars. | | |
| | 434:09   Q.   Okay.  And in order for you to | | |
| | 434:10     obtain that million dollars, you have to stay | | |
| | 434:11     at Uber, correct? | | |
| | 434:12   A.   If I wanted to obtain some or all | | |
| | 434:13     of that million dollars, I would need to stay | | |
| | 434:14     at Uber. | | |

| | |
|---|---|
| PLF Affirmative | 00:31:30 |
| DEF Counter | 00:07:12 |
| **TOTAL RUN TIME** | **00:38:43** |