# COURT EXHIBIT 1B

Chad Dobbs Deposition Exhibit Chart

| Trial Exhibit Number | Deposition Exhibit Number | Deposition Exhibit Description |
|---|---|---|
| P-00123 | 1894 | UBER-MDL3084-000114641 |
| P-00176 | 1895 | UBER_JCCP_MDL_003405397 |
| P-00177 | 1896 | UBER_JCCP_MDL_004989798 |
| P-00178 | 1897 | UBER_JCCP_MDL_003341903 |
| P-00190 | 1909 | UBER_JCCP_MDL_002223100 |
| P-00193 | 1913 | Uber_DOE_0012645 |
| P-00195 | 1915 | UBER_JCCP_MDL_000337623 |
| P-00198 | 1918 | UBER_JCCP_MDL_000490080 |
| P-01108 | 1912 | UBER_JCCP_MDL_000303417 |