# COURT EXHIBIT 2A

Designation Run Report for Travis Kalanick
as played in Court 01/14/2026 (07-03-2025)

# KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026

Designation List Report

  Kalanick, Travis                    2025-07-03
    Kalanick, Travis                    2025-07-03

| | |
|---|---|
| PLF Affirmative | 00:37:58 |
| PLF Counter | 00:00:19 |
| DEF Counter | 00:04:50 |
| **TOTAL RUN TIME** | **00:43:06** |



**ID: KT_v9p**

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 15:18 - 15:22 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:05 | **KT_v9p.1** |

15:18   Q.   Good morning.
15:19   A.   Good morning.
15:20   Q.   Can you please state your name for the
15:21         record.
15:22   A.   Travis Kalanick.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 16:02 - 16:04 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:03 | **KT_v9p.2** |

16:02   Q.   Have you been deposed before,
16:03         Mr. Kalanick?
16:04   A.   Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 16:05 - 16:09 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:10 | **KT_v9p.3** |

16:05   Q.   Can you give us on what basis you were
16:06         deposed?
16:07         Do you recall the case?
16:08   A.   A lot of Uber cases.  I can't -- I -- a
16:09         lot of Uber cases.  Yeah.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 23:03 - 23:17 | **Kalanick, Travis 2025-07-03** | 00:00:33 | **KT_v9p.4** |

23:03   Q.   So, Mr. Kalanick, you're the founder of
23:04         Uber; right?
23:05   A.   Co-founder, yeah.
23:06   Q.   And you founded Uber in 2009?
23:07   A.   I don't remember exactly when
23:08         incorporation documents were created, but in that
23:09         time period sounds right.
23:10   Q.   Okay.  And Uber was your idea?
23:11   A.   It was actually Garrett's idea.
23:12   Q.   And you thought you should be able to
23:13         push a button to get a ride; right?
23:14   A.   That was Garrett -- that was Garrett's
23:15         part.  Yeah.
23:16   Q.   But you operationalized the idea?
23:17   A.   Yeah.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 25:09 - 25:20 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:32 | **KT_v9p.5** |

25:09   Q.   Okay.  When you started Uber, you were
25:10         about 32 years old?
25:11   A.   Something in that -- somewhere around
25:12         that.  I don't know exactly my age there, but I
25:13         could do the math.  But --
25:14   Q.   So you were born in 1976; you started it

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 25:15     in 2009. | | |
| | 25:16     Generally, 32, 33 years old; right? | | |
| | 25:17  A.  Yeah. | | |
| | 25:18  Q.  Okay.  You ran Uber from 2009 to 2017; | | |
| | 25:19     correct? | | |
| | 25:20  A.  I became CEO in late 2010. | | |
| 26:07 - 26:09 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:03 | **KT_v9p.6** |
| | 26:07  Q.  And you were also on the board of | | |
| | 26:08     directors; correct? | | |
| | 26:09  A.  Yes. | | |
| 29:25 - 30:12 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:23 | **KT_v9p.7** |
| | 29:25  Q.  Okay.  So you stepped down as CEO of Uber | | |
| | 30:01     in June 2017; right? | | |
| | 30:02  A.  Yeah. | | |
| | 30:03  Q.  You stayed on the board till 2019; | | |
| | 30:04     correct? | | |
| | 30:05  A.  Yeah. | | |
| | 30:06  Q.  And it was to get Uber through the IPO; | | |
| | 30:07     is that right? | | |
| | 30:08  A.  No, not really. | | |
| | 30:09  Q.  But it was to the point that the IPO took | | |
| | 30:10     place while you were on the board; correct? | | |
| | 30:11  A.  The IPO did take place while I was on the | | |
| | 30:12     board. | | |
| 33:05 - 33:18 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:23 | **KT_v9p.8** |
| | 33:05  Q.  The valuation of Uber at IPO was | | |
| | 33:06     82.4 billion; correct? | | |
| | 33:07  A.  I don't know. | | |
| | 33:08  Q.  You don't remember what the valuation | | |
| | 33:09     was? | | |
| | 33:10  A.  No. | | |
| | 33:11  Q.  Can you generally remember what was? | | |
| | 33:12  A.  I mean, I could look up the stock ticker, | | |
| | 33:13     I mean, but I don't remember what it was. | | |
| | 33:14     MS. LUHANA:  Okay.  Well, then let's get | | |
| | 33:15     TK-4 marked as Exhibit 1332. | | |
| | 33:16     (Exhibit 1332 was received and marked | | |
| | 33:17     for identification on received and marked | | |
| | 33:18     attached hereto.) | | |

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 33:25 - 34:18 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:38 | **KT_v9p.9** |

| | | |
|---|---|---|
| 33:25 | Q. | Mr. Kalanick, does this refresh your |
| 34:01 | | recollection that Uber was valued at 82.4 billion |
| 34:02 | | at the time of its IPO? |
| 34:03 | A. | No. |
| 34:04 | Q. | It doesn't? |
| 34:05 | A. | No. |
| 34:06 | Q. | Do you see this article where the title |
| 34:07 | | of it is -- it's a New York Times article; it |
| 34:08 | | says, "Uber IPO values ride-hailing giant at |
| 34:09 | | 82.4 billion"? |
| 34:10 | A. | Yes. |
| 34:11 | Q. | Okay.  And do you see the line in the |
| 34:12 | | center of the article where it says: |
| 34:13 | | "Uber priced its public offering on |
| 34:14 | | Thursday at $45 a share near the bottom of |
| 34:15 | | its expected price range valuing the |
| 34:16 | | ride-hailing company at about 82.4 billion"; |
| 34:17 | | correct? |
| 34:18 | A. | Yes, I do see that. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 35:01 - 35:13 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:24 | **KT_v9p.10** |

| | | |
|---|---|---|
| 35:01 | Q. | After the IPO, your net worth was |
| 35:02 | | estimated as 5.4 billion. |
| 35:03 | A. | Okay. |
| 35:04 | Q. | Does that seem accurate? |
| 35:05 | A. | I have no idea. |
| 35:06 | Q. | You don't know what your net -- net worth |
| 35:07 | | was -- |
| 35:08 | A. | No. |
| 35:09 | Q. | -- after the IPO? |
| 35:10 | A. | No. |
| 35:11 | Q. | Do you recall selling Uber stock? |
| 35:12 | A. | After the -- in the months following the |
| 35:13 | | IPO, yeah.  After lockup, yes. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 36:01 - 36:23 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:41 | **KT_v9p.11** |

| | | |
|---|---|---|
| 36:01 | Q. | So how much did you sell your stock for |
| 36:02 | | in December? |
| 36:03 | A. | I don't know. |
| 36:04 | Q. | Was it 1 billion? |
| 36:05 | A. | Look, I just don't have the records in |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 36:06    front of me.  If you have them, we can look at | | |
| | 36:07    them, but I don't know the specifics. | | |
| | 36:08  Q.  So you don't recall if you made billions | | |
| | 36:09    of dollars selling Uber IPO stock? | | |
| | 36:10  A.  I don't think that's what I said. | | |
| | 36:11  Q.  Well, let's generally try to estimate. | | |
| | 36:12    You said you're going to give truthful | | |
| | 36:13    testimony today; correct? | | |
| | 36:14  A.  Correct, yes. | | |
| | 36:15  Q.  So I'd like you to give a general | | |
| | 36:16    estimate -- | | |
| | 36:17  A.  Yeah. | | |
| | 36:18  Q.  -- of how much you sold your Uber IPO | | |
| | 36:19    stock for. | | |
| | 36:20  A.  I don't know the exact, but it was | | |
| | 36:21    certainly in the billions of dollars. | | |
| | 36:22  Q.  And do you recall how many billion? | | |
| | 36:23  A.  I do not. | | |
| 39:03 - 39:08 | **Kalanick, Travis 2025-07-03** | 00:00:10 | **KT_v9p.12** |
| | 39:03  Q.  Okay.  And when you stepped down from the | | |
| | 39:04    board of directors, did you sell the remaining | | |
| | 39:05    Uber stock you had at that time? | | |
| | 39:06  A.  When I stepped down? | | |
| | 39:07  Q.  Yes. | | |
| | 39:08  A.  No.  I had already sold. | | |
| 39:24 - 40:01 | **Kalanick, Travis 2025-07-03** | 00:00:03 | **KT_v9p.13** |
| | 39:24  Q.  Okay.  So you didn't keep any Uber stock; | | |
| | 39:25    correct? | | |
| | 40:01  A.  That's correct. | | |
| 40:23 - 41:02 | **Kalanick, Travis 2025-07-03** | 00:00:11 | **KT_v9p.14** |
| | 40:23  Q.  So you completely walked away from Uber | | |
| | 40:24    financially and organizationally; true? | | |
| | 40:25  A.  Yeah. | | |
| | 41:01  Q.  You didn't want to stay on to fix the | | |
| | 41:02    safety problems Uber had? | | |
| 41:04 - 41:04 | **Kalanick, Travis 2025-07-03** | 00:00:03 | **KT_v9p.15** |
| | 41:04    THE WITNESS:  I got off the board. | | |
| 61:04 - 61:16 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:45 | **KT_v9p.16** |
| | 61:04  Q.  Okay.  And so do you agree for a company, | | |

