# COURT EXHIBIT 2B

## Travis Kalanick Deposition Exhibit Chart

| Trial Exhibit Number | Deposition Exhibit Number | Deposition Exhibit Description |
|---|---|---|
| P-01843 | MDL 1332 | New York Times - May 9, 2019 Uber I.P.O. Values Ride-Hailing Giant at $82.4 Billion |
| P-01848 | MDL 1337 | UBER_JCCP_MDL_002987021 |
| P-01850 | MDL 1339 | UBER_JCCP_MDL_001866649 through 001866651 |
| P-01861 | MDL 1350 | Gizmodo - September 5, 2019 Exclusive: The Letter Travis Kalanick Never Sent |
| P-01862 | MDL 1351 | UBER-MDL3084-000045388 through 000045389 |
| P-01863 | MDL 1352 | UBER_JCCP_MDL_001741846 215 through 001741857 |
| P-01864 | MDL 1353 | Video |
| P-01865 | JCCP 4800 | Video Excerpt of Exhibit 4801 |
| P-01866 | JCCP 4801 | Full Video w/Exhibit 4800 |
| P-01873 | JCCP 4808 | UBER_JCCP_MDL_005260897 |