# COURT EXHIBIT 3A

Designation Run Report for Jill Hazelbaker
as played in Court 01/14/2026 (06-17-2025)

# HAZELBAKER, JILL - v07p_As-Played in Court 01/14/2026

Designation List Report

 **Hazelbaker, Jill**          **2025-06-17**
**Hazelbaker, Jill**          **2025-06-17**

| | |
|---|---|
| PLF Affirmative | 00:22:48 |
| DEF Counter | 00:15:54 |
| **TOTAL RUN TIME** | **00:38:43** |

**HJ_v7p - HAZELBAKER, JILL - v07p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 17:22 - 17:25 | **Hazelbaker, Jill 2025-06-17** | 00:00:04 | **HJ_v7p.1** |

17:22   Q.   Good morning.  Can you please --
17:23   A.   Good morning.
17:24   Q.   -- introduce yourself to the jury.
17:25   A.   I'm Jill Hazelbaker.

| | | | |
|---|---|---|---|
| 18:20 - 18:25 | **Hazelbaker, Jill 2025-06-17** | 00:00:09 | **HJ_v7p.2** |

18:20        are you employed as the  (edited)
18:21        chief marketing officer for Uber?
18:22   A.   Yes.
18:23   Q.   And are you also employed as the senior
18:24        vice president for communications and public policy?
18:25   A.   Correct.

| | | | |
|---|---|---|---|
| 19:06 - 19:10 | **Hazelbaker, Jill 2025-06-17** | 00:00:10 | **HJ_v7p.3** |

19:06   Q.   Did you join Uber in November of 2015?
19:07   A.   Yes.
19:08   Q.   And you've worked for Uber consistently
19:09        from November 2015 to the present day.  Right?
19:10   A.   Yes.

| | | | |
|---|---|---|---|
| 19:20 - 20:06 | **Hazelbaker, Jill 2025-06-17** | 00:00:19 | **HJ_v7p.4** |

19:20        Before joining Uber, you worked for a few
19:21        different technology companies.  Right?
19:22   A.   Yes.
19:23   Q.   And you worked for Snapchat -- yes?
19:24   A.   Yes.
19:25   Q.   And you also worked for Google as well.
20:01        Correct?
20:02   A.   Yes.
20:03   Q.   And even prior to joining the tech
20:04        companies, you were in charge of communications for
20:05        a few different politicians.  Is that right?
20:06   A.   Yes.

| | | | |
|---|---|---|---|
| 20:24 - 21:18 | **Hazelbaker, Jill 2025-06-17** | 00:00:52 | **HJ_v7p.5** |

20:24   Q.   I'd like to get a sense of the size and
20:25        scope of the teams that you lead.
21:01   A.   Sure.
21:02   Q.   Could we talk a little bit first about the
21:03        size of the marketing team that you lead.
21:04   A.   Sure.  It's about 300 marketing
21:05        professionals across performance and brand

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 21:06     marketing. | | |
| | 21:07   Q.   What about the size of the communications | | |
| | 21:08     team? | | |
| | 21:09   A.   I don't have the exact numbers off the top | | |
| | 21:10     of my head, but I'd say it was, you know, somewhere | | |
| | 21:11     in the realm of 200 each. | | |
| | 21:12     Maybe a little bit more for marketing. | | |
| | 21:13     Maybe it's around 350-ish. | | |
| | 21:14     There's 900 in total.  But we've got some | | |
| | 21:15     economics teams as well that report up to me. | | |
| | 21:16   Q.   So is it fair to say that you are the team | | |
| | 21:17     lead of approximately 900 people at Uber? | | |
| | 21:18   A.   Correct. | | |
| 22:04 - 22:10 | **Hazelbaker, Jill 2025-06-17** | 00:00:15 | **HJ_v7p.6** |
| | 22:04   Q.   Are you one of the senior advisors to the | | |
| | 22:05     CEO of Uber? | | |
| | 22:06   A.   I'm a senior executive at the company on | | |
| | 22:07     the management team. | | |
| | 22:08   Q.   And so, in that respect, are you one of | | |
| | 22:09     the senior people that advises directly to the CEO? | | |
| | 22:10   A.   Yes. | | |
| 22:22 - 22:25 | **Hazelbaker, Jill 2025-06-17** | 00:00:09 | **HJ_v7p.7** |
| | 22:22   Q.   And it's true that you have direct access | | |
| | 22:23     to the CEO whenever you see fit to contact him.  Is | | |
| | 22:24     that right? | | |
| | 22:25   A.   I report directly to him, yes. | | |
| 23:01 - 23:04 | **Hazelbaker, Jill 2025-06-17** | 00:00:08 | **HJ_v7p.8** |
| | 23:01   Q.   And I think you alluded to, but you're a | | |
| | 23:02     member of the -- what's called the "Executive | | |
| | 23:03     Leadership Team" at Uber.  Is that right? | | |
| | 23:04   A.   Yes. | | |
| 31:02 - 31:05 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:09 | **HJ_v7p.9** |
| | 31:02     What was your understanding of what your role (edited) | | |
| | 31:03     would be when you arrived at Uber? | | |
| | 31:04   A.   I was running public policy and | | |
| | 31:05     communications for the Americas. | | |
| 31:21 - 31:23 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:07 | **HJ_v7p.10** |
| | 31:21   Q.   And this exhibit identifies particular | | |
| | 31:22     functions or roles that you would serve.  Correct? | | |

**HJ_v7p - HAZELBAKER, JILL - v07p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

31:23    A.  Yes.

| | | | |
|---|---|---|---|
| 32:18 - 32:21 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:07 | **HJ_v7p.11** |

32:18    you (edited)
32:19    were assigned to develop, for example, the strategic
32:20    communication plans for key executives.  Is that
32:21    right?

| | | | |
|---|---|---|---|
| 32:22 - 32:22 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:01 | **HJ_v7p.12** |

32:22    A.  Yes.

| | | | |
|---|---|---|---|
| 33:11 - 33:23 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:21 | **HJ_v7p.13** |

33:11    Q.  And next on the list, we see you (edited)
33:12    were assigned the task of developing and pushing
33:13    high-level narratives as feature of cover stories.
33:14    A.  Yes.
33:15    Q.  And then the next sentence:
33:16    We need a well thought
33:17    through series of stories to
33:18    address cultural concerns about
33:19    the company, in particular
33:20    about women.
33:21    Do you see where I'm referring in the
33:22    document?
33:23    A.  I -- yes.

| | | | |
|---|---|---|---|
| 38:11 - 38:13 | **Hazelbaker, Jill 2025-06-17** | 00:00:06 | **HJ_v7p.14** |

38:11    Q.  And as to the marketing team's budget, are
38:12    you the person responsible for setting that budget?
38:13    A.  Yes.

| | | | |
|---|---|---|---|
| 39:01 - 39:06 | **Hazelbaker, Jill 2025-06-17** | 00:00:16 | **HJ_v7p.15** |

39:01    What is Uber's annual marketing budget, for example,
39:02    2025?
39:03    A.  Close to 2 billion.
39:04    Q.  And has that number held relatively
39:05    constant for the last five years?
39:06    A.  It's been flat to down-ish.

| | | | |
|---|---|---|---|
| 41:04 - 41:10 | **Hazelbaker, Jill 2025-06-17** | 00:00:17 | **HJ_v7p.16** |

41:04    Q.  One of your primary goals in leading the
41:05    policy communications and marketing teams is to
41:06    ensure that you speak to customers, earners,
41:07    policymakers, and the press with one voice.  Is that
41:08    right?

