# COURT EXHIBIT 3B

Jill Hazelbaker Deposition Exhibit Chart

| Trial Exhibit Number | Deposition Exhibit Number | Deposition Exhibit Description |
|---|---|---|
| P-00300 | JCCP 4416 | UBER_JCCP_MDL_003664785 |
| P-01037 | 1169 | UBER_JCCP_MDL_001628777 |
| P-01039 | 1171 | UBER_JCCP_MDL_001863101 |
| P-01044 | 1176 | UBER_JCCP_MDL_000483971 |
| P-01054 | 1187 | UBER_JCCP_MDL_003945068 |
| P-01066 | JCCP 4400 | Jill Hazelbaker Deposition Exhibit 4400 |
| P-01072 | JCCP 4406 | UBER000066207 |
| P-01081 | JCCP 4415 | UBER_JCCP_MDL_003945059 |