Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Christopher V. Cotton (Admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*E.B. vs. Uber Technologies, Inc., et al.,* No. 3:25-cv-04526-CRB | Case No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING REQUEST FOR PLAINTIFF E.B. TO PAY DEFENDANTS' FEES & COSTS ASSOCIATED WITH DUPLICATE FILING**<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: Courtroom 6-17th Floor |

WHEREAS, on October 14, 2025, Defendants filed a Motion to Dismiss Duplicate Cases that included the above-captioned matter involving Plaintiff E.B., represented by the Pulaski Law Firm, PLLC. ECF 4145.

WHEREAS, that Motion included a request that this court exercise its authority to order four Plaintiffs, including E.B., to show cause why they or their counsel should not be ordered to pay Defendants' reasonable attorneys' fees incurred to file their Motion to Dismiss. *Id.* at 6.

WHEREAS, on December 2, 2025, this Court ordered four Plaintiffs, including E.B., to show cause by December 19 "why they should not be required to pay Defendants' reasonable attorneys' fees and costs of $16,278 incurred to file Defendants' Motion to Dismiss Duplicative Cases." ECF 4501.

WHEREAS, Plaintiff E.B. filed a response to that order to show cause on December 19, 2025. ECF 4734.

WHEREAS, counsel for Defendants and counsel for Plaintiff E.B. subsequently met and conferred further and have resolved the dispute as to payment of reasonable fees and costs from Plaintiff E.B.

WHEREAS, Defendants hereby withdraw any request that Plaintiff E.B. be ordered to pay Defendants' reasonable attorneys' fees incurred to file their Motion to Dismiss.

WHEREAS, Defendants continue to maintain that the other three Plaintiffs subject to their Motion have not shown good cause why they should not be ordered to pay Defendants' reasonable attorneys' fees incurred to file their Motion. In recognition of their withdrawal of the fee request as to Plaintiff E.B., Defendants reduce the amount of the requested fees by 25%, to $12,205.50.

**IT IS SO STIPULATED.**

DATED: January 14, 2025                    Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Christopher V. Cotton*

CHRISTOPHER V. COTTON

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PULASKI KHERKHER, PLLC**

By: /s/ *D. Douglas Grubbs*

D. Douglas Grubbs (Admitted Pro Hac Vice)
Adam K. Pulaski (Admitted Pro Hac Vice)
2925 Richmond Avenue, Suite 1725
Houston, Texas 77098
Tel: 713-664-4555
Facsimile: 713-664-7543
dgrubbs@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Counsel for Plaintiff*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: January 14, 2026

                                         /s/ Christopher V. Cotton
                                         Christopher V. Cotton

[~~PROPOSED~~] **ORDER**

  **IT IS SO ORDERED.**

Dated: January 15, 2026

                _____
                Honorable Charles R. Breyer
                United States District Judge