**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE UNDISCLOSED EXPERT OPINIONS**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom: Courtroom 6 – 17th Floor<br><br>Trial Date: January 13, 2026 |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

**PHOENIX DIVISION**

| | |
|---|---|
| JAYLYNN DEAN,<br><br>Plaintiff,<br><br>v. UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants | CASE NO. 25-cv-4276-PHX-CRB<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom: 501 |

**DECLARATION OF LAURA VARTAIN HORN**

I, Laura Vartain Horn, declare as follows:

1.      I am an attorney at law and duly licensed to practice before the U.S. District Court for the Northern District of California, and am admitted to practice *pro hac vice* before this Court in the U.S. District Court of Arizona. I am a partner at the law firm of Kirkland & Ellis LLP and an attorney of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" or "Defendants"). I have personal knowledge of the facts set forth in this Declaration and, if called to testify as a witness, could and would do so under oath.

2.      I submit this declaration in support of Defendants' Motion to Strike Dr. Minette Drumwright's Undisclosed Expert Opinions in *Jaylynn Dean v. Uber Technologies Inc., et al.*, N.D. Cal. No. 23-md-03084; D. Ariz. No. 25-cv-4276.

3.      Attached to this Declaration as **Exhibit A** is a true and correct copy of the January 12, 2026, Corrected Supplemental Materials Considered List of Dr. Minette E. Drumwright.

4.      Attached to this Declaration as **Exhibit B** is a true and correct copy of Trial Exhibit P-00176, identified as bates number UBER_JCCP_MDL_003405397.

5.      Attached to this Declaration as **Exhibit C** is a true and correct copy of Trial Exhibit P-01572, identified as bates number UBER_JCCP_MDL_000157415.

6.      Attached to this Declaration as **Exhibit D** is a true and correct copy of Trial Exhibit P-04506, identified as bates number UBER_JCCP_MDL_004806867.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 15, 2026.

*/s/ Laura Vartain Horn*
Laura Vartain Horn