# EXHIBIT A

**Supplemental Materials Considered List of Dr. Minette Drumwright**

Documents
"The History of Uber." Uber. https://www.uber.com/newsroom/history/
Delaration of Christopher D. Cox in Support of Defendants' Response to Plaintiff's Motion in Limine No. 8
Holly Kearl, The Facts Behind the #metoo Movement: A National Study on Sexual Harrassment and Assault NSVRC Statistics
Social media post from Uber - rider safety features
Supplemental (Corrected) Expert Report of John Chandler, Ph.D.
The National Intimate Partner and Sexual Violence Survey, CDC, 2015 Data Brief - Updated Release
The National Intimate Partner and Sexual Violence Survey, CDC, 2016/2017 Report on Sexual Violence
UBER_00510964
UBER_JCCP_MDL_000000960
UBER_JCCP_MDL_000000960
UBER_JCCP_MDL_000000980
UBER_JCCP_MDL_000000980
UBER_JCCP_MDL_000031085
UBER_JCCP_MDL_000031085
UBER_JCCP_MDL_000035077
UBER_JCCP_MDL_000043990
UBER_JCCP_MDL_000056130
UBER_JCCP_MDL_000095992
UBER_JCCP_MDL_000157415
UBER_JCCP_MDL_000159491
UBER_JCCP_MDL_000159491
UBER_JCCP_MDL_000172204
UBER_JCCP_MDL_000172793
UBER_JCCP_MDL_000183690
UBER_JCCP_MDL_000198944
UBER_JCCP_MDL_000199968
UBER_JCCP_MDL_000217964
UBER_JCCP_MDL_000250170
UBER_JCCP_MDL_000250691
UBER_JCCP_MDL_000250691
UBER_JCCP_MDL_000250826
UBER_JCCP_MDL_000250826
UBER_JCCP_MDL_000252410
UBER_JCCP_MDL_000254982
UBER_JCCP_MDL_000322925
UBER_JCCP_MDL_000324845
UBER_JCCP_MDL_000324845
UBER_JCCP_MDL_000337623
UBER_JCCP_MDL_000420202
UBER_JCCP_MDL_000454790

UBER_JCCP_MDL_000490080
UBER_JCCP_MDL_000502028
UBER_JCCP_MDL_000509527
UBER_JCCP_MDL_000509527
UBER_JCCP_MDL_000532114
UBER_JCCP_MDL_000889155
UBER_JCCP_MDL_000889155
UBER_JCCP_MDL_000908805
UBER_JCCP_MDL_000914948
UBER_JCCP_MDL_001261226
UBER_JCCP_MDL_001283906
UBER_JCCP_MDL_001593304
UBER_JCCP_MDL_001661343
UBER_JCCP_MDL_001729997
UBER_JCCP_MDL_001732404
UBER_JCCP_MDL_001866649
UBER_JCCP_MDL_002096546
UBER_JCCP_MDL_002321649
UBER_JCCP_MDL_002321649
UBER_JCCP_MDL_002322958
UBER_JCCP_MDL_002622333
UBER_JCCP_MDL_002648735
UBER_JCCP_MDL_002648735
UBER_JCCP_MDL_002648752
UBER_JCCP_MDL_002648752
UBER_JCCP_MDL_002655853
UBER_JCCP_MDL_002655853
UBER_JCCP_MDL_002655853
UBER_JCCP_MDL_003019132
UBER_JCCP_MDL_003040649
UBER_JCCP_MDL_003042837
UBER_JCCP_MDL_003046461
UBER_JCCP_MDL_003273474
UBER_JCCP_MDL_003281854
UBER_JCCP_MDL_003292945
UBER_JCCP_MDL_003343766
UBER_JCCP_MDL_003347376
UBER_JCCP_MDL_003399309
UBER_JCCP_MDL_003405397
UBER_JCCP_MDL_003405397
UBER_JCCP_MDL_003602990
UBER_JCCP_MDL_003603034
UBER_JCCP_MDL_003742287
UBER_JCCP_MDL_004806867

UBER_JCCP_MDL_004989798
UBER_JCCP_MDL_005025910
UBER_JCCP_MDL_005031659
UBER_JCCP_MDL_005323582
UBER_JCCP_MDL_005323582
UBER_JCCP_MDL_005377418
UBER_JCCP_MDL_005730063
UBER_JCCP_MDL_005784104
UBER_JCCP_MDL_005784105
UBER_JCCP_MDL_005784105
UBER_JCCP_MDL_005784106
UBER_JCCP_MDL_005784106
UBER_JCCP_MDL_005784107
UBER_JCCP_MDL_005784107
UBER_JCCP_MDL_005784108
UBER_JCCP_MDL_005784108
UBER_JCCP_MDL_005784109
UBER_JCCP_MDL_005784109
UBER_JCCP_MDL_005784110
UBER_JCCP_MDL_005784110
UBER000120814
UBER000124790
UBER000199202
UBER000234361
UBER-MDL3084-000002770
UBER-MDL3084-000066900
UBER-MDL3084-000067465
UBER-MDL3084-000067465
UBER-MDL3084-000078461
UBER-MDL3084-000080978
UBER-MDL3084-000114641
UBER-MDL3084-000114641
UBER-MDL3084-000277363
UBER-MDL3084-00027767
UBER-MDL3084-000366987
UBER-MDL3084-BW-00054160
UBER_JCCP_MDL_000202080