# EXHIBIT C

# UBER_JCCP_MDL_000157415

## Metadata

| | | |
|---|---|---|
| **#Author** | jgoodman@uber.com | SEMANTIC |
| **#Date Modified** | 10/02/2023 | SEMANTIC |
| **#DateCreated** | 12/13/2017 | SEMANTIC |
| **#Title** | [FINAL] Stand for Safety - 2018 Strategy and Plan | SEMANTIC |
| **Account** | kaiser@uber.com | SEMANTIC |
| **All Custodians** | Kaiser, Roger;Kawada Page, Jodi;Parker, Kate | SEMANTIC |
| **All Paths** | Kaiser, Roger: \JCCP_DRIVE005\JCCP_Drive005_73.zip; Kaiser, Roger: \JCCP_DRIVE005\JCCP_Drive005_73.zip; Kawada Page, Jodi: \JCCP_DRIVE005\JCCP_Drive005_73.zip; Kawada Page, Jodi: \JCCP_DRIVE005\JCCP_Drive005_73.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_13.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_13.zip | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Attachment Names** | ppt | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000157415 | SEMANTIC |
| **Collaborators** | meredith.moore@uber.com; dennis.cinelli@uber.com; chantelle.uys@uber.com; helen@uber.com; carrol@uber.com; gus@uber.com; hollis@uber.com; dportugal@uber.com; jennyluu@uber.com; charlotte.abid@uber.com; amr@uber.com; todd.gaddis@uber.com; whaling@uber.com; andrew.moon@uber.com; binnings@uber.com; nilles@uber.com; rcrowley@uber.com; kateparker@uber.com; troys@uber.com; alastair@uber.com; dimas@uber.com; ngreene@uber.com; ksengupta@uber.com; abyrne@uber.com; haas@uber.com; ammad@uber.com; amartya@uber.com; carley@uber.com; susanmahd@uber.com; bruce.yan@uber.com; jeb@uber.com; carolyn.vespa@uber.com; ruben@uber.com; frank@uber.com; akankshu@uber.com; hahn@uber.com; carolina.corral@uber.com; kaminski@uber.com; nick.silver@uber.com; kaiser@uber.com; tforan@uber.com; samarth.kejriwal@uber.com; jess.donald@uber.com; vaibhav@uber.com; bmontu@uber.com; parr@uber.com; sunny.wong@uber.com; jena@uber.com; xiaoxiao.tan@uber.com; bmar@uber.com; dreid@uber.com; mccann@uber.com; christean.gutierrez@uber.com; drivestorage2@uber.com; dbogadi@uber.com; mckelvy@uber.com; safety-insurance-eng@uber.com; stand-for-safety-steering@uber.com; safety-insurance-product@uber.com; safety-insurance-eng-leads@uber.com; safety-insurance-marketing@uber.com; safety-insurance-leadership@uber.com; safety-insurance-bi@uber.com; elt@uber.com; UNKNOWN | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 12/13/2017 10:24 pm | SEMANTIC |
| **DocID** | 1jLZt1_6-Ri18iyCrltjV3hCVermzb2pTWaeU0rKhb0s | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000157415 | SEMANTIC |
| **File Path** | \JCCP_DRIVE005\JCCP_Drive005_73.zip | SEMANTIC |
| **File Size** | 29270517 | SEMANTIC |
| **Filename** | -FINAL- Stand for Safety - 2018 Strategy and Plan_1jLZt1_6-Ri18iyCrltjV3hCVermzb2pTWaeU0rKhb0s.pptx | SEMANTIC |
| **GoogleDocumentType** | PRESENTATION | SEMANTIC |
| **Hash Value** | 33a4f838ce3525f76d70037a5e263b76 | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000157415;UBER_JCCP_MDL_000157415.0001;UBER_JCCP_MDL_000157415.0002;UBER_JCCP_MDL_000157415.0003;UBER_JCCP_MDL_000157415.0004;UBER_JCCP_MDL_000157415.0005;UBER_JCCP_MDL_000157415.0006;UBER_JCCP_MDL_000157415.0007;UBER_JCCP_MDL_000157415.0008;UBER_JCCP_MDL_000157415.0009;UBER_JCCP_MDL_000157415.0010;UBER_JCCP_MDL_000157415.0011;UBER_JCCP_MDL_000157415.0012;UBER_JCCP_MDL_000157415.0013;UBER_JCCP_MDL_000157415.0014;UBER_JCCP_MDL_000157415.0015;UBER_JCCP_MDL_000157415.0016;UBER_JCCP_MDL_000157415.0017;UBER_JCCP_MDL_000157415.0018;UBER_JCCP_MDL_000157415.0019;UBER_JCCP_MDL_000157415.0020;UBER_JCCP_MDL_000157415.0021;UBER_JCCP_MDL_000157415.0022;UBER_JCCP_MDL_000157415.0023;UBER_JCCP_MDL_000157415.0024;UBER_JCCP_MDL_000157415.0025;UBER_JCCP_MDL_000157415.0026;UBER_JCCP_MDL_000157415.0027;UBER_JCCP_MDL_000157415.0028;UBER_JCCP_MDL_000157415.0029;UBER_JCCP_MDL_000157415.0030;UBER_JCCP_MDL_000157415.0031;UBER_JCCP_MDL_000157415.0032;UBER_JCCP_MDL_000157415.0033;UBER_JCCP_MDL_000157415.0034;UBER_JCCP_MDL_000157415.0035;UBER_JCCP_MDL_000157415.0036;UBER_JCCP_MDL_000157415.0037;UBER_JCCP_MDL_000157415.0038;UBER_JCCP_MDL_000157415.0039;UBER_JCCP_MDL_000157415.0040;UBER_JCCP_MDL_000157415.0041;UBER_JCCP_MDL_000157415.0042;UBER_JCCP_MDL_000157415.0043;UBER_JCCP_MDL_000157415.0044;UBER_JCCP_MDL_000157415.0045;UBER_JCCP_MDL_000157415.0046;UBER_JCCP_MDL_000157415.0047;UBER_JCCP_MDL_000157415.0048;UBER_JCCP_MDL_000157415.0049;UBER_JCCP_MDL_000157415.0050;UBER_JCCP_MDL_000157415.0 | SEMANTIC |

**Trial Exhibit No.**
**P-01572**

| | | |
|---|---|---|
| 051;UBER_JCCP_MDL_000157415.0052;UBER_JCCP_MDL_000157415.0053;UBER_JCCP_MDL_000157415.0054;UBER_JCCP_MDL_000157415.0055;UBER_JCCP_MDL_000157415.0056;UBER_JCCP_MDL_000157415.0057;UBER_JCCP_MDL_000157415.0058;UBER_JCCP_MDL_000157415.0059;UBER_JCCP_MDL_000157415.0060;UBER_JCCP_MDL_000157415.0061;UBER_JCCP_MDL_000157415.0062;UBER_JCCP_MDL_000157415.0063;UBER_JCCP_MDL_000157415.0064;UBER_JCCP_MDL_000157415.0065;UBER_JCCP_MDL_000157415.0066;UBER_JCCP_MDL_000157415.0067;UBER_JCCP_MDL_000157415.0068;UBER_JCCP_MDL_000157415.0069;UBER_JCCP_MDL_000157415.0070;UBER_JCCP_MDL_000157415.0071;UBER_JCCP_MDL_000157415.0072;UBER_JCCP_MDL_000157415.0073;UBER_JCCP_MDL_000157415.0074;UBER_JCCP_MDL_000157415.0075;UBER_JCCP_MDL_000157415.0076;UBER_JCCP_MDL_000157415.0077;UBER_JCCP_MDL_000157415.0078;UBER_JCCP_MDL_000157415.0079;UBER_JCCP_MDL_000157415.0080;UBER_JCCP_MDL_000157415.0081;UBER_JCCP_MDL_000157415.0082;UBER_JCCP_MDL_000157415.0083;UBER_JCCP_MDL_000157415.0084;UBER_JCCP_MDL_000157415.0085;UBER_JCCP_MDL_000157415.0086;UBER_JCCP_MDL_000157415.0087;UBER_JCCP_MDL_000157415.0088;UBER_JCCP_MDL_000157415.0089;UBER_JCCP_MDL_000157415.0090;UBER_JCCP_MDL_000157415.0091;UBER_JCCP_MDL_000157415.0092;UBER_JCCP_MDL_000157415.0093;UBER_JCCP_MDL_000157415.0094;UBER_JCCP_MDL_000157415.0095;UBER_JCCP_MDL_000157415.0096;UBER_JCCP_MDL_000157415.0097;UBER_JCCP_MDL_000157415.0098;UBER_JCCP_MDL_000157415.0099;UBER_JCCP_MDL_000157415.0100;UBER_JCCP_MDL_000157415.0101;UBER_JCCP_MDL_000157415.0102;UBER_JCCP_MDL_000157415.0103;UBER_JCCP_MDL_000157415.0104;UBER_JCCP_MDL_000157415.0105;UBER_JCCP_MDL_000157415.0106;UBER_JCCP_MDL_000157415.0107;UBER_JCCP_MDL_000157415.0108;UBER_JCCP_MDL_000157415.0109;UBER_JCCP_MDL_000157415.0110;UBER_JCCP_MDL_000157415.0111;UBER_JCCP_MDL_000157415.0112;UBER_JCCP_MDL_000157415.0113;UBER_JCCP_MDL_000157415.0114;UBER_JCCP_MDL_000157415.0115;UBER_JCCP_MDL_000157415.0116;UBER_JCCP_MDL_000157415.0117;UBER_JCCP_MDL_000157415.0118;UBER_JCCP_MDL_000157415.0119;UBER_JCCP_MDL_000157415.0120;UBER_JCCP_MDL_000157415.0121;UBER_JCCP_MDL_000157415.0122;UBER_JCCP_MDL_000157415.0123;UBER_JCCP_MDL_000157415.0124;UBER_JCCP_MDL_000157415.0125;UBER_JCCP_MDL_000157415.0126;UBER_JCCP_MDL_000157415.0127;UBER_JCCP_MDL_000157415.0128;UBER_JCCP_MDL_000157415.0129;UBER_JCCP_MDL_000157415.0130;UBER_JCCP_MDL_000157415.0131;UBER_JCCP_MDL_000157415.0132;UBER_JCCP_MDL_000157415.0133;UBER_JCCP_MDL_000157415.0134;UBER_JCCP_MDL_000157415.0135;UBER_JCCP_MDL_000157415.0136;UBER_JCCP_MDL_000157415.0137;UBER_JCCP_MDL_000157415.0138;UBER_JCCP_MDL_000157415.0139;UBER_JCCP_MDL_000157415.0140;UBER_JCCP_MDL_000157415.0141;UBER_JCCP_MDL_000157415.0142;UBER_JCCP_MDL_000157415.0143;UBER_JCCP_MDL_000157415.0144;UBER_JCCP_MDL_000157415.0145;UBER_JCCP_MDL_000157415.0146;UBER_JCCP_MDL_000157415.0147;UBER_JCCP_MDL_000157415.0148;UBER_JCCP_MDL_000157415.0149;UBER_JCCP_MDL_000157415.0150;UBER_JCCP_MDL_000157415.0151;UBER_JCCP_MDL_000157415.0152;UBER_JCCP_MDL_000157415.0153;UBER_JCCP_MDL_000157415.0154;UBER_JCCP_MDL_000157415.0155;UBER_JCCP_MDL_000157415.0156;UBER_JCCP_MDL_000157415.0157;UBER_JCCP_MDL_000157415.0158;UBER_JCCP_MDL_000157415.0159;UBER_JCCP_MDL_000157415.0160;UBER_JCCP_MDL_000157415.0161;UBER_JCCP_MDL_000157415.0162;UBER_JCCP_MDL_000157415.0163;UBER_JCCP_MDL_000157415.0164;UBER_JCCP_MDL_000157415.0165;UBER_JCCP_MDL_000157415.0166;UBER_JCCP_MDL_000157415.0167;UBER_JCCP_MDL_000157415.0168;UBER_JCCP_MDL_000157415.0169;UBER_JCCP_MDL_000157415.0170;UBER_JCCP_MDL_000157415.0171;UBER_JCCP_MDL_000157415.0172;UBER_JCCP_MDL_000157415.0173;UBER_JCCP_MDL_000157415.0174;UBER_JCCP_MDL_000157415.0175;UBER_JCCP_MDL_000157415.0176;UBER_JCCP_MDL_000157415.0177;UBER_JCCP_MDL_000157415.0178;UBER_JCCP_MDL_000157415.0179;UBER_JCCP_MDL_000157415.0180;UBER_JCCP_MDL_000157415.0181;UBER_JCCP_MDL_000157415.0182;UBER_JCCP_MDL_000157415.0183;UBER_JCCP_MDL_000157415.0184;UBER_JCCP_MDL_000157415.0185 | | |
| **ILS Document Date** | 10/02/2023 | SEMANTIC |
| **ILS Prod Date** | 2/11/2025 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL098 | SEMANTIC |
| **LINKSOURCEBEGBATES** | UBER_JCCP_MDL_000077869; UBER_JCCP_MDL_000077870; UBER_JCCP_MDL_000077871; UBER_JCCP_MDL_000081613; UBER_JCCP_MDL_000086565; UBER_JCCP_MDL_000089591; UBER_JCCP_MDL_000089623; UBER_JCCP_MDL_000109170; UBER_JCCP_MDL_000111040; UBER_JCCP_MDL_000112341; UBER_JCCP_MDL_000112488; UBER_JCCP_MDL_000115565; UBER_JCCP_MDL_000121072; UBER_JCCP_MDL_000129771; UBER_JCCP_MDL_000131632; UBER_JCCP_MDL_000131891; UBER_JCCP_MDL_000131903; UBER_JCCP_MDL_000136543; UBER_JCCP_MDL_000136554; UBER_JCCP_MDL_000143280; UBER_JCCP_MDL_000146818; UBER_JCCP_MDL_000155793; UBER_JCCP_MDL_000162134; UBER_JCCP_MDL_000162219; UBER_JCCP_MDL_000170789; UBER_JCCP_MDL_000175902; UBER_JCCP_MDL_000185826; UBER_JCCP_MDL_000185834; UBER_JCCP_MDL_000302079; UBER_JCCP_MDL_000302080; UBER_JCCP_MDL_000302081; UBER_JCCP_MDL_000307424; UBER_JCCP_MDL_000314134; UBER_JCCP_MDL_000314816; UBER_JCCP_MDL_000315083; UBER_JCCP_MDL_000315402; UBER_JCCP_MDL_000317591; UBER_JCCP_MDL_000317592; UBER_JCCP_MDL_000317593; UBER_JCCP_MDL_000321285; UBER_JCCP_MDL_000326024; UBER_JCCP_MDL_000331585; UBER_JCCP_MDL_000331586; UBER_JCCP_MDL_000331587; UBER_JCCP_MDL_000331588; UBER_JCCP_MDL_000331589; | SEMANTIC |

