# EXHIBIT A

Exhibit A – Defendants' Motion to Convert Order of Dismissal Without Prejudice to Order of Dismissal with Prejudice

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Law Firm | Case Number | Notice of Voluntary Dismissal Filed |
|---|---|---|---|---|
| 1233 | L.N. | Nachawati Law Group | 24-CV-00120 | Yes - ECF 4534 |
| 1361 (1229) | T.W. | Nachawati Law Group | 24-CV-00559 | Yes - ECF 4536; 4542 |
| 1483 | Jane Doe (B.W.) | Nachawati Law Group | 24-CV-04308 | Yes - ECF 4516 |
| 1484 | Jane Doe (S.T.) | Nachawati Law Group | 24-CV-04309 | Yes - ECF 4551 |
| 1487 | Jane Doe (A.R.) | Nachawati Law Group | 24-CV-04313 | Yes - ECF 4509 |
| 1489 | Jane Doe (V.B.) | Nachawati Law Group | 24-CV-04317 | Yes - ECF 4554 |
| 1491 | Jane Doe (K.H.) | Nachawati Law Group | 24-CV-04326 | Yes - ECF 4506 |
| 1492 | Jane Doe (S.F.) | Nachawati Law Group | 24-CV-04327 | Yes - ECF 4530 |
| 1496 | Jane Doe (S.G.) | Nachawati Law Group | 24-CV-04353 | Yes - ECF 4529 |
| 1500 | Jane Doe (T.W.) | Nachawati Law Group | 24-CV-04356 | Yes - ECF 4545 |
| 1508 | Jane Doe (S.W.) (3) | Nachawati Law Group | 24-CV-04364 | Yes - ECF 4540; 4553 |
| 1509 | Jane Doe (J.G.) | Nachawati Law Group | 24-CV-04368 | Yes - ECF 4546 |
| 1513 | Jane Doe (P.C.) | Nachawati Law Group | 24-CV-04374 | Yes - ECF 4533 |
| 1546 | WHB 1478 | Williams Hart & Boundas, LLP | 24-CV-04833 | Yes - On individual docket |
| 1567 | WHB 1144 | Williams Hart & Boundas, LLP | 24-CV-04859 | Yes - On individual docket |
| 1573 | WHB 196 | Williams Hart & Boundas, LLP | 24-CV-04886 | Yes - On individual docket |
| 1614 | WHB 526 | Williams Hart & Boundas, LLP | 24-CV-04901 | Yes - On individual docket |
| 1653 | WHB 1936 | Williams Hart & Boundas, LLP | 24-CV-04950 | Yes - On individual docket |

| MDLC ID | Case Name | Law Firm | Case Number | Notice of Voluntary Dismissal Filed |
|---|---|---|---|---|
| 1659 | WHB 1123 | Williams Hart & Boundas, LLP | 24-CV-04850 | Yes - On individual docket |
| 1681 | WHB 950 | Williams Hart & Boundas, LLP | 24-CV-04931 | Yes - On individual docket |
| 1697 | WHB 175 | Williams Hart & Boundas, LLP | 24-CV-04982 | Yes - On individual docket |
| 1702 | WHB 1916 | Williams Hart & Boundas, LLP | 24-CV-05003 | Yes - On individual docket |
| 1712 | WHB 649 | Williams Hart & Boundas, LLP | 24-CV-05095 | Yes - On individual docket |
| 1725 | WHB 1845 | Williams Hart & Boundas, LLP | 24-CV-05015 | Yes - On individual docket |
| 1770 | WHB 979 | Williams Hart & Boundas, LLP | 24-CV-05082 | Yes - On individual docket |
| 1866 | WHB 427 | Williams Hart & Boundas, LLP | 24-CV-05132 | Yes - On individual docket |
| 1868 | WHB 1425 | Williams Hart & Boundas, LLP | 24-CV-05129 | Yes - On individual docket |
| 1885 | WHB 1549 | Williams Hart & Boundas, LLP | 24-CV-05275 | Yes - On individual docket |
| 1916 | WHB 1382 | Williams Hart & Boundas, LLP | 24-CV-05232 | Yes - On individual docket |
| 1918 | WHB 1962 | Williams Hart & Boundas, LLP | 24-CV-05240 | Yes - On individual docket |
| 1943 | WHB 1048 | Williams Hart & Boundas, LLP | 24-CV-05462 | Yes - On individual docket |
| 1950 | WHB 1443 | Williams Hart & Boundas, LLP | 24-CV-05472 | Yes - On individual docket |
| 1962 | WHB 1673 | Williams Hart & Boundas, LLP | 24-CV-05552 | Yes - On individual docket |
| 1969 | WHB 1596 | Williams Hart & Boundas, LLP | 24-CV-05473 | Yes - On individual docket |
| 2147 | WHB 519 | Williams Hart & Boundas, LLP | 24-CV-05627 | Yes - On individual docket |
| 2150 | WHB 393 | Williams Hart & Boundas, LLP | 24-CV-05633 | Yes - On individual docket |
| 2177 | WHB 1416 | Williams Hart & Boundas, LLP | 24-CV-05667 | Yes - On individual docket |
| 2213 | Jane Doe (C.A.) | Nachawati Law Group | 24-CV-05072 | Yes - ECF 4517 |
| 2215 | Jane Doe (R.D.) | Nachawati Law Group | 24-CV-05074 | Yes - ECF 4531 |

