Arati Furness (CA Bar No. 225435)
Steve Schulte (TX SBN 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, TX  75231
Phone: (214) 890-0711
Direct: (972) 581-9778
afurness@ntrial.com
schulte@ntrial.com
jraggio@ntrial.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>**This Document Relates to:**<br><br>**Case No.: 3:26-cv-00454-CRB**<br>*JANE DOE NLG (LT);*<br><br>*v. Uber Technologies, Inc., et al.* | MDL No. 3084 CRB<br><br>**Honorable Charles R. Breyer**<br><br><br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on January 16, 2026.

Dated: January 16, 2026

                                            **NACHAWATI LAW GROUP**

                                            */s./ Arati Furness*
                                            Arati Furness (CA Bar No. 225435)
                                            Steve Schulte (TX SBN 24051306)
                                            *Appearance Pro Hac Vice*
                                            5489 Blair Road, Dallas, TX  75231
                                            Phone: (214) 890-0711
                                            Direct: (972) 581-9778
                                            afurness@ntrial.com
                                            schulte@ntrial.com
                                            **ATTORNEYS FOR PLAINTIFF**