```
 1  Arati Furness (CA Bar No. 225435)
    Steve Schulte (TX SBN 24051306)
 2  Appearance Pro Hac Vice
    John Raggio (CA Bar No. 338261)
 3  NACHAWATI LAW GROUP
    5489 Blair Road
 4  Dallas, TX  75231
    Phone: (214) 890-0711
 5  Direct: (972) 581-9778
 6  afurness@ntrial.com
    schulte@ntrial.com
 7  jraggio@ntrial.com
 8  Attorneys for Plaintiff
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>**This Document Relates to:**<br><br>JANE DOE NLG (AZ);<br>**Case No.: 3:26-cv-00465**<br> v. Uber Technologies, Inc., et al. | MDL No. 3084 CRB<br><br>**Honorable Charles R. Breyer**<br><br><br><br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on January 16, 2026.

Dated: January 16, 2026               **NACHAWATI LAW GROUP**

                                      */s./ Arati Furness*
                                      Arati Furness (CA Bar No. 225435)
                                      Steve Schulte (TX SBN 24051306)
                                      *Appearance Pro Hac Vice*
                                      5489 Blair Road, Dallas, TX  75231
                                      Phone: (214) 890-0711
                                      Direct: (972) 581-9778
                                      afurness@ntrial.com
                                      schulte@ntrial.com
                                      **ATTORNEYS FOR PLAINTIFF**