RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: (415) 766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*K.A. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08120-CRB<br><br>*Brimlett v. Uber Technologies, Inc. Et al.*, No. 3:25-cv-08665-CRB | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31** |

### 1.  INTRODUCTION

On January 6, 2026, Defendants filed a Motion to Dismiss the claims of the above-captioned Plaintiffs on the grounds that Plaintiffs have failed to comply with Pretrial Order ("PTO") No. 31. *See, ECF No. 4924*. Dismissal of the above-captioned claims under PTO 31

would be improper for the reasons stated below, and Defendants' motion should be denied.

## II. ARGUMENT

**A. Plaintiff K.A. is in compliance with PTO 31.**

Dismissal of Plaintiff K.A.'s claims is improper because she is in compliance with PTO 31. Plaintiff K.A. has consistently participated in this litigation and has worked cooperatively with counsel to satisfy her discovery obligations. Following the filing of her Complaint on September 24, 2025, Plaintiff provided information about the incident ride to counsel, which was timely submitted through Plaintiff's PFS and Uber Ride Information Form. Decl. ¶¶ 4-5.

After Uber identified an alleged deficiency in Plaintiff K.A.'s Uber Ride Information Form on November 5, 2025, Plaintiff continued to communicate with counsel and provide updated information. Decl. ¶¶ 6–7. As a result of that ongoing cooperation, counsel submitted a First Amended Plaintiff Fact Sheet and Amended Uber Ride Information Forms, with verifications on January 13, 2026. Decl. ¶¶ 8-9. This additional information not only brought Plaintiff K.A. in compliance with PTO 31 but also provided additional information so Defendants may substantiate the incident ride in absence of a ride receipt.

Plaintiff K.A. has never demonstrated bad faith or an unwillingness to comply with this Court's orders. Given that she is now in compliance with PTO 31, Defendants' Motion to Dismiss Plaintiff K.A.'s claims should be denied.

**B. Plaintiff Brimlett is in compliance with PTO 31.**

Defendants' Motion to Dismiss Plaintiff Stacey Brimlett's claims should be denied because she is in compliance with PTO 31. Plaintiff Brimlett has satisfied her PTO 31 obligations by providing the required ride information and a verified submission addressing her efforts to locate any available receipt. Decl. ¶ 15. She has participated in the litigation, responded to discovery obligations, and all required information set forth in PTO 31. Decl. ¶¶

11-15.

Plaintiff Brimlett has never demonstrated bad faith or an unwillingness to comply with this Court's orders. Given that she is now in compliance with PTO 31, Defendants' Motion to Dismiss Plaintiff Brimlett's claims should be denied.

### III. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court deny Defendants' Motion to Dismiss Plaintiffs K.A. and Brimlett.

Dated: January 16, 2025

Respectfully Submitted by:

*/s/ Rachel Abrams*
Rachel B. Abrams (Bar #209316)
Adam B. Wolf (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: 415-766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
          awolf@peifferwolf.com

Tiffany R. Ellis (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

## CERTIFICATE OF SERVICE

I hereby certify that, on, January 16, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF System, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated:  January 16, 2026             Respectfully Submitted by:

*/s/ Rachel Abrams*
Rachel B. Abrams (Bar #209316)
Adam B. Wolf (Cal Bar No. 215914)
**Peiffer Wolf Carr**
**Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: 415-766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
           awolf@peifferwolf.com

Tiffany R. Ellis (*Admitted PHV*)
**Peiffer Wolf Carr**
**Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS