1   RACHEL B. ABRAMS (Cal Bar No. 209316)
    ADAM B. WOLF (Cal Bar No. 215914)
2   **Peiffer Wolf Carr Kane Conway & Wise, LLP**
    555 Montgomery Street, Suite 820
3   San Francisco, CA 94111
    Telephone: 415.766.3544
4   Facsimile: 415.840.9435
    Email: rabrams@peifferwolf.com
5   Email: awolf@peifferwolf.com

6   TIFFANY R. ELLIS (*Admitted PHV*)
    **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7   2229 Trumbull St.
    Detroit, MI 48216
8   Telephone: 313.210.1559
    Facsimile: 415.840.9435
9   Email: tellis@peifferwolf.com

10  *Counsel for Plaintiffs*

11

12                   **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
13                     **SAN FRANCISCO DIVISION**

14

15  IN RE: UBER TECHNOLOGIES, INC.,          MDL No. 3:23-md-03084-CRB
    PASSENGER SEXUAL ASSAULT
16  LITIGATION                               **DECLARATION OF RACHEL B.**
                                             **ABRAMS IN SUPPORT OF OPPOSITION**
17                                           **TO DEFENDANTS' MOTION TO**
                                             **DISMISS CASES FOR FAILURE TO**
18  This Document Relates to:               **COMPLY WITH PTO 31**

19  *K.A. v. Uber Technologies, Inc. et al., No. 3:25-*
    *cv-08120-CRB*
20

21  *Brimlett v. Uber Technologies, Inc. Et al., No.*
    *3:25-cv-08665-CRB*
22

23  I, Rachel B. Abrams, declare:

24      1.  I am an attorney in the law firm of Peiffer Wolf Carr Kane Conway and Wise, LLP. I am
25
        admitted to practice before this Court. I make this declaration based on my own personal
26
        knowledge. If called upon to testify, I could and would testify competently to the truth of
27
        the matters stated herein:
28

                                         1      DECLARATION IN SUPPORT OF OPPOSITION

**K.A.**

2. On July 29, 2024, Plaintiff K.A. retained Peiffer Wolf as legal counsel.

3. After communicating with Plaintiff K.A., on September 24, 2025, Peiffer Wolf filed a Complaint on her behalf, alleging sexual assault by two different Uber Drivers in Colorado on October 13, 2023. *See*, Short-Form Complaint and Demand for Jury Trial, *K.A. v. Uber Technologies, Inc., et al; 3:25-cv-08120-CRB, ECF No.1* (N.D. Cal. Sept. 24, 2025).

4. On September 26, 2025, Peiffer Wolf submitted an original and a First Amended Uber Ride Information Form containing the information provided by Plaintiff K.A. *See MDL Centrality Doc. ID 152380, 152381*.

5. On October 21, 2025, Peiffer Wolf submitted Plaintiff K.A.'s Plaintiff Fact Sheet ("PFS"), including a PFS Verification signed by Plaintiff. *See, MDL Centrality Doc. ID 158519 & 158520*.

6. On November 5, 2025, Uber's counsel informed our firm of an alleged deficiency in Plaintiff's Uber Ride Information Form. *See, MDL Centrality Doc. ID 164177.*

7. Throughout the course of this litigation, Plaintiff K.A. has maintained consistent communication with counsel, allowing counsel to obtain accurate and updated information from Plaintiff and to provide Uber with sufficient ride details to substantiate the alleged ride in the absence of a complete ride receipt.

8. On January 13, 2026, Peiffer Wolf submitted Plaintiff's First Amended PFS and accompanying PFS Verification, reflecting updated information obtained from Plaintiff K.A. *See, MDL Centrality Doc. ID 186561 & 186563.*

9. On January 13, 2026, Peiffer Wolf also submitted Plaintiff's Third Amended Uber Ride Information Form, a Partial Ride Receipt and the PTO 31 Verification to bring Plaintiff in compliance with PTO 31. *See, MDL Centrality Doc. ID 186555 & 186562.*

**Brimlett**

10. On November 28, 2023, Plaintiff Brimlett. retained Peiffer Wolf as legal counsel.

11. After communicating with Plaintiff, on October 9, 2025, Peiffer Wolf filed a complaint on behalf of Plaintiff, alleging sexual assault by an Uber Driver in Florida on December 1, 2021. *Short-Form Complaint and Demand for Jury Trial, Brimlett v. Uber Technologies, Inc., et al; 3:25-cv-08665-CRB, ECF No. 1* (N.D. Cal. Oct. 9, 2025).

12. On October 10, 2025, Peiffer Wolf submitted the original Uber Ride Information Form with the information provided by Plaintiff. *See MDL Centrality Doc. ID 154952.*

13. On November 6, 2025, Peiffer Wolf submitted the Plaintiff Fact Sheet ("PFS") with information provided by Plaintiff. An accompanying PFS Verification was signed by Plaintiff and submitted on December 5, 2025. *See, MDL Centrality Doc. ID 164233 & 173352.*

14. On November 11, 2025, Uber's counsel informed our firm of an alleged deficiency in Plaintiff's Uber Ride Information Form. *See, MDL Centrality Doc. ID 166561.*

15. On January 7, 2026, Peiffer Wolf submitted Plaintiff's First Amended Uber Ride Information Form, a Partial Ride Receipt and the PTO 31 Verification to bring Plaintiff in compliance with PTO 31. *See, MDL Centrality Doc. ID 186080, 086081 & 186082.*

Executed this 16th day of January, 2026 in San Francisco, California.

*/s/ Rachel B. Abrams*
Rachel B. Abrams

*Counsel for Plaintiff*