```
 1  William A. Levin (CA Bar No. 98592)
    Laurel L. Simes (CA Bar No. 134637)
 2  David M. Grimes (CA Bar No. 324292)
    Samira J. Bokaie (CA Bar No. 332782)
 3  LEVIN SIMES LLP
    1700 Montgomery Street, Suite 250
 4  San Francisco, California 94111
 5  Telephone: (415) 426-3000
    Facsimile:  (415) 426-3001
 6  Email: wlevin@levinsimes.com
 7  Email: llsimes@levinsimes.com
    Email: dgrimes@levinsimes.com
 8  Email: sbokaie@levinsimes.com
    Attorneys for Plaintiff Jane Doe LS 678
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LS 678 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-00537-CRB* | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |

### PLAINTIFF'S NOTICE OF NEW ACTION FILED

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on January 17, 2026.

Dated: January 17, 2026

Respectfully Submitted,

**LEVIN SIMES LLP**

By: <u>Samira J. Bokaie</u>
    William A. Levin
    Laurel L. Simes
    David M. Grimes
    Samira J. Bokaie
    *Attorneys for Plaintiff Jane Doe LS 678*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *Samira J. Bokaie*
Samira J. Bokaie