| | |
|---|---|
| 1 | William A. Levin (CA Bar No. 98592) |
| 2 | Laurel L. Simes (CA Bar No. 134637) |
|   | David M. Grimes (CA Bar No. 324292) |
| 3 | Samira J. Bokaie (CA Bar No. 332782) |
|   | **LEVIN SIMES LLP** |
| 4 | 1700 Montgomery Street, Suite 250 |
|   | San Francisco, California 94111 |
| 5 | Telephone: (415) 426-3000 |
|   | Facsimile:  (415) 426-3001 |
| 6 | Email: wlevin@levinsimes.com |
| 7 | Email: llsimes@levinsimes.com |
|   | Email: dgrimes@levinsimes.com |
| 8 | Email: sbokaie@levinsimes.com |
|   | *Attorneys for Plaintiff Jane Doe LS 681* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Doe LS 681 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-00541-CRB* | |

**PLAINTIFF'S NOTICE OF NEW ACTION FILED**

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on January 17, 2026.

Dated: January 17, 2026                           Respectfully Submitted,

**LEVIN SIMES LLP**

By: *Samira J. Bokaie*
      William A. Levin
      Laurel L. Simes
      David M. Grimes
      Samira J. Bokaie
      *Attorneys for Plaintiff Jane Doe LS 681*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *Samira J. Bokaie*
Samira J. Bokaie