1  William A. Levin (CA Bar No. 98592)
2  Laurel L. Simes (CA Bar No. 134637)
   David M. Grimes (CA Bar No. 324292)
3  Samira J. Bokaie (CA Bar No. 332782)
   **LEVIN SIMES LLP**
4  1700 Montgomery Street, Suite 250
   San Francisco, California 94111
5  Telephone: (415) 426-3000
   Facsimile:  (415) 426-3001
6  Email: wlevin@levinsimes.com
7  Email: llsimes@levinsimes.com
   Email: dgrimes@levinsimes.com
8  Email: sbokaie@levinsimes.com
   *Attorneys for Plaintiff Jane Doe LS 682*
9

10                 **UNITED STATES DISTRICT COURT**

11                **NORTHERN DISTRICT OF CALIFORNIA**

12                    **SAN FRANCISCO DIVISION**

13

14  IN RE: UBER TECHNOLOGIES, INC.,        MDL No. 3084 CRB
    PASSENGER SEXUAL ASSAULT
15  LITIGATION                             Honorable Charles R. Breyer

16  _____

17  This Document Relates to:

18  *Jane Doe LS 682 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-00544-CRB*

19

20             **PLAINTIFF'S NOTICE OF NEW ACTION FILED**

21         Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

22  with Jury Demand in the above-referenced action was filed on January 18, 2026.

23  Dated: January 18, 2026              Respectfully Submitted,

24
                                         **LEVIN SIMES LLP**
25
                                         By: *Samira J. Bokaie*
26                                           William A. Levin
                                             Laurel L. Simes
27                                           David M. Grimes
                                             Samira J. Bokaie
28                                           *Attorneys for Plaintiff Jane Doe LS 682*

                                         1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *Samira J. Bokaie*
Samira J. Bokaie

Case No. 3:23-cv-03084-CRB                    PLAINTIFF'S NOTICE OF NEW ACTION FILED