```
1  William A. Levin (CA Bar No. 98592)
   Laurel L. Simes (CA Bar No. 134637)
2  David M. Grimes (CA Bar No. 324292)
   Samira J. Bokaie (CA Bar No. 332782)
3  LEVIN SIMES LLP
   1700 Montgomery Street, Suite 250
4  San Francisco, California 94111
5  Telephone: (415) 426-3000
   Facsimile:  (415) 426-3001
6  Email: wlevin@levinsimes.com
7  Email: llsimes@levinsimes.com
   Email: dgrimes@levinsimes.com
8  Email: sbokaie@levinsimes.com
   Attorneys for Plaintiff Jane Doe LS 684
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Doe LS 684 v. Uber Technologies, Inc., et al.*, Case No. 3:26-cv-00546-CRB | |

## PLAINTIFF'S NOTICE OF NEW ACTION FILED

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on January 18, 2026.

Dated: January 18, 2026

Respectfully Submitted,

**LEVIN SIMES LLP**

By: <u>Samira J. Bokaie</u>
    William A. Levin
    Laurel L. Simes
    David M. Grimes
    Samira J. Bokaie
    *Attorneys for Plaintiff Jane Doe LS 684*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *Samira J. Bokaie*
Samira J. Bokaie