1
2
3
4
5
6   UNITED STATES DISTRICT COURT
    FOR THE NORTHERN DISTRICT OF CALIFORNIA
7   SAN FRANCISCO DIVISION

8  IN RE: UBER TECHNOLOGIES, INC.
   PASSENGER SEXUAL ASSAULT           Case No. 23-md-03084-CRB
9  LITIGATION
                                      Honorable Charles R. Breyer
10

11 This Document Relates to:          **[PROPOSED] ORDER DENYING
                                      DEFENDANTS' MOTION TO STRIKE
12 *Jaylynn Dean v. Uber Techs., Inc.*,   **PORTIONS OF DRUMWRIGHT
   N.D. Cal. No. 23-cv-06708          TESTIMONY**
13 D. Ariz. No. 25-cv-4276

14

15

16                                 UNITED STATES DISTRICT COURT
17                                      DISTRICT OF ARIZONA
                                        PHOENIX DIVISION
18

19
   JAYLYNN DEAN,
20                                          No. 25-cv-4276-PHX-CRB
            Plaintiff,
21                                          Judge:  Honorable Charles R. Breyer
                                            Ctrm.:   501
22      v.

23 UBER TECHNOLOGIES, INC., et al.,

            Defendants.
24

25
26
27
28

---

[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION TO STRIKE DRUMWRIGHT OPINIONS
N.D. CAL. NO. 3:23-MD-03084; D. ARIZ. NO. 25-CV-4276

1  Having considered Defendants' Motion to Strike Dr. Minette Drumwright's Undisclosed Expert
2  Opinions, the Court **DENIES** the Motion.
3  **IT IS SO ORDERED.**

5  Dated: _____                    _____
                                        Hon. Charles R. Breyer
6                                       United States District Judge