# EXHIBIT C

## PLAINTIFF'S MOTION TO EXCLUDE PORTIONS OF HASSAN TURAY'S DEPOSITION TESTIMONY

Trial Exhibit No.
03956



# TEMPE POLICE DEPARTMENT

General Offense Report

| GO# TE 2023-132207 | Operational Status: CLOSED | |
|---|---|---|
| **Follow Up Report #2** | | |
| **Assigned to:** 18847 - LOPEZ, OSCAR | **Assigned on:** Nov-15-2023 (Wed.) 943 | **Capacity:** Lead Investigator |
| **Completed:** Yes | **Approved on:** 01/30/2024 | **Approved by:** LOMELI JR, JORGE |

## Narrative Text

**Type** INVESTIGATIONS NARRATIVE
**Author** 18847 - LOPEZ, OSCAR
**Related Date** Jan-03-2024 17:18

**Call out**

On 11/15/23 while assigned to the Special Victims Unit in the Criminal Investigations Bureau, Sgt. R. Elcock called me to inform me of a stranger sexual assault that just occurred near 1035 W. Rio Salado Pkwy, Tempe, at approximately 0108 hours. I responded to the SpringHill Suites by Marriot where the victim was dropped off.
Upon our arrival, Officer Nightingale briefed Sgt. Elcock, Detective A. Cordova and I of the information learned so far. I learned the following information: On 11/15/23 at approximately 0108 hours, the Tempe Police Department responded to a call for service at 1601 W Rio Salado Parkway Tempe AZ reference a delayed sexual assault report. Upon arrival, officers learned a 19-year-old female victim, Jaylynn Dean had been picked up by an Uber at [redacted] at approximately 0033 hours. Per the victims Uber record, the driver of the Uber was only identified as Hassan and or Hassan-30. The vehicle associated with Hassan was described as a dark colored Toyota Camry with Arizona License Plate PBA1LN. This vehicle was discovered to be registered to Fast Track Leasing.

**Dedicated Forensic Interview**

Jaylynn further described the driver as a dark-skinned black male, in his 40's, wearing glasses and having short hair. Jaylynn recalled the suspect had an accent and she had seen an unknown identification in the vehicle with Hassan's photograph, the name Hassan, and an unknown reference to Sierra Leone, West Africa. While en route to her final destination of 1601 W. Rio Salado Parkway, Tempe Arizona, the victim stated the driver asked her how her night was going and they had a conversation where she informed him she had sex with her male friend, was drunk and had been throwing up in his apartment. He made sexual comments to her and they talked about sex then she began to feel tired and laid down in the back seat of his car. He told her he would pull over and park somewhere but would have to end the ride, otherwise Uber would charge her. Once he parked, he opened her door, got on top of her and started having sex with her and ejaculated on her stomach. He then drove her back to the SpringHill hotel and dropped her off in the front entrance.

Jaylynn was participating in a forensic nurse examination at this time. I responded to the Tempe PD headquarters where Jaylynn would be transported to conduct a forensic interview. It should be noted Jaylynn agreed she would participate in the interview after the FNE.

Once Jaylynn was transported to the Tempe PD headquarters, I introduced myself and asked if she would be willing to do a forensic interview with me, to which she stated she would. We entered the interview room and I first asked rapport building questions. I then explained the guidelines and she stated she understood them. I asked what she came to talk to me about and she related it was regarding the incident with the Uber driver. She stated she got in the Uber after being at her male friends house who she had recently met online while being in Arizona for her flight attendant job and school. She stated she had consensual sex with him and then was really drunk and began throwing up in his room so she decided to





