UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXCLUDE PORTIONS OF UBER'S DEPOSITION DESIGNATIONS FOR HASSAN TURAY** |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | No. 25-cv-4276-PHX-CRB<br><br>Judge:  Honorable Charles R. Breyer<br>Ctrm.:   501 |

Having considered Plaintiff's Motion to Exclude Portions of Uber's Deposition Designation for Hassan Turay, the Court **GRANTS** the Motion and **ORDERS** that the following testimony and exhibits be excluded from trial:

| Transcript Citations and Trial Exhibit Number | Evidentiary Ruling |
|---|---|
| Turay Dep. at 13:22-4; 16:2-3; 17:10-19; 39:22-23; 40:16-19 | Excluded pursuant to PTO 39 (Ruling on Plaintiff's MIL No. 1); Fed. R. Evid. 403 |
| Turay Dep. at 30:7-31:23 | Excluded pursuant to Fed. R. Evid. 401, 403, 602 |
| Turay Dep. at 49:12-52:15, 56:15-57:12; 93:5-8 | Excluded pursuant to Fed. R. Evid. 401, 403, 602, 808(8)(B) |
| D-03956 (Turay Dep. Ex. 6) | Excluded pursuant to Fed. R. Evid. 403, 808(8)(B) |

**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　Hon. Charles R. Breyer
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge