# Exhibit B

# PLAINTIFF'S MOTION TO EXCLUDE PORTIONS OF UBER'S DEPOSITION DESIGNATION OF S.M.

# DOCUMENT PROVIDED IN NATIVE

CONFIDENTIAL-BW-DEAN_S███_M███████_000001 (native).mp4

**Trial Exhibit No. 04147**

1        S█: But yeah.
2        JAYLYNN DEAN: Okay, that's all I see right now.
3        FEMALE 2: Yeah.
4        S█: Well, I appreciate the heads up. I'm, sorry that
5    happened. What exactly happened? Are you saying like he raped you?
6        JAYLYNN DEAN: Yeah, like completely. Like, I left your place.
7    It was like 12:30. It looks like I was drunk, as you saw, and I was
8    like falling like in and out of consciousness. It was like I was
9    pretty much going to sleep, like, in the back, and he was just like,
10   being, like, gross and, like, nasty, but like, I was kind of just,
11   like, ignoring it, and then… what happened? So, he just, like,
12   eventually, like, parked. He was like, I'm letting you know, like,
13   Uber's going to, like, charge you for this, and I, like, was confused.
14   I didn't know what was happening. So, he stopped the car, parked it,
15   raped me, and then dropped me off at the hotel. I went and I told the
16   hotel front desk guy, like, what happened, and he… what happened? I
17   just told him what happened, and he helped me, like, call the cops. I
18   had to go, like, to the Chandler Police Department. They had to do
19   like a rape kit there. And I went to the Tempe Police Department, and
20   they did it there. Or they did my rape kit at the Chandler Police
21   Department, and then I had to do, like… I had to get, like, questioned
22   by the detectives at the Tempe one, but yeah, like, I left your place
23   at midnight, and I didn't get back, like, to the hotel again until,
24   like, 6:00. Yeah, but they have, like, his information. I think they
25

1

|   |   |
|---|---|
| 1 | called me earlier and said they found him, but I'm not sure what's |
| 2 | going to happen from here. |
| 3 | S▉▉▉: Okay. Sorry, I'm just taken back by all this, to be |
| 4 | honest with you. I'm kind of confused. It's a lot. |
| 5 | JAYLYNN DEAN: Yeah. Yeah, I'm aware it is a lot. Any comments, |
| 6 | questions, concerns? |
| 7 | S▉▉▉: Well, it was made clear I never gave you any alcohol of |
| 8 | any sort, right? |
| 9 | JAYLYNN DEAN: They know that it was mine, but they asked, like, |
| 10 | where I got it from, and, like, one of my classmates got it for me, and |
| 11 | I told them that, but yeah. You're not, like, in trouble at all. |
| 12 | S▉▉▉: Okay. |
| 13 | JAYLYNN DEAN: Yeah, and, like, I told them that I, like, I had |
| 14 | brought it, that it was all me, like you didn't give me anything. Like |
| 15 | yeah, yeah, got it from my friend, but yeah. |
| 16 | FEMALE 3: Both of her friends… you're not going to be in trouble |
| 17 | at all. |
| 18 | JAYLYNN DEAN: Yeah, you're… hey, you're doing, actually, you're |
| 19 | good. They're not looking to get you for anything. |
| 20 | FEMALE 3: Like, basically, when someone… sorry, this is Dani. |
| 21 | Hi, nice to meet you. |
| 22 | S▉▉▉: Hey. |
| 23 | FEMALE 3: Basically, when someone, like, when that happens, if |
| 24 | there's, like, multiple things of DNA, it's just going to be a lot |
| 25 |  |

2

|   |   |
|---|---|
| 1 | harder to find the DNA of the guy and arrest him unless they rule out |
| 2 | other DNA, you know? |
| 3 |   |
| 4 | JAYLYNN DEAN:  Aren't you a doctor?  You should know this. |
| 5 | FEMALE 3:  He's a doctor? |
| 6 | S▓:  No, I understand how… |
| 7 | S▓:  Not forensic.  I understand this works.  I'm just |
| 8 | astounded at all of this, to be honest. |
| 9 | FEMALE 3:  Yeah, it is really astounding.  If I were you, I'd be |
| 10 | terrified, actually, because, I agree, being involved with the police |
| 11 | at all, anything is, like, scary, but like, yeah, they wouldn't get you |
| 12 | in trouble. |
| 13 | JAYLYNN DEAN:  Yeah, they would, like, if you were in trouble, I |
| 14 | told them two nights ago, they… yeah, there's nothing you can do about |
| 15 | it. |
| 16 | FEMALE 3:  Yeah, if you were going to be in trouble, like she |
| 17 | just said, you would know two nights ago, if they were going to get you |
| 18 | in trouble for something.  They know she was drinking.  They know that |
| 19 | she got the alcohol from somewhere else.  They know that your sex was |
| 20 | consensual, like… |
| 21 | JAYLYNN DEAN:  Yeah, even, like, me and Jade were both told, |
| 22 | because Jade was with me, and they asked if our sex was consensual, and |
| 23 | I was like, yeah, Jade knew I was going, like, we had sex before on |
| 24 | another night.  I was like, everything's fine. |
| 25 | FEMALE 3:  Yeah, yeah, I told her. |

1   JAYLYNN DEAN:  Yeah, like, we both said it ourselves.

2   FEMALE 3:  I genuinely think you're good.  You are good.

3   JAYLYNN DEAN:  Yeah.

4   FEMALE 3:  Like, they just need it for investigation.

5   JAYLYNN DEAN:  Jade, quit calling him buddy.

6   FEMALE 3:  They just need it for, like, investigation.

7   JAYLYNN DEAN:  They just need it for investigation, Kookie.

8   FEMALE 3:  Yeah, don't worry, Kookie Bear, But like

9   [INDISCERNIBLE 00:04:02].

10  S███:  Well, I'll be honest, I don't want to give them the shit,

11  period.

12  FEMALE 3:  I know.

13  SCOTT:  Then don't do it.  They said that yours is, like,

14  optional, but his isn't, obviously, and I literally told them, I was

15  like, I don't want [INDISCERNIBLE 00:04:14].

16  FEMALE 3:  [INDISCERNIBLE 00:04:16] just saying it would be a lot

17  easier for her…

1       I hereby certify that the foregoing is, to the best of my
2  knowledge and belief, a true and accurate transcription from English to
3  English.
4
5
           *Anders Nelson*
6          Anders Nelson (Dec 31, 2025 15:33:28 EST)
           _____
7          Anders Nelson
8          Project Manager
9          TransPerfect Legal Solutions
10
11
12         December 31, 2025
13
14
15
16
17
18
19
20
21
22
23
24
25