UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXCLUDE PORTIONS OF UBER'S DEPOSITION DESIGNATIONS OF S.M.** |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>      Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>      Defendants. | No. 25-cv-4276-PHX-CRB<br><br>Judge: Honorable Charles R. Breyer<br>Ctrm.:  501 |

Having considered Plaintiff's Motion to Exclude Portions of Uber's Deposition Designation of S.M., the Court **GRANTS** the Motion and **ORDERS** that the following testimony and exhibits be excluded from trial:

| Transcript Citations and Trial Exhibit Number | Evidentiary Ruling |
|---|---|
| S.M. Dep. at 32:11-13, 35:19-22 | Excluded pursuant to Fed. R. Evid. 403, 412 |
| S.M. Dep. at 59:11-60:2 and D-04147 (S.M. Dep. Ex. 2) | Excluded pursuant Fed. R. Evid. 403 |

**IT IS SO ORDERED.**

Dated: _____

                                                Hon. Charles R. Breyer
                                              United States District Judge