# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STRIKE UNDISCLOSED EXPERT OPINIONS**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6 – 17th Floor<br><br>Trial Date: January 13, 2026 |

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

### PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>Plaintiff,<br><br>v. UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants | CASE NO. 25-cv-4276-PHX-CRB<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  501 |

---

DECLARATION OF LAURA VARTAIN HORN ISO DEFENDANTS' MOTION TO STRIKE
CASE NO: 3:23-md-03084-CRB

**DECLARATION OF LAURA VARTAIN HORN**

I, Laura Vartain Horn, declare as follows:

1. I am an attorney at law and duly licensed to practice before the U.S. District Court for the Northern District of California, and am admitted to practice *pro hac vice* before this Court in the U.S. District Court of Arizona. I am a partner at the law firm of Kirkland & Ellis LLP and an attorney of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" or "Defendants"). I have personal knowledge of the facts set forth in this Declaration and, if called to testify as a witness, could and would do so under oath.

2. I submit this declaration in support of Defendants' Reply in Support of Motion to Strike Dr. Minette Drumwright's Undisclosed Expert Opinions in *Jaylynn Dean v. Uber Technologies Inc., et al.*, N.D. Cal. No. 23-md-03084; D. Ariz. No. 25-cv-4276.

3. Attached to this Declaration as **Exhibit A** is a true and correct copy of Trial Exhibit P-03177, identified as bates numbers UBER_JCCP_MDL_004567739–66.

4. Attached to this Declaration as **Exhibit B** is a true and correct copy of Trial Exhibit P-01092, identified as bates numbers UBER_JCCP_MDL_000503308–08.0023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 20, 2026.

/s/ *Laura Vartain Horn*
Laura Vartain Horn