# EXHIBIT A

## UBER_JCCP_MDL_004567739

## Metadata

| | | |
|---|---|---|
| **#Author** | drivestorage2@uber.com | SEMANTIC |
| **#Date Modified** | 11/17/2015 | SEMANTIC |
| **#DateCreated** | 06/28/2015 | SEMANTIC |
| **#Title** | Bouncer Safety Modeling v2015-06-28 | SEMANTIC |
| **Account** | pcardenas@uber.com; | SEMANTIC |
| **All Custodians** | Cardenas, Philip;Graves, Ryan; | SEMANTIC |
| **All Paths** | Cardenas, Philip: \Drive_003_002_Drive003_001\JCCP_DRIVE003_002\JCCP_DRIVE003_002_12.zip; Cardenas, Philip: \Drive_003_002_Drive003_001\JCCP_DRIVE003_002\JCCP_DRIVE003_002_12.zip; Graves, Ryan: \EDISCO-25937_ryan@uber.com_start_to_2018-01-01\EDISCO-25937_ryan@uber.com_start_to_2018-01-01_145.zip; Graves, Ryan: \EDISCO-25937_ryan@uber.com_start_to_2018-01-01\EDISCO-25937_ryan@uber.com_start_to_2018-01-01_145.zip | SEMANTIC |
| **Application** | Microsoft 2007 Word Document | SEMANTIC |
| **Attachment Names** | word | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_004567739 | SEMANTIC |
| **Collaborators** | actuaryzhang@uber.com; kevin@uber.com; jeana.williams@uber.com; dmitriy@uber.com; bmar@uber.com; pcardenas@uber.com; rmawas@uber.com; kcorti@uber.com; dhruv@uber.com; knewman@uber.com; trumike@uber.com; sjeon@uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 06/28/2015 7:30 am | SEMANTIC |
| **Date Modified** | 11/17/2015 2:58 am | SEMANTIC |
| **DocID** | 1ejxRcnCVI7IA_1vdXd1J9jI7c8TM_fwYn9Ysv9-Lwf8 | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_004567766 | SEMANTIC |
| **File Path** | \Drive_003_002_Drive003_001\JCCP_DRIVE003_002\JCCP_DRIVE003_002_12.zip | SEMANTIC |
| **File Size** | 563664 | SEMANTIC |
| **Filename** | Bouncer Safety Modeling v2015-06-28_1ejxRcnCVI7IA_1vdXd1J9jI7c8TM_fwYn9Ysv9-Lwf8.docx | SEMANTIC |
| **GoogleDocumentType** | DOCUMENT | SEMANTIC |
| **Hash Value** | f33f2458b63e06caa437a59675231898 | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_004567739;UBER_JCCP_MDL_004567740;UBER_JCCP_MDL_004567741;UBER_JCCP_MDL_004567742;UBER_JCCP_MDL_004567743;UBER_JCCP_MDL_004567744;UBER_JCCP_MDL_004567745;UBER_JCCP_MDL_004567746;UBER_JCCP_MDL_004567747;UBER_JCCP_MDL_004567748;UBER_JCCP_MDL_004567749;UBER_JCCP_MDL_004567750;UBER_JCCP_MDL_004567751;UBER_JCCP_MDL_004567752;UBER_JCCP_MDL_004567753;UBER_JCCP_MDL_004567754;UBER_JCCP_MDL_004567755;UBER_JCCP_MDL_004567756;UBER_JCCP_MDL_004567757;UBER_JCCP_MDL_004567758;UBER_JCCP_MDL_004567759;UBER_JCCP_MDL_004567760;UBER_JCCP_MDL_004567761;UBER_JCCP_MDL_004567762;UBER_JCCP_MDL_004567763;UBER_JCCP_MDL_004567764;UBER_JCCP_MDL_004567765;UBER_JCCP_MDL_004567766 | SEMANTIC |
| **ILS Document Date** | 11/17/2015 | SEMANTIC |
| **ILS Prod Date** | 4/8/2025 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL164 | SEMANTIC |
| **LINKSOURCEBEGBATES** | UBER_JCCP_MDL_004750400 | SEMANTIC |
| **Other Custodians** | Cardenas, Philip;Graves, Ryan; | SEMANTIC |
| **Primary Date** | 06/28/2015 7:30 am | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL164; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 11/17/2015 2:58 am | SEMANTIC |
| **SourceHash** | 6c42949fe109559d6877b54e6e88cd5b | SEMANTIC |


Trial Exhibit No.

P-03177

CONFIDENTIAL

# Bouncer Safety Modeling [Outdated: see Bouncer v2+]

Sunny Jeon (sjeon@uber.com)

June 28, 2015

## 1. Overview

Bouncer is an Intelligent Decision System (IDS) for anticipating and preventing safety incidents (e.g., accidents, interpersonal conflicts). Statistical machine learning models estimate the risk of drivers and riders being involved in different types of safety incidents 30 days into the future. High risk users are encouraged to be safe and prosocial using a collection of experimentally-validated nudges, warnings, and subliminal messages. Interventions are automated using Sigma v2 (see Figure 1 for a data flow diagram).

Bouncer is still very much a work in progress, but to solicit feedback and suggestions for improvement, this document:

- Introduces Uber's safety challenges (Sections 2),
- Presents Bouncer's approach to safety modeling (Section 3),
- Provides preliminary results from the predictive modeling (Section 4-6), and
- Concludes with a discussion of Bouncer's preventative action strategy (Section 7), current challenges (Section 8), and next steps (Section 9).

**Figure 1: Bouncer within Broader OODA Prevention Framework**



> **Commented [1]:** The forking isn't clear until one gets to the action phase - perhaps graphics or a legend could be added to distinguish the Cupid/Bouncer split?
>
> **Commented [2]:** Good point — I'll edit so that the forking is clearer.

