# EXHIBIT B

## UBER_JCCP_MDL_000503308

## Metadata

| | | |
|---|---|---|
| **#Author** | actuaryzhang@uber.com | SEMANTIC |
| **#Date Modified** | 10/16/2017 | SEMANTIC |
| **#DateCreated** | 08/19/2015 | SEMANTIC |
| **#Title** | Bouncer v2 Overview | SEMANTIC |
| **Account** | tbreeden@uber.com; | SEMANTIC |
| **All Custodians** | Breeden, Tracey;Cardenas, Philip;Chang, Frank;Fuldner, Gus;Kansal, Sachin;Lake, Carley;McDonald, Katy;Parker, Kate;Silver, Nick;Sullivan, Joe; | SEMANTIC |
| **All Paths** | Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_26.zip; Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_26.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_11.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_11.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_8.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_8.zip; Cardenas, Philip: \Drive_003_002_Drive003_001\JCCP_DRIVE003_002\JCCP_DRIVE003_002_3.zip; Cardenas, Philip: \Drive_003_002_Drive003_001\JCCP_DRIVE003_002\JCCP_DRIVE003_002_3.zip; Chang, Frank: \EDISCO-25937_frank@uber.com_92.zip; Chang, Frank: \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_92.zip; Fuldner, Gus: \JCCP-EDISCO-23800_BEFORE2018\JCCP-EDISCO-23800_BEFORE2018_gus@uber.com\JCCP-EDISCO-23800_BEFORE2018_gus@uber.com_4.zip; Fuldner, Gus: \JCCP-EDISCO-23800_BEFORE2018\JCCP-EDISCO-23800_BEFORE2018_gus@uber.com\JCCP-EDISCO-23800_BEFORE2018_gus@uber.com_4.zip; Kansal, Sachin: \EDISCO-25937_sachin.kansal@uber.com\EDISCO-25937_sachin.kansal@uber.com2_72.zip; Kansal, Sachin: \EDISCO-25937_sachin.kansal@uber.com2_72.zip; Lake, Carley: \EDISCO-24394_Drive\EDISCO-24394_Drive_144.zip; Lake, Carley: \EDISCO-24394_Drive\EDISCO-24394_Drive_144.zip; McDonald, Katy: \JCCP_DRIVE005\JCCP_Drive005_131.zip; McDonald, Katy: \JCCP_DRIVE005\JCCP_Drive005_131.zip; McDonald, Katy: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_11.zip; McDonald, Katy: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_11.zip; McDonald, Katy: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_8.zip; McDonald, Katy: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_8.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_50.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_50.zip; Silver, Nick: \EDISCO-24394_Drive\EDISCO-24394_Drive_144.zip; Silver, Nick: \EDISCO-24394_Drive\EDISCO-24394_Drive_144.zip; Silver, Nick: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_11.zip; Silver, Nick: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_11.zip; Sullivan, Joe: \EDISCO-25937_joesullivan@uber.com_14.zip; Sullivan, Joe: \EDISCO-25937_joesullivan@uber.com\EDISCO-25937_joesullivan@uber.com_14.zip | SEMANTIC |
| **Application** | Microsoft 2007 Word Document | SEMANTIC |
| **Attachment Names** | word | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000503308 | SEMANTIC |
| **Collaborators** | bhav@uber.com; ambar@uber.com; sytske@uber.com; mananp@uber.com; prakhar@uber.com; brianz@uber.com; jeana.williams@uber.com; sharmaed@uber.com; ocurry@uber.com; dmitriy@uber.com; nick.silver@uber.com; candace@uber.com; hollis@uber.com; tae@uber.com; meron@uber.com; rmawas@uber.com; nirveek@uber.com; dhruv@uber.com; knewman@uber.com; kchiu@uber.com; jhermann@uber.com; jackieg@uber.com; kateparker@uber.com; hraina@uber.com; dpurdy@uber.com; tbreeden@uber.com; jross@uber.com; kevin@uber.com; haas@uber.com; jvh@uber.com; Darya.Pilram@gmail.com; carley@uber.com; ryan.colby@uber.com; jonathon@uber.com; kmcdonald@uber.com; bmar@uber.com; brian.tan@uber.com; sumers@uber.com; krishnaja@uber.com; seths@uber.com; sjeon@uber.com; liang@uber.com; safety-ds@uber.com; s.team-disabled@uber.com; UNKNOWN; safety-personal@uber.com; safety-program@uber.com; safety-research@uber.com; uber.com; safety-team@uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 08/19/2015 10:06 pm | SEMANTIC |
| **Date Modified** | 10/16/2017 8:57 pm | SEMANTIC |
| **DocID** | 15hcZRQkdh-mXII8ptRArq8qQvy-iBLDV6WEa56N62KA | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000503308 | SEMANTIC |
| **File Path** | \JCCP_DRIVE002_002\JCCP_DRIVE002_002_26.zip | SEMANTIC |
| **File Size** | 907473 | SEMANTIC |
| **Filename** | Bouncer v2 Overview_15hcZRQkdh-mXII8ptRArq8qQvy-iBLDV6WEa56N62KA.docx | SEMANTIC |


