# OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

# Northern District of California

# CIVIL MINUTES

| **Date:** January 20, 2026 | **Time:** 46 minutes | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:23-md-03084-CRB | **Case Name:** In re: Uber Technologies, Inc. v. | |

**For Plaintiffs:** Bret D. Stanley, Johnson Law Group, counsel for Plaintiffs.

**For Defendants:** Christopher Cox, Kirkland & Ellis; Michael Shortnacy and Veronica Gromada, Shook Hardy & Bacon, counsel for Defendants.

**Deputy Clerk:** Brittany Sims            **Reported by:** Lee-Ann Shortridge

# PROCEEDINGS

Motion For Sanctions [4604] held. The Court heard arguments from both parties. The Court takes the matter under submission and will issue a written order.