Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: afurness@ntrial.com
Email: jraggio@ntrial.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe NLG (K.T.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07259-CRB<br><br>*Jane Doe NLG (J.D.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07482-CRB<br><br>*Jane Doe NLG (T.P.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07484-CRB | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF ARATI FURNESS IN SUPPORT OF NACHAWATI LAW GROUP PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31**<br><br>Judge: Honorable Charles R. Breyer<br>Date: February 13, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

## DECLARATION OF ARATI FURNESS

I, Arati Furness, declare as follows:

1. I am an attorney who is admitted to practice before this Court. I am a partner at the law firm Nachawati Law Group and counsel of record for the Plaintiffs represented by Nachawati Law Group whose claims are the subject of Defendants' Motion to Dismiss

1
DECL. OF ARATI FURNESS ISO NACHAWATI LAW GROUP PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31
CASE NO. 3:23-MD-03084-CRB

Cases for Failure to Comply with PTO 31. ECF No. 4924. This declaration is made in support of Nachawati Law Group Plaintiffs' Opposition to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss Cases for Failure to Comply with PTO 31. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Despite significant efforts, including numerous phone calls, emails, texts, letters, and/or address searches, our office has been unsuccessful in connecting with certain Plaintiffs as to the verified statement of explanation that is the subject of Defendants' Motion.

3. Plaintiff Jane Doe NLG (T.P.) amended her ride information form to clarify that she was not the account holder who ordered the incident ride, and thus she is in compliance with Pretrial Order No. 31, as of January 20, 2026. Counsel would therefore dispute Plaintiff Jane Doe NLG (T.P.)'s inclusion on Uber's list of delinquencies, provided in their Motion, as well as respectfully request for Plaintiff's exclusion on any future entry of dismissal by the Court.

Executed on January 20, 2026, in Dallas, Texas.

**NACHAWATI LAW GROUP**

*/s/ Arati Furness*
Arati Furness (CA Bar No. 225435)

2
DECL. OF ARATI FURNESS ISO NACHAWATI LAW GROUP PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31
CASE NO. 3:23-MD-03084-CRB