[Submitting counsel below]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | CASE NO. 3:23-MD-03084-CRB<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF MOTION TO QUASH ADDITIONAL DEPOSITION OF DR. KRISTEN ZGOBA**<br><br>Judge:      Hon. Charles R. Breyer<br><br>Courtroom:  6 – 17th Floor |

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

# PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>         Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>         Defendants. | CASE NO. 25-cv-4276-PHX-CRB<br><br>Judge:      Hon. Charles R. Breyer<br><br>Courtroom:  501 |

1

DECLARATION OF LAURA VARTAIN HORN ISO DEFENDANTS' MOTION TO QUASH
Case No. 3:23-md-03084-CRB (LJC)

I, Laura Vartain Horn, declare as follows:

1. I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an email exchange between Plaintiff's counsel and Defendants' counsel.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Notice of Deposition received by Defendants' counsel on January 19, 2026.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on January 20, 2026, in Phoenix, Arizona.

*/s/ Laura Vartain Horn*
*Laura Vartain Horn*