# **EXHIBIT 1**

| | |
|---|---|
| **From:** | Marden, Libby |
| **To:** | "Beth Wilkins" |
| **Cc:** | Caritis, Alexandra; Roopal Luhana; Sarah London; Holly Dolejsi; Ellyn Hurd; Andrew Kaufman; Uber PW Bellwether; Steven Rotman; Rachel Abrams; Uber MDL Discovery Team; Sara Craig; Wyatt, Geoffrey M.; Bueno, Kim; Levy, Jennifer; Blake, Tara; #Uber KE – Paralegal Team |
| **Subject:** | RE: Uber MDL 3084 - Updated Plaintiff Expert of Lacey Keller |
| **Date:** | Saturday, January 3, 2026 2:22:25 PM |
| **Attachments:** | image002.png<br>image003.png<br>image004.png<br>image005.png<br>image006.png<br>image007.png<br>image008.png<br>image009.png<br>image010.png |

Beth,

We are not going to put Dr. Zgoba up for a deposition during trial. If you want to depose her, we need to do that before trial begins. We will assume you do not want to depose her unless we hear otherwise by Monday.

Unfortunately, we have conflicts on our end with doing Dr. Chandler's deposition on 1/9. Is he available 1/10, 1/11, or 1/12?

We can put Dr. Stodden up for a deposition on 1/9 in the morning. Let me check with her on a start time, and I will get back to you shortly.

Thanks,
Libby

**Libby Marden**
------------------------------------
**KIRKLAND & ELLIS LLP**
333 Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 0984   **M** +1 913 526 3900
**F** +1 312 862 2200
------------------------------------

libby.marden@kirkland.com

---

**From:** Beth Wilkins <Wilkins@chaffinluhana.com>
**Sent:** Friday, January 2, 2026 10:44 PM
**To:** Marden, Libby <libby.marden@kirkland.com>
**Cc:** Caritis, Alexandra <alexandra.caritis@kirkland.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>; Holly Dolejsi <hdolejsi@anapolweiss.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; Andrew Kaufman <akaufman@girardsharp.com>; Uber PW Bellwether <uberbellwether@peifferwolf.com>; Steven Rotman <srotman@hausfeld.com>; Rachel Abrams <rabrams@peifferwolf.com>; Uber MDL Discovery Team <ubermdldiscovery@chaffinluhana.com>; Sara Craig <scraig@peifferwolf.com>;

Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Levy, Jennifer <jlevy@kirkland.com>; Blake, Tara <tara.blake@kirkland.com>; #Uber KE – Paralegal Team <Uber_KE_Paralegal_Team@kirkland.com>
**Subject:** RE: Uber MDL 3084 - Updated Plaintiff Expert of Lacey Keller

> **This message is from an EXTERNAL SENDER**
> Be cautious, particularly with links and attachments.

Libby,

We are not going to take Dr. Zgoba's deposition next week but reserve our right to do so before she is called at trial. We'd prefer to start Dr. Stodden's deposition in the morning on the 9th. As previously mentioned, Dr. Chandler is out of town (traveling out of the country). We will provide dates for his deposition as soon as we are able.

Beth

---

**From:** Marden, Libby <libby.marden@kirkland.com>
**Sent:** Friday, January 2, 2026 2:06 PM
**To:** Beth Wilkins <Wilkins@chaffinluhana.com>
**Cc:** Caritis, Alexandra <alexandra.caritis@kirkland.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>; Holly Dolejsi <hdolejsi@anapolweiss.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; Andrew Kaufman <akaufman@girardsharp.com>; Uber PW Bellwether <uberbellwether@peifferwolf.com>; Steven Rotman <srotman@hausfeld.com>; Rachel Abrams <rabrams@peifferwolf.com>; Uber MDL Discovery Team <ubermdldiscovery@chaffinluhana.com>; Sara Craig <scraig@peifferwolf.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Levy, Jennifer <jlevy@kirkland.com>; Blake, Tara <tara.blake@kirkland.com>; #Uber KE – Paralegal Team <Uber_KE_Paralegal_Team@kirkland.com>
**Subject:** RE: Uber MDL 3084 - Updated Plaintiff Expert of Lacey Keller

Beth,

Following up on this. Please let me know on both topics today.

