# **EXHIBIT 2**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,<br><br>This Document Relates to:<br><br>**Case No. 24-cv-7940 (B.L.)**<br>**Case No. 24-cv-7821 (A.R.2)**<br>**Case No. 24-cv-7019 (LCHB128)**<br>**Case No. 23-cv-6708 (Dean)**<br>**Case No. 24-cv-4900 (WHB 832)** | Case No. 3:23-md-03084-CRB<br><br>**PLAINTIFFS' NOTICE OF VIDEOTAPED DEPOSITION OF DEFENDANTS' RETAINED EXPERT WITNESS KRISTEN M. ZGOBA AND REQUEST FOR PROUCTION OF DOCUMENTS AT TIME OF DEPOSITION**<br><br>Date:  January 21, 2026<br>Time: 1:00pm MT<br>Location: Remotely via Zoom Video Conferencing |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE:** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their attorneys of record, will take the videotaped deposition, on oral examination of Defendants' Retained Expert Witness Kristen M. Zgoba on the date and time as listed below:

DATE: January 21, 2026
TIME:  1:00pm MT
DEPONENT: Kristen M. Zgoba
LOCATION: Via Zoom Video Conferencing

Said deposition shall continue from day to day, Saturdays, Sundays and legal holidays excluded, until completed. The deposition is scheduled for three hours of on-record time, but Plaintiffs reserve the right to request additional time as needed. The deposition will be recorded stenographically, on videotape, and in accordance with the provisions of the Rule 30 of the

Federal Rules of Civil Procedure, before a certified court reporter who is authorized to administer oaths and serve as deposition officer. The court reporter may conduct their duties remotely. The court reporter may administer the oath to the witness remotely.

PLEASE TAKE FURTHER NOTICE that pursuant Federal Rule of Civil Procedure 30(b)(2) and 34, the deponent is requested to produce at least 3 business days before the deposition or identify by bates the following if already produced:

1. A copy of your current Curriculum Vitae.
2. A list of all publications you authored or contributed to if not included in your Curriculum Vitae.
3. A list of cases in which you have testified, either at trial or in deposition, if not included with your expert report.
4. A complete list of all the materials you considered that informed your opinions or influenced your testimony in this matter including, but not limited to, all published and unpublished literature, documents, depositions, transcripts, articles, interviews, and data reviewed or relied on by you in formulating your opinions offered in this case, including those items not listed on your materials considered list.
5. All sources of data or other information considered or relied upon by you in forming your opinions in this matter.
6. All documents or other materials you reviewed since the date of your report that you have not specifically identified in your report in preparation for your expected testimony.
7. An itemization of the hours spent, and compensation paid, or to be paid, for your work in this matter and your staff's work in this matter, including all invoices you have submitted to counsel.
8. Documents sufficient to show your ride history on the Uber App.

If any of the above items are unavailable at the time of the deposition you are requested to identify where each such item is located, the name, address and telephone number of the person or persons who have possession of it, and how it may be obtained.

DATED: January 19, 2026

Respectfully submitted,

/s/ Sarah R. London
Sarah R. London
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

/s/ Rachel B. Abrams
Rachel B. Abrams
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

/s/ Roopal P. Luhana
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

Case No. 3:23-MD-3084-CRB

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the undersigned caused a copy of the foregoing to be served via electronic mail on January 19, 2026, to counsel for Defendants Uber Technologies, Inc., Rasier LLC and Rasier-CA, LLC, at the following email addresses:

**Kirkland & Ellis LLP**
Laura Vartain
Laura.Vartain@kirkland.com

Chris Cox
christopher.cox@kirkland.com

Jessica Davidson
jessica.davidson@kirkland.com

Alli Brown
Alli.Brown@kirkland.com

Cohl Love
cohl.love@kirkland.com

Asher Trangle
Asher.trangle@kirkland.com

Libby Marden
Libby.marden@kirkland.com

Geoffrey Wyatt
Geoffrey.wyatt@kirkland.com

Alexandra Caritis
Alexandra.caritis@kirkland.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com
*Co-Lead Counsel for Plaintiffs*

Case No. 3:23-MD-3084-CRB