UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | CASE NO. 3:23-MD-03084-CRB<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S [PROPOSED] ORDER GRANTING MOTION TO QUASH ADDITIONAL DEPOSITION OF DR. KRISTEN ZGOBA** |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Judge:    Hon. Charles R. Breyer<br><br>Courtroom:    6 – 17th Floor |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>         Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>         Defendants. | CASE NO. 25-cv-4276-PHX-CRB<br><br>Judge:    Hon. Charles R. Breyer<br><br>Courtroom:    501 |

1

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Quash Additional Deposition of Dr. Kristen Zgoba and all exhibits, all reply briefing, all pleadings and papers of record and on file in this case, and good cause appearing, Defendants' Motion is **GRANTED**. Accordingly, the notice of an additional deposition to Dr. Kristen Zgoba is hereby **QUASHED**.

**IT IS SO ORDERED.**

DATED:_____                By:_____
                                         CHARLES R. BREYER
                                         United States District Judge