| | |
|---|---|
| 1 | C. Brooks Cutter (SBN 121407) |
| 2 | Jennifer S. Domer (SBN 305822)<br>Celine Cutter (SBN 312622) |
| 3 | **CUTTER LAW P.C.**<br>401 Watt Avenue |
| 4 | Sacramento, CA 95864<br>Telephone: 916-290-9400 |
| 5 | Facsimile: 916-588-9330<br>Email: bcutter@cutterlaw.com |
| 6 |         jdomer@cutterlaw.com<br>        ccutter@cutterlaw.com |
| 7 | |
| 8 | *Attorneys for ROE CL Plaintiffs* |

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer |
| This Document Relates to:,<br><br>*Jane Roe CL 169 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04672-CRB<br><br>*Jane Roe CL 212 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08470-CRB | **ATTORNEY JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31**<br><br>Date: February 13, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

I, Jennifer S. Domer, declare as follows:

1. I am an attorney at Cutter Law P.C. admitted to practice before the courts of the State of California. I am a Partner at Cutter Law, P.C., and am one of the counsels of record for all filed Jane Roe CL claimants. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently as to the information below.

2. This declaration is made in support of the Opposition to Defendants' Motion to Dismiss.

3. Counsel's firm has made extensive efforts to reach clients listed as Exhibit A, subject to Defendants' Motion to Dismiss.

4. Those efforts include extensive phone calls, text messages, emails, physical mailings to last known address, and additional address searches in databases. Counsel has also employed a private investigator to help locate these individuals. Through the database searches and private investigators, Counsel also attempted to reach potential relatives in an effort to reach the Plaintiffs.

5. Counsel produced the PTO 31 statement for Jane Roe CL 212 on January 20, 2026.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 20, 2026, in Sacramento, California.

Dated: January 20, 2026                            CUTTER LAW P.C.

                                              By:      */s/ Jennifer S. Domer*

                                                    Jennifer S. Domer

                                                    *Attorney for Jane Roe CL Plaintiffs*