Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF ALEXANDRA CARITIS IN SUPPORT OF UBER'S RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL [RE JOINT DISCOVERY LETTER BRIEF REGARDING STODDEN AND ZGOBA REBUTTAL REPORTS]**<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

I, Alexandra Caritis, declare as follows:

1. I am an attorney at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Response to Plaintiff's Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal [re Joint Discovery Letter Brief Regarding Stodden and Zgoba Rebuttal Reports].

2. Attached as Exhibit 1 is the Supplemental Expert Rebuttal Report of Victorian Stodden, Ph.D. with Uber's proposed redactions.

3. Attached as Exhibit 2 is the Rebuttal Expert Report of Kristen M. Zgoba, Ph.D. with Uber's proposed redactions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 20, 2026

*/s/ Alexandra Caritis*
ALEXANDRA CARITIS