Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) <br> **[PROPOSED] ORDER** <br> Judge: Hon. Lisa J. Cisneros <br> Courtroom: G – 15th Floor |
| This Document Relates to: <br><br> ALL CASES | |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Response to Plaintiff's Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal [re Joint Discovery Letter Brief Regarding Stodden and Zgoba Rebuttal Reports] ("Response"), the Court hereby **ORDERS** that the following portions of Exhibits A and B remain under seal, as requested in Uber's Response:

| Document | Text to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Supplemental Expert Rebuttal Report of Victorian Stodden, Ph.D. | ¶¶ 10.a; 10.f; 13 & nn. 9-10; 15.a-c; 19; 21; 23; 27; 36-37; 39; 49 & nn. 91-92, 94-95; 49.a; 49.b & n. 97; 50 & nn. 101-105; 51 & n. 106; 52 & n. 112; 53 & n. 114; 54 & n. 116-119; 55 & nn. 122-123; 56 & nn. 126, 129-130; 57; 58 & n. 135; 59 & nn. 137-138; 60; 65-67<br>Figures 3A, 3B, 4, 5, 6, 7, 10, 13, 14<br>Tables 1A, 1B, 1C, 3<br>Appendix E | Uber Technologies, Inc.; Rasier LLC; Rasier-CA, LLC |
| Rebuttal Expert Report of Kristen M. Zgoba, Ph.D. | 10 | Uber Technologies, Inc.; Rasier LLC; Rasier-CA, LLC |

**IT IS SO ORDERED.**

DATED:_____  By:_____
          Hon. Lisa J. Cisneros
          United States Magistrate Judge