1

2

3

4

5

6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

7

8

9

10

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**PLAINITFF'S PROPOSED JURY INSTRUCTIONS RE: LACK OF ADVICE OF COUNSEL DEFENSE** |

11

This Document Relates to:

12

13

14

*Jaylynn Dean v. Uber Techs., Inc.*,
N.D. Cal. No. 23-cv-06708
D. Ariz. No. 25-cv-4276

Judge: Honorable Charles R. Breyer
Ctrm.:  D. Ariz., 501

15

16

17

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

18

19

JAYLYNN DEAN,

20

Plaintiff,

21

v.

22

UBER TECHNOLOGIES, INC., et al.,

23

Defendants.

No. 25-cv-4276-PHX-CRB

Judge: Honorable Charles R. Breyer
Ctrm.:  501

24

25

26

27

28

1

**Plaintiff's Proposed Jury Instructions**

2

**In-Trial Instruction – No Advice of Counsel Defense**

3

Yesterday, you heard testimony in the video deposition of Rebecca Payne relating to

4

potential legal risks to Uber from adopting certain safety features. In this lawsuit, Uber does not

5

claim that it took any action, or failed to take any action, on the basis of legal advice, or that legal

6

advice impacted any of its decisions in any way. You are not to consider any evidence, or draw any

7

inference, that legal risks informed Uber's decision-making in this case, including whether and

8

when to adopt safety features.

9

**Final Jury Instruction – No Advice of Counsel Defense**

10

You heard evidence relating to potential legal risks to Uber from adopting certain safety

11

features. In this lawsuit, Uber does not claim that it took any action, or failed to take any action, on

12

the basis of legal advice, or that legal advice impacted any of its decisions in any way. You are not

13

to consider any evidence, or draw any inference, that legal risks informed Uber's decision-making

14

in this case, including whether and when to adopt safety features.

15

16

Dated: January 20, 2026                             Respectfully submitted,

17

                                                    By: */s/ Sarah R. London*

18                                                       Sarah R. London (SBN 267083)

19                                                  **GIRARD SHARP LLP**
                                                    601 California St., Suite 1400
20                                                  San Francisco, CA 94108
                                                    Telephone: (415) 981-4800
21                                                  slondon@girardsharp.com

22                                                  By: */s/ Rachel B. Abrams*
23                                                       Rachel B. Abrams (SBN 209316)

24                                                  **PEIFFER WOLF CARR KANE
                                                    CONWAY & WISE, LLP**
25                                                  555 Montgomery Street, Suite 820
                                                    San Francisco, CA 94111
26                                                  Telephone: (415) 426-5641
                                                    Facsimile: (415) 840-9435
27                                                  rabrams@peifferwolf.com

28

PLAINTIFF'S PROPOSED JURY INSTRUCTIONS
RE: LACK OF ADVICE-OF-COUNSEL DEFENSE
N.D. CAL. NO. 3:23-MD-03084; D. ARIZ. NO. 25-CV-4276

1

2

By *: /s/ Roopal P. Luhana*
        Roopal P. Luhana

3

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

4

5

6

*Co-Lead Counsel*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S PROPOSED JURY INSTRUCTIONS
RE: LACK OF ADVICE-OF-COUNSEL DEFENSE
CASE NO. 3:23-MD-03084-CRB

1

**FILER'S ATTESTATION**

2

     I am the ECF User whose ID and password are being used to file this document. In

3

compliance with N.D. Cal. L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

4

Dated:  January 20, 2026            By:    */s/ Andrew R. Kaufman*

5

                                      Andrew R. Kaufman

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S PROPOSED JURY INSTRUCTIONS
RE: LACK OF ADVICE-OF-COUNSEL DEFENSE
CASE NO. 3:23-MD-03084-CRB