[Submitting counsel below]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | Case No. 3:23-md-03084-CRB<br><br>[PROPOSED] ORDER GRANTING **IN PART** DEFENDANTS' MOTION TO STRIKE DR. MINETTE DRUMWRIGHT'S UNDISCLOSED EXPERT OPINIONS<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6 – 17th Floor<br>Date Filed: January 15, 2026<br><br>Trial Date: January 13, 2026 |

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA
# PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>    Plaintiff,<br><br>v. UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants | CASE NO. 25-cv-4276-PHX-CRB<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  501 |

Having considered Defendants' January 15, 2026 Motion to Strike Dr. Minette Drumwright's Undisclosed Expert Opinions, and Plaintiff's response thereto, the Court hereby **GRANTS IN PART** the Motion and **ORDERS** that Dr. Drumwright's undisclosed

expert testimony and exhibits be stricken from the trial record, including ~~but not limited to~~ the following topics, excerpts, and trial exhibits:

| Undisclosed Expert Testimony Topic | Transcript Citations and Admitted Trial Exhibits |
|---|---|
| ~~Uber Prioritized Growth Over Safety~~ | ~~Tr. 322:19–21; 323:10–14; 330:14–22; 333:2–3; 333:24–334:2; 335:2–3; 334:16–19; 334:23–335:12; 340:1–4; 348:2–10; 350:3–5; 350:8–351:23; 360:5-12; 361:14–19; & 363:22–364:4;~~ ~~Exs. P-00176; P-01572; & P-04506~~ |
| The "Sticky" Nature of Uber's Corporate Culture | Tr. 349:10–19, 346:16–19, 347:6–13, 349:21–350:1, 350:4; 363:15–21; 363:24–364:1 |
| ~~RideCheck "Does Nothing"~~ | ~~Tr. 405:2–8; 406:25–407:3; 407:4–13~~ |
| ~~Driver Cancellation As A Risk Factor~~ | ~~Tr. 380:16–21~~ |
| Targeting Hispanic riders in Phoenix | Tr. 397:19–398:9 |
| ~~Uber's Safety Report Was Not "Novel"~~ | Tr. 389:14–390:3 |
| ~~Consumer Recall of "Themes" Versus "Ads"~~ | ~~Tr. 378:4–9~~ |

**IT IS SO ORDERED.**

Dated: January 21, 2026



-2-

~~[PROPOSED]~~ ORDER GRANTING IN PART DEFENDANTS' MOTION TO STRIKE DR. MINETTE DRUMWRIGHT'S UNDISCLOSED EXPERT OPINIONS
CASE NO. 3:23-md-03084-CRB