D. Douglas Grubbs (*Admitted PHV*)
Adam K. Pulaski (*Admitted PHV*)
**PULASKI KHERKHER, PLLC**
2925 Richmond Avenue, Ste 1725
Houston, TX 77098
Telephone: 713-664-4555
Facsimile: 713-664-7543
Email: dgrubbs@pulaskilawfirm.com
Email: adam@pulaskilawfirm.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*N.C. vs. Uber Technologies, Inc., et al.,* 3:25-cv-05671-CRB;<br><br>*D.P. vs. Uber Technologies, Inc., et al.,* 3:25-cv-05680-CRB; and<br><br>*L.M.B. vs. Uber Technologies, Inc., et al.,* 3:25-cv-08803-CRB | **PLAINTIFFS' RESPONSE TO DEFENDANTS' FOURTH SHOW CAUSE MOTION SEEKING DISMISSAL OF ADDITIONAL NON-BONA FIDE RIDE RECEIPTS AND LIMITED DEPOSITIONS (ECF 4933)** |

On January 2, 2026, counsel met and conferred regarding the above-identified Plaintiffs' ride receipts. During the conference, defense counsel informed the undersigned of alleged alterations and other issues with the ride receipts submitted by Plaintiffs N.C. (MDL ID 3698) and D.P. (MDL ID 3700). Both Plaintiffs have allegedly produced separate ride receipts from the same non-party Uber account holder. The third Plaintiff at issue here, L.M.B. (MDL ID 4243), has produced a bona fide receipt according to Uber, but other non-Pulaski plaintiffs have allegedly submitted the receipt in their actions against Uber.

In light of the Court's prior show cause orders, Plaintiffs' counsel does not object to the limited depositions sought by Uber for the above-referenced Plaintiffs, however, Plaintiffs

object to dismissal at this time in order to provide Plaintiffs additional time to respond to counsel. The undersigned has attempted to reach Plaintiffs N.C. and D.P. multiple times and various methods (email, phone and FedEx) since the January 2nd meet and confer, but neither Plaintiff has responded to counsel. Similarly, Plaintiff L.M.B. has failed to reply to counsel's contact attempts. Counsel and his firm will continue their efforts to contact the above-referenced Plaintiffs and meet and confer with defense counsel as needed.

Dated: January 21, 2026                                          Respectfully submitted,

**PULASKI KHERKHER, PLLC**

*/s/ D. Douglas Grubbs*
D. Douglas Grubbs (*Admitted Pro Hac Vice*)
Adam K. Pulaski (*Admitted Pro Hac Vice*)
2925 Richmond Avenue, Suite 1725
Houston, Texas 77098
Tel: 713-664-4555
Facsimile: 713-664-7543
dgrubbs@pulaskilawfirm.com
adam@pulaskilawfirm.com

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2026, I electronically transmitted the foregoing PLAINTIFF'S RESPONSE TO DEFENDANTS' FOURTH SHOW CAUSE MOTION SEEKING DISMISSAL OF ADDITIONAL NON-BONA FIDE RECEIPTS AND LIMITED DEPOSITIONS to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. Additionally, the foregoing was served on Defendants' counsel via email at: ubermdlservice@listserv.shb.com.

　　　　　　　　　　　　　　　　　*/s/ D. Douglas Grubbs*
　　　　　　　　　　　　　　　　　D. Douglas Grubbs