D. Douglas Grubbs (*Admitted PHV*)
Adam K. Pulaski (*Admitted PHV*)
**PULASKI KHERKHER, PLLC**
2925 Richmond Avenue, Ste 1725
Houston, TX 77098
Telephone: 713-664-4555
Facsimile: 713-664-7543
Email: dgrubbs@pulaskilawfirm.com
Email: adam@pulaskilawfirm.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*N.C. vs. Uber Technologies, Inc., et al.,* 3:25-cv-05671-CRB;<br><br>*D.P. vs. Uber Technologies, Inc., et al.,* 3:25-cv-05680-CRB; and<br><br>*L.M.B. vs. Uber Technologies, Inc., et al.,* 3:25-cv-08803-CRB | **DECLARATION OF D. DOUGLAS GRUBBS IN SUPPORT OF PLAINTIFF'S RESPONSE TO UBER'S FOURTH SHOW CAUSE MOTION (ECF 4933)** |

I, Donald Douglas Grubbs, declare:

1. I am an attorney with the law firm of Pulaski Kherkher, PLLC. I am a member of the State Bar of Texas and I am admitted to practice *pro hac vice* before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. On January 2, 2026, I met and conferred with defense counsel regarding alleged issues with ride receipts produced by the above-reference Plaintiffs.

3. Following the meet and confer, I began contacting Plaintiffs N.C. and D.P. on January 2, 2026. I called and sent follow-up emails on January 5, 2026 as well as correspondence via

Federal Express on January 6, 2026. I have continued contact attempts to both Plaintiffs over the past three weeks. To date, neither Plaintiff has responded.

4. I have also attempted to contact Plaintiff L.M.B. who has also been non-responsive.

5. My firm will continue our contact efforts to the above-referenced Plaintiffs and meet and confer with defense counsel as needed.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 21, 2026 in Houston, Texas.

/s/ D. Douglas Grubbs
D. Douglas Grubbs

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2026, I electronically transmitted the foregoing DECLARATION IN SUPPORT OF PLAINTIFF'S RESPONSE TO UBER'S FOURTH SHOW CAUSE MOTION to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. Additionally, the foregoing was served on Defendants' counsel via email at: ubermdlservice@listserv.shb.com.

> */s/ D. Douglas Grubbs*
> D. Douglas Grubbs