CLINTON JAMES CASPERSON, ESQ. (TX SBN 24075561)
**D. MILLER & ASSOCIATES, PLLC**
2610 W. Sam Houston Parkway, Suite 200
Houston, TX 77042
T: (713) 850-8600
F: (713) 366-3463
E: clcasperson@dmillerlaw.com
*Attorney for Plaintiff John Doe DMA (C.C.)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>Jane Doe DMA (C.C.) v. Uber Technologies, Inc. *et al.*; 3:26-cv-00654 | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on January 21, 2026.

Dated: January 21, 2026                    Respectfully Submitted,

                                           **D. Miller & Associates, PLLC**

                                           _____
                                           By: Clint Casperson
                                           Texas Bar No. 24075561
                                           2610 W Sam Houston Pkwy S #200,
                                           Houston, TX 77042
                                           Telephone:713-850-8600
                                           clcasperson@dmillerlaw.com
                                           ridesharelit@dmillerlaw.com

                                           **ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2026, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Clint Casperson*
Clint Casperson