UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br><br> This Document Relates to: <br><br> *Jane Doe NLG 2 (S.G.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08707-CRB <br><br> *Jane Doe NLG 3 (B.G.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08732-CRB <br><br> *Jane Doe NLG 2 (J.H.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08736-CRB <br><br> *Jane Doe NLG (V.S.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08757-CRB <br><br> *Jane Doe NLG 3 (P.L.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08865-CRB <br><br> *Jane Doe NLG (M.S.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09006-CRB <br><br> *Jane Doe NLG (A.B.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09180-CRB <br><br> *Jane Doe NLG (M.O.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09181-CRB | Case No. 3:23-md-03084-CRB <br><br> **[AMENDED PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5** |

1
2   *Jane Doe NLG (R.R.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09182-CRB
3
4   *Jane Doe NLG (K.G.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09184
5
6   *Jane Doe NLG (J.R.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09186-CRB
7
8   *Jane Doe NLG (T.J.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09193-CRB
9
10  *Jane Doe NLG (C.P.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09194-CRB
11
12  *Jane Doe NLG (R.M) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09197-CRB
13
14  *Jane Doe NLG (A.G.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09205-CRB
15
16  *Jane Doe NLG (C.B.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09213-CRB
17
18  *Jane Doe NLG (G.Z.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09315-CRB
19
20  *Jane Roe CL 223 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09393-CRB
21
22
23
24
25
26
27
28

[AMENDED PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS
CASES FOR FAILURE TO COMPLY WITH PTO 5

CASE NO. 3:23-MD-03084-CRB

### [PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 5 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Pretrial Order No. 5 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to PTO No. 5 (ECF No. 175).

2. Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

**EXHIBIT A**

| MDLC ID | Case Name | Counsel | Case Number |
|---|---|---|---|
| 4229 | Jane Doe NLG 2 (S.G.) | Nachawati Law Group | 3:25-cv-08707 |
| 4634 | Jane Doe NLG 2 (J.H.) | Nachawati Law Group | 3:25-cv-08736 |
| 4255 | Jane Doe NLG (V.S.) | Nachawati Law Group | 3:25-cv-08757 |
| 4371 | Jane Doe NLG (M.S.) | Nachawati Law Group | 3:25-cv-09006 |
| 4590 | Jane Doe NLG (M.O.) | Nachawati Law Group | 3:25-cv-09181 |
| 4593 | Jane Doe NLG (J.R.) | Nachawati Law Group | 3:25-cv-09186 |
| 4373 | Jane Doe NLG (R.M.) | Nachawati Law Group | 3:25-cv-09197 |
| 4153/4601 | Jane Doe NLG (C.B.) | Nachawati Law Group | 3:25-cv-09213 |
| 4598 | Jane Doe NLG (A.B.) | Nachawati Law Group | 3:25-cv-09180 |