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 61:05 | it's important to set core values? | | |
| | 61:06 | A. Yeah. Yes. | | |
| | 61:07 | Q. And so core values establish the culture | | |
| | 61:08 | of a company; right? | | |
| | 61:09 | A. Yeah. I -- I think the culture can be | | |
| | 61:10 | influenced by core values. It's a mix of | | |
| | 61:11 | reflecting what's there plus sort of aspiring to | | |
| | 61:12 | where you want to be. | | |
| | 61:13 | Q. They help guide -- would you agree with | | |
| | 61:14 | me, they help guide the company's behavior? | | |
| | 61:15 | A. Yeah, they guide sort of the aspiration | | |
| | 61:16 | of where you want to go. I think that's fair. | | |

| 62:06 - 62:11 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:09 | **KT_v9p.17** |
| | 62:06 | Q. And you established Uber's core values; | | |
| | 62:07 | right? | | |
| | 62:08 | A. Yeah. | | |
| | 62:09 | Q. Okay. And sometimes you call these | | |
| | 62:10 | Uber's "cultural values"? | | |
| | 62:11 | A. Yeah. | | |

| 62:21 - 63:12 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:40 | **KT_v9p.18** |
| | 62:21 | Q. Okay. And do you remember what the | | |
| | 62:22 | cultural values were that you set for Uber? | | |
| | 62:23 | A. There's, like, 13. I'm sure you've got a | | |
| | 62:24 | list somewhere on you. | | |
| | 62:25 | Q. Well, do you remember some of them off | | |
| | 63:01 | the top of your head? | | |
| | 63:02 | A. Let's see. I think "super pumped" was | | |
| | 63:03 | one of them. | | |
| | 63:04 | Was there one -- was it -- was there one, | | |
| | 63:05 | "optimistic leadership"? I think that may have | | |
| | 63:06 | been one of them. Yeah. | | |
| | 63:07 | Yeah, but, I mean, it would be better | | |
| | 63:08 | just to go through a list. | | |
| | 63:09 | Q. Do you remember "always be hustling"? | | |
| | 63:10 | A. Of course, yeah. | | |
| | 63:11 | Q. Was it a phrase that you coined? | | |
| | 63:12 | A. Probably, yeah. | | |

| 63:19 - 64:06 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:19 | **KT_v9p.19** |
| | 63:19 | Q. Do you remember "meritocracy and | | |
| | 63:20 | toe-stepping"? | | |

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  | 63:21 | A. | Yes. |  |  |
|---|---|---|---|---|---|

63:21  A.  Yes.
63:22  Q.  Do you remember "let builders build"?
63:23  A.  Yeah.
63:24  Q.  Do you remember "principle
63:25       confrontation"?
64:01  A.  Yes.
64:02  Q.  So these were Uber's cultural values from
64:03       the beginning; right?
64:04  A.  They are some of them.  There are others
64:05       that you haven't mentioned.
64:06       But, yes, those are some of them.

| 65:17 - 66:04 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:26 | **KT_v9p.20** |
|---|---|---|---|

65:17  Q.  Okay.  And you would rely, as we said, on
65:18       the cultural values to guide -- for folks to guide
65:19       their decisions while they were working at Uber?
65:20  A.  Sure.  Yeah.
65:21  Q.  And you would rely on the cultural values
65:22       to inform their conduct and behavior while working
65:23       at Uber?
65:24  A.  Again, there's like an aspirational part
65:25       of it but yes.
66:01  Q.  Sure.
66:02       Do you recall the cultural values being
66:03       used for onboarding new employees and training?
66:04  A.  Yes.

| 67:03 - 67:08 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:11 | **KT_v9p.21** |
|---|---|---|---|

67:03  Q.  -- do you think you  (edited)
67:04       were a pretty hands-on CEO at the time?
67:05  A.  I think that's a fair assessment.
67:06  Q.  Okay.  And you had high expectations of
67:07       your Uber team?
67:08  A.  Yeah.

| 68:02 - 68:07 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:08 | **KT_v9p.22** |
|---|---|---|---|

68:02  Q.  But Uber achieved great financial
68:03       success?
68:04  A.  Yeah.
68:05  Q.  Like growth, domination, market share in
68:06       this industry?
68:07  A.  Yeah.

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 85:06 - 85:07 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:07 | **KT_v9p.23** |

85:06    MS. LUHANA:  Okay.  So let's mark as --
85:07    it's TK-16, and this would be Exhibit 1337.

| 85:12 - 85:16 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:14 | **KT_v9p.24** |

85:12  Q.  And you'll see, Mr. Kalanick, this is
85:13    also an email thread.  It starts with you, and
85:14    then it's sent to Meghan Joyce, cc'ing a number of
85:15    people.  And the subject line is "Re:  FYI -
85:16    another article."

| 86:11 - 86:17 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:16 | **KT_v9p.25** |

86:11  Q.  But there's a link to the article there
86:12    on -- on the page ending in 7024.  And you'll see
86:13    it says -- it's a Boston Globe article; it's a
86:14    link, "After rape unlicensed taxi call for
86:15    increased regulations."
86:16  A.  Yeah.  I mean, I see the link.  I just
86:17    don't see the story.

| 88:17 - 89:07 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:36 | **KT_v9p.26** |

88:17    And then if you go to 7023, you'll see
88:18    there's a Tweet at the bottom.  And it's Christy
88:19    Motch @Boston Globe, and you'll see it on your
88:20    screen there too, Mr. Kalanick, if you look.
88:21  A.  Okay.  There we go.
88:22  Q.  And it says:
88:23    "This is terrifying and unfortunately is
88:24    going to force me to reconsider my use of
88:25    Uber," in light of that -- that article that
89:01    was circulated; right?
89:02  A.  I don't think that was by Christy Motch.
89:03  Q.  No.  It's @ChristyMotch.  That's what it
89:04    says.  That's from the Jackie woman there.
89:05  A.  Okay.  Yeah.  Yeah.
89:06  Q.  Right.
89:07  A.  Yeah, yeah.

| 90:09 - 91:14 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:01:11 | **KT_v9p.27** |

90:09    And you say to Meghan:
90:10    "Meghan, you've got to treat this like
90:11    someone actually called out your business,
90:12    not just the business that happens to pay