**HJ_v7p - HAZELBAKER, JILL - v07p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 41:09   A.   Yes.  We try to speak as consistently as | | |
| | 41:10         possible. | | |
| 41:14 - 41:21 | **Hazelbaker, Jill 2025-06-17** | 00:00:17 | **HJ_v7p.17** |
| | 41:14         One of the topics of which you speak as | | |
| | 41:15         consistently as possible is on the topic of Uber's | | |
| | 41:16         reputation.  Is that right? | | |
| | 41:17   A.   Yes. | | |
| | 41:18   Q.   And it's important to maintain Uber's | | |
| | 41:19         reputation.  Is that right? | | |
| | 41:20   A.   Yes.  A positive reputation is important | | |
| | 41:21         to our overall business. | | |
| 41:22 - 42:03 | **Hazelbaker, Jill 2025-06-17** | 00:00:19 | **HJ_v7p.18** |
| | 41:22   Q.   And a positive reputation is important to | | |
| | 41:23         your overall growth.  Is that right? | | |
| | 41:24   A.   Sure.  I would posit that you can't have a | | |
| | 41:25         positive reputation unless you have positive | | |
| | 42:01         substance. | | |
| | 42:02         And so, we need to make sure that what we | | |
| | 42:03         are delivering to our customers is strong. | | |
| 43:18 - 43:21 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:11 | **HJ_v7p.19** |
| | 43:18   Q.   All right.  And do you recognize | | |
| | 43:19         Exhibit 1171 as your 2018 H2 Plan that was sent to | | |
| | 43:20         your team members? | | |
| | 43:21   A.   I do. | | |
| 50:04 - 50:08 | **Hazelbaker, Jill 2025-06-17** | 00:00:10 | **HJ_v7p.20** |
| | 50:04   Q.   If we turn -- direct our attention to the | | |
| | 50:05         second page of the document, there's a heading | | |
| | 50:06         "Recommendations to Improve the Media Environment." | | |
| | 50:07         Do you see that? | | |
| | 50:08   A.   I do. | | |
| 51:11 - 51:19 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:22 | **HJ_v7p.21** |
| | 51:11   Q.   And at that time, Uber's (edited) | | |
| | 51:12         reputation was at an all-time low in 2017.  Right? | | |
| | 51:13   A.   Correct. | | |
| | 51:14   Q.   And it was important to turn around its | | |
| | 51:15         reputation at that time.  Correct? | | |
| | 51:16   A.   It was. | | |
| | 51:17         And I'm detailing that we should obviously | | |
| | 51:18         have a change in leadership as the first bullet, | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 51:19 | which I believe we had by August of 2018. | | |
| 51:20 - 52:21 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | | 00:01:13 | **HJ_v7p.22** |
| | 51:20 | Q. Was that your idea? Were you the | | |
| | 51:21 | originator of that idea? | | |
| | 51:22 | A. I'm certain that I was not. | | |
| | 51:23 | Q. All right. But were you a proponent of | | |
| | 51:24 | the idea? | | |
| | 51:25 | A. I felt that Travis needed to step back. | | |
| | 52:01 | Perhaps there would have been a way for | | |
| | 52:02 | him to have some position at the company, but his | | |
| | 52:03 | leadership at that time was obviously highly | | |
| | 52:04 | problematic. | | |
| | 52:05 | Q. One of the ways in which Travis Kalanick's | | |
| | 52:06 | leadership was highly problematic was on the issue | | |
| | 52:07 | of Uber's response to incidents of sexual assault | | |
| | 52:08 | and sexual misconduct on the platform. Is that | | |
| | 52:09 | right? | | |
| | 52:10 | A. I wouldn't be the person to comment on | | |
| | 52:11 | whether Travis was -- was the reason that there were | | |
| | 52:12 | safety issues. He was obviously a part of it, but | | |
| | 52:13 | there were other issues at that point in time. | | |
| | 52:14 | Q. And when you're describing other issues | | |
| | 52:15 | that were obviously highly problematic, what do you | | |
| | 52:16 | mean? | | |
| | 52:17 | A. We had growth challenges. We had future | | |
| | 52:18 | of work challenges. We had organizational | | |
| | 52:19 | challenges. We had cultural challenges that were -- | | |
| | 52:20 | I think I'm chronicling a number of them in this | | |
| | 52:21 | document. | | |
| 53:10 - 53:16 | **Hazelbaker, Jill 2025-06-17** | | 00:00:23 | **HJ_v7p.23** |
| | 53:10 | Would you agree that Uber was facing | | |
| | 53:11 | active reputational challenges relating to sexual | | |
| | 53:12 | misconduct back in 2017? | | |
| | 53:13 | A. I would agree that -- that Uber was a new | | |
| | 53:14 | and novel technology, and the idea that getting into | | |
| | 53:15 | a car with a stranger certainly raised the issue of | | |
| | 53:16 | safety broadly. | | |
| 53:17 - 53:24 | **Hazelbaker, Jill 2025-06-17** | | 00:00:17 | **HJ_v7p.24** |
| | 53:17 | Q. But are you not willing to agree that Uber | | |
| | 53:18 | was facing active reputational challenges relating | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | 53:19   to sexual misconduct? | | |
| | 53:20  A.  There were certainly headlines related to | | |
| | 53:21   sexual misconduct. | | |
| | 53:22  Q.  And those headlines threatened Uber's | | |
| | 53:23   reputation.  Correct? | | |
| | 53:24  A.  Yes. | | |
| 56:22 - 56:25 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:09 | **HJ_v7p.25** |
| | 56:22  Q.  Do you still feel that Uber's reputation | | |
| | 56:23   continues to be a thorn in its side? | | |
| | 56:24  A.  I don't.  I think our reputation is an | | |
| | 56:25   asset today. | | |
| 109:06 - 109:15 | **Hazelbaker, Jill 2025-06-17** | 00:00:21 | **HJ_v7p.26** |
| | 109:06  Q.  Do you recall that Uber was facing | | |
| | 109:07   pressure in 2017 to release the number of incidents | | |
| | 109:08   that occurred on the platform? | | |
| | 109:09  A.  I don't. | | |
| | 109:10  Q.  And by "incidents," I mean incidents of | | |
| | 109:11   sexual assault or sexual misconduct. | | |
| | 109:12  A.  I don't recall that being a specific | | |
| | 109:13   issue. | | |
| | 109:14   (Whereupon, MDL Plaintiffs Exhibit 1176 | | |
| | 109:15   was marked for identification.) | | |
| 109:23 - 110:01 | **Hazelbaker, Jill 2025-06-17** | 00:00:16 | **HJ_v7p.27** |
| | 109:23  Q.  Do you recognize Exhibit 1176 as an email | | |
| | 109:24   exchange of which you're part from July 10 and | | |
| | 109:25   July 11, 2017? | | |
| | 110:01  A.  I do. | | |
| 110:05 - 110:08 | **Hazelbaker, Jill 2025-06-17** | 00:00:05 | **HJ_v7p.28** |
| | 110:05  Q.  And the email originates from Brooke | | |
| | 110:06   Anderson.  And she was a member of your team at that | | |
| | 110:07   point.  Is that true? | | |
| | 110:08  A.  Yes. | | |
| 111:01 - 111:07 | **Hazelbaker, Jill 2025-06-17** | 00:00:11 | **HJ_v7p.29** |
| | 111:01  Q.  All right.  And she reports -- we see | | |
| | 111:02   that, on "Current Safety Status," she reports that: | | |
| | 111:03   Incidents continue to be | | |
| | 111:04   relentless. | | |
| | 111:05   Is that correct?  At the beginning of the | | |
| | 111:06   second page. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 111:07  A.  That is what she's reporting. | | |
| 112:15 - 112:18 | **Hazelbaker, Jill 2025-06-17** | 00:00:06 | **HJ_v7p.30** |
| | 112:15    And then she goes on to refer to a "Safety | | |
| | 112:16    Moment" when the new CEO arrives. | | |
| | 112:17    Do you see that? | | |
| | 112:18  A.  Yes. | | |
| 113:19 - 114:04 | **Hazelbaker, Jill 2025-06-17** | 00:00:18 | **HJ_v7p.31** |
| | 113:19  Q.  And one concept that she identifies (edited) | | |
| | 113:20    is what's at the bottom of the page, No. 5, a | | |
| | 113:21    "Safety Report."  Do you see that? | | |
| | 113:22  A.  I do. | | |
| | 113:23  Q.  And the safety report she describes: | | |
| | 113:24    Longer term I believe | | |
| | 113:25    there's a very strong case to | | |
| | 114:01    publicly report some high-level | | |
| | 114:02    incident data. | | |
| | 114:03    Do you see that? | | |
| | 114:04  A.  I do. | | |
| 153:25 - 154:17 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:38 | **HJ_v7p.32** |
| | 153:25  Q.  You testified at the beginning of your | | |
| | 154:01    deposition that you believe that sunshine was the | | |
| | 154:02    best disinfectant.  Correct? | | |
| | 154:03  A.  Correct. | | |
| | 154:04  Q.  And you believe that information that Uber | | |
| | 154:05    conveys to the public, including riders, should be | | |
| | 154:06    true and accurate.  Correct? | | |
| | 154:07  A.  Correct. | | |
| | 154:08  Q.  All right.  And if Uber becomes aware of | | |
| | 154:09    information through its analysis of data, do you | | |
| | 154:10    believe Uber should then convey that information so | | |
| | 154:11    people can make informed decisions about whether to | | |
| | 154:12    ride in an Uber? | | |
| | 154:13  A.  Yes.  And I have no reason to believe that | | |
| | 154:14    we ultimately didn't do that. | | |
| | 154:15  Q.  You believe that Uber has advised people | | |
| | 154:16    that there are risks associated with the time of day | | |
| | 154:17    and day of week? | | |
| 154:20 - 154:21 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:07 | **HJ_v7p.33** |
| | 154:20  A.  I have certainly, in conversations, talked | | |