UBER_JCCP_MDL_000331590; UBER_JCCP_MDL_000433867;
UBER_JCCP_MDL_000442931; UBER_JCCP_MDL_000444058;
UBER_JCCP_MDL_000666908; UBER_JCCP_MDL_000923062;
UBER_JCCP_MDL_000923232; UBER_JCCP_MDL_000952405;
UBER_JCCP_MDL_000952457; UBER_JCCP_MDL_001075149;
UBER_JCCP_MDL_001085362; UBER_JCCP_MDL_001088341;
UBER_JCCP_MDL_001088529; UBER_JCCP_MDL_001088573;
UBER_JCCP_MDL_001088576; UBER_JCCP_MDL_001088584;
UBER_JCCP_MDL_001090169; UBER_JCCP_MDL_001101120;
UBER_JCCP_MDL_001109827; UBER_JCCP_MDL_001317285;
UBER_JCCP_MDL_001352383; UBER_JCCP_MDL_001352591;
UBER_JCCP_MDL_001378224; UBER_JCCP_MDL_001378403;
UBER_JCCP_MDL_001387364; UBER_JCCP_MDL_001387697;
UBER_JCCP_MDL_001432884; UBER_JCCP_MDL_001437776;
UBER_JCCP_MDL_001447746; UBER_JCCP_MDL_001493676;
UBER_JCCP_MDL_001493688; UBER_JCCP_MDL_001510064;
UBER_JCCP_MDL_001524825; UBER_JCCP_MDL_001525277;
UBER_JCCP_MDL_001525321; UBER_JCCP_MDL_001546232;
UBER_JCCP_MDL_001546247; UBER_JCCP_MDL_001554698;
UBER_JCCP_MDL_001554796; UBER_JCCP_MDL_001562992;
UBER_JCCP_MDL_001563000; UBER_JCCP_MDL_001579096;
UBER_JCCP_MDL_001581151; UBER_JCCP_MDL_001581303;
UBER_JCCP_MDL_001589963; UBER_JCCP_MDL_001590428;
UBER_JCCP_MDL_001591926; UBER_JCCP_MDL_001634448;
UBER_JCCP_MDL_001710829; UBER_JCCP_MDL_001715284;
UBER_JCCP_MDL_001724689; UBER_JCCP_MDL_001727222;
UBER_JCCP_MDL_001789055; UBER_JCCP_MDL_001805473;
UBER_JCCP_MDL_001839511; UBER_JCCP_MDL_001839512;
UBER_JCCP_MDL_001839513; UBER_JCCP_MDL_001874640;
UBER_JCCP_MDL_001875284; UBER_JCCP_MDL_001875304;
UBER_JCCP_MDL_001925656; UBER_JCCP_MDL_001979097;
UBER_JCCP_MDL_001980889; UBER_JCCP_MDL_001981014;
UBER_JCCP_MDL_001981035; UBER_JCCP_MDL_001981120;
UBER_JCCP_MDL_001985897; UBER_JCCP_MDL_001986003;
UBER_JCCP_MDL_001995165; UBER_JCCP_MDL_002000217;
UBER_JCCP_MDL_002042733; UBER_JCCP_MDL_002042777;
UBER_JCCP_MDL_002042831; UBER_JCCP_MDL_002061596;
UBER_JCCP_MDL_002061602; UBER_JCCP_MDL_002105533;
UBER_JCCP_MDL_002105543; UBER_JCCP_MDL_002129321;
UBER_JCCP_MDL_002129429; UBER_JCCP_MDL_002207178;
UBER_JCCP_MDL_002218312; UBER_JCCP_MDL_002218398;
UBER_JCCP_MDL_002218434; UBER_JCCP_MDL_002218435;
UBER_JCCP_MDL_002219971; UBER_JCCP_MDL_002220005;
UBER_JCCP_MDL_002220006; UBER_JCCP_MDL_002220007;
UBER_JCCP_MDL_002220008; UBER_JCCP_MDL_002220009;
UBER_JCCP_MDL_002220010; UBER_JCCP_MDL_002416092;
UBER_JCCP_MDL_002416568; UBER_JCCP_MDL_002420405;
UBER_JCCP_MDL_002453449; UBER_JCCP_MDL_002501403;
UBER_JCCP_MDL_002533724; UBER_JCCP_MDL_002533725;
UBER_JCCP_MDL_002720450; UBER_JCCP_MDL_002720452;
UBER_JCCP_MDL_002720453; UBER_JCCP_MDL_002720454;
UBER_JCCP_MDL_002720868; UBER_JCCP_MDL_002726819;
UBER_JCCP_MDL_002726822; UBER_JCCP_MDL_002728941;
UBER_JCCP_MDL_002729939; UBER_JCCP_MDL_003014114;
UBER_JCCP_MDL_003247727; UBER_JCCP_MDL_003367772;
UBER_JCCP_MDL_003371375; UBER_JCCP_MDL_003441309;
UBER_JCCP_MDL_003441401; UBER_JCCP_MDL_003443724;
UBER_JCCP_MDL_003444513; UBER_JCCP_MDL_003444543;
UBER_JCCP_MDL_003444687; UBER_JCCP_MDL_003671958;
UBER_JCCP_MDL_003671961; UBER_JCCP_MDL_003696365;
UBER_JCCP_MDL_003697567; UBER_JCCP_MDL_003697568;
UBER_JCCP_MDL_003697569; UBER_JCCP_MDL_003697570;
UBER_JCCP_MDL_003697571; UBER_JCCP_MDL_003697572;
UBER_JCCP_MDL_003703592; UBER_JCCP_MDL_003703594;
UBER_JCCP_MDL_003703612; UBER_JCCP_MDL_003703682;
UBER_JCCP_MDL_003703696; UBER_JCCP_MDL_003703718;
UBER_JCCP_MDL_003703757; UBER_JCCP_MDL_003703818;
UBER_JCCP_MDL_003703878; UBER_JCCP_MDL_003703987;
UBER_JCCP_MDL_003704155; UBER_JCCP_MDL_003709185;
UBER_JCCP_MDL_003736742; UBER_JCCP_MDL_003991511;
UBER_JCCP_MDL_003991512; UBER_JCCP_MDL_003991513;
UBER_JCCP_MDL_003991514; UBER_JCCP_MDL_003991515;
UBER_JCCP_MDL_003991516; UBER_JCCP_MDL_004020758;
UBER_JCCP_MDL_004025132; UBER_JCCP_MDL_004025133;
UBER_JCCP_MDL_004025134; UBER_JCCP_MDL_004045591;
UBER_JCCP_MDL_004045593; UBER_JCCP_MDL_004045595;
UBER_JCCP_MDL_004050137; UBER_JCCP_MDL_004050138;
UBER_JCCP_MDL_004050139; UBER_JCCP_MDL_004054426;
UBER_JCCP_MDL_004054427; UBER_JCCP_MDL_004054428;
UBER_JCCP_MDL_004054429; UBER_JCCP_MDL_004054430;
UBER_JCCP_MDL_004054431; UBER_JCCP_MDL_004059222;
UBER_JCCP_MDL_004059224; UBER_JCCP_MDL_004059226;
UBER_JCCP_MDL_004059227; UBER_JCCP_MDL_004059229;
UBER_JCCP_MDL_004059231; UBER_JCCP_MDL_004059232;
UBER_JCCP_MDL_004059234; UBER_JCCP_MDL_004059236;
UBER_JCCP_MDL_004082669; UBER_JCCP_MDL_004082670;
UBER_JCCP_MDL_004082671; UBER_JCCP_MDL_004082756;
UBER_JCCP_MDL_004082893; UBER_JCCP_MDL_004083170;

| | | |
|---|---|---|
| | UBER_JCCP_MDL_004083629; UBER_JCCP_MDL_004085523;<br>UBER_JCCP_MDL_004085566; UBER_JCCP_MDL_004085762;<br>UBER_JCCP_MDL_004085775; UBER_JCCP_MDL_004086422;<br>UBER_JCCP_MDL_004086427; UBER_JCCP_MDL_004086428;<br>UBER_JCCP_MDL_004086486; UBER_JCCP_MDL_004086845;<br>UBER_JCCP_MDL_004086848; UBER_JCCP_MDL_004101617;<br>UBER_JCCP_MDL_004101618; UBER_JCCP_MDL_004101619;<br>UBER_JCCP_MDL_004101620; UBER_JCCP_MDL_004101621;<br>UBER_JCCP_MDL_004101622; UBER_JCCP_MDL_004157899;<br>UBER_JCCP_MDL_004212022; UBER_JCCP_MDL_004212023;<br>UBER_JCCP_MDL_004212024; UBER_JCCP_MDL_004370511;<br>UBER_JCCP_MDL_004370512; UBER_JCCP_MDL_004370513;<br>UBER_JCCP_MDL_004385494; UBER_JCCP_MDL_004385504;<br>UBER_JCCP_MDL_004402513; UBER_JCCP_MDL_004402514;<br>UBER_JCCP_MDL_004402515; UBER_JCCP_MDL_004402516;<br>UBER_JCCP_MDL_004402517; UBER_JCCP_MDL_004402518;<br>UBER_JCCP_MDL_004540148; UBER_JCCP_MDL_004543504;<br>UBER_JCCP_MDL_004548422; UBER_JCCP_MDL_004548423;<br>UBER_JCCP_MDL_004549241; UBER_JCCP_MDL_004549248;<br>UBER_JCCP_MDL_004549255; UBER_JCCP_MDL_004549362;<br>UBER_JCCP_MDL_004549384; UBER_JCCP_MDL_004549433;<br>UBER_JCCP_MDL_004549479; UBER_JCCP_MDL_004550971;<br>UBER_JCCP_MDL_004550985; UBER_JCCP_MDL_004554989;<br>UBER_JCCP_MDL_004554990; UBER_JCCP_MDL_004554995;<br>UBER_JCCP_MDL_004557506; UBER_JCCP_MDL_004557524;<br>UBER_JCCP_MDL_004625035; UBER_JCCP_MDL_004626086;<br>UBER_JCCP_MDL_004734972; UBER_JCCP_MDL_004736722;<br>UBER_JCCP_MDL_004771229; UBER_JCCP_MDL_004771306;<br>UBER_JCCP_MDL_004782163; UBER_JCCP_MDL_004783526;<br>UBER_JCCP_MDL_004783860; UBER_JCCP_MDL_004784434;<br>UBER_JCCP_MDL_004813088; UBER_JCCP_MDL_004840270;<br>UBER_JCCP_MDL_004849964; UBER_JCCP_MDL_004850266;<br>UBER_JCCP_MDL_004850359; UBER_JCCP_MDL_004850451;<br>UBER_JCCP_MDL_004850480; UBER_JCCP_MDL_004850577;<br>UBER_JCCP_MDL_004850653; UBER_JCCP_MDL_004888596;<br>UBER_JCCP_MDL_004923818; UBER_JCCP_MDL_004923822;<br>UBER_JCCP_MDL_004924120; UBER_JCCP_MDL_004924153;<br>UBER_JCCP_MDL_004924209; UBER_JCCP_MDL_005001152;<br>UBER_JCCP_MDL_005006466; UBER_JCCP_MDL_005006472;<br>UBER_JCCP_MDL_005006473; UBER_JCCP_MDL_005024118;<br>UBER_JCCP_MDL_005215334; UBER_JCCP_MDL_005259310;<br>UBER_JCCP_MDL_005307410; UBER_JCCP_MDL_005406386;<br>UBER_JCCP_MDL_005441204; UBER_JCCP_MDL_005467307;<br>UBER_JCCP_MDL_005467350; UBER_JCCP_MDL_005467352;<br>UBER_JCCP_MDL_005467404; UBER_JCCP_MDL_005475520;<br>UBER_JCCP_MDL_005493117; UBER_JCCP_MDL_005499958;<br>UBER_JCCP_MDL_005574627; UBER_JCCP_MDL_005692637;<br>UBER_JCCP_MDL_005692641; UBER_JCCP_MDL_005692752 | |
| **Other Custodians** | Kaiser, Roger;Kawada Page, Jodi;Parker, Kate | SEMANTIC |
| **Primary Date** | 12/13/2017 10:24 pm | DOC_TYPE_ALIAS |
| **Production Volume** | UBER023;JCCP_MDL098; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |
| **Sort Date** | 10/02/2023 9:16 pm | SEMANTIC |
| **SourceHash** | 4b905139be38b1dcb55b04b3e083fd86 | SEMANTIC |

This document is, and forever will be, a
**WORK IN PROGRESS**

STAND FOR
SAFETY

#1 2018
Priority

UBER

CONFIDENTIAL

UBER000177517
UBER_JCCP_MDL_000157415

# Stand for Safety Introduction

CONFIDENTIAL

P-01572.00006

UBER000177517.0001
UBER_JCCP_MDL_000157415.0001

# Uber safety

Make Uber the **safest** and the **most trusted** transportation choice, and **support** riders and drivers with **empathy** and **care** if things go wrong.

CONFIDENTIAL

Slide 3 Notes

Unpacking "safest and the most trusted", there is a reciprocal relationship between safety and trust. We focus intentionally on both trust and safety because working together, they have a direct impact on rider and driver behavior.

***'The more I trust you, the safer I feel.'***
Trust is the stickiness that keeps riders and drivers connected to the brand as it evolves; or it can be a leaky sieve that causes them to stray.

***'The safer I feel, the more I trust you.'***
Perceived safety is the roadblock that keeps riders and drivers off the platform, or the motivator that gets them to try us.

**EMPATHY and CARE**: We must take responsibility and show empathy and care vs. being perceived as cold, robotic and transactional.

**Trust is built through many small interactions**

UBER000177517.0003
UBER_JCCP_MDL_000157415.0003

P-01572.00008

## *Getting serious about safety*

**66**

*While we've made efforts to be safe, we've also made tradeoffs ... Not anymore. It's crucial for our business and it's important for our brand, and I truly believe that we can set the bar for safety in the ridesharing industry."*

- Dara Khosrowshahi, CEO



CONFIDENTIAL

UBER

We can't all just row hard,
we must row smart
and in the same direction

- Dara Khosrowshahi, CEO



CONFIDENTIAL

UBER000177517.0005
UBER_JCCP_MDL_000157415.0005

P-01572.00010

## Stand for Safety

### Overall Goal

Work as a **unified global team** to design, deliver and market safety improvements that protect our consumers, build our business and make us the undisputed industry leader.

CONFIDENTIAL

UBER000177517.0006
UBER_JCCP_MDL_000157415.0006

## Slide 6 Notes

Global Strategy and Execution that unites Uber around the Stand for Safety.

CONFIDENTIAL

UBER000177517.0007
UBER_JCCP_MDL_000157415.0007

## IN 2017 WE STARTED BY:

- Integrating Safety, Insurance, Litigation and Claims into a single 180+ team
- Building up Regional Safety Team capacity across all Mega-Regions
- Launching first global safety product bundle with Driver Share Trip and Social Connect
- Expanding Real-time ID check in 50 countries
- Rolling out blanket auto coverage across LatAm
- Driving change with a corporate-wide, message on Sexual Assault prevention
- Tracking Safety Sentiment with global, data-backed approach

## Announcing Safety as the #1 priority for 2018!

# We have already begun!

CONFIDENTIAL

P-01572.00013

UBER000177517.0008
UBER_JCCP_MDL_000157415.0008

**Stand for Safety**

This deck outlines how we will build on these efforts for 2018 ...

CONFIDENTIAL

UBER000177517.0009
UBER_JCCP_MDL_000157415.0009

## Slide 8 Notes

Global Strategy and Execution that unites Uber around the Stand for Safety.

CONFIDENTIAL

UBER000177517.0010
UBER_JCCP_MDL_000157415.0010

# TABLE OF CONTENTS

## OPERATING MODEL

- **Key Tenets**
- **2018 Objectives**
- **Stand for Safety Pillars**
- **Global, Cross-functional Team**
  - Executive Team
  - Global Steering Committee
  - Mega-Regional Teams
- **Alignment & Reporting**
  - Meeting Cadence
  - Tracking and Reporting
- **Strategy Framework**
  - Strategy Summary
  - 2018 Timeline
  - KPIs

## 2018 STAND FOR SAFETY STRATEGY

### INSIGHTS

- **Safety Narrative and History**
- **Key Regional Insights**
- **Global & Cross Functional Insights & Plans**
- **Success & Priorities**

### STRATEGY DEEP DIVE

- **Stand for Safety Pillars**
- **Big Rocks**
- **Key Projects**

CONFIDENTIAL

UBER000177517.0011
UBER_JCCP_MDL_000157415.0011

# Stand for Safety Operating Model

CONFIDENTIAL

UBER000177517.0012
UBER_JCCP_MDL_000157415.0012

## Stand for Safety

**Key Tenets:**

- Infuse **regional insights and ownership** into all we do

- Unify around a single strategy

- Organize around "Pillars" and "Big Rocks"

- Led by an ELT leadership group & global steering committee

- Focus on the Rides and Eats, with an eye to platform optionality of Works and other new initiatives.

- Align globally and be regionally-led in our execution

- Fix the foundation and make and tell the stories

CONFIDENTIAL

UBER000177517.0013
UBER_JCCP_MDL_000157415.0013

## Slide 11 Notes

Global Strategy and Execution that unites Uber around the Stand for Safety.

CONFIDENTIAL

UBER000177517.0014
UBER_JCCP_MDL_000157415.0014

# Stand for Safety - Company Priorities

## OBJECTIVES

Get our foundation solid: no compromise on table stakes

Become an industry leader on safety incident prevention and response

Ensure users and public feel and see that Uber is deeply committed to safety

## KPIs

**Safety Incidents:** Reduce serious crashes and interpersonal safety incident rate

**Safety Perception:** Increase % of general population & customers who agree that "Uber is committed to Safety"

**Compliance:** Full Compliance in our markets

CONFIDENTIAL

UBER000177517.0015
UBER_JCCP_MDL_000157415.0015

# We organize our work into…

## Priorities

The 4 fundamental areas of work

## Pillars

The underlying functional workstreams

## Big Rocks

The key problems and opportunities we need to tackle within each Component.

## Projects

The work we'll do to address our Big Rocks.



CONFIDENTIAL

UBER000177517.0016
UBER_JCCP_MDL_000157415.0016

P-01572.00021

# 2018: Stand for Safety Priorities

Our 2018 global stand for safety strategy has four priorities, grounded in key insights:

| 1 Access Compliance | 2 Trip & Delivery Experience | 3 Protections & Response | 4 Safety Commitment |
|---|---|---|---|
| Elevates the standards of the industry with clear platform protocols, strong governance and robust screening technology. | Gives peace of mind and stops a potential safety concern in its tracks by innovating on new solutions and approaches. | Universally support riders and drivers with empathy and care in times of need. | Users and the public see and feel that Uber is deeply committed to safety. |

CONFIDENTIAL

UBER000177517.0017
UBER_JCCP_MDL_000157415.0017

P-01572.00022

# 2018: Stand for Safety Pillars

And Pillars to align functional and global plans and progress:



| 1 Access Compliance | | | 2 Trip Experience & Delivery | | |
|---|---|---|---|---|---|
| Background Checks | Documents | Photos | Road Safety | Personal Safety | Food Safety |

| 3 Protections & Response | | | 4 Safety Commitment | | |
|---|---|---|---|---|---|
| Insurance | Support | Deactivation | Safety Sentiment | Education & Awareness | Community Contributor |

CONFIDENTIAL

UBER000177517.0018
UBER_JCCP_MDL_000157415.0018

P-01572.00023

# Our **operating model** is organized to to ensure a fully **global** and **cross-functional** approach:



**Executive Team:** Responsible for top-down governance, resource decisions and overall KPIs.



**Core Team:** Drives global alignment on prioritization and reports progress to executive leadership on company level KPIs.



**Mega-Region Head of Safety Ops**: Responsible for driving regional implementation plans, fully aligned to the global strategy. This includes assigning functional owners to each pillar and updating regional leadership.