| MDLC ID | Case Name | Law Firm | Case Number | Notice of Voluntary Dismissal Filed |
|---|---|---|---|---|
| 2217 | Jane Doe (J.H.) | Nachawati Law Group | 24-CV-05079 | Yes - ECF 4544 |
| 2221 | Jane Doe (E.B.) | Nachawati Law Group | 24-CV-05110 | Yes - ECF 4521 |
| 2225 | Jane Doe (A.E.) | Nachawati Law Group | 24-CV-05121 | Yes - ECF 4507 |
| 2227 | John Doe (D.G.) | Nachawati Law Group | 24-CV-05169 | Yes - ECF 4520 |
| 2230 | Jane Doe (K.H.) (2) | Nachawati Law Group | 24-CV-05174 | Yes - ECF 4539 |
| 2235 | Jane Doe (S.K.) | Nachawati Law Group | 24-CV-05710 | Yes - ECF 4528 |
| 2254 | Jane Doe (A.M.) | Nachawati Law Group | 24-CV-05765 | Yes - ECF 4511 |
| 2259 | Jane Doe (C.S.) | Nachawati Law Group | 24-CV-05964 | Yes - ECF 4518 |
| 2260 | Jane Doe (G.T.) | Nachawati Law Group | 24-CV-06051 | Yes - ECF 4549 |
| 2261 | John Doe (E.W.) | Nachawati Law Group | 24-CV-06073 | Yes - ECF 4548 |
| 2262 | Jane Doe (J.D.) | Nachawati Law Group | 24-CV-06074 | Yes - ECF 4547 |
| 2723 | Jane Doe NLG (J.V.) | Nachawati Law Group | 24-CV-08622 | Yes - ECF 4543 |
| 2797 | Jane Doe NLG (K.C.) | Nachawati Law Group | 25-CV-00072 | Yes - ECF 4541 |
| 2798 | Jane Doe NLG (T.T.) | Nachawati Law Group | 25-CV-00075 | Yes - ECF 4550 |
| 2804 | Jane Doe NLG (P.O.) | Nachawati Law Group | 25-CV-00358 | Yes - ECF 4532 |
| 2805 | Jane Doe NLG (L.B.) | Nachawati Law Group | 25-CV-00365 | Yes - ECF 4535 |
| 2812 | Jane Doe NLG (B.H.) | Nachawati Law Group | 25-CV-00369 | Yes - ECF 4515 |
| 2813 | Jane Doe NLG (B.E.) | Nachawati Law Group | 25-CV-00401 | Yes - ECF 4514 |
| 2842 | Jane Doe NLG (K.K.) | Nachawati Law Group | 25-CV-00673 | Yes - ECF 4538 |
| 2845 | Jane Doe NLG (J.N.) | Nachawati Law Group | 25-CV-00715 | Yes - ECF 4526 |
| 2889 | WHB 2045 | Williams Hart & Boundas, LLP | 24-CV-01211 | Yes - On individual docket |

| MDLC ID | Case Name | Law Firm | Case Number | Notice of Voluntary Dismissal Filed |
|---|---|---|---|---|
| 2898 | WHB 2052 | Williams Hart & Boundas, LLP | 25-CV-01229 | Yes - On individual docket |
| 2920 | Jane Doe NLG (KL) | Nachawati Law Group | 25-CV-01265 | Yes - ECF 4537 |
| 2921 | Jane Doe NLG (AH) | Nachawati Law Group | 25-CV-01266 | Yes - ECF 4510 |
| 3020 | Jane Doe NLG (ZD) | Nachawati Law Group | 25-CV-01729 | Yes - ECF 4556 |
| 3025 | Jane Doe NLG (WB) | Nachawati Law Group | 25-CV-01799 | Yes - ECF 4555 |
| 3030 | Jane Doe NLG (JN) | Nachawati Law Group | 25-CV-01818 | No |
| 3067 | Jane Doe 691046 | Kherkher Garcia | 25-CV-02274 | Yes - ECF 4564 |
| 3165 | Jane Doe NLG (AH) (2) | Nachawati Law Group | 25-CV-02797 | Yes - ECF 4552 |
| 3201 | Jane Doe NLG (KM) | Nachawati Law Group | 25-CV-02706 | Yes - ECF 4525 |
| 3207 | Jane Doe NLG (AV) | Nachawati Law Group | 25-CV-02855 | Yes - ECF 4557 |
| 3208 | Jane Doe NLG (KM) (2) | Nachawati Law Group | 25-CV-02856 | No |
| 3209 | Jane Doe NLG (BC) | Nachawati Law Group | 25-CV-02899 | Yes - ECF 4527 |
| 3246 | Jane Doe NLG (R.R.) | Nachawati Law Group | 25-CV-02788 | Yes - ECF 4524 |
| 3456 | Jane Doe NLG (KM) (3) | Nachawati Law Group | 25-CV-02956 | No |
| 3645 | Jane Doe NGL (MH) | Nachawati Law Group | 25-CV-05163 | Yes - ECF 4558 |