# TEMPE POLICE DEPARTMENT

General Offense Report

GO# TE 2023-132207 | Operational Status: CLOSED

go back to her hotel room and ordered the Uber. Once in the Uber, she began to tell the driver that she had sex with her friend and that she was drunk. She stated she did not know why she told the driver this information but mentioned she was intoxicated and just had sex with her friend. She stated the driver then told her at least she got to have fun before she started throwing up. He went on to say he wishes he could have sex with her. Jaylynn said she did not know how to respond to that and said "ok" in a sarcastic tone. They talked about sexual things and he made sexual comments to her. The Uber driver then told her he was going to pull over to find a place to park, and Jaylynn again said "ok," in a sarcastic tone at which point the vehicle exited the main roadway and entered an empty parking lot of a business complex later determined to be 1035 W. Rio Salado Pkwy, Tempe. Jaylynn stated she was really tired and was going in and out of consciousness and she laid in the back seat of his car. She recalled the driver opened her rear passenger door and pushed her skirt up and proceeded to have non-consensual sexual intercourse with her. Jaylynn stated she attempted to push the suspect off but was too weak to do so. Jaylynn estimated the assault lasted approximately 10 to 15 minutes and it concluded with the suspect ejaculating on her stomach and her skirt. The driver then got back into the driver seat and drove her to her final destination which was the SpringHill Suites by Marriott in Tempe. Jaylynn stated she clearly saw the driver's face when the car dome light came on and stated it was a match with the driver Uber profile on her application. After exiting the Uber vehicle, Jaylynn walked into the hotel lobby and informed the front desk clerk that she had just been raped and police were called. Jaylynn also stated the driver spoke with a heavy accent and at times, she could not fully understand what he was saying to her.

Jaylynn then showed me the application on her cell phone. The Uber application showed the route the driver took from the pick up to the first stop driving around in circles searching for a place to park, then going to her hotel. The driver prematurely ended the ride approximately two minutes prior to arriving to the victims hotel. The vehicle remained at the location for approximately 10 minutes and showed the victim arriving at SpringHill by Marriott at 1601 W Rio Salado at approximately 0108 hours.

Jaylynn consented to having her cell phone downloaded for data within containing any information regarding her contact with Hassan.

**Uber Search warrant**

Detective Cordova drafted a search warrant to Uber to obtain subscriber information and data from Uber regarding Hassan's account.

**Hassan Turay**

[REDACTED] The known photograph was compared to the Uber application photograph and determined to be a match. The Uber application indicated he was from Sierra Leone which was also indicated on other social media profiles of his. A previous search warrant to Uber requesting driver information was drafted and served to Uber. Refer to Detective A. Cordova's supplement report for further details. Uber was then able to further confirm Hassan's identity as the driver on that specific ride with the victim. They also provided a last known home



# TEMPE POLICE DEPARTMENT

## General Offense Report

**GO# TE 2023-132207** **Operational Status: CLOSED**

address. It was learned through Uber that it is common practice for drivers to maintain video surveillance in their vehicles for safety of the drivers and passengers, however, this practice is at their own discretion. The vehicle driven by Hassan was captured on video displaying an Arizona plate of PBA1LN on a Black four door Toyota Camry. The license plate associated to Hassan was also displayed through the application and said to be the vehicle assigned to him at the time of this ride. The vehicle is registered to Fast Track Leasing.

**Video**

Surveillance video was obtained from the SpringHill by Marriot. Review of the video at the SpringHill by Marriot showed Hassan driving the aforementioned vehicle and dropping Jaylynn off at the front entrance of her hotel. He waits for her to exit the vehicle and then he drives away. Jaylynn can be seen slowly walking through the lobby after being dropped off. Hassan could be seen pulling over near the front of the driveway entrance to the hotel, exit the vehicle and then crouching down whitle bringing his hands towards his face.

**Search warrant for Hassan and his vehicle**

Based on this information, I drafted search warrant SW2023-045606 for Hassan's buccal swabs, photographs and vehicle. On 11/16/23 at approximately 1845 hours, Detective Cordova, Sgt. Elcock and I responded to Hassan's last known address at [REDACTED]. After noticing the apartment appeared to be vacant, I called and spoke with Hassan. I conducted an interview with him over the phone asking about everything that happened during this pick up with Jaylynn. Hassan ultimately provided a statement describing a consensual sexual encounter with Jaylynn. He stated he went to pick her up from the apartment and when she got in she began telling him that she had just had sex with the guy she was with and had some drinks but then began to throw up in his apartment so she called for an Uber. Hassan told her at least she got to have fun before she got sick. He asked whether or not she came and she said she did not and that it was not that good. He stated after exchanging in some flirting with her, he told her he would want to have sex with her and she responded by saying "ok" and she would want to him to make her come. Hassan stated after this he offered to take her to a hotel but she told him she had to get up early and asked if they could do it in his car. Hassan stated he began to look for a place to park and when he found a parking lot near her hotel, he told her he was going to pull over and park and she said "ok." He explained that he would have to end her transport, otherwise Uber would charge her for the time they are parked so he ended the transport. He stated once he parked, he got out of the car and walked over to her car door. He stated he opened the door and she already had her clothes off at that point. He stated she was playing with herself as he found a place to park. She then asked him to perform oral sex on her so he did. He then put his penis in her vagina and had sex with her until he ejaculated inside of her. He stated she still had her top on and pulled the top off to expose her breasts but she covered them back up. He stated he noticed some type of a mark on the breast he was exposing and believed it must have been something she was self conscious of. He stated after he ejaculated, she asked him to perform oral sex on her again and so he did. She then told him she had to go back to her hotel, so he took her back and dropped her off in the front. She stated he did not believe she was very intoxicated but she had mentioned she had drank earlier and had thrown up. He stated he pulled over near the driveway area to wash his face and mouth since he did not want to smell like sex since he had to return to work.