1 of 28

CONFIDENTIAL

**Figure 2: Severity Level Definitions**

| Level | What is it? | Safety Hypotheticals |
|---|---|---|
| 1 | **Minor:** Minor disputes and altercations, minor property damage,  potential driver fraudulent behavior. | Verbal altercation or argument, shouting or yelling, wrong driver / vehicle / license plate, extra passenger in vehicle, street hails. |
| 2 | **Moderate:** 2nd accounts of inappropriate (non-sexual) behavior, such as racism or driving under the influence. May result in deactivations. | Detained by police for drug/alcohol, denying service animal, threats of violence. |
| 3 | **Critical:** Major incidents immediately threatening with potential to damage the brand and become public. | Non-consensual sexual touching, altercation (physical), actual physical violence, accident with major injuries. |
| 4 | **Business Critical:** Potentially catastrophic incidents immediately threatening. | Kidnapping, serious incidents  involving minors, fatal accident, rape, death or dismemberment. |

## 2. The Safety Problem

As Uber usage continues to grow, the company may encounter a greater number and variety of safety risks—including fatal accidents and a variety of interpersonal conflicts like abduction, physical altercations, and sexual misconduct.

Currently, there are 25-35k safety related Zendesk tickets that are filed every week by users. Since April 27, 2015, these safety tickets have been forwarded to auditors in North Carolina to confirm that the tickets were indeed safety-related, and to code the severity of each safety ticket using a coding scheme developed by the safety ops team. The coding scheme is described in Figure 2. Some of the key findings from the audit are:

- Approximately 0.10% safety incident rate (tickets/trip count).
    - Rate highest in India (>0.20%).
    - Rate lowest in China (<0.02%).
    - => Vulnerable to reporting biases
- >100 L3 incidents per week.
    - L3 are "critical": violence, sexual assault, accident with injuries
- 0-22[1] L4 incidents per week.
    - L4 are "business critical": fatal accidents, kidnapping, rape, death, or dismemberment.

---

[1] *Important Note*: there are numerous errors in the classifications made by human coders (North Carolina auditors). True L4 incident rate is likely lower.

2 of 28

> **Commented [3]:** It's important to note that if the rate is constant & usage grows, then the # of incidents grows. As long as the rate doesn't decrease inversely with growth, the total will grow.  Given the variety of usage, even maintaining a constant rate is a challenge.   My premise is too technical to be worded as is.  Still, it is worth communicating in some other form.

> **Commented [4]:** That makes sense. Will think about how to communicate this better on the next edit.

UBER_JCCP_MDL_004567740

CONFIDENTIAL

- Most L3 and L4 incidents caused by dangerous driving, interpersonal conflicts, and inappropriate/aggressive riders. See Figure 3 for breakdown of incident types by severity (L1, L2, L3, L4).
- All stats above from the North Carolina Zendesk audit data as of May 31, 2015.
- Supplementary analyses of the features that distinguish safe users from unsafe users are provided in **Appendix A** and **Appendix B**.

**Figure 3: Safety Incidents by Severity and Category**



*Notes:* Data from NC audits as of May 31, 2015. Incidents categorized as "dangerous driving" include accidents, distracted driving, poor/dangerous driving, and traffic violations. Incidents categorized as "fraud / rule-breaking" include fraud/chargebacks, large trip fare alert, passenger in car, soliciting payment, soliciting trips outside Uber, wrong driver, wrong vehicle, and wrong license plate. Incidents categorized as "interpersonal conflict" include verbal and physical altercations and inappropriate behavior. Incidents categorized as "police incident" include any incident where police were involved. Incidents categorized as "rider behavior" include any incident where a driver filed a complaint about a rider.

3 of 28

CONFIDENTIAL

## 3. Bouncer Safety Modeling

The first step to modeling user-level safety risks is to define what is meant by "risk", and to identify ground truth data for building predictive models around this definition. There are at least two possible approaches:

The first – and perhaps ideal – approach would be to model the risk of users being involved in severe safety incidents, like L3 and L4 incidents. However, severity levels (L1-4) are currently coded manually by a team of auditors in North Carolina. The coding has numerous errors (especially for L4 cases), and severity levels have not been coded for safety tickets before April 27, 2015 – the date the audit began. Because severity data in its current state is extremely limited and prone to error, it is not ready to be used for training risk models. However, there are efforts to develop an automated ticket classification process (using Arnold or an external vendor). If this culminates into a more reliable ticket classification process (that can also backfill older ticket data), it will be worth re-visiting this approach.

An alternative modeling approach might operationalize risk using safety incident rates (e.g., number of dangerous driving or interpersonal conflict tickets divided by trip count). Incident rates do not capture the severity of incidents that users have been involved in, but the full sample of tickets is available. In addition to data availability, another benefit of using incident rates over L3/L4 events is that it is less susceptible to the rare events problem, which can complicate predictive modeling (e.g., L3/L4 events make up <0.001% of trips, which is less than 1 out of every 100,000 trips). **For these reasons, v1 of Bouncer focuses on predicting user incident rates and whether predicted rates are above or below a city-specific target rate set by Uber safety teams.**

*Model*

Bouncer estimates the risk of users being involved in three types of safety incidents 30 days into future – incidents caused by:

- **Dangerous Driving:** accidents, distracted driving, poor/erratic driving, and traffic violations.

- **Driver Instigated Interpersonal Conflicts:** verbal and physical altercations, inappropriate behavior, and sexual misconduct instigated by the driver.

- **Rider Instigated Interpersonal Conflicts:** verbal and physical altercations, inappropriate behavior, and sexual misconduct instigated by the rider.

More formally, Bouncer computes three risk scores for every user $i$ in city $j$ on day $t$ :

$$risk_{ijt} = \{driving_{ijt}, driver\_ipc_{ijt}, rider\_ipc_{ijt}\},$$

4 of 28

CONFIDENTIAL

where $driving_{ijt}$, $driver\_ipc_{ijt}$, and $rider\_ipc_{ijt}$ give the difference between (a) projected dangerous driving and interpersonal conflict incident rates for user $i$ **30 days into the future**, and (b) city-specific incident rate targets. More specifically:

- $driving_{ijt}$ = {Predicted dangerous driving incident rate at $t+30$} – {Target dangerous driving incident rate for city $j$}, where the predicted rate = {Total # of dangerous driving tickets user $i$ received at $t+30$}/{Total # of trips user $i$ took at $t+30$}.