Trial Exhibit No.
P-01092

| | | |
|---|---|---|
| **GoogleDocumentType** | DOCUMENT | SEMANTIC |
| **Hash Value** | 66792a8037a225ca6f74ca17075609f2 | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000503308;UBER_JCCP_MDL_000503308.0001;UBER_JCCP_MDL_000503308.0002;UBER_JCCP_MDL_000503308.0003;UBER_JCCP_MDL_000503308.0004;UBER_JCCP_MDL_000503308.0005;UBER_JCCP_MDL_000503308.0006;UBER_JCCP_MDL_000503308.0007;UBER_JCCP_MDL_000503308.0008;UBER_JCCP_MDL_000503308.0009;UBER_JCCP_MDL_000503308.0010;UBER_JCCP_MDL_000503308.0011;UBER_JCCP_MDL_000503308.0012;UBER_JCCP_MDL_000503308.0013;UBER_JCCP_MDL_000503308.0014;UBER_JCCP_MDL_000503308.0015;UBER_JCCP_MDL_000503308.0016;UBER_JCCP_MDL_000503308.0017;UBER_JCCP_MDL_000503308.0018;UBER_JCCP_MDL_000503308.0019;UBER_JCCP_MDL_000503308.0020;UBER_JCCP_MDL_000503308.0021;UBER_JCCP_MDL_000503308.0022;UBER_JCCP_MDL_000503308.0023 | SEMANTIC |
| **ILS Document Date** | 10/16/2017 | SEMANTIC |
| **ILS Prod Date** | 1/2/2025 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL055 | SEMANTIC |
| **LINKSOURCEBEGBATES** | UBER_JCCP_MDL_000325748; UBER_JCCP_MDL_001104235; UBER_JCCP_MDL_001573552; UBER_JCCP_MDL_001628839; UBER_JCCP_MDL_001862855; UBER_JCCP_MDL_001985662; UBER_JCCP_MDL_002079557; UBER_JCCP_MDL_002079703; UBER_JCCP_MDL_002079715; UBER_JCCP_MDL_002082774; UBER_JCCP_MDL_002135115; UBER_JCCP_MDL_002243161; UBER_JCCP_MDL_002247687; UBER_JCCP_MDL_002714726; UBER_JCCP_MDL_003690785; UBER_JCCP_MDL_003713469; UBER_JCCP_MDL_003989664; UBER_JCCP_MDL_004208244; UBER_JCCP_MDL_004222105; UBER_JCCP_MDL_004608664; UBER_JCCP_MDL_004612111; UBER_JCCP_MDL_004612227; UBER_JCCP_MDL_005249739; UBER_JCCP_MDL_005256209; UBER_JCCP_MDL_005264551; UBER_JCCP_MDL_005310198; UBER_JCCP_MDL_005310787; UBER_JCCP_MDL_005310800; UBER_JCCP_MDL_005310813; UBER_JCCP_MDL_005318068; UBER_JCCP_MDL_005319185; UBER_JCCP_MDL_005592551; UBER_JCCP_MDL_005592584; UBER_JCCP_MDL_005592620; UBER_JCCP_MDL_005592644; UBER_JCCP_MDL_005605616; UBER_JCCP_MDL_005605628; UBER_JCCP_MDL_005605935 | SEMANTIC |
| **Other Custodians** | Breeden, Tracey;Cardenas, Philip;Fuldner, Gus;Lake, Carley;McDonald, Katy;Parker, Kate;Silver, Nick;Chang, Frank;Kansal, Sachin;Sullivan, Joe; | SEMANTIC |
| **Primary Date** | 08/19/2015 10:06 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL008;JCCP_MDL055; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 10/16/2017 8:57 pm | SEMANTIC |
| **SourceHash** | d959f521d312a7a3e6ff6781853ec404 | SEMANTIC |

Attorney Client Privileged and Confidential - Under Supervision of Counsel

## [Outdated: see Bouncer v2+ for newest version]

Sunny Jeon
sjeon@uber.com

September 24, 2015

*Summary:* This document provides an overview of *Bouncer*, an Intelligent Decision System (IDS) for anticipating and preventing safety incidents (e.g., accidents, interpersonal conflicts). Statistical machine learning models predict whether drivers will or will not be involved in a safety incident 30 days into the future. High risk users are encouraged to be safe and prosocial using a collection of safety nudges, subliminal messages, and warnings that have successfully reduced safety incidents in randomized controlled trials.

Bouncer is still very much a work in progress, but to solicit feedback and suggestions for improvement, this document describes Bouncer's motivation, forecasting strategy, and predictive performance.

## Contents

1. The Safety Problem
2. Safety Incidents are Predictable
3. Bouncer
4. Predictive Model
5. Predictive Performance in US Markets
6. Top 15 Risk Factors
7. Challenges
8. Next Steps
9. Team

Variable List and Definitions
Supplementary Analysis

1 of 24

Attorney Client Privileged and Confidential - Under Supervision of Counsel

# 1. The Safety Problem [back to contents]

As Uber usage continues to grow, the company may encounter a greater number and variety of safety risks—including fatal automobile accidents and interpersonal conflicts like physical altercations and sexual misconduct.

Currently, there are 25-35k safety related Zendesk tickets that are filed every week by users. Since April 27, 2015, safety ops have been auditing the data to confirm that the tickets are indeed safety-related, and to code the severity of each safety ticket using the four-point scale described in Figure 1. Some of the key findings:

- Approximately 0.10% safety incident rate (1 safety incident per 1,000 trips).
    - Rate highest in India (>0.15%).
    - Rate lowest in China (<0.03%).
    - ***However, incident rates are vulnerable to reporting biases (e.g., China).
- 121 "Critical" L3 incidents per week on the average (e.g., violence, sexual assault, accident with injuries).
- 1-2 "Business Critical" L4 incidents per week on the average (e.g., fatal accidents, kidnapping, rape, death, or dismemberment).
- Most L3 and L4 incidents caused by dangerous driving, interpersonal conflicts, and inappropriate/aggressive riders. See Figure 2 for breakdown of incident types by severity (L1, L2, L3, L4).
    - Driver and rider interpersonal conflicts have caused more L3 and L4 incidents than dangerous driving.