Thanks,
Libby

**Libby Marden**

---

**KIRKLAND & ELLIS LLP**
333 Wolf Point Plaza, Chicago, IL 60654
T +1 312 862 0984   M +1 913 526 3900
F +1 312 862 2200

---

libby.marden@kirkland.com

**From:** Marden, Libby
**Sent:** Wednesday, December 31, 2025 9:31 AM
**To:** 'Beth Wilkins' <Wilkins@chaffinluhana.com>
**Cc:** Caritis, Alexandra <alexandra.caritis@kirkland.com>; 'Roopal Luhana' <Luhana@chaffinluhana.com>; 'Sarah London' <slondon@girardsharp.com>; 'Holly Dolejsi' <hdolejsi@anapolweiss.com>; 'Ellyn Hurd' <ehurd@simmonsfirm.com>; 'Andrew Kaufman' <akaufman@girardsharp.com>; 'Uber PW Bellwether' <uberbellwether@peifferwolf.com>; 'Steven Rotman' <srotman@hausfeld.com>; 'Rachel Abrams' <rabrams@peifferwolf.com>; 'Uber MDL Discovery Team' <ubermdldiscovery@chaffinluhana.com>; 'Sara Craig' <scraig@peifferwolf.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Levy, Jennifer <jlevy@kirkland.com>; Blake, Tara <tara.blake@kirkland.com>; #Uber KE – Paralegal Team <Uber_KE_Paralegal_Team@kirkland.com>
**Subject:** RE: Uber MDL 3084 - Updated Plaintiff Expert of Lacey Keller

Beth,

In light of Dr. Chandler's inclusion on the most recent witness list, can you please provide dates for Dr. Chandler's deposition? Please also let us know which start times you want from the below so that Drs. Stodden and Zgoba can block the time on their calendars.

Thanks,
Libby

**Libby Marden**

------------------------------------
**KIRKLAND & ELLIS LLP**
333 Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 0984   **M** +1 913 526 3900
**F** +1 312 862 2200
------------------------------------

libby.marden@kirkland.com

---

**From:** Marden, Libby
**Sent:** Tuesday, December 30, 2025 6:17 PM
**To:** 'Beth Wilkins' <Wilkins@chaffinluhana.com>
**Cc:** Caritis, Alexandra <alexandra.caritis@kirkland.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>; Holly Dolejsi <hdolejsi@anapolweiss.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; Andrew Kaufman <akaufman@girardsharp.com>; Uber PW Bellwether <uberbellwether@peifferwolf.com>; Steven Rotman <srotman@hausfeld.com>; Rachel Abrams <rabrams@peifferwolf.com>; Uber MDL Discovery Team <ubermdldiscovery@chaffinluhana.com>; Sara Craig <scraig@peifferwolf.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Levy, Jennifer <jlevy@kirkland.com>; Blake, Tara <tara.blake@kirkland.com>; #Uber KE – Paralegal Team

<Uber_KE_Paralegal_Team@kirkland.com>
**Subject:** RE: Uber MDL 3084 - Updated Plaintiff Expert of Lacey Keller

Hi Beth,

We will have two rebuttal reports, one from Dr. Stodden and one from Dr. Zgoba. Both can sit for a deposition on 1/9. Since Dr. Zgoba is on the East Coast, can we start her in the morning, at either 9 ET/6 PT or 10 ET/7 PT? Since Dr. Stodden is on the West Coast, can we start her in the afternoon, at either 3 ET/12 PT or 4 ET/1 PT?

Thanks,
Libby

**Libby Marden**

---

**KIRKLAND & ELLIS LLP**
333 Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 0984   **M** +1 913 526 3900
**F** +1 312 862 2200

---

libby.marden@kirkland.com

---

**From:** Beth Wilkins <Wilkins@chaffinluhana.com>
**Sent:** Tuesday, December 30, 2025 3:09 PM
**To:** Marden, Libby <libby.marden@kirkland.com>
**Cc:** Caritis, Alexandra <alexandra.caritis@kirkland.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>; Holly Dolejsi <hdolejsi@anapolweiss.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; Andrew Kaufman <akaufman@girardsharp.com>; Uber PW Bellwether <uberbellwether@peifferwolf.com>; Steven Rotman <srotman@hausfeld.com>; Rachel Abrams <rabrams@peifferwolf.com>; Uber MDL Discovery Team <ubermdldiscovery@chaffinluhana.com>; Sara Craig <scraig@peifferwolf.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Levy, Jennifer <jlevy@kirkland.com>; Blake, Tara <tara.blake@kirkland.com>; #Uber KE – Paralegal Team <Uber_KE_Paralegal_Team@kirkland.com>
**Subject:** RE: Uber MDL 3084 - Updated Plaintiff Expert of Lacey Keller

Libby,
We plan to depose Uber's rebuttal expert on 1/9 by Zoom. Please let us know what time you'd like to get started on the 9th.

Thank you,
Beth

**Beth Wilkins | Partner**
E: Wilkins@chaffinluhana.com
P: (412) 643-0290

**Serving clients nationwide with offices in CT, NY, PA, and WV.**

ChaffinLuhana.com

ChaffinLuhana.com
ChaffinLuhanaFoundation.org

**Mailing Address:**
Chaffin Luhana LLP 615 Iron City Drive, Pittsburgh, PA, 15205

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