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 90:13     your salary.  More passion, more connected to | | |
| | 90:14     the conversation, more involved, and ready to | | |
| | 90:15     engage in a human way.  I suggest throwing | | |
| | 90:16     out three successive Tweets on this, and you | | |
| | 90:17     say "see below"; correct? | | |
| | 90:18     And the first Tweet, you say: | | |
| | 90:19     "Every driver on @Uber_bos passes a | | |
| | 90:20     background check stronger than anything that | | |
| | 90:21     Boston requires taxi companies to do"; right? | | |
| | 90:22     Did I read that correctly? | | |
| | 90:23   A.   I think you -- yeah, I believe you | | |
| | 90:24     read -- you read that correctly. | | |
| | 90:25   Q.   And then the second Tweet is: | | |
| | 91:01     "@uber_bos collects all feedback and | | |
| | 91:02     ratings to ensure we only work with | | |
| | 91:03     high-quality, highly rated transportation | | |
| | 91:04     providers." | | |
| | 91:05     Did I read that correctly? | | |
| | 91:06   A.   I believe so, yeah. | | |
| | 91:07   Q.   And then your last Tweet there is: | | |
| | 91:08     "@Uber_bos's technology provides | | |
| | 91:09     sophisticated data collection that results in | | |
| | 91:10     major accountability to any transportation | | |
| | 91:11     provider and makes @uber_bos the safest way | | |
| | 91:12     to get around the city." | | |
| | 91:13     Did I read that correctly? | | |
| | 91:14   A.   Yes. | | |
| 100:05 - 100:08 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:07 | **KT_v9p.28** |
| | 100:05   Q.   Mr. Kalanick, would you agree with me | | |
| | 100:06     that it's important for a company to tell the | | |
| | 100:07     truth? | | |
| | 100:08   A.   Yes. | | |
| 101:16 - 101:19 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:14 | **KT_v9p.29** |
| | 101:16   Q.   So you'd agree that a company shouldn't | | |
| | 101:17     lie by omission? | | |
| | 101:18   A.   I think there's a lot of specifics on | | |
| | 101:19     that one.  I'd have to see the specific situation. | | |
| 103:03 - 103:06 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:12 | **KT_v9p.30** |
| | 103:03   Q.   Is it important for -- if a company's | | |
| | 103:04     product involves public safety like giving | | |

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 103:05  strangers rides, is it important not to lie by | | |
| | 103:06  omission about safety to consumers? | | |
| 103:08 - 103:09 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:04 | **KT_v9p.31** |
| | 103:08  THE WITNESS:  I think, again, I'd need | | |
| | 103:09  some details to answer that question well. | | |
| 104:01 - 104:08 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:20 | **KT_v9p.32** |
| | 104:01  Q.  So Uber provides rides to passengers; | | |
| | 104:02      correct? | | |
| | 104:03  A.  Yes. | | |
| | 104:04  Q.  And if there is information out there | | |
| | 104:05      about the safety of those rides -- for example, an | | |
| | 104:06      increased risk of sexual assaults happening on | | |
| | 104:07      Uber's platform, is it important to disclose those | | |
| | 104:08      details to the public? | | |
| 104:10 - 104:11 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:02 | **KT_v9p.33** |
| | 104:10  THE WITNESS:  I mean, I don't know. | | |
| | 104:11  BY MS. LUHANA: | | |
| 104:20 - 104:22 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:06 | **KT_v9p.34** |
| | 104:20  Q.  And you don't know if that's important to | | |
| | 104:21      disclose to the public in terms of the increased | | |
| | 104:22      risk of sexual assaults -- | | |
| 105:02 - 105:19 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:54 | **KT_v9p.35** |
| | 105:02      No.  I think what I meant to say was that | | |
| | 105:03      every city or jurisdiction you're in should | | |
| | 105:04      be making the decision about what should be | | |
| | 105:05      disclosed and what shouldn't be. | | |
| | 105:06      Like, for instance, like every -- there's | | |
| | 105:07      taxis in every city out there.  What are the | | |
| | 105:08      rules around taxis should probably be the | | |
| | 105:09      same for other sort of transportation | | |
| | 105:10      mechanisms or subways or things like this on | | |
| | 105:11      these topics, right. | | |
| | 105:12      So what are -- I would -- I would start | | |
| | 105:13      by saying, What are the -- what are the | | |
| | 105:14      requirements for a taxi system? | | |
| | 105:15      And probably, you know, those have | | |
| | 105:16      existed for a hundred years; more.  Those | | |
| | 105:17      requirements are probably a really good | | |
| | 105:18      starting point for what should be disclosed | | |

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

105:19    by new forms of transportation.

| | | | |
|---|---|---|---|
| 118:12 - 118:19 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:24 | **KT_v9p.36** |

118:12   Q.   Do you recall thousands of reports that
118:13      were filed; that were reported to Uber of women
118:14      being raped or sexually assaulted or subject to
118:15      sexual misconduct on your platform?
118:16   A.   So I don't remember specific numbers but
118:17      definitely remember reports of that.
118:18   Q.   Of what?
118:19   A.   Of all the things you've said.

| | | | |
|---|---|---|---|
| 125:18 - 125:23 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:16 | **KT_v9p.37** |

125:18   Q.   Do you agree that getting people from
125:19      Point A to Point B safely and reliably is the
125:20      single most important thing that Uber does?
125:21   A.   Yeah, I don't know if it's the single
125:22      most important thing, but it's certainly -- it's
125:23      pretty high up there.

| | | | |
|---|---|---|---|
| 126:22 - 127:05 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:18 | **KT_v9p.38** |

126:22   Q.   I want to know what you prioritized above
126:23      safety, if anything?
126:24   A.   Oh, okay.  So you said "safe and reliable
126:25      rides."
127:01   Q.   Mm-hmm.
127:02   A.   Yeah.  It's super important.
127:03      I can't come up with anything right now
127:04      that's more important.  There might be others.  I
127:05      just can't think of it right now.

| | | | |
|---|---|---|---|
| 132:17 - 132:20 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:12 | **KT_v9p.39** |

132:17   Q.   Mr. Kalanick, a lot of rides weren't safe
132:18      that passengers took, right, because there were
132:19      lots of reports of sexual assault and sexual
132:20      misconduct that took place on Uber's platform?

| | | | |
|---|---|---|---|
| 132:22 - 132:23 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:04 | **KT_v9p.40** |

132:22      THE WITNESS:  Yeah, not every ride was
132:23      safe.  I'd agree with that.

| | | | |
|---|---|---|---|
| 132:25 - 133:02 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:09 | **KT_v9p.41** |

132:25   Q.   A lot of rides weren't safe; right?
133:01   A.   There are -- there are many rides that
133:02      were not safe.

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 133:08 - 133:09 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:07 | **KT_v9p.42** |

133:08    MS. LUHANA:  So let's mark as
133:09    Exhibit 1339 - (edited)

| 133:14 - 133:15 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:03 | **KT_v9p.43** |

133:14  Q.  So, Mr. Kalanick, you'll see
133:15    Exhibit 1339.

| 134:03 - 134:07 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:09 | **KT_v9p.44** |

134:03    And you'll see you're involved in the
134:04    exchange, as well, and it's dated September 16,
134:05    2013.
134:06  A.  It looks like September 15th at the
134:07    bottom.

| 134:21 - 135:02 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:18 | **KT_v9p.45** |

134:21  Q.  So this is a year after you started
134:22    peer-to-peer ridesharing, right, 2013?
134:23  A.  In D.C.?  No.  I don't think it's a year
134:24    after we started in D.C.
134:25  Q.  When did you start in D.C.; do you
135:01    recall?
135:02  A.  Definitely less than a year before.

| 135:06 - 136:01 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:53 | **KT_v9p.46** |

135:06  Q.  And you see Nitasha, who is a writer at
135:07    Valleywag, is asking about a choking incident.
135:08    Do you see that there?
135:09  A.  Let's see.  Hold on.  Yeah, I do.
135:10  Q.  Right.  And then your response to it is
135:11    up top.
135:12    It says -- at the top of the page right
135:13    there, it says, "Guys, do not respond to this
135:14    until running an approach by me."
135:15    And then you call her an "Internet
135:16    troll."
135:17    Do you see that there?
135:18  A.  Yeah.
135:19  Q.  Okay.  And then you go on to say -- on
135:20    Bates 6649 at the bottom of page there, you said,
135:21    [as read]:
135:22    "We need to make sure that these writers
135:23    don't come away thinking we are responsible,