**HJ_v7p - HAZELBAKER, JILL - v07p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 154:21    to reporters about bar hours, as an example. | | |
| 154:22 - 155:03 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:16 | **HJ_v7p.34** |
| | 154:22  Q.  What have you told the reporters? | | |
| | 154:23  A.  That they're -- you know, in -- when we've | | |
| | 154:24       discussed safety incidents in the -- in years past, | | |
| | 154:25       I remember having conversations about, you know, | | |
| | 155:01       seeing a higher instance when alcohol may have been | | |
| | 155:02       involved, which would typically be bar weekend | | |
| | 155:03       hours. | | |
| 155:04 - 155:14 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:33 | **HJ_v7p.35** |
| | 155:04  Q.  And has Uber set out to advise passengers | | |
| | 155:05       or riders in Uber that there's an association in the | | |
| | 155:06       time of day, day of week? | | |
| | 155:07  A.  I'm not sure what -- you know, what our | | |
| | 155:08       safety team may have -- may or may not have done. | | |
| | 155:09       But I don't recall that being -- I don't | | |
| | 155:10       recall that being something that we intentionally | | |
| | 155:11       left out, because I myself have had conversations | | |
| | 155:12       with reporters about that topic. | | |
| | 155:13  Q.  Would it be information that you think | | |
| | 155:14       would be important for Uber to tell riders? | | |
| 155:18 - 155:22 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:07 | **HJ_v7p.36** |
| | 155:18  A.  That bar hours or alcohol being involved | | |
| | 155:19       in a trip could inherently make it potentially less | | |
| | 155:20       safe? | | |
| | 155:21  Q.  Correct. | | |
| | 155:22  A.  Yes. | | |
| 197:15 - 197:17 | **Hazelbaker, Jill 2025-06-17** | 00:00:10 | **HJ_v7p.37** |
| | 197:15  Q.  I want to spend a little bit of time | | |
| | 197:16       discussing the topic of background checks. | | |
| | 197:17  A.  Sure. | | |
| 197:18 - 198:17 | **Hazelbaker, Jill 2025-06-17** | 00:01:01 | **HJ_v7p.38** |
| | 197:18  Q.  Would you agree with me that it's | | |
| | 197:19       appropriate and important for Uber to conduct | | |
| | 197:20       thorough background checks of its riders? | | |
| | 197:21  A.  Absolutely. | | |
| | 197:22  Q.  All right.  And that Uber should rerun | | |
| | 197:23       background checks periodically to ensure that a | | |
| | 197:24       driver hasn't, in the interim -- | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

197:25  A.  Yes.

198:01  Q.  -- been charged with a particular crime --

198:02  A.  Yes.

198:03  Q.  -- for example?

198:04      Do you agree that it's important for Uber

198:05      to conduct lifetime lookbacks in background checks?

198:06  A.  For -- for heinous crimes, for some --

198:07      some subset of crime, yes.

198:08  Q.  Including sexual assaults?

198:09  A.  Yes.

198:10  Q.  There was a time that Uber wasn't willing

198:11      to spend that money to conduct the lifetime

198:12      lookbacks on the annual reruns.  Is that right?

198:13  A.  I don't think that's accurate.

198:14      Or, well -- lifetime lookbacks for heinous

198:15      crimes?

198:16  Q.  Correct.

198:17  A.  I don't think that's accurate.

| 214:05 - 214:08 | **Hazelbaker, Jill 2025-06-17** | 00:00:13 | **HJ_v7p.39** |

214:05  Q.  All right.  This email discusses also the

214:06      topic of checking international databases.  We see

214:07      your referencing that at the top of the first page

214:08      of the email exchange.

| 214:09 - 215:03 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:42 | **HJ_v7p.40** |

214:09      You identify the databases, Office of

214:10      Foreign Asset Control, FBI Most Wanted, Interpol,

214:11      and Specially Designated Nationals and Blocked

214:12      Persons List.  Correct?

214:13  A.  Yes.

214:14  Q.  But then you say:

214:15      We do not go into non-US

214:16      countries to pull records due

214:17      to the complexity and lack of

214:18      consistency in the way records

214:19      are accessed in different

214:20      countries.

214:21      Right?

214:22  A.  Correct.  What that means is that,

214:23      obviously, some countries' court records may not be

214:24      as easily accessible or as accurate.