**Functional Leadership:** Sets the global strategy for each pillar.

CONFIDENTIAL

# Executive Committee



**Barney Harford**
Chief Operating Officer



**Tony West**
Chief Legal Officer



**Jill Hazelbaker**
SVP, Policy and Communications



**Andrew Macdonald**
RGM Americas



**Rachel Holt**
VP New Modalities



**Gus Fuldner**
Head of Safety & Insurance



**Scott Schools**
Chief Complance and Ethics Officer



**Troy Stevenson**
Global Head of CommOps

CONFIDENTIAL

UBER000177517.0020
UBER_JCCP_MDL_000157415.0020



## Global Steering Committee

**Committee Chair - Gus Fuldner**

| Ops | Marketing | Comms |
|---|---|---|
| Policy | Support | Product |
| EATS | Legal | Compliance |
| Insurance | Security / LERT | Analytics |

| US/CAN | LATAM |
|---|---|
| EMEA | INDIA |
| ANZ | |

CONFIDENTIAL

UBER000177517.0021
UBER_JCCP_MDL_000157415.0021

## Slide 18 Notes

Add Jill to the Exec Commitee

CONFIDENTIAL

P-01572.00027

UBER000177517.0022
UBER_JCCP_MDL_000157415.0022

# Global Priority Champions

| Agenda | Leads |
|---|---|
| Access Compliance | <ul><li>Krishna Juvvadi</li><li>Scott Binnings</li><li>Abhishek Kumar</li><li>Jaimin Gandhi</li><li>Carolyn Vespa</li></ul> |
| Trip Experience | <ul><li>Sachin Kansal</li><li>Peter Deng</li></ul> |
| Protections and Response | <ul><li>Curtis Scott</li><li>Katie Waitzman</li><li>Roger Kaiser</li></ul> |
| Safety Commitment | <ul><li>Kate Parker</li><li>Brooke Anderson</li></ul> |

CONFIDENTIAL

UBER000177517.0023
UBER_JCCP_MDL_000157415.0023

## Slide 19 Notes

Add Jill to the Exec Commitee

CONFIDENTIAL

UBER000177517.0024
UBER_JCCP_MDL_000157415.0024

# Mega-Regional & Regional Teams

CONFIDENTIAL

UBER000177517.0025
UBER_JCCP_MDL_000157415.0025

| Mega-Regions | EMEA | US/CAN | LATAM | ANZ | INDIA |
|---|---|---|---|---|---|
| **Regional Owner** | David Myers | Danielle Sheridan | Charlotte Serres | Sean McIntyre | Krishna Veer Singh |
| **Access Compliance** | Natalie Greene<br>Tommy Sendra | Akhil Gupta | Stiven Rodriguez<br>Sandra Velasco | Ed O'Brien<br>Rob Chan | Prabhat Rastogi |
| **Trip & Delivery Experience** | Led by Safety Product Team<br>Regional Leads to represent insights and business needs to Safety Product | | | | |
| **Protections & Response** | Morgan Landsberger<br>Russell Corbould-Warren<br>Viktoria Mazaite<br>Sharif Ishaque | Greg Brown<br>Sean Fitzsimmons<br>Randall Brenner | Michael Raney<br>Alex Arceo<br>Carolina Corral<br>Alfonso Gonzalez<br>Gui Nazar | Mike Son<br>Rick Frey | Vinay Karodia<br>Mayank Rajput<br>Namrata Sondhi |
| **Safety Commitment** | Mallory Warner<br>Badia Berrada | Ali Quarforth<br>Peyton Newquist<br>Tracey Breeden | Dimitri Alejo<br>Marko Setti<br>Cristina Lago<br>Marcio De Meo | Jenna Collard<br>Nicky Preston<br>Megan Smith | Lavani Agarwal<br>Prasidha Menon |

CONFIDENTIAL

UBER000177517.0026
UBER_JCCP_MDL_000157415.0026

P-01572.00031

# Stand for Safety Alignment & Reporting

# Meeting Cadence

| Meeting | Frequency | Purpose | Attendees |
|---|---|---|---|
| **Global Stand for Safety Summit** | 1x per H | Provide a global unified strategy | Executive Team, Steering Committee and Key POCs |
| **Executive Team Syncs** | Every 6 Weeks | Update on company-wide progress & business strategy | Executives |
| **Global Steering Committee Sync** (week prior to exec team sync) | Bi-weekly | Strategic updates and un-block key challenges<br><br>Rotating check-in on pillar level progress globally. | Global Steering<br><br>Rotating functional reviews |
| **Story Standups** | Monthly | Project manage execution of Stand for Safety stories in coordination across all pillars. | Comms + Marketing |
| **ELT Reports** | Monthly | Share awesome work with ELT | Mac, Tony |

CONFIDENTIAL

UBER000177517.0028
UBER_JCCP_MDL_000157415.0028

# Tracking & Reporting

*Tracking:*

- Mega-regional email update monthly
- Unified Global Safety Marketing Calendar
- Unified Safety Product Calendar

*Reporting:*

- All Hands Updates
- Team@ Emails (approx. bi-annual) - Substantial Updates

# Global Launch Summit

## Kick Off: Leadership Summit Agenda
Feb 27-28 @ 555 / HQ

### Goal:
- Drive Alignment Across Stand for Safety Operating Program & Strategy

### Objectives:
- Communicate top-level executive strategy and guidance
- Establish a shared definition of what it means for Uber to Stand for Safety
- Infuse global insights to help shape the Stand for Safety strategy
- Build a strategic, well-planned, tightly coordinated global and cross functional effort

CONFIDENTIAL

UBER000177517.0030
UBER_JCCP_MDL_000157415.0030

## Slide 25 Notes

Anyone have questions?

CONFIDENTIAL

UBER000177517.0031
UBER_JCCP_MDL_000157415.0031

# Stand for Safety Summit Content Index

## Day 1 Master Deck

- **Foundational Overviews & Executive Speakers:**
  - ELT Sponsor Kick-off
  - Stand for Safety Overview
  - Safety Data Overview
  - External Speaker - Cindy Southworth
  - Product Vision & Roadmap
  - Safety Perception
  - Mega-Regional Safety Landscape

CONFIDENTIAL

UBER000177517.0032
UBER_JCCP_MDL_000157415.0032

# Stand for Safety Summit Content Index

## Day 2 Master Deck

- **Action Oriented Electives:**
  - Pillar Strategy Overview
  - IFC Research - Driving Toward Equality
  - Product Deep Dive on Key Features
  - How to Safety Research Works
  - Safety Comms - Managing Crisis
  - Building Effective Partnerships
  - Summit Recap

- **Deep Dive Working Sessions**
  - Access Compliance
  - Safety Commitment
  - Trip Experience
  - Protections & Response

CONFIDENTIAL

UBER000177517.0033
UBER_JCCP_MDL_000157415.0033

# Stand for Safety Strategy Framework

CONFIDENTIAL

UBER000177517.0034
UBER_JCCP_MDL_000157415.0034

## Strategy Summary

**1** **Access Compliance at a Glance (link)**
Elevates the standards of the industry with clear platform protocols, strong governance and robust screening technology.

**2** **Trip Experience at a Glance (link)**
Gives peace of mind and stops a potential safety concern in its tracks by innovating on new solutions and approaches.

**3** **Protections & Response at a Glance (link)**
Universally support riders and drivers with empathy and care in times of need.

**4** **Safety Commitment at a Glance (link)**
Users and the public see and feel that Uber is deeply committed to safety.

CONFIDENTIAL

UBER000177517.0035
UBER_JCCP_MDL_000157415.0035

Our work is **strategically aligned** to ensure success for all teams through the following stages of development…



CONFIDENTIAL

UBER000177517.0036
UBER_JCCP_MDL_000157415.0036

# Throughout 2018 we will ramp up our efforts by solidifying our foundation and preparing for **Big Bets in H2**



**ANNOUNCE & ALIGN**
Stand for Safety Alignment
Now

**ESTABLISH FOUNDATION**
Build awareness for existing initiatives
Q2/Q3

**BRAND REFRESH**
Reveal new Safety Narrative
Q3

**INCREMENTAL FEATURES**
Launch new features
Q2 May - June

**FIX GAPS**
Ensure global compliance
Q1/Q2

ongoing efforts to tighten controls

**FIREWORKS!**
**Big Bets to be industry-leading**
Late H2 and beyond

CONFIDENTIAL

UBER000177517.0037
UBER_JCCP_MDL_000157415.0037

P-01572.00042

## Slide 31 Notes

2018 chart - that compresses into the first two dots -

No random noise now - fix the gaps

House-keeping
Features
Foundational Work
Summer - Brand Refresher
Safety, Safety, Safety - H2
Brand launch

CONFIDENTIAL

UBER000177517.0038
UBER_JCCP_MDL_000157415.0038

**Strategy Summary**

# Strategy

In 2018, we will take a stand and make it clear to riders, drivers, and the communities we serve that Uber **Stands for Safety**.

By ensuring global compliance, **proving that Uber is deeply committed to safety**, and becoming an **industry leader in safety**, we will show:

> *We prioritize people. We make the choice to put our smarts and resources towards protecting our consumers. It isn't always easy, but it is always the right thing to do.*

We will work across Product, Operations, Legal, Marketing, Communications, Policy, Customer Service (and more) bringing the best of a cross-functional Uber to bear for Stand for Safety.

We will meet our commitments by building, implementing and announcing (where appropriate) key improvements in 4 main priorities:
- Compliance
- Trip Experience
- Protections and Response; and
- Safety Commitment

CONFIDENTIAL

UBER000177517.0039
UBER_JCCP_MDL_000157415.0039

P-01572.00044

# Stand for Safety Insights

CONFIDENTIAL

UBER000177517.0040
UBER_JCCP_MDL_000157415.0040

# Stand for Safety Key KPIs

| METRICS | Owner | Source | Frequency | H1 2018 Goal | Applications |
|---|---|---|---|---|---|
| **Accident Rate** <br> Serious Accidents/MM trips | Frank Chang | Serious Incident Dashboard | Monthly | 5% rate reduction globally | Trends over time at the mega-regional and country level for Trips with auto accidents where serious injury or fatality has been reported |
| **Interpersonal Incident Rate** <br> Serious interpersonal incidents/MM trips | Frank Chang | Serious Incident Dashboard | Monthly | 5% rate reduction globally | Trends over time at the mega-regional and country level for trips with an alleged serious IPC |
| **Safety Sentiment** <br> % who agree 'strongly'/'somewhat' that Uber is "committed to safety" | Hollis Shoor | Global Reputation Survey | Quarterly | 70% target globally | Sentiment success measurement <br> Category position, strategies, and tactics <br> Prioritization - features and needs |
| **Compliance Score** <br> % of trips in a given week completed by drivers that are compliant with internal and external requirements related to Driver Access (primarily documents and screenings) | Abhishek Kumar | WIP Dashboard, Framework | Weekly | TBD ("Full Compliance") | Define, track, and reduce Driver Access Compliance risk through systematic measuring and reporting. |

CONFIDENTIAL

UBER000177517.0041
UBER_JCCP_MDL_000157415.0041

P-01572.00046

## Insights

The core insights and intel from regions, consumers, outside-in safety experts and business data that will guide Stand for Safety strategies

CONFIDENTIAL

With 10M global trips per day, the 'one in a million' tragic incident can happen 10x a day.



CONFIDENTIAL

UBER000177517.0043
UBER_JCCP_MDL_000157415.0043

# Basic safety narrative



## Before

Driver Screening

Door-to-door service

Driver / Vehicle Information In-App

Phone anonymization*



## During

Always on the map

Share my Trip (rider or driver)



## After

Two-way ratings & feedback

Telematics-based feedback

24/7 customer support

All rides insured

Law enforcement partnerships

*not live in all countries

CONFIDENTIAL

UBER000177517.0044
UBER_JCCP_MDL_000157415.0044

P-01572.00049

Privileged and Confidential

# A brief history of Safety & Insurance at Uber - Global



**Delhi Rape**
High profile sexual assault
Dec 2014

**Kalamazoo**
Multiple shootings
Feb 2016

**South Africa taxi violence**
Petrol bombs / acid
March 2017

**Wigdor - CNN Report**
Sexual Assault Class Action
April 2018

**Ebola**
Uber rider in NYC with Ebola
Oct 2014

**"Taco Bell" Attack**
Drunk rider assaults driver in viral video
Nov 2015

**Brazil Homicide**
Cash rider on driver death
Sept 2016

**Tempe Incident**
ATG Pedestrian Death
Mar 2018

**Sophia Liu**
1st major fatal accident
Jan 2014

**Rideshare Insurance**
Blanket non-owned auto insurance
March 2013

**Safety Advisory Board**
Board of Safety experts to advise leadership
Nov 2015

**Disguised Numbers**
Privacy solution to mask #s shared between users
March 2016

**Cash Safety**
Rider ID verification for cash rides,
Feb 2017

**S&I Org**
Safety and Insurance merge under new leadership
March 2017

**Driver Injury Protection**
Drivers opt-in for several accident benefits
May 2017

**US Rider SOS**
Direct 911 dialing and location sharing
April 2018

**US Arbitration/ Transparency**
Sexual assault arbitration update, public commitment to transparency
May 2018

**Background Checks**
Driving & criminal check
Q1 2013

CONFIDENTIAL

UBER000177517.0045
UBER_JCCP_MDL_000157415.0045

P-01572.00050

## With a global brand, we're held to a higher standard on safety and insurance







| | uberX | uberSUV uberBLACK | DC Taxi Cabs |
|---|---|---|---|
| Criminal Background Check | 7 years | 7 years | 3 years |
| Sexual Offender Background Check | Lifetime | Lifetime | Lifetime |
| DUI Background Check | 7 years | 7 years | 5 years |
| Traffic Offense Check | 7 years | 7 years | 5 years |
| Anonymized Contact Information? | Yes | Yes | No |
| Feedback requested after every ride? | Yes | Yes | No |
| Minimum Liability Insurance Bodily / Property | $1,000,000 | DC: $25K/50K/10K VA: $350K MD: $30K/60K/15K | $25K/50K/10K |
| Minimum uninsured motorist insurance | $1,000,000 | DC: $25K/50K/5K VA: $350K MD: $30K/60K/15K | $25K/50K/5K |
| Coverage between trips | $50K/100K/25K when on app, not on trip $1M when trip "accepted" | DC: $25K/50K/10K VA: $350K MD: $30K/60K/15K | $25K/50K/10K |

'WHO'S DRIVING YOU?' IS A PUBLIC AWARENESS CAMPAIGN PROMOTING FOR-HIRE VEHICLE SAFETY AND HIGHLIGHTING THE RISKS OF UBER AND LYFT.



CONFIDENTIAL

# Safety Issues Are Varied by Region
*sample of top concerns by country*



UBER000177517.0047
UBER_JCCP_MDL_000157415.0047

# Regional Insights

# A deeper look at top challeng

CONFIDENTIAL

UBER000177517.0048
UBER_JCCP_MDL_000157415.0048

P-01572.00053

Attorney-Client Privileged

# Key Regional Insights (At a Glance)

**1** Driver Screening is critical - but error-prone and insufficient



**REDACTED - PII**

**2** Drivers are concerned about risky rider behavior and lack of accountability

Cash trips and rider anonymity are concerns:

*"...if they are anonymous, they can assault us."*

- Driver in Guadalajara, Mexico

**3** Insurance costs are rising in the US industry-wide

 Property Damage cost/claim: +6.8% / yr

 Bodily Injury cost/claim: +4.1% / yr

 Traffic Fatalities: +4.5% per mile (2016 data)

**4** Safety can unlock opportunities for growth

| 20% | of US riders limited rides due to safety concerns |
| 45% | US drivers limited hours due to safety concerns |

**5** Women riders/drivers are more sensitive to safety concerns

% of riders who limited rides due to safety concerns in past month

| Male | Female |
|------|--------|
| 16% | 23% |

**6** Riders and drivers are unaware of current Safety procedures and features

| 54% | Dual-app riders aware of **criminal screening** |
| 55% | Dual-app drivers aware of **liability insurance** |

CONFIDENTIAL

UBER000177517.0049
UBER_JCCP_MDL_000157415.0049

Slide 42 Notes

**Driver Screening:**
- Inaccurate: Driver photo (small, inaccurate, or missing) continues to be a concern for riders.
- Significant Gaps: Several lapses have occurred recently leading to gaps in Background Checks and photo quality for drivers.
- Lack of Awareness: ~50% of riders not aware that drivers undergo thorough criminal, driving, vehicle, and other checks.