# TEMPE POLICE DEPARTMENT

General Offense Report

GO# TE 2023-132207 | Operational Status: CLOSED

Upon asking, Hassan stated he was in his new home in [redacted] and no longer lived in [redacted]. He stated he would be willing to meet me at Tempe PD headquarters for the purpose of obtaining his buccals and process his vehicle. Hassan soon met me at the Tempe PD headquarters. He arrived in the same vehicle and parked in front of the Tempe PD headquarters. I provided Hassan his copy of his warrant to which he stated he understood. Detective A. Cordova and I inspected his vehicle for cameras and there were none that were visible. Detective Cordova advised no other obvious signs of evidence. Upon asking, Hassan stated he did not have cameras in his vehicle and mentioned it was a rental. He stated they are optional as a Uber driver but he does not have them. Photographs of Hassan and his vehicle were taken and uploaded to evidence.com. Using a fresh pair of latex gloves, I obtained a buccal swab sample from Hassan and impounded it as evidence.

Throughout my contact with Hassan he maintained that the encounter was consensual and they had flirted before engaging in sexual contact. He was also questioned regarded her saying he ejaculated on her stomach and he again reiterated that he ejaculated inside of her vagina.

Refer to evidence.com for recorded statements and photographs obtained.

The buccal swab and FNE kit were submitted to the lab and awaiting results by the close of this report.

**CASE CLOSURE**

At this time, this case has reached an impasse due to conflicting accounts of events surrounding consent versus non consent, no known independent witnesses, lack of DNA evidence and lack of evidence corroborating one account over the other. This case will be considered inactive but may be reopened in the future if additional pertinent information is learned. CARE 7 has been notified of this disposition and will follow-up with resources for the victim.

*****INACTIVE*****



# TEMPE POLICE DEPARTMENT

General Offense Report

| GO# TE 2023-132207 | Operational Status: CLOSED | |
|---|---|---|
| **Follow Up Report #3** | | |
| **Assigned to:** 18847 - LOPEZ, OSCAR | **Assigned on:** Nov-16-2023 (Thu.) 1055 | **Capacity:** Transport Evidence |
| **Completed:** Yes | **Approved on:** 11/20/2023 | **Approved by:** ELCOCK, RONALD |

## Narrative Text

**Type** INVESTIGATIONS NARRATIVE
**Author** 18847 - LOPEZ, OSCAR
**Related Date** Nov-17-2023 11:05

**FNE pick up**

On 11/15/23 Detective J. Ells picked up this kit from the Chandler Family Advocacy Center and transported it to the Tempe PD property room located at 1875 E. Apache Blvd, Tempe, where she then impounded it as evidence. She also impounded the urine, clothing and chain of custody paperwork accompanied with the FNE.

****Pending****



# TEMPE POLICE DEPARTMENT

## General Offense Report

| GO# TE 2023-132207 | Operational Status: CLOSED | |
|---|---|---|
| **Follow Up Report #4** | | |
| **Assigned to:**18847 - LOPEZ, OSCAR | **Assigned on:** Nov-16-2023 (Thu.) 1055 | **Capacity:**Supplemental |
| **Completed:**Yes | **Approved on:**11/20/2023 | **Approved by:**ELCOCK, RONALD |

### Narrative Text

**Type** INVESTIGATIONS NARRATIVE
**Author** 18847 - LOPEZ, OSCAR
**Related Date** Nov-17-2023 11:14

***DNA Analysis:***

On 11/17/23 I completed the required Mesa Forensic Services Lab forms and forwarded them to their email, requesting the Sexual Assault Kit be submitted for DNA analysis. I also requested the urine be tested for any foreign substances and blood alcohol concentration.

I also requested Hassan's buccal DNA be compared to potential male DNA found on the FNE kit.

This investigation remains open and in pending status.

*****Pending*****