- $driver\_ipc_{ijt}$ = {Predicted driver interpersonal conflict incident rate at $t+30$} – {Target driver interpersonal conflict incident rate for city $j$}, where the predicted rate = {Total # of driver interpersonal conflict tickets user $i$ received at $t+30$}/{Total # of trips user $i$ took at $t+30$}.

- $rider\_ipc_{ijt}$ = {Predicted rider interpersonal conflict incident rate at $t+30$} – {Target rider interpersonal conflict incident rate for city $j$}, where the predicted rate = {Total # of rider interpersonal conflict tickets user $i$ received at $t+30$}/{Total # of trips user $i$ took at $t+30$}.

Because the component risk scores represent the difference between predicted and target incident rates, scores < 0 may be thought of as indicating low risk and scores > 0 may be thought of as indicating high risk, with larger values indicating larger risks.

*Data Pipeline*

To compute risk scores, Bouncer draws on a data pipeline of internal and external data relevant for detecting high risk users. Data (*will*) include:

- Zendesk ticket history
  - Human coded and machine coded (e.g., Arnold ticket classifier)
- Account data from Vertica: e.g., tenure, trip count, ratings, wages, ETA differences, times worked (night v. day shifts), vehicle background, referral network, hours worked per day.
- Telematics: e.g., speeding, hard braking, hard turns (R2D2).
- Criminal background (external vendor: Trooly + RDC)
- Trustworthiness (external vendor: Trooly)
- Driving record (external vendor: Checkr)
- Behavioral (external vendor: MIDOT + HireVue)
- Social geography (e.g., location of bars, major roads, census blocks, population density)
- Holiday / event schedule

**Commented [5]:** +sjeon@uber.com there are additional reputation providers that can be included here, as well as the behavioral data inputs (all external sources)

**Commented [6]:** I've added RDC, MIDOT, and HireVue to the list. Am I missing anything else? One challenge with these vendors is scalability. But there might be ways to incorporate the data for a subsample of users.

**Commented [7]:** _Marked as resolved_

**Commented [8]:** _Re-opened_

**Commented [9]:** That covers it for now. Understood on the scalability front - we will likely need to find ways to incorporate for subsamples

CONFIDENTIAL

# 4. Feasibility Test

In practice, predicted incident rates will be compared against a target rate set by safety ops and city teams to determine whether users are "low" or "high" risk. Thus, I conduct a quick feasibility probe by dichotomizing the incident data into binary response variables indicating whether a user's incident rate is strictly above or below/equal to a target rate 30 days into the future. I then back-test existing data using three widely used predictive algorithms: Random Forests, Support Vector Machines (SVM), and AdaBoost.

*Sample*

The predictive algorithms are tested on a sample of 31,703 users. Because safety incidents are uncommon and occur in approximately 0.10% of all trips, users with safety incidents are over-sampled and users without safety incidents are under-sampled to balance the data. This sample was drawn by pulling:

- All 564 users receiving L3 and L4 tickets (between April 27 - May 31, 2015),
- A random sample of 1,139 users receiving L1 and L2 ticket (between April 27 - May 31, 2015),
- A random sample of 10,000 drivers, and
- A random sample of 20,000 riders.

This process generated a sample that consists of 11,182 drivers and 20,370 riders across 278 different cities and 56 countries, who altogether have a mean trip count of 118 and mean tenure of 120 days (days since first trip). For each user, I create a day-level time-series that goes from January 1, 2014 to May 31, 2015, and includes data on a variety of user features built from Zendesk ticket data and user account data (e.g., changes in ratings, ETAs, cancellation rates, trip counts, times worked, fares earned/paid, etc.). These data are operationalized as ~70 distinct predictors (see **Appendix C** for the full variable list and definitions). Users active before January 1, 2014 are removed from the dataset to avoid censoring issues.

It is worth noting here that, in this sample of 31k users, incident rates for all three types of safety incidents of interest are heavily right-skewed with median = 0 and 0 < mean < 0.002. Table 1 provides basic descriptive statistics for incident rates by type.

For the feasibility tests performed in this section, the target dangerous driving incident rate is set at 0.0008—which is approximately half of the mean dangerous driving incident rate in the full sample. And because interpersonal conflicts are very uncommon, the target driver and rider interpersonal conflict incident rates are set at 0 to maximize the number of positive cases. Table 1 shows the percent of positive and negative examples resulting from

6 of 28

CONFIDENTIAL

dichotomizing the response variables using these thresholds. Future iterations will experiment with different target rates, for example, by setting city-specific target rates.

**Table 1: Descriptive Statistics of Safety Incident Rates**

| | Median | Mean (SD) | Range | Target | Balance |
|---|---|---|---|---|---|
| *Dangerous Driving* | 0 | 0.0016 (0.0097) | [0 – 1.00] | $\leq 0.0008$ | 23% above target, 77% =/below target |
| *Driver IPC* | 0 | 0.0002 (0.0015) | [0 – 0.17] | $\leq 0$ | 7% above target, 93% =/below target |
| *Rider IPC* | 0 | 0.0003 (0.0110) | [0 – 1.00] | $\leq 0$ | 0.5% above target, 99.5% =/below target |

*Data Pre-Processing*

The data are pre-processed in several ways:

- All predictors are centered and scaled to have mean 0 and standard deviation 1. In the model training process, this normalization is made within resampling loops.
- All predictors with near zero variance are removed. Near zero variance predictors are those that meet two conditions: (i) less than 10% of observations are unique, and (ii) the ratio of frequencies for the most common value over the second most common value is greater than 95/5.
- Highly correlated predictors are removed by computing pair-wise correlations, identifying highly correlated predictors (>0.80), and then removing the predictor with the higher mean pair-wise correlation across the full correlation matrix.

*Model Training and Tuning*

The model training and selection process begins by dividing the data into training and test data. Observations between January 1, 2014 and February 28, 2015 are used for model training, and observations between March 1, 2015 and May 31, 2015 are set aside to use as test data.