**Figure 1: Incident Severity Levels (L1 - L4)**

| Level | What is it? | Safety Hypotheticals |
|---|---|---|
| 1 | **Minor:** Minor disputes and altercations, minor property damage, potential driver fraudulent behavior. | Verbal altercation or argument, shouting or yelling, wrong driver / vehicle / license plate, extra passenger in vehicle, street hails. |
| 2 | **Moderate:** 2nd accounts of inappropriate (non-sexual) behavior, such as racism or driving under the influence. May result in deactivations. | Detained by police for drug/alcohol, denying service animal, threats of violence. |
| 3 | **Critical:** Major incidents immediately threatening with potential to damage the brand and become public. | Non-consensual sexual touching, altercation (physical), actual physical violence, accident with major injuries. |
| 4 | **Business Critical:** Potentially catastrophic incidents immediately threatening. | Kidnapping, serious incidents involving minors, fatal accident, rape, death or dismemberment. |

2 of 24

P-01092.00004

Attorney Client Privileged and Confidential - Under Supervision of Counsel

**Figure 2: Safety Incidents by Severity and Category**



*Notes:* Audited safety incident data covering April 27 - September 17, 2015. Incidents categorized as ***dangerous driving*** include accidents, distracted driving, poor/dangerous driving, and traffic violations. Incidents categorized as ***fraud / rule-breaking*** include fraud/chargebacks, large trip fare alert, passenger in car, soliciting payment, soliciting trips outside Uber, wrong driver, wrong vehicle, and wrong license plate. Incidents categorized as ***interpersonal conflict*** include verbal and physical altercations and inappropriate behavior. Incidents categorized as ***police incident*** include any incident where police were involved. Incidents categorized as ***rider behavior*** include any incident where a driver filed a complaint about a rider.

3 of 24

Attorney Client Privileged and Confidential - Under Supervision of Counsel

## 2. Safety Incidents are Predictable [back to contents]

Although safety incidents are rare (occurring in ~0.10% of all trips) and may appear random, **safety incidents are predictable**. That is, safety incidents follow patterns and have precursors that can be leveraged to forecast incidents before they happen. Numerous examples of precursors are available in this Supplementary Analysis, which describes the following data-driven analyses:

1. Safety Hot Times/Days Analysis
   *Summary*: I provide evidence that safety incident rates increase dramatically between 1-3am, on Saturday nights/Sunday mornings, and on holidays and other days of major social gatherings (e.g., World Series, Outside Lands).

2. Safety Hot Spots Analysis
   *Summary*: I identify safety hot spots and cold spots across San Francisco blocks and neighborhoods and show that cultural diversity has a stronger empirical correlation with the location of clusters than income, crime rates, and traffic accident rates.

3. Safety Across Referral Networks
   *Summary*: I show that safety risks travel through social networks. That is, it is possible to predict a driver's safety ticket history using just their friends' ticket history.

4. Precursors to Business Critical Safety Incidents
   *Summary*: I provide evidence that users that have caused major safety incidents have substantially more safety tickets going into the incident and substantially lower ratings in their first 10 trips than users that have never caused a major safety incident.

5. Predicting Safety Incidents Using City-Specific Event Schedules (*work in progress*)
   *Summary*: I describe a scalable data-mining procedure for constructing city-specific event schedules on a global scale to better anticipate safety incidents associated with holidays and major social gatherings.

If safety incidents are predictable, they are preventable. This is the insight behind *Bouncer*, an Intelligent Decision System (IDS) for anticipating and preventing safety incidents (e.g., accidents, interpersonal conflicts). In the next sections I describe how Bouncer works and how it aims to reduce safety incidents on the Uber platform.

4 of 24

Attorney Client Privileged and Confidential - Under Supervision of Counsel

## 3. Bouncer [back to contents]

*Bouncer* is an IDS for anticipating and preventing safety incidents (e.g., accidents, interpersonal conflicts). Statistical machine learning models predict whether drivers will or will not be involved in a safety incident 30 days into the future. To prevent the incident(s) from occurring, high risk users are encouraged to be safe and prosocial using a collection of experimentally-validated nudges, subliminal messages, and warnings (for details on experiments testing interventions see this safety labs page managed by the prevention team). The models are productionized using Michelangelo, and interventions are automated using Sigma (see Figure 3 for a data flow diagram). Figure 4 depicts where in the trip life cycle Bouncer -- as well as other safety products + initiatives -- intervene.

In the following subsections I describe in more detail the 3 key components of Bouncer: the data pipeline, the predictive models, and the automated preventative interventions.

**Figure 3: Bouncer Within Broader IDS Prevention Framework**



*Notes: Bouncer* and *Gwyneth* are analytical models for anticipating and preventing safety incidents. Bouncer focuses on estimating *user*-level safety risks, and is used to target high risk users for a variety of preventative interventions (e.g., safety messaging/warnings, driver training, restricting use, etc.). Gwyneth uses historical patterns in the spatial and temporal distribution of safety incidents to create driver-rider matches that are optimized for safety at the dispatch stage.