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 135:24    even when these things go -- do go bad. | | |
| | 135:25    Right?  You said that there? | | |
| | 136:01  A.  Yeah. | | |
| 136:16 - 136:18 | **Kalanick, Travis 2025-07-03** | 00:00:08 | **KT_v9p.47** |
| | 136:16  Q.  So do you still believe today that Uber | | |
| | 136:17    isn't responsible when things go bad between Uber | | |
| | 136:18    drivers and riders? | | |
| 136:20 - 137:04 | **Kalanick, Travis 2025-07-03** | 00:00:32 | **KT_v9p.48** |
| | 136:20    THE WITNESS:  Well, it sort of -- I guess | | |
| | 136:21    it sort of depends on -- responsible for | | |
| | 136:22    what. | | |
| | 136:23    I think that it's very important for Uber | | |
| | 136:24    to have a set of processes that do everything | | |
| | 136:25    they can to create sort of safe and reliable | | |
| | 137:01    rides. | | |
| | 137:02    But I don't think you can control | | |
| | 137:03    human -- humans to the degree that you can | | |
| | 137:04    make sure that nothing bad happens ever. | | |
| 137:06 - 137:18 | **Kalanick, Travis 2025-07-03** | 00:00:43 | **KT_v9p.49** |
| | 137:06  Q.  Okay. | | |
| | 137:07  A.  So if you're doing a really good job at | | |
| | 137:08    creating safe and reliable rides, but you're not | | |
| | 137:09    perfect at it, I think that there's sort of a | | |
| | 137:10    question of when -- if you can't control | | |
| | 137:11    individuals all the way, right.  It's not like you | | |
| | 137:12    have a chip in their brain to control them. | | |
| | 137:13    If they do something bad that you can't | | |
| | 137:14    control, but you had a really great process to | | |
| | 137:15    make sure that you had the very safe and reliable | | |
| | 137:16    rides, are you responsible for this moment that a | | |
| | 137:17    human had where they did something bad, but you | | |
| | 137:18    weren't in control of them. | | |
| 174:14 - 174:16 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:09 | **KT_v9p.50** |
| | 174:14  Q.  By 2017 you and Uber were facing | | |
| | 174:15    significant reputational challenges; right? | | |
| | 174:16  A.  Yeah, I think that's right. | | |
| 190:22 - 191:13 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:53 | **KT_v9p.51** |
| | 190:22    Mr. Kalanick, by June 2017, your | | |
| | 190:23    reputation was in tatters; correct? | | |

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

190:24  A.  I don't know if there's an objective way
190:25      to assess where my reputation was, but it wasn't
191:01      in a good spot.
191:02  Q.  And the reason that Uber had gotten to
191:03      that point was because of your leadership; right?
191:04  A.  I'm not sure I agree with that.
191:05  Q.  What part don't you agree with?
191:06  A.  The part about it being about my
191:07      leadership.
191:08  Q.  Well, you, as CEO, are at the helm of the
191:09      company; right?
191:10  A.  Yes.
191:11  Q.  And you take responsibility for where
191:12      Uber got at that point; right?  You bear that
191:13      responsibility?

| 191:15 - 191:15 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:02 | **KT_v9p.52** |

191:15      THE WITNESS:  Yes.  Yes, I do.

| 200:05 - 200:06 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:05 | **KT_v9p.53** |

200:05      MS. LUHANA:  Okay.  Let's mark as
200:06      Exhibit 1350.  (edited)

| 200:11 - 200:13 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:09 | **KT_v9p.54** |

200:11  Q.  This is entitled "Exclusive:  The Letter
200:12      Travis Kalanick Never Sent," and it's dated
200:13      September 5, 2019.

| 201:03 - 201:21 | **Kalanick, Travis 2025-07-03** | 00:00:49 | **KT_v9p.55** |

201:03      It's a letter from you that's enclosed,
201:04      and it's an unedited, 2,000-word letter that was
201:05      provided in entirety.
201:06      And it starts off with "Team," and I want
201:07      to focus you on certain passages here on page 3.
201:08  A.  Okay.  So I want to start with, I didn't
201:09      read -- I didn't write this.
201:10  Q.  You didn't write this letter?
201:11  A.  No.
201:12  Q.  Who wrote this letter?
201:13  A.  I believe it was a speech writer.
201:14  Q.  A speech writer would -- who -- who asked
201:15      for this letter to be written?
201:16  A.  I didn't.

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

201:17  Q.  Okay.  And someone wrote it on your
201:18      behalf?
201:19  A.  I think they were -- they were trying to
201:20      put -- it was, like, a speech writer working with
201:21      an elected official.

| 202:03 - 202:04 | **Kalanick, Travis 2025-07-03** | 00:00:09 | **KT_v9p.56** |
|---|---|---|---|

202:03  Q.  But you did review it at that time?
202:04  A.  I -- I don't remember.

| 202:23 - 203:02 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:11 | **KT_v9p.57** |
|---|---|---|---|

202:23  Q.  But you never claimed it was fabricated;
202:24      right?
202:25  A.  I might have.  It's not -- I don't know
203:01      if it was fabricated.  I just didn't write it.  I
203:02      didn't -- I didn't review it.

| 203:14 - 203:22 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:18 | **KT_v9p.58** |
|---|---|---|---|

203:14  Q.  But your comms person never put anything
203:15      out publicly, or you never directed your comms
203:16      person to put anything out publicly --
203:17  A.  We weren't --
203:18  Q.  -- denying this; right?
203:19  A.  We weren't doing anything public at this
203:20      time.  Like, it's been many years since I've sort
203:21      of been out there publicly doing stuff at this
203:22      point.

| 204:01 - 204:03 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:05 | **KT_v9p.59** |
|---|---|---|---|

204:01  A.  Again, I don't know if this is the speech
204:02      writer's stuff.
204:03      I definitely did not write this.

| 206:17 - 206:21 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:09 | **KT_v9p.60** |
|---|---|---|---|

206:17  Q.  You were on the board at this time when
206:18      this was published; right?
206:19      This was September 2019; you were still
206:20      on the board of Uber?
206:21  A.  Yes.

| 207:15 - 208:05 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:46 | **KT_v9p.61** |
|---|---|---|---|

207:15  Q.  And the letter goes on to say at the
207:16      bottom of this page:
207:17      "Growth is something to celebrate but,
207:18      without the appropriate checks and balances,

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 207:19 | can lead to serious mistakes." | | |
| | 207:20 | Do you agree with that? | | |
| | 207:21 A. | Yeah. | | |
| | 207:22 | Q. [As read]: | | |
| | 207:23 | "At scale, our mistakes have a great -- a | | |
| | 207:24 | much greater impact on our teams, customers, | | |
| | 207:25 | and the communities we serve. That's why | | |
| | 208:01 | small company approaches must change when we | | |
| | 208:02 | scale. I succeeded by acting small but | | |
| | 208:03 | failed in being bigger." | | |
| | 208:04 | Do you agree with that? | | |
| | 208:05 A. | I'm just rereading it. Give me a second. | | |
| 208:06 - 209:12 | **Kalanick, Travis 2025-07-03 - PIP MP4** | | 00:01:19 | **KT_v9p.62** |
| | 208:06 | I don't agree with everything here. | | |
| | 208:07 Q. | Well, do you agree with, "I succeeded by | | |
| | 208:08 | acting small but failed in being bigger"? | | |
| | 208:09 A. | I don't completely agree with that, no. | | |
| | 208:10 Q. | Okay. And it goes on to say [as read]: | | |
| | 208:11 | "And that contributed to an avalanche of | | |
| | 208:12 | organizational debt throughout our company." | | |
| | 208:13 | "An avalanche of organizational debt"; do | | |
| | 208:14 | you agree with that? | | |
| | 208:15 A. | I think as organizations grow, there can | | |
| | 208:16 | be organizational debt. I think the notion that | | |
| | 208:17 | there's an avalanche is overdone. It's not -- | | |
| | 208:18 | that's not accurate. | | |
| | 208:19 Q. | It goes on to say: | | |
| | 208:20 | "There were too many first-time managers, | | |
| | 208:21 | 63 percent of all managers having never | | |
| | 208:22 | managed before." | | |
| | 208:23 | Do you see that statement there? | | |
| | 208:24 A. | Mm-hmm. | | |
| | 208:25 Q. | Do you agree with it? | | |
| | 209:01 A. | I don't know if it was true. | | |
| | 209:02 Q. | Okay. | | |
| | 209:03 | "Processes that didn't scale for the size | | |
| | 209:04 | or complexity of the organization. Process | | |
| | 209:05 | for a 400-person company cannot work at a | | |
| | 209:06 | company of 14,000." | | |
| | 209:07 | Do you agree with that statement? | | |