**HJ_v7p - HAZELBAKER, JILL - v07p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 214:25   So we're relying on the entities that I | | |
| | 215:01   described above: FBI Most Wanted, Interpol, Office | | |
| | 215:02   of Foreign Asset Control, and specifically | | |
| | 215:03   Designated Nationals and Blocked Persons List. | | |
| 215:04 - 215:10 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:21 | **HJ_v7p.41** |
| | 215:04 Q.  Isn't it true that many of the Uber | | |
| | 215:05   drivers are immigrants coming from other countries? | | |
| | 215:06 A.  Yes. | | |
| | 215:07 Q.  And that Uber has limited information | | |
| | 215:08   available to it to determine whether these | | |
| | 215:09   new-to-the-U.S. drivers have any incidents in their | | |
| | 215:10   background? | | |
| 215:13 - 216:02 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:35 | **HJ_v7p.42** |
| | 215:13 A.  Again, I wouldn't be the person to ask | | |
| | 215:14   about that. | | |
| | 215:15   I don't think that's accurate.  We would | | |
| | 215:16   put them through the same background check process | | |
| | 215:17   that we would any driver, which I think is quite | | |
| | 215:18   robust and thorough. | | |
| | 215:19   And we would also be checking the -- those | | |
| | 215:20   databases that I described above. | | |
| | 215:21 Q.  You tell, though, Mr. Harford that you | | |
| | 215:22   don't go into the non-U.S. countries to pull | | |
| | 215:23   records. | | |
| | 215:24   So you don't -- Uber doesn't know the | | |
| | 215:25   history of these drivers in the U.S. by pulling | | |
| | 216:01   records directly from those countries.  True? | | |
| | 216:02 A.  Gus -- | | |
| 216:05 - 216:08 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:08 | **HJ_v7p.43** |
| | 216:05 A.  Gus would be much better placed to answer | | |
| | 216:06   questions on what we know and don't know. | | |
| | 216:07   I'm sure there are other signals we look | | |
| | 216:08   at, but that's not what I do at Uber. | | |
| 222:17 - 222:24 | **Hazelbaker, Jill 2025-06-17** | 00:00:19 | **HJ_v7p.44** |
| | 222:17 Q.  We've been talking specifically about the | | |
| | 222:18   issue of background checks on drivers, and I want to | | |
| | 222:19   back out of that for a minute and just talk about | | |
| | 222:20   overall driver onboarding and its relation to making | | |
| | 222:21   sure there's an adequate supply of drivers, or | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 222:22    earners. | | |
| | 222:23    Are you with me? | | |
| | 222:24  A.  Sure. | | |
| 223:07 - 223:10 | **Hazelbaker, Jill 2025-06-17** | 00:00:11 | **HJ_v7p.45** |
| | 223:07  Q.  Do you recognize Exhibit 1187 as an email | | |
| | 223:08    exchange between yourself and Brooke Anderson dated | | |
| | 223:09    May 29, 2019? | | |
| | 223:10  A.  I do. | | |
| 224:17 - 227:01 | **Hazelbaker, Jill 2025-06-17** | 00:01:51 | **HJ_v7p.46** |
| | 224:17    You say: | | |
| | 224:18    We have serious concerns | | |
| | 224:19    within Customer Support | | |
| | 224:20    (tweeting the "N" word at a | | |
| | 224:21    troll and failing to respond to | | |
| | 224:22    thousands of customers on | | |
| | 224:23    social media unless the | | |
| | 224:24    customer proactively tags a | | |
| | 224:25    customer support handle) that | | |
| | 225:01    continue to create reputational | | |
| | 225:02    risk, a discussion you simply | | |
| | 225:03    cannot have with Barney because | | |
| | 225:04    he's so defensive of Troy. | | |
| | 225:05    And by "Barney," you mean, again, | | |
| | 225:06    Mr. Harford, who's the chief operations officer? | | |
| | 225:07  A.  Correct. | | |
| | 225:08  Q.  And who's Troy? | | |
| | 225:09  A.  Troy works for -- for Gus on customer | | |
| | 225:10    support. | | |
| | 225:11  Q.  And you say: | | |
| | 225:12    Within Safety and Product, | | |
| | 225:13    despite Gus's herculean work, | | |
| | 225:14    the driver onboarding process | | |
| | 225:15    is fundamentally broken. | | |
| | 225:16    Witness last week, when CNN ran | | |
| | 225:17    a package detailing how more | | |
| | 225:18    than a thousand fraudsters are | | |
| | 225:19    creating fake photos and fake | | |
| | 225:20    doc -- false documents, and | | |
| | 225:21    still passing our background | | |
| | 225:22    checks, meaning potentially | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 225:23 | dangerous individuals are | | |
| | 225:24 | driving on our platform. | | |
| | 225:25 | Do you see that? | | |
| | 226:01 | A. Yes. | | |
| | 226:02 | Q. Okay. And then it looks like Brooke takes | | |
| | 226:03 | what you drafted, and then she updates it with a few | | |
| | 226:04 | tweaks for accuracy. Is that -- | | |
| | 226:05 | A. So I think -- | | |
| | 226:06 | Q. -- correct? | | |
| | 226:07 | A. -- something different is happening here. | | |
| | 226:08 | So I think Brooke called me and said, | | |
| | 226:09 | there's something going on with CNN. Will you raise | | |
| | 226:10 | this to Dara? | | |
| | 226:11 | Because she's having a hard time talking | | |
| | 226:12 | to Barney about it because he's being defensive; | | |
| | 226:13 | Troy. | | |
| | 226:14 | So she has drafted something -- or told me | | |
| | 226:15 | about this, which I've then taken a stab at | | |
| | 226:16 | drafting. I clearly didn't get it quite right. | | |
| | 226:17 | She's then saying, okay, here's an update | | |
| | 226:18 | with tweaks for accuracy. She redrafts it for me, | | |
| | 226:19 | and I assume that I shipped it to Dara or to someone | | |
| | 226:20 | else. | | |
| | 226:21 | But this is her trying to use me to -- | | |
| | 226:22 | Q. Sure. | | |
| | 226:23 | A. -- to lobby for a better outcome. | | |
| | 226:24 | Q. Sure. | | |
| | 226:25 | A. And she, you know, is an expert on this | | |
| | 227:01 | stuff. | | |
| 227:02 - 228:16 | **Hazelbaker, Jill 2025-06-17** | 00:01:15 | **HJ_v7p.47** |
| | 227:02 | Q. So she updates it for accuracy. The -- | | |
| | 227:03 | A. Correct. | | |
| | 227:04 | Q. -- the specific tweaks don't matter for | | |
| | 227:05 | this purpose. | | |
| | 227:06 | And then she goes on to explain to you -- | | |
| | 227:07 | below: | | |
| | 227:08 | Two things for you to | | |
| | 227:09 | note: 1) We believe the | | |
| | 227:10 | underlying issue behind the | | |
| | 227:11 | driver fraud stuff is that | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 227:12 | people in charge of driver | | |
| | 227:13 | onboarding compliance are in | | |
| | 227:14 | the driver product org and thus | | |
| | 227:15 | accountable to growth - | | |
| | 227:16 | separate and apart from safety. | | |
| | 227:17 | Big gap. | | |
| | 227:18 | And you agree. You say: | | |
| | 227:19 | Yep - same problem as | | |
| | 227:20 | always | | |
| | 227:21 | even worse | | |
| | 227:22 | Correct? | | |
| | 227:23 A. | I don't know what I'm saying, "even | | |
| | 227:24 | worse," here. But, yeah, same -- I'm saying that I | | |
| | 227:25 | think safety should be separate from growth. | | |
| | 228:01 Q. | But they weren't separate. Correct? | | |
| | 228:02 A. | I don't think so, at that point. | | |
| | 228:03 | I'm not exactly sure, to be honest. I | | |
| | 228:04 | think there was some onboarding that was happening | | |
| | 228:05 | within safety. But clearly, some happening within | | |
| | 228:06 | product as well. | | |
| | 228:07 | And I don't mean to demean the product | | |
| | 228:08 | people. This is probably being too hard on them. | | |
| | 228:09 | They obviously cared about safety as well. | | |
| | 228:10 | But I think the appropriate org structure | | |
| | 228:11 | is what we have today, which is separate and apart | | |
| | 228:12 | from growth teams. | | |
| | 228:13 Q. | At the time, driver product or -- meaning | | |
| | 228:14 | the people responsible for onboarding drivers -- | | |
| | 228:15 | were accountable to growth. Is that accurate? | | |
| | 228:16 A. | Correct. | | |

| 299:13 - 299:16 | **Hazelbaker, Jill 2025-06-17** | 00:00:05 | **HJ_v7p.48** |
| | 299:13 Q. | Good afternoon, Ms. Hazelbaker. How are | | |
| | 299:14 | you doing? | | |
| | 299:15 A. | I'm fine, thank you. How are you? | | |
| | 299:16 Q. | Great. I'm doing well. | | |

| 302:01 - 302:12 | **Hazelbaker, Jill 2025-06-17** | 00:00:28 | **HJ_v7p.49** |
| | 302:01 | we just met for the first time this (edited) | | |
| | 302:02 | morning, and this is the first time I'm talking to | | |
| | 302:03 | you today. Right? | | |
| | 302:04 A. | Yes. | | |

**HJ_v7p - HAZELBAKER, JILL - v07p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

302:05  Q.  I will tell you, I wouldn't normally ask
302:06       this of a person I just met, but, in your work at
302:07       Uber, you've made a lot of money.  Right?
302:08  A.  Yes.
302:09  Q.  In fact, just in the last six years,
302:10       you've made over $59.5 million in compensation.
302:11       Correct?
302:12  A.  Yes.

| 302:20 - 302:23 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:13 | **HJ_v7p.50** |

302:20  Q.  Ms. Hazelbaker, I've just handed you a
302:21       document that's been labeled Exhibit 4400.  It's a
302:22       summary of your compensation from 2019 through 2024,
302:23       so it doesn't include anything from this year.

| 305:01 - 305:20 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:42 | **HJ_v7p.51** |

305:01       -- can you (edited)
305:02       give an estimate as to what you made from 2015 to
305:03       2018?
305:04  A.  I'd have to go back and look at it.  I
305:05       mean, it'd be roughly in line with what's described
305:06       here.
305:07  Q.  Okay.  So what's shown here is, you'll
305:08       agree, an average of just under $10 million a year.
305:09       So you think it was another $10 million a
305:10       year for those other three years?
305:11  A.  Sounds about right.
305:12  Q.  Okay.  So we can safely say, roughly, in
305:13       the nine years -- not including this year, 2025, but
305:14       in the nine years prior, the nine years that you've
305:15       worked at Uber, you made about $90 million.  Is that
305:16       fair?
305:17  A.  Sounds about right.
305:18  Q.  Okay.  You still hold eight figures' worth
305:19       of Uber stock.  Correct?
305:20  A.  Yes.

| 306:20 - 307:01 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:16 | **HJ_v7p.52** |

306:20  Q.  But obviously, a lot of your (edited)
306:21       compensation is stock-based.  Right?
306:22  A.  As is typical of most technology
306:23       executives, yes.
306:24  Q.  Right.  And certainly, you understand that

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 306:25    stories about sexual violence can cause Uber stock | | |
| | 307:01    to drop? | | |

| 307:03 - 307:12 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:28 | **HJ_v7p.53** |

307:03  A.  It's certainly possible, though I would
307:04      say that, from an investor relations' perspective,
307:05      what I see more frequently is that stories about
307:06      our -- our growth is what really impacts the --
307:07      stories about our growth, stories about autonomous
307:08      technology, are what really impact the stock price.
307:09      I'm not saying that safety isn't or
307:10      shouldn't be important to investors.  I'm just
307:11      saying that, in my experience, it hasn't necessarily
307:12      been the top priority for investors.