**Drivers concerned about risky riders:**
- Rider Quality: Drivers feel that Uber does not screen Riders during onboarding and does not act to remove poor-quality Riders, although Drivers undergo extensive checks and can be automatically deactivated.
- Cash trips: Onboarding for cash sign-ups enabled Rider anonymity, which limits accountability for bad behavior and contributes to higher safety incident rates compared to card trips.
- Safety Trade-offs: Drivers feel Uber forces them to make trade-offs between personal safety and earnings (e.g. accepting cash riders in bad areas after dark and navigating through "hotspots")

**Insurance costs in US:**
- Dangerous driving is the biggest category of safety complaints from riders, especially in the US
- Internal business choices (e.g. lower ratings standards, growth of XCL) have contributed to higher crash rate.
- Externally, U.S. costs and crash rates are increasing due to more expensive cars, higher medical costs, and distracted driving

**Safety can unlock growth:**
- "Perception of Safety is a barrier to use for new and existing users" is the #1 First Class insight in US, Can, Mexico, Brazil, India, Australia, and UK
- Rider Forward: Safety ranked at the top of the list of important features as part of the Rider Forward research

**Women riders/drivers most sensitive:**
- Limiting usage: Women riders limited usage in the past month at a higher rate (23%) than male riders (16%) due to safety concerns
- Sexual assault: Current and prospective U.S. women drivers are twice as likely to be concerned about being sexually assaulted or harassed compared to men drivers
- Report issues: Women Riders in the U.S. reported that when feeling uncomfortable during a trip they were equally concerned about escalating the situation and keeping the offending co-Rider or Driver from feeling uncomfortable.

CONFIDENTIAL

UBER000177517.0050
UBER_JCCP_MDL_000157415.0050

Slide 42 Notes (Continued)

**Riders/drivers unaware of current Safety featuers:**
- Lack of awareness: Many of our higher activity (dual-app users) Riders and Drivers are not aware of existing safety features we offer such as
  - Background screening
  - Insurance
  - Customer Support
  - Community guidelines
- Commitment: Only 55% Riders and 62% Drivers agree ('strongly'/'somewhat') that Uber is "committed to safety"

CONFIDENTIAL

UBER000177517.0051
UBER_JCCP_MDL_000157415.0051

# Key Regional Insights

Methodology

1. Reviewed and grouped all expert-backed research and sources

2. Mapped all problems to corresponding needs

3. Scored according to issue size, safety effectiveness of potential intervention, brand / reputation building, and operational feasibility

Sources:

- First Class Insights from **All Regions**
- UX Research from **all available Regions**
- Safety Tracker Brand-Blind Survey (Top Markets - US, Mexico, Brazil, IN, Australia)
- In-Market Research as available
- HQ Clean Safety Data

CONFIDENTIAL

UBER000177517.0052
UBER_JCCP_MDL_000157415.0052

**Key Insight #1**

## Driver Screening: critical; but error prone and insufficient

- **Inaccurate:** Driver photo (small, inaccurate, or missing) continues to be a concern for riders.

- **Significant Gaps:** Several lapses have occurred recently leading to gaps in Background Checks and photo quality for drivers.

- **Lack of Awareness:** ~50% of riders not aware that drivers undergo thorough criminal, driving, vehicle, and other checks.

% of dual-app riders who are aware of
...

| Criminal BCG | 54% |
|---|---|
| Motor vehicle BCG | 41% |
| Vehicle criteria | 46% |

Inaccurate driver profile photos



% of dual-appers who say 'Makes me feel a lot Safer'

| | |
|---|---|
| Criminal screening | 71% |
| Driving screening | 71% |
| Emergency button | 70% |
| Driver / car informaton | 67% |
| Limited feature: Driver hour limits | 60% |
| Driver selfie | 56% |
| Driving feedback | 55% |
| Rider insurance | 55% |
| 24/7 customer support | 55% |
| Rider share trip | 49% |

CONFIDENTIAL

## Slide 44 Notes

DP: on-boarding screening as well as continuous screening and quality monitoring with accountability.

CONFIDENTIAL

UBER000177517.0054
UBER_JCCP_MDL_000157415.0054

## Key Insight #2



## Drivers concerned about risky Rider behavior and lack of accountability

- **Rider Quality:** Drivers feel that Uber does not screen Riders during onboarding and does not act to remove poor-quality Riders, although Drivers undergo extensive checks and can be automatically deactivated.

- **Cash trips:** Onboarding for cash sign-ups enabled Rider anonymity, which limits accountability for bad behavior and contributes to higher safety incident rates compared to card trips.

- **Safety Trade-offs:** Drivers feel Uber forces them to make trade-offs between personal safety and earnings (e.g. accepting cash riders in bad areas after dark and navigating through "hotspots")

*"People that use our services are the responsibility of Uber, if they are anonymous, they can assault us. I don't understand why if you are going to buy a packet of cigarettes you are required to show ID but in our case, Uber doesn't request that from people who are paying cash and getting into our cars."*

**-Luis Armando, Guadalajara, Mexico**

CONFIDENTIAL

UBER000177517.0055
UBER_JCCP_MDL_000157415.0055

# Key Insight #3

## Insurance costs are rising in the US

- **Dangerous driving** is the biggest category of safety complaints from riders, especially in the US

- **Internal** business choices (e.g. lower ratings standards, growth of XCL) have contributed to higher crash rate.

- **Externally**, U.S. costs and crash rates are increasing due to more expensive cars, higher medical costs, and distracted driving



Accident risk per mile

US industry Data

Property Damage cost/claim
+6.8% / yr

Bodily Injury cost/claim
+4.1% / yr

Traffic Fatalities
+4.5% per mile (2016 data)

CONFIDENTIAL

UBER000177517.0056
UBER_JCCP_MDL_000157415.0056

P-01572.00061

**Key Insight #4**

## Safety can unlock opportunities for growth

- "**Perception of Safety** is a barrier to use for new and existing users" is the #1 First Class insight in US, Can, Mexico, Brazil, India, Australia, and UK

- **Rider Forward:** Safety ranked at the top of the list of important features as part of the Rider Forward research

- **Growth limit**: There are occasions or situations where safety concerns limit Uber for some riders **(20%)** and drivers **(45%)** in the US and this is likely higher outside of the US and developed markets    [US Driver Market Research, US Rider Market Research]

- **Common occasions:** some of these occasions are late at night, in selective areas or neighborhoods, and with impaired riders



% of riders who limited rides due to safety concerns

20%

% of drivers that limited supply hours due to safety concerns

● Yes  ● No

45%

55%

CONFIDENTIAL

UBER000177517.0057
UBER_JCCP_MDL_000157415.0057

**Key Insight #5**

# Women riders/drivers more sensitive to safety concerns

- **Limiting usage:** Women riders limited usage in the past month at a higher rate (23%) than male riders (16%) due to safety concerns

- **Sexual assault:** Current and prospective U.S. women drivers are twice as likely to be concerned about being sexually assaulted or harassed compared to men drivers

- **Report issues:** Women Riders in the U.S. reported that when feeling uncomfortable during a trip they were equally concerned about escalating the situation and keeping the offending co-Rider or Driver from feeling uncomfortable.



% of riders who limited rides due to safety concerns in past month

| Male | Female |
|------|--------|
| 16% | 23% |



% of current limiting use due to concerns about

**Riders**

- Being sexually assaulted: 13%
- Being sexually harassed: 12% (24% / 23% female)

**Drivers**

- Being sexually assaulted: 14%
- Being sexually harassed: 12% (29% / 25% female)

CONFIDENTIAL

UBER000177517.0058
UBER_JCCP_MDL_000157415.0058

P-01572.00063

Top
Rider
Insight

**Key Insight #6**

## Riders and Drivers are unaware of current Safety procedures and

- **Lack of awareness:** Many of our higher activity (dual-app users) Riders and Drivers are not aware of existing safety features we offer such as
  - Background screening
  - Insurance
  - Customer Support
  - Community guidelines

- **Commitment:** Only 55% Riders and 62% Drivers agree ('strongly'/'somewhat') that Uber is "committed to safety"

| % of dual-app Riders who are aware of ... | |
|---|---|
| Criminal screening | 54% |
| Driving screening | 41% |
| Driver selfie | 34% |
| Driving feedback | 11% |
| Rider insurance | 12% |
| 24/7 customer support | 41% |
| Share my ETA | 60% |
| Community guidelines | 33% |
| Phone anonymization | 43% |

| % of dual-app Drivers who are aware of ... | |
|---|---|
| Liability insurance | 55% |
| 24/7 Customer support | 69% |
| Driver share trip | 58% |
| Community guidelines | 48% |
| Driver injury protection | 52% |

CONFIDENTIAL

UBER000177517.0059
UBER_JCCP_MDL_000157415.0059

# This Deck will streamline and focus various Insights & Plans:

**Ops Plans** (WIP links):
- US/CAN
- EMEA + Central Ops Plan
- INDIA
- LATAM
- SENA
- ANZ

**Functional Plans:**
- Product
- Brand / Initiatives
- Data Science
- Insurance
- Compliance
- Comm Ops

**Marketing Plans** (WIP links):
- US/CAN
- EMEA (to be added)
- INDIA
- LATAM
- ANZ
- SENA (deferred to mid-feb)

**Comms Plans:**
- US/CAN
- EMEA
- LATAM - BRAZIL & LATAMx
- APAC

CONFIDENTIAL

UBER000177517.0060
UBER_JCCP_MDL_000157415.0060

P-01572.00065

# HOW WILL WE KNOW WE'RE ON THE RIGHT PATH …

**Stand for Safety Success & Priorities**

1. Business leaders make appropriate tradeoffs and we see examples where we are choosing safety over growth

2. Automation of compliance and safety becomes the norm (in addition to and ideally instead of, process)

3. We feel comfortable communicating transparently on safety and compliance, both externally and internally

CONFIDENTIAL

P-01572.00066

UBER000177517.0061
UBER_JCCP_MDL_000157415.0061

# Stand for Safety Strategy Deep Dive

CONFIDENTIAL

UBER000177517.0062
UBER_JCCP_MDL_000157415.0062

Regional Pillar owners are **empowered** to leverage the strategy in this section to plan the Big Rocks and Projects that align to the
**Global objectives** in each pillar.

CONFIDENTIAL

UBER000177517.0063
UBER_JCCP_MDL_000157415.0063

# This means three things:

1. You will be the epicenter of your pillar, with many global stakeholders for collaboration and alignment. Their buy in is critical, so make sure you're over indexing on including them.

2. You will determine the Big Rocks (e.g. core problems within your Pillar that you will solve in H1 2018) and find the appropriate Owner(s) for each Mega-Region

3. Throughout February, you will lead cross-functional, bottoms-up planning for your Pillar.  The result is a list of big rocks, which you will share at our Global Leadership Summit - Feb 27th and 28th

CONFIDENTIAL

UBER000177517.0064
UBER_JCCP_MDL_000157415.0064

# Priority 1

# Driver

# Access

# Compliance



CONFIDENTIAL

UBER000177517.0065
UBER_JCCP_MDL_000157415.0065

P-01572.00070

Every week over half a million partners globally sign up to earn with Uber, and one out of 5 take their first trip.

Driver Access is responsible for this part of their journey on Uber.

This journey has many steps to ensure our partners meet all regulatory and internal requirements necessary to start earning.

CONFIDENTIAL

UBER000177517.0066
UBER_JCCP_MDL_000157415.0066

Slide 56 Notes

Add? "During this journey and for every trip thereafter, Driver Access is responsible for ensuring that all our partners meet all requirements necessary to earn on Uber.

CONFIDENTIAL

UBER000177517.0067
UBER_JCCP_MDL_000157415.0067

**Driver Access Compliance**

# Definition



**Compliance**
*noun | com·pli·ance*

Conformity in fulfilling
official requirements

**Driver Access
Compliance**

Compliance with internal
and external
requirements necessary
to gain access to earning
with Uber.

**Driver Access**

The process through
which prospective or
existing drivers gain
or retain access to
earning with Uber.

CONFIDENTIAL

UBER000177517.0068
UBER_JCCP_MDL_000157415.0068

P-01572.00073

## Slide 57 Notes

As you can see, meeting all the requirements is a critical necessary not only for our partners for but also Uber as a business towards its brand and reputation.

CONFIDENTIAL

UBER000177517.0069
UBER_JCCP_MDL_000157415.0069

## How We Ensure Driver Access Compliance



CONFIDENTIAL

UBER000177517.0070
UBER_JCCP_MDL_000157415.0070

## Slide 58 Notes

Whats our strategy?

CONFIDENTIAL

UBER000177517.0071
UBER_JCCP_MDL_000157415.0071

INSIGHTS

# Compliance: **Problem**

Compliance has always been core, but we have underinvested in our Access Compliance foundation.  This has and will continue to create non-compliance risk without significant action

| | Translate | Satisfy | Authenticate | Enforce |
|---|---|---|---|---|
| **Problems** | • Mistranslations | • Processing errors | • Photo process gaps | • Separate cross-dispatch |
| | • Unsupported req types | • Out-of-system checks | • Cross-doc inconsistency | • Unknown BGC status |
| | • Multiple truth sources | • Outdated status | | • Status change delay |

• *Data* | We have inaccurate and incomplete data, and no reliable way to measure compliance

• *Tech Debt* | We have immense tech debt, with many services built on legacy, unsupported infrastructure

• *Culture & Org* | We have distributed ownership of compliance across orgs & have not prioritized it over growth

CONFIDENTIAL

UBER000177517.0072
UBER_JCCP_MDL_000157415.0072

## Slide 59 Notes

Whats our strategy?

CONFIDENTIAL

UBER000177517.0073
UBER_JCCP_MDL_000157415.0073

# Compliance: **Strategy**

Unite Uber to 1) mitigate immediate non-compliance risk in the US and 2) build an enduring, automated, global foundation for Driver Access Compliance, by focusing on:

| Translate | Satisfy | Authenticate | Enforce |
|---|---|---|---|
| › **Build on a foundation of data**, starting with a holistic compliance score across these four pillars. | | | |
| › **Legal audit** to ensure correctly configured reqs<br><br>› **Reqs mgmt system** with auditability and proper approval checks | › **Invest in QA**, both human and tech<br><br>› **Enforce stronger quality** at BPOs/COEs<br><br>› **Integrate with 3rd parties** to directly collect req data | › **Improve photo verification** standards, quality, and tools<br><br>› **Cross-reference** collected data to ensure consistency | › **Roll out Enforcer** to ensure stronger automated compliance<br><br>› **Add BGC status** into go-online check<br><br>› **Tighten city switching** process and address gaps |

*(row label: Strategy)*

CONFIDENTIAL

UBER000177517.0074
UBER_JCCP_MDL_000157415.0074

## Slide 60 Notes

What's our strategy?

CONFIDENTIAL

UBER000177517.0075
UBER_JCCP_MDL_000157415.0075

# Compliance: Execution

Unite Uber to 1) mitigate immediate non-compliance risk in the US and 2) build an enduring, automated, global foundation for Driver Access Compliance, by focusing on:



CONFIDENTIAL

UBER000177517.0076
UBER_JCCP_MDL_000157415.0076

P-01572.00081

Slide 61 Notes

We have started execution with a cross functional team across tech, operations, safety, reg and legal. And, plan to prioritize X, Y, Z.

CONFIDENTIAL

## Compliance: **KPIs**

> **Compliant Trip Rate:** % of trips that are compliant with all requirements

- **Goal:** Measure trip-level compliance across all 4 pillars so we know what to fix

- **Progress:** Created KPI framework, published dashboard with queryable data, and now working to resolve p0 data gaps and blockers.

- **ETA:** Expect to publish Alpha metric in early March

CONFIDENTIAL

UBER000177517.0078
UBER_JCCP_MDL_000157415.0078

## Slide 62 Notes

Finally, we fix what we see. To make sure we are on top of compliance risk, we are creating a compliance score.

CONFIDENTIAL

UBER000177517.0079
UBER_JCCP_MDL_000157415.0079

Compliance

# Core Team

The "Core Team" that will support the Priority Owner to deliver on our strategy in 1H2018 includes:

| Global Partners | Functional Partners |
|---|---|
| **US&C:** Eric Schroeder | **Eng:** Mon-Chaio Lo, Mike Marmarou, Gayatri Kaul |
| **LATAM:** Stiven Rodriguez, Sandra Velasco | **Product Ops:** Camilo Ramirez, Thomas Luz |
| **INDIA:** Prabhat Rastogi | **Data:** Zhanyang Zhang, Diana Robinson |
| **APACX:** Christopher Boey, Ed O'Brien, Rob Chan | **Product:** Abhishek Kumar, Jeb Burchenal, Amartya Sengupta, Tim Foran, Peter McKelvy |
| **EMEA:** Natalie Greene, Tommy Sendra | |

CONFIDENTIAL

UBER000177517.0080
UBER_JCCP_MDL_000157415.0080

Slide 63 Notes

- Access Pillar - Abhi & gagan
- New Access Pillar is about Marketing, Signups, Onboarding, Compliance, Ops & Support. - Vehicles is now a separate pillar
- Tl;Dr is > It is no longer about Raw First Trips. It is about quality growth that comes from being a trustworthy partner, even if its as a short term FT cost.

**Our Vision/NorthStar is to provide...**
Instant access to a true partner committed to my safety and success.

**Our Mission is to...**
Unlock the opportunity for anyone to earn.

**And in this journey, we will...**
Create the foundation on which true partnership is built by providing choices, being clear, establishing trust, and making it easy for our partners to get on the road to success.