To train the models and identify the optimal tuning parameters, I use $k$-fold cross-validation (with $k = 5$), a procedure that divides the training set into $k$ random and equally-sized subsets, and then sequentially picks one of the $k$ subsets to use as the validation data and the remaining $k – 1$ subsets as the training data. Thus, each of the $k$ subsets are used exactly once as the validation data. The tuning parameters that maximize the Kappa statistic in cross-validation are then selected and used to generate predictions for the out-of-sample test data. Performance is assessed using the Kappa statistic – which equals

7 of 28

P-03177.00008

CONFIDENTIAL

{observed accuracy – expected accuracy}/{1 – expected accuracy} – rather than classification accuracy because it is better designed to handle imbalanced data. Tuning parameters selected in this way include:

- Random Forests: number of randomly selected predictors used in each split.
- SVM (with Radial Basis Function Kernel): sigma hyper parameter, cost.
- AdaBoost (Boosted Classification Trees): number of trees, max tree depth, learning rate.

*Evaluation Metrics*

I evaluate the predictive performance of the models in two ways. First, I compute accuracy, precision, and recall:

$$\text{Accuracy} = \frac{\text{number of correct predictions}}{\text{total number of predictions made}}$$

$$\text{Precision} = \frac{\text{number of correctly predicted positive cases}}{\text{total number of predicted positive cases}}$$

$$\text{Recall} = \frac{\text{number of correctly predicted positive cases}}{\text{total number of positive cases}}$$

where "positive" cases are those observations where a user's incident rate is above the target rate, and "negative" cases are those observations where a user's incident rate is equal to or below the target rate. Due to the nature of safety modeling (where the cost of false negatives are arguably greater than the cost of false positives), the focus here will be on maximizing recall.

Second, I compare the accuracy, precision, and recall of the models against a naïve forecasting strategy that uses no model and naively predicts that a user's incident rate will be above a target rate 30 days into the future only if the user's incident rate is above the target rate today. Due to the stickiness of incident rates across time, this naïve forecasting strategy performs surprisingly well and sets a high benchmark to beat. When applied to the test set, this naïve strategy has the following accuracy, precision, and recall:

- Dangerous Driving: 90% accuracy, 96% precision, 82% recall.

- Driver IPC: 96% accuracy, 100% precision, 86% recall.

- Rider IPC: 95% accuracy, 100% precision, 64% recall.

8 of 28

CONFIDENTIAL

## 5. Predictive Performance

After training the models using data from January 1, 2014 – February 28, 2015, predictions are generated for the March 1 – May 31, 2015 hold-out test set using AdaBoost, Random Forests, and SVM. Separate models are estimated for driver incidents and rider incidents. Results from the tests are presented in Table 2.

**Table 2: Results from Out-of-Sample Predictions**

|  |  | Accuracy | Precision | Recall |
|---|---|---|---|---|
| *Dangerous Driving* |  |  |  |  |
| AdaBoost |  | 90% | 98% | 82% |
| Random Forests |  | 89% | 94% | 86% |
| SVM |  | 85% | 88% | 83% |
|  | *Mean* | *88%* | *93%* | *84%* |
|  |  |  |  |  |
| *Driver Interpersonal Conflicts* |  |  |  |  |
| AdaBoost |  | 96% | 100% | 85% |
| Random Forests |  | 96% | 97% | 87% |
| SVM |  | 91% | 80% | 88% |
|  | *Mean* | *94%* | *92%* | *87%* |
|  |  |  |  |  |
| *Rider Interpersonal Conflicts* |  |  |  |  |
| (Coming soon) |  |  |  |  |

Predictions of dangerous driving rates have a mean accuracy of 88%, a mean precision of 93%, and a mean recall of 84% across the three algorithms. AdaBoost has the highest precision, but it also has the lowest recall. Random Forests has the highest recall at 86%, beating the recall of the naïve strategy by 4%.

Predictions of driver instigated interpersonal conflicts, on the other hand, have a mean accuracy of 94%, a mean precision of 92%, and a mean recall of 87% across the three algorithms. Again, AdaBoost has the highest precision and the lowest recall. SVM has the highest recall at 88%, beating the recall of the naïve strategy by 2%.

One useful exercise here is to experiment with approaches for maximizing recall, since the costs of false negatives (i.e., failing to detect high risk users) are in some ways larger and more significant than the costs of false positives (i.e., incorrectly classifying low risk users as high risk).

At the most basic level, this can be done by altering the decision threshold (to a value other than the conventional 0.50). To investigate how close to 100% recall we can get, I re-

9 of 28

UBER_JCCP_MDL_004567747

CONFIDENTIAL

compute accuracy, precision, and recall for all the models using a variety of probability cutoffs (from 0.05 to 0.95). The results are depicted in the plots in Figure 4. Key takeaways:

- AdaBoost and Random Forests have close to 100% recall in the dangerous driving (97-99%) and driver interpersonal conflict (95-98%) models when the probability cutoff is 0.05. However, it is at the cost of precision, which drops to 61-65% for the dangerous driving models and down to 38-42% for the driver interpersonal conflict models.
- Random Forests does the best at maximizing both precision and recall:
  - Dangerous driving: 0.35 cutoff => 89% recall and precision.
  - Driver interpersonal conflict: 0.40 cutoff => 89% recall and precision.

The next steps of this work will test methods for maximizing recall without sacrificing precision. Strategies will include:

- Cost-sensitive learning. Try various cost functions that penalize misclassification of positive cases.
- Building better features that distinguish low risk users from high risk users.
- Increasing sample size (# of users + length of time-series). May help to also artificially balance data by over-sampling high risk users and under-sampling low risk users.

**Figure 4: Predictive Performance by Probability Cutoff**

10 of 28

UBER_JCCP_MDL_004567748

CONFIDENTIAL



*Notes:* Dashed horizontal lines represent recall of naive strategy.

11 of 28

CONFIDENTIAL

## 6. Top 10 Risk Factors

To identify the most important risk factors, I compute variable importance scores by systematically permuting each variable and calculating the change in classification accuracy. I compute these scores for each algorithm and each type of safety incident separately, rank the scores, and then use the average rank across all the models to assess each variable's relative importance for forecasting safety incidents. Table 3 lists the 10 predictors identified to be most important using this procedure.