5 of 24

UBER_JCCP_MDL_000503308.0004

Attorney Client Privileged and Confidential - Under Supervision of Counsel

**Figure 4: Opportunities for Interventions By Stage of Trip**



_Data Pipeline_

To compute risk scores, Bouncer draws on a data pipeline of internal and external data relevant for detecting high risk users. Data (*will*) include:

- Zendesk ticket history
- Account data from Vertica: e.g., tenure, trip count, ratings, wages, ETA differences, times worked (night v. day shifts), vehicle background, referral network, hours worked per day.
- Telematics: e.g., speeding, hard braking, hard turns (R2D2).
- Criminal background (external vendor: Trooly + RDC)
- Trustworthiness (external vendor: Trooly)
- Driving record (external vendor: Checkr)
- Behavioral (external vendor: MIDOT + HireVue)
- Social geography (e.g., location of bars, major roads, census blocks, population density)
- Holiday / event schedule

The full variable list (including definitions and sources) is available here.

_Predictive Models_

Bouncer draws on the data pipeline to build a suite of statistical machine learning models for forecasting safety incidents. The current iteration of Bouncer (v2) focuses on identifying **drivers/partners** that are likely to cause two types of safety incidents **30 days into the future**:

6 of 24

Attorney Client Privileged and Confidential - Under Supervision of Counsel

- **Dangerous Driving:** accidents, distracted driving, poor/erratic driving, and traffic violations.

- **Interpersonal Conflicts:** verbal and physical altercations, inappropriate behavior, and sexual misconduct (instigated by the driver).

To accomplish this predictive task, the models leverage a variety of binary classification algorithms -- including Random Forests, Support Vector Machines, AdaBoost, and Stochastic Gradient Boosting -- to discriminate between drivers that are likely to cause a dangerous driving incident or interpersonal conflict, and those that are unlikely to. The best performing models are identified by systematically back-testing existing data and predictive performance is estimated using an out-of-sample testing protocol.

_Automated Interventions_

Once Bouncer identifies drivers that are likely to cause a safety incident 30 days into the future, the drivers are targeted for a series of interventions designed to prevent the incident from occurring. In collaboration with the prevention team, we are currently using randomized experiments to test the impact of several different types of safety messages on subsequent safety incident counts, some of which have already demonstrated impact:

- **Account Statistics:** weekly messages providing breakdown/summary of account stats, such as positive feedback, number of tickets related to dangerous driving, customer support, car quality, etc (see labs page).
  - No statistically detectable effects.

- **Positive Reinforcement:** weekly messages acknowledging good behavior or good driving performance (see labs page).
  - Treatment reduces number of safety incidents by **-6%** ($p$=0.08).

- **Pro-Tips:** weekly messages to drivers providing pro-tips about how to deal with difficult/risky situations, like handling intoxicated riders, managing automobile accidents, reducing fatigued driving (see labs page).
  - Experiment still in progress.

- **Rider Feedback:** weekly messages providing 3 randomly selected (scrubbed) verbatim comments from riders (see labs page).
  - Treatment reduces number of safety incidents by **-8%** ($p$=0.03).
  - Results driven by impact on dangerous driving tickets, which saw a **-10%** decrease compared to control group ($p$<0.01).

- **Warning Messages**: warning messages to drivers with 1 or more safety related ticket in the last week (see labs page).
  - Experiment still in progress.

7 of 24

Attorney Client Privileged and Confidential - Under Supervision of Counsel

These interventions have intentionally been designed to be subtle and low-cost (for both Uber and drivers), because the interventions are targeted towards those that are *predicted* to cause a safety incident -- not necessarily those that have already caused an incident. As such, strong interventions like banning/off-boarding are probably inappropriate. However, if the predictive models can demonstrate reliability over time, it may be worth experimenting with moderately costly but potentially high-impact interventions, like restricting use during high-risk times (1-3am), requiring driver training, or installing cameras in partner vehicles for audio, video, GPS, and/or telematics monitoring.

*Testing Process*

Figure 5 depicts the process by which Bouncer is developed and tested. The process begins with offline experimentation, which involves an iterative process of building predictive models, testing them, and revising them based on the test results and findings from error analysis. Once the predictive performance of the models is satisfactory, Bouncer is launched in select cities using a randomized experimental framework that randomly divides drivers into treatment (receive Bouncer interventions) and control (do not receive Bouncer interventions) groups to isolate and estimate the impact of Bouncer on safety incident counts. If the experiment results indicate Bouncer reduces incident counts, it is scaled up to other cities. If the experiment results cannot identify effects from Bouncer, both the interventions and the predictive models are re-designed by repeating the entire offline-online experiment process.

**Figure 5: Bouncer Testing Process**



8 of 24

CONFIDENTIAL

UBER_JCCP_MDL_000503308.0007

Attorney Client Privileged and Confidential - Under Supervision of Counsel

9 of 24

Attorney Client Privileged and Confidential - Under Supervision of Counsel

# 4. Predictive Model [back to contents]

*Strategy*

Bouncer simplifies the predictive task into a binary classification problem by learning to predict drivers that are and are not likely to cause a (i) dangerous driving or (ii) interpersonal conflict safety incident up to 30 days before it occurs.

The modeling strategy is designed to address 3 specific challenges to predicting safety incidents:

1. Safety incidents are rare events.
2. Safety incident data noisy and based on self-reported cases (i.e., measurement error in dependent variable).
3. High cost of false negatives, so need to minimize this and err on the side of caution (i.e., maximize recall).

To address (1.) the rare events problem, I build the predictive models using 3 different subsampling techniques. The first is *simple down-sampling*, which involves selecting a training set that is artificially balanced so that it has an approximately equal proportion of positive cases (high-risk drivers) and negative cases (low-risk drivers). A second approach is *internal down-sampling*, which involves artificially balancing the data in the resampling process used for model training (i.e., balance each of the bootstrap samples). A third approach is *synthetic minority over-sampling technique* (SMOTE), which involves both down-sampling the majority class and upsampling the minority class by synthesizing new cases using $K$-nearest neighbors.