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 209:08  A.  I agree with the second part of it but | | |
| | 209:09      not the first. | | |
| | 209:10      I think we -- look, I don't think we were | | |
| | 209:11      perfect on processes, but I think we were pretty | | |
| | 209:12      good. | | |
| 210:19 - 211:04 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:32 | **KT_v9p.63** |
| | 210:19      "And putting people first means accepting | | |
| | 210:20      when we're wrong and not being self-righteous | | |
| | 210:21      when we're right." | | |
| | 210:22      Do you agree with that statement? | | |
| | 210:23  A.  Like, I think it's important to accept | | |
| | 210:24      when you're wrong and not be self-righteous when | | |
| | 210:25      you're right -- when you're right. | | |
| | 211:01      I'm not sure what that has to do with | | |
| | 211:02      putting people first.  But I agree with the | | |
| | 211:03      statement of accepting when you're wrong and not | | |
| | 211:04      being self-righteous when you're right. | | |
| 211:09 - 211:09 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:03 | **KT_v9p.64** |
| | 211:09      It's Exhibit 1351 (edited) | | |
| 211:14 - 212:06 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:43 | **KT_v9p.65** |
| | 211:14  Q.  Mr. Kalanick, you'll see this is an email | | |
| | 211:15      from your Gmail account.  It's traviisk@gmail, and | | |
| | 211:16      it's to the Uber team.  And it's dated August 17, | | |
| | 211:17      2014. | | |
| | 211:18      Do you see that there? | | |
| | 211:19  A.  Yeah. | | |
| | 211:20  Q.  So there is -- it looks like you did TK | | |
| | 211:21      Q&As, and there was a question that was submitted | | |
| | 211:22      here. | | |
| | 211:23      It's in the center of the page.  It says, | | |
| | 211:24      "Do we have any plan on the rider side to | | |
| | 211:25      improve safety?  For example, add a button to | | |
| | 212:01      call for help or inform us of an accident." | | |
| | 212:02      Do you see that there? | | |
| | 212:03  A.  Yeah. | | |
| | 212:04  Q.  And so you, essentially, say that you | | |
| | 212:05      don't believe that feature has much to do with | | |
| | 212:06      safety; correct? | | |
| 212:08 - 212:09 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:04 | **KT_v9p.66** |

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 212:08   THE WITNESS:  Oh, okay.  Yeah, I do see | | KT_v9p.66 |
| | 212:09   that.  Yeah, yeah. | | |
| 213:03 - 215:02 | **Kalanick, Travis 2025-07-03** | 00:01:40 | KT_v9p.67 |
| | 213:03   "Safety should be first focused on | | |
| | 213:04   preventing incidences versus responding to | | |
| | 213:05   them.  And responding to incidents is | | |
| | 213:06   typically not about safety.  It's about | | |
| | 213:07   service."  Right? | | |
| | 213:08  A.  Yeah. | | |
| | 213:09  Q.  And you say: | | |
| | 213:10   "For example, the feature request | | |
| | 213:11   mentioned in this question doesn't really | | |
| | 213:12   improve safety.  Responding to an accident | | |
| | 213:13   doesn't make the ride safer but does make the | | |
| | 213:14   rider feel more comfortable once an accident | | |
| | 213:15   has happened.  And if someone really needed | | |
| | 213:16   help immediately following an accident, | | |
| | 213:17   wouldn't they be better off calling 911." | | |
| | 213:18   Right? | | |
| | 213:19   That's what you wrote there? | | |
| | 213:20  A.  Yeah. | | |
| | 213:21  Q.  And that last paragraph goes on to say: | | |
| | 213:22   "But once you get in the actual incident | | |
| | 213:23   prevention game, safety is not about | | |
| | 213:24   rider-side or driver-side features.  It's | | |
| | 213:25   about what are the root causes of certain | | |
| | 214:01   accidents or incidents and creating a system | | |
| | 214:02   that incentivizes safe behavior and | | |
| | 214:03   outcomes."  Right? | | |
| | 214:04  A.  Yep. | | |
| | 214:05  Q.  [As read]: | | |
| | 214:06   "Are there behaviors we can monitor and | | |
| | 214:07   score that are highly correlated to traffic | | |
| | 214:08   accidents or the lack thereof?  Are there | | |
| | 214:09   certain drivers that drive more safely than | | |
| | 214:10   others?  Can safe drivers get better | | |
| | 214:11   commissions?  Can we early identify unsafe | | |
| | 214:12   driving behavior and deactivate unsafe | | |
| | 214:13   drivers?  Are there certain parts of trips | | |
| | 214:14   that are more unsafe than others." | | |

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 214:15    Did I read that correctly? | | |
| | 214:16  A.  Yes.  Yeah. | | |
| | 214:17  Q.  [As read]: | | |
| | 214:18    "And are there ways for new technology to | | |
| | 214:19    mitigate risk during those periods of time." | | |
| | 214:20    Correct? | | |
| | 214:21  A.  Yeah. | | |
| | 214:22  Q.  You can set that aside. | | |
| | 214:23  A.  Some good ideas in there. | | |
| | 214:24  Q.  And that was 2014, right, Mr. Kalanick? | | |
| | 214:25  A.  I don't know.  Let me check. | | |
| | 215:01  Q.  Yeah. | | |
| | 215:02  A.  Yeah. | | |
| 215:03 - 215:04 | **Kalanick, Travis 2025-07-03** | 00:00:11 | **KT_v9p.68** |
| | 215:03    MS. LUHANA:  Okay.  Let's mark, as 1352, | | |
| | 215:04    TK-96. | | |
| 215:09 - 215:10 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:07 | **KT_v9p.69** |
| | 215:09  Q.  And you'll see, Mr. Kalanick, these notes | | |
| | 215:10    are dated December 23, 2016 (edited) | | |
| 217:15 - 217:17 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:05 | **KT_v9p.70** |
| | 217:15  Q.  It showed you're a custodian, and Joe | | |
| | 217:16    Sullivan is a custodian on this. | | |
| | 217:17  A.  Okay.  So maybe he wrote this. | | |
| 218:22 - 219:23 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:58 | **KT_v9p.71** |
| | 218:22  Q.  Yeah.  So the sentiment from Travis, it | | |
| | 218:23    says -- it says, "Poor measurement, analytics, and | | |
| | 218:24    metrics of safety issues."  Right? | | |
| | 218:25  A.  Yeah. | | |
| | 219:01  Q.  It says, "Increasing serious safety | | |
| | 219:02    incidences as a percentage of trips."  Correct? | | |
| | 219:03  A.  Yes. | | |
| | 219:04  Q.  It says, "Poor to terrible L3/L4 IRT | | |
| | 219:05    support going into December."  Right? | | |
| | 219:06  A.  That's what it says. | | |
| | 219:07  Q.  "Poor processes around regulatory and | | |
| | 219:08    safety compliance."  Correct? | | |
| | 219:09  A.  Yes. | | |
| | 219:10  Q.  "Poorly architected deactivation | | |
| | 219:11    policies."  Correct? | | |