| 312:10 - 312:17 | **Hazelbaker, Jill 2025-06-17** | 00:00:14 | **HJ_v7p.54** |

312:10  Q.  Okay.  So do you have any idea how many
312:11      people have been sexually assaulted in connection
312:12      with using Uber, since you've been at Uber?
312:13  A.  I don't.
312:14  Q.  So from 2015 to 2025?
312:15  A.  I don't.
312:16  Q.  No idea?
312:17  A.  I don't.

| 354:21 - 354:23 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:13 | **HJ_v7p.55** |

354:21  Q.  Ms. Hazelbaker, you've been handed a
354:22      document that's marked as Exhibit 4406.
354:23      It's a series of emails.  Correct?

| 354:24 - 355:09 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:20 | **HJ_v7p.56** |

354:24  A.  Yes.
354:25  Q.  And it begins from Laura Strickler, who's
355:01      an investigative producer for CBS News.  Correct?
355:02  A.  I can't recall who Laura Strickler is.
355:03      But, yes, if that's -- oh, it says --
355:04  Q.  That's what her --
355:05  A.  -- down below --
355:06  Q.  -- email signature --
355:07  A.  -- yes.
355:08  Q.  -- says.  Right?
355:09  A.  Yes.

| 355:10 - 355:15 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:09 | **HJ_v7p.57** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 355:10 Q. And it looks like it was sent to -- first | | **HJ_v7p.57** |
| | 355:11   to Niki Christoff. Do you know Niki Christoff is? | | |
| | 355:12 A. Yes. | | |
| | 355:13 Q. Niki Christoff is not still at Uber | | |
| | 355:14   anymore. Correct? | | |
| | 355:15 A. No. | | |
| 355:21 - 356:20 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:35 | **HJ_v7p.58** |
| | 355:21   And what she does is copy you and Dorothy | | |
| | 355:22   in to say: | | |
| | 355:23   This is an Emmy winning -- | | |
| | 355:24   Emmy-award winning | | |
| | 355:25   investigative reporter. We | | |
| | 356:01   heard she was calling last week | | |
| | 356:02   to incident response centers, | | |
| | 356:03   and I asked her if I could | | |
| | 356:04   help. She didn't give me any | | |
| | 356:05   indication about the topic, and | | |
| | 356:06   now this. | | |
| | 356:07   Right? | | |
| | 356:08 A. Yes. | | |
| | 356:09 Q. And "this" being: | | |
| | 356:10   We've learned of | | |
| | 356:11   10 incidents around the country | | |
| | 356:12   where Uber drivers have been | | |
| | 356:13   charged in court with sexual | | |
| | 356:14   assault of passengers starting | | |
| | 356:15   in January 1, 2014 through the | | |
| | 356:16   present. We need a response | | |
| | 356:17   from Uber about these | | |
| | 356:18   incidents. | | |
| | 356:19   Right? | | |
| | 356:20 A. Correct. | | |
| 400:24 - 401:01 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:05 | **HJ_v7p.59** |
| | 400:24 Q. And you were asked a little bit about the | | |
| | 400:25   money that you make working at Uber. | | |
| | 401:01 A. Yes. | | |
| 401:04 - 401:10 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:14 | **HJ_v7p.60** |
| | 401:04 Q. Do you work at Uber for the money, | | |
| | 401:05   Ms. Hazelbaker? | | |
| | 401:06 A. No. There are, fortunately, a lot of | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|

|  | 401:07 | places where I can make a lot of money. | | |
|  | 401:08 | I work here because I find the work is | | |
|  | 401:09 | interesting, and the impact we have in the world is | | |
|  | 401:10 | important. | | |
| 401:22 - 402:07 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | | 00:00:28 | **HJ_v7p.61** |
|  | 401:22 | Q. Okay.  Have you ever taken any action in | | |
|  | 401:23 | your role at Uber to compromise safety in the | | |
|  | 401:24 | interest of earning more money for yourself? | | |
|  | 401:25 | A. Of course not.  I would never do anything | | |
|  | 402:01 | that would compromise my own integrity. | | |
|  | 402:02 | Q. Has safety been something that the company | | |
|  | 402:03 | has worked on over the time that you've been an | | |
|  | 402:04 | executive there? | | |
|  | 402:05 | A. Absolutely. | | |
|  | 402:06 | Q. Tell us a little bit about that from your | | |
|  | 402:07 | perspective. | | |
| 402:09 - 403:05 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | | 00:01:02 | **HJ_v7p.62** |
|  | 402:09 | A. The company has been on, as we've | | |
|  | 402:10 | discussed today, quite a journey. | | |
|  | 402:11 | And from the early days where, obviously, | | |
|  | 402:12 | there were things that we -- we needed to work on | | |
|  | 402:13 | and systems that we needed to shore up. | | |
|  | 402:14 | When Dara arrived, we invested in our | | |
|  | 402:15 | safety products and our technology and our features. | | |
|  | 402:16 | In fact, we shipped more product in the five years | | |
|  | 402:17 | that followed than we had during my tenure at the | | |
|  | 402:18 | company. | | |
|  | 402:19 | And so, you know, we really took this -- | | |
|  | 402:20 | this duty to our customers seriously.  And that's | | |
|  | 402:21 | not to say that we didn't in the early days, but we | | |
|  | 402:22 | had learned more.  We did -- we'd grown as a | | |
|  | 402:23 | company.  We'd evolved.  We had executives with | | |
|  | 402:24 | expertise and experience to really take things to | | |
|  | 402:25 | the next level. | | |
|  | 403:01 | And I'm unbelievably proud of the work | | |
|  | 403:02 | that we have done in this area.  I think we lead -- | | |
|  | 403:03 | we lead the industry.  We're recognized by third | | |
|  | 403:04 | parties and advocates all over the world for our | | |
|  | 403:05 | commitment here. | | |
| 403:06 - 403:09 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | | 00:00:12 | **HJ_v7p.63** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 403:06  Q.  There has been a suggestion in this | | **HJ_v7p.63** |
| | 403:07      lawsuit that Uber cares more about its reputation | | |
| | 403:08      than it does about the safety of its drivers and its | | |
| | 403:09      riders.  From your perspective, is that true? | | |

| 403:14 - 403:23 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:25 | **HJ_v7p.64** |
| | 403:14  A.  I think it's -- I think it's demonstrably | | |
| | 403:15      false, as you can see from the number of the | | |
| | 403:16      documents that we reviewed today. | | |
| | 403:17      I talk repeatedly about substance over | | |
| | 403:18      spin.  I talk about the need to have intellectually | | |
| | 403:19      rigorous arguments, that -- that we can communicate | | |
| | 403:20      to the world. | | |
| | 403:21      And, you know, the substance has to be | | |
| | 403:22      strong in order for -- for it to land with the | | |
| | 403:23      public. | | |

| 406:11 - 407:08 | **Hazelbaker, Jill 2025-06-17** | 00:00:56 | **HJ_v7p.65** |
| | 406:11  Q.  You were asked some questions today about | | |
| | 406:12      something called a "safety report."  Do you remember | | |
| | 406:13      those questions? | | |
| | 406:14  A.  I do. | | |
| | 406:15  Q.  Okay.  And just tell us, in a nutshell, | | |
| | 406:16      what is Uber's safety report? | | |
| | 406:17  A.  It's a document where we categorize | | |
| | 406:18      different incidents that would happen on the | | |
| | 406:19      platform.  Things like vehicle fatalities, sexual | | |
| | 406:20      assaults, as we've talked about here today, and we | | |
| | 406:21      talk about some of our safety practices and policies | | |
| | 406:22      as well. | | |
| | 406:23  Q.  You were shown a document earlier today | | |
| | 406:24      Exhibit 1178, that referred to this safety report as | | |
| | 406:25      a "bombshell report."  Do you recall that | | |
| | 407:01      questioning? | | |
| | 407:02  A.  I do. | | |
| | 407:03  Q.  And what did you understand that to mean? | | |
| | 407:04  A.  I understood -- what did I -- what did I | | |
| | 407:05      understand the document to mean? | | |
| | 407:06  Q.  Yeah.  Have you heard the safety report | | |
| | 407:07      referred to in documents as a bombshell or important | | |
| | 407:08      or explosive report? | | |