CONFIDENTIAL

**Access Compliance: 90 Day Plan (April - June)**

| Pillar | Milestone/Deliverable | Progress | Month (April - June) | Owner | Scope (i.e. Region + Eats) |
|---|---|---|---|---|---|
| Translate (Legal Requiremen t Analysis) | • Complete US/CAN BGC + document audit | 100% | April | Matt K | US & Canada |
| | • Inventory all US/CAN requirements | 83% | April | Matt K | US & Canada |
| | • Complete collection of regulatory requirements for Tier 1 & 2 markets across EMEA, LatAm, APAC | 36% | May - June | Carolyn | International Rides |
| Evaluate (BGC and Doc Screenings Accuracy) | • Checkr Audit | 33% | April | Elisha | US only |
| | • Test/evaluate Appriss for continuous monitoring | 15% | April | Elisha/ Kiki | US only |
| | • GSAT assessments (Tokyo, Florida, New South Wales & Victoria) | -- | April | Carolyn/ Matt K | US & International |
| | • GSAT assessments (France) | -- | May | Carolyn | International |

CONFIDENTIAL

UBER000177517.0082
UBER_JCCP_MDL_000157415.0082

P-01572.00087

**Access Compliance: 90 Day Plan (April - June)**

| Pillar | Milestone/Deliverable | Status | Month (April - June) | Owner | Scope (i.e. Region + Eats) |
|---|---|---|---|---|---|
| Evaluate (continued) | • Rollout GSAT self-assessment across EMEA, LatAm, and APAC | -- | June - August | Carolyn | US and International |
| | • Roll out document Active Audit globally and re-train agents to reduce false approval rate | 70% | April | Jenny/ Amartya | US and International |
| | • Background Check Expiration | 83% | April | Tim | US only |
| | • Background Check Compliance Backfill | 90% | April | Kiki | US only |
| | • Build Automation around LENS | 10% | May | Tim | US only |
| | • Resolve P0 BGC eng data fixes | 50% | April | Tim | US and International |
| | • Resolve P1 BGC eng data fixes | -- | May | Tim | US and International |

CONFIDENTIAL

UBER000177517.0083
UBER_JCCP_MDL_000157415.0083

| Pillar | Milestone/Deliverable | Status | Month (April - June) | Owner | Scope (i.e. Region + Eats) |
|---|---|---|---|---|---|
| Authenticate (Identity) | • Require photo verification pre-dispatch | 63% | April | Amartya | US + International |
| | • Rollout strengthened photo policy | 80% | April | Jenny | US + International |
| | • Use active audit, agent retraining, and Mutombo to reduce photo verification errors | 70% | April | Amartya | US + International |
| Enforce | • Complete US Enforcer rollout | 72% | April end | Peter | US |
| | • Outside US Enforcer rollout begins | -- | April | Peter | International |
| | • Develop city automation framework | 50% | April | Peter | US + International |
| | • Complete cache invalidation (drivers always evaluated using real-time data) | 50% | May | Peter | US + International |

CONFIDENTIAL

**Access Compliance: 90 Day Plan (April - June)**

| Pillar | Milestone/Deliverable | Status | Month (April - June) | Owner | Scope (i.e. Region + Eats) |
|---|---|---|---|---|---|
| Enforce (continued) | • Support fleets in Enforcer (INTL focus) | -- | May | Peter | International |
| | • Rollout Partner activation in Enforcer (INTL focus) | -- | June | Peter | International |

CONFIDENTIAL

UBER000177517.0085
UBER_JCCP_MDL_000157415.0085

P-01572.00090

# Priority 2

# Trip Experience



CONFIDENTIAL

## Slide 68 Notes

We had to play catch-up on their basic requests.

CONFIDENTIAL

UBER000177517.0087
UBER_JCCP_MDL_000157415.0087

# Trip Experience At-A-Glance

Priority Leads: Sachin Kansal, Peter Deng

|  | **Driving Safety** | **Personal Safety** |
|---|---|---|
| **Focus Areas** | Make Uber the safest transportation option with least number of accidents, and enable safer driving for a better rider and driver experience:<br><br>• Foundation: Advanced Telematics based driver behavior analysis<br>• Speeding Alerts and Phone handling<br>• Driving Behavior dashboard<br>• Real time Accident Detection<br>• Driving Hour Limits<br>• Bike Lane Alerts, Seat belt nudges<br>• Driver app: Voice Commands | Reduce interpersonal incidents, provide our riders and drivers peace of mind through anonymity reduction, on-trip tools, and feature awareness<br><br>• Safe Dispatch model for cash markets<br>• FB, Google and other validation for cash riders<br>• Build trust through high quality Profile Photos<br>• Emergency Response to Riders and Drivers<br>• Trip Anomaly Detection and Response<br>• Enhanced Share ETA function with Auto-share<br>• Seamlessly integrated into Rider and Driver apps |

**KPIs**

Primary KPI: Accident rate (L3+ accidents/MM trips)

| Current | H1 Goal | Stretch Goal |
|---|---|---|
| 4.80/MM trips | 4.56/MM (5% less) | 4.50/MM (5% less) |

Primary KPI: Interpersonal Incident rate (L3+/MM trips)

| Current | H1 Goal | Stretch Goal |
|---|---|---|
| 18.9/MM trips | 17.9/MM trips | 17.7/MM trips |

CONFIDENTIAL

UBER000177517.0088
UBER_JCCP_MDL_000157415.0088

| Pillar | Milestone/Deliverable | Month (April - June) | Owner | Scope (i.e. Region + Eats) |
|---|---|---|---|---|
| Personal Safety | Rider Forward Safety Chapter:<br>• Rider SOS<br>• Trusted Contacts<br>• Rider Share Trip Improvements<br>• Safety Center (Rider Safety Education Hub)<br>• Show Phone anon in the app (Eats/Intercom) | May | Nirveek, Ambar, Rebecca | US Rides |
| | Driver SOS | June | Nirveek/Rebecca | TBD |
| | Safe Dispatch Model:<br>• RFT v2<br>• Safe Dispatch Model in South Africa<br>• Mobile Experience | April-June | Akankshu | LatAm and South Africa Rides |
| | Rider ID. Social Connect vs. National ID (CPF) | April-July | Akankshu / Aditya | Brazil |
| | Real-time Driver ID Check:<br>• Mutombo Platform v1<br>• Mutombo Auditing Tool<br>• Expand Profile Photo V2 (w/ Mutombo platform)<br>• Mutombo Improved Verification algo | April-June | Aditya | Global drivers (minus EEA) |
| | Driver SSN Deduplication | April-June | Aditya | US |

UBER000177517.0089
UBER_JCCP_MDL_000157415.0089

| Pillar | Milestone/Deliverable | Month (April - June) | Owner | Scope (i.e. Region + Eats) |
|---|---|---|---|---|
| Driving Safety | **Driving Hours**<br>• Now available in Carbon<br>• Expansion in alloy - EMEA, NZ | April 2nd (Carbon)<br><br>End of April - Early May ( EMEA & NZ) | Adith | US & EMEA Rides and Eats |
| | Furiosa In US & select international cities | April 2nd (Los Angeles & Atlanta)<br><br>End of May (All of US) | Adith | US Rides |
| | Velocity Gating (New York City Specific) | End of May | Adith | NYC Rides |
| | Crash Detection V2 model | End of May | Andrew | US Rides |
| | Telematics risk modeling & integration with insurance GLM | June | Andrew | US Rides |
| | Phone Mounting Alerts | June | Adith | US Rides |

CONFIDENTIAL

UBER000177517.0090
UBER_JCCP_MDL_000157415.0090



# Personal
# Safety
# Pillar

**Pillar Owners**        **Key links**

CONFIDENTIAL

UBER000177517.0091
UBER_JCCP_MDL_000157415.0091

## Slide 72 Comments

1    +sachin.kansal@uber.com here is the strategy section for Personal Safety due on Feb 16th.
     _Reassigned to sachin.kansal@uber.com_
     *Jesse Goodman,  2/19/2018 01:35 AM*

2    +sachin.kansal@uber.com friendly bump to help assign ownership and complete by Stand for Safety Steering on 2/21.  This will be
     used for the summit the following week as well.
     *Jesse Goodman,  2/18/2018 09:25 PM*

3    noted. will be working on this over the next 2 days
     *Sachin Kansal,  2/19/2018 01:35 AM*

4    +nirveek@uber.com +akankshu@uber.com Can you help fill out this section. Sending email shortly.
     *Sachin Kansal,  2/20/2018 02:42 PM*

CONFIDENTIAL

UBER000177517.0092
UBER_JCCP_MDL_000157415.0092

**Personal Safety**

# Core Team

The "Core Team" that will support the Pillar Owner to deliver on our strategy in 1H2018 includes:

| Global Partners | Functional Partners |
|---|---|
| **US&C**: Danielle Portugal | **Eng** - Rami Mawas, Shimul Sachdev, Misha Bosin, Nitin Bajaj |
| **LATAM ex Brazil**: Ruben Santiago <br> **LATAM Brazil**: Bernardo Jacintho | **Product** - Nirveek De, Akankshu Dhawan |
| **INDIA**: Krishna Veer Singh | **Marketing** (PMM and Marketing Strategy) - Nick Silver, Carley lake |
| **APACX**: Suyash Sarwate <br> **APAC ANZ**: Sean McIntyre | **Data** <br> Frank Chang, David Purdy |
| **EMEA**: David Myers | **Research** - Darya Pilram |
| | **Product Ops** - Brian Tan, Alastair Curtis, Jose Sandl |
| | **Design** - Blake Engel |

CONFIDENTIAL

UBER000177517.0093
UBER_JCCP_MDL_000157415.0093

## Slide 73 Comments

1    +sachin.kansal@uber.com can we add +michaelo@uber.com to represent CommOps Global Safety Support in this pillar? Specifically for initiatives that will require commops action/involvement.
*Roger Kaiser,  2/21/2018 10:57 PM*

# Personal Safety: **Problems & Opportunities**

## Drivers concerned about risky riders

Onboarding for cash sign-ups enabled rider anonymity, which limits accountability for bad behavior and contributes to higher safety incident rates compared to card trips. Drivers also feel that Uber does not act to remove poor-quality Riders, although Drivers can be automatically deactivated.

## Safety can unlock opportunities for growth

"Perception of Safety is a barrier to use for new and existing users" is the #1 First Class insight in US, Can, Mexico, Brazil, India, Australia, and UK. Occasions like late night trips or unsafe neighborhoods limit usage for some riders (20%) and drivers (45%) in the US.

## Riders and Drivers are unaware of current safety procedures and features

Many of our higher activity (dual-app users) Riders and Drivers are not aware of existing safety features we offer such as Background screening, Insurance, Share Trip, Phone Anonymization,

CONFIDENTIAL

UBER000177517.0095
UBER_JCCP_MDL_000157415.0095

# Personal Safety: Strategy Statement

**Our Vision is to...**

Establish Uber as the most trusted transportation choice with the lowest interpersonal incident rate, for everyone.

**And in this journey, we will...**

- Reduce interpersonal conflicts for both riders and drivers on the Uber Platform

- Raise awareness and improve safety sentiment about Uber Globally

## How we'll measure success...

| 3 | KPI | Current November 2017 | Goal H1 2018 | Goal Long-term [Multi-year] |
|---|-----|------------------------|--------------|------------------------------|
| **Incident Rate** | L3+ interpersonal incidents / trip | | -5% | |
| **Safety Sentiment** | % who agree 'strongly'/'somewhat' that Uber is "committed to safety | 55% R; 62% D | 70% R, 70% D | |

CONFIDENTIAL

UBER000177517.0097
UBER_JCCP_MDL_000157415.0097

## Slide 76 Comments

1    +frank@uber.com to add Incident rate KPI number.
     _Reassigned to frank@uber.com_
     *Akankshu Dhawan,  2/21/2018 06:22 AM*

2    would strongly suggest at least using a full quarter of data. What region is this? If it is global you will need an index, which I am
     working on publishing this week.
     *Frank Chang,  2/21/2018 06:21 AM*

3    Even with the index, I assert that all incident rate KPIs should be at the quarter level for stability.
     *Frank Chang,  2/21/2018 06:22 AM*

CONFIDENTIAL

UBER000177517.0098
UBER_JCCP_MDL_000157415.0098

**Personal Safety: Big Rocks**

| 5 Big Rock | Top Projects |
|---|---|
| **Rider Quality** | - Social Connect v3<br>- Google Trust API<br>- Rider Photo<br>- Rider Profile |
| **Incident Prevention** | - Safe Dispatch Models<br>- Safe Routing<br>- Blacklist<br>- Deactivation Standards and Policy Automation<br>- Anomaly Detection Experience |

CONFIDENTIAL

UBER000177517.0099
UBER_JCCP_MDL_000157415.0099

## Slide 77 Comments

1    I've taken driver quality out of here since that's mostly captured in Access.

     +akankshu@uber.com
     +sachin.kansal@uber.com
     *Nirveek De,  2/23/2018 04:13 PM*

2    can we add a brief description of the project. see template. Just a sentence or half a sentence that fits in the same line should be
     enough
     *Sachin Kansal,  2/21/2018 01:59 PM*

3    +akankshu@uber.com to better stick to the Priorities, Deactivation standards should be in its own pillar in the Protections and
     Response priority
     *Sachin Kansal,  2/21/2018 03:51 PM*

4    agreed. Removed that.
     *Akankshu Dhawan,  2/23/2018 04:13 PM*

5    We still built a service to facilitate such automation.. +sachin.kansal@uber.com not sure if you want to call that as a service here?
     *Akankshu Dhawan,  2/23/2018 04:13 PM*

CONFIDENTIAL

**Pillar Name: Big Rocks**

| Big Rock | Top Projects |
|---|---|
| **On Trip Safety** | - Rider / Driver SOS<br>- Rider / Driver Share Trip<br>- Rider Safety Center / Driver Safety Shield<br>- Safe Pick up / Drop off |
| **Safety Education** | - New Rider/Driver Setup experience<br>- Phone anonymization/BGC design<br>- Community Standards awareness |

CONFIDENTIAL

UBER000177517.0101
UBER_JCCP_MDL_000157415.0101

# Driving
# Safety
# Pillar

**Pillar Owners**

**Key links**



CONFIDENTIAL

**Driving Safety**

# Core Team

The "Core Team" that will support the Pillar Owner to deliver on our strategy in 1H2018 includes:

| Global Partners | Functional Partners |
|---|---|
| **US&C**: Danielle Portugal | **Product** - Adith Iyer |
| **LATAM ex Brazil**: Ruben Santiago <br> **LATAM Brazil**: Bernardo Jacintho | **Eng** - Rami Mawas, Andrew Beinstein |
| **INDIA**: Krishna Veer Singh | **Product Ops**: Brian Tan, Alastair Curtis |
| **APACX**: Suyash Sarwate <br> **APAC ANZ**: Sean McIntyre | **Marketing** (PMM and Marketing Strategy): James LaVela |
| **EMEA**: David Myers | **Data**: David Purdy, Wayne Zhang, Patrick Muh |
|  | **Research**: Hadi Khazraee, Darya Pilram |
|  | **Design**: Blake Engel |
|  | **BI**: John Krebs |

CONFIDENTIAL

UBER000177517.0103
UBER_JCCP_MDL_000157415.0103

## Slide 80 Comments

1 +sachin.kansal@uber.com can we have Global Safety Support listed as a POC here as the CommOps rep for anything related to empathetic support? +michaelo@uber.com would be the best POC from our team for this. cc: +roger@uber.com _Assigned to sachin.kansal@uber.com_

*Karina Sengupta, 2/27/2018 05:57 AM*

CONFIDENTIAL

UBER000177517.0104
UBER_JCCP_MDL_000157415.0104

# Driving Safety: **Problems & Opportunities**

**Reduce driving incident rate**

Accident rates are increasing. Dangerous driving is the biggest category of safety complaints from riders, especially in the US. We can identify and prevent risky driving behaviors by leveraging our telematics data platform.

## First-in-class accident response

Accidents will happen. We strive to support our riders and drivers with empathy and care when things go wrong. By detecting accidents in real time, we can deliver white-glove customer service to our users when they need it most.

## Comply with safe driving regulations

In light of increasing accident rates, regulators are taking action to make roads safer. Ridesharing services are under increased scrutiny for distracted driving and fatigued driving. We need to comply with existing regulations as well as preempt future regulations.

CONFIDENTIAL

UBER000177517.0105
UBER_JCCP_MDL_000157415.0105

## Slide 81 Comments

1    +sachin.kansal@uber.com +adith@uber.com took a stab at this, please feel free to edit, etc
     *Deleted user,  2/21/2018 07:40 AM*

UBER000177517.0106
UBER_JCCP_MDL_000157415.0106

# Driving Safety: **Strategy Statement**

### Our Vision is to...

Make Uber the safest and the most trusted transportation choice for everyone with fewest accidents AND support our riders and drivers with empathy and care when accidents happen

### And in this journey, we will...

Reduce accidents by improving overall driving quality

Comply with existing driving safety regulations and

Provide first-in-class accident response

CONFIDENTIAL

UBER000177517.0107
UBER_JCCP_MDL_000157415.0107

## How we'll measure success...

| | KPI | Current November 2017 | Goal H1 2018 | Goal Long-term [Multi-year] |
|---|---|---|---|---|
| **Accident Rate** | Accident / MM trips | 4.8/MM trips | 4.56/MM (5% less) | |
| **Driving Hours** | Driving Hours Compliance | N/A | 100% in all markets approved by legal/ ops/ policy | 100% in all cities |
| **Phone Mounts** | Trips with Phone Mounts for 80% of trip time (US only) | ~80% | 88% | 100% |
| **Speeding** | Trips with excessive speed | Baseline in progress | 10% reduction | |
| **Accident Response** | Accident occurrence -> Claim Submission Time | `Avg ~50 hours | Demonstrate stat sig reduction in time to claims submission | |

CONFIDENTIAL

UBER000177517.0108
UBER_JCCP_MDL_000157415.0108

**Pillar Name: Big Rocks**

| Big Rock | Top Projects |
|---|---|
| Reduce incidents sustainably | - **Driving Hours** \| Prevent fatigued driving by preventing drivers from driving long hours<br>- **Furiosa** \| Reduce speeding via in-app speed alerts<br>- **Telematics data platform** \| Detect risky driving behaviors in real time<br>- **Phone mounting alerts** \| Reduce distracted driving by encouraging phone mount usage<br>- **Voice commands** \| Assist drivers to perform critical on trip interactions using voice |
| Compassionate and Timely Response | - **Accident Detection** \| Detect accidents in real time to provide white-glove customer service |
| Establish Uber as a leader in Road safety | - **Bike Lane alert \|** Alert the riders to look out for bikers/ pedestrians/ other vehicle while exiting the car<br>- Seat Belt Nudge \| Recommend  the riders to wear seat belts on every Uber trip |

CONFIDENTIAL

# Priority 3

# Protections
# & Response



CONFIDENTIAL

UBER000177517.0110
UBER_JCCP_MDL_000157415.0110

## Slide 85 Notes

We had to play catch-up on their basic requests.