**Table 3: Variable Importance**

| Importance | Dangerous Driving (t + 30) | Driver Interpersonal Conflict (t + 30) |
|:---:|:---:|:---:|
| 1 | Number of dangerous driving tickets (cumulative total) | Number of bad behavior tickets (cumulative total) |
| 2 | Number of dangerous driving tickets (last week) | Total trip count |
| 3 | Number of general negative tickets (cumulative total) | Number of bad attitude tickets (cumulative total) |
| 4 | Total trip count | Number of general negative tickets (cumulative total) |
| 5 | Percent 5 star ratings | Average of first 25 ratings |
| 6 | Weeks since first trip | Percent of trips occurring between 9pm-4am |
| 7 | Trips per week | Average of ratings given |
| 8 | Average of first 25 ratings | Trips per week |
| 9 | Percent of trips occurring between 9pm-4am | Percent of trips canceled |
| 10 | Average of ratings given | Percent 5 star ratings |

12 of 28

CONFIDENTIAL

UBER_JCCP_MDL_004567750

CONFIDENTIAL

## 7. Preventative Interventions

The preventative action playbook for dealing with high risk users is motivated by four theoretical classes of strategies for improving prospects for safe and prosocial behavior:

- **Cultural Approach:** safe and prosocial behavior a value/cultural belief. Create strong personal beliefs that behaving safely and cooperatively is the right thing to do. Evidence from the socio-scientific literature suggests that value creation is most effective through peer-validation – that is, when there is social pressure from your peers to adopt the value. Interventions in this line of thought might rely on messages (SMS/email/in-app), training/education, or mentor assignment.

- **Psychological Approach:** safe and prosocial behavior promoted by cognitive primes. In psychology, well-known result that individual differences (ethnicity, religion, country of origin, political affiliation, sports affiliation, artistic preferences) can serve as the basis for intense interpersonal conflict. Even when differences don't materialize into conflict, they can create subtle and implicit – but equally powerful – cognitive biases (e.g., getting more impatient or irritable in situations that would normally not cause impatience or irritability). To counter these negative psychological tendencies, can try to reduce the salience of individual differences by emphasizing a common, superordinate identity (e.g., common national identity, common hometown, common religion, common social preferences). Interventions in this approach would need to identify common overarching group identities that are shared between users, and implement creative cognitive primes that emphasize this shared identity.

- **Game Theoretic Approach:** safe and prosocial behavior encouraged by monitoring and threat of punishment. Well-known in economics that decentralized cooperation can be sustained in a world of self-interested egoists even without a third-party with powers of enforcement – as long as non-cooperators know that norm-violations will be punished, and that the cost of punishments are larger than the benefits of norm-violations (in terms of personal utility). These conditions imply that interventions that (i) increase the punishment for unsafe behavior, (ii) increase the personal belief that unsafe behavior will in fact be punished, and (iii) increase the rewards to safe behavior can reduce safety incidents.

- **Policing Approach:** safe and prosocial behavior supported by coerced removal of high risk factors and unsafe users. Less high risk users = less high risk users.

The action playbook is still a work in progress, but Table 4 lists the interventions under consideration. The playbook was ideated by the safety ops team – Jeana Williams, Becky Mar, Katie Newman, and Corinne Sherman. Any interventions that are implemented will be subject to a rigorous testing process beforehand to estimate cost-effectiveness. Figure 5 provides a high-level overview of the Bouncer testing process.

CONFIDENTIAL

UBER_JCCP_MDL_004567751

CONFIDENTIAL

**Table 4: Preventative Interventions**

| Action | Cost | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |
| ***Driver Corrective Actions:*** | | | | | |
| Messages via SMS/email/in-app notifications<br>• Warnings<br>• Targeted tips for success<br>• Direct feedback | ▓ | | | | |
| Disable non-Uber phone usage | ▓ | | | | |
| Background review | ▓ | ▓ | | | |
| Identity authentication | ▓ | ▓ | | | |
| Driver-rider relationship building | ▓ | ▓ | | | |
| Restricted rider contact | ▓ | ▓ | | | |
| Driver mentor assignment | ▓ | ▓ | ▓ | | |
| Education/training (video/in-person) | ▓ | ▓ | ▓ | ▓ | |
| Status changes (e.g., suspend/ban) | ▓ | ▓ | ▓ | ▓ | ▓ |
| ***Rider Corrective Actions:*** | | | | | |
| Messages via SMS/email/in-app notifications<br>• Warnings<br>• Targeted tips for success<br>• Direct feedback | ▓ | | | | |
| Driver-rider relationship building | ▓ | ▓ | | | |
| Restrict use (e.g., banned Saturday nights) | ▓ | ▓ | ▓ | | |
| Education/training (video/in-person) | ▓ | ▓ | ▓ | ▓ | |
| Incentives for good ratings | ▓ | ▓ | ▓ | ▓ | |

14 of 28

UBER_JCCP_MDL_004567752

CONFIDENTIAL

Status changes (e.g., suspend/ban)

**Figure 5: Bouncer Testing Process**



## 8. Challenges

- Data integrity — lots of errors in human coded safety data (e.g., Zendesk ticket classifications).
- Some types of safety incidents are rare events (e.g., <0.10% of observations), creating highly imbalanced data. Need to identify best strategy/method for addressing this.
- Current R code for training models very slow despite leveraging parallel processing. Need to learn how to speed things up.

## 9. Next Steps

- Error analysis. Figure out why some high risk users are being incorrectly classified as low risk and why some low risk users are being incorrectly classified as high risk.
- Maximize precision while holding recall as close to 100% as possible. Strategies:
    - Increase sample size.
    - Build better features that distinguish safe users from unsafe users. Will require a qualitative analysis of Zendesk tickets to better understand causal mechanisms.

15 of 28

> **Commented [10]:** +sjeon@uber.com we can push toward crowdflower classification of tickets, which requires that two auditors give the same classification, in order to get better at this. I know this is of particular concern with L3/4 tickets due to past errors in definitions so we can also look at manual ways to correct that data set as well.