To address (2.) the noisy data problem, I train models using dichotomized operationalizations of the dependent variables (safety incident counts). The idea here is that, due to noise and reporting biases, drivers with say, 3 dangerous driving tickets may not be that different in terms of safety risk than drivers with 2 or 4 dangerous driving tickets. The biases introduced by measurement error can then be attenuated by collapsing the ticket data into a binary variable indicating whether a driver has received at least 1 dangerous driving ticket or not. Alternatively, due to noise, a nontrivial proportion of low risk drivers may accidentally or incorrectly receive a safety ticket at some point, making measurement error much higher in the group of drivers with 1 incident ticket than drivers with $\geq 2$ tickets. In this case, predictive performance could be improved by removing drivers with exactly 1 incident ticket during the model training process, so that the models can better learn how to discriminate between low and high-risk drivers.

To address (3.) the high cost of false negatives, the predictive models are tuned to maximize recall (# of True Positive/Total # of Positive Cases) without sacrificing precision too much by manipulating the probability cutoff used for classification. In future iterations, cost-sensitive learning will be implemented.

10 of 24

Attorney Client Privileged and Confidential - Under Supervision of Counsel

*Data*

The current iteration of Bouncer (v2) focuses on detecting high risk drivers in 4 major US markets: San Francisco, Los Angeles, Chicago, and New York City.

To build models for these cities, I collect data on a stratified random sample of 25,852 SF, LA, Chicago, and NYC drivers. Because safety incidents are uncommon, users with safety incidents are over-sampled and users without safety incidents are under-sampled to balance the data (this dataset is further balanced before and during model training using simple down-sampling, internal down-sampling, and SMOTE, see Figure 6 for details). This sample was drawn by pulling:

- All 190 SF, LA, Chicago, and NYC drivers receiving L3 and L4 tickets between April 27 - September 17, 2015,
- A random sample of 10,598 SF, LA, Chicago, and NYC drivers receiving L1 or L2 tickets between April 27 - September 17, 2015, and
- A random sample of 15,064 SF, LA, Chicago, and NYC drivers.

For each user, I create a day-level time-series that goes from May 1, 2014 to July 31, 2015, and includes data on a variety of user features built from Zendesk ticket data and user account data (e.g., changes in ratings, ETAs, cancellation rates, trip counts, times worked, fares earned/paid, etc.). These data are operationalized as nearly 200 distinct predictors. This Variable List provides definitions and sources.

*Data Pre-Processing*

The data are pre-processed in several ways:

- All predictors are centered and scaled to have mean 0 and standard deviation 1. In the model training process, this normalization is made within resampling loops.
- All predictors with near zero variance are removed. Near zero variance predictors are those that meet two conditions: (i) less than 10% of observations are unique, and (ii) the ratio of frequencies for the most common value over the second most common value is greater than 95/5.
- Highly correlated predictors are removed by computing pair-wise correlations, identifying highly correlated predictors (>0.80), and then removing the predictor with the higher mean pair-wise correlation across the full correlation matrix.

*Model Training and Testing*

The model training and selection process is conducted by dividing the balanced data into a **training set** and a **probe set**. Observations between May 1, 2014 and March 31, 2015 are used for model training, and observations between April 1, 2015 and July 31, 2015 are set aside to use for the probe set (see Figure 6).

11 of 24

Attorney Client Privileged and Confidential - Under Supervision of Counsel

**Figure 6: Samples Used for Model Training and Testing**



*Notes:* Figure shows how the time-series data are divided into training, probe, and test sets. The training and probe sets are balanced random samples, and the test set is a random sample.

The purpose of the training set is to identify the optimal tuning parameters for each algorithm, which is done using $k$-fold cross-validation (with $k = 5$), a procedure that divides the training set into $k$ random and equally-sized subsets, and then sequentially picks one of the $k$ subsets to use as the validation data and the remaining $k - 1$ subsets as the training data. The tuning parameters that maximize the area under the ROC curve are then selected and used to generate predictions. Tuning parameters selected in this way include:

- *Random Forests*: number of randomly selected predictors used in each split.
- *Support Vector Machines* (with Radial Basis Function Kernel): sigma hyper parameter, cost.
- *AdaBoost* (Boosted Classification Trees): number of trees, max tree depth, learning rate.
- *Stochastic Gradient Boosting* (Classification): number of boosting iterations, maximum tree depth, learning rate/shrinkage, and minimum terminal node size.

The purpose of the probe set is to optimize additional model parameters and specifications to fit the model for our purposes, such as the the optimal subsampling method for addressing the rare events problem (simple down-sampling v. internal down-sampling v. SMOTE), and to identify the optimal probability cutoff for maximizing recall without sacrificing precision. The following is a full list of the different specifications I test:

- Subsampling techniques:
  - Simple down-sampling
  - Internal down-sampling
  - SMOTE

12 of 24

Attorney Client Privileged and Confidential - Under Supervision of Counsel

- Optimal probability cutoff for maximizing recall without sacrificing precision

- Operationalization of dependent variable
    - Safety incident count $\geq$ 1 over next 30 days
    - Safety incident count $\geq$ 2 over next 30 days
    - *Note*: Bouncer v1 predicts incident rates (incident count/trip count)