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

219:12  A.  Yes.
219:13  Q.  "Poorly implemented deactivation
219:14      policies."  Correct?
219:15  A.  Yeah.  Yeah.
219:16  Q.  "Little to no alignment between safety
219:17      product efforts and actual safety incidents."
219:18      Right?
219:19  A.  That's what it says, yeah.
219:20  Q.  "Little to no alignment between safety
219:21      product efforts and legal and insurance outcomes."
219:22      Correct?
219:23  A.  Yep.

| 219:24 - 220:11 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:40 | **KT_v9p.72** |
|---|---|---|---|

219:24  Q.  Let's turn to the next page.
219:25      And it says, [as read]:
220:01      "Progress:  2016 was full of turmoil, but
220:02      we still accomplished quite a bit.  In H1
220:03      2016, we had committed to reducing dangerous
220:04      driving incident rate by at least 20 percent
220:05      and interpersonal conflict incident rate by
220:06      at least 10 percent globally.  As of 2016 --
220:07      as of July 2016, we had reduced the dangerous
220:08      driving rate by 7 percent and interpersonal
220:09      conflict rate by 2 percent."
220:10      Correct.
220:11  A.  That's what it says.

| 220:12 - 220:17 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:19 | **KT_v9p.73** |
|---|---|---|---|

220:12  Q.  And IPC includes sexual assault?
220:13  A.  I don't know.
220:14  Q.  And as of July 2016, it was only reduced,
220:15      as it says, by 2 percent; right?
220:16  A.  It says dangerous interpersonal conflict
220:17      rate by 2 percent.  That's what it says, yeah.

| 223:06 - 223:07 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:08 | **KT_v9p.74** |
|---|---|---|---|

223:06      MS. LUHANA:  Okay.  Let's turn to --
223:07      let's mark as 1353, TK-97.

| 223:19 - 224:03 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:20 | **KT_v9p.75** |
|---|---|---|---|

223:19      (VIDEO PLAYED AS FOLLOWS.)
223:20      "THE WITNESS:  Failure is when -- is

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 223:21    maybe when -- at least I feel like I failed | | |
| | 223:22    when I didn't put everything I had into a | | |
| | 223:23    problem. | | |
| | 223:24    "So really it goes back to the analogy I | | |
| | 223:25    made at the beginning -- is if you don't put | | |
| | 224:01    it all out there, if you don't put everything | | |
| | 224:02    you've got into solving the problem, then | | |
| | 224:03    that's failure." | | |
| 224:06 - 224:09 | **Kalanick, Travis 2025-07-03** | 00:00:09 | **KT_v9p.76** |
| | 224:06  Q.  Mr. Kalanick, sitting here today, do | | |
| | 224:07    you -- was there anything more you could have done | | |
| | 224:08    to reduce the risk of sexual assault while you | | |
| | 224:09    were CEO of Uber? | | |
| 224:11 - 224:12 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:04 | **KT_v9p.77** |
| | 224:11    THE WITNESS:  I'm not sure.  I don't | | |
| | 224:12    know. | | |
| 224:14 - 224:19 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:21 | **KT_v9p.78** |
| | 224:14  Q.  Did you put everything into it to solve | | |
| | 224:15    the safety problem at Uber? | | |
| | 224:16  A.  I mean, I was -- I was working super long | | |
| | 224:17    hours.  Like, at some point, sleep is more | | |
| | 224:18    important than more hours. | | |
| | 224:19    Yeah, I -- I can't say for sure. | | |
| 225:07 - 225:15 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:21 | **KT_v9p.79** |
| | 225:07  Q.  Is there anything more you wish you would | | |
| | 225:08    have done while you were CEO of Uber to address | | |
| | 225:09    the safety issue? | | |
| | 225:10  A.  Yeah, nothing's coming to mind right now. | | |
| | 225:11    But there's always -- there's always -- | | |
| | 225:12    you know, you can look at the past and try to find | | |
| | 225:13    something you could have done. | | |
| | 225:14    I -- just nothing is coming to mind right | | |
| | 225:15    now. | | |
| 226:03 - 226:04 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:04 | **KT_v9p.80** |
| | 226:03  Q.  Good afternoon, Mr. Kalanick.  John Eddie | | |
| | 226:04    Williams. I introduced myself earlier. (edited) | | |
| 226:08 - 226:18 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:31 | **KT_v9p.81** |
| | 226:08  Q.  during the six and a half years -- is (edited) | | |
| | 226:09    that approximately how long you were CEO of Uber? | | |

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

226:10  A.  Yeah, something like that.  That's --
226:11      something like that.
226:12  Q.  How many women during that six and a half
226:13      years were subject to sexual misconduct,
226:14      harassment, assault, violence by an Uber driver on
226:15      the platform?
226:16  A.  I don't know.
226:17  Q.  What's your best estimate?
226:18  A.  I really don't have one.

| 227:04 - 227:05 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:04 | **KT_v9p.82** |
|---|---|---|---|

227:04  Q.  Did you count?
227:05  A.  I certainly did not.

| 227:20 - 228:04 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:31 | **KT_v9p.83** |
|---|---|---|---|

227:20  Q.  Can you tell us under oath with certainty
227:21      that somebody counted them during the six and a
227:22      half years you were CEO; yes or no?
227:23  A.  Look, we are -- we are talking about
227:24      15 years ago, my friend.  It was a long time ago.
227:25      So I can't remember every detail from 15 years
228:01      ago.
228:02      But what I can say is that we were always
228:03      focused on making Uber the safest way to get
228:04      around.

| 237:03 - 237:22 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:48 | **KT_v9p.84** |
|---|---|---|---|

237:03  Q.  Did Uber ever have a women-preferred
237:04      option in the United States during your six and a
237:05      half years?
237:06  A.  Certainly, at some point, we were
237:07      thinking about it.  I'm not sure if it launched or
237:08      not.
237:09      It may have launched in small tests, but
237:10      I don't know if it ever went beyond that.  I can't
237:11      remember.  We were certainly talking about it.
237:12  Q.  Yeah, talk.  But I'm asking if you
237:13      actually gave the women an option in the United
237:14      States to have a woman-preferred driver.
237:15      Yes or no:  Did you or did you not?
237:16  A.  I can't say for sure.  I can't say for
237:17      sure.
237:18  Q.  You did it in other countries, didn't

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

237:19    you, during your six and a half years?
237:20  A.  Again, I feel like we've -- that this
237:21    feature existed somewhere, but I can't say for
237:22    sure.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 240:09 - 240:13 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:19 | **KT_v9p.85** |

240:09  Q.  Are there high-risk factors in Uber
240:10    rides, such as certain things that -- certain
240:11    events that make -- increase the risk that there
240:12    will be an act of sexual misconduct, harassment,
240:13    assault, or violence?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 240:15 - 240:24 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:20 | **KT_v9p.86** |

240:15    THE WITNESS:  Like what specifically?
240:16    BY MR. WILLIAMS:
240:17  Q.  Well, like a ride being a woman, a solo
240:18    passenger, a male driver, like, being near a
240:19    bar --
240:20  A.  Yeah.
240:21  Q.  -- the woman being intoxicated.  It would
240:22    be late at night, things like that.
240:23    Are those -- those are -- would you agree
240:24    those are high-risk factors?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 241:01 - 241:06 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:15 | **KT_v9p.87** |

241:01    THE WITNESS:  Yeah.  Like, I don't have
241:02    the statistics.
241:03    But generally, I would say, if a
241:04    passenger has been drinking or it's late at
241:05    night, that's going to be a time when more
241:06    bad things happen.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 241:08 - 241:11 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:10 | **KT_v9p.88** |

241:08  Q.  And when did you find -- first find out
241:09    that there were factors, high-risk factors like
241:10    that where more bad things would happen on your
241:11    platform?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 241:13 - 241:15 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:05 | **KT_v9p.89** |

241:13    THE WITNESS:  I mean, this is something
241:14    in the transportation world you just know
241:15    immediately.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 241:18 - 241:22 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:09 | **KT_v9p.90** |