| 407:11 - 408:07 | **Hazelbaker, Jill 2025-06-17** | 00:00:56 | **HJ_v7p.66** |

**HJ_v7p - HAZELBAKER, JILL - v07p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 407:11 A. I think people -- you know, there was a | | **HJ_v7p.66** |
| | 407:12 view that this was a significant moment for the | | |
| | 407:13 company and that it was likely to lead to some | | |
| | 407:14 negative press. | | |
| | 407:15 Q. And did you -- in your position in | | |
| | 407:16 marketing and communications, did you understand | | |
| | 407:17 that releasing this safety data could lead to | | |
| | 407:18 negative press for the company? | | |
| | 407:19 A. Absolutely. But I was a proponent and | | |
| | 407:20 advocate of it from the very beginning because, as I | | |
| | 407:21 testified earlier, I felt it was very important for | | |
| | 407:22 the company to shine a light on very serious things | | |
| | 407:23 that had happened on the platform so that we could | | |
| | 407:24 marshal all of our energy and resources to build | | |
| | 407:25 better products, more features, and more technology. | | |
| | 408:01 And I also knew that if we had an | | |
| | 408:02 annual -- or a regular, I should say, because it | | |
| | 408:03 wasn't always an annual -- regular report, that it | | |
| | 408:04 would, that our teams would be empowered to do even | | |
| | 408:05 more because they knew that this was coming, and we | | |
| | 408:06 wanted to drive the incidents down with every | | |
| | 408:07 report. | | |
| 408:16 - 408:21 | **Hazelbaker, Jill 2025-06-17** | 00:00:10 | **HJ_v7p.67** |
| | 408:16 Q. Okay. But if you were in marketing and | | |
| | 408:17 you're in communications, why would you support | | |
| | 408:18 something that you knew would lead to negative press | | |
| | 408:19 for the company? | | |
| | 408:20 A. Because ultimately, I thought it would | | |
| | 408:21 make the company safer. | | |
| 409:05 - 409:14 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:14 | **HJ_v7p.68** |
| | 409:05 (Whereupon, Hazelbaker Exhibit 1 was | | |
| | 409:06 marked for identification.) | | |
| | 409:07 A. Thank you. | | |
| | 409:08 Q. I'm handing you what we've marked as | | |
| | 409:09 Hazelbaker 1. | | |
| | 409:10 A. Thank you. | | |
| | 409:11 Q. And if you take a look at the first page, | | |
| | 409:12 it's titled "2017-2018 US Safety Report." Do you | | |
| | 409:13 see that? | | |
| | 409:14 A. I do. | | |

**HJ_v7p - HAZELBAKER, JILL - v07p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 413:22 - 414:04 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:15 | **HJ_v7p.69** |

413:22  Q.  Okay.  And are you the person who is the
413:23      subject matter expert at Uber on the details of
413:24      background checks?
413:25  A.  No.
414:01  Q.  Okay.  Well, how can you communicate
414:02      information to the public about background checks if
414:03      you're not the subject matter expert?
414:04  A.  I rely on the subject matter experts.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 414:09 - 414:20 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:28 | **HJ_v7p.70** |

414:09  Q.  Do you recall being shown a number of
414:10      documents where you and others at Uber were
414:11      discussing something called a "lookback period"?
414:12  A.  I do.
414:13  Q.  And what do you understand a lookback
414:14      period to be?
414:15  A.  How far back we check criminal records.
414:16  Q.  Okay.  And do you also recall those
414:17      documents, including discussions about whether or
414:18      not Uber does something called "an annual rerun of
414:19      criminal background checks"?
414:20  A.  Correct.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 415:01 - 415:25 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:47 | **HJ_v7p.71** |

415:01  Q.  Okay.  I want to direct your attention to
415:02      the paragraph that begins "Our process."  Do you see
415:03      that in the middle of Page 22?
415:04  A.  I do.
415:05  Q.  Okay.  And can you read to our jurors that
415:06      paragraph, please.
415:07      A.  (Reading:)
415:08      Our process also reviews
415:09      records beyond 7 years, as
415:10      allowed by law and where those
415:11      records are made available and
415:12      reported to us.  If we identify
415:13      a report made at any time in a
415:14      person's history for certain
415:15      serious criminal convictions
415:16      (listed below), the driver will
415:17      be disqualified according to

**HJ_v7p - HAZELBAKER, JILL - v07p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 415:18 | our standards.  These | | |
| | 415:19 | convictions are as follows, and | | |
| | 415:20 | include the "attempted" and | | |
| | 415:21 | "conspiracy" crimes associated | | |
| | 415:22 | with each. | | |
| | 415:23 Q. | And is sexual assault one of the crimes | | |
| | 415:24 | listed in this section? | | |
| | 415:25 A. | It is. | | |
| 416:01 - 416:19 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:36 | **HJ_v7p.72** |
| | 416:01 Q. | Okay.  And if you look down in the section | | |
| | 416:02 | "Yearly background reruns and ongoing screenings," | | |
| | 416:03 | what does the safety report say about whether or not | | |
| | 416:04 | Uber was rerunning criminal background checks, which | | |
| | 416:05 | was the subject of some of the questions you were | | |
| | 416:06 | asked earlier? | | |
| | 416:07 A. | It says: | | |
| | 416:08 | Beyond the initial | | |
| | 416:09 | screening, Uber proactively | | |
| | 416:10 | reruns criminal and motor | | |
| | 416:11 | vehicle checks each year.  This | | |
| | 416:12 | is a standard practice at Uber, | | |
| | 416:13 | regardless of whether there is | | |
| | 416:14 | a statute or regulation | | |
| | 416:15 | requiring us to do so.  This | | |
| | 416:16 | helps ensure that our screening | | |
| | 416:17 | standards are applied | | |
| | 416:18 | consistently and continuously | | |
| | 416:19 | across the country. | | |
| 416:20 - 416:23 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:17 | **HJ_v7p.73** |
| | 416:20 Q. | Okay.  Do you recall being asked questions | | |
| | 416:21 | about certain factors that might lead to increased | | |
| | 416:22 | reporting of alleged interpersonal conduct, | | |
| | 416:23 | conflict, or safety incidents? | | |
| 416:25 - 416:25 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:00 | **HJ_v7p.74** |
| | 416:25 A. | I do. | | |
| 417:01 - 417:10 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:21 | **HJ_v7p.75** |
| | 417:01 Q. | Okay.  And you recall questions about what | | |
| | 417:02 | those factors are? | | |
| | 417:03 A. | We talked about -- I do.  We talked about | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 417:04    alcohol.  We talked about late -- late night hours. | | |
| | 417:05    You know, proximity to bars, clubs, et cetera. | | |
| | 417:06  Q.  And do you recall a series of questions | | |
| | 417:07    asking, well, does Uber tell anybody about these | | |
| | 417:08    factors? | | |
| | 417:09  A.  I do. | | |
| | 417:10  Q.  Okay. | | |
| 417:13 - 417:15 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:09 | **HJ_v7p.76** |
| | 417:13  Q.  And, in fact, does the safety report | | |
| | 417:14    include a discussion of some of those factors you | | |
| | 417:15    were discussing earlier today? | | |
| 417:19 - 418:13 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:40 | **HJ_v7p.77** |
| | 417:19  A.  I believe it does, yes. | | |
| | 417:20  Q.  Can I direct your attention, | | |
| | 417:21    Ms. Hazelbaker, to Page 30 of the safety report | | |
| | 417:22    we're looking at as Exhibit 1. | | |
| | 417:23    And I want to direct your attention to the | | |
| | 417:24    very top that says "Driving Change Initiative."  Do | | |
| | 417:25    you see that? | | |
| | 418:01  A.  I do. | | |
| | 418:02  Q.  Okay.  And can you read the first sentence | | |
| | 418:03    of this section to our jurors, please. | | |
| | 418:04    A.  (Reading:) | | |
| | 418:05    Women experience travel | | |
| | 418:06    differently and encounter a | | |
| | 418:07    number of particular safety | | |
| | 418:08    risks that men are less likely | | |
| | 418:09    to face. | | |
| | 418:10  Q.  Okay.  Is that information that Uber | | |
| | 418:11    disclosed to the public in 2017-2018 Safety Report | | |
| | 418:12    that we're looking at? | | |
| | 418:13  A.  It is. | | |
| 419:06 - 419:13 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:18 | **HJ_v7p.78** |
| | 419:06  Q.  Do you recall being asked certain | | |
| | 419:07    questions about whether alcohol consumption can lead | | |
| | 419:08    to increased interpersonal conflict or allegations | | |
| | 419:09    of sexual misconduct? | | |
| | 419:10  A.  I do. | | |
| | 419:11  Q.  Okay.  And what does the second sentence | | |
| | 419:12    of this safety report dated 2017 to 2018 say? | | |