CONFIDENTIAL

UBER000177517.0111
UBER_JCCP_MDL_000157415.0111

# Protection & Response At-A-Glance

Priority Leads: Curtis Scott, Katie Waitzman, Roger Kaiser

| | Insurance | Support | Deactivation |
|---|---|---|---|
| **Focus Areas** | • **Local insurance everywhere** through admitted insurance partners with proven claims sophistication and strong brand reputations.<br>• **Automate insurance operations** to improve claim integration and create affinity distribution capabilities in-house.<br>• **Driver Injury Insurance solutions** designing solutions for our partners that solve their problems and improve Uber's reputation. | • **Data Integrity & Quality**- Codify a common lexicon, taxonomy, and leveling framework; create 100% CTQ auditing; standardize R2 process for L1-L4 incidents<br>• **Welfare** - invest in interviewing, empathy skills; mental health counselors on call; recognition<br>• **Process Optimization** - Answer faster; specialize; assess/launch 24/7 phone; scale DACT; integrate claims<br>• **Foundational Policies** - Standardize policy ownership and IRT interaction model; ensure voice of the customer is part of the process<br>• **Tools & Analytics** - Build out a balanced scorecard; consolidate and prioritize our tech requests | • **Policy Automation** - Data driven policies to for deactivating drivers based on prior incidents, ratings and other feedback<br>• **Duplicate account and fraud account management** - Prevent fraudulent and duplicate accounts |

**KPIs**

Primary KPI:

| Current [TBD] | H1 Goal [TBD] | Stretch Goal [TBD] |
|---|---|---|

Primary KPI:

| Current [TBD] | H1 Goal [TBD] | Stretch Goal [TBD] |
|---|---|---|

CONFIDENTIAL

UBER000177517.0112
UBER_JCCP_MDL_000157415.0112

## Slide 86 Notes

Ensure that all partners have near-time and robust access to customer and agent feedback

## Slide 86 Comments

1        +kwaitzman@uber.com Take a look at slides 103-109
         *Deleted user,  2/13/2018 11:21 PM*

| Pillar | Milestone/Deliverable | Month (April - June) | Owner | Scope (i.e. Region + Eats) |
|---|---|---|---|---|
| Support | Taxonomy – L3-L4 Definitions / Alignment<br>   -  L1/L2 Definitions / Bliss-JIRA Mapping<br>Quality -- Standardized audit questions launched<br>   -  Category reviews launched<br>DACT Process – every region using for 1 policy (min)<br>Empathy Training – scoping training and welfare | April<br>May<br>April/May<br>April<br>May<br>May/June | Karina<br><br>Rog<br><br>Michael<br>Cory | Global<br><br>Global<br><br>Global<br>Global |
| Insurance | Crash Detection:<br>   •  Launch V2 model (5-min latency and improved accuracy), Finalize Scripting, Operationalize IRT<br><br>Mexico Claims:<br>   •  Carbon Design, Carrier Integration, IRT Process, Phase 0 and 1 launch<br><br>L1 Automation for Real Time FNOL  + Portkey<br>   •  Completion of scoping, business requirements and sign off | April-June<br><br><br><br>April-June<br><br><br>April-June | M. Warnquist<br>R. Ayento<br>K. Takano | US/CAN + P2P<br><br><br><br>LatAM + All<br><br><br>US/CAN + P2P |
| Deactivation | Rider policies (IPC and safety fraud tweaks) | April | Avinash Kalbarga | US/CA |

UBER000177517.0114
UBER_JCCP_MDL_000157415.0114

P-01572.00119

# Insurance Pillar



**Pillar Owners**
Curtis Scott
Katie Waitzman

**Key links**

CONFIDENTIAL

## Slide 88 Notes

We had to play catch-up on their basic requests.

## Slide 88 Comments

1     +takanok@uber.com can you pls review the Insurance pillar. Work with +patty.daberkow@uber.com if you have any changes or
      additions to make. Needs to be done today
      *Sachin Kansal,  2/21/2018 03:12 AM*

2     +sachin.kansal@uber.com
      We are aligned on the insurance pillar. KPI for driver injury protection adoption rate might be changing to 10% from 7.5% depending
      on Curtis/Patty's response, but on everything else we are aligned.
      *Kosuke Takano,  2/21/2018 03:12 AM*

CONFIDENTIAL

UBER000177517.0116
UBER_JCCP_MDL_000157415.0116

Insurance

# Core Team

The "Core Team" that will
support the Pillar Owner
to deliver on our strategy
in 1H2018 includes:

| Global Partners | Functional Partners |
|---|---|
| US&C: Sean Fitzsimmons, Randall Brenner | Product: Kosuke Takano |
| LATAM: Michael Raney, Alex Arceo | Marketing: Brad Rutta |
| INDIA: Namrata Sondhi, Sam Callahan | Data: Frank Chang |
| APACX: Johannes Stephanus de Waal, Sam Callahan | Research: Hollis Shoor |
| EMEA: Russell Corbould-Warren, Sharif Ishaque | Legal: Diane Rodgers |

UBER000177517.0117
UBER_JCCP_MDL_000157415.0117

P-01572.00122

Slide 89 Notes

- Access Pillar - Abhi & gagan
- New Access Pillar is about Marketing, Signups, Onboarding, Compliance, Ops & Support. - Vehicles is now a separate pillar
- Tl;Dr is > It is no longer about Raw First Trips. It is about quality growth that comes from being a trustworthy partner, even if its as a short term FT cost.

**Our Vision/NorthStar is to provide...**
Instant access to a true partner committed to my safety and success.

**Our Mission is to...**
Unlock the opportunity for anyone to earn.

**And in this journey, we will...**
Create the foundation on which true partnership is built by providing choices, being clear, establishing trust, and making it easy for our partners to get on the road to success.

CONFIDENTIAL

UBER000177517.0118
UBER_JCCP_MDL_000157415.0118

# Insurance: **Problems & Opportunities**

Generating Insurance Awareness

Mindful Insurance Solutions 

Platform Creation and Process Automation

CONFIDENTIAL

UBER000177517.0119
UBER_JCCP_MDL_000157415.0119

## Slide 90 Notes

What is Access: We believe that anybody who works hard has an opportunity to earn

Today. Many people looking for…..
Source:
https://docs.google.com/presentation/d/1jOl7gHWZN2cKmVdR3MMWUjUztDoJT33aeuHdSexG_Qg/edit?ts=5a29fd02#slide=id.g2b8fe23366_346_55

CONFIDENTIAL

UBER000177517.0120
UBER_JCCP_MDL_000157415.0120

# Insurance: **Strategy Statement**

### Our Vision is to provide...

insurance solutions that offer our partners peace of mind and are easily understood with efficient end-to-end administration

### And in this journey, we will...

unlock new markets through insurance programs, give our partners access to a safety net and create new benefit options for beyond-the-basics protection... and we'll work smarter to deliver smarter

**Pillar KPIs:**

Industry-Leading Launches

Awareness

Work Smarter

UBER000177517.0121
UBER_JCCP_MDL_000157415.0121

Slide 91 Notes

Source:
https://docs.google.com/presentation/d/1jOl7gHWZN2cKmVdR3MMWUjUztDoJT33aeuHdSexG_Qg/edit?ts=5a29fd02#slide=id.g2b8fe23366_346_65

CONFIDENTIAL

UBER000177517.0122
UBER_JCCP_MDL_000157415.0122

## How we'll measure success...

| 6 | KPI | Current November 2017 | Goal H1 2018 | Goal Long-term [Multi-year] |
|---|---|---|---|---|
| **Awareness** | Driver Insurance Awareness % | 55% (US) | >60% (US) | >80% |
| **Industry-leading launches** | Local auto solutions in open markets | 20% Open | <15% | <10% |
| **Industry-leading launches** | US Driver Injury Protection Adoption | <5% | >7.5% | >20% |
| **Industry-leading launches** | Social Schemes in top EMEA markets | 1 | 2 | 5 |
| **Work Smarter** | Automate routing the right claim to the right carrier | 91.3% of claims | >94.5% | 100% |

CONFIDENTIAL

UBER000177517.0123
UBER_JCCP_MDL_000157415.0123

P-01572.00128

## Slide 92 Notes

[Abhishek]

## Slide 92 Comments

1    +brad.rutta@uber.com
     Can you make sure that you are comfortable having 10% DIP adoption as the H1 Goal?

     +patty.daberkow@uber.com
     I believe we signed up for 2.5% increase for adoption rate increase for existing drivers. To shoot 10%, I believe we will rely on Brad's marketing projects and onboarding flow for that additional 2.5%. Let's make sure that Brad are comfortable for us to present this number.
     *Kosuke Takano, 2/21/2018 03:03 AM*

2    _Marked as resolved_
     +curtis.scott@uber.com to please comment on 10% DIP adoption goal for H1
     *Deleted user, 2/20/2018 10:54 PM*

3    _Re-opened_
     *Deleted user, 2/20/2018 10:54 PM*

UBER000177517.0124
UBER_JCCP_MDL_000157415.0124

## Slide 92 Comments (Continued)

4   Patty is correct, we had 2.5% in H1 and by EOY 10%. We felt like 2.5% was be a stretch, and without forced choice early in the onboarding funnel, we are unlikely to see dramatic growth.
*Deleted user,  2/20/2018 11:39 PM*

5   +patty.daberkow@uber.com  +curtis.scott@uber.com
Please review the targeted adoption rate for H1. (Product&Marketing Proposal is 7.5% without onboarding funnel)
*Kosuke Takano,  2/21/2018 12:33 AM*

6   +patty.daberkow@uber.com Changed it to 7.5% temporarily. Please change it if you still want to put 10%
*Kosuke Takano,  2/21/2018 03:03 AM*

CONFIDENTIAL

UBER000177517.0125
UBER_JCCP_MDL_000157415.0125

**Pillar Name: Big Rocks**

| Big Rock | Top Projects (2 - 5 highest impact) |
|---|---|
| Solve Big Problems | - Reduce the # of insurers and focus on strategic partnerships to leverage top insurance brands and create competitive advantage<br>- Launch social protection schemes in top EMEA markets<br>- Launch blanket driver injury protection major market driver injury protection solutions<br>- Launch Japan, Germany, Spain, Italy, Portugal through procurement of core auto insurance solutions<br>- Launch major market driver injury protection solutions |
| Increase awareness of existing programs and deliver high adoption for new insurance products | - In-App Insurance Hub Launch<br>- Launch driver-tailored affinity products such as personal auto, maternity/paternity leave, life insurance, off-app disability coverage through in-house benefits marketplace<br>- Mandatory driver selection for US Driver Injury Protection enrollment |

CONFIDENTIAL

UBER000177517.0126
UBER_JCCP_MDL_000157415.0126

# Support Pillar



**Pillar Owners**
Roger Kaiser

**Key links**
Commops 2018 business case

CONFIDENTIAL

UBER000177517.0127
UBER_JCCP_MDL_000157415.0127

## Slide 94 Notes

We had to play catch-up on their basic requests.

## Slide 94 Comments

1       +akankshu@uber.com pls make sure to review this section and see if you have any additions or changes.
*Sachin Kansal,  2/20/2018 02:47 PM*

UBER000177517.0128
UBER_JCCP_MDL_000157415.0128

**Support**

# Core Team

The "Core Team" that will support the Pillar Owner to deliver on our strategy in 1H2018 includes:

| Global + Regional Partners | Functional Partners |
| --- | --- |
| **Global Safety Support:**<br>Karina Sengupta, Michael O'Herlihy | **Global CommOps:**<br>Salman Siddiqui (Service Quality) |
| **US&C:**<br>Greg Brown | **Safety Analytics:**<br>Frank Chang |
| **INDIA:**<br>Vinay Karodia<br>Mayank Rajput | **Safety Brand and Research:**<br>Kate Parker (Safety Brand)<br>Heather Rothenberg (Safety Research) |
| **SENA :**<br>Johan Wong | **Safety Policy:**<br>Jenny Luu, Avinash Kalbarga |
| **ANZ:**<br>Mike Son, Nike Allen | **Safety Legal:**<br>Scott Binnings |
| **LATAM:**<br>Alfonso Gonzalez | **Insurance:**<br>Kathleen Waitzman |
| **EMEA:**<br>Morgan Landsberger | **Safety Product + Product Ops:**<br>Akanshu Dhawan, Jose Sandi |

CONFIDENTIAL

UBER000177517.0129
UBER_JCCP_MDL_000157415.0129

## Support: **Problems and Opportunities**

Uber is unable to consistently deliver best in class support to safety incidents around the world

**Current Problems**

- Disparate definitions of success (SLA, Quality, Customer Satisfaction) makes it difficult to compare success or assure high quality
- Lack of consistent standard for agent hiring, training, and personal welfare
- Lack of coordination leads to incorrect prioritization on tech roadmaps
- Inefficient utilization of resources and service delivery structures leads to duplication of efforts

CONFIDENTIAL

UBER000177517.0130
UBER_JCCP_MDL_000157415.0130

# Support: **Strategy Statement**

## Our Vision is to provide...
Fast, accurate and empathetic response to every
reported safety incident while gathering robust data
and insights that enable future incident prevention

## And in this journey, we will...

Define and align on best in class safety support, determine
appropriate SLAs, deliver high quality and consistent experiences,
build single sources of truth,  innovate to drive down response time,
implement best in class welfare programs and training for front line
staff, process optimize via scaling best practice solutions, stronger
collaboration and role definition with regional and global
stakeholders, and explore  additional modalities.

**Pillar KPIs:**

Quality (R^2)

SLA

eNPS

Empathy Metric

CONFIDENTIAL

UBER000177517.0131
UBER_JCCP_MDL_000157415.0131

Slide 97 Notes

Source:
https://docs.google.com/presentation/d/1jOl7gHWZN2cKmVdR3MMWUjUztDoJT33aeuHdSexG_Qg/edit?ts=5a29fd02#slide=id.g2b8fe23366_346_65

CONFIDENTIAL

## How we'll measure success...

| | KPI | Current November 2017 | Goal H1 2018 | Goal H2 |
|---|---|---|---|---|
| **Quality** | R^2 | | launched | 95 (L3/L4) 90 (rest) |
| | R^2 Calibration/Alignment | | launched | 90 |
| | Deactivation Policy Compliance | | DACT live in every Region | 99% |
| **Speed** | First Meaningful Touch SLA (L3/L4) | | | 60min; 85% |
| | P90 time to resolution (L3/L4) | | | tbd - 80hrs? |
| | First Touch SLA (L1/L2) | | | Xhrs; 70% |
| **Welfare** | eNPS for L3/L4 CSRs | | | tbd |

CONFIDENTIAL

UBER000177517.0133
UBER_JCCP_MDL_000157415.0133

P-01572.00138

## Slide 98 Notes

[Abhishek]

CONFIDENTIAL

UBER000177517.0134
UBER_JCCP_MDL_000157415.0134

## Support: Big Rocks

| Big Rock | Top Projects (2 - 5 highest impact) |
|---|---|
| Data Integrity and Quality | - **Taxonomy** \| Defining global source of truth for every accident and incident type<br>- **Quality in our DNA** \| Launch and optimize a standardized R2 for all L1-L4 incidents; design and execute 100% audit checks for critical L3/L4s<br>- **Investigative Sufficiency** \| Define a measurable metric around sufficiency and include it in our quality processes |
| Welfare and Agent Training | - **Expanded Training** \| Invest in improved training around interviewing and empathy skills<br>- **Expanded Agent Service** \| Provide crisis counseling for IRT agents -- focusing on their psychological well-being<br>- **Expanded Customer Services** \| Explore partnerships with external orgs in rape counseling and PTSD to support our users<br>- **Recognition, Visibility and, Reward** \| Build internal recognition systems for front line agents, ensure agents understand context of broader org and review compensation for front line. |

CONFIDENTIAL

## Support: Big Rocks

| Big Rock | Top Projects (2 - 5 highest impact) |
|---|---|
| Tools and Analytics | - **Balanced Scorecard** \| Create and report out on a balanced global scorecard for safety support<br>- **Consolidated Tech Roadmap** \| Help prioritize Safety and CO roadmaps and serve as a partner throughout development |
| Process Optimization | - **Answer Faster** \| Align and execute upon minimum thresholds for SLA globally<br>- **Triage-Investigation Break-out** \| Bifurcate response model where appropriate to ensure SLAs hit with highest quality interactions<br>- **Assess + Launch 24/7 Global Critical Line** \| Explore value and necessity for a critical line in all major markets and launch / optimize as needed<br>- **Scale DACT** \| Bring DACT globally, ensuring documentation for 100% of safety deactivations and driving up policy compliance<br>- **Integrating Claims** \| Design processes that are better integrated with claims and insurance processes / policies |
| Foundational Policies | - **Standardized Policy Process** \| Standardize policy ownership and IRT interactions needed during policy creation<br>- **Policy interaction model** \| Build and scale relationship model between Regional Safety and Regional IRT |

CONFIDENTIAL

UBER000177517.0136
UBER_JCCP_MDL_000157415.0136

11

# Deactivation Pillar

**Pillar Owners**
Akankshu Dhawan
Avinash Kalbarga

**Key links**



CONFIDENTIAL

Slide 101 Notes

We had to play catch-up on their basic requests.