> **Commented [11]:** Good idea Jeana. For v2 of Bouncer it'd be great to focus on predicting L3/L4 incidents too. I'll start thinking about what this crowdflower/nc classification process might look like.

CONFIDENTIAL

- o In model training, increase costs for misclassification of positive cases.
- Experiment with different forecasting windows – 7/14/30 days into the future – to see if models are better at predicting certain forecasting windows.
- Test models with city-specific target rates / thresholds.
- Build models for predicting rider instigated interpersonal conflicts.
  - o Tricky because very rare event (associated with <0.05% of trips).
- Figure out how best to operationalize Bouncer risk scores. Lots of potential interventions. Need to distill to a few theoretically convincing and empirically justified set and begin testing them using randomized experiments.

## 10. Team

*Data Platform*: Sunny Jeon
*Safety Ops*: Jeana Williams, Becky Mar, Katie Newman, Corinne Sherman
*Product*: Mike Truong

16 of 28

CONFIDENTIAL

## Appendix A – Supplementary Analysis of Safe v. Unsafe Users

To identify features that distinguish safe and unsafe users (as defined by the severity of their safety ticket history), data was collected on 31,703 users. This sample was drawn by pulling:

- All 564 users receiving L3 and L4 tickets (between April 27 - May 31, 2015),
- A random sample of 1,139 users receiving L1 and L2 ticket (between April 27 - May 31, 2015),
- A random sample of 10,000 drivers, and
- A random sample of 20,000 riders.

This process generated a sample that consists of 11,182 drivers and 20,370 riders across 278 different cities and 56 countries, who altogether have a mean trip count of 118 and mean tenure of 120 days (days since first trip).

As a first step towards understanding the data, users were categorized by the most severe safety ticket they received (None, L1, L2, L3, L4). Across these categorizations, users were compared on their ticket, rating, and trip history, including:

*Ticket History*

- **Number of altercation tickets received** (before L1, L2, L3, L4 incident). If no L1-L4 incident, number of tickets in user history.

- **Number of bad attitude tickets received** (before L1, L2, L3, L4 incident). If no L1-L4 incident, number of tickets in user history.

- **Number of inappropriate behavior tickets received** (before L1, L2, L3, L4 incident). If no L1-L4 incident, number of tickets in user history.

- **Number of dangerous driving tickets received** (before L1, L2, L3, L4 incident). If no L1-L4 incident, number of tickets in user history. Tickets falling under this category include: accidents, distracted driving, poor/dangerous driving, and traffic violations.

- **Number of fraud / rule-breaking tickets received** (before L1, L2, L3, L4 incident). If no L1-L4 incident, number of tickets in user history. Tickets falling under this category include: fraud/chargebacks, large trip fare alert, passenger in car, soliciting payment, soliciting trips outside Uber, wrong driver, wrong vehicle, and wrong license plate.

- **Number of police-related tickets received** (before L1, L2, L3, L4 incident). If no L1-L4 incident, number of tickets in user history.

- **Number of general negative tickets received** (before L1, L2, L3, L4 incident). If no L1-L4 incident, number of tickets in user history. Tickets falling under this category include: bad route/city knowledge, begin/end trip instead of cancelling, denying service animal, did not answer phone, late arrival, negative comments about Uber, poor communication, refused

17 of 28

CONFIDENTIAL

destination, smell, surge fare manipulation, talks too much, talks too little, unprofessional, will not return lost item, and wrong rider.

- **Number of rider issue tickets received** (before L1, L2, L3, L4 incident). If no L1-L4 incident, number of tickets in user history.

*Rating and Trip Data*

- **Cancellation percent** (before L1, L2, L3, L4 incident). If no L1-L4 incident, percent for entire user history.

- **Trip count** (before L1, L2, L3, L4 incident). If no L1-L4 incident, total trip count.

- **Days since first trip** (before L1, L2, L3, L4 incident). If no L1-L4 incident, days since first trip.

- **Average of first 10 ratings.**

- **Average of first 25 ratings**.

- **Average of last 5 ratings before incident** relative to (minus) average of all ratings before last 5. If no L1-L4 incident, average of all ratings received.

- **Percent of 5 star ratings in last 5 trips before incident** relative to (minus) percent of 5 start ratings for all trips before last 5. If no L1-L4 incident, percent for entire user history.

The key insights emerging from the comparisons across severity levels are:

- Users that have caused L1, L2, L3, and L4 safety incidents have received substantially more Zendesk tickets than users that have never caused a safety incident (L0). Differences in means across ticket categories are provided in Table A.1. The "MCP Significant" column lists which differences in means are statistically distinguishable from zero in a multiple comparisons of means test with Tukey contrasts (at the alpha = 0.05 level). Many of the differences in means are statistically distinguishable from zero. But the differences in magnitudes are notable (> 1) only in bad attitude, dangerous driving, and general negative ticket history. Predictive models focusing on safety should thus focus on leveraging these specific user features.

- Users that have caused L1, L2, and L3 safety incidents have significantly lower ratings in their first 10 and 20 trips than users that have never caused a safety incident (L0). These variables are thus good early indicators of future safety incidents.

- Users that have caused L1, L2, L3, and L4 incidents do not receive substantially different ratings in the last 5 trips leading up to the incident. Nonetheless, may be worth playing around with the temporal window and examining rating changes at different time intervals (e.g., last 10 trips, 20 trips before safety incident). Seems like there would be some predictive power here...

18 of 28

UBER_JCCP_MDL_004567756

CONFIDENTIAL

- An ordinal logistic regression was used to model ticket severity levels (L0 – L4) and analyze the impact of each user feature. Results are presented in Table A.2. Coefficient estimates are statistically distinguishable from zero at the alpha = 0.05 level for attitude tickets, altercation tickets, dangerous driving tickets, general negative tickets, rider tickets, driver cancellation percent, trip count, tenure, and first 25 ratings. However, the magnitude of the effect sizes varies considerably. The three significant variables with the strongest effects (in order of strength) are first 25 ratings, rider tickets, and attitude tickets, which change the odds of moving from one severity level to a higher severity level by 0.23, 1.98, and 1.15 respectively. However, these results should be interpreted cautiously, as there is evidence that the proportional odds assumption does not hold.