- Subset
    - Full dataset (May 2014 - July 2015)
    - Subset to post-January 2015 data only (since Zendesk ticket volume substantially different between 2014 and 2015)
    - Subset to drivers that got activated during the sample time period (May 2014 - July 2015)
    - Data aggregated by city
    - Data aggregated across all cities
    - Remove observations where incident count = 1 on the dependent variable (to reduce noise during model training process)

- Predictors
    - Full set of predictors
    - Top 50 predictors (by variable importance scores)

After model specifications are optimized against the probe set, a separate random sample of 11,612 drivers from the same US cities is selected for the ***test set*** (2,771 Chicago drivers, 3,121 LA drivers, 2,976 NYC drivers, and 2,744 SF drivers). Predictions for the random test set are generated by re-training the best performing models using both the training and probe sets. The accuracy of predictions for the random test set is used to assess the predictive performance of the final models -- which is what we would expect to see "in the wild" if Bouncer were launched.

13 of 24

UBER_JCCP_MDL_000503308.0012

P-01092.00015

Attorney Client Privileged and Confidential - Under Supervision of Counsel

# 5. Predictive Performance in US Markets [back to contents]

The predictive performance of the models is evaluated in two ways. The first set of metrics is precision and recall:

$$Precision = 100 * \frac{Number\ of\ Correctly\ Predicted\ Positive\ Cases}{Total\ Number\ of\ Positive\ Predictions\ Made}$$

$$Recall = 100 * \frac{Number\ of\ Correctly\ Predicted\ Positive\ Cases}{Total\ Number\ of\ Positive\ Cases}$$

where "positive" cases are those observations where a driver causes a safety incident 30 days into the future, and "negative" cases are those observations where a driver does not cause a safety incident 30 days into the future. **Due to the nature of safety modeling -- where the cost of false negatives are greater than the cost of false positives -- the focus here will be on maximizing recall.**

The second set of metrics involves comparing recall and precision against benchmarks set by naïve forecasting strategies that use no model. The first naively predicts all drivers will cause at least 1 incident over the next 30 days (which will always have 100% recall but low precision and a 100% false positive rate). The second naively predicts that a driver will cause at least 1 incident over the next 30 days only if the driver committed an incident in the past 30 days.

Tables 1 and 2 present the precision and recall of these naïve forecasting strategies when applied to the random test set (last 2 rows). By naively -- and conservatively -- predicting that all drivers will cause at least 1 safety incident, the first strategy achieves 100% recall but has 8.84% precision in predicting dangerous driving incidents and 1.11% precision in predicting interpersonal conflicts in the four US cities in the sample. The second naive forecasting strategy that predicts a driver will cause a safety incident the following time period only if the driver caused an incident in the current time period predicts dangerous driving with 23.50% recall and 19.72% precision, and predicts interpersonal conflicts with 3.27% recall and 2.51% precision. These figures indicate that interpersonal conflicts are substantially harder to predict than dangerous driving.

_Main Results_

Bouncer can be optimized for many different purposes and performance metrics. Suppose, for example, that our sole interest is in identifying 100% of drivers that are likely to cause a dangerous driving incident or interpersonal conflict 30 days into the future (to be as risk-averse as possible). Then, the probability cutoff used for classification can be manipulated to maximize recall at the cost of precision. Alternatively, suppose we want to maximize

14 of 24

Attorney Client Privileged and Confidential - Under Supervision of Counsel

both recall and precision due to some cost produced by false positives.[1] Then the probability cutoff can be manipulated to maximize the $F_1$ *Score*, which is the harmonic mean of recall and precision ($F_1$ *Score* = 2\*precision\*recall/(precision + recall)). To place more weight on recall, the $F_2$ *Score* is an option. The generic formula for computing an $F_\beta$ Score is:

$$F_\beta \ Score \ = (1 + \beta^2) \ \frac{Precision * Recall}{\beta^2 * Precision + Recall},$$

where $\beta > 1$ puts more weight on recall and $0 < \beta < 1$ puts more weight on precision.

To demonstrate these different applications of Bouncer, Tables 1 and 2 present the precision and recall of models that maximize recall, $F_1$ Score, and $F_2$ Score. The tables also give the precision and recall of the two naive strategies to help evaluate performance. The main takeaway here is that for both dangerous driving and interpersonal conflicts, the models can be specified to match or out-perform the naive strategies.

Consider, for example, dangerous driving. Navie strategy **1** (predict that all drivers are high-risk) can reach 100% recall, but the precision is <9%. Bouncer, however, can maintain 100% with 12% precision. Similarly , Naive strategy 2 (predict high-risk next period only if high-risk in current time period) has 20% precision and 24% recall. Bouncer, however, can reach 43% recall while holding precision near 20% (when maximizing the $F_1$ Score). This means that Bouncer can identify about **2 times** the number of high-risk drivers as naive strategy 2.

Results are similar for interpersonal conflicts. Bouncer can perform equally well as naive strategy 1 (1% precision, 100% recall). However, when maximizing the $F_2$ Score, Bouncer can identify more than **10 times** the number of high-risk drivers as naive strategy 2 (40% recall versus 3% for naive strategy 2). Altogether the results indicate that Bouncer can provide intelligence for anticipating safety incidents -- intelligence that would otherwise be unavailable.

To dig deeper into Bouncer's predictive performance, Figure 7 plots out-of-sample predictions generated on May 1, June 1, and July 1 on actual incident counts for dangerous driving and interpersonal conflicts by city. Key takeaways:

- The dangerous driving model does not do well at predicting actual incident counts of 1. **But it does very well at predicting incident counts greater or equal to 2.** In fact, in Chicago, LA, and NYC, it correctly identifies 100% of drivers with ≥2 tickets.