241:18    And so you knew it the whole six and a

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 241:19   half years you were CEO? | | |
| | 241:20  A.  You know, or something.  I don't know, | | |
| | 241:21   "whole six and a half," but the larger portion of | | |
| | 241:22   that. | | |
| 246:20 - 247:04 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:17 | **KT_v9p.91** |
| | 246:20  Q.  You recall a video that was made of you | | |
| | 246:21   in an Uber; correct? | | |
| | 246:22  A.  Oh, yeah, yeah.  Yes, I do. | | |
| | 246:23  Q.  Okay. | | |
| | 246:24  A.  Yeah. | | |
| | 246:25  Q.  I'm -- let's look at a few minutes of | | |
| | 247:01   it -- | | |
| | 247:02  A.  Let's go. | | |
| | 247:03  Q.  -- and then I want to talk -- ask you | | |
| | 247:04   some questions about it.  Okay? | | |
| 247:07 - 247:07 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:02 | **KT_v9p.92** |
| | 247:07   MR. MELUGIN:  It will be Exhibit 4800. | | |
| 247:14 - 247:16 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:07 | **KT_v9p.93** |
| | 247:14   MR. MELUGIN:  And we'll make the entire | | |
| | 247:15   video 4801, just for -- this is just an | | |
| | 247:16   excerpt from the same video. | | |
| 247:17 - 247:23 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:03:15 | **KT_v9p.94** |
| | 247:17   (Exhibit 4801 was received and marked | | |
| | 247:18   for identification on received and marked | | |
| | 247:19   attached hereto.) | | |
| | 247:20   (Video marked as Exhibit 4800 was | | |
| | 247:21   played.) | | |
| | 247:22   THE WITNESS:  That's the first time I've | | |
| | 247:23   seen that video. | | |
| 248:03 - 248:08 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:15 | **KT_v9p.95** |
| | 248:03  Q.  Oh, so that was you in the video; right? | | |
| | 248:04  A.  Yeah.  Yeah. | | |
| | 248:05  Q.  And that was February 5, 2017; right? | | |
| | 248:06  A.  I don't know the exact date.  But it | | |
| | 248:07   sounds -- sounds right.  Sounds in that neck of | | |
| | 248:08   the woods. | | |
| 250:13 - 250:14 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:05 | **KT_v9p.96** |
| | 250:13  Q.  Did you use one of those nondisclosure | | |
| | 250:14   agreements and make a deal with this driver? | | |

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 250:16 - 250:19 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:06 | **KT_v9p.97** |

250:16    THE WITNESS: Yes, I believe that's the
250:17    case.
250:18    BY MR. WILLIAMS:
250:19  Q. And you paid him $200,000?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 250:21 - 250:22 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:02 | **KT_v9p.98** |

250:21    THE WITNESS: I don't remember the exact
250:22    amount.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 250:24 - 251:03 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:08 | **KT_v9p.99** |

250:24  Q. Is that -- is that the ballpark?
250:25  A. I can't say. I don't remember. But
251:01    there was something. I don't remember the amount.
251:02  Q. You personally paid it?
251:03  A. I believe so, yeah.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 251:04 - 251:09 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:10 | **KT_v9p.100** |

251:04  Q. For him to keep this -- to cover this
251:05    incident up?
251:06  A. No. It was already out there.
251:07  Q. Well, then why did you have him sign a
251:08    nondisclosure agreement?
251:09  A. Yeah.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 251:11 - 251:12 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:09 | **KT_v9p.101** |

251:11    THE WITNESS: I don't know. Honestly, I
251:12    don't know. Poor judgment.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 251:22 - 252:06 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:25 | **KT_v9p.102** |

251:22  Q. And you never mandated there be cameras
251:23    in the cars during your six and a half years;
251:24    correct?
251:25  A. There may have been certain jurisdictions
252:01    where they were, but it was certainly never a
252:02    national policy.
252:03  Q. And when you use a camera, it can
252:04    document these events that occur, and document so
252:05    that there's no he said/she said. It's right
252:06    there on the video; right?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 252:08 - 252:15 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:15 | **KT_v9p.103** |

252:08    THE WITNESS: I think it can help in that
252:09    regard.

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 252:10   BY MR. WILLIAMS: | | |
| | 252:11  Q.  It can help in the investigation? | | |
| | 252:12  A.  Of course.  Yeah. | | |
| | 252:13  Q.  And it could help an investigation where | | |
| | 252:14      there's been sexual misconduct, sexual harassment, | | |
| | 252:15      sexual assault, or sexual violence? | | |

| 252:17 - 252:18 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:05 | **KT_v9p.104** |
| | 252:17      THE WITNESS:  I think probably in a large | | |
| | 252:18      percent of them, right. | | |

| 252:20 - 252:21 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:03 | **KT_v9p.105** |
| | 252:20  Q.  And it would be deter- -- and cameras | | |
| | 252:21      would be a deterrent -- | | |

| 252:23 - 252:24 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:02 | **KT_v9p.106** |
| | 252:23      BY MR. WILLIAMS: | | |
| | 252:24  Q.  -- to all of those four things; right? | | |

| 253:01 - 253:03 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:03 | **KT_v9p.107** |
| | 253:01      BY MR. WILLIAMS: | | |
| | 253:02  Q.  In your opinion? | | |
| | 253:03  A.  I think that's fair. | | |

| 305:19 - 305:20 | **Kalanick, Travis 2025-07-03** | 00:00:06 | **KT_v9p.108** |
| | 305:19      Eric Alexander.  (edited) | | |
| | 305:20      He was one of your top people; right? | | |

| 305:21 - 306:18 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:01:02 | **KT_v9p.109** |
| | 305:21  A.  I wouldn't put him as one of my top | | |
| | 305:22      people. | | |
| | 305:23  Q.  Okay.  Were you -- what did he do for | | |
| | 305:24      you? | | |
| | 305:25  A.  He worked for somebody who worked for me. | | |
| | 306:01  Q.  Okay. | | |
| | 306:02  A.  He was a business development guy in | | |
| | 306:03      Asia. | | |
| | 306:04  Q.  In Asia? | | |
| | 306:05  A.  Yeah. | | |
| | 306:06  Q.  And you had -- Uber had expanded to | | |
| | 306:07      India; right? | | |
| | 306:08  A.  Yes. | | |
| | 306:09  Q.  And you got kicked out of Delhi.  Why did | | |
| | 306:10      you -- Uber get kicked out of Delhi? | | |
| | 306:11  A.  There was -- there was an incident in | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 306:12 | 2014, like a -- some sort of, like, assault. Some | | |
| | 306:13 | incident involving a female passenger that became | | |
| | 306:14 | a pretty -- a pretty serious situation, and -- and | | |
| | 306:15 | I -- there was some period of time where we were | | |
| | 306:16 | not operating in Delhi. | | |
| | 306:17 Q. | An Uber driver raped an Uber passenger in | | |
| | 306:18 | India; correct? | | |
| 306:21 - 306:24 | **Kalanick, Travis 2025-07-03 - PIP MP4** | | 00:00:08 | **KT_v9p.110** |
| | 306:21 | THE WITNESS: I don't know the details, | | |
| | 306:22 | but it's something -- it was a very serious | | |
| | 306:23 | assault. And I don't know -- I don't know | | |
| | 306:24 | the details exactly. | | |
| 307:12 - 307:13 | **Kalanick, Travis 2025-07-03** | | 00:00:10 | **KT_v9p.111** |
| | 307:12 Q. | Did Mr. Alexander somehow steal this | | |
| | 307:13 | victim's medical records? | | |
| 307:15 - 308:11 | **Kalanick, Travis 2025-07-03** | | 00:00:55 | **KT_v9p.112** |
| | 307:15 | THE WITNESS: I believe he had possession | | |
| | 307:16 | of medical records. | | |
| | 307:17 | BY MR. WILLIAMS: | | |
| | 307:18 Q. | Could you explain how he came into | | |
| | 307:19 | possession of the rape victim's medical records? | | |
| | 307:20 A. | I am not sure. | | |
| | 307:21 Q. | Did you find out that he had the rape | | |
| | 307:22 | victim's medical records? | | |
| | 307:23 A. | Yes. | | |
| | 307:24 Q. | Did you fire him when you found out he | | |
| | 307:25 | had them? | | |
| | 308:01 A. | No. We had them taken back. | | |
| | 308:02 Q. | Did you ask him how he got them? | | |
| | 308:03 A. | Like, my -- my recollection is that there | | |
| | 308:04 | was a private investigator, or something along | | |
| | 308:05 | these lines, who had access to it. | | |
| | 308:06 Q. | A private investigator hired by who? | | |
| | 308:07 A. | I'm not sure. It was something like | | |
| | 308:08 | that. It was a long time ago, but it was | | |
| | 308:09 | something like that. | | |
| | 308:10 Q. | You don't know who hired the private | | |
| | 308:11 | investigator? | | |
| 308:13 - 308:18 | **Kalanick, Travis 2025-07-03** | | 00:00:14 | **KT_v9p.113** |