**HJ_v7p - HAZELBAKER, JILL - v07p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 419:13  A.  It says -- | | |
| 419:15 - 419:24 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:19 | **HJ_v7p.79** |
| | 419:15    A.  (Reading:) | | |
| | 419:16    Alcohol has been linked to | | |
| | 419:17    increased vulnerability for | | |
| | 419:18    potential victims, and has been | | |
| | 419:19    used as a tool by offenders to | | |
| | 419:20    facilitate sexual assault. | | |
| | 419:21  Q.  And is that information that Uber | | |
| | 419:22    disclosed in the document that we're looking at, the | | |
| | 419:23    2017-2018 Safety Report? | | |
| | 419:24  A.  It is. | | |
| 425:13 - 425:15 | **Hazelbaker, Jill 2025-06-17** | 00:00:08 | **HJ_v7p.80** |
| | 425:13  Q.  Okay.  You were shown some chats about | | |
| | 425:14    people hating Uber.  Do you recall those? | | |
| | 425:15  A.  Yes. | | |
| 426:02 - 426:10 | **Hazelbaker, Jill 2025-06-17** | 00:00:20 | **HJ_v7p.81** |
| | 426:02  Q.  During the course of the 10 years that | | |
| | 426:03    you've worked at Uber, have there been times you've | | |
| | 426:04    been frustrated with your job? | | |
| | 426:05  A.  Absolutely. | | |
| | 426:06  Q.  And in terms of your work communicating | | |
| | 426:07    issues regarding safety, is that a job that you've | | |
| | 426:08    completed and that's done? | | |
| | 426:09  A.  Of course not.  Our job with safety will | | |
| | 426:10    never be done. | | |
| 432:16 - 432:19 | **Hazelbaker, Jill 2025-06-17** | 00:00:10 | **HJ_v7p.82** |
| | 432:16  Q.  Okay.  You were also asked some questions | | |
| | 432:17    about a reach out that you got from somebody at CBS | | |
| | 432:18    News.  Do you remember that? | | |
| | 432:19  A.  I do. | | |
| 432:20 - 433:04 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:38 | **HJ_v7p.83** |
| | 432:20  Q.  Okay.  And let's just take a look at | | |
| | 432:21    Exhibit 4408 to orient ourselves to some of the | | |
| | 432:22    documents you were shown on this score. | | |
| | 432:23    Now, if we look at Page 2 of the document, | | |
| | 432:24    do you see a chart with the header "State," "City," | | |
| | 432:25    "Date of Report," and "Suspect"? | | |
| | 433:01  A.  Yes. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

433:02  Q.  Okay.  And did this provide necessary
433:03       context or information for you all to be able to
433:04       respond to these reporters' questions?

| 433:07 - 433:19 | Hazelbaker, Jill 2025-06-17 - PIP MP4 | 00:00:31 | HJ_v7p.84 |

433:07  A.  Not necessarily.  I mean, obviously, as
433:08       you know, people can have the same name.  And she
433:09       was giving us -- as I was complaining to David in
433:10       the back-and-forth, she was giving us a pretty tight
433:11       timeline to turn around and provide answers.
433:12  Q.  And did you understand very, very serious
433:13       allegations to be made against the individuals
433:14       listed in this chart?
433:15  A.  Yes.
433:16  Q.  Okay.  And when reporting on such serious
433:17       allegations, do you think it's important to be
433:18       truthful and accurate?
433:19  A.  Of course.

| 433:25 - 434:02 | Hazelbaker, Jill 2025-06-17 - PIP MP4 | 00:00:07 | HJ_v7p.85 |

433:25  Q.  Okay.  And in your correspondence with
434:01       others at CBS News, were you trying to hide data
434:02       from the public?

| 434:05 - 434:20 | Hazelbaker, Jill 2025-06-17 - PIP MP4 | 00:00:42 | HJ_v7p.86 |

434:05  A.  Never.
434:06  Q.  Okay.  What were you trying to do in
434:07       reaching out to other folks at CBS?
434:08  A.  Trying to allow us an appropriate amount
434:09       of time to respond to the inquiries and also to make
434:10       the, I think, appropriate claims -- or appropriate
434:11       comparisons to what's happening on the Uber platform
434:12       as it relates to other forms of transportation.  And
434:13       also trying to understand from the news organization
434:14       whether or not they had information that might be
434:15       useful to our investigation, e.g., did this driver
434:16       drive with Lyft?  Were they deactivated before this
434:17       arrest or, you know, suggestion of criminal
434:18       activity?
434:19       And so, we're just trying to get to the
434:20       facts.

| 435:09 - 435:12 | Hazelbaker, Jill 2025-06-17 | 00:00:19 | HJ_v7p.87 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 435:09  Q.  I'm showing you, Ms. Hazelbaker, what we | | **HJ_v7p.87** |
| | 435:10      have marked as Exhibit 3, which I'll represent to | | |
| | 435:11      you appears to be an email chain contemporaneous | | |
| | 435:12      with what you were shown as Exhibit 4408. | | |
| 435:13 - 435:24 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:31 | **HJ_v7p.88** |
| | 435:13      Do you see that? | | |
| | 435:14  A.  I do. | | |
| | 435:15  Q.  Okay.  And you are copied in on this email | | |
| | 435:16      chain, correct? | | |
| | 435:17  A.  Correct. | | |
| | 435:18  Q.  Okay.  And this -- was this an email that | | |
| | 435:19      you were shown under Counsel's questioning about | | |
| | 435:20      this CBS story? | | |
| | 435:21  A.  Appears to be some part of that same email | | |
| | 435:22      chain. | | |
| | 435:23  Q.  And just generally, today, were you shown, | | |
| | 435:24      a fair amount of documents? | | |
| 436:01 - 436:01 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:00 | **HJ_v7p.89** |
| | 436:01  A.  Yes. | | |
| 436:02 - 436:03 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:05 | **HJ_v7p.90** |
| | 436:02  Q.  Okay.  And were you directed to certain | | |
| | 436:03      parts of many, many documents? | | |
| 436:05 - 436:05 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:00 | **HJ_v7p.91** |
| | 436:05  A.  Yes. | | |
| 436:07 - 436:10 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:10 | **HJ_v7p.92** |
| | 436:07  Q.  based on your experience at Uber, if (edited) | | |
| | 436:08      you really want to know the truth of a document, is | | |
| | 436:09      a good practice to look at one paragraph out of a | | |
| | 436:10      whole document? | | |
| 436:14 - 437:25 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:01:28 | **HJ_v7p.93** |
| | 436:14  A.  Of course, that's part of the reason I | | |
| | 436:15      asked to review the entire document. | | |
| | 436:16      And I can see here that there are | | |
| | 436:17      additional pieces of that thread that were not | | |
| | 436:18      included in the document that I reviewed. | | |
| | 436:19  Q.  And so, on this score about the CVS -- CBS | | |
| | 436:20      investigation into these drivers, to your knowledge, | | |
| | 436:21      did an investigation go on at Uber into what | | |
| | 436:22      information you and your colleagues could discover | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

436:23    about the drivers listed in the chart we were just
436:24    looking at?
436:25  A.  Yes; because, as I testified today, we're
437:01    interested in getting to the truth.
437:02  Q.  Okay.  And if you look at the very first
437:03    page of the email we've just marked as Exhibit 3 to
437:04    your deposition, do you see an email from Jennifer
437:05    Mullin at 3:21 p.m. on May 5th?
437:06  A.  Yes.
437:07  Q.  Okay.  And I want to direct your attention
437:08    to the part of the email that begins, "However."
437:09    Do you see that?
437:10  A.  I do.
437:11  Q.  And read that sentence to our jurors, if
437:12    you would, please.
437:13    A.  (Reading:)
437:14    However, 3 of these people
437:15    were deactivated long before
437:16    they were charged with the
437:17    crime and so there is the
437:18    possibility they were NOT on
437:19    the platform at the time.
437:20  Q.  Okay.  And before responding to a
437:21    reporter's question about Uber drivers committing
437:22    sexual assault on an Uber platform, is this
437:23    information that you think is important for everyone
437:24    to know?
437:25  A.  Of course.

| 438:09 - 438:15 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:16 | **HJ_v7p.94** |

438:09  Q.  Can you approximate for us,
438:10    Ms. Hazelbaker, how many times you've corresponded
438:11    with the press on issues about alleged sexual
438:12    assault in Ubers?
438:13  A.  Dozens, if not hundreds.
438:14  Q.  Have you done your level best to be
438:15    truthful?

| 438:17 - 438:17 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:01 | **HJ_v7p.95** |

438:17  A.  Of course.

| 438:22 - 439:12 | **Hazelbaker, Jill 2025-06-17** | 00:00:34 | **HJ_v7p.96** |

438:22  Q.  Do you take your job at Uber seriously?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

438:23  A.  Incredibly.