Slide 101 Comments

1       +akankshu@uber.com also review this section when it gets filled out.
        *Sachin Kansal,  2/20/2018 02:48 PM*

2       @jgoodman@uber.com can we clarify who is owning this? Assuming this is "Deactivation Policy" per se.
        _Reassigned to jgoodman@uber.com_
        *Karina Sengupta,  2/21/2018 06:44 AM*

3       bump!
        *Karina Sengupta,  2/10/2018 12:32 AM*

4       Agreed -- would like to better understand how we're thinking about this. Seems like there are three components:

        1. DACT -- a commops-owned process that is designed to enable and increase high compliance for deactivation policies.
        2. SIPS -- a Safety-owned policy eng service that reliably flags users in violation of deactivation policies.
        3. Deactivation Policies -- de-centralized thresholds that need to be owned and set by Regional Ops in partnership with Safety/Insurance and in consultation with CommOps.
        *Roger Kaiser,  2/12/2018 06:55 PM*

CONFIDENTIAL

UBER000177517.0138
UBER_JCCP_MDL_000157415.0138

Slide 101 Comments (Continued)

5   let me circle back on this one.  There is an ops, product and commops component.  I agree, we need a clear owner here.  Ideally the new Global Heads of Safety Ops when in place.
    *Jesse Goodman,  2/13/2018 05:36 PM*

6   I'd recommend considering re-naming this pillar to: Deactivation Policies or Negative-Action Policies.

    I think that's the critical missing piece in most regions -- Ops owning and leading the charge in having clearly defined polices for WHEN to deactivate. HOW we deactivate is the easy part and already baked into the Response Pillar (DACT - process).

    We are serious need of the right policies owned by the right central Ops reps.
    *Roger Kaiser,  2/13/2018 07:35 PM*

7   +binnings@uber.com any thoughts on who should own this pillar and fill in the global strategy?  We need this section complete by EOW.
    _Reassigned to binnings@uber.com_
    *Jesse Goodman,  2/14/2018 06:12 PM*

8   Bumping this. Still not clear what Deactivation means. This still seems like we're trying to say: "Policies"
    *Roger Kaiser,  2/20/2018 11:35 PM*

9   spoke to Gus about this today and +akankshu@uber.com will be the "owner" for the strategy in this pillar.  Of course, with support from other key contributors.
    _Reassigned to akankshu@uber.com_
    *Jesse Goodman,  2/21/2018 01:47 AM*

CONFIDENTIAL

UBER000177517.0139
UBER_JCCP_MDL_000157415.0139

## Slide 101 Comments (Continued)

10    +akankshu@uber.com +roger@uber.com +jgoodman@uber.com Would renaming this to "Safety Incident Policies" Pillar help avoid the confusion?
*Deleted user, 2/21/2018 02:55 AM*

11    I'm in favor of keeping it simply Deactivation for now. Let's not get too far into the weeds on this and over-index on current solutions.
*Frank Chang, 2/21/2018 06:44 AM*

CONFIDENTIAL

UBER000177517.0140
UBER_JCCP_MDL_000157415.0140

**Deactivation**

# Core Team

The "Core Team" that will support the Pillar Owner to deliver on our strategy in 1H2018 includes:

| | |
|---|---|
| **US&C:** Danielle Portugal, Michael White Greg Brown | **Safety Engineering:** Rami Mawas, Misha Bosin |
| **INDIA:** Krishna Veer Singh Vinay Karodia | **Safety Policy:** Jenny Luu, Avinash Kalbarga |
| **SENA :** Suyash Sarwate Johan Wong | **Safety Data Science:** Frank Chang, Todd Gaddis |
| **ANZ:** Sean McIntyre Mike Son, Nick Allan | **Safety Legal:** Scott Binnings |
| **LATAM/BRAZIL:** Ruben Santiago, Bernardo Jacintho Alfonso Gonzalez | **Safety Product + Product Ops:** Akanshu Dhawan, Jose Sandi |
| **EMEA:** David Myers, Natalie Greene Morgan Landsberger | **Regional Legal teams** |
| **UKI:** Huw Bevan Morgan Landsberger | **Global Safety Support:** Roger Kaiser, Michael O'Herlihy, Karina Sengupta |

CONFIDENTIAL

## Slide 102 Notes

- Access Pillar - Abhi & gagan
- New Access Pillar is about Marketing, Signups, Onboarding, Compliance, Ops & Support. - Vehicles is now a separate pillar
- Tl;Dr is > It is no longer about Raw First Trips. It is about quality growth that comes from being a trustworthy partner, even if its as a short term FT cost.

**Our Vision/NorthStar is to provide...**
Instant access to a true partner committed to my safety and success.

**Our Mission is to...**
Unlock the opportunity for anyone to earn.

**And in this journey, we will...**
Create the foundation on which true partnership is built by providing choices, being clear, establishing trust, and making it easy for our partners to get on the road to success.

## Slide 102 Comments

1       +roger@uber.com +frank@uber.com +dportugal@uber.com can you confirm if this is the right list of folks for the DACT work globally
        *Akankshu Dhawan,  2/21/2018 06:45 AM*

Slide 102 Comments (Continued)

2       Not sure this is in the right pillar. Scaling out the DACT project and the corresponding process is in the support pillar above. It's a
        project of one of our big rocks.
        *Roger Kaiser,  2/20/2018 11:36 PM*

3       +akankshu@uber.com Global partners should include Ops and CommOps. Considering Global partners under support pillar are the
        same PoCs for Safety Policy/DACT, I will update this slide by adding regional Ops contacts. Let me know if this makes sense
        *Deleted user,  2/21/2018 02:56 AM*

4       +roger@uber.com +frank@uber.com   updated the list with central ops contacts.
        *Deleted user,  2/21/2018 03:11 AM*

5       Thanks. I added +todd.gaddis@uber.com who is doing most of the heavy lifting on my team.
        *Frank Chang,  2/21/2018 06:45 AM*

CONFIDENTIAL

UBER000177517.0143
UBER_JCCP_MDL_000157415.0143

# Deactivation: **Problems &**
# **Opportunities**

6

Uber is unable to consistently and swiftly ensure unsafe actors are removed from the Uber platform.

### Current Problems

- Not real-time policy alerting and enforcement
- Non-standard andhurts Uber's ability to consistently remove unsafe actors
- Not backed by data and statistical models to ensure consistency and precision

CONFIDENTIAL

UBER000177517.0144
UBER_JCCP_MDL_000157415.0144

## Slide 103 Notes

What is Access: We believe that anybody who works hard has an opportunity to earn

Today. Many people looking for…..
Source:
https://docs.google.com/presentation/d/1jOI7gHWZN2cKmVdR3MMWUjUztDoJT33aeuHdSexG_Qg/edit?ts=5a29fd02#slide=id.g2b8fe23366_346_55

## Slide 103 Comments

1     Not sure this problem statement is accurate. A more accurate problem is that we have inconsistent policies city-by-city / sub-region by sub-region -- and no standardized owner. Most of these policies are not well-codified or in a good enough place for commops to execute on.

*Roger Kaiser,  2/28/2018 05:18 PM*

2     REDACTED - PRIVILEGED

REDACTED - PRIVILEGED +akankshu@uber.com +binnings@uber.com    REDACTED - PRIVILEGED

**REDACTED - PRIVILEGED**

*Deleted User,  2/21/2018 04:02 AM*

3     **REDACTED - PRIVILEGED**

*Scott Binnings,  2/21/2018 06:33 AM*

CONFIDENTIAL

## Slide 103 Comments (Continued)

4    I'm ok with this as is. Again, let's not over-index this on current solutions.
     *Frank Chang,  2/21/2018 06:47 AM*

5    I agree. We can have those as sub bullets.. but the high level theme should be broader was my understanding
     *Akankshu Dhawan,  2/23/2018 04:45 PM*

6    added cc: +kalbarga@uber.com +frank@uber.com
     *Akankshu Dhawan,  2/28/2018 05:18 PM*

CONFIDENTIAL

UBER000177517.0146
UBER_JCCP_MDL_000157415.0146

# Deactivation: **Strategy Statement**

4

## Our Vision is to provide...

Automated and scaled out deactivation for actors
that are in violation of Uber's policies

## And in this journey, we will...

Build a framework to determine safety policies
and thresholds globally

Automatically ensure potentially unsafe actors
are flagged for deactivations globally

**Pillar KPIs:**

Insurance Costs

Incident Rates

CONFIDENTIAL

UBER000177517.0147
UBER_JCCP_MDL_000157415.0147

## Slide 104 Notes

Source:
https://docs.google.com/presentation/d/1jOl7gHWZN2cKmVdR3MMWUjUztDoJT33aeuHdSexG_Qg/edit?ts=5a29fd02#slide=id.g2b8fe23366_346_65

## Slide 104 Comments

1    What does automate deactivation mean?
     *Roger Kaiser,  2/21/2018 06:49 AM*

2    +roger@uber.com I think +akankshu@uber.com is referring to the automatic flagging/JIRA creation for DACT team
     *Deleted user,  2/21/2018 04:11 AM*

3    yes. thanks +kalbarga@uber.com
     *Akankshu Dhawan,  2/21/2018 05:26 AM*

4    Again - I know we have a specific solution here that works, but I would strongly suggest keeping this deck general. We have not
     scaled to all the regions and have no idea what obstacles exist (e.g. employment in certain regions). Definition of the specific items
     (e.g. "automated", "scaled") should be in a separate, non-strategy deck where the focus is on Deactivation.
     *Frank Chang,  2/21/2018 06:49 AM*

CONFIDENTIAL

UBER000177517.0148
UBER_JCCP_MDL_000157415.0148

## How we'll measure success...



| | KPI | Current November 2017 | Goal H1 2018 | Goal Long-term [Multi-year] |
|---|---|---|---|---|
| | Insurance Costs | | | |
| | % of Flagged cases leading to deactivation | | | |
| | Incident Rates | | | |

CONFIDENTIAL

UBER000177517.0149
UBER_JCCP_MDL_000157415.0149

## Slide 105 Notes

[Abhishek]

## Slide 105 Comments

1       +frank@uber.com are these the correct set of KPIs for DACT global? Do you have a long term goal and baseline for this?
        _Reassigned to frank@uber.com_
        *Akankshu Dhawan, 2/21/2018 07:42 PM*

2       +kalbarga@uber.com as he and I have been working on this together.

        1. For KPIs, I would suggest: a) drivers with ticket rate over threshold, b) DD / IPC incident rate (matched to policy), c) serious DD / serious IPC incident rate (from Stand for Safety Dashboard)

        2. Should we either align with or at least consult US team (Central Ops, IRT) on the proposed KPIs?
        *Frank Chang, 2/21/2018 12:23 AM*

3       I agree with consulting Central Ops re:impact.
        IRT has operational performance metrics which are not necessarily communicating impact (e.g. 38% of the flagged Dangerous Driving cases were deactivated) but should be consulted for any additional metrics they might be tracking.
        *Deleted user, 2/21/2018 01:00 AM*

CONFIDENTIAL

Slide 105 Comments (Continued)

4        +dportugal@uber.com Is you team tracking any specific metrics for Dangerous Driving and IPC policies?
         *Deleted user,  2/21/2018 06:09 PM*

5        Yeah - we are. My thoughts are:
          - Accident Rate
          - Risk Index Profile (this is a metric that we use to measure the riskiness of our miles across the US/CAN - the more we deactivate
         high-risk partners, the more this metric improves)
          - Insurance Costs
          - Serious Incident Rate
          - Deactivation Rate vs. Expectations

         I wouldn't recommend tracking deactivation rate by itself. There could be really good reason why we choose to have a low
         deactivation rate (e.g. appeasement abuse), particularly as our thresholds get stricter. The important thing is that we're being
         thoughtful about projecting what that rate should be, and making adjustments accordingly.

         Let me know if you disagree +bmora@uber.com +frank@uber.com
         *Danielle Sheridan,  2/21/2018 07:27 PM*

6        Thanks, Danielle. The first three are fairly US-centric (bulk of insurance cost, accident rates are only truly calculable with large amount
         of insurance data, GLM only exists in US for now). I agree we should track those for U.S., but perhaps not for all regions.
         *Frank Chang,  2/21/2018 07:35 PM*

CONFIDENTIAL

UBER000177517.0151
UBER_JCCP_MDL_000157415.0151

## Slide 105 Comments (Continued)

7          Very fair - my head is extremely US/CAN focused.

           Maybe for the world we just say:
           - Incident Rates
           - Deactivation Rates vs. Expectations
            - Accident Rate (US Only)
           - Insurance Costs (US Only)
           - Risk Index Profile Decrease (US Only)
           *Danielle Sheridan,  2/21/2018 07:42 PM*

CONFIDENTIAL

UBER000177517.0152
UBER_JCCP_MDL_000157415.0152

**Deactivation: Big Rocks**

**IGNORE-WIP**

| Big Rock | Top Projects (2 - 5 highest impact) |
|---|---|
| Global Roll-out | - **Global Roll-out of IPC and Dangerous Driving Policies** on the SIPS Platform |
| Welfare and Agent Training | - **Investigative Sufficiency** \| Define a measurable metric around sufficiency and include it in our quality processes<br>- **Expanded Training** \| Invest in improved training around interviewing and empathy skills<br>- **Expanded Agent Service** \| Provide crisis counseling for IRT agents -- focusing on their psychological well-being<br>- **Expanded Customer Services** \| Explore partnerships with external orgs in rape counseling and PTSD to support our users |

CONFIDENTIAL

UBER000177517.0153
UBER_JCCP_MDL_000157415.0153

P-01572.00158

**UPDATES IN PROGRESS**

## Timeline - H1 2018

| | Q1 | | | Q2 | | |
|---|---|---|---|---|---|---|
| | JAN | FEB | MAR | APR | MAY | JUN |
| **Insurance** | | | | | | |
| **Support** | | *L3/L4 Definitions -- Taxonomy* | | | *Bliss/JIRA Mapping* | |
| | | | | *L1/L2 Definitions -- Taxonomy* | | |
| | | *CTQ Audits Launched* | | | | *Add'l DACT Policies -->* |
| | | *DACT Process -- 1 policy per region live* | | | | |
| | | | | | *JIRA Playbook* | |
| | | | | *CSR Welfare Standards* | | |
| **Deactivation** | | | | | | |

UBER000177517.0154
UBER_JCCP_MDL_000157415.0154

P-01572.00159

## Slide 107 Comments

1        +ksengupta@uber.com is this useful for the Troy deck?
         *Roger Kaiser,  3/29/2018 09:06 PM*

CONFIDENTIAL

UBER000177517.0155
UBER_JCCP_MDL_000157415.0155

## Timeline - H1 2018



CONFIDENTIAL

UBER000177517.0156
UBER_JCCP_MDL_000157415.0156

# Priority 4

# Safety
# Commitment



CONFIDENTIAL

Slide 109 Comments

1      @charlotte.abid@uber.com
        _Assigned to charlotte.abid@uber.com_
        *Karina Sengupta, 11/4/2021 08:58 PM*

CONFIDENTIAL

UBER000177517.0158
UBER_JCCP_MDL_000157415.0158

# Safety Commitment At-A-Glance

Priority Leads: Kate Parker, Brooke Anderson

|  | **Sentiment** | **Education & Awareness** | **Community Contributions** |
|---|---|---|---|
| **Focus Areas** | Build insights about user attitudes on safety, align on effective tone & language, and empower employees to confidently address and evangelize our commitment.<br><br>• Safety Sentiment Tracker & Reputation Trackers<br>• Safety Narratives and Global Brand / Comms Guides<br>• Safety Summits & Town Halls | Drive broad consumer awareness of powerful safety products and programs that help reduce the most worrisome scenarios and thereby increase user confidence.<br><br>• Safety Products / Systems<br>• Insurance Comprehension<br>• Expert-backed Prevention Information (e.g., Sexual Assault Prevention) | Elevate the conversation on safety overall; evangelize and demonstrate Uber's unique role in contributing positively to the safety of our cities.<br><br>• Cross-Industry Convenings<br>• 3rd Party Policy Studies<br>• Law Enforcement Engagement<br>• Drunk Driving Prevention<br>• Human Trafficking |

**Primary KPI:** "Committed to Safety"

**Primary KPI:** Feature Awareness

**Primary KPI:** "Committed to Safety"

**KPIs**

1

| Current | H1 Goal | Long-Term |
|---|---|---|
| 55% R , 62% D<br>38% GenPo, /56% OE | 70% R + D<br>60% GenPop/OE | 90% R + D<br>80% GenPop/OE |

| Current | H1 Goal | Long-Term |
|---|---|---|
| Rider: Insurance 16%<br>Drivers: Customer Support | 70% | 90% |

| Current | H1 Goal | Long-Term |
|---|---|---|
| 38% GenPo, /56% OE] | 60% GenPop/OE | 80% GenPop/OE |

CONFIDENTIAL

UBER000177517.0159<br>UBER_JCCP_MDL_000157415.0159

## Slide 110 Notes

Consumer Awareness of Safety Commitment and Products
Insurance Comprehension
Education

## Slide 110 Comments

1     +kateparker@uber.com is 90% for "safety commitment" the end of H2 goal?
      *Danielle Sheridan,  6/28/2018 03:27 PM*

UBER000177517.0160
UBER_JCCP_MDL_000157415.0160

| Pillar | Milestone/Deliverable | Month (April - June) | Owner | Scope |
|---|---|---|---|---|
| Safety Sentiment | Internal Culture Initiative – Take a Stand for Safety | April | Andrew / Jesse | Global |
| Education / Awareness | Dara Safety Moment | April 12 | Brooke | US |
| Education / Awareness | Sexual Assault Awareness Month | April 16 | Kate | US |
| Education / Awareness | Driving Time Limit Roll-Out | April 11 - May 2 | Patrick | EMEA |
| Education / Awareness | Awareness Campaigns (7 actions) | April | Paulo | LatAm |
| Education / Awareness | Project Z Campaign | May | Nick | US |
| Sentiment | Safety Narrative | May | Kate / Brooke | Global |
| Sentiment | Safety Brand Survey 2018 Wave 1 | May / June | Hollis | US, BZ, MX, AU, IN |
| Community | Crime Stoppers / See Something Say Something | June | Kate | Global |

CONFIDENTIAL

UBER000177517.0161
UBER_JCCP_MDL_000157415.0161

Slide 111 Notes

Our Goal: to land a "change moment" putting Dara's safety stamp on our product and marking a new emphasis on safety going forward for Uber. This is a reset and our future actions will serve to validate this new commitment going forward.