**Table A.1: Comparison of User Features By Most Severe Ticket Received**

| | *Most Severe Safety Ticket Received* | | | | | MCP |
| | L0 (none) | L1 | L2 | L3 | L4 | Significant |
|---|---|---|---|---|---|---|
| *TICKET HISTORY* | | | | | | |
| Altercations | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | L1 – L0 |
| **Attitude** | **0.04** | **1.44** | **1.65** | **1.70** | **4.00** | **L1 – L0**<br>**L2 – L0**<br>**L3 – L0**<br>**L4 – L0**<br>**L3 – L1**<br>**L4 – L1**<br>**L4 – L2**<br>**L4 – L3** |
| Behavior | 0.00 | 0.20 | 0.13 | 0.25 | 0.50 | L1 – L0<br>L2 – L0<br>L3 – L0<br>L4 – L0<br>L2 – L1<br>L3 – L1<br>L4 – L1<br>L3 – L2<br>L4 – L2<br>L4 – L3 |
| **Dangerous Driving** | **0.03** | **1.54** | **1.74** | **1.69** | **1.50** | **L1 – L0**<br>**L2 – L0**<br>**L3 – L0**<br>**L4 – L0** |
| Fraud / Rule-breaking | 0.01 | 0.20 | 0.18 | 0.18 | 0.17 | L1 – L0<br>L2 – L0<br>L3 – L0 |
| Police Incidents | 0.00 | 0.02 | 0.00 | 0.02 | 0.00 | L1 – L0<br>L3 – L0<br>L2 – L1<br>L3 – L2 |
| **Negative (General)** | **0.30** | **7.73** | **7.57** | **8.40** | **14.50** | **L1 – L0**<br>**L2 – L0**<br>**L3 – L0**<br>**L4 – L0** |

19 of 28

UBER_JCCP_MDL_004567757

CONFIDENTIAL

| | L0 (none) | L1 | L2 | L3 | L4 | MCP Significant |
|---|---|---|---|---|---|---|
| | | | | | | **L3 – L1**<br>**L4 – L1**<br>**L4 – L2**<br>**L4 – L3** |
| Rider Complaints | 0.01 | 0.04 | 0.04 | 0.07 | 0.00 | L1 – L0<br>L3 – L0<br>L3 – L1 |

| | L0 (none) | L1 | L2 | L3 | L4 | MCP Significant |
|---|---|---|---|---|---|---|
| ***TRIP DATA*** | | | | | | |
| Cancellation Perc (Driver) | 2.84 | 3.45 | 4.32 | 3.61 | 5.16 | |
| Cancellation Perc (Rider) | 13.43 | 16.64 | 15.46 | 16.65 | 14.14 | L1 – L0 |
| Days Since First Trip | 113.61 | 186.13 | 191.26 | 173.94 | 219.57 | L1 – L0<br>L2 – L0<br>L3 – L0 |
| First 10 Ratings (Mean) | 4.77 | 4.59 | 4.59 | 4.55 | 4.71 | L1 – L0<br>L2 – L0<br>L3 – L0 |
| First 25 Ratings (Mean) | 4.75 | 4.58 | 4.55 | 4.55 | 4.71 | L1 – L0<br>L2 – L0<br>L3 – L0 |
| Average Rating in Last 5 Trips Before L1,2,3,4 Incident (relative to average for all trips before) | -0.18 | -0.12 | 0.00 | 0.99 | 2.79 | |
| Perc 5 Star Trips in Last 5 Trips Before L1,2,3,4 Incident (relative to average for all trips before) | 0.68 | 0.78 | 2.87 | 3.44 | 8.68 | |
| Trip Count | 49.82 | 777.22 | 884.18 | 803.42 | 1,301.00 | L1 – L0<br>L2 – L0<br>L3 – L0<br>L4 – L0<br>L4 – L1<br>L3 – L3 |
| Sample Size | 30,000 | 1,039 | 100 | 553 | 11 | |

*Notes:* Means across severity levels. "MCP Significant" column lists which differences in means are statistically distinguishable from zero in a multiple comparisons of means test with Tukey contrasts (at the alpha = 0.05 level).

20 of 28

CONFIDENTIAL

**Table A.2: Results from Ordinal Logistic Regression (Dependent Variable: L0, L1, L2, L3, L4)**

|  | _Coef_ | _Std. Error_ | _p_ | **_Prop. Odds Ratio_** |
|---|---|---|---|---|
| num_attitude | 0.14 | 0.02 | 0.00 | **1.15** |
| num_altercation | -0.13 | 0.00 | 0.00 | **0.88** |
| num_behavior | -0.09 | 0.09 | 0.31 | **0.91** |
| num_dp | 0.05 | 0.02 | 0.04 | **1.05** |
| num_fraud | 0.12 | 0.07 | 0.08 | **1.13** |
| num_police | -0.01 | 0.00 | 0.16 | **0.99** |
| num_negative | 0.03 | 0.01 | 0.00 | **1.03** |
| num_rider | 0.68 | 0.13 | 0.00 | **1.98** |
| rider_cancellation_perc | 0.01 | 0.00 | 0.21 | **1.01** |
| driver_cancellation_perc | 0.03 | 0.01 | 0.00 | **1.03** |
| trip_count | 0.00 | 0.00 | 0.00 | **1.00** |
| days_since_first_trip | 0.00 | 0.00 | 0.00 | **1.00** |
| rating_first_10 | 0.14 | 0.14 | 0.31 | **1.15** |
| rating_first_25 | -1.47 | 0.13 | 0.00 | **0.23** |
| rating_last5_before_incident_pch | 0.00 | 0.01 | 0.80 | **1.00** |
| perc5star_last5_before_incident_pch | 0.00 | 0.00 | 0.67 | **1.00** |

Residual Deviance: 6994.151
AIC: 7034.151

21 of 28

CONFIDENTIAL

## Appendix B – Explaining Incident Rates

As a first step towards understanding the determinants of safety incident rates across users, I conduct an exploratory analysis by estimating a simple fixed effects model:

$$\ln(\mathit{rate}_{ijt+30} + 0.001) = \ln(\mathit{rate}_{ijt} + 0.001) + z'_{ijt}\beta + \alpha_j + \tau_t + \varepsilon_{ijt},$$

where $\mathit{rate}_{ijt+30}$ gives the predicted incident rate for a specific type of safety incident (dangerous driving, interpersonal conflicts) for user $i$ in city $j$ 30 days into the future ($t$+30). In estimation, incident rates are log transformed after adding an arbitrarily small number to avoid taking the log of zero. The vector $z'_{ijt}$ includes a collection of time-varying predictors likely to affect incident rates, such as ticket and rating history (see **Appendix C** for full variable list). The $\alpha_j$'s denote a full set of city dummies, the $\tau_t$'s denote a full set of time effects to capture common shocks and trends across cities, and $\varepsilon_{ijt}$ is an error term capturing all other omitted factors.