---

[1] In the case of Bouncer, the cost of false positives is the unnecessary spamming of safety messages to our drivers/partners. Given the volume of messages that are already sent to our drivers/partners by ops, comms, supply, and many other Uber teams, there is an interest in reducing unnecessary spamming, which would likely diminish the value of each individual message that is sent to drivers/partners. It would also likely further reduce the already low email open rate (anecdotally at ~30%).

15 of 24

Attorney Client Privileged and Confidential - Under Supervision of Counsel

These results are favorable, as it implies the model is good at anticipating the highest-risk drivers -- the ones we should care most about.

- Results for the driver interpersonal conflict models are not as strong (with the exception of Los Angeles).

### Table 1: Dangerous Driving (>0 between t+1 and t+30)

|  | Precision | Recall |
|---|---|---|
| Maximizing Recall | 12% | 100% |
| Maximizing F2 Score | 13% | 91% |
| Maximizing F1 Score | 19% | 43% |
|  |  |  |
| *Naive Strategy #1* (always predict +) | *9%* | *100%* |
| *Naive Strategy #2* (predict + if + in last 30 days) | *20%* | *24%* |

### Table 2: Interpersonal Conflicts (>0 between t+1 and t+30)

|  | Precision | Recall |
|---|---|---|
| Maximizing Recall | 1% | 100% |
| Maximizing F2 Score | 3% | 40% |

16 of 24

P-01092.00018

Attorney Client Privileged and Confidential - Under Supervision of Counsel

| | | |
|---|---|---|
| Maximizing F1 Score | 3% | 16% |
| | | |
| *Naive Strategy #1* (always predict +) | *1%* | *100%* |
| *Naive Strategy #2* (predict + if + in last 30 days) | *3%* | *3%* |

17 of 24

Attorney Client Privileged and Confidential - Under Supervision of Counsel

**Figure 7: Predicted v. Actual Incident Counts**





*Notes:* Figures show predictions from May 1, June 1, and July 1, 2015 (y-axis) and actual incident counts (x-axis) for dangerous driving (top) and interpersonal conflicts (bottom) for 4 US cities using a model specification that maximizes the $F_2$ Score.

18 of 24

UBER_JCCP_MDL_000503308.0017

Attorney Client Privileged and Confidential - Under Supervision of Counsel

*Secondary Results*

I run a second set of models to explore whether Bouncer is better at predicting the highest risk drivers (e.g., $\geq 2$ tickets over next 30 days) -- instead of those with just >0 tickets. Because of measurement error in the dependent variable, this operationalization could also help the models better learn to discriminate between high risk and low risk drivers (especially if observations where count = 1 is removed during the model training process).

Results from the best performing models predicting incident counts $\geq 2$ 30 days into the future are presented in Tables 3 and 4. They are largely consistent with the results from models predicting incident counts >0. However, the difference in performance between Bouncer and the naive strategies is larger.

The dangerous driving models, for example, can reach 100% recall with 2% precision, which is double the precision of naive strategy 1 (although the improvement is just 1%). It can also identify more than **3 times** the number of high risk drivers than naive strategy 2 (19% recall versus 6% recall for naive strategy 2) while maintaining approximately equal precision.

The performance gains are perhaps more notable for the interpersonal conflict models, which can perform equally well as naive strategy 1. **However, naive strategy 2 has 0% recall and 0% precision. Bouncer: 38% recall and 1% precision**.

*Summary of Results*

In theory, the easiest way to identify all high risk drivers is to predict that all drivers will be high risk (naive strategy 1). In practice, however, this strategy is unrealistic due to a non-zero cost of false positives. So the practical benchmark / alternative to Bouncer is naive strategy 2.

Compared to naive strategy 2, Bouncer can:

- Identify 2x the number of drivers with $\geq 1$ dangerous driving tickets 30 days into the future.
- Identify 3x the number of drivers with $\geq 2$ dangerous driving tickets 30 days into the future.
- Identify 10x the number of drivers with $\geq 1$ interpersonal conflict tickets 30 days into the future.
- Identify drivers with $\geq 2$ interpersonal conflict tickets 30 days into the future with 40% recall (naive recall is 0%).

Altogether the results indicate that Bouncer can provide intelligence for anticipating safety incidents -- intelligence that would otherwise be unavailable.

19 of 24

Attorney Client Privileged and Confidential - Under Supervision of Counsel

Table 3: Dangerous Driving (>2 between t+1 and t+30)

|  | Precision | Recall |
|---|---|---|
| Maximizing Recall | 2% | 100% |
| Maximizing F2 Score | 9% | 39% |
| Maximizing F1 Score | 16% | 19% |
|  |  |  |
| *Naive Strategy #1* (always predict +) | *1%* | *100%* |
| *Naive Strategy #2* (predict + if + in last 30 days) | *18%* | *6%* |

Table 4: Interpersonal Conflicts (>2 between t+1 and t+30)

|  | Precision | Recall |
|---|---|---|
| Maximizing Recall | <1% | 100% |
| Maximizing F2 Score | 1% | 38% |
| Maximizing F1 Score | 1% | 38% |

CONFIDENTIAL

P-01092.00022

UBER_JCCP_MDL_000503308.0019

Attorney Client Privileged and Confidential - Under Supervision of Counsel

|  |  |  |
|---|---|---|
| **Naive Strategy #1**<br>(always predict +) | *<1%* | *100%* |
| **Naive Strategy #2**<br>(predict + if + in last 30 days) | *0%* | *0%* |

21 of 24

P-01092.00023

UBER_JCCP_MDL_000503308.0020

Attorney Client Privileged and Confidential - Under Supervision of Counsel

## 6. Top 15 Risk Factors [back to contents]

To identify the most important risk factors, I compute variable importance scores by systematically permuting each variable and calculating the change in classification accuracy. I compute these scores for each algorithm and each type of safety incident separately, rank the scores, and then use the average rank across all the models to assess each variable's relative importance for forecasting safety incidents. Table 5 lists the 15 predictors identified to have the greatest predictive power using this procedure.

**Table 5: Variable Importance**

| Importance | Dangerous Driving (t + 30) | Driver Interpersonal Conflict (t + 30) |
|---|---|---|
| 1 | Number of dangerous driving tickets (cumulative total) | Trips per week |
| 2 | Trips per week | Number of bad attitude tickets (cumulative total) |
| 3 | Earnings per trip | Average difference in predicted versus actual ETA (cumulative) |
| 4 | Average difference in predicted versus actual ETA (cumulative) | Average ratings given (cumulative) |
| 5 | Average ratings given (cumulative) | Earnings per trip |
| 6 | Percent of trips occurring between 3-6pm (cumulative) | Number of general negative tickets (cumulative total) |
| 7 | Weeks active | Percent of trips occurring between 3-6pm (cumulative) |
| 8 | Number of general negative tickets (cumulative total) | Number of general positive tickets (cumulative total) |
| 9 | Cancellation percent (cumulative) | Cancellation percent (cumulative) |
| 10 | Percent of trips occurring on Saturday or Sunday (cumulative) | Average of first 25 ratings received |
| 11 | Average of first 25 ratings received | Percent of trips occurring on Saturday or Sunday (cumulative) |
| 12 | Number of cancellations (cumulative total) | Weeks active |
| 13 | Number of general positive tickets (cumulative total) | Number of cancellations (cumulative total) |
| 14 | Average of first 10 ratings received | Month-over-month change in rider complaint rate in driver's city |
| 15 | Earnings last week | Month-over-month change in driver interpersonal conflict rate in driver's city |

**Table 6: Bouncer Development and Roll-Out Schedule**

22 of 24

UBER_JCCP_MDL_000503308.0021

P-01092.00024

Attorney Client Privileged and Confidential - Under Supervision of Counsel

| | Q4 2015 | Q1 2016 | Q2 2016 | Q3 2016 |
|---|---|---|---|---|
| VERSION | V2 | V3 | | V4 |
| TARGET | • Driver-instigated incidents | | | • Driver-instigated incidents<br>• Rider-instigated incidents |
| DATA PIPELINE | • Trips<br>• Safety tickets<br>• Driver background | • Hot spots<br>• Referral Networks<br>• Event Schedules<br>• NLP on comments<br>• External | | • Telematics (?) |
| COVERAGE | 4 US Cities (SF, LA, CHI, NYC) | All US Cities | US, Europe, ANZ | Global |
| ENGINEERING | Productionize data pipeline + model | Productionize data pipeline v3 | | Productionize data pipeline v4 |
| KPIs | • Safety incident counts/rates<br>• Insurance claims (number + cost)<br>• Safety-related law suits (number + cost) | | | |

> **Commented [1]:** +sjeon@uber.com Let's chat about timelines when you're back, in light of our conversation earlier this week about accelerating US Bouncer

## 7. Challenges [back to contents]

- Data integrity — lots of measurement error in safety data (e.g., Zendesk ticket classifications).
- Safety incidents are rare events (e.g., <0.10% of observations), creating highly imbalanced data.
- Model training process very slow despite leveraging parallel processing.

## 8. Next Steps [back to contents]

> **Commented [2]:** +sjeon@uber.com Additionally: explore expanding feature set that can be used before driver takes his/her first trip

- Error analysis. Figure out why some high risk users are being incorrectly classified as low risk and why some low risk users are being incorrectly classified as high risk. Then build new features to capture this variation.
- Maximize precision while holding recall as close to 100% as possible. Strategies:
  - Increase sample size.
  - Build better features that distinguish safe users from unsafe users. Will require a qualitative analysis of Zendesk tickets to better understand causal mechanisms.

23 of 24

Attorney Client Privileged and Confidential - Under Supervision of Counsel

- o Better tuning parameters.
- o In model training, increase costs for misclassification of positive cases.
- Build features for Bouncer v3 (features listed on this variable list).
- Experiment with different forecasting windows – 7/14/30/60/90 days into the future – to see if models are better at predicting certain forecasting windows.
- Develop models for other cities outside of US. Need to figure out if there's variation in predictive performance across cities, and if so, what explains the variation (e.g., young v. mature market, regional/cultural differences, etc.)
- Build models for predicting **rider instigated interpersonal conflicts** -- one of the most common causes of L3 and L4 safety incidents.
- Re-test Bouncer models with new audited safety data once sufficient amount of audited data becomes available (currently only have 5 months of audited data; expected to increase to 12 months of audited data soon).
  - o Build separate models for predicting the most severe incidents (e.g., L3 + L4).
- Figure out how best to operationalize Bouncer's predictions. Lots of potential interventions. Need to test them using randomized experiments to identify the most effective strategies.
- Table 6 describes the Bouncer development and roll-out plan.

# 9. Team [back to contents]

*Data*: Sunny Jeon
*Safety (Prevention)*: Jeana Williams, Becky Mar, Katie Newman
*Product*: Dhruv Tyagi

24 of 24