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 308:13    THE WITNESS: It was 11 years ago. | | **KT_v9p.113** |
| | 308:14    BY MR. WILLIAMS: | | |
| | 308:15  Q.  Who would have motive to hire a private | | |
| | 308:16      investigator to go and get a victim's medical | | |
| | 308:17      records? Who would have that motive other than | | |
| | 308:18      Uber? | | |
| 308:20 - 308:25 | **Kalanick, Travis 2025-07-03** | 00:00:24 | **KT_v9p.114** |
| | 308:20    THE WITNESS: I understand what you're | | |
| | 308:21      saying. I just don't recall specifics. | | |
| | 308:22      But I do know that he had possession of | | |
| | 308:23      them, and we did -- we acted as fiercely as | | |
| | 308:24      we could to get them from him, and to make | | |
| | 308:25      sure that he no longer was carrying them. | | |
| 309:02 - 309:05 | **Kalanick, Travis 2025-07-03** | 00:00:10 | **KT_v9p.115** |
| | 309:02  Q.  It was the wrong thing to do for him to | | |
| | 309:03      have her private medical records; you agree? | | |
| | 309:04  A.  I think -- I think that's accurate. | | |
| | 309:05  Q.  It's despicable, wouldn't you say? | | |
| 309:07 - 309:08 | **Kalanick, Travis 2025-07-03** | 00:00:05 | **KT_v9p.116** |
| | 309:07    THE WITNESS: I think it was most | | |
| | 309:08      definitely that. Not good. | | |
| 309:22 - 309:22 | **Kalanick, Travis 2025-07-03** | 00:00:06 | **KT_v9p.117** |
| | 309:22  Q.  Do you believe that that was ethical -- | | |
| 310:02 - 310:03 | **Kalanick, Travis 2025-07-03** | 00:00:06 | **KT_v9p.118** |
| | 310:02  Q.  -- ethical to have an investigator steal | | |
| | 310:03      her private medical records? | | |
| 310:05 - 310:08 | **Kalanick, Travis 2025-07-03** | 00:00:06 | **KT_v9p.119** |
| | 310:05    THE WITNESS: Oh, definitely not. If | | |
| | 310:06      that's what happened, definitely not. I | | |
| | 310:07      don't know what the laws are in India but | | |
| | 310:08      most definitely not. | | |
| 311:16 - 311:19 | **Kalanick, Travis 2025-07-03** | 00:00:16 | **KT_v9p.120** |
| | 311:16  Q.  Did your own comms person send you the | | |
| | 311:17      information outlining all of these details of -- | | |
| | 311:18      of what happened? | | |
| | 311:19  A.  I'm not sure. | | |
| 311:21 - 311:21 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:02 | **KT_v9p.121** |
| | 311:21    MR. MELUGIN: This will be 4808. | | |

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 312:02 - 312:08 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:23 | **KT_v9p.122** |

312:02  Q.  And if we go to the top, Jill Hazelbaker,
312:03       she was -- she is now -- she worked for you as --
312:04       in comms; right?
312:05  A.  Yes.
312:06  Q.  And on June 7, 2017, she emailed you this
312:07       article that's attached from Bloomberg; right?
312:08  A.  This looks like an email, yes.

| | | | |
|---|---|---|---|
| 312:14 - 312:20 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:12 | **KT_v9p.123** |

312:14  Q.  Well, if you look at the third paragraph,
312:15       it says:
312:16       "Kalanick and Michael discussed this case
312:17       periodically at the time."
312:18       Is that true or false?
312:19  A.  I don't know.  I can read this.  I'll
312:20       read it.

| | | | |
|---|---|---|---|
| 322:21 - 323:01 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:24 | **KT_v9p.124** |

322:21  Q.  Would you agree, Mr. Kalanick, from your
322:22       perspective, that there are some situations where
322:23       Uber drivers who have been subject to -- excuse
322:24       me -- Uber passengers, riders, who have been
322:25       victims of sexual misconduct, harassment, assault,
323:01       or violence, should be compensated by Uber?

| | | | |
|---|---|---|---|
| 323:03 - 323:05 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:07 | **KT_v9p.125** |

323:03       THE WITNESS:  I think there's -- there's
323:04       most definitely a set of circumstances that
323:05       would warrant that.

| | | | |
|---|---|---|---|
| 323:15 - 323:17 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:07 | **KT_v9p.126** |

323:15       But you admit, there are some
323:16       circumstances that you could visualize where Uber
323:17       should compensate some of these victims; right?

| | | | |
|---|---|---|---|
| 323:20 - 323:20 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:02 | **KT_v9p.127** |

323:20       THE WITNESS:  Yeah.

| | | | |
|---|---|---|---|
| 325:07 - 325:08 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:05 | **KT_v9p.128** |

325:07  Q.  And I want to go to the subject of your
325:08       business model.

| | | | |
|---|---|---|---|
| 325:16 - 325:21 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:16 | **KT_v9p.129** |

325:16       And in your venture, six and a half

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

325:17   years, I compliment you, you had what I would call
325:18   explosive growth.  I mean, pretty fantastic
325:19   growth.
325:20   Would you agree?
325:21   A.   Yeah, it was -- it was unusual.  Yeah.

| 326:05 - 326:10 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:16 | **KT_v9p.130** |

326:05   You went from zero dollars to, I don't
326:06   know how many billions in revenue.  Do you recall
326:07   how many billions in revenue you had when you
326:08   left?
326:09   A.   No.  But, I mean, there's filings and
326:10   things that we could probably look up.

| 327:03 - 327:11 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:30 | **KT_v9p.131** |

327:03   Q.   Well, you admit that that kind of (edited)
327:04   growth, sometimes things get overlooked?
327:05   A.   Yes.
327:06   Q.   And would -- and, you know, part of that
327:07   growth is, you've got to have more and more
327:08   drivers; and the more drivers you have, the more
327:09   rides you can give, and the more money you can
327:10   generate.
327:11   Right?

| 327:13 - 328:05 | **Kalanick, Travis 2025-07-03 - PIP MP4** | 00:00:40 | **KT_v9p.132** |

327:13   THE WITNESS: Yeah, I mean, if you have a
327:14   lot of riders, but you don't have enough
327:15   drivers, then you will only be giving a small
327:16   number of expensive rides.
327:17   BY MR. WILLIAMS:
327:18   Q.   And so drivers are essential to creating
327:19   growth and to create more dollars?
327:20   A.   If you only have riders, you don't have
327:21   Uber.
327:22   Q.   But is my statement accurate; that
327:23   drivers are essential to growth and increase in
327:24   revenue?
327:25   A.   Yeah, if you want to do more rides, you
328:01   need more drivers.
328:02   Q.   Common sense?
328:03   A.   Yeah.
328:04   Q.   Yeah.  We're on the same page.  Thank

PLF Affirmative    PLF Counter    DEF Counter

**KT_v9p - KALANICK, TRAVIS - v9p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 328:05        you. | | |

| | |
|---|---|
| PLF Affirmative | 00:37:58 |
| PLF Counter | 00:00:19 |
| DEF Counter | 00:04:50 |
| **TOTAL RUN TIME** | **00:43:06** |