438:24  Q.  Do you take your responsibilities to

438:25      communicate on safety issues seriously?

439:01  A.  Yes.

439:02  Q.  Why have you stayed at Uber for the last

439:03      10 years?

439:04  A.  Because I think it's a transformative

439:05      company.  I think, as I said earlier, that the

439:06      issues that we get to work on are really

439:07      interesting.

439:08      I think we have an unbelievable real-world

439:09      impact on the people and the cities that we serve.

439:10      And I think that it's a company that grows.  It's a

439:11      company that learns.  And it's a company that

439:12      consistently strives to do better.

| 456:04 - 456:15 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:25 | **HJ_v7p.97** |

456:04  Q.  Ms. Hazelbaker, you've been handed

456:05      Exhibit 4415.  It is a Slack chat or G chat -- some

456:06      kind of a chat between you and Brooke Anderson --

456:07      also on April 30, 2018, the date of the CNN report.

456:08      Correct?

456:09  A.  Yes.

456:10  Q.  And what you write is:

456:11      Needs to say we are doing

456:12      4 billion a year.

456:13      Do you see that?  The page ending -060

456:14      in --

456:15  A.  Correct.

| 457:17 - 459:08 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:01:08 | **HJ_v7p.98** |

457:17  Q.  But what she says is that:

457:18      Apples to apples is 2.3

457:19      billion over the four years.

457:20      Not 4 billion a year.  Right?

457:21  A.  Okay, sure.

457:22  Q.  Okay.  And now, then she goes on to say:

457:23      Keep in mind also that the

457:24      real number is much higher.

457:25      I'll update the statement with

458:01      the stat and share momentarily.

458:02      Right?  Do you see that on Page -061?

**HJ_v7p - HAZELBAKER, JILL - v07p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 458:03  A.  I do. | | |
| | 458:04  Q.  And you write: | | |
| | 458:05       why is real number higher | | |
| | 458:06       meaning unreported? | | |
| | 458:07       Right? | | |
| | 458:08  A.  I see that. | | |
| | 458:09  Q.  You thought that the real number was | | |
| | 458:10       higher because of unreported sexual assaults. | | |
| | 458:11       Right? | | |
| | 458:12  A.  I'm speculating here, I don't know. | | |
| | 458:13  Q.  Brooke writes next: | | |
| | 458:14       The number of sexual | | |
| | 458:15       assaults that have taken place | | |
| | 458:16       over four years with Uber is | | |
| | 458:17       WAY higher.  gus and kate are | | |
| | 458:18       going to provide us with a | | |
| | 458:19       report for internal review for | | |
| | 458:20       the latest. | | |
| | 458:21       Right? | | |
| | 458:22  A.  Okay. | | |
| | 458:23  Q.  And then you ask: | | |
| | 458:24       Way higher, as in 4x, 5x? | | |
| | 458:25       Right? | | |
| | 459:01  A.  Okay. | | |
| | 459:02  Q.  Meaning, four or five times what CNN's | | |
| | 459:03       reporting.  Right? | | |
| | 459:04  A.  Okay. | | |
| | 459:05  Q.  Because you really just don't have any | | |
| | 459:06       idea.  Right? | | |
| | 459:07  A.  Well, I'm asking a question.  What's -- | | |
| | 459:08       how much higher is it? | | |
| 460:03 - 460:10 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:16 | **HJ_v7p.99** |
| | 460:03       page ending -062 here in Exhibit 4415, Brooke says: | | |
| | 460:04       The last time we checked, | | |
| | 460:05       we're talking about -- and she | | |
| | 460:06       capitalizes it, all caps -- | | |
| | 460:07       THOUSANDS of sexual assaults in | | |
| | 460:08       that time period. | | |
| | 460:09       Do you see that? | | |
| | 460:10  A.  I do. | | |

**HJ_v7p - HAZELBAKER, JILL - v07p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 461:25 - 462:06 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:13 | **HJ_v7p.100** |

| | |
|---|---|
| 461:25 | And the last time I |
| 462:01 | checked with Kate, we had about |
| 462:02 | 100+ alleged rapes in the last |
| 462:03 | quarter alone -- and believe |
| 462:04 | that's just rape. |
| 462:05 | Right? |
| 462:06 A. | That's what she's saying.  Yes. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 465:06 - 465:12 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:23 | **HJ_v7p.101** |

| | |
|---|---|
| 465:06 Q. | Ms. Hazelbaker, you've been handed a |
| 465:07 | document marked as Exhibit 4416.  This is a couple |
| 465:08 | of emails, beginning with your email called |
| 465:09 | "transparency report/safety campaign" from April 12, |
| 465:10 | 2019, which is almost a year after the CNN article. |
| 465:11 | Correct? |
| 465:12 A. | Correct. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 465:23 - 466:23 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:35 | **HJ_v7p.102** |

| | |
|---|---|
| 465:23 | What you write is: |
| 465:24 | Separately, I want to |
| 465:25 | ensure that we are all aligned |
| 466:01 | that this launch should not be |
| 466:02 | a consumer moment. |
| 466:03 | Do you see that? |
| 466:04 A. | I do. |
| 466:05 Q. | That's what you wrote in April of 2019 |
| 466:06 | about the safety report, correct? |
| 466:07 A. | Correct. |
| 466:08 | Q.  (Reading:) |
| 466:09 | While our day-of plan will |
| 466:10 | naturally include things like a |
| 466:11 | landing page and a social |
| 466:12 | strategy, my strong view is |
| 466:13 | that we want to manage consumer |
| 466:14 | attention, not invite it. |
| 466:15 | Correct? |
| 466:16 A. | Correct. |
| 466:17 | Q.  (Continued reading:) |
| 466:18 | On the PR side, our goal |
| 466:19 | will be to shut down the press |
| 466:20 | cycle in 24-48 hours for a |

**PLF Affirmative**    **DEF Counter**

**HJ_v7p - HAZELBAKER, JILL - v07p_As-Played in Court 01/14/2026**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 466:21    whole host of reasons.... | | |
| | 466:22    Right? | | |
| | 466:23  A.  Correct. | | |
| 486:13 - 486:16 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:09 | **HJ_v7p.103** |
| | 486:13    It's a Slack between you and Matt Kallman | | |
| | 486:14    on December 5, 2019, which is the date that the | | |
| | 486:15    safety report came out. | | |
| | 486:16  A.  Okay. | | |
| 488:06 - 488:12 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:10 | **HJ_v7p.104** |
| | 488:06  Q.  And then there's a link to a New York | | |
| | 488:07    Times article about the safety report.  Correct? | | |
| | 488:08  A.  Yes. | | |
| | 488:09  Q.  And you write: | | |
| | 488:10    How do we feel? | | |
| | 488:11    Right? | | |
| | 488:12  A.  Yes. | | |
| 488:16 - 488:25 | **Hazelbaker, Jill 2025-06-17 - PIP MP4** | 00:00:13 | **HJ_v7p.105** |
| | 488:16  Q.  And what's your next question after that | | |
| | 488:17    to Mr. Kallman? | | |
| | 488:18  A.  "How's stock in after hours." | | |
| | 488:19  Q.  "How is stock in after hours."  Right? | | |
| | 488:20  A.  Yeah. | | |
| | 488:21  Q.  Meaning Uber stock in after hours. | | |
| | 488:22  A.  Yeah. | | |
| | 488:23    Q.  Right? | | |
| | 488:24    And he writes down "1.2."  Right? | | |
| | 488:25  A.  Yeah. | | |

| | |
|---|---|
| PLF Affirmative | 00:22:48 |
| DEF Counter | 00:15:54 |
| **TOTAL RUN TIME** | **00:38:43** |