CONFIDENTIAL

UBER000177517.0162
UBER_JCCP_MDL_000157415.0162

# Safety Sentiment Pillar

**Pillar Owner**

**Key links**

CONFIDENTIAL

**Safety Sentiment**

# Core Team

The "Core Team" that will support the Pillar Owner to deliver on our strategy in 1H2018 includes:

| Global Partners | Functional Partners |
|---|---|
| **US&C**<br>Danielle Portugal<br>Ali Quarforth<br>Peyton Newquist | **Safety Brand**<br>Kate Parker<br>Jesse Goodman<br>Cameron Zick<br>Brad Rutta |
| **LATAM**<br>Isabel Del Val<br>Marcio De Meo | **Market Research**<br>Hollis Shoor<br>Abbie Ding |
| **INDIA**<br>Lavani Agarwal<br>Prasidha Menon | **Policy**<br>Nadia Anderson |
| **APACx**<br>Christopher Brummitt<br>Jenna Collard | **Legal**<br>Scott Binnings |
| **EMEA**<br>Joanne Kubba<br>Badia Berrada<br>Mallory Warner | **Product**<br>Sachin Kansal |
| **IRT**<br>Roger Kaiser | **Comms**<br>Brooke Anderson<br>Andrew Hasbun<br>Tracey Breeden |

CONFIDENTIAL

# Safety Sentiment: **Problems & Opportunities**

### Accuracy
- Safety is a highly complex topic that varies based on environmental factors, internal variables and situational nuance
- Every claim we make <u>must</u> be backed up by proven fact, and stress-tested for vulnerabilities
- Working together, our claims must tell a **consistent story**, with accuracy across and in regions.

### Empathy
- Hundreds of severe incidents hit the press every day
- We struggle to connect or communicate the emotion behind safety
  - Customer service (tone, response, timeliness)
  - Lack of prioritization of safety in practice

### Alignment
- *External* - Different messages and strategic approaches are being communicated to external audiences
- *Internal* - Many employees do not understand or see how the business prioritizes safety

CONFIDENTIAL

UBER000177517.0165
UBER_JCCP_MDL_000157415.0165

# Safety Sentiment: **Strategy Statement**

## Our Vision is to provide…

A consistent, accurate and empathetic global approach that shows our employees, consumers, media, regulators, and the public that we care deeply about Safety—inside and out.

## And in this journey, we will…

- Listen and learn to understand what safety means to our constituents, and uphold a <u>firm responsibility to do our part.</u>
- Demonstrate our commitment to safety through concrete actions and a human-centric approach.
- Pursue a leadership position in the industry as a responsible, dependable and innovative leader on consumer protection.

CONFIDENTIAL

UBER000177517.0166
UBER_JCCP_MDL_000157415.0166

## How we'll measure success...

| | KPI | Current November 2017 | Goal H1 2018 | Goal Long-term [Multi-year] |
|---|---|---|---|---|
| **Sentiment** | *Riders / Drivers:* % who agree ('strongly'/'somewhat') that Uber is "committed to safety" | US: 55% (R) / 62% (D)* | 70% | 90% |
| **Sentiment** | *General Population / Opinion Elites:* % who agree ('strongly'/'somewhat') that Uber is "committed to safety" | US: 38% (GP) / 56% (OE)* | 60% | 80% |

CONFIDENTIAL

UBER000177517.0167
UBER_JCCP_MDL_000157415.0167

# Safety Sentiment: **Big Rocks**

| Big Rock | Top Projects (2 - 5 highest impact) |
|---|---|
| **Understand safety sentiment** | - Safety Sentiment Market Research Tracker (2x a year; top markets) (Expanded!)<br>- Global Stand for Safety KPIs (3x - Global Reputation Survey) (Existing!)<br>- Sentiment insights for top focus areas* (New!):<br>    - *Women's safety*<br>    - *Emergency Response*<br>    - *Insurance* |
| **Build an inspiring narrative** | - New Safety Narrative with global messaging structure / anthem film (New!)<br>- New Safety Comms/Policy one-pagers (Improved!)<br>- Safety & Insurance Global Brand Guides for Regional Consistency (New!)<br>- Website Revamp, including sections dedicated to core consumer safety issues (i.e., screening) (Improved!)<br>- Regional Brand Marketing Campaigns (Improved!) |
| **Internal engagement and focus** | - See Something / Say Something internal culture initiative (New!)<br>- All Hands Regular Updates and team@ emails calendar (New!)<br>- Internal engagement / volunteering initiative (Expanded!)<br>- Regional educational Summits and Town Halls (Expanded!) |

\* Putting these projects in Need Prioritization, because important to understand underlying needs of these issues before developing solutions and executions. Once completed will likely require messaging optimization research

CONFIDENTIAL

UBER000177517.0168<br>UBER_JCCP_MDL_000157415.0168

# Education & Awareness Pillar

**Pillar Owner**

**Key links**



CONFIDENTIAL

UBER000177517.0169
UBER_JCCP_MDL_000157415.0169

Education & Awareness

# Core Team

The "Core Team" that will
support the Pillar Owner
to deliver on our strategy
in 1H2018 includes:

| Global Partners | Functional Partners |
|---|---|
| **US&C**<br>Danielle Portugal<br>Ali Quarforth<br>Peyton Newquist | **Marketing  (PMM and Marketing Strategy)**<br>Kate Parker<br>Nick Silver<br>James LaVela<br>Carley Lake |
| **LATAM**<br>Isabel Del Val<br>Marcio De Meo | **Policy**<br>Jena Wuu<br>Nadia Anderson |
| **INDIA**<br>Lavani Agarwal<br>Prasidha Menon | **Legal**<br>Scott Binnings |
| **APACx**<br>Christopher Brummitt<br>Jenna Collard | **Product**<br>Sachin Kansal |
| **EMEA**<br>Joanne Kubba<br>Badia Berrada | **Comms**<br>Brooke Anderson<br>Susan Hendrick<br>Jodi Page |
| | |
| | |

CONFIDENTIAL

UBER000177517.0170
UBER_JCCP_MDL_000157415.0170

# Education & Awareness: **Problems & Opportunities**

- **Safety positively impacts trust :** Safety is the biggest driver of trust among riders and the second biggest driver for drivers.

- **Sexual assault**: Current and prospective U.S. women drivers are twice as likely to be concerned about being sexually assaulted or harassed compared to male drivers

- **Lack of awareness:** Uber has a lot of powerful safety features that impact perception, but current awareness among existing Riders and Drivers is extremely low. Examples include:
  - Background screening
  - Insurance
  - Customer Support
  - Emergency SOS

- **Lack of visibility**: Uber's commitment to safety is not visible within our app, on our homepage, and has not been prioritized in our marketing to riders and drivers.

CONFIDENTIAL

# Education & Awareness: **Strategy Statement**

## Our Vision is to provide...

broad consumer awareness of powerful safety products that help reduce
risky scenarios (physical, emotional or financial/cyber safety harm) thereby
increasing user confidence and certainty.

## And in this journey, we will...

- Educate consumers about what we do for safety and what the Uber
  app makes possible.
- Position and differentiate Uber as a leader in safety product by
  consistently highlighting features and initiatives that raise the bar

CONFIDENTIAL

UBER000177517.0172
UBER_JCCP_MDL_000157415.0172

## How we'll measure success...

|  | KPI | Current November 2017 | Goal H1 2018 | Goal Long-term [Multi-year] |
|---|---|---|---|---|
| **Sentiment** | *Riders / Drivers:* % who agree ('strongly'/'somewhat') that Uber is "committed to safety" | US: 55% (R) / 62% (D)* | 70% | 90% |
| **Sentiment** | *General Population / Opinion Elites:* % who agree ('strongly'/'somewhat') that Uber is "committed to safety" | US: 38% (GP) / 56% (OE)* | 60% | 80% |
| **Awareness** | *Riders / Drivers:* % who cite aided the awareness of safety features that "make them feel a lot safer" | US Riders: Insurance (16%) US Drivers: Customer Support (49%) | 70% | 80% |

CONFIDENTIAL

UBER000177517.0173
UBER_JCCP_MDL_000157415.0173

# Education & Awareness: Big Rocks

| 2 Big Rock | Top Projects (2 - 5 highest impact) |
|---|---|
| **Awareness of Safety Products and Systems** | • Drive Time Limit (New!)<br>• Emergency Response Button (New!)<br>• Safety Center / Share Trip (New!)<br>• Rider Identification (Improved!)<br>• Safe Driving (Seatbelt, Crash Detection, Speed Alerts, Bike Lane Alerts) (New!)<br>• Evergreen Campaign for Top Performing **Existing** Features - Rider & Driver (Repetition & Clarity) |
| **Insurance Comprehension** | • Insurance Awareness "101" Campaign (New!)<br>• Revamp Website to clarify offerings (Repetition & Clarity)<br>• Insurance Information Hub In-App (New!)<br>• Lifecycle for Insurance Coverages-Driver Injury Protection (Repetition & Clarity) |
| **Prevention Education** | • Anti-Sexual Assault / Harassment (Repetition & Clarity)<br>• Reporting an Incident (Repetition & Clarity!)<br>• Safe Driving Tips (Repetition & Clarity)<br>• What to do in an Emergency (Repetition & Clarity!) |

CONFIDENTIAL

UBER000177517.0174
UBER_JCCP_MDL_000157415.0174

## Slide 123 Comments

1      Shouldn't this be coupled with "reporting an incident" instead of a standalone?
*Brooke Anderson, 3/8/2018 07:24 AM*

2      do you mean tips? hard to tell from the comment box
*Kate Parker, 3/8/2018 07:24 AM*

CONFIDENTIAL

UBER000177517.0175
UBER_JCCP_MDL_000157415.0175

# Community Contribution Pillar

Pillar Owner

**Key links**



CONFIDENTIAL

**Community Contribution**

# Core Team

The "Core Team" that will support the Pillar Owner to deliver on our strategy in 1H2018 includes:

| Global Partners | Functional Partners |
|---|---|
| **US&C**<br>Danielle Portugal<br>Ali Quarforth<br>Peyton Newquist | **Marketing  (PMM and Marketing Strategy)**<br>Kate Parker<br>Nick Silver<br>Carley Lake<br>James LaVela<br>Johnathon Purcell |
| **LATAM**<br>Isabel Del Val<br>Marcio De Meo | **Policy**<br>Jena Wuu<br>Nadia Anderson |
| **INDIA**<br>Lavani Agarwal<br>Prasidha Menon | **Legal**<br>Scott Binnings |
| **APACx**<br>Christopher Brummitt<br>Jenna Collard | **Product**<br>Sachin Kansal |
| **EMEA**<br>Joanne Kubba<br>Badia Berrada | **Comms**<br>Brooke Anderson<br>Kayla Whaling<br>Tracey Breeden |
| | **Business Development**<br>Sami Braun |
| | **Law Enforcement**<br>Mike Sullivan |

CONFIDENTIAL

UBER000177517.0177
UBER_JCCP_MDL_000157415.0177

# Community Commitment: **Problems & Opportunities**

## To use a friend…
## You need to make one first

- As an industry leader and disruptor that's connecting millions of people, we are (rightfully) held to a very high standard on safety
- It's critical to constantly build and strengthen relationships with local authorities and top-tier organizations
- In order to be respected thought leaders on safety in the communities we serve, focusing on trip safety isn't enough. We must go beyond and reach for ways to build safer cities.

CONFIDENTIAL

UBER000177517.0178
UBER_JCCP_MDL_000157415.0178

P-01572.00183

# Community Contribution: **Strategy Statement**

## Our Vision is to...

Demonstrate Uber's unique role in contributing positively to city safety

## And in this journey, we will...

Be willing to take advice

Humility is key. People want to help us, but we need to be ready to make actual changes. There's a lot of hard work to be done internally and behind the scenes to build trusting relationships.

Strategically allocate budget

Our partners are often strapped for resources and depend on corporate sponsorship to stay afloat and operational.

Start early

Being proactive shows we are genuinely committed to safety and not just responding to bad incidents or press

CONFIDENTIAL

UBER000177517.0179
UBER_JCCP_MDL_000157415.0179

## How we'll measure success...

| | KPI | Current November 2017 | Goal H1 2018 | Goal Long-term [Multi-year] |
|---|---|---|---|---|
| **Sentiment** | *Riders / Drivers:* % who agree ('strongly'/'somewhat') that Uber is "committed to safety" | US: 55% (R) / 62% (D)* | 70% | 90% |
| **Sentiment** | *General Population / Opinion Elites:* % who agree ('strongly'/'somewhat') that Uber is "committed to safety" | US: 38% (GP) / 56% (OE)* | 60% | 80% |
| **Awareness** | *Riders / Drivers:* % who cite aided the awareness of safety features that "make them feel a lot safer"* | US Riders: Insurance (16%) US Drivers: Customer Support (49%) | 70% | 80% |

CONFIDENTIAL

UBER000177517.0180
UBER_JCCP_MDL_000157415.0180

**Community Contribution: Big Rocks**

| Big Rock | Top Projects (2 - 5 highest impact) |
|---|---|
| **Law Enforcement** | • Crime Stoppers, See Something / Say Something Partnership (New!)<br>• Check Your Ride Campaign (Repetition & Clarity!)<br>• Select conference and relationship support (Repetition & Clarity!)<br>• Emergency Policy - initiative to clarify how Uber responds to emergency and how we can help |
| **Road Safety (DUI, Drowsy Driving)** | • Global Corporate Responsibility Platform for DUI 2.0 (Repetition & Clarity!)<br>• Drowsy Driving Partnership Commitments  (New!)<br>• Select policy and thought leadership events (Repetition & Clarity!) |
| **Gender-based violence (sexual assault, human trafficking)** | • Partnerships with strategic, top-tier nonprofits (New!)<br>• Hero driver stories (Repetition & Clarity!)<br>• Select thought leadership events and conferences (Repetition & Clarity!) |

CONFIDENTIAL

UBER000177517.0181
UBER_JCCP_MDL_000157415.0181

UPDATES IN PROGRESS

# Timeline - H1 2018



| | Q1 | | | Q2 | | |
|---|---|---|---|---|---|---|
| | JAN | FEB | MAR | APR | MAY | JUN |
| **Education / Awareness** | | | *Internal* Employee Campaign (G) | **Emergency Response (US)** | **Safety Center / Share Trip (US)** | **Safe Driving (G?)** |
| | | | Insurance 101 (US) | Sexual Assault Prevention (US) | Seat belt safety | |
| | | Drive Time (US) | Drive Time (FR) | Awareness Campaign, Evergreen & Always-On Safety / Coverages (G) | | |
| **Community Commitment** | Human Trafficking (US) | | | | Crime Stoppers / See Something Say Something (US) | |
| **Sentiment** | | | | Safety Narrative (G) | | |
| | Q4 2017 Safety Brand Survey (US, BZ, MX, AU, IN) | | | | Safety Brand Survey (US, BZ, MX, AU, IN) | |

G: Global;

CONFIDENTIAL

UBER000177517.0182
UBER_JCCP_MDL_000157415.0182

P-01572.00187

## Timeline - H2 2018

UPDATES IN PROGRESS



# Appendix

UBER000177517.0184
UBER_JCCP_MDL_000157415.0184

P-01572.00189

## Slide 132 Notes

Thank you

CONFIDENTIAL

UBER000177517.0185
UBER_JCCP_MDL_000157415.0185