I estimate the fixed effects model using OLS and compute robust standard errors clustered by city and day to control for temporal and spatial autocorrelation. Results for each of the models are presented as coefficient plots in Figures B.1-B.3.

(...to be completed)

22 of 28

P-03177.00023

CONFIDENTIAL

**Figure B.1: Coefficient Plot for Dangerous Driving Incident Rates**



*Notes:* Coefficient estimates from fixed effects model with bars representing 95% confidence intervals. Adjusted R-squared: 0.72.

23 of 28

CONFIDENTIAL

**Figure B.2: Coefficient Plot for Driver Interpersonal Conflict Rates**



*Notes:* Coefficient estimates from fixed effects model with bars representing 95% confidence intervals. Adjusted R-squared: 0.61.

24 of 28

UBER_JCCP_MDL_004567762

CONFIDENTIAL

**Figure B.3: Coefficient Plot for Rider Interpersonal Conflict Rates**



*Notes:* Coefficient estimates from fixed effects model with bars representing 95% confidence intervals. Adjusted R-squared: 0.69.

25 of 28

UBER_JCCP_MDL_004567763

CONFIDENTIAL

## Appendix C – Variable List and Definitions

This Appendix provides a variable list and definitions for all data used in the analyses reported in this document. Some notes on naming conventions:
- Variables with "**num**" in the name are count variables.
- Variables with "**perc**" in the name are variables represented as percentages.
- Variables with "**p30**" in the name gives observation at $t$ +30.
- Variables with "**lastweek**" in the name gives the mean from the last 7 days.
- Variables with "**lastweek_d1m**" in the name give the difference between the mean over the previous 7 days and the mean from the month before.
  - For example, **cancellations_perc_lastweek_d1m** = {mean **cancellations_perc_lastweek** between $t$ and $t$-7} – {mean **cancellations_perc** between $t$-30 and $t$-60}.
- Variables with "**cm**" in the name are cumulative totals. If the name doesn't have "**cm**", "**lastweek**", "**d1m**", or "**p30**" in the name, the variable gives the observation for day $t$.
  - For example, **num_altercation** gives the number of altercation tickets user $i$ received on day $t$, whereas **num_altercation_cm** gives the total cumulative number of altercation tickets user $i$ received leading up to day $t$ including day $t$.

Data is indexed by user $i$ in city $j$ on day $t$.

*Dependent Variables*

- **dangerous_rate_p30:** dangerous driving incident rate at t + 30

- **dangerous_rate_p30_binary:** binary variable indicating whether dangerous driving incident rate at t + 30 is greater than the target incident rate.

- **driver_ipc_rate_p30:** driver interpersonal conflict incident rate at t + 30

- **driver_ipc_rate_p30_binary:** binary variable indicating whether driver interpersonal conflict incident rate at t + 30 is greater than the target incident rate.

- **rider_ipc_rate_p30:** rider interpersonal conflict incident rate at t + 30

- **rider_ipc_rate_p30_binary:** binary variable indicating whether rider interpersonal conflict incident rate at t + 30 is greater than the target incident rate.

*Predictors (collected)*

- **datadate**
- **cancellations_perc_cm**
- **cancellations_perc_lastweek**
- **cancellations_perc_lastweek_d1m**

26 of 28

UBER_JCCP_MDL_004567764

CONFIDENTIAL

- **distance_cm**
- **distance_lastweek_d1m**
- **distance_lastweek_sum**
- **duration_cm**
- **duration_lastweek_d1m**
- **duration_lastweek_sum**
- **earnings_lastweek_d1m**
- **eta_diff_cm**
- **eta_diff_lastweek_d1m**
- **night_perc**
- **night_perc_lastweek_d1m**
- **num_altercation**
- **num_altercation_cm**
- **num_altercation_lastweek_d1m**
- **num_attitude**
- **num_attitude_cm**
- **num_attitude_lastweek_d1m**
- **num_behavior**
- **num_behavior_cm**
- **num_behavior_lastweek_d1m**
- **num_cities**
- **num_dp**
- **num_dp_cm**
- **num_dp_lastweek_d1m**
- **num_fraud**
- **num_fraud_cm**
- **num_fraud_lastweek_d1m**
- **num_negative**
- **num_negative_cm**
- **num_negative_lastweek_d1m**
- **num_of_vehicles**
- **num_police**
- **num_police_cm**
- **num_police_lastweek_d1m**
- **num_rider**
- **num_rider_cm**
- **num_rider_lastweek_d1m**
- **perc5star**
- **perc5star_cm**
- **perc5star_last5**
- **perc5star_last5_pch**
- **primary_city_id**
- **rating_cm**
- **rating_first_10**
- **rating_first_25**
- **rating_first_50**
- **rating_given_cm**
- **rating_given_last5**
- **rating_given_last5_pch**

CONFIDENTIAL

UBER_JCCP_MDL_004567765

CONFIDENTIAL

- **rating_last5**
- **rating_last5_pch**
- **role_dual**
- **trip_count_cm**
- **trip_count_lastweek_d1m**
- **trip_per_week**
- **uber_black**
- **weeks_active**

*Predictors (to be collected)*

- [See Google Doc]

28 of 28

CONFIDENTIAL

UBER_JCCP_MDL_004567766

